

March 3, 2020

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, INC.* et. al.

<u>Civil Case No. 19-cv-11764</u>

Dear Judge Torres:

This firm represents Plaintiff in the above-referenced matter.  The Parties write jointly, pursuant to this Court's Order dated December 26, 2019 (Dkt 9), to advise the Court that the Parties **do not** consent to conducting all further proceedings before the assigned Magistrate Judge.[1]

We thank the Court for its' time and attention to this matter.

        Respectfully submitted,

        _____/s/ Abe Melamed_____

        **DEREK SMITH LAW GROUP, PLLC**
        ABRAHAM Z. MELAMED (AM1520)
        *Abe@dereksmithlaw.com*
        One Penn Plaza, Suite 4905
        New York, New York 10119
        Phone: (212) 587-0760

CC: All Counsel of Record (VIA ECF)

---

[1] The Parties note that Defendant STEPHEN BANNON has not yet entered an appearance in the case through Counsel.

Los Angeles Office:  633 West 5th Street, Suite 3250, Los Angeles, CA 90071 | (310) 602-6050
New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
Miami Office: 701 Brickell Ave., Suite 1310, Miami, FL 33131
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com