# LaRocca Hornik Rosen & Greenberg LLP
## COUNSELORS AT LAW

THE TRUMP BUILDING
40 WALL STREET
32ND FLOOR
NEW YORK, NY 10005
212.530.4823
212.530.4815 FAX

LHRGB.COM

FREEHOLD COMMONS
83 SOUTH STREET
3RD FLOOR
FREEHOLD, NJ 07728
732.409.1144
732.409.0350 FAX

FRANK J. LaROCCA ◊
JONATHAN L. HORNIK
LAWRENCE S. ROSEN
ROSE GREENBERG △
AMY D. CARLIN △
PATRICK T. McPARTLAND △
DAVID N. KITTREDGE △
JONATHAN F. BALL ◊
JARED E. BLUMETTI
KATELYN CANNING
FLORENCE R. GOFFMAN △◊
SHERRY HAMILTON △
PETER KELEGIAN △
DREW TANNER †
LAUREN WEISSMAN-FALK

△ NEW YORK BAR ONLY
† NEW JERSEY BAR ONLY
◊ OF COUNSEL ATTORNEYS
○ CERTIFIED MATRIMONIAL LAW ATTORNEY

DIRECT DIAL: 212.530.4837
EMAIL: PMCPARTLAND@LHRGB.COM

March 19, 2020

**VIA ECF AND EMAIL:**
Torres_NYSDChambers@nysd.uscourts.gov
The Honorable Analisa Torres
United States District Judge
Southern District of New York
550 Pearl Street
New York, New York 10007

Re: Arlene Delgado v. Donald J. Trump for President, Inc., et al.
U.S. District Court, Southern District of New York
Civil Action No. 19-cv-11764 (AT)

Dear Judge Torres:

We represent Donald J. Trump for President, Inc., Trump for America, Inc., Sean Spicer, and Reince Priebus (collectively the "Defendants") in the above-captioned action, and write in response to plaintiff's March 12, 2020, request for a pre-motion conference (or, alternatively, the issuance of a briefing schedule).

Specifically, we are writing to join in plaintiff's request for a pre-motion conference, and to respectfully request that the Court not issue a briefing schedule until that conference is held. The reason for this request is that Defendants recently initiated the pre-motion procedures mandated by Section III(B) of Your Honor's Individual Practices in connection with their own anticipated motion practice, which will also require a briefing schedule. We expect that these procedures under Section III(B) will be completed by the parties by April 1, 2020.

Accordingly, we respectfully request that Court schedule a telephonic pre-motion conference[1] on or after April 2, 2020, so that each of the parties' motions can be considered and scheduled accordingly at that time.

Respectfully yours,

*P. McP[signature]*

Patrick McPartland

cc: Abraham Z. Melamed, Esq.
(via ECF and email: abe@dereksmithlaw.com)

---

[1] A telephonic conference is requested in accordance with Rule 2(A) of Your Honor's Emergency Individual Rules and Practices in Light of COVID-19.