# LaRocca Hornik Rosen
# & Greenberg LLP

### COUNSELORS AT LAW

The Trump Building
40 Wall Street
32nd Floor
New York, NY 10005
212.530.4823
212.530.4815 FAX

LHRGB.COM

Frank J. LaRocca ♦◊

Freeh [...]
83[...]

Freeh [...]
732.409.1144
732.409.0350 FAX

Drew Tanner ‡
Lauren Weissman-Falk

△ New York Bar Only
‡ New Jersey Bar Only
◊ Of Counsel Attorneys
♦ Certified Matrimonial Law Attorney

DIRECT DIAL: 212.530.4837
EMAIL: PMCPARTLAND@LHRGB.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2020

April 7, 2020

**VIA ECF & E-MAIL**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      Re:    Arlene Delgado v. Donald J. Trump for President, Inc., et al.
            U.S. District Court, Southern District of New York
            Civil Action No. 19-cv-11764 (AT)

Dear Judge Torres:

      We represent Donald J. Trump for President, Inc., Trump for America, Inc., Sean Spicer, and Reince Priebus (collectively, "Defendants") in the above-captioned action and are writing jointly with plaintiff's counsel, in accordance with Section I(C) of Your Honor's Individual Practices and Section 2(A) of Your Honor's Emergency Individual Rules and Practices in Light of COVID-19, to request that the Court adjourn the parties' initial pretrial conference scheduled for April 14, 2020 and their accompanying deadline to submit a proposed civil case management plan and scheduling order. ECF Doc. No. 16.

      The reason for this request is that the parties intend to engage in pre-answer motion practice in accordance with the parties' proposed briefing schedule that is being filed with the Court in a separate letter today, *to wit*, Defendants' motion to compel arbitration of plaintiff's breach of contract and promissory estoppel claims and motion to dismiss certain of plaintiff's other remaining claims. As such, the parties request that their telephonic pretrial conference and CMP/scheduling order submission deadline be adjourned pending resolution of the motions.

      No prior request for this relief has been made in connection with this lawsuit.

Respectfully submitted,

Patrick McPartland

cc: Abraham Z. Melamed, Esq. (*via ECF*)

GRANTED. The initial pretrial conference scheduled for April 14, 2020 is ADJOURNED *sine die*.

SO ORDERED.

Dated: April 7, 2020
      New York, New York

ANALISA TORRES
United States District Judge