```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARLENE DELGADO,

                                  Plaintiff,

     -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                  Defendants.
-----------------------------------------------------------------X

**ORDER RESCHEDULING TELEPHONE CONFERENCE**

19-CV-11764 (AT)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 56). The telephone conference previously scheduled for Thursday, December 10, 2020 at 2:30 p.m. in advance of a settlement conference has been rescheduled to **Tuesday, January 5, 2021 at 11:30 a.m.** The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: December 10, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge