```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/05/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARLENE DELGADO,

                              Plaintiff,

      -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                              Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING
SETTLEMENT CONFERENCE**

19-CV-11764 (AT)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     A telephonic settlement conference in this matter is scheduled for **Wednesday, February 24, 2021 at 11:00 a.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  Individual defendants need only be available by telephone and only a representative for the campaign with authority to settle must participate in the full conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **February 17, 2021 by 5:00 p.m.**

     SO ORDERED.

Dated: January 5, 2021
       New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge