```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   ARLENE DELGADO,

                                         Plaintiff,

               -against-

   DONALD J. TRUMP FOR PRESIDENT, INC.,
   TRUMP FOR AMERICA, INC., SEAN SPICER,
   individually, REINCE PRIEBUS, individually,
   STEPHEN BANNON, individually,

                                         Defendants.
-----------------------------------------------------------------X
```

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**19-CV-11764 (AT)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The telephonic settlement conference in this matter is scheduled for Wednesday, February 24, 2021 at 11:00 a.m. is hereby rescheduled to **Monday, March 8, 2021 at 11:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Individual defendants need only be available by telephone and only a representative for the campaign with authority to settle must participate in the full conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **March 1, 2021 by 5:00 p.m.**

SO ORDERED.
Dated: February 12, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge