UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE DELGADO,

                Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC., TRUMP FOR AMERICA, INC., SEAN SPICER, individually, REINCE PRIEBUS, individually, STEPHEN BANNON, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2021

19 Civ. 11764 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters at ECF Nos. 76, 79. Accordingly,

1. Plaintiff's request to move to amend her complaint is GRANTED;
2. By **June 10, 2021**, Plaintiff shall move to amend the complaint[1];
3. By **June 17, 2020**, Defendants shall file their opposition papers; and
4. By **June 24, 2020**, Plaintiff shall file her reply, if any.

SO ORDERED.

Dated: May 27, 2021
       New York, New York

ANALISA TORRES
United States District Judge

---

[1] The Court's order at ECF No. 63 granted Plaintiff leave to amend her complaint to add additional facts relevant to her tortious interference claim. Plaintiff shall only brief her proposed additional amendments.