

**New York | Los Angeles | Philadelphia | Miami | New Jersey**

July 29, 2021

Hon. Analisa Torres, U.S. District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007
<u>Via ECF</u>

Re:   *Delgado v. Donald J. Trump for President, Inc., et al.*, No. 19 Civ. 11764 (AT) (KHP)

Dear Judge Torres:

     This Firm represents the above referenced Plaintiff.  I write on behalf of Plaintiff to respectfully request that the Court so-order the enclosed proposed stipulation confirming an arbitral award that was issued on October 8, 2020.

     The undersigned previously wrote the Court asking "whether Plaintiff should file a petition to confirm the arbitration award in the present action, or in a separate related action." (Docket No. 61.)  On March 26, 2021, the Court directed Plaintiff "to file any proceedings to confirm an arbitration award as a separate action."  Since then, however, the Campaign has agreed to stipulate to confirm the award in the form attached herewith, which would save both sides the time and expense of filing and responding to a separate new action.

     Accordingly, Plaintiff requests that the Court so-order the enclosed proposed stipulation. If, however, the Court still prefers that Plaintiff file a new action seeking confirmation of the award, she will do so forthwith.  We thank the Court for its time and attention to this matter.

     Respectfully submitted,

**DEREK SMITH LAW GROUP, PLLC**

BY: */s/ Daniel S. Kirschbaum*
    Daniel S. Kirschbaum, Esq.
    (dsk@dereksmithlaw.com)
    One Penn Plaza, Suite 4905
    New York, New York 10119
    Telephone: (212) 587-0760

*Attorneys for Plaintiff*