## "SO-ORDERED" STIPULATION BETWEEN
## ARLENE DELGADO AND DONALD J. TRUMP FOR PRESIDENT, INC.

WHEREAS, the arbitration entitled *Donald J. Trump for President, Inc. v. Arlene Delgado* (AAA Case Number 01-17-0004-4706) concluded with an October 8, 2020 arbitral award issued by Arbitrator Stephen F. Ruffino (the "Award," attached hereto as Exhibit A);

WHEREAS, Arlene Delgado seeks to have the Award confirmed pursuant to 9 U.S.C. § 9;

WHEREAS, Donald J. Trump for President, Inc. has agreed to stipulate to the confirmation of the Award;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the Award is confirmed, pursuant to 9 U.S.C. § 9.

Dated: New York, New York
July 29, 2021

| | |
|---|---|
| **DEREK SMITH LAW GROUP, PLLC** | **LAROCCA HORNIK ROSEN & GREENBERG LLP** |
| /s/ Daniel S. Kirschbaum | /s/ Patrick McPartland |
| Daniel S. Kirschbaum | Patrick McPartland |
| One Penn Plaza, Suite 4905 | 40 Wall Street, 32nd Floor |
| New York, New York 10119 | New York, New York 10005 |
| T: (212) 587–0760 | T: (212) 530-4837 |
| E: DSK@DEREKSMITHLAW.COM | E: PMCPARTLAND@LHRGB.COM |
| *Attorneys for Arlene Delgado* | *Attorneys for Donald J. Trump for President, Inc.* |

SO ORDERED: _____, U.S.D.J.