UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARLENE DELGADO,

                  Plaintiff,              Civil Case No.: 19-cv-11764

   v.

                                      **NOTICE OF PARTIAL DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i), AS TO ONLY DEFENDANT TRUMP FOR AMERICA, INC.**

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC.,
SEAN SPICER, individually,
REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                 Defendants.
-----------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice, as to Defendant Trump For America, INC., only.  This notice does not dismiss any other party to the action.

Dated: December 22, 2021

                                                           DEREK SMITH LAW GROUP, PLLC

                                  By:     /s/ Abe Melamed_____
                                          Abraham Z. Melamed, Esq.
                                          Attorney for Plaintiff
                                          1 Penn Plaza, Suite 4905
                                          New York, NY 10119
                                          212-587-0760

SO ORDERED:

_____
   Hon. Analisa Torres, U.S.D.J