```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/28/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARLENE DELGADO,

                              Plaintiff,

      v.

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC.,
SEAN SPICER, individually,
REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                              Defendants.
------------------------------------------------------------X

Civil Case No.: 19-cv-11764

**NOTICE OF PARTIAL DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i), AS TO ONLY DEFENDANT TRUMP FOR AMERICA, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice, as to Defendant Trump For America, INC., only. This notice does not dismiss any other party to the action.

Dated: December 22, 2021

                                             DEREK SMITH LAW GROUP, PLLC

                          By:    __/s/ Abe Melamed_____
                                    Abraham Z. Melamed, Esq.
                                    Attorney for Plaintiff
                                    1 Penn Plaza, Suite 4905
                                    New York, NY 10119
                                    212-587-0760

SO ORDERED.

Dated: January 28, 2022
        New York, New York

                                             ANALISA TORRES
                                             United States District Judge