UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE DELGADO,

                Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
SEAN SPICER, individually, REINCE PRIEBUS,
individually, STEPHEN BANNON, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/11/2022_

19 Civ. 11764 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated May 3 and 10, 2022. ECF Nos. 96 & 97. Plaintiff's request to file a pre-discovery motion for summary judgment or motion to enforce is DENIED. The Court will permit one, post-discovery, motion for summary judgment from each party.

      The Clerk of Court is directed to terminate the motion at ECF No. 96.

      SO ORDERED.

Dated: May 11, 2022
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge