```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/12/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Arlene Delgado,

                              Plaintiff,

                -against-                                           **19-CV-11764 (AT) (KHP)**
                                                                                        **ORDER**

DONALD J. TRUMP FOR PRESIDENT, INC., et al.,

                              Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        As discussed at the January 11, 2023 Case Management Conference:

        By **Wednesday, January 18, 2023**, the following documents shall be produced:

- Plaintiff shall produce on an attorneys-eyes-only basis a redacted version of the settlement agreement between Plaintiff and TFA that provides in unredacted form the dollar amount at issue and the release provision.

- Plaintiff shall produce a copy of the permanent injunction issued against her by the Florida court, any other final disposition issued against her in relation to that proceeding, and any written opinions by the Florida court explaining its final decision, to the extent any such documents exist and are in Plaintiff's possession, custody or control, subject to the parties' protective order.

- Defendants shall produce any documents received from the Kasowitz law firm that they intend to rely on or that are in the scope of Plaintiff's discovery requests, to the extent such documents are not protected by any privilege. To the extent such documents are being withheld on the basis of privilege, they shall be included on Defendants' privilege log.

        The deadline for the completion of depositions is extended to **Friday, March 31, 2023.**

The deadline for the parties to depose Plaintiff is **Monday, February 6, 2023**. By **Tuesday, February 7, 2023**, the parties shall have served any third-party subpoenas and shall have scheduled depositions of the Individual Defendants to occur by **Tuesday, February 28, 2023**.

Expert reports, if any, must be produced by **Friday, February 10, 2023.** Rebuttal expert reports,

if any, must be produced by **Friday, March 17, 2023**.  For other directions as to discovery, the parties are directed to the record of the conference.

A Case Management Conference is scheduled on **Tuesday, February 7, 2023 at 3:00 p.m**. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York NY.

**SO ORDERED.**

DATED:   New York, New York
                January 12, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge

2