UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE DELGADO,

                    Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
SEAN SPICER, individually, REINCE PRIEBUS,
individually, STEPHEN BANNON, individually,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/13/2023_

19 Civ. 11764 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Fact discovery in this action will close on March 31, 2023. ECF No. 117. The case management conference in this action is scheduled for **April 25, 2023**, at **11:20 a.m.** The conference will occur telephonically. The parties are directed to dial (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

      Additionally, the parties must file a joint status report not later than one week in advance of the case management conference. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *See also* ECF No. 98.

      SO ORDERED.

Dated: January 13, 2023
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge