**DEREK SMITH LAW GROUP, PLLC**
*Sexual Harassment and Discrimination Lawyers*

January 31, 2023

Hon. Analisa Torres
Hon. Katharine H. Parker
U.S. District Court, Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007
<u>Via ECF</u>

Re:  *Delgado v. Donald J. Trump for President, Inc., et al.*, No. 19 Civ. 11764 (AT) (KHP)

Dear Judges Torres and Parker:

This Firm represents the above referenced Plaintiff, A.J. Delgado. Yesterday I filed a motion for my firm to withdraw as counsel stating that "Plaintiff has fired the Firm and there is an irreparable breakdown in client-attorney relations."

Plaintiff has now requested that I clarify that she did not terminate my firm's services, although that is debatable. And there remains an undeniable breakdown in the relationship between Plaintiff and this firm necessitating our withdrawal from representation. As stated in yesterday's motion, I would prefer to provide further information during an *in-camera, ex parte* proceeding.

Thank you for your consideration,

DEREK SMITH LAW GROUP, PLLC

BY: */s/ Daniel S, Kirschbaum*
Daniel S, Kirschbaum, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119
Telephone: (212) 587-0760
dsk@dereksmithlaw.com

*Attorneys for Plaintiff*