# LaRocca Hornik Rosen & Greenberg LLP

COUNSELORS AT LAW

The Trump Building
40 Wall Street
32nd Floor
New York, NY 10005
212.530.4823
212.530.4815 fax

LHRGB.COM

Professional Arts Center
475 County Rd 520
Suite 200
Marlboro, NJ 07746
732.409.1144
732.409.0350 fax

Private Lender Group
212.536.3529
732.625.2463 fax

Frank J. LaRocca ‡◊
Jonathan L. Hornik
Lawrence S. Rosen
Rose Greenberg ▵
Amy D. Carlin ▵
Patrick McPartland ▵
David N. Kittredge
Jared E. Blumetti
Sanford Hausler ▵
John L. Garcia
Lauren Casparie ▵
Jessica Thual ▵
Peter Kelegian ▵
Drew Tanner ‡
Lauren Weissman-Falk
Nelson Diaz
Ryan Duffy
Daniel Kraft ‡
Christopher Ford ‡
▵ New York Bar Only
‡ New Jersey Bar Only
◊ Of Counsel Attorneys
○ Certified Matrimonial Law Attorney

DIRECT DIAL: 212.530.4831
EMAIL: JBLUMETTI@LHRGB.COM

February 3, 2023

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

Re: Arlene Delgado v. Donald J. Trump for President, Inc., et al.
Civil Action No. 19-cv-11764 (AT) (KHP)

Dear Judge Parker:

We represent defendants Donald J. Trump for President, Inc., Sean Spicer, and Reince Priebus in the above-captioned action.

In accordance with Your Honor's February 1, 2023 order, we write to advise the Court that defendants do not take a position on the application of Derek Smith Law Group PLLC to withdraw as counsel for plaintiff and stay proceedings for 90 days to allow plaintiff the opportunity to retain new counsel.

Respectfully submitted,

/s/ *Jared E. Blumetti*

Patrick McPartland
Jared E. Blumetti