USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ARLENE DELGADO,

                       Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                       Defendants.
------------------------------------------------------------------X

19-CV-11764 (AT) (KHP)

**CASE MANAGEMENT CONFERENCE CONVERSION ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

      The Case Management Conference in this matter scheduled for **Tuesday, February 7, 2023, at 3:00 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:    New York, New York
              February 6, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge

1