USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARLENE DELGADO,

                        Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                        Defendants.
-----------------------------------------------------------------X

**19-CV-11764 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

The Case Management Conference scheduled on **Tuesday, February 7, 2023, at 3:00 p.m** is adjourned sine die.

The *ex parte* conference with Ms. Delgado and Mr. Kirschenbaum that was previously scheduled on **Wednesday, February 8, 2023 at 5:00 p.m.** is re-scheduled to **Tuesday, February 7, 2023, at 3:00 p.m**. The Court will separately email Mr. Kirschenbaum a link to the Court's Teams conference line. On receipt of the email, Mr. Kirschenbaum shall forward that email to Ms. Delgado. Mr. Kirschenbaum shall also send Ms. Delgado a copy of this order. On **Tuesday, February 7, 2023, at 3:00 p.m**, Ms. Delgado and Mr. Kirschenbaum shall join the *ex parte* conference via the Teams link.

       **SO ORDERED.**

DATED:    New York, New York
              February 6, 2023

                                                                     _Katharine H. Parker_____
                                                                      KATHARINE H. PARKER
                                                                      United States Magistrate Judge