```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARLENE DELGADO,

                                        Plaintiff,

    -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                        Defendants.
-----------------------------------------------------------------X

**19-CV-11764 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

      Both Plaintiff and her counsel shall attend the 3:00 p.m. Teams Conference concerning the Motion to Withdraw.

            **SO ORDERED.**

DATED:    New York, New York
                February 7, 2023

                                                                *Katharine H. Parker*
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge