USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARLENE DELGADO,

                                       Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                         Defendants.
-----------------------------------------------------------------X

19-CV-11764 (AT) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       The Court received an email communication from Plaintiff concerning the recent withdrawal of her counsel.  To protect client confidences, the Court does not post the letter on the public docket but advises Plaintiff that all future communications with the Court shall be through the public docket.  Plaintiff may not communicate by email with Chambers.  As Plaintiff is currently proceeding pro se, all communications must be submitted to the pro se office for filing on the docket.  The Court's website provides information and resources concerning pro se procedures at the following link: https://www.nysd.uscourts.gov/prose.  Within one week, Plaintiff shall provide a mailing address to the Court.  Plaintiff may also opt to sign up to receive electronic notices from the Court by following the instructions provided at the above link.

       Plaintiff is advised that there is a free litigation clinic available to pro se plaintiffs through the New York Legal Assistance Group ("NYLAG").  Information about the NYLAG Clinic is available at https://www.nysd.uscourts.gov/attorney/legal-assistance.  The Court encourages Plaintiff to contact NYLAG for assistance in prosecuting her case.

Finally, all of Plaintiff's ex parte, in camera communications with the Court concerning the motion to withdraw must be shared with her prior counsel, and all such communications by her prior counsel must be shared with Plaintiff to the extent not already shared.

**The Clerk of the Court is respectfully directed to send a copy of this order and the order at ECF No. 140 to Plaintiff at the following email address: ajdelgado@outlook.com.**

        **SO ORDERED.**

DATED:    New York, New York  
             March 20, 2023

_Katharine H. Parker_  
KATHARINE H. PARKER  
United States Magistrate Judge

2