USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARLENE DELGADO,

                                       Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                       Defendants.
-----------------------------------------------------------------X

**19-CV-11764 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

As discussed at the May 17, 2023 Case Management Conference:

The deadline for party depositions is **Friday, June 30, 2023.** By **Wednesday, May 31, 2023**, the parties shall have scheduled depositions of the Plaintiff and individual Defendants and shall file a joint letter advising the Court of the dates selected for party depositions.

The deadline for third-party depositions is **Friday, September 15, 2023.** By **Friday, June 16, 2023**, Plaintiff shall file a letter advising the Court of all third-party subpoenas that have been sent and/or are anticipated to be sent. All third-party subpoenas must provide dates that work for both Plaintiff's and Defendants' counsel, not to extend beyond September 15, 2023.

The above deadlines will not be extended absent a showing of good cause.

The parties shall bring any discovery disputes that may arise to the Court's attention by filing a letter on ECF outlining the dispute.

        **SO ORDERED.**

DATED:     New York, New York
               May 17, 2023

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge