UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ARLENE DELGADO,

                Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
SEAN SPICER, individually, REINCE PRIEBUS,
individually, STEPHEN BANNON, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/18/2023_

19 Civ. 11764 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Fact discovery in this action will close on September 15, 2023. ECF No. 145. The case management conference in this action is scheduled for **October 10, 2023**, at **11:20 a.m.** The conference will occur telephonically. The parties are directed to dial (888) 398-2342 or (215) 861- 0674, and enter access code 5598827.

    Additionally, the parties must file a joint status report not later than one week in advance of the case management conference. *See, e.g.*, ECF No. 118. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *See id.*; *see also* ECF No. 98.

    SO ORDERED.

Dated: May 18, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge