USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ARLENE DELGADO,

                                   Plaintiff,

-against-                                  **19-CV-11764 (AT) (KHP)**

DONALD J. TRUMP FOR PRESIDENT, INC.,                     **ORDER**
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                   Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       On August 9, 2023, John M. Phillips, counsel for Plaintiff, filed a motion to withdraw as counsel and seeking to stay proceedings for 90 days to afford Plaintiff the opportunity to find new counsel. (ECF No. 153.) The motion represents that Plaintiff terminated Mr. Phillips' representation by email. By **Tuesday, August 15, 2023**, Mr. Phillips shall send a copy of that termination email to Parker_NYSDChambers@nysd.uscourts.gov for the Court's *ex parte*, *in camera* review. Mr. Phillips shall not copy Defendants on the email.

       In the event Plaintiff objects to Mr. Phillips' withdrawal, she shall file a letter of no more than 2 pages by **Friday, August 18, 2023**, stating her objection and succinctly providing the reason for her objection. In order to file the letter, Plaintiff should send the letter to Mr. Phillips, and Mr. Phillips shall file on ECF any letter received by Plaintiff. In the event Mr. Phillips does not receive a letter from Plaintiff by August 18, he shall file an affidavit on ECF by **Monday, August 21, 2023** stating that no letter was received.

       At this time, Mr. Phillips' request for a stay is denied without prejudice. The Court will discuss the discovery schedule at the upcoming telephonic Case Management Conference that

is already scheduled on Tuesday, August 22, 2023 at 3:00 p.m.  However, in light of the numerous discovery extensions that have already been granted, the Court is not inclined to grant further extensions.

Unless a decision is issued on the motion to withdraw prior to August 22, 2023, both Ms. Delgado and Mr. Phillips shall attend the Conference on that date.  Ms. Delgado can access the conference by dialing 866-434-5269, Access Code 4858267#.

**Mr. Phillips shall immediately serve a copy of this Order on Plaintiff by email and regular mail.**

        **SO ORDERED.**

DATED:    New York, New York  
             August 11, 2023

*Katharine H Parker*  
KATHARINE H. PARKER  
United States Magistrate Judge