```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARLENE DELGADO,

                          Plaintiff,

-against-                                         19-CV-11764 (AT) (KHP)

DONALD J. TRUMP FOR PRESIDENT, INC.,                        **ORDER**
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                          Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

The Court received an *ex parte* communication from Plaintiff concerning her counsel's recent motion to withdraw. In light of that communication, and to protect against disclosure of client confidences, the Court will hold an *ex parte* Teams call with Plaintiff and her Counsel to discuss the pending motion. Plaintiff's counsel shall be prepared to discuss Plaintiff's submission and may submit an *ex parte in camera* response to it (copying Plaintiff) in advance of the *ex parte* Teams call. Plaintiff's counsel shall also submit a copy of the engagement letter with Plaintiff to the Court for its review *in camera*.

The Teams call will be held on **Tuesday, August 22, 2023 at 10:00 a.m**. The Court will separately provide Plaintiff and her counsel with the Teams Link.

**Mr. Phillips shall immediately serve a copy of this Order on Plaintiff by email and regular mail.**

        **SO ORDERED.**

DATED:    New York, New York
              August 15, 2023                          _____
                                                                KATHARINE H. PARKER
                                                                 United States Magistrate Judge