USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Arlene Delgado,

                      Plaintiff,

         -against-

DONALD J. TRUMP FOR PRESIDENT, INC., et al.,

                      Defendant.
-----------------------------------------------------------------X

**19-CV-11764 (AT) (KHP)**

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The telephonic Case Management Conference in this matter scheduled for Thursday, October 26, 2023 at 2:00 p.m. is hereby rescheduled to **Thursday, November 2, 2023 at 2:00 p.m.** At the scheduled time, the parties shall dial the Court's conference line at 866-434-5269, access code 4858267#.

    **SO ORDERED.**

DATED:    New York, New York
                 October 2, 2023

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge