UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE DELGADO,

                Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC., SEAN SPICER, individually, REINCE PRIEBUS, individually, STEPHEN BANNON, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/03/2023_

19 Civ. 11764 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference in this action scheduled for October 10, 2023, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: October 3, 2023
         New York, New York

ANALISA TORRES
United States District Judge