UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ARLENE DELGADO

                          Plaintiff,        19 Civ. 11764 (AT)
      - against -                              SUPPLEMENTAL DECLARATION OF
                                                              WILLIAM C ODLE IN SUPPORT
                                                              OF MOTION TO WITHDRAW

DONALD J. TRUMP FOR PRESIDENT INC.,
SEAN SPICER, Individually, REINCE PRIEBUS,
Individually, STEPHEN BANNON, Individually
                                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ANALISA TORRES, District Judge

       William C. Odle declares under penalty of perjury pursuant to 20 U.S.C. § 1746 that the following is true and correct:

       1.    I am an attorney with the Odle Law Firm, LLC. ("Firm") and am counsel for Plaintiff Arlene J. Delgado in the above-captioned matter and have personal knowledge of all facts attested to herein.

       2.    I submit this Motion and offer my declaration herein in support of the present motion pursuant to Local Civil Rule 1.4 and New York Rules of Professional Conduct.

       3.    Pursuant to Local Civil Rule 1.4, the undersigned and the Firm hereby disclaim any monetary interest in Plaintiff's recovery in this action and will not assert any attorney's lien on any judgment, verdict or settlement rendered herein.

Dated: December 11, 2023

Respectfully submitted,

 /s/ *William C. Odle*
William C. Odle  MO# 38571 KS#14235
The Odle Law Firm, LLC
6 ½ E. First Street, Suite 2
Parkville, MO 64152
Tel:      (816) 631-5220
Email:   wodle@odlelawfirm.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of December 2023, the foregoing was filed with the Court's electronic filing system and served on all counsel of record and provided to Plaintiff via email.

/s/ William C. Odle