```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Arlene Delgado,
                                    Plaintiff,

                -against-                                  19-CV-11764 (AT) (KHP)
                                                                   ORDER
DONALD J. TRUMP FOR PRESIDENT, INC., et al.,

                                    Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the December 18, 2023 telephonic Case Management Conference[1]:

The deadline for completion of all discovery remains **Friday, December 29, 2023**, however the discovery deadline is extended to **Thursday, February 15, 2024** for the sole purpose of deposing Defendant Reince Priebus and production of information, if any, based on a ruling on the anticipated motion to compel by Defendants.

Any motion to compel discovery must be filed by **Friday, January 5, 2024**. Any opposition is due by **Friday, January 19, 2024**, and any reply is due by **Friday, January 26, 2024**.

Defendants' motion for summary judgment is due on **Friday, March 15, 2024**. Plaintiff's opposition brief and any cross-motion for summary judgment is due on **Monday, April 15, 2024**. Defendant's reply and opposition to any cross-motion is due on **Monday April 29, 2024.**

---

[1] The Court held an *ex parte* conference with Plaintiff and her counsel on December 11, 2023 to discuss Plaintiff's counsel's pending motion to withdraw. At the conference, in light of the pending motion to withdraw, the Court advised Plaintiff that a telephonic case management conference was already scheduled for December 15, 2023 at 11:15 a.m., and directed both Plaintiff and her counsel to attend the conference. On December 14, 2023, Plaintiff emailed chambers stating that she would not be available to attend the conference due to a prior scheduling conflict. The Court then adjourned the conference to December 18, 2023 in an effort to accommodate Plaintiff's scheduling conflict, however on the morning of the conference, Plaintiff wrote to the Court to say she would not be able to attend the conference as rescheduled. Accordingly, the conference moved forward without Plaintiff in attendance. Plaintiff's counsel attended the conference and represented Plaintiff at the conference.

If Plaintiff files a cross-motion for summary judgment, her reply is due on **Monday, May 13, 2024.**

Upon any motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, there shall be annexed to the notice of motion a separate, short and concise statement, in numbered paragraphs, of the material facts as to which the moving party contends there is no genuine issue to be tried.  The papers opposing a motion for summary judgment shall include a correspondingly numbered paragraph responding to each numbered paragraph in the statement of the moving party, and if necessary, additional paragraphs containing a separate, short and concise statement of additional material facts as to which it is contended that there exists a genuine issue to be tried.  Each statement by the movant or opponent pursuant to Rule 56.1(a) and (b), including each statement controverting any statement of material fact, must be followed by citation to evidence which would be admissible, set forth as required by Fed. R. Civ. P. 56(c)

**Counsel for Plaintiff is directed to send Plaintiff a copy of this order.  Additionally, counsel for Plaintiff is directed to request a transcript from the December 18, 2023 case management conference and provide it to Plaintiff.**

SO ORDERED.

DATED:    New York, New York
          December 18, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge