```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  ARLENE DELGADO,

                                  Plaintiff,

                -against-

  DONALD J. TRUMP FOR PRESIDENT, INC.,
  TRUMP FOR AMERICA, INC., SEAN SPICER,
  individually, REINCE PRIEBUS, individually,
  STEPHEN BANNON, individually,

                                  Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2024

19-CV-11764 (AT) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

On December 19, 2023, the Court issued an order granting William C. Odle's motion to withdraw (the "Order Granting Withdrawal") and directed Mr. Odle to mail a copy of the Order to Plaintiff Arlene Delgado. (ECF No. 174.) The Order Granting Withdrawal also directed Mr. Odle to turn over all relevant files to Ms. Delgado no later than December 22, 2023.

On January 2, 2024, the Court received an email from Ms. Delgado asking for an update as to the status of the motion to withdraw.

By **Friday, January 5, 2024**, Mr. Odle shall file an affidavit on the docket affirming that (1) he has served a copy of the Order Granting Withdrawal on Ms. Delgado, (2) he has turned over all relevant files to Ms. Delgado, and (3) he has served a copy of this Order on Ms. Delgado.

Additionally, Ms. Delgado is advised that, moving forward, the Court will not accept communications by email unless such communication is specifically directed. By Standing Order, a pro se party must mail all communications with the Court to the Pro Se Intake Unit located at 500 Pearl Street, Room 230, New York, NY 10007. A pro se party may not send any

document or filing directly to Chambers unless specifically directed to do so by the Court. Unless the Court orders otherwise, all communications with the Court will be docketed upon receipt. Questions can be directed to the Pro Se Intake Unit at (212) 805-0175. Plaintiff shall provide her contact information to the Pro Se Intake Unit to ensure case filings can be sent to the correct mail or email address. Instructions to consent to electronic service are available at: https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

**The Clerk of the Court is respectfully directed to mail a copy of this Order to Mr. Odle at: The Odle Law Firm, LLC, 6 1/2 East First Street, Suite 2, 64152, Parkville, MO 64152-3702. Mr. Odle shall then send a copy of the Order to Ms. Delgado and file an affidavit of service of same.**

       **SO ORDERED.**

DATED:   New York, New York  
               January 2, 2024

                                              KATHARINE H. PARKER  
                                              United States Magistrate Judge