```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ARLENE DELGADO,

                              Plaintiff,

             -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                            Defendants.
----------------------------------------------------------------X

**19-CV-11764 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

On December 19, 2023, the Court issued an order granting William C. Odle's motion to withdraw (the "Order Granting Withdrawal") and directed Mr. Odle to mail a copy of the Order Granting Withdrawal to Plaintiff Arlene Delgado. (ECF No. 174.) The Order Granting Withdrawal directed that Plaintiff provide her contact information to the Pro Se Intake Unit by December 22, 2023 to ensure that, moving forward, the Clerk of the Court can mail court filings to her directly.

In January 2024, the Court received emails from Plaintiff requesting an update regarding Mr. Odle's motion to withdraw. A Chambers staff member advised Plaintiff by email that the Court has a policy against communicating by email with parties and that Plaintiff should provide her mailing address to the Pro Se Intake Unit so that the Court can communicate with her. The Court then directed Mr. Odle to file proof on the docket that he served Plaintiff with the Order Granting Withdrawal. On January 11, 2024, Mr. Odle filed an attorney affidavit certifying that he served copies of the Order Granting Withdrawal and subsequent Court orders on Plaintiff.

Plaintiff still has not provided her mailing address to the Pro Se Intake Unit or the Court, which has created a standstill in this matter.  The provision of a mailing address to the Court is a simple step that is required of pro se plaintiffs and is not typically a hurdle for pro se plaintiffs. Plaintiff has been advised by Court Order and by email of the requirement to provide her mailing address to the Court.  Out of excessive solicitude to Plaintiff, the Court extends the deadline for her to provide her mailing address to the Pro Se Intake Unit to **Wednesday, January 17, 2024.**  Plaintiff is advised that failure to provide her mailing address may result in sanctions, up to and including dismissal of her case for failure to prosecute.  Plaintiff is reminded that she has the option to consent to electronic service and can visit https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases for instructions.

The Court *sua sponte* extends the deadline for Plaintiff to respond to the pending motion to compel discovery (ECF No. 176) from Friday, January 19, 2024 to **Wednesday, January 24, 2024**.  The deadline for any reply is extended to **Wednesday, January 31, 2024**.

The deadline to depose Defendant Reince Priebus remains **Thursday, February 15, 2024**.  The Court encourages defense counsel to communicate with Plaintiff regarding scheduling that deposition in order to avoid continued delays in this matter.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Mr. Odle at the address listed on the docket.  Mr. Odle is directed to mail copy of this Order to Plaintiff and file proof of service on the docket.

        **SO ORDERED.**

DATED:    New York, New York
           January 12, 2024               KATHARINE H. PARKER
                                 United States Magistrate Judge