USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ARLENE DELGADO,

                                  Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                  Defendants.
------------------------------------------------------------------X

**19-CV-11764 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

A telephonic Case Management Conference is scheduled on **Tuesday, January 30, 2024, at 4:30 p.m.** At the scheduled time, the parties shall dial the Court's conference line at 866-434-5269, access code 4858267#.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff at 1065 SW 8th Street, PMB 609, Miami, FL 33130.

    **SO ORDERED.**

DATED:    New York, New York
                January 23, 2024

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge