UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARLENE DELGADO,

                                  Plaintiff,                            19-CV-11764 (AT) (KHP)

        -against-

                                                                                **ORDER**

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                  Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       As discussed at the January 30, 2024 Case Management Conference:

       Upon good cause shown by Plaintiff and out of solicitude for Plaintiff's pro se status, the deadline for completion of discovery in this case is extended to **April 15, 2024** solely for purposes of completing certain discovery that was not completed by Plaintiff's prior counsel**.** By **February 6, 2024**, Plaintiff shall provide to Defendants (i) a modified 30(b)(6) notice if needed, and (ii) a letter outlining what discovery Plaintiff believes remains outstanding from Defendants; and Defendants shall provide to Plaintiff (i) a copy of her deposition transcript in this matter, and (ii) the identity of their 30(b)(6) witness.  The deposition of Reince Priebus shall occur on **February 8, 2024**.  The deposition of the 30(b)(6) witness shall occur on a date between **February 21 and February 29, 2024**, inclusive.  By **February 12, 2024,** counsel for Defendants shall determine a date that works for the 30(b)(6) witness within that range and advise Plaintiff of the date for the deposition.

       Plaintiff's prior counsel failed to meet deadlines for service of non-party subpoenas. Nevertheless, good cause having been shown, the Court will permit subpoenas for the

depositions of nonparties Eric Trump and Brad Parscale to be served so long as they are served by **February 22, 2024** and scheduled to occur by no later than **April 15, 2024.** Having missed prior deadlines, Plaintiff must seek leave of Court for additional third-party discovery and demonstrate any such proposed discovery is relevant and proportional to the needs of the case and can be accomplished by **April 15, 2024**. The Court will address any such requests at the court conference scheduled on **February 28, 2024**.

All of the above-referenced dates are **firm and final**, and may not be moved without a good cause showing. In light of the numerous extensions already given and delays in this case that have occurred as a result of Plaintiff's counsel appearing and withdrawing close to deadlines, any future appearance of new counsel on behalf of Plaintiff will not constitute good cause for an extension of the **April 15, 2024** deadline for completion of discovery.

The letter motion to compel at ECF No. 176 is granted to the extent Defendants seeks portions of the deposition transcript of Plaintiff in her family court action during which Plaintiff addresses her job search efforts/employment after leaving the campaign because such information is relevant to mitigation and proportional to the needs of the case. The motion is otherwise denied. By **February 20, 2024**, Plaintiff shall produce the relevant portions of the deposition transcript as well as the PDF compilation of job applications/rejections she described at yesterday's court conference.

In light of the extension of the discovery schedule, the deadline for motions for summary judgment is **extended to 30 days after the close of discovery**, with opposition briefs due 30 days thereafter, and reply briefs due 15 days after the opposition briefs.

A telephonic Case Management Conference is scheduled via the Court's Microsoft Teams conference line for **Wednesday, February 28, 2024 at 2:00 p.m.** At the scheduled time, the parties shall dial **+1 646-453-4442**, **conference ID 800051869#**. Please note the change in dial-in information from prior conferences.

The parties are reminded that, in accordance with my Individual Practices, communications with the Court should be by letter, not to exceed 3 single-space pages in length, and filed on ECF.

**The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff and to terminate the motion at ECF No. 176.**

        **SO ORDERED.**

DATED:    New York, New York  
             January 31, 2024

_____  
KATHARINE H. PARKER  
United States Magistrate Judge