```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  ARLENE DELGADO,

                                            Plaintiff,                    19-CV-11764 (AT) (KHP)
                    -against-
                                                                          ORDER
  DONALD J. TRUMP FOR PRESIDENT, INC.,
  TRUMP FOR AMERICA, INC., SEAN SPICER,
  individually, REINCE PRIEBUS, individually,
  STEPHEN BANNON, individually,

                                            Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

Plaintiff submitted a letter dated Tuesday, February 13, 2024, and that was entered on the docket on Thursday, February 15, 2024, raising several requests and issues. (ECF No. 193.) The letter does not state Defendants' position as to the requests and issues raised therein.

As a reminder to the parties, according to my individual practices[1], letters to the Court should generally follow a meet and confer process and state the other parties' position(s) on the request. If the letter does not provide the other parties' position(s), opposing parties have three business days to note their position(s). Additionally, as a reminder moving forward, letters must be limited to three single-space pages unless permission for a lengthier letter is granted.

As three business days have passed and Defendants have not stated their position(s), if any, as to the requests and issues raised in Plaintiffs' letter, Defendants are directed to file a

---

[1] See https://www.nysd.uscourts.gov/sites/default/files/practice_documents/KHP%20Parker%20Individual%20Practices%20in%20Civil%20Cases.pdf.

letter of no more than 3 single-spaced pages stating their positions by **Friday, February 23, 2024**.  If no letter is filed by that date, the Court will assume Defendants take no position as to any of the requests and issues raised in Plaintiff's letter.

        **SO ORDERED.**

DATED:    New York, New York
              February 22, 2024              KATHARINE H. PARKER
                                                     United States Magistrate Judge