```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  ARLENE DELGADO,

                                         Plaintiff,                  19-CV-11764 (AT) (KHP)
              -against-
                                                                     ORDER GRANTING PRO SE
  DONALD J. TRUMP FOR PRESIDENT, INC.,                               PLAINTIFF PERMISSION TO FILE
  TRUMP FOR AMERICA, INC., SEAN SPICER,                              DOCUMENT UNDER SEAL
  individually, REINCE PRIEBUS, individually,
  STEPHEN BANNON, individually,

                                         Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

Plaintiff has requested permission to submit a letter *in camera* that would explain to the Court what additional third party discovery Plaintiff seeks. (ECF No. 193.) Plaintiff seeks to file the letter *in camera* "so as to avoid unnecessary embarrassment to unrelated third parties" and "to avoid placing in the public record what would be considered work-product." (*Id.*) Defendants do not object to this request provided they have the opportunity to read and respond to the letter.

Plaintiff is advised that her letter to the Court should be a succinct explanation of which non-party individuals she seeks discovery from, and why discovery from those individuals is relevant and proportional to the needs of the case. The letter should not reveal attorney-client confidences and should not include unnecessary information. To the extent the letter must contain information that is embarrassing to others, the embarrassing information may be redacted, and an unredacted version of the letter may be filed under seal in accordance with my Individual Practices. An unredacted version of the letter may also be emailed to Chambers

with defense counsel copied to ensure that the Court and defense counsel have the time to review the letter in advance of the upcoming conference.

The directions for filing a document under seal are available on pages 6-7 of my Individual Practices.  Further questions regarding filing a document under seal may be directed to the ECF Helpdesk during normal business hours, at helpdesk@nysd.uscourts.gov.

**SO ORDERED.**

DATED: New York, New York
February 23, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge