IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELGADO,<br><br>    *Plaintiff*,<br><br>-v-<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br><br>    *Defendants*. | 1:19-cv-11764 (AT) (KHP) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jeffrey S. Gavenman of Schulman Bhattacharya, LLC, an attorney admitted to practice in this Court, hereby enters an appearance as counsel for non-party Brad Parscale.

Dated: March 12, 2024

Respectfully submitted,

**SCHULMAN BHATTACHARYA, LLC**

/s/ Jeffrey S. Gavenman
Jeffrey S. Gavenman (JG-3738)
6116 Executive Boulevard, Suite 425
North Bethesda, Maryland 20852
Tel: (240) 356-8553
Fax: (240) 356-8558
Email: jgavenman@schulmanbh.com

*Counsel for Brad Parscale*

1