```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARLENE DELGADO,

                               Plaintiff,

          -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                               Defendants.
-----------------------------------------------------------------X

19-CV-11764 (AT) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

      Plaintiff filed a letter at ECF No. 209 seeking leave to file a motion to compel nonparty Bradley Parscale to attend his deposition and/or to hold Mr. Parscale in contempt for failing to attend his previously scheduled deposition. Counsel for Mr. Parscale then entered an appearance and filed a letter at ECF No. 212 representing that Mr. Parscale intends to appear for a deposition, but that he and his counsel were not available on the previously noticed deposition date. The letter suggests that an amenable deposition date can be agreed upon through the meet and confer process.

      In light of the letter from counsel for Mr. Parscale, the Court finds that a motion to compel or to hold Mr. Parscale in contempt is premature. **The Court directs counsel for Mr. Parscale to attend the upcoming conference in this case, which is scheduled to occur on March 26, 2024 at 4:30 p.m.** by Microsoft Teams. The dial-in information for the conference is **646-453-4442, code 806 645 592**#. However, in light of the numerous topics to be discussed at the conference, **the Court directs Plaintiff, counsel for Defendants, and counsel for Mr. Parscale join the conference by video. The Court will send the parties and counsel for Mr.

**Parscale a link by email to join the conference by video.** At the conference, the Court will discuss the issues raised in Plaintiff's letter regarding the deposition of Mr. Parscale and will attempt to assist the parties in finding a mutually agreeable deposition date prior to the April 15 deadline without the need for motion practice.

Plaintiff also filed a letter at ECF No. 210 asking the Court to reconsider its denial of Plaintiff's request to depose nonparty Kellyanne Conway. This issue will also be discussed at the upcoming conference and Defendant will have the opportunity to be heard on this issue at the conference.

**SO ORDERED.**

DATED:  New York, New York  
March 13, 2024

_Katharine H. Parker_  
KATHARINE H. PARKER  
United States Magistrate Judge