USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ARLENE DELGADO,

                      Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                      Defendants.
------------------------------------------------------------------X

**19-CV-11764 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

As discussed at the March 26, 2024 Case Management Conference, the deposition of non-party Bradley Parscale is ORDERED to occur on **April 12, 2024 at 10:00 a.m.** This date may not be changed absent Court order on a showing of good cause.

           **SO ORDERED.**

DATED:    New York, New York
               March 26, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge