USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARLENE DELGADO,

                              Plaintiff,

      -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                              Defendants.
-----------------------------------------------------------------X

**19-CV-11764 (AT) (KHP)**

**DISCOVERY ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       The Court is in receipt of Plaintiff's letters regarding the deposition of Bradley Parscale scheduled for tomorrow. (ECF No. 241 and 242.) Plaintiff and Mr. Parscale are directed to move forward with the deposition in accordance with the directions set forth by the Court in its recent Order at ECF No. 238.

       Should Plaintiff find that more than 2.5 hours are needed for Mr. Parscale's deposition, she may write to the Court following the deposition to request permission to depose Mr. Parscale a second time on a date prior to May 7 that is mutually agreeable for the relevant parties. As there is no indication at this time that more than 2.5 hours will be needed, this issue is not ripe for the Court's decision.

       **SO ORDERED.**

DATED:    New York, New York
                April 11, 2024

                                                       _____
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge