**LaRocca, Hornik, Greenberg,**
**& Kittredge, Carlin**
**McPartland LLP**
COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   4/16/2024

40 Wall Street
32nd Floor
New York, NY 10005
212.530.4823
212.530.4815 fax

lhrgb.com

Private Lender Group
Professional Arts Center
475 County Rd 520
Suite 200
Marlboro, NJ 07746

Ryan Duffy
Christopher Ford †
John L. Garcia
Sanford Hausler ∆
Peter Kelegian ∆
Daniel Kraft ∆

DIRECT DIAL: 212.530.4831
EMAIL: JBLUMETTI@LHRGB.COM

> Application granted.  Defendants' motion for Summary Judgment is
> due on **Thursday, June 6, 2024**.  Plaintiff's opposition, and any cross-
> motion for Summary Judgment, are due on **Monday, July 8, 2024**.
> Defendants' reply, and opposition to any cross-motion, are due on
> **Tuesday, July 23, 2024**.  Plaintiff's reply to any opposition filed by
> Defendants is due **Wednesday, August 7, 2024**.

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE 4/16/2024

Re:    Arlene Delgado v. Donald J. Trump for President, Inc., et al.
        Civil Action No. 19-cv-11764 (AT) (KHP)

Dear Judge Parker:

We represent defendants Donald J. Trump for President, Inc., Sean Spicer, and Reince Priebus in the above-captioned action and are writing, in accordance with Section I(c) of Your Honor's rules, to respectfully request that the summary judgment deadline be extended from May 15, 2024 to June 6, 2024.  ECF Doc. No. 187.

The reason for this request is two-fold.  First, on April 3, 2024, the Court extended the fact discovery from April 15, 2024 to May 7, 2024 to allow additional time to complete the depositions of six non-party witnesses.  ECF Doc. No. 231.  As such, defendants request that the summary judgment deadline be correspondingly extended by 22 days to ensure that all remaining depositions are completed (and transcripts are received) prior to commencing dispositive motion practice. Second, under the parties' current briefing schedule, defendants' reply brief would be due on June 29, 2024, during which the undersigned will be traveling overseas for a personal commitment. Extending the summary judgment deadline by 22 days would render defendants' reply brief due on July 22, 2024, which poses no such conflict.

This is defendants' first request to extend the summary judgment deadline.  Plaintiff consents to this request.

Respectfully submitted,

*Jared E. Blumetti*

Patrick McPartland
Jared E. Blumetti