April 17, 2024

Hon. Magistrate Parker
United State District Court, S.D.N.Y.
500 Pearl Street, Courtroom 17D
New York, NY 10007
RE: *resetting of Kellyanne Conway deposition date*
VIA: electronic submission through *Pro-Se* Intake Unit

Your Honor,

I am the *pro-se* Plaintiff in the above-mentioned matter, hereinafter referred to in first person or as "Plaintiff."

As reflected in the docket, the deposition of Kellyanne Conway was noticed, and the Clerk issued said notice, to take place on April 18, 2024 (a date Plaintiff selected after being unable to obtain a date of the deponent's choosing, from deponent). Defendants' counsel, however, is understandably unavailable on said date with a pre-existing commitment in another case. As such, Plaintiff has notified both opposing counsel and Ms. Conway that the deposition will be re-noticed for another date, to take place by the Court's deadline.

Respectfully and humbly submitted,
*s/ Arlene Delgado*
Plaintiff, *pro-se*
