UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ARLENE J. DELGADO,

                Plaintiff,

   -against-

DONALD J. TRUMP FOR PRESIDENT, INC., SEAN
SPICER, individually, REINCE PRIEBUS,
individually, and STEPHEN BANNON, individually,

                Defendants.
-------------------------------------------------------------------X

Civil Action No.:
19-cv-11764 (AT) (KHP)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the declaration of Jared E. Blumetti, dated April 26, 2024, and all prior proceedings, LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP (the "Firm"), attorneys for defendants Donald J. Trump for President, Inc., Sean Spicer, and Reince Priebus ("Defendants"), respectfully move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, before the Honorable Katharine H. Parker, for an order, pursuant to Local Rule 1.4, relieving the Firm as counsel of record for Defendants in this action.

Dated: New York, New York
       April 26, 2024

                                                           LAROCCA, HORNIK, GREENBERG,
                                                           KITTREDGE, CARLIN
                                                           & MCPARTLAND LLP

                                                           /s/ *Jared E. Blumetti*
                          By: _____
                                                          Patrick McPartland
                                                          Jared E. Blumetti
                                                          40 Wall Street, 32nd Floor
                                                          New York, New York 10005
                                                          T: (212) 530-4837, 4831
                                                          E: pmcpartland@lhrgb.com
                                                              jblumetti@lhrgb.com

                                                          *Attorneys for Defendants*