UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARLENE J. DELGADO,

       Plaintiff,      Civil Action No.:
                19-cv-11764 (AT) (KHP)
 -against-

DONALD J. TRUMP FOR PRESIDENT, INC., SEAN  **STIPULATION AND**
SPICER, individually, REINCE PRIEBUS,      **[PROPOSED] ORDER OF**
individually, and STEPHEN BANNON, individually,  **SUBSTITUTION AND**
                        **WITHDRAWAL OF COUNSEL**
       Defendants.
------------------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, pursuant to Local Civil Rule 1.4, and subject to the approval by the Court, that the law firm of Dhillon Law Group Inc. is substituted as counsel of record for defendants Donald J. Trump for President, Inc., Sean Spicer, and Reince Priebus ("Defendants") in place of the law firm LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP, which is the current counsel of record for Defendants in the above-captioned action, and that LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP and its attorneys Amy Carlin, Patrick McPartland, and Jared E. Blumetti are withdrawn as counsel of record for Defendants.

  PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this action should henceforth be served upon the following counsel:

  Josiah A. Contarino
  50 Park Place, Suite 1105
  Newark, New Jersey 07102
  T: (917) 423-7221
  E: jcontarino@dhillonlaw.com

  John-Paul S. Deol
  Jesse D. Franklin-Murdock
  Dhillon Law Group Inc.
  177 Post Street, Suite 700
  San Francisco, California 94108

T: (415) 433-1700
E: jpdeol@dhillonlaw.com
   jfranklin-murdock@dhillonlaw.com

This Stipulation may be executed in counterparts, and electronic and facsimile copies of the Stipulation shall be deemed an original for all purposes.

Dated: New York, New York
       May 3, 2024

**DHILLON LAW GROUP INC.**

Josiah A. Contarino
50 Park Place, Suite 1105
Newark, New Jersey 07102
T: (917) 423-7221
E: jcontarino@dhillonlaw.com

John-Paul S. Deol*
Jesse D. Franklin-Murdock**
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, California 94108
T: (415) 433-1700
E: jpdeol@dhillonlaw.com
   jfranklin-murdock@dhillonlaw.com

*Incoming attorneys for Defendants*

*pro hac vice* motion and application for admission forthcoming
**p*ro hac vice* motion forthcoming

**LAROCCA, HORNIK, GREENBERG, KITTREDGE, CARLIN & MCPARTLAND LLP**

Amy Carlin
Patrick McPartland
Jared E. Blumetti
40 Wall Street, 32nd Floor
New York, New York 10005
T: (212) 530-4835; 4837; 4831
E: acarlin@lhrgb.com
   pmcpartland@lhrgb.com
   jblumetti@lhrgb.com

*Outgoing attorneys for Defendants*

## CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendants consent and agree that the law firm of Dhillon Law Group Inc. is substituted as Defendants counsel of record in place of the law firm LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP, which is Defendants current counsel of record in the above-captioned action, and that LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP and its attorneys Amy Carlin, Patrick McPartland, and Jared E. Blumetti are withdrawn as Defendants' counsel of record.

Dated: New York, New York
May 3, 2024

DONALD J. TRUMP FOR PRESIDENT, INC.

_____

SEAN SPICER

_____

REINCE PRIEBUS

_____

**SO ORDERED:**

_____
**Honorable Katharine H. Parker
UNITED STATES MAGISTRATE JUDGE**

3

## CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendants consent and agree that the law firm of Dhillon Law Group Inc. is substituted as Defendants counsel of record in place of the law firm LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP, which is Defendants current counsel of record in the above-captioned action, and that LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP and its attorneys Amy Carlin, Patrick McPartland, and Jared E. Blumetti are withdrawn as Defendants' counsel of record.

Dated: New York, New York
May 3, 2024

DONALD J. TRUMP FOR PRESIDENT, INC.

_____
SEAN SPICER

_____
REINCE PRIEBUS

SO ORDERED:

_____
Honorable Katharine H. Parker
UNITED STATES MAGISTRATE JUDGE

3

## CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendants consent and agree that the law firm of Dhillon Law Group Inc. is substituted as Defendants counsel of record in place of the law firm LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP, which is Defendants current counsel of record in the above-captioned action, and that LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP and its attorneys Amy Carlin, Patrick McPartland, and Jared E. Blumetti are withdrawn as Defendants' counsel of record.

Dated: New York, New York
       May 3, 2024

DONALD J. TRUMP FOR PRESIDENT, INC.

_____

SEAN SPICER

_____

REINCE PRIEBUS

_____

**SO ORDERED:**

_____
**Honorable Katharine H. Parker**
**UNITED STATES MAGISTRATE JUDGE**

3