UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARLENE J. DELGADO,

                 Plaintiff,

    -against-

DONALD J. TRUMP FOR PRESIDENT, INC., SEAN
SPICER, individually, REINCE PRIEBUS,
individually, and STEPHEN BANNON, individually,

                 Defendants.
-----------------------------------------------------------------X

Civil Action No.:
19-cv-11764 (AT) (KHP)

**STIPULATION AND
[PROPOSED] ORDER OF
SUBSTITUTION AND
WITHDRAWAL OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, pursuant to Local Civil Rule 1.4, and subject to the approval by the Court, that the law firm of Schulman Bhattacharya, LLC is substituted as counsel of record for defendants Donald J. Trump for President, Inc., Sean Spicer, and Reince Priebus ("Defendants") in place of the law firm LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP, which is the current counsel of record for Defendants in the above-captioned action, and that LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP and its attorneys Amy Carlin, Patrick McPartland, and Jared E. Blumetti are withdrawn as counsel of record for Defendants.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this action should henceforth be served upon the following counsel:

Jeffrey S. Gavenman
6116 Executive Boulevard, Suite 425
North Bethesda, Maryland 20852
Tel: (240) 356-8553
Fax: (240) 356-8558
Email: jgavenman@schulmanbh.com

This Stipulation may be executed in counterparts, and electronic and facsimile copies of the Stipulation shall be deemed an original for all purposes.

Dated: New York, New York
May 6, 2024

| | |
|---|---|
| **SCHULMAN BHATTACHARYA, LLC** | **LAROCCA, HORNIK, GREENBERG, KITTREDGE, CARLIN & MCPARTLAND LLP** |
| */s/ Jeffrey S. Gavenman* | */s/ Amy Carlin* |
| Jeffrey S. Gavenman (JG-3738) | Amy Carlin |
| 6116 Executive Boulevard, Suite 425 | Patrick McPartland |
| North Bethesda, Maryland 20852 | Jared E. Blumetti |
| T: (240) 356-8553 | 40 Wall Street, 32nd Floor |
| E: jgavenman@schulmanbh.com | New York, New York 10005 |
| | T: (212) 530-4835; 4837; 4831 |
| *Incoming attorneys for Defendants* | E: acarlin@lhgkcm.com |
| | pmcpartland@lhgkcm.com |
| | jblumetti@lhgkcm.com |
| | *Outgoing attorneys for Defendants* |

2

## CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendants consent and agree that the law firm of Schulman Bhattacharya, LLC is substituted as Defendants counsel of record in place of the law firm LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP, which is Defendants current counsel of record in the above-captioned action, and that LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP and its attorneys Amy Carlin, Patrick McPartland, and Jared E. Blumetti are withdrawn as Defendants' counsel of record.

Dated: New York, New York
    May 6, 2024

DONALD J. TRUMP FOR PRESIDENT, INC.

_____
By: Justin Clark

SEAN SPICER

_____

REINCE PRIEBUS

_____

**SO ORDERED:**

_____
**Honorable Katharine H. Parker**
**UNITED STATES MAGISTRATE JUDGE**

3

## CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendants consent and agree that the law firm of Schulman Bhattacharya, LLC is substituted as Defendants counsel of record in place of the law firm LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP, which is Defendants current counsel of record in the above-captioned action, and that LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP and its attorneys Amy Carlin, Patrick McPartland, and Jared E. Blumetti are withdrawn as Defendants' counsel of record.

Dated: New York, New York
May 6, 2024

DONALD J. TRUMP FOR PRESIDENT, INC.

_____

—

SEAN SPICER

_____

REINCE PRIEBUS

_____

—

3

## CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendants consent and agree that the law firm of Schulman Bhattacharya, LLC is substituted as Defendants counsel of record in place of the law firm LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP, which is Defendants current counsel of record in the above-captioned action, and that LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP and its attorneys Amy Carlin, Patrick McPartland, and Jared E. Blumetti are withdrawn as Defendants' counsel of record.

Dated: New York, New York
      May 6, 2024

DONALD J. TRUMP FOR PRESIDENT, INC.

_____

SEAN SPICER

_____

REINCE PRIEBUS

**SO ORDERED:**

_____
**Honorable Katharine H. Parker**
**UNITED STATES MAGISTRATE JUDGE**