**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARLENE J. DELGADO,<br><br>      Plaintiff,<br><br> -*against*-<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br><br>      Defendants. | Case 1:19-cv-11764-AT-KHP<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF FOX CORPORATION** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Fox Corporation, a private non-governmental party, hereby certifies that Fox Corporation is a publicly held corporation with no parent company. There is no publicly held corporation that owns ten percent or more of Fox Corporation.

  Fox Corporation is a Delaware corporation with a principal place of business in New York.

          **[signature page to follow]**

Dated: New York, New York
May 7, 2024

                                          **MINTZ & GOLD LLP**

/s/ Steven G. Mintz
Steven G. Mintz
600 Third Avenue – 25th Floor
New York, New York 10016
Tel:   (212) 696-4848
mintz@mintzandgold.com

*Attorneys for Defendant*
*Fox Corporation*