```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARLENE DELGADO,

                              Plaintiff,

         -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                              Defendants.
-----------------------------------------------------------------X

**19-CV-11764 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

      The recently filed Notice of Substitution of Counsel reflects the names of Amy Carlin, Patrick McPartland, and Jared Blumetti as outgoing attorneys, substituted by Schulman Bhattacharya, LLC. (ECF No. 280.)  However, the Notice of Substitution is silent with regard to attorney Lawrence S. Rosen being substituted. The Court requests clarification from Defendants concerning whether Mr. Rosen is also being substituted by Schulman Bhattacharya, LLC.

**SO ORDERED.**

DATED:    New York, New York
               May 8, 2024

                                                        _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge