# LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP
### COUNSELORS AT LAW

40 Wall Street
32nd Floor
New York, NY 10005
212.530.4823
212.530.4815 fax

LHRGB.COM

Private Lender Group
Professional Arts Center
475 County Rd 520
Suite 200
Marlboro, NJ 07746
212.536.3529
732.625.2463 fax

Frank J. LaRocca ⁺◊
Jonathan L. Hornik
Rose Greenberg ∆
David N. Kittredge
Amy D. Carlin ∆
Patrick McPartland ∆
Jared E. Blumetti
Nelson Diaz
Ryan Duffy
Christopher Ford ‡
John L. Garcia
Sanford Hausler ∆
Peter Kelegian ∆
Daniel Kraft ‡
Andrew Nastashkin ‡
Rick Pepsny ‡
Michael Samson ∆
Drew Tanner ‡
Jessica Thual ∆
Lauren Weissman-Falk
Shangshui Yun ∆

∆ New York Bar Only
‡ New Jersey Bar Only
◊ Certified Matrimonial Law Attorney

DIRECT DIAL : 212.530.4831
EMAIL : JBLUMETTI@LHGKCM.COM

May 8, 2024

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

        Re:    Arlene Delgado v. Donald J. Trump for President, Inc., et al.
                 Civil Action No. 19-cv-11764 (AT) (KHP)

Dear Judge Parker:

      We represent defendants Donald J. Trump for President, Inc., Sean Spicer, and Reince Priebus in the above-captioned action and are writing, in accordance with Your Honor's May 8, 2024 order, to inform the Court that Mr. Rosen is no longer a partner in our firm.

      As such, Mr. Rosen is not being substituted by Schulman Bhattacharya, LLC, and we respectfully request that Mr. Rosen's appearance in this matter be withdrawn.

                                       Respectfully submitted,

                                       *Jared E. Blumetti*

                                       Patrick McPartland
                                       Jared E. Blumetti