USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ARLENE J. DELGADO,

Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC., SEAN SPICER, individually, REINCE PRIEBUS, individually, and STEPHEN BANNON, individually,

Defendants.

---------------------------------------------------------------X

Civil Action No.:
19-cv-11764 (AT) (KHP)

**STIPULATION AND ~~[PROPOSED]~~ ORDER OF SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, pursuant to Local Civil Rule 1.4, and subject to the approval by the Court, that the law firm of Schulman Bhattacharya, LLC is substituted as counsel of record for defendants Donald J. Trump for President, Inc., Sean Spicer, and Reince Priebus ("Defendants") in place of the law firm LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP, which is the current counsel of record for Defendants in the above-captioned action, and that LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP and its attorneys Amy Carlin, Patrick McPartland, and Jared E. Blumetti are withdrawn as counsel of record for Defendants.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this action should henceforth be served upon the following counsel:

Jeffrey S. Gavenman
6116 Executive Boulevard, Suite 425
North Bethesda, Maryland 20852
Tel: (240) 356-8553
Fax: (240) 356-8558
Email: jgavenman@schulmanbh.com

This Stipulation may be executed in counterparts, and electronic and facsimile copies of the Stipulation shall be deemed an original for all purposes.

Dated: New York, New York
May 6, 2024

**SCHULMAN BHATTACHARYA, LLC**

Jeffrey S. Gavenman (JG-3738)
6116 Executive Boulevard, Suite 425
North Bethesda, Maryland 20852
T: (240) 356-8553
E: jgavenman@schulmanbh.com

*Incoming attorneys for Defendants*

**LAROCCA, HORNIK, GREENBERG, KITTREDGE, CARLIN & MCPARTLAND LLP**

Amy Carlin
Patrick McPartland
Jared E. Blumetti
40 Wall Street, 32nd Floor
New York, New York 10005
T: (212) 530-4835; 4837; 4831
E: acarlin@lhgkcm.com
pmcpartland@lhgkcm.com
jblumetti@lhgkcm.com

*Outgoing attorneys for Defendants*

**SO ORDERED:**

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

5/8/2024

**CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Defendants consent and agree that the law firm of Schulman Bhattacharya, LLC is substituted as Defendants counsel of record in place of the law firm LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP, which is Defendants current counsel of record in the above-captioned action, and that LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP and its attorneys Amy Carlin, Patrick McPartland, and Jared E. Blumetti are withdrawn as Defendants' counsel of record.

Dated: New York, New York
May 6, 2024

DONALD J. TRUMP FOR PRESIDENT, INC.

______________________________
By: Justin Clark

SEAN SPICER

______________________________

REINCE PRIEBUS

______________________________

**SO ORDERED:**

______________________________ 5/8/2024
**Honorable Katharine H. Parker**
**UNITED STATES MAGISTRATE JUDGE**

## CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendants consent and agree that the law firm of Schulman Bhattacharya, LLC is substituted as Defendants counsel of record in place of the law firm LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP, which is Defendants current counsel of record in the above-captioned action, and that LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP and its attorneys Amy Carlin, Patrick McPartland, and Jared E. Blumetti are withdrawn as Defendants' counsel of record.

Dated: New York, New York
May 6, 2024

DONALD J. TRUMP FOR PRESIDENT, INC.

______________________________

SEAN SPICER

______________________________

REINCE PRIEBUS

______________________________

**SO ORDERED:**

Katharine H Parker
**HON. KATHARINE H. PARKER**
**UNITED STATES MAGISTRATE JUDGE**

5/8/2024

**CONSENT TO SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

Defendants consent and agree that the law firm of Schulman Bhattacharya, LLC is substituted as Defendants counsel of record in place of the law firm LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP, which is Defendants current counsel of record in the above-captioned action, and that LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP and its attorneys Amy Carlin, Patrick McPartland, and Jared E. Blumetti are withdrawn as Defendants' counsel of record.

Dated: New York, New York
May 6, 2024

DONALD J. TRUMP FOR PRESIDENT, INC.

______________________________

SEAN SPICER

______________________________

REINCE PRIEBUS

**SO ORDERED:**

Katharine H Parker 5/8/2024

**Honorable Katharine H. Parker**
**UNITED STATES MAGISTRATE JUDGE**