```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARLENE DELGADO,

                                              Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                              Defendants.
-----------------------------------------------------------------X

19-CV-11764 (AT) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       The Court expresses its condolences for Ms. Delgado's loss. The Case Management Conference scheduled for today, May 9, 2024 at 4:30 p.m. is hereby rescheduled to Wednesday, May 15, 2024 at 3:00 p.m. At the scheduled time, the parties shall dial the Court's conference line at 866-434-5269, Access Code 4858267.

**SO ORDERED.**

DATED:    New York, New York
               May 9, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge