```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARLENE DELGADO,

                                Plaintiff,

            -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                Defendants.
------------------------------------------------------------------X

19-CV-11764 (AT) (KHP)

ORDER REGARDING MOTION FOR SANCTIONS

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       Plaintiff's motion for sanctions (ECF No. 314) is DENIED without prejudice as premature. The Court's order at ECF No. 312 prescribed a briefing schedule for a motion for sanctions with regard to information concerning complaints of gender or pregnancy discrimination, or sexual harassment. To the extent Defendants do not comply with other parts of the Court's order, Plaintiff may re-file a motion for sanctions once the deadlines set out in that order have passed.

**SO ORDERED.**

DATED:    New York, New York
               May 17, 2024

                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge