```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  ARLENE DELGADO,

                                             Plaintiff,

                  -against-

  DONALD J. TRUMP FOR PRESIDENT, INC.,
  TRUMP FOR AMERICA, INC., SEAN SPICER,
  individually, REINCE PRIEBUS, individually,
  STEPHEN BANNON, individually,

                                             Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2024

19-CV-11764 (AT) (KHP)

ORDER REGARDING DISCOVERY MOTION

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

On May 17, 2024, Plaintiff filed a letter motion with regard to several outstanding discovery issues. In it Plaintiff 1) asks for an extension of time from May 17, 2024 to June 1, 2024 to file a motion to compel non-party Brad Parscale to respond to certain deposition questions that he refused to answer during his deposition; 2) asks for the Court to direct non-party Brian Walsh to provide Plaintiff access to documents responsive to her subpoena; and 3) asks for the Court to compel production of over 100 documents on non-party Eric Trump's privilege log produced in connection with his response to a document subpoena. (ECF No. 321.)

## DISCUSSION

As to Plaintiff's first request regarding an extension of time, Mr. Parscale objects to such request on the grounds that it is untimely, and that Plaintiff fails to demonstrate good cause for an extension. Pursuant to my Individual Rules of Practice in Civil Cases, "Absent good cause, any request for extension or adjournment shall be made at least 48 hours or 2 business days, whichever is greater, before the deadline or scheduled appearance." Although Plaintiff failed

to timely request an extension of the deadline to file the motion to compel, the Court realizes that Plaintiff only had three business days from the Court's Order at ECF No. 312 to request an extension. Out of solicitude for the Plaintiff, the Court hereby extends the deadline for Plaintiff to file a motion to compel Mr. Parscale to respond to unanswered deposition questions until **Tuesday, June 4, 2024**. Plaintiff shall file a formal motion to compel, including a memorandum of law, of no more than 10 double-spaced pages, as to the questions for which she believes there were improper direction not to answer. The motion should attach only those pages from the deposition transcript containing the questions and answers/directions not to answer at issue in the motion. The motion should explain why the information sought through the question is relevant to the parties' claims and defenses and proportional to the needs of the case. Mr. Parscale shall have until **Tuesday, June 11, 2024**, to file his opposition to the motion. No reply brief permitted.

As to Plaintiff's second request regarding the subpoena of Brian Walsh, Plaintiff's letter does not appear to have been served on non-party Brian Walsh. Therefore, this Court is unsure whether, at this time, Plaintiff has obtained copies of the documents.  Plaintiff shall promptly serve her letter and this Order on counsel for Brian Walsh, who shall have **3 business days** after service to file a response to Plaintiff's letter motion.  Plaintiff shall file an affidavit of service on the docket.  Alternatively, if Walsh has provided the documents, Plaintiff shall, by **June 7, 2024**, file a letter stating that this issue is resolved.

As to Plaintiff's third request concerning the Eric Trump privilege log, Plaintiff's letter does not appear to have been served on non-party Eric Trump.  Plaintiff shall promptly serve

her letter and this Order on counsel for Eric Trump, who shall have **7 days** after service to file a response to Plaintiff's letter motion. Plaintiff shall file an affidavit of service on the docket.

**SO ORDERED.**

DATED:	New York, New York
	May 28, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge