## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ARLENE J. DELGADO,
Plaintiff,

-vs-                                                                 No. 19-cv-11764 (AT) (KHP)

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
and STEPHEN BANNON, individually,

Defendants.

## AFFIRMATION OF SERVICE

    I, Arlene J. Delgado, Plaintiff, declare under penalty of perjury that, as directed by the Court's May 28, 2024 Order (ECF 330), I served a copy of the Motion to Compel (ECF 321, May 17, 2024) on counsel for Eric Trump, Alina Habba, Esq.; a paralegal of the firm, Randee Ingram; and Alan Garten, Esq., all via e-mail, at approximately 3:45 pm EST on May 29, 2024.

*s/Arlene Delgado*
Arlene Delgado
Plaintiff, *pro-se*
(786) 349-3186
adelgado@post.harvard.edu
May 29, 2024
