# **Exhibit 1**

CONFIDENTIAL

February 6, 2024 Subpoena to Eric Trump
*Delgado v. Donald J. Trump for President, et al.*
19-cv-11764

Amended Privilege Log
June 4, 2024

**Identification of Individuals Listed on the Log**

**Trump Organization Representatives**
Alan Garten - In-house attorneys for the Trump Organization and personal attorney for Eric Trump
Matthew Maron - In-house attorneys for the Trump Organization and personal attorney for Eric Trump
LaRocca Hornik Rosen Greenberg & Blaha: Lawrence Rosen and Patrick McPartland

**Donald J. Trump Campaign Representatives**
Michael Glassner - Executive Director of the Donald J. Trump Campaign
Lara@gilesparscale - Consultant for the Donald J. Trump Campaign

**Lawyers for the Donald J. Trump Campaign**
LaRocca Hornik Rosen Greenberg & Blaha: Lawrence Rosen and Patrick McPartland
In-house attorney: Alex Cannon
Jones Day: Stewart Crosland and Benjamin Ginsberg

| Log # | DocumentID | ProdBegBates | ProdEndBates | Email To | Email From | Email CC | Email BCC | Date Sent | Email Subject | Attorney Review Comments | Privilege | Redaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TRU1_15371_00000061 | ET00002 | ET00002.001 | Michael Glassner <mglassner@donaldtrump.com> | Lara Trump <lara@gilesparscale.com> | Eric Trump <etrump@trumporg.com>; Alan Garten <agarten@trumporg.com> | | 8/22/2017 | Re: Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 2 | TRU1_15371_00000062 | ET00003 | ET00003.001 | lara@gilesparscale.com | Michael Glassner <mglassner@donaldtrump.com> | Eric Trump <etrump@trumporg.com>; Alan Garten <agarten@trumporg.com> | | 8/22/2017 | RE: Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common-interest privilege | Attorney Client Communication | Redacted |
| 3 | TRU1_15371_00000071 | ET00010 | ET00010.001 | Eric Trump <etrump@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 9/23/2017 | RE: | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 4 | TRU1_15371_00000072 | ET00011 | ET00011 | Eric Trump <etrump@trumporg.com>; Lawrence Rosen <lrosen@lhrgb.com>; Alan Garten <agarten@trumporg.com> | Michael Glassner <mglassner@donaldtrump.com> | | | 10/6/2017 | RE: Case Number 01-17-004-4706 | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 5 | TRU1_15371_00000077 | ET00012 | ET00012.001 | Lawrence Rosen <lrosen@lhrgb.com>; Alan Garten <agarten@trumporg.com>; Michael S. Glassner <mglassner@donaldtrump.com> | Eric Trump <etrump@trumporg.com> | | | 11/2/2017 | Re: Donald J. Trump for President, Inc. v. Delgado - Case No. 01-17-0004-4706 | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 6 | TRU1_15371_00000079 | ET00015 | ET00015.001 | Eric Trump <etrump@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 11/6/2017 | RE: Donald J. Trump for President, Inc. v. Delgado - Case No. 01-17-0004-4706 | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 7 | TRU1_15371_00000082 | ET00016 | ET00016.001 | Eric Trump <etrump@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 1/23/2018 | RE: AAA | Attorney-client communication and work product that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Redacted |
| 8 | TRU1_15371_00000083 | ET00017 | ET00017.001 | Lawrence Rosen <lrosen@lhrgb.com> | Eric Trump <etrump@trumporg.com> | | | 1/23/2018 | Re: AAA | Attorney-client communication and work product that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Redacted |
| 9 | TRU1_15371_00000223 | ET00026 | ET00026 | etrump@trumporg.com; agarten@trumporg.com | Lawrence Rosen <lrosen@lhrgb.com> | | | 11/12/2019 | FW: Trump/Delgado (Response to lawyer letter) | Attorney-client communication and work product that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |

| Log # | DocumentID | ProdBegBates | ProdEndBates | Email To | Email From | Email CC | Email BCC | Date Sent | Email Subject | Attorney Review Comments | Privilege | Redaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | TRU1_15371_00000224 | ET00027 | ET00027 | Attachment to: TRU1_15371_00000223 | | | | | | Attachment to communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; attorney-work product draft | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 11 | TRU1_15371_00000225 | ET00028 | ET00028 | etrump@trumporg.com | Lawrence Rosen <lrosen@lhrgb.com> | | | 11/12/2019 | AJ | Attorney-client communication and work product that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 12 | TRU1_15371_00000226 | ET00029 | ET00029 | Attachment to: TRU1_15371_00000225 | | | | | | Attachment to communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; attorney-work product draft | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 13 | TRU1_15371_00000227 | ET00030 | ET00030 | Attachment to: TRU1_15371_00000225 | | | | | | Attachment to communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; attorney-work product draft | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 14 | TRU1_15371_00000231 | ET00034 | ET00034 | Lawrence Rosen <lrosen@lhrgb.com>; Eric Trump <etrump@trumporg.com> | Alan Garten <agarten@trumporg.com> | | | 11/12/2019 | RE: Trump/Delgado (Response to lawyer letter) | Attorney-client communication and work product that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 15 | TRU1_15371_00000238 | ET00035 | ET00035 | etrump@trumporg.com; Alan Garten <agarten@trumporg.com>; Michael Glassner <mglassner@donaldtrump.com> | Lawrence Rosen <lrosen@lhrgb.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 12/6/2019 | A. J. Delgado v. Trump - CONFIDENTIAL SETTLEMENT COMMUNICATION | Attorney-client communication and work product that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 16 | TRU1_15371_00000240 | ET00045 | ET00045 | Lawrence Rosen <lrosen@lhrgb.com>; Eric Trump <etrump@trumporg.com>; Alan Garten <agarten@trumporg.com> | Michael Glassner <mglassner@donaldtrump.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 12/6/2019 | Re: [EXTERNAL]A. J. Delgado v. Trump - CONFIDENTIAL SETTLEMENT COMMUNICATION | Attorney-client communication and work product that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 17 | TRU1_15371_00000241 | ET00046 | ET00046 | Michael Glassner <mglassner@donaldtrump.com>; Lawrence Rosen <lrosen@lhrgb.com>; Alan Garten <agarten@trumporg.com> | Eric Trump <etrump@trumporg.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 12/6/2019 | Re: [EXTERNAL]A. J. Delgado v. Trump - CONFIDENTIAL SETTLEMENT COMMUNICATION | Attorney-client communication and work product that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 18 | TRU1_15371_00000242 | ET00047 | ET00047 | Eric Trump <etrump@trumporg.com>; Michael Glassner <mglassner@donaldtrump.com>; Alan Garten <agarten@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 12/6/2019 | RE: [EXTERNAL]A. J. Delgado v. Trump - CONFIDENTIAL SETTLEMENT COMMUNICATION | Attorney-client communication and work product that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 19 | TRU1_15371_00000287 | ET00050 | ET00050 | etrump@trumporg.com | Lawrence Rosen <lrosen@lhrgb.com> | agarten@trumporg.com | | 12/23/2019 | CONFIDENTIAL COMMUNICATION re: A.J. Delgado v. Donald J. Trump For President, INC. et. al. | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 20 | TRU1_15371_00000289 | ET00052 | ET00052 | Lawrence Rosen <lrosen@lhrgb.com>; Eric Trump <etrump@trumporg.com>; Alan Garten <agarten@trumporg.com> | Michael Glassner <mglassner@donaldtrump.com> | | | 12/24/2019 | Re: [EXTERNAL]CONFIDENTIAL COMMUNICATION re: A.J. Delgado v. Donald J. Trump For President, INC. et. al. | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 21 | TRU1_15371_00000290 | ET00053 | ET00053 | Michael Glassner <mglassner@donaldtrump.com>; Lawrence Rosen <lrosen@lhrgb.com>; Alan Garten <agarten@trumporg.com> | Eric Trump <etrump@trumporg.com> | | | 12/24/2019 | Re: [EXTERNAL]CONFIDENTIAL COMMUNICATION re: A.J. Delgado v. Donald J. Trump For President, INC. et. al. | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 22 | TRU1_15371_00000339 | ET00064 | ET00064 | agarten@trumporg.com; etrump@trumporg.com; Michael Glassner <mglassner@donaldtrump.com> | Lawrence Rosen <lrosen@lhrgb.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 5/13/2020 | FW: Delgado - Final motion to compel/dismiss | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 23 | TRU1_15371_00000342 | ET00085 | ET00085 | Lawrence Rosen <lrosen@lhrgb.com>; Alan Garten <agarten@trumporg.com>; Michael Glassner <mglassner@donaldtrump.com> | Eric Trump <etrump@trumporg.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 5/13/2020 | RE: Delgado - Final motion to compel/dismiss | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 24 | TRU1_15371_00000343 | ET00086 | ET00086.001 | Lawrence Rosen <lrosen@lhrgb.com>; Eric Trump <etrump@trumporg.com>; Michael Glassner <mglassner@donaldtrump.com> | Alan Garten <agarten@trumporg.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 5/13/2020 | Re: Delgado - Final motion to compel/dismiss | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 25 | TRU1_15371_00000344 | ET00087 | ET00087 | Lawrence Rosen <lrosen@lhrgb.com>; Alan Garten <agarten@trumporg.com>; Michael Glassner <mglassner@donaldtrump.com> | Eric Trump <etrump@trumporg.com> | Patrick Mcpartland <pmcpartland@lhrgb.com>; Donald Trump Jr. <djtjr@trumporg.com> | | 5/13/2020 | RE: Delgado - Final motion to compel/dismiss | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |

Case 1:19-cv-11764-AT-KHP   Document 339   Filed 06/04/24   Page 4 of 8

| Log # | DocumentID | ProdBegBates | ProdEndBates | Email To | Email From | Email CC | Email BCC | Date Sent | Email Subject | Attorney Review Comments | Privilege | Redaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | TRU1_15371_00000345 | ET00088 | ET00088.002 | Alan Garten <agarten@trumporg.com>; Lawrence Rosen <lrosen@lhrgb.com>; Eric Trump <etrump@trumporg.com> | Michael Glassner <mglassner@donaldtrump.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 5/13/2020 | RE: [EXTERNAL]Re: Delgado - Final motion to compel/dismiss | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 27 | TRU1_15371_00000346 | ET00089 | ET00089.002 | Michael Glassner <mglassner@donaldtrump.com>; Alan Garten <agarten@trumporg.com>; Eric Trump <etrump@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 5/13/2020 | RE: [EXTERNAL]Re: Delgado - Final motion to compel/dismiss | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 28 | TRU1_15371_00000347 | ET00090 | ET00090 | Eric Trump <etrump@trumporg.com>; Alan Garten <agarten@trumporg.com>; Michael Glassner <mglassner@donaldtrump.com> | Lawrence Rosen <lrosen@lhrgb.com> | Patrick Mcpartland <pmcpartland@lhrgb.com>; Donald Trump Jr. <djtjr@trumporg.com> | | 5/13/2020 | RE: Delgado - Final motion to compel/dismiss | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 29 | TRU1_15371_00000348 | ET00091 | ET00091 | agarten@trumporg.com; mglassner@donaldtrump.com; etrump@trumporg.com; Donald Trump Jr. <djtjr@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 5/13/2020 | FW: Trump/Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 30 | TRU1_15371_00000349 | ET00092 | ET00092 | Lawrence Rosen <lrosen@lhrgb.com>; mglassner@donaldtrump.com; Eric Trump <etrump@trumporg.com>; Donald Trump Jr. <djtjr@trumporg.com> | Alan Garten <agarten@trumporg.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 5/13/2020 | RE: Trump/Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 31 | TRU1_15371_00000362 | ET00093 | ET00093 | etrump@trumporg.com | Lawrence Rosen <lrosen@lhrgb.com> | agarten@trumporg.com; mglassner@donaldtrump.com | | 6/5/2020 | PRIVILEGED AND CONFIDENTIAL Jason Miller | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 32 | TRU1_15371_00000363 | ET00094 | ET00094 | Donald Trump Jr. <djtjr@trumporg.com>; etrump@trumporg.com; mglassner@donaldtrump.com; agarten@trumporg.com | Lawrence Rosen <lrosen@lhrgb.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 6/5/2020 | FW: Delgado - Final motion to compel/dismiss | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 33 | TRU1_15371_00000364 | ET00095 | ET00095 | Lawrence Rosen <lrosen@lhrgb.com>; Donald Trump Jr. <djtjr@trumporg.com>; mglassner@donaldtrump.com; Alan Garten <agarten@trumporg.com> | Eric Trump <etrump@trumporg.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 6/5/2020 | Re: Delgado - Final motion to compel/dismiss | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 34 | TRU1_15371_00002261 | ET00096 | ET00096 | "Ginsberg, Benjamin L." <bginsberg@jonesday.com> | Alan Garten <agarten@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com>; Eric Trump <etrump@trumporg.com>; Matthew Maron <mmaron@trumporg.com> | | 8/27/2019 | PRIVILEGED AND CONFIDENTIAL | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 35 | TRU1_15371_00002262 | ET00097 | ET00097 | Lawrence Rosen <lrosen@lhrgb.com>; "Ginsberg, Benjamin L." <bginsberg@jonesday.com>; Alan Garten <agarten@trumporg.com> | Michael Glassner <mglassner@donaldtrump.com> | Eric Trump <etrump@trumporg.com>; Matthew Maron <mmaron@trumporg.com>; Stewart Crosland <scrosland@jonesday.com> | | 8/27/2019 | Re: PRIVILEGED AND CONFIDENTIAL | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 36 | TRU1_15371_00002263 | ET00098 | ET00098 | Michael Glassner <mglassner@donaldtrump.com>; Lawrence Rosen <lrosen@lhrgb.com>; "Ginsberg, Benjamin L." <bginsberg@jonesday.com>; Alan Garten <agarten@trumporg.com> | "Crosland, Stewart" <scrosland@jonesday.com> | Eric Trump <etrump@trumporg.com>; Matthew Maron <mmaron@trumporg.com>; "Crosland, Stewart" <scrosland@jonesday.com> | | 8/27/2019 | RE: PRIVILEGED AND CONFIDENTIAL | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 37 | TRU1_15371_00002264 | ET00099 | ET00099 | Stewart Crosland <scrosland@jonesday.com>; Lawrence Rosen <lrosen@lhrgb.com>; "Ginsberg, Benjamin L." <bginsberg@jonesday.com>; Alan Garten <agarten@trumporg.com> | Michael Glassner <mglassner@donaldtrump.com> | Eric Trump <etrump@trumporg.com>; Matthew Maron <mmaron@trumporg.com>; Stewart Crosland <scrosland@jonesday.com> | | 8/28/2019 | Re: PRIVILEGED AND CONFIDENTIAL | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 38 | TRU1_15371_00002265 | ET00100 | ET00100 | Michael Glassner <mglassner@donaldtrump.com>; Lawrence Rosen <lrosen@lhrgb.com>; "Ginsberg, Benjamin L." <bginsberg@jonesday.com>; Alan Garten <agarten@trumporg.com> | "Crosland, Stewart" <scrosland@jonesday.com> | Eric Trump <etrump@trumporg.com>; Matthew Maron <mmaron@trumporg.com>; "Crosland, Stewart" <scrosland@jonesday.com> | | 8/28/2019 | RE: PRIVILEGED AND CONFIDENTIAL | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 39 | TRU1_15371_00002268 | ET00101 | ET00101 | Stewart Crosland <scrosland@jonesday.com>; Lawrence Rosen <lrosen@lhrgb.com>; "Ginsberg, Benjamin L." <bginsberg@jonesday.com>; Alan Garten <agarten@trumporg.com> | Michael Glassner <mglassner@donaldtrump.com> | Eric Trump <etrump@trumporg.com>; Matthew Maron <mmaron@trumporg.com>; Stewart Crosland <scrosland@jonesday.com> | | 9/4/2019 | RE: PRIVILEGED AND CONFIDENTIAL | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |

| Log # | DocumentID | ProdBegBates | ProdEndBates | Email To | Email From | Email CC | Email BCC | Date Sent | Email Subject | Attorney Review Comments | Privilege | Redaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | TRU1_15371_00002269 | ET00102 | ET00102 | Michael Glassner <mglassner@donaldtrump.com>; Lawrence Rosen <lrosen@lhrgb.com>; "Ginsberg, Benjamin L." <bginsberg@jonesday.com>; Alan Garten <agarten@trumporg.com> | "Crosland, Stewart" <scrosland@jonesday.com> | Eric Trump <etrump@trumporg.com>; Matthew Maron <mmaron@trumporg.com>; "Crosland, Stewart" <scrosland@jonesday.com> | | 9/4/2019 | RE: PRIVILEGED AND CONFIDENTIAL | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 41 | TRU1_15371_00002306 | ET00104 | ET00104 | Eric Trump <etrump@trumporg.com> | Alex Cannon <acannon@donaldtrump.com> | | | 10/10/2020 | AJ Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 42 | TRU1_15371_00002307 | ET00105 | ET00105 | Alex Cannon <acannon@donaldtrump.com> | Eric Trump <eric.trump@trumporg.com> | | | 10/10/2020 | Re: AJ Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 43 | TRU1_15371_00002867 | ET00106 | ET00106.008 | Eric Trump <eric.trump@trumporg.com> | Alan Garten <alan.garten@trumporg.com> | | | 9/13/2023 | FW: AAA | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation. | Attorney Client Communication | Redacted |
| 44 | TRU1_15371_00002989 | ET00107 | ET00107 | Susie Wiles <susanswiles@msn.com>; Alina Habba <alina.habba@saveamerica45.com>; Eric Trump <eric.trump@trumporg.com> | Alan Garten <alan.garten@trumporg.com> | | | 1/2/2024 | Delgado v. DJT for Preident, Jason Miller, et al. | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation. | Attorney Client Communication | Withheld in Full |
| 45 | TRU1_15371_00002991 | ET00147 | ET00147 | Alan Garten <alan.garten@trumporg.com>; Susie Wiles <susanswiles@msn.com>; Eric Trump <eric.trump@trumporg.com> | Alina Habba <alina.habba@saveamerica45.com> | | | 1/2/2024 | Re: Delgado v. DJT for Preident, Jason Miller, et al. | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation. | Attorney Client Communication | Withheld in Full |
| 46 | TRU1_15371_00003548 | ET00185 | ET00185 | Eric Trump <etrump@trumporg.com> | Alan Garten <agarten@trumporg.com> | | | 6/22/2017 | FW: Delgado matter | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation. | Attorney Client Communication | Redacted |
| 47 | TRU1_15371_00003558 | ET00186 | ET00186 | "Eric Trump (etrump@trumporg.com)" <etrump@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 7/6/2017 | Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 48 | TRU1_15371_00003559 | ET00187 | ET00187 | Lawrence Rosen <lrosen@lhrgb.com> | Eric Trump <etrump@trumporg.com> | | | 7/6/2017 | Re: Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 49 | TRU1_15371_00003579 | ET00188 | ET00188 | Michael Glassner <mglassner@donaldtrump.com> | Lawrence Rosen <lrosen@lhrgb.com> | Alan Garten <agarten@trumporg.com>; "Eric Trump (etrump@trumporg.com)" <etrump@trumporg.com> | | 8/1/2017 | AJ Delgado vs Trump for DJT for President, Inc. | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 50 | TRU1_15371_00003580 | ET00189 | ET00189 | Lawrence Rosen <lrosen@lhrgb.com> | Michael Glassner <mglassner@donaldtrump.com> | Alan Garten <agarten@trumporg.com>; "Eric Trump (etrump@trumporg.com)" <etrump@trumporg.com> | | 8/1/2017 | Re: AJ Delgado vs Trump for DJT for President, Inc. | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 51 | TRU1_15371_00003581 | ET00190 | ET00190 | Michael Glassner <mglassner@donaldtrump.com>; Eric Trump <etrump@trumporg.com> | Alan Garten <agarten@trumporg.com> | | | 8/3/2017 | Fwd: PRIVILEGED AND CONFIDENTIAL: Trump/Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 52 | TRU1_15371_00003582 | ET00191 | ET00191.001 | Alan Garten <agarten@trumporg.com>; Eric Trump <etrump@trumporg.com> | Michael Glassner <mglassner@donaldtrump.com> | | | 8/3/2017 | RE: PRIVILEGED AND CONFIDENTIAL: Trump/Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 53 | TRU1_15371_00003583 | ET00192 | ET00192.002 | Alan Garten <agarten@trumporg.com>; Eric Trump <etrump@trumporg.com> | Michael Glassner <mglassner@donaldtrump.com> | | | 8/3/2017 | RE: PRIVILEGED AND CONFIDENTIAL: Trump/Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 54 | TRU1_15371_00003592 | ET00193 | ET00193 | Michael Glassner <mglassner@donaldtrump.com> | Lawrence Rosen <lrosen@lhrgb.com> | "Eric Trump (etrump@trumporg.com)" <etrump@trumporg.com>; Alan Garten <agarten@trumporg.com> | | 8/11/2017 | PRIVILEGED AND CONFIDENTIAL: DRAFT letter re: arbitration (Delgado) | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 55 | TRU1_15371_00003593 | ET00194 | ET00194 | Attachment to TRU1_15371_00003592 | | | | | | Attachment to communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; attorney-work product draft | Attorney Client Communication; Attorney Work Product | Withheld in Full |

| Log # | DocumentID | ProdBegBates | ProdEndBates | Email To | Email From | Email CC | Email BCC | Date Sent | Email Subject | Attorney Review Comments | Privilege | Redaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | TRU1_15371_00003597 | ET00197 | ET00197.001 | Eric Trump <etrump@trumporg.com>; Alan Garten <agarten@trumporg.com>; lara@gilesparscale.com | Michael Glassner <mglassner@donaldtrump.com> | | | 8/22/2017 | Fwd: Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 57 | TRU1_15371_00003639 | ET00211 | ET00211 | Lawrence Rosen <lrosen@lhrgb.com> | Eric Trump <etrump@trumporg.com> | Alan Garten <agarten@trumporg.com> | | 10/4/2017 | Re: AJD | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 58 | TRU1_15371_00003640 | ET00212 | ET00212 | Alan Garten <agarten@trumporg.com>; Lawrence Rosen <lrosen@lhrgb.com> | Eric Trump <etrump@trumporg.com> | | | 10/4/2017 | Re: AJD | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 59 | TRU1_15371_00003641 | ET00213 | ET00213 | Eric Trump <etrump@trumporg.com>; Alan Garten <agarten@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 10/4/2017 | Re: AJD | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 60 | TRU1_15371_00003642 | ET00214 | ET00214 | Lawrence Rosen <lrosen@lhrgb.com>; Alan Garten <agarten@trumporg.com> | Eric Trump <etrump@trumporg.com> | | | 10/4/2017 | Re: AJD | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 61 | TRU1_15371_00003661 | ET00215 | ET00215 | Eric Trump <etrump@trumporg.com>; Alan Garten <agarten@trumporg.com>; Michael S. Glassner <mglassner@donaldtrump.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 11/2/2017 | Fwd: Donald J. Trump for President, Inc. v. Delgado - Case No. 01-17-0004-4706 | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 62 | TRU1_15371_00003663 | ET00217 | ET00217 | Lawrence Rosen <lrosen@lhrgb.com>; Eric Trump <etrump@trumporg.com>; Michael S. Glassner <mglassner@donaldtrump.com> | Alan Garten <agarten@trumporg.com> | | | 11/2/2017 | RE: Donald J. Trump for President, Inc. v. Delgado - Case No. 01-17-0004-4706 | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 63 | TRU1_15371_00003681 | ET00218 | ET00218.001 | Lawrence Rosen <lrosen@lhrgb.com>; "Eric Trump (etrump@trumporg.com)" <etrump@trumporg.com> | Michael Glassner <mglassner@donaldtrump.com> | | | 11/28/2017 | RE: AJ Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 64 | TRU1_15371_00003682 | ET00219 | ET00219 | Michael Glassner <mglassner@donaldtrump.com>; Lawrence Rosen <lrosen@lhrgb.com> | Eric Trump <etrump@trumporg.com> | | | 11/28/2017 | Re: AJ Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 65 | TRU1_15371_00003683 | ET00220 | ET00220 | Eric Trump <etrump@trumporg.com>; Michael Glassner <mglassner@donaldtrump.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 11/28/2017 | RE: AJ Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 66 | TRU1_15371_00003684 | ET00221 | ET00221 | Eric Trump <etrump@trumporg.com>; Michael Glassner <mglassner@donaldtrump.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 11/29/2017 | RE: AJ Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 67 | TRU1_15371_00003715 | ET00223 | ET00223 | "Eric Trump (etrump@trumporg.com)" <etrump@trumporg.com>; Michael Glassner <mglassner@donaldtrump.com> | Lawrence Rosen <lrosen@lhrgb.com> | Alan Garten <agarten@trumporg.com> | | 1/8/2018 | Trump/Delgado | Attorney-client communication and work product that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 68 | TRU1_15371_00003716 | ET00224 | ET00224 | Lawrence Rosen <lrosen@lhrgb.com>; Michael Glassner <mglassner@donaldtrump.com> | Eric Trump <etrump@trumporg.com> | Alan Garten <agarten@trumporg.com> | | 1/8/2018 | Re: Trump/Delgado | Attorney-client communication and work product that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 69 | TRU1_15371_00003738 | ET00233 | ET00233.003 | Eric Trump <etrump@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 1/25/2018 | RE: AAA | Attorney-client communication and work product that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Redacted |
| 70 | TRU1_15371_00003753 | ET00242 | ET00242 | "Eric Trump (etrump@trumporg.com)" <etrump@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 3/1/2018 | FW: Donald J. Trump for President, Inc. v. Delgado - Case No. 01-17-0004-4706 | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 71 | TRU1_15371_00003756 | ET00243 | ET00243 | "Eric Trump (etrump@trumporg.com)" <etrump@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 3/5/2018 | FW: Donald J. Trump for President, Inc. v. Delgado - Case No. 01-17-0004-4706 | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |

| Log # | DocumentID | ProdBegBates | ProdEndBates | Email To | Email From | Email CC | Email BCC | Date Sent | Email Subject | Attorney Review Comments | Privilege | Redaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | TRU1_15371_00003873 | ET00247 | ET00247 | "Michael Glassner (mglassner@donaldtrump.com)" <mglassner@donaldtrump.com>; Eric Trump <etrump@trumporg.com> | Alan Garten <agarten@trumporg.com> | | | 8/16/2018 | Kasowitz Invoices | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 73 | TRU1_15371_00003875 | ET00248 | ET00248 | Attachement to TRU1_15371_00003873 | | | | | | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; attachment to common-interest privilege communication | Attorney Client Communication | Withheld in Full |
| 74 | TRU1_15371_00003879 | ET00249 | ET00249 | Alan Garten <agarten@trumporg.com>; "Michael Glassner (mglassner@donaldtrump.com)" <mglassner@donaldtrump.com> | Eric Trump <etrump@trumporg.com> | | | 8/16/2018 | RE: Kasowitz Invoices | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 75 | TRU1_15371_00003880 | ET00250 | ET00250 | Eric Trump <etrump@trumporg.com>; "Michael Glassner (mglassner@donaldtrump.com)" <mglassner@donaldtrump.com> | Alan Garten <agarten@trumporg.com> | | | 8/16/2018 | RE: Kasowitz Invoices | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 76 | TRU1_15371_00003882 | ET00251 | ET00251 | Alan Garten <agarten@trumporg.com>; Eric Trump <etrump@trumporg.com> | Michael Glassner <mglassner@donaldtrump.com> | | | 8/16/2018 | RE: Kasowitz Invoices | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 77 | TRU1_15371_00003883 | ET00252 | ET00252 | Eric Trump <etrump@trumporg.com>; Alan Garten <agarten@trumporg.com> | Michael Glassner <mglassner@donaldtrump.com> | | | 8/16/2018 | RE: Kasowitz Invoices | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 78 | TRU1_15371_00003906 | ET00253 | ET00253 | Eric Trump <etrump@trumporg.com>; Alan Garten <agarten@trumporg.com> | Michael Glassner <mglassner@donaldtrump.com> | | | 9/9/2018 | RE: Kasowitz Invoices | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 79 | TRU1_15371_00003907 | ET00254 | ET00254 | "Eric Trump (etrump@trumporg.com)" <etrump@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 9/13/2018 | FW: Donald J. Trump for President, Inc. v. Delgado - Case No. 01-17-0004-4706 | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 80 | TRU1_15371_00003908 | ET00255 | ET00255 | Lawrence Rosen <lrosen@lhrgb.com> | Eric Trump <etrump@trumporg.com> | | | 9/13/2018 | Re: Donald J. Trump for President, Inc. v. Delgado - Case No. 01-17-0004-4706 | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 81 | TRU1_15371_00003909 | ET00256 | ET00256.001 | Eric Trump <etrump@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 9/13/2018 | RE: Donald J. Trump for President, Inc. v. Delgado - Case No. 01-17-0004-4706 | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 82 | TRU1_15371_00003928 | ET00258 | ET00258.002 | Lawrence Rosen <lrosen@lhrgb.com> | Eric Trump <etrump@trumporg.com> | | | 11/7/2018 | Re: Donald J. Trump for President, Inc. v. Delgado - Case No. 01-17-0004-4706 | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 83 | TRU1_15371_00003929 | ET00259 | ET00259.002 | Eric Trump <etrump@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 11/7/2018 | Re: Donald J. Trump for President, Inc. v. Delgado - Case No. 01-17-0004-4706 | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 84 | TRU1_15371_00004021 | ET00279 | ET00279 | Lawrence Rosen <lrosen@lhrgb.com>; Matthew Maron <mmaron@trumporg.com> | Alan Garten <agarten@trumporg.com> | Eric Trump <etrump@trumporg.com> | | 8/27/2019 | RE: Privileged & Confidential / Common Interest Privileged -- AJ Delgado Correspondence | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 85 | TRU1_15371_00004023 | ET00280 | ET00280 | Alan Garten <agarten@trumporg.com> | "Ginsberg, Benjamin L." <bginsberg@jonesday.com> | Lawrence Rosen <lrosen@lhrgb.com>; Eric Trump <etrump@trumporg.com>; Matthew Maron <mmaron@trumporg.com>; "Michael Glassner (mglassner@donaldtrump.com)" <mglassner@donaldtrump.com>; "Crosland, Stewart" <scrosland@jonesday.com> | | 8/27/2019 | RE: PRIVILEGED AND CONFIDENTIAL | Attorney-client communication and work product that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 86 | TRU1_15371_00004024 | ET00281 | ET00281 | Attachment to TRU1_15371_00004023 | | | | | | Attachment to communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; attorney-work product draft | Attorney Client Communication; Attorney Work Product | Withheld in Full |

| Log # | DocumentID | ProdBegBates | ProdEndBates | Email To | Email From | Email CC | Email BCC | Date Sent | Email Subject | Attorney Review Comments | Privilege | Redaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | TRU1_15371_00004034 | ET00282 | ET00282 | "Crosland, Stewart" <scrosland@jonesday.com>; Michael Glassner <mglassner@donaldtrump.com>; "Ginsberg, Benjamin L." <bginsberg@jonesday.com>; Alan Garten <agarten@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | Eric Trump <etrump@trumporg.com>; Matthew Maron <mmaron@trumporg.com> | | 9/4/2019 | PRIVILEGED AND CONFIDENTIAL | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 88 | TRU1_15371_00004037 | ET00283 | ET00283 | Michael Glassner <mglassner@donaldtrump.com>; Alan Garten <agarten@trumporg.com>; Lawrence Rosen <lrosen@lhrgb.com>; "Crosland, Stewart" <scrosland@jonesday.com> | "Ginsberg, Benjamin L." <bginsberg@jonesday.com> | Eric Trump <etrump@trumporg.com>; Matthew Maron <mmaron@trumporg.com> | | 9/4/2019 | RE: PRIVILEGED AND CONFIDENTIAL | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 89 | TRU1_15371_00004038 | ET00284 | ET00284 | "Ginsberg, Benjamin L." <bginsberg@jonesday.com>; Michael Glassner <mglassner@donaldtrump.com>; Alan Garten <agarten@trumporg.com>; Lawrence Rosen <lrosen@lhrgb.com>; "Crosland, Stewart" <scrosland@jonesday.com> | Eric Trump <etrump@trumporg.com> | Matthew Maron <mmaron@trumporg.com> | | 9/4/2019 | RE: PRIVILEGED AND CONFIDENTIAL | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 90 | TRU1_15371_00004082 | ET00286 | ET00286 | Eric Trump <etrump@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 2/4/2020 | RE: AJ is writing again | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 91 | TRU1_15371_00004084 | ET00288 | ET00288.002 | Eric Trump <etrump@trumporg.com> | Lawrence Rosen <lrosen@lhrgb.com> | | | 2/4/2020 | RE: AJ is writing again | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Redacted |
| 92 | TRU1_15371_00004085 | ET00289 | ET00289 | Michael Glassner <mglassner@donaldtrump.com>; etrump@trumporg.com; agarten@trumporg.com | Lawrence Rosen <lrosen@lhrgb.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 2/4/2020 | AJ Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 93 | TRU1_15371_00004086 | ET00290 | ET00290.001 | Lawrence Rosen <lrosen@lhrgb.com>; Michael Glassner <mglassner@donaldtrump.com>; Eric Trump <etrump@trumporg.com> | Alan Garten <agarten@trumporg.com> | Patrick Mcpartland <pmcpartland@lhrgb.com> | | 2/4/2020 | RE: AJ Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Redacted |
| 94 | TRU1_15371_00004114 | ET00291 | ET00291 | Michael Glassner <mglassner@donaldtrump.com> | Lawrence Rosen <lrosen@lhrgb.com> | etrump@trumporg.com; agarten@trumporg.com | | 3/16/2020 | PRIVILEGED AND CONFIDENTIAL: AJ Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 95 | TRU1_15371_00004115 | ET00292 | ET00292 | Lawrence Rosen <lrosen@lhrgb.com>; Michael Glassner <mglassner@donaldtrump.com> | Alan Garten <agarten@trumporg.com> | Eric Trump <etrump@trumporg.com> | | 3/16/2020 | RE: PRIVILEGED AND CONFIDENTIAL: AJ Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication; Attorney Work Product | Withheld in Full |
| 96 | TRU1_15371_00004116 | ET00293 | ET00293 | Alan Garten <agarten@trumporg.com>; Michael Glassner <mglassner@donaldtrump.com> | Lawrence Rosen <lrosen@lhrgb.com> | Eric Trump <etrump@trumporg.com> | | 3/17/2020 | RE: PRIVILEGED AND CONFIDENTIAL: AJ Delgado | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 97 | TRU1_15371_00004124 | ET00294 | ET00294 | Michael Glassner <mglassner@donaldtrump.com> | Lawrence Rosen <lrosen@lhrgb.com> | etrump@trumporg.com; agarten@trumporg.com; Patrick Mcpartland <pmcpartland@lhrgb.com> | | 3/23/2020 | Trump/Delgado- Arbitration | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 98 | TRU1_15371_00004125 | ET00295 | ET00295 | Lawrence Rosen <lrosen@lhrgb.com>; Michael Glassner <mglassner@donaldtrump.com> | Eric Trump <etrump@trumporg.com> | Alan Garten <agarten@trumporg.com>; Patrick Mcpartland <pmcpartland@lhrgb.com> | | 3/23/2020 | Re: Trump/Delgado- Arbitration | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation; common interest privilege | Attorney Client Communication | Withheld in Full |
| 99 | TRU1_15371_00004479 | ET00300 | ET00300.003 | Alan Garten <alan.garten@trumporg.com> | Eric Trump <eric.trump@trumporg.com> | | | 8/23/2023 | Fwd: AAA | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation. | Attorney Client Communication | Redacted |
| 100 | TRU1_15371_00004480 | ET00301 | ET00301.005 | Eric Trump <eric.trump@trumporg.com> | Alan Garten <alan.garten@trumporg.com> | | | 8/23/2023 | Re: AAA | Attorney-client communication that reflects an attorney's impressions, conclusions, and/or legal research or theories regarding pending litigation. | Attorney Client Communication | Redacted |