# Exhibit 2

**Documents produced in their entirety (42)**:

TRU1_15371_00000060, TRU1_15371_00000065,TRU1_15371_00000066,
TRU1_15371_00000068, TRU1_15371_00000069, TRU1_15371_00000070,
TRU1_15371_00000090, TRU1_15371_00000091, TRU1_15371_00000094,
TRU1_15371_00000095, TRU1_15371_00000218, TRU1_15371_00000228,
TRU1_15371_00000229, TRU1_15371_00000230, TRU1_15371_00000285,
TRU1_15371_00000286, TRU1_15371_00000291, TRU1_15371_00000292,
TRU1_15371_00000293, TRU1_15371_00000314, TRU1_15371_00000316,
TRU1_15371_00002285, TRU1_15371_00003545, TRU1_15371_00003594,
TRU1_15371_00003595, TRU1_15371_00003616, TRU1_15371_00003627,
TRU1_15371_00003629, TRU1_15371_00003630, TRU1_15371_00003634,
TRU1_15371_00003635, TRU1_15371_00003712, TRU1_15371_00003732,
TRU1_15371_00003733, TRU1_15371_00003735, TRU1_15371_00003736,
TRU1_15371_00003737, TRU1_15371_00003757, TRU1_15371_00003758,
TRU1_15371_00003759, TRU1_15371_00003927, TRU1_15371_00004019

**Documents produced with redactions (28)**:

TRU1_15371_00000061, TRU1_15371_00000062, TRU1_15371_00000071,
TRU1_15371_00000077, TRU1_15371_00000079, TRU1_15371_00000082,
TRU1_15371_00000083, TRU1_15371_00000288, TRU1_15371_00002867,
TRU1_15371_00003558, TRU1_15371_00003559, TRU1_15371_00003597,
TRU1_15371_00003738, TRU1_15371_00004084, TRU1_15371_00004086,
TRU1_15371_00004479, TRU1_15371_00004480, TRU1_15371_00000343,
TRU1_15371_00000345, TRU1_15371_00000346, TRU1_15371_00002307,
TRU1_15371_00003548, TRU1_15371_00003582, TRU1_15371_00003583,
TRU1_15371_00003681, TRU1_15371_00003909, TRU1_15371_00003928,
TRU1_15371_00003929.

**Documents withheld under a claim of privilege (73)**:

TRU1_15371_00000072, TRU1_15371_00000223, TRU1_15371_00000224,
TRU1_15371_00000225, TRU1_15371_00000226, TRU1_15371_00000227,
TRU1_15371_00000231, TRU1_15371_00000238, TRU1_15371_00000240,
TRU1_15371_00000241, TRU1_15371_00000242, TRU1_15371_00000287,
TRU1_15371_00000289, TRU1_15371_00000290, TRU1_15371_00000339,
TRU1_15371_00000342, TRU1_15371_00000343, TRU1_15371_00000344,
TRU1_15371_00000345, TRU1_15371_00000347, TRU1_15371_00000348,
TRU1_15371_00000349, TRU1_15371_00000362, TRU1_15371_00000363,
TRU1_15371_00000364, TRU1_15371_00002261, TRU1_15371_00002262,
TRU1_15371_00002263, TRU1_15371_00002264, TRU1_15371_00002265,
TRU1_15371_00002268, TRU1_15371_00002269, TRU1_15371_00002306,
TRU1_15371_00003579, TRU1_15371_00003580, TRU1_15371_00003581,
TRU1_15371_00003592, TRU1_15371_00003593, TRU1_15371_00003639,

TRU1_15371_00003640, TRU1_15371_00003641, TRU1_15371_00003642,
TRU1_15371_00003661, TRU1_15371_00003663, TRU1_15371_00003682,
TRU1_15371_00003683, TRU1_15371_00003684, TRU1_15371_00003715,
TRU1_15371_00003716, TRU1_15371_00003753, TRU1_15371_00003756,
TRU1_15371_00003873, TRU1_15371_00003875, TRU1_15371_00003879,
TRU1_15371_00003880, TRU1_15371_00003882, TRU1_15371_00003883,
TRU1_15371_00003906, TRU1_15371_00003907, TRU1_15371_00003908,
TRU1_15371_00004021, TRU1_15371_00004023, TRU1_15371_00004024,
TRU1_15371_00004034, TRU1_15371_00004037, TRU1_15371_00004038,
TRU1_15371_00004082, TRU1_15371_00004085, TRU1_15371_00004114,
TRU1_15371_00004115, TRU1_15371_00004116, TRU1_15371_00004124,
TRU1_15371_00004125

**Documents withheld as non-responsive (2)**:

TRU1_15371_00002989, TRU1_15371_00002991