# Exhibit 3



# COMMERCIAL ARBITRATION RULES
# DEMAND FOR ARBITRATION

*For Consumer or Employment cases, please visit www.adr.org for appropriate forms.*

| | |
|---|---|
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. | |
| Name of Respondent: Arlene J. Delgado | Name of Representative (if known): Andrew G. Celli, Jr. |
| Address: 1825 Ponce De Leon Blvd # 79 | Name of Firm (if applicable): Emery Celli Brinckerhoff & Abady LLP |
| | Representative's Address: 600 Fifth Avenue, 10th Floor |
| City: Coral Gables  State: FL  Zip Code: 33134 | City: New York  State: NY  Zip Code: 10020 |
| Phone No.:  Fax No.: | Phone No.: 212-763-5000  Fax No.: |
| Email Address: | Email Address: acelli@ecbalaw.com |

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute:

A Brief Description of the Dispute is attached as Exhibit A.

| | |
|---|---|
| Dollar Amount of Claim: $ $1,500,000 | Other Relief Sought: ✓ Attorneys Fees  ✓ Interest  ✓ Arbitration Costs  ✓ Punitive/ Exemplary  ✓ Other Injunctive relief and indemnification |
| Amount enclosed: $ 7,000 | In accordance with Fee Schedule:  Flexible Fee Schedule  Standard Fee Schedule |

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

Commercial law qualifications.

| | |
|---|---|
| Hearing locale: New York, New York  (check one)  Requested by Claimant ✓ Locale provision included in the contract | |
| Estimated time needed for hearings overall: hours or 3 days | Type of Business: Claimant: Corporation  Respondent: Individual |

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other? No

| | |
|---|---|
| Signature (may be signed by a representative): [signature] | Date: 7/28/2017 |
| Name of Claimant: Donald J. Trump for President, Inc. | Name of Representative: Lawrence S. Rosen |
| Address (to be used in connection with this case): 725 Fifth Avenue c/o LaRocca Hornik Rosen Greenberg & Blaha LLP | Name of Firm (if applicable): LaRocca Hornik Rosen Greenberg & Blaha LLP |
| | Representative's Address: 40 Wall Street, 32nd Floor |
| City: New York  State: NY  Zip Code: 10022 | City: New York  State: NY  Zip Code: 10005 |
| Phone No.:  Fax No.: | Phone No.: 212-530-4822  Fax No.: |
| Email Address: | Email Address: lrosen@lhrgb.com |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. At the same time, send the original Demand to the Respondent.

*Please visit our website at www.adr.org if you would like to file this case online. AAA Case Filing Services can be reached at 877-495-4185.*

# **EXHIBIT A**

Respondent breached confidentiality and non-disparagement obligations contained in a written agreement (the "NDA") she executed in connection with her retention as an independent contractor by claimant Donald J. Trump for President, Inc.  Among other things, she breached her obligations by publishing confidential information in a series of Twitter posts on December 22 and 24, 2016. She has also threatened to file a public complaint containing similar and further confidential information and disparaging statements with the New York City Commission on Human Rights ("NYCCHR").  Claimant is seeking injunctive relief, indemnification of any and all legal fees and costs incurred in defending any proceeding filed by Respondent before the NYCCHR, compensatory damages, and all legal fees and costs incurred in connection with this arbitration.