```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARLENE DELGADO,

                                                  Plaintiff,

    -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                                  Defendants.
-----------------------------------------------------------------X

19-CV-11764 (AT) (KHP)

**ORDER REGARDING RESPONSE
TO MOTION TO COMPEL**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       The Court is in receipt of Plaintiff's motion to compel production of documents withheld on grounds of privilege by non-party Eric Trump. (ECF Nos. 321.) To assist the Court in evaluating the claims of privilege, by **Tuesday, June 11, 2024**, Mr. Trump shall send an *ex parte* email to the Court, attaching the documents over which he asserts the common interest privilege for *in camera* review. The documents shall be numbered and submitted in the order they appear on the revised privilege log.

**SO ORDERED.**

DATED:    New York, New York
                 June 5, 2024

                                                                    *Katharine H Parker*
                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge