## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ARLENE J. DELGADO,
Plaintiff,

-vs-                                                                    No. 19-cv-11764 (AT) (KHP)

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
and STEPHEN BANNON, individually,

Defendants.

## NOTICE REGARDING SUBPOENA ON BRIAN WALSH

Pursuant to the Court's May 29, 2024 Order, Plaintiff informs the Court that the Motion to Compel, as to the subpoena on Brian Walsh, is withdrawn, as Mr. Walsh's counsel recently provided the Plaintiff a flash drive of the production.

*s/Arlene Delgado*
Arlene Delgado
Plaintiff, *pro-se*
