UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARELENE J. DELGADO,<br><br>   *Plaintiff,*<br><br> v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br><br>   *Defendants.* | Civil Action No.: 1:19-cv-11764-AT-KHP |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

 I certify that I am admitted to practice in this court. I am appearing in the above-captioned matter as counsel for non-party, Eric Trump.

Dated: June 12, 2024

                  _____
                   Michael T. Madaio, Esq.
                   HABBA MADAIO & ASSOCIATES LLP
                   1430 US Highway 206, Suite 240
                   Bedminster, New Jersey 07921
                      -and-
                   112 West 34th St, 17th & 18th Floors
                   mmadaio@habbalaw.com
                   Telephone: (908) 869-1188
                   Facsimile: (908) 450-1881