USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ARLENE DELGADO,

                                        Plaintiff,                      **19-CV-11764 (AT) (KHP)**

                        -against-

                                                                            **ORDER**

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                        Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

On June 4, 2024, counsel for non-party Eric Trump filed a letter concerning Plaintiff's

motion to compel that included a revised privilege log as an exhibit. (ECF No. 339.) However,

the text of the revised privilege log was extremely small and difficult to review. By **Friday, June**

**14, 2024**, counsel for Eric Trump shall send an *ex parte* email to the Court attaching the revised

privilege log for *in camera* review **in excel format**.

**SO ORDERED.**

DATED:        New York, New York
              June 12, 2024                          _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge