UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARLENE DELGADO,

                                Plaintiff,                                  **19-CV-11764 (AT) (KHP)**

       -against-

                                                                             **ORDER**

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                  Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       On June 12 2024, counsel for non-party Eric Trump submitted to this Court a revised privilege log and documents for *in camera* review in connection with Plaintiff's motion to compel, located at ECF No. 321. It appears that four documents, which correspond to four entries on the submitted privilege log, were not included as part of the June 12 *in camera* submission. *See* Log Nos. 44-45; 63; 91. By **Tuesday, June 25, 2024**, counsel for Eric Trump shall send an *ex parte* email to the Court attaching the four documents that correspond to the aforementioned privilege log entries, clearly labeling to which entry each document corresponds.

**SO ORDERED.**

DATED:     New York, New York
                June 24, 2024                         _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2024