## ATTACHMENT A
## SWORN DECLARATION

  I, Arlene J. Delgado, hereby affirm that the following is a true and correct copy of written correspondence with a well-known, documented, and respected Senior Advisor to the Trump 2020 Campaign. Plaintiff has exchanged correspondence, via the same medium, with the same individual, and can attest this text exchange is authentic and is between the two, as reflected. The correspondence took place on June 12- 13, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, this the 27th day of June, 2024.

*s/Arlene Delgado*
Arlene Delgado
