```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

 ARLENE DELGADO,

                                  Plaintiff,

                    -against-

 DONALD J. TRUMP FOR PRESIDENT, INC.,
 TRUMP FOR AMERICA, INC., SEAN SPICER,
 individually, REINCE PRIEBUS, individually,
 STEPHEN BANNON, individually,

                            Defendants.
------------------------------------------------------------------X

**19-CV-11764 (AT) (KHP)**

<u>ORDER</u>

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       On June 25, 2024, Plaintiff filed a letter requesting a PACER fees exemption. (ECF No. 369.) PACER fees are set forth in the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts. *See Electronic Public Access Fee Schedule*, UNITED STATES COURTS (December 31, 2019), https://www.uscourts.gov/services-forms/fees/electronic-public-access-fee-schedule. The fee schedule contains several automatic fee exemptions, including a limited exemption for pro se litigants. *Id.* ("[p]arties in a case (including pro se litigants) and attorneys of record receive one free electronic copy, via the notice of electronic filing or notice of docket activity, of all documents filed electronically, if receipt is required by law or directed by the filer."). Courts may exercise their discretion to grant additional exemptions, but the party seeking a discretionary exemption "must demonstrate that an exemption beyond the four automatic exemptions 'is necessary ... to avoid unreasonable burdens and to promote public access to information.'" *Lindsay v. Preuss*, No.

21CV11006PAEKHP, 2023 WL 3998056 (S.D.N.Y. Apr. 25, 2023), *report and recommendation adopted*, No. 21CIV11006PAEKHP, 2023 WL 3996865, at *7 (S.D.N.Y. June 14, 2023) (citing *In re Club Ventures Invs. LLC*, 507 B.R. 91, 99-100 (S.D.N.Y. 2014)). Insofar as Plaintiff already qualifies for one free copy of all docket activity, it is not clear to the Court why Plaintiff needs additional fee exemptions.  Accordingly, it requires a more complete explanation before granting this request.  By **July 8, 2024**, Plaintiff shall file a letter providing such additional information so that the Court can evaluate the request.

**SO ORDERED.**

New York, New York
July 1, 2024

_____
Katharine H. Parker
U.S. Magistrate Judge