## **ATTACHMENT A**

