# **ATTACHMENT B**

Redactions on ECF No. 367-1

---

**JG**  Jeffrey Gavenman <jgavenman@schulmanbh.com>
To: You

↩ Reply   ↩ Reply all   → Forward

Fri 6/28/2024 7:01 PM

ⓘ You replied on Sun 6/30/2024 7:34 AM

Ms. Delgado,

You filed a redacted version of ECF No. 367-1 on the docket. So that we may respond to your motion, as the Court has required us to do by July 3, please provide me with an unredacted version of that document. You may designate it as "Confidential" under the Protective Order.

Regards,
Jeff

**SCHULMANBHATTACHARYA**

Jeffrey S. Gavenman
Member