

Adam Katz | Partner
Direct 646.292.8787 | akatz@goldbergsegalla.com

August 19, 2024

**Via PACER**
Hon. Katharine H. Parker, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    *Delgado v. Donald J. Trump for President, Inc., et al.,* No. 1:19-cv-11764 (AT)(KHP)
            Clarification on Opposition to Request for Pre-Motion Conference

Dear Judge Parker:

    On Thursday, August 15, 2024, this firm filed a response to Plaintiff's request for a pre-motion letter on behalf of Jason Miller (the "Letter Opposition"), a party that Plaintiff seeks to add as a party to this action. We write to provide a brief clarification to the Letter Opposition. In the Letter Opposition, we inadvertently wrote, "...Plaintiff has provided no evidence that Mr. Miller had any role in deciding staffing, as it is well-reported that he withdrew from his Communications Director role in December 2017," when the actual date of his withdrawal from this position was December 2016.

    We thank the Court for its attention to this clarification.

                              Respectfully submitted,

                              Adam S. Katz, Esq.

711 3rd Avenue, Suite 1900, New York, NY 10017-4013 | 646-292-8700 | 646-292-8701 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA