```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
ARLENE DELGADO,

                Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC., SEAN SPICER, individually, REINCE PRIEBUS, individually, STEPHEN BANNON, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/22/2024_

19 Civ. 11764 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

    On August 12, 2024, Plaintiff *pro se*, Arlene Delgado, moved for leave to amend her complaint in order to add three additional defendants to this action. ECF No. 403. The Court referred the motion to the Honorable Katherine H. Parker for a report and recommendation (the "R&R"). ECF No. 404.

    In the R&R, Judge Parker recommends that Plaintiff's motion be denied. ECF No. 411. Plaintiff subsequently filed two letters requesting that Judge Parker (1) reconsider her denial and (2) hold a pre-motion conference and/or schedule oral argument on the motion. ECF Nos. 412–13.

    The Court treats these motions as objections to Judge Parker's R&R. Accordingly, by **September 3, 2024**, Defendants shall file their objections, if any, and by **September 6, 2024**, Plaintiff shall file any additional objections.

    SO ORDERED.

Dated: August 22, 2024
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge