```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARLENE DELGADO,

                              Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                              Defendants.
-----------------------------------------------------------------X

**19-CV-11764 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

The arguments raised in Plaintiff's letters located at ECF Nos. 410 and 415 will be treated by the Honorable Analisa Torres as objections to the Report and Recommendation on Plaintiff's motion to amend. (*See* ECF No. 416.) Therefore, the undersigned will not rule on such letters.

      **SO ORDERED.**

Dated: New York, New York
       August 23, 2024

                                               */s/ Katharine H. Parker*
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge