

Michael T. Madaio, Esq.
Partner
mmadaio@habbalaw.com
Admitted to practice in NJ, NY & PA

<u>Via ECF</u>  September 6, 2024
Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York

      Re:    *Delgado v. Donald J. Trump for President, Inc., et al.*,
              No. 19-cv-11764 (AT)(KHP)
              <u>Letter of Clarification</u>

Dear Judge Torres:

      I write to provide a brief clarification as to the September 3, 2024 letter response, *see* ECF 419, filed by this office on behalf of non-party, Eric Trump ("Mr. Trump"). Plaintiff recently pointed out that footnote 2 of the letter response refers to the "settlement of the 2017 arbitration." *Id.* at 2, n.2. For the sake of clarity, the letter was intended to refer to the *attempted* settlement of the 2017 arbitration, which included discussions between Mr. Trump and Plaintiff. This clarification is immaterial to the arguments contained in Mr. Trump's letter response, which remain unchanged.

                                      Respectfully submitted,

                                      Michael T. Madaio, Esq.