USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2024

**SCHULMANBHATTACHARYA**    6116 Executive Boulevard, Suite 425, North Be[thesda]

direct dial 240 3

September 17, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007

*Re:*   *Delgado v. Donald J. Trump for President, Inc., et. al.* **No. 19-cv-11764 (AT)(KHP)**

Dear Judge Torres:

We write respectfully on behalf of Defendants Donald J. Trump for President, Inc. (the "Campaign"), Sean Spicer, and Reince Priebus (together "Defendants") in the above-captioned case in which Defendants will be filing a motion for summary judgment on September 20, 2024.

Defendants respectfully requests the Court's permission for a five-page enlargement of the page limit for Defendants' memorandum of law in support of their motion for summary judgment, for a total of 30 pages. All three Defendants are moving for summary judgment on the 12 causes of action asserted in Plaintiff's Amended Complaint. These causes of action, which include claims under the New York State and City Human Rights Law, New York contract law and New York tort law involve a myriad of issues and the additional pages are necessary to allow Defendants to address the legal arguments attendant to each claim. We asked the Plaintiff to consent to this request, however she has not yet responded to our inquiry.

We thank the Court for its time and attention in this matter.

Respectfully,

/s/ Jeffrey S. Gavenman
Jeffrey S. Gavenman

GRANTED.

SO ORDERED.

Dated: September 17, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge

SchulmanBH.com