**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ARLENE J. DELGADO,<br><br>                    Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC.,<br>*et al*.,<br><br>                    Defendants. | Case No. 19-cv-11764 (AT) (KHP)<br><br>**<u>Oral Argument Requested</u>** |

## <u>NOTICE TO MOTION FOR SUMMARY JUDGMENT</u>

Please take notice that Defendants Donald J. Trump for President, Inc. (the "<u>Campaign</u>"), Sean Spicer and Reince Priebus (together "<u>Defendants</u>") shall, upon the pleadings and prior proceedings had herein; Defendants' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1; the Declaration of Jeffrey S. Gavenman and the exhibits attached thereto, the Declaration of Michael Glassner, the Declaration of Sean Spicer, and Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment; all filed herewith, move this Court, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on such date and time as the Court may direct, for an Order pursuant to Fed. R. Civ. P. 56 granting summary judgment in favor of Defendants and dismissing Plaintiff's Amended Complaint (Dkt. 94) with prejudice in its entirety, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the Scheduling Order issued by Judge Parker (Dkt #396), any opposing declarations or answering memoranda must be served on

or before October 18, 2024, and reply declarations and memoranda must be served on or before November 1, 2024.

Dated: September 20, 2024
        New York, New York

                                        **SCHULMAN BHATTACHARYA, LLC**

                        By:    /s/ Jeffrey S. Gavenman
                               Jeffrey S. Gavenman
                               6116 Executive Boulevard, Suite 425
                               North Bethesda, Maryland 20852
                               and
                               240 West 40th Street
                               New York, NY 10018
                               Tel.: (240) 356-8553
                               Facsimile: (240) 356-8558
                               Email: jgavenman@schulmanbh.com

                               *Counsel for Defendants Donald J. Trump for President, Inc., Sean Spicer, and Reince Priebus*