IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ARLENE J. DELGADO,

        Plaintiff,

v.

DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*,

        Defendants.

Case No. 19-cv-11764 (AT) (KHP)

### DECLARATION OF REINCE PRIEBUS

REINCE PRIEBUS, pursuant to 28 U.S.C. § 1746, declares and says as follows:

1. I am the former White House Chief of Staff under President Donald J. Trump and am an individually named defendant in the above captioned case. I submit this declaration in support of Defendants' motion for summary judgment.

2. I have never worked for, or been employed by, Donald J. Trump for President, Inc. (the "Campaign"). Prior to working for the White House, I worked for the Republican National Committee.

3. I did not play a role in determining whether Plaintiff Arlene Delgado ("Plaintiff") was hired for a position in the White House.

4. I also had no role with respect to any decisions concerning any work Ms. Delgado performed for, or on behalf of, the Campaign. Similarly, I did not have any role in the decision to terminate her consultancy with the Campaign.

5. I never discussed Plaintiff's job duties or assignments with the Campaign with any individual. Similarly, I did not discuss the decision to terminate her from the Campaign nor do I have any knowledge as to the reasons for that decision.

1

6.  In fact, I never met with, or spoke to, Plaintiff prior to my deposition in this case earlier this year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/19/24

_____
Reince Priebus