# EXHIBIT 1

# TECHNICAL ISSUE WITH FILING NOT ACCEPTED BY ECF