Page 1

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   ------------------------------------------X
    ARLENE J. DELGADO,
4
                                    PLAINTIFF,
5
            -against-            Case No.:
6                               19-CV-11764
7
    DONALD J. TRUMP FOR PRESIDENT, INC., SEAN
8   SPICER, Individually, REINCE PREIBUS,
    Individually and STEPHEN BANNON,
9   Individually,
10                                  DEFENDANTS.
    ------------------------------------------X
11
12                      DATE: June 15, 2023
13                      TIME: 9:58 A.M.
14
15      EXAMINATION BEFORE TRIAL of the
16   Plaintiff, ARLENE J. DELGADO, taken by the
17   Defendant, pursuant to a Court Order, held
18   via videoconference, before Rivka Trop, a
19   Notary Public of the State of New York.
20
21
22
23
24
25

Page 2

1
2      A P P E A R A N C E S :
3
4      DEREK SMITH LAW GROUP, PLLC
           Attorneys for the Plaintiff
5          ARLENE J. DELGADO
           One Penn Plaza, Suite 4905
6          New York, New York 10119
           BY: JOHN PHILLIPS, ESQ.
7                  -and-
8              AMY HANNA, ESQ
9
       LAROCCA HORNIK ROSEN GREENBERG, LLP
10         Attorneys for the Defendant
           DONALD TRUMP FOR PRESIDENT, INC., ET AL
11         40 Wall Street, Fl. 32
           New York, New York 10005
12         BY: JARED BLUMETTI, ESQ.
13
14
       ALSO PRESENT:
15         COREY WAINAINA, Videographer
                  *      *      *
16
17
18
19
20
21
22
23
24
25

Page 3

1

2          F E D E R A L    S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED by

5     and between the counsel for the respective

6     parties herein that the sealing, filing and

7     certification of the within deposition be

8     waived; that the original of the deposition

9     may be signed and sworn to by the witness

10    before anyone authorized to administer an

11    oath, with the same effect as if signed

12    before a Judge of the Court; that an

13    unsigned copy of the deposition may be used

14    with the same force and effect as if signed

15    by the witness, 30 days after service of the

16    original & 1 copy of same upon counsel for

17    the witness.

18

19         IT IS FURTHER STIPULATED AND AGREED

20    that all objections except as to form, are

21    reserved to the time of trial.

22

23              *       *       *       *

24

25

Page 4

1                    A. DELGADO

2            THE VIDEOGRAPHER:  Good morning,

3      again, everyone.  We are going on the

4      record at 9:58 a.m. eastern time on

5      Thursday, June 15, 2023.

6            Please note that this deposition

7      is being conducted virtually.  The

8      quality of recording depends on the

9      quality of camera and internet

10     connection of the participants.

11           What is seen from the witness and

12     heard on screen is what will be

13     recorded.  Audio and video recording

14     will continue to take place unless all

15     parties agree to go off the record.

16           This is media unit 1 of the video

17     recorded deposition of Arlene J.

18     Delgado in the matter of Delgado,

19     Arlene versus Donald J. Trump for

20     President, Inc., et al.

21           This was filed in the United

22     States District Court, Southern

23     District of New York, the case number

24     19-cv-11764 ATKHP.

25           My name is Corey Wainaina

1          A. DELGADO

2    representing Veritext Legal Solutions

3    and I am the videographer. The court

4    reporter is Rivka Trop from the firm

5    Veritext Legal Solutions.

6          I am not authorized to administer

7    an oath, I am not related to any party

8    in this action nor am I financially

9    interested in the outcome.

10         If there are any objections to

11   proceeding, please state them at the

12   time of your appearance.

13         Counsel and all present including

14   remotely will now state their

15   appearances and affiliations for the

16   record, beginning with the noticing

17   attorney.

18         MR. BLUMETTI: Jared Blumetti of

19   Larocca Hornik Rosen Greenberg on

20   behalf of John Donald J. for President,

21   Inc., Sean Spicer, Reince Preibus and

22   Stephen Bannon.

23         MR. PHILLIPS: John Phillips and

24   Amy Hanna, along with our client Arlene

25   Delgado.

```
 1                    A. DELGADO
 2            THE WITNESS:  Arlene Delgado,
 3        plaintiff, present.
 4    A R L E N E   D E L G A D O, called as a
 5    witness, having been first duly sworn by a
 6    Notary Public of the State of New York, was
 7    examined and testified as follows:
 8    EXAMINATION BY
 9    MR. BLUMETTI:
10         Q.   Please state your name for the
11    record.
12         A.   Arlene J. Delgado.
13         Q.   Where do you reside?
14         A.   ████████████████████████████
15    ████████████ .
16         Q.   Good morning, Ms. Delgado.  We
17    represent Donald J. Trump for President,
18    Inc., Sean Spicer, Reince Preibus and
19    Stephen Bannon in this lawsuit.  For ease of
20    reference, I am going to refer to Donald J.
21    Trump for President, Inc. as the Campaign.
22              The process here is
23    straightforward.  I am going to ask you
24    questions regarding your lawsuit.  I just
25    want to go over a few ground rules.  And the
```

Page 7

1                    A. DELGADO

2    first already seemed to happen between us.

3    Please wait until I finish asking my

4    question before you begin to answer, and I

5    will wait until you finish speaking before I

6    ask you another question.

7              It will be difficult for the court

8    reporter to record what we are saying if we

9    speak at the same time. If you don't

10   understand one of my questions, please let

11   me know and I will rephrase. If you need to

12   take a break, that's no problem. If I have

13   a question pending, the only caveat is, you

14   have to answer that question before taking a

15   break.

16             Please keep all answers verbal.

17   The reporter can't take down hand gestures

18   and other body language. If you don't know

19   the answer to one of my questions, please do

20   not guess or speculate. I don't know is a

21   perfectly acceptable answer.

22             While you are using an electronic

23   device to participate in this virtual

24   deposition, you are not allowed to

25   communicate with anyone other than your

Page 8

1                    A. DELGADO
2    attorney during this deposition.
3              Do you understand these rules?
4         A.    I do.
5         Q.    Is there anyone else in the room
6    where you are?
7         A.    No.
8         Q.    Did you review any documents in
9    preparation for your deposition?
10        A.    No.
11        Q.    Did you take a look at any of the
12   documents that have been produced by either
13   side?
14        A.    I actually have not reviewed your
15   production just yet.   I am very busy with my
16   son, so I guess not.
17        Q.    Have you ever been known by any
18   other names other than Arlene Delgado?
19        A.    I use A.J.   It is not a different
20   name, just my initials for conservative
21   writing, not a different name.
22        Q.    What does J. stand for?
23        A.    Josephine.   It is my communion
24   name, confirmation, I am Catholic.
25        Q.    What is your date of birth?

Page 9

1                    A. DELGADO

2          A.    06/21/77.

3          Q.    While we are only going to put

4    last four on the record, can you please

5    state your Social Security number for the

6    record?

7          A.    XXX-XX-4056.

8          Q.    Were you born in the United

9    States?

10         A.    Yes.

11         Q.    Which state were you born in?

12         A.    Florida.

13         Q.    Where did you grow up?

14         A.    Miami, Florida.

15              THE WITNESS:  I am just silencing

16         my phone.

17         Q.    For how many years have you lived

18   in Miami, Florida?

19         A.    Well, there was a break.  I lived

20   in Miami from the time I was born through

21   high school.  Then I went away to college

22   and law school.  And then I was in New York

23   for about a decade working after that.  And

24   then I returned.  So it has not been

25   continuous.

Page 10

A. DELGADO

1

2          Q.    How would you characterize your

3    ethnicity?

4          A.    Hispanic.

5          Q.    Are you married?

6          A.    I am not.

7          Q.    Have you ever been married?

8          A.    No.

9          Q.    Do you have any children?

10         A.    Yes.

11         Q.    How many?

12         A.    One.

13         Q.    And what is his or her name?

14         A.    William.

15         Q.    And the address that you gave at

16   the beginning, how long have you lived at

17   that address?

18         A.    Since I returned from New York, so

19   over a decade.

20         Q.    Do you live with anyone at that

21   address?

22         A.    My mom lives here and my son.  The

23   house is sort of divided up into two parts,

24   and my dad and sister and brother-in-law

25   have the upstairs part.  It is sort of like

1                    A. DELGADO

2    a duplex structure.  It is an old house.

3         Q.    Understood.

4              For how long have you lived with

5    those individuals since you returned to

6    Miami, aside from your son?

7         A.    Well, my sister and brother-in-law

8    lived away for a while.  But as far as me in

9    this house, you mean with those individuals

10   in this house, it is on and off.  They have

11   not always lived upstairs.  My mom has been

12   here since I was 10 in the same house, so.

13   It is hard to say how -- okay, sorry.

14        Q.    That's okay, I am just trying to

15   get an approximation.

16              Where did you go to high school?

17        A.    Coral Gables Senior High.  I was

18   supposed to go to Miami High, but I which

19   went to Coral Gables for an international

20   baccalaureate academic program.

21        Q.    What year did you graduate?

22        A.    1995.

23        Q.    Where did you go to college?

24        A.    University of Florida.

25        Q.    What did you study at Florida?

Page 12

```
1                    A. DELGADO
2        A.   My degree is in history.
3        Q.   What year did you graduate from
4    UF?
5        A.   1999.
6        Q.   And you said that you obtained a
7    bachelor's of arts in history?
8        A.   Yes.
9        Q.   Did you obtain any other degrees
10   from UF?
11       A.   No.  There was an honorary summa
12   cum laude designation on it.  I don't know
13   if you want to make a note of that, but no
14   separate degree.
15       Q.   I believe you mentioned before you
16   went to law school.
17            Where did you go?
18       A.   Oh, yes, Harvard Law School.
19       Q.   Did you graduate from Harvard Law
20   School?
21       A.   I did.
22       Q.   What year?
23       A.   2002.
24       Q.   Did you obtain your J.D. from
25   Harvard?
```

Page 13

```
 1                    A. DELGADO
 2        A.    I did.
 3        Q.    Did you obtain any other degrees
 4   from Harvard?
 5        A.    No.
 6        Q.    Such as an LLM?
 7        A.    I think the LLM who were for
 8   foreign students who had a law degree in
 9   another country and came to Harvard to get
10   an American J.D., so no.
11        Q.    Have you attended any other
12   educational institutions other than those we
13   just discussed?
14        A.    No.
15        Q.    Have you ever been admitted to
16   practice law in any states?
17        A.    Yes.
18        Q.    In which states?
19        A.    New York.
20        Q.    Any others?
21        A.    No.
22        Q.    Is your registration current in
23   New York?
24        A.    Yes.
25        Q.    Have you ever practiced law in New
```

Page 14

1              A. DELGADO

2    York?

3         A.   Yes.

4         Q.   Have you ever worked at any law

5    firms in New York?

6         A.   Yes.

7         Q.   Can you please identify the law

8    firm that you worked in New York?

9         A.   Hughes Hubbard & Reed at Battery

10   Park Plaza and O'Melveny & Myers at 7 Times

11   Square.

12        Q.   And what was your position at

13   Hughes Hubert?

14        A.   Associate.

15        Q.   And during which period of time

16   did you work at Hughes Hubert?

17        A.   I think it was -- obviously 2002

18   to I think I lateraled over to O'Melveny in

19   2004 or '5, I think '5.

20        Q.   You lateraled over as an

21   associate?

22        A.   Yes.

23        Q.   You were in that firm from 2005 to

24   roughly when?

25        A.   I believe 2009.  I want to say

1

2                           A. DELGADO

3        2009, I believe.

4            Q.    And why did you stop working at

5        the second firm?  I am sorry, can you say

6        the name again?

7            A.    O'Melveny, O-'-M-E-L-V-E-N-Y.

8            Q.    Why did you stop working?

9            A.    That's when the recession had hit

10       in 2008.  So the first folks that get the

11       ask in general at most white shoe law firms

12       are the mid levels because we are not as

13       profitable as junior or as important as

14       senior level attorneys.  So they laid off a

15       big chunk of the mid levels, so.

16                 And I had an opportunity to pursue

17       a matter with a former colleague, so that

18       made the switch.

19           Q.    Have you worked at any law firms

20       in New York other than those two?

21           A.    No.

22           Q.    Did you have any particular legal

23       focus or specialties when you worked at

24       those two law firms?

25           A.    No.  I worked in a variety of

         areas.  I suppose the way it works at those

Page 16

A. DELGADO

1   

2  big firms, they kind of rotate you through,

3  unless you have a particular focus that you

4  are really passionate about, and they will

5  kind of work with you. I worked in a

6  variety of areas, litigation, Latin American

7  corporate, anti-trust, to kind of figure out

8  where I would provide the most value, where

9  my interests were. That's kind of the

10 pattern with these associates at these law

11 firms.

12      Q.   Did you ever participate in any

13 litigation of any employment discrimination

14 matters?

15      A.   Oh, I am thinking back. I worked

16 with the employment group for a while. In

17 actual litigation, like a case that was

18 being tried, I don't recall that I did, I

19 don't recall to be honest. One isn't coming

20 to mind, so I want to say no. I don't think

21 I did. We did a lot of transactional work.

22      Q.   That was at both firms?

23      A.   No, at Hughes Hubert -- you are

24 talking about employment law at both firms.

25      Q.   Yes.

A. DELGADO

1       A. DELGADO

2       A.   No, at Hughes Hubert I mostly

3  focused on Latin America corporate work.

4       Q.   What was that opportunity with a

5  colleague that you referenced before in or

6  around 2009?

7       A.   Yes, a former colleague at

8  O'Melveny had approached me about a

9  potential class action he had envisioned

10  against Apple.  And so we spent the next 20

11  months or so working on that together and

12  meeting with Apple, et cetera.

13      Q.   Was that litigation ever filed?

14      A.   No.

15      Q.   What were the nature the claims

16  against Apple?

17      A.   I have to keep it vague, since it

18  was never filed.  But it had to do with

19  their Genius Bar and what was happening when

20  individuals were connecting their phones at

21  Genius Bar locations in stores.

22      Q.   Following your graduation from law

23  school in 2002, I believe you said, but

24  prior to the time you started working for

25  the Campaign in 2016, did you have any

1                    A. DELGADO

2    non-legal jobs?

3        A.    Non-legal, no, I did document

4    review, so that's legal.  Not as a paid job,

5    I started doing a lot of political writing

6    and commentary, but it was not a job, so no.

7        Q.    Did you do any political writing

8    for any particular publishers, periodicals,

9    magazines?

10        A.    Sure.  I had articles published in

11    the Miami Herald, I think one in the

12    Washington Post, Media Write, Al Jazeera.  I

13    think there was one with the BBC.  Who else?

14    National Review, American Conservative.  I

15    am probably missing a few, but a good

16    variety.

17        Q.    Is that per diem work for these

18    publications?

19        A.    Yes.  Some you received payment,

20    and some were just done for the sake of

21    getting your foot in the door, exposure,

22    getting your name out there.

23        Q.    And during which period of time

24    roughly did you write for these publications

25    in between 2009 and 2016?

Page 19

1              A. DELGADO

2          A.    I think a lot of it was

3      concentrated in like 2013, 2012, 2013,

4      around there.  Yes, 2012, 2013 was the bulk

5      of it.

6          Q.    Who is John De Neufville?

7          A.    I am sorry, if you want to back up

8      a second, because you said something through

9      2016, you didn't ask me about, I want to be

10     clear, about the legal job that I did from

11     2014 to 2016, so.

12         Q.    I thought I asked that before,

13     what do you get?

14         A.    So after I did the political

15     writing for a while, then in 2014, in the

16     middle of 2014, I became the general

17     counsel, which is also a legal job of ALPFA,

18     the Association of Latino professionals for

19     America.  And I was in that role, in fact

20     through the time that I joined the Campaign,

21     I took a leave from that role.  It sounded

22     like you thought you had the complete legal

23     career history, but I wanted to make sure

24     that was.

25         Q.    I appreciate that?

1                    A. DELGADO

2        A.    Sorry.

3        Q.    I appreciate the clarity?

4        A.    No worries, if you have any

5    questions about that one, feel free.

6        Q.    Where is ALPFA located?

7        A.    It had several offices in the U.S.

8    I think currently they have restructured,

9    and they are now currently based in Austin.

10   At the time they had a New York, I think New

11   York was their main office.  And it is a

12   non-profit.  It has been around since 1972,

13   and their focus is helping Latino young

14   professionals and Latino college students

15   with their job search, professional

16   empowerment development, career search,

17   promotions.  We put together job fairs,

18   networking events, et cetera.  So I was the

19   general counsel for that.

20       Q.    When did you stop working for

21   them?

22       A.    So I took a leave of absence so

23   that I could work full-time officially on

24   the Campaign, not just as a surrogate, in

25   August.  And then when everything occurred

1                    A. DELGADO

2    with the Campaign not giving me the White

3    House job, I went back to them.  But

4    obviously it was, it felt very awkward,

5    given that it is an organization that

6    promotes Latino empowerment.  And I had just

7    come back from working for a man that said

8    Mexico sends us criminals, essentially.  So

9    it was not really something, going back and

10   staying there was no longer really a viable

11   option.

12              MR. BLUMETTI:  I am just going to

13         move to strike the response to the

14         extent not responsive.

15        Q.    Who is John De Neufville?

16        A.    He is a gentleman that I knew

17   briefly for a decade ago, 2011.

18        Q.    Where did you meet him?

19        A.    In New York.

20        Q.    Please characterize your

21   relationship to him?

22        A.    We had friends in common.  And I

23   didn't really know much about him.  We just

24   had friends in common.

25        Q.    Did there come a time where you

Page 22

1            A. DELGADO

2    were engaged in a romantic relationship with

3    him?

4            A.    I would not call it romantic.    I

5    visited New York one trip after I had moved

6    back.  So one thing lead to another, we were

7    out, and we ended up spending the night

8    together.  So that's what occurred there.

9            Q.    Did there come a time when Mr. De

10   Neufville obtained an injunction against

11   you?

12           A.    Yes.

13           Q.    When?

14           A.    2012.

15           Q.    What did that injunction prevent

16   you from doing?

17           A.    I could not contact, I could not

18   send e-mails to him, I believe.  I have not

19   looked at this in over a decade, but I

20   believe it is I can't contact him.

21           Q.    Are you aware of any other

22   restrictions that the injunction imposed on

23   you?

24           A.    I don't know if you mean -- there

25   was one that he obtained by going to court

1                          A.  DELGADO

2    and claiming that a letter he had received

3    was from me, which was not from me.  I was

4    not notified of the hearing, so I didn't

5    attend that hearing.  There was one issue

6    then.  And I don't remember what that one

7    said I could or couldn't do.  I remember the

8    original one, the one that I did attend the

9    hearing where it was issued, it said don't

10   contact him again.  But I don't remember

11   what the other one, because I was not at the

12   hearing where it was issued, said.  I think

13   there was probably some restriction in

14   there.

15        Q.    Do you know whether a Florida

16   court ever imposed any travel restrictions

17   on you?

18        A.    Now that you ask that, I think in

19   the one that they issued, the one time I

20   looked at it, I think it said something that

21   I had to notify the court if I flew.  I

22   remember doing that before I went up to the

23   war room to work on the campaign.  I think

24   the restriction was just to notify the

25   court.

Page 24

1               A. DELGADO

2          Q.    Is that injunction still in

3    effect?

4          A.    Oh, God, no, I don't think so.    I

5    think the day I received it, which again I

6    was shocked because I was not at the hearing

7    where it was issued, I think it said it was

8    something like a five-year order.    So it was

9    already I think five years old at the time I

10   was or close to being at the time I was on

11   the Campaign.    It was kind of ancient

12   history for me.

13         Q.    What were the facts and

14   circumstances underlying that injunction

15   that you did attend preventing you from

16   contacting him, what happened?

17         A.    Sure.

18              So --

19              MR. PHILLIPS:  We are going to

20         preserve some objections on this, I

21         think it is exceeding relevance.    But

22         certainly, we will give you a little

23         leeway here.

24              You could answer.

25         A.    You said, sorry, the

Page 25

1                    A. DELGADO

2     circumstances?

3          Q.    Just what happened in your words

4     that lead to this injunction being obtained

5     whereby you were not allowed to contact him?

6          A.    Sure, thank you for asking,

7     because I appreciate the opportunity to

8     explain it, just as the FBI clearance form

9     also gives you an opportunity to explain,

10    because sometimes these things are not as

11    they seem.

12              Without getting into the personal

13    medical history, I became pregnant, the

14    first time I have ever been pregnant.  And

15    the second time was Mr. Miller.

16              I became pregnant, Mr. De

17    Neufville flew down here to try to convince

18    me to terminate the pregnancy, saying he

19    comes from a very high society is how I

20    would qualify it type of family in New York.

21    He said he couldn't have a child with the

22    daughter of a bus driver, that I should be

23    realistic, things of that nature.

24              Fast forward a bit, I was very --

25    I am going to relive there this, it was

Page 26

A. DELGADO

1
2    upsetting what I went through.  So I later
3    heard through the grapevine through friends
4    in common and people we knew that he and his
5    girlfriend had kind of been laughing about
6    my -- how hard a time I was having and how
7    they pulled one over.  So I e-mailed him a
8    few times saying hey, why am I hearing this,
9    you said you were going to be supportive,
10   this is the opposite of that, et cetera.
11        He never wrote back saying don't
12   e-mail me.  I am an attorney, I know if
13   somebody says stop e-mailing me, you better
14   stop e-mailing them, never.
15        The next thing I know, a few
16   months later I get a notification, this
17   person has filed a restraining order against
18   you, which I was shocked by.  Immediately
19   that was the first idea I even had that have
20   he was bothered by these e-mails.  I mean,
21   they were e-mails, I figured if he didn't
22   want to read them, he would just have them
23   filter into a junk folder.  He didn't allege
24   that I showed up at his home.  I had never
25   shoed up at his home, never called him,

Page 27

1                    A. DELGADO
2    never called his job, never done anything
3    with that kind of nature, just e-mails.
4              But I went to the hearing which
5    took place two months later.  By then I
6    absolutely had stopped contacting him.  And
7    I explained to the judge I didn't know any
8    e-mails are bothersome.  I got emotional
9    like how I am now when we started to talk
10   about it.  And the judge, I remember this,
11   said, it sounds like this guy is a bit of a
12   cat, he had stepped out at that point, so I
13   am going to, I will do this for you, you
14   agree to a six-month order.  And if you
15   don't contact him again, we don't have to go
16   through the hearing now, let's just do a
17   six-month order, we don't have to do this
18   hearing, just agree to a six-month,
19   everybody is behaved, bring the temperature
20   down, you don't contact him and I will see
21   you in six months.  I said great, thank you,
22   judge, I shook hand with his attorney.  And
23   I left and I got to work on a book about
24   politics, which I ended up publishing myself
25   on Amazon.  I kind of dove into that, and

1                    A. DELGADO

2    that really helped me get over things.    I

3    was just looking forward to having this

4    thing sealed.

5              And then again, about three weeks

6    or a month, I don't remember because it is

7    so long ago, I can't even bring myself to

8    look at that stuff.  A month out from when

9    it is finally going to be sealed, I get

10   something at the house saying you have a

11   permanent restraining order.  I guess they

12   have to serve you once you have something.

13   I get it, I said this has to be a mistake,

14   this has to be a mistake because I am about

15   to get this sealed.  It has to be a clerical

16   error.  So I get in my truck, I drive down

17   to courthouse.  And no, apparently there had

18   been a month earlier, they proceeded without

19   me ex-parte, believing I had some help

20   served later it turns out a U.S. mail letter

21   had been sent to my home, which I had never

22   received, in which Mr. De Neufville had

23   claimed that he had received a letter, which

24   there was a copy in the file that I got from

25   the clerk, which looked like magazine, I

1              A.  DELGADO

2  will never forget it,it had magazine, that I

3  remember like yesterday, magazine letter,

4  like a 1990 serial killer film.  And it said

5  horrible things threatening him.  And the

6  envelope from which it was mailed said

7  Kansas City.  That I also always remember,

8  because every time I think of Kansas city or

9  every time I see Kansas City Chiefs, I kind

10 of think of that.  The only time I have ever

11 been to Kansas City was in 2004 for a

12 wedding.  I clearly did not send this

13 letter.  So I immediately go home, type this

14 out, file something with the judge saying I

15 did not do this letter, please redo the

16 hearing.  They said no, restraining order,

17 for whatever it was, I think it was for like

18 five years.  And that's it.  I didn't have

19 the money, the connections or the time or

20 the wherewithal or emotional bandwidth to

21 appeal this.  I didn't know an appellate

22 attorney.  And that's what happened.

23         The reason I believe that he was

24 so desperate to have that six-month TRO

25 transform into a permanent, and why I

1                        A. DELGADO

2     believe he and his girlfriend faked this

3     letter, is there were some things he had

4     told me about his boss, something he and his

5     boss had done in St. Barts, criminal

6     activity, where they left a man for dead who

7     they were buying drugs from during a wedding

8     in St. Barts.  I believe that is why he was

9     so worried that some day I would contact the

10    boss and say, hey, he told me the story

11    about what you guys did in St. Barts.  You

12    asked me what I think happened there.

13    That's why I think he was so desperate to

14    turn it into a permanent restraining order.

15            I don't know if you have

16    researched the woman he was with, Allison

17    Weils.  She was a convicted felon, who had

18    just plead in Federal Court, I believe it

19    was to four different felony counts like a

20    year earlier, for eavesdropping, hacking

21    voicemails of love rivals.  And John had a

22    severe cocaine problem.  I mean, when he was

23    here in Miami, he was asking the maitra d at

24    Casa Tua where he could find Coke.  I have

25    never done any drugs.  So for me that was

Page 31

                              A. DELGADO

1
2   also -- my gosh, what a bad guy I ended up
3   getting pregnant from, just bad news all
4   around.
5              Sorry for the long-winded answer,
6   but you asked what happened there.  It is a
7   real sad kind of tragic story that I ended
8   up with this.  So I think when I get a
9   chance to explain as I would have done on my
10  form to the FBI, I did nothing wrong, other
11  than send this guys some e-mails when I was
12  upset.  I never threatened him, I never
13  showed up at his house, never called him,
14  never called his place of work.  And then
15  through no fault of mine I was somehow
16  framed on a basis of a single letter sent
17  anonymously from somewhere I have been once
18  years earlier for a wedding.  I was given a
19  five year restraining order.  But I would
20  have had the chance to explain that.
21              And thank you for asking, so I
22  have had the chance to explain it here.
23       Q.   I am just going to show you some
24  documents.
25              I am going to share my screen with

Page 32

1                    A. DELGADO

2    you?

3            THE VIDEOGRAPHER:  For the final

4        video record, would you like it witness

5        only or witness and the document?

6            MR. BLUMETTI:  Witness only.

7            I am going to share my screen and

8        mark this as Defendant's Exhibit A.

9            (Whereupon, a 16-page document DEF

10        132 through DEF 147 was marked

11        Defendant's Exhibit A for

12        identification as of this date by the

13        reporter.)

14        Q.   Can everybody see this?

15        A.   I see it.

16        Q.   I am going to show you a 16-page

17    document that has been Bates stamped DEF

18    2132 through 2147.

19            Please take a look at this

20    document, do you recognize it?

21        A.   No, I mean, it looks like it is

22    something from that matter, but I don't

23    recognize this.

24        Q.   It purports to be an order dated

25    December 4, 2012, denying a motion, sorry

Page 33

1                          A. DELGADO

2      for jumping around, I just want to show you

3      the date, denying a motion that you made to

4      vacate that injunction that was obtained

5      against you.   The opening paragraph, the

6      Court refers to vexatious, seemingly never

7      ending and indisputably unwanted vitriolic

8      communications.

9                 Those e-mails that you referred to

10     before, would you characterize any of those

11     as vexatious?

12         A.    Well, I will tell you the problem

13     with you quoting this.

14         Q.    Okay?

15         A.    As I told you earlier, they held

16     an ex parte hearing, the record shows it was

17     an ex parte hearing.   The e-mails

18     quote-unquote, e-mails that were put into

19     the file, I didn't recognize a good, good

20     chunk of them.   That I remember from when I

21     looked.   So when the judge refers to

22     vexatious communications, those are e-mails

23     that were never authenticated.   He is

24     relying on what Mr. De Neufville claims are

25     e-mails from me, just like he relied on a

```
 1                    A. DELGADO
 2   letter that Mr. De Neufville claimed was
 3   from me.
 4        Q.   I understand your point, let me
 5   ask you this, did you ever send any e-mails
 6   to Mr. De Neufville which you would
 7   characterize as vexatious?
 8        A.   Not at all.  In all of them they
 9   had a legitimate purpose, I was asking,
10   please, why am I hearing that you are
11   talking about me, please don't do that, who
12   have you spoken to about this, please
13   answer, I would like to talk about this, not
14   at all vexatious.
15             I don't know what the judge was
16   shown, because I was not at that hearing.
17        Q.   You raised an authenticity.  So I
18   am going to show you one of the e-mails.
19             MR. BLUMETTI:  I am still sharing
20        my screen.  We could mark this as
21        Defendant's Exhibit B.  This is Bates
22        stamped DEF 2221.
23             (Whereupon, an e-mail Bates
24        stamped DEF 2221 was marked Defendant's
25        Exhibit B for identification as of this
```

Page 35

1                    A. DELGADO
2         date by the reporter.)
3         Q.    It purports to be an e-mail that
4    you sent to Mr. De Neufville in February of
5    2012, please give this a read?
6         A.    I am not go to be able to tell you
7    much about this, because I see it is an
8    e-mail from 2012.
9         Q.    Did you ever have an e-mail
10   address named arlenedelgado0621@gmail.com?
11        A.    It sounds familiar, but I can't
12   say for certain if it was.  It sounds
13   familiar.  It is going back over a decade.
14        Q.    You referenced Mr. De Neufville's
15   girlfriend before, is this the same
16   girlfriend you are referring to?
17        A.    In the e-mail, I don't know how I
18   can answer that.
19        Q.    Directing your attention to the
20   first sentence of the second paragraph, it
21   says, "Didn't peg you for the type to date J
22   JAPs, as you call them (hum, not very high
23   society of you-shouldn't you stick to WASPS
24   at least?)
25              What is a JAP?

Page 36

1              A. DELGADO

2          MR. PHILLIPS:  Objection to form.

3     Now we are way past relevance.

4          Do you want to give a good-faithed

5     basis for this line of inquiry?  Again,

6     we are going into an injunction

7     depending on what the campaign knew at

8     the time.  But hashing through these

9     e-mails is just way overbroad.

10         MR. BLUMETTI:  I disagree.  These

11    e-mails form the facts and

12    circumstances of the injunction, which

13    we maintain would have prevented

14    employment in the White House

15    ultimately should it have gotten to

16    this point.  We had a conference with

17    Magistrate Parker on this issue.  They

18    are relevant.  We can speak to

19    Magistrate Parker on this issue if you

20    want.  I am going to ask some questions

21    regarding these e-mails.  It is not

22    going to take very long.  But they are

23    relevant and I am going to ask them.

24         MR. PHILLIPS:  I am not objecting

25    to the e-mails.  I am objecting to

Page 37

1              A. DELGADO

2     characterizations within them on a

3     witness that has already testified that

4     she doesn't specifically recall them.

5          MR. BLUMETTI:  This is an e-mail

6     sent from Arlene Delgado, I understand

7     it was in from 2012, I am asking in her

8     own words what was meant by the word

9     JAP.

10          MR. PHILLIPS:  I will object to

11     form.

12     Q.    Ms. Delgado, you could answer?

13     A.    Again, I don't know if I sent this

14     e-mail.  So I don't know what I could tell

15     you what the person who wrote that e-mail

16     meant.

17     Q.    Are you familiar with the phrase

18     JAP?

19     A.    Yes, because it was a phrase

20     that -- Mr. De Neufville, being -- it is

21     possible that I would have, it is possible

22     that I would have used that in an e-mail to

23     him because Mr. De Neufville specifically

24     made comments of that type, I do recall

25     that, to me about highlighting my hair.  He

Page 38

A. DELGADO

1
2   had spent a lot of time in California. And
3   he said to me, I think about this when I get
4   my hair highlighted, that it didn't look
5   natural on me, it looked about as natural as
6   the Mexicans in East L.A. That was kind of
7   the abusive comments he would make when he
8   was here.
9       Q.   Further down in the paragraph the
10  e-mail reads, I have seen Mexicans in east
11  L.A. who look more like natural blondes, is
12  that what you were referring to?
13      A.   That was a comment that he had
14  made. But I can't tell you if this whole
15  e-mail as provided was something that I
16  wrote because of the letter they have sent
17  and because there is no way for me to
18  authenticate that this exact e-mail is an
19  accurate copy of something I sent.
20      Q.   Do you dispute writing or sending
21  this e-mail, Ms. Delgado?
22      A.   I have no way to know if I did. I
23  don't know how to answer your question.
24      Q.   Beyond the fact that it says your
25  name here, you think you might have had an

Page 39

A. DELGADO

1
2      e-mail address with this address, you
3      admitted to sending certain e-mails to
4      Mr. De Neufville in and around this time, do
5      you have any good-faith basis to dispute
6      that this is your e-mail?
7          A.    Yes, my good-faith basis is that
8      he and Ms. Weiles, due to her criminal
9      record, his drug addiction, their
10     desperation to have a restraining order so I
11     wouldn't contact his job, which they thought
12     I might do, very well could have edited
13     parts of an e-mail that nonetheless uses an
14     e-mail address that does seem familiar to
15     me, I am not going to sit here and say yes,
16     because that e-mail looks familiar, I wrote
17     every word as you are showing it to me on
18     that page and as Mr. De Neufville claimed.
19     These are people who faked a letter and
20     mailed it and used that as a basis to get a
21     court order.  They are not above equally the
22     same way altering e-mails or outright
23     fabricating an e-mail.
24              I wish I could tell you there is a
25     way for me to check.  There is a comment in

```
 1                    A. DELGADO
 2   there that rings like something he said that
 3   I would throw back at him that I did in
 4   person.  But the rest, I can't.  There is no
 5   way for me to authenticate this 12 years
 6   later.
 7            MR. BLUMETTI:  I am going to show
 8        you another e-mail that is marked as
 9        Defendant's Exhibit C.  It is Bates
10        stamped DEF 2227.
11            (Whereupon, an e-mail Bates
12        stamped DEF 2227 was marked Defendant's
13        Exhibit C for identification as of this
14        date by the reporter.)
15        Q.   This document purports to be an
16   e-mail from your name to an individual named
17   Topper, Sasha Levian and John De Neufville
18   on March 23 of 2012?
19        A.   That's what the screen shows.
20        Q.   Who is Topper?
21        A.   Topper was a friend in common.  He
22   is another, another person in that little
23   high society, we are better than everyone
24   group.
25        Q.   How about Sasha, is that the same?
```

A. DELGADO

1

2      A.    I would qualify him as the same,

3  yes.

4      Q.    In the bottom of the e-mail it

5  looks like it was highlighted, it reads,

6  that you would be moving back to New York

7  next week and that you look forward to many

8  ugly run-ins through the year?

9      A.    That's what it says.

10      Q.    What did you mean by ugly run-ins?

11      MR. PHILLIPS:   Object to form.

12      A.    Same answer as before.

13      Q.    What is the answer?

14      A.    I can't tell you if I wrote that

15  or not.  I would honestly tell you if I did,

16  because I have no reason to at this point,

17  there is nothing really particularly to hide

18  here.  But I can't be shown an e-mail, it is

19  2023, you are showing me an e-mail from 2012

20  asking me if I wrote it.  In good faith, I

21  can't tell you if I did or not, or if any

22  word is as written or if there was not a

23  sentence edited or a word edited.

24      Q.    Did you ever intend to send a

25  threatening e-mail to Mr. De Neufville,

1                        A. DELGADO

2    regardless of if it is this one or not?

3         A.    Did I ever intend to send him a

4    threatening e-mail?  No, never.

5         Q.    I believe you referred to earlier

6    that one of Mr. De Neufville's girlfriends

7    used cocaine.

8              In the last sentence of the e-mail

9    it says it has helped that he is wound up

10   with a use-up coke head, criminal in her mid

11   30s.  Who is this individual that you are

12   referring to in this e-mail?

13              MR. PHILLIPS:  Object to form.

14        A.    When you say I am referring to it,

15   I don't know if that sentence as written is

16   written by me exactly as written or not.  So

17   I don't know if you are trying to trick me

18   into saying I wrote that.  I don't know.

19   This is 11 years ago.

20        Q.    I am not trying to trick you?

21        A.    That certainly is a sentiment that

22   I would -- the drug addiction is something I

23   certainly didn't applaud.  But did I write

24   that?  I don't know.

25        Q.    How did you know that this

Page 43

1                        A. DELGADO

2    individual used cocaine?

3         A.   I had seen her separately from him

4    at a club called Avenue that a lot of us

5    went to.   And I walked in on her in the

6    bathroom doing cocaine under the toilet.

7         Q.   Have you ever used cocaine?

8         A.   Never.   I have never used any

9    drugs.   I am not saying that makes me better

10   than anyone, but I think a little bit more

11   trustworthy.

12            MR. BLUMETTI:   I am going to show

13        you an e-mail marked as Defendant's

14        Exhibit D.   This one is Bates stamp DEF

15        2240 to 2241.

16            (Whereupon, an e-mail Bates

17        stamped DEF 2240 to 2241 was marked

18        Defendant's Exhibit D for

19        identification as of this date by the

20        reporter.)

21        Q.   This e-mail purports to be from an

22   A Delgado with an e-mail address

23   a_delgado15@yahoo.com, have you ever used

24   that e-mail address?

25        A.   No.   And that one doesn't even

```
1                    A. DELGADO
2   seem familiar to me, that's not even a
3   number 15, that's not a number I use on
4   anything, A_Delgado15, no.
5        Q.   Do you dispute ever having this
6   e-mail address?
7        A.   Yes.  That doesn't sound familiar
8   to me at all.  The other one at least it
9   rings a bell.  This one Delgado 15, I have
10  never used that number on a pin, on
11  anything, so.
12       Q.   Do you have dispute sending this
13  e-mail to Mr. De Neufville on March 23 of
14  2012?
15       A.   Again, I can't say either way.  I
16  don't know how to answer when you are
17  showing me something, did you send this 11
18  years ago?  How does someone answer that?
19       Q.   Do you have any recollection of
20  sending lengthy e-mails to Mr. De Neufville
21  in or around March of 2012?
22       A.   I am sure some of the e-mails is
23  what you would qualify as lengthy, maybe.  I
24  could have possibly sent a lengthy e-mail.
25  This one, and everything written in this
```

1                    A. DELGADO

2    one, can you say you wrote that?  Of course

3    not, I don't know, 11, 12 years back.

4         Q.   In the middle of third paragraph

5    it reads, "At best, some 15 year old gay kid

6    who follows Paris and sees she is in a

7    picture with her.  Then again, no one even

8    cares what "old news" Paris is up to, poor

9    Paris and her down-syndrome looking sister.

10   She is almost as ugly as your girlfriend."

11        Do you dispute sending these words

12   to Mr. De Neufville?

13        MR. PHILLIPS:  Same objection.

14        A.   I am giving the same answer as

15   before.  I don't know how to answer your

16   question, whether you dispute or admit over

17   a decade later, asking if words on a screen

18   were written by me over a decade later when

19   I am getting over a pregnancy.  I am here in

20   good faith and I am under oath.  I can't say

21   I wrote it or didn't or how to answer that.

22        Q.   I only have a few more of these

23   e-mails.  I am not going to spend too much

24   more time on this.  I would like an answer

25   to whether or not you dispute saying these

Page 46

1                    A. DELGADO

2    words to Mr. De Neufville; yes or no?

3              MR. PHILLIPS:  Objection, asked

4         and answered.

5         A.    The same answer as before.

6         Q.    You have no memory of sending

7    this?

8         A.    Oh, absolutely not.  I have no

9    memory of a lot of that period.  You are not

10   a woman, sir, you have never been pregnant,

11   you have certainly never gone through what

12   it feels like after a pregnancy to have

13   somebody talking about you.  I guarantee you

14   wouldn't have much memory of what you said

15   or what you were feeling, hopefully not

16   because it is a shitty thing to go through.

17             MR. PHILLIPS:  Listen to the

18        questions.  Don't get personal with the

19        attorney.  Remember what we talked

20        about, the longer you answer, the

21        longer you engage with the attorney who

22        is just trying to do his job, I am

23        saying this on the record, that it is

24        just going to make everything longer

25        and more drawn out.

Page 47

1                    A. DELGADO

2            THE WITNESS:  He did just say he

3     only has a few more to go through.  But

4     I see on the tabs there is quite a few.

5     Okay, they will do that, I hope they

6     did the same with Rob Corridor.

7            MR. BLUMETTI:  I am going to mark

8     this e-mail as Defendant's Exhibit E.

9     This is one that is Bates stamped 2253.

10           (Whereupon, an e-mail Bates

11     stamped DEF 2253 was marked Defendant's

12     Exhibit E for identification as of this

13     date by the reporter.)

14      Q.   This one has the e-mail address

15   that you did recognize

16   arlenedelgado21@gmail.com, November 13 of

17   2011?

18      A.    No, I think the earlier one was

19   0621.

20      Q.   Say that again, Ms. Delgado?

21      A.   I think it was 0621, but sure.

22      Q.   Do you recognize this e-mail,

23   arlenedelgado21@gmail.com?

24      A.   Not particularly.  But that

25   doesn't mean anything, because it is so long

Page 48

1                    A. DELGADO

2       ago.

3            Q.    At the bottom of the first

4       paragraph it says, "I will never forget that

5       4:30 a.m. Friday morning text for the rest

6       of my life.  Three Xanax a day for three

7       days have done nothing to help me."

8                 Are these your words, Ms. Delgado?

9            A.    The same answer as before.

10           Q.    Have you ever taken Xanax?

11           A.    Yes.  That's not an illegal drug.

12           Q.    I am not saying it is?

13           A.    Oh, okay.

14           Q.    Have you ever taken Xanax?

15           A.    Yes, I believe the doctor, at the

16      time I was so anxious and nervous, had

17      prescribed some.  My main pediatrician, had

18      said here, try these.  Three Xanax a day, I

19      don't think I ever took three Xanax a day.

20      To the extent I said something like that, I

21      was probably being dramatic.  And I don't

22      know if I wrote this myself.  I think most

23      people at some point have taken a Xanax to

24      sleep or whatnot.

25           Q.    Did you ever ask anyone to send

Page 49

A. DELGADO

1
2      any e-mails to Mr. De Neufville on your
3      behalf?
4          A.     I don't believe so, no.  Again,
5      going back 11 years, it is possible, I don't
6      think so.  I tend to handle things myself.
7      I don't think so.  Maybe, I don't know.
8              MR. BLUMETTI:  Let's mark this one
9          Exhibit F.  This one is DEF 2257 to
10         2258.
11             (Whereupon, an e-mail Bates
12         stamped DEF 2257 to 2258 was marked
13         Defendant's Exhibit F for
14         identification as of this date by the
15         reporter.)
16         Q.     This e-mail purports to be from
17     the e-mail address
18     arlenedelgado21@gmail.com, dated October 29
19     of 2011?
20             Who is Cabell Brown?
21         A.     Cabell Brown, it is Cabell,
22     Cabell, he was a friend of mine of that
23     group.  I recognize that name.
24         Q.     Did you ever exchange e-mails with
25     Cabell Brown?

1                        A. DELGADO

2          A.    I think we used to mostly text,

3    but it is possible I had his G-mail at some

4    point, I don't know.   I am getting too close

5    to the screen in trying to read.

6          Q.    Do you recall sending this e-mail

7    to Cabell Brown?

8          A.    The same answer as before, I am

9    sorry.   When you asked me if I recall seeing

10   an e-mail, it is not do you recall some of

11   this e-mail, it is as shown to you every

12   word, do you recall sending this, and it is

13   impossible to answer that 11 years later.

14         Q.    I will ask you a more specific

15   question.   The bottom of the first page it

16   says, "I haven't behaved perfectly I know.

17   I do not want to see a counselor next week

18   to work on why I fire off e-mails and text

19   the way I do and how to control that."

20               Are these your words?

21         A.    I sure as heck can't say they are

22   11 years later.

23         Q.    Did you ever treat with any

24   provider for the manner in which you send

25   e-mails or texts?

1                    A. DELGADO

2          A.    No, never.    That I would remember.

3          Q.    On the second page, the last

4    paragraph, it says, "If you want anyone on

5    your side, isn't a crazy psycho bitch the

6    best ally?   Love A"?

7          A.    That's funny.

8               MR. PHILLIPS:   Is there a

9          question?

10         Q.    Are these your words?

11              MR. PHILLIPS:   Same objection.

12         A.    Same answer, I am not trying to be

13   difficult here, but I don't know.   It is a

14   funny comment, but that's my own observation

15   here.

16              MR. BLUMETTI:   Let's mark this

17         Exhibit G.

18              (Whereupon, an e-mail Bates

19         stamped DEF 2288 was marked Defendant's

20         Exhibit G for identification as of this

21         date.)

22              MR. BLUMETTI:   This one is Bates

23         stamped DEF 2288.   This is the e-mail

24         you referred to before

25         arlenedelgado0621@gmail.com as opposed

```
1                    A. DELGADO
2        to 21@gmail.com.
3            Q.    Do you recognize this e-mail
4        address?
5            A.    It seems familiar, that one does
6        seem familiar, the e-mail.
7            Q.    Did you send this e-mail to Mr. De
8        Neufville?
9                MR. PHILLIPS:   Same objection.
10           A.    Same answer.   I don't know who a
11       Lizzie is.
12           Q.    Lizzie Grubman, do you know who
13       that individual is?
14           A.    No, are you able to tell me?
15           Q.    I was asking you.
16           A.    I said no.
17           Q.    In the first sentence it reads,
18       "The poor man, Lizzie Grubman, both Jewish,
19       both fake blondes, both over the hill, but
20       Lizzie has clout, is actually wealthy, a
21       stellar career.   This woman has nothing of
22       the sort."
23                Are these your words?
24                MR. PHILLIPS:   Same objection.
25           A.    Same.   And I don't know who the
```

Page 53

1                    A. DELGADO
2        Grubman, is that a B?
3            Q.    G-R-U-B-M-A-N.
4            A.    I don't know who that is.  That
5        name does not ring a bell.
6            Q.    In your opinion, is this e-mail
7        antisemitic?
8                MR. PHILLIPS:  Objection.  I am
9            going to direct my client not to answer
10           that.
11               MR. BLUMETTI:  I don't believe
12           that's a proper objection, sir.
13               MR. PHILLIPS:  I am objecting and
14           directing my client not to answer.  You
15           could take it up with the judge.  You
16           are getting my client to espouse on an
17           opinion on whether something that she
18           can't verify she wrote is antisemitic
19           or not.  She is not an expert.  It is
20           an improper question.
21               MR. BLUMETTI:  We will mark that
22           one for a ruling.  We could move on.
23               (Whereupon, an e-mail Bates
24           stamped DEF 2289 to 2290 was marked
25           Defendant's Exhibit H-1 for

```
 1              A. DELGADO
 2       identification as of this date.)
 3            MR. BLUMETTI:  This is Bates
 4       stamped DEF 2289 to 2290.  It is
 5       document purported to be sent from
 6       another e-mail address,
 7       adelgado000@yahoo.com.
 8       Q.   Do you recognize this e-mail?
 9       A.   No.
10       Q.   Do you recall having more that one
11       e-mail address in or around 2012?
12       A.   Eleven years ago, no, I have no
13       idea.  I generally don't have different
14       e-mails.
15       Q.   Is it fair to say that the only
16       e-mail address you do recall using is
17       arlenedelgado0621@gmail.com?
18       A.   That one rings a bill.  I am being
19       honest, that one rings a bell.  These others
20       don't, but the 0621 rings a bell in my mind.
21       Q.   The opening paragraph says, "Don't
22       bother, knock yourself out in sending I am
23       sorry flowers to your cheap ass peasant of a
24       girlfriend.  A 34-year-old fug face loser,
25       with nothing going on for her, except a fag
```

1                    A. DELGADO

2    like you, who is the only guy in New York,

3    apart from the 18 year old queen, who gives

4    a shit to date someone like that."

5          A.    I would never have written that.

6          Q.    My question was did you write

7    these words?

8          A.    No.  Again, it would be awkward

9    for me to say 12 years out or yes.  But I am

10   pretty darn sure, those aren't words that

11   would have come out of my mouth.  Most of

12   what you showed me are not words that would

13   have come out of my mouth or that I would

14   have written.

15              Again, these are individuals who

16   faked a letter to get a restraining order,

17   they were not above faking or altering

18   e-mails.

19          Q.    Do you know how many e-mails were

20   alleged to have been sent to Mr. De

21   Neufville and his friends in 2011 and 2012?

22          A.    I remember at the hearing his

23   attorney showed up and said that they had

24   like a pile.  But then they never showed me

25   any of them.  So it seemed to be like, I

```
1                    A. DELGADO
2     know I shouldn't use hand gestures, it
3     seemed to be like a big folder that they
4     had.  But they never showed them or never
5     said like a number or gave me dates or
6     anything.
7          Q.   Directing your attention back to
8     the original Exhibit A, let's scroll quickly
9     to page 4, and move onto the next topic.  At
10    the bottom it says, "At the conclusion of
11    this October 22 hearing, this Court made
12    findings of fact and entered a permanent
13    injunction for protection against repeat
14    violence with a termination date of
15    October 22, 2017."
16          Does this refresh your
17    recollection as to the date on which the
18    injunction was to terminate?
19          A.   That sounds right.  I know it was
20    like around the end of the year, because I
21    was eagerly awaiting that date so I could
22    tell the judge, hey, the months have passed,
23    you could seal it now.  That sounds right.
24    I know it was like October, November, yes.
25          Q.   On the top of page 5, do you see
```

Page 57

1                    A. DELGADO

2    it, Ms. Delgado?

3         A.    Yes.  I am getting a glare.  I

4    want to make sure, go ahead.

5         Q.    I asked you before about travel

6    restrictions.  The Court refers to the

7    following notations on its memorandum of

8    disposition, "Respondent was notified on

9    petitioner's motion for a permanent

10   injunction, based on respondent's contact

11   and e-mails and letters, et cetera.  Clearly

12   respondent is obsessed with petitioner and

13   his girlfriend.  Court also provides

14   respondent must notify Court ahead of any

15   travel by respondent to the New York area."

16              Does this refresh your

17   recollection as to whether the Court ever

18   issued any travel restrictions on you?

19        A.    Yes.  And that's what I remembered

20   earlier.  I remember sending like a letter

21   before I headed up to work in the war room,

22   I sent a letter stating to the Court stating

23   that I would be on and off in New York.

24   Yes, I remember that, good, I am not going

25   crazy.

Page 58

A. DELGADO

1
2          Now that I am looking at it, there
3    was also something even about like guns,
4    which was the crazy thing, all based on one
5    letter, which any judge I think should have
6    reasonably seen wasn't written by me.  There
7    was also something about not owning guns.
8    That also comes to mind now.
9          Q.   Did you travel to New York at all
10   between October of 2012 and October of 2017?
11         A.   Yes, yes.  But I notified the
12   Court, I did send in that letter.  They were
13   aware.
14         Q.   That was my next question, did you
15   notify the Florida Court each time you
16   traveled to New York during that time
17   period?
18         A.   No, in fact, since I know it would
19   be on and off, on and off, and it takes long
20   for letters to arrive, so I said I would be
21   there through the election.  I thought that
22   was more generous, just I am going to be
23   there most of the time through X date.  And
24   I believe Mr. De Neufville must have been
25   notified, because I am sure they saw me on

Page 59

```
 1                      A. DELGADO
 2    TV doing media hits out of New York.  To my
 3    knowledge, unless the Court didn't tell me,
 4    he never complained and said hey, she is in
 5    New York and she didn't say anything.
 6           Q.    How did you notify the Florida
 7    Court when you got to New York?  Was it in
 8    writing?
 9           A.    I sent it a letter, yes, certified
10    mail.
11           Q.    Do you have copies of any of these
12    writings?
13           A.    The order you are showing me?
14           Q.    Do you have copies of any of the
15    writings that you sent to the Florida Court
16    regarding an anticipated or actual travel to
17    New York?
18           A.    It was one letter, it was not
19    writing.  It was one letter saying that I
20    would be in there, I think it was August,
21    August through the election, and possibly
22    after we win.  I probably kept the certified
23    mail receipt then.  I would have mailed that
24    in six years ago.  I don't think I have that
25    in any box.  I presume there is a copy if
```

Page 60

A. DELGADO

1                   A. DELGADO
2  the clerk scanned it into the file.
3          MR. BLUMETTI:  Mark this as H-2.
4         (Whereupon, a Court document was
5     marked Defendant's Exhibit H-2 for
6     identification as of this date by the
7     reporter.)
8      Q.  I see you are reading this
9  document.  Do you recognize this one?
10     A.  I don't recognize this one.  But
11 if you are telling me it is in the file, I
12 must have sent it.  But I guess it shows I
13 did comply, and I would notify when I would
14 be in New York.  I did the same one.  It
15 should be in there, if they scanned it.
16      The Miami-Dade Family Court system
17 is not the most organized, so I don't know.
18     Q.  This one is from May '13, so this
19 is quite a long time before the campaign?
20     A.  Yes.
21     Q.  You referenced your profession and
22 work that is based in New York.
23      Is that what you were referring to
24 as the writing publications at that time?
25     A.  Going back to 2013 I am not sure

```
 1                    A. DELGADO
 2    what this referred to.  But I am guessing it
 3    was probably -- oh, I think I know what that
 4    was now.  Sean Hannity kept inviting me to
 5    come do hits in person.  He liked my
 6    writings and political commentary out of Fox
 7    News in New York.  Given this was 2013, I
 8    bet that that's what it is referring to.
 9    Yes, it says as a writer.
10         Q.   I don't want you to guess, only if
11    you know?
12         A.   I am fairly certain.  I said this
13    is going back a long time.  Given it is 2013
14    that I reference writer and professional
15    commitments that require my travel to New
16    York, that would probably be the Fox News
17    asking me to come up.
18         Q.   Did you ever tell Fox News about
19    the injunction with Mr. De Neufville?
20              MR. PHILLIPS:  Objection.
21         A.   I don't believe I did.  I would
22    have no reason to.
23         Q.   Did you ever tell Fox News about
24    the fact that you had sent a letter advising
25    the Florida Court that you were traveling to
```

Page 62

                        A. DELGADO

2  New York?

3              MR. PHILLIPS:  Objection.

4        A.   I don't believe I would have

5  because there is no reason to.  I did tell

6  Sean Hannity about it.  And he thought it

7  was funny that I was even embarrassed or

8  apologetic.  And he said it seemed like I

9  was the victim in a really bad situation.

10       Q.   Do you recall when that

11  conversation occurred?

12       A.   It would have been -- I was good

13  friends with Sean in that like 2013 or 2014

14  period, 2013-ish.

15              MR. BLUMETTI:  It is Exhibit I, I

16         would like to mark, this is DEF 2210.

17              (Whereupon, a letter DEF 2210 was

18         marked Defendant's Exhibit I for

19         identification as of this date.)

20       Q.   This is another letter, it looks

21  like it is from July 7, 2014.

22              Did you ever have a number such as

23  the one set forth on this Exhibit I?

24       A.   Yes, that is the cell phone number

25  I had for years until I switched providers

1                  A. DELGADO

2     some years ago.  That I know.  My old cell

3     phone number, that I can recognize and

4     confirm for you.

5          Q.   Do you recognize this letter, do

6     you know whether you wrote this one?

7          A.   I don't recognize it.  But I

8     trust, it is so bland, that I trust nobody

9     has edited this.  I am sure this is probably

10    something I sent in.

11         Q.   This one doesn't reference any

12    work per se.  Do you recall why you traveled

13    to New York in July of '14?

14         A.   Given the dates, yes, I would have

15    just joined ALPFA.  So even though my work

16    was going to be, our whole team was virtual,

17    remote based, I was probably going up for

18    some sort of team meeting or orientation of

19    such at the New York office given the date,

20    because I joined them in June of 2014.

21         Q.   Did you travel to New York in

22    2015?

23         A.   I don't know, I can't recall.

24         Q.   Did you travel to New York in

25    2016?

Page 64

```
 1                     A. DELGADO
 2          A.    I am trying to think, because I
 3     was already a surrogate for the Campaign.  I
 4     don't think I did any New York based hits in
 5     2016.  And I don't think the ALPFA job
 6     earlier in the year required New York.  I
 7     don't recall.  But I don't think so.  I am
 8     not sure.
 9          Q.    You mentioned before that you had
10     sent a letter to the Florida Court advising
11     of anticipated travel to New York to work on
12     the campaign; is that true?
13          A.    Yes, the same as I always did, as
14     you see here.  I am curious if that's coming
15     out.
16              MR. BLUMETTI:  We don't have that
17          one.  We are going to call for that
18          one, to the extent it is your
19          possession, custody and control, any
20          writings that you sent to the Florida
21          Court for any anticipated travel to New
22          York for work on the campaign.
23              THE WITNESS:  I would not have
24          kept that, certainly six years later,
25          there is no reason to.  Mr. De
```

Page 65

```
 1                    A. DELGADO
 2        Neufville clearly had no objection to
 3        mine being in New York, because he knew
 4        I was not a threat.  Clearly I would
 5        not have kept that.
 6              MR. BLUMETTI:  We will make our
 7        demands in writing, and your attorney
 8        will have an opportunity to respond.
 9              THE WITNESS:  Can I get up a
10        second to turn down that window so I
11        don't have to hold my hand to see the
12        screen?  Unless you don't mind mine
13        doing this, because then the light is
14        going to be dark.
15              MR. BLUMETTI:  That's up to you.
16              THE WITNESS:  I will just hold it
17        like this, I don't know if it is
18        distracting to you, as long as you
19        could see me.
20              MR. BLUMETTI:  You could close the
21        blind.
22              THE WITNESS:  Thank you, one
23        second.
24              MR. BLUMETTI:  Now it is a little
25        too dark.
```

1              A. DELGADO

2              THE VIDEOGRAPHER:   The camera

3       adjusted its brightness it is good.

4              MR. BLUMETTI:   Mark this as J.

5              (Whereupon, First Amended

6       Complaint was marked Defendant's

7       Exhibit J for identification as of this

8       date by the reporter.)

9              Q.   I am going to show you a document

10      marked as Defendant's Exhibit J.   This

11      document purports to be the First Amended

12      Complaint that was filed on your behalf on

13      March 28 of 2022.

14              Do you recognize this document,

15      Ms. Delgado?

16              A.   Well, I presume based on the

17      heading that it is an accurate copy of my

18      amended complaint.   I am going to go on

19      faith and I say I do.

20              Q.   It has a Bates stamp at the top

21      showing that this was filed by PCF on March

22      28.

23              Did you review this document

24      before it was filed?   I will give you a

25      chance to look through it.

Page 67

A. DELGADO

2      A.    It is kind of long.

3      Q.    Do you recall reviewing an Amended

4  Complaint in this lawsuit before it was

5  filed?

6      A.    I don't know if I reviewed the

7  final version.  I am sure I probably

8  discussed over the phone with my attorney.

9  It is hard to say if I have reviewed this

10  exact.

11      Q.    Did you participate at all in the

12  drafting of this pleading?

13      A.    Giving thoughts, yes.

14      Q.    Actually putting, using a computer

15  screen, did you type any of these up?

16      A.    Did I type the complaint?

17      Q.    Yes.

18      A.    I don't think my attorneys would

19  have let me type the complaint myself, no, I

20  don't think so.  I mean, to the extent

21  maybe -- I don't want to say for sure,

22  because to the extent they might have sent

23  me a draft and I might have said there is a

24  typo here, does that count as what you are

25  asking as typing?

1                    A. DELGADO

2          Q.    No.   I was more asking if you

3    participated in any substantive drafting of

4    any of the factual allegations?

5          A.    Not in the typing of them.

6          Q.    I am directing your attention to

7    paragraph 16 on page 3.

8                It says, "Shortly after Donald J.

9    Trump announce his candidacy for present in

10   2015, Ms. Delgado became one of his

11   earliest, most loyal and most vocal

12   supporters at a time when almost no

13   political writers or pundits were willing to

14   publicly support him."

15               Why did you support Mr. Trump for

16   president shortly after he announced his

17   candidacy?

18         A.    Well, I always liked Donald Trump.

19   I had always grown up, my dad is a big

20   believer in him, he is a fellow New Yorker

21   from the Bronx.  My dad is Puerto Rican and

22   Cuban, and Mr. Trump is from Queens.  So I

23   had always grown up hearing about Donald

24   Trump.  And it was just kind of his policies

25   position was everything that I had advocated

Page 69

A. DELGADO

1
2      for, especially the fact that he was a

3      republican was anti-war, and was saying all

4      that I wanted to hear about the falling of

5      Iraq war, et cetera.  But at the same time

6      was realistic about the need to have firmer

7      economic policies.  His position on Russia

8      even and having a more diplomatic approach,

9      I also appreciated that.

10               It is all in an article I wrote in

11     October of 2015, in Breitbart, where I list

12     out -- I think it is literally called, The

13     "20 Reasons Why It Should Be Donald Trump In

14     2016."

15               And there I lay out everything I

16     agreed with policy wise.  Even his

17     personality, I thought was just the right

18     fit and kind of endearing.  It was just kind

19     of hard to find.  Also I am not a big social

20     conservative.  I am very pro gay marriage,

21     and I am not big on other so-called social

22     issues that other Republicans are.  And

23     Mr. Trump was kind of the same way.  He was

24     kind of like a New York Republican.  So it

25     was kind of the -- he has arrived finally,

Page 70

```
 1                    A. DELGADO
 2    the person who checks off all the boxes that
 3    were mine that were kind of unique.  So I
 4    really just truly believed in his candidacy.
 5         Q.    In paragraph 17 it says, "In
 6    October of 2015 at a time when nearly all
 7    known conservative writers and pundits were
 8    supporting other candidates, Ms. Delgado
 9    wrote a viral article at this time in
10    Breitbart entitled "20 Reasons Why It Should
11    Be Donald Trump In 2016," at great
12    profession and personal risk.
13              I believe that was the article you
14    were referring to before.
15              Why did you consider it
16    professionally risky for you to write this
17    article?
18         A.    Well, I think any observer of
19    politics or media at the time could tell you
20    every conservative with the exception of
21    Jeffrey lord, who was an older man who I
22    think was a writer at the time, I forgot of
23    what publication, every other conservative,
24    pundit or editor at any major conservative
25    magazine or publication was either for Rubio
```

1                    A. DELGADO

2    or Jeb or Ted Cruz.  If you were for Trump,

3    you were a periya and a crazy person who

4    needed to have their career ruined.  That

5    was the landscape.

6              So to come out and publicly say in

7    an article, and say I am a Trump person, was

8    basically almost career suicide in media or

9    politics.

10             As far as in the legal world,

11   because of Mr. Trump's statements, including

12   the statement he made about individuals who

13   crossed the border, which I personally, I

14   knew what he meant, and it was not artfully

15   conveyed.  But many people took that in a

16   way that meant he was attacking those who

17   come through our southern border.

18             And so me as an attorney to

19   publicly align myself with a man who was

20   already considered so toxic was a massive

21   irreversible leap of faith.

22             And I did it because I believed in

23   him.  But I knew he would win, and I knew it

24   was a gamble that would prove to be a wise

25   one.

1                        A. DELGADO

2          Q.    Did you receive any backlash for

3     this article in Breitbart?

4          A.    A great deal of backlash, backlash

5     is an understatement.  I had someone spit on

6     me at an event here in Miami, because here

7     in Miami everyone he was pro Marco Rubio,

8     some Jeb people, but a lot of Rubio people.

9     Constant threats, even I received death

10    threats.  Twitter every day was just

11    hellish, because I was on there every day

12    pushing back, pushing back, e-mailing Steve

13    Bannon, who was not a Trump fan originally,

14    trying to convince Steve, get on the Trump

15    cruise, get on the Trump train.  It was

16    exhausting, and it was just emotionally

17    incredibly difficult, mentally incredibly

18    difficult.  But I believed in him and I

19    wanted to support him.

20         Q.    Is Breitbart a conservative news

21    organization?

22         A.    I would say so.

23         Q.    Prior to October 15, had you

24    written any other pieces in those

25    publications you referenced earlier that

1                    A. DELGADO

2    were deemed controversial?

3         A.    No.   If anything, I think I wrote

4    pieces that were considered really kind of

5    pushing the envelope, but proved to be

6    insightful.   For example, I wrote one about

7    how it is time for the conservatives to stop

8    defending the police.   And I know some

9    people considered that one controversial.

10   But it was after Eric Garner rest in peace

11   suffered what he suffered.

12              And I wrote another one about the

13   problem with false rape accusations in

14   National Review, after hearing about Brian

15   Banks' story.   Brian Banks was an

16   African-American male whose life was ruined

17   by a false rape accusation.   So I wrote

18   those two.   But I would not say those were

19   considered controversial.   I think people

20   just though, oh, this is kind of like

21   pushing the envelope a little and making a

22   stink.   In some ways some people, privately

23   even conservatives saw these were things

24   that need to be said.   I would not say that

25   they were controversial.

Page 74

```
 1                          A. DELGADO
 2          Q.     Paragraph 18, it says, "Even
 3    before she, meaning you, was formally hired
 4    by the Campaign in August of 2016,
 5    Ms. Delgado made dozens of unpaid television
 6    and radio appearances supporting Donald
 7    Trump and the Campaign throughout the
 8    October '15 through August '16 period.
 9    Notably on November 4, '15, Ms. Delgado
10    appeared on Sean Hannity's Fox News show and
11    when asked to predict the election results
12    correctly, predicted that Donald Trump would
13    win the primaries and general election."
14               Prior to making these media
15    appearances for Mr. Trump starting in '15,
16    had you made any media appearances for any
17    other politicians?
18          A.     On behalf of any candidates in
19    politics -- well, any time you go on TV and
20    you advocate a position that a politician is
21    advocating, you might qualify that as on
22    behalf of a politician.  Do you mean on
23    behalf of a candidate?
24          Q.     Fair enough.  On behalf a
25    candidate?
```

Page 75

1                      A. DELGADO

2          A.    No, there was no candidate that I

3     ever felt that strongly about to kind of

4     make myself like a surrogate and then

5     ultimately work for their campaign.  I have

6     never believed that much in any candidate.

7          Q.    Prior to making these media

8     appearances, have you made any media

9     appearances for any public figures?

10          A.    For a public figure, like as their

11     employee or adviser?

12          Q.    Just going on television, a piece

13     on behalf of somebody that was popular in

14     the news, whether on the Sean Hannity show

15     or otherwise?

16          A.    Sorry, I am not understanding your

17     question, I am sorry.

18          Q.    I can rephrase.

19               You acknowledged that Donald Trump

20     was one of the first and only individuals

21     that you went on the media and you supported

22     as a candidate.

23               I am asking whether you ever did

24     anything similar for any other public

25     figures, so to speak, not necessarily

                          A. DELGADO

1    related to politics?

2         A.   Yes, I am going to have to revert

3    back to the earlier answer, that that is

4    hard to extrapolate and separate and kind of

5    tease out.  When are you actually doing a

6    public appearance on behalf of a public

7    figure, if you are kind of defending what

8    they said.  You sort of always are.  Because

9    that's why it is in the news, because so and

10   so said this.  So I guess you are indirectly

11   making an appearance that helps them or on

12   their behalf, if you agree with them.

13        Q.   Prior to making these appearances

14   for Mr. Trump in 2015, did you have any

15   experience in television?

16        A.   Yes.

17        Q.   Please describe that experience in

18   television, when was the first time that you

19   were on television?

20        A.   I think it was 2013 on Sean

21   Hannity's show.  And on Yahoo, Yahoo had

22   like a video politics thing, ABC News.

23   Where else?

24             I think I had been on CNN once.

Page 77

A. DELGADO

1
2    If you do a search, they could probably all
3    come up.  I think there is some sort of
4    LexisNexis feature you could do.
5        Q.    How did your first media
6    appearance for Sean Hannity come to pass?
7        A.    How did my first appearance for
8    Sean Hannity come to pass?
9        Q.    Yes.
10       A.    I wrote an article.  He was like a
11    fan of the articles I would write.  And then
12    at one point he sent me an e-mail or DM.
13    time for you to come on already.  And that's
14    when I started going on.  He was a fan of my
15    work.
16       Q.    When did you first become
17    interested in actually working for the
18    Campaign?
19       A.    It is hard to say, because I was
20    like a volunteer surrogate for a while.  I
21    know Hope was kind of after me for a while,
22    like hey, you could come on formally.  That
23    took a while for me to think about.
24       Q.    Who was after you?
25       A.    Hope, she would send me messages

1                    A. DELGADO

2    or call me and say Mr. Trump saw your

3    appearance last night on MSNBC or whatever

4    and he loved it, when are you going to join

5    us, that type of thing.

6            Q.    You are referring to hope Hicks?

7            A.    Yes, sorry, Hope Hicks.

8            Q.    As for the reason why you wanted

9    to work for the Campaign specifically, is

10   that because of your belief in the

11   candidate?

12           A.    Yes.   But also I think it is the

13   belief in the candidate being able to win.

14   And then all that comes with -- I am a

15   political junky.   What is greater than

16   working in the White House?   The candidate

17   and when he wins, what comes after that.   It

18   is getting to serve your country, working in

19   the White House, helping to run the country,

20   the world, it is such a huge honor.

21           Q.    Did any of your friends or family

22   work for the Campaign?

23           A.    No, no.

24           Q.    Did you ever contact anyone to

25   inquire about potentially working for the

Page 79

```
 1                    A. DELGADO
 2   Campaign?
 3        A.    No.  They were the ones asking me.
 4        Q.    You referred to before Hope Hicks,
 5   did any other individuals on the Campaign
 6   reach out to you?
 7        A.    Probably.  I am sure they did.  I
 8   remember there was like a lot of, I was kind
 9   of getting -- sorry, I get tongue tied, I am
10   trying to think, I think Steve at one point,
11   once he has decided to, was also pushing me
12   to come in.  Yes, there were others, I am
13   sorry, I can't recall exactly who.
14        Q.    When you refer to Steve, are you
15   referring to Steve Bannon?
16        A.    Yes, at some point he like dropped
17   the Cruz thing and then he was pro Trump.
18        Q.    Do you remember whether Hope
19   worked for the Campaign before you worked
20   for the Campaign?
21        A.    Yes, I think at some point she was
22   working for Ivanka's clothing line, at some
23   point early on in the Campaign.  That was
24   probably really early, like late 2015, I
25   think.
```

```
1                    A. DELGADO
2        Q.    Do you know whether Steve Bannon
3   worked for the Campaign before you?
4        A.    I am sorry, before what?  You cut
5   off.
6        Q.    Before you.
7        A.    I think it was around the same
8   time that we joined.  But it is hard to
9   tell, because Steve kind of doesn't announce
10  things at times.  So I can't, I would be
11  speculating to say.
12       Q.    Did you ever apply for a position
13  with the Campaign, formally or informally?
14       A.    You didn't apply, nobody like
15  applied, at least not to my knowledge.  Not
16  at my level, not like adviser level.  Maybe
17  you applied like to work in the data group
18  or something more operational.  At the level
19  like you are going to be defending him
20  nationally on TV, you do not apply, it is
21  more like they ask you.
22       Q.    Do you recall any interview with
23  the Campaign?
24       A.    You also don't interview.  Your
25  audition is what Trump has seen of you.  And
```

```
 1                    A. DELGADO
 2     Trump also met me in person in August in
 3     Austin, Fox News had flown me out for a Town
 4     Hall that they were doing with me, they
 5     wanted me on stage with Sean.  And so I met
 6     Trump in person then.  And that was I think
 7     like a few days or two weeks before I
 8     officially joined.
 9          Q.   Did Mr. Trump tell you to join the
10     Campaign or anything similar?
11          A.   Oh, more so.  He was like.  Why
12     you have been keeping me waiting?  He was
13     very, very -- I was taken aback by how
14     complimentary he was.  He said, this I will
15     always remember, he said I will always be
16     grateful, and I will never disappoint you.
17          Q.   What position were you seeking or
18     were you sought after for the Campaign?
19          A.   Can I have a minute?
20          MR. BLUMETTI:  We could go off the
21          record.  We will take five minutes.
22          THE WITNESS:  We could keep going,
23          I will get myself together, go ahead,
24          you were saying about the position.
25          Q.   Correct, I understand that people
```

1                    A. DELGADO

2    were reaching out to you to ask whether you

3    wanted to come.

4               Did you have an idea of what

5    specific position?

6         A.   Yes, so there was a scarcity, they

7    needed people, especially women, who were

8    good on TV and understood his message.  And

9    especially a bonus, a woman who is Hispanic

10   and can speak to those issues authentically.

11   So it was very clear it would be for a

12   position where it is a national adviser

13   level, like a spokesperson type.

14        Q.   When did you learn that you had

15   been hired to work for the Campaign?

16        A.   It was not even so much as a

17   particular date.  It was just okay, you are

18   ready to come on.  I guess that was like

19   August.

20        Q.   Who told you that?

21        A.   I would be speculating.

22        Q.   Do you know who made the ultimate

23   decision for you to come on board?

24        A.   I am guessing it was a group

25   decision, so I would be speculating.

Page 83

A. DELGADO

1

2      Q.   I don't want you to speculate, but
3  do you have any idea of who would have
4  comprised that group?
5      A.   Deciding who came on board, well,
6  I suppose -- no, I mean, I am speculating,
7  sorry.
8           It is the Comms Group, so I guess
9  people who are high level, but I would be
10  high level.  At that level, it would be hard
11  to say who is the person saying okay, hire
12  her.  I know Jason Miller was involved, but
13  I don't know who else.
14           MR. BLUMETTI:  I am going to show
15      you this three-page document.  Let's
16      mark it for identification as
17      Defendant's K.
18           (Whereupon, a three-page document
19      P 451 to 453 was marked Defendant's
20      Exhibit K for identification as of this
21      date by the reporter.)
22      Q.   It is Bates stamped P451 to P453.
23  Do you recognize this document?
24      A.   I am not trying to be cute, but
25  the same thing as always, it appears to be,

1                    A. DELGADO

2      it appears to be.  I trust you are giving me

3      an accurate copy, the agreement that I had

4      with the Campaign.

5           Q.   I am going to represent to you

6      that the P in the Bates stamp, this was

7      produced from you to us?

8           A.   There you go, then it is, thank

9      you.

10          Q.   Directing your attention to the

11     signature block, is that your signature?

12          A.   Yes, that's my signature, yes.

13          Q.   This address set forth below your

14     signature, were you living at that address

15     when you started working for the Campaign?

16          A.   No, I don't know why the e

17     signature thing or when they sent it to me.

18     That's the address of where I would receive

19     mail.  I think they had me put the mailing

20     address.  I had a P.O. Box where I would

21     have sensitive mail sent, because I had

22     issued with things, a perfect example being

23     the notice Court sent notice of that TRO

24     hearing that I never received and didn't

25     appear at the hearing, I used to have

```
1                    A. DELGADO
2      sensitive mail go to a UPS store at 18 and
3      Ponce, that's that.
4           Q.    I am directing your attention to
5      the exhibit.  Does Exhibit A fairly
6      characterize the type of work that you
7      agreed to perform on behalf of the Campaign?
8           A.    Hold on, I am trying to minimize
9      the pictures here, so I could read past the
10     tab on the side.
11          Q.    Does that help?
12          A.    Yes, thank you.
13                Yes, that seems to be generally
14     correct, yes.
15          Q.    During the time period that you
16     worked for the Campaign, so let's say
17     roughly from August '16, the election, did
18     you physically work out of Florida?
19          A.    No, most of it was out of New
20     York.  It was a hybrid.  Everybody was
21     traveling, nobody was fully based inside New
22     York all the time.  But it was certainly
23     based out of New York, that's where our
24     headquarters were.
25          Q.    So focusing on that three to
```

```
 1                    A. DELGADO
 2    four-month time frame for now, approximately
 3    how many days a week did you physically work
 4    out of New York between August and November
 5    of '16?
 6         A.   Oh, I couldn't tell you.  I would
 7    be speculating.
 8         Q.   Do you know if it was more than
 9    one?
10         A.   More than one day a week?
11         Q.   Yes.
12         A.    Is this on average?  Because some
13    weeks it would be like a full week.  And
14    then -- yes, I am sure, it was more than
15    one.  I am sure it was more than one day a
16    week.
17         Q.   Did you physically work out of
18    Florida during that time frame?
19         A.   When you say physically work?
20         Q.   Well, it gets a little nebulous,
21    where your boots were on the ground in a
22    particular state?
23         A.   Well, everybody had boots on the
24    ground at different states at different
25    days.  I mean, it is a national campaign.
```

1              A. DELGADO

2    So if we are all in New York the whole time,

3    none of us are doing our jobs.

4         Q.    How many total states would you

5    say that you worked out of during that

6    three-month time period?

7         A.    We traveled so much, I would be

8    speculating.  Maybe like over five, for

9    sure.  Those were visits with Campaign

10   people out of New York and going back to New

11   York.  So it is kind of flying somewhere for

12   a meeting, I don't know if that would be

13   considered boots on the ground working in

14   another state.

15        Q.    When you physically worked out of

16   New York, where were you working out of,

17   were you at an office?

18        A.    We were in Trump Tower, the

19   Campaign headquarters.  Even when we were

20   elsewhere, we were always working out of

21   Trump Tower.  We were just visiting

22   somewhere else.  But base camp was always

23   Trump Tower.  Coordination, instructions,

24   directives were all from Trump Tower.  Our

25   stuff was always back at Trump Tower.

```
 1                   A. DELGADO
 2          But since it is a Campaign, we
 3     were constantly flying, yes, I suppose,
 4     someone.
 5          Q.   As you said before, whether you
 6     were physically inside Trump Tower ranged
 7     from one day a week some weeks to it could
 8     be a full week other weeks?
 9          A.   I didn't say it was one day a
10     week.  I said it was more than one day a
11     week, but that I don't know and I couldn't
12     tell you.  It is six years ago.
13          I know I was there very often,
14     because I became good friends and have a lot
15     of distinct memories of Trump Tower.  We
16     were there very often.
17          Q.   Where were you staying in New York
18     at that time?
19          A.   Oh, the Campaign would put you up
20     in hotels or in apartments or a combination
21     of both.
22          Q.   Did you stay in hotels, apartments
23     or did you stay in one of the other?
24          A.   Both.  At some point I had hotels
25     arranged for me.  And then at some point I
```

Page 89

1                    A. DELGADO

2    had apartments arranged.

3         Q.    More than one apartment as well?

4         A.    I don't remember if they had me

5    switch apartments.  I know I was in one for

6    a while.

7         Q.    Do you recall what neighborhood

8    that apartment was in?

9         A.    On the East Side of Manhattan, I

10   think it was.  I remember what it looked

11   like inside.  I don't remember the address.

12        Q.    What about the hotels, do you

13   recall any particular hotels that you stayed

14   at?

15        A.    No.  But that is probably in like

16   HR's e-mails on your end.  I guess you guys

17   could have that.  I can't recall -- I am

18   sorry, I have a terrible memory.  Hotels

19   don't stick in my mind.  Hotels are a blur

20   to me, I am sorry.

21        Q.    At any time prior to signing this

22   consulting agreement, did you inform the

23   Campaign about the injunction that was

24   obtained against you?

25        A.    I know Miller knew, but I can't

Page 90

1              A. DELGADO
2    recall when I told him.
3         Q.   So aside from Jason Miller, do you
4    recall yourself telling anybody about this
5    injunction?
6         A.   Let me think, did I?  I don't
7    think I would have mentioned it to somebody
8    else, because there was no obligation to
9    mention it.
10        Q.   I am just asking yes or no whether
11   you did?
12        A.   I don't think I would have because
13   there was not an obligation to.  And
14   certainly in hindsight it didn't seem there
15   was, given that Rob Porter worked in the
16   White House and had one for battery, so.  I
17   stand by not mentioning it.  It certainly
18   didn't seem to matter for others.
19        Q.   Did any workers on the campaign
20   aside from Jason Miller know about the
21   injunction, to your knowledge?
22        A.   No.  But I don't think anybody
23   would have -- I see no reason to mention it.
24   We all knew Steve Bannon had a domestic
25   violence battery injunction from the '90's,

1              A. DELGADO

2      that came out in the press and no one batted

3      an eyelash, certainly not Mr. Trump or

4      anyone.

5          Q.    I am not comparing.  I am just

6      asking you whether you know if anyone knew?

7          A.    I would be speculating, I don't

8      know what someone knew.  I think they would

9      know, because I would think they would do a

10     background check.  If it is that important,

11     they would have done a background check.  If

12     they didn't do a background check, it is

13     because it is not that important.

14              MR. BLUMETTI:  I am just going to

15          move to strike the part that is

16          unresponsive.

17          Q.    Similar question, Ms. Delgado, did

18     you inform anyone at the Campaign regarding

19     travel restrictions that were imposed on you

20     by the Florida Court?

21          A.    I don't think so, because there is

22     no obligation in the restriction that I

23     inform.  And again, my presumption is that

24     they would research these things themselves,

25     a background report is pretty standard, a

```
 1                    A. DELGADO
 2   background search.
 3          Q.   Did you tell Jason Miller about
 4   the travel restrictions?
 5          A.   I would be speculating.  That's a
 6   conversation from six years ago.
 7          Q.   I don't want respect you to
 8   speculate, so you don't know whether you did
 9   or not?
10          A.   No.
11          Q.   Do you recall your first day
12   working on the Campaign, when that was?
13          A.   I think it was either like
14   August 30 or September 1, something like
15   that, definitely no later than September 1
16   of 2016.
17          Q.   And on September 1 of 2016, where
18   were you physically?
19          A.   I think in New York.
20          Q.   Were you assigned to a specific
21   team or department?
22          A.   The Comms Group is where the
23   advisers were, my counterparts were Boris,
24   Sarah and Omarosa, all four of us did the
25   same thing.  Granted with some like
```

1          A. DELGADO

2    offshoots.  Like Sarah would focus on the

3    Evangelical, I would focus a little bit on

4    Hispanic, Omarosa would focus on outreach to

5    other groups.  And I forgot what Boris' was.

6    But in the Venn diagram, we were all in the

7    same section of the four folks that go out

8    and do the national hits.

9          Q.    Do you know who, if anyone,

10   assigned you to that particular department?

11         A.    That was always the roll offer,

12   whoever put together that sheet.

13         Q.    It was understood that that's what

14   you would be doing?

15         A.    Yes, what I said earlier, the

16   national media.

17         Q.    How many total people worked in

18   the Comms Department, not necessarily on

19   national media?

20         A.    I would be speculating, definitely

21   over a dozen.

22         Q.    Who was the head of the Comms

23   Department?

24         A.    Jason Miller.

25         Q.    Did anyone report to you?

Page 94

A. DELGADO

1

2    A.    Yes, although I am a big personal

3    believer in not enforcing hierarchical

4    structure underneath me.  I think I am the

5    opposite of that, I am too humble of a

6    person for that.  Although surrogates who

7    did media hits would probably be considered

8    to be reporting to me, I am not sure

9    formally I would look at it that way.  But

10   yes, technically, yes.

11   Q.    Do you recall the names of any

12   particular individuals who were technically

13   supposed to report to you?

14   A.    When you say technically, that's

15   what I mean, there is no technical formal.

16   The Campaign was not so rigid I think on

17   that front.

18   Q.    Please describe what you did on a

19   day-to-day basis when you started working

20   for the Campaign?

21   A.    Help with talking points, do media

22   hits, a lot of hits, prepare for the media

23   hits, keep an eye out on what the opposition

24   was doing, saying, preempting what our given

25   to the opposition might make and preempting

1                    A. DELGADO

2      what Mr. Trump's remarks to counter that

3      might be, searching out weaknesses in

4      advance, doing cleanup.  I hate to use that

5      term, but cleanup constantly for some of

6      what Mr. Trump would say, doing cleanup for

7      some of what our own advisers would go on TV

8      and say, and some of the rest of us would

9      have to clean that up.

10                 Working on relationships with

11     reporters, you want to keep a good

12     relationship with them.  And on our

13     relationship with hosts, keeping them in the

14     mix.  Doing the Hispanic outreach, of

15     course, I tried to fit in as much Spanish

16     media as I could, also balancing my

17     obligations on the national media front.  I

18     would do shows like Fox News.  But then I

19     would also do as much as I could in Spanish

20     language, Univision, Telemundo.  It was

21     important for me to reach out to the Spanish

22     community as well.  I think that's a general

23     bullet point.  I am probably missing a

24     couple of things.

25                 Q.   Did you work mostly on the

Page 96

1                    A. DELGADO
2    computer, on the phone, in the field, how
3    would you characterize it?
4         A.    All of the above.
5         Q.    Did your day to day remain
6    relatively consistent up to the election?
7         A.    No, a Campaign is never consistent
8    day to day.
9         Q.    Your overall work duties and
10   responsibilities, did those remain
11   relatively consistent?
12        A.    No, because even though the
13   overarching duty is the same, what falls
14   underneath, though, is constantly changing.
15        Q.    How would you describe the
16   difference between what you did on the day
17   to day let's say in September of '16 versus
18   October of '16?
19        A.    Some days you might need more
20   clean up.  There were weeks where Trump
21   would say more things that were
22   controversial, that it was more of a clean
23   up focus.  Sometimes if Trump had made a
24   comment that had been taken poorly by a
25   particular community, for instance, the

1                    A. DELGADO

2     Latino community, then that was a week where

3     I would be focusing more on going to

4     Univision, talking to Inosca (phonetic),

5     Shava Martina (phonetic), making sure she

6     gets her interview.  So it depended on -- it

7     was topped down very much in a way, what is

8     Mr. Trump doing, what is Mr. Trump saying,

9     what is Hilary doing, what is she saying.

10    Based on that we had to constantly adjust.

11         Q.   Did you work by yourself on in a

12    team setting?

13         A.   A Campaign is always a team.

14         Q.   You referred to your counterparts

15    as Sarah Sanders, Boris Epshteyn and Omarosa

16    Manigault, is that what you considered to be

17    your team?

18         A.   I am sorry, on an organizational

19    chart the four of us would have been the

20    same, if that makes sense.  When I say my

21    team and we all worked at Comms.  So yes,

22    even not only on the horizontal line of the

23    work chart, but even the grouping we fell

24    into, it was Comms, we were all Comms

25    people, Comms and policy.

Page 98

```
 1                    A. DELGADO
 2          Q.    Who was directly above for you on
 3     the chart?
 4          A.    Jason Miller would be directly
 5     above.
 6          Q.    Anybody above Jason in Comms?
 7          A.    No.
 8          Q.    Who did Jason report to?
 9          A.    I think he theoretically would
10     have reported to the Campaign manager.  But
11     I think he just reported to Trump.
12          Q.    Did your team, as we just
13     described it, remain relatively consistent
14     up until the election?
15          A.    Yes.
16          Q.    Did you and your counterparts
17     continue to report to Jason essentially
18     until the election?
19          A.    Yes.
20          Q.    Did you personally report to any
21     other individuals on a day-to-day basis?
22          A.    Never.  There was no one else
23     above me.  And I would have not stood, I
24     would not have taken the role if I were not
25     in a senior position.
```

Page 99

1                    A. DELGADO

2              MR. BLUMETTI:  I want to take a

3         three-minute bathroom break.

4              THE VIDEOGRAPHER:  We are off the

5         record.  The time is 11:47 a.m. eastern

6         time.

7              (Whereupon, a short recess was

8         taken.)

9              THE VIDEOGRAPHER:  We are back on

10        the record.  The time is 11:55 a.m.

11        eastern time.

12        Q.    Are you familiar with an

13   individual named Jessica Denson?

14        A.    Yes, I remember her.

15        Q.    Did Jessica work with you on the

16   Campaign?

17        A.    Not with me, she worked at the

18   Campaign.

19        Q.    Have you ever met Jessica in

20   person?

21        A.    Yes.

22        Q.    Do you know approximately how many

23   times?

24        A.    A handful.

25        Q.    Less than ten?

Page 100

                          A. DELGADO

1
2       A.    Yes.

3       Q.    Did you report to Jessica?

4       A.    No.

5       Q.    Did Jessica report to you?

6       A.    No.   I have no idea what her role

7    was.

8       Q.    How would you characterize your

9    interactions with Jessica?

10      A.    I remember she was limited, she

11   was in data, she was in the data department.

12   And she tried moving into a half like

13   Hispanic outreach, that's all I recall.   No

14   one was quite clear what that was about, it

15   was odd, an odd person.

16      Q.    Did you ever mistreat Jessica?

17      A.    No, absolutely not, no.

18      Q.    Did you ever try to sabotage

19   Jessica at work?

20      A.    No, absolutely not.

21      Q.    Are you aware, Ms. Delgado, that

22   Jessica Denson has made allegations against

23   you in connection with a lawsuit that she

24   filed against the Campaign?

25      A.    I believe I read in the Daily Mail

Page 101

1                          A. DELGADO

2       a year or so ago that she had made

3       allegations about her supervisor in the data

4       department, who I was friendly with.  And I

5       think then my name was mentioned in

6       connection with that.

7             Q.    Do you know who the individual in

8       the data department was?

9             A.    What was his name, Camilo, I

10      think, Camilo.

11            Q.    When did you first become aware

12      that Jessica had made allegations against

13      you?

14            A.    Oh, I don't recall.

15            Q.    Have you ever read any of the

16      pleadings that Jessica filed in her lawsuit

17      against the Campaign?

18            A.    No, I read a Daily Mail article

19      briefly, I don't think it had the pleadings.

20            MR. BLUMETTI:  I am going to share

21            my screen with everybody.  And we are

22            going to mark this Defendant's L.

23            (Whereupon, an Amended Complaint

24            was marked Defendant's Exhibit L for

25            identification as of this date by the

1                    A. DELGADO

2          reporter.)

3          Q.    This is a 16-page document marked

4    for identification as Defendant's Exhibit L.

5    It is not Bates stamped.    It is a publicly

6    filed copy in the State of New York.    It

7    purports to be a copy of the amended

8    complaint filed by Jessica Denson against

9    Donald J. Trump for President, Inc. in the

10   year of 2017.

11              Have you ever read this document?

12        A.    I don't believe I have.

13        Q.    On page 7, paragraphs 18 and 19,

14   it says, "Between September 8 and 26 of

15   2016, Denson launched the Campaign's

16   Hispanic engagement effort."

17              Do you dispute that allegation?

18        A.    Yes, I remember, this is jogging

19   my memory.    This is the young woman who a

20   lot of us felt, God bless her, was mentally

21   unwell.    She was a data entry person in the

22   data department.    And then she started to

23   claim that she was the head of a National

24   Campaign Hispanic outreach.    That refreshes

25   my memory now.    I wish her well.    She is

Page 103

```
 1                    A. DELGADO
 2    unwell.  It is sad.
 3        Q.    This paragraph 18 where she
 4    references you, it says, "Denson became
 5    acquainted with and began to work
 6    collaboratively with Arlene, A.J. Delgado, a
 7    more recently hired Campaign surrogate and
 8    senior adviser.  During this time and since
 9    her hiring, Denson enjoyed growing mutual
10    respect among her colleagues in Trump Tower
11    and exceptionally positive feedback from the
12    field."
13              And then it says in 19, "During
14    the week of September 26, 2016, Delgado
15    displayed a sudden shift in behavior and
16    subsequently reserved the plaintiff's
17    position in the Campaign henceforth calling
18    herself "Hispanic outreach director."
19              Do you dispute this allegation,
20    Ms. Delgado?
21        A.    Yes, as written.  I mean, you saw
22    in my earlier consulting agreement that was
23    part of my job.  I don't want to speak ill
24    of someone, because as you know from my work
25    as the general counsel of ALPFA, one of my
```

```
                         A. DELGADO
1
2    passions in life is elevating the Latinos.
3    And I recall Jessica at least said she was a
4    Latino, I assume she was not lying about
5    that.  So this is somebody I would have
6    helped, and this is just very awkward and
7    sad.
8          Q.   I am not asking you to maline by
9    any means, I am just asking if these
10   allegations were true.  Paragraph 20, on
11   October 1, 2016, "Upon arrival to Colorado
12   for Campaign travel, the plaintiff was
13   urgently alerted by two data staffers, one
14   of whom witnessed a phone call placed on
15   speaker by Sandoval in the Campaign's data
16   office that an aggressive conspiracy was
17   underway between Sandoval and Delgado to
18   sabotage her personally and professionally
19   including tracking Denson's whereabouts,
20   trying to find dirt on her, getting Secret
21   Service involved and finding a way to get
22   her fired."
23          Do you dispute this allegation,
24   Ms. Delgado?
25          A.   Yes.
```

Page 105

1                     A. DELGADO
2          Q.    On page 15, in paragraph 40,
3     "Denson alleged, among other things, that
4     there was a character assassination launched
5     by Sandoval and Delgado falsely portraying
6     the plaintiff as wasteful, distrustful and
7     as a danger and threat in the eyes of these
8     individuals and organizations."
9              Do you dispute this allegation?
10         A.    Yes.
11         Q.    You said before that you were
12    friendly with Camilo, at least at that time?
13         A.    Yes, well, he was one of the few,
14    only other Latinos in the Campaign.
15         Q.    How would you characterize
16    Camilo's personality?
17         A.    Very sharp, competent, friendly
18    individual, nice guy.
19         Q.    When was the last time you spoke
20    to Camilo?
21         A.    Years ago.
22         Q.    Did Camilo ever make any insulting
23    or derogatory comments to you?
24         A.    No.
25         Q.    Did you ever make any insulting or

Page 106

```
1                    A. DELGADO
2    derogatory comments to Camilo?
3         A.   No.
4         Q.   Did you ever make any insulting or
5    derogatory comments to Jessica Denson?
6         A.   No.  I had very limited
7    interaction with her.
8              (Whereupon, an e-mail Bates
9              stamped DEF 16 and 17 was marked
10             Defendant's Exhibit M for
11             identification as of this date.)
12             MR. BLUMETTI:  I am sharing my
13             screen again.  I am going to show you a
14             document that I would like to mark has
15             Defendant's Exhibit M.  This was
16             produced in this action Bates stamped
17             DEF 16 and 17.  It purports to be an
18             e-mail that Jessica Baez Denson sent to
19             Steve Bannon on September 29 of 2016
20             regarding you.
21             Have you ever seen this e-mail
22             before?
23        A.   No, the first time.
24        Q.   If you would not mind, if you
25   could read the first few paragraphs and let
```

```
 1                    A. DELGADO
 2   me know when you have had a chance to read
 3   it?
 4        A.    The first three?
 5        Q.    Yes, just to get a feel for it.
 6        A.    I am done.
 7        Q.    In the third paragraph Jessica
 8   wrote that you treated her, quote,
 9   disrespect flee in a manner detrimental to
10   the Campaign.   Are Jessica's words to this
11   effect true?
12        A.    No, as she is clearly upset as the
13   first two paragraph make clear, Steve told
14   her you report to A.J.   I think she wanted
15   my role even though she had no experience
16   and had come out of data entry job in the
17   data entry department.   That's what is
18   motivating this.   It is sad to read.
19        Q.    Did any other Campaign workers
20   make any complaints regarding your behavior
21   or conduct on the Campaign?
22        A.    Not that I am aware of.
23        Q.    You mentioned Hope Hicks before.
24              Did you ever have any issues with
25   Hope at work?
```

A. DELGADO

1

2     A.   Only a minor one near the end.

3 Hope and I got along really well. But there

4 was just a minor one near the end where she

5 was upset that she was being blamed, and I

6 thought it wasn't my fault, about a reporter

7 who was supposed to interview Mr. Trump and

8 then Hannity had told us, don't let that

9 reporter interview Mr. Trump, it is an

10 ambush. So we had a little bit of a -- you

11 know, I would say a minor, maybe not --

12 well, disagreement is the word, I suppose.

13     Q.   Did there come a time when you

14 were involved in a physical altercation with

15 Hope?

16     A.   God, no, no, never. I don't think

17 I have ever been in a physical altercation

18 with anyone as an adult, even as a teen,

19 much less not at work and certainly not on

20 the Trump Campaign, my God, no.

21     Q.   Did there come a time when you

22 were involved in a verbal altercation with

23 Hope?

24     A.   No, just the disagreement we had

25 on the plane. She made some remark how the

1                    A. DELGADO

2       accent between the reporter who is also

3       Cuban from Miami and I was similar.  And

4       that was something that I don't know if she

5       picked that up from Boris Epshteyn, because

6       Boris Epshteyn used to make fun of my accent

7       in the war room and people found that funny.

8       I have a Miami accent, a Miami-Latino

9       accent.  I think Trump overheard, and was

10      like oh -- he called it a cat fight.  But it

11      wasn't really, that was like the end of it.

12      But it did really hurt me that she had made

13      the comment about my accent.

14           Q.   What did you say to her?

15           A.   I don't think I said anything, I

16      don't think I said anything back.  I think I

17      probably just rolled my eyes.

18           Q.   Did you curse at her?

19           A.   No, never, never in the workplace,

20      never.

21           Q.   Who else was present during this

22      situation?

23           A.   I think Steven Miller.  He was

24      sitting there, doing his speech writing on

25      his laptop, and Trump.

Page 110

1                    A. DELGADO

2          Q.    Did anybody aside from Mr. Trump

3     make any comments?

4          A.    Yes.  The stewardess was also

5     present, a blonde lady with her hair like in

6     a bun.  And I didn't get off, because I was

7     nauseated.  We were headed to a rally.  And

8     a stewardess came up to me and said

9     privately, because I was the only one on the

10    plane that stayed behind, she said that's

11    not the first time I have seen Hope act that

12    way with other women.

13         Q.    When you say act that way, what

14    did she mean by that in your mind?

15         A.    My understanding was like in a

16    catty fashion.

17                I think Hope probably had a little

18    bit of an issue, because I had seen her and

19    Corey together.  And I don't know if she was

20    worried that I might somehow, some day say

21    something.  She acted strangely since that

22    day since I saw them physically together.

23         Q.    Aside from the two disagreements

24    that you just referred, any other

25    altercations with Hope?

A. DELGADO

1

2      A.    No, we got along great, usually.

3  And even after that, I think when she broke

4  up with Rob Porter, the one who had the

5  restraining order for battery on his ex-wife

6  but somehow got into the White House anyway,

7  I sent her a text even like, hey, you know,

8  I know love is complicated, you are a great

9  girl, hang in there.  Sometimes at work you

10  have a little minor flair up for ten minutes

11  and it goes away.

12      Q.    Who is Bryan Lanza?

13      A.    Bryan I think was a guy who was in

14  charge of the surrogates, like the volunteer

15  people who are not with the Campaign, but

16  they go on TV, that's called the surrogate,

17  and he was in charge of those folks.

18      Q.    How would you characterize your

19  interactions with Bryan?

20      A.    Cordial, very just -- I don't have

21  any observation on that.  Just very limited

22  interaction, because I didn't work for him

23  and he didn't work for me and limited,

24  cordial, polite.

25      Q.    Did Bryan ever make any complaints

A. DELGADO

1
2      regarding your behavior on the Campaign?

3          A.    No, to answer your question, no,

4      not that I know of.  I know one time he was

5      upset that he was sitting at my desk in the

6      war room, and Jason told him to leave my

7      desk.  And then John told me that he went to

8      Jason like, why did you tell me to get out

9      of her desk, Jason was like because it is

10     her desk.

11            He used to joke about how machista

12     he was.  Like one time he said his wife had

13     complained to him about something, and he

14     said well, I am a strong Latino male, which

15     is not what we stand for in the Latino

16     community.  And I think he was bothered that

17     he was asked by Jason to move out of my

18     seat.  I don't know if that counts as a

19     complaint, but I wanted to give you an

20     honest answer.

21         Q.    Do you recall when that seat

22     incident happened?

23         A.    It was so minor, I don't recall

24     the date.  Maybe like October, November,

25     December.

1                        A. DELGADO

2              MR. BLUMETTI:   I am going to show

3         you an e-mail to mark as Defendant's

4         Exhibit N.

5              (Whereupon, an e-mail Bates

6         stamped DEF 621 was marked Defendant's

7         Exhibit N for identification as of this

8         date by the reporter.)

9         Q.   Do you see this?

10        A.   Wow, so he really does not like

11   women.   Don't worry, I am not going to blow

12   her up, wow, this is helpful.

13        Q.   Defendant's Exhibit N, Bates

14   stamped 621, purports to be a an e-mail that

15   Bryan sent to Jason on November 6 of 16, in

16   the bottom one it says, "Hey, man, I get

17   that A.J. is crazy, but I am not involved in

18   anything related to credentials."

19             Do you know what he would be

20   referring to here?

21        A.   I have no idea.   Just to be clear

22   for the record, this is two e-mails that he

23   sent to Jay Conright, one right after the

24   other.

25        Q.   Right, the Boris Epshteyn, the top

Page 114

A. DELGADO

1
2    one I was speaking about first?
3         A.    Okay.
4              Wow, this person was allowed to
5    work in the White House after referring to a
6    female colleague as crazy, wow.
7              What is your question about it?
8         Q.    I am just asking you whether you
9    do know what he was talking about here, why
10   he would refer to you as crazy?
11        A.    Because in line with what I
12   observed of him and the kind of comments he
13   makes, that's how he would refer to very
14   much to a woman who is doing great work and
15   who Trump loves.  He also used to make fun
16   of women on TV, in particular a CNN anchor
17   in her 30s.  Everybody thought it was very
18   funny when he said, she used to be hot when
19   she was young, and everybody laughed.
20   That's the kind of person Bryan is.  So I
21   don't know what he is referring to.
22              Maybe like a surrogate who needed
23   credentials is what I could speculate to, I
24   don't know.
25        Q.    Did you engage in any conduct

1                      A. DELGADO

2      during your time working for the Campaign,

3      that would be characterized as, quote,

4      crazy?

5           A.   No, absolutely not.

6           Q.   In the top e-mail that you

7      referred to, Bryan follows this up and says,

8      "I don't give a shit what she writes or

9      thinks about me.  She is driving Chris crazy

10     and getting everyone riled up."

11               Do you know who Chris is?

12          A.   No idea.

13               Bryan was having an affair with

14     Kelly Lug, by the way, so maybe that is why

15     he had an issue with me because I had seen

16     them together also.

17          Q.   Bryan Lanza was having an affair

18     with who?

19          A.   Kelly Lug.  She was a blonde,

20     bubbly, young girl, kind of like a junior

21     staffer.  So I don't know if that was part

22     of his -- Bryan was in the same apartment

23     building as Jason.  So we saw them together,

24     kind of making out her hair a mess in the

25     morning in his doorway.  I don't know if

```
 1                    A. DELGADO
 2    that's kind of what prompted -- I just gave
 3    him a look like, wow, I don't know if that's
 4    what prompted his anger towards me,
 5    possibly.
 6         Q.    You indicated that Kelly worked
 7    for the Campaign as well?
 8         A.    She did.
 9         Q.    When did you first meet Jason
10    Miller?
11         A.    At the RNC in Cleveland in the
12    summer of 2016.
13         Q.    Was that before or after you
14    signed that consulting agreement which was
15    the benchmark of like September 1 of '16?
16         A.    Before.
17         Q.    A few weeks before?
18         A.    Like several weeks.
19         Q.    Did someone introduce you to him?
20         A.    No, he came up to me.
21         Q.    Did he know who you were?
22         A.    Yes.
23         Q.    Did he know who you were from
24    having seen you on television?
25         A.    Yes, he said he considered me one
```

1                    A. DELGADO

2     of Trump's best, having observed from the

3     other side, since he was a Cruz supporter up

4     until recently.

5          Q.    Did Jason work for the Campaign at

6     this point?

7          A.    Yes, he had already been hired.

8          Q.    Do you recall when Jason started

9     working for the Campaign?

10         A.    Early summer of 2016.  They

11    announced it, so you would know better than

12    I if you Googled it.

13         Q.    Do you know what Jason was doing

14    before he started working for the Campaign

15    in the summer of '16?

16         A.    He was the Comms director for Ted

17    Cruz, the Ted Cruz Campaign, I am sorry.

18         Q.    In the Jessica Denson complaint

19    and e-mails, we saw some disagreement with

20    Hispanic engagement director, was that your

21    title or not?

22         A.    At some point Steve, I think it

23    was Steve, most likely I think it was Steve,

24    who said you are in charge of this, now we

25    need somebody to be like our Hispanic point

Page 118

A. DELGADO

1          A. DELGADO

2    person, so that's your roster.

3          Q.   Was that under the umbrella of

4    your national media hit in the Communication

5    Department job duties?

6          A.   I would be speculating to say how

7    it qualifies under the umbrella.  I don't

8    know how they see it or how I saw it.

9          Q.   Let me ask you another way, the

10   four people that you referred to as your

11   level in the Comms Department, did you only

12   handle Hispanic engagement or did you also

13   handle other aspects?

14         A.   Oh, it would be very easy to just

15   do Hispanic engagement.  I still had to do

16   all the hard hits on National TV, Maddox,

17   Chris Hailey, I was still doing the

18   national.  It was like double the workload,

19   in other words.

20         Q.   Did any Campaign workers other

21   than Omarosa, Boris and Sarah have similar

22   job responsibilities as you?

23         A.   No.  I would say those four had

24   the unique.

25         Q.   And all four of you reported to

1                    A. DELGADO

2     Jason; is that correct?

3          A.    That's how I saw it.

4          Q.    Approximately how often did you

5     report to Jason?  Was it on a daily basis?

6          A.    I would say so.

7          Q.    Was that in person, by e-mail, by

8     phone, something else?

9          A.    All of the above, usually in

10    person.

11         Q.    Approximately how many days per

12    week did you see Jason in person during your

13    time from August 16 until let's say election

14    night, November 8 of 16?

15         A.    Close to 100, maybe.

16         Q.    Did there come a time when you

17    engaged in a sexual relationship with Jason?

18         A.    Yes.

19         Q.    During which period of time total

20    were you engaged in a sexual relationship

21    with Jason?

22         A.    It began at the end of October to

23    end of December or mid December.

24         Q.    Was this a consensual

25    relationship?

Page 120

```
 1                    A. DELGADO
 2        A.    No, I would not qualify it as
 3   that.
 4        Q.    How would you qualify it?
 5        A.    It began with a sexual assault,
 6   and a situation where I had to go along,
 7   because otherwise you can't piss off
 8   somebody, especially in a Campaign that is
 9   so wild west-ish, you can't piss off the one
10   person that can easily oust you.
11        Q.    Where did that assault take place?
12        A.    The night before the last debate
13   between Hilary and Trump, we were all in Las
14   Vegas, because that's where it took place.
15   And it was a busy, busy, busy, hits, hits,
16   hits, all day long.  And then there was a
17   big media party for all the advisers and
18   everybody.  And Jason was there, Sean was
19   there, we were all there, the RNC people
20   were there.  And I hardly had anything to
21   eat that day, I think I had like a lettuce
22   wrap around noon.  And Jason showed up at
23   Tao.  I remember I used to always call him
24   boss, because he had kind of been making
25   flirtatious remarks and looked at me funny
```

Page 121

1                    A. DELGADO

2    every since he joined the Campaign, and I

3    wanted to establish that.  I would always

4    call him boss.  He asked me where are you

5    guys, I said hey, boss, we are all at Tao,

6    and he came over.  And he just kept going to

7    the bar to give me drinks, you can't not --

8    it is such a difficult situation to seem

9    like a team player.  And everybody was

10   drinking and the reporters were drinking.

11   And I kept on trying to slowly sip on my

12   vodka.  And they kept going after that,

13   going after that.  Then after that he wanted

14   to go to another club, and that club was

15   closed.  And then there was a strip club was

16   the only place that was serving alcohol.  So

17   he had us all go to a Strip club.  It was

18   like me, him, Jessica Ditto, his like

19   lieutenant that he had brought over from

20   another Campaign, and some reporters.  And

21   we went to a strip club.  And he got me more

22   drinks there, and I remember he asked me if

23   I had any tattoos.  And I said I didn't.  He

24   said you have such a nice body, it would be

25   a shame to put tattoos on it.  And it was

1                    A. DELGADO

2     already feeling really weird.  And then

3     after that I was starting to feel ill.  And

4     I wanted to be alert, and I said let's go by

5     Jack in the Box to eat something.  And it

6     was closed so the driver took us through the

7     drive-through, nowhere was open to eat, just

8     the drive-through.  So Jason said, well,

9     didn't you say you have a suite?  Let's go

10    -- and I did have a suite with a living

11    room, and Jessica was with him, there was

12    another girl with him.  So I said come back

13    -- I am sorry.  We went back.  And right

14    after we were in the living room eating and

15    we were watching, he told Jessica to leave.

16    And she immediately got up and left.  And I

17    took the orders instantly.  And what I

18    remembered after that was waking up and I

19    had this like halter jump suit from BB, this

20    store.  And I woke up and it was still like

21    wrapped around my ankle with one of my heels

22    on, and I could tell he had -- that was how

23    it started.  That's how it started.  And I

24    just tried to -- how do I spin this, how can

25    I play along until the Campaign is over

Page 123

                    A. DELGADO

1

2    without pissing him off?

3              That was --

4        Q.    Did you tell any Campaign workers

5    about what happened in Las Vegas prior to

6    the election?

7        A.    What would that have done?

8        Q.    I am asking you that, I am asking

9    whether you told?

10       A.    No, I didn't, because my thought

11   process is what would that do.  I am

12   ostracized from politics forever, I had

13   written an article a few years earlier about

14   false rape accusations.  What was going to

15   do?  Okay, you are out of the Campaign, go

16   file your police report, that's it.  What

17   did I gain from that?

18       Q.    Did you ever make any comments or

19   have any conversations with Jason about what

20   he felt had happened that night?

21       A.    I tried to.  The next night I

22   tried avoiding him.  And instead I went to

23   dinner with Mark Cuban who invited me to

24   dinner, who is a lovely person.  And he

25   invited me to dinner, but in a completely

A. DELGADO

1
2  plutonic way.  He was just interested in
3  getting to know the Trump advisers.  He is a
4  wonderful man.  And Jason showed up where we
5  were.  And then said we got to go back to
6  the Trump Hotel where everybody is in the
7  lobby.  Yes, sure, Boris and everybody was
8  there.  And even though I tried shaking him,
9  again, the same thing, let's talk, we could
10 talk about what happened last night.  There
11 was no way to shake him without leaving the
12 Campaign, and going back to what?  To a job
13 with a Latino organization that wouldn't
14 want me back versus just seeing it through.
15      Q.   Did you tell Jason whether that
16 night, or any time in the next couple of
17 nights, that he had sexually assaulted you?
18      A.   Not in so many words.  I didn't
19 want to anger him.
20      Q.   Did there come a time where you
21 had another sexual interaction with Jason?
22      A.   Yes.  I flew home after Vegas,
23 because I wanted to like, the whole thing I
24 just wanted to wash it off me.  And the next
25 thing I know he is like texting me, like

1                    A. DELGADO

2    hey, I was supposed, Hope was supposed to go

3    down to Trump Doral with D.J.T., we called

4    him D.J.T. or with the big guy.  And instead

5    I found a way -- I am replacing her on the

6    plane and I am coming down.

7                    That's when I went to -- he

8    invited me to come see him to talk about

9    Campaign work, I mean, it is my boss.

10                   And what do you do?  There is

11   nothing you could do.  You have already

12   opened that door.  There is nothing.  My

13   only backtracking would be to royally piss

14   him off, and I am screwed then.  Then I have

15   no Campaign job and no legal job.  And I

16   have already gone on National TV defending

17   the most toxic, controversial person in the

18   world, I am screwed legal job wise.  And if

19   I piss this guy off, I am screwed out of the

20   Campaign and the White House job.  Little

21   did I know, I would be screwed out of it

22   anyway by becoming pregnant.

23        Q.   Approximately how long after did

24   this first interaction happen, the next time

25   you had a sexual encounter with Jason, how

Page 126

```
 1                      A. DELGADO
 2    many days or weeks after the first time?
 3          A.    Maybe a week.
 4          Q.    And you said it was in Florida?
 5          A.    In Miami, at Trump Doral.
 6          Q.    Were you intoxicated that day?
 7          A.    No.   I was not intoxicated that
 8    day.   I went forward with it, because I
 9    didn't have much.   And after that, since
10    then too, because what am I going -- you got
11    to know when you are screwed and you don't
12    have options.
13          Q.    Did you tell Jason, no, I don't
14    want to do that or anything like that?
15          A.    No, I couldn't.   That would have
16    made it all ten times worse.   And then the
17    sexual assault still happened.   And I still
18    feel disgusting.   And I don't have any job
19    in the White House and I don't have a job
20    and everybody in Trump world hates me and
21    probably thinks I am lying.   That's not a
22    viable option.
23          Q.    Did there come a time that you had
24    another sexual encounter with Jason?
25          A.    Yes, from then on.   I had to play
```

Page 127

```
 1                    A. DELGADO
 2     along and try to make myself move along with
 3     this and move forward.
 4          Q.   Is it your testimony that every
 5     sexual interaction you had with Jason
 6     starting from the first one to the end was
 7     un voluntary?
 8          A.   I think that's a conclusion, the
 9     word involuntary, how do you define
10     involuntary or voluntary, it is something
11     that is complicated.
12          Q.   You had never told him no, you did
13     not want to participate; correct?
14               MR. PHILLIPS:   I preserve an
15          objection on that.
16          A.   Well, do you mean ever?   Well, the
17     first time I don't even think I was
18     conscious.
19          Q.   So following that?
20          A.   Sorry, I am talking over you, you
21     are talking over me, I am sorry, go ahead.
22          Q.   We were just trying to understand
23     the word "voluntarily."   I am trying to
24     understand following that first interaction
25     in Las Vegas, I believe you testified that
```

                        A. DELGADO

1

2   you never told Jason no or stop or I don't

3   want to do that; is that correct?

4        A.   No, I did tell him I didn't want

5   to the next time.

6        Q.   And what did he say in response to

7   that?

8        A.   I wish I could remember.  I am not

9   going to put words.  As much as I don't like

10  the guy, I am not going to put words in his

11  mouth, if I don't recall exactly what he

12  said.  I can't speculate what the exact

13  words were.

14       Q.   Approximately how many total times

15  would you say you had sexual interaction

16  with Jason between October and December '16?

17       A.   Over a dozen, maybe over two

18  dozen.

19       Q.   And the way you described the

20  first encounter in Las Vegas, the second

21  encounter in Miami, do you recall the

22  physical locations of any other encounters?

23       A.   Sure, his apartment, where we were

24  respectively staying in New York, my hotel

25  or my apartment or his apartment.

```
 1                    A. DELGADO
 2         Q.   Did you ever have a sexual
 3    encounter with Jason inside Trump Tower?
 4         A.   No, never.  I would have never
 5    disrespect Trump Tower that way, never.
 6         Q.   When you say his apartment, was
 7    that a temporary apartment or permanent
 8    apartment, to your knowledge?
 9         A.   The temporary one he was assigned.
10    I remember the place was called Beekman
11    Towers.
12         Q.   Was that near one of the
13    apartments that you had on the East Side?
14         A.   Yes, they tended to put us all
15    somewhat close to each other.  It was
16    probably a mile or two away.
17         Q.   Prior to the election on
18    November 8 of '16, did you tell any Campaign
19    workers that you had engaged in a sexual
20    relationship with Jason?
21         A.   Prior to when?
22         Q.   Prior to the election on
23    November 8 of 2016, did you tell any
24    Campaign workers that you had engaged in a
25    sexual relationship with Jason in any
```

```
 1                    A. DELGADO
 2    manner?
 3              MR. PHILLIPS:   Other than
 4         Mr. Miller?
 5              MR. BLUMETTI:   Other than Mr.
 6         Miller.
 7         A.   No.
 8         Q.   To your knowledge, prior to
 9    election night, let's say, were any Campaign
10    workers aware that you had engaged in a
11    sexual relationship with Jason?
12         A.   To my knowledge, no.  Maybe
13    someone saw something and suspected, I don't
14    know.
15         Q.   During this time period of these
16    sexual encounters with Jason, did you
17    exchange any personal text message with him
18    that were unrelated to your work for the
19    Campaign?
20         A.   Yes, I tried to sound and be as
21    normal possible.
22         Q.   And what did you do by way of
23    example to sound and be as normal as
24    possible?
25         A.   Sound upbeat and friendly, sound
```

Page 131

```
 1                    A. DELGADO
 2   upbeat and friendly, and you know, normal.
 3        Q.   Did you exchange text messages of
 4   a personal nature with Jason on a daily or
 5   weekly basis?
 6        A.   I don't know if every day, but
 7   regularly.
 8        Q.   Do you have any of these text
 9   messages, Ms. Delgado?
10        A.   I had them at one point.  They
11   have been produced somewhere.
12             MR. BLUMETTI:  To the extent you
13        still have them in your possession,
14        custody or control, we will call for
15        production of any text messages of a
16        personal nature that exchanged between
17        Jason and Ms. Delgado.
18        Q.   In your communications or conduct
19   towards Jason, did you give him the
20   impression that the two of you were dating?
21        A.   I don't know how to answer if I
22   gave someone the impression, you would have
23   to ask him that.
24        Q.   Did Jason ever tell you that he
25   believed the two of you were dating?
```

Page 132

1                    A.  DELGADO

2          A.    No, that would be a weird thing to

3    say.  I don't know, no.

4          Q.    Did Jason ever tell you that he

5    felt that you two were involved in a

6    romantic relationship?

7          A.    Yes.

8          Q.    Did you say anything in response

9    to that, Ms. Delgado?

10         A.    I don't recall what I would have

11   said.  I would have probably played along.

12               I was trying to convince myself.

13         Q.    Did Jason ever make any

14   discriminatory comments to you prior to the

15   '16 election?

16         A.    Sorry, I don't understand the

17   question, discriminatory on what grounds?

18         Q.    Well, you are making allegations

19   of gender, sex and pregnancy discrimination

20   in this lawsuit.  Did Jason prior to

21   election night, after we will do after

22   election night as well, prior to election

23   night, did Jason ever make any comments to

24   you that you thought were derogatory or

25   discriminatory on the basis of your sex or

1                    A. DELGADO

2    gender?

3         A.    Prior to election night, no.

4    After election night is a different story.

5    But prior to the election night, the only

6    discriminatory one that I could recall at

7    this time is he said he and Kaelan Dorr

8    right before I had been hired had been

9    drooling, was the word he used, over a photo

10   in my Instagram that I had posted from some

11   time I was in Austin in a bikini.  I found

12   that was inappropriate.

13        Q.    Did you say anything to anybody at

14   work about that?

15        A.    No.  One would be seen as

16   difficult if you say that.

17        Q.    I didn't hear what you said?

18        A.    One be would be seen as difficult

19   raising those comments.  No comment.

20        Q.    Did anybody at the Campaign give

21   you the impression that you would be seen as

22   difficult had you told anybody that Jason

23   and Kaelan had made that comment to you?

24        A.    Well, yes, it was the type of war

25   room where people made fun of CNN anchors in

1                  A. DELGADO

2    their 30s being too old.  This is not

3    exactly an environment of sensitivity.

4         Q.   And you were referring to the

5    comment that Bryan Lanza had made?

6         A.   Yes.  There were similar other

7    comments along the same lines.  It is not an

8    environment that is open to women speaking

9    up.

10        Q.   Any other comments come to mind,

11   by Bryan or otherwise?

12        A.   Jason made fun of Kelly at

13   Conway's bris once, calling him shriveled up

14   fun bags, even though she is not old, she

15   had a perfectly nice figure.  There were

16   comments about my accent.

17        Q.   Who made the comments about your

18   accent?

19        A.   Boris had made the comment about

20   my accent.

21             There was once a comment about

22   Sarah, I hate to say this, because I love

23   her, there was a comment about her weight

24   and her looks and that Trump wouldn't want

25   her representing him.

A. DELGADO

1

2      Q.    And who made that comment?

3      A.    I would not be able to ascribe it

4  to the particular person, because when it

5  was made, it was a group of guys sitting in

6  the front.  And I can't recall who was

7  sitting in the group who said it, because I

8  was walking by, and I heard it.

9           There was another comment about

10  Kayleigh McEnany, who at the time was a CNN

11  pundit who was very pro Trump.  And Boris --

12  I think, Jason had said, oh, she just texted

13  me, because she used to text Jason,

14  different hits she had done, just like from

15  the outside being like, hey.  And they said,

16  Boris goes, oh, you mean Richard.  And I

17  said, Richard?  He goes, yes, Dick, Richard.

18  I said what are you talking about?

19  Kayleigh, not Richard has texted a hit.  No,

20  that was her name, Dick.  Richard was her

21  nickname at Fox News, because that's how

22  much she slept around when she was an intern

23  there.

24           These were the types of comments.

25  And that's just a sampling that made me feel

Page 136

```
                           A. DELGADO
 1
 2   like keep your mouth shut.
 3        Q.    Any comments of a gender or
 4   sex-based nature towards you other than that
 5   comment that you said before about Jason and
 6   another individual drooling over your
 7   Instagram photo?
 8        A.    Before the election?
 9        Q.    Yes.
10        A.    I can't recall at this moment.   I
11   am sure if you give me some time, I will
12   probably think of something.   If I go
13   through the list again in my head of the
14   people, I probably could.
15        Q.    If something comes up, feel free
16   to interject?
17        A.    Thank you.
18              It is just a lot.
19        Q.    Did you ever make any complaints
20   or comments to anybody on the Campaign
21   regarding these comments you overheard
22   whether with respect to Sarah, Kayleigh,
23   Kellyanne?
24        A.    It is tough, because it is either
25   a colleague who is at my same level and I
```

Page 137

A. DELGADO

1
2    certainly don't want to make an enemy or it
3    is my own supervisor who is making the
4    comments.  So who am I going to go to?
5         Q.   Just a yes or no answer?
6         A.   Not that I can recall.  Maybe once
7    about one comment I did.  I would have to go
8    back and see.
9         Q.   Do you have a specific knowledge
10   of making a complaint about any particular
11   comment?
12        A.   I think I e-mailed Kellyanne when
13   Hope made the comment about the accent,
14   because that was already like the second
15   time it happened it, first Boris and now
16   Hope.  It just kind of hurt me more, because
17   it was the second time and I know Hope, she
18   comes from a very wealthy family.  And it
19   just kind of hurt more, you see me as less
20   than because my accent is not something you
21   are used to hearing, it hurt.
22        Q.   Are you asserting race
23   discrimination claims in this lawsuit?
24        A.   That is something to discuss with
25   my attorneys.  I don't know if I could speak

Page 138

1                    A. DELGADO

2    to that.

3         Q.    Do you know on review of your

4    first amended complaint whether previously

5    or today, whether there are any factual

6    allegations or claims relating to race

7    discrimination?

8         A.    I don't know if that's in there.

9    It has been a while since I read it.  If it

10   is not in there, then it is not in there.

11        Q.    Were you alleging that the

12   Campaign discriminated against you prior to

13   the election?

14        A.    When you use the word

15   discriminatory, I think that has a legal

16   connotation which I am not qualified to

17   answer.

18        Q.    You are a lawyer?

19        A.    Not in this case, with all due

20   respect.

21             MR. PHILLIPS:  Object to the form.

22        Q.    Did the Campaign prior to the

23   election behave in any specific manner that

24   you felt impacted you as a woman?

25             MR. PHILLIPS:  Object to the form.

Page 139

1                    A. DELGADO

2        A.    Impacted me as a woman?

3        Q.    Treated you differently as a

4    woman?

5        A.    Yes, the comments alone, I think,

6    obviously, I feel.

7        Q.    Comments either directly towards

8    you or about other women in your presence

9    you are referring to?

10       A.    I mean, it is not fun when you are

11   30 something yourself hearing about comments

12   about looks and age, always about women.  It

13   was never about men who is 30 something

14   being past his prime.  In fact, the men

15   saying it were 30 something.  So I suppose

16   my answer would be yes.

17       Q.    Any other ways that come to mind

18   that you believe the Campaign treated you

19   differently on the basis of your sex prior

20   to the election other than what we just

21   discussed?

22       A.    Not that I could specifically

23   recall at this time.

24       Q.    Prior to the election, and if you

25   come up with something a little bit later,

1                    A. DELGADO

2      feel free to interject, did any other

3      Campaign workers say or do anything which

4      you believed to be discriminatory, that is

5      treated you differently?

6          A.    Prior to the elections did any

7      Campaign worker?

8          Q.    Other than what we just discussed?

9          A.    Not that I can recall at this

10     particular time.  Maybe later I will.

11         Q.    Did Sarah Sanders work on the

12     Campaign before you started working for the

13     Campaign?

14         A.    I can't recall.

15         Q.    How about Boris Epshteyn, did he

16     work for the Campaign before you started

17     working for the Campaign?

18         A.    That does ring a bell that Boris

19     and I started right around the same time, I

20     think.

21         Q.    We already discussed where you,

22     Boris, Sarah and Omarosa fell on the chart

23     so to speak, pretty even, is that fair to

24     say?

25         A.    Yes.  And by the way, I should

Page 141

                         A. DELGADO

1    qualify, when you say work, you mean

2    formally join the Campaign or was doing work

3    unpaid or paid for the Campaign, because if

4    so, then I was the earliest.

5        Q.    I was going to say formally join,

6    along the lights of the consulting agreement

7    where you are technically an independent

8    contractor or employee of the Campaign being

9    paid by the Campaign is what I meant?

10       A.    Yes, I wouldn't know when they

11   signed.  I would just know when someone

12   physically started advocating for Trump paid

13   or unpaid, because I saw that as an observer

14   and as a participant.  And I know I was

15   definitely the earliest.  Maybe Omarosa was

16   around the same time, because I know she was

17   an early Trump proponent too.  But Sarah was

18   not.  And Boris was also very early, not too

19   long after me.

20       Q.    Did Donald Trump tell you that you

21   could work in the White House if he won the

22   election?

23       A.    Absolutely on several occasions.

24       Q.    Starting with the first time,

```
1                    A. DELGADO
2    let's break it down, each instance, what
3    exactly did Mr. Trump say to you, where were
4    you, et cetera?
5         A.    The first time was the first time
6    we met, which was in Austin.  And that's
7    when he said that he was glad I was joining,
8    I think he said something like -- he said, I
9    am never going to disappoint you, I am so
10   grateful.  He said that like three times, he
11   was so grateful and that he loves what he
12   has seen of me.  He says when I win this
13   thing, you are coming with me.  When I win
14   this thing, you are coming with me.
15        Q.    Just let me stop you there,
16   Ms. Delgado, what did you take that to mean?
17        A.    Coming with him to the White
18   House.
19        Q.    What did you say in response, if
20   anything?
21        A.    Just nod and say yes, we are going
22   to win this thing, sir.  I am paraphrasing
23   what I would have said.  I don't recall my
24   exact words.
25        Q.    You said this was in Austin,
```

Page 143

1                    A. DELGADO

2    Texas?

3        A.    Yes, backstage at the Fox News

4    Town Hall.

5        Q.    Do you know if anyone overheard

6    this conversation between the two of you?

7        A.    Who was standing there?  I don't

8    recall.  I would be speculating.

9        Q.    Before we get to the next

10   instance.  Did Mr. Trump ever say anything

11   along these lines to you in writing?

12       A.    He is not one to put a lot of

13   things in writing.

14       Q.    So no?

15       A.    No.  I would not have expected it

16   is what I was trying to say, he doesn't.

17       Q.    The next instance?

18       A.    The next instance, and there is

19   probably more of these, I am just giving you

20   the one that I could think of.

21       Q.    To your knowledge, what you

22   remember?

23       A.    Thank you.

24             But the next I can recall was, was

25   it September of 2016?  We were on the plane,

Page 144

1                    A. DELGADO
2        we had flown down from New York for a rally
3        I think in West Palm or we flew down to
4        Doral and from Doral we were going to the
5        West Palm rally, and he said it on the
6        plane.  And I can't recall if it was the
7        plane from New York to West Palm or did we
8        take -- I think we might have taken a plane
9        from Doral to West Palm even though it is a
10       really short trip, I don't want to be
11       specific on the plate route itself.  We were
12       on the plane, I had been on the plane
13       several times with him.  And again, he made
14       the comment, he was talking, complimenting
15       me, some story about this sounds conceded,
16       and I don't mean to endorse what he said,
17       but he said -- Steven Miller was talking
18       something about some single bars that he had
19       gone to that is supposed to have like good
20       looking women.  And everyone was kind of
21       joking and laughing about that.  And Trump
22       said if A.J. walked in, all the men would
23       start crying and they would not know what to
24       do with themselves.  I don't endorse that.
25       That was just what Trump said.  We were

```
 1                    A. DELGADO
 2    chatting after that.  Again he said, well, I
 3    said something about my dog in Miami,
 4    something I think it was.  He said well,
 5    when we win, you are coming with me.  Kind
 6    of like don't think you are staying in
 7    Miami, you are coming with me.  So that was
 8    the other time that I remember.  And the
 9    reason I remember that one that much was
10    because of the joke that he had made
11    earlier.
12         Q.   And Sean Miller was present during
13    that conversation?
14         A.   Yes, he was the one talking about
15    this.  It was some bar that was supposed to
16    be like a hot like singles spot.
17         Q.   What did you interpret Mr. Trump's
18    comment to mean this time around?
19         A.   When we win, we go to the White
20    House.
21         Q.   Did you say anything in response?
22         A.    I would be speculating, I would
23    say something like okay, great, sir, yes, we
24    are going to win, that type of positive,
25    what anyone would have said.
```

1              A. DELGADO

2              Then what is the next one I can

3      think of.  When we are backstage at the Bay

4      of Pigs thing.  They are people -- also when

5      we were backstage at the West Palm rally I

6      remember Nelson Diaz who is like the head of

7      the New York Republican Group in Miami.  He

8      is a lobbyist at Ballard Partners.  He told

9      me afterwards he was taking a back, he said

10     I didn't know you and Trump were so tight,

11     because literally when Trump walked in,

12     there were literally 50 people backstage and

13     he starts going where is A.J., where is my

14     A.J.  Everybody looked at me, like oh, my

15     God.  Every time I would see Trump, it was

16     like there he goes to A.J., like two peas in

17     a pod.  Not in an appropriate way, we used

18     to talk about golf, because my dad is into

19     that.  We had the same sense of humor, he is

20     where is she.  We would link heads and start

21     talking.  I would show him funny things from

22     Twitter on my phone, things people were

23     tweeting.

24             Backstage at the Bay of Pigs was

25     it was the same, the Bay of Pigs museum.  He

Page 147

A. DELGADO

2  was like what do you think I should say?  I
3  had written a speech for him that Steven
4  Miller didn't end up using.  And he asked
5  me, we were talking about what he should
6  say.  He seemed a little bit nervous, I used
7  some like Rocky reference.  This is why, he
8  said I won't forget what you have done for
9  me.  Because I think he was kind of taken
10  aback, he loved my speech.  And he read it,
11  and he almost seemed a little emotional
12  after he read it.  It was a real good
13  speech.  And he looked at me, he said you
14  know, I am not going to forget what you have
15  done for me.  I said, I just want to you to
16  do one thing.  And he said what?  And I said
17  win.  He just kind of looked at me, and said
18  come on, Rocky 2.  He started laughing, and
19  he goes McEntee, get over here, to John
20  McEntee, me and my cheesey references.  That
21  one sticks out in my mind, because of the
22  Rocky 2 thing.  It came about because he
23  saying I am not going to forget what you
24  have done for me, and mine saying what you
25  could do for me is win.

Page 148

```
 1              A. DELGADO
 2          He goes, get ready, again, the
 3     same thing, you are coming with me, get
 4     ready, you are coming with me.
 5          Q.    And did anybody overhear this
 6     conversation in the Bay of Pigs Museum,
 7     other than John McEntee?
 8          A.    So when Trump is talking to
 9     someone, most people, at least people who
10     are respectful, you kind of give the person
11     their time with Trump, I know I did.  When I
12     was talking to him, it was not common to
13     have somebody like lurking on top of us.
14     And I will give Hope credit, Hope was very
15     elegant about always kind of giving, that
16     person has their time with Trump.  And
17     McEntee was kind of like the valet.  He was
18     always out and keeping his eye out, he was
19     always like ten feet away.  We always had
20     like our huddle, Trump and I.
21              I know Steven Miller was on the
22     plane when he said the comment on the plane.
23              Bay of Pigs Museum was someone in
24     earshot?  I don't think Trump would deny
25     saying it.  Ask Trump, I don't think he
```

Page 149

A. DELGADO

1
2      would deny it.

3          Q.    When you referenced the West Palm
4      rally, were you referencing that in the
5      context of what you said that Mr. Trump
6      sought you out or were you referencing that
7      to say that he also made some sort of
8      comment to you on that occasion as well
9      about his upcoming appointments?

10         A.    No, I was just using that as a
11     helpful example of just how I did have these
12     conversations with him.   Because every time
13     he was somewhere where I was, he would seek
14     me out.   And also as an example for you, to
15     see that there are witnesses, perhaps, not
16     to the conversations, but witnesses that you
17     are free to ask, witnessed and were taken
18     aback by how much of a fan Trump was of me,
19     as much as I was of him.   To his credit, I
20     appreciated that he appreciated my work and
21     my investment.

22         Q.    I want to circle back to your
23     First Amended Complaint.   Paragraph 35, it
24     said, "Indeed at least on three separate
25     occasions Donald Trump personally promised

1                    A. DELGADO

2    Ms. Delgado that if he won the election she

3    would be set in the White House in a prime

4    role."

5              A couple of questions.  Did

6    Mr. Trump ever use the word "promise"?

7         A.   Not that I can recall.  In my book

8    of promise, you rarely say the word

9    "promise," it could also just be conveyed.

10        Q.   "In a prime role," did Mr. Trump

11   ever say one way or the other, if you were,

12   quote, sent, how you would be sent?

13        A.   When he says you are coming with

14   me, that's to the West Wing, that's not you

15   will be five floors down.

16        Q.   Did he say that to you or is that

17   your interpretation of his comments to you?

18        A.   Did he say the words prime White

19   House role?  I don't believe he said that

20   phrase.

21        Q.   Did you believe that Mr. Trump

22   could have guaranteed you a role in the

23   White House?

24        A.   Yes, it is his White House.

25        Q.   Other than the fact that he would

```
 1                    A. DELGADO
 2      be the incoming president in the
 3      administration, did you have any basis to
 4      assert that that individual can guarantee
 5      someone a role in the White House?
 6              MR. PHILLIPS:  I will preserve an
 7          objection.
 8              THE WITNESS:  Do I answer?
 9              MR. PHILLIPS:  Yes.
10          A.   Same answer, it is his White
11      House.  He could even override security
12      clearances like he did for Ivanka, Jared,
13      Stephanie Kershaw and many others who had
14      criminal records and were in the White House
15      and in the West Wing.  It is his White
16      House.
17          Q.   Where were you, I hate to use the
18      word physically, where were you physically
19      located on election night?
20          A.   In New York at the Trump Tower
21      with Mr. Trump on 414 in the war room.
22          Q.   For how long had you been in New
23      York prior to election night?
24          A.   I can't recall, several days, at
25      least, at least.
```

1                    A. DELGADO

2          Q.     Do you recall the last date that

3      you were in before you returned to New York

4      before the election?

5          A.     I don't recall.

6          Q.     For how long did you remain in New

7      York following the election, on November 8

8      of '16?

9          A.     I don't recall.

10         Q.     Do you know if it was more or less

11     than a week?

12         A.     I don't recall.

13         Q.     Did your work for the Campaign,

14     what you were doing for the Campaign between

15     August and election night, come to an end

16     following the election?

17         A.     No.

18         Q.     Did you continue to perform work

19     on behalf of the Campaign following the

20     election?

21         A.     We all did, yes.

22         Q.     What sort of work did you continue

23     to perform on behalf of the Campaign?  How

24     did it differ, if at all, from what you were

25     doing prior to the election?

Page 153

1                    A. DELGADO

2          A.    The same type of work, just not so

3     much -- actually you still had talking

4     points, but they were no longer about

5     Hilary.

6          Q.    Were you still doing media

7     appearances on behalf of the Campaign

8     following the election?

9          A.    Yes, we all had to do media.

10         Q.    Do you recall whether Omarosa,

11    Boris and Sarah, continued to do the media

12    appearances on behalf of the Campaign

13    following the election?

14         A.    I believe they did, but I am not

15    certain.

16         Q.    I want to circle back to your

17    consulting agreement, paragraph 3, I want to

18    look at the term.  It says, "Our agreement

19    shall continue through November 10, 2016

20    unless either party terminates the agreement

21    earlier by giving ten days written notice to

22    the other party."

23              So is it your testimony that you

24    continued to work in a consulting role on

25    behalf of the Campaign following this

Page 154

1              A. DELGADO
2    November 10 term?
3         A.   Yes, in fact, I continued to
4    receive paychecks from the Campaign.
5         Q.   For how long did you continue to
6    receive paychecks from the Campaign?
7         A.   I don't recall.  But your HR would
8    have that if you need to.
9         Q.   But I am asking you in your mind,
10   approximately, do you recall whether it
11   continued into November, whether it
12   continued into December?
13        A.   I think it continued through
14   inauguration.  Some of the Campaign -- some
15   of the salary came from the Campaign and
16   half from TFA.  But again, for an exact, I
17   would check.  I still considered myself
18   working for the Campaign.  I was still
19   receiving checks from the Campaign.
20        Q.   To your knowledge, following the
21   election on November 8 of '16, were you
22   performing work on behalf of the Campaign or
23   behalf of the Transition team or both?
24        A.   Still the Campaign.  No one is
25   quite sure what the Transition team was.  So

Page 155

                            A. DELGADO

1    always the Campaign.

2        Q.    Did you ever receive any pay from

3    the transition team?

4        A.    Yes, I think there were some

5    checks from the Transition team.

6        Q.    During which period of time were

7    you paid by the Transition team, to your

8    knowledge?

9        A.    I don't recall.

10       Q.    Do you know if it roughly mirrored

11   the time period where you were receiving or

12   continued to receive pay from the Campaign?

13       A.    Sorry, say that again.

14       Q.    The time period during which you

15   received payments through the Transition

16   team for work, did that mirror the time

17   period during which you continued to receive

18   pay from the Campaign, you said up until you

19   believe the inauguration?

20       A.    I am not sure.

21       Q.    And you testified that you don't

22   recall how long you stayed in New York

23   following the election; is that correct?

24       A.    Correct.

Page 156

1                    A. DELGADO

2          Q.   At some point, you left New York

3      following the election, is that fair to say?

4          A.   Everyone does.

5          Q.   It is not a trick question?

6          A.   I didn't want to say I left, like

7      I left it behind.  Everyone would go home,

8      come back, go home, come back as needed.

9          Q.   Did there come a time when you

10     returned to Florida?

11         A.   Sure.

12         Q.   Do you have any frame of reference

13     whether a week or a month that you returned

14     to Florida after the election?

15         A.   I can't recall.

16         Q.   After you did in fact return to

17     Florida after the election, whenever that

18     was, did there come a time when you returned

19     to New York again before the inauguration,

20     let's say?

21         A.   Oh, of course, yes.

22         Q.   Do you recall what you were doing

23     in New York when you returned?  Were you

24     continuing to perform work on behalf of the

25     Campaign?

Page 157

1                     A. DELGADO

2          A.    Same job, yes.

3          Q.    Who were you report to after the

4     election?

5          A.    The same person.

6          Q.    Jason?

7          A.    Yes.

8          Q.    And you said that your duties and

9     responsibilities didn't really change other

10    than essentially the subject matter of the

11    talking points?

12         A.    Correct.

13         Q.    Do you recall when you first

14    started working for the Transition?

15         A.    No.

16              I always worked for the Campaign.

17    The Transition was some sort of nebulous

18    thing nobody could really identify.

19         Q.    Did you have a position on the

20    Transition?

21         A.    Yes, I believe so.

22         Q.    Do you know what your position

23    was?

24         A.    There was an announcement.  I am

25    sure you could find it or I could.

Page 158

A. DELGADO

1
2       Q.    As you sit here, do you have any
3  idea what that announcement said?
4       A.    Who were the individuals appointed
5  to the transition, because I remember Sarah
6  was not on it, and she was hurt.
7       Q.    Do you know why Sarah was not on
8  the announcement?
9       A.    No.  And she called me upset about
10 it.  So I don't think she knew.  I didn't
11 know either.
12      Q.    To your knowledge, did Sarah ever
13 work on the Transition even following that
14 announcement?
15      A.    No.  But she was still with the
16 Campaign, and it was the same entity in a
17 way.
18      Q.    Did anyone report to you on the
19 transition?  I know that you continued to
20 report to Jason, did anyone report to you?
21      A.    Not that I could specifically
22 recall.
23      Q.    During that time period following
24 the election, I understand that you were
25 working for the Campaign and also the

Page 159

```
1                    A. DELGADO
2      transition simultaneously, so to speak, did
3      you work on the computer, on the phone, on
4      television, something else?
5           A.   Did I work on the computer or on
6      television?
7           Q.   I am just trying to understand
8      your day to day.  Remember we talked about
9      your day to day when it was only the
10     Campaign in August and September of '16.
11          I am trying to understand your day
12     to day following the election in November
13     and December of '16?
14          A.   I would be speculating.  I would
15     qualify it as similar.
16          MR. BLUMETTI:  I am going to share
17          my screen with you.  I am going to show
18          you an e-mail that I would like to mark
19          as Defendant's Exhibit O.
20          Can you see this?
21          THE WITNESS:  I can.
22          (Whereupon, an e-mail Bates
23          stamped DEF 1759 to 1761 was marked
24          Defendant's Exhibit O for
25          identification as of this date by the
```

Page 160

1                    A. DELGADO

2          reporter.)

3          Q.    This is an e-mail base stamped DEF

4     1759 to DEF 1761.  It purports to be e-mails

5     between you and individuals names Emily Eng

6     and Monica Block and Molly Michael.

7                Do you recall this e-mail?

8          A.    No.

9          Q.    Directing your direction to the

10    middle e-mail on page 1, an individual named

11    Emily Eng writes to you, with the subject:

12    Presidential Transition Team Onboarding.

13                "Hi, Arlene, welcome to the

14    Presidential Transition Team."

15                The date of this e-mail is

16    November 14 of '16.

17                Does this refresh your

18    recollection as to when you started working

19    for the Transition?

20          A.    No, I mean, it is just an e-mail

21    saying welcome to the Transition team.  I

22    don't know if that means I was working for

23    the Transition per se or what.  The e-mails

24    seems authentic.

25          Q.    It looks like you provided the

Page 161

1                    A. DELGADO
2    Presidential Transitional Team badge
3    application, that's what you attached to the
4    response to the e-mail on November 15 of
5    '16, the attachment set forth here on page
6    3?
7         A.    Okay.
8         Q.    Do you recall, do you recognize
9    this application?
10        A.    I don't recall this, but sure it
11   seems authentic.
12        Q.    This is the address that you gave
13   at the beginning of your deposition?
14        A.    Yes.
15        Q.    In part 3, right here, paragraph
16   3, it says does the applicant have a
17   background investigation in process, and you
18   checked no.
19             To your knowledge, did the
20   Transition team conduct a background search
21   on you?
22        A.    I guess if I put no there, they
23   were not conducting one.  I don't know if
24   they did.
25        Q.    I am asking you whether you know

Page 162

1                    A. DELGADO

2    one way or another whether they did,

3    regardless of what you checked here?

4         A.    No.

5         Q.    Did you ever inform anybody at the

6    Transition team, whether Monica, Emily,

7    Molly, any of these individuals, about the

8    injunction in Florida?

9         A.    No, that's something that you list

10   on the SB86, and you are asked about that

11   and you are given a chance to list it and

12   explain.  That's not the SB 86.

13        Q.    Is it your testimony that you

14   filled out an SB 86?

15        A.    No, because you are given that

16   once you are given the White House role.

17   And the Campaign denied me that, I never got

18   to fill out SB 86.

19        Q.    Did you ever get to fill out an SB

20   87?

21        A.    I think it is SB 86, I might be

22   wrong, I think it is SB 86.

23        Q.    Personally I thought it was 87?

24        A.    You are probably right, don't bet

25   on my guess.

1                    A. DELGADO

2        Q.    So is it your understanding that

3    you would have been required to disclose the

4    existence of that injunction or the travel

5    restrictions in connection with that SB 86

6    or 87 form?

7        A.    Yes, when you fill out the SB 86,

8    there is a section in there where you are

9    asked if you have anything, I think it is if

10   you have any protective order or restraining

11   order.  But then there is a section right

12   underneath where you have a chance to

13   explain, so.

14       Q.    When you talked about receiving

15   payment from both the Campaign and the

16   Transition team, do you know whether you

17   were paid more by the Transition team, more

18   by the Campaign, split down the middle or

19   something else?

20       A.    I don't recall.

21       Q.    The total amount that you were

22   paid, did that mirror the rate of

23   $10,000 per month that was on your

24   consulting agreement?

25       A.    I think so, I am not sure.

1              A. DELGADO

2         Q.   To your knowledge, following the

3    election, did any individuals who worked,

4    whether on the Campaign or the Transition

5    team, make any complaints regarding your

6    behavior or conduct at that time?

7         A.   In the transition period?

8         Q.   Right, following the election,

9    regardless of whether we want to call it

10   Campaign or Transition team?

11        A.   Not to my knowledge.

12        Q.   You referenced an individual name

13   Kaelan Dorr before, who is Kaelan?

14        A.   He is Jason Miller's assistant.

15   He has been with Jason for years.  And Jason

16   literally brought him into the Campaign.

17        Q.   So it is your understanding that

18   Kaelan worked with Jason on Ted Cruz's

19   Campaign prior to coming to Mr. Trump's

20   Campaign?

21        A.   Not worked with him, worked under

22   him for him.  He literally follows Jason for

23   every job.  I believe he didn't work for Ted

24   Cruz, I believe he worked for Jason at

25   Jamestown.

Page 165

1                    A. DELGADO

2          Q.    What is Jamestown?

3          A.    Jamestown Associates was Jason's

4    firm.   To be clear, Jason was always working

5    for Jamestown.   So he hadn't left Jamestown

6    to go work for Ted Cruz or to go -- Kaelan

7    was still working for him when Kaelan was at

8    Jamestown.

9          Q.    Is it your understanding that

10   Jason consulted as an independent contractor

11   for the Campaign through his entity

12   Jamestown?

13         A.    I don't know what the arrangement

14   was.   I would be speculating.

15         Q.    But you understand that Jamestown

16   is in fact Jason Miller or was Jason

17   Miller's firm?

18         A.    Yes, it was an ad firm he started.

19   He no longer does it.

20         Q.    How would you characterize your

21   interaction with Kaelan, positive, negative,

22   something else?

23         A.    Very positive.   I have no doubt he

24   would now say that it was different because

25   he is what I would consider Miller's pet.

Page 166

                              A. DELGADO

1

2    But very positive.  We got along well, I

3    think.

4         Q.    At that time?

5         A.    I believe so.  I mean, it is

6    possible that someone didn't like me, but I

7    think we got along well.

8         Q.    Do you know whether Kaelan ever

9    made any complaints regarding you to Jason?

10        A.    Not to my knowledge.

11            MR. BLUMETTI:  I am going to share

12        an e-mail, I am going to share my

13        screen with you.  I would like to mark

14        this Defendant's Q.

15            (Whereupon, an e-mail Bates

16        stamped DEF 610 to 611 was marked

17        Defendant's Exhibit Q for

18        identification as of this date by the

19        reporter.)

20        Q.    This is an e-mail that was

21   exchanged between Kaelan and Jason, I

22   believe some e-mails from you as well,

23   November 16, Bates stamped DEF 610 and DEF

24   611.

25            I am going to show you the bottom

<pre>
 1                    A. DELGADO
 2    first to give you have some context here, so
 3    it goes reverse chronological, if you could
 4    read these e-mails for me and tell me when
 5    you need me to move up?
 6         A.    No problem.   Okay, you could move
 7    up, okay, okay, okay.
 8         Q.    A couple of questions.   First, the
 9    bottom couple of e-mails seem to suggest
10    that you were looking to travel at least at
11    one point from Miami to New York.   Does this
12    e-mail refresh your recollection of the fact
13    that you were located in Florida on
14    November 15?
15         A.    It appears that I was at least
16    based on the e-mail.
17         Q.    On the bottom of the first page,
18    you replied to Kaelan, "There was no need to
19    reply with tired-level snark.   This kind of
20    unnecessary bitchiness towards me, Kaelan,
21    is why you have become insufferable."
22              Do you recall sending this e-mail?
23         A.    No, but I trust -- I mean, Kaelan
24    and I had like a very open level of -- I
25    would almost call it like brother sisterly.
</pre>

Page 168

A. DELGADO

1
2     This was kind of the e-mail, it is like hey,
3     and we were fine after this too.
4          Q.    Why are you accusing Kaelan of
5     acting bitchy towards you?
6          A.    I think there was a phone call, I
7     am not sure I am referring to the e-mail.
8     With travel, I would have called him.  So I
9     am not sure I am referring to what he wrote
10    in the e-mail.
11         Q.    Did you feel at this time in
12    November of '16 that Kaelan was rude or
13    obnoxious or bitchy towards you?
14         A.    I think he was probably -- I still
15    liked him and we still got a long.  When you
16    ask at this time, I see the date
17    November 15, he was Miller's roommate.  So I
18    think he was probably annoyed by what was
19    going, by the involvement.
20         Q.    I am not sure I understand you, by
21    what involvement?
22         A.    Miller and I, our involvement
23    which Kaelan --
24         Q.    Knew of?
25         A.    Knew of.  I think that was kind of

Page 169

1                    A. DELGADO

2      the underlying current here, which is

3      understandable and pretty common.  And I

4      think we were fine after this.  I mean,

5      Miller is defending me here.  So I think

6      there is a phone call that is not referenced

7      here.

8           Q.    At the top of the e-mail, Kaelan

9      writes to Jason, "As you said, Jason,

10     (inaudible) among other things, I have been

11     nothing but helpful to her, she is insane."

12          A.    I don't think he is calling me

13     insane, I think she is being insane, like

14     you are being crazy.  I don't think he

15     actually thought I was crazy or insane.

16               Again, I think there is a phone

17     call, because given how Miller is going

18     dude, come on, man.  It is clear that they

19     are talking about two different things.

20               Because Kaelan would often book my

21     travel over the phone.  He would book

22     everyones and often.  And he would usually

23     have you get on the phone, and say these are

24     the flights, which one.  It was not usually

25     done over e-mail.  So you are probably

1                    A. DELGADO

2    seeing that out of context, and there was

3    probably a phone call.  That's what I am

4    referring to saying he is being snarky.

5         Q.    I am trying to understand the

6    context?

7         A.    There is something missing in

8    that.  That's why Jason is going, come on.

9         Q.    Is it your testimony that when

10   Kaelan referred to you as, quote, insane, it

11   was more of in a joking and paternal type of

12   way, as opposed to actually calling you

13   insane?

14        A.    No, I think it is a third option,

15   of just, you are being crazy, like in that

16   moment, you are being annoying, you are

17   being crazy.  But again, I think that e-mail

18   is sort of helpful, because to me, it

19   inflates in my case, because I do think it

20   is rather shitty, I don't think I sound

21   crazy in that e-mail, that's kind of a

22   strong word to use.  And that's how women

23   are maligned in the workplace.  I am not

24   insane for saying, don't be snarky.  That

25   merits being called insane?  I mean, I am

Page 171

1                        A. DELGADO
2     kind of at a loss there for words.
3           Q.    Do you recall whether you might
4     have said something on the phone call that
5     may or may not have transpired that would
6     lend more context to the use of the word
7     "insane"?
8           A.    Never.   He was like a little
9     brother, just sweet.   I liked him, never,
10    never.
11          Q.    In 2016, when did you first learn
12    that you had become pregnant?
13          A.    Late November.
14          Q.    Do you recall the specific date,
15    by any chance?
16          A.    No.
17          Q.    So it was after the election on
18    November 8 of '16 that you learned that you
19    were pregnant; is that fair to say?
20          A.    Yes.
21          Q.    Was it after you submitted that
22    application for White House complex security
23    pass to the Transition team?
24          A.    I don't know, I don't remember.
25          Q.    On November 15, I am just trying

1                    A. DELGADO

2    to give you a frame of reference?

3         A.    I don't remember the exact date.

4         Q.    Where were you physically located

5    when you first learned that you were

6    pregnant?

7         A.    I think I took the P test in New

8    York.

9         Q.    Where were you staying in New York

10   at the time?

11        A.    I don't recall.

12        Q.    Were you staying with Jason?

13        A.    I never stayed -- we were never

14   booked in the same -- I mean, when you say

15   stay, you mean the Campaign booked us in the

16   same place?

17        Q.    Were you in the hotel or the

18   apartment that the Campaign booked for him

19   or vice versa?

20        A.    When you say staying there, I

21   always had my own place.  I never was

22   staying with him.

23        Q.    Were you physically located in the

24   same apartment or hotel with him when you

25   first learned that you were pregnant?

1                    A. DELGADO

2         A.   I don't recall.   I don't think I

3    took the first P test when he was around.

4         Q.   When did you tell Jason that you

5    were pregnant?

6         A.   Almost immediately after I

7    learned, probably really like the next day

8    or so.

9         Q.   What did you say to him?

10        A.   I am trying to remember if I did

11   tell him the next day or so.   It is probably

12   within a few days, it is probably within a

13   few days, not the next day.

14              Sorry, what was your next

15   question?

16        Q.   Just what did you say to him, sum

17   and substance of your conversation?

18        A.   Yes, just, I was waiting for the

19   right way to say it.   And I think we were in

20   his room and I said, I am paraphrasing, I

21   said I have to tell you something, I said I

22   am pregnant.   And that was it.   It was not a

23   big speech.

24        Q.   So was it in person?

25        A.   Yes.

Page 174

1                    A. DELGADO

2          Q.    What did he say back to you?

3          A.    He said, I was starting to think

4     you were, because I had noticed that you

5     were nauseated a few times.  And then he

6     said, this is going to be awkward because my

7     wife is expecting.  I said expecting what,

8     foolish me, he said a baby.  And I think

9     that's when it dawned on me in that moment

10    immediately that he had been lying that he

11    was legally separated from his wife.

12         Q.    Let's break that down a little

13    bit.  Nauseated, how did he know that you

14    had felt nauseated?

15         A.    I just remember him saying that.

16    I don't know how he noticed.  Maybe I said

17    it while we were eating a few times, I feel

18    nauseated.

19         Q.    Is that what precipitated you even

20    taking the pregnancy test in the first

21    place?

22         A.    No, I took it because I missed my

23    period.

24         Q.    Now, he said this is going to be

25    awkward, my wife is expecting.  What was

```
 1                      A. DELGADO
 2     your understanding of Jason's relationship
 3     with his wife at that point, up until that
 4     point?
 5          A.    Based on what he had represented
 6     to me multiple times, he and his wife were
 7     legally separated.  He lived in the basement
 8     of his home.  And when I inquires why they
 9     had not filed any divorce papers.  He said,
10     and this makes sense to me, that they were
11     waiting until after the election, because at
12     the time they separated, which was during
13     the Ted Cruz Campaign, they didn't want to
14     draw any negative attention to him and his
15     career.
16          Q.    Where was their home?
17          A.    Virginia.
18          Q.    Had you ever been to his home in
19     Virginia?
20          A.    No.
21          Q.    Had you ever met his wife?
22          A.    No.
23          Q.    Up until this point in time?
24          A.    No.
25          Q.    Had you ever spoken to his wife?
```

Page 176

```
1                   A. DELGADO
2        A.    No.
3        Q.    What did you say in response to
4   his point to you that my wife is expecting?
5        A.    I wish I could recall.  I think I
6   kind of like zoned out.  I don't recall what
7   I said.  It was an eerily calm conversation.
8   The next day, not at all, it was like Jekyll
9   and Hyde for him.  But I just don't recall
10  what I said.  I wasn't angry, just numb.
11       Q.    How long after you had this
12  conversation did you guys remain together,
13  not in a figurative sense, like physically
14  together?
15            MR. PHILLIPS:  Objection to form.
16       A.    To the extent, I am going to
17  answer this by whatever qualifies the
18  involvement we had, however you want to
19  label that.  He began almost instantly
20  acting differently and pulling away.  And at
21  one point told me that I could not be seen
22  waddling around the White House pregnant.
23       Q.    We will get to that comment.
24            Any other things that he said to
25  you that day when you first told him other
```

1              A. DELGADO

2    than what you have already recapped?

3         A.    Any other what, I am sorry?

4         Q.    Any other comments that he made to

5    you that day?  Did the waddling comment

6    happen the same time you told him?

7         A.    No, that came later.

8         Q.    I am trying to break it down

9    chronologically.  What else was said that

10   day when you told him, if anything?

11        A.    I can't recall.  The conversation

12   was quite -- it is a lot to take in.  So

13   that evening, none.  The next morning he

14   asked me, when we were sitting on the couch,

15   is there any chance you would terminate it

16   for me?  And that's when I got up and walked

17   out.

18        Q.    Did you stay with him that evening

19   into the next day, stay in his place?

20        A.    Do you mean the evening preceding

21   the remark about the termination request?

22        Q.    Yes.

23        A.    Yes, when I told him it was

24   already late, so I was already there for the

25   evening.  So I just stayed.

1                    A. DELGADO

2          Q.    And the next day he asked you if

3    there is any chance whether you would

4    terminate the pregnancy?

5          A.    Correct.  And that's when I got up

6    and I grabbed my things, and he got quite

7    physical.  It clearly dawned on his face

8    that I wasn't going to do it.  And I think

9    during the night he had kind of hoped that

10   he could convince me.  And I think it was

11   clear on my face that that was not an

12   option.

13         Q.    When you say got physical, did he

14   put his hands on you that day?

15         A.    Yes, but I don't like talking

16   about it.  I am sorry, I don't like talking

17   about it.  I mean, not like punching me.

18               Do you need me to like --

19         Q.    Just characterize it as best as

20   you can?

21         A.    I am trying to block it out so

22   much.  I got up, I grabbed my things.  And

23   he is a big guy, he has got really big

24   shoulders, he is a strong guy.  He has

25   worked as what bouncer.  And I just felt the

Page 179

1                    A. DELGADO

2    full force.  He grabbed me by the shoulders

3    and he shook me, you can't have this baby.

4    And he shook me so hard that I like fell

5    back and hit my head.  I never knew if I

6    fell back or if he pushed me back on the

7    table.  There was like a high table where my

8    coat had been.

9                    And his eyes were like black, like

10   demonic, like something had taken over,

11   horrible.  I will never forget the look on

12   his face.  I literally got like I felt I was

13   in a horror movie, I literally got so

14   scared, I grabbed my purse.  I think I even

15   left some stuff that was on the table.  I

16   grabbed my purse, I ran outside to the

17   elevator.  And the elevator wouldn't come.

18   And then he stopped to get like shoes on.  I

19   had a few seconds, I went into the elevator

20   just as he was coming out, right out of the

21   door, it is only about 20 feet, and the

22   elevator doors closed and I ran outside.

23   And I stopped the first tax I saw, and I

24   went straight to La Guardia and flew home.

25                   And then he called repeatedly,

```
1                    A.  DELGADO
2     repeatedly,  repeatedly,  and  I  wouldn't
3     answer.   To  what  I  will  never  abide,  I  will
4     never  abide  someone,  someone  being  physical,
5     I  can't.   I  just  shut  down,  I  shut  down  and
6     I  ignored  all  his  calls.
7          Q.   Had  he  ever  been  physical  with  you
8     before?
9          A.    No,  he  had  not.
10         Q.   Did  there  ever  come  a  time  prior
11    to  this  conversation  that  you  could  recap,
12    that  you  told  Jason  that  you  had  a  prior
13    pregnancy?
14         A.   Did  there  ever  come  a  time  prior
15    to  this?
16         Q.   I  am  trying  to  understand,  I  am
17    not  so  much  worried  about  what  he  knows  now,
18    but  as  you  were  sitting  there  in  late
19    November  of  '16  during  this  altercation  that
20    you  just  described,  was  he  aware  that  you
21    had  a  previous  pregnancy?
22         A.    No.   I  had  told  him  about  the
23    restraining  order,  but  I  had  not  mentioned
24    that  it  was  relating  to  a  pregnancy.   I
25    don't  think  he  knew  that  I  had  a  prior
```

Page 181

1                    A. DELGADO

2    pregnancy.

3         Q.    Did there come a time that you

4    informed any other individuals at work,

5    obviously aside from this instance with

6    Jason, that you were pregnant?

7         A.    Yes, I told Kellyanne and Steve in

8    an e-mail.

9         Q.    Approximately how long after your

10   conversation with Jason?

11        A.    A couple of weeks.  I didn't know

12   what to do, how do you handle this, who to

13   go to, who would help me, who would stab me

14   in the back, it is hard to know.

15        Q.    When you say you took a cab

16   straight to La Guardia, you went back to

17   Miami?

18        A.    Yes.

19        Q.    How long did you stay in Miami

20   then from this conversation?

21        A.    I can't recall.

22        Q.    Did you return to work at all

23   before the inauguration, so between late

24   November and mid January?

25        A.    Yes, I believe so.

1              A. DELGADO

2        Q.    Do you recall approximately how

3    many times you returned to New York?

4        A.    I can't recall.

5        Q.    Did you see Jason in person during

6    any of those times that you returned to New

7    York?

8        A.    Yes, I believe I saw him, yes, I

9    definitely saw him after that.  He

10   apologized.  And he finally got me to call

11   him back, because at first he was saying he

12   needs to call me back because we are making

13   cabinet appointments and you should be in

14   the loop.  And then I still ignored him.

15   And then Fidel Castro died.  So he is like

16   well, Fidel died and we need you to write

17   Trump's remarks, you are Cuban and Fidel

18   died and you have the chance to write the

19   remarks for Trump.  I had to, it was kind of

20   my duty.  I was still a professional and I

21   still had my obligations to the Campaign,

22   and we talked again because of that.

23        Q.    Did you have any more sexual

24   encounters with Jason after you told him

25   that you were pregnant?

                         A. DELGADO

1

2          A.    I can't recall, but I believe so.

3     He was apologetic.  And claimed he didn't

4     mean it when he asked me to terminate it and

5     that he would never be physical again.

6               MR. BLUMETTI:  I am going to take

7          another bathroom break.  If we could go

8          off the record.

9               THE VIDEOGRAPHER:  We are off the

10         record.  The time is 1:33 p.m. eastern

11         time.

12              (Luncheon recess taken.)

13              THE VIDEOGRAPHER:  We are back on

14         the record.  The time is 1:55 p.m.

15         eastern time.

16              (Whereupon, the record was read by

17         the reporter.)

18              MR. BLUMETTI:  I am going to mark

19         Defendant's Exhibit R, DEF 840 to DEF

20         841.

21              (Whereupon, an e-mail Bates

22         stamped DEF 840 to 841 was marked

23         Defendant's Exhibit R for

24         identification as of this date by the

25         reporter.)

Page 184

A. DELGADO

1

2       Q.   There are certain e-mails, I am

3   going to go through them with you.

4          Here is the one, it starts with,

5   "Here is an interesting juxtaposition"?

6       A.   Okay.

7       Q.   This appears to come from another

8   e-mail account ajdelgado6@gmail.com, does

9   that look like an e-mail that you recall or

10   had?

11       A.   That is my e-mail.

12       Q.   Do you know who you sent this

13   e-mail to?  I think it is just the problem

14   of the way the e-mail was recaptured, it

15   doesn't show the send?

16       A.   No.

17       Q.   In the opening sentence, you said,

18   "Here is an interesting juxtaposition that

19   highlights the abuse I have received lately

20   and how differently this was handled when a

21   white male who is close to Hope was

22   involved."

23          Who is the white male that you are

24   referring to?

25       A.   I think I saw when you scrolled

Page 185

1                    A. DELGADO
2    down earlier, I think it was about Corey.
3         Q.   Which specific abuse are you
4    referring to here?
5         A.   The I think commentary, the
6    abusive commentary.
7         Q.   When you say abusive commentary,
8    is that what you recaptured down here?
9         A.   I don't know, I would have to
10   read.
11        Q.   Sure, if you could just give it a
12   quick read, just so we have the full context
13   here?
14        A.   Can you scroll down some more.
15   Yes, this is about the incident with the
16   report, yes.
17        Q.   You testified to this earlier, I
18   am just curious what you meant by abuse,
19   which specific abuse are you referring to?
20        A.   I would consider anything -- not
21   anything, I consider when there is a
22   disparity between how a white male is
23   treated and a Hispanic female is treated, to
24   me that's abusive.
25        Q.   And in your own words, how was

1           A. DELGADO
2    Corey or Hope treated differently than you
3    in this particular situation?
4           A.   Well, I would be summarizing what
5    I wrote in the e-mail from seven years ago.
6    I guess it is all in the e-mail.  I would
7    just refer you to the e-mail.  It is much
8    more fresh in my recollection in the e-mail
9    than it is now.
10          Q.   Was this e-mail the first time
11   that you made any written complaints or oral
12   complaints at work regarding differential
13   treatment?
14          A.   I can't recall.  I think so, but I
15   can't recall for sure.
16          Q.   On 12/20/16, to your knowledge was
17   Steve Bannon working for the Campaign or --
18          A.   Campaign in my view.
19          Q.   Is that just based on your
20   observations or perceptions?
21          A.   No, there was just never any
22   formal like end of the Campaign.  We were
23   all still Campaign workers.
24          Q.   Did every single Campaign worker
25   that you worked with between August and

1              A. DELGADO

2    election night, the 16th, continue to work

3    with the Campaign entity itself following

4    the election?

5         A.    I don't know.

6         Q.    The same question for Kellyanne on

7    December 20 of '16, in your mind was

8    Kellyanne working for the Campaign, the

9    Transition team or both?

10        A.    I saw it as still the Campaign.

11        Q.    Directing your attention in this

12   e-mail, this e-mails actually shows the

13   individuals to who the e-mail was sent.

14             The middle e-mail December 21 of

15   2016 from you to Steve and Kellyanne, was

16   this the e-mail that you referred to just

17   prior to the break, when you advised them

18   that you were pregnant?

19        A.    Well, it is certainly an e-mail

20   telling them I am pregnant.  I don't know if

21   this was the e-mail or the only, I don't

22   recall.

23        Q.    Do you recall sending an e-mail to

24   them prior to December 21 of '16 about the

25   fact that you were pregnant?

A. DELGADO

1

2      A.    I don't recall.

3            This is definitely within a month

4      of my knowing, though.

5      Q.    And you said that aside from

6      Jason, the first two individuals you told

7      were Steve and Kellyanne; is that correct?

8      A.    No, that would be my family.

9      Q.    The first individuals at work?

10     A.    I think that's accurate.

11     Q.    The last third paragraph, you

12     said, "Please be advised that I am over two

13     months pregnant.  The team refusing to do

14     anything to stop this abuse which I have

15     been asking for, for days is not okay."

16           The abuse to which you are

17     referring, is that the same, quote, abuse

18     that you said when you felt that you were

19     treated differently in a similar situation

20     than Hope and Corey were treated?

21     A.    Than Corey was treated.

22     Q.    Than Corey was treated?

23     A.    Yes, that's what I am referring to

24     there.

25     Q.    You said that you have been asking

Page 189

A. DELGADO

1                          A. DELGADO
2  for this abuse to stop for days.
3            Do you recall whether you
4  mentioned any such, you know, alleged abuse
5  prior to the day prior to the date of
6  December 16?
7        A.  I think I probably mentioned it to
8  Jason, that Hope seems really unnerved and
9  kind of upset ever since I saw her with
10  Corey.  While it was common knowledge among
11  many of us, it wasn't among all of us.  So
12  she seemed to be kind of -- I don't want to
13  speculate, but seemed difficult towards me
14  ever since then.  She was probably
15  uncomfortable with mine being around having
16  seen what I saw, it was my understanding.
17        Q.  Do you know whether Jason had
18  relayed what you had said to him to others
19  at the Campaign regarding how you were
20  treated versus Corey?
21        A.  I don't know.
22        Q.  What was Hope's specific position
23  on the Campaign or the Transition or both?
24        A.  No one really knows what her
25  position was.  I don't.

Page 190

A. DELGADO

1

2    Q.    Do you know whether she worked in

3    the Comms Department?

4    A.    She certainly didn't go on TV or

5    draft talking points.  So I am not sure if

6    she did work in Comms per se, I don't know.

7    Q.    Do you know whether she reported

8    to Jason Miller?

9    A.    I don't know.

10   Q.    Do you have any idea who she

11   reported to?

12   A.    No, I don't.

13   Q.    Further up in the e-mail, it looks

14   like approximately seven minutes after you

15   sent your e-mail to A.J. and Steve, it looks

16   like Steve forwarded that to Jason saying,

17   "What is with the buried lede?"

18        To which Jason responds, "I will

19   call immediately after the daily press

20   briefing."

21        What does the phrase "buried lede"

22   mean?

23   A.    Well, I didn't write it.

24        MR. PHILLIPS:  Object to the form.

25   Q.    Are you familiar with the phrase

1                    A. DELGADO
2    "buried lede"?
3         A.    Somewhat.   It is not a phrase I
4    use often.
5         Q.    In your mind, do you know what
6    lede Steve believed to be buried?
7         A.    I don't know, I don't know.   I
8    find it -- what sticks out at me, is that I
9    find it interesting instead of replying to
10   me, someone who has just told you she is
11   pregnant, he is instead going to the guy and
12   asking him what is up.   How about replying
13   to me?
14        Q.    Did Steve ever respond to your
15   December 21 e-mail?
16        A.    No.
17        Q.    Did Kellyanne?
18        A.    No.
19        Q.    Do you know why Steve forwarded
20   your e-mail to Jason specifically?
21        A.    I don't know.
22        Q.    I don't want you to speculate, but
23   my question is did Steve now at this time
24   that you had engaged in a sexual
25   relationship with Jason?

Page 192

1           A. DELGADO

2           MR. PHILLIPS:   Objection.

3       A.    I don't know.

4       Q.    Circling back to your Amended

5   Complaint, paragraph 38, it says, that as

6   you testified before, You informed Miller

7   about the pregnancy, his initial response

8   was to ask her to terminate her pregnancy.

9   When she refused, he told her that she could

10  not be seen, quote, waddling around the

11  White House pregnant.

12          When exactly did Jason make that

13  comment to you?  I know you said it was not

14  the initial conversation?

15      A.    I think it was shortly thereafter.

16      Q.    Did he make that comment to you in

17  person or on the phone?

18      A.    In person.

19      Q.    So considering your testimony that

20  you left and flew back to Florida soon

21  thereafter, after you told him that you were

22  pregnant, is it fair to say that he made

23  this comment to you when you returned back

24  to New York?

25      A.    That would be fair.

Page 193

1                    A. DELGADO

2        Q.   Did he say this to you in person

3   or in writing?

4        A.   I think I already answered, I said

5   in person.

6        Q.   Did you say anything in response

7   to that comment?

8        A.   I wish I could remember.  I don't

9   think so.

10        Q.   Did you tell him not to say that

11   or that is inappropriate or anything like

12   that?

13        A.   He is still my boss.  So that's a

14   tricky one.

15        Q.   Did Jason apologize for making

16   that comment to you?

17        A.   Never.

18        Q.   Did you ever ask him to?

19        A.   No.  To ask him to apologize for

20   what he said?

21        Q.   Yes.

22        A.   I generally don't ask people to

23   apologize for what they said.

24        Q.   Why in your e-mail to Steve and

25   Kelly on December 21 of 2016 didn't you

Page 194

                            A. DELGADO

1                           A. DELGADO

2     mention Jason?

3          A.    Why didn't I mention Jason, in

4     what context?

5          Q.    When you sent that e-mail to Steve

6     and Kellyanne on December 21, you said

7     please be advised I am over two months

8     pregnant, but you didn't mention Jason, you

9     didn't mention that you believed him to be

10    the father of the child, why not?

11         A.    Well, I am trying to be as

12    discrete as possible.  That's also why I

13    only e-mailed Steve and Kellyanne.  You

14    asked earlier who did I tell.  I am trying

15    to be as discrete, be as professional as I

16    can.

17         Q.    Why didn't you mention Jason's

18    waddling comment to them in this e-mail, the

19    same answer?

20         A.    In writing, I don't think that's

21    necessary.  I am waiting for them to call

22    me.

23         Q.    Did you ever make any complaints

24    of discrimination to Sarah Sanders?

25         A.    No, but Sarah voiced complaints to

Page 195

1                       A. DELGADO

2     me about Boris, he made her cry once.

3           Q.    Did she tell you what he had said

4     or done that made her cry?

5           A.    A lot of women complained about

6     him.  So it wasn't anything unique.  In

7     Sarah's case, it was he had literally like

8     moved all of her stuff off of a desk he

9     wanted.  And then when she got there, he

10    kind of gave her like a gruff or very rude

11    remark.  And she told me with like tears in

12    her eyes.  The reason I say that is because

13    you asked -- I don't know if I reciprocated

14    with something also that I had experienced

15    similar with him, but possibly, but I don't

16    recall.

17          Q.    Did Sarah attribute this to gender

18    based conduct on the part of Boris?

19          A.    I believe so, because she had also

20    on other occasions noticed, had others where

21    Boris was just rude to the women, not to the

22    men.

23          Q.    Was Boris ever rude to you?

24          A.    He made fun of my accent.

25          Q.    Right, I understand you said that.

Page 196

                    A. DELGADO

1                        Did he ever make any gender based

2   comments to you?

3       A.    The little one about Kayleigh

4   McEnany.   I am not a huge fan of Kayleigh.

5   But I think it is horrible to say that her

6   Fox News nickname was Dick and she slept

7   around.   I don't have to be that person to

8   be offended by that as a woman.

9       Q.    No, I understand.  I understand

10  the comment that you testified he made about

11  Kayleigh.   I am asking did he ever make any

12  gender based comments to you about you?

13      A.    Not that I can recall the specific

14  instance.  Maybe some that are not

15  appropriate.  Like one day I was wearing

16  some dress that he was like oh, Delgado, you

17  clean up well, kind of like.  But that's

18  like the kind of thing, that was somewhat

19  maybe like gender based, like you look hot.

20  But that's the only example that currently

21  comes to mind that I would consider gender

22  based.  At this time I can't think.  But

23  just general like gruff behavior, rude,

24  gruff behavior.

Page 197

1                    A. DELGADO

2          Q.   Do you know whether Sarah ever

3    made any complaints regarding Boris's

4    behavior?

5          A.   I don't know.

6          Q.   Did you ever make any complaints

7    regarding Boris's behavior?

8          A.   I think we all kind of vented to

9    Jason about it.

10         Q.   Do you know whether Jason ever had

11   any conversation with Boris about his

12   behavior?

13         A.   I don't know if he did.  Jason's

14   approach was more, everyone hates him, even

15   Eric can't stand him.  He is done, he is

16   out, he has like hung his own rope is what

17   he told me once, like let it be.  You only

18   have to put up with it a little while

19   longer.

20         Q.   My question is do you know whether

21   he ever said anything specific one way or

22   another to Boris?

23         A.   I do not know.

24         Q.   Paragraph 39 of your complaint,

25   you say, "Around December 21, 2016,

```
1                      A.  DELGADO
2      Ms.  Delgado  e-mailed  Bannon  and  Kellyanne  to
3      inform  them  of  the  pregnancy."
4                  Is  that  the  e-mail  we  just  saw  up?
5          A.    I  believe  so.
6          Q.    In  paragraph  40,  you  say  "The
7      following  day,  around  December  22,  2016,
8      Miller  raised  Ms.  Delgado's  pregnancy  during
9      a  morning  conference  call  with  Preibus  and
10     Bannon,  which  has  been  scheduled  to  discuss
11     Miller's  appointment  as  White  House  Comms
12     director,  announced  later  that  day."
13                 Were  you  also  a  party  to  that  call
14     between  the  three  of  them.
15         A.    No,  I  believe  this  was,  this  was
16     in  one  of  the  books  Miller  talks  about  this
17     or  something.    This  has  been  reported  on
18     somewhere.
19         Q.    One  of  the  books?
20         A.    One  of  the  books  with  which  Miller
21     cooperated  that  are  written  about  the  Trump
22     Campaign.    This  was  in  there,  or  Bannon  has
23     said  this.    I  can  later  find  the  source  for
24     this  for  you.
25         Q.    Are  you  saying  that  Jason  goes
```

1                           A. DELGADO

2       through this or participates in writing

3       books on the Trump Campaign?

4              A.     He has served as a source both on

5       the record and off on multiple books, such

6       as Vicky Wards, three of Michael Wolff's.

7       He was never threatened with a $1.3 million

8       NDA violation like I was.  He has openly

9       contributed to books, which then write a

10      favorable profile of him.

11             Q.     Do you know what Steve said in

12      response to that pregnancy news, if

13      anything?

14             A.     I don't know, I was not there.

15             Q.     In paragraph 41, "Upon learning of

16      Miller's appointment, you wrote or allege

17      that Ms. Delgado called Bannon directly to

18      confirm he was aware of her pregnancy, then

19      reassured Ms. Delgado that everything would

20      be okay, but refused to discuss her request

21      for a job in the White House, promising

22      instead that someone would reach out to her

23      later that day to discuss the issue.

24      Despite this promise, nobody reached out to

25      plaintiff."

Page 200

```
 1                    A. DELGADO
 2              Why did you call Steve on
 3      December 22?
 4           A.   Again, I was trying to address
 5      things proactively.  And I was concerned
 6      when I saw that Miller had been appointed
 7      when it was announced by an ABC News tweet,
 8      no heads up was given to me.  Given that
 9      Miller had steadfastly said, you and I can't
10      both be in the White House, you can't be
11      seen waddling around the White House
12      pregnant.  When I see he is appointed, that
13      likely means I am not, so that's why I
14      called Steve.
15           Q.   What did you say to Steve during
16      that call?  I know it is paraphrased here,
17      but can you give more of sum and substance
18      of what happened during that call?
19           A.   I would be speculating.
20           Q.   But you do recall that Steve
21      reassured you that, quote, everything would
22      be okay?
23           A.   Yes, but as to the actual
24      substance or sentences that were said, I
25      would not be able to give you specifics.
```

Page 201

1                      A. DELGADO

2          Q.   Did you raise any specific

3     concerns with Steve?

4          A.   Yes, I am pregnant and I need my

5     job.  And you guys just appointed the guy

6     who said -- that would have been the gist of

7     it, I am paraphrasing, you guys just

8     appointed the guy that said he and I both

9     can't be in the White House together because

10    of my pregnancy, because I would be waddling

11    around because it was embarrassing, so what

12    is up?  That kind of call.

13         Q.   Why did Jason tell you that you

14    both cannot be in the White House?

15         A.   Well, I think it is obvious that

16    you in a Republican administration.  But you

17    know what, maybe ask him.  Let me not put

18    words in his mouth.

19         Q.   Did he ever give you an

20    explanation for why he said that to you?

21         A.   No.  His position was simply, you

22    can't be walking around the White House

23    pregnant with my child.

24         Q.   Did he have an expectation that

25    people would learn that he was involved?

1          A. DELGADO

2          MR. PHILLIPS:  Object to form.

3     A.    I don't know what his expectation

4  is -- was.

5     Q.    I am only asking to the extent

6  that he expressed that expectation to you?

7     A.    He did not explain.

8     Q.    When you raised these concerns to

9  Steve, like you just said, do you recall

10  anything that he said other than everything

11  would be okay?

12     A.    I know my feeling when I got

13  off -- I can't speculate.  I was cautiously

14  optimistic when I got off the phone.  But I

15  don't recall.

16     Q.    You said earlier that you knew

17  Steve Bannon before you started working on

18  the Campaign; is that correct?

19     A.    Yes.

20     Q.    How would you characterize your

21  interactions with Steve in 2016?

22     A.    Always very friendly.  He was very

23  fond of me.  We have been friends since at

24  least 2013.  I was even a witness on his

25  behalf of sorts when he was under FBI

Page 203

                        A. DELGADO
1
2    investigation for registering a fake address
3    in Florida.  We had always had a good and
4    respectful and friendly relationship.
5         Q.   Did Steve during the time period
6    that you were working for the Campaign ever
7    make any derogatory or discriminatory
8    comments to you?
9         A.   No, not that I can recall.
10        Q.   After Steve was made aware of your
11   pregnancy in and around the time period that
12   we are talking about, did he have make any
13   derogatory or discriminatory comments
14   regarding your pregnancy?
15        A.   Not that I am aware of, not to me
16   directly.
17        Q.   That's what I am asking you, to
18   you directly or in your presence?
19        A.   No, he ghosted me.
20        Q.   Aside from Steve ghosting you, did
21   Steven engage in any conduct that you
22   believed to be discriminatory?
23        A.   Yes, what is in the complaint.  Is
24   that like a legal answer you are asking me
25   for?

1           A. DELGADO

2           Q.    No, it is not.  I am just asking

3    you whether Steve engaged in any conduct,

4    action or inaction, which you believe to be

5    treating you differently because you were a

6    woman?

7           A.    But I don't know what actions he

8    engaged in or didn't engage in.

9           Q.    I am asking in your mind, do you

10   have any information?

11          A.    Well, I think when you know a high

12   level employee is pregnant, informs you of

13   the pregnancy, you are informed of the

14   pregnancy, when you just shut down on her,

15   there is, I consider that to be telling.  So

16   that's the answer then.

17          Q.    And anything other than that, the

18   ghosting so to speak?

19          MR. PHILLIPS:  Object to form.

20          A.    I think appointing Miller itself

21   is discriminatory and troubling, given that

22   they were aware in advance of the

23   appointment.

24          Q.    Are you saying by virtue of the

25   fact that Miller had impregnated you, that

Page 205

1                    A. DELGADO

2    sort of unqualified him for the position in

3    and of itself?

4              MR. PHILLIPS:  Object to the form.

5         A.   I am not a legal expert on -- I am

6    not in their mind as what qualifies or

7    doesn't qualify.

8         Q.   I am just trying to drill down a

9    little bit.  You said that you believe that

10   Steve's actively appointing Miller after

11   being put on notice of the fact that he

12   impregnated you, do you believe that to be

13   differential treatment?  I am asking you for

14   the reasons why you believe that?

15        A.   Well, you just have a married

16   Campaign director impregnant his direct

17   subordinate, you give him a job and you

18   don't appoint her to one.  Yes, the

19   appointment of Miller in and of itself is I

20   believe discriminatory on more than one

21   ground.

22        Q.   When was the last time you saw

23   Steve?

24        A.   Probably in the war room, probably

25   in December.

1               A. DELGADO

2          Q.    Of '16?

3          A.    Yes.

4          Q.    When was the last time you spoke

5     to Steve?

6          A.    That I can't recall.

7          Q.    Was it this year?

8          A.    No, it has been a few years.

9          Q.    Do you recall what the sum and

10    substance of your last conversation with him

11    was?

12         A.    No.

13         Q.    Was it about your lawsuit?

14         A.    I think like in 2018 he said

15    something about Miller, how he knew Miller

16    was like saying things about him.  I was

17    trying to get back on Steve's good grace at

18    the time, because I really needed a job to

19    support William.

20              So I think like we briefly

21    chatted.  And I was trying to be like as

22    friendly as I could.  That's all I could

23    remember.  I was really trying hard to get

24    back in his good grace.

25         Q.    Have you ever met Reince Preibus?

Page 207

1                    A. DELGADO

2         A.    Yes, of course.

3         Q.    When was the first time?

4         A.    I don't know, I think at the RNC

5    in the summer of 2016.

6         Q.    The same event at which you met

7    Jason?

8         A.    Yes.

9         Q.    How often would you say you

10   interacted with Reince in 2016?

11        A.    Hardly, because I would tell you

12   why, the RNC people despised the Trump

13   Campaign people, and thought we were in for

14   a loss.  And because of us, people like Abe

15   Walsh and Brad Shaw and Reince, that we had

16   ruined the conservative's chances of taking

17   the White House.  They treated us as though

18   we had some sort of flesh-eating disease.

19   So no, I didn't see Reince much or Daisy or

20   any of the RNC people, until we won and they

21   came in throwing elbows and acting like they

22   owned the place.  That's politics.

23        Q.    Did Reince ever work for the

24   Campaign?

25        A.    No, he was at the RNC.

Page 208

1                           A. DELGADO
2           Q.    Did Reince ever make any
3     derogatory or discriminatory comments to you
4     gender based?
5           A.    No, we had almost no interaction,
6     very few.
7           Q.    After Reince was made aware of
8     your pregnancy in or around this time, did
9     he ever engage in any conduct which you
10    believed to be discriminatory?
11          A.    I don't know.  I guess the RNC
12    would know if they had any complaints or
13    lawsuits.
14          Q.    I am asking you about you
15    specifically, did Reince ever say or do
16    anything to you that you felt to be gender
17    based?
18          A.    No.   We only talked a few times in
19    person.
20          Q.    When was the last time that you
21    saw Reince?
22          A.    I know it was in New York in the
23    war room after we won.  But I don't recall
24    the month.  It would have been late November
25    or December, 2016.

```
1                    A. DELGADO
2           Q.   And when was the last time that
3    you spoke to Reince?
4           A.   It would have been then, perhaps
5    even like a quick hello, how have you been.
6           Q.   How about Kellyanne Conway, did
7    she have ever make any derogatory,
8    discriminatory comments to you?
9           A.   There was an incident, as I
10   alluded to earlier, people noticed how fond
11   Trump was of me.  There was one incident
12   where we had all known down somewhere
13   together.  And Trump kept saying you are
14   going to come to dinner, you are coming to
15   dinner tonight at Mar-A-Lago.  And then
16   Kellyanne kind of cornered me by the
17   bathroom and was like you don't want to come
18   to dinner, why don't you go see your mom and
19   take an Uber back to Miami and go see your
20   mom, she probably has missed you because I
21   had been in New York.  To me that's a little
22   bit discriminatory, because this is oh, this
23   is another female and she always has like
24   Trump's attention kind of thing.  So if I am
25   giving an honest answer, that would be the
```

```
1                    A. DELGADO
2    incident that most sticks out in my mind.
3        Q.    Anything other than that?
4        A.    Not that I can recall at this
5    time.  I had so many conversations with
6    Kellyanne, not that I can recall.
7        Q.    Are you speculating that you felt
8    that she said that to you because she wanted
9    the attention to herself, did she ever say
10   that to you?
11       A.    No, I 100 percent felt that way at
12   the time and still to do.  I have been down
13   the block, I know when things are said in a
14   certain way and why you are cornered a
15   certain way and encouraged to go see your
16   mom and not come to dinner and why that is,
17   I understand what was going on.  But I don't
18   like to ruffle people's feathers.  So I went
19   home, I took the Uber, because I liked
20   Kellyanne, and I wanted to be a team player
21   and not upset people.
22       Q.    When did that happen, that
23   situation that you just referred to?
24       A.    It was like around the time of
25   that West Palm rally.  So I don't remember.
```

                        A. DELGADO

1          Q.    Do you know what month it was?

2          A.    I can even tell you what I was

3    wearing, but I can't tell you the month.

4          Q.    Was it before the election?

5          A.    I believe it was before the

6    election, yes.

7          Q.    Did you ever make any complaints

8    to anybody about Kellyanne's insistence that

9    you go see your mom?

10         A.    No, I don't like to complain.

11         Q.    Did Kellyanne ever make any

12   comments or insults to you regarding your

13   pregnancy?

14         A.    No, she never spoke to me about

15   it.

16         Q.    Did Kellyanne engage in any

17   conduct other than what you just said about

18   the Mar-A-Lago event which you believe to be

19   discriminatory differential treatment?

20         A.    No.  But I will note that in

21   January or February, I think it was, when I

22   was going through the pregnancy alone, I was

23   walking by a burger place where they were

24   showing a rally, like a right-to-life rally.

Page 212

```
1                    A. DELGADO
2    And Kellyanne was speaking.  And she was
3    speaking about the importance of letting
4    single mothers and unwed mothers know that
5    we are there for them.  And that was tough,
6    that was tough.
7           Q.   When was the last time that you
8    saw Kellyanne in person?
9           A.   December in the war room, 2016.
10          Q.   When was the last time you spoke
11   to her?
12          A.   When was the last time what, that
13   I spoke to her?
14          Q.   Yes.
15          A.    It probably would have been in the
16   war room in person if I saw her.
17          Q.   Did you write any letters or
18   e-mails or similar communications to
19   Kellyanne after the inauguration?
20          A.   What do you mean when you say
21   similar e-mails?
22          Q.   I meant similar communications,
23   like a text message, e-mail, a letter?
24          A.    Oh, I know I have had contacts
25   with her since then.  I know like through
```

Page 213

1                    A. DELGADO
2     George, I have said like, you know, your
3     daughter is doing, she is a smart girl, she
4     is so inspiring about their daughter, she is
5     a firecracker, I love that.  I am trying to
6     think if I had any direct communications
7     with her, I don't know, I don't recall.
8          Q.   Did you ever send her any
9     communications regarding your time working
10    on the Campaign or the Transition team?
11         A.   Did I ever what, I am sorry?
12         Q.   Send her communications recapping
13    or referencing your time working on the
14    Campaign or the Transition team?
15         A.   I don't recall.
16         Q.   When you sent that e-mail to Steve
17    and Kellyanne on December 21, you thought
18    that Steve ghosted you, to use your words;
19    right?
20         A.   Yes.
21         Q.   Did you feel that Kellyanne
22    ghosted you too?
23         A.   Sadly, yes.  That's why it hurt so
24    much when I was watching her say that on
25    that screen.

```
1                    A. DELGADO
2         Q.    Why did you not sue Kellyanne in
3    this lawsuit?  Why did you only sue Steve?
4              MR. PHILLIPS:   Object to form.
5              Just a reminder, to the extent that it
6              was attorney/client privilege, you are
7              not to answer.
8         A.    That's what I was going to say,
9    those were decisions made in communications
10   with my attorneys.
11        Q.    Your prior attorneys?
12        A.    Yes.
13        Q.    Why did you not sue Jason in this
14   lawsuit?
15        A.    Same answer.
16        Q.    Circling back to your complaint
17   which is still up, paragraph 41?
18        A.    Okay.
19        Q.    You said in the last sentence,
20   Despite this promise that Steve made to you
21   that someone would reach out to discuss,
22   that nobody reached out to you.
23              Do you have any idea why that's
24   the case?
25        A.    No, I don't.
```

Page 215

1                    A. DELGADO
2        Q.   Did something happen on
3   December 22 of 2016?
4        A.   Can you be more specific?
5             MR. BLUMETTI:   I am going to mark
6        an additional exhibit.
7        Q.   Can you see these series of
8   tweets?
9        A.   Yes.
10            (Whereupon, a series of Tweets was
11       marked Defendant's Exhibit S for
12       identification as of this date by the
13       reporter.)
14       Q.   I would like to mark this as
15   Defendant's Exhibit S.   This document
16   purports to be certain tweets that were
17   posted to your Twitter account, although the
18   specific date of the tweets is not set forth
19   on these documents, I am going to represent
20   that these tweets were posted on
21   December 22.
22            Do you dispute that date?
23       A.   No, but I would like you to
24   clarify at what time.
25       Q.   Actually, I don't have the time.

Page 216

A. DELGADO

1    I just have that it is December 22, 2016.

2

3            Do you dispute that you posted

4    these tweets on that date?

5        A.    The date sounds accurate.    The

6    reason the time is relevant, is because at

7    one point you sued me for claiming that I

8    had disclosed that he would be Comms

9    director when that was not disclosed.    But

10   it had been by ABC News two hours earlier.

11   That's why I asked you for it, but maybe at

12   some point you could get the copy as to the

13   time.

14       Q.    Do you have any understanding of

15   the time of the tweets, whether it was

16   morning, afternoon?

17       A.    No, because there is four, so I am

18   not going to say.

19       Q.    I see there were hours in between?

20       A.    Yes.

21       Q.    Any idea of the time of the first

22   tweet, whether it was the morning, afternoon

23   or evening?

24       A.    I think afternoon.

25       Q.    Directing your attention to the

```
 1                      A. DELGADO
 2      first tweet at the top it says,
 3      "Congratulations to the baby-daddy on being
 4      named White House Comms director."
 5              Would this tweet have been posed
 6      by you shortly after the news broke that
 7      Jason was slated to be the Comms director?
 8          A.   It was like two to three hours
 9      later.
10          Q.   The third tweet says, "The 2016
11      version of John Edwards."
12              And the fourth tweet says, "So an
13      announcement forthcoming concerning the new
14      Comms director @Jason Miller in DC tonight."
15              Why did you refer to Jason as the
16      baby-daddy in the top two?  What were you
17      trying to communicate?
18          A.   I was trying to raise a flag and
19      voice my belief that I was being
20      discriminated against due to the pregnancy.
21      And that was a -- I suppose what I
22      considered some sort of clever way to convey
23      that.
24          Q.   When you say the baby-daddy, were
25      you trying to convey that he was in fact the
```

```
1                    A. DELGADO

2    father of your child, as opposed to just a

3    father of any child?

4         A.    No, yes, right, right mine, that's

5    accurate.

6         Q.    When you referred to Jason as the

7    2016 version of John Edwards, what were you

8    trying to communicate there?

9              MR. PHILLIPS:  Object to the form.

10        A.    What I was trying to communicate

11   with the tweet?

12        Q.    What was the point you were trying

13   to make?

14             MR. PHILLIPS:  Object to form.

15        A.    The same thing, alerting that he

16   was being nominated or appointed to a role,

17   I was not, I was pregnant, the same as John

18   Edwards had gotten his mistress pregnant.

19        Q.    In posting these tweets, were you

20   implying that Jason was involved in some

21   sort of extra-marital affair?

22        A.    No, it was more about I am

23   pregnant.

24        Q.    Then why refer to John Edwards?

25        A.    Because it was also due to an
```

Page 219

```
 1                    A. DELGADO
 2      extra-marital affair, lots of people had
 3      extra-marital affairs, I would have chosen
 4      Bill Clinton if that was the case.  The
 5      point of choosing John Edwards was because I
 6      am pregnant.
 7          Q.    In the fourth tweet, what
 8      announcement regarding Jason did you believe
 9      would be forthcoming?
10          A.    I don't recall.  I think I maybe
11      was going to speak with more detail as to
12      what I was experiencing is what I would
13      speculate that I meant there.
14          Q.    I am just trying to put this in
15      chronological context, when we talked about
16      earlier that you spoke to Steve on the
17      morning of December 22, that someone would
18      reach out to you and nobody did, why did you
19      post these tweets that same day?
20          A.    Steve will literally e-mail back,
21      the entire time I have known him or call me
22      back, within seconds.  He didn't.  It became
23      obvious to me, not even I will call you
24      later, I am busy now, I will call you later.
25      It became obvious to me he was not going to
```

Page 220

```
 1                    A.  DELGADO

 2   reach out.

 3        Q.    That same day to you it already

 4   became obvious?

 5        A.    Yes, these things move quickly.

 6        Q.    So before you posted these series

 7   of tweets on December 22, did anyone

 8   specifically tell you that you were no

 9   longer eligible --

10             THE WITNESS:  I am sorry, hold on

11             a second, Mr. Blumetti.  What you said

12             somehow turned on my Siri, it thought

13             it was asking you a question, on my

14             laptop.  I am sorry, carry on.

15             MR. BLUMETTI:  That's a modern day

16             issue.

17             THE WITNESS:  Right.

18        Q.    Before you posted these series of

19   tweets on December 22, did anyone

20   specifically tell you that you would no

21   longer be eligible for a position at the

22   White House?

23        A.    No, no one specifically told me

24   that.  I think it was communicated by

25   Miller's appointment, given that Miller had
```

1               A. DELGADO

2        said that we both couldn't be in the White

3        House.

4               MR. BLUMETTI:  I would like to

5           mark this as Defendant's Exhibit T.

6               (Whereupon, an Series of e-mail

7           Bates stamped P3 to P4 was marked

8           Defendant's Exhibit T for

9           identification as of this date by the

10          reporter.)

11       Q.    It purports to be an e-mail or

12       series of e-mails that you sent to different

13       individuals.  The bottom one is from

14       December 23 of '16 that you sent to Steve

15       Bannon and Reince Preibus.  The top e-mail

16       is the one that you sent the next day on the

17       24th to Sean spicer, the Bates stamp is P3

18       to P4.

19               Do you recognize these e-mails?

20       A.    I produce them and they have the

21       Bates stamp, sure.

22       Q.    Directing your attention to the

23       third paragraph, you wrote that Miller has

24       known about the pregnancy since a few days

25       before Thanksgiving.

1          A. DELGADO

2          Does that refresh your

3    recollection as to when you told Jason that

4    you were pregnant?

5          A.    I thought it was like the night

6    before.  But this is probably more accurate.

7    It was definitely like just before

8    Thanksgiving.

9          Q.    In the fourth paragraph, you

10   wrote, "Since the affair and pregnancy could

11   embarrass the Campaign/Team/Miller, et

12   cetera, I repeatedly asked Miller to be sure

13   to inform you all of this, so you could have

14   the full information regarding to whom to

15   give the Comms director role."

16          Did you post your tweets on

17   December 22 knowing that they could

18   embarrass the Campaign, the team and/or

19   Jason?

20          MR. PHILLIPS:  Objection to form.

21          A.    When you say knowing, I dispute

22   that they did embarrass the Campaign, and

23   that certainly was not my intent.  I was

24   just voicing my belief that I was being

25   discriminated against.  And I have a little

A. DELGADO

1
2  baby in my stomach that I need to provide
3  for.  So I was just voicing what was going
4  on.
5      Q.   But it's fair to say that your
6  tweets didn't reference discrimination, when
7  you referenced baby-daddy, John Edwards,
8  were you using those words purposely to
9  embarrass the Campaign or Miller?
10         MR. PHILLIPS:  Objection.
11     A.   I disagree.  I think they are
12  directly referencing discrimination, because
13  I am pointing out that he has just been
14  appointed Comms director.  So that is solely
15  my intent in posting those tweets.  The
16  Campaign had a tough skin when it came to
17  embarrassment.  When Hope Hicks had a
18  shouting match with Corey in the middle of
19  the New York street and Page 6 reported on
20  it, no one seemed to mind that.
21         So I find it odd that they
22  subsequently said that this embarrassed
23  them.  The truth shouldn't be embarrassing.
24     Q.   Further down in the fourth
25  paragraph, you wrote that Jason had told you

Page 224

1                     A. DELGADO

2    that Steve and Reince knew about your

3    pregnancy, but it actually turned out that

4    they did not know.

5              How did you know on December 23,

6    that Steve and Reince were not aware of your

7    pregnancy, did they tell you that?

8         A.   I don't recall.

9         Q.   That might have been a bit

10   jumbled, I was just trying to characterize

11   what you wrote here.

12        A.   I believe at some point -- what is

13   your question again, sorry?

14        Q.   I know, that's why I wanted to

15   highlight it for you.

16             How did you know on December 23 of

17   '16 that Steve and Reince as it turned out

18   were not aware of your pregnancy?

19        A.   They were.  I am mistaken here.

20   They were aware.

21        Q.   When did Steve and Reince find out

22   about your pregnancy?

23        A.   Well, we know Steve knew because

24   of the e-mail I sent to him.

25        Q.   The day prior?

Page 225

```
 1                    A. DELGADO
 2        A.    Right.
 3        Q.    Or two days prior?
 4        A.    Right, which he then forwards to
 5   Miller.  And I believe Reince was referenced
 6   somewhere, that that was when he had the
 7   conversation with Miller about when they
 8   met.  And Miller said I am going to patch
 9   everything up.
10        Q.    Who told you that Reince had
11   apparently said this is 2016 and no one will
12   care?
13        A.    Miller told me that.
14        Q.    And then he said in the next
15   sentence, I do not believe that conversation
16   ever even took place.
17              What made you believe Reince never
18   made that comment after all?
19        A.    I do believe that conversation
20   took place.  I think I was trying to be --
21   that's the problem with reading e-mails
22   years later.  I think in that moment, as you
23   see, this e-mail is being sent to Reince.  I
24   am trying to be diplomatic.  Kind of like
25   when you know someone has done something
```

```
1                    A. DELGADO
2     bad, and you are like, I know that's not
3     you, I know you didn't do that.  That's why
4     I put in there like, I know you didn't say
5     that, even though I know he did.  But since
6     this e-mail is being sent to him, I am
7     trying to give him some wiggle room.
8          Q.    So is it your testimony that you
9     believe that Reince did in fact say that it
10    is 2016, and no one will care?
11         A.    Yes, I believe Reince knew about
12    the pregnancy.  And I believe Jason at that
13    point told them the jig was up.
14               I mean, was that referencing the
15    affair?  I am speculating, was it
16    referencing the affair, the pregnancy?  I
17    don't know, I was not there.  So I can't --
18    you would have to ask Reince.
19         Q.    On the second page, it says, "In
20    the past few days, however, I have
21    apparently as punishment for an affair
22    started by a supervisor and as punishment
23    for a pregnancy have been removed from the
24    org chart and been removed from any job
25    responsibility at least from any job
```

Page 227

1                    A. DELGADO

2      adequate for someone with my resume and

3      experience."

4               What is your factual basis for

5      asserting that you were punished for an

6      affair and pregnancy?

7         A.   Just as it says right there, I

8      didn't receive the job that has been

9      promised to me multiple times and my job

10     that I was obviously on track for.

11        Q.   How do you know that your name was

12     removed?

13        A.   Because Miller was suddenly being

14     very evasive about showing me the org chart

15     despite previously having told me in

16     writing, you are on the org chart, you are

17     going in, exclamation point.  Another

18     e-mail, I have spoken to Reince on the

19     plane, he says everyone from Comms is going

20     in.

21        Q.   Did you ever see an org chart with

22     your name on it?

23        A.   Yes, at some point Miller was

24     drawing it on his board.

25        Q.   A physical drawing in person?

Page 228

1                    A. DELGADO

2        A.    Yes, and he also showed me one

3   that was printed out.

4        Q.    Have you ever seen an org chart

5   that did not have your name?

6        A.    No.   It was a belief I had that I

7   had been removed from it.

8        Q.    Assuming your belief is true, do

9   you know when your name was removed from the

10  org chart?

11       A.    I don't know.

12       Q.    Do you know the reasons why your

13  name was removed from the org chart?

14       A.    Are you saying it was?

15       Q.    I am asking you do you know the

16  reason why your name was removed from the

17  org chart?

18       A.    Do I know why?   No, of course I

19  don't.   I have my belief why, as far as

20  reasons, I don't.

21       Q.    I understand your belief, trust

22  me.   I am asking if you have any factual

23  basis to support the reasons why your name

24  may or may not have been removed from the

25  org chart?

Page 229

1          A. DELGADO

2          MR. PHILLIPS:  Objection to form.

3     A.   Say that again.

4     Q.   I believe you have already

5  answered it.

6          To the extent that your name was

7  removed from the org chart, did your tweets

8  on December 22 or 24 have anything to do

9  with it?

10    A.   I don't know.

11         I hope not, because that would be

12 removing someone from an org chart for

13 complaining about discrimination.  So I hope

14 not.

15    Q.   Did Steve or Reince respond to

16 this e-mail?

17    A.   I have produced everything I have,

18 so you know better than I, you have the

19 production in front of you.  I don't recall

20 if they did.

21         MR. BLUMETTI:  Let's mark this I

22     believe Defendant's Exhibit U.

23         (Whereupon, a one-page document of

24     tweets was marked Defendant's Exhibit U

25     for identification as of this date by

1                    A. DELGADO

2          the reporter.)

3          Q.    It is a one-page document, another

4     series of tweets.   Again, the specific date

5     is not set forth, but I am going to

6     represent that these tweets were posted on

7     December 24 of '16.

8              Does that sound correct to you?

9          A.    Yes.

10         Q.    Did you write each of these three

11    tweets?

12         A.    It looks accurate.

13         Q.    In the top tweet you wrote, "Jason

14    Miller.   Who needed to resign ...

15    yesterday."

16              Who is Sean PMCD, whose handle is

17    that?

18         A.    That's Sean McDonald, he is a law

19    school classmate of mine.   As you could see,

20    it is a reply.   He was asking me who I was

21    talking about in the baby-daddy tweet, and I

22    answered.

23         Q.    In the second tweet, "When people

24    need to resign graciously and refuse to, it

25    is a bit ... spooky."

1                           A. DELGADO

2                  Why did you post these additional

3         tweets on the 24th?

4              A.    Continuing to call attention to

5         what is going on.

6              Q.    And the same question I asked

7         similar to the December 22 tweets, did

8         anyone tell you specifically before you

9         posted these additional tweets that you

10        would no longer be considered for a position

11        in the White House?

12             A.    Not explicitly, but by Jason's

13        appointment that is what was being told, not

14        explicitly but implicitly.

15             Q.    Did Jason ultimately resign from

16        the White House Comms director role?

17             A.    Only after these tweets.

18             Q.    On which day?

19             A.    I don't recall.

20             Q.    Would it refresh your recollection

21        if I told you that he resigned on

22        December 24, the same day as these second

23        set of tweets?

24             A.    No, because I am guessing you are

25        going off of when it was announced.  We

1                    A. DELGADO

2       don't really know when or what -- I don't

3       know.

4              Q.   Do you know when the announcement

5       was made that he was resigning?

6              A.   I don't recall.  But we could both

7       Google that, I am sure.

8              Q.   Did your December 22 and

9       December 24 tweets get any attention in the

10      media?

11             A.   Attention in media, all tweets

12      about the Trump Campaign get attention.

13             Q.   Were any articles written about

14      these tweets?

15             A.   Articles were going to be written

16      anyway, because I was kind of, also kind of

17      getting ahead of a storm.  On December 21,

18      before I posted any tweet, Alex Isenstadt of

19      Politico had contacted both Miller and

20      myself that he had received a tip that

21      Miller and were having an affair and he was

22      going to write about it.

23             Q.   So are you characterizing your

24      tweets on the 22nd and 24th as bringing your

25      attention to a complaint as you said or to

Page 233

1                          A. DELGADO

2      get ahead of a negative press story?

3           A.    No, no, no.   This attention was

4      going to happen anyways is what I was trying

5      to convey to you with Alex Isenstadt.   My

6      tweets were my story and my raising a flag

7      and giving myself a voice with all the

8      discrimination I felt that was going on.

9           Q.    Were these tweets the topic of any

10     news segments on television, did you see

11     any?

12          A.    I don't have cable TV.

13          Q.    The media attention that was

14     garnered by way of these tweets, was it

15     positive or negative?

16               MR. PHILLIPS:   Object to form.

17          A.    I don't know how to answer that.

18     You would have to ask the people who have

19     received it.

20          Q.    Did you ever see or read any

21     articles at all about the tweets that you

22     posted?

23          A.    I don't recall.

24          Q.    Would you characterize these

25     tweets as impulsive?

Page 234

                        A. DELGADO

1

2        A.    Absolutely not, no.   I had been

3    pregnant for four weeks.

4        Q.    How would you characterize them?

5        A.    It is a mother voicing a concern

6    and raising a flag who is a little bit

7    afraid about what is going on and feels

8    there is a little bit of an injustice going

9    on here, soon to be mother, which is a scary

10   position to be in.

11          THE WITNESS:   I am going to slide

12       my table over a little bit, because I

13       want to connect the battery.   So I

14       don't suddenly disappear.

15          THE VIDEOGRAPHER:   We are off the

16       record.   The time is 2:56 eastern time.

17          (Whereupon, a short recess was

18       taken.)

19          THE VIDEOGRAPHER:   We are back on

20       the record.   The time is 3:05 p.m.

21       eastern time.

22          MR. BLUMETTI:   Corey indicated

23       that we have been on the record for

24       four hours and 28 minutes.   Just as an

25       update.   We are still well on the same

Page 235

1                          A. DELGADO

2              pace.

3                    I am going to share my screen,

4              Ms. Delgado and show you an e-mail.  We

5              could call this Defendant's Exhibit v.

6                    (Whereupon, an e-mail Bates

7              stamped DEf 1297 was marked Defendant's

8              Exhibit V for identification as of this

9              date by the reporter.)

10             A.    An e-mail that you sent to Jason

11     on 11/12/16, Subject:  So done.

12                   It reads "I am so fucking done

13     already, seriously."

14                   Having read this e-mail, do you

15     know what is going on here, what you were

16     talking about?

17             A.    No, it seems I was upset about a

18     Washington Post article.

19             Q.    Do you have any idea what that

20     Washington Post article had said?

21             A.    It seemed like it had -- I don't

22     know, it had mentioned others.

23             Q.    Not you?

24             A.    I am not sure, I don't know.  I

25     would have to look at the article, I don't

                           A. DELGADO

1
2    know.
3        Q.   When you wrote, "Press sec for me
4    is laughable, but that wasn't the point of
5    this article," are you referring to press
6    secretary?
7        A.   Probably.
8        Q.   Did you mean that you would not or
9    should not have been considered for the role
10   of press secretary?
11       A.   I don't know what I mean.  I would
12   have to read the article.
13       Q.   Okay.  But seeing where it says,
14   "Press sec for me it laughable," as you sit
15   here today, do you have any idea what you
16   meant by that?
17       A.   I could certainly tell you that it
18   didn't mean that that would be a laughable
19   position for me to have.  I am more
20   qualified than every single person that has
21   served as press secretary in the White House
22   in the Trump administration.  So that's
23   certainly not what it meant.  I don't what
24   it did mean.
25       Q.   At the bottom of the e-mail, you

1                    A. DELGADO

2    wrote, "If I go on an angry tweet storm, you

3    will know why."

4              What did you mean by that

5    sentence?

6         A.    That was an inside joke Miller and

7    I had.  Somebody had gone on like a

8    Twitter -- what is the word?  Not storm, but

9    rant, I forgot who, from the Campaign or the

10   RNC.  And we used to go back and forth, if I

11   go on an angry tweet storm, obviously I

12   didn't, so that's what that was about.  It

13   is an inside joke reference.

14        Q.    When you said, "Enjoy DC," period,

15   was this a positive e-mail to Jason, or a

16   negative one?

17        A.    It just signs off.  I guess he was

18   going home, doing something in DC, enjoy DC

19   is what it says.

20        Q.    I want to go back to your amended

21   complaint, paragraph 43, you speak about the

22   tweets that we talked about before.

23              In paragraph 44, you say, "On

24   December 26 of '16, Ms. Delgado spoke with

25   Spicer on the phone.  He discouraged

Page 238

```
                        A. DELGADO
 1
 2    Ms. Delgado from pursuing White House
 3    employment due to her status as a pregnant
 4    woman and a first-time mother."
 5             Did Sean ever work for the
 6    Campaign?
 7         A.   No, he work for the RNC, I think.
 8         Q.   Why did you speak to Sean on the
 9    phone on December 26?
10         A.   Sean was going to be part of the
11    Comms Group in the White House, and they
12    asked him to call me.
13         Q.   So he called you?
14         A.   I think.  I am not sure.  He was
15    appointed at some point to speak to me.
16         Q.   Where were you physically when you
17    spoke to Sean?  Were you in Florida or New
18    York?
19         A.   I can't recall.
20         Q.   Was there anyone on that phone
21    call aside from you and Sean?
22         A.   I guess Sean would be able to
23    answer that more than me.
24         Q.   Through your knowledge?
25         A.   Through my knowledge, no.
```

1                        A. DELGADO

2          Q.    What was the sum and substance of

3    the purpose of the phone conversation with

4    Sean on December 26?

5          A.    When we drafted this, we looked

6    through what we produced as far as text and

7    e-mails.   For me just off the top of my head

8    to tell you what the December 26

9    conversation was, I would be speculating.

10   There are several conversations.

11         Q.    So more to the substance, you

12   essentially allege that Sean tried to

13   discourage you from pursuing a position in

14   the White House, is that fair?

15         A.    Yes.

16         Q.    Do you recall any specific

17   comments that Sean made to you?

18         A.    I list them there in 45.

19              It was very clear that he said,

20   simply the quote was, the White House is no

21   place for a new mom.   Trust me, you don't

22   want to do this, it is hard enough, I would

23   not to be able to work in -- I think he said

24   he had worked in the White House before, and

25   he would not be able to do it if it weren't

                        A. DELGADO
1
2    for the fact that he and his wife have a
3    nanny or nannies.  That's the only reason I
4    know Sean has a nanny, because he
5    specifically said that.
6              What he also said, which I have
7    subsequently learned is not true, that they
8    would meet every day at 6:00 a.m. -- at 7:00
9    a.m. including on weekends.  And he was
10   like, how would you do that as a mom, how
11   would you do that as a first-time mom?  You
12   are going to be frazzled.
13             So those are a few.  There are
14   probably more.  But those are the ones that
15   I have committed to memory at this point.
16       Q.   What did you say in response to
17   these comments?
18       A.   I was just like okay, ah-ha,
19   ah-ha.  I didn't even know how to react.
20   Okay, but I think I could do it, Sean, yeah,
21   I got you, but I could do it.  It was
22   awkward.
23       Q.   You said these are the comments
24   that you have committed to memory.  As you
25   sit here today, do you have any notion of

Page 241

1                      A. DELGADO

2    any other similar comments that Sean made to

3    you in and around this time?

4          A.    The one that is seared in my brain

5    is that the White House is no place for a

6    new mom, the 7:00 a.m., the nanny comment, I

7    am trying to think.  I know there are a few

8    others, but they are just not coming to mind

9    right now.

10         Q.    How about the time frame of these

11   comments, were they all in and around this

12   December 26 phone call?

13         A.    I think they were like -- like I

14   said, we went over the texts and also my

15   recollection based on the texts and the

16   e-mails.  So I also had conversations with

17   him in January.  But the tone was the same

18   in all.  Some of the remarks were repeated

19   in subsequent calls in January.  It was

20   constant discouraging me from the White

21   House role, trying to make it sound as this

22   is for your benefit, you won't want to do

23   this.

24         Q.    How about prior to Sean being made

25   aware that you were pregnant, did he ever

A. DELGADO

1

2    make any gender-based comments to you at

3    that point or was it all pertaining to this?

4        A.    No, I had little interaction with

5    him.

6        Q.    Were you insulted by Sean's

7    comments to you?

8        A.    Insulted is not the word.

9        Q.    What is the word?

10        MR. PHILLIPS:  Same objection.

11        THE WITNESS:  I am sorry, what was

12    the objection?  I can't hear.

13        MR. PHILLIPS:  I just said

14    objection.

15        THE WITNESS:  Oh, okay.

16        A.    Frightening, dread, frightening,

17    because without any doubt I was being pushed

18    out of the White House role.  And I am

19    listening to this and I am pregnant.  It was

20    frightening.

21        Q.    Did you tell him that?

22        A.    No, because I don't want to scare

23    them off.  It is kind of a tiptoeing, I feel

24    like I have to tiptoe.  I don't want to be

25    argue and I don't want to be difficult.  I

A. DELGADO

1
2  just kept insisting, sure, okay, I see what
3  you are saying, but no, really, I want the
4  White House role.  I just kept softly
5  insisting and coming back to the White House
6  role, come back to the White House role.
7       Q.    During any of your communications
8  with Sean in around this time, late December
9  of '16, early January of '17, did either of
10  you raise the topic of your tweets?
11       A.    No, Sean never said, to my
12  recollection, Sean never said there was any
13  problem with the tweets.
14       Q.    Did you ever raise Sean's comments
15  to you with any other people at work,
16  whether it be Steve, Kellyanne, anybody?
17       A.    No, because he was kind of the
18  point person.  So there was no one.  He was
19  the one that was kind of like handling this,
20  so there was no one to go to at that point
21  around him or above him on this.
22            And I was trying to be at
23  diplomatic as possible and discrete.
24       Q.    Circling back to what you produce,
25  the e-mail P3 and P4, the December 24

1                    A. DELGADO

2     e-mail.  You said in the first sentence,

3     "Sean, as I did not have a chance to

4     emphasize this on our brief call yesterday."

5               You pleaded in the complaint that

6     your phone conversation happened on

7     December 26.  Did you also have a call with

8     him on December 23?

9          A.   I mean, it appears to from this

10    e-mail, if that date is correct.  I don't

11    know how brief, it does say it is a brief

12    call.  It could have literally have been

13    just we will talk another time.

14         Q.   Do you recall how many total phone

15    calls you have with Sean in or around this

16    week, the two-week period?

17         A.   I don't.

18         Q.   Was it more or less than five?

19         A.   I don't recall.

20              MR. BLUMETTI:  Let's mark this as

21    Defendant's Exhibit W.

22              (Whereupon, a e-mail Bates stamped

23    DEF 1542 to 1543 was marked Defendant's

24    Exhibit W for identification as of this

25    date by the reporter.)

1                    A. DELGADO

2         Q.    Bates stamp 1542 to 1543.  This

3    document purports to be certain e-mail mails

4    that you sent to different individuals.  The

5    bottom one is from December 29 of '16.  The

6    top one is from January 6 of '17.

7              Do you recognize these e-mails?

8         A.    If these are plaintiff's exhibits?

9         Q.    They are not, these are actually

10   defendant's exhibits?

11        A.    Then I have no way to know whether

12   I recognize them, but I will trust that they

13   are accurate.

14        Q.    Well, this is your Campaign e-mail

15   address, ajdelgado@donaldtrump.com?

16        A.    Yes.

17        Q.    Do you recall sending e-mails to

18   Don McGahn, Reince, Sean and Rick Dearborn

19   at this time?

20        A.    I don't.  But I trust if you guys

21   have this on your end.  I don't recall this.

22        Q.    Following your conversation that

23   we talked about with Sean on December 26,

24   did you speak to any other individuals aside

25   from Sean regarding either your pregnancy or

1                    A. DELGADO

2      your pursuit of a position at the White

3      House before you sent this e-mail?  Do you

4      recall any other conversations?

5           A.    I don't recall.

6           Q.    What prompted you to send this

7      e-mail now to Don McGahn, legal counsel,

8      along with Reince, Sean and Rick Dearborn?

9           A.    I would not know why I included

10     Don and Rick, I don't recall.

11          Q.    Do you recall what prompted you to

12     send the e-mail at all?

13          A.    It sounds like I am still

14     concerned, lingering concerns for lack of

15     the job.

16          Q.    I am going to represent that Jason

17     announced his resignation from the White

18     House Comms director role on December 24.

19     So five days before you sent this e-mail.

20               Do you know whether Jason was

21     working for either the Campaign or the

22     Transition team as of December 29?

23          A.    I don't know.

24          Q.    Directing your attention to the

25     second page, it says, "Mr. Miller has acted

1                    A. DELGADO

2      in a scary manner towards me previously.

3      Once when I was home for Thanksgiving and

4      didn't answer his calls for a couple of days

5      during which he called and texted me

6      incessantly, he later revealed to me during

7      that time, he had an investigator friend of

8      his find my home address in case."

9              Do you see that paragraph?

10         A.   Yes, I had forgotten that, yes.

11         Q.   Is this the first time that you

12     made any kind of complaint regarding

13     Mr. Miller's conduct towards you?

14         A.   I don't recall.

15         Q.   Do you recall raising the notion

16     that he acted, quote, in a scary manner

17     towards you, prior to this e-mail?

18         A.   I don't recall.

19         Q.   Do you recall whether you told any

20     individuals at work regarding this

21     Thanksgiving incident prior to this e-mail?

22         A.   Did I tell anyone about the

23     Thanksgiving incident?  I don't recall,

24     sorry.

25         Q.   In any of these e-mails that we

```
 1                    A. DELGADO
 2    are looking at, did you ever tell anyone,
 3    whether at the Campaign or the Transition or
 4    even legal counsel, that Jason had sexually
 5    assaulted you in Las Vegas a couple of
 6    months earlier?
 7         A.    I think you asked me that earlier
 8    when we were talking about it.   I don't
 9    believe I did tell anyone.   I don't believe
10    any good would have come of talking to
11    anyone.
12         Q.    I am directing your attention to
13    the top e-mail, to the January 6 one, you
14    wrote, "I have heard nothing from the
15    Campaign in six days, despite Sean Spicer's
16    assurances that I was not being penalized
17    and that I would be taken care of personally
18    and professionally."
19              When did Sean provide you with
20    these assurances?
21         A.    According to this e-mail, some
22    time in December.
23         Q.    Would it have been during the
24    phone calls that we discussed a few minutes
25    ago?
```

Page 249

1                    A. DELGADO

2          A.    I don't recall exactly if it was

3     phone call or otherwise.

4          Q.    Do you recall what Sean said to

5     you about, quote, not being penalized?

6          A.    I am sorry what he said?  He said

7     I was not going to be penalized.

8          Q.    You said "despite Sean Spicer's

9     assurances that I was not being penalized."

10    What exactly did he say to you about not

11    being penalized, what was the context of

12    that comment?

13         A.    I wish I could recall, I don't

14    recall.  I could speculate, but I shouldn't

15    speculate.

16         Q.    What did you mean in the second

17    paragraph when you wrote, "It seems the

18    Campaign is penalizing me for having a,

19    quote, affair."

20              What exactly was the Campaign

21    doing to penalize you?

22         A.    Well, it is January 6 and I still

23    don't have my White House job.

24         Q.    But which specific Campaign

25    workers were penalizing you?

Page 250

1                    A. DELGADO

2               MR. PHILLIPS:  Object to form.

3        A.    Which workers from the Campaign?

4        Q.    Correct.  I believe we said before

5   that Reince and Sean never worked for the

6   Campaign.

7               So I am just trying to understand

8   how is the Campaign penalizing you?

9        A.    Well, it is not solely the

10  Campaign that is penalizing me.  I am

11  referencing the Campaign here, because I am

12  e-mailing Rick Dearborn who is with the

13  Campaign.  I am not saying exclusively the

14  Campaign.

15       Q.    Do you know of any specific

16  Campaign workers, people that worked for the

17  Campaign that were, quote, penalizing you

18  for having an affair?

19       A.    The Campaign itself.

20       Q.    The Campaign is a legal entity.  I

21  am not saying that they would not be or not

22  be responsible for the conduct of

23  individuals working for it.  I am asking can

24  you attribute the conduct to a specific

25  person?

1                    A. DELGADO

2          A.    It is various.

3          Q.    Any names come to mind?

4          A.    I am sorry, you are asking me

5     which of the workers did what?

6          Q.    I am just reading your e-mail

7     here, Ms. Delgado, in the second paragraph

8     it says, "It seems that the Campaign is

9     penalizing me for an affair."

10              I am just asking you whether any

11    specific individuals that you recall were

12    penalizing you for that affair?

13         A.    Well, Steve was part of the

14    Campaign.

15         Q.    Okay?

16         A.    Jason Miller is part of the

17    Campaign.

18         Q.    Okay?

19         A.    And although they were not

20    official employees, Reince and Sean

21    certainly, it all kind of meddled together

22    with the Campaign, especially in the

23    post-election period.

24         Q.    What is your basis for asserting

25    that Reince penalized you for having an

Page 252

1                    A. DELGADO
2     affair?
3          A.   Well, I am not sticking -- it is
4     not exclusively an affair.  It is also the
5     pregnancy resulting from that affair.  So
6     that's kind of just shorthand.
7          Q.   So what did Reince do to penalize
8     you for having an affair and/or being
9     pregnant?
10         A.   No White House job.
11         Q.   And you attribute that to Reince
12    specifically?
13         A.   Not exclusively.
14         Q.   Who else do you attribute that to?
15         A.   Stephen Bannon, Sean Spicer.
16         Q.   I don't mean to belabor the point,
17    Ms. Delgado, I just want to understand, what
18    specific conduct did Reince do that lead you
19    to be no longer in consideration of a White
20    House role?
21         A.   I think I answered that question
22    already.
23         Q.   With respect to Reince?
24         A.   Yes.  He was the person partly
25    deciding who would receive a White House

```
1                     A. DELGADO
2      job.
3           Q.    Are you aware of any affirmative
4      or even inaction on his part pertaining
5      specifically to you?
6           A.    Well, he informed Miller, we have
7      an e-mail from Miller, where Miller says, I
8      was on the plane with Reince, and Reince
9      says everyone from the Comms shop is going
10     in.  That's Miller during the Campaign
11     saying Reince is the one calling the shots
12     as to who goes in.  And then I didn't go in
13     from the Comms shop.  So I think it is very
14     clear there that he was the one, perhaps not
15     the only one, making those calls.  It is in
16     writing.
17          Q.    Do you know specifically whether
18     Reince, in fact, made the decisions of who
19     went in or who didn't go in?
20          A.    I don't know for sure if he made
21     those decisions.  It would be highly
22     unlikely that he did not, given that he was
23     Chief of Staff, I believe.
24          Q.    Do you know specifically whether
25     Steve Bannon was responsible for making
```

```
1                    A. DELGADO
2    decisions of who went in and who didn't go
3    in?
4         A.   Yes, because I remember reading
5    reports and hearing from various
6    individuals, Steve got me a role.
7         Q.   Steve got who a role?
8         A.   Various individuals who Steve
9    obtained a job in the White House for.
10        Q.   Let me ask you a different way, do
11   you know whether Steve would have been
12   responsible for making the decision about
13   whether you personally was going to be
14   getting a role or not?
15        A.   I don't know that.
16        Q.   The same question for Sean Spicer?
17             MR. PHILLIPS:  The same objection.
18        A.   I don't see how I would know that
19   for certain.
20        Q.   An the same question for Reince?
21             MR. PHILLIPS:  Objection.
22        A.   The same answer.
23        Q.   Who is Rick Dearborn?
24        A.   I don't remember now.
25        Q.   Do you recall what his position
```

Page 255

1                   A. DELGADO

2      was?

3          A.    I don't, I might be speculating so

4      far.

5          Q.    Do you recall interacting at all

6      with Rick during your time working for the

7      Campaign?

8          A.    I don't believe so.

9          Q.    Do you know whether Rick worked

10     for the Transition?

11         A.    I don't recall.

12         Q.    Do you know or are you alleging

13     that Rick ever made any discriminatory or

14     derogatory comments to you, gender based,

15     pregnancy based?

16         A.    Not that I recall.

17         Q.    In the third paragraph of this

18     e-mail to Rick and Sean, you said, "I am

19     reactivating my Twitter account tomorrow and

20     will be calling for Hope Hick's

21     resignation."

22               When did you deactivate your

23     Twitter account?

24         A.    Why did I deactivate it?

25         Q.    When, I am going to also ask you

1                      A.  DELGADO

2      why?

3            A.    When did I deactivate, I realized

4      due to my being pregnant, I wanted as a

5      little stress as possible.  Given that as a

6      Trump supporter, your feed is always full of

7      hate, especially once we won, I needed to

8      think of the baby, so I deactivated Twitter.

9            Q.    So you made that decision under

10     your own volition?

11           A.    I guess you could say that.

12           Q.    Did your decision to deactivate

13     your Twitter account have anything to do

14     with the tweets you posted on the 22nd and

15     the 24th.

16                 MR.  PHILLIPS:   Objection.

17           A.    I would not be able to answer

18     that, because I don't know to what degree

19     those were causing my mentions.

20           Q.    Causing your what, I am sorry?

21           A.    Causing my mentions to be more

22     active or not.  I don't know to what extent.

23     I can't extrapolate.  So just looking out

24     for the pregnancy really.

25           Q.    Which position did you believe

Page 257

```
1                    A. DELGADO
2     Hope should have resigned from?
3          A.    Oh, she had been appointed, I
4     think Comms director -- no, I am sorry, she
5     was appointed some sort of like strategical
6     Comms adviser, I am not even sure.
7          Q.    Why did you believe that Hope
8     should have resigned?
9          A.    Because I remember someone in the
10    org had said, oh, no, no, it is not that you
11    are pregnant, it is that you had an affair.
12    I said, well, if it is an affair, how come
13    Hope who had an affair with Corey who was a
14    married father with four kids hadn't had to
15    resign.  You can't have it both ways.
16    Either admit it is the pregnancy, or if you
17    claim it is the affair, then Hope also
18    should not have a White House job.  So
19    that's what I was alluding to there.  And I
20    did not in fact reactivate or call for her
21    resignation, for the record.
22             MR. BLUMETTI:  This is Defendant's
23         Exhibit X.
24             (Whereupon, an e-mail Bates
25         stamped DEF 1986 to 1990 was marked
```

Page 258

1              A. DELGADO

2       Defendant's Exhibit X for

3       identification as of this date by the

4       reporter.)

5              MR. BLUMETTI:  It is a five-page

6       document certain e-mails Bates stamped

7       DEF 1986 to DEF 1990.  The document

8       purports to contain certain e-mails

9       that you exchanged with an individual,

10      Eric Dreiband.

11      Q.    Who is Eric Dreiband?

12      A.    I think at some point he

13  introduced himself and said the Campaign had

14  appointed him, which is interesting, because

15  it was the Campaign who did it, no one else,

16  the Campaign had hired me -- had him to

17  handle my concerns.

18      Q.    Do you know whether he was counsel

19  to the Campaign or the Transition team or

20  both?

21      A.    I identified himself as counsel

22  for the Campaign, I believe.

23      Q.    On page 4 of this PDF, that's an

24  e-mail from you to Eric Dreiband on

25  January 6 of '17.

Page 259

1                    A. DELGADO

2           What prompted you to send an

3    e-mail to Eric Dreiband on January 6?  The

4    reason I ask it appears to be the first

5    e-mail in the chain, to reach out to him?

6        A.    I didn't say he reached out to me.

7    He introduced himself, we spoke on the

8    phone.

9           It says Sean Spicer, this gives us

10   the information we need, informed me that he

11   would have you reach out to me, as the Trump

12   team had brought you on as reinsurance to me

13   of how serious we are taking this.

14       Q.    In the third paragraph you wrote,

15   "Sean had been very reassuring regarding the

16   team's alleged concerns about my situation,

17   including my pregnancy and assured on

18   multiple occasions that a job was guaranteed

19   to me, including working on one option that

20   would allow me to work from home out of

21   Florida."

22          What conversation did you have

23   with Sean from a job working from home?

24       A.    Sure, so since Trump kept -- I am

25   sorry, not Trump, since Sean kept insisting

1              A. DELGADO

2      on that whole White House, White House isn't

3      for you.  He kept suggesting what about a

4      job in Miami where you will have your mom

5      nearby.  And so what I was doing to not

6      ruffle feathers, because the situation was

7      so delicate, I didn't trust that I could be

8      fully transparent, I was kind of just going

9      along with yes, I will think about that too,

10     Sean, but White House, really, really should

11     be White House, that's really my preference,

12     but I will think about what you said.  It is

13     what we Cubans call (Inaudible Spanish

14     phrase) a Spanish phrase, following

15     someone's current, to keep things even when

16     you don't agree.  That is kind of what I was

17     doing, indulging someone, sure, I will think

18     about the Miami option.  That's what I meant

19     there.

20         Q.   Did you ever ask Sean whether it

21     was possible for you to work from home out

22     of the White House?

23         A.   I don't understand the question,

24     work from home out of the White House?

25         Q.   Right, work from home while being

Page 261

1                        A. DELGADO

2       employed at the White House, did you ever

3       ask anybody?

4            A.    If that's something he brought up.

5       I don't think that is something I would have

6       brought up, because that doesn't sound

7       feasible.

8            Q.    That's why I am asking you, did

9       you ever ask him that?

10           A.    I don't recall that.  That doesn't

11      sound feasible to me, so I don't recall

12      doing so.  It sounds odd.

13                 It is possible in the discussions

14      he might have said that, I don't know.

15           Q.    I am just directing your attention

16      to the first page of the e-mail that Eric

17      Dreiband sent to you on January 22.  He

18      wrote, "A.J., thanks for returning my

19      message. I look forward to speaking with

20      you.  I am outside counsel for the Trump

21      Campaign and Transition."

22                 Does that refresh your

23      recollection as to who he was counsel to?

24           A.    Yes, Trump Campaign and

25      Transition, but Trump Campaign.

1                    A. DELGADO

2          Q.    Understood, Eric had said, "I hope

3     to speak with you about alleged

4     discrimination."

5                Did you ever end up speaking to

6     Eric on the phone?

7          A.    I think we did once or twice.  And

8     that where I get the idea also, he always

9     just said like counsel for the Campaign.

10    But I think we did talk once or twice.

11         Q.    Do you recall when?  Was it in

12    January?

13         A.    It would have been this time

14    frame, like late January, early February, I

15    don't recall.

16         Q.    Do you recall the sum and

17    substance of your conversations with Eric

18    Dreiband?

19         A.    Yes.  He was very -- I don't know

20    if I am allowed to say, because I don't know

21    if it was a settlement communication or not.

22    I don't want to violate any -- am I allowed

23    to because he was representing you guys?

24         Q.    Well, I am just asking you about

25    the alleged discrimination really.

Page 263

1                          A. DELGADO

2          A.    What is your question, what we

3     talked about?

4          Q.    Did you ever speak to Eric about

5     alleged discrimination?

6          A.    Did I speak to him on the phone

7     about alleged discrimination?

8          Q.    Did you ever give him your version

9     of events or your side of the story?

10         A.    I might have, I don't recall.

11         Q.    Did you ever speak to any other

12    lawyers at Jones Day regarding allegations

13    of discrimination?

14         A.    Possibly.

15         Q.    Do you recall the names of any

16    individuals?

17         A.    No.

18         Q.    Do you know whether any lawyers at

19    Jones Day spoke to any other individuals

20    regarding your allegations?

21         A.    No, I don't.

22         Q.    Looking back at your first amended

23    complaint, chronologically speaking, you

24    reference the phone calls or call with Sean

25    in December.   Then it says in paragraph 47,

Page 264

1                    A. DELGADO

2      "Shortly thereafter, the Campaign and

3      Transition, including Spicer, Bannon and

4      Preibus, stripped Ms. Delgado of her job

5      responsibilities and duties for the

6      remainder of her employment with them from

7      late December 2016 through the inauguration

8      in late January 2017."

9                    What exactly did Sean do to strip

10     you of your job responsibilities?

11          A.    So Sean at that point was kind of

12     the De facto head of Comms, because he was

13     going to be incoming -- he had already

14     announced his incoming press secretary.  And

15     I was suddenly given absolutely nothing to

16     do.

17          Q.    Was it your understanding that

18     Sean would provide you with your punch list

19     of work?

20          A.    I would not call it with a punch

21     list, but some work.  Surely we were busy

22     enough.

23          Q.    Do you know whether Sean was

24     directing the work of other individuals on

25     the Comms teams?

Page 265

A. DELGADO

1

2      A.    Yes, there were directives coming

3  down from him, just not to me.  I do recall

4  hearing of those.

5      Q.    Do you know whether he was

6  purposely leaving you out of those

7  conversations?

8      A.    I believe he clearly was.  I mean,

9  you have four people who were the highly

10  recognizable faces of the Trump Campaign and

11  you suddenly forget about one of them.

12      Q.    I understand that you are drawing

13  an inference from the inaction.  But did

14  Sean ever tell you that you were not getting

15  any job responsibilities at that time?

16          MR. PHILLIPS:  Objection.

17      A.    Not that I recall.  I don't recall

18  if he did or not.

19      Q.    Did any other individuals at that

20  time tell you that you were not going to be

21  getting any more work at that time?

22      A.    Not that I recall.

23      Q.    The same questions for Steve, you

24  say that Steve Bannon stripped of your job

25  responsibilities.  What exactly did he say?

```
 1                  A. DELGADO

 2        A.    The same answer.   Somebody that

 3   used to rely on me all the times for ideas

 4   and talking points suddenly went completely

 5   cold.

 6        Q.    And I understand you are drawing

 7   an inference from inaction or silence or

 8   ghosting so to speak, did Steve ever tell

 9   you that you are no longer getting any job

10   duties or tasks?

11             MR. PHILLIPS:   Objection.

12        A.    Not that I recall.

13        Q.    When you said that Sean was the De

14   facto head of Comms, what was Steve doing at

15   that time?  Was he involved in Comms?

16        A.    What was Steve doing?  Steve was

17   never really Comms.  He was more policy, but

18   he would always get -- for instance, the

19   national Hispanic stuff, I would mostly

20   report to him, not to Jason on that.  That

21   was more like outreach.  Steve had kind of

22   like an umbrella role which was not Comms

23   per se which I also filled.

24        Q.    The same question for Reince, what

25   exactly did Reince Preibus do to strip you
```

Page 267

1                         A. DELGADO

2     of your job responsibilities?

3          A.     Nothing overt that to my knowledge

4     that I can recall.

5          Q.     In paragraph 49 you said that you

6     were excluded from participating in

7     communications work of the inauguration in

8     any capacity, even though she was still

9     formally part of the communications

10    Transition team.

11                Who excluded you?

12         A.     The Campaign.  You would know

13    better than I who was in charge of that.

14         Q.     I am asking you, can you ascribe

15    that conduct to a particular human who

16    excluded you?

17         A.     All three of those individuals

18    that you mentioned earlier, Spicer, Bannon

19    and Preibus, were in top roles having to do

20    with the inauguration, especially Sean with

21    Comms.  Because an inauguration is such a

22    Comms heavy event, you have top people doing

23    media hits in the days leading up, et

24    cetera.  I received absolutely no word at

25    all, not even an invitation to the

```
 1                       A. DELGADO
 2     inauguration.
 3               Similarly there was a big Hispanic
 4     outreach event at the White House, that
 5     would have fallen under Bannon's umbrella.
 6     Certainly Reince would have had something to
 7     do with that too as Chief and Staff.  And
 8     the RNC has always been big on outreach to
 9     various communities.  Not only was I not
10     consulted about that, I was not invited to
11     it even.
12          Q.   I certainly understand your
13     testimony that you are drawing an inference
14     from inaction or silence, but did anyone
15     tell that you were excluded?
16               MR. PHILLIPS:  Objection.
17          A.   No, that almost would have been
18     too kind to tell me.  It was just for me
19     being pregnant on my laptop in my kitchen to
20     figure out that I was not invited to
21     inauguration.  They didn't even have the
22     decency to do what you are saying, flat out
23     telling me.
24          Q.   Who was responsible for sending
25     out the invites for inauguration?
```

Page 269

1                    A. DELGADO

2          A.    They certainly would have been

3     able to dictate and likely were the

4     individuals dictating who participates in

5     the inauguration as far as, not event

6     planning, but as far as Comms, outreach

7     events to certain communities, like the

8     Latino community, et cetera.  Those would

9     have been at their level.

10         Q.    Do you know whether Sean, Reince

11    or Steve directed anybody not to invite you

12    to the inauguration?

13         A.    Well, not explicitly, I don't know

14    when or who exactly.

15         Q.    Where were you physically located

16    at this time, January of '17 in Florida?

17         A.    Because I wasn't given any work, I

18    think I was physically in Florida.  But I

19    still considered myself working out of New

20    York.

21         Q.    Did you travel at all to D.C. in

22    either late December of '16 or January of

23    '17?

24         A.    No.  So wait, late December, no, I

25    don't think so, no.  To D.C., no, I thought

```
 1                    A. DELGADO
 2    you said New York, sorry.
 3          Q.    Paragraph 50, you said you were
 4    even prohibited from making previously
 5    scheduled television appearances around the
 6    time of the inauguration.
 7               The same lines of questions,
 8    Ms. Delgado, I don't mean to belabor the
 9    point, but I am asking you who prohibited
10    you?
11          A.    That would have likely been Spicer
12    who is now in charge of Comms.
13          Q.    Do you know whether Spicer
14    specifically told anybody that you were
15    prohibited?
16          A.    I don't know that.  Only he knows
17    that.
18          Q.    In December or January of '17,
19    December of '16 rather or January of '17,
20    did you tell anyone that you would no longer
21    be doing anything in media on behalf of the
22    Campaign or Transition team?
23          A.    I am sorry, when?
24          Q.    At that time period of December
25    '16, January '17, did you tell anyone that
```

Page 271

A. DELGADO

1
2   you would not be doing anything in media on
3   behalf of the Campaign or Transition team?
4       A.    I think at one point I asked like
5   let me know what is going on like before I
6   do any more hits.   And then the silence
7   continued.   I was trying to see what exactly
8   is going on here.   And I think I recall
9   something vaguely like that, like what is
10  going on?   And I received no response.
11      Q.    Would that have been before or
12  after you disclosed to individuals at work
13  that you were pregnant?
14      A.    That would have been after Miller
15  being appointed and all of that.
16      Q.    You have used the word "hits" a
17  few times today.   Just for my own
18  edification, what do you mean when you say
19  "media hit"?
20      A.    That's what we all call hits,
21  that's what Jason called them, that's what
22  the Campaign always called them.   You need
23  to go do a hit on Maddox.   It is not a hit
24  in a negative, it is an appearance, it is a
25  short form for appearance.

1          A. DELGADO

2          Q.    So any time I turn on the news and

3     I see someone making an appearance, making

4     an appearance on Cable news, that could be

5     described as a hit?

6          A.    Yes, he had a hit on -- now that

7     you ask about it, it sounds negative.   It is

8     not considered a hit like you are going to

9     go in there and wipe the floor with them.

10    No, no, no, it is a hit, like a gig, a gig.

11    That's just the term that Jason always used,

12    I don't even ascribe it to Jason.   I have

13    just heard the team outside of him before

14    him.   At some point it went from gig to hit,

15    and it just stuck.

16         Q.    Who is Alexa Henning?

17         A.    She was another one of Miller's

18    people who he had brought over from

19    Jamestown.   She was the booker, she would

20    book us on -- not always, not all bookings

21    would go through her.   But the network would

22    contact her and be oh, we want so and so to

23    come on or could you send us someone to do

24    Chris Hayes tonight, et cetera.   She was

25    like an administrative assistant of sorts to

Page 273

1          A. DELGADO

2    Jason.

3          MR. BLUMETTI:  I am going to show

4    you this one.  We could mark it as

5    Defendant's Exhibit Y.

6          (Whereupon, a one-page e-mail DEF

7    842 was marked Defendant's Exhibit Y

8    for identification as of this date by

9    the reporter.)

10         MR. BLUMETTI:  It is a one-page

11   DEF 842.  It looks like it is an e-mail

12   from you to Alexa on December 16 of

13   '16.

14   Q.   My question is, on December 16 of

15   '16, this was before you disclosed that you

16   were pregnant, Alexa asked you, Hi, A.J.,

17   please let me know if you have any time for

18   anything this weekend.  And to which you

19   responded, thank you, Alexa, but I will no

20   longer be doing anything in media for the

21   team.

22         Why did you send that e-mail?

23   A.   This was around the time that I

24   just had a conversation with Jason again

25   about how -- once again, he rephrased the

```
 1                    A. DELGADO
 2    same and I don't want to put words in his
 3    mouth, it was not the same waddling around
 4    the White House pregnant, but it was a very
 5    similar sentiment.  And so she sends me
 6    this, that's why I cc'd him, I didn't have
 7    to check to see if he is on there.  I said
 8    okay, well, if there is no White House job,
 9    I am not doing media.  He saw that and then
10    called me and she called me.  And then it
11    was fine and they continued booking me.  But
12    it was right after, and that's why he was
13    cc'd on that.
14         Q.   You were not sending a message to
15    Jason by sending this to his colleague?
16         A.   I don't know if I was sending a
17    message to him, but I was copying him,
18    because he is the reason.  He is telling me,
19    hey, you are not going to be able to go into
20    the White House.  And then I got an e-mail
21    from her saying, hey, come do the hits that
22    are once again making you toxic in the legal
23    community.  So I reacted with, I am not
24    going to do any more media, because my boss
25    has just told me he is outsing me
```

1          A. DELGADO

2     effectively because of my pregnancy.  But

3     then he called me and she called me.  And he

4     tried to smooth it over.  That's why he was

5     cc'd on there.

6          Q.    Did you tell any other media

7     outlets that you would no longer be doing

8     any media on behalf of the team aside from

9     Alexa Henning?

10         A.    No, not that I recall, not that I

11    recall, no.

12         Q.    Following the election on

13    November 8 of '16, and aside from those

14    comments that you have attributed to Jason

15    and Sean, whether it be the waddling comment

16    or the discouragement comments from Sean,

17    did any other individuals at work make any

18    comments to you that you believed were

19    gender based or pregnancy based?

20         A.    Gender or pregnancy based?

21         Q.    Both.

22         A.    I think I already answered the

23    gender comments.

24         Q.    And I believe you said no?

25         A.    No, I said like about Boris'

Page 276

1                    A. DELGADO

2      remarks.

3           Q.    So this is following the election

4      on November 8 of 2016?

5           A.    Oh, following -- well, Boris'

6      remarks was following the election.  It was

7      literally the day after we won.

8           Q.    So we got that one too.

9                Any other comments?

10          A.    We have been going for a while,

11     excuse me, if I have to say this, not that I

12     can recall at this time.  I am sure after we

13     end this, tomorrow I will think of something

14     I missed, I apologize, I am doing my best.

15     Not that I can recall at this point, other

16     than the ones I already mentioned.

17                As far as pregnancy

18     discrimination, to answer your question,

19     other than Sean's comments, most people

20     didn't know.  So there wasn't really much

21     room for any discriminatory, comment from

22     any others.

23          Q.    We are here for a little while, if

24     you think of anything on the fly,

25     Ms. Delgado, I encourage you to say so?

Page 277

```
 1                    A. DELGADO
 2        A.    Thank you, but I am focused on
 3   your questions.
 4             MR. BLUMETTI:  Mark this as why.
 5             (Whereupon, Plaintiff's Response
 6        and Objections to Defendant's First Set
 7        of Interrogatories was marked
 8        Defendant's Exhibit Z for
 9        identification as of this date by the
10        reporter.)
11        Q.    This is a ten-page document,
12   Ms. Delgado.  It purports to be your
13   Response to Objections to Defendant's First
14   Set of Interrogatories to you.
15             Turning to page 10 first, is that
16   your signature?
17        A.    Yes.
18        Q.    Do you recall reviewing these
19   Interrogatory Responses, or at least the
20   substance of them, before they were served
21   by your prior counsel?
22        A.    No.  We went over them on the
23   phone while I was in a store with my son.
24   So I didn't get a chance to review this
25   before it was filed.
```

Page 278

1               A. DELGADO

2          Q.    Response to Interrogatory No. 9,

3     you identified Jason Miller, Boris Epstein

4     and Corey Lewandowski and Sean Spicer as

5     having made discriminatory comments

6     regarding your pregnancy.

7               I understand the comment that you

8     attributed to Jason, I understand the

9     comment that you attributed to Sean, which

10    comments did Boris make regarding your

11    pregnancy?

12         A.    I think that might be a typo,

13    because Interrogatory No. 9, I know it says

14    here about her pregnancy colon, but I think

15    that might be a typo, neither Boris or

16    Corey.   I apologize for that error, because

17    I know my signature is on this.   But I

18    generally didn't have a chance to read

19    through it carefully.   It is probably an

20    editing process mistake.

21              Yes, it goes straight into about

22    her pregnancy, but the interrogatory is

23    about sex, gender or pregnancy.

24         Q.    Having seen this or understanding

25    what you said about that perhaps it is a

Page 279

A. DELGADO

1
2     mistake, can you think of any comments that
3     Corey Lewandowski made regarding your
4     pregnancy, sex or gender?
5          A.     Yes, Corey was always making lude
6     remarks, not just about me, but other women.
7     The reason he didn't come to mind earlier, I
8     guess because he left the Campaign in the
9     early part of '16, it didn't come to mind.
10    I was thinking to people in the war room.
11         Q.     What lude remarks did Corey make
12    regarding you?
13         A.     A comment about my rear.
14         Q.     Your buttocks?
15         A.     Buttocks, I don't know how to say
16    that, the rear.
17         Q.     What exactly did he say to you
18    about your rear?
19         A.     It was like, I think he said, it
20    was when we were doing, they take you out
21    into the press hall after the debates, and
22    they have those big Roman looking pillars
23    with your name on them for the press to
24    come.  Corey came up to me when I was doing
25    like a gaggle, and like it was in front of

Page 280

A. DELGADO

1

2     other people, I wish I could tell you who

3     saw it, but there were like a couple of

4     reporters.  I don't know if he was drunk and

5     he slapped my ass, and he was like, nice

6     ass, Delgado, which was just random, random.

7         Q.   Did you make any complaints to

8     anybody about that?

9         A.   It is Corey.

10         Q.   What do you mean by that when you

11     say it is Corey?

12         A.   Like I said, I don't like to

13     complain.  It is a one-time thing.  I don't

14     work directly with him.  So we are in the

15     middle of debates, I am not going to raise

16     an issue.

17         Q.   Anything else come to mind about

18     Corey, comments or otherwise?

19         A.   I know he had that issue with the

20     reporter, Michelle, who like claims she hit

21     him.  But that was nothing to do with me per

22     se.  So that's not an example for your

23     question, but that's what comes to mind.

24         Q.   How about Boris, I believe Boris'

25     name listed here was a mistake, is that

Page 281

A. DELGADO

1

2    true?

3         A.    I am sorry, what?

4         Q.    I believe you said Boris listed in

5    response to this particular question is a

6    mistake?

7         A.    About the pregnancy.  It is not an

8    error, because I see the interrogatory says

9    sex, gender or pregnancy.  The way my

10   attorney wrote it where he limited it to

11   about her pregnancy, is the error.

12        Q.    I believe you described the

13   comment Boris made regarding your accent

14   before.  Did he ever make any comments to

15   you regarding your sex, gender?

16        A.    Not a communication about my own.

17   But like I said, the boorish, no pun

18   intended with his name, but the boorish

19   remarks that the men like Bryan Lanza, there

20   was one other, I forgot the name, that they

21   would make like about the women on TV.  But

22   if it is about me in particular, the accent

23   is the one that sticks out.

24        Q.    What position were you seeking to

25   obtain in the White House?

Page 282

1                       A. DELGADO

2          A.    I think I was open to considering

3     various policy roles or Comms role.

4          Q.    Were you seeking a position in the

5     communications department or the press

6     department or a different department?

7          A.    Either of those, either, all of

8     the above.

9          Q.    What is the difference between the

10    communications department and the press

11    department?

12         A.    That's a really good question that

13    no one really seems to be able to answer.    I

14    think the general understanding is that the

15    Press Department works more directly with

16    the press, whereas Comms is more about

17    drafting the administration's approach to

18    messaging.

19         Q.    To your knowledge, approximately

20    how many people were slated to work in the

21    Comms Department in the White House in the

22    Trump administration?

23         A.    I think about 25, but I am

24    speculating.

25         Q.    The same question for the Press

Page 283

1                        A. DELGADO
2     Department?
3          A.     I think that one was broader, I
4     shouldn't speculate on that one.
5          Q.     Who is responsible for making the
6     decision to hire persons to work in the
7     communication department?
8          A.     The Chief of Staff and the press
9     secretary.  Even though the press secretary,
10    the Comms Department is considered
11    ironically kind of like, at least at that
12    time slightly subordinate to the press
13    secretary.
14         Q.     What is your factual basis for
15    asserting that the press secretary and the
16    Chief of Staff were responsible for making
17    the decision to hire those, how do you know
18    that?
19              MR. PHILLIPS:  Object to the form.
20         A.     Because of the individuals who
21    were appointed.  And they were literally
22    being selected.  It was literally Sean's
23    people and Reince's people.  You could
24    literally see, Sean's assistant, Reince's
25    assistant, there was a direct line, it is

Page 284

```
 1                    A.  DELGADO
 2    their department.  Reince is Chief of Staff,
 3    literally, Sean runs the Press and Comms
 4    Group, they are the bosses.
 5         Q.    Let me ask it in a different way.
 6    Did Sean and Reince make recommendations for
 7    persons to be hired that might have a
 8    correlation to who they know and work with,
 9    or did they make the actual decision?
10         A.    I believe they made the actual
11    decision, not just the recommendation.  It
12    is a recommendation that is going to be
13    rubber stamped, so it is the same thing.
14         Q.    And the same question for the
15    Press Department, who would have been
16    responsible for hiring those individuals?
17         A.    Sean, Reince.
18         Q.    And it is your testimony that they
19    not only made recommendations, that they
20    actually made the actual decision?
21         A.    I don't even think they made
22    recommendations.  When I said it is a
23    recommendation that will be rubber stamped,
24    I meant it is not a recommendation.  These
25    are the people that I want, your own team.
```

1                    A. DELGADO
2    Just like a war almost, you staff the people
3    you want on your team, and that's it, you
4    select them.
5         Q.    I want to know how do you know
6    that for sure?  I understand that's your
7    strong suspicion, but do you know for a fact
8    that Sean and Reince was the one that made
9    the decision?
10        A.    That's how every White House
11   works.  This White House was no different.
12        Q.    Again, I don't mean to be -- I
13   just want to target to the fact that you
14   know that for sure, that these two made the
15   decision?
16        A.    Yes, because there were literally
17   reports saying Sean chose this person for
18   this role, unless those reports were wrong,
19   et cetera.
20        Q.    Have you ever seen those reports?
21        A.    Yes, I recall them all.
22        Q.    To the extent an individual is
23   hired to work in the Comms Department or
24   Press Department in the White House, who is
25   that individual's employer?

Page 286

1                    A. DELGADO

2         A.    That's beyond my pay grade to

3    know, I don't.

4              Just to be clear, it is when they

5    are being hired, when they are hired?  I

6    don't understand.

7         Q.    When they are hired, who is that

8    individual's employer?

9         A.    When they are actually working at

10   the White House?

11        Q.    Yes.

12        A.    I suppose the White House, the

13   government.  But that's not who selects

14   them.  It is a unique situation.

15        Q.    Who made the decision not to hire

16   you to work in the White House?

17        A.    The Campaign acted as a hiring

18   agency for the White House.  It was the

19   Campaign and the individuals I mentioned.

20        Q.    So it is your testimony that the

21   Campaign entity itself made the decision not

22   to hire you to work in the White House?

23        A.    Well, it is as written in my

24   complaint and the individuals named.

25        Q.    So Sean Spicer made the decision

Page 287

1                    A. DELGADO
2    not to hire you to work in the White House?
3         A.    I guess we will find out in his
4    deposition, I believe so.
5         Q.    I am just asking you what you
6    know?
7         A.    It is in my complaint.
8         Q.    Right, I know, but a complaint is
9    different than your deposition testimony
10   under oath.
11             Did Reince Preibus make the
12   decision not to hire you to work in the
13   White House?
14        A.    Yes.
15        Q.    And how do you know that?
16        A.    He is Chief of Staff.
17        Q.    Did anyone ever tell you that
18   Reince made the decision not to higher A.J.
19   Delgado to work in the White House?
20        A.    Not explicitly.
21        Q.    Did anyone ever say to that to you
22   about Sean Spicer?
23        A.    Sean Spicer himself explained that
24   clearly.
25        Q.    He explicitly said that he made

Page 288

1                    A. DELGADO

2      the decision not to hire you to work in the

3      White House?

4          A.   Not explicitly, but when you are

5      telling me it won't work out because I am a

6      new mom, it is pretty obvious.

7          Q.   Did a certain individual interfere

8      with your ability to obtain a position in

9      the White House?

10         A.   I don't know that.  A certain

11     individual, I don't understand your

12     question, I don't know that.  Did a certain

13     individual?

14         Q.   That's what I am asking you, are

15     you aware of any specific individual who did

16     anything to interfere with your ability to

17     obtain a position in the White House?

18              MR. PHILLIPS:  Objection.

19         A.   Other than the individuals that we

20     have discussed for the past few minutes?

21         Q.   Right.

22         A.   Other than Sean, Reince, Steve,

23     not to my knowledge.  I would love to know

24     if so, but not to my knowledge.

25         Q.   What exactly did Sean do to

Page 289

1                    A. DELGADO

2      interfere with your ability to obtain a

3      position?

4           A.    What did Sean do to interfere?   He

5      doesn't need to interfere, because he is the

6      decision maker.

7           Q.    That's what I was getting at.

8      When you say the same individuals, to your

9      knowledge, did anyone interfere, a

10     third-party, with your ability to obtain a

11     position in the White House?

12               MR. PHILLIPS:   Objection.

13          A.    I don't know how I would know

14     that.   I don't know that.

15               I would think that is something

16     that you would have produced in your

17     discovery, if there is such a third-party.

18          Q.    I want to take a look at your

19     amended complaint, paragraphs 54 and 55.

20               It says, "Defendants prevented

21     Ms. Delgado from obtaining employment in the

22     White House and Federal Government,

23     interfering with her relationship with

24     governmental third parties, including the

25     United States of America, the White House,

1                    A. DELGADO

2     the General Services Administration, the

3     Executive Office of the President and/or the

4     Office of Management and Budget, who would

5     have otherwise have hired Ms. Delgado,

6     because of her sex, gender and pregnancy and

7     because she complained of discrimination."

8              Which of the defendants in this

9     lawsuit communicated with the governmental

10    third-party and advised it not to hire you?

11             MR. PHILLIPS:  Objection.

12        A.   I don't understand your question.

13    I am getting really confused, sorry.

14        Q.   Let me take a look at 55.

15             "In particular, upon information

16    and belief, in late 2016 or early 2017,

17    defendants communicated with the Federal

18    Government, including but not limited to,

19    the same, the USA, the General Services

20    Administration, the Office of the President,

21    and advised the Trump administration or the

22    Federal Government to remove Ms. Delgado

23    from the list of incoming White House

24    personnel and not to hire her."

25             Which of the individuals in this

Page 291

1                    A. DELGADO

2   lawsuit communicated with the Federal

3   Government and told them not to hire you?

4           MR. PHILLIPS:  Objection.

5       A.   I don't understand.

6       Q.   In your pleading you are referring

7   to defendants, we have the Campaign entity,

8   the Transition team entity, Sean Spicer,

9   Reince Preibus and Steve Bannon, you are

10  saying one of them or all of them

11  communicated with the Federal Government.

12  How do you know that?

13      A.   I am sorry if I sound really

14  stupid --

15      Q.   Not at all, I am trying to

16  understand.  You refer to specific

17  communication, I am trying to understand

18  what communication you are referring to?

19          MR. PHILLIPS:  Objection.  That's

20          what the complaint said, not what the

21          client said.

22      A.   Sorry, I don't know.

23      Q.   Are you aware of any specific

24  communications between any of the defendants

25  in this lawsuit and the Federal Government

Page 292

                              A. DELGADO

1

2     saying not to hire A.J. Delgado to work in

3     the White House?

4          A.    I don't have that information, I

5     don't have access to that information.

6          Q.    Going back to your Interrogatory

7     responses on page 6.  In response to 15 and

8     16, we asked you and your counsel to

9     identify any documents containing

10    communications between the Campaign and any

11    third-party concerning any prospective

12    employment of plaintiff with the Federal

13    Government.

14              You responded that you are not

15    aware of any responsive documents.

16              Is that true and accurate?

17         A.    Right, I don't know where those

18    documents are or what they say.

19         Q.    Do you know whether any documents

20    exist?

21         A.    I have no way of knowing that for

22    sure.

23         Q.    In response to Interrogatory No.

24    14, we asked, identify each person who

25    communicated with the Federal Government, I

                        A. DELGADO

1  was asking you before, and told it not to

2  hire you.  You identify Sean Spicer, Steven

3  Bannon, Reince Preibus, Jason Miller, Donald

4  J. Trump and Jared Kushner.

5          How do you know that any one of

6  these individuals communicated with the

7  Federal Government and advised them not to

8  hire you?

9      A.   Well, aren't these answers on

10 information and belief?

11     Q.   They are not, that's why I am

12 asking you?

13     A.   Well --

14     Q.   Do you have any basis to say under

15 oath that any of these individuals

16 communicated with the Federal Government and

17 directed it not to hire you?

18         MR. PHILLIPS:  Objection.

19     A.   Can I see paragraph 55 again?

20     Q.   Sure.

21     A.   You see paragraph 55 says, upon

22 information and belief.  Now flip back to

23 the interrogatory, it says as alleged in

24 paragraph 55, upon information and belief.

Page 294

```
 1                    A. DELGADO
 2       I am answering this, it is upon information
 3       and belief, this interrogatory.
 4            Q.    Okay.
 5            A.    Okay, thank you.
 6            Q.    Do you know for sure one way or
 7       another?
 8                  MR. PHILLIPS:  Objection.
 9            A.    That's impossible to know for sure
10       I don't know my own name for sure.
11            Q.    In response to Interrogatory No.
12       13, you are asked, "Identify each person
13       with knowledge or information concerning the
14       facts and circumstances on which the
15       plaintiff bases her allegation that
16       defendants prevented you from obtaining
17       employment with the White House and Federal
18       Government as alleged in paragraph 54."
19                  We will go back to paragraph 54.
20                  Paragraph 54 is not alleged upon
21       information and belief?
22            A.    Can you flip back to the
23       interrogatory.
24            Q.    You identified Sean Spicer, Steve
25       Bannon, Reince Preibus, Jason Miller, Donald
```

Page 295

1                      A. DELGADO

2     J. Trump, Jared Kushner, Bradley Parscale,

3     Eric Trump, Donald Trump, Jr., Ivanka Trump,

4     and Michael Glassner?

5          A.    I am going to voice an objection

6     that this was vague and ambiguous, so I

7     answered to the best I could.

8          Q.    I am asking you yes or no, do you

9     know for sure whether any of these

10    individuals did anything specific to prevent

11    you from obtaining employment in the White

12    House?

13              MR. PHILLIPS:  Objection.

14         A.    It would be presumptive to say

15    1,000 percent for sure.

16         Q.    Is it fair to say that you don't

17    know for sure whether these individuals did

18    anything specific to prevent you from

19    working in the White House?

20              MR. PHILLIPS:  Objection.

21         A.    I don't know their summonings are

22    1,000 percent for sure.

23         Q.    Let's talk about those first.

24    What name are you 1,000 percent sure that

25    did something to prevent you from working in

Page 296

1                      A. DELGADO

2      the White House?

3           A.     Spicer, Bannon, Reince Preibus,

4      Jason Miller, and the rest are more upon

5      information and belief.

6           Q.     The first four individuals you

7      named, that's for the reasons you have

8      already given; correct?

9           A.     In part.

10          Q.     Anything else that comes to mind

11     that makes you 100 percent or 1,000 percent

12     sure that Sean Spicer, Steve Bannon, Reince

13     Preibus and Jason Miller did anything to

14     prevent you from obtaining employment in the

15     White House?

16               MR. PHILLIPS:  Objection.

17          A.     I would not be able to answer that

18     with certainty.

19          Q.     We touched on this issue a few

20     times earlier, briefly.

21               The work in the Comms Department

22     or Press Department at the White House, do

23     applicants for employment, to your

24     knowledge, have to pass a background check?

25          A.     So you don't apply for employment,

Page 297

                    A. DELGADO

1

2    you are just offered a job.  There is no

3    such thing as an opening that you submit an

4    application for.  If you want to rephrase

5    it.

6         Q.    Do applicants who are offered a

7    position of employment in the White House

8    have to pass a background check?

9         A.    I am going to answer do

10   appointees, people offered a job, not

11   applicants, have to pass a background check?

12   No.   While that's technically the policy,

13   they apparently do not, because there were

14   over three dozen individuals working in the

15   White House, including in the West Wing, who

16   did not pass the background check, yet were

17   permitted to work in the White House

18   nonetheless.

19        Q.    Let's scroll down on some

20   specifics.  Do you know whether Sarah

21   Sanders passed or failed a background check?

22        A.    I don't know.

23        Q.    Do you know whether Omarosa Newman

24   passed or failed a background check?

25        A.    I don't know.

Page 298

1                    A. DELGADO

2          Q.    Do you know whether Boris Epshteyn

3    passed or failed a background check?

4          A.    I don't know.  But he shouldn't

5    have, because he had an arrest for assault

6    and battery on his record prior to the

7    Campaign, yet he was allowed to work in the

8    West Wing.

9          Q.    How do you know that he had a

10   record prior to working for the Campaign?

11         A.    It is public record.  I could

12   provide it to you.

13         Q.    When did you first become aware of

14   that?

15         A.    We knew about it on the Campaign.

16         Q.    Who first told you?

17         A.    I can't recall who told me, I

18   can't recall.  But there was talk of it.

19         Q.    I believe you referred to an

20   individual a few times named Rob Porter, who

21   is Rob Porter?

22         A.    So Rob is an individual who worked

23   in the West Wing who had a domestic violence

24   restraining order from a couple of years

25   earlier.  And he had two ex-wifes, one who

Page 299

A. DELGADO

1
2  had obtained the domestic violence
3  restraining order, unlike mine, it was not
4  over e-mails, it was for actual battery,
5  physical abuse.  Another ex-wife of his also
6  alleged and had alleged and had gone to the
7  FBI saying she had been abused.  And a third
8  woman, an ex-girlfriend of his, also went to
9  the FBI saying that she had been abused.
10 Despite all of this Mr. Porter was allowed
11 serve not only in the White House, but in
12 the West Wing, handling every single
13 document, including top secret documents,
14 that Donald Trump signs.
15      Q.   Do you know whether Mr. Porter
16 disclosed these prior incidents on his SB 86
17 or 87?
18      A.   I don't know, I would like to see
19 a copy of it.  But I know Trump claimed to
20 not be aware prior.
21      Q.   Do you know whether Boris Epshteyn
22 disclosed on his SB 86 or 87, whether he
23 disclosed the prior battery arrests to which
24 you referred?
25      A.   I don't know.  I am sure he

Page 300

```
 1                    A. DELGADO
 2   disclosed it, just as I would have disclosed
 3   mine --
 4        Q.   Do you know that one way or
 5   another for sure, that's my question?
 6        A.   No, I have never seen his SB 86,
 7   how would I know that?
 8        Q.   I understand you identified
 9   certain people who should have failed the
10   background check, but still got a position.
11   Are you aware of any appointees who did not
12   obtain employment or were not offered a
13   position because they failed a background
14   check?
15        A.   The only ones I heard of were very
16   low level people who were kind of getting a
17   job like through the grapevine, through like
18   someone of someone.  Susie Wiles, who was a
19   latecomer to Trumpism, a late appointee to
20   like run Florida, her daughter was then
21   given a job, because the daughter of someone
22   who helped out in Florida, very tangential.
23   And she didn't pass due to like admitted
24   substance abuse, but they just gave her a
25   job elsewhere in the administration.
```

Page 301

1                    A. DELGADO

2              So the only people for whom it

3      appeared to be a problem were very junior

4      people or people who were getting a job

5      through like a friend of a friend and hadn't

6      actually worked on the Campaign.  I have a

7      longer list than just Rob Porter.  There is

8      Freddy Klein, there is John McEntee.  There

9      is Stephanie Grisham who had two DUIs, two

10     mugshots, had been fired from two jobs for

11     financial fraud.  There is Max Miller.

12     There is a long list of people who had

13     criminal records, unlike mine, mine was a

14     civil restraining order of just a no contact

15     about e-mails.  These were criminal records,

16     and they were allowed to be in the White

17     House no problem.

18              One distinction is they are all

19     white and I am not.  So it is curious that

20     the Campaign keeps coming back to the issue

21     that you had a restraining order.  It is

22     almost like you saying it would have been a

23     problem for you, but it was not a problem

24     for any of these other people, none of whom

25     were Latino, so.

1                    A. DELGADO

2          Q.    Do you know whether any of these

3    individuals disclosed any of these prior

4    arrests or convictions on their SB 86 or 87?

5          A.    I trust they did, just as I would

6    have.

7          Q.    But do you know one way or the

8    other?

9          A.    I don't have a copy of their SB 86

10   or 87.

11         Q.    Anyone aside from Susie Wiles'

12   daughter come to mind that ultimately did

13   not get a position in the White House or

14   West Wing because they did in fact fail a

15   background check?

16         A.    There was an article at one point

17   that named like four people.  They were all

18   very young, very junior, hadn't worked on

19   the Campaign.  So it is not something that

20   would be surprising.

21              MR. PHILLIPS:  Was that Katie

22        Wiles, K-A-T-I-E, for the record?

23              THE WITNESS:  Yes, I think it was

24        K-A-T-I-E was her name, Susie Wiles'

25        daughter.  And she was a sweet girl.  I

Page 303

1                    A. DELGADO

2        certainly don't mean to disparage her

3        in any way.  And Susie is a nice person

4        too.  I really liked Susie and worked

5        well with her.

6        Q.    What positions did the individuals

7    that you referenced -- where did Freddy

8    Klein work in the White House?

9        A.    Freddy Klein, that one escapes me.

10   I know that there was an article that read,

11   despite long rap sheet person gets White

12   House clearance anyway.  So I have to find

13   that article.  I am sure it said what

14   position he had.

15            Rob porter had an extremely high

16   level position.

17            Stephanie Grisham, she was lower

18   than me on the Campaign, her job was to

19   wrangle the reporters behind the rope or

20   designated area.  She was Comms director for

21   Melania and then became Comms director for

22   the whole White House and press secretary,

23   despite two DUIs, mugshots, criminal record.

24            And you were saying the positions,

25   okay, so Boris had a very high level

1                    A.  DELGADO

2      position in the West Wing.  I forgot,

3      something to do with policy, I believe.   And

4      I forgot the other names that I mentioned to

5      you.

6              I know max Miller also had a

7      pretty -- he had like an assault criminal

8      record.   And I know he had a fairly high

9      level position, also West Wing.

10             And the other names are escaping

11     me now.

12         Q.    Do you know who made the decision

13     to hire Freddy Klein to work in the White

14     House?

15         A.    I do not.

16         Q.    The same question for Stephanie

17     Grisham?

18         A.    Stephanie, since she was in the

19     Comms Group, I would think and so high, and

20     heading up Comms for Melania, I think Reince

21     would have to approve that if not outright

22     appoint that.  But I think it would have

23     more likely been Sean, because she did Press

24     on the Campaign and Sean did Press, so it

25     all melts together, that's like his group.

Page 305

1                    A. DELGADO

2        Q.    How about Max Miller?

3        A.    I don't know who would have

4    appointed him.

5        Q.    How about Rob Porter?

6        A.    I don't know.

7        Q.    How about Boris Epshteyn?

8        A.    That would have been like the

9    same, similar to me, because he did Comms.

10   So probably Sean.

11       Q.    Do you know who made the decision

12   not to offer Katie Wiles a position at the

13   White House?

14       A.    No one high ranking, because she

15   was so junior.  So I don't think that came

16   across anybody's desk.

17       Q.    Are you currently employed?

18       A.    I am not.

19       Q.    When was the last time that you

20   were employed?

21       A.    April 30, 2018 when I was received

22   an e-mail out of the blue from the PAC, from

23   the America First PAC, which I had joined,

24   saying we are going in a different

25   direction, no severance.  My health

```
 1                      A. DELGADO
 2    insurance ended that day, and my son had a
 3    doctor's appointment on Monday that I had to
 4    cancel, because I wouldn't sign a release
 5    saying I would let the Campaign out of this,
 6    these claims of liability.  So the PAC fired
 7    me.  So it was April 30 of 2018.
 8              And recently, after years and
 9    years of job applications, which I am happy
10    to provide you a list I have where I have
11    applied, the date, the name of the position,
12    the company or entity, et cetera, over 200
13    job applications.
14              I finally got a job I hoped with
15    the VA as an attorney for remote work.  And
16    because Mr. Miller doesn't pay for
17    childcare, Mr. Miller who is currently
18    running the Campaign, I had to leave the
19    job, I couldn't do it.  I immediately fell
20    behind.  I was only able to do the training
21    for three months, it was a five-month
22    training.  I couldn't even complete the
23    training.
24         Q.    During which time did you work for
25    the VA?
```

Page 307

1                    A. DELGADO
2           A.     I want to say my start date was
3      November 6, and I was so excited to have a
4      job again.  And the lack of childcare just
5      made it impossible, beyond impossible.  My
6      son would literally come into Zooms and say
7      hi on the screen.  Given his autism, it is
8      hard to say mommy is -- you know, so it has
9      been hard.  Nobody wants to hire me, because
10     you look me up, it is all Trump, Trump,
11     Trump.
12           I had three great interviews with
13     an in-house position with Seattle University
14     like two years ago, and I was so excited.
15     And the interviews were great.  And the
16     minute they looked me up, it is like --
17           I also had an interview recently
18     with December with the City of Rochester to
19     be an attorney for them.  And literally in
20     the interview they asked me, did you ever
21     work for the Trump Campaign.  And I said
22     yes.  And they said, don't you consider that
23     something that might be embarrassing to the
24     City?  I literally had to get up and say
25     thank you for your time.  If we ever run

A. DELGADO

1
2    into each other, please say hello, it has
3    been a pleasure chatting with you.  At least
4    they were honest.
5        Q.    What was your position at the VA?
6        A.    It was going to be an attorney
7    position.
8        Q.    And did you draw a salary or were
9    you paid hourly?
10       A.    It was going to be a salaried
11   position.  It paid $60,000 a year.  It was
12   the best I could find.
13       Q.    Did you in fact earn that salary
14   for any period of time?
15       A.    Only, they do pay you for the
16   training.  So I cleared about 4,000 a month
17   for those three months.
18       Q.    And then around January or
19   February of this year, did you resign, was
20   your employment terminated or something
21   else?
22       A.    No, I had to explain to them, and
23   they were really nice about it, like
24   everybody knew, I am too behind guys.  And
25   they understood with the lack -- it is in

Page 309

1                        A. DELGADO
2    writing, they said if you ever want to
3    reapply when you get your childcare sorted
4    out, let us know.
5         Q.   So you resigned?
6         A.   Yes, I had to.  I was just too
7    behind.  It is not fair.  I am ethical and
8    if I am behind in a job, it is not right to
9    collect a salary.  I was lost.
10        Q.   Circling back to your
11   interrogatory responses, in response to 21,
12   identify each person with whom plaintiff was
13   employed in any manner from January '17 to
14   the present.
15             You identified, as you said
16   before, America First Policies, Inc. and
17   your current job at the VA which you no
18   longer have?
19        A.   Right.
20        Q.   You have had no other jobs over
21   the last six and a half years aside from
22   those two?
23        A.   No.  And like I said, it is not
24   for a lack of trying.  I have worked every
25   angle, every contact, every application I

Page 310

```
 1                    A. DELGADO
 2    could remotely qualify for.
 3                  The Trump administration Surgeon
 4    General, he was a former Surgeon General,
 5    recently gave an interview a few months ago
 6    saying what a hard time he has had finding
 7    work, because people just don't want be to
 8    be associated, whether that's fair or not,
 9    with someone who has the Trump toxicity
10    associated with them.  You have 50 other
11    applicants, why are you going to go with me?
12          Q.    During which period of time did
13    you work at America First?
14          A.    It was January 1, 2018 to
15    April 30, 2018.
16          Q.    Was that a remote job?
17          A.    Yes.
18          Q.    What was your position?
19          A.    Adviser.
20          Q.    What were your duties and
21    responsibilities?
22          A.    They were kind of vague about
23    that.  It became really clear it was kind of
24    like the same hush money job they had
25    offered Omarosa.  No offense, I don't mean
```

Page 311

A. DELGADO

1    that to be accusatory.  I am just stating my

2    honest -- because I wasn't really kind of

3    told what my duties would be, it was like

4    well, what do you want to do, okay, yeah,

5    that sounds great.  If you want to go do

6    hits, hits on Chris Hayes, that's great or

7    help out with some talking points.  It was

8    strange.  Like I was just here is a little

9    job and stay quiet and be nice type of job.

10   Q.    How much money did you earn in

11   America First?

12   A.    In total only $60,000, because it

13   was only four months.  And it was

14   $15,000 per month.  And within like two

15   weeks or so of my joining is when Eric Trump

16   sent me the e-mail saying, oh, Larry Rosen,

17   your partner, just reminded me that there is

18   this little issue, that lawsuit you might

19   file against the Campaign still lurking, so

20   we are going to need you to sign a release.

21   I said with all due respect, I currently

22   have no plans to sign that, but I don't see

23   why I would sign that, no disrespect.

24   Things are -- let's just move forward.  And

25

A. DELGADO

1
2  he said, I am very disappointed to hear
3  that, very ominous.  And then sure enough,
4  within 90 days after the retaliation is
5  presumed time period ends, like literally
6  like a few days later, I am told you are
7  out, no reason given, no severance.
8       Q.   My next couple of questions was,
9  was your employment terminated?
10      A.   Yes.  I am sorry if I got ahead of
11 you.
12      Q.   Were you provided with a reason
13 for the termination of your employment?
14      A.   A very basic that we have decided
15 to go in a different direction.   I
16 immediately wrote back Bryan Walsh who was
17 running the PAC, I said what are you talking
18 about?  I have been sitting here doing
19 whatever I can, I have been a team player,
20 where is this coming from, what is the
21 reason?  And he wouldn't answer.
22      Q.   Did you engage in any conduct that
23 could have given rise to the decision to
24 terminate your employment?
25      A.   No, certainly none that was

Page 313

1                    A. DELGADO

2    brought to my attention.  Everything was

3    quiet, it was quiet and going well.

4         Q.    What is your basis for saying that

5    your discussion or refusal to sign a, quote,

6    release had any bearing on the termination

7    of your employment with American First?

8         A.    What is my basis for that?

9         Q.    Correct, I understand it is an

10   assumption, I am saying do you know that for

11   sure?

12        A.    I know Walsh himself had asked me

13   a while later, how come you didn't sign the

14   release that Eric had asked you about?  And

15   I found it kind of odd that Eric had

16   mentioned it to him even.  So that's when it

17   was also clear that this was also like a

18   formal problem.  So that's part of the basis

19   as well as the time of it.  They waited

20   until I started at the PAC to throw that on

21   me.  And then literally, and I learned that

22   later, it was 90 days in New York, you would

23   know this better than I, is the period in

24   which you assume retaliatory action.  It is

25   almost as if an attorney said hey, wait for

1                    A. DELGADO

2      the 90 days and then fire her.  And that's

3      almost like to the day when I was hired.

4           Q.   Did Bryan Walsh ever tell you that

5      was the reason that your employment was

6      terminated, because of your refusal to sign

7      a release or he just asked you why you

8      didn't sign the release?

9           A.    At the time he told me why didn't

10     you sign the release, he had not terminated

11     me.  So I am not sure how to answer your

12     question.

13          Q.   I am asking you did anyone ever

14     tell you that your employment with America

15     First was terminated because you didn't sign

16     a release?

17          A.   No, but I don't think anyone would

18     be stupid enough to say that.  That's

19     literally like admitting fault.

20          Q.   When you refer to retaliation, who

21     are you saying was retaliating against you

22     at that time when you were working for

23     America First?

24          A.   So I consider Eric Trump an agent

25     of the Campaign.  And Eric was even approved

1                    A. DELGADO

2     by the Campaign to try to work out a deal

3     between us the previous fall.

4              So your question was who was?  I

5     want to make sure.

6          Q.    You have answered it, you say

7     through the conduct that you attribute to

8     Eric, you are attributing that retaliatory

9     conduct you said to the Campaign?

10         A.    Yes, there is no hiding, I don't

11    think they dispute that he was acting as an

12    agent of the Campaign.  He was hey, you need

13    to sign this for us, for us, the Campaign.

14    The Campaign is not supposed to work in

15    tandem or coordinate with the PAC.  So I was

16    really kind of taken aback by that.

17         Q.    I believe you referenced earlier

18    that you were general counsel to ALPFA.  Why

19    didn't you disclose ALPFA in response to

20    Interrogatory No. 21?

21         A.    Did we not?  That's just an

22    oversight then.  My attorney, they probably

23    said like what started, they probably

24    thought it was like starting from January of

25    2017.  And I went back to ALPFA for a good

1                    A. DELGADO

2  chunk of that 2017 year.  So that's just an

3  oversight.  I apologize.  Because I see --

4  yes, that should have been listed.

5          Q.    When did you stop working at

6  ALPFA?

7          A.    So I went back after the Campaign,

8  especially I needed health insurance due to

9  the baby.  So it was through -- I think I

10  did it through the end of 2017.  And then

11  January 15 I officially moved over to the

12  PAC.

13          Q.    You mentioned before that you

14  applied to numerous jobs over the prior four

15  to six years.  Have you produced all the job

16  applications that you have in your

17  possession?

18          A.    I don't have job applications in

19  my possession.  Because I don't know when

20  was the last time you applied for a job, but

21  you don't keep the applications the way we

22  used you used to like in the '90s if you

23  applied by fax.  So I don't have my

24  application.  What you get back, I do have

25  proof of having applied, because you get

1                    A. DELGADO

2    back a confirmation, thanks for applying for

3    general counsel of blank or products

4    liability at Amazon.  So that's what I have.

5    I do have proof of application, but you no

6    longer keep your application.

7        Q.    So you have copies of the proof of

8    submission?

9        A.    Yes, it is all through on-line

10   portals.  So what you get back is just an

11   e-mail confirmation saying thank you for

12   your application, bla, bla, bla, we will be

13   in touch soon.  That I can produce.

14             MR. BLUMETTI:  I am going to call

15        for the production to the extent that

16        it was not already produced.

17        Q.    Other than the interviews that you

18   participated in the City of Rochester, did

19   you participate in any other interviews in

20   response to these applications?

21        A.    Yes, there was one in Rochester,

22   in Seattle University, another job with the

23   City of Miami.  There have been like maybe

24   five or six.  And those will all be on that

25   list I can provide.  If there was an

1                    A. DELGADO

2     interview, it will say it.  There have not

3     been many, I would say half a dozen.

4          Q.   Were you offered a job following

5     any of these interviews?

6          A.    The only one was the VA one.

7               I think that one is because they

8     needed so many attorneys, they literally

9     hired hundreds of us, because it is

10     reviewing the appeals, when a veteran

11     appeals the rejection of benefits, they are

12     literally hiring hundreds of attorneys for

13     that role.  So I don't think they cared that

14     much, she worked for Trump, sure, we need

15     bodies kind of job.

16          Q.   It is your testimony that your job

17     at the VA was the only job that you have

18     been offered since your termination of

19     employment with America First?

20          A.   Yes, that's the only -- I mean, I

21     would not have turned down any job.  The

22     Seattle one went to the third round.  Yes,

23     that's the only one.

24          Q.   Did there come a time when you

25     became involved in a Family Court proceeding

Page 319

```
1                    A. DELGADO
2    with Jason?
3         A.     He filed one in July of 2017.
4         Q.     What is the venue of that
5    proceeding?
6         A.     Miami Dade.
7         Q.     Is that proceeding still pending?
8         A.     It is.  It was supposed to go to
9    trial in 2019, and he moved it to go to a
10   substance abuse rehabilitation center in
11   Virginia.  And then two other trials we have
12   not been able to do, because he won't sit
13   for his deposition, and so on and so on.
14        Q.     Have any of those delays been
15   attributable to you or only to Jason?
16        A.     He claims they are attributable to
17   me, because I don't move forward going to
18   trial without his deposition.  That's the
19   kind of tactics at play.
20             Another trial we couldn't move
21   forward because by law you have to file your
22   financial affidavit with the court, he
23   refused to file it because he didn't want
24   his financials in public view.  So we
25   couldn't move forward, that type of thing.
```

Page 320

```
 1              A. DELGADO
 2         But then if I don't move forward,
 3   I am accused of well, you are the one that
 4   wouldn't move forward.
 5         Q.   Has the court accused you of not
 6   moving forward?
 7         A.   The reason being, because he has
 8   an attorney who has been paid over $500,000
 9   on the case.  And this case is his life.  So
10   he files a lot of things and spends a lot of
11   time tying to convince the Court that the
12   mom who is just trying to keep up is the one
13   who is at fault.
14         Q.   Have you been deposed in
15   connection with the court proceeding?
16         A.   Three times.  And Miller has only
17   deposed for half a deposition and has filed
18   nine motions for protective order to avoid
19   the continuation of that deposition.
20         Q.   During your deposition, did you
21   give any testimony regarding your work for
22   the Campaign or Transition?
23         A.   Which deposition?
24         Q.   Any of the three.
25         A.   Did I give testimony about my work
```

Page 321

1                    A. DELGADO
2    for the Campaign?
3          Q.    Or Transition?
4          A.    I don't know if they asked about
5    that much, probably just dates.  I can't
6    recall, I don't think they would have gone
7    into it that much.  It is not of interest to
8    the case much.
9          Q.    Did you give any testimony
10   regarding your claims in this lawsuit?
11         A.    No.  I really tried to separate
12   the two.  I don't think this lawsuit has
13   anything to do with that one.
14         Q.    Have you provided any sworn
15   statements or affidavits in connection with
16   that Family Court proceeding?
17         A.    I am sure at one point I filed
18   affidavits or whatnot.  I don't recall with
19   specificity.
20         Q.    Did you give any testimony
21   regarding your employability in connection
22   with the Family Court proceeding?
23         A.    I think I have been asked about
24   employability, yes.
25         Q.    What did you testify to in that

Page 322

1                     A. DELGADO

2      respect?

3             A.    Gosh, I wish I could remember.    It

4      depends, like what would the question be

5      that you are envisioning, when you say

6      employability, like how many jobs I applied

7      to?

8             Q.    Right, anything that goes to that.

9             A.    That is pretty broad.    I have

10     talked to the court about the number of jobs

11     applied to, what jobs I have searched for.

12            Q.    Did the Family Court ever make any

13     findings regarding your employability?

14            A.    Oh, recently the court said that I

15     could -- Miller paid $5,000 to a vocational

16     expert to come and testify that in her

17     opinion I am employable.    And her example

18     was that I could get a job, for instance

19     with Airbnb in-house paying $200,000 a year,

20     lo and behold after the hearing, I applied

21     for that very Airbnb job.    Do you think I

22     got it?    Of course not.

23             They paid her $5,000, and she

24     testified very well on the stand, and as a

25     result the judge said based on her testimony

Page 323

                         A. DELGADO

1
2   he believes I should be working, even though
3   Miller doesn't pay me child care and
4   repeated income to me.  One has to laugh to
5   not cry at the injustice of this.
6        Q.    Who is representing you in
7   connection with that Family Court
8   proceeding?
9        A.    A wonderful attorney named Laline
10  Concepcion-Veloso, L-A-L-I-N-E,
11  C-O-N-C-E-P-C-I-O-N-V-E-L-O-S-O.
12       Q.    Where is her office located?
13       A.    Miami Lakes.
14       Q.    Would she have a copy of your
15  deposition transcripts that you referenced
16  before?
17       A.    I think one of them.  They never
18  gave us the transcript.  These cost money,
19  these transcripts, so unless they ordered
20  them.  I think we have a recent one, because
21  I think they used it as an exhibit, so we
22  might have one of them.
23       Q.    How about any of the sworn
24  statements that you submitted, would your
25  attorney have copies of those?

1           A. DELGADO

2       A.    I should note, by the way, I am

3   not sure to what extent, I would like to

4   preserve some sort of objection that I don't

5   think -- given that Miller currently works

6   for you, for the Campaign, I am not sure it

7   is appropriate for this line of questioning

8   to be fixing the two.  Because then this

9   litigation could be used to help that one

10  and vice versa.

11      Q.    Your attorney is present to

12  interpose any objections on your behalf or

13  you can as well.  I am just asking who is in

14  possession of any of the transcripts.  In

15  the testimony that you gave, I believe you

16  said your attorney.  Are you in possession

17  of those transcripts?

18      A.    I think my attorney is.  But

19  again, Trump World has been caught assisting

20  Miller in hiding, the Campaign source

21  specifically, Mr. Blumetti, in helping

22  Miller hide income from William by hiding

23  his campaign salary.  I fear that this

24  deposition has currently taken the turn of a

25  line of questioning that is being used to

1              A. DELGADO

2     help Miller in a separate proceeding which

3     further harms me or vice versa. And I

4     respectfully ask that you keep the two

5     separate. My child has nothing to do with

6     the claims made here specifically.

7          Q.    I am not asking you any questions

8     about your child?

9          A.    No, but that litigation affects my

10    son and his well-being. So I don't think it

11    is appropriate that the two are mixed. As

12    it is, the Save America PAC has already been

13    caught paying for Miller's legal costs in my

14    family law litigation. I don't know why

15    that is, as if not enough harm has been

16    caused to me.

17              I mean, at one point Miller and

18    the family law litigation, I will give you a

19    perfect example, said he didn't want to

20    disclose his financials to me, because then

21    those financials were going to be used to

22    investigate to identify if he had enough

23    money to pay out a sexual harassment lawsuit

24    if it were going to go that way. And the

25    judge said yes, we don't want one litigation

```
1                    A. DELGADO
2   to be used to assist the other one, that's
3   unfair, so.
4           MR. PHILLIPS:  We are almost done.
5       Try to answer the questions.  I didn't
6       object.  And I will explain, because he
7       was asking about transcripts that may
8       or may not be related.
9           THE WITNESS:  I know.
10      Q.   Are you alleging that the
11  defendants' conduct in this case had any
12  mental or emotional impact on you?
13      A.   Yes, most certainly, and on my
14  child.
15      Q.   On the time that you were working
16  for the Campaign and Transition team, are
17  you alleging that it had a mental or
18  emotional impact on you at that time?
19      A.   At that time and ever since then.
20      Q.   So let's break down the two
21  different time periods?
22      A.   Okay.
23      Q.   That time period during which you
24  were working for the Campaign and
25  Transition, let's call that August 16 to
```

Page 327

1                    A. DELGADO
2    inauguration?
3         A.    Okay.
4         Q.    What sort of impact did the
5    defendants' conduct have you on during that
6    time period?
7         A.    The discrimination alleged, the
8    pregnancy discrimination?
9         Q.    Correct, during that time period?
10        A.    I can't begin to put that into
11   words.  I don't wish on my worst enemy what
12   it is like to be pregnant, to be told by the
13   guy, terminate it.  And that's not the
14   defendants, I am getting there.  To be
15   pregnant, to be completely hung out to dry
16   after you were Trump's, and you should
17   research this for yourself, Trump's earliest
18   most steadfast, most hard core defender that
19   there was in the country, the person who did
20   the most for him, who did the all the hits
21   that nobody wanted to do on the topics that
22   nobody wanted to touch.  And to have that,
23   that was mega Trumpism was a baby that I
24   created.  It was my creation, along with
25   others.  But I lead the charge, I was

1                    A.  DELGADO

2    considered the queen of it.

3              And on top of that, then to be

4    pregnant with an actual baby.  And that's

5    when I most need a job, because I am now a

6    single mom and I have to provide for my

7    child, to have that, it is worse than a

8    horrible movie, how scary that was.  Even

9    those calls with Sean, I was like even the

10   stress of like don't get stressed, you can't

11   get stressed, because there is literally

12   something wrong with the baby if you are

13   stressed.  And I kept thinking of the

14   months, two months now, three months now,

15   how is the baby forming?  To cause that much

16   stress on a woman who is already 39, it is

17   already a high risk pregnancy, no one

18   deserves that, not my worst enemy.  And then

19   to live it, it is like a nightmare that

20   never ends, because I constantly -- then I

21   had to live through seeing people who did

22   nothing for Trump, people who were

23   anti-Trump get the jobs that were mine.  It

24   was like a bad dream.  To watch the people

25   who spent the vast majority of that election

Page 329

A. DELGADO

1
2  against him, suddenly strut around, were the
3  White House.  And me, the one who did the
4  most is back home in a twin bed in little
5  Havana and pregnant and has nothing when I
6  most need it.  And my son is autistic now.
7  And I have no doubt it is because the
8  stress.  He is on the level of a 3 year old
9  boy, when he is almost 6.  And I know it was
10  the stress.  We have done the testing, it is
11  not in my genes, it is not hereditary.  And
12  I asked the geneticist, she said if you had
13  a stressful pregnancy, that's one of the
14  main causes.
15      Q.    Anything other than stress that
16  you could speak to?
17      A.    Just I was finally, everything I
18  have worked for since I was a little girl --
19  people like me are not supposed to go to
20  Harvard Law School.  My mom worked in a
21  factory, my dad is a retired bus driver.  I
22  was made fun of in high school for being
23  poor.  Finally after all these years I was
24  headed to the White House.  I was going to
25  help run the country and serve my country

Page 330

A. DELGADO

1
2  and fly on Air Force One and advise the
3  president, everything had finally fallen
4  into place.  And the same minute it fell
5  into place, it was taken from me.  I never
6  even had a single second to enjoy it.  I had
7  one week to enjoy between election and
8  telling Miller that I was pregnant, at which
9  point it was very like clear that this was
10  not headed in a good direction.
11          I can't tell you how horrible it
12  is to watch people get the job that you
13  created and that was owed to you, and watch
14  other people who did everything they could
15  to stop Trump from becoming president take
16  those jobs instead.  It was the worst irony,
17  the irony of it is what kills.
18          And to be pregnant and know I need
19  a job because I need to feed this baby, I
20  need to give him a cute little house.  I am
21  not a materialistic person, but I need to
22  have income so we could get a cute house in
23  Virginia, and so he could have a normal
24  life.  And that's the one time, you are
25  screwed now, not only can you never probably

Page 331

1                    A. DELGADO

2    get a legal job again, but you don't have

3    the White House job either.  Every door is

4    shut, and you have a baby.  I just don't

5    know why that was done to me, a woman with a

6    baby.  Why not just be civil, be civil?

7    Even now, look at this, six years later,

8    still refusing.  No one deserves this.

9         Q.   I understand the stress that you

10   are attributing --

11        A.   Sorry, sorry.

12        Q.   Do you attribute the stress to

13   Jason or do you attribute the stress to

14   Reince, Sean and Steve?

15        A.   No, it is to the Campaign and the

16   defendants.  Because what Jason did was

17   horrible.  But if others had said A.J.,  we

18   are with you and you have your White House

19   job, and here is some press jobs or policy

20   jobs and we are with you all the way, and

21   your baby is going to have support and you

22   are going to have a job, what Jason did

23   wouldn't matter.  That was not the stress,

24   it was being without a job.  What he did

25   could have been nullified by the right acts.

A. DELGADO

1
2          It has been six years of hell,
3     living in hell ever since then.
4          Q.   Are you saying that the stresses
5     continued after you stopped working for the
6     Campaign and Transition?
7          A.   Yes, because I still feel the
8     effects of the rejection of that job.
9          Q.   Do you attribute this to anything
10    going on in your personal life, such as your
11    family court proceeding with Jason?
12         A.   No, because even that, if I had my
13    job, that's it, I have gotten used to it, it
14    is what it is.  I have a good attorney.
15    That's caused aggravation, but not hell am I
16    cursed type of stress, or how could this be
17    happening or how could this have happened to
18    me type of stress or how am I going to
19    provide for my baby type of stress.  That's
20    more aggravation.
21         Q.   Has your stress lessened in the
22    years that have followed?
23         A.   In a way no, because the more, the
24    more I think about -- the more it becomes
25    clear just what an impact not having that

Page 333

A. DELGADO

1
2  White House job has had, and continues to
3  have, it hurts the same.  The pain hasn't
4  subsided, the stress hasn't subsided, the
5  injustice hasn't subsided.
6          Trump being at Versailles three
7  days ago a block away from my house, and I
8  was supposed to be part of that
9  administration.  There are constant
10 reminders, and there is no way to get away
11 from it, there is no way to say well, I
12 worked for Loreal, so let me just mute
13 Loreal on Twitter and not hear about Loreal
14 and I'll be able to get over the trauma of
15 being pushed out of Loreal.  There is no way
16 to push out Trump.  It is like a
17 never-ending nightmare.  I can't stop
18 feeling it.  And I am a strong person.  But
19 thinking about my child, especially his
20 challenges that he has, I should have had
21 that job or somewhere in the past six years,
22 somebody should have said you know what, she
23 is a mom, she has a kid, let's just sort
24 this out and do right by her.  No, keep it
25 going.  After all I did for him, it is the

```
 1                    A. DELGADO
 2   irony that kills.
 3        Q.    I want to circle back to your
 4   Interrogatory Responses?
 5        A.    Okay.
 6        Q.    In response to Interrogatory 24,
 7   you quantify your allegations of damages.
 8               Starting with the alleged lost
 9   wages, which is on the bottom of page 8, so
10   this is the response to the allegations of
11   damages speaking specifically about lost
12   wages.  At the bottom of the page, you have
13   estimated that as a result of the loss of a
14   White House Communications position, at
15   least two years worth of salary or at least
16   $360,000.  What is your factual basis for
17   alleging that you would have been paid at
18   least $180,000 a year in the White House?
19        A.    I think we looked at my
20   counterparts salary.  And that's the range
21   that they were.  The White House salaries
22   are public.
23        Q.    How much did the Press Secretary
24   make in 2017?
25        A.    I don't have that number committed
```

1                          A. DELGADO
2      to memory.
3              Q.    Do you know whether it was more or
4      less than 180,000?
5              A.    I would say it is probably right
6      around that figure.  But at a certain level,
7      the Press Secretary and the other advisers
8      kind of all make the same.
9              Q.    In response to this interrogatory,
10     you say that you would have been able to
11     move into a higher-earning position as you
12     had an employment in the White House, such
13     as a senior position, perhaps as a Cable
14     news commentator or a political campaign
15     operative, in any of these scenarios, you
16     would have easily earned over a million
17     dollars per year.
18              What is your factual basis for
19     alleging that you would have earned seven
20     figures simply by working in the White
21     House?
22              A.    I don't think I am saying
23     $1 million for the White House.
24              Q.    It says, had you worked in the
25     White House, you would have almost certainly

1              A. DELGADO

2    moved on to a higher earning position?

3         A.   Yes.

4         Q.   My question to you is, what is

5    your factual basis for alleging that you

6    could have earned a million dollars simply

7    by the fact of having worked in the White

8    House?

9         A.   Simple, it is the White House

10   combined with the fact that I was what is

11   called a Trump originalist, which the media

12   companies were especially desperate for,

13   because there were maybe four of us in the

14   world or five.  You take a look at somebody

15   like Boris, who left the White House and

16   then got a $600,000 a year job with

17   Sinclair, even though, not to disparage

18   Boris, but there is not anything like

19   particularly interesting or appealing about

20   him.  He doesn't come across in any nice

21   fashion when he is doing hits.

22        Q.   That was sort of my next question,

23   are you aware of any individuals who worked

24   in the White House in either '17, '18, '19

25   or '20, who went on to earn over a million

Page 337

1                    A. DELGADO

2    dollars a year?

3         A.    Alyssa Griffin was on The View.

4    They were literally so desperate for like a

5    Trump person.  They don't even know who to

6    hire.  Stephanie Grisham was considered for

7    that role.  And that pays way over a million

8    dollars a year.

9              There are Fox News media

10   contracts, especially for a former Trump

11   White House, and Trump originalist on top of

12   that, would have been in that ballpark.

13             Who else?  You could write a book

14   as Cliff Sims did, who was very junior, but

15   went into the White House.  And then came

16   out after a year and a half or so, and was

17   paid a million dollars advance on his book,

18   a seven-figure advance for his book, Team of

19   Vipers, I think it was called, and then went

20   to work on the PAC.

21             Boris Cartly (phonetic), there was

22   just a New York Times article about this, a

23   couple of months ago, Boris makes over a

24   million dollars year, doing what?  As a

25   consultant to various campaigns, just based

A. DELGADO

1

2    on his proximity to Trump and the fact that

3    he served in the White House.  People want

4    to hire those people who are like Trump OGs,

5    as they are called.

6        Q.   I was just curious, you had

7    testified earlier that you lost out on jobs

8    specifically because of your orbit to Trump

9    World and the toxicity of Trump, so how do

10   you distinguish your experiences from the

11   experiences you are encountering now?

12       A.   On legal jobs I missed out on, on

13   corporate world jobs.  These are not

14   corporate world jobs, these are media or

15   political jobs.

16       Q.   Did you apply for any media or

17   political jobs?

18       A.   They are not jobs you apply for,

19   it is not like they post an opening on

20   indeed.com that they are looking for a Fox

21   News commentator.  Those are jobs that are

22   kind of offered to you.

23       Q.   So you were saying that a legal

24   job, your prior history working for the

25   Campaign is considered toxic for those jobs?

```
1              A. DELGADO
2        A.    I am sorry?
3        Q.    I am trying to understand and
4   differentiate before you talked about the
5   fact that you literally walked out of the
6   City of Rochester, because they asked about
7   your prior experience working for the Trump
8   Campaign.  But now you are saying that these
9   individuals who worked in the White House
10  for the Trump administration went on to make
11  seven figures, just by virtue of the fact
12  working for the White House, there seems to
13  be some inconsistency that I am trying to
14  understand?
15       A.    No inconsistency at all.  For
16  regular legal jobs in corporate America, the
17  Trump association is toxic.  For a media job
18  or a job, say, on The View, where they are
19  looking for a person who served in the Trump
20  administration or Fox News or someone to
21  write a book or someone to start a
22  consultancy group, where a campaign will pay
23  $20,0000 a month just to have you on
24  retainer, and you get ten different
25  campaigns that will pay you that like Boris
```

```
 1                    A.  DELGADO
 2   is doing, the Trump thing is a big plus.  It
 3   is for the regular day jobs, legal jobs that
 4   I said it is toxic.
 5         Q.    Just moving along further in the
 6   response, you said that you reasonably
 7   anticipated reaching a book deal along the
 8   lines of other Trump spokespersons and
 9   representatives, which conservatively would
10   have been worth another $2 million.  Have
11   you spoken to any publishers regarding the
12   value of that book deal?
13         A.    Yes, I specifically got that
14   figure from -- and I wish I had her name
15   committed to memory.  I talked to her in
16   Miami Beach.  And she was here from New York
17   for the season.  We had lunch at the Setai,
18   I think it was like a few months after I had
19   given birth.  And she explained it would be
20   difficult without my having gone into the
21   White House to write the book, because now
22   the book deals were Trump administration,
23   the story, not Trump Campaign, the story,
24   which was now yesterday's news.
25               And she said mine would be worth X
```

Page 341

1                    A. DELGADO

2    because -- which was 2 million, I thought,

3    oh, that sounds high.  But when I saw that

4    Cliff got one for 1 million, even though he

5    was very junior, and didn't really have much

6    to share.  She said mine had a story of like

7    affair, pregnancy, stuff that sells, she

8    said.  She said that type of story was

9    relatable, interesting, it is the kind of

10   thing people want to read.  And that woven

11   into what she called the most exciting and

12   bizarre Campaign in American history was,

13   quote, publishing gold.  And she thought,

14   she estimated it would be an advance of

15   approximately 2 million.  This makes sense

16   because Kellyanne Conway's I read was

17   5 million or more.  I don't know, it was

18   really high.  So then the 2 million didn't

19   seem that high after all, when I saw that.

20   Then I was like I guess she knew what she

21   was talking about.

22        Q.   What was the name of the

23   individual that you met with in Miami Beach?

24        A.   I will try to go back and see if I

25   could trace my steps.  This was in late

Page 342

```
                              A. DELGADO
 1
 2    2017.  So it has been a while.  I am trying
 3    to think who connected us for lunch.
 4         Q.   Do you know who she has worked
 5    for?
 6         A.    She does like publishing, she does
 7    not work out of a publishing house.  She is
 8    like a publishing agent.  I am going to go
 9    back and try to retrace my steps and find
10    her name.  It is just that it has been such
11    a long time.
12              She said the whole affair thing,
13    and I remember she used Monica and Bill as
14    an example, like people like to read about,
15    quote-unquote, scandalous situations.
16         Q.   You say here, Now, however,
17    plaintiff is only able to earn about 75,000
18    per year for five years?
19         A.    I aimed high, because the VA job
20    was 60, so.
21         Q.   How do you know that's the ceiling
22    of your earning capacity, Ms. Delgado?
23         A.    Well, Mr. Blumetti, after six
24    years of rejection letters, I wish I could
25    tell you that that is me being pessimistic,
```

                    A. DELGADO
1
2   but it is not.  I really fear where I am
3   going to end up is like doing document
4   review.
5        Q.    Have you researched the current
6   market salary range in Florida for a Harvard
7   educated lawyer?
8        A.    Well, I don't have a Florida
9   license.  I have never taken the Florida
10  Bar.
11       Q.    Is that something you intend to
12  do?
13       A.    It is very hard with a child to
14  sit and study for a Bar exam.
15       Q.    Have you researched the current
16  marked salary range for a Harvard-educated
17  lawyer in New York?
18       A.    Well, it would require mine living
19  in Manhattan, and given that I can't afford
20  to live in Manhattan.  I did try using my
21  New York bar license for positions in
22  Upstate New York, hence the Rochester.
23  Another example is that a friend of mine
24  connected me with a guy who has a big crypto
25  company in Buffalo.  And I e-mailed him.

Page 344

1                        A. DELGADO

2       And right away I though the e-mail went

3       well, because I made a Ted Lasso reference,

4       and he loved Ted Lasso, and I thought this

5       is going well.  Then he got back to my

6       friend, and he said did you Google her

7       before, are you aware of all the Trump

8       stuff?  And that was that.

9                 I did try to use it Upstate New

10      York, non-Manhattan, where I could afford to

11      live.  And those places tend to be quite

12      liberal and quite blue, and they won't give

13      me a second glance.

14           Q.   Did you settle your claims with

15      the Transition team?

16           A.   Yes, I think Dan and Abe did like

17      a small settlement with them.

18           Q.   Why did you decide to settle your

19      claims with the Transition team?

20           A.   To the extent I am allowed to say

21      that, it is not a an attorney/client

22      privilege, they had said that they were

23      wrapping up, and they had no funds left.

24      And so either we took either the little

25      paltry amount that they had left, or they

1                    A. DELGADO

2     were going to petition the judge to force us

3     to take the paltry amount.

4          Q.    How much money were you paid in

5     connection with that settlement?

6                 MR. PHILLIPS:  We could probably

7          have this conversation off the record.

8                 MR. BLUMETTI:  I could represent

9          by counsel that the actual agreement

10         was produced by court order.

11                MR. PHILLIPS:  Was it?

12                MR. BLUMETTI:  I have it.  I

13         understand the amount.  What I am

14         trying to get out is how much of that

15         amount you were paid as opposed to your

16         attorneys.

17                MR. PHILLIPS:  I would probably

18         object to that.

19         Q.    Did you receive any portion of

20     that settlement?

21         A.    I don't see how that would be

22     relevant to the litigation.

23         Q.    It is certainly relevant in

24     speaking to Mr. Phillips, to the extent it

25     would be considered an offset should there

```
 1                    A. DELGADO
 2    be any award of damages?
 3              MR. PHILLIPS:  We could deal with
 4         offset, that's a separate issue.
 5         Attorney fee, particularly prior
 6         counsel, is something that I don't want
 7         to touch, because there is privilege
 8         within that, depending upon the State
 9         and everything else.
10         Q.   Let me just ask this, Ms. Delgado,
11    did you obtain any portion of that
12    settlement?
13         A.   What?
14         Q.   Did you obtain?
15         A.   No, it went for fees.
16         Q.   So you did not obtain any portion
17    of that settlement?
18         A.   Did the Transition team pay me any
19    portion of the settlement?
20         Q.   Correct, that settlement number
21    that which we are aware of, I am asking did
22    you personally receive --
23         A.   I did not.  So it is like a fight
24    over nothing.
25         Q.   Have you ever accused any other
```

Page 347

1                    A. DELGADO

2      businesses or entities of discriminating or

3      retaliating against you?

4           A.    No.  I never sued anyone.

5           Q.    That was my next question, have

6      you ever filed any civil lawsuits against

7      anyone?

8           A.    No.  You could check dockets.

9           Q.    Have any individuals, aside from

10     John De Neufville, ever initiated any civil

11     lawsuits against you?

12          A.    No, never been sued.

13          Q.    Have any individuals ever accused

14     you of discrimination or retaliation?

15          A.    No.

16          MR.  BLUMETTI:  I am thinking that

17          would be the logical conclusion of the

18          day.  If you could give me another five

19          minutes to let me look back at my notes

20          to see if I have any other lines of

21          questions, I appreciate the

22          opportunity.

23          We could go record for a few

24          minutes.

25          THE  VIDEOGRAPHER:  We are off the

Page 348

1                     A. DELGADO

2        record.   The time is 5:13 eastern time.

3              (Whereupon, a short recess was

4        taken.)

5              THE VIDEOGRAPHER:  We are back on

6        the record.  The time is 5:20 p.m.

7        eastern time.

8              MR. BLUMETTI:  Ms. Delgado, I have

9        no further questions.  I appreciate

10       your time today.

11             THE WITNESS:  Thank you.

12             MR. PHILLIPS:  No questions.  And

13       we will elect to read and sign.

14             THE VIDEOGRAPHER:  We are off the

15       record at 5:20 p.m.

16             This concludes today's testimony.

17             Thank you and take care.

18             (Whereupon, at  5:20 P.M.,  the

19       Examination of this witness was

20       concluded.)

21

22                    o      o      o      o

23

24

25

Page 349

1                    A. DELGADO

2                D E C L A R A T I O N

3

4        I hereby certify that having been first

5    duly sworn to testify to the truth, I gave

6    the above testimony.

7

8        I FURTHER CERTIFY that the foregoing

9    transcript is a true and correct transcript

10   of the testimony given by me at the time and

11   place specified hereinbefore.

12

13

14

                    _____

15                      ARLENE J. DELGADO

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 20____.

20

21

                    _____

22        NOTARY PUBLIC

23

24

25

Page 350

```
 1                    A. DELGADO
 2              E X H I B I T S
 3
 4   DEFENDANT'S EXHIBITS
 5
 6   EXHIBIT            EXHIBIT
 7   LETTER            DESCRIPTION                PAGE
 8
 9   Exh A             16-page document DEF       32
                       132 through DEf 147
10
     Exh B             E-mail Bates stamped       35
11                     DEF 2221
12
     Exh C             E-mail Bates stamped       40
13                     DEF 2227
14
     Exh D             E-mail Bates stamped       43
15                     DEF 2240 to 2241
16
     Exh E             E-mail Bates stamped       47
17                     DEF 2253
18
     Exh F             E-mail Bates stamped       49
19                     DEF 2257 to 2258
20
     Exh G             E-mail Bates stamped       51
21                     DEF 2288
22
     Exh H-1           E-mail Bates stamped       54
23                     DEF 2289 to 2290
24
25
```

Page 351

A. DELGADO

| EXHIBIT LETTER | EXHIBIT DESCRIPTION | PAGE |
|---|---|---|
| Exh H-2 | Court document | 60 |
| Exh I | Letter DEF 2210 | 62 |
| Exh J | First Amended Complaint | 66 |
| Exh K | Three-page consulting Agreement P 451 to 453 | 83 |
| Exh L | Amended Complaint | 102 |
| Exh M | E-mail Bates stamped DEF 16 and 17 | 106 |
| Exh N | E-mail Bates stamped DEF 621 | 113. |
| Exh O | E-mail Bates stamped DEF 1759 to 1761 | 160 |
| Exh Q | E-mail Bates stamped DEF 610 to 611 | 166 |
| Exh R | E-mail Bates stamped DEF 840 to 841 | 184 |
| Exh S | Series of Tweets | 215 |
| Exh T | Series of e-mail Bates stamped P3 to P4 | 221 |
| Exh U | One-page document of tweets | 230 |

Page 352

1                          A. DELGADO
2
     Exh V              E-mail Bates stamped    235
3                       DEF 1297
4
     Exh W              E-mail Bates stamped    245
5                       DEF 1542 to 1543
6
     Exh X              E-mail Bates stamped    258
7                       DEf 1986 to 1990
8
     Exh Y              One-page e-mail DEF 842273
9
     Exh Z              Plaintiff's Response    277
10                      and Objections
                        to Defendant's First Set
11                      of Interrogatories
12    (Exhibits retained by court reporter)
13                        I N D E X
14
15   EXAMINATION BY                         PAGE
16     MR. BLUMETTI                          6
17
18       INFORMATION AND/OR DOCUMENTS REQUESTED
19   INFORMATION AND/OR DOCUMENTS           PAGE
20   Any writings that you sent to the      64
     Florida Court for any anticipated
21   travel to New York for work on the
     campaign
22
     Any text messages of a personal nature 131
23   that exchanged between Jason and
     Ms. Delgado
24
     E-mail confirmation showing job        317
25   applications

Page 353

1              A. DELGADO

2     QUESTIONS MARKED FOR RULING

3          PAGE LINE

4

           53    23

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 354

1                    A. DELGADO

2              C E R T I F I C A T E

3

4     STATE OF NEW YORK          )
                                 :  SS.:
5     COUNTY OF QUEENS           )

6

7          I, RIVKA TROP, a Notary Public for and

8     within the State of New York, do hereby

9     certify:

10         That the witness whose examination is

11    hereinbefore set forth was duly sworn and

12    that such examination is a true record of

13    the testimony given by that witness.

14         I further certify that I am not related

15    to any of the parties to this action by

16    blood or by marriage and that I am in no way

17    interested in the outcome of this matter.

18         IN WITNESS WHEREOF, I have hereunto set

19    my hand this 29th day of June, 2023.

20

21

22

      _____

23              RIVKA TROP

24

25



Page 355

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Delgado, Arlene v. Donald J. Trump For
DATE OF DEPOSITION: 6/15/2023
WITNESSES' NAME: Arlene J. Delgado

PAGE    LINE (S)         CHANGE                    REASON

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____|_____|_____|_____

_____
                                            Arlene J. Delgado

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY OF _____, 20__.


_____          _____
(NOTARY PUBLIC)                        MY COMMISSION EXPIRES:

**[& - 2004]**                                          Page 1

| & |
| --- |
| **&**   3:16 14:9,10 |

| 0 |
| --- |
| **06/21/77**   9:2 |
| **0621**   47:19,21 |
|    54:20 |

| 1 |
| --- |
| **1**   3:16 4:16 |
|    53:25 92:14,15 |
|    92:17 104:11 |
|    116:15 160:10 |
|    310:14 335:23 |
|    341:4 350:22 |
| **1,000**   295:15,22 |
|    295:24 296:11 |
| **1.3**   199:7 |
| **10**   11:12 |
|    153:19 154:2 |
|    277:15 |
| **10,000**   163:23 |
| **100**   119:15 |
|    210:11 296:11 |
| **10005**   2:11 |
| **10119**   2:6 |
| **102**   351:9 |
| **106**   351:10 |
| **11**   42:19 44:17 |
|    45:3 49:5 |
|    50:13,22 |
| **11/12/16** |
|    235:11 |
| **113**   351:12 |
| **11764**   1:6 4:24 |

**11:47**   99:5
**11:55**   99:10
**12**   40:5 45:3
   55:9
**12/20/16**
   186:16
**1297**   235:7
   352:3
**13**   47:16 60:18
   294:12
**131**   352:22
**132**   32:10
   350:9
**136**   6:14
**14**   63:13
   160:16 292:24
**147**   32:10
   350:9
**15**   1:12 4:5
   44:3,9 45:5
   72:23 74:8,9
   74:15 105:2
   161:4 167:14
   168:17 171:25
   292:7 316:11
**15,000**   311:15
**1542**   244:23
   245:2 352:5
**1543**   244:23
   245:2 352:5
**16**   32:9,16 68:7
   74:8 85:17
   86:5 96:17,18
   102:3 106:9,17
   113:15 116:15

117:15 119:13
119:14 128:16
129:18 132:15
152:8 154:21
159:10,13
160:16 161:5
166:23 168:12
171:18 180:19
187:7,24 189:6
206:2 221:14
224:17 230:7
237:24 243:9
245:5 269:22
270:19,25
273:12,13,14
273:15 275:13
279:9 292:8
326:25 350:9
351:11
**160**   351:14
**166**   351:16
**16th**   187:2
**17**   70:5 106:9
   106:17 243:9
   245:6 258:25
   269:16,23
   270:18,19,25
   309:13 336:24
   351:11
**1759**   159:23
   160:4 351:15
**1761**   159:23
   160:4 351:15
**18**   55:3 74:2
   85:2 102:13

103:3 336:24
**180,000**   334:18
   335:4
**184**   351:18
**19**   1:6 4:24
   102:13 103:13
   336:24
**1972**   20:12
**1986**   257:25
   258:7 352:7
**1990**   29:4
   257:25 258:7
   352:7
**1995**   11:22
**1999**   12:5
**1:33**   183:10
**1:55**   183:14

| 2 |
| --- |
| **2**   60:3,5 147:18 |
|    147:22 340:10 |
|    341:2,15,18 |
|    351:4 |
| **20**   17:10 69:13 |
|    70:10 104:10 |
|    179:21 187:7 |
|    336:25 349:19 |
|    355:22 |
| **20,0000**   339:23 |
| **200**   306:12 |
| **200,000**   322:19 |
| **2002**   12:23 |
|    14:17 17:23 |
| **2004**   14:19 |
|    29:11 |

[2005 - 317]                                                    Page 2

**2005** 14:23
**2008** 15:9
**2009** 14:25
15:2 17:6
18:25
**2011** 21:17
47:17 49:19
55:21
**2012** 19:3,4
22:14 32:25
35:5,8 37:7
40:18 41:19
44:14,21 54:11
55:21 58:10
**2013** 19:3,3,4
60:25 61:7,13
62:13,14 76:21
202:24
**2014** 19:11,15
19:16 62:13,21
63:20
**2015** 63:22
68:10 69:11
70:6 76:15
79:24
**2016** 17:25
18:25 19:9,11
63:25 64:5
69:14 70:11
74:4 92:16,17
102:15 103:14
104:11 106:19
116:12 117:10
129:23 143:25
153:19 171:11

187:15 193:25
197:25 198:7
202:21 207:5
207:10 208:25
212:9 215:3
216:2 217:10
218:7 225:11
226:10 264:7
276:4 290:16
**2017** 56:15
58:10 102:10
264:8 290:16
315:25 316:2
316:10 319:3
334:24 342:2
**2018** 206:14
305:21 306:7
310:14,15
**2019** 319:9
**2022** 66:13
**2023** 1:12 4:5
41:19 354:19
**21** 52:2 187:14
187:24 191:15
193:25 194:6
197:25 213:17
232:17 309:11
315:20
**2132** 32:18
**2147** 32:18
**215** 351:20
**22** 56:11,15
198:7 200:3
215:3,21 216:2
219:17 220:7

220:19 222:17
229:8 231:7
232:8 261:17
**221** 351:21
**2210** 62:16,17
351:5
**2221** 34:22,24
350:11
**2227** 40:10,12
350:13
**2240** 43:15,17
350:15
**2241** 43:15,17
350:15
**2253** 47:9,11
350:17
**2257** 49:9,12
350:19
**2258** 49:10,12
350:19
**2288** 51:19,23
350:21
**2289** 53:24
54:4 350:23
**2290** 53:24
54:4 350:23
**22nd** 232:24
256:14
**23** 40:18 44:13
221:14 224:5
224:16 244:8
353:4
**230** 351:23
**235** 352:2

**24** 229:8 230:7
231:22 232:9
243:25 246:18
334:6
**245** 352:4
**24th** 221:17
231:3 232:24
256:15
**25** 282:23
**258** 352:6
**26** 102:14
103:14 237:24
238:9 239:4,8
241:12 244:7
245:23
**277** 352:9
**28** 66:13,22
234:24
**29** 49:18
106:19 245:5
246:22
**29th** 354:19
**2:56** 234:16

**3**

**3** 68:7 153:17
161:6,15,16
329:8
**30** 3:15 92:14
139:11,13,15
305:21 306:7
310:15
**30s** 42:11
114:17 134:2
**317** 352:24

**32** 2:11 350:9
**33135** 6:15
**33rd** 6:14
**34** 54:24
**35** 149:23
350:10
**360,000** 334:16
**38** 192:5
**39** 197:24
328:16
**3:05** 234:20

**4**

**4** 32:25 56:9
74:9 258:23
**4,000** 308:16
**40** 2:11 105:2
198:6 350:12
**4056** 9:7
**41** 199:15
214:17
**414** 151:21
**43** 237:21
350:14
**44** 237:23
**45** 239:18
**451** 83:19
351:8
**453** 83:19
351:8
**47** 263:25
350:16
**49** 267:5
350:18
**4905** 2:5

**4:30** 48:5

**5**

**5** 14:19,19
56:25 341:17
**5,000** 322:15,23
**50** 146:12
270:3 310:10
**500,000** 320:8
**51** 350:20
**53** 353:4
**54** 289:19
294:18,19,20
350:22
**55** 289:19
290:14 293:20
293:22,25
**5636** 354:22
**5:13** 348:2
**5:20** 348:6,15
348:18

**6**

**6** 113:15
223:19 245:6
248:13 249:22
258:25 259:3
292:7 307:3
329:9 352:16
**6/15/2023**
355:3
**60** 342:20
351:4
**60,000** 308:11
311:13

**600,000** 336:16
**610** 166:16,23
351:17
**611** 166:16,24
351:17
**62** 351:5
**621** 113:6,14
351:13
**64** 352:20
**66** 351:6
**6:00** 240:8

**7**

**7** 14:10 62:21
102:13
**75,000** 342:17

**8**

**8** 102:14
119:14 129:18
129:23 152:7
154:21 171:18
275:13 276:4
334:9
**83** 351:7
**840** 183:19,22
351:19
**841** 183:20,22
351:19
**842** 273:7,11
**842273** 352:8
**86** 162:12,14,18
162:21,22
163:5,7 299:16
299:22 300:6
302:4,9

**87** 162:20,23
163:6 299:17
299:22 302:4
302:10

**9**

**9** 278:2,13
**90** 312:4
313:22 314:2
**90's** 90:25
**90s** 316:22
**9:58** 1:13 4:4

**a**

**a.j.** 8:19 103:6
107:14 113:17
144:22 146:13
146:14,16
190:15 261:18
273:16 287:18
292:2 331:17
**a.m.** 1:13 4:4
48:5 99:5,10
240:8,9 241:6
**aback** 81:13
147:10 149:18
315:16
**abc** 76:23
200:7 216:10
**abe** 207:14
344:16
**abide** 180:3,4
**ability** 288:8,16
289:2,10
**able** 35:6 52:14
78:13 135:3

[able - adviser]                                          Page 4

200:25 238:22
239:23,25
256:17 269:3
274:19 282:13
296:17 306:20
319:12 333:14
335:10 342:17
**above** 39:21
55:17 96:4
98:2,5,6,23
119:9 243:21
282:8 349:6
**absence** 20:22
**absolutely** 27:6
46:8 100:17,20
115:5 141:24
234:2 264:15
267:24
**abuse** 184:19
185:3,18,19
188:14,16,17
189:2,4 299:5
300:24 319:10
**abused** 299:7,9
**abusive** 38:7
185:6,7,24
**academic** 11:20
**accent** 109:2,6
109:8,9,13
134:16,18,20
137:13,20
195:24 281:13
281:22
**acceptable** 7:21

**access** 292:5
**account** 184:8
215:17 255:19
255:23 256:13
**accurate** 38:19
66:17 84:3
188:10 216:5
218:5 222:6
230:12 245:13
292:16
**accusation**
73:17
**accusations**
73:13 123:14
**accusatory**
311:2
**accused** 320:3
320:5 346:25
347:13
**accusing** 168:4
**acknowledged**
75:19
**acquainted**
103:5
**act** 110:11,13
**acted** 110:21
246:25 247:16
286:17
**acting** 168:5
176:20 207:21
315:11
**action** 5:8 17:9
106:16 204:4
313:24 354:15

**actions** 204:7
**active** 256:22
**actively** 205:10
**activity** 30:6
**acts** 331:25
**actual** 16:17
59:16 200:23
284:9,10,20
299:4 328:4
345:9
**actually** 8:14
52:20 67:14
76:6 77:17
153:3 169:15
170:12 187:12
215:25 224:3
245:9 284:20
286:9 301:6
**ad** 165:18
**addiction** 39:9
42:22
**additional**
215:6 231:2,9
**address** 10:15
10:17,21 35:10
39:2,2,14
43:22,24 44:6
47:14 49:17
52:4 54:6,11
54:16 84:13,14
84:18,20 89:11
161:12 200:4
203:2 245:15
247:8

**adelgado000**
54:7
**adequate** 227:2
**adjust** 97:10
**adjusted** 66:3
**administer**
3:10 5:6
**administration**
151:3 201:16
236:22 282:22
290:2,20,21
300:25 310:3
333:9 339:10
339:20 340:22
**administratio...**
282:17
**administrative**
272:25
**admit** 45:16
257:16
**admitted** 13:15
39:3 300:23
**admitting**
314:19
**adult** 108:18
**advance** 95:4
204:22 337:17
337:18 341:14
**advise** 330:2
**advised** 187:17
188:12 194:7
290:10,21
293:8
**adviser** 75:11
80:16 82:12

| | | | |
|---|---|---|---|
| 103:8 257:6 | **afraid** 234:7 | 232:17 233:2 | **alleged** 55:20 |
| 310:19 | **african** 73:16 | 312:10 | 105:3 189:4 |
| **advisers** 92:23 | **afternoon** | **aimed** 342:19 | 259:16 262:3 |
| 95:7 120:17 | 216:16,22,24 | **air** 330:2 | 262:25 263:5,7 |
| 124:3 335:7 | **age** 139:12 | **airbnb** 322:19 | 293:24 294:18 |
| **advising** 61:24 | **agency** 286:18 | 322:21 | 294:20 299:6,6 |
| 64:10 | **agent** 314:24 | **ajdelgado** | 327:7 334:8 |
| **advocate** 74:20 | 315:12 342:8 | 245:15 | **alleging** 138:11 |
| **advocated** | **aggravation** | **ajdelgado6** | 255:12 326:10 |
| 68:25 | 332:15,20 | 184:8 | 326:17 334:17 |
| **advocating** | **aggressive** | **al** 2:10 4:20 | 335:19 336:5 |
| 74:21 141:13 | 104:16 | 18:12 | **allison** 30:16 |
| **affair** 115:13 | **ago** 21:17 28:7 | **alcohol** 121:16 | **allow** 259:20 |
| 115:17 218:21 | 42:19 44:18 | **alert** 122:4 | **allowed** 7:24 |
| 219:2 222:10 | 48:2 54:12 | **alerted** 104:13 | 25:5 114:4 |
| 226:15,16,21 | 59:24 63:2 | **alerting** 218:15 | 262:20,22 |
| 227:6 232:21 | 88:12 92:6 | **alex** 232:18 | 298:7 299:10 |
| 249:19 250:18 | 101:2 105:21 | 233:5 | 301:16 344:20 |
| 251:9,12 252:2 | 186:5 248:25 | **alexa** 272:16 | **alluded** 209:10 |
| 252:4,5,8 | 307:14 310:5 | 273:12,16,19 | **alluding** 257:19 |
| 257:11,12,13 | 333:7 337:23 | 275:9 | **ally** 51:6 |
| 257:17 341:7 | **agree** 4:15 | **align** 71:19 | **alpfa** 19:17 |
| 342:12 | 27:14,18 76:13 | **allegation** | 20:6 63:15 |
| **affairs** 219:3 | 260:16 | 102:17 103:19 | 64:5 103:25 |
| **affects** 325:9 | **agreed** 3:4,19 | 104:23 105:9 | 315:18,19,25 |
| **affidavit** | 69:16 85:7 | 294:15 | 316:6 |
| 319:22 | **agreement** 84:3 | **allegations** | **altercation** |
| **affidavits** | 89:22 103:22 | 68:4 100:22 | 108:14,17,22 |
| 321:15,18 | 116:14 141:7 | 101:3,12 | 180:19 |
| **affiliations** | 153:17,18,20 | 104:10 132:18 | **altercations** |
| 5:15 | 163:24 345:9 | 138:6 263:12 | 110:25 |
| **affirmative** | 351:8 | 263:20 334:7 | **altering** 39:22 |
| 253:3 | **ah** 240:18,19 | 334:10 | 55:17 |
| **afford** 343:19 | **ahead** 57:4,14 | **allege** 26:23 | **alyssa** 337:3 |
| 344:10 | 81:23 127:21 | 199:16 239:12 | |

[amazon - appearance]                                                    Page 6

**amazon** 27:25
   317:4
**ambiguous**
   295:6
**ambush** 108:10
**amended** 66:5
   66:11,18 67:3
   101:23 102:7
   138:4 149:23
   192:4 237:20
   263:22 289:19
   351:6,9
**america** 17:3
   19:19 289:25
   305:23 309:16
   310:13 311:12
   314:14,23
   318:19 325:12
   339:16
**american** 13:10
   16:6 18:14
   73:16 313:7
   341:12
**amount** 163:21
   344:25 345:3
   345:13,15
**amy** 2:8 5:24
**anchor** 114:16
**anchors** 133:25
**ancient** 24:11
**anger** 116:4
   124:19
**angle** 309:25
**angry** 176:10
   237:2,11

**ankle** 122:21
**announce** 68:9
   80:9
**announced**
   68:16 117:11
   198:12 200:7
   231:25 246:17
   264:14
**announcement**
   157:24 158:3,8
   158:14 217:13
   219:8 232:4
**annoyed**
   168:18
**annoying**
   170:16
**anonymously**
   31:17
**answer** 7:4,14
   7:19,21 24:24
   31:5 34:13
   35:18 37:12
   38:23 41:12,13
   44:16,18 45:14
   45:15,21,24
   46:5,20 48:9
   50:8,13 51:12
   52:10 53:9,14
   76:4 112:3,20
   131:21 137:5
   138:17 139:16
   151:8,10
   176:17 180:3
   194:19 203:24
   204:16 209:25

214:7,15
   233:17 238:23
   247:4 254:22
   256:17 266:2
   276:18 282:13
   296:17 297:9
   312:21 314:11
   326:5
**answered** 46:4
   193:4 229:5
   230:22 252:21
   275:22 295:7
   315:6
**answering**
   294:2
**answers** 7:16
   293:10
**anti** 16:7 69:3
   328:23
**anticipated**
   59:16 64:11,21
   340:7 352:20
**antisemitic**
   53:7,18
**anxious** 48:16
**anybody** 90:4
   90:22 98:6
   110:2 133:13
   133:20,22
   136:20 148:5
   162:5 211:9
   243:16 261:3
   269:11 270:14
   280:8

**anybody's**
   305:16
**anyway** 111:6
   125:22 232:16
   303:12
**anyways** 233:4
**apart** 55:3
**apartment** 89:3
   89:8 115:22
   128:23,25,25
   129:6,7,8
   172:18,24
**apartments**
   88:20,22 89:2
   89:5 129:13
**apologetic** 62:8
   183:3
**apologize**
   193:15,19,23
   276:14 278:16
   316:3
**apologized**
   182:10
**apparently**
   28:17 225:11
   226:21 297:13
**appeal** 29:21
**appealing**
   336:19
**appeals** 318:10
   318:11
**appear** 84:25
**appearance**
   5:12 76:7,12
   77:6,7 78:3

271:24,25
272:3,4
**appearances**
5:15 74:6,15
74:16 75:8,9
76:14 153:7,12
270:5
**appeared** 74:10
301:3
**appears** 83:25
84:2 167:15
184:7 244:9
259:4
**appellate** 29:21
**applaud** 42:23
**apple** 17:10,12
17:16
**applicant**
161:16
**applicants**
296:23 297:6
297:11 310:11
**application**
161:3,9 171:22
297:4 309:25
316:24 317:5,6
317:12
**applications**
306:9,13
316:16,18,21
317:20 352:25
**applied** 80:15
80:17 306:11
316:14,20,23
316:25 322:6

322:11,20
**apply** 80:12,14
80:20 296:25
338:16,18
**applying** 317:2
**appoint** 205:18
304:22
**appointed**
158:4 200:6,12
201:5,8 218:16
223:14 238:15
257:3,5 258:14
271:15 283:21
305:4
**appointee**
300:19
**appointees**
297:10 300:11
**appointing**
204:20 205:10
**appointment**
198:11 199:16
204:23 205:19
220:25 231:13
306:3
**appointments**
149:9 182:13
**appreciate**
19:25 20:3
25:7 347:21
348:9
**appreciated**
69:9 149:20,20
**approach** 69:8
197:14 282:17

**approached**
17:8
**appropriate**
146:17 196:16
324:7 325:11
**approve** 304:21
**approved**
314:25
**approximately**
86:2 99:22
119:4,11
125:23 128:14
154:10 181:9
182:2 190:14
282:19 341:15
**approximation**
11:15
**april** 305:21
306:7 310:15
**area** 57:15
303:20
**areas** 15:25
16:6
**argue** 242:25
**arlene** 1:3,16
2:5 4:17,19
5:24 6:2,12
8:18 37:6
103:6 160:13
349:15 355:2,3
355:21
**arlenedelgad...**
35:10 51:25
54:17

**arlenedelgad...**
47:16,23 49:18
**arranged** 88:25
89:2
**arrangement**
165:13
**arrest** 298:5
**arrests** 299:23
302:4
**arrival** 104:11
**arrive** 58:20
**arrived** 69:25
**artfully** 71:14
**article** 69:10
70:9,13,17
71:7 72:3
77:10 101:18
123:13 235:18
235:20,25
236:5,12
302:16 303:10
303:13 337:22
**articles** 18:10
77:11 232:13
232:15 233:21
**arts** 12:7
**ascribe** 135:3
267:14 272:12
**aside** 11:6 90:3
90:20 110:2,23
181:5 188:5
203:20 238:21
245:24 275:8
275:13 302:11
309:21 347:9

[asked - august]

**asked** 19:12 30:12 31:6 46:3 50:9 57:5 74:11 112:17 121:4,22 147:4 162:10 163:9 177:14 178:2 183:4 194:14 195:13 216:11 222:12 231:6 238:12 248:7 271:4 273:16 292:8,24 294:12 307:20 313:12,14 314:7 321:4,23 329:12 339:6

**asking** 7:3 25:6 30:23 31:21 34:9 37:7 41:20 45:17 52:15 61:17 67:25 68:2 75:23 79:3 90:10 91:6 104:8,9 114:8 123:8,8 154:9 161:25 188:15 188:25 191:12 196:12 202:5 203:17,24 204:2,9 205:13 208:14 220:13 228:15,22 230:20 250:23

251:4,10 261:8 262:24 267:14 270:9 287:5 288:14 293:2 293:13 295:8 314:13 324:13 325:7 326:7 346:21

**aspects** 118:13

**ass** 54:23 280:5 280:6

**assassination** 105:4

**assault** 120:5 120:11 126:17 298:5 304:7

**assaulted** 124:17 248:5

**assert** 151:4

**asserting** 137:22 227:5 251:24 283:15

**assigned** 92:20 93:10 129:9

**assist** 326:2

**assistant** 164:14 272:25 283:24,25

**assisting** 324:19

**associate** 14:14 14:21

**associated** 310:8,10

**associates** 16:10 165:3

**association** 19:18 339:17

**assume** 104:4 313:24

**assuming** 228:8

**assumption** 313:10

**assurances** 248:16,20 249:9

**assured** 259:17

**atkhp** 4:24

**attached** 161:3

**attachment** 161:5

**attacking** 71:16

**attend** 23:5,8 24:15

**attended** 13:11

**attention** 35:19 56:7 68:6 84:10 85:4 175:14 187:11 209:24 210:9 216:25 221:22 231:4 232:9,11 232:12,25 233:3,13 246:24 248:12 261:15 313:2

**attorney** 5:17 8:2 26:12 27:22 29:22

46:19,21 55:23 65:7 67:8 71:18 214:6 281:10 306:15 307:19 308:6 313:25 315:22 320:8 323:9,25 324:11,16,18 332:14 344:21 346:5

**attorneys** 2:4 2:10 15:13 67:18 137:25 214:10,11 318:8,12 345:16

**attributable** 319:15,16

**attribute** 195:17 250:24 252:11,14 315:7 331:12 331:13 332:9

**attributed** 275:14 278:8,9

**attributing** 315:8 331:10

**audio** 4:13

**audition** 80:25

**august** 20:25 59:20,21 74:4 74:8 81:2 82:19 85:17 86:4 92:14 119:13 152:15

159:10 186:25
326:25
**austin**  20:9
81:3 133:11
142:6,25
**authentic**
160:24 161:11
**authentically**
82:10
**authenticate**
38:18 40:5
**authenticated**
33:23
**authenticity**
34:17
**authorized**
3:10 5:6
**autism**  307:7
**autistic**  329:6
**avenue**  6:14
43:4
**average**  86:12
**avoid**  320:18
**avoiding**
123:22
**awaiting**  56:21
**award**  346:2
**aware**  22:21
58:13 100:21
101:11 107:22
130:10 180:20
199:18 203:10
203:15 204:22
208:7 224:6,18
224:20 241:25

253:3 288:15
291:23 292:15
298:13 299:20
300:11 336:23
344:7 346:21
**awkward**  21:4
55:8 104:6
174:6,25
240:22

**b**

**b**  34:21,25 53:2
53:3 350:2,10
**baby**  174:8
179:3 217:3,16
217:24 223:2,7
230:21 256:8
316:9 327:23
328:4,12,15
330:19 331:4,6
331:21 332:19
**baccalaureate**
11:20
**bachelor's**  12:7
**back**  16:15
19:7 21:3,7,9
22:6 26:11
35:13 40:3
41:6 45:3 49:5
56:7 60:25
61:13 72:12,12
76:4 87:10,25
99:9 109:16
122:12,13
124:5,12,14
137:8 146:9

149:22 153:16
156:8,8 174:2
179:5,6,6
181:14,16
182:11,12
183:13 192:4
192:20,23
206:17,24
209:19 214:16
219:20,22
234:19 237:10
237:20 243:5,6
243:24 263:22
292:6 293:23
294:19,22
301:20 309:10
312:16 315:25
316:7,24 317:2
317:10 329:4
334:3 341:24
342:9 344:5
347:19 348:5
**background**
91:10,11,12,25
92:2 161:17,20
296:24 297:8
297:11,16,21
297:24 298:3
300:10,13
302:15
**backlash**  72:2,4
72:4
**backstage**
143:3 146:3,5
146:12,24

**backtracking**
125:13
**bad**  31:2,3 62:9
226:2 328:24
**badge**  161:2
**baez**  106:18
**bags**  134:14
**balancing**
95:16
**ballard**  146:8
**ballpark**
337:12
**bandwidth**
29:20
**banks**  73:15,15
**bannon**  1:8
5:22 6:19
72:13 79:15
80:2 90:24
106:19 186:17
198:2,10,22
199:17 202:17
221:15 252:15
253:25 264:3
265:24 267:18
291:9 293:4
294:25 296:3
296:12
**bannon's**  268:5
**bar**  17:19,21
121:7 145:15
343:10,14,21
**bars**  144:18
**barts**  30:5,8,11

[base - believed]

| | | | |
|---|---|---|---|
| **base** 87:22 | 47:9,10 49:11 | **bed** 329:4 | **believe** 12:15 |
| 160:3 | 51:18,22 53:23 | **beekman** | 14:25 15:2 |
| **based** 20:9 | 54:3 66:20 | 129:10 | 17:23 22:18,20 |
| 57:10 58:4 | 83:22 84:6 | **began** 103:5 | 29:23 30:2,8 |
| 60:22 63:17 | 102:5 106:8,16 | 119:22 120:5 | 30:18 42:5 |
| 64:4 66:16 | 113:5,13 | 176:19 | 48:15 49:4 |
| 85:21,23 97:10 | 159:22 166:15 | **beginning** 5:16 | 53:11 58:24 |
| 136:4 167:16 | 166:23 183:21 | 10:16 161:13 | 61:21 62:4 |
| 175:5 186:19 | 221:7,17,21 | **behalf** 5:20 | 70:13 100:25 |
| 195:18 196:2 | 235:6 244:22 | 49:3 66:12 | 102:12 127:25 |
| 196:13,20,23 | 245:2 257:24 | 74:18,22,23,24 | 139:18 150:19 |
| 208:4,17 | 258:6 350:10 | 75:13 76:7,13 | 150:21 153:14 |
| 241:15 242:2 | 350:12,14,16 | 85:7 152:19,23 | 155:20 157:21 |
| 255:14,15 | 350:18,20,22 | 153:7,12,25 | 164:23,24 |
| 275:19,19,20 | 351:10,12,14 | 154:22,23 | 166:5,22 |
| 322:25 337:25 | 351:16,18,21 | 156:24 202:25 | 181:25 182:8 |
| **basement** | 352:2,4,6 | 270:21 271:3 | 183:2 195:19 |
| 175:7 | **bathroom** 43:6 | 275:8 324:12 | 198:5,15 204:4 |
| **bases** 294:15 | 99:3 183:7 | **behave** 138:23 | 205:9,12,14,20 |
| **basic** 312:14 | 209:17 | **behaved** 27:19 | 211:6,19 219:8 |
| **basically** 71:8 | **batted** 91:2 | 50:16 | 224:12 225:5 |
| **basis** 31:16 | **battery** 14:9 | **behavior** | 225:15,17,19 |
| 36:5 39:5,7,20 | 90:16,25 111:5 | 103:15 107:20 | 226:9,11,12 |
| 94:19 98:21 | 234:13 298:6 | 112:2 164:6 | 229:4,22 248:9 |
| 119:5 131:5 | 299:4,23 | 196:24,25 | 248:9 250:4 |
| 132:25 139:19 | **bay** 146:3,24 | 197:4,7,12 | 253:23 255:8 |
| 151:3 227:4 | 146:25 148:6 | **behold** 322:20 | 256:25 257:7 |
| 228:23 251:24 | 148:23 | **belabor** 252:16 | 258:22 265:8 |
| 283:14 293:15 | **bb** 122:19 | 270:8 | 275:24 280:24 |
| 313:4,8,18 | **bbc** 18:13 | **belief** 78:10,13 | 281:4,12 |
| 334:16 335:18 | **beach** 340:16 | 217:19 222:24 | 284:10 287:4 |
| 336:5 | 341:23 | 228:6,8,19,21 | 298:19 304:3 |
| **bates** 32:17 | **bearing** 313:6 | 290:16 293:11 | 315:17 324:15 |
| 34:21,23 40:9 | **becoming** | 293:23,25 | **believed** 70:4 |
| 40:11 43:14,16 | 125:22 330:15 | 294:3,21 296:5 | 71:22 72:18 |

Diamond Reporting
A Veritext Company

75:6 131:25
140:4 191:6
194:9 203:22
208:10 275:18
**believer** 68:20
94:3
**believes** 323:2
**believing** 28:19
**bell** 44:9 53:5
54:19,20
140:18
**benchmark**
116:15
**benefit** 241:22
**benefits** 318:11
**best** 45:5 51:6
117:2 178:19
276:14 295:7
308:12
**bet** 61:8 162:24
**better** 26:13
40:23 43:9
117:11 229:18
267:13 313:23
**beyond** 38:24
286:2 307:5
**big** 15:14 16:2
56:3 68:19
69:19,21 94:2
120:17 125:4
173:23 178:23
178:23 268:3,8
279:22 340:2
343:24

**bikini** 133:11
**bill** 54:18 219:4
342:13
**birth** 8:25
340:19
**bit** 25:24 27:11
43:10 93:3
108:10 110:18
139:25 147:6
174:13 205:9
209:22 224:9
230:25 234:6,8
234:12
**bitch** 51:5
**bitchiness**
167:20
**bitchy** 168:5,13
**bizarre** 341:12
**bla** 317:12,12
317:12
**black** 179:9
**blamed** 108:5
**bland** 63:8
**blank** 317:3
**bless** 102:20
**blind** 65:21
**block** 84:11
160:6 178:21
210:13 333:7
**blonde** 110:5
115:19
**blondes** 38:11
52:19
**blood** 354:16

**blow** 113:11
**blue** 305:22
344:12
**blumetti** 2:12
5:18,18 6:9
21:12 32:6
34:19 36:10
37:5 40:7
43:12 47:7
49:8 51:16,22
53:11,21 54:3
60:3 62:15
64:16 65:6,15
65:20,24 66:4
81:20 83:14
91:14 99:2
101:20 106:12
113:2 130:5
131:12 159:16
166:11 183:6
183:18 215:5
220:11,15
221:4 229:21
234:22 244:20
257:22 258:5
273:3,10 277:4
317:14 324:21
342:23 345:8
345:12 347:16
348:8 352:16
**blur** 89:19
**board** 82:23
83:5 227:24
**bodies** 318:15

**body** 7:18
121:24
**bonus** 82:9
**book** 27:23
150:7 169:20
169:21 272:20
337:13,17,18
339:21 340:7
340:12,21,22
**booked** 172:14
172:15,18
**booker** 272:19
**booking** 274:11
**bookings**
272:20
**books** 198:16
198:19,20
199:3,5,9
**boorish** 281:17
281:18
**boots** 86:21,23
87:13
**border** 71:13
71:17
**boris** 92:23
93:5 97:15
109:5,6 113:25
118:21 124:7
134:19 135:11
135:16 137:15
140:15,18,22
141:19 153:11
195:2,18,21,23
197:11,22
275:25 276:5

278:3,10,15
280:24,24
281:4,13 298:2
299:21 303:25
305:7 336:15
336:18 337:21
337:23 339:25
**boris's** 197:3,7
**born** 9:8,11,20
**boss** 30:4,5,10
120:24 121:4,5
125:9 193:13
274:24
**bosses** 284:4
**bother** 54:22
**bothered** 26:20
112:16
**bothersome**
27:8
**bottom** 41:4
48:3 50:15
56:10 113:16
166:25 167:9
167:17 221:13
236:25 245:5
334:9,12
**bouncer** 178:25
**box** 59:25
84:20 122:5
**boxes** 70:2
**boy** 329:9
**brad** 207:15
**bradley** 295:2
**brain** 241:4

**break** 7:12,15
9:19 99:3
142:2 174:12
177:8 183:7
187:17 326:20
**breitbart** 69:11
70:10 72:3,20
**brian** 73:14,15
**brief** 244:4,11
244:11
**briefing** 190:20
**briefly** 21:17
101:19 206:20
296:20
**brightness** 66:3
**bring** 27:19
28:7
**bringing**
232:24
**bris** 134:13
**broad** 322:9
**broader** 283:3
**broke** 111:3
217:6
**bronx** 68:21
**brother** 10:24
11:7 167:25
171:9
**brought** 121:19
164:16 259:12
261:4,6 272:18
313:2
**brown** 49:20
49:21,25 50:7

**bryan** 111:12
111:13,19,25
113:15 114:20
115:7,13,17,22
134:5,11
281:19 312:16
314:4
**bubbly** 115:20
**budget** 290:4
**buffalo** 343:25
**building**
115:23
**bulk** 19:4
**bullet** 95:23
**bun** 110:6
**burger** 211:24
**buried** 190:17
190:21 191:2,6
**bus** 25:22
329:21
**businesses**
347:2
**busy** 8:15
120:15,15,15
219:24 264:21
**buttocks**
279:14,15
**buying** 30:7

**c**

**c** 2:2 40:9,13
323:11,11,11
349:2 350:12
354:2,2
**cab** 181:15

**cabell** 49:20,21
49:21,22,25
50:7
**cabinet** 182:13
**cable** 233:12
272:4 335:13
**california** 38:2
**call** 22:4 35:22
64:17 78:2
104:14 120:23
121:4 131:14
164:9 167:25
168:6 169:6,17
170:3 171:4
182:10,12
190:19 194:21
198:9,13 200:2
200:16,18
201:12 219:21
219:23,24
231:4 235:5
238:12,21
241:12 244:4,7
244:12 249:3
257:20 260:13
263:24 264:20
271:20 317:14
326:25
**called** 6:4 26:25
27:2 31:13,14
43:4 69:12,21
109:10 111:16
125:3 129:10
158:9 168:8
170:25 179:25

199:17 200:14
238:13 247:5
271:21,22
274:10,10
275:3,3 336:11
337:19 338:5
341:11
**calling**  103:17
134:13 169:12
170:12 253:11
255:20
**calls**  180:6
241:19 244:15
247:4 248:24
253:15 263:24
328:9
**calm**  176:7
**camera**  4:9
66:2
**camilo**  101:9
101:10 105:12
105:20,22
106:2
**camilo's**  105:16
**camp**  87:22
**campaign**  6:21
17:25 19:20
20:24 21:2
23:23 24:11
36:7 60:19
64:3,12,22
74:4,7 75:5
77:18 78:9,22
79:2,5,19,20,23
80:3,13,23

81:10,18 82:15
84:4,15 85:7
85:16 86:25
87:9,19 88:2
88:19 89:23
90:19 91:18
92:12 94:16,20
96:7 97:13
98:10 99:16,18
100:24 101:17
102:24 103:7
103:17 104:12
105:14 107:10
107:19,21
108:20 111:15
112:2 115:2
116:7 117:5,9
117:14,17
118:20 120:8
121:2,20
122:25 123:4
123:15 124:12
125:9,15,20
129:18,24
130:9,19
133:20 136:20
138:12,22
139:18 140:3,7
140:12,13,16
140:17 141:3,4
141:9,10
152:13,14,19
152:23 153:7
153:12,25
154:4,6,14,15

154:18,19,22
154:24 155:2
155:13,19
156:25 157:16
158:16,25
159:10 162:17
163:15,18
164:4,10,16,19
164:20 165:11
172:15,18
175:13 182:21
186:17,18,22
186:23,24
187:3,8,10
189:19,23
198:22 199:3
202:18 203:6
205:16 207:13
207:24 213:10
213:14 222:11
222:18,22
223:9,16
232:12 237:9
238:6 245:14
246:21 248:3
248:15 249:18
249:20,24
250:3,6,8,10,11
250:13,14,16
250:17,19,20
251:8,14,17,22
253:10 255:7
258:13,15,16
258:19,22
261:21,24,25

262:9 264:2
265:10 267:12
270:22 271:3
271:22 279:8
286:17,19,21
291:7 292:10
298:7,10,15
301:6,20
302:19 303:18
304:24 306:5
306:18 307:21
311:20 314:25
315:2,9,12,13
315:14 316:7
320:22 321:2
324:6,20,23
326:16,24
331:15 332:6
335:14 338:25
339:8,22
340:23 341:12
352:21
**campaign's**
102:15 104:15
**campaigns**
337:25 339:25
**cancel**  306:4
**candidacy**  68:9
68:17 70:4
**candidate**
74:23,25 75:2
75:6,22 78:11
78:13,16
**candidates**
70:8 74:18

[capacity - chief]

capacity 267:8
342:22
care 225:12
226:10 248:17
323:3 348:17
cared 318:13
career 19:23
20:16 52:21
71:4,8 175:15
carefully
278:19
cares 45:8
carry 220:14
cartly 337:21
casa 30:24
case 1:5 4:23
16:17 138:19
170:19 195:7
214:24 219:4
247:8 320:9,9
321:8 326:11
355:2
castro 182:15
cat 27:12
109:10
catholic 8:24
catty 110:16
caught 324:19
325:13
cause 328:15
caused 325:16
332:15
causes 329:14
causing 256:19
256:20,21

cautiously
202:13
caveat 7:13
cc'd 274:6,13
275:5
ceiling 342:21
cell 62:24 63:2
center 319:10
certain 35:12
39:3 61:12
153:15 184:2
210:14,15
215:16 245:3
254:19 258:6,8
269:7 288:7,10
288:12 300:9
335:6
certainly 24:22
42:21,23 46:11
64:24 85:22
90:14,17 91:3
108:19 137:2
187:19 190:4
222:23 236:17
236:23 251:21
268:6,12 269:2
303:2 312:25
326:13 335:25
345:23
certainty
296:18
certification
3:7
certified 59:9
59:22

certify 349:4,8
354:9,14
cetera 17:12
20:18 26:10
57:11 69:5
142:4 222:12
267:24 269:8
272:24 285:19
306:12
chain 259:5
challenges
333:20
chance 31:9,20
31:22 66:25
107:2 162:11
163:12 171:15
177:15 178:3
182:18 244:3
277:24 278:18
chances 207:16
change 157:9
355:5
changing 96:14
character
105:4
characterizati...
37:2
characterize
10:2 21:20
33:10 34:7
85:6 96:3
100:8 105:15
111:18 165:20
178:19 202:20
224:10 233:24

234:4
characterized
115:3
characterizing
232:23
charge 111:14
111:17 117:24
267:13 270:12
327:25
chart 97:19,23
98:3 140:22
226:24 227:14
227:16,21
228:4,10,13,17
228:25 229:7
229:12
chatted 206:21
chatting 145:2
308:3
cheap 54:23
check 39:25
91:10,11,12
154:17 274:7
296:24 297:8
297:11,16,21
297:24 298:3
300:10,14
302:15 347:8
checked 161:18
162:3
checks 70:2
154:19 155:6
cheesey 147:20
chief 253:23
268:7 283:8,16

284:2 287:16
**chiefs** 29:9
**child** 25:21
  194:10 201:23
  218:2,3 323:3
  325:5,8 326:14
  328:7 333:19
  343:13
**childcare**
  306:17 307:4
  309:3
**children** 10:9
**choosing** 219:5
**chose** 285:17
**chosen** 219:3
**chris** 115:9,11
  118:17 272:24
  311:7
**chronological**
  167:3 219:15
**chronologica...**
  177:9 263:23
**chunk** 15:14
  33:20 316:2
**circle** 149:22
  153:16 334:3
**circling** 192:4
  214:16 243:24
  309:10
**circumstances**
  24:14 25:2
  36:12 294:14
**city** 29:7,8,9,11
  307:18,24
  317:18,23

339:6
**civil** 301:14
  331:6,6 347:6
  347:10
**claim** 102:23
  257:17
**claimed** 28:23
  34:2 39:18
  183:3 299:19
**claiming** 23:2
  216:7
**claims** 17:15
  33:24 137:23
  138:6 280:20
  306:6 319:16
  321:10 325:6
  344:14,19
**clarify** 215:24
**clarity** 20:3
**class** 17:9
**classmate**
  230:19
**clean** 95:9
  96:20,22
  196:18
**cleanup** 95:4,5
  95:6
**clear** 19:10
  82:11 100:14
  107:13 113:21
  165:4 169:18
  178:11 239:19
  253:14 286:4
  310:23 313:17
  330:9 332:25

**clearance** 25:8
  303:12
**clearances**
  151:12
**cleared** 308:16
**clearly** 29:12
  57:11 65:2,4
  107:12 178:7
  265:8 287:24
**clerical** 28:15
**clerk** 28:25
  60:2
**cleveland**
  116:11
**clever** 217:22
**client** 5:24 53:9
  53:14,16 214:6
  291:21 344:21
**cliff** 337:14
  341:4
**clinton** 219:4
**close** 24:10
  50:4 65:20
  119:15 129:15
  184:21
**closed** 121:15
  122:6 179:22
**clothing** 79:22
**clout** 52:20
**club** 43:4
  121:14,14,15
  121:17,21
**cnn** 76:25
  114:16 133:25
  135:10

**coat** 179:8
**cocaine** 30:22
  42:7 43:2,6,7
**coke** 30:24
  42:10
**cold** 266:5
**collaboratively**
  103:6
**colleague** 15:16
  17:5,7 114:6
  136:25 274:15
**colleagues**
  103:10
**collect** 309:9
**college** 9:21
  11:23 20:14
**colon** 278:14
**colorado**
  104:11
**combination**
  88:20
**combined**
  336:10
**come** 21:7,25
  22:9 55:11,13
  61:5,17 71:6
  71:17 77:3,6,8
  77:13,22 79:12
  82:3,18,23
  107:16 108:13
  108:21 119:16
  122:12 124:20
  125:8 126:23
  134:10 139:17
  139:25 147:18

[come - company]                                        Page 16

| | | | |
|---|---|---|---|
| 152:15 156:8,8 | 137:7,11,13 | 275:23 276:9 | 304:19,20 |
| 156:9,18 | 144:14 145:18 | 276:19 278:5 | 305:9 |
| 169:18 170:8 | 148:22 149:8 | 278:10 279:2 | **communicate** |
| 179:17 180:10 | 176:23 177:5 | 280:18 281:14 | 7:25 217:17 |
| 180:14 181:3 | 192:13,16,23 | **commission** | 218:8,10 |
| 184:7 209:14 | 193:7,16 | 355:25 | **communicated** |
| 209:17 210:16 | 194:18 196:11 | **commitments** | 220:24 290:9 |
| 243:6 248:10 | 225:18 241:6 | 61:15 | 290:17 291:2 |
| 251:3 257:12 | 249:12 275:15 | **committed** | 291:11 292:25 |
| 272:23 274:21 | 276:21 278:7,9 | 240:15,24 | 293:7,17 |
| 279:7,9,24 | 279:13 281:13 | 334:25 340:15 | **communication** |
| 280:17 302:12 | **commentary** | **common**  21:22 | 118:4 262:21 |
| 307:6 313:13 | 18:6 61:6 | 21:24 26:4 | 281:16 283:7 |
| 318:24 322:16 | 185:5,6,7 | 40:21 148:12 | 291:17,18 |
| 336:20 | **commentator** | 169:3 189:10 | **communicati...** |
| **comes**  25:19 | 335:14 338:21 | **comms**  83:8 | 33:8,22 131:18 |
| 58:8 78:14,17 | **comments** | 92:22 93:18,22 | 212:18,22 |
| 136:15 137:18 | 37:24 38:7 | 97:21,24,24,25 | 213:6,9,12 |
| 196:22 280:23 | 105:23 106:2,5 | 98:6 117:16 | 214:9 243:7 |
| 296:10 | 110:3 114:12 | 118:11 190:3,6 | 267:7,9 282:5 |
| **coming**  16:19 | 123:18 132:14 | 198:11 216:8 | 282:10 291:24 |
| 64:14 125:6 | 132:23 133:19 | 217:4,7,14 | 292:10 334:14 |
| 142:13,14,17 | 134:7,10,16,17 | 222:15 223:14 | **communion** |
| 145:5,7 148:3 | 135:24 136:3 | 227:19 231:16 | 8:23 |
| 148:4 150:13 | 136:20,21 | 238:11 246:18 | **communities** |
| 164:19 179:20 | 137:4 139:5,7 | 253:9,13 257:4 | 268:9 269:7 |
| 209:14 241:8 | 139:11 150:17 | 257:6 264:12 | **community** |
| 243:5 265:2 | 177:4 196:3,13 | 264:25 266:14 | 95:22 96:25 |
| 301:20 312:20 | 203:8,13 208:3 | 266:15,17,22 | 97:2 112:16 |
| **comment**  38:13 | 209:8 211:13 | 267:21,22 | 269:8 274:23 |
| 39:25 51:14 | 239:17 240:17 | 269:6 270:12 | **companies** |
| 96:24 109:13 | 240:23 241:2 | 282:3,16,21 | 336:12 |
| 133:19,23 | 241:11 242:2,7 | 283:10 284:3 | **company** |
| 134:5,19,21,23 | 243:14 255:14 | 285:23 296:21 | 306:12 343:25 |
| 135:2,9 136:5 | 275:14,16,18 | 303:20,21 | |

**comparing**
91:5
**competent**
105:17
**complain**
211:11 280:13
**complained**
59:4 112:13
195:5 290:7
**complaining**
229:13
**complaint** 66:6
66:12,18 67:4
67:16,19
101:23 102:8
112:19 117:18
137:10 138:4
149:23 192:5
197:24 203:23
214:16 232:25
237:21 244:5
247:12 263:23
286:24 287:7,8
289:19 291:20
351:6,9
**complaints**
107:20 111:25
136:19 164:5
166:9 186:11
186:12 194:23
194:25 197:3,6
208:12 211:8
280:7
**complete** 19:22
306:22

**completely**
123:25 266:4
327:15
**complex**
171:22
**complicated**
111:8 127:11
**complimentary**
81:14
**complimenting**
144:14
**comply** 60:13
**comprised** 83:4
**computer**
67:14 96:2
159:3,5
**conceded**
144:15
**concentrated**
19:3
**concepcion**
323:10
**concern** 234:5
**concerned**
200:5 246:14
**concerning**
217:13 292:11
294:13
**concerns** 201:3
202:8 246:14
258:17 259:16
**concluded**
348:20
**concludes**
348:16

**conclusion**
56:10 127:8
347:17
**conduct** 107:21
114:25 131:18
161:20 164:6
195:18 203:21
204:3 208:9
211:18 247:13
250:22,24
252:18 267:15
312:22 315:7,9
326:11 327:5
**conducted** 4:7
**conducting**
161:23
**conference**
36:16 198:9
**confirm** 63:4
199:18
**confirmation**
8:24 317:2,11
352:24
**confused**
290:13
**congratulations**
217:3
**connect** 234:13
**connected**
342:3 343:24
**connecting**
17:20
**connection**
4:10 100:23
101:6 163:5

**320:15 321:15**
321:21 323:7
345:5
**connections**
29:19
**connotation**
138:16
**conright**
113:23
**conscious**
127:18
**consensual**
119:24
**conservative**
8:20 18:14
69:20 70:7,20
70:23,24 72:20
**conservative's**
207:16
**conservatively**
340:9
**conservatives**
73:7,23
**consider** 70:15
165:25 185:20
185:21 196:22
204:15 307:22
314:24
**consideration**
252:19
**considered**
71:20 73:4,9
73:19 87:13
94:7 97:16
116:25 154:17

[considered - corey]    Page 18

217:22 231:10
236:9 269:19
272:8 283:10
328:2 337:6
338:25 345:25
**considering**
192:19 282:2
**consistent** 96:6
96:7,11 98:13
**conspiracy**
104:16
**constant** 72:9
241:20 333:9
**constantly** 88:3
95:5 96:14
97:10 328:20
**consultancy**
339:22
**consultant**
337:25
**consulted**
165:10 268:10
**consulting**
89:22 103:22
116:14 141:7
153:17,24
163:24 351:7
**contact** 22:17
22:20 23:10
25:5 27:15,20
30:9 39:11
57:10 78:24
272:22 301:14
309:25

**contacted**
232:19
**contacting**
24:16 27:6
**contacts** 212:24
**contain** 258:8
**containing**
292:9
**context** 149:5
167:2 170:2,6
171:6 185:12
194:4 219:15
249:11
**continuation**
320:19
**continue** 4:14
98:17 152:18
152:22 153:19
154:5 187:2
**continued**
153:11,24
154:3,11,12,13
155:13,18
158:19 271:7
274:11 332:5
**continues**
333:2
**continuing**
156:24 231:4
**continuous**
9:25
**contractor**
141:9 165:10
**contracts**
337:10

**contributed**
199:9
**control** 50:19
64:19 131:14
**controversial**
73:2,9,19,25
96:22 125:17
**conversation**
62:11 92:6
143:6 145:13
148:6 173:17
176:7,12
177:11 180:11
181:10,20
192:14 197:11
206:10 225:7
225:15,19
239:3,9 244:6
245:22 259:22
273:24 345:7
**conversations**
123:19 149:12
149:16 210:5
239:10 241:16
246:4 262:17
265:7
**convey** 217:22
217:25 233:5
**conveyed** 71:15
150:9
**convicted**
30:17
**convictions**
302:4

**convince** 25:17
72:14 132:12
178:10 320:11
**conway** 209:6
**conway's**
134:13 341:16
**cooperated**
198:21
**coordinate**
315:15
**coordination**
87:23
**copies** 59:11,14
317:7 323:25
**copy** 3:13,16
28:24 38:19
59:25 66:17
84:3 102:6,7
216:12 299:19
302:9 323:14
**copying** 274:17
**coral** 11:17,19
**cordial** 111:20
111:24
**core** 327:18
**corey** 2:15 4:25
110:19 185:2
186:2 188:20
188:21,22
189:10,20
223:18 234:22
257:13 278:4
278:16 279:3,5
279:11,24
280:9,11,18

**[cornered - d]**                                    Page 19

| | | | |
|---|---|---|---|
| **cornered** | **count** 67:24 | 320:11,15 | **cruz's** 164:18 |
| 209:16 210:14 | **counter** 95:2 | 321:16,22 | **cry** 195:2,4 |
| **corporate** 16:7 | **counterparts** | 322:10,12,14 | 323:5 |
| 17:3 338:13,14 | 92:23 97:14 | 323:7 332:11 | **crying** 144:23 |
| 339:16 | 98:16 334:20 | 345:10 351:4 | **crypto** 343:24 |
| **correct** 81:25 | **country** 13:9 | 352:12,20 | **cuban** 68:22 |
| 85:14 119:2 | 78:18,19 | **courthouse** | 109:3 123:23 |
| 127:13 128:3 | 327:19 329:25 | 28:17 | 182:17 |
| 155:24,25 | 329:25 | **crazy** 51:5 | **cubans** 260:13 |
| 157:12 178:5 | **counts** 30:19 | 57:25 58:4 | **cum** 12:12 |
| 188:7 202:18 | 112:18 | 71:3 113:17 | **curious** 64:14 |
| 230:8 244:10 | **county** 354:5 | 114:6,10 115:4 | 185:18 301:19 |
| 250:4 296:8 | **couple** 95:24 | 115:9 169:14 | 338:6 |
| 313:9 327:9 | 124:16 150:5 | 169:15 170:15 | **current** 13:22 |
| 346:20 349:9 | 167:8,9 181:11 | 170:17,21 | 169:2 260:15 |
| **correctly** 74:12 | 247:4 248:5 | **created** 327:24 | 309:17 343:5 |
| **correlation** | 280:3 298:24 | 330:13 | 343:15 |
| 284:8 | 312:8 337:23 | **creation** 327:24 | **currently** 20:8 |
| **corridor** 47:6 | **course** 45:2 | **credentials** | 20:9 196:21 |
| **cost** 323:18 | 95:15 156:21 | 113:18 114:23 | 305:17 306:17 |
| **costs** 325:13 | 207:2 228:18 | **credit** 148:14 | 311:22 324:5 |
| **couch** 177:14 | 322:22 | 149:19 | 324:24 |
| **counsel** 3:5,16 | **court** 1:2,17 | **criminal** 30:5 | **curse** 109:18 |
| 5:13 19:17 | 3:12 4:22 5:3 | 39:8 42:10 | **cursed** 332:16 |
| 20:19 103:25 | 7:7 22:25 | 151:14 301:13 | **custody** 64:19 |
| 246:7 248:4 | 23:16,21,25 | 301:15 303:23 | 131:14 |
| 258:18,21 | 30:18 33:6 | 304:7 | **cut** 80:4 |
| 261:20,23 | 39:21 56:11 | **criminals** 21:8 | **cute** 83:24 |
| 262:9 277:21 | 57:6,13,14,17 | **crossed** 71:13 | 330:20,22 |
| 292:8 315:18 | 57:22 58:12,15 | **cruise** 72:15 | **cv** 1:6 4:24 |
| 317:3 345:9 | 59:3,7,15 60:4 | **cruz** 71:2 79:17 | |
| 346:6 | 60:16 61:25 | 117:3,17,17 | **d** |
| **counselor** | 64:10,21 84:23 | 164:24 165:6 | |
| 50:17 | 91:20 318:25 | 175:13 | **d** 3:2 6:4,4 |
| | 319:22 320:5 | | 30:23 43:14,18 |
| | | | 349:2 350:14 |
| | | | 352:13 |

**[d.c. - december]**

| | | | |
|---|---|---|---|
| **d.c.** 269:21,25 | 66:8 82:17 | 98:21,21 | **de** 19:6 21:15 |
| **d.j.t.** 125:3,4 | 83:21 101:25 | 110:20,22 | 22:9 25:16 |
| **dad** 10:24 | 106:11 112:24 | 120:16,21 | 28:22 33:24 |
| 68:19,21 | 113:8 152:2 | 126:6,8 131:6 | 34:2,6 35:4,14 |
| 146:18 329:21 | 159:25 160:15 | 159:8,8,9,9,11 | 37:20,23 39:4 |
| **daddy** 217:3,16 | 166:18 168:16 | 159:12 173:7 | 39:18 40:17 |
| 217:24 223:7 | 171:14 172:3 | 173:11,13 | 41:25 42:6 |
| 230:21 | 183:24 189:5 | 176:8,25 177:5 | 44:13,20 45:12 |
| **dade** 60:16 | 215:12,18,22 | 177:10,19 | 46:2 49:2 52:7 |
| 319:6 | 216:4,5 221:9 | 178:2,14 189:5 | 55:20 58:24 |
| **daily** 100:25 | 229:25 230:4 | 196:16 198:7 | 61:19 64:25 |
| 101:18 119:5 | 235:9 244:10 | 198:12 199:23 | 264:12 266:13 |
| 131:4 190:19 | 244:25 258:3 | 219:19 220:3 | 347:10 |
| **daisy** 207:19 | 273:8 277:9 | 220:15 221:16 | **deactivate** |
| **damages** 334:7 | 306:11 307:2 | 224:25 231:18 | 255:22,24 |
| 334:11 346:2 | 355:3 | 231:22 240:8 | 256:3,12 |
| **dan** 344:16 | **dated** 32:24 | 263:12,19 | **deactivated** |
| **danger** 105:7 | 49:18 | 276:7 306:2 | 256:8 |
| **dark** 65:14,25 | **dates** 56:5 | 314:3 340:3 | **dead** 30:6 |
| **darn** 55:10 | 63:14 321:5 | 347:18 349:19 | **deal** 72:4 315:2 |
| **data** 80:17 | **dating** 131:20 | 354:19 355:22 | 340:7,12 346:3 |
| 100:11,11 | 131:25 | **days** 3:15 48:7 | **deals** 340:22 |
| 101:3,8 102:21 | **daughter** 25:22 | 81:7 86:3,25 | **dearborn** |
| 102:22 104:13 | 213:3,4 300:20 | 96:19 119:11 | 245:18 246:8 |
| 104:15 107:16 | 300:21 302:12 | 126:2 151:24 | 250:12 254:23 |
| 107:17 | 302:25 | 153:21 173:12 | **death** 72:9 |
| **date** 1:12 8:25 | **dawned** 174:9 | 173:13 188:15 | **debate** 120:12 |
| 32:12 33:3 | 178:7 | 189:2 221:24 | **debates** 279:21 |
| 35:2,21 40:14 | **day** 24:5 30:9 | 225:3 226:20 | 280:15 |
| 43:19 47:13 | 48:6,18,19 | 246:19 247:4 | **decade** 9:23 |
| 49:14 51:21 | 72:10,11 86:10 | 248:15 267:23 | 10:19 21:17 |
| 54:2 55:4 | 86:15 88:7,9 | 312:4,6 313:22 | 22:19 35:13 |
| 56:14,17,21 | 88:10 92:11 | 314:2 333:7 | 45:17,18 |
| 58:23 60:6 | 94:19,19 96:5 | **dc** 217:14 | **december** |
| 62:19 63:19 | 96:5,8,8,16,17 | 237:14,18,18 | 32:25 112:25 |

Diamond Reporting
A Veritext Company

| | | | |
|---|---|---|---|
| 119:23,23 | **decision** 82:23 | **defendant** 1:17 | 125:16 169:5 |
| 128:16 154:12 | 82:25 254:12 | 2:10 | **define** 127:9 |
| 159:13 187:7 | 256:9,12 283:6 | **defendant's** | **definitely** 92:15 |
| 187:14,24 | 283:17 284:9 | 32:8,11 34:21 | 93:20 141:16 |
| 189:6 191:15 | 284:11,20 | 34:24 40:9,12 | 182:9 188:3 |
| 193:25 194:6 | 285:9,15 | 43:13,18 47:8 | 222:7 |
| 197:25 198:7 | 286:15,21,25 | 47:11 49:13 | **degree** 12:2,14 |
| 200:3 205:25 | 287:12,18 | 51:19 53:25 | 13:8 256:18 |
| 208:25 212:9 | 288:2 289:6 | 60:5 62:18 | **degrees** 12:9 |
| 213:17 215:3 | 304:12 305:11 | 66:6,10 83:17 | 13:3 |
| 215:21 216:2 | 312:23 | 83:19 101:22 | **delays** 319:14 |
| 219:17 220:7 | **decisions** 214:9 | 101:24 102:4 | **delgado** 1:3,16 |
| 220:19 221:14 | 253:18,21 | 106:10,15 | 2:5 4:1,18,18 |
| 222:17 224:5 | 254:2 | 113:3,6,13 | 5:1,25 6:1,2,12 |
| 224:16 229:8 | **deemed** 73:2 | 159:19,24 | 6:16 7:1 8:1,18 |
| 230:7 231:7,22 | **def** 32:9,10,17 | 166:14,17 | 9:1 10:1 11:1 |
| 232:8,9,17 | 34:22,24 40:10 | 183:19,23 | 12:1 13:1 14:1 |
| 237:24 238:9 | 40:12 43:14,17 | 215:11,15 | 15:1 16:1 17:1 |
| 239:4,8 241:12 | 47:11 49:9,12 | 221:5,8 229:22 | 18:1 19:1 20:1 |
| 243:8,25 244:7 | 51:19,23 53:24 | 229:24 235:5,7 | 21:1 22:1 23:1 |
| 244:8 245:5,23 | 54:4 62:16,17 | 244:21,23 | 24:1 25:1 26:1 |
| 246:18,22 | 106:9,17 113:6 | 245:10 257:22 | 27:1 28:1 29:1 |
| 248:22 263:25 | 159:23 160:3,4 | 258:2 273:5,7 | 30:1 31:1 32:1 |
| 264:7 269:22 | 166:16,23,23 | 277:6,8,13 | 33:1 34:1 35:1 |
| 269:24 270:18 | 183:19,19,22 | 350:4 352:10 | 36:1 37:1,6,12 |
| 270:19,24 | 235:7 244:23 | **defendants** | 38:1,21 39:1 |
| 273:12,14 | 257:25 258:7,7 | 1:10 289:20 | 40:1 41:1 42:1 |
| 307:18 | 273:6,11 350:9 | 290:8,17 291:7 | 43:1,22 44:1,9 |
| **decency** 268:22 | 350:9,11,13,15 | 291:24 294:16 | 45:1 46:1 47:1 |
| **decide** 344:18 | 350:17,19,21 | 326:11 327:5 | 47:20 48:1,8 |
| **decided** 79:11 | 350:23 351:5 | 327:14 331:16 | 49:1 50:1 51:1 |
| 312:14 | 351:11,13,15 | **defender** | 52:1 53:1 54:1 |
| **deciding** 83:5 | 351:17,19 | 327:18 | 55:1 56:1 57:1 |
| 252:25 | 352:3,5,7,8 | **defending** 73:8 | 57:2 58:1 59:1 |
| | | 76:8 80:19 | 60:1 61:1 62:1 |

**[delgado – delgado]**                                        Page 22

| | | | |
|---|---|---|---|
| 63:1 64:1 65:1 | 138:1 139:1 | 206:1 207:1 | 276:1,25 277:1 |
| 66:1,15 67:1 | 140:1 141:1 | 208:1 209:1 | 277:12 278:1 |
| 68:1,10 69:1 | 142:1,16 143:1 | 210:1 211:1 | 279:1 280:1,6 |
| 70:1,8 71:1 | 144:1 145:1 | 212:1 213:1 | 281:1 282:1 |
| 72:1 73:1 74:1 | 146:1 147:1 | 214:1 215:1 | 283:1 284:1 |
| 74:5,9 75:1 | 148:1 149:1 | 216:1 217:1 | 285:1 286:1 |
| 76:1 77:1 78:1 | 150:1,2 151:1 | 218:1 219:1 | 287:1,19 288:1 |
| 79:1 80:1 81:1 | 152:1 153:1 | 220:1 221:1 | 289:1,21 290:1 |
| 82:1 83:1 84:1 | 154:1 155:1 | 222:1 223:1 | 290:5,22 291:1 |
| 85:1 86:1 87:1 | 156:1 157:1 | 224:1 225:1 | 292:1,2 293:1 |
| 88:1 89:1 90:1 | 158:1 159:1 | 226:1 227:1 | 294:1 295:1 |
| 91:1,17 92:1 | 160:1 161:1 | 228:1 229:1 | 296:1 297:1 |
| 93:1 94:1 95:1 | 162:1 163:1 | 230:1 231:1 | 298:1 299:1 |
| 96:1 97:1 98:1 | 164:1 165:1 | 232:1 233:1 | 300:1 301:1 |
| 99:1 100:1,21 | 166:1 167:1 | 234:1 235:1,4 | 302:1 303:1 |
| 101:1 102:1 | 168:1 169:1 | 236:1 237:1,24 | 304:1 305:1 |
| 103:1,6,14,20 | 170:1 171:1 | 238:1,2 239:1 | 306:1 307:1 |
| 104:1,17,24 | 172:1 173:1 | 240:1 241:1 | 308:1 309:1 |
| 105:1,5 106:1 | 174:1 175:1 | 242:1 243:1 | 310:1 311:1 |
| 107:1 108:1 | 176:1 177:1 | 244:1 245:1 | 312:1 313:1 |
| 109:1 110:1 | 178:1 179:1 | 246:1 247:1 | 314:1 315:1 |
| 111:1 112:1 | 180:1 181:1 | 248:1 249:1 | 316:1 317:1 |
| 113:1 114:1 | 182:1 183:1 | 250:1 251:1,7 | 318:1 319:1 |
| 115:1 116:1 | 184:1 185:1 | 252:1,17 253:1 | 320:1 321:1 |
| 117:1 118:1 | 186:1 187:1 | 254:1 255:1 | 322:1 323:1 |
| 119:1 120:1 | 188:1 189:1 | 256:1 257:1 | 324:1 325:1 |
| 121:1 122:1 | 190:1 191:1 | 258:1 259:1 | 326:1 327:1 |
| 123:1 124:1 | 192:1 193:1 | 260:1 261:1 | 328:1 329:1 |
| 125:1 126:1 | 194:1 195:1 | 262:1 263:1 | 330:1 331:1 |
| 127:1 128:1 | 196:1,17 197:1 | 264:1,4 265:1 | 332:1 333:1 |
| 129:1 130:1 | 198:1,2 199:1 | 266:1 267:1 | 334:1 335:1 |
| 131:1,9,17 | 199:17,19 | 268:1 269:1 | 336:1 337:1 |
| 132:1,9 133:1 | 200:1 201:1 | 270:1,8 271:1 | 338:1 339:1 |
| 134:1 135:1 | 202:1 203:1 | 272:1 273:1 | 340:1 341:1 |
| 136:1 137:1 | 204:1 205:1 | 274:1 275:1 | 342:1,22 343:1 |

344:1 345:1
346:1,10 347:1
348:1,8 349:1
349:15 350:1
351:1 352:1,23
353:1 354:1
355:2,3,21
**delgado's** 198:8
**delgado15**
43:23 44:4
**delicate** 260:7
**demands** 65:7
**demonic**
179:10
**denied** 162:17
**denson** 99:13
100:22 102:8
102:15 103:4,9
105:3 106:5,18
117:18
**denson's**
104:19
**deny** 148:24
149:2
**denying** 32:25
33:3
**department**
92:21 93:10,18
93:23 100:11
101:4,8 102:22
107:17 118:5
118:11 190:3
282:5,6,6,10,11
282:15,21
283:2,7,10

284:2,15
285:23,24
296:21,22
**depended** 97:6
**depending** 36:7
346:8
**depends** 4:8
322:4
**deposed** 320:14
320:17
**deposition** 3:7
3:8,13 4:6,17
7:24 8:2,9
161:13 287:4,9
319:13,18
320:17,19,20
320:23 323:15
324:24 355:3
**derek** 2:4
**derogatory**
105:23 106:2,5
132:24 203:7
203:13 208:3
209:7 255:14
**describe** 76:18
94:18 96:15
**described**
98:13 128:19
180:20 272:5
281:12
**description**
350:7 351:3
**deserves**
328:18 331:8

**designated**
303:20
**designation**
12:12
**desk** 112:5,7,9
112:10 195:8
305:16
**desperate**
29:24 30:13
336:12 337:4
**desperation**
39:10
**despised**
207:12
**despite** 199:24
214:20 227:15
248:15 249:8
299:10 303:11
303:23
**detail** 219:11
**detrimental**
107:9
**development**
20:16
**device** 7:23
**diagram** 93:6
**diaz** 146:6
**dick** 135:17,20
196:7
**dictate** 269:3
**dictating** 269:4
**died** 182:15,16
182:18
**diem** 18:17

**differ** 152:24
**difference**
96:16 282:9
**different** 8:19
8:21 30:19
54:13 86:24,24
133:4 135:14
165:24 169:19
221:12 245:4
254:10 282:6
284:5 285:11
287:9 305:24
312:15 326:21
339:24
**differential**
186:12 205:13
211:20
**differentiate**
339:4
**differently**
139:3,19 140:5
176:20 184:20
186:2 188:19
204:5
**difficult** 7:7
51:13 72:17,18
121:8 133:16
133:18,22
189:13 242:25
340:20
**dinner** 123:23
123:24,25
209:14,15,18
210:16

[diplomatic - divorce]                                                Page 24

| | | | |
|---|---|---|---|
| **diplomatic** | **dirt** 104:20 | 222:25 | **disgusting** |
| 69:8 225:24 | **disagree** 36:10 | **discriminating** | 126:18 |
| 243:23 | 223:11 | 347:2 | **disparage** |
| **direct** 53:9 | **disagreement** | **discrimination** | 303:2 336:17 |
| 205:16 213:6 | 108:12,24 | 16:13 132:19 | **disparity** |
| 283:25 | 117:19 | 137:23 138:7 | 185:22 |
| **directed** 269:11 | **disagreements** | 194:24 223:6 | **displayed** |
| 293:18 | 110:23 | 223:12 229:13 | 103:15 |
| **directing** 35:19 | **disappear** | 233:8 262:4,25 | **disposition** |
| 53:14 56:7 | 234:14 | 263:5,7,13 | 57:8 |
| 68:6 84:10 | **disappoint** | 276:18 290:7 | **dispute** 38:20 |
| 85:4 160:9 | 81:16 142:9 | 327:7,8 347:14 | 39:5 44:5,12 |
| 187:11 216:25 | **disappointed** | **discriminatory** | 45:11,16,25 |
| 221:22 246:24 | 312:2 | 132:14,17,25 | 102:17 103:19 |
| 248:12 261:15 | **disclose** 163:3 | 133:6 138:15 | 104:23 105:9 |
| 264:24 | 315:19 325:20 | 140:4 203:7,13 | 215:22 216:3 |
| **direction** 160:9 | **disclosed** 216:8 | 203:22 204:21 | 222:21 315:11 |
| 305:25 312:15 | 216:9 271:12 | 205:20 208:3 | **disrespect** |
| 330:10 | 273:15 299:16 | 208:10 209:8 | 107:9 129:5 |
| **directives** | 299:22,23 | 209:22 211:20 | 311:24 |
| 87:24 265:2 | 300:2,2 302:3 | 255:13 276:21 | **distinct** 88:15 |
| **directly** 98:2,4 | **discourage** | 278:5 | **distinction** |
| 139:7 199:17 | 239:13 | **discuss** 137:24 | 301:18 |
| 203:16,18 | **discouraged** | 198:10 199:20 | **distinguish** |
| 223:12 280:14 | 237:25 | 199:23 214:21 | 338:10 |
| 282:15 | **discouragem...** | **discussed** 13:13 | **distracting** |
| **director** 103:18 | 275:16 | 67:8 139:21 | 65:18 |
| 117:16,20 | **discouraging** | 140:8,21 | **district** 1:2,2 |
| 198:12 205:16 | 241:20 | 248:24 288:20 | 4:22,23 |
| 216:9 217:4,7 | **discovery** | **discussion** | **distrustful** |
| 217:14 222:15 | 289:17 | 313:5 | 105:6 |
| 223:14 231:16 | **discrete** 194:12 | **discussions** | **ditto** 121:18 |
| 246:18 257:4 | 194:15 243:23 | 261:13 | **divided** 10:23 |
| 303:20,21 | **discriminated** | **disease** 207:18 | **divorce** 175:9 |
| | 138:12 217:20 | | |

dm  77:12
dockets  347:8
doctor  48:15
doctor's  306:3
document  18:3
  32:5,9,17,20
  40:15 54:5
  60:4,9 66:9,11
  66:14,23 83:15
  83:18,23 102:3
  102:11 106:14
  215:15 229:23
  230:3 245:3
  258:6,7 277:11
  299:13 343:3
  350:9 351:4,23
documents  8:8
  8:12 31:24
  215:19 292:9
  292:15,18,19
  299:13 352:18
  352:19
dog  145:3
doing  18:5
  22:16 23:22
  43:6 59:2
  65:13 76:6
  81:4 87:3
  93:14 94:24
  95:4,6,14 97:8
  97:9 109:24
  114:14 117:13
  118:17 141:3
  152:14,25
  153:6 156:22

213:3 237:18
249:21 260:5
260:17 261:12
266:14,16
267:22 270:21
271:2 273:20
274:9 275:7
276:14 279:20
279:24 312:18
336:21 337:24
340:2 343:3
dollars  335:17
  336:6 337:2,8
  337:17,24
domestic  90:24
  298:23 299:2
don  245:18
  246:7,10
donald  1:7 2:10
  4:19 5:20 6:17
  6:20 68:8,18
  68:23 69:13
  70:11 74:6,12
  75:19 102:9
  141:21 149:25
  293:4 294:25
  295:3 299:14
  355:2
donaldtrump....
  245:15
door  18:21
  125:12 179:21
  331:3
doors  179:22

doorway
  115:25
doral  125:3
  126:5 144:4,4
  144:9
dorr  133:7
  164:13
double  118:18
doubt  165:23
  242:17 329:7
dove  27:25
dozen  93:21
  128:17,18
  297:14 318:3
dozens  74:5
draft  67:23
  190:5
drafted  239:5
drafting  67:12
  68:3 282:17
dramatic  48:21
draw  175:14
  308:8
drawing
  227:24,25
  265:12 266:6
  268:13
drawn  46:25
dread  242:16
dream  328:24
dreiband
  258:10,11,24
  259:3 261:17
  262:18

dress  196:17
drill  205:8
drinking
  121:10,10
drinks  121:7,22
drive  28:16
  122:7,8
driver  25:22
  122:6 329:21
driving  115:9
drooling  133:9
  136:6
dropped  79:16
drug  39:9
  42:22 48:11
drugs  30:7,25
  43:9
drunk  280:4
dry  327:15
dude  169:18
due  39:8
  138:19 217:20
  218:25 238:3
  256:4 300:23
  311:22 316:8
duis  301:9
  303:23
duly  6:5 349:5
  354:11
duplex  11:2
duties  96:9
  118:5 157:8
  264:5 266:10
  310:20 311:4

| | | | |
|---|---|---|---|
| **duty** 96:13 182:20 | 113:3,5,14,22 | 244:10,22 | 194:14 202:16 |
| | 115:6 117:19 | 245:3,7,14,17 | 209:10 216:10 |
| **e** | 119:7 137:12 | 246:3,7,12,19 | 219:16 248:6,7 |
| **e** 2:2,2 3:2,2 6:4 | 159:18,22 | 247:17,21,25 | 267:18 279:7 |
| 6:4,4 15:6,6 | 160:3,4,7,10,15 | 248:13,21 | 296:20 298:25 |
| 22:18 26:7,12 | 160:20,23 | 250:12 251:6 | 315:17 338:7 |
| 26:13,14,20,21 | 161:4 166:12 | 253:7 255:18 | **earliest** 68:11 |
| 27:3,8 31:11 | 166:15,20,22 | 257:24 258:6,8 | 141:5,16 |
| 33:9,17,18,22 | 167:4,9,12,16 | 258:24 259:3,5 | 327:17 |
| 33:25 34:5,18 | 167:22 168:2,7 | 261:16 273:6 | **early** 79:23,24 |
| 34:23 35:3,8,9 | 168:10 169:8 | 273:11,22 | 117:10 141:18 |
| 35:17 36:9,11 | 169:25 170:17 | 274:20 299:4 | 141:19 243:9 |
| 36:21,25 37:5 | 170:21 181:8 | 301:15 302:22 | 262:14 279:9 |
| 37:14,15,22 | 183:21 184:2,8 | 302:24 305:22 | 290:16 |
| 38:10,15,18,21 | 184:9,11,13,14 | 311:17 317:11 | **earn** 308:13 |
| 39:2,3,6,13,14 | 186:5,6,7,8,10 | 323:10,11,11 | 311:11 336:25 |
| 39:16,22,23 | 187:12,12,13 | 343:25 344:2 | 342:17 |
| 40:8,11,16 | 187:14,16,19 | 349:2 350:2,10 | **earned** 335:16 |
| 41:4,18,19,25 | 187:21,23 | 350:12,14,16 | 335:19 336:6 |
| 42:4,8,12 | 190:13,15 | 350:16,18,20 | **earning** 335:11 |
| 43:13,16,21,22 | 191:15,20 | 350:22 351:10 | 336:2 342:22 |
| 43:24 44:6,13 | 193:24 194:5 | 351:12,14,16 | **earshot** 148:24 |
| 44:20,22,24 | 194:13,18 | 351:18,21 | **ease** 6:19 |
| 45:23 47:8,8 | 198:2,4 212:18 | 352:2,4,6,8,13 | **easily** 120:10 |
| 47:10,12,14,22 | 212:21,23 | 352:24 354:2,2 | 335:16 |
| 49:2,11,16,17 | 213:16 219:20 | **eagerly** 56:21 | **east** 38:6,10 |
| 49:24 50:6,10 | 221:6,11,12,15 | **earlier** 28:18 | 89:9 129:13 |
| 50:11,18,25 | 221:19 224:24 | 30:20 31:18 | **eastern** 4:4 |
| 51:18,23 52:3 | 225:21,23 | 33:15 42:5 | 99:5,11 183:10 |
| 52:6,7 53:6,23 | 226:6 227:18 | 47:18 57:20 | 183:15 234:16 |
| 54:6,8,11,14,16 | 229:16 235:4,6 | 64:6 72:25 | 234:21 348:2,7 |
| 55:18,19 57:11 | 235:10,14 | 76:4 93:15 | **easy** 118:14 |
| 72:12 77:12 | 236:25 237:15 | 103:22 123:13 | **eat** 120:21 |
| 84:16 89:16 | 239:7 241:16 | 145:11 153:21 | 122:5,7 |
| 106:8,18,21 | 243:25 244:2 | 185:2,17 | |

eating   122:14
  174:17 207:18
eavesdropping
  30:20
economic   69:7
edification
  271:18
edited   39:12
  41:23,23 63:9
editing   278:20
editor   70:24
educated   343:7
  343:16
educational
  13:12
edwards
  217:11 218:7
  218:18,24
  219:5 223:7
eerily   176:7
effect   3:11,14
  24:3 107:11
effectively
  275:2
effects   332:8
effort   102:16
either   8:12
  44:15 70:25
  92:13 136:24
  139:7 153:20
  158:11 243:9
  245:25 246:21
  257:16 269:22
  282:7,7 331:3
  336:24 344:24

344:24
elbows   207:21
elect   348:13
election   58:21
  59:21 74:11,13
  85:17 96:6
  98:14,18
  119:13 123:6
  129:17,22
  130:9 132:15
  132:21,22,22
  133:3,4,5
  136:8 138:13
  138:23 139:20
  139:24 141:23
  150:2 151:19
  151:23 152:4,7
  152:15,16,20
  152:25 153:8
  153:13 154:21
  155:24 156:3
  156:14,17
  157:4 158:24
  159:12 164:3,8
  171:17 175:11
  187:2,4 211:5
  211:7 251:23
  275:12 276:3,6
  328:25 330:7
elections   140:6
electronic   7:22
elegant   148:15
elevating   104:2
elevator   179:17
  179:17,19,22

eleven   54:12
eligible   220:9
  220:21
embarrass
  222:11,18,22
  223:9
embarrassed
  62:7 223:22
embarrassing
  201:11 223:23
  307:23
embarrassment
  223:17
emily   160:5,11
  162:6
emotional   27:8
  29:20 147:11
  326:12,18
emotionally
  72:16
emphasize
  244:4
employability
  321:21,24
  322:6,13
employable
  322:17
employed
  261:2 305:17
  305:20 309:13
employee   75:11
  141:9 204:12
employees
  251:20

employer
  285:25 286:8
employment
  16:13,16,24
  36:14 238:3
  264:6 289:21
  292:12 294:17
  295:11 296:14
  296:23,25
  297:7 300:12
  308:20 312:9
  312:13,24
  313:7 314:5,14
  318:19 335:12
empowerment
  20:16 21:6
encounter
  125:25 126:24
  128:20,21
  129:3
encountering
  338:11
encounters
  128:22 130:16
  182:24
encourage
  276:25
encouraged
  210:15
endearing
  69:18
ended   22:7
  27:24 31:2,7
  306:2

[endorse - except]                                                Page 28

| | | | |
|---|---|---|---|
| **endorse** 144:16 | **environment** | **esq** 2:6,8,12 | 308:24 |
| 144:24 | 134:3,8 | **essentially** 21:8 | **everyones** |
| **ends** 312:5 | **envisioned** 17:9 | 98:17 157:10 | 169:22 |
| 328:20 | **envisioning** | 239:12 | **ex** 28:19 33:16 |
| **enemy** 137:2 | 322:5 | **establish** 121:3 | 33:17 111:5 |
| 327:11 328:18 | **epshteyn** 97:15 | **estimated** | 298:25 299:5,8 |
| **enforcing** 94:3 | 109:5,6 113:25 | 334:13 341:14 | **exact** 38:18 |
| **eng** 160:5,11 | 140:15 298:2 | **et** 2:10 4:20 | 67:10 128:12 |
| **engage** 46:21 | 299:21 305:7 | 17:12 20:18 | 142:24 154:16 |
| 114:25 203:21 | **epstein** 278:3 | 26:10 57:11 | 172:3 |
| 204:8 208:9 | **equally** 39:21 | 69:5 142:4 | **exactly** 42:16 |
| 211:17 312:22 | **eric** 73:10 | 222:11 267:23 | 79:13 128:11 |
| **engaged** 22:2 | 197:15 258:10 | 269:8 272:24 | 134:3 142:3 |
| 119:17,20 | 258:11,24 | 285:19 306:12 | 192:12 249:2 |
| 129:19,24 | 259:3 261:16 | **ethical** 309:7 | 249:10,20 |
| 130:10 191:24 | 262:2,6,17 | **ethnicity** 10:3 | 264:9 265:25 |
| 204:3,8 | 263:4 295:3 | **evangelical** | 266:25 269:14 |
| **engagement** | 311:16 313:14 | 93:3 | 271:7 279:17 |
| 102:16 117:20 | 313:15 314:24 | **evasive** 227:14 | 288:25 |
| 118:12,15 | 314:25 315:8 | **evening** 177:13 | **exam** 343:14 |
| **enjoy** 237:14 | **errata** 355:1 | 177:18,20,25 | **examination** |
| 237:18 330:6,7 | **error** 28:16 | 216:23 | 1:15 6:8 |
| **enjoyed** 103:9 | 278:16 281:8 | **event** 72:6 | 348:19 352:15 |
| **entered** 56:12 | 281:11 | 207:6 211:19 | 354:10,12 |
| **entire** 219:21 | **escapes** 303:9 | 267:22 268:4 | **examined** 6:7 |
| **entities** 347:2 | **escaping** | 269:5 | **example** 73:6 |
| **entitled** 70:10 | 304:10 | **events** 20:18 | 84:22 130:23 |
| **entity** 158:16 | **especially** 69:2 | 263:9 269:7 | 149:11,14 |
| 165:11 187:3 | 82:7,9 120:8 | **everybody** | 196:21 280:22 |
| 250:20 286:21 | 251:22 256:7 | 27:19 32:14 | 322:17 325:19 |
| 291:7,8 306:12 | 267:20 316:8 | 85:20 86:23 | 342:14 343:23 |
| **entry** 102:21 | 333:19 336:12 | 101:21 114:17 | **exceeding** |
| 107:16,17 | 337:10 | 114:19 120:18 | 24:21 |
| **envelope** 29:6 | **espouse** 53:16 | 121:9 124:6,7 | **except** 3:20 |
| 73:5,21 | | 126:20 146:14 | 54:25 |

exception
  70:20
exceptionally
  103:11
exchange  49:24
  130:17 131:3
exchanged
  131:16 166:21
  258:9 352:23
excited  307:3
  307:14
exciting  341:11
exclamation
  227:17
excluded  267:6
  267:11,16
  268:15
exclusively
  250:13 252:4
  252:13
excuse  276:11
executive  290:3
exh  350:9,10,12
  350:14,16,18
  350:20,22
  351:4,5,6,7,9
  351:10,12,14
  351:16,18,20
  351:21,23
  352:2,4,6,8,9
exhausting
  72:16
exhibit  32:8,11
  34:21,25 40:9
  40:13 43:14,18

47:8,12 49:9
  49:13 51:17,20
  53:25 56:8
  60:5 62:15,18
  62:23 66:7,10
  83:20 85:5,5
  101:24 102:4
  106:10,15
  113:4,7,13
  159:19,24
  166:17 183:19
  183:23 215:6
  215:11,15
  221:5,8 229:22
  229:24 235:5,8
  244:21,24
  257:23 258:2
  273:5,7 277:8
  323:21 350:6,6
  351:2,2
exhibits  245:8
  245:10 350:4
  352:12
exist  292:20
existence  163:4
expectation
  201:24 202:3,6
expected
  143:15
expecting
  174:7,7,25
  176:4
experience
  76:16,18
  107:15 227:3

339:7
experienced
  195:14
experiences
  338:10,11
experiencing
  219:12
expert  53:19
  205:5 322:16
expires  355:25
explain  25:8,9
  31:9,20,22
  162:12 163:13
  202:7 308:22
  326:6
explained  27:7
  287:23 340:19
explanation
  201:20
explicitly
  231:12,14
  269:13 287:20
  287:25 288:4
exposure  18:21
expressed
  202:6
extent  21:14
  48:20 64:18
  67:20,22
  131:12 176:16
  202:5 214:5
  229:6 256:22
  285:22 317:15
  324:3 344:20
  345:24

extra  218:21
  219:2,3
extrapolate
  76:5 256:23
extremely
  303:15
eye  94:23
  148:18
eyelash  91:3
eyes  105:7
  109:17 179:9
  195:12

**f**

f  3:2 49:9,13
  350:18 354:2
fabricating
  39:23
face  54:24
  178:7,11
  179:12
faces  265:10
fact  19:19
  38:24 56:12
  58:18 61:24
  69:2 139:14
  150:25 154:3
  156:16 165:16
  167:12 187:25
  204:25 205:11
  217:25 226:9
  240:2 253:18
  257:20 285:7
  285:13 302:14
  308:13 336:7
  336:10 338:2

[fact - figure]                                                    Page 30

| | | | |
|---|---|---|---|
| 339:5,11 | **faking** 55:17 | 320:13 | **feeling** 46:15 |
| **facto** 264:12 | **fall** 315:3 | **favorable** | 122:2 202:12 |
| 266:14 | **fallen** 268:5 | 199:10 | 333:18 |
| **factory** 329:21 | 330:3 | **fax** 316:23 | **feels** 46:12 |
| **facts** 24:13 | **falling** 69:4 | **fbi** 25:8 31:10 | 234:7 |
| 36:11 294:14 | **falls** 96:13 | 202:25 299:7,9 | **fees** 346:15 |
| **factual** 68:4 | **false** 73:13,17 | **fear** 324:23 | **feet** 148:19 |
| 138:5 227:4 | 123:14 | 343:2 | 179:21 |
| 228:22 283:14 | **falsely** 105:5 | **feasible** 261:7 | **fell** 97:23 |
| 334:16 335:18 | **familiar** 35:11 | 261:11 | 140:22 179:4,6 |
| 336:5 | 35:13 37:17 | **feathers** 210:18 | 306:19 330:4 |
| **fag** 54:25 | 39:14,16 44:2 | 260:6 | **fellow** 68:20 |
| **fail** 302:14 | 44:7 52:5,6 | **feature** 77:4 | **felon** 30:17 |
| **failed** 297:21 | 99:12 190:25 | **february** 35:4 | **felony** 30:19 |
| 297:24 298:3 | **family** 25:20 | 211:22 262:14 | **felt** 21:4 75:3 |
| 300:9,13 | 60:16 78:21 | 308:19 | 102:20 123:20 |
| **fair** 54:15 | 137:18 188:8 | **federal** 30:18 | 132:5 138:24 |
| 74:24 140:23 | 318:25 321:16 | 289:22 290:17 | 174:14 178:25 |
| 156:3 171:19 | 321:22 322:12 | 290:22 291:2 | 179:12 188:18 |
| 192:22,25 | 323:7 325:14 | 291:11,25 | 208:16 210:7 |
| 223:5 239:14 | 325:18 332:11 | 292:12,25 | 210:11 233:8 |
| 295:16 309:7 | **fan** 72:13 77:11 | 293:8,17 | **female** 114:6 |
| 310:8 | 77:14 149:18 | 294:17 | 185:23 209:23 |
| **fairly** 61:12 | 196:5 | **fee** 346:5 | **fidel** 182:15,16 |
| 85:5 304:8 | **far** 11:8 71:10 | **feed** 256:6 | 182:17 |
| **fairs** 20:17 | 228:19 239:6 | 330:19 | **field** 96:2 |
| **faith** 39:5,7 | 255:4 269:5,6 | **feedback** | 103:12 |
| 41:20 45:20 | 276:17 | 103:11 | **fight** 109:10 |
| 66:19 71:21 | **fashion** 110:16 | **feel** 20:5 107:5 | 346:23 |
| **faithed** 36:4 | 336:21 | 122:3 126:18 | **figurative** |
| **fake** 52:19 | **fast** 25:24 | 135:25 136:15 | 176:13 |
| 203:2 | **father** 194:10 | 139:6 140:2 | **figure** 16:7 |
| **faked** 30:2 | 218:2,3 257:14 | 168:11 174:17 | 75:10 76:8 |
| 39:19 55:16 | **fault** 31:15 | 213:21 242:23 | 134:15 268:20 |
| | 108:6 314:19 | 332:7 | 335:6 337:18 |

| | | | |
|---|---|---|---|
| 340:14 | **find** 30:24 | 107:4,13 | 336:14 342:18 |
| **figured** 26:21 | 69:19 104:20 | 110:11 114:2 | 347:18 |
| **figures** 75:9,25 | 157:25 191:8,9 | 116:9 125:24 | **fixing** 324:8 |
| 335:20 339:11 | 198:23 223:21 | 126:2 127:6,17 | **fl** 2:11 |
| **file** 28:24 29:14 | 224:21 247:8 | 127:24 128:20 | **flag** 217:18 |
| 33:19 60:2,11 | 287:3 303:12 | 137:15 138:4 | 233:6 234:6 |
| 123:16 311:20 | 308:12 342:9 | 141:25 142:5,5 | **flair** 111:10 |
| 319:21,23 | **finding** 104:21 | 149:23 157:13 | **flat** 268:22 |
| **filed** 4:21 17:13 | 310:6 | 167:2,8,17 | **flee** 107:9 |
| 17:18 26:17 | **findings** 56:12 | 171:11 172:5 | **flesh** 207:18 |
| 66:12,21,24 | 322:13 | 172:25 173:3 | **flew** 23:21 |
| 67:5 100:24 | **fine** 168:3 | 174:20 176:25 | 25:17 124:22 |
| 101:16 102:6,8 | 169:4 274:11 | 179:23 182:11 | 144:3 179:24 |
| 175:9 277:25 | **finish** 7:3,5 | 186:10 188:6,9 | 192:20 |
| 319:3 320:17 | **fire** 50:18 314:2 | 207:3 216:21 | **flights** 169:24 |
| 321:17 347:6 | **firecracker** | 217:2 238:4 | **flip** 293:23 |
| **files** 320:10 | 213:5 | 240:11 244:2 | 294:22 |
| **filing** 3:6 | **fired** 104:22 | 247:11 259:4 | **flirtatious** |
| **fill** 162:18,19 | 301:10 306:6 | 261:16 263:22 | 120:25 |
| 163:7 | **firm** 5:4 14:8 | 277:6,13,15 | **floor** 272:9 |
| **filled** 162:14 | 14:23 15:4 | 295:23 296:6 | **floors** 150:15 |
| 266:23 | 165:4,17,18 | 298:13,16 | **florida** 6:15 |
| **film** 29:4 | **firmer** 69:6 | 305:23 309:16 | 9:12,14,18 |
| **filter** 26:23 | **firms** 14:5 | 310:13 311:12 | 11:24,25 23:15 |
| **final** 32:3 67:7 | 15:10,18,23 | 313:7 314:15 | 58:15 59:6,15 |
| **finally** 28:9 | 16:2,11,22,24 | 314:23 318:19 | 61:25 64:10,20 |
| 69:25 182:10 | **first** 6:5 7:2 | 349:4 351:6 | 85:18 86:18 |
| 306:14 329:17 | 15:9 25:14 | 352:10 | 91:20 126:4 |
| 329:23 330:3 | 26:19 35:20 | **fit** 69:18 95:15 | 156:10,14,17 |
| **financial** | 48:3 50:15 | **five** 24:8,9 | 162:8 167:13 |
| 301:11 319:22 | 52:17 66:5,11 | 29:18 31:19 | 192:20 203:3 |
| **financially** 5:8 | 75:20 76:19 | 81:21 87:8 | 238:17 259:21 |
| **financials** | 77:5,7,16 | 150:15 244:18 | 269:16,18 |
| 319:24 325:20 | 92:11 101:11 | 246:19 258:5 | 300:20,22 |
| 325:21 | 106:23,25 | 306:21 317:24 | 343:6,8,9 |

352:20
**flowers**  54:23
**flown**  81:3
  144:2
**fly**  276:24
  330:2
**flying**  87:11
  88:3
**focus**  15:22
  16:3 20:13
  93:2,3,4 96:23
**focused**  17:3
  277:2
**focusing**  85:25
  97:3
**folder**  26:23
  56:3
**folks**  15:9 93:7
  111:17
**followed**
  332:22
**following**  17:22
  57:7 127:19,24
  152:7,16,19
  153:8,13,25
  154:20 155:24
  156:3 158:13
  158:23 159:12
  164:2,8 187:3
  198:7 245:22
  260:14 275:12
  276:3,5,6
  318:4
**follows**  6:7
  45:6 115:7

164:22
**fond**  202:23
  209:10
**foolish**  174:8
**foot**  18:21
**force**  3:14
  179:2 330:2
  345:2
**foregoing**
  349:8
**foreign**  13:8
**forever**  123:12
**forget**  29:2
  48:4 147:8,14
  147:23 179:11
  265:11
**forgot**  70:22
  93:5 237:9
  281:20 304:2,4
**forgotten**
  247:10
**form**  3:20 25:8
  31:10 36:2,11
  37:11 41:11
  42:13 138:21
  138:25 163:6
  176:15 190:24
  202:2 204:19
  205:4 214:4
  218:9,14
  222:20 229:2
  233:16 250:2
  271:25 283:19
**formal**  94:15
  186:22 313:18

**formally**  74:3
  77:22 80:13
  94:9 141:3,6
  267:9
**former**  15:16
  17:7 310:4
  337:10
**forming**  328:15
**forth**  62:23
  84:13 161:5
  215:18 230:5
  237:10 354:11
**forthcoming**
  217:13 219:9
**forward**  25:24
  28:3 41:7
  126:8 127:3
  261:19 311:25
  319:17,21,25
  320:2,4,6
**forwarded**
  190:16 191:19
**forwards**  225:4
**found**  109:7
  125:5 133:11
  313:15
**four**  9:4 30:19
  86:2 92:24
  93:7 97:19
  118:10,23,25
  216:17 234:3
  234:24 257:14
  265:9 296:6
  302:17 311:14
  316:14 336:13

**fourth**  217:12
  219:7 222:9
  223:24
**fox**  61:6,16,18
  61:23 74:10
  81:3 95:18
  135:21 143:3
  196:7 337:9
  338:20 339:20
**frame**  86:2,18
  156:12 172:2
  241:10 262:14
**framed**  31:16
**fraud**  301:11
**frazzled**  240:12
**freddy**  301:8
  303:7,9 304:13
**free**  20:5
  136:15 140:2
  149:17
**fresh**  186:8
**friday**  48:5
**friend**  40:21
  49:22 247:7
  301:5,5 343:23
  344:6
**friendly**  101:4
  105:12,17
  130:25 131:2
  202:22 203:4
  206:22
**friends**  21:22
  21:24 26:3
  55:21 62:13
  78:21 88:14

202:23
**frightening**
  242:16,16,20
**front**  94:17
  95:17 135:6
  229:19 279:25
**fucking**  235:12
**fug**  54:24
**full**  20:23 86:13
  88:8 179:2
  185:12 222:14
  256:6
**fully**  85:21
  260:8
**fun**  109:6
  114:15 133:25
  134:12,14
  139:10 195:24
  329:22
**funds**  344:23
**funny**  51:7,14
  62:7 109:7
  114:18 120:25
  146:21
**further**  3:19
  38:9 190:13
  223:24 325:3
  340:5 348:9
  349:8 354:14

**g**

**g**  6:4 50:3
  51:17,20 53:3
  350:20
**gables**  11:17,19

**gaggle**  279:25
**gain**  123:17
**gamble**  71:24
**garner**  73:10
**garnered**
  233:14
**gay**  45:5 69:20
**gender**  132:19
  133:2 136:3
  195:17 196:2
  196:13,20,22
  208:4,16 242:2
  255:14 275:19
  275:20,23
  278:23 279:4
  281:9,15 290:6
**general**  15:10
  19:16 20:19
  74:13 95:22
  103:25 196:24
  282:14 290:2
  290:19 310:4,4
  315:18 317:3
**generally**  54:13
  85:13 193:22
  278:18
**generous**  58:22
**genes**  329:11
**geneticist**
  329:12
**genius**  17:19,21
**gentleman**
  21:16
**george**  213:2

**gestures**  7:17
  56:2
**getting**  18:21
  18:22 25:12
  31:3 45:19
  50:4 53:16
  57:3 78:18
  79:9 104:20
  115:10 124:3
  232:17 254:14
  265:14,21
  266:9 289:7
  290:13 300:16
  301:4 327:14
**ghosted**  203:19
  213:18,22
**ghosting**
  203:20 204:18
  266:8
**gig**  272:10,10
  272:14
**girl**  111:9
  115:20 122:12
  213:3 302:25
  329:18
**girlfriend**  26:5
  30:2 35:15,16
  45:10 54:24
  57:13 299:8
**girlfriends**  42:6
**gist**  201:6
**give**  24:22 35:5
  36:4 66:24
  112:19 115:8
  121:7 131:19

133:20 136:11
  148:10,14
  167:2 172:2
  185:11 200:17
  200:25 201:19
  205:17 222:15
  226:7 263:8
  320:21,25
  321:9,20
  325:18 330:20
  344:12 347:18
**given**  21:5
  31:18 61:7,13
  63:14,19 90:15
  94:24 162:11
  162:15,16
  169:17 200:8,8
  204:21 220:25
  253:22 256:5
  264:15 269:17
  296:8 300:21
  307:7 312:7,23
  324:5 340:19
  343:19 349:10
  354:13
**gives**  25:9 55:3
  259:9
**giving**  21:2
  45:14 67:13
  84:2 143:19
  148:15 153:21
  209:25 233:7
**glad**  142:7
**glance**  344:13

| | | | |
|---|---|---|---|
| **glare** 57:3 | 319:8,9 325:24 | 106:13 113:2 | 274:19,24 |
| **glassner** 295:4 | 329:19 341:24 | 113:11 121:6 | 276:10 280:15 |
| **gmail.com** | 342:8 347:23 | 121:12,13 | 284:12 292:6 |
| 35:10 47:16,23 | **god** 24:4 | 123:14 124:12 | 295:5 297:9 |
| 49:18 51:25 | 102:20 108:16 | 126:10 128:9 | 305:24 308:6 |
| 54:17 184:8 | 108:20 146:15 | 128:10 137:4 | 308:10 310:11 |
| **gmail.com.** | **goes** 111:11 | 141:6 142:9,21 | 311:21 313:3 |
| 52:2 | 135:16,17 | 144:4 145:24 | 317:14 319:17 |
| **go** 4:15 6:25 | 146:16 147:19 | 146:13 147:14 | 325:21,24 |
| 11:16,18,23 | 148:2 167:3 | 147:23 159:16 | 329:24 331:21 |
| 12:17 27:15 | 198:25 253:12 | 159:17 166:11 | 331:22 332:10 |
| 29:13 35:6 | 278:21 322:8 | 166:12,25 | 332:18 333:25 |
| 46:16 47:3 | **going** 4:3 6:20 | 168:19 169:17 | 342:8 343:3 |
| 57:4 66:18 | 6:23 9:3 21:9 | 170:8 174:6,24 | 344:5 345:2 |
| 74:19 81:20,23 | 21:12 22:25 | 176:16 178:8 | **gold** 341:13 |
| 84:8 85:2 93:7 | 24:19 25:25 | 183:6,18 184:3 | **golf** 146:18 |
| 95:7 111:16 | 26:9 27:13 | 191:11 209:14 | **good** 4:2 6:16 |
| 120:6 121:14 | 28:9 31:23,25 | 210:17 211:23 | 18:15 33:19,19 |
| 121:17 122:4,9 | 32:7,16 34:18 | 214:8 215:5,19 | 36:4 39:5,7 |
| 123:15 124:5 | 35:13 36:6,20 | 216:18 219:11 | 41:20 45:20 |
| 125:2 127:21 | 36:22,23 39:15 | 219:25 223:3 | 57:24 62:12 |
| 136:12 137:4,7 | 40:7 43:12 | 225:8 227:17 | 66:3 82:8 |
| 145:19 156:7,8 | 45:23 46:24 | 227:19 230:5 | 88:14 95:11 |
| 165:6,6 181:13 | 47:7 49:5 53:9 | 231:5,25 | 144:19 147:12 |
| 183:7 184:3 | 54:25 57:24 | 232:15,22 | 203:3 206:17 |
| 190:4 209:18 | 58:22 60:25 | 233:4,8 234:7 | 206:24 248:10 |
| 209:19 210:15 | 61:13 63:16,17 | 234:8,11 235:3 | 282:12 315:25 |
| 211:10 237:2 | 64:17 65:14 | 235:15 237:18 | 330:10 332:14 |
| 237:10,11,20 | 66:9,18 75:12 | 238:10 240:12 | **google** 232:7 |
| 243:20 253:12 | 76:3 77:14 | 246:16 249:7 | 344:6 |
| 253:19 254:2 | 78:4 80:19 | 253:9 254:13 | **googled** 117:12 |
| 271:23 272:9 | 81:22 83:14 | 255:25 260:8 | **gosh** 31:2 322:3 |
| 272:21 274:19 | 84:5 87:10 | 264:13 265:20 | **gotten** 36:15 |
| 294:19 310:11 | 91:14 97:3 | 271:5,8,10 | 218:18 332:13 |
| 311:6 312:15 | 101:20,22 | 272:8 273:3 | |

[government - happened]                                                Page 35

**government**
286:13 289:22
290:18,22
291:3,11,25
292:13,25
293:8,17
294:18
**governmental**
289:24 290:9
**grabbed** 178:6
178:22 179:2
179:14,16
**grace** 206:17
206:24
**graciously**
230:24
**grade** 286:2
**graduate** 11:21
12:3,19
**graduation**
17:22
**granted** 92:25
**grapevine** 26:3
300:17
**grateful** 81:16
142:10,11
**great** 27:21
70:11 72:4
111:2,8 114:14
145:23 307:12
307:15 311:6,7
**greater** 78:15
**greenberg** 2:9
5:19

**griffin** 337:3
**grisham** 301:9
303:17 304:17
337:6
**ground** 6:25
86:21,24 87:13
205:21
**grounds** 132:17
**group** 2:4
16:16 40:24
49:23 80:17
82:24 83:4,8
92:22 135:5,7
146:7 238:11
284:4 304:19
304:25 339:22
**grouping** 97:23
**groups** 93:5
**grow** 9:13
**growing** 103:9
**grown** 68:19,23
**grubman** 52:12
52:18 53:2
**gruff** 195:10
196:24,25
**guarantee**
46:13 151:4
**guaranteed**
150:22 259:18
**guardia** 179:24
181:16
**guess** 7:20 8:16
28:11 60:12
61:10 76:11
82:18 83:8

89:16 161:22
162:25 186:6
208:11 237:17
238:22 256:11
279:8 287:3
341:20
**guessing** 61:2
82:24 231:24
**guns** 58:3,7
**guy** 27:11 31:2
55:2 105:18
111:13 125:4
125:19 128:10
178:23,24
191:11 201:5,8
327:13 343:24
**guys** 30:11
31:11 89:16
121:5 135:5
176:12 201:5,7
245:20 262:23
308:24

| h |
|---|

**h** 53:25 60:3,5
350:2,22 351:4
**ha** 240:18,19
**hacking** 30:20
**hailey** 118:17
**hair** 37:25 38:4
110:5 115:24
**half** 100:12
154:16 309:21
318:3 320:17
337:16

**hall** 81:4 143:4
279:21
**halter** 122:19
**hand** 7:17
27:22 56:2
65:11 354:19
**handful** 99:24
**handle** 49:6
118:12,13
181:12 230:16
258:17
**handled** 184:20
**handling**
243:19 299:12
**hands** 178:14
**hang** 111:9
**hanna** 2:8 5:24
**hannity** 61:4
62:6 75:14
77:6,8 108:8
**hannity's** 74:10
76:22
**happen** 7:2
125:24 177:6
210:22 215:2
233:4
**happened**
24:16 25:3
29:22 30:12
31:6 112:22
123:5,20
124:10 126:17
137:15 200:18
244:6 332:17

happening
17:19 332:17
happy  306:9
harassment
325:23
hard  11:13
26:6 67:9
69:19 76:5
77:19 80:8
83:10 118:16
179:4 181:14
206:23 239:22
307:8,9 310:6
327:18 343:13
harm  325:15
harms  325:3
harvard  12:18
12:19,25 13:4
13:9 329:20
343:6,16
hashing  36:8
hate  95:4
134:22 151:17
256:7
hates  126:20
197:14
havana  329:5
hayes  272:24
311:7
head  42:10
93:22 102:23
136:13 146:6
179:5 239:7
264:12 266:14

headed  57:21
110:7 329:24
330:10
heading  66:17
304:20
headquarters
85:24 87:19
heads  146:20
200:8
health  305:25
316:8
hear  69:4
133:17 242:12
312:2 333:13
heard  4:12 26:3
135:8 248:14
272:13 300:15
hearing  23:4,5
23:9,12 24:6
26:8 27:4,16
27:18 29:16
33:16,17 34:10
34:16 55:22
56:11 68:23
73:14 84:24,25
137:21 139:11
254:5 265:4
322:20
heavy  267:22
heck  50:21
heels  122:21
held  1:17 33:15
hell  332:2,3,15
hellish  72:11

hello  209:5
308:2
help  28:19 48:7
85:11 94:21
181:13 311:8
324:9 325:2
329:25
helped  28:2
42:9 104:6
300:22
helpful  113:12
149:11 169:11
170:18
helping  20:13
78:19 324:21
helps  76:12
henceforth
103:17
henning  272:16
275:9
herald  18:11
hereditary
329:11
hereinbefore
349:11 354:11
hereunto
354:18
hey  26:8 30:10
56:22 59:4
77:22 111:7
113:16 121:5
125:2 135:15
168:2 274:19
274:21 313:25
315:12

hi  160:13
273:16 307:7
hick's  255:20
hicks  78:6,7
79:4 107:23
223:17
hide  41:17
324:22
hiding  315:10
324:20,22
hierarchical
94:3
high  9:21 11:16
11:17,18 25:19
35:22 40:23
83:9,10 179:7
204:11 303:15
303:25 304:8
304:19 305:14
328:17 329:22
341:3,18,19
342:19
higher  287:18
335:11 336:2
highlight
224:15
highlighted
38:4 41:5
highlighting
37:25
highlights
184:19
highly  253:21
265:9

**hilary** 97:9
120:13 153:5
**hill** 52:19
**hindsight** 90:14
**hire** 83:11
283:6,17
286:15,22
287:2,12 288:2
290:10,24
291:3 292:2
293:3,9,18
304:13 307:9
337:6 338:4
**hired** 74:3
82:15 103:7
117:7 133:8
258:16 284:7
285:23 286:5,5
286:7 290:5
314:3 318:9
**hiring** 103:9
284:16 286:17
318:12
**hispanic** 10:4
82:9 93:4
95:14 100:13
102:16,24
103:18 117:20
117:25 118:12
118:15 185:23
266:19 268:3
**history** 12:2,7
19:23 24:12
25:13 338:24
341:12

**hit** 15:8 118:4
135:19 179:5
271:19,23,23
272:5,6,8,10,14
280:20
**hits** 59:2 61:5
64:4 93:8 94:7
94:22,22,23
118:16 120:15
120:15,16
135:14 267:23
271:6,16,20
274:21 311:7,7
327:20 336:21
**hold** 65:11,16
85:8 220:10
**home** 26:24,25
28:21 29:13
124:22 156:7,8
175:8,16,18
179:24 210:19
237:18 247:3,8
259:20,23
260:21,24,25
329:4
**honest** 16:19
54:19 112:20
209:25 308:4
311:3
**honestly** 41:15
**honor** 78:20
**honorary** 12:11
**hope** 47:5
77:21,25 78:6
78:7 79:4,18

107:23,25
108:3,15,23
110:11,17,25
125:2 137:13
137:16,17
148:14,14
184:21 186:2
188:20 189:8
223:17 229:11
229:13 255:20
257:2,7,13,17
262:2
**hope's** 189:22
**hoped** 178:9
306:14
**hopefully** 46:15
**horizontal**
97:22
**hornik** 2:9 5:19
**horrible** 29:5
179:11 196:6
328:8 330:11
331:17
**horror** 179:13
**hosts** 95:13
**hot** 114:18
145:16 196:20
**hotel** 124:6
128:24 172:17
172:24
**hotels** 88:20,22
88:24 89:12,13
89:18,19
**hourly** 308:9

**hours** 216:10
216:19 217:8
234:24
**house** 10:23
11:2,9,10,12
21:3 28:10
31:13 36:14
78:16,19 90:16
111:6 114:5
125:20 126:19
141:22 142:18
145:20 150:3
150:19,23,24
151:5,11,14,16
162:16 171:22
176:22 192:11
198:11 199:21
200:10,11
201:9,14,22
207:17 217:4
220:22 221:3
231:11,16
236:21 238:2
238:11 239:14
239:20,24
241:5,21
242:18 243:4,5
243:6 246:3,18
249:23 252:10
252:20,25
254:9 257:18
260:2,2,10,11
260:22,24
261:2 268:4
274:4,8,20

281:25 282:21
285:10,11,24
286:10,12,16
286:18,22
287:2,13,19
288:3,9,17
289:11,22,25
290:23 292:3
294:17 295:12
295:19 296:2
296:15,22
297:7,15,17
299:11 301:17
302:13 303:8
303:12,22
304:14 305:13
307:13 322:19
329:3,24
330:20,22
331:3,18 333:2
333:7 334:14
334:18,21
335:12,21,23
335:25 336:8,9
336:15,24
337:11,15
338:3 339:9,12
340:21 342:7
**hr**  154:7
**hr's**  89:16
**hubbard**  14:9
**hubert**  14:13
14:16 16:23
17:2

**huddle**  148:20
**huge**  78:20
196:5
**hughes**  14:9,13
14:16 16:23
17:2
**hum**  35:22
**human**  267:15
**humble**  94:5
**humor**  146:19
**hundreds**
318:9,12
**hung**  197:16
327:15
**hurt**  109:12
137:16,19,21
158:6 213:23
**hurts**  333:3
**hush**  310:24
**hybrid**  85:20
**hyde**  176:9

**i**

**idea**  26:19
54:13 82:4
83:3 100:6
113:21 115:12
158:3 190:10
214:23 216:21
235:19 236:15
262:8
**ideas**  266:3
**identification**
32:12 34:25
40:13 43:19
47:12 49:14

51:20 54:2
60:6 62:19
66:7 83:16,20
101:25 102:4
106:11 113:7
159:25 166:18
183:24 215:12
221:9 229:25
235:8 244:24
258:3 273:8
277:9
**identified**
258:21 278:3
294:24 300:8
309:15
**identify**  14:7
157:18 292:9
292:24 293:3
294:12 309:12
325:22
**ignored**  180:6
182:14
**illegal**  48:11
**immediately**
26:18 29:13
122:16 173:6
174:10 190:19
306:19 312:16
**impact**  326:12
326:18 327:4
332:25
**impacted**
138:24 139:2
**implicitly**
231:14

**implying**
218:20
**importance**
212:3
**important**
15:12 91:10,13
95:21
**imposed**  22:22
23:16 91:19
**impossible**
50:13 294:9
307:5,5
**impregnant**
205:16
**impregnated**
204:25 205:12
**impression**
131:20,22
133:21
**improper**  53:20
**impulsive**
233:25
**inaction**  204:4
253:4 265:13
266:7 268:14
**inappropriate**
133:12 193:11
**inaudible**
169:10 260:13
**inauguration**
154:14 155:20
156:19 181:23
212:19 264:7
267:7,20,21
268:2,21,25

269:5,12 270:6
327:2
**incessantly**
247:6
**incident**  112:22
185:15 209:9
209:11 210:2
247:21,23
**incidents**
299:16
**included**  246:9
**including**  5:13
71:11 104:19
240:9 259:17
259:19 264:3
289:24 290:18
297:15 299:13
**income**  323:4
324:22 330:22
**incoming**  151:2
264:13,14
290:23
**inconsistency**
339:13,15
**incredibly**
72:17,17
**indeed.com**
338:20
**independent**
141:8 165:10
**indicated**  116:6
234:22
**indirectly**
76:11

**indisputably**
33:7
**individual**
40:16 42:11
43:2 52:13
99:13 101:7
105:18 136:6
151:4 160:10
164:12 258:9
285:22 288:7
288:11,13,15
298:20,22
341:23
**individual's**
285:25 286:8
**individually**
1:8,8,9
**individuals**
11:5,9 17:20
55:15 71:12
75:20 79:5
94:12 98:21
105:8 158:4
160:5 162:7
164:3 181:4
187:13 188:6,9
221:13 245:4
245:24 247:20
250:23 251:11
254:6,8 263:16
263:19 264:24
265:19 267:17
269:4 271:12
275:17 283:20
284:16 286:19

286:24 288:19
289:8 290:25
293:7,16
295:10,17
296:6 297:14
302:3 303:6
336:23 339:9
347:9,13
**indulging**
260:17
**inference**
265:13 266:7
268:13
**inflates**  170:19
**inform**  89:22
91:18,23 162:5
198:3 222:13
**informally**
80:13
**information**
204:10 222:14
259:10 290:15
292:4,5 293:11
293:23,25
294:2,13,21
296:5 352:18
352:19
**informed**  181:4
192:6 204:13
253:6 259:10
**informs**  204:12
**initial**  192:7,14
**initials**  8:20
**initiated**
347:10

**injunction**
22:10,15,22
24:2,14 25:4
33:4 36:6,12
56:13,18 57:10
61:19 89:23
90:5,21,25
162:8 163:4
**injustice**  234:8
323:5 333:5
**inosca**  97:4
**inquire**  78:25
**inquires**  175:8
**inquiry**  36:5
**ins**  41:8,10
**insane**  169:11
169:13,13,15
170:10,13,24
170:25 171:7
**inside**  85:21
88:6 89:11
129:3 237:6,13
**insightful**  73:6
**insistence**
211:9
**insisting**  243:2
243:5 259:25
**inspiring**  213:4
**instagram**
133:10 136:7
**instance**  96:25
142:2 143:10
143:17,18
181:5 196:15
266:18 322:18

**instantly**
122:17 176:19
**institutions**
13:12
**instructions**
87:23
**insufferable**
167:21
**insulted** 242:6
242:8
**insulting**
105:22,25
106:4
**insults** 211:13
**insurance**
306:2 316:8
**intend** 41:24
42:3 343:11
**intended**
281:18
**intent** 222:23
223:15
**interacted**
207:10
**interacting**
255:5
**interaction**
106:7 111:22
124:21 125:24
127:5,24
128:15 165:21
208:5 242:4
**interactions**
100:9 111:19
202:21

**interest** 321:7
**interested** 5:9
77:17 124:2
354:17
**interesting**
184:5,18 191:9
258:14 336:19
341:9
**interests** 16:9
**interfere** 288:7
288:16 289:2,4
289:5,9
**interfering**
289:23
**interject**
136:16 140:2
**intern** 135:22
**international**
11:19
**internet** 4:9
**interpose**
324:12
**interpret**
145:17
**interpretation**
150:17
**interrogatories**
277:7,14
352:11
**interrogatory**
277:19 278:2
278:13,22
281:8 292:6,23
293:24 294:3
294:11,23

309:11 315:20
334:4,6 335:9
**interview** 80:22
80:24 97:6
108:7,9 307:17
307:20 310:5
318:2
**interviews**
307:12,15
317:17,19
318:5
**intoxicated**
126:6,7
**introduce**
116:19
**introduced**
258:13 259:7
**investigate**
325:22
**investigation**
161:17 203:2
**investigator**
247:7
**investment**
149:21
**invitation**
267:25
**invite** 269:11
**invited** 123:23
123:25 125:8
268:10,20
**invites** 268:25
**inviting** 61:4
**involuntary**
127:9,10

**involved** 83:12
104:21 108:14
108:22 113:17
132:5 184:22
201:25 218:20
266:15 318:25
**involvement**
168:19,21,22
176:18
**iraq** 69:5
**ironically**
283:11
**irony** 330:16
330:17 334:2
**irreversible**
71:21
**isenstadt**
232:18 233:5
**ish** 62:14 120:9
**issue** 23:5
36:17,19
110:18 115:15
199:23 220:16
280:16,19
296:19 301:20
311:19 346:4
**issued** 23:9,12
23:19 24:7
57:18 84:22
**issues** 69:22
82:10 107:24
**ivanka** 151:12
295:3
**ivanka's** 79:22

| j | jason 83:12 | 192:12 193:15 | 102:8 104:3 |
|---|---|---|---|
| j   1:3,7,16 2:5 | 90:3,20 92:3 | 194:2,3,8 | 106:5,18 107:7 |
| 4:17,19 5:20 | 93:24 98:4,6,8 | 197:9,10 | 117:18 121:18 |
| 6:12,17,20 | 98:17 112:6,8 | 198:25 201:13 | 122:11,15 |
| 8:22 35:21 | 112:9,17 | 207:7 214:13 | jessica's 107:10 |
| 66:4,7,10 68:8 | 113:15 115:23 | 217:7,14,15 | jewish 52:18 |
| 102:9 293:5 | 116:9 117:5,8 | 218:6,20 219:8 | jig 226:13 |
| 295:2 349:15 | 117:13 119:2,5 | 222:3,19 | job 18:4,6 |
| 351:6 355:2,3 | 119:12,17,21 | 223:25 226:12 | 19:10,17 20:15 |
| 355:21 | 120:18,22 | 230:13 231:15 | 20:17 21:3 |
| j.d. 12:24 13:10 | 122:8 123:19 | 235:10 237:15 | 27:2 39:11 |
| jack 122:5 | 124:4,15,21 | 246:16,20 | 46:22 64:5 |
| jamestown | 125:25 126:13 | 248:4 251:16 | 103:23 107:16 |
| 164:25 165:2,3 | 126:24 127:5 | 266:20 271:21 | 118:5,22 |
| 165:5,5,8,12,15 | 128:2,16 129:3 | 272:11,12 | 124:12 125:15 |
| 272:19 | 129:20,25 | 273:2,24 | 125:15,18,20 |
| january 181:24 | 130:11,16 | 274:15 275:14 | 126:18,19 |
| 211:22 241:17 | 131:4,17,19,24 | 278:3,8 293:4 | 157:2 164:23 |
| 241:19 243:9 | 132:4,13,20,23 | 294:25 296:4 | 199:21 201:5 |
| 245:6 248:13 | 133:22 134:12 | 296:13 319:2 | 205:17 206:18 |
| 249:22 258:25 | 135:12,13 | 319:15 331:13 | 226:24,25 |
| 259:3 261:17 | 136:5 157:6 | 331:16,22 | 227:8,9 246:15 |
| 262:12,14 | 158:20 164:14 | 332:11 352:23 | 249:23 252:10 |
| 264:8 269:16 | 164:15,15,18 | jason's 165:3 | 253:2 254:9 |
| 269:22 270:18 | 164:22,24 | 175:2 194:17 | 257:18 259:18 |
| 270:19,25 | 165:4,10,16,16 | 197:13 231:12 | 259:23 260:4 |
| 308:18 309:13 | 166:9,21 169:9 | jay 113:23 | 264:4,10 |
| 310:14 315:24 | 169:9 170:8 | jazeera 18:12 | 265:15,24 |
| 316:11 | 172:12 173:4 | jeb 71:2 72:8 | 266:9 267:2 |
| jap 35:25 37:9 | 180:12 181:6 | jeffrey 70:21 | 274:8 297:2,10 |
| 37:18 | 181:10 182:5 | jekyll 176:8 | 300:17,21,25 |
| japs 35:22 | 182:24 188:6 | jessica 99:13,15 | 301:4 303:18 |
| jared 2:12 5:18 | 189:8,17 190:8 | 99:19 100:3,5 | 306:9,13,14,19 |
| 151:12 293:5 | 190:16,18 | 100:9,16,19,22 | 307:4 309:8,17 |
| 295:2 | 191:20,25 | 101:12,16 | 310:16,24 |

[job - kind]                                          Page 42

311:10,10
316:15,18,20
317:22 318:4
318:15,16,17
318:21 322:18
322:21 328:5
330:12,19
331:2,3,19,22
331:24 332:8
332:13 333:2
333:21 336:16
338:24 339:17
339:18 342:19
352:24
**jobs** 18:2 87:3
301:10 309:20
316:14 322:6
322:10,11
328:23 330:16
331:19,20
338:7,12,13,14
338:15,17,18
338:21,25
339:16 340:3,3
**jogging** 102:18
**john** 2:6 5:20
5:23 19:6
21:15 30:21
40:17 112:7
147:19 148:7
217:11 218:7
218:17,24
219:5 223:7
301:8 347:10

**join** 78:4 81:9
141:3,6
**joined** 19:20
63:15,20 80:8
81:8 121:2
305:23
**joining** 142:7
311:16
**joke** 112:11
145:10 237:6
237:13
**joking** 144:21
170:11
**jones** 263:12,19
**josephine** 8:23
**jr** 295:3
**judge** 3:12 27:7
27:10,22 29:14
33:21 34:15
53:15 56:22
58:5 322:25
325:25 345:2
**july** 62:21
63:13 319:3
**jumbled**
224:10
**jump** 122:19
**jumping** 33:2
**june** 1:12 4:5
63:20 354:19
**junior** 15:12
115:20 301:3
302:18 305:15
337:14 341:5

**junk** 26:23
**junky** 78:15
**juxtaposition**
184:5,18

**k**

**k** 83:17,20
302:22,24
351:7
**kaelan** 133:7
133:23 164:13
164:13,18
165:6,7,21
166:8,21
167:18,20,23
168:4,12,23
169:8,20
170:10
**kansas** 29:7,8,9
29:11
**katie** 302:21
305:12
**kayleigh**
135:10,19
136:22 196:4,5
196:12
**keep** 7:16 17:17
81:22 94:23
95:11 136:2
260:15 316:21
317:6 320:12
325:4 333:24
**keeping** 81:12
95:13 148:18
**keeps** 301:20

**kelly** 115:14,19
116:6 134:12
193:25
**kellyanne**
136:23 137:12
181:7 187:6,8
187:15 188:7
191:17 194:6
194:13 198:2
209:6,16 210:6
210:20 211:12
211:17 212:2,8
212:19 213:17
213:21 214:2
243:16 341:16
**kellyanne's**
211:9
**kept** 59:22 61:4
64:24 65:5
121:6,11,12
209:13 243:2,4
259:24,25
260:3 328:13
**kershaw**
151:13
**kid** 45:5 333:23
**kids** 257:14
**killer** 29:4
**kills** 330:17
334:2
**kind** 16:2,5,7,9
24:11 26:5
27:3,25 29:9
31:7 38:6 67:2
68:24 69:18,18

69:23,24,25
70:3 73:4,20
75:3 76:5,8
77:21 79:8
80:9 87:11
114:12,20
115:20,24
116:2 120:24
137:16,19
144:20 145:5
147:9,17
148:10,15,17
167:19 168:2
168:25 170:21
171:2 176:6
178:9 182:19
189:9,12
195:10 196:18
196:19 197:8
201:12 209:16
209:24 225:24
232:16,16
242:23 243:17
243:19 247:12
251:21 252:6
260:8,16
264:11 266:21
268:18 283:11
300:16 310:22
310:23 311:3
313:15 315:16
318:15 319:19
335:8 338:22
341:9

**kitchen** 268:19
**klein** 301:8
303:8,9 304:13
**knew** 21:16
26:4 36:7 65:3
71:14,23,23
89:25 90:24
91:6,8 158:10
168:24,25
179:5 180:25
202:16 206:15
224:2,23
226:11 298:15
308:24 341:20
**knock** 54:22
**know** 7:11,18
7:20 12:12
21:23 22:24
23:15 26:12,15
27:7 29:21
30:15 34:15
35:17 37:13,14
38:22,23 42:15
42:17,18,24,25
44:16 45:3,15
48:22 49:7
50:4,16 51:13
52:10,12,25
53:4 55:19
56:2,19,24
58:18 60:17
61:3,11 63:2,6
63:23 65:17
67:6 73:8
77:21 80:2

82:22 83:12,13
84:16 86:8
87:12 88:11,13
89:5,25 90:20
91:6,8,9 92:8
93:9 99:22
101:7 103:24
107:2 108:11
109:4 110:19
111:7,8 112:4
112:4,18
113:19 114:9
114:21,24
115:11,21,25
116:3,21,23
117:11,13
118:8 124:3,25
125:21 126:11
130:14 131:2,6
131:21 132:3
137:17,25
138:3,8 141:11
141:12,15,17
143:5 144:23
146:10 147:14
148:11,21
152:10 155:11
157:22 158:7
158:11,19
160:22 161:23
161:25 163:16
165:13 166:8
171:24 174:13
174:16 181:11
181:14 184:12

185:9 187:5,20
189:4,17,21
190:2,6,7,9
191:5,7,7,19,21
192:3,13
195:13 197:2,5
197:10,13,20
197:23 199:11
199:14 200:16
201:17 202:3
202:12 204:7
204:11 207:4
208:11,12,22
210:13 211:2
212:4,24,25
213:2,7 224:4
224:5,14,16,23
225:25 226:2,3
226:4,5,17
227:11 228:9
228:11,12,15
228:18 229:10
229:18 232:2,3
232:4 233:17
235:15,22,24
236:2,11 237:3
240:4,19 241:7
244:11 245:11
246:9,20,23
250:15 253:17
253:20,24
254:11,15,18
255:9,12
256:18,22
258:18 261:14

262:19,20
263:18 264:23
265:5 267:12
269:10,13
270:13,16
271:5 273:17
274:16 276:20
278:13,17
279:15 280:4
280:19 283:17
284:8 285:5,5
285:7,14 286:3
287:6,8,15
288:10,12,23
289:13,13,14
291:12,22
292:17,19
293:6 294:6,9
294:10 295:9
295:17,21
297:20,22,23
297:25 298:2,4
298:9 299:15
299:18,19,21
299:25 300:4,7
302:2,7 303:10
304:6,8,12
305:3,6,11
307:8 309:4
313:10,12,23
316:19 321:4
325:14 326:9
329:9 330:18
331:5 333:22
335:3 337:5

341:17 342:4
342:21
**knowing** 188:4
222:17,21
292:21
**knowledge**
59:3 80:15
90:21 129:8
130:8,12 137:9
143:21 154:20
155:9 158:12
161:19 164:2
164:11 166:10
186:16 189:10
238:24,25
267:3 282:19
288:23,24
289:9 294:13
296:24
**known** 8:17
70:7 209:12
219:21 221:24
**knows** 180:17
189:24 270:16
**kushner** 293:5
295:2

**l**

**l** 3:2,2 6:4,4
15:6 101:22,24
102:4 323:10
323:10,11
349:2 351:9
**l.a.** 38:6,11
**la** 179:24
181:16

**label** 176:19
**lack** 246:14
307:4 308:25
309:24
**lady** 110:5
**lago** 209:15
211:19
**laid** 15:13
**lakes** 323:13
**laline** 323:9
**landscape** 71:5
**language** 7:18
95:20
**lanza** 111:12
115:17 134:5
281:19
**laptop** 109:25
220:14 268:19
**larocca** 2:9
5:19
**larry** 311:17
**las** 120:13
123:5 127:25
128:20 248:5
**lasso** 344:3,4
**late** 79:24
171:13 177:24
180:18 181:23
208:24 243:8
262:14 264:7,8
269:22,24
290:16 300:19
341:25
**latecomer**
300:19

**lately** 184:19
**lateraled** 14:18
14:20
**latin** 16:6 17:3
**latino** 19:18
20:13,14 21:6
97:2 104:4
109:8 112:14
112:15 124:13
269:8 301:25
**latinos** 104:2
105:14
**laude** 12:12
**laugh** 323:4
**laughable**
236:4,14,18
**laughed** 114:19
**laughing** 26:5
144:21 147:18
**launched**
102:15 105:4
**law** 2:4 9:22
10:24 11:7
12:16,18,19
13:8,16,25
14:4,7 15:10
15:18,23 16:10
16:24 17:22
230:18 319:21
325:14,18
329:20
**lawsuit** 6:19,24
67:4 100:23
101:16 132:20
137:23 206:13

214:3,14 290:9
291:2,25
311:19 321:10
321:12 325:23
**lawsuits** 208:13
347:6,11
**lawyer** 138:18
343:7,17
**lawyers** 263:12
263:18
**lay** 69:15
**lead** 22:6 25:4
252:18 327:25
**leading** 267:23
**leap** 71:21
**learn** 82:14
171:11 201:25
**learned** 171:18
172:5,25 173:7
240:7 313:21
**learning**
199:15
**leave** 19:21
20:22 112:6
122:15 306:18
**leaving** 124:11
265:6
**lede** 190:17,21
191:2,6
**leeway** 24:23
**left** 27:23 30:6
122:16 156:2,6
156:7 165:5
179:15 192:20
279:8 336:15

344:23,25
**legal** 5:2,5
15:21 18:2,3,4
19:10,17,22
71:10 125:15
125:18 138:15
203:24 205:5
246:7 248:4
250:20 274:22
325:13 331:2
338:12,23
339:16 340:3
**legally** 174:11
175:7
**legitimate** 34:9
**lend** 171:6
**lengthy** 44:20
44:23,24
**lessened** 332:21
**letter** 23:2
28:20,23 29:3
29:13,15 30:3
31:16 34:2
38:16 39:19
55:16 57:20,22
58:5,12 59:9
59:18,19 61:24
62:17,20 63:5
64:10 212:23
350:7 351:3,5
**letters** 57:11
58:20 212:17
342:24
**letting** 212:3

**lettuce** 120:21
**level** 15:13
80:16,16,18
82:13 83:9,10
83:10 118:11
136:25 167:19
167:24 204:12
269:9 300:16
303:16,25
304:9 329:8
335:6
**levels** 15:11,14
**levian** 40:17
**lewandowski**
278:4 279:3
**lexisnexis** 77:4
**liability** 306:6
317:4
**liberal** 344:12
**license** 343:9
343:21
**lieutenant**
121:19
**life** 48:6 73:16
104:2 211:25
320:9 330:24
332:10
**light** 65:13
**lights** 141:7
**liked** 61:5
68:18 168:15
171:9 210:19
303:4
**likely** 117:23
200:13 269:3

270:11 304:23
**limited** 100:10
106:6 111:21
111:23 281:10
290:18
**line** 36:5 79:22
97:22 114:11
283:25 317:9
324:7,25 353:3
355:5
**lines** 134:7
143:11 270:7
340:8 347:20
**lingering**
246:14
**link** 146:20
**list** 69:11
136:13 162:9
162:11 239:18
264:18,21
290:23 301:7
301:12 306:10
317:25
**listed** 280:25
281:4 316:4
**listen** 46:17
**listening**
242:19
**literally** 69:12
146:11,12
164:16,22
179:12,13
195:7 219:20
244:12 276:7
283:21,22,24

[literally - luncheon]    Page 46

284:3 285:16
307:6,19,24
312:5 313:21
314:19 318:8
318:12 328:11
337:4 339:5
**litigation** 16:6
16:13,17 17:13
324:9 325:9,14
325:18,25
345:22
**little** 24:22
40:22 43:10
65:24 73:21
86:20 93:3
108:10 110:17
111:10 125:20
139:25 147:6
147:11 171:8
174:12 196:4
197:18 205:9
209:21 222:25
234:6,8,12
242:4 256:5
276:23 311:9
311:19 329:4
329:18 330:20
344:24
**live** 10:20
328:19,21
343:20 344:11
**lived** 9:17,19
10:16 11:4,8
11:11 175:7

**lives** 10:22
**living** 84:14
122:10,14
332:3 343:18
**lizzie** 52:11,12
52:18,20
**llc** 355:1
**llm** 13:6,7
**llp** 2:9
**lo** 322:20
**lobby** 124:7
**lobbyist** 146:8
**located** 20:6
151:19 167:13
172:4,23
269:15 323:12
**locations** 17:21
128:22
**logical** 347:17
**long** 10:16 11:4
28:7 31:5
36:22 47:25
58:19 60:19
61:13 65:18
67:2 120:16
125:23 141:20
151:22 152:6
154:5 155:23
168:15 176:11
181:9,19
301:12 303:11
342:11
**longer** 21:10
46:20,21,24
153:4 165:19

197:19 220:9
220:21 231:10
252:19 266:9
270:20 273:20
275:7 301:7
309:18 317:6
**look** 8:11 28:8
32:19 38:4,11
41:7 66:25
94:9 116:3
153:18 179:11
184:9 196:20
235:25 261:19
289:18 290:14
307:10 331:7
336:14 347:19
**looked** 22:19
23:20 28:25
33:21 38:5
89:10 120:25
146:14 147:13
147:17 239:5
307:16 334:19
**looking** 28:3
45:9 58:2
144:20 167:10
248:2 256:23
263:22 279:22
338:20 339:19
**looks** 32:21
39:16 41:5
62:20 134:24
139:12 160:25
190:13,15
230:12 273:11

**loop** 182:14
**lord** 70:21
**loreal** 333:12
333:13,13,15
**loser** 54:24
**loss** 171:2
207:14 334:13
**lost** 309:9
334:8,11 338:7
**lot** 16:21 18:5
19:2 38:2 43:4
46:9 72:8 79:8
88:14 94:22
102:20 136:18
143:12 177:12
195:5 320:10
320:10
**lots** 219:2
**love** 30:21 51:6
111:8 134:22
213:5 288:23
**loved** 78:4
147:10 344:4
**lovely** 123:24
**loves** 114:15
142:11
**low** 300:16
**lower** 303:17
**loyal** 68:11
**lude** 279:5,11
**lug** 115:14,19
**lunch** 340:17
342:3
**luncheon**
183:12

[lurking - mails]

**lurking** 148:13
311:20
**lying** 104:4
126:21 174:10

**m**

**m** 15:6 53:3
106:10,15
351:10
**machista**
112:11
**maddox** 118:16
271:23
**made** 15:17
33:3 37:24
38:14 56:11
71:12 74:5,16
75:8 82:22
96:23 100:22
101:2,12
108:25 109:12
126:16 133:23
133:25 134:5
134:12,17,19
135:2,5,25
137:13 144:13
145:10 149:7
166:9 177:4
186:11 192:22
195:2,4,24
196:11 197:3
203:10 208:7
214:9,20
225:17,18
232:5 239:17
241:2,24

247:12 253:18
253:20 255:13
256:9 278:5
279:3 281:13
284:10,19,20
284:21 285:8
285:14 286:15
286:21,25
287:18,25
304:12 305:11
307:5 325:6
329:22 344:3
**magazine**
28:25 29:2,3
70:25
**magazines** 18:9
**magistrate**
36:17,19
**mail** 26:12
28:20 34:23
35:3,8,9,17
37:5,14,15,22
38:10,15,18,21
39:2,6,13,14,16
39:23 40:8,11
40:16 41:4,18
41:19,25 42:4
42:8,12 43:13
43:16,21,22,24
44:6,13,24
47:8,10,14,22
49:11,16,17
50:3,6,10,11
51:18,23 52:3
52:6,7 53:6,23

54:6,8,11,16
59:10,23 77:12
84:19,21 85:2
100:25 101:18
106:8,18,21
113:3,5,14
115:6 119:7
159:18,22
160:3,7,10,15
160:20 161:4
166:12,15,20
167:12,16,22
168:2,7,10
169:8,25
170:17,21
181:8 183:21
184:8,9,11,13
184:14 186:5,6
186:7,8,10
187:12,13,14
187:16,19,21
187:23 190:13
190:15 191:15
191:20 193:24
194:5,18 198:4
212:23 213:16
219:20 221:6
221:11,15
224:24 225:23
226:6 227:18
229:16 235:4,6
235:10,14
236:25 237:15
243:25 244:2
244:10,22

245:3,14 246:3
246:7,12,19
247:17,21
248:13,21
251:6 253:7
255:18 257:24
258:24 259:3,5
261:16 273:6
273:11,22
274:20 305:22
311:17 317:11
344:2 350:10
350:12,14,16
350:18,20,22
351:10,12,14
351:16,18,21
352:2,4,6,8,24
**mailed** 26:7
29:6 39:20
59:23 137:12
194:13 198:2
343:25
**mailing** 26:13
26:14 72:12
84:19 250:12
**mails** 22:18
26:20,21 27:3
27:8 31:11
33:9,17,18,22
33:25 34:5,18
36:9,11,21,25
39:3,22 44:20
44:22 45:23
49:2,24 50:18
50:25 54:14

| | | | |
|---|---|---|---|
| 55:18,19 57:11 | 209:7 211:8,12 | **management** | 49:12 51:19 |
| 89:16 113:22 | 218:13 241:21 | 290:4 | 53:24 60:5 |
| 117:19 160:4 | 242:2 275:17 | **manager** 98:10 | 62:18 66:6,10 |
| 160:23 166:22 | 278:10 279:11 | **manhattan** | 83:19 101:24 |
| 167:4,9 184:2 | 280:7 281:14 | 89:9 343:19,20 | 102:3 106:9 |
| 187:12 212:18 | 281:21 284:6,9 | 344:10 | 113:6 159:23 |
| 212:21 221:12 | 287:11 315:5 | **manigault** | 166:16 183:22 |
| 221:19 225:21 | 322:12 334:24 | 97:16 | 215:11 221:7 |
| 239:7 241:16 | 335:8 339:10 | **manner** 50:24 | 229:24 235:7 |
| 245:3,7,17 | **maker** 289:6 | 107:9 130:2 | 244:23 257:25 |
| 247:25 258:6,8 | **makes** 43:9 | 138:23 247:2 | 273:7 277:7 |
| 299:4 301:15 | 97:20 114:13 | 247:16 309:13 | 343:16 353:2 |
| **main** 20:11 | 175:10 296:11 | **mar** 209:15 | **market** 343:6 |
| 48:17 329:14 | 337:23 341:15 | 211:19 | **marriage** 69:20 |
| **maintain** 36:13 | **making** 73:21 | **march** 40:18 | 354:16 |
| **maitra** 30:23 | 74:14 75:7 | 44:13,21 66:13 | **married** 10:5,7 |
| **major** 70:24 | 76:12,14 97:5 | 66:21 | 205:15 257:14 |
| **majority** | 115:24 120:24 | **marco** 72:7 | **martina** 97:5 |
| 328:25 | 132:18 137:3 | **marital** 218:21 | **massive** 71:20 |
| **make** 12:13 | 137:10 182:12 | 219:2,3 | **match** 223:18 |
| 19:23 38:7 | 193:15 253:15 | **mark** 32:8 | **materialistic** |
| 46:24 57:4 | 253:25 254:12 | 34:20 47:7 | 330:21 |
| 65:6 75:4 | 270:4 272:3,3 | 49:8 51:16 | **matter** 4:18 |
| 94:25 105:22 | 274:22 279:5 | 53:21 60:3 | 15:16 32:22 |
| 105:25 106:4 | 283:5,16 | 62:16 66:4 | 90:18 157:10 |
| 107:13,20 | **male** 73:16 | 83:16 101:22 | 331:23 354:17 |
| 109:6 110:3 | 112:14 184:21 | 106:14 113:3 | **matters** 16:14 |
| 111:25 114:15 | 184:23 185:22 | 123:23 159:18 | **max** 301:11 |
| 123:18 127:2 | **maligned** | 166:13 183:18 | 304:6 305:2 |
| 132:13,23 | 170:23 | 215:5,14 221:5 | **mcdonald** |
| 136:19 137:2 | **maline** 104:8 | 229:21 244:20 | 230:18 |
| 164:5 192:12 | **man** 21:7 30:6 | 273:4 277:4 | **mcenany** |
| 192:16 194:23 | 52:18 70:21 | **marked** 32:10 | 135:10 196:5 |
| 196:2,12 197:6 | 71:19 113:16 | 34:24 40:8,12 | **mcentee** 147:19 |
| 203:7,12 208:2 | 124:4 169:18 | 43:13,17 47:11 | 147:20 148:7 |

[mcentee - middle]

Page 49

148:17 301:8
mcgahn 245:18
246:7
mean 11:9
22:24 26:20
30:22 32:21
41:10 47:25
67:20 74:22
83:6 86:25
94:15 103:21
110:14 125:9
127:16 135:16
139:10 141:2
142:16 144:16
145:18 160:20
166:5 167:23
169:4 170:25
172:14,15
177:20 178:17
183:4 190:22
212:20 226:14
236:8,11,18,24
237:4 244:9
249:16 252:16
265:8 270:8
271:18 280:10
285:12 303:2
310:25 318:20
325:17
meaning 74:3
means 104:9
160:22 200:13
meant 37:8,16
71:14,16
141:10 185:18

212:22 219:13
236:16,23
260:18 284:24
meddled
251:21
media 4:16
18:12 59:2
70:19 71:8
74:14,16 75:7
75:8,21 77:5
93:16,19 94:7
94:21,22 95:16
95:17 118:4
120:17 153:6,9
153:11 232:10
232:11 233:13
267:23 270:21
271:2,19
273:20 274:9
274:24 275:6,8
336:11 337:9
338:14,16
339:17
medical 25:13
meet 21:18
116:9 240:8
meeting 17:12
63:18 87:12
mega 327:23
melania 303:21
304:20
melts 304:25
memorandum
57:7

memories
88:15
memory 46:6,9
46:14 89:18
102:19,25
240:15,24
335:2 340:15
men 139:13,14
144:22 195:22
281:19
mental 326:12
326:17
mentally 72:17
102:20
mention 90:9
90:23 194:2,3
194:8,9,17
mentioned
12:15 64:9
90:7 101:5
107:23 180:23
189:4,7 235:22
267:18 276:16
286:19 304:4
313:16 316:13
mentioning
90:17
mentions
256:19,21
merits 170:25
mess 115:24
message 82:8
130:17 212:23
261:19 274:14
274:17

messages 77:25
131:3,9,15
352:22
messaging
282:18
met 81:2,5
99:19 142:6
175:21 206:25
207:6 225:8
341:23
mexicans 38:6
38:10
mexico 21:8
miami 6:14
9:14,18,20
11:6,18 18:11
30:23 60:16
72:6,7 109:3,8
109:8 126:5
128:21 145:3,7
146:7 167:11
181:17,19
209:19 260:4
260:18 317:23
319:6 323:13
340:16 341:23
michael 160:6
199:6 295:4
michelle 280:20
mid 15:11,14
42:10 119:23
181:24
middle 19:16
45:4 160:10
163:18 187:14

| | | | |
|---|---|---|---|
| 223:18 280:15 | miller's 164:14 | minimize 85:8 | mom 10:22 |
| mile 129:16 | 165:17,25 | minor 108:2,4 | 11:11 209:18 |
| miller 25:15 | 168:17 198:11 | 108:11 111:10 | 209:20 210:16 |
| 83:12 89:25 | 199:16 220:25 | 112:23 | 211:10 239:21 |
| 90:3,20 92:3 | 247:13 272:17 | minute 81:19 | 240:10,11 |
| 93:24 98:4 | 325:13 | 99:3 307:16 | 241:6 260:4 |
| 109:23 116:10 | million 199:7 | 330:4 | 288:6 320:12 |
| 130:4,6 144:17 | 335:16,23 | minutes 81:21 | 328:6 329:20 |
| 145:12 147:4 | 336:6,25 337:7 | 111:10 190:14 | 333:23 |
| 148:21 165:16 | 337:17,24 | 234:24 248:24 | moment 136:10 |
| 168:22 169:5 | 340:10 341:2,4 | 288:20 347:19 | 170:16 174:9 |
| 169:17 190:8 | 341:15,17,18 | 347:24 | 225:22 |
| 192:6 198:8,16 | mind 16:20 | mirror 155:17 | mommy 307:8 |
| 198:20 200:6,9 | 54:20 58:8 | 163:22 | monday 306:3 |
| 204:20,25 | 65:12 89:19 | mirrored | money 29:19 |
| 205:10,19 | 106:24 110:14 | 155:11 | 310:24 311:11 |
| 206:15,15 | 134:10 139:17 | missed 174:22 | 323:18 325:23 |
| 217:14 220:25 | 147:21 154:9 | 209:20 276:14 | 345:4 |
| 221:23 222:11 | 187:7 191:5 | 338:12 | monica 160:6 |
| 222:12 223:9 | 196:22 204:9 | missing 18:15 | 162:6 342:13 |
| 225:5,7,8,13 | 205:6 210:2 | 95:23 170:7 | month 27:14,17 |
| 227:13,23 | 223:20 241:8 | mistake 28:13 | 27:18 28:6,8 |
| 230:14 232:19 | 251:3 279:7,9 | 28:14 278:20 | 28:18 29:24 |
| 232:21 237:6 | 280:17,23 | 279:2 280:25 | 86:2 87:6 |
| 246:25 251:16 | 296:10 302:12 | 281:6 | 156:13 163:23 |
| 253:6,7,7,10 | mine 31:15 | mistaken | 188:3 208:24 |
| 271:14 278:3 | 49:22 65:3,12 | 224:19 | 211:2,4 306:21 |
| 293:4 294:25 | 70:3 147:24 | mistreat | 308:16 311:15 |
| 296:4,13 | 189:15 218:4 | 100:16 | 339:23 |
| 301:11 304:6 | 230:19 299:3 | mistress 218:18 | months 17:11 |
| 305:2 306:16 | 300:3 301:13 | mix 95:14 | 26:16 27:5,21 |
| 306:17 320:16 | 301:13 328:23 | mixed 325:11 | 56:22 188:13 |
| 322:15 323:3 | 340:25 341:6 | modern 220:15 | 194:7 248:6 |
| 324:5,20,22 | 343:18,23 | molly 160:6 | 306:21 308:17 |
| 325:2,17 330:8 | | 162:7 | 310:5 311:14 |

328:14,14,14
337:23 340:18
**morning** 4:2
6:16 48:5
115:25 177:13
198:9 216:16
216:22 219:17
**mother** 234:5,9
238:4
**mothers** 212:4
212:4
**motion** 32:25
33:3 57:9
**motions** 320:18
**motivating**
107:18
**mouth** 55:11,13
128:11 136:2
201:18 274:3
**move** 21:13
53:22 56:9
91:15 112:17
127:2,3 167:5
167:6 220:5
311:25 319:17
319:20,25
320:2,4 335:11
**moved** 22:5
195:8 316:11
319:9 336:2
**movie** 179:13
328:8
**moving** 41:6
100:12 320:6
340:5

**msnbc** 78:3
**mugshots**
301:10 303:23
**multiple** 175:6
199:5 227:9
259:18
**museum**
146:25 148:6
148:23
**mute** 333:12
**mutual** 103:9
**myers** 14:10

**n**

**n** 2:2 3:2 6:4
15:6 53:3
113:4,7,13
323:10,11,11
349:2 351:12
352:13
**name** 4:25 6:10
8:20,21,24
10:13 15:5
18:22 38:25
40:16 49:23
53:5 101:5,9
135:20 164:12
227:11,22
228:5,9,13,16
228:23 229:6
279:23 280:25
281:18,20
294:10 295:24
302:24 306:11
340:14 341:22
342:10 355:2,3

**named** 35:10
40:16 99:13
160:10 217:4
286:24 296:7
298:20 302:17
323:9
**names** 8:18
94:11 160:5
251:3 263:15
304:4,10
**nannies** 240:3
**nanny** 240:3,4
241:6
**national** 18:14
73:14 82:12
86:25 93:8,16
93:19 95:17
102:23 118:4
118:16,18
125:16 266:19
**nationally**
80:20
**natural** 38:5,5
38:11
**nature** 17:15
25:23 27:3
131:4,16 136:4
352:22
**nauseated**
110:7 174:5,13
174:14,18
**nda** 199:8
**near** 108:2,4
129:12

**nearby** 260:5
**nearly** 70:6
**nebulous** 86:20
157:17
**necessarily**
75:25 93:18
**necessary**
194:21
**need** 7:11 69:6
73:24 96:19
117:25 154:8
167:5,18
178:18 182:16
201:4 223:2
230:24 259:10
271:22 289:5
311:21 315:12
318:14 328:5
329:6 330:18
330:19,20,21
**needed** 71:4
82:7 114:22
156:8 206:18
230:14 256:7
316:8 318:8
**needs** 182:12
**negative**
165:21 175:14
233:2,15
237:16 271:24
272:7
**neighborhood**
89:7
**neither** 278:15

Case 1:19-cv-11764-AT-KHP    Document 442-1    Filed 09/23/24    Page 406 of 446

[nelson - note]

**nelson** 146:6
**nervous** 48:16
  147:6
**network**
  272:21
**networking**
  20:18
**neufville** 19:6
  21:15 22:10
  25:17 28:22
  33:24 34:2,6
  35:4 37:20,23
  39:4,18 40:17
  41:25 44:13,20
  45:12 46:2
  49:2 52:8
  55:21 58:24
  61:19 65:2
  347:10
**neufville's**
  35:14 42:6
**never** 17:18
  26:11,14,24,25
  27:2,2 28:21
  29:2 30:25
  31:12,12,13,14
  33:6,23 42:4
  43:8,8 44:10
  46:10,11 48:4
  51:2 55:5,24
  56:4,4 59:4
  75:6 81:16
  84:24 96:7
  98:22 108:16
  109:19,19,20

127:12 128:2
129:4,4,5
139:13 142:9
162:17 171:8,9
171:10 172:13
172:13,21
179:5,11 180:3
180:4 183:5
186:21 193:17
199:7 211:15
225:17 243:11
243:12 250:5
266:17 300:6
323:17 328:20
330:5,25
333:17 343:9
347:4,12
**new** 1:2,19 2:6
  2:6,11,11 4:23
  6:6 9:22 10:18
  13:19,23,25
  14:5,8 15:19
  20:10,10 21:19
  22:5 25:20
  41:6 55:2
  57:15,23 58:9
  58:16 59:2,5,7
  59:17 60:14,22
  61:7,15 62:2
  63:13,19,21,24
  64:4,6,11,21
  65:3 68:20
  69:24 85:19,21
  85:23 86:4
  87:2,10,10,16

88:17 92:19
102:6 128:24
144:2,7 146:7
151:20,22
152:3,6 155:23
156:2,19,23
167:11 172:7,9
182:3,6 192:24
208:22 209:21
217:13 223:19
238:17 239:21
241:6 269:19
270:2 288:6
313:22 337:22
340:16 343:17
343:21,22
344:9 352:21
354:4,8 355:1
**newman**
  297:23
**news** 31:3 45:8
  61:7,16,18,23
  72:20 74:10
  75:14 76:10,23
  81:3 95:18
  135:21 143:3
  196:7 199:12
  200:7 216:10
  217:6 233:10
  272:2,4 335:14
  337:9 338:21
  339:20 340:24
**nice** 105:18
  121:24 134:15
  280:5 303:3

308:23 311:10
336:20
**nickname**
  135:21 196:7
**night** 22:7 78:3
  119:14 120:12
  123:20,21
  124:10,16
  130:9 132:21
  132:22,23
  133:3,4,5
  151:19,23
  152:15 178:9
  187:2 222:5
**nightmare**
  328:19 333:17
**nights** 124:17
**nine** 320:18
**nod** 142:21
**nominated**
  218:16
**non** 18:2,3
  20:12 344:10
**noon** 120:22
**normal** 130:21
  130:23 131:2
  330:23
**notably** 74:9
**notary** 1:19 6:6
  349:22 354:7
  355:25
**notations** 57:7
**note** 4:6 12:13
  211:21 324:2

[notes - odd]    Page 53

notes   347:19
notice   84:23,23
  153:21 205:11
noticed   174:4
  174:16 195:20
  209:10
noticing   5:16
notification
  26:16
notified   23:4
  57:8 58:11,25
notify   23:21,24
  57:14 58:15
  59:6 60:13
notion   240:25
  247:15
november
  47:16 56:24
  74:9 86:4
  112:24 113:15
  119:14 129:18
  129:23 152:7
  153:19 154:2
  154:11,21
  159:12 160:16
  161:4 166:23
  167:14 168:12
  168:17 171:13
  171:18,25
  180:19 181:24
  208:24 275:13
  276:4 307:3
nullified
  331:25

numb   176:10
number   4:23
  9:5 44:3,3,10
  56:5 62:22,24
  63:3 322:10
  334:25 346:20
numerous
  316:14

**o**

o   3:2 6:4 15:6
  159:19,24
  323:11,11,11
  323:11 349:2
  351:14
o'melveny
  14:10,18 15:6
  17:8
oath   3:11 5:7
  45:20 287:10
  293:16
object   37:10
  41:11 42:13
  138:21,25
  190:24 202:2
  204:19 205:4
  214:4 218:9,14
  233:16 250:2
  283:19 326:6
  345:18
objecting   36:24
  36:25 53:13
objection   36:2
  45:13 46:3
  51:11 52:9,24
  53:8,12 61:20

62:3 65:2
127:15 151:7
176:15 192:2
222:20 223:10
229:2 242:10
242:12,14
254:17,21
256:16 265:16
266:11 268:16
288:18 289:12
290:11 291:4
291:19 293:19
294:8 295:5,13
295:20 296:16
324:4
objections   3:20
  5:10 24:20
  277:6,13
  324:12 352:10
obligation   90:8
  90:13 91:22
obligations
  95:17 182:21
obnoxious
  168:13
observation
  51:14 111:21
observations
  186:20
observed
  114:12 117:2
observer   70:18
  141:14
obsessed   57:12

obtain   12:9,24
  13:3 281:25
  288:8,17 289:2
  289:10 300:12
  346:11,14,16
obtained   12:6
  22:10,25 25:4
  33:4 89:24
  254:9 299:2
obtaining
  289:21 294:16
  295:11 296:14
obvious   201:15
  219:23,25
  220:4 288:6
obviously
  14:17 21:4
  139:6 181:5
  227:10 237:11
occasion   149:8
occasions
  141:24 149:25
  195:20 259:18
occurred   20:25
  22:8 62:11
october   49:18
  56:11,15,24
  58:10,10 69:11
  70:6 72:23
  74:8 96:18
  104:11 112:24
  119:22 128:16
odd   100:15,15
  223:21 261:12
  313:15

offended   196:9
offense   310:25
offer   93:11
　305:12
offered   297:2,6
　297:10 300:12
　310:25 318:4
　318:18 338:22
office   20:11
　63:19 87:17
　104:16 290:3,4
　290:20 323:12
offices   20:7
official   251:20
officially   20:23
　81:8 316:11
offset   345:25
　346:4
offshoots   93:2
ogs   338:4
oh   12:18 16:15
　24:4 46:8
　48:13 61:3
　73:20 81:11
　86:6 88:19
　101:14 109:10
　118:14 135:12
　135:16 146:14
　156:21 196:17
　209:22 212:24
　242:15 257:3
　257:10 272:22
　276:5 311:17
　322:14 341:3

okay   11:13,14
　33:14 47:5
　48:13 82:17
　83:11 114:3
　123:15 145:23
　161:7 167:6,7
　167:7,7 184:6
　188:15 199:20
　200:22 202:11
　214:18 236:13
　240:18,20
　242:15 243:2
　251:15,18
　274:8 294:4,5
　303:25 311:5
　326:22 327:3
　334:5
old   11:2 24:9
　45:5,8 54:24
　55:3 63:2
　134:2,14 329:8
older   70:21
omarosa   92:24
　93:4 97:15
　118:21 140:22
　141:16 153:10
　297:23 310:25
ominous   312:3
onboarding
　160:12
once   28:12
　31:17 76:25
　79:11 134:13
　134:21 137:6
　162:16 195:2

197:17 247:3
　256:7 262:7,10
　273:25 274:22
ones   79:3
　240:14 276:16
　300:15
open   122:7
　134:8 167:24
　282:2
opened   125:12
opening   33:5
　54:21 184:17
　297:3 338:19
openly   199:8
operational
　80:18
operative
　335:15
opinion   53:6,17
　322:17
opportunity
　15:15 17:4
　25:7,9 65:8
　347:22
opposed   51:25
　170:12 218:2
　345:15
opposite   26:10
　94:5
opposition
　94:23,25
optimistic
　202:14
option   21:11
　126:22 170:14

178:12 259:19
　260:18
options   126:12
oral   186:11
orbit   338:8
order   1:17 24:8
　26:17 27:14,17
　28:11 29:16
　30:14 31:19
　32:24 39:10,21
　55:16 59:13
　111:5 163:10
　163:11 180:23
　298:24 299:3
　301:14,21
　320:18 345:10
ordered   323:19
orders   122:17
org   226:24
　227:14,16,21
　228:4,10,13,17
　228:25 229:7
　229:12 257:10
organization
　21:5 72:21
　124:13
organizational
　97:18
organizations
　105:8
organized
　60:17
orientation
　63:18

[original - part]    Page 55

**original**  3:8,16
  23:8 56:8
**originalist**
  336:11 337:11
**originally**
  72:13
**ostracized**
  123:12
**oust**  120:10
**outcome**  5:9
  354:17
**outlets**  275:7
**outreach**  93:4
  95:14 100:13
  102:24 103:18
  266:21 268:4,8
  269:6
**outright**  39:22
  304:21
**outside**  135:15
  179:16,22
  261:20 272:13
**outsing**  274:25
**overall**  96:9
**overarching**
  96:13
**overbroad**  36:9
**overhear**  148:5
**overheard**
  109:9 136:21
  143:5
**override**
  151:11
**oversight**
  315:22 316:3

**overt**  267:3
**owed**  330:13
**own**  37:8 51:14
  95:7 137:3
  172:21 185:25
  197:16 256:10
  271:17 281:16
  284:25 294:10
**owned**  207:22
**owning**  58:7

**p**

**p**  2:2,2 3:2
  83:19 84:6
  172:7 173:3
  323:11 351:8
**p.m.**  183:10,14
  234:20 348:6
  348:15,18
**p.o.**  84:20
**p3**  221:7,17
  243:25 351:22
**p4**  221:7,18
  243:25 351:22
**p451**  83:22
**p453**  83:22
**pac**  305:22,23
  306:6 312:17
  313:20 315:15
  316:12 325:12
  337:20
**pace**  235:2
**page**  32:9,16
  39:18 50:15
  51:3 56:9,25
  68:7 83:15,18

102:3,13 105:2
160:10 161:5
167:17 223:19
226:19 229:23
230:3 246:25
258:5,23
261:16 273:6
273:10 277:11
277:15 292:7
334:9,12 350:7
350:9 351:3,7
351:23 352:8
352:15,19
353:3 355:5
**paid**  18:4 141:4
  141:10,13
  155:8 163:17
  163:22 308:9
  308:11 320:8
  322:15,23
  334:17 337:17
  345:4,15
**pain**  333:3
**palm**  144:3,5,7
  144:9 146:5
  149:3 210:25
**paltry**  344:25
  345:3
**papers**  175:9
**paragraph**
  33:5 35:20
  38:9 45:4 48:4
  51:4 54:21
  68:7 70:5 74:2
  103:3 104:10

105:2 107:7,13
149:23 153:17
161:15 188:11
192:5 197:24
198:6 199:15
214:17 221:23
222:9 223:25
237:21,23
247:9 249:17
251:7 255:17
259:14 263:25
267:5 270:3
293:20,22,25
294:18,19,20
**paragraphs**
  102:13 106:25
  289:19
**paraphrased**
  200:16
**paraphrasing**
  142:22 173:20
  201:7
**paris**  45:6,8,9
**park**  14:10
**parker**  36:17
  36:19
**parscale**  295:2
**part**  10:25
  91:15 103:23
  115:21 161:15
  195:18 238:10
  251:13,16
  253:4 267:9
  279:9 296:9
  313:18 333:8

[parte - performing]                                                Page 56

parte  28:19
  33:16,17
participant
  141:15
participants
  4:10
participate
  7:23 16:12
  67:11 127:13
  317:19
participated
  68:3 317:18
participates
  199:2 269:4
participating
  267:6
particular
  15:21 16:3
  18:8 82:17
  86:22 89:13
  93:10 94:12
  96:25 114:16
  135:4 137:10
  140:10 186:3
  267:15 281:5
  281:22 290:15
particularly
  41:17 47:24
  336:19 346:5
parties  3:6 4:15
  289:24 354:15
partly  252:24
partner  311:18
partners  146:8

parts  10:23
  39:13
party  5:7
  120:17 153:20
  153:22 198:13
  289:10,17
  290:10 292:11
pass  77:6,8
  171:23 296:24
  297:8,11,16
  300:23
passed  56:22
  297:21,24
  298:3
passionate  16:4
passions  104:2
past  36:3 85:9
  139:14 226:20
  288:20 333:21
patch  225:8
paternal
  170:11
pattern  16:10
pay  155:3,13
  155:19 286:2
  306:16 308:15
  323:3 325:23
  339:22,25
  346:18
paychecks
  154:4,6
paying  322:19
  325:13
payment  18:19
  163:15

payments
  155:16
pays  337:7
pcf  66:21
pdf  258:23
peace  73:10
peas  146:16
peasant  54:23
pediatrician
  48:17
peg  35:21
penalize  249:21
  252:7
penalized
  248:16 249:5,7
  249:9,11
  251:25
penalizing
  249:18,25
  250:8,10,17
  251:9,12
pending  7:13
  319:7
penn  2:5
people  26:4
  39:19 48:23
  71:15 72:8,8
  73:9,19,22
  81:25 82:7
  83:9 87:10
  93:17 97:25
  109:7 111:15
  118:10 120:19
  133:25 136:14
  146:4,12,22

  148:9,9 193:22
  201:25 207:12
  207:13,14,20
  209:10 210:21
  219:2 230:23
  233:18 243:15
  250:16 265:9
  267:22 272:18
  276:19 279:10
  280:2 282:20
  283:23,23
  284:25 285:2
  297:10 300:9
  300:16 301:2,4
  301:4,12,24
  302:17 310:7
  328:21,22,24
  329:19 330:12
  330:14 338:3,4
  341:10 342:14
people's  210:18
percent  210:11
  295:15,22,24
  296:11,11
perceptions
  186:20
perfect  84:22
  325:19
perfectly  7:21
  50:16 134:15
perform  85:7
  152:18,23
  156:24
performing
  154:22

| | | | |
|---|---|---|---|
| **period**  14:15 | 125:17 135:4 | **pet**  165:25 | 346:3 348:12 |
| 18:23 46:9 | 148:10,16 | **petition**  345:2 | **phone**  9:16 |
| 58:17 62:14 | 157:5 173:24 | **petitioner** | 62:24 63:3 |
| 74:8 85:15 | 182:5 192:17 | 57:12 | 67:8 96:2 |
| 87:6 119:19 | 192:18 193:2,5 | **petitioner's** | 104:14 119:8 |
| 130:15 155:7 | 196:8 208:19 | 57:9 | 146:22 159:3 |
| 155:12,15,18 | 212:8,16 | **phillips**  2:6 | 168:6 169:6,16 |
| 158:23 164:7 | 227:25 236:20 | 5:23,23 24:19 | 169:21,23 |
| 174:23 203:5 | 243:18 250:25 | 36:2,24 37:10 | 170:3 171:4 |
| 203:11 237:14 | 252:24 285:17 | 41:11 42:13 | 192:17 202:14 |
| 244:16 251:23 | 292:24 294:12 | 45:13 46:3,17 | 237:25 238:9 |
| 270:24 308:14 | 303:3,11 | 51:8,11 52:9 | 238:20 239:3 |
| 310:12 312:5 | 309:12 327:19 | 52:24 53:8,13 | 241:12 244:6 |
| 313:23 326:23 | 330:21 333:18 | 61:20 62:3 | 244:14 248:24 |
| 327:6,9 | 337:5 339:19 | 127:14 130:3 | 249:3 259:8 |
| **periodicals** | **personal**  25:12 | 138:21,25 | 262:6 263:6,24 |
| 18:8 | 46:18 70:12 | 151:6,9 176:15 | 277:23 |
| **periods**  326:21 | 94:2 130:17 | 190:24 192:2 | **phones**  17:20 |
| **periya**  71:3 | 131:4,16 | 202:2 204:19 | **phonetic**  97:4,5 |
| **permanent** | 332:10 352:22 | 205:4 214:4 | 337:21 |
| 28:11 29:25 | **personality** | 218:9,14 | **photo**  133:9 |
| 30:14 56:12 | 69:17 105:16 | 222:20 223:10 | 136:7 |
| 57:9 129:7 | **personally** | 229:2 233:16 | **phrase**  37:17 |
| **permitted** | 71:13 98:20 | 242:10,13 | 37:19 150:20 |
| 297:17 | 104:18 149:25 | 250:2 254:17 | 190:21,25 |
| **person**  26:17 | 162:23 248:17 | 254:21 256:16 | 191:3 260:14 |
| 37:15 40:4,22 | 254:13 346:22 | 265:16 266:11 | 260:14 |
| 61:5 70:2 71:3 | **personnel** | 268:16 283:19 | **physical**  108:14 |
| 71:7 81:2,6 | 290:24 | 288:18 289:12 | 108:17 128:22 |
| 83:11 94:6 | **persons**  283:6 | 290:11 291:4 | 178:7,13 180:4 |
| 99:20 100:15 | 284:7 | 291:19 293:19 | 180:7 183:5 |
| 102:21 114:4 | **pertaining** | 294:8 295:13 | 227:25 299:5 |
| 114:20 118:2 | 242:3 253:4 | 295:20 296:16 | **physically** |
| 119:7,10,12 | **pessimistic** | 302:21 326:4 | 85:18 86:3,17 |
| 120:10 123:24 | 342:25 | 345:6,11,17,24 | 86:19 87:15 |

[physically - porter]                                                Page 58

88:6 92:18
110:22 141:13
151:18,18
172:4,23
176:13 238:16
269:15,18
picked 109:5
picture 45:7
pictures 85:9
piece 75:12
pieces 72:24
73:4
pigs 146:4,24
146:25 148:6
148:23
pile 55:24
pillars 279:22
pin 44:10
piss 120:7,9
125:13,19
pissing 123:2
place 4:14 27:5
31:14 120:11
120:14 121:16
129:10 172:16
172:21 174:21
177:19 207:22
211:24 225:16
225:20 239:21
241:5 330:4,5
349:11
placed 104:14
places 344:11
plaintiff 1:4,16
2:4 6:3 104:12

105:6 199:25
292:12 294:15
309:12 342:17
plaintiff's
103:16 245:8
277:5 352:9
plane 108:25
110:10 125:6
143:25 144:6,7
144:8,12,12
148:22,22
227:19 253:8
planning 269:6
plans 311:23
plate 144:11
play 122:25
126:25 319:19
played 132:11
player 121:9
210:20 312:19
plaza 2:5 14:10
plead 30:18
pleaded 244:5
pleading 67:12
291:6
pleadings
101:16,19
please 4:6 5:11
6:10 7:3,10,16
7:19 9:4 14:7
21:20 29:15
32:19 34:10,11
34:12 35:5
76:18 94:18
188:12 194:7

273:17 308:2
pleasure 308:3
pllc 2:4
plus 340:2
plutonic 124:2
pmcd 230:16
pod 146:17
point 27:12
34:4 36:16
41:16 48:23
50:4 77:12
79:10,16,21,23
88:24,25 95:23
117:6,22,25
131:10 156:2
167:11 175:3,4
175:23 176:4
176:21 216:7
216:12 218:12
219:5 224:12
226:13 227:17
227:23 236:4
238:15 240:15
242:3 243:18
243:20 252:16
258:12 264:11
270:9 271:4
272:14 276:15
302:16 321:17
325:17 330:9
pointing
223:13
points 94:21
153:4 157:11
190:5 266:4

311:8
police 73:8
123:16
policies 68:24
69:7 309:16
policy 69:16
97:25 266:17
282:3 297:12
304:3 331:19
polite 111:24
political 18:5,7
19:14 61:6
68:13 78:15
335:14 338:15
338:17
politician 74:20
74:22
politicians
74:17
politico 232:19
politics 27:24
70:19 71:9
74:19 76:2,23
123:12 207:22
ponce 85:3
poor 45:8
52:18 329:23
poorly 96:24
popular 75:13
portals 317:10
porter 90:15
111:4 298:20
298:21 299:10
299:15 301:7
303:15 305:5

portion  345:19
346:11,16,19
portraying
105:5
posed  217:5
position  14:12
68:25 69:7
74:20 80:12
81:17,24 82:5
82:12 98:25
103:17 157:19
157:22 189:22
189:25 201:21
205:2 220:21
231:10 234:10
236:19 239:13
246:2 254:25
256:25 281:24
282:4 288:8,17
289:3,11 297:7
300:10,13
302:13 303:14
303:16 304:2,9
305:12 306:11
307:13 308:5,7
308:11 310:18
334:14 335:11
335:13 336:2
positions  303:6
303:24 343:21
positive  103:11
145:24 165:21
165:23 166:2
233:15 237:15

possession
64:19 131:13
316:17,19
324:14,16
possible  37:21
37:21 49:5
50:3 130:21,24
166:6 194:12
243:23 256:5
260:21 261:13
possibly  44:24
59:21 116:5
195:15 263:14
post  18:12
219:19 222:16
231:2 235:18
235:20 251:23
338:19
posted  133:10
215:17,20
216:3 220:6,18
230:6 231:9
232:18 233:22
256:14
posting  218:19
223:15
potential  17:9
potentially
78:25
practice  13:16
practiced  13:25
preceding
177:20
precipitated
174:19

predict  74:11
predicted
74:12
preempting
94:24,25
preference
260:11
pregnancy
25:18 45:19
46:12 132:19
174:20 178:4
180:13,21,24
181:2 192:7,8
198:3,8 199:12
199:18 201:10
203:11,14
204:13,14
208:8 211:14
211:23 217:20
221:24 222:10
224:3,7,18,22
226:12,16,23
227:6 245:25
252:5 255:15
256:24 257:16
259:17 275:2
275:19,20
276:17 278:6
278:11,14,22
278:23 279:4
281:7,9,11
290:6 327:8
328:17 329:13
341:7

pregnant  25:13
25:14,16 31:3
46:10 125:22
171:12,19
172:6,25 173:5
173:22 176:22
181:6 182:25
187:18,20,25
188:13 191:11
192:11,22
194:8 200:12
201:4,23
204:12 218:17
218:18,23
219:6 222:4
234:3 238:3
241:25 242:19
252:9 256:4
257:11 268:19
271:13 273:16
274:4 327:12
327:15 328:4
329:5 330:8,18
preibus  1:8
5:21 6:18
198:9 206:25
221:15 264:4
266:25 267:19
287:11 291:9
293:4 294:25
296:3,13
preparation
8:9
prepare  94:22

**prescribed**
  48:17
**presence** 139:8
  203:18
**present** 2:14
  5:13 6:3 68:9
  109:21 110:5
  145:12 309:14
  324:11
**preserve** 24:20
  127:14 151:6
  324:4
**president** 1:7
  2:10 4:20 5:20
  6:17,21 68:16
  102:9 151:2
  290:3,20 330:3
  330:15
**presidential**
  160:12,14
  161:2
**press** 91:2
  190:19 233:2
  236:3,5,10,14
  236:21 264:14
  279:21,23
  282:5,10,15,16
  282:25 283:8,9
  283:12,15
  284:3,15
  285:24 296:22
  303:22 304:23
  304:24 331:19
  334:23 335:7

**presume** 59:25
  66:16
**presumed**
  312:5
**presumption**
  91:23
**presumptive**
  295:14
**pretty** 55:10
  91:25 140:23
  169:3 288:6
  304:7 322:9
**prevent** 22:15
  295:10,18,25
  296:14
**prevented**
  36:13 289:20
  294:16
**preventing**
  24:15
**previous**
  180:21 315:3
**previously**
  138:4 227:15
  247:2 270:4
**primaries**
  74:13
**prime** 139:14
  150:3,10,18
**printed** 228:3
**prior** 17:24
  72:23 74:14
  75:7 76:14
  89:21 123:5
  129:17,21,22

130:8 132:14
132:20,22
133:3,5 138:12
138:22 139:19
139:24 140:6
151:23 152:25
164:19 180:10
180:12,14,25
187:17,24
189:5,5 214:11
224:25 225:3
241:24 247:17
247:21 277:21
298:6,10
299:16,20,23
302:3 316:14
338:24 339:7
346:5
**privately** 73:22
  110:9
**privilege** 214:6
  344:22 346:7
**pro** 69:20 72:7
  79:17 135:11
**proactively**
  200:5
**probably** 18:15
  23:13 48:21
  59:22 61:3,16
  63:9,17 67:7
  77:2 79:7,24
  89:15 94:7
  95:23 109:17
  110:17 126:21
  129:16 132:11

136:12,14
143:19 162:24
168:14,18
169:25 170:3
173:7,11,12
189:7,14
205:24,24
209:20 212:15
222:6 236:7
240:14 278:19
305:10 315:22
315:23 321:5
330:25 335:5
345:6,17
**problem** 7:12
  30:22 33:12
  73:13 167:6
  184:13 225:21
  243:13 301:3
  301:17,23,23
  313:18
**proceeded**
  28:18
**proceeding**
  5:11 318:25
  319:5,7 320:15
  321:16,22
  323:8 325:2
  332:11
**process** 6:22
  123:11 161:17
  278:20
**produce** 221:20
  243:24 317:13

| | | | |
|---|---|---|---|
| **produced** 8:12 84:7 106:16 131:11 229:17 239:6 289:16 316:15 317:16 345:10 | **promotes** 21:6 **promotions** 20:17 **prompted** 116:2,4 246:6 246:11 259:2 | **public** 1:19 6:6 75:9,10,24 76:7,7 298:11 319:24 334:22 349:22 354:7 355:25 | **purported** 54:5 **purports** 32:24 35:3 40:15 43:21 49:16 66:11 102:7 106:17 113:14 160:4 215:16 |
| **production** 8:15 131:15 229:19 317:15 | **proof** 316:25 317:5,7 **proper** 53:12 **proponent** 141:18 | **publication** 70:23,25 **publications** 18:18,24 60:24 72:25 | 221:11 245:3 258:8 277:12 **purpose** 34:9 239:3 |
| **products** 317:3 **profession** 60:21 70:12 | **prospective** 292:11 **protection** | **publicly** 68:14 71:6,19 102:5 | **purposely** 223:8 265:6 **purse** 179:14 |
| **professional** 20:15 61:14 182:20 194:15 | 56:13 **protective** 163:10 320:18 | **published** 18:10 **publishers** 18:8 | 179:16 **pursuant** 1:17 **pursue** 15:15 |
| **professionally** 70:16 104:18 248:18 | **prove** 71:24 **proved** 73:5 **provide** 16:8 | 340:11 **publishing** 27:24 341:13 | **pursuing** 238:2 239:13 **pursuit** 246:2 |
| **professionals** 19:18 20:14 | 223:2 248:19 264:18 298:12 | 342:6,7,8 **puerto** 68:21 | **push** 333:16 **pushed** 179:6 |
| **profile** 199:10 **profit** 20:12 | 306:10 317:25 328:6 332:19 | **pulled** 26:7 **pulling** 176:20 | 242:17 333:15 **pushing** 72:12 |
| **profitable** 15:12 | **provided** 38:15 160:25 312:12 | **pun** 281:17 **punch** 264:18 | 72:12 73:5,21 79:11 |
| **program** 11:20 **prohibited** | 321:14 **provider** 50:24 | 264:20 **punching** | **put** 9:3 20:17 33:18 84:19 |
| 270:4,9,15 **promise** 150:6 | **providers** 62:25 | 178:17 **pundit** 70:24 | 88:19 93:12 121:25 128:9 |
| 150:8,9 199:24 214:20 | **provides** 57:13 **proximity** | 135:11 **pundits** 68:13 | 128:10 129:14 143:12 161:22 |
| **promised** 149:25 227:9 | 338:2 **psycho** 51:5 | 70:7 **punished** 227:5 | 178:14 197:18 201:17 205:11 |
| **promising** 199:21 | | **punishment** 226:21,22 | 219:14 226:4 |

[put - reading]

| | | | |
|---|---|---|---|
| 274:2 327:10 | 282:25 284:14 | 313:5 341:13 | **rarely** 150:8 |
| **putting** 67:14 | 288:12 290:12 | 342:15 | **rate** 163:22 |
| **q** | 300:5 304:16 | **quoting** 33:13 | **rather** 170:20 |
| **qualified** | 314:12 315:4 | **r** | 270:19 |
| 138:16 236:20 | 322:4 336:4,22 | **r** 2:2 3:2 6:4 | **reach** 79:6 |
| **qualifies** 118:7 | 347:5 | 53:3 183:19,23 | 95:21 199:22 |
| 176:17 205:6 | **questioning** | 349:2 351:18 | 214:21 219:18 |
| **qualify** 25:20 | 324:7,25 | 354:2 | 220:2 259:5,11 |
| 41:2 44:23 | **questions** 6:24 | **race** 137:22 | **reached** 199:24 |
| 74:21 120:2,4 | 7:10,19 20:5 | 138:6 | 214:22 259:6 |
| 141:2 159:15 | 36:20 46:18 | **radio** 74:6 | **reaching** 82:2 |
| 205:7 310:2 | 150:5 167:8 | **raise** 201:2 | 340:7 |
| **quality** 4:8,9 | 265:23 270:7 | 217:18 243:10 | **react** 240:19 |
| **quantify** 334:7 | 277:3 312:8 | 243:14 280:15 | **reacted** 274:23 |
| **queen** 55:3 | 325:7 326:5 | **raised** 34:17 | **reactivate** |
| 328:2 | 347:21 348:9 | 198:8 202:8 | 257:20 |
| **queens** 68:22 | 348:12 353:2 | **raising** 133:19 | **reactivating** |
| 354:5 | **quick** 185:12 | 233:6 234:6 | 255:19 |
| **question** 7:4,6 | 209:5 | 247:15 | **read** 26:22 35:5 |
| 7:13,14 38:23 | **quickly** 56:8 | **rally** 110:7 | 50:5 85:9 |
| 45:16 50:15 | 220:5 | 144:2,5 146:5 | 100:25 101:15 |
| 51:9 53:20 | **quiet** 311:10 | 149:4 210:25 | 101:18 102:11 |
| 55:6 58:14 | 313:3,3 | 211:25,25 | 106:25 107:2 |
| 75:17 91:17 | **quite** 47:4 | **ran** 179:16,22 | 107:18 138:9 |
| 112:3 114:7 | 60:19 100:14 | **random** 280:6 | 147:10,12 |
| 132:17 156:5 | 154:25 177:12 | 280:6 | 167:4 183:16 |
| 173:15 187:6 | 178:6 344:11 | **range** 334:20 | 185:10,12 |
| 191:23 197:20 | 344:12 | 343:6,16 | 233:20 235:14 |
| 220:13 224:13 | **quote** 33:18 | **ranged** 88:6 | 236:12 278:18 |
| 231:6 252:21 | 107:8 115:3 | **ranking** 305:14 | 303:10 341:10 |
| 254:16,20 | 150:12 170:10 | **rant** 237:9 | 341:16 342:14 |
| 260:23 263:2 | 188:17 192:10 | **rap** 303:11 | 348:13 |
| 266:24 273:14 | 200:21 239:20 | **rape** 73:13,17 | **reading** 60:8 |
| 276:18 280:23 | 247:16 249:5 | 123:14 | 225:21 251:6 |
| 281:5 282:12 | 249:19 250:17 | | 254:4 |

reads 38:10
41:5 45:5
52:17 235:12
ready 82:18
148:2,4
real 31:7
147:12
realistic 25:23
69:6
realized 256:3
really 16:4 21:9
21:10,23 28:2
41:17 62:9
70:4 73:4
79:24 108:3
109:11,12
113:10 122:2
144:10 157:9
157:18 173:7
178:23 189:8
189:24 206:18
206:23 232:2
243:3 256:24
260:10,10,11
262:25 266:17
276:20 282:12
282:13 290:13
291:13 303:4
308:23 310:23
311:3 315:16
321:11 341:5
341:18 343:2
reapply 309:3
rear 279:13,16
279:18

reason 29:23
41:16 61:22
62:5 64:25
78:8 90:23
145:9 195:12
216:6 228:16
240:3 259:4
274:18 279:7
312:7,12,21
314:5 320:7
355:5
reasonably
58:6 340:6
reasons 69:13
70:10 205:14
228:12,20,23
296:7
reassured
199:19 200:21
reassuring
259:15
recall 16:18,19
37:4,24 50:6,9
50:10,12 54:10
54:16 62:10
63:12,23 64:7
67:3 79:13
80:22 89:7,13
89:17 90:2,4
92:11 94:11
100:13 101:14
104:3 112:21
112:23 117:8
128:11,21
132:10 133:6

135:6 136:10
137:6 139:23
140:9,14
142:23 143:8
143:24 144:6
150:7 151:24
152:2,5,9,12
153:10 154:7
154:10 155:10
155:23 156:15
156:22 157:13
158:22 160:7
161:8,10
163:20 167:22
171:3,14
172:11 173:2
176:5,6,9
177:11 181:21
182:2,4 183:2
184:9 186:14
186:15 187:22
187:23 188:2
189:3 195:16
196:14 200:20
202:9,15 203:9
206:6,9 208:23
210:4,6 213:7
213:15 219:10
224:8 229:19
231:19 232:6
233:23 238:19
239:16 244:14
244:19 245:17
245:21 246:4,5
246:10,11

247:14,15,18
247:19,23
249:2,4,13,14
251:11 254:25
255:5,11,16
261:10,11
262:11,15,16
263:10,15
265:3,17,17,22
266:12 267:4
271:8 275:10
275:11 276:12
276:15 277:18
285:21 298:17
298:18 321:6
321:18
recap 180:11
recapped 177:2
recapping
213:12
recaptured
184:14 185:8
receipt 59:23
receive 72:2
84:18 154:4,6
155:3,13,18
227:8 252:25
345:19 346:22
received 18:19
23:2 24:5
28:22,23 72:9
84:24 155:16
184:19 232:20
233:19 267:24
271:10 305:21

receiving
154:19 155:12
163:14
recent 323:20
recently 103:7
117:4 306:8
307:17 310:5
322:14
recess 99:7
183:12 234:17
348:3
recession 15:8
reciprocated
195:13
recognizable
265:10
recognize
32:20,23 33:19
47:15,22 49:23
52:3 54:8 60:9
60:10 63:3,5,7
66:14 83:23
161:8 221:19
245:7,12
recollection
44:19 56:17
57:17 160:18
167:12 186:8
222:3 231:20
241:15 243:12
261:23
recommendat...
284:11,12,23
284:24

recommendat...
284:6,19,22
record 4:4,15
5:16 6:11 7:8
9:4,6 32:4
33:16 39:9
46:23 81:21
99:5,10 113:22
183:8,10,14,16
199:5 234:16
234:20,23
257:21 298:6
298:10,11
302:22 303:23
304:8 345:7
347:23 348:2,6
348:15 354:12
recorded 4:13
4:17
recording 4:8
4:13
records 151:14
301:13,15
redo 29:15
reed 14:9
refer 6:20
79:14 114:10
114:13 186:7
217:15 218:24
291:16 314:20
reference 6:20
61:14 63:11
147:7 156:12
172:2 223:6
237:13 263:24

344:3
referenced 17:5
35:14 60:21
72:25 149:3
164:12 169:6
223:7 225:5
303:7 315:17
323:15
references
103:4 147:20
referencing
149:4,6 213:13
223:12 226:14
226:16 250:11
referred 33:9
42:5 51:24
61:2 79:4
97:14 110:24
115:7 118:10
170:10 187:16
210:23 218:6
298:19 299:24
referring 35:16
38:12 42:12,14
60:23 61:8
70:14 78:6
79:15 113:20
114:5,21 134:4
139:9 168:7,9
170:4 184:24
185:4,19
188:17,23
236:5 291:6,18
refers 33:6,21
57:6

refresh 56:16
57:16 160:17
167:12 222:2
231:20 261:22
refreshes
102:24
refusal 313:5
314:6
refuse 230:24
refused 192:9
199:20 319:23
refusing 188:13
331:8
regarding 6:24
36:21 59:16
91:18 106:20
107:20 112:2
136:21 164:5
166:9 186:12
189:19 197:3,7
203:14 211:13
213:9 219:8
222:14 245:25
247:12,20
259:15 263:12
263:20 278:6
278:10 279:3
279:12 281:13
281:15 320:21
321:10,21
322:13 340:11
regardless 42:2
162:3 164:9
registering
203:2

| | | | |
|---|---|---|---|
| **registration** 13:22 | **rejection** 318:11 332:8 342:24 | **relying** 33:24 **remain** 96:5,10 98:13 152:6 176:12 | **reminded** 311:18 **reminder** 214:5 **reminders** 333:10 |
| **regular** 339:16 340:3 | **relatable** 341:9 **related** 5:7 76:2 | **remainder** 264:6 | **remote** 63:17 306:15 310:16 |
| **regularly** 131:7 **rehabilitation** 319:10 | 113:18 326:8 354:14 | **remark** 108:25 177:21 195:11 | **remotely** 5:14 310:2 |
| **reince** 1:8 5:21 6:18 206:25 | **relating** 138:6 180:24 | **remarks** 95:2 120:25 182:17 | **remove** 290:22 **removed** |
| 207:10,15,19 207:23 208:2,7 | **relationship** 21:21 22:2 | 182:19 241:18 276:2,6 279:6 | 226:23,24 227:12 228:7,9 |
| 208:15,21 209:3 221:15 | 95:12,13 119:17,20,25 | 279:11 281:19 **remember** 23:6 | 228:13,16,24 229:7 |
| 224:2,6,17,21 225:5,10,17,23 | 129:20,25 130:11 132:6 | 23:7,10,22 27:10 28:6 | **removing** 229:12 |
| 226:9,11,18 227:18 229:15 | 175:2 191:25 203:4 289:23 | 29:3,7 33:20 46:19 51:2 | **repeat** 56:13 **repeated** |
| 245:18 246:8 250:5 251:20 | **relationships** 95:10 | 55:22 57:20,24 79:8,18 81:15 | 241:18 323:4 **repeatedly** |
| 251:25 252:7 252:11,18,23 | **relatively** 96:6 96:11 98:13 | 89:4,10,11 99:14 100:10 | 179:25 180:2,2 222:12 |
| 253:8,8,11,18 254:20 266:24 | **relayed** 189:18 **release** 306:4 | 102:18 120:23 121:22 128:8 | **rephrase** 7:11 75:18 297:4 |
| 266:25 268:6 269:10 284:2,6 | 311:21 313:6 313:14 314:7,8 | 129:10 143:22 145:8,9 146:6 | **rephrased** 273:25 |
| 284:17 285:8 287:11,18 | 314:10,16 **relevance** | 158:5 159:8 171:24 172:3 | **replacing** 125:5 **replied** 167:18 |
| 288:22 291:9 293:4 294:25 | 24:21 36:3 **relevant** 36:18 | 173:10 174:15 193:8 206:23 | **reply** 167:19 230:20 |
| 296:3,12 304:20 331:14 | 36:23 216:6 345:22,23 | 210:25 254:4 254:24 257:9 | **replying** 191:9 191:12 |
| **reince's** 283:23 283:24 | **relied** 33:25 **relive** 25:25 | 322:3 342:13 **remembered** | **report** 91:25 93:25 94:13 |
| **reinsurance** 259:12 | **rely** 266:3 | 57:19 122:18 | |

**[report - restrictions]**

98:8,17,20
100:3,5 107:14
119:5 123:16
157:3 158:18
158:20,20
185:16 266:20
**reported** 98:10
98:11 118:25
190:7,11
198:17 223:19
**reporter** 5:4
7:8,17 32:13
35:2 40:14
43:20 47:13
49:15 60:7
66:8 83:21
102:2 108:6,9
109:2 113:8
160:2 166:19
183:17,25
215:13 221:10
230:2 235:9
244:25 258:4
273:9 277:10
280:20 352:12
**reporters** 95:11
121:10,20
280:4 303:19
**reporting** 94:8
355:1
**reports** 254:5
285:17,18,20
**represent** 6:17
84:5 215:19
230:6 246:16

345:8
**representatives**
340:9
**represented**
175:5
**representing**
5:2 134:25
262:23 323:6
**republican**
69:3,24 146:7
201:16
**republicans**
69:22
**request** 177:21
199:20
**requested**
352:18
**require** 61:15
343:18
**required** 64:6
163:3
**research** 91:24
327:17
**researched**
30:16 343:5,15
**reserved** 3:21
103:16
**reside** 6:13
**resign** 230:14
230:24 231:15
257:15 308:19
**resignation**
246:17 255:21
257:21

**resigned**
231:21 257:2,8
309:5
**resigning** 232:5
**respect** 92:7
103:10 136:22
138:20 252:23
311:22 322:2
**respectful**
148:10 203:4
**respectfully**
325:4
**respective** 3:5
**respectively**
128:24
**respond** 65:8
191:14 229:15
**responded**
273:19 292:14
**respondent**
57:8,12,14,15
**respondent's**
57:10
**responds**
190:18
**response** 21:13
128:6 132:8
142:19 145:21
161:4 176:3
192:7 193:6
199:12 240:16
271:10 277:5
277:13 278:2
281:5 292:7,23
294:11 309:11

315:19 317:20
334:6,10 335:9
340:6 352:9
**responses**
277:19 292:7
309:11 334:4
**responsibilities**
96:10 118:22
157:9 264:5,10
265:15,25
267:2 310:21
**responsibility**
226:25
**responsible**
250:22 253:25
254:12 268:24
283:5,16
284:16
**responsive**
21:14 292:15
**rest** 40:4 48:5
73:10 95:8
296:4
**restraining**
26:17 28:11
29:16 30:14
31:19 39:10
55:16 111:5
163:10 180:23
298:24 299:3
301:14,21
**restriction**
23:13,24 91:22
**restrictions**
22:22 23:16

[restrictions - rubber]    Page 67

57:6,18 91:19 92:4 163:5
**restructured** 20:8
**result** 322:25 334:13
**resulting** 252:5
**results** 74:11
**resume** 227:2
**retained** 352:12
**retainer** 339:24
**retaliating** 314:21 347:3
**retaliation** 312:4 314:20 347:14
**retaliatory** 313:24 315:8
**retired** 329:21
**retrace** 342:9
**return** 156:16 181:22
**returned** 9:24 10:18 11:5 152:3 156:10 156:13,18,23 182:3,6 192:23
**returning** 261:18
**revealed** 247:6
**reverse** 167:3
**revert** 76:3
**review** 8:8 18:4 18:14 66:23

73:14 138:3 277:24 343:4
**reviewed** 8:14 67:6,9
**reviewing** 67:3 277:18 318:10
**rican** 68:21
**richard** 135:16 135:17,17,19 135:20
**rick** 245:18 246:8,10 250:12 254:23 255:6,9,13,18
**right** 56:19,23 69:17 113:23 113:25 122:13 133:8 140:19 161:15 162:24 163:11 164:8 173:19 179:20 195:25 211:25 213:19 218:4,4 220:17 225:2,4 227:7 241:9 260:25 274:12 287:8 288:21 292:17 309:8 309:19 322:8 331:25 333:24 335:5 344:2
**rigid** 94:16
**riled** 115:10
**ring** 53:5 140:18

**rings** 40:2 44:9 54:18,19,20
**rise** 312:23
**risk** 70:12 328:17
**risky** 70:16
**rivals** 30:21
**rivka** 1:18 5:4 354:7,23
**rnc** 116:11 120:19 207:4 207:12,20,25 208:11 237:10 238:7 268:8
**rob** 47:6 90:15 111:4 298:20 298:21,22 301:7 303:15 305:5
**rochester** 307:18 317:18 317:21 339:6 343:22
**rocky** 147:7,18 147:22
**role** 19:19,21 98:24 100:6 107:15 150:4 150:10,19,22 151:5 153:24 162:16 218:16 222:15 231:16 236:9 241:21 242:18 243:4,6 243:6 246:18

252:20 254:6,7 254:14 266:22 282:3 285:18 318:13 337:7
**roles** 267:19 282:3
**roll** 93:11
**rolled** 109:17
**roman** 279:22
**romantic** 22:2 22:4 132:6
**room** 8:5 23:23 57:21 109:7 112:6 122:11 122:14 133:25 151:21 173:20 205:24 208:23 212:9,16 226:7 276:21 279:10
**roommate** 168:17
**rope** 197:16 303:19
**rosen** 2:9 5:19 311:17
**roster** 118:2
**rotate** 16:2
**roughly** 14:24 18:24 85:17 155:11
**round** 318:22
**route** 144:11
**royally** 125:13
**rubber** 284:13 284:23

[rubio - scheduled]                                    Page 68

| | | | |
|---|---|---|---|
| **rubio** 70:25 | 324:23 334:15 | 280:3 341:3,19 | 74:2 102:14 |
| 72:7,8 | 334:20 343:6 | **saying** 7:8 | 103:4,13 |
| **rude** 168:12 | 343:16 | 25:18 26:8,11 | 113:16 115:7 |
| 195:10,21,23 | **sampling** | 28:10 29:14 | 142:12 150:13 |
| 196:24 | 135:25 | 42:18 43:9 | 153:18 161:16 |
| **ruffle** 210:18 | **sanders** 97:15 | 45:25 46:23 | 192:5 217:2,10 |
| 260:6 | 140:11 194:24 | 48:12 59:19 | 217:12 226:19 |
| **ruined** 71:4 | 297:21 | 69:3 81:24 | 227:7,19 |
| 73:16 207:16 | **sandoval** | 83:11 94:24 | 236:13 237:19 |
| **rules** 6:25 8:3 | 104:15,17 | 97:8,9 139:15 | 246:25 251:8 |
| **ruling** 53:22 | 105:5 | 147:23,24 | 253:7,9 259:9 |
| 353:2 | **sarah** 92:24 | 148:25 160:21 | 263:25 278:13 |
| **run** 41:8,10 | 93:2 97:15 | 170:4,24 | 281:8 289:20 |
| 78:19 300:20 | 118:21 134:22 | 174:15 182:11 | 293:22,24 |
| 307:25 329:25 | 136:22 140:11 | 190:16 198:25 | 335:24 |
| **running** 306:18 | 140:22 141:18 | 204:24 206:16 | **sb** 162:12,14,18 |
| 312:17 | 153:11 158:5,7 | 209:13 228:14 | 162:19,21,22 |
| **runs** 284:3 | 158:12 194:24 | 243:3 250:13 | 163:5,7 299:16 |
| **russia** 69:7 | 194:25 195:17 | 250:21 253:11 | 299:22 300:6 |
| | 197:2 297:20 | 268:22 274:21 | 302:4,9 |
| **s** | **sarah's** 195:7 | 285:17 291:10 | **sb86** 162:10 |
| **s** 2:2 3:2,2 | **sasha** 40:17,25 | 292:2 299:7,9 | **scandalous** |
| 215:11,15 | **save** 325:12 | 301:22 303:24 | 342:15 |
| 323:11 350:2 | **saw** 58:25 | 305:24 306:5 | **scanned** 60:2 |
| 351:20 355:5 | 73:23 78:2 | 310:6 311:17 | 60:15 |
| **s.w.** 6:14 | 103:21 110:22 | 313:4,10 | **scarcity** 82:6 |
| **sabotage** | 115:23 117:19 | 314:21 317:11 | **scare** 242:22 |
| 100:18 104:18 | 118:8 119:3 | 332:4 335:22 | **scared** 179:14 |
| **sad** 31:7 103:2 | 130:13 141:14 | 338:23 339:8 | **scary** 234:9 |
| 104:7 107:18 | 179:23 182:8,9 | **says** 26:13 | 247:2,16 328:8 |
| **sadly** 213:23 | 184:25 187:10 | 35:21 38:24 | **scenarios** |
| **sake** 18:20 | 189:9,16 198:4 | 41:9 42:9 48:4 | 335:15 |
| **salaried** 308:10 | 200:6 205:22 | 50:16 51:4 | **scheduled** |
| **salaries** 334:21 | 208:21 212:8 | 54:21 56:10 | 198:10 270:5 |
| **salary** 154:15 | 212:16 274:9 | 61:9 68:8 70:5 | |
| 308:8,13 309:9 | | | |

[school - seem]     Page 69

| | | | |
|---|---|---|---|
| **school** 9:21,22 | 238:10,17,21 | 161:20 | **see** 27:20 29:9 |
| 11:16 12:16,18 | 238:22 239:4 | **searched** | 32:14,15 35:7 |
| 12:20 17:23 | 239:12,17 | 322:11 | 47:4 50:17 |
| 230:19 329:20 | 240:4,20 241:2 | **searching** 95:3 | 56:25 60:8 |
| 329:22 | 241:24 243:8 | **seared** 241:4 | 64:14 65:11,19 |
| **screen** 4:12 | 243:11,12 | **season** 340:17 | 90:23 113:9 |
| 31:25 32:7 | 244:3,15 | **seat** 112:18,21 | 118:8 119:12 |
| 34:20 40:19 | 245:18,23,25 | **seattle** 307:13 | 125:8 137:8,19 |
| 45:17 50:5 | 246:8 248:15 | 317:22 318:22 | 146:15 149:15 |
| 65:12 67:15 | 248:19 249:4,8 | **sec** 236:3,14 | 159:20 168:16 |
| 101:21 106:13 | 250:5 251:20 | **second** 15:4 | 182:5 200:12 |
| 159:17 166:13 | 252:15 254:16 | 19:8 25:15 | 207:19 209:18 |
| 213:25 235:3 | 255:18 259:9 | 35:20 51:3 | 209:19 210:15 |
| 307:7 | 259:15,23,25 | 65:10,23 | 211:10 215:7 |
| **screwed** 125:14 | 260:10,20 | 128:20 137:14 | 216:19 225:23 |
| 125:18,19,21 | 263:24 264:9 | 137:17 220:11 | 227:21 230:19 |
| 126:11 330:25 | 264:11,18,23 | 226:19 230:23 | 233:10,20 |
| **scroll** 56:8 | 265:14 266:13 | 231:22 246:25 | 243:2 247:9 |
| 185:14 297:19 | 267:20 269:10 | 249:16 251:7 | 254:18 271:7 |
| **scrolled** 184:25 | 275:15,16 | 330:6 344:13 | 272:3 274:7 |
| **se** 63:12 160:23 | 278:4,9 284:3 | **seconds** 179:19 | 281:8 283:24 |
| 190:6 266:23 | 284:6,17 285:8 | 219:22 | 293:20,22 |
| 280:22 | 285:17 286:25 | **secret** 104:20 | 299:18 311:23 |
| **seal** 56:23 | 287:22,23 | 299:13 | 316:3 341:24 |
| **sealed** 28:4,9 | 288:22,25 | **secretary** 236:6 | 345:21 347:20 |
| 28:15 | 289:4 291:8 | 236:10,21 | **seeing** 50:9 |
| **sealing** 3:6 | 293:3 294:24 | 264:14 283:9,9 | 124:14 170:2 |
| **sean** 1:7 5:21 | 296:12 304:23 | 283:13,15 | 236:13 328:21 |
| 6:18 61:4 62:6 | 304:24 305:10 | 303:22 334:23 | **seek** 149:13 |
| 62:13 74:10 | 328:9 331:14 | 335:7 | **seeking** 81:17 |
| 75:14 76:21 | **sean's** 242:6 | **section** 93:7 | 281:24 282:4 |
| 77:6,8 81:5 | 243:14 276:19 | 163:8,11 | **seem** 25:11 |
| 120:18 145:12 | 283:22,24 | **security** 9:5 | 39:14 44:2 |
| 221:17 230:16 | **search** 20:15,16 | 151:11 171:22 | 52:6 90:14,18 |
| 230:18 238:5,8 | 77:2 92:2 | | 121:8 167:9 |

[seem - settlement]

341:19
**seemed** 7:2
55:25 56:3
62:8 147:6,11
189:12,13
223:20 235:21
**seemingly** 33:6
**seems** 52:5
85:13 160:24
161:11 189:8
235:17 249:17
251:8 282:13
339:12
**seen** 4:11 38:10
43:3 58:6
80:25 106:21
110:11,18
115:15 116:24
133:15,18,21
142:12 176:21
189:16 192:10
200:11 228:4
278:24 285:20
300:6
**sees** 45:6
**segments**
233:10
**select** 285:4
**selected** 283:22
**selects** 286:13
**sells** 341:7
**send** 22:18
29:12 31:11
34:5 41:24
42:3 44:17

48:25 50:24
52:7 58:12
77:25 184:15
213:8,12 246:6
246:12 259:2
272:23 273:22
**sending** 38:20
39:3 44:12,20
45:11 46:6
50:6,12 54:22
57:20 167:22
187:23 245:17
268:24 274:14
274:15,16
**sends** 21:8
274:5
**senior** 11:17
15:13 98:25
103:8 335:13
**sense** 97:20
146:19 175:10
176:13 341:15
**sensitive** 84:21
85:2
**sensitivity**
134:3
**sent** 28:21
31:16 35:4
37:6,13 38:16
38:19 44:24
54:5 55:20
57:22 59:9,15
60:12 61:24
63:10 64:10,20
67:22 77:12

84:17,21,23
106:18 111:7
113:15,23
150:12,12
184:12 187:13
190:15 194:5
213:16 221:12
221:14,16
224:24 225:23
226:6 235:10
245:4 246:3,19
261:17 311:17
352:20
**sentence** 35:20
41:23 42:8,15
52:17 184:17
214:19 225:15
237:5 244:2
**sentences**
200:24
**sentiment**
42:21 274:5
**separate** 12:14
76:5 149:24
321:11 325:2,5
346:4
**separated**
174:11 175:7
175:12
**separately** 43:3
**september**
92:14,15,17
96:17 102:14
103:14 106:19
116:15 143:25

159:10
**serial** 29:4
**series** 215:7,10
220:6,18 221:6
221:12 230:4
351:20,21
**serious** 259:13
**seriously**
235:13
**serve** 28:12
78:18 299:11
329:25
**served** 28:20
199:4 236:21
277:20 338:3
339:19
**service** 3:15
104:21
**services** 290:2
290:19
**serving** 121:16
**set** 62:23 84:13
150:3 161:5
215:18 230:5
231:23 277:6
277:14 352:10
354:11,18
**setai** 340:17
**setting** 97:12
**settle** 344:14,18
**settlement**
262:21 344:17
345:5,20
346:12,17,19
346:20

seven  186:5
190:14 335:19
337:18 339:11
several  20:7
116:18 141:24
144:13 151:24
239:10
severance
305:25 312:7
severe  30:22
sex  132:19,25
136:4 139:19
278:23 279:4
281:9,15 290:6
sexual  119:17
119:20 120:5
124:21 125:25
126:17,24
127:5 128:15
129:2,19,25
130:11,16
182:23 191:24
325:23
sexually  124:17
248:4
shake  124:11
shaking  124:8
shame  121:25
share  31:25
32:7 101:20
159:16 166:11
166:12 235:3
341:6
sharing  34:19
106:12

sharp  105:17
shava  97:5
shaw  207:15
sheet  93:12
303:11 355:1
shift  103:15
shit  55:4 115:8
shitty  46:16
170:20
shocked  24:6
26:18
shoe  15:10
shoed  26:25
shoes  179:18
shook  27:22
179:3,4
shop  253:9,13
short  99:7
144:10 234:17
271:25 348:3
shorthand
252:6
shortly  68:8,16
192:15 217:6
264:2
shots  253:11
shoulders
178:24 179:2
shouting
223:18
show  31:23
32:16 33:2
34:18 40:7
43:12 66:9
74:10 75:14

76:22 83:14
106:13 113:2
146:21 159:17
166:25 184:15
235:4 273:3
showed  26:24
31:13 55:12,23
55:24 56:4
120:22 124:4
228:2
showing  39:17
41:19 44:17
59:13 66:21
211:25 227:14
352:24
shown  34:16
41:18 50:11
shows  33:16
40:19 60:12
95:18 187:12
shriveled
134:13
shut  136:2
180:5,5 204:14
331:4
side  8:13 51:5
85:10 89:9
117:3 129:13
263:9
sign  306:4
311:21,23,24
313:5,13 314:6
314:8,10,15
315:13 348:13

signature  84:11
84:11,12,14,17
277:16 278:17
354:22
signed  3:9,11
3:14 116:14
141:12
signing  89:21
signs  237:17
299:14
silence  266:7
268:14 271:6
silencing  9:15
similar  75:24
81:10 91:17
109:3 118:21
134:6 159:15
188:19 195:15
212:18,21,22
231:7 241:2
274:5 305:9
similarly  268:3
simple  336:9
simply  201:21
239:20 335:20
336:6
sims  337:14
simultaneously
159:2
sinclair  336:17
single  31:16
144:18 186:24
212:4 236:20
299:12 328:6
330:6

singles 145:16
sip 121:11
sir 46:10 53:12
  142:22 145:23
siri 220:12
sister 10:24
  11:7 45:9
sisterly 167:25
sit 39:15 158:2
  236:14 240:25
  319:12 343:14
sitting 109:24
  112:5 135:5,7
  177:14 180:18
  312:18
situation 62:9
  109:22 120:6
  121:8 186:3
  188:19 210:23
  259:16 260:6
  286:14
situations
  342:15
six 27:14,17,18
  27:21 29:24
  59:24 64:24
  88:12 92:6
  248:15 309:21
  316:15 317:24
  331:7 332:2
  333:21 342:23
skin 223:16
slapped 280:5
slated 217:7
  282:20

sleep 48:24
slept 135:22
  196:7
slide 234:11
slightly 283:12
slowly 121:11
small 344:17
smart 213:3
smith 2:4
smooth 275:4
snark 167:19
snarky 170:4
  170:24
social 9:5 69:19
  69:21
society 25:19
  35:23 40:23
softly 243:4
solely 223:14
  250:9
solutions 5:2,5
somebody
  26:13 46:13
  75:13 90:7
  104:5 117:25
  120:8 148:13
  237:7 266:2
  333:22 336:14
someone's
  260:15
somewhat
  129:15 191:3
  196:19
son 8:16 10:22
  11:6 277:23

306:2 307:6
325:10 329:6
soon 192:20
  234:9 317:13
sorry 11:13
  15:4 19:7 20:2
  24:25 31:5
  32:25 50:9
  54:23 75:16,17
  78:7 79:9,13
  80:4 83:7
  89:18,20 97:18
  117:17 122:13
  127:20,21
  132:16 155:14
  173:14 177:3
  178:16 213:11
  220:10,14
  224:13 242:11
  247:24 249:6
  251:4 256:20
  257:4 259:25
  270:2,23 281:3
  290:13 291:13
  291:22 312:10
  331:11,11
  339:2
sort 10:23,25
  52:22 63:18
  76:9 77:3
  149:7 152:22
  157:17 170:18
  205:2 207:18
  217:22 218:21
  257:5 324:4

327:4 333:23
  336:22
sorted 309:3
sorts 202:25
  272:25
sought 81:18
  149:6
sound 44:7
  130:20,23,25
  130:25 170:20
  230:8 241:21
  261:6,11
  291:13
sounded 19:21
sounds 27:11
  35:11,12 56:19
  56:23 144:15
  216:5 246:13
  261:12 272:7
  311:6 341:3
source 198:23
  199:4 324:20
southern 1:2
  4:22 71:17
spanish 95:15
  95:19,21
  260:13,14
speak 7:9 36:18
  75:25 82:10
  103:23 137:25
  140:23 159:2
  204:18 219:11
  237:21 238:8
  238:15 245:24
  262:3 263:4,6

[speak - start]    Page 73

263:11 266:8
329:16
**speaker** 104:15
**speaking** 7:5
114:2 134:8
212:2,3 261:19
262:5 263:23
334:11 345:24
**specialties**
15:22
**specific** 50:14
82:5 92:20
137:9 138:23
144:11 171:14
185:3,19
189:22 196:14
197:21 201:2
215:4,18 230:4
239:16 249:24
250:15,24
251:11 252:18
288:15 291:16
291:23 295:10
295:18
**specifically**
37:4,23 78:9
139:22 158:21
191:20 208:15
220:8,20,23
231:8 240:5
252:12 253:5
253:17,24
270:14 324:21
325:6 334:11
338:8 340:13

**specificity**
321:19
**specifics**
200:25 297:20
**specified**
349:11
**speculate** 7:20
83:2 92:8
114:23 128:12
189:13 191:22
202:13 219:13
249:14,15
283:4
**speculating**
80:11 82:21,25
83:6 86:7 87:8
91:7 92:5
93:20 118:6
143:8 145:22
159:14 165:14
200:19 210:7
226:15 239:9
255:3 282:24
**speech** 109:24
147:3,10,13
173:23
**spend** 45:23
**spending** 22:7
**spends** 320:10
**spent** 17:10
38:2 328:25
**spicer** 1:8 5:21
6:18 221:17
237:25 252:15
254:16 259:9

264:3 267:18
270:11,13
278:4 286:25
287:22,23
291:8 293:3
294:24 296:3
296:12
**spicer's** 248:15
249:8
**spin** 122:24
**spit** 72:5
**split** 163:18
**spoke** 105:19
206:4 209:3
211:15 212:10
212:13 219:16
237:24 238:17
259:7 263:19
**spoken** 34:12
175:25 227:18
340:11
**spokesperson**
82:13
**spokespersons**
340:8
**spooky** 230:25
**spot** 145:16
**square** 14:11
**ss** 354:4
**st** 30:5,8,11
**stab** 181:13
**staff** 253:23
268:7 283:8,16
284:2 285:2
287:16

**staffer** 115:21
**staffers** 104:13
**stage** 81:5
**stamp** 43:14
66:20 84:6
221:17,21
245:2
**stamped** 32:17
34:22,24 40:10
40:12 43:17
47:9,11 49:12
51:19,23 53:24
54:4 83:22
102:5 106:9,16
113:6,14
159:23 160:3
166:16,23
183:22 221:7
235:7 244:22
257:25 258:6
284:13,23
350:10,12,14
350:16,18,20
350:22 351:10
351:12,14,16
351:18,22
352:2,4,6
**stand** 8:22
90:17 112:15
197:15 322:24
**standard** 91:25
**standing** 143:7
**start** 144:23
146:20 307:2
339:21

**started** 17:24
18:5 27:9
77:14 84:15
94:19 102:22
117:8,14
122:23,23
140:12,16,19
141:13 147:18
157:14 160:18
165:18 202:17
226:22 313:20
315:23
**starting** 74:15
122:3 127:6
141:25 174:3
315:24 334:8
**starts** 146:13
184:4
**state** 1:19 5:11
5:14 6:6,10 9:5
9:11 86:22
87:14 102:6
346:8 354:4,8
**statement**
71:12
**statements**
71:11 321:15
323:24
**states** 1:2 4:22
9:9 13:16,18
86:24 87:4
289:25
**stating** 57:22
57:22 311:2

**status** 238:3
**stay** 88:22,23
172:15 177:18
177:19 181:19
311:10
**stayed** 89:13
110:10 155:23
172:13 177:25
**staying** 21:10
88:17 128:24
145:6 172:9,12
172:20,22
**steadfast**
327:18
**steadfastly**
200:9
**stellar** 52:21
**stephanie**
151:13 301:9
303:17 304:16
304:18 337:6
**stephen** 1:8
5:22 6:19
252:15
**stepped** 27:12
**steps** 341:25
342:9
**steve** 72:12,14
79:10,14,15
80:2,9 90:24
106:19 107:13
117:22,23,23
181:7 186:17
187:15 188:7
190:15,16

191:6,14,19,23
193:24 194:5
194:13 199:11
200:2,14,15,20
201:3 202:9,17
202:21 203:5
203:10,20
204:3 205:23
206:5 213:16
213:18 214:3
214:20 219:16
219:20 221:14
224:2,6,17,21
224:23 229:15
243:16 251:13
253:25 254:6,7
254:8,11
265:23,24
266:8,14,16,16
266:21 269:11
288:22 291:9
294:24 296:12
331:14
**steve's** 205:10
206:17
**steven** 109:23
144:17 147:3
148:21 203:21
293:3
**stewardess**
110:4,8
**stick** 35:23
89:19
**sticking** 252:3

**sticks** 147:21
191:8 210:2
281:23
**stink** 73:22
**stipulated** 3:4
3:19
**stomach** 223:2
**stood** 98:23
**stop** 15:3,7
20:20 26:13,14
73:7 128:2
142:15 188:14
189:2 316:5
330:15 333:17
**stopped** 27:6
179:18,23
332:5
**store** 85:2
122:20 277:23
**stores** 17:21
**storm** 232:17
237:2,8,11
**story** 30:10
31:7 73:15
133:4 144:15
233:2,6 263:9
340:23,23
341:6,8
**straight** 179:24
181:16 278:21
**straightforward**
6:23
**strange** 311:9
**strangely**
110:21

strategical
257:5
street 2:11
223:19
stress 256:5
328:10,16
329:8,10,15
331:9,12,13,23
332:16,18,19
332:21 333:4
stressed 328:10
328:11,13
stresses 332:4
stressful
329:13
strike 21:13
91:15
strip 121:15,17
121:21 264:9
266:25
stripped 264:4
265:24
strong 112:14
170:22 178:24
285:7 333:18
strongly 75:3
structure 11:2
94:4
strut 329:2
stuck 272:15
students 13:8
20:14
study 11:25
343:14

stuff 28:8 87:25
179:11 195:8
266:19 341:7
344:8
stupid 291:14
314:18
subject 157:10
160:11 235:11
submission
317:8
submit 297:3
submitted
171:21 323:24
subordinate
205:17 283:12
subscribed
349:18 355:22
subsequent
241:19
subsequently
103:16 223:22
240:7
subsided 333:4
333:4,5
substance
173:17 200:17
200:24 206:10
239:2,11
262:17 277:20
300:24 319:10
substantive
68:3
sudden 103:15
suddenly
227:13 234:14

264:15 265:11
266:4 329:2
sue 214:2,3,13
sued 216:7
347:4,12
suffered 73:11
73:11
suggest 167:9
suggesting
260:3
suicide 71:8
suit 122:19
suite 2:5 122:9
122:10
sum 173:16
200:17 206:9
239:2 262:16
summa 12:11
summarizing
186:4
summer 116:12
117:10,15
207:5
summonings
295:21
supervisor
101:3 137:3
226:22
support 68:14
68:15 72:19
206:19 228:23
331:21
supported
75:21

supporter
117:3 256:6
supporters
68:12
supporting
70:8 74:6
supportive
26:9
suppose 15:25
83:6 88:3
108:12 139:15
217:21 286:12
supposed 11:18
94:13 108:7
125:2,2 144:19
145:15 315:14
319:8 329:19
333:8
sure 18:10
19:23 24:17
25:6 44:22
47:21 50:21
55:10 57:4
58:25 60:25
63:9 64:8 67:7
67:21 79:7
86:14,15 87:9
94:8 97:5
124:7 128:23
136:11 154:25
155:21 156:11
157:25 161:10
163:25 168:7,9
168:20 185:11
186:15 190:5

[sure - team]

221:21 222:12
232:7 235:24
238:14 243:2
253:20 257:6
259:24 260:17
276:12 285:6
285:14 292:22
293:21 294:6,9
294:10 295:9
295:15,17,22
295:24 296:12
299:25 300:5
303:13 312:3
313:11 314:11
315:5 318:14
321:17 324:3,6
**surely** 264:21
**surgeon** 310:3
310:4
**surprising**
302:20
**surrogate**
20:24 64:3
75:4 77:20
103:7 111:16
114:22
**surrogates** 94:6
111:14
**susie** 300:18
302:11,24
303:3,4
**suspected**
130:13
**suspicion** 285:7

**sweet** 171:9
302:25
**switch** 15:17
89:5
**switched** 62:25
**sworn** 3:9 6:5
321:14 323:23
349:5,18
354:11 355:22
**syndrome** 45:9
**system** 60:16

t

**t** 3:2,2 221:5,8
302:22,24
349:2 350:2
351:21 354:2,2
**tab** 85:10
**table** 179:7,7
179:15 234:12
**tabs** 47:4
**tactics** 319:19
**take** 4:14 7:12
7:17 8:11
32:19 36:22
53:15 81:21
99:2 120:11
142:16 144:8
177:12 183:6
209:19 279:20
289:18 290:14
330:15 336:14
345:3 348:17
**taken** 1:16
48:10,14,23
81:13 96:24

98:24 99:8
144:8 147:9
149:17 179:10
183:12 234:18
248:17 315:16
324:24 330:5
343:9 348:4
**takes** 58:19
**talk** 27:9 34:13
124:9,10 125:8
146:18 244:13
262:10 295:23
298:18
**talked** 46:19
159:8 163:14
182:22 208:18
219:15 237:22
245:23 263:3
322:10 339:4
340:15
**talking** 16:24
34:11 46:13
94:21 97:4
114:9 127:20
127:21 135:18
144:14,17
145:14 146:21
147:5 148:8,12
153:3 157:11
169:19 178:15
178:16 190:5
203:12 230:21
235:16 248:8
248:10 266:4
311:8 312:17

341:21
**talks** 198:16
**tandem** 315:15
**tangential**
300:22
**tao** 120:23
121:5
**target** 285:13
**tasks** 266:10
**tattoos** 121:23
121:25
**tax** 179:23
**team** 63:16,18
92:21 97:12,13
97:17,21 98:12
121:9 154:23
154:25 155:4,6
155:8,17
160:12,14,21
161:2,20 162:6
163:16,17
164:5,10
171:23 187:9
188:13 210:20
213:10,14
222:11,18
246:22 258:19
259:12 267:10
270:22 271:3
272:13 273:21
275:8 284:25
285:3 291:8
312:19 326:16
337:18 344:15
344:19 346:18

| | | | |
|---|---|---|---|
| team's 259:16 | 173:4,11,21 | terminate | 354:13 |
| teams 264:25 | 193:10 194:14 | 25:18 56:18 | testing 329:10 |
| tears 195:11 | 195:3 201:13 | 177:15 178:4 | texas 143:2 |
| tease 76:6 | 207:11 211:3,4 | 183:4 192:8 | text 48:5 50:2 |
| technical 94:15 | 220:8,20 224:7 | 312:24 327:13 | 50:18 111:7 |
| technically | 231:8 236:17 | terminated | 130:17 131:3,8 |
| 94:10,12,14 | 239:8 242:21 | 308:20 312:9 | 131:15 135:13 |
| 141:8 297:12 | 247:22 248:2,9 | 314:6,10,15 | 212:23 239:6 |
| ted 71:2 117:16 | 265:14,20 | terminates | 352:22 |
| 117:17 164:18 | 266:8 268:15 | 153:20 | texted 135:12 |
| 164:23 165:6 | 268:18 270:20 | termination | 135:19 247:5 |
| 175:13 344:3,4 | 270:25 275:6 | 56:14 177:21 | texting 124:25 |
| teen 108:18 | 280:2 287:17 | 312:13 313:6 | texts 50:25 |
| telemundo | 314:4,14 | 318:18 | 241:14,15 |
| 95:20 | 330:11 342:25 | terrible 89:18 | tfa 154:16 |
| television 74:5 | telling 60:11 | test 172:7 | thank 25:6 |
| 75:12 76:16,19 | 90:4 187:20 | 173:3 174:20 | 27:21 31:21 |
| 76:20 116:24 | 204:15 268:23 | testified 6:7 | 65:22 84:8 |
| 159:4,6 233:10 | 274:18 288:5 | 37:3 127:25 | 85:12 136:17 |
| 270:5 | 330:8 | 155:22 185:17 | 143:23 273:19 |
| tell 33:12 35:6 | temperature | 192:6 196:11 | 277:2 294:5 |
| 37:14 38:14 | 27:19 | 322:24 338:7 | 307:25 317:11 |
| 39:24 41:14,15 | temporary | testify 321:25 | 348:11,17 |
| 41:21 52:14 | 129:7,9 | 322:16 349:5 | thanks 261:18 |
| 56:22 59:3 | ten 99:25 | testimony | 317:2 |
| 61:18,23 62:5 | 111:10 126:16 | 127:4 153:23 | thanksgiving |
| 70:19 80:9 | 148:19 153:21 | 162:13 170:9 | 221:25 222:8 |
| 81:9 86:6 | 277:11 339:24 | 192:19 226:8 | 247:3,21,23 |
| 88:12 92:3 | tend 49:6 | 268:13 284:18 | theoretically |
| 112:8 122:22 | 344:11 | 286:20 287:9 | 98:9 |
| 123:4 124:15 | tended 129:14 | 318:16 320:21 | thing 22:6 |
| 126:13 128:4 | term 95:5 | 320:25 321:9 | 26:15 28:4 |
| 129:18,23 | 153:18 154:2 | 321:20 322:25 | 46:16 58:4 |
| 131:24 132:4 | 272:11 | 324:15 348:16 | 76:23 78:5 |
| 141:21 167:4 | | 349:6,10 | 79:17 83:25 |

84:17 92:25
124:9,23,25
132:2 142:13
142:14,22
146:4 147:16
147:22 148:3
157:18 196:19
209:24 218:15
280:13 284:13
297:3 319:25
340:2 341:10
342:12
**things** 25:10,23
28:2 29:5 30:3
49:6 73:23
80:10 84:22
91:24 95:24
96:21 105:3
143:13 146:21
146:22 169:10
169:19 176:24
178:6,22 200:5
206:16 210:13
220:5 260:15
311:25 320:10
**think** 13:7
14:17,18,19
16:20 18:11,13
19:2 20:8,10
23:12,18,20,23
24:4,5,7,9,21
29:8,10,17
30:12,13 31:8
38:3,25 43:10
47:18,21 48:19

48:22 49:6,7
50:2 58:5
59:20,24 61:3
64:2,4,5,7
67:18,20 69:12
70:18,22 73:3
73:19 76:21,25
77:3,23 78:12
79:10,10,21,25
80:7 81:6
84:19 89:10
90:6,7,12,22
91:8,9,21
92:13,19 94:4
94:16 95:22
98:9,11 101:5
101:10,19
107:14 108:16
109:9,15,16,16
109:23 110:17
111:3,13
112:16 117:22
117:23 120:21
127:8,17
135:12 136:12
137:12 138:15
139:5 140:20
142:8 143:20
144:3,8 145:4
145:6 146:3
147:2,9 148:24
148:25 154:13
155:5 158:10
162:21,22
163:9,25 166:3

166:7 168:6,14
168:18,25
169:4,5,12,13
169:14,16
170:14,17,19
170:20 172:7
173:2,19 174:3
174:8 176:5
178:8,10
179:14 180:25
184:13,25
185:2,5 186:14
188:10 189:7
192:15 193:4,9
194:20 196:6
196:23 197:8
201:15 204:11
204:20 206:14
206:20 207:4
211:22 213:6
216:24 219:10
220:24 223:11
225:20,22
238:7,14
239:23 240:20
241:7,13 248:7
252:21 253:13
256:8 257:4
258:12 260:9
260:12,17
261:5 262:7,10
269:18,25
271:4,8 275:22
276:13,24
278:12,14

279:2,19 282:2
282:14,23
283:3 284:21
289:15 302:23
304:19,20,22
305:15 314:17
315:11 316:9
318:7,13 321:6
321:12,23
322:21 323:17
323:20,21
324:5,18
325:10 332:24
334:19 335:22
337:19 340:18
342:3 344:16
**thinking** 16:15
279:10 328:13
333:19 347:16
**thinks** 115:9
126:21
**third** 45:4
107:7 170:14
188:11 217:10
221:23 255:17
259:14 289:10
289:17,24
290:10 292:11
299:7 318:22
**thought** 19:12
19:22 39:11
58:21 62:6
69:17 108:6
114:17 123:10
132:24 162:23

[thought - today]                                           Page 79

| | | | |
|---|---|---|---|
| 169:15 207:13 | **time** 1:13 3:21 | 140:19 141:17 | 270:6,24 272:2 |
| 213:17 220:12 | 4:4 5:12 7:9 | 141:25 142:5,5 | 273:17,23 |
| 222:5 269:25 | 9:20 14:15 | 145:8,18 | 276:12 280:13 |
| 315:24 341:2 | 17:24 18:23 | 146:15 148:11 | 283:12 305:19 |
| 341:13 344:4 | 19:20 20:10,23 | 148:16 149:12 | 306:24 307:25 |
| **thoughts** 67:13 | 21:25 22:9 | 155:7,12,15,17 | 308:14 310:6 |
| **threat** 65:4 | 23:19 24:9,10 | 156:9,18 | 310:12 312:5 |
| 105:7 | 25:14,15 26:6 | 158:23 164:6 | 313:19 314:9 |
| **threatened** | 29:8,9,10,19 | 166:4 168:11 | 314:22 316:20 |
| 31:12 199:7 | 36:8 38:2 39:4 | 168:16 172:10 | 318:24 320:11 |
| **threatening** | 45:24 48:16 | 175:12,23 | 326:15,18,19 |
| 29:5 41:25 | 58:15,16,23 | 177:6 180:10 | 326:21,23 |
| 42:4 | 60:19,24 61:13 | 180:14 181:3 | 327:6,9 330:24 |
| **threats** 72:9,10 | 68:12 69:5 | 183:10,11,14 | 342:11 348:2,2 |
| **three** 28:5 48:6 | 70:6,9,19,22 | 183:15 186:10 | 348:6,7,10 |
| 48:6,18,19 | 73:7 74:19 | 191:23 196:23 | 349:10 |
| 83:15,18 85:25 | 76:19 77:13 | 203:5,11 | **times** 14:10 |
| 87:6 99:3 | 80:8 85:15,22 | 205:22 206:4 | 26:8 80:10 |
| 107:4 142:10 | 86:2,18 87:2,6 | 206:18 207:3 | 99:23 126:16 |
| 149:24 198:14 | 88:18 89:21 | 208:8,20 209:2 | 128:14 142:10 |
| 199:6 217:8 | 99:5,6,10,11 | 210:5,12,24 | 144:13 174:5 |
| 230:10 267:17 | 103:8 105:12 | 212:7,10,12 | 174:17 175:6 |
| 297:14 306:21 | 105:19 106:23 | 213:9,13 | 182:3,6 208:18 |
| 307:12 308:17 | 108:13,21 | 215:24,25 | 227:9 266:3 |
| 320:16,24 | 110:11 112:4 | 216:6,13,15,21 | 271:17 296:20 |
| 328:14 333:6 | 112:12 115:2 | 219:21 234:16 | 298:20 320:16 |
| 351:7 | 119:13,16,19 | 234:16,20,21 | 337:22 |
| **throw** 40:3 | 124:16,20 | 238:4 240:11 | **tip** 232:20 |
| 313:20 | 125:24 126:2 | 241:3,10 243:8 | **tiptoe** 242:24 |
| **throwing** | 126:23 127:17 | 244:13 245:19 | **tiptoeing** |
| 207:21 | 128:5 130:15 | 247:7,11 | 242:23 |
| **thursday** 4:5 | 133:7,11 | 248:22 255:6 | **tired** 167:19 |
| **tied** 79:9 | 135:10 136:11 | 262:13 265:15 | **title** 117:21 |
| **tight** 146:10 | 137:15,17 | 265:20,21 | **today** 138:5 |
| | 139:23 140:10 | 266:15 269:16 | 236:15 240:25 |

[today - transparent]                                    Page 80

| | | | |
|---|---|---|---|
| 271:17 348:10 | **tomorrow** | **touch** 317:13 | **transcript** |
| **today's** 348:16 | 255:19 276:13 | 327:22 346:7 | 323:18 349:9,9 |
| **together** 17:11 | **tone** 241:17 | **touched** 296:19 | **transcripts** |
| 20:17 22:8 | **tongue** 79:9 | **tough** 136:24 | 323:15,19 |
| 81:23 93:12 | **tonight** 209:15 | 212:5,6 223:16 | 324:14,17 |
| 110:19,22 | 217:14 272:24 | **towards** 116:4 | 326:7 |
| 115:16,23 | **took** 19:21 | 131:19 136:4 | **transform** |
| 176:12,14 | 20:22 27:5 | 139:7 167:20 | 29:25 |
| 201:9 209:13 | 48:19 71:15 | 168:5,13 | **transition** |
| 251:21 304:25 | 77:23 120:14 | 189:13 247:2 | 154:23,25 |
| **toilet** 43:6 | 122:6,17 172:7 | 247:13,17 | 155:4,6,8,16 |
| **told** 30:4,10 | 173:3 174:22 | **tower** 87:18,21 | 157:14,17,20 |
| 33:15 82:20 | 181:15 210:19 | 87:23,24,25 | 158:5,13,19 |
| 90:2 107:13 | 225:16,20 | 88:6,15 103:10 | 159:2 160:12 |
| 108:8 112:6,7 | 344:24 | 129:3,5 151:20 | 160:14,19,21 |
| 122:15 123:9 | **top** 56:25 66:20 | **towers** 129:11 | 160:23 161:20 |
| 127:12 128:2 | 113:25 115:6 | **town** 81:3 | 162:6 163:16 |
| 133:22 146:8 | 148:13 169:8 | 143:4 | 163:17 164:4,7 |
| 176:21,25 | 217:2,16 | **toxic** 71:20 | 164:10 171:23 |
| 177:6,10,23 | 221:15 230:13 | 125:17 274:22 | 187:9 189:23 |
| 180:12,22 | 239:7 245:6 | 338:25 339:17 | 213:10,14 |
| 181:7 182:24 | 248:13 267:19 | 340:4 | 246:22 248:3 |
| 188:6 191:10 | 267:22 299:13 | **toxicity** 310:9 | 255:10 258:19 |
| 192:9,21 | 328:3 337:11 | 338:9 | 261:21,25 |
| 195:11 197:17 | **topic** 56:9 | **trace** 341:25 | 264:3 267:10 |
| 220:23 222:3 | 233:9 243:10 | **track** 227:10 | 270:22 271:3 |
| 223:25 225:10 | **topics** 327:21 | **tracking** | 291:8 320:22 |
| 225:13 226:13 | **topped** 97:7 | 104:19 | 321:3 326:16 |
| 227:15 231:13 | **topper** 40:17 | **tragic** 31:7 | 326:25 332:6 |
| 231:21 247:19 | 40:20,21 | **train** 72:15 | 344:15,19 |
| 270:14 274:25 | **total** 87:4 93:17 | **training** 306:20 | 346:18 |
| 291:3 293:2 | 119:19 128:14 | 306:22,23 | **transitional** |
| 298:16,17 | 163:21 244:14 | 308:16 | 161:2 |
| 311:4 312:6 | 311:13 | **transactional** | **transparent** |
| 314:9 327:12 | | 16:21 | 260:8 |

[transpired - trying]                                                Page 81

| | | | |
|---|---|---|---|
| **transpired** | 122:24 123:21 | 109:9,25 110:2 | 339:7,10,17,19 |
| 171:5 | 123:22 124:8 | 114:15 120:13 | 340:2,8,22,23 |
| **trauma** 333:14 | 130:20 239:12 | 124:3,6 125:3 | 344:7 355:2 |
| **travel** 23:16 | 275:4 321:11 | 126:5,20 129:3 | **trump's** 71:11 |
| 57:5,15,18 | **trip** 22:5 | 129:5 134:24 | 95:2 117:2 |
| 58:9 59:16 | 144:10 | 135:11 141:13 | 145:17 164:19 |
| 61:15 63:21,24 | **tro** 29:24 84:23 | 141:18,21 | 182:17 209:24 |
| 64:11,21 91:19 | **trop** 1:18 5:4 | 142:3 143:10 | 327:16,17 |
| 92:4 104:12 | 354:7,23 | 144:21,25 | **trumpism** |
| 163:4 167:10 | **troubling** | 146:10,11,15 | 300:19 327:23 |
| 168:8 169:21 | 204:21 | 148:8,11,16,20 | **trust** 16:7 63:8 |
| 269:21 352:21 | **truck** 28:16 | 148:24,25 | 63:8 84:2 |
| **traveled** 58:16 | **truc** 64:12 | 149:5,18,25 | 167:23 228:21 |
| 63:12 87:7 | 104:10 107:11 | 150:6,10,21 | 239:21 245:12 |
| **traveling** 61:25 | 228:8 240:7 | 151:20,21 | 245:20 260:7 |
| 85:21 | 281:2 292:16 | 182:19 198:21 | 302:5 |
| **treat** 50:23 | 349:9 354:12 | 199:3 207:12 | **trustworthy** |
| **treated** 107:8 | **truly** 70:4 | 209:11,13 | 43:11 |
| 139:3,18 140:5 | **trump** 1:7 2:10 | 232:12 236:22 | **truth** 223:23 |
| 185:23,23 | 4:19 6:17,21 | 256:6 259:11 | 349:5 |
| 186:2 188:19 | 68:9,15,18,22 | 259:24,25 | **try** 25:17 48:18 |
| 188:20,21,22 | 68:24 69:13,23 | 261:20,24,25 | 100:18 127:2 |
| 189:20 207:17 | 70:11 71:2,7 | 265:10 282:22 | 315:2 326:5 |
| **treating** 204:5 | 72:13,14,15 | 290:21 293:5 | 341:24 342:9 |
| **treatment** | 74:7,12,15 | 295:2,3,3,3 | 343:20 344:9 |
| 186:13 205:13 | 75:19 76:15 | 299:14,19 | **trying** 11:14 |
| 211:20 | 78:2 79:17 | 307:10,10,11 | 42:17,20 46:22 |
| **trial** 1:15 3:21 | 80:25 81:2,6,9 | 307:21 310:3,9 | 50:5 51:12 |
| 319:9,18,20 | 87:18,21,23,24 | 311:16 314:24 | 64:2 72:14 |
| **trials** 319:11 | 87:25 88:6,15 | 318:14 324:19 | 79:10 83:24 |
| **trick** 42:17,20 | 91:3 95:6 | 328:22,23 | 85:8 104:20 |
| 156:5 | 96:20,23 97:8 | 330:15 333:6 | 121:11 127:22 |
| **tricky** 193:14 | 97:8 98:11 | 333:16 336:11 | 127:23 132:12 |
| **tried** 16:18 | 102:9 103:10 | 337:5,10,11 | 143:16 159:7 |
| 95:15 100:12 | 108:7,9,20 | 338:2,4,8,9 | 159:11 170:5 |

[trying - understand]                                                    Page 82

| | | | u |
|---|---|---|---|

171:25 173:10
177:8 178:21
180:16 194:11
194:14 200:4
205:8 206:17
206:21,23
213:5 217:17
217:18,25
218:8,10,12
219:14 224:10
225:20,24
226:7 233:4
241:7,21
243:22 250:7
271:7 291:15
291:17 309:24
320:12 339:3
339:13 342:2
345:14
**tua** 30:24
**turn** 30:14
65:10 272:2
324:24
**turned** 220:12
224:3,17
318:21
**turning** 277:15
**turns** 28:20
**tv** 59:2 74:19
80:20 82:8
95:7 111:16
114:16 118:16
125:16 190:4
233:12 281:21

**tweet** 200:7
216:22 217:2,5
217:10,12
218:11 219:7
230:13,21,23
232:18 237:2
237:11
**tweeting**
146:23
**tweets** 215:8,10
215:16,18,20
216:4,15
218:19 219:19
220:7,19
222:16 223:6
223:15 229:7
229:24 230:4,6
230:11 231:3,7
231:9,17,23
232:9,11,14,24
233:6,9,14,21
233:25 237:22
243:10,13
256:14 351:20
351:23
**twice** 262:7,10
**twin** 329:4
**twitter** 72:10
146:22 215:17
237:8 255:19
255:23 256:8
256:13 333:13
**two** 10:23
15:19,23 27:5
73:18 81:7

104:13 107:13
110:23 113:22
128:17 129:16
131:20,25
132:5 143:6
146:16 169:19
188:6,12 194:7
216:10 217:8
217:16 225:3
244:16 285:14
298:25 301:9,9
301:10 303:23
307:14 309:22
311:15 319:11
321:12 324:8
325:4,11
326:20 328:14
334:15
**tying** 320:11
**type** 25:20
29:13 35:21
37:24 67:15,16
67:19 78:5
82:13 85:6
133:24 145:24
153:2 170:11
311:10 319:25
332:16,18,19
341:8
**types** 135:24
**typing** 67:25
68:5
**typo** 67:24
278:12,15

**u** 3:2 53:3
229:22,24
351:23
**u.s.** 20:7 28:20
**uber** 209:19
210:19
**uf** 12:4,10
**ugly** 41:8,10
45:10
**ultimate** 82:22
**ultimately**
36:15 75:5
231:15 302:12
**umbrella** 118:3
118:7 266:22
268:5
**un** 127:7
**uncomfortable**
189:15
**under** 43:6
45:20 118:3,7
164:21 202:25
256:9 268:5
287:10 293:15
**underlying**
24:14 169:2
**underneath**
94:4 96:14
163:12
**understand**
7:10 8:3 34:4
37:6 81:25
127:22,24
132:16 158:24

159:7,11
165:15 168:20
170:5 180:16
195:25 196:10
196:10 210:17
228:21 250:7
252:17 260:23
265:12 266:6
268:12 278:7,8
285:6 286:6
288:11 290:12
291:5,16,17
300:8 313:9
331:9 339:3,14
345:13
**understandable**
169:3
**understanding**
75:16 110:15
163:2 164:17
165:9 175:2
189:16 216:14
264:17 278:24
282:14
**understatement**
72:5
**understood**
11:3 82:8
93:13 262:2
308:25
**underway**
104:17
**unfair** 326:3
**unique** 70:3
118:24 195:6

286:14
**unit** 4:16
**united** 1:2 4:21
9:8 289:25
**university**
11:24 307:13
317:22
**univision** 95:20
97:4
**unnecessary**
167:20
**unnerved**
189:8
**unpaid** 74:5
141:4,14
**unqualified**
205:2
**unquote** 33:18
342:15
**unrelated**
130:18
**unresponsive**
91:16
**unsigned** 3:13
**unwanted** 33:7
**unwed** 212:4
**unwell** 102:21
103:2
**upbeat** 130:25
131:2
**upcoming**
149:9
**update** 234:25
**ups** 85:2

**upset** 31:12
107:12 108:5
112:5 158:9
189:9 210:21
235:17
**upsetting** 26:2
**upstairs** 10:25
11:11
**upstate** 343:22
344:9
**urgently**
104:13
**usa** 290:19
**use** 8:19 42:10
44:3 56:2 95:4
138:14 150:6
151:17 170:22
171:6 191:4
213:18 344:9
**used** 3:13 37:22
39:20 42:7
43:2,7,8,23
44:10 50:2
84:25 109:6
112:11 114:15
114:18 120:23
133:9 135:13
137:21 146:17
147:6 237:10
266:3 271:16
272:11 316:22
316:22 323:21
324:9,25
325:21 326:2
332:13 342:13

**uses** 39:13
**using** 7:22
54:16 67:14
147:4 149:10
223:8 343:20
**usually** 111:2
119:9 169:22
169:24

**v**

**v** 15:6 235:5,8
323:11 352:2
355:2
**va** 306:15,25
308:5 309:17
318:6,17
342:19
**vacate** 33:4
**vague** 17:17
295:6 310:22
**vaguely** 271:9
**valet** 148:17
**value** 16:8
340:12
**variety** 15:24
16:6 18:16
**various** 251:2
254:5,8 268:9
282:3 337:25
**vast** 328:25
**vegas** 120:14
123:5 124:22
127:25 128:20
248:5
**veloso** 323:10

**venn** 93:6
**vented** 197:8
**venue** 319:4
**verbal** 7:16
  108:22
**verify** 53:18
**veritext** 5:2,5
  355:1
**versa** 172:19
  324:10 325:3
**versailles** 333:6
**version** 67:7
  217:11 218:7
  263:8
**versus** 4:19
  96:17 124:14
  189:20
**veteran** 318:10
**vexatious** 33:6
  33:11,22 34:7
  34:14
**viable** 21:10
  126:22
**vice** 172:19
  324:10 325:3
**vicky** 199:6
**victim** 62:9
**video** 4:13,16
  32:4 76:23
**videoconfere...**
  1:18
**videographer**
  2:15 4:2 5:3
  32:3 66:2 99:4
  99:9 183:9,13

234:15,19
347:25 348:5
348:14
**view** 186:18
  319:24 337:3
  339:18
**violate** 262:22
**violation** 199:8
**violence** 56:14
  90:25 298:23
  299:2
**vipers** 337:19
**viral** 70:9
**virginia** 175:17
  175:19 319:11
  330:23
**virtual** 7:23
  63:16
**virtually** 4:7
**virtue** 204:24
  339:11
**visited** 22:5
**visiting** 87:21
**visits** 87:9
**vitriolic** 33:7
**vocal** 68:11
**vocational**
  322:15
**vodka** 121:12
**voice** 217:19
  233:7 295:5
**voiced** 194:25
**voicemails**
  30:21

**voicing** 222:24
  223:3 234:5
**volition** 256:10
**voluntarily**
  127:23
**voluntary**
  127:7,10
**volunteer**
  77:20 111:14

**w**

**w** 244:21,24
  352:4
**waddling**
  176:22 177:5
  192:10 194:18
  200:11 201:10
  274:3 275:15
**wages** 334:9,12
**wainaina** 2:15
  4:25
**wait** 7:3,5
  269:24 313:25
**waited** 313:19
**waiting** 81:12
  173:18 175:11
  194:21
**waived** 3:8
**waking** 122:18
**walked** 43:5
  144:22 146:11
  177:16 339:5
**walking** 135:8
  201:22 211:24
**wall** 2:11

**walsh** 207:15
  312:16 313:12
  314:4
**want** 6:25
  12:13 14:25
  16:20 19:7,9
  26:22 33:2
  36:4,20 50:17
  51:4 57:4
  61:10 67:21
  83:2 92:7
  95:11 99:2
  103:23 124:14
  124:19 126:14
  127:13 128:3,4
  134:24 137:2
  144:10 147:15
  149:22 153:16
  153:17 156:6
  164:9 175:13
  176:18 189:12
  191:22 209:17
  234:13 237:20
  239:22 241:22
  242:22,24,25
  243:3 252:17
  262:22 272:22
  274:2 284:25
  285:3,5,13
  289:18 297:4
  307:2 309:2
  310:7 311:5,6
  315:5 319:23
  325:19,25
  334:3 338:3

341:10 346:6
**wanted**  19:23
69:4 72:19
78:8 81:5 82:3
107:14 112:19
121:3,13 122:4
124:23,24
195:9 210:8,20
224:14 256:4
327:21,22
**wants**  307:9
**war**  23:23
57:21 69:3,5
109:7 112:6
133:24 151:21
205:24 208:23
212:9,16
279:10 285:2
**wards**  199:6
**wash**  124:24
**washington**
18:12 235:18
235:20
**wasps**  35:23
**wasteful**  105:6
**watch**  328:24
330:12,13
**watching**
122:15 213:24
**way**  15:25 36:3
36:9 38:17,22
39:22,25 40:5
44:15 50:19
69:23 71:16
94:9 97:7

104:21 110:12
110:13 115:14
118:9 124:2,11
125:5 128:19
129:5 130:22
140:25 146:17
150:11 158:17
162:2 170:12
173:19 184:14
197:21 210:11
210:14,15
217:22 233:14
245:11 254:10
281:9 284:5
292:21 294:6
300:4 302:7
303:3 316:21
324:2 325:24
331:20 332:23
333:10,11,15
337:7 354:16
**ways**  73:22
139:17 257:15
**weaknesses**
95:3
**wealthy**  52:20
137:18
**wearing**  196:16
211:4
**wedding**  29:12
30:7 31:18
**week**  41:7
50:17 86:3,10
86:13,16 88:7
88:8,10,11

97:2 103:14
119:12 126:3
152:11 156:13
244:16,16
330:7
**weekend**
273:18
**weekends**
240:9
**weekly**  131:5
**weeks**  28:5
81:7 86:13
88:7,8 96:20
116:17,18
126:2 181:11
234:3 311:16
**weight**  134:23
**weiles**  39:8
**weils**  30:17
**weird**  122:2
132:2
**welcome**
160:13,21
**went**  9:21
11:19 12:16
21:3 23:22
26:2 27:4 43:5
75:21 112:7
121:21 122:13
123:22 125:7
126:8 179:19
179:24 181:16
210:18 241:14
253:19 254:2
266:4 272:14

277:22 299:8
315:25 316:7
318:22 336:25
337:15,19
339:10 344:2
346:15
**west**  120:9
144:3,5,7,9
146:5 149:3
150:14 151:15
210:25 297:15
298:8,23
299:12 302:14
304:2,9
**whatnot**  48:24
321:18
**whereabouts**
104:19
**whereof**  354:18
**wherewithal**
29:20
**white**  15:10
21:2 36:14
78:16,19 90:16
111:6 114:5
125:20 126:19
141:22 142:17
145:19 150:3
150:18,23,24
151:5,10,14,15
162:16 171:22
176:22 184:21
184:23 185:22
192:11 198:11
199:21 200:10

[white - words]                                                    Page 86

| | | | |
|---|---|---|---|
| 200:11 201:9 | 331:18 333:2 | 304:2,9 | 114:14 138:24 |
| 201:14,22 | 334:14,18,21 | **wins**  78:17 | 139:2,4 196:9 |
| 207:17 217:4 | 335:12,20,23 | **wipe**  272:9 | 204:6 238:4 |
| 220:22 221:2 | 335:25 336:7,9 | **wise**  69:16 | 299:8 328:16 |
| 231:11,16 | 336:15,24 | 71:24 125:18 | 331:5 |
| 236:21 238:2 | 337:11,15 | **wish**  39:24 | **women**  82:7 |
| 238:11 239:14 | 338:3 339:9,12 | 102:25 128:8 | 110:12 113:11 |
| 239:20,24 | 340:21 | 176:5 193:8 | 114:16 134:8 |
| 241:5,20 | **wife**  111:5 | 249:13 280:2 | 139:8,12 |
| 242:18 243:4,5 | 112:12 174:7 | 322:3 327:11 | 144:20 170:22 |
| 243:6 246:2,17 | 174:11,25 | 340:14 342:24 | 195:5,21 279:6 |
| 249:23 252:10 | 175:3,6,21,25 | **witness**  3:9,15 | 281:21 |
| 252:19,25 | 176:4 240:2 | 3:17 4:11 6:2,5 | **won**  141:22 |
| 254:9 257:18 | 299:5 | 9:15 32:4,5,6 | 150:2 207:20 |
| 260:2,2,10,11 | **wifes**  298:25 | 37:3 47:2 | 208:23 256:7 |
| 260:22,24 | **wiggle**  226:7 | 64:23 65:9,16 | 276:7 |
| 261:2 268:4 | **wild**  120:9 | 65:22 81:22 | **wonderful** |
| 274:4,8,20 | **wiles**  300:18 | 151:8 159:21 | 124:4 323:9 |
| 281:25 282:21 | 302:11,22,24 | 202:24 220:10 | **word**  37:8 |
| 285:10,11,24 | 305:12 | 220:17 234:11 | 39:17 41:22,23 |
| 286:10,12,16 | **william**  10:14 | 242:11,15 | 50:12 108:12 |
| 286:18,22 | 206:19 324:22 | 302:23 326:9 | 127:9,23 133:9 |
| 287:2,13,19 | **willing**  68:13 | 348:11,19 | 138:14 150:6,8 |
| 288:3,9,17 | **win**  59:22 | 354:10,13,18 | 151:18 170:22 |
| 289:11,22,25 | 71:23 74:13 | **witnessed** | 171:6 237:8 |
| 290:23 292:3 | 78:13 142:12 | 104:14 149:17 | 242:8,9 267:24 |
| 294:17 295:11 | 142:13,22 | **witnesses** | 271:16 |
| 295:19 296:2 | 145:5,19,24 | 149:15,16 | **words**  25:3 |
| 296:15,22 | 147:17,25 | **witnesses'** | 37:8 45:11,17 |
| 297:7,15,17 | **winded**  31:5 | 355:3 | 46:2 48:8 |
| 299:11 301:16 | **window**  65:10 | **woke**  122:20 | 50:20 51:10 |
| 301:19 302:13 | **wing**  150:14 | **wolff's**  199:6 | 52:23 55:7,10 |
| 303:8,11,22 | 151:15 297:15 | **woman**  30:16 | 55:12 107:10 |
| 304:13 305:13 | 298:8,23 | 46:10 52:21 | 118:19 124:18 |
| 329:3,24 331:3 | 299:12 302:14 | 82:9 102:19 | 128:9,10,13 |

[words - wow]                                                    Page 87

| | | | |
|---|---|---|---|
| 142:24 150:18 | 207:23 238:5,7 | 302:18 303:4 | 286:9 295:19 |
| 171:2 185:25 | 239:23 243:15 | 309:24 318:14 | 295:25 297:14 |
| 201:18 213:18 | 247:20 259:20 | 329:18,20 | 298:10 314:22 |
| 223:8 274:2 | 260:21,24,25 | 333:12 335:24 | 316:5 323:2 |
| 327:11 | 264:19,21,24 | 336:7,23 339:9 | 326:15,24 |
| **work** 14:16 | 265:21 267:7 | 342:4 | 332:5 335:20 |
| 16:5,21 17:3 | 269:17 271:12 | **worker** 140:7 | 338:24 339:7 |
| 18:17 20:23 | 275:17 280:14 | 186:24 | 339:12 |
| 23:23 27:23 | 282:20 283:6 | **workers** 90:19 | **workload** |
| 31:14 50:18 | 284:8 285:23 | 107:19 118:20 | 118:18 |
| 57:21 60:22 | 286:16,22 | 123:4 129:19 | **workplace** |
| 63:12,15 64:11 | 287:2,12,19 | 129:24 130:10 | 109:19 170:23 |
| 64:22 75:5 | 288:2,5 292:2 | 140:3 186:23 | **works** 15:25 |
| 77:15 78:9,22 | 296:21 297:17 | 249:25 250:3 | 282:15 285:11 |
| 80:17 82:15 | 298:7 303:8 | 250:16 251:5 | 324:5 |
| 85:6,18 86:3 | 304:13 306:15 | **working** 9:23 | **world** 71:10 |
| 86:17,19 95:25 | 306:24 307:21 | 15:3,7 17:11 | 78:20 125:18 |
| 96:9 97:11,23 | 310:7,13 315:2 | 17:24 20:20 | 126:20 324:19 |
| 99:15 100:19 | 315:14 320:21 | 21:7 77:17 | 336:14 338:9 |
| 103:5,24 | 320:25 337:20 | 78:16,18,25 | 338:13,14 |
| 107:25 108:19 | 342:7 352:21 | 79:22 84:15 | **worried** 30:9 |
| 111:9,22,23 | **worked** 14:4,8 | 87:13,16,20 | 110:20 180:17 |
| 114:5,14 117:5 | 15:18,22,24 | 92:12 94:19 | **worries** 20:4 |
| 125:9 130:18 | 16:5,15 79:19 | 95:10 115:2 | **worry** 113:11 |
| 133:14 140:11 | 79:19 80:3 | 117:9,14 | **worse** 126:16 |
| 140:16 141:2,3 | 85:16 87:5,15 | 140:12,17 | 328:7 |
| 141:22 149:20 | 90:15 93:17 | 154:18 157:14 | **worst** 327:11 |
| 152:13,18,22 | 97:21 99:17 | 158:25 160:18 | 328:18 330:16 |
| 153:2,24 | 116:6 157:16 | 160:22 165:4,7 | **worth** 334:15 |
| 154:22 155:17 | 164:3,18,21,21 | 186:17 187:8 | 340:10,25 |
| 156:24 158:13 | 164:24 178:25 | 202:17 203:6 | **wound** 42:9 |
| 159:3,5 164:23 | 186:25 190:2 | 213:9,13 | **woven** 341:10 |
| 165:6 181:4,22 | 239:24 250:5 | 246:21 250:23 | **wow** 113:10,12 |
| 186:12 187:2 | 250:16 255:9 | 255:6 259:19 | 114:4,6 116:3 |
| 188:9 190:6 | 298:22 301:6 | 259:23 269:19 | |

**wrangle** 303:19
**wrap** 120:22
**wrapped**
　122:21
**wrapping**
　344:23
**write** 18:12,24
　42:23 55:6
　70:16 77:11
　182:16,18
　190:23 199:9
　212:17 230:10
　232:22 337:13
　339:21 340:21
**writer** 61:9,14
　70:22
**writers** 68:13
　70:7
**writes** 115:8
　160:11 169:9
**writing** 8:21
　18:5,7 19:15
　38:20 59:8,19
　60:24 65:7
　109:24 143:11
　143:13 193:3
　194:20 199:2
　227:16 253:16
　309:2
**writings** 59:12
　59:15 61:6
　64:20 352:20
**written** 41:22
　42:15,16,16
　44:25 45:18

55:5,14 58:6
72:24 103:21
123:13 147:3
153:21 186:11
198:21 232:13
232:15 286:23
**wrong** 31:10
162:22 285:18
328:12
**wrote** 26:11
37:15 38:16
39:16 41:14,20
42:18 45:2,21
48:22 53:18
63:6 69:10
70:9 73:3,6,12
73:17 77:10
107:8 168:9
186:5 199:16
221:23 222:10
223:25 224:11
230:13 236:3
237:2 248:14
249:17 259:14
261:18 281:10
312:16

**x**

**x** 1:3,10 58:23
257:23 258:2
340:25 350:2
352:6,13
**xanax** 48:6,10
48:14,18,19,23
**xx** 9:7

**xxx** 9:7

**y**

**y** 15:6 273:5,7
352:8
**yahoo** 76:22,22
**yahoo.com**
43:23
**yahoo.com.**
54:7
**yeah** 240:20
311:5
**year** 11:21 12:3
12:22 24:8
30:20 31:19
41:8 45:5
54:24 55:3
56:20 64:6
101:2 102:10
206:7 308:11
308:19 316:2
322:19 329:8
334:18 335:17
336:16 337:2,8
337:16,24
342:18
**years** 9:17 24:9
29:18 31:18
40:5 42:19
44:18 45:3
49:5 50:13,22
54:12 55:9
59:24 62:25
63:2 64:24
88:12 92:6
105:21 123:13

164:15 186:5
206:8 225:22
298:24 306:8,9
307:14 309:21
316:15 329:23
331:7 332:2,22
333:21 334:15
342:18,24
**yesterday** 29:3
230:15 244:4
**yesterday's**
340:24
**york** 1:2,19 2:6
2:6,11,11 4:23
6:6 9:22 10:18
13:19,23 14:2
14:5,8 15:19
20:10,11 21:19
22:5 25:20
41:6 55:2
57:15,23 58:9
58:16 59:2,5,7
59:17 60:14,22
61:7,16 62:2
63:13,19,21,24
64:4,6,11,22
65:3 69:24
85:20,22,23
86:4 87:2,10
87:11,16 88:17
92:19 102:6
128:24 144:2,7
146:7 151:20
151:23 152:3,7
155:23 156:2

**[york - zooms]**                                    Page 89

156:19,23
167:11 172:8,9
182:3,7 192:24
208:22 209:21
223:19 238:18
269:20 270:2
313:22 337:22
340:16 343:17
343:21,22
344:10 352:21
354:4,8 355:1
**yorker**   68:20
**young**   20:13
102:19 114:19
115:20 302:18

**z**

**z**   277:8 352:9
**zoned**   176:6
**zooms**   307:6

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.