UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.:  19 CIV. 11764 (AT) KHP

ARLENE DELGADO,

     Plaintiff,

  -vs-

DONALD J. TRUMP FOR PRESIDENT
INC., SEAN SPICER,
Individually, REINCE PRIEBUS,
Individually, STEPHEN BANNON,
Individually,

     Defendants.
_____/


LOCATION:  AUDIO-VISUAL COMMUNICATIONS

DATE:   Thursday, March 21, 2024

TIME:   10:10 a.m. - 1:43 p.m.

**DEPOSITION OF JESSE BINNALL**


Reported By:
Guerlin Kelly Boyd, Court Reporter
Notary Public, State of Florida

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                    2

1    APPEARANCES:

2

3        On behalf of the Plaintiff:

4        ARLENE DELGADO, PRO-SE

5

6        On behalf of the Defendants:

7        JARED E. BLUMETTI, ESQ.
         LAROCCA HORNIK ROSEN GREENBERG & BLAHA
8        The Trump Building
         40 Wall Street
9        32nd Floor
         New York, NY 10005
10       (212) 530-4831
         JBlumetti@LHRGB.com
11

12
                         -  -  -
13

14

15

16

17

18

19

20

21

22

23

24

25

3

EXAMINATIONS

DEPOSITION OF                                    PAGE

JESSE BINNALL

DIRECT EXAMINATION BY MS. DELGADO           4
CERTIFICATE OF REPORTER                    144
CERTIFICATE OF OATH                        145
READ LETTER                                147
ERRATA SHEET                               148

PLAINTIFF'S EXHIBITS

EXHIBIT                  DESCRIPTION          PAGE

Plaintiff's Exhibit      Spreadsheet          137
No. 1

DEFENDANT'S EXHIBITS

Exhibit                  Description          Page
                         NONE

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                      4

1    Deposition taken before Guerlin Kelly Boyd, Florida

2    Professional Reporter and Notary Public in and for

3    the State of Florida at Large, in the above cause.

4                        -   -   -

5    Thereupon,

6                        JESSE BINNALL,

7    having been first duly sworn or affirmed, was

8    examined and testified as follows:

9                        THE WITNESS:  I do.

10   BY MS. DELGADO:

11        Q.    Good morning, Mr. Binnall.

12        A.    Good morning, Ms. Delgado.

13        Q.    Did I pronounce it correctly?  I was

14   wondering.

15        A.    You did.

16        Q.    Okay.  Great.  Okay.  I believe you're

17   an attorney so I'm sure you're familiar with the

18   ground rules for depositions, but nonetheless let

19   me just lay out a couple of the standard ones.

20             Obviously answer clearly if you can.

21   Use yes or no instead of "uh-huh" or "uh-uh."  If

22   we interrupt each other, let's try not to so that

23   the court reporter is able to type out correctly

24   what it is we're saying.

25             If I do interrupt you, as you know

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                          5

 1    with Zoom sometimes there can be a delay, please

 2    let me know if you're not finished answering a

 3    question, it's not deliberate.

 4              And I need to -- if you need to take a

 5    break, please, let me know for any reason.  Just

 6    don't confer with Mr. Blummetti during that break.

 7    I do need to take a break in about 90 minutes to

 8    order my son's lunch for school, so hopefully you

 9    will hear an alarm go off in about 90 minutes.  So

10    we'll definitely have a break planned in 90

11    minutes, but if you need one earlier, just let me

12    know.

13              And I will also be taking notes and

14    typing out notes, some handwritten, some on my

15    screen, looking at some notes on my screen so if

16    I'm not looking at the screen directly at you,

17    please don't take offense.  It's just the way I'm

18    working this.  Okay?

19         A.   Yes, ma'am.

20         Q.   Does that all make sense?

21         A.   I understand the instructions, ma'am.

22         Q.   Oh, okay.  Great.  Thank you.

23              All right.  So please state your name

24    for the record?

25         A.   Jesse Binnall.

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                    6

1          **Q.**    And where do you reside?

2          **A.**    I reside in Alexandria, Virginia.

3          **Q.**    Okay.  And you work as an attorney; is

4    that correct?

5          **A.**    That's right, ma'am.

6          **Q.**    And do you have a law firm you work in

7    or your own law firm?

8          **A.**    I do have a law firm that I'm the

9    principal of, that's correct.

10         **Q.**    Okay.  And what is the name of that

11   firm, please?

12         **A.**    The Binnall Law group.

13         **Q.**    Okay.  How long have you been there?

14         **A.**    Binnall Law Group was formed on I

15   believe March the 1st of 2021.  I've been there

16   since that point.

17         **Q.**    Great.  And prior to that, say just

18   going back five years or so, where did you

19   practice?

20         **A.**    The only other place that I've worked

21   in a five-year period was in my previous law firm

22   and that was Harvey & Binnall at which I was a

23   partner.

24         **Q.**    Could you spell that, please?

25         **A.**    Yeah, Harvey, H-A-R-V-E-Y, & Binnall

```
 1    B-I-N-N-A-L-L.

 2              Q.    Got it.  Okay.  Thank you.  And you

 3    were a principal there as well?

 4              A.    I was a partner there, yes.

 5              Q.    A partner.  Okay.  And the office for

 6    Harvey & Binnall was located where, sir?

 7              A.    Same place as my office is now and

 8    that's 717 King Street in Alexandria, Virginia.

 9              Q.    Okay.  Thank you.  Have you ever had

10    the Donald J. Trump for President campaign as a

11    client?

12              A.    Yes, ma'am.

13              Q.    Okay.  What years -- in what years

14    have you had that entity as a client?

15              A.    Donald J. Trump President, Inc. was a

16    client in 2016 and then again in 2020 and then from

17    2021 forward till today.

18              Q.    So in 2016, in 2020, and then I'm

19    sorry you said in --

20              A.    2021 forward.

21              Q.    2021 onwards.  Got it.  Okay.

22              MS. DELGADO:  Kelly, I have an exhibit

23    I wanted to show.  Is it easier if I e-mail it to

24    you or because I'm -- versus logging in from a

25    different device to upload that to the screen, what
```

```
 1      do you prefer?

 2                  (Thereupon, an off-the-record

 3      discussion was had.)

 4                  MS. DELGADO:  Okay.  Okay.  Let me

 5      circle back to that then because I'm going to need

 6      to log in from the device on which I have the

 7      exhibits.  So I will circle back to that.

 8                  Sure.  Let's do that to not go out of

 9      order.  Just give me 30 seconds to log in from this

10      device.

11      BY MS. DELGADO:

12          Q.    In the meantime can you describe to me

13      what the work you did in 2016 for the Donald J.

14      Trump for President Campaign?

15                  MR. BLUMMETTI:  Objection.

16                  THE WITNESS:  Yes, in 2016 I worked on

17              the delegate team.  And so most of the work

18              that I did was in the spring of 2016 and

19              then again in the summer at the Republican

20              National Convention.

21      BY MS. DELGADO:

22          Q.    And to be clear, that work was in a

23      legal capacity as an attorney?

24          A.    So it actually was as a professional

25      parliamentarian.  And -- so I was not -- I was not
```

1    giving legal advice.  I don't think there's any

2    point in 2016 where the Trump Campaign was a client

3    of my law firm.  I believe it was as a -- as -- I

4    served them as a professional parliamentarian only.

5         **Q.**    Could you describe what a

6    parliamentarian does?

7         **A.**    Absolutely.  A parliamentarian advises

8    people on internal rules.  It advises them on

9    whether it's bylaws, standing rules, special rules

10   of order, party rules.  And so during the delegate

11   selection process for delegates to go to the

12   convention I advise the campaign on various party

13   rules, and then again, at the Republican National

14   Convention I advise the campaign.

15        **Q.**    So would it be accurate to say that

16   wasn't strictly in a legal capacity you were

17   advising the Donald J. Trump Campaign?

18        **A.**    It wasn't in a legal capacity.  It was

19   as a professional parliamentarian on internal rules

20   as opposed to on the law.

21        **Q.**    Understood.  Okay.  And in 2020 what

22   part of -- was it after the election in 2020?

23        **A.**    So I was engaged in 2020 to help with

24   election integrity efforts and I -- my engagement

25   ran around the beginning of October in that

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                    10

1    capacity through the middle of December.  And then

2    I also begin representing the campaign in a

3    litigation matter in December of 2020 as well and

4    that representation continues.

5            Q.    What matter -- what lawsuit or matter

6    was that?

7            A.    It was Michigan Welfare Rights

8    Organization versus Trump.

9            Q.    And that is still ongoing you said?

10           A.    Yes, ma'am.

11           Q.    Okay.  And what about the work that

12   you said in 2021 onwards?

13           A.    I represented -- I represented the

14   campaign and a number of lawsuits.  I probably

15   wouldn't even be able to remember them all sitting

16   here today.  I can certainly remember some of them;

17   Smith versus Trump which is ongoing; Swalwell

18   versus Trump; Blassingame versus Trump; Lee versus

19   Trump, and -- well, let me amend that.

20              I represent the campaign in the cases

21   of Smith versus Trump.  The Swalwell and Lee cases

22   I do not believe the campaign is a party to so I

23   represent the president in those cases.

24           Q.    So you represent the campaign as its

25   attorney in certain present cases; is that correct?

1           A.    Yes, ma'am.

2           Q.    And in other cases such as Swalwell

3     you represent not the campaign but perhaps Mr.

4     Trump; is that correct?

5           A.    That's correct.

6           Q.    Okay.  Understood.  Let me bring up

7     right now -- that is me sorry.  Let me mute myself.

8           A.    I'm not going to be able to understand

9     you.

10          Q.    Is this better?

11          A.    So far.

12          Q.    Okay.  Still an echo?

13          A.    I've had to deal with this before.  If

14    you turn the sound off on your laptop I think

15    you'll be home free.  It's back.

16          Q.    How about now?

17          A.    No.

18          Q.    Still there.  Yep.  Can you see the

19    screen?

20          A.    Yes.

21          Q.    Would the best way be for me to e-mail

22    this document to the court reporter and she can now

23    show it on her screen so I can turn this off?

24                And Mr. Binnall, also if you're able

25    to open it in the chat maybe you can scroll --

1              I certainly don't want to cause delay

2      with the exhibit.  We'll come back to it at the end

3      then.

4              Mr. Binnall, regarding the cases

5      you've worked on or are working on, let me ask you

6      about some of those.  You stated you worked on

7      current present cases in which the Trump Campaign

8      is a defendant and also some in which other

9      individuals from Trump world such as Mr. Trump are

10     defendants or plaintiffs; is that accurate?

11         **A.**   The first part of your question is

12     accurate.  The second part of your question as to

13     the campaign being a party to my litigation, the

14     litigation to which I'm a counsel on.

15             The second part I represent the

16     president in -- have since 2020 represented him not

17     personally.  As far as other people in quote

18     unquote "Trump world" you'd have to be more

19     specific.

20         **Q.**   Okay.  Do you represent Donald Trump,

21     Junior in lawsuit?

22         **A.**   I do not represent him.  Well, I only

23     represent him as in regards to a third party

24     subpoena.

25         **Q.**   Okay.  So you do represent him in

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                    13

```
 1    regards to information sought from him; is that
 2    correct?
 3              A.    Correct, that's correct.
 4              Q.    And you represent Donald Trump in,
 5    would it be accurate to say, in at least three
 6    separate lawsuits?
 7              A.    At least, yes.
 8              Q.    Okay.  Do you represent various former
 9    Trump administration officials in various lawsuits?
10              A.    Yes.
11                   MR. BLUMMETTI:  Form.  If you could be
12              more specific.
13                   MS. DELGADO:  Of course.
14    BY MS. DELGADO:
15              Q.    Do you represent Richard Rick Grenell,
16    a former Trump administration official in a
17    lawsuit?
18              A.    We have represented him in a lawsuit
19    before.
20              Q.    It is currently no longer pending?
21              A.    Correct.
22              Q.    What about former Trump Administration
23    Official Lieutenant General Michael Flynn?
24              A.    Yes.
25              Q.    Is that one currently pending?
```

1          **A.**    Yes.

2          **Q.**    What about former Trump Administration

3     Official Kash, and that is his nickname, K-A-S-H

4     Patel P-A-T-E-L?

5          **A.**    Yes.

6          **Q.**    That one is currently pending?

7          **A.**    Yes.

8          **Q.**    And the one where you represent former

9     president Donald Trump in which you referenced that

10    my description of at least three separate lawsuits

11    would be accurate, are those all currently pending?

12         **A.**    Not all the lawsuits I've represented

13    him in are currently pending, but some of them are.

14         **Q.**    How many are currently pending?

15         **A.**    I would have to check my records.  I

16    don't know off the top of my head.

17         **Q.**    Is it more than two?

18         **A.**    Yes.

19         **Q.**    Okay.  Do you represent former

20    President Donald Trump in any appeals currently?

21         **A.**    Yes.

22         **Q.**    More than one?

23         **A.**    Not actively on appeal, no.

24         **Q.**    Okay.  Is the one you represent him

25    Trump versus Clinton?

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                15

1          **A.**    Yes, ma'am.

2          **Q.**    And please don't take offense to this

3     question, it's not personal, but were there

4     sanctions issued in that matter against --

5          **A.**    Not against me.

6          **Q.**    Okay.  Not against you.  Those

7     sanctions were against Ms. Alina Habba; is that

8     correct?

9          **A.**    Yes, ma'am, and others.  We're

10    appellate counsel in that case.

11         **Q.**    Okay.  Understood.  So the sanctions

12    were against the lower court counsel?

13         **A.**    That's correct.

14         **Q.**    Okay.  Understood.  Thank you.

15              Are you a colleague -- let me not use

16    it in the loose sense of the word.

17              Have you worked alongside Sidney

18    Powell on any efforts be it in a legally official

19    format or otherwise?

20         **A.**    Can I ask you to be a little bit more

21    specific?

22         **Q.**    That was poorly phrased.

23              Have you worked alongside Sidney

24    Powell on any matters not limited to legal matters?

25         **A.**    I have worked alongside her on legal

1    matters.

2             **Q.**    On what legal matters?

3             **A.**    United States versus Michael Flynn.

4             **Q.**    United States versus Michael Flynn?

5             **A.**    Correct.

6             **Q.**    Okay.  Did you start a pact with Ms.

7    Powell?

8             **A.**    Very, very briefly and although the

9    pact we ended up dissolving that pact before it did

10   any business.  And I was not actively involved in

11   that pact other than being the one to file the

12   paperwork, but it never did anything.

13            **Q.**    And what was the purpose of the pact?

14            **A.**    I honestly don't remember.

15            **Q.**    Okay.  Have you been involved in any

16   efforts regarding questioning the integrity or the

17   outcome of the 2020 election?

18            MR. BLUMMETTI:  Objection to form.

19            Objection to relevance.

20   BY MS. DELGADO:

21            **Q.**    I'll rephrase it.

22            Have you been involved in any efforts

23   to question the out -- question the outcome of the

24   2020 election?

25            MR. BLUMMETTI:  Same objections.

```
1                     THE WITNESS:  I have been counsel in

2             an election contest, yeah.

3      BY MS. DELGADO:

4             Q.    An election, can you tell me more

5      about that?  Is it an election contest you said?

6             A.    I did say that.

7             Q.    Okay.  Can you tell me a bit about

8      that?

9                     MR. BLUMMETTI:  Objection to form.

10     BY MS. DELGADO:

11            Q.    If you could, please, elaborate on

12     what you -- I'll rephrase it.

13                    Could you please elaborate on what you

14     mean by an election contest?

15            A.    It was a lawsuit filed in the state of

16     Nevada pursuant to Nevada state law regarding the

17     outcome of the 2020 Nevada election.  I think the

18     case was Law versus Whitmer.  I do not know how to

19     spell Whitmer, sorry.

20            Q.    Sorry, go ahead.

21            A.    No, that's my answer.

22            Q.    That's it.  Okay.

23                    When you say the 2020 Nevada election

24     do you mean the presidential election in Nevada?

25            A.    In Nevada, yes.
```

1      **Q.**   Are you familiar with the term quote

2      "stop the steal" unquote?

3                 MR. BLUMMETTI:  Objection to form.

4                 THE WITNESS:  I've heard it.

5      BY MS. DELGADO:

6      **Q.**   Okay.  Would you agree that that is a

7      description of a general idea of questioning the

8      integrity of the 2020 election outcome or

9      questioning the results?

10     **A.**   I have no idea.

11                MR. BLUMMETTI:  Objection.  Calls for

12                speculation.

13     BY MS. DELGADO:

14     **Q.**   Have you been involved in any efforts

15     that would be described by anyone as part of the

16     "stop the steal" efforts?

17                MR. BLUMMETTI:  Objection to form.

18                Objection to relevance.

19                THE WITNESS:  I wouldn't know how to

20                answer that.  Certainly not the way that I

21                would see it, no.

22     BY MS. DELGADO:

23     **Q.**   Okay.  Do you believe Donald J. Trump

24     won the 2020 election?

25                MR. BLUMMETTI:  Objection to the form.

1                  THE WITNESS:  My mental impressions

2                  about litigation, litigation that I've been

3                  a part of are protected by the attorney

4                  work product attorney doctrine so I'm not

5                  going to be able to answer that question.

6      BY MS. DELGADO:

7           Q.    I don't mean the impressions you have

8      from a legal angle.  I mean do you personally as a

9      US citizen and voter, I assume you're a vote, do

10     you personally believe that Donald J. Trump won the

11     2020 election?  Dont' give me any of your --

12          A.    Ma'am, I can't answer that without

13     sharing the -- it's impossible to divorce that

14     knowledge from the information I have as a lawyer.

15     That's attorney work product.  I'm afraid I can't

16     answer you on that.

17          Q.    So you're claiming attorney work

18     product privilege over your own belief as to

19     whether Donald Trump won the election in 2020?

20          A.    I've said the information you sought

21     is protected by attorney work product.  I cannot

22     answer that question.

23          Q.    Right.  If I could just clarify again,

24     so I'm just seeking to clarify what your position

25     is.

```
 1                    So are you -- is it correct that you

 2      are asserting attorney-client privilege with

 3      yourself over your own opinion as to whether Donald

 4      Trump won the presidential election in 2020?

 5                    MR. BLUMMETTI:  Objection.

 6               Mischaracterizes the testimony.  He said

 7               work product.

 8      BY MS. DELGADO:

 9          Q.    Right.  Well, he's saying work product

10      and I'm asking him to explain what the work

11      product --

12          A.    Ma'am, any mental impressions that I

13      form as part of litigation is protected by the

14      attorney work product doctrine and I cannot answer

15      as to my mental impressions.  You're asking me for

16      my mental impressions, I cannot answer that

17      question.

18          Q.    I'm asking you for your opinion as an

19      American --

20                    MR. BLUMMETTI:  Objection.  Asked and

21               answered.

22                    MS. DELGADO:  -- what -- I'm

23               clarifying, he's under the impression I'm

24               asking him for his mental impressions.

25
```

1    BY MS. DELGADO:

2         **Q.**    I'm not asking you for your mental

3    impressions based on your legal work.  I'm asking

4    for your opinion whether --

5         **A.**    Ma'am, I have no opinion other than

6    what comes from my mental impressions.

7         **Q.**    Okay.  Okay.  We'll circle back.

8              I was trying to bring up a

9    spreadsheet, which I'm sure you saw the title was

10   payments to Mr. Binnall, but perhaps we don't need

11   to worry about the exhibit if we can make some

12   progress here on this question.

13             There was an article, Mr. Binnall,

14   stating that your firm -- you and/or your firm, of

15   which you are a principle, including your prior

16   Harvey & Binnall Firm as well as your current firm

17   has earned over $4.2 million from the Trump

18   Campaign and/or the Trump Political Action

19   Committee; is that accurate?

20        **A.**    I don't know what the total is.  I saw

21   the spreadsheet that you had earlier that appears

22   to be derived from FEC reporting.  I have no reason

23   to think that the FEC reporting is wrong.  It is --

24   we have done a lot of work in a lot of matters and

25   so I don't doubt it to be true.  I couldn't tell

```
 1        you an exact number.
 2               Q.    Of course.  And I -- again, it's not
 3        personal.  I don't mean to press you on or imply
 4        that there's any -- any falsification in terms of
 5        your impression.
 6               Does the 4.2 million number, does that
 7        same in the ballpark of what's correct?
 8               MR. BLUMMETTI:  Objection.  Asked and
 9                  answered.
10               THE WITNESS:  I have no information
11                  about an exact number.  There's nothing
12                  that seems unreasonable about that number.
13               I just happen to not know the number.
14        BY MS. DELGADO:
15               Q.    We'll put the spreadsheet up later
16        then.  Okay.  We'll come back to that.
17               And -- oh, to be clear that
18        4.2 million, assuming as you say that you have no
19        reason to doubt that number, that would be since --
20        I believe you said you were retained in
21        October 2020 so, that would be from October 2020 to
22        present day.  Does that sound correct to you?
23               A.    That sounds right.
24               Q.    Okay.  Thank you.  And have you ever
25        worked for the Trump Campaign, not as an attorney,
```

1    but as a staff member or independent contractor of

2    any kind other than as an attorney?

3          **A.**    Other than what I already told you

4    about as a professional parliamentarian in the

5    spring and summer of 2020, no.

6          **Q.**    Okay.  Why do you believe then you

7    were chosen as a 30(b)(6) witness?

8                MR. BLUMMETTI:  Objection to form.

9          Calls for speculation.

10   BY MS. DELGADO:

11         **Q.**    Just your personal opinion,

12   Mr. Binnall.  I don't want you to speculate.

13         **A.**    I don't know why I was selected other

14   than, you know, I think it's public information

15   that the campaign no longer has any employees.  It

16   only has I think a single officer at this point.

17   So that's all the information that I have, so yeah.

18         **Q.**    Okay.  Where did you read that the

19   campaign currently has no employees?  Or where did

20   you hear -- I'm sorry.

21               Where did you hear or read that?

22         **A.**    I mean, that's federal election

23   committee disbursements.  I've looked at the

24   disbursements and the disbursements are consistent

25   with the fact that the campaign, as far as I've

1    been able to see, has -- no longer has any

2    employees and it has not for I think for several

3    years now.

4            Q.    Do you consider the 2016 campaign

5    election effort to be a different entity from the

6    current campaign?

7                 MR. BLUMMETTI:  Objection to form.

8                 THE WITNESS:  Yes.

9    BY MS. DELGADO:

10           Q.    Okay.  Why is that?

11           A.    Because they're different entities.

12           Q.    Have you had a chance to review the

13   topics in this 30(b)(6) notice?

14           A.    Yes, ma'am.

15                MR. BLUMMETTI:  Objection.

16   BY MS. DELGADO:

17           Q.    Have you ever worked on any employment

18   discrimination matter in your legal work?

19           A.    Yes, ma'am.

20           Q.    On the plaintiff side or defendant

21   side?

22           A.    Certainly the plaintiff side.  I

23   believe we have done defense side work as well.

24   You know, a particular matter isn't coming to me,

25   but of course we've represented, you know, many,

1    many clients over the years.  So it's hard for me

2    to remember every single matter and what we've

3    done, especially on, you know, another topic here

4    in this deposition that hasn't been -- that's not

5    part of a topic that's been designated.

6         Q.    Has any of that employment work that

7    you've done been for the Trump Campaign as a client

8    or any individual associated with the Trump

9    Administration or Mr. Trump?

10         MR. BLUMMETTI:  Objection to form.

11         Compound.

12    BY MS. DELGADO:

13         Q.    Yeah, I'll split it up.  I'm trying to

14    keep the train moving.  I'll split it up.

15              Has any of the employment work that

16    you've done as an attorney involved the Trump

17    Campaign as a client?

18         MR. BLUMMETTI:  Objection.

19         THE WITNESS:  I'm not thinking of any

20         off the top of my head, but I -- and this

21         is -- of course me not speaking on behalf

22         of the campaign as this has not been a

23         designated topic, but I -- not that I can

24         think of sitting here today.

25

1    BY MS. DELGADO:

2         **Q.**    Do you know what would help you

3    refresh your recollection if you were to, for

4    instance, check your files, would you be able to

5    give a more definitive answer?

6         **A.**    It would take me some time to check

7    the -- to go through all of our matters to see if

8    there are, you know, which are employment matters

9    and, you know, with plaintiff side, defense side,

10   that would take a substantial amount of time.  And

11   it hasn't been designated so --

12             MR. BLUMMETTI:  I would just like to

13             object for the record as Mr. Binnall knows

14             that this is outside the scope of the

15             noticed topics of Mr. Binnall, and to the

16             best of his ability, which is all he's

17             required to do under the rules.

18             MS. DELGADO:  I'm allowed to question

19             him on what matters he's worked on for the

20             entity on whose behalf he's appearing

21             today.

22             MR. BLUMMETTI:  Correct, and he's

23             answered those questions to the best of his

24             ability.

25

1    BY MS. DELGADO:

2         **Q.**    And I'm allowed to ask -- he opened

3    the door by saying he may have -- I'm allowed to

4    ask what would help refresh his recollection and if

5    he has any documentation.  So I will request that

6    subsequent to this.  Okay?

7         **A.**    Ma'am?

8         **Q.**    Yes?

9         **A.**    I was -- I was briefly retained in

10   another matter related to -- to you to get an

11   extension.  And I did not actually substantively

12   litigate that matter, but we did get an extension

13   on responding to another matter regarding you.  I

14   think that is probably an employment matter.  I

15   don't remember the entity that I represented on

16   that, but it was an entity defendant.

17        **Q.**    I want to make sure I understand you.

18   I'm sorry.

19              You were retained in a matter

20   involving me to obtain an extension on a --

21        **A.**    An extension to respond on another

22   lawsuit that was I think more recently filed and

23   served, and I don't remember the entity.  It was --

24   yeah.

25        **Q.**    Would you be able to check your files

1    especially given that you said it was recent to

2    ascertain what that was exactly?

3         **A.**   I suppose it would be in a client

4    file.  I don't know what I can tell you about what

5    was actually in a client's file.  I will tell you

6    that that matter is being represented by Alina

7    Habba's law firm now and that -- it probably would

8    refresh your recollection more than it would mine

9    because it's an ongoing litigation.

10        **Q.**   And as -- to be clear I'm not asking

11   you what's in the client's file, simply the name of

12   the matter.  You stated that you were retained to

13   file an extension only; is that correct?

14        **A.**   That is, that is the only work that we

15   did.  We did not do any substantive work on it.  As

16   far as anything else as to, you know, what would

17   be -- I'm not going to get into anything else other

18   than what we actually did as to avoid interfering

19   in any privilege or work product.

20        **Q.**   Of course.  I'm just trying to find

21   out the name of the matter.  And what --

22        **A.**   To my -- I believe it was the campaign

23   as the defendant.  I believe you were the

24   plaintiff.  I believe that it was also named Jason

25   Miller and James Massesage {ph}.

1    **Q.**    Okay.  Thank you.  That helps clarify

2    what it was.  Okay.

3              And that's not an employment

4    discrimination a matter per se.  So on the

5    employment discrimination matter, you -- the

6    matter -- the employment discrimination matter is

7    that you say you may have represented the Trump

8    Campaign on, that's something you could perhaps go

9    back and check what the names of those matters

10    were?

11    **A.**    It's -- like I say, it's possible I

12    could refresh my recollection on that.  But yeah,

13    that's -- for information that I have in front of

14    me now, I've exhausted my memory in that.

15    **Q.**    Fair enough.  Okay.  And on the topics

16    noticed in the 30(b)(6) notice, you believe you can

17    speak for the Trump Campaign on these --

18              MR. BLUMMETTI:  Objection to form.

19    BY MS. DELGADO:

20    **Q.**    -- on those topics on the notice?

21    **A.**    I've been designated to speak on

22    behalf of the campaign on those and I've reviewed

23    various records in preparation for it.

24    **Q.**    Okay.  That's non -- I'm going to have

25    to object to that as nonresponsive.  So let me ask

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    it again.

2              Do you believe that you can speak to

3    the topics and answer on these topics that are

4    listed in the 30(b)(6) notice on behalf of the

5    campaign?

6              MR. BLUMMETTI:  Objection to form.

7    BY MS. DELGADO:

8         Q.    Let me rephrase it.

9              Regarding the topics and the 30(b)(6)

10   notice, do you believe that you have the

11   information necessary to speak and answer on behalf

12   of the campaign?

13        A.    Yes, as to the information that --

14   that I was able to review, yes.

15        Q.    Let me try to understand your answer

16   there.  Yes, you answered yes as to the information

17   you were able to review?

18        A.    Yes, ma'am.

19        Q.    So you're qualifying your answer,

20   correct?

21              MR. BLUMMETTI:  Objection to form.

22              THE WITNESS:  Ma'am, I'm a 30(b)(6)

23        witness.  In order to find out what kind of

24        information the entity you've noticed for

25        deposition has, I have to go and be able to

1              review information that that entity does

2              have.  That's what I have done in this case

3              and that's what I'm prepared to answer

4              questions as to today.

5     BY MS. DELGADO:

6         Q.   Sure.  But the information that you

7     were able to review, was it sufficient that you

8     were able to answer and speak on behalf of the

9     campaign on all of these topics?

10             MR. BLUMMETTI:  Objection to form to

11             the extent that the topics pertain to the

12             campaign.

13             THE WITNESS:  Ma'am, I've -- I can't

14             answer as to what's sufficient or what's

15             not here.  I've only -- I can only answer

16             as to what I've done and what -- what

17             questions that you asked of me.  I have no

18             reason to believe anything in there is

19             deficient.  As a matter of fact it's been

20             quite exhausting.

21    BY MS. DELGADO:

22        Q.   Right.  So, again, because none of the

23    answers have been responsive to the question.  I'll

24    try one more time.

25             In your belief do you have the

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    information and knowledge sufficient to answer for

2    and speak on behalf of the campaign on all of the

3    topics listed in the notice?

4              MR. BLUMMETTI:  Same objection.

5              THE WITNESS:  The word that I'm

6         getting hung up on a little bit is a

7         belief.  I can tell you what I've done.

8         And I'm very happy to tell you what I've

9         done.  And I also can say that I have no

10        reason -- that what I've done has been

11        quite exhaustive and I have no reason to

12        think I will not be able to fully answer,

13        you know, appropriate questions about those

14        topics.  But there's no way that I can know

15        that until I'm asked.

16   BY MS. DELGADO:

17        Q.   Okay.  I'm going to object to that

18   again as nonresponsive, but we'll leave that for a

19   later date to handle.

20             Okay.  Let's -- who prepared you for

21   this deposition Mr. Binnall?

22        A.   Mr. Blummetti.

23        Q.   Who else?

24        A.   Me.  At that point I took various

25   reasonable efforts in order to prepare for this

1    deposition, and including speaking with a vendor

2    that houses much of the documents from the relevant

3    time frame and asked them questions and had them

4    inference run some searches.  But all the other

5    actions that I took were just me, other than

6    talking to Mr. Blummetti.

7            **Q.**    Okay.  So who is the vendor you spoke

8    to you said?

9            **A.**    2M.

10           **Q.**    I'm sorry?

11           **A.**    2M.

12           **Q.**    2M.  Thank you.

13                    You stated earlier that it's your

14   belief that the 2016 campaign is a different entity

15   from the current campaign; is that correct?

16                    MR. BLUMMETTI:  Objection to form.

17                    THE WITNESS:  I think I said that it

18           is a different entity.

19   BY MS. DELGADO:

20           **Q.**    I'm sorry?

21           **A.**    I think I said that it is a different

22   entity.

23           **Q.**    Okay.  So could you explain to me how

24   then Mr. Blummetti was the one preparing you if Mr.

25   Blummetti never worked for the 2016 campaign

1    effort?

2         **A.**    My understanding is that Mr. Blummetti

3    is counsel for the campaign in this case.  And when

4    I say the campaign, I mean the entity that was

5    formerly known as Donald J. Trump for President,

6    Inc.

7         **Q.**    And your belief is that's that 2016

8    campaign or the current one given that you thought

9    they're different entities?

10             MR. BLUMMETTI:  Objection to form.

11             THE WITNESS:  Donald J. Trump for

12             President, Inc. was the campaign and again

13             2016 and 2020.

14    BY MS. DELGADO:

15         **Q.**    Sorry, you cut out.  Can you repeat

16    that, sir?

17         **A.**    Yes, ma'am.  Donald J. Trump for

18    President, Inc. was the campaign entity in --

19    during the 2016 campaign and the 2020 campaign.

20    That's my understanding.

21         **Q.**    Who did you speak to -- I believe you

22    said it, but I want to be clear -- in preparation

23    was Mr. Blummetti and you spoke to 2M, the vendor.

24    Anyone else you spoke to?

25         **A.**    No.

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024
35

```
1              Q.    Why not?

2              A.    Because I was able to conduct the

3     relevant research in order to answer the questions

4     in the topics by those discussions.  And like I

5     said, the campaign no longer has employees and only

6     has a single officer.  And the only thing I would

7     have been able to get from the single officer was

8     campaign financials that I was able to get from the

9     Federal Election Commission directly.

10             Q.    Was there anything stopping you from

11    reaching out to former employees?

12                   MR. BLUMMETTI:  Objection to form.

13    BY MS. DELGADO:

14             Q.    I'll rephrase it --

15             A.    Other than the fact that many of them

16    are represented by counsel --

17             Q.    Mr. Binnall, I'll rephrase.  I'm

18    sorry.  I'll rephrase it, Mr. Binnall.

19                   Did you reach out to former employees?

20             A.    No, I did not.

21             Q.    Why not?

22             A.    Many of them are represented by

23    counsel.  But more importantly, I didn't need in

24    order to answer the -- answer the questions that

25    were designated in this deposition.
```

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                        36

1         **Q.**    When you say it's because in part many

2    of them are represented by counsel, to whom are you

3    referring?

4         **A.**    Oh, I don't know, ma'am.  You'd have

5    to ask the specific people that.  I think -- no, I

6    don't know.

7         **Q.**    Well, I'm asking you because you

8    implied you would have reached out to former

9    employees but for their being represented by

10   counsel.  So I'm asking you who you thought of.

11        **A.**    Ma'am, if that was the impression,

12   then let me correct that.  There is no reason for

13   me to reach out to anyone else.  I was able to

14   answer all the questions that you designated

15   without reaching out to former campaign employees.

16        **Q.**    Mr. Binnall, are you a supporter of

17   Mr. Trump?  Do you support his candidacy for 2024?

18        **A.**    Yes.

19        **Q.**    Okay.  And you mentioned earlier that

20   you looked at records.

21        **A.**    Yes, ma'am.

22        **Q.**    Which records if you could specify did

23   you review?

24        **A.**    Yes, ma'am.  I reviewed e-mails, a

25   number of e-mails that -- from both the 2016 and in

1    some cases the 2020 campaign.  I also reviewed

2    e-mails that have been produced in -- in -- I'm

3    sorry, records that have been produced in discovery

4    in this case.

5              I have reviewed some of the pleadings

6    in this case and some of the depositions.  And I've

7    also seen your personnel files, at least portions

8    of it.

9         Q.   Why did you review the pleadings?

10        A.   To understand the full breadth of the

11   information in this case.  And because -- yeah, in

12   order to thoroughly be able to answer your

13   questions.

14        Q.   What depositions did you review?

15        A.   Not in full, but I reviewed much of

16   the depositions of Mr. Priebus and Mr. Spicer.

17        Q.   Did you review mine?

18        A.   I reviewed parts of yours.

19        Q.   Any others?

20        A.   No, ma'am, not that I can recall.

21        Q.   Sorry, go ahead.

22        A.   Yeah.  No, ma'am.

23        Q.   Okay.  Any other depositions from any

24   other cases?

25        A.   No, not in anticipation for this.

1          Q.    When you say not in anticipation for

2     this, you have reviewed depositions?

3          A.    Ma'am, I've probably reviewed hundreds

4     of thousands of depositions in my career.

5          Q.    I should have been more specific.

6          A.    Yes.

7          Q.    Anything related to the individuals --

8     let me be even more specific.

9                Anything related to me, any other

10    depositions from any other matter?

11         A.    No, ma'am.

12         Q.    Okay.  And you've reviewed records

13    produced in discovery in this matter you said?

14         A.    Yes, ma'am.

15         Q.    Both plaintiff and defendants?

16         A.    I believe so, yes.  I think I have

17    certainly focused my review of documents produced

18    by the campaign.  Those are the ones I reviewed in

19    the most detail.  And I certainly didn't review

20    every single document, but I was able to conduct a

21    number of searches in order to review documents

22    that would be likely to be responsive to this

23    deposition.

24         Q.    You said you reviewed e-mails from the

25    2016 and 2020 campaign, but not the 2024 campaign,

1    correct?

2            **A.**    Correct.

3            **Q.**    Why is that?

4            **A.**    I don't have access to those.

5            **Q.**    Okay.  And on what do you base -- you

6    stated earlier the 2016 campaign was a different

7    entity and then said 2016 and 2020 were the same

8    entity.  Could you clarify that for me?

9            **A.**    What would you like clarified?

10           **Q.**    Did you mean the 2016 campaign was

11   distinct from 2020 or that 2016 and 2020 are

12   distinct from 2024?

13           **A.**    Ma'am, the 2016 and 2020 campaigns

14   were known during the time as Donald J. Trump for

15   President, Inc.  That entity is now known as "Make

16   America Great Again Act".  The 2024 entity is

17   completely different.

18           **Q.**    Okay.  Sorry.  I'm very -- my

19   handwriting is slow these days.  We don't handwrite

20   nearly as much anymore as we used to.

21           **A.**    I can understand.

22           **Q.**    So bear with me.  Okay.  So let's get

23   into some of the topics then, please.  I'm sure

24   you've probably -- if you have -- let's see we're

25   at 11:00 a.m. so if you -- we're good.  If you

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    don't need to take a break -- or do you want to

2    take a break before we start topics?

3          **A.**    No, ma'am.

4          **Q.**    Okay.  Great.  Okay.  So for -- and to

5    speed things up for each of these, I don't need to

6    ask you I presume to whom you spoke to because I

7    gather from your earlier question that for each of

8    these the individual you spoke to would only be

9    Mr. Blummetti, correct?  And the vendor?

10         **A.**    And the vendor, correct.

11         **Q.**    Correct.  Okay.  So that will speed

12   things up.

13               Okay.  So Number 1, Mr. Binnall, it

14   reads:  Defendant's document retention policies

15   generally and as applied to records.

16               Okay.  Could you speak to me or tell

17   me about how the 2016 campaign stored documents,

18   particularly e-mails?

19               MR. BLUMMETTI:  Objection to form.

20          You can answer.

21   BY MS. DELGADO:

22         **Q.**    Okay.  I'll rephrase.  I'll rephrase

23   it.

24               What was the process for the 2016

25   campaign's storage and retention of e-mails?

1         A.    Ma'am, the campaign did not have a

2    written policy, but reasonable steps were taken to

3    preserve documents once there was notice of

4    dispute.  This includes retaining documents that

5    were on the campaign server, most of which

6    consisted of e-mails.

7         Q.    And were all those e-mails stored with

8    2M?

9         A.    All those e-mails are now housed with

10   2M.  They may have initially been imaged by -- by

11   someone else, but 2M is the one who now houses

12   those e-mails.

13        Q.    Okay.  And you spoke to 2M about their

14   document retention of the Trump Campaign e-mails?

15             MR. BLUMMETTI:  Objection.

16             THE WITNESS:  I -- sorry.

17             MR. BLUMMETTI:  That's okay.  Go

18        ahead.

19             THE WITNESS:  I did talk to them about

20        their -- their storage of those e-mails,

21        correct.

22   BY MS. DELGADO:

23        Q.    Okay.  Were any reservations expressed

24   by 2M regarding failures in the retention process?

25        A.    No, ma'am.

1        **Q.**    Any reservations expressed of any

2    kind?

3            MR. BLUMMETTI:  Objection to form.

4    BY MS. DELGADO:

5        **Q.**    By 2M?

6        **A.**    Can you be more specific?

7        **Q.**    Yeah.  Did 2M express any reservations

8    to you about the custodial chain for instance or

9    any other concerns regarding the documents provided

10    to them?

11        **A.**    No, ma'am.

12        **Q.**    Okay.  Could you tell me about the

13    campaign's policies and procedures for receiving,

14    investigating and resolving complaints of sexual

15    harassment or any kind of discrimination?

16            MR. BLUMMETTI:  Objection to form.  If

17        you can clarify the time period.

18    BY MS. DELGADO:

19        **Q.**    Sure.  Let's do 2015 and 2016.

20        **A.**    There are no written procedures for

21    investigations.  The campaign did engage human

22    resources staff to investigate specific matters

23    however, that department was led by human resources

24    Lucia Castellano.

25        **Q.**    When you say the campaign did engage

1    of HR staff to investigate those matters, is -- do

2    you mean specifically to investigate such matters?

3         **A.**    No.  I mean that the campaign had a

4    human resources staff and human resources staff

5    would investigate matters of allegations of

6    discrimination for instance or harassment.

7         **Q.**    Okay.  Thank you for clarifying that.

8              And you say there were no written

9    procedures in place; is that correct?  Did I hear

10   you correctly?

11        **A.**    That's correct.

12        **Q.**    Okay.  Were there any -- procedures is

13   often synonymous with policies, but nonetheless,

14   were there any policies in place?

15             A. Ma'am, I did search to see if there

16   were any procedures or policies.  I was not able to

17   find any.  So I believe the answer to that question

18   is, no.  There is no written policies and

19   procedures.  It was --

20             Q. So -- so no one working on the

21   Trump Campaign, to your knowledge -- so let me

22   rephrase?

23             Did anyone working on the Trump

24          Campaign to your knowledge receive any

25          policy or guidelines against sexual

1           harassment or discrimination?

2                A.    Not that I was able to locate, ma'am.

3                Q.    Okay.  And you mentioned the campaign

4      had an HR group -- I don't want to put words in

5      your mouth -- an HR staff or a group you said?

6                A.    I believe there was a staff -- or, I

7      mean, there certainly was a human resources

8      director.  It's my understanding that she had at

9      least some staff.  I don't know the extent to her

10     staff.

11               Q.    Do you know if she had any staff at

12     all?

13               A.    You know what, I don't know for sure.

14               Q.    Okay.  And did you -- you said earlier

15     you didn't speak to anyone but, anyone else beside

16     Mr. Blummetti until now, why did you not reach out

17     to Ms. Castellano?

18               A.    Ma'am, to answer your question; there

19     I've answered the question that was asked during

20     the reasonable time frame and there was no need for

21     me to speak to Ms. Castellano.

22               Q.    What -- wouldn't you want to speak to

23     her though to find out if there were any policies

24     you couldn't find regarding such?

25                     MR. BLUMMETTI:  Objection to form.

1    BY MS. DELGADO:

2            **Q.**    Well, I'll rephrase.  Would you not

3    want to not speak to the HR director regarding this

4    topic?

5            A.   Ma'am, I took the steps necessary

6    to find out what information the entity that I

7    have -- that I've been designated for has, and

8    that's what I did.  Did not think that any other

9    such conversations was necessary to find out what

10   information the entity has.

11           **Q.**    And the topic called for your -- and

12   I'll quote here for quote "identification of the

13   person responsible for oversight of all such

14   matters at all relevant times here to" unquote?

15           **A.**    Yes, ma'am.

16   "Q. Your position is, if I understand you

17   correctly, that would be Lucia Castellano?

18   A. Yes, ma'am.

19   Q.  Okay."

20           MS. DELGADO:  And the spelling of her

21           name, for Ms. Boyd's purposes, I believe is

22           C-A-S-T-E-L-L-A-N-O and first name is,

23           Lucia, Ms. Boyd, L-U-C-I-A.

24   BY MS. DELGADO:

25           **Q.**    Is that correct, Mr. Binnall?  Did I

1    get that right?

2          **A.**    I'll take your word on spelling.

3          **Q.**    Okay.  Thank you.  So Mr. Binnall, an

4    employee who is facing discrimination, it's your

5    understanding based on your research that there

6    would be no policy or procedure in place to guide

7    that employee?

8          **A.**    Other than the best practices of human

9    resources professionals, which is what was filed,

10   was best practices, is my understanding.

11         **Q.**    Q. I'm sorry.  Can you say that again?

12         **A.**    Yeah.  It's my understanding that they

13   followed best practices rather than relying on a

14   policies and procedures manual as some entities do.

15         **Q.**    And what are best practices, when you

16   use that term?

17         **A.**    They're commonly used procedures and

18   principles in the human resources world.  And so

19   that is, from my understanding, what was -- what

20   was done and the limits of the policies and

21   procedures in this case -- in this matter.

22         **Q.**    So to be clear and understand your

23   point of view, there were no policies and

24   procedures -- no written policies and procedures in

25   place; is that accurate?

1         **A.**    That's my understanding.

2         **Q.**    Okay.  So an employee -- to circle

3    back to my earlier question -- an employee facing

4    pregnancy discrimination or other kind of

5    discrimination had no written policy or procedure

6    to go by, correct?

7              MR. BLUMMETTI:  Objection to form.

8              THE WITNESS:  As far as I've been able

9    to find, ma'am, that's correct.

10   BY MS. DELGADO:

11        **Q.**    So that takes us into Number 3, the

12   policies and procedures used respond to plaintiff's

13   claim of pregnancy discrimination and applicable

14   decision makers.  Don't want to waste time today,

15   so is it correct to say that there were no policies

16   and procedures used to respond to my claim?

17        **A.**    There were procedures.  And once the

18   campaign was aware of the plaintiff's grievance, it

19   hired an outside firm, Jones Day, to conduct an

20   internal investigation.  The firm interviewed

21   witnesses and reviewed documents and

22   communications.

23        **Q.**    When was that firm hired?

24        **A.**    I believe it was hired either in late

25   in December in 2021 or -- I'm sorry, in 2016 or

1    early in 2017.

2           **Q.**    You also said quote "once the campaign

3    was aware" unquote.  When was that?

4           **A.**    I believe that was December 21st of

5    2016.

6           **Q.**    Why do you say it was December 21st?

7           **A.**    Because I believe that's the day that

8    an e-mail was sent to us by you.  And I think it

9    was at that point that the campaign became aware.

10          **Q.**    And it's your understanding that at

11   that point is when an outside law firm was

12   retained?

13          **A.**    It was after that point, but I believe

14   shortly after that.

15          **Q.**    Do you have it?

16          **A.**    That was December 21st, I can -- right

17   before the holidays.  I cannot tell you

18   definitively if it was late '21 -- I'm sorry, late

19   '16 or early '17.

20          **Q.**    So the topic of the policies and

21   procedures used to respond to my claim, so it's

22   your position that the policy and procedure was to

23   hire an outside firm?

24          **A.**    Yes, ma'am, to do an investigation.

25          **Q.**    No other policies and procedures?

1                    MR. BLUMMETTI:   Objection to form.

2        BY MS. DELGADO:

3                    Q.    Were there -- I'll rephrase?

4                    Were there other policies and

5        procedures?

6                    A.    At that point especially since this

7        was at such a time that the campaign was then

8        operating on a skeleton staff and had limited

9        people available at all to do anything.

10                   Q.    Regarding procedures, did anyone reach

11       out to me once the campaign became aware of my

12       pregnancy?

13                   A.    I -- to be clear, which topic are we

14       into right now?

15                   Q.    3.

16                   A.    So as far as procedures used under

17       Number 3, I did not see any that would require the

18       campaign to reach out to you and I -- for whatever

19       steps Jones Day took to investigate, I do not have

20       access to that.

21                   Q.    Right.  I'm not asking about Jones

22       Day.  I'm asking about the campaign.  You're saying

23       you didn't see --

24                   A.    I did not see any e-mails to you

25       regarding your complaint after that date.  And at

1    least not to my recollection for, you know, I've

2    reviewed many, many e-mails over a great deal of

3    time frame.  I don't recall any e-mails to you

4    after that date to seek information from you on

5    behalf of the campaign.

6                However, at that point it would likely

7    have been up to Jones Day as being engaged to

8    conduct the internal investigation to do so rather

9    than the skeleton crew left late on the campaign in

10   late December 2016.

11        Q.   But you don't recall when Jones Day

12   was retained, correct?

13                MR. BLUMMETTI:  Objection.

14   BY MS. DELGADO:

15        Q.   Do you -- you stated earlier, you

16   don't recall when exactly Jones Day was retained.

17   You said it could have been as late as January of

18   2017; is that correct?

19        A.   It could have been in January, and

20   specifically I bring that up because the 21st of

21   December going into the holidays it would not be

22   unusual at that point for it to be after the

23   holidays were over.

24        Q.   But what procedures were there in the

25   interim?

1                    MR. BLUMMETTI:  Objection to form.

2      BY MS. DELGADO:

3               Q.    Was there any procedures in the

4      interim?

5               A.    The procedure was to hire an outside

6      firm to conduct an internal investigation.  That

7      was the procedure that was used there.

8               Q.    That was the only procedure; is that

9      correct?

10              A.    As far as -- I had seen that.  I mean,

11     going and outsourcing that was the procedure that

12     the campaign used.  Especially, again, like I said,

13     the campaign no longer had a full staff, had a very

14     limited skeleton staff.

15              Q.    And you stated earlier that you did

16     not see any procedure that reflected any outreach

17     to me; is that correct?

18              A.    I did not see such procedure.

19              Q.    Why did you not speak to Steve Bannon?

20              A.    I did not need to in order to answer

21     the questions that were designated for this

22     deposition.

23              Q.    Did you not see that Steve Bannon was

24     one of two individuals I informed of my pregnancy?

25     You referenced the e-mail earlier.

1          **A.**     Correct, yes I did.

2          **Q.**     So would it not have been appropriate

3     to contact Mr. Bannon to ask, in terms of the

4     procedures taken and the actions taken, why --

5     whether there was any outreach to me?

6                MR. BLUMMETTI:  Objection to form.

7                THE WITNESS:  Oh, sorry, go ahead.

8                MR. BLUMMETTI:  You can answer.

9     BY MS. DELGADO:

10         **Q.**     I'll rephrase it.

11               You -- given that you mentioned

12    earlier my e-mail to Steve Bannon and Kellyanne

13    Conway, why did you not contact Mr. Bannon to

14    ascertain what procedures followed my -- disclosing

15    my pregnancy?

16         **A.**     Because, ma'am, I did not need to in

17    order to answer the question on the designated

18    topic.

19    BY MS. DELGADO:

20         **Q.**     But Mr. Binnall, you're relying simply

21    on, well, I didn't see any procedure other than

22    involving Jones Day; isn't that correct?  You're

23    just going off of what's --

24         **A.**     I was going off the communications and

25    documents that I reviewed, yes, ma'am.  And to

1    answer the question again, policies and procedures,

2    that's all I needed to answer your question.

3            **Q.**    But procedures include reaching out to

4    a pregnant employee, do they not?

5            MR. BLUMMETTI:  Objection to form.

6    Argumentative.

7            THE WITNESS:  I can't answer that.

8    BY MS. DELGADO:

9            **Q.**    Okay.  I'll rephrase it.

10           Would you agree that procedures can

11   include reaching out to a pregnant employee who has

12   reached out to you?

13           **A.**    Ma'am, procedures could include any

14   number of different things.  I can't talk as to

15   what every procedure could possibly be.

16           **Q.**    Of course not, but you referenced an

17   e-mail, a specific e-mail, in which two top level

18   campaign officials were notified an employee was

19   pregnant by her supervisor.

20           So my question is:  In terms of your

21   duties, to inform yourself on what policies or

22   procedures were used to respond to that disclosure,

23   why did you not reach out to Steven Bannon and/or

24   Kellyanne Conway?

25           MR. BLUMMETTI:  Objection to form.

1                    THE WITNESS:  Ma'am, I didn't need to

2       in order to answer the questions.

3       BY MS. DELGADO:

4            Q.    Yet you take the position that the

5       only procedures and policies you know of are those

6       in the documents; is that correct?

7                    MR. BLUMMETTI:  Objection to form.

8                    THE WITNESS:  As I testified, I was

9       not able to find any -- any formal written policies

10      and procedures.  I can tell you what was done.

11      BY MS. DELGADO

12           Q.    Given that you state you couldn't find

13      written policies and procedures, why not ask what

14      unwritten procedures were undertaken?

15           A.    Ma'am, because I was able to determine

16      what they did, and what they did was hire an

17      outside firm.

18           Q.    How do you know that's all they did?

19           A.    Ma'am, in my research in order to

20      answer the question, that's what my research showed

21      that was done in this case.  And I have -- the

22      campaign has no knowledge of anything else that was

23      done.

24           Q.    So very simple question:  So you did

25      not -- is it correct that you did not reach out to

1    Steve Bannon?

2           **A.**    Yes.

3           **Q.**    Is it correct that you did not reach

4    out to Kellyanne Conway?

5           **A.**    Yes.

6           **Q.**    Okay.  The topic also asked for quote,

7    "applicable decision maker" on that issue.  Who was

8    the decision maker in terms of -- in terms of

9    policies and procedures regarding my claim?

10              MR. BLUMMETTI:  Objection to form.  On

11   behalf of the campaign?

12              THE WITNESS:  Mr. Bannon was I believe

13   the CEO of the campaign.  Ms. Conway was the

14   campaign manager.  At the end of the day any

15   decision makers, again, of course was the campaign

16   general counsel, and so as far as decision makers

17   go probably would rest with those people.

18   BY MS. DELGADO:

19          **Q.**    I'm sorry, that last that you cut out.

20   Probably what?

21          **A.**    It would probably rest with those

22   people as far as decision makers go.

23          **Q.**    Okay.

24          **A.**    Obviously, we've talked about Lucia

25   Castellano was the human resources director.  She

1    certainly has decision making authority in a number

2    of matters as well as the human resources director.

3         **Q.**   Did you reach out to her?

4         **A.**   No, ma'am.

5         **Q.**   Okay.  Topic Number 4 is quote "any

6    and all claims of sexual harassment, or for

7    unlawful discrimination, or for pregnancy

8    discrimination against Donald Trump for President

9    or employees represented there of" unquote.

10             Could you please tell me what

11   claims -- what aforementioned -- I won't have to

12   repeat that mouthful again unless you'd like me

13   to -- the campaign has faced, and please tell me if

14   you're referring to 2016, 2020 and if you're not

15   including 2024?

16        **A.**   Yes, ma'am.  The campaign is currently

17   aware if HR complaints regarding the following

18   individuals for the 2016 presidential cycle:  Alba

19   Johnson, Jessica Denson, Elizabeth Davidson, A.J.

20   Delgado.

21        **Q.**   I'm sorry.  Could you -- it's

22   complaints against the campaign from these

23   individuals you said?

24        **A.**   The campaign is currently aware of HR

25   complaints regarding the following individuals for

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    the 2016 presidential cycle, and that's:  Alba

2    Johnson, Jessica Denson, Elizabeth Davidson, A.J.

3    Delgado.

4         **Q.**    What was the third name you said, I'm

5    sorry?

6         **A.**    Elizabeth Davidson.

7         **Q.**    And could you tell me about those,

8    please?  We can go one by one if you'd like.

9         **A.**    I can tell you what the information

10    that I have is in the public record.

11              Ms. Johnson made a claim against Mr.

12    Trump.

13              Ms. Denson made a complaint against

14    you and one other individual, and I can pull up the

15    other individual's name.

16              Ms. Davidson made a -- was in Iowa,

17    and since made a gender discrimination claim.

18              And Ms. Delgado, yourself, made the

19    complaint that is at issue here.

20         **Q.**    Who was Ms. Davidson's complaint

21    about?

22         **A.**    You and one other individual.  I

23    can --

24              MR. BLUMMETTI:  Did you hear the

25    question correctly there?

1                    THE WITNESS:  Who is Ms. -- I'm sorry?

2                    MR. BLUMMETTI:  Could you repeat that,

3      Ms. Delgado?  I don't think he heard you correctly.

4      BY MS. DELGADO:

5            Q.    Who was -- it's a name I've never

6      heard of so I asked -- who was Ms. Davidson's

7      complaint about?

8            A.    I apologize, I was answering the wrong

9      individual and I heard you incorrectly.

10                   Ms. Davidson's complaint was about

11     gender discrimination.  I was not able to locate a

12     particular individual that it was about, but it

13     was -- it had to do with allegations of gender

14     discrimination I believe, leading up to the Iowa

15     caucuses in 2016.  She later dismissed -- that

16     ended up not filing any lawsuit in that claim.  But

17     it had to do with, you know, whether males and

18     females were treated alike.

19           Q.    Okay.  Were there any HR complaints by

20     any males?

21           A.    Not that I was able to find.

22           Q.    Okay.  And you mentioned these were

23     for 2016 --

24           A.    Yes, ma'am.

25           Q.    -- what about 2020?

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                         59

1           A.     Ma'am, for the relevant time frame

2     here, I looked at 2016.

3           Q.     Why?

4           A.     Because of the rather huge amount of

5     documents that would have to be sifted through in

6     order to go beyond that.  This campaign was about

7     the 2016 cycle and so the 2016 presidential

8     campaign and so that is the search I did for -- to

9     do a reasonable and diligent inquiry.

10          Q.     Why do you think this campaign is tied

11    to a presidential cycle -- this lawsuit is tied to

12    a presidential cycle, I should say?

13          A.     Had to do with allegations regarding

14    the 2016 presidential campaign, which had a

15    completely different staff from any other campaign.

16          Q.     On what do you base that it had a

17    completely different staff?

18          A.     Well I should say a different

19    hierarchy.  Like for instance, Mr. Bannon was not

20    the CEO of the 2020 campaign.  Ms. Conway was not

21    the campaign manager of the 2020 campaign, et

22    cetera.  And so, because there are so many hundreds

23    of thousands of -- actually I apologize, millions

24    of documents in order to get to do a reasonable

25    search to answer your question, that is what I did.

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                  60

1          **Q.**   Who was the HR director in that 2020

2    campaign you mentioned?

3          **A.**   Ma'am, I couldn't tell you off the top

4    of my head.

5          **Q.**   Mr. Binnall, couldn't you just call

6    whoever -- call or e-mail whoever the HR director

7    was for 2020 and ask them what the complaints were?

8                MR. BLUMMETTI:  Objection to form.

9                THE WITNESS:  Ma'am, I don't think

10   that was a designated question.  And as far as the

11   reasonableness for what I did to prepare for

12   today's deposition, I took the reasonable steps.

13   BY MS. DELGADO:

14         **Q.**   So just to be clear, you did not

15   inquire or research and you cannot answer today as

16   to any complaints made in the 2020 cycle of the

17   campaign; is that correct?

18         **A.**   That's correct.

19         **Q.**   Jason Miller was part of both

20   campaigns; is that correct?

21               MR. BLUMMETTI:  Object to form.

22   BY MS. DELGADO:

23         **Q.**   Was Jason Miller part of both

24   campaigns in 2016 and 2020?

25         **A.**   Ma'am, what topic are we under right

1    now?

2           **Q.**    We're still on 4.

3           **A.**    Ma'am, that's not a question that I

4    looked into to answer Question Number 4 and so I

5    can't answer on behalf of the campaign that

6    question.

7                From my personal recollection, I

8    believe that he was.  That's my personal

9    recollection, not on behalf of the campaign.

10          **Q.**    Right.  The reason I bring that up is

11   because you, yourself, mentioned that the staff was

12   quote "completely different" in 2016 and 2020.  So

13   I'm trying to work through that, but you stated

14   Jason Miller was on both.  Was Brad Parscale on

15   both 2016 and 2020?

16          **A.**    Ma'am, again, that wasn't a designated

17   topic so I can't speak on behalf of the campaign.

18   But for my personal recollection the answer is yes.

19                And I should have been more clear in

20   that original answer that there were individuals

21   that were on both campaigns.  I was speaking more

22   as the campaign hierarchy.

23          **Q.**    Was Kellyanne Conway on both

24   campaigns?

25          **A.**    Wasn't a designated question, and I do

1    not believe that she had an official position in

2    the 2020 campaign.  I believe she was still in The

3    White House at the time, that's my personal

4    recollection.

5                MS. DELGADO:  My alarm went off, it's

6    time for the Door Dash.  So if now would be a good

7    time for a five-minute break, get some water,

8    whatever you'd like to do, if that's okay with

9    everybody -- ten minutes?

10               MR. BLUMMETTI:  That's fine.

11               MS. DELGADO:  Okay.  Thank you.

12               (Thereupon, a break was taken from

13   11:46 to 11:57 a.m.)

14   BY MS. DELGADO:

15        Q.    Okay.  So back on the record.  I

16   believe we were on Number 4, Mr. Binnall.

17        A.    Yes.

18        Q.    Okay.  So were there any claims of

19   sexual harassment that you found in the 2016

20   campaign?

21        A.    I'm not sure how Ms. Johnson

22   designated her complaint, and I think she

23   characterizes it as an unwanted physical advance.

24   And then -- yeah.

25        Q.    Okay.

1    **A.**    That and it -- depending how you would

2    designate your complaint, those were the two I was

3    able to identify.

4    **Q.**    And when you searched for these, did

5    you limit it to formal complaints, or did you

6    include any type of, for instance, e-mail

7    expressing concern about something?

8    **A.**    Ma'am, there's no way for me to limit

9    it as far as e-mails expressing concerns because

10    there was millions and millions of e-mails so I was

11    not able to do that.  But I -- those were the

12    complaints that were made to HR that I'm aware of.

13    **Q.**    Did you perhaps consider conducting a

14    keyword search or --

15    **A.**    I did conduct a keyword search in a

16    number of ways, and even myself, and so those are

17    what I was able to find.

18    **Q.**    What key words did you use?

19    **A.**    Well, I did run searches, such as --

20    and ask that searches be run for things such as

21    harassment and sexual harassment, but the problem

22    is in presidential campaign those phrases were used

23    a lot, you know.  It was used for instance in

24    discussing the issues with Hilary Clinton and

25    allegations, you know, made about what she did or

1    didn't do regarding her husband's time in The White

2    House.

3              So it -- just a simple keyword search,

4    wasn't able to limit it so I was able to identify

5    those four.  I was not able to identify anything

6    else beyond the four.

7         Q.   When you do the keyword search and you

8    say millions would come up, rightly so for the term

9    sexual harassment --

10        A.   No, ma'am.  No, ma'am.  I didn't say

11   millions would come up on that.

12        Q.   Oh, you're right.  Let -- let me

13   rephrase it, you're correct.  There are a millions

14   of documents --

15        A.   Millions of documents, that's --

16   that's correct.

17        Q.   Right.  Did you consider limiting the

18   keyword search to e-mails sent to Lucia Castellano

19   for instance?

20        A.   I did look through a number of her

21   e-mails.  I don't know if I did a word search based

22   on hers, but again, that's usually when -- when

23   somebody goes directly to human resources on that,

24   that was -- that's what I was looking for.  Those

25   are the four that came up.  I did not find any --

1    anything else other than those four that I believe

2    was responsive to the question and it --

3    specifically as to claims if sexual harassment or

4    for unlawful discrimination or for pregnancy

5    discrimination.  So I was looking specifically for

6    claims and those were the claims I was able to

7    identify.

8         **Q.**    How do you define claims?

9         **A.**    I probably would use a dictionary

10   definition for claims.  And so I can pull that up,

11   but I mean, when I'm looking for claims, I'm

12   looking for someone saying, you know, that -- that

13   somebody, that they -- that they were a victim of

14   some sort of harassment, as you identified in your

15   question, and what actions the campaign then took

16   at that point.  Those were the four I was able to

17   identify.

18        **Q.**    Fair enough.  And I just wanted to

19   clarify that you weren't taking the term -- you

20   weren't interpreting the term claims to mean a

21   legal claim was made.  It sounds like you used the

22   broader --

23        **A.**    Right.  I didn't require that a

24   lawsuit be filed or a Title 7 would have to be

25   filed.

1      **Q.**    Okay.  Great.  That's what I was

2      looking to clarify.

3              So to be clear, now working through

4      the answer you gave, did you read through the

5      e-mail, all e-mail -- obviously, not all e-mails

6      sent to Lucia, but you did run a keyword search in

7      all e-mails to and from Lucia Castellano?

8      **A.**    No, ma'am, I didn't -- I didn't do a

9      keyword search for everything regarding her.  I

10     looked specifically for claims and worked with our

11     vendor to do just that, and went through a number

12     of relevant e-mails, and that's what my search was

13     able to -- to discover.

14     **Q.**    Right.  But I'm trying to find out

15     what the search was that you executed because you

16     stated that using the term sexual harassment would

17     bring up too many results, rightly so.  But you

18     also did not read through all e-mails sent to and

19     from Lucia.  So what search did you run exactly?

20     **A.**    Ma'am, I actually couldn't tell you

21     the exact searches that I did.  But what I was able

22     to do, and I wouldn't even be on this campaign

23     e-mails, I researched publicly available sources on

24     this as well, is identified the particular, you

25     know, the particular individuals that people make

1    claims.  Those were the only four claims I was able

2    to find.

3         **Q.**    But -- and so your position -- your

4    testimony today is you can't recall the keyword

5    search, if you ran any keyword search, that --

6         **A.**    I can tell you I ran a number of

7    keyword searches.  And I can't tell you off the top

8    of my head exactly what keyword searches, that of

9    course was not a designated topic here.  But I

10   believe these were -- my understanding is that this

11   is all information that was turned over in

12   discovery as well.

13              So I tried to go through that

14   documentation as efficiently and effectively as I

15   could, and that's what I was able to determine.

16        **Q.**    On what do you base that the keyword

17   search is not responsive or part of Topic Number 4?

18        **A.**    It didn't ask me to run specific

19   keyword searches.  And so what I did is, I tried

20   to -- tried to think best I could the best way to

21   come up with information that would be responsive,

22   and I did that for those four individuals.  I did

23   that and it turned out for those four individuals.

24   Both documents that I found in the -- in the -- in

25   the e-mails at issue and on publicly available

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                    68

1    sources.

2            Q.    You're saying Number 4 would have to

3    specifically ask you to run a keyword search for

4    you to --

5            A.    Ma'am -- go ahead.

6            Q.    You're saying that Topic Number 4

7    would have to, specifically, ask you to run a

8    keyword search for you to testify here today what

9    the keyword search was that you ran to inform

10   yourself as to Number 4?

11           A.    No, ma'am.  I'm saying Number 4

12   doesn't require me to do a keyword search or not.

13   You know, I was required to use my best efforts to

14   try to come up and be able to answer your

15   questions, and that is exactly what I did.  And I

16   was able -- I was able to identify four specific

17   examples.  And those were the -- and that's --

18   yeah, and so that's what I was able to find using

19   my best efforts.

20               It didn't, you know, for instance,

21   Number 4 doesn't say, or nor do the instructions

22   say, to use specific keywords in order to do

23   searches in order to find those.  So what I did is,

24   as I've explained, is I've gone through e-mails.  I

25   went through the document production and I looked

1    at publicly available searches in order to come up

2    with that.  And that's what I was able to come up

3    with.

4          **Q.**    And you correctly say it doesn't

5    require you to run a keyword search, but you also

6    say you understand that your best efforts are

7    required.

8          **A.**    Yes, ma'am.

9          **Q.**    Yet you don't believe that best

10   efforts would entail speaking to the HR director,

11   who is still alive as far as I know and available

12   somewhere?

13          MR. BLUMMETTI:  Objection.

14          THE WITNESS:  Ma'am, in order to

15   answer your question, I didn't need to do that.

16   BY MS. DELGADO:

17          **Q.**    Right.  This is a new question.

18          When you referenced your expectation

19   that you used your best efforts to educate yourself

20   on these topics, you -- is your belief is that the

21   best efforts do not include speaking to the HR

22   director?

23          **A.**    Ma'am, as I think I have already

24   testified to, I -- in order to answer the questions

25   that you put in your designated topics, I did not

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024
70

1   have to do that.  And it was -- it just wasn't

2   necessary for me to be able to answer -- to find

3   the answer to the designated topic.  That's what I

4   did, didn't require going and talking to individual

5   people.

6          Q.   Even though you mentioned yourself

7   that these are millions of e-mails to go through,

8   including millions of e-mails, which will give

9   false positive results on terms like sexual

10  harassment.  Even still, you don't think best

11  practice would be to speak to the HR director?

12         A.   Based on the designated topic, no.

13         Q.   Okay.  Let's move onto Number 5.

14         A.   Okay.

15         Q.   Oh, and I'm sorry, just to clarify.

16  For Number 4, I presume, but just to clarify, your

17  answer would be that you also, same as Number 3,

18  did not look at the 2020 campaign, correct, 2020

19  campaign effort?

20         A.   Correct.  As a matter of fact, I think

21  that question regarding 2016 and 2020, I think I've

22  already answered, I think that was in regards to

23  Question 4.

24         Q.   Right.  So to speed things up, for all

25  of the topics, the answers you're giving are

1    strictly about the 2016 campaign effort and not

2    2020?

3         A.    Not necessarily.  There may have been

4    at least one question that where a reasonable

5    search could and was done on 2020.  And so if a

6    reasonable search could be done then at that point

7    it was specifically asking for that information

8    that I did it.

9         Q.    Okay.  So for Number 5, it was -- that

10   was 2016 and 2020 that you looked at or 2016 only?

11        A.    Correct.  That was the 2016 campaign.

12   So for Question Number 5, I can tell you that the

13   campaign structure was often fluid and it changed

14   over time.  From August 2016 to until November 2016

15   the campaign hierarchy was as follows:  Steven

16   Bannon was the chief executive officer.  Jeffrey

17   DeWit was the chief operating officer and chief

18   financial officer.  Kellyanne Conway was the

19   campaign manager.  David Bostein was executive

20   campaign manager.  Lucia Castellano was the

21   director of human resources.

22        Q.    And when you say Lucia Castellano was

23   the director of human resources, can you identify

24   when and via what medium staff members were

25   informed this is the HR director and we have an HR

1    director?

2          **A.**    Ma'am, under what question are you

3    asking me to answer that question?

4          **Q.**    Regarding the organizational

5    structure, I'm asking you, it's part of that, if

6    employees, staffers, team members were aware of

7    this organizational structure?

8          **A.**    Ma'am, I -- because that question was

9    not -- was not part of a designated question, I did

10    not research that particular topic.  And so I'm not

11    able to answer that question on behalf of the

12    campaign, and I don't have any personal knowledge

13    of that.

14          **Q.**    Okay.  So then I'll ask it in regards

15    to Questions Number 2 -- Topics 2, 3 and 4.  It

16    falls under all and each and every one of 2, 3 and

17    4, its policies and procedures.

18              What --

19          **A.**    Ma'am, my answer would not change.

20    I'm not aware of any policy or procedure that

21    included telling individual employees about the

22    human resources director.  And so because there's

23    no policy or procedure on that, I did not see any

24    information that would be relevant to that.

25              MR. BLUMMETTI:  Objection to the

1        extent the question calls for any information

2        beyond those topics noticed, but I believe Mr.

3        Binnall answered.

4                    MS. DELGADO:  Well, we're talking

5        about the policies and procedures for receiving,

6        investigating or resolving complaints.  I'm quoting

7        from Number 2 for instance, part of any such policy

8        and procedure would be informing the staff that

9        there is an HR director.

10                   MR. BLUMMETTI:  That's where the

11       objection comes.  We --

12                   MS. DELGADO:  Mr. Blummetti, your

13       objection is what?  I'm sorry, can you clarify?

14                   MR. BLUMMETTI:  The extent that the

15       question you asked Mr. Binnall, I believe one

16       question ago, falls outside of the scope of the

17       noticed topics, that's it.  I'm asking him not to

18       answer the question.  I'm just preserving the

19       objection for the record.

20                   MS. DELGADO:  Okay.  Thank you.

21       BY MS. DELGADO:

22           Q.   Mr. Binnall, I'm taking you back to

23       Number 2, which is the campaign's quote "policies

24       and procedures for receiving/investigating a

25       resulting complaint."  Focusing particularly on the

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                    74

1    receiving, were the staff members of the 2016

2    campaign informed -- did you see any point where

3    they were informed there is an HR director, her

4    name is Lucia Castellano?

5         **A.**    Ma'am, I'm not aware of any procedure

6    that would require that.  And I'm not aware of that

7    being part of the procedures at all.  And that's

8    what I researched, and I did not find that

9    procedure.

10        **Q.**    Okay.  Before I have to object to that

11   as nonresponsive, let me try again.

12             I'm not asking if you're aware of

13   whether the procedures require that.  I'm saying as

14   far as your knowledge regarding policies for

15   receiving complaints, were the staff members

16   informed where complaints could be received or

17   through whom?

18        **A.**    I am not aware of any policy regarding

19   how employees were to make complaints and to whom

20   they were making them.

21        **Q.**    Again, not asking you about if there

22   was a policy regarding informing them.  Were they

23   informed?  It's part of the policy, there isn't a

24   separate policy on that, it would be part of the

25   policy for receiving complaints.

1      **A.**    Ma'am, I looked at what the policies

2      and procedures were, that's what the topic asked me

3      to look at, and that's what I looked at.  I'm not

4      aware of any such policies and/or procedures.

5      **Q.**    Right.  So for the policies and

6      procedures of the campaign, was there anything in

7      there therein stating, informing the staff there is

8      an HR director?

9      **A.**    Ma'am, as I've testified to you

10     already, I'm not aware of any such policies and

11     procedures.  And I did look for such.  I was unable

12     to find it.

13     **Q.**    Maybe you misheard my question.  I'm

14     not asking if there was a policy and procedure.

15     Did you see an e-mail notification or

16     any type of notification informing the staff that

17     there is an HR director and her contact

18     information?

19     **A.**    Ma'am, that was not part of the

20     designated topic.  I did not look for it.

21     **Q.**    It's part of policies and procedure in

22     Number 2.

23     **A.**    Ma'am, for policies and procedures I

24     looked for policies and procedures.  I did not look

25     for every communication with an HR director, for

1    instance, or every director, every communication

2    from all employees regarding HR directors.

3              I looked for policies and procedures.

4    That's what the topic asked for, that's what I did.

5        **Q.**    Mr. Binnall, are you saying an HR

6    policy and HR procedure does not entail notifying

7    staff that the HR department exists; is that your

8    testimony today?

9        **A.**    It could be a policy or procedure.

10   I'm just saying that I was unable to find that as a

11   policy or procedure.  And --

12       **Q.**    I'm not asking if you found it as a

13   policy or procedure.  I'm asking if you found such

14   a notification, which would be part of the policy

15   or procedure?

16       **A.**    Ma'am, that is not what -- part of

17   what I looked for in this case.  And I do not

18   believe it was part of the designated topics.

19       **Q.**    I'm not asking if that's part of what

20   you looked for or if you believe it's part of the

21   designated topics.

22             I'm asking did you see any such

23   notification regarding there being an HR director

24   and her contact information?

25       **A.**    Object to what I said, that's not

1    something that I looked for based on the designated

2    topics, the answer to your question is no.

3          **Q.**    Okay.  I'll object to that as

4    nonresponsive.

5                You stated earlier that --

6                MS. DELGADO:  Sorry Mr. Blummetti, did

7    you say -- I thought I heard something.  Was there

8    an --

9                MR. BLUMMETTI:  You objected as

10   nonresponsive.  I said, I believe that the record

11   speaks for itself, including Mr. Binnall's answers.

12               MS. DELGADO:  Oh, okay.  I couldn't

13   hear you.

14   BY MS. DELGADO:

15         **Q.**    I'm sorry, there's a note here I'm

16   trying to find.

17               Number 5, Mr. Binnall, wasn't in

18   general the organizational structure, it was for

19   reporting complaints or allegation for sexual

20   discrimination; correct?

21         **A.**    Correct -- yes.

22         **Q.**    Okay.  And I believe you gave me your

23   organizational structure in general of the

24   campaign.  So would you like me to ask it again?

25         **A.**    Well, so I think there might be some

1    confusion here about these -- the conjunction here.

2    I see the organizational structure of DTP, which

3    I'm taking that particularly is Donald Trump for

4    President, administration and chain of reporting.

5              So for the chain of -- so for the

6    administration, that's -- best I could answer was,

7    that hierarchy for the chain of reporting.  As far

8    as I've been able to determine, like I said, there

9    are no policies and procedures per se.  There was a

10   human resources director.  And I believe all such

11   complaints would go to the human resources

12   director, Lucia Castellano.  She was certainly

13   subject to the campaign manager and the chief

14   executive officer.

15        **Q.**   So the chain of reporting for a

16   complaint, your answer would be Lucia Castellano?

17        **A.**   Yes, ma'am.  And then where she --

18   certainly there was nothing prohibiting people from

19   going to another campaign official, but there was

20   no policy or procedure talking about going up the

21   ladder, if you will.

22        **Q.**   Sure.  So when we speak of a chain,

23   was her contact information disclosed or shared

24   with staff at any point?

25        **A.**   Sorry, go ahead.

1    **Q.**    I'm waiting.

2    **A.**    I do not know what question that would

3    be subject to, what particular topic that would be

4    questioned -- that would be subject to.  Can you

5    point me to it?

6    **Q.**    The chain of reporting, Mr. Binnall?

7    **A.**    Ma'am, I did not look for chain of

8    reporting as to know what her phone number was or

9    who her phone number was -- was distributed to by.

10   I do not have that information.

11   **Q.**    I don't believe I said phone number.

12   **A.**    I'm sorry.

13   **Q.**    I can re-ask it.

14   **A.**    Please do.

15   **Q.**    When you speak of, quote "the chain of

16   reporting" in Number 5, we speak of a chain, were

17   the staff members ever informed as to Lucia

18   Castellano's existence of being HR director?

19   **A.**    Oh.  Again, that's not a question that

20   I -- that I researched specifically, but it was not

21   something that was specifically designated.  So the

22   campaign does not have -- is not able to answer

23   that question.  And I have no personal knowledge.

24   **Q.**    Okay.  I'm objecting because it's not

25   really responsive, Mr. Binnall, what you

 1   researched.  You're here because you have taken a

 2   position of the campaign that you can speak to

 3   these issues.  So when you say, well, I didn't look

 4   into them, I'm going to object to that as

 5   nonresponsive.

 6             Let me ask again:  The chain of

 7   reporting, what -- when we speak of a chain, when

 8   were -- was the staff in what format notified that

 9   there is an HR director in that chain?

10             MR. BLUMMETTI:  Objection.  Asked and

11   answered.

12             THE WITNESS:  Ma'am, I believe as I

13   have already testified to, there is not a policy

14   and procedure that would require that.  And nor do

15   I have any information as to any whether such a

16   policy or procedure about notifying staff of that

17   chain -- chain of reporting happened.

18             There -- like I said, as far as what

19   I've testified to, there was no such policy or

20   procedure about giving the staff a chain of

21   reporting.

22   BY MS. DELGADO:

23        **Q.**   Okay.  So your answer is no?

24        **A.**   My answer is is that there was no

25   policy or procedure that required the -- the

1    disclosure of a chain of reporting.  And because

2    there wasn't such a policy or procedure, I did not

3    look into whether there was disclosure of a chain

4    of reporting to specific employees because it was

5    not a designated topic.

6         **Q.**    You're not going to answer whether

7    employees were informed as to Lucia Castellano?

8         **A.**    The reason that you don't like my

9    answer is because -- and I'm trying to be as

10   absolutely straight and clear as I possibly can be.

11   I can only answer questions that were designated,

12   information that was designated.  I looked as -- to

13   see whether there were policies and/or procedures.

14        Whether other actions were taken

15   outside of the policies and procedures in this case

16   that did not exist, is not something that was

17   designated.  And so it's not something that I

18   looked into.  For instance, was there a

19   communication sent out regarding what the chain of

20   reporting is for an HR issue.  I've told you what

21   the policies and procedures were and I've told you

22   what the administration was and who was in charge

23   of HR complaints.

24        **Q.**    Mr. Binnall, there's no reference to

25   policies and procedures in Question -- in Topic 5

1    which is what I'm asking you about.

2         **A.**    So for Question Number 5 -- Question

3    Number 5 does not include whether campaign staff

4    were given that information.

5              It was -- Question Number 5 says:  The

6    organizational structure of DTP's administration

7    and chain of reporting for complaints or

8    allegations of sexual discrimination as it existed

9    each year, 2016 to the present.

10             That's the information that I

11    researched and looked at and that's what I've

12    answered my question as to.

13        **Q.**    So your chain, your definition of

14    chain, begins at the receiving end; is that

15    correct?

16        **A.**    I'm not sure what you mean.

17        **Q.**    I'm going to strike all of that as

18    nonresponsive.  It's clear you don't want to answer

19    the question about -- which it falls under Number

20    2, Number 3, Number 4, and Number 5.  But we'll

21    move on because we're pressed for time, but I'll

22    just label all of that as nonresponsive to the

23    question posed repeatedly.

24             MR. BLUMMETTI:  I believe Mr. Binnall

25    answered the question repeatedly.

1           MS. DELGADO:  Sorry, Mr. Blummetti.

2     Go ahead.

3           MR. BLUMMETTI:  I would just like the

4     record to reflect that Mr. Binnall's testimony

5     speaks for itself and we believe that he's answered

6     the question.

7     BY MS. DELGADO:

8           Q.   Number 6, Mr. Binnall, is plaintiff's

9     employment and performance evaluations and any

10    deficiencies relating to the same or other forms of

11    other random evaluation.

12          Did I have any performance

13    evaluations?

14          A.   No, ma'am.  As far as I was able to

15    find there was no performance reviews.  There was a

16    complaint of harassment by Jessica Denson against

17    you.

18          Q.   And you stated that you've looked at

19    public filings including Ms. Denson; correct?

20          A.   Yes, ma'am.

21          Q.   So you're aware of the campaign's

22    position on Ms. Denson; correct?

23          A.   I'm aware of public reporting on it,

24    but I did not look in detail as to what the

25    campaign's position as to what Ms. Denson was and I

1    have no personal knowledge of it.

2         **Q.**    Number 7 is the process for reviewing

3    campaign staff and recommending current or former

4    staff for White House positions, including

5    identification of those individuals with the

6    decision-making authority in such matters and those

7    individuals made hiring decisions.

8              Did Steve Bannon recommend anyone for

9    a White House role?

10             MR. BLUMMETTI:  Objection to form.

11             THE WITNESS:  Ma'am, based on the

12   question designated, I did look not as to whether

13   specifically Steve Bannon recommended people for

14   positions.  What I was able to determine is that

15   there was no such procedure.  All staffing was

16   decided by the presidential transition and not the

17   campaign.  Presidential transitions are governed by

18   federal law.  The campaign has no independent

19   knowledge of the efforts of the official transition

20   committee.

21   BY MS. DELGADO:

22        **Q.**    Mr. Binnall, how do you know all

23   staffing was decided by the presidential

24   transition?

25        **A.**    Because that's what's required by

1    federal law.

2              **Q.**    That's -- okay.  That's your basis.

3    Okay.

4                   Were you aware that the campaign was

5    still paying half of our salaries during that

6    transition period?

7                   MR. BLUMMETTI:  Objection to form.

8                   THE WITNESS:  Can you point me to the

9    topic?

10   BY MS. DELGADO:

11             **Q.**    Okay.  Let me rephrase it.  Why was

12   the campaign paying half our salaries during the

13   transition period?

14             **A.**    Can you, please, point me to the topic

15   under which that question falls?

16             **Q.**    I believe it falls under 7.

17             **A.**    So I have -- based on Number 7, that's

18   not something that we definitely looked into.  I do

19   have knowledge that in many instances, although not

20   all, campaign staffers were paid, for instance,

21   till the end of the year.  And that was a campaign

22   individual by individual decision.

23                  But I have no information about -- my

24   information is that all transition activities were

25   handled by the official presidential transition.

1    **Q.**    What federal law is it that you

2    believe required the transition team solely to

3    recommend for The White House?

4        **A.**    I don't remember the name of the

5    statute.  I do know it was passed I think in the

6    mid 1960's and then revised in, I think, 2015.  And

7    that law has a structure, and that structure is --

8    and, by the way, I don't think this is -- I'm

9    speaking on my own personal capacity here -- I'm

10   not sure that this --

11       **Q.**    Don't, please don't.  Let me stop you

12   there then, please, don't because you're here as a

13   30(b)(6) witness.  So we shouldn't mix the two.

14       **A.**    I'll take that as an instruction not

15   to answer on my own personal knowledge.

16       **Q.**    No.  Of your -- the way you mentioned,

17   you, specifically, said, I'm going into my own

18   personal knowledge here as an attorney and you're

19   here as a 30(b)(6) witness on behalf of the

20   campaign --

21       **A.**    That's not exactly what I said.

22       **Q.**    Okay.  Go ahead.

23       **A.**    Yeah.  So what I can tell you is that

24   you asked for the process of reviewing campaign

25   staff -- process for reviewing campaign staff,

1    recommending current or former staff for White

2    House positions, including identification of those

3    individuals with decision-making authority in such

4    matters, and those individuals who made hiring

5    decisions.

6              And our response to that is that the

7    campaign had no position, there was no such

8    procedure.  All staffing was decided by the

9    presidential transition and not the campaign.  And

10   as I pointed out, presidential transitions are

11   governed by federal law.  Campaign has no

12   independent knowledge of the efforts of the

13   official transition.

14        Q.   I understand your answer is that it

15   didn't happen because it's contrary to federal law,

16   correct?

17        A.   My position is there was certainly no

18   such procedure.  And that -- yeah, as I said,

19   there's no such procedure.  All staffing was

20   decided by the presidential transition, not the

21   campaign.

22        Q.   So you have no documentation to

23   support that other than because it's against the

24   law?

25        A.   Well, I also did review documents and

1    that is what happened.  It was presidential

2    transition officials in my review of the relevant

3    documents that were making decisions.  And it

4    was -- it was the transition that was hiring people

5    for The White House.  There's a procedure for doing

6    that and that procedure was followed.

7           **Q.**    But how could you possibly review such

8    documents if you reviewed the campaign's documents?

9           **A.**    Because there were people that did use

10   campaign e-mail addresses.  And so those -- there

11   were documents with -- that had to do with the

12   presidential transition, and that that was -- that

13   that was very clearly being done.  In regards to

14   the transition, there was no action on behalf of

15   the campaign that was being conducted at that

16   point.

17          **Q.**    So you're aware, as you just said,

18   that campaign e-mails were still being used during

19   the transition period to conduct White House

20   discussions?

21          **A.**    Yes, ma'am.

22          **Q.**    Okay.  Fair enough.  That's in the

23   documents.  And you're aware that during the

24   transition period the campaign was paying in part

25   the salaries of the transition staff?

1           **A.**    As I've already testified to, I have

2     no knowledge on behalf of the campaign.

3           **Q.**    And did the campaign ever issue a

4     termination letter when the transition period

5     began?

6           **A.**    Under what topic are we?

7           **Q.**    I think it would fall under what you

8     just -- you opened the door to it really with what

9     you just said about the campaign not being involved

10    in transition issue.  So I asked of you --

11          **A.**    There's nothing designated that I'm

12    aware of about termination letters.  I did not look

13    for any.

14          **Q.**    You didn't see any?

15          **A.**    No, ma'am.

16          **Q.**    Okay.  Fair enough.  Did the

17    campaign -- did you ever see any notice for where

18    the campaign is informing its staff to stop using

19    the campaign e-mails immediately?

20          **A.**    Ma'am, that wasn't a designated topic

21    as far as I know so I didn't look for it.

22          **Q.**    Okay.  Again, just going off of what

23    you opened the door to.

24                Did the Trump campaign NDA remain in

25    effect during the transition period?

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1          **A.**    Ma'am, that was not a designated topic

2      and I did not look for it.

3          **Q.**    Okay.  In the lawsuits that you said

4      you reviewed, did you notice that the Trump

5      Campaign NDA was still in effect during this

6      transition period?

7          **A.**    Ma'am, it wasn't a designated topic.

8      I didn't look for it.  And I have no personal

9      knowledge on that.

10         **Q.**    You don't recall the lawsuit against

11     me for 1.5 million for allegedly breaching my Trump

12     Campaign NDA during the transition period?

13         **A.**    Ma'am, that wasn't a designated topic.

14     I didn't look for that and I don't have any

15     specific recollection of -- of that.

16         **Q.**    Sure.  And it isn't a topic.  I was

17     wondering based on your -- doing your reading of

18     these lawsuits that have been filed, including

19     mine.  But if your answer is you don't recall then

20     that's fine by me.

21         **A.**    I didn't see that, no.

22         **Q.**    Okay.  Would you agree -- and we're

23     still under Number 7 -- that campaign performance

24     was a big driver for obtaining a White House role?

25              MR. BLUMMETTI:  Object to form.

```
 1    BY MS. DELGADO:
 2            Q.    Is it to work on the drive -- let me
 3    ask -- okay.
 4            Would you -- was campaign performance
 5    a large factor in obtaining a White House job?
 6            A.    Ma'am, I have no ability to testify
 7    what the transition looked at as far as for what
 8    they -- what decisions they used in order to make
 9    personnel decisions for the White House.  That's
10    something you would have to ask the transition.
11            Q.    Why didn't the campaign wrap up?
12            MR. BLUMMETTI:  Object to the form.
13            THE WITNESS:  Yeah, ma'am, what topic
14            are we under here?
15    BY MS. DELGADO:
16            Q.    Still going to reviewing of campaign
17    staff and recommending former staff and White House
18    positions?
19            A.    Ma'am, I did not look into why the
20    campaign didn't wrap up as -- in researching that
21    topic.
22            Q.    We'll come back to 7.
23            Did you look into 8, my qualifications
24    for a position with the campaign?
25            MR. BLUMMETTI:  I object to the form.
```

1          You can obviously answer.

2     BY MS. DELGADO:

3          Q.    No, sorry, I didn't mean that to be

4     flippant.

5          A.    Ma'am, I have reviewed the plaintiff's

6     personnel file.  It did not contain a resume or a

7     CV, but I did look.

8          Q.    I have not seen this personnel file

9     that you're referring to.  So are -- are you saying

10    there is a personnel file of mine that you

11    reviewed?

12         A.    Ma'am, what I'm saying is I've seen

13    documents regarding your -- yeah, and

14    correspondence regarding your -- your employment.

15    It's not what I would probably generally call

16    personnel file, but I -- for instance, I've seen

17    records of the complaint against you.  I've seen

18    other e-mail correspondence regarding you.  I have

19    not seen and nor was able to locate a CV or a

20    resume.

21         Q.    Notwithstanding that you didn't have a

22    CV or a resume to review, did you conduct your own

23    research into my qualifications for a position even

24    via Google?

25         A.    You know, I didn't Google you.  I did

1     see a number of references to that you had a past

2     in politics and communication and -- and so that I

3     did see.  But I didn't see, you know, anything that

4     would need like a CV or a resume in order to answer

5     the question about, you know, whether you were --

6     your qualifications for your position with Donald

7     Trump for President.

8              Q.    So are you able to speak to Number 8?

9     I think you're telling me you're not.

10             A.    No, ma'am, I'm telling you what I

11    looked for and I didn't see any specific resume or

12    CV, which is what I would normally look at in order

13    to determine whether somebody is qualified for a

14    position.  I didn't see that.

15                   As I've told you, you were clearly

16    involved in politics.  I have -- there's nothing

17    that I have seen to say that you didn't have the

18    qualifications to be in your current position.  But

19    affirmatively being able to say that you were is

20    something that I would -- I would need information

21    that I wasn't able to find in our documents such as

22    a resume or CV.

23             Q.    Well, what about in the complaint,

24    which you stated you looked at which has a

25    biographical section, did you find anything there

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

```
 1     that would be a qualification?

 2              A.    I mean, I -- of course in the

 3     complaint in these allegations, and, you know, as

 4     to what you alleged in the biographical data, I

 5     have, again, no reason to question your

 6     qualifications for the position that you had.

 7              Q.    Okay.  Number 9 I assume you're going

 8     to have the same answer.  Let me ask it anyway.

 9     The qualifications of the plaintiff and all

10     campaign staff, et cetera, ultimately, did receive

11     White House positions, what were their

12     qualifications?

13                    MR. BLUMMETTI:  Object to form.

14                    THE WITNESS:  All staffing was decided

15              by the presidential transition and not the

16              campaign.  Presidential transitions are

17              governed by federal law.  The campaign has

18              no independent knowledge of the efforts of

19              the official transitions made.

20     BY MS. DELGADO:

21              Q.    So you did -- that's not what Number 9

22     is about thought, the qualification.  I presume you

23     know who went into the White House.  You worked on

24     the campaign.  The topic is about the

25     qualifications of those individuals.
```

1        A.    Ma'am, I have -- no, the campaign does

2    not have any independent knowledge of the

3    decision-making or the qualifications of people

4    that were hired by the transition to go into the

5    White House after the inauguration.

6        Q.    But you just said a lot of the

7    individuals were still using their campaign e-mails

8    and so you were able to read some of these e-mails

9    on the campaign servers, did you not?

10        A.    No, I definitely saw e-mails on it,

11    but as far as answering your question regarding the

12    qualifications to the plaintiff and campaign staff

13    or contract employees, that was -- you know,

14    qualifications to go into government service in the

15    White House was something that the transition

16    committee did.  You would have to ask them.

17        Q.    And again, your basis for the belief

18    that the transition committee did that, is federal

19    law; is that correct?

20        A.    There is very specific statutory

21    regime for how this is handled and it was handled

22    according to that statutory regime in this case.

23        Q.    How do you know it was handled

24    according to that statutory law?

25        A.    Because I did review documents both

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    publicly available documents showing that.  And the

2    correspondence I saw showed that as well that the

3    decisions that were being made were by -- for

4    personnel were by transition officials.  And so

5    there was a presidential transition from both

6    candidates, both major party candidates for the

7    presidency that goes back to the summer, and

8    actually before, of 2016 and that continues onto

9    the election and past the election up to the

10   inauguration.

11       Q.   When you say there are quote,

12   "publicly available documents including

13   correspondence showing the decisions were made by

14   transitions officers," would you be able to supply

15   what those documents and correspondence are that

16   you're referring to?

17       A.   Ma'am, I can certainly refer you to

18   the archive version of the transition that disclose

19   in some detail the way that the transition

20   occurred, but I was not asked, and have not been

21   asked for specific documents to produce.

22       Q.   Would you be able to subsequently

23   produce -- subsequent to today produce those?  Any

24   reason you wouldn't?

25            MR. BLUMMETTI:  Objection.  Asked and

1          answered.

2     BY MS. DELGADO:

3          Q.    No, I don't believe he has -- I don't

4     believe I had asked that.

5          A.    Ma'am, if -- I of course would comply

6     with any subpoena that was given to us on behalf of

7     the campaign.  I think we have complied with all

8     document requests.

9          Q.    When you say that decisions are made

10    by transition officials, how do you know they were

11    wearing their transition hat versus their campaign

12    hat?

13         A.    Because they were transition officials

14    acting on behalf of the transition.

15         Q.    How do you know they were acting on

16    behalf of the transition?

17         A.    Because staffing of federal government

18    positions in the White House or otherwise is a job

19    of the transition and so that's very clearly the

20    job that they had in the transition.  Those were

21    the duties that they were performing.

22         Q.    If we could look at the Number 11, the

23    current financial status of campaign.

24         A.    Yes, ma'am.

25         Q.    Could you speak to me about that

1    topic, please?

2          **A.**    Yes, ma'am.

3          **Q.**    Including the available assets, debts

4    and the winding up of the campaign financial

5    obligations?

6          **A.**    As of December 31st, 2023, the entity

7    formerly known as Donald J. Trump for President

8    Inc. has $518,249.18 in assets.  It has $17,142.43

9    in debt.  The name of the entity is now Make

10   America Great Again PAC as the former campaign

11   continues through its wind down.

12         **Q.**    I'm sorry, your last question as it

13   continues through what?

14         **A.**    Through it's wind down.

15         **Q.**    And when you say wind down, what do

16   you mean?

17         **A.**    I was responding -- you said winding

18   up the campaign financial obligations, and simply

19   talking about the campaigns going after they're

20   done continuing through a wind down process.  That

21   takes some time usually for a presidential

22   campaign.

23         **Q.**    And this is the MAGA, Make America

24   Great Again PAC entity, which you believe is what

25   the 2016n and the 2020 campaign became?

1            MR. BLUMMETTI:  Objection to form.

2            THE WITNESS:  Let me be very specific

3        because there are pacs that have similar

4        names.

5    BY MS. DELGADO:

6        Q.    Yes.

7        A.    This is the Make America Great Again

8    PAC.  Make America Great Again PAC is, you know,

9    has the same FEC identifier, for instance, and is

10   the same entity as the entity that was once Donald

11   J. Trump for President Inc.  Its -- and its

12   financials are all reported on the FEC website

13   publicly.

14       Q.    So it's your understanding of the 2016

15   and 2020 campaign became a PAC?

16       A.    It did become a PAC in the spring of

17   2021, or maybe still winter of 2020, but in 2021 it

18   became Make America Great Again PAC.

19       Q.    And what is that $17,000 debt?

20       A.    We can pull it up publicly.  I didn't

21   actually see what the debt was, but that's what

22   publicly recorded the $17,142.43 in debt.

23       Q.    When you speak of a campaign's

24   financial obligations, how does it pay for its

25   legal counsel?

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    **A.**    There are -- and I'm sorry, which

2    topic are we under for this question?

3    **Q.**    Number 11, campaigns financial

4    obligations.

5    **A.**    So the Question Number 11 looks

6    specifically as to current final status.  It

7    doesn't ask how particular payments are made.  And

8    so in answering Question Number 11 I did not look

9    into how payments were made.

10    **Q.**    I'm sorry, Mr. Binnall, but I do

11    believe it requires you to answer.  It's clearly

12    asked for the campaign's financial obligations,

13    obligations to vendors, attorneys currently working

14    for the campaign clearly falls under that.  So I'm

15    asking how does the campaign --

16    **A.**    Ma'am, I -- I might be wrong here.

17    The version I have says current financial status of

18    DTP including total available assets, debts and the

19    winding of the campaign's financial obligations.

20    Is that the question for Number 11?

21    **Q.**    Yep, that's it.

22    **A.**    Okay.  As to Question Number 11 I

23    looked to determine the status including the

24    assets, debts and the winding up.

25    **Q.**    Okay.  Same question?

1         **A.**    So same answer.

2                   MR. BLUMMETTI:  And objection to the

3            extent it falls outside the scope of

4            the notice filed.

5    BY MS. DELGADO:

6         **Q.**    So your answer, Mr. Binnall, is that

7    you have no -- you can't answer 11 because you

8    didn't look into that?

9         **A.**    That wasn't exactly my answer.  My

10   answer is as I previously said and the record

11   shows.

12        **Q.**    You what?

13        **A.**    My answer is as I previously said and

14   the record shows.

15                  MS. DELGADO:  Can the court reporter

16   repeat the answer?

17                  (Thereupon, the requested portion was

18   read back by the court reporter.)

19   BY MS. DELGADO:

20        **Q.**    Okay.  Mr. Binnall, if that's the

21   answer, perhaps I need to ask the question again.

22   It's not responsive.

23                  Are you able to answer regarding how

24   the campaign pays its current financial obligations

25   to its attorneys?

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                      102

```
1              MR. BLUMMETTI:  Objection to the
2         extent the question falls under the noticed
3         topic.  You can answer.
4              THE WITNESS:  As to Question Number 11
5         that is not something that I looked at in
6         preparing for today's deposition because
7         that was not within the topic designated.
8    BY MS. DELGADO:
9         Q.   We'll have to go to the judge on that
10   one.  Okay.
11             Okay.  Number 12, public statements
12   made by or on behalf of the Trump Campaign
13   concerning or regarding plaintiff.  Anything on
14   that?
15        A.   The campaign is not aware of any such
16   statements.
17        Q.   13, complaints or any concerns raised
18   by anyone regarding Boris Epshteyn or Omarosa
19   Manigault?
20        A.   The campaign is not aware of any such
21   specific complaints during the relevant time
22   period.
23        Q.   What is the relevant time period?
24        A.   The 2016 campaign, general election
25   campaign.
```

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    **Q.**    Why do you gather that that's the

2    relevant time period for 13?

3        **A.**    Because these individuals of course,

4    you know, are -- are discussed a lot and they are

5    included on a number of e-mails and so I was

6    limited as to how I kind of searched for that

7    topic, which was extremely broad.  And so I did my

8    best to go through the e-mails available to me to

9    see if there were any -- any such complaints and I

10    was not able to locate any.

11        **Q.**    You searched all e-mails available to

12    you in 2016 and 2020?

13        **A.**    Certainly not every -- I did not look

14    at every single e-mail from the 2016 and 2020

15    campaign, which would have probably taken

16    centuries.  I'm not exaggerating, it probably would

17    take centuries.

18            I did do my very best in order to see

19    if in that relevant time frame I could locate any

20    complaints about either Mr. Epshteyn or

21    Ms. Manigault and I did not find any.

22        **Q.**    Just to be clear, Mr. Binnall, I

23    didn't ask if you read every e-mail.  I agree with

24    you that would take centuries.  I said if you

25    searched every e-mail.

1      A.    Well, I -- I could not come up with a

2      way to -- that would -- or a search term on that

3      would sufficiently narrow that down.  Certainly

4      there's -- yeah, so for the search that I was able

5      to do, that was -- I was not able to locate any

6      such complaints or concerns.  Concerns is a very

7      broad word.

8            Q.    Go ahead.

9            A.    Yeah, I was not able to locate

10     anything that would show an answer to Number 13.

11           Q.    What was the keyword search that you

12     ran?

13           A.    Ma'am, I didn't keep a record of the

14     keyword searches that I ran, as I previously

15     disclosed to you.  But they're are a number of

16     e-mails that I went through in order to try to find

17     an answer to your questions.  I spent a decent

18     amount of time doing so, but I was not able to find

19     anything regarding that.

20           Q.    And even still for this topic you

21     didn't think to call or speak to or reach out to

22     the HR director?

23                MR. BLUMMETTI:  Objection to form.

24                THE WITNESS:  Ma'am, I did not believe

25           that was necessary in order to answer your

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

```
 1                      question.
 2       BY MS. DELGADO:
 3             Q.    I'll rephrase it.  In Number 13, given
 4       that you speak of the breadth of the number of
 5       e-mails and the difficulty, in your opinion, of the
 6       search, did you then at least for this topic
 7       consider reaching out to the HR director?
 8             A.    No, ma'am, I did not.
 9             Q.    Why not?
10             A.    Because as I previously disclosed, I
11       believe that the best way to look at the records
12       especially in the length of time, you know, it's
13       several presidential cycles ago, that the best way
14       to get an answer to that would be to go through
15       records and that is what I did.
16             Q.    But you found nothing, correct?
17             A.    Correct, I found nothing.
18             Q.    So at that point did you not think
19       perhaps I should go to the HR director and ask her?
20             A.    No, ma'am, I did not.
21                   MR. BLUMMETTI:  Objection to form.
22       BY MS. DELGADO:
23             Q.    Okay.  Number 14 is communications
24       about any potential or actual law firm employment,
25       et cetera, you can read it for yourself, to
```

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1   plaintiff from December 2016 onward, et cetera.

2           Can you speak to me about what you

3   found there?

4        A.   Yes.  The campaign was unable to

5   locate any such documents.  We did see that there

6   was a number of communication that some of which

7   was forwarded to us that included you, but there

8   was -- as far as anything about potential

9   employments or contracts during the 2020 election

10  cycle we found nothing.

11       Q.   And that was purely based on a search

12  you ran in the 2M database?

13       A.   And the search I had the vendor run as

14  well.

15       Q.   I'm sorry?

16       A.   And the search that I had the vendor

17  run as well.

18       Q.   Did you reach out to anyone about it?

19       A.   Only the vendor and -- yeah, only the

20  vendor.  Other than that I reviewed documents.

21       Q.   So if I were to tell you there was an

22  offer communicated to me to remain on the campaign

23  in the spring of 2017, that does not ring a bell to

24  you at all?

25       A.   I did not see that.

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    **Q.**    Did you speak to Jones Day given that

2    you were in this respect part of the campaign

3    regarding what they might have?

4    **A.**    No, ma'am, I did not speak to Jones

5    Day.

6    **Q.**    Why not?

7    **A.**    Because it was not necessary to

8    find -- to do the research to respond to the

9    questions that you designated in your 30(b)(6)

10    notice.

11    **Q.**    But you say you found nothing and you

12    also said earlier that Jones Day was essentially

13    put in charge once the campaign became aware of my

14    pregnancy.  So given that, did you think you should

15    reach out to Jones Day?

16    **A.**    Well, that's not exactly what I said.

17    However, no, just because they conducted the

18    internal investigation I did not believe it was

19    necessary to reach out to Jones Day in order to

20    discuss that investigation.

21    **Q.**    And you found -- go ahead.  I'm sorry.

22    **A.**    And I looked at the documents that the

23    campaign had.

24    **Q.**    Okay.  And you found nothing -- I

25    presume your answer covered nothing about a

1    potential employment offer for 2020; is that

2    correct?

3          **A.**    Correct.

4                MR. BLUMMETTI:  Objection to form.

5    BY MS. DELGADO:

6          **Q.**    Sorry?  Sorry?

7          **A.**    Correct, I was not able to find

8    anything regarding an offer of employment for the

9    2020 presidential election.

10          **Q.**    What about discussions of potential

11    employment?

12          **A.**    No, ma'am.

13          **Q.**    Did you speak to anyone from the 2020

14    leadership?

15          **A.**    No, ma'am.

16          **Q.**    For 15 do you have any knowledge of

17    communications that you can speak to here today

18    with Eric Trump?

19                MR. BLUMMETTI:  Objection to form.

20    BY MS. DELGADO:

21          **Q.**    I'm sorry, I'm thinking and reading at

22    the same time.  Let me rephrase.

23                For Number 15 communications with Eric

24    Trump about the plaintiff, does the campaign have

25    that?

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1      **A.**    The campaign is aware of no such

2   communications.

3      **Q.**    What about from campaign counsel to

4   Eric Trump?

5      **A.**    Well --

6         MR. BLUMMETTI:  Objection to form for

7         attorney-client privilege, but you can

8         answer if you can.

9         THE WITNESS:  Yeah, obviously I'm not

10        going to disclose anything that's

11        privileged.  That being said, I'm aware of

12        no unprivileged communications.

13        MS. DELGADO:  Sorry, the objection on

14        the basis of attorney-client privilege is

15        what exactly, Mr. Blummetti?

16        MR. BLUMMETTI:  Just to the extent it

17        calls for any information protected by the

18        attorney-client privilege for the reasons

19        that we discussed during Mr. Trump's

20        deposition.

21        MS. DELGADO:  Right.  And for the

22        record Mr. Trump was at the Trump

23        organization during that time.

24        Mr. Blummetti, your position is there

25        would be attorney-client privilege there

```
 1              because -- potentially because Mr. Trump,

 2              Eric, acted as an agent of the campaign?

 3                   MR. BLUMMETTI:  My objection is sort

 4              of hypothetical at this juncture.  I was

 5              just directing Mr. Binnall not to answer

 6              any questions that go to privilege.  I

 7              don't even know whether he saw any such

 8              documents.

 9    BY MS. DELGADO:

10         Q.    What about 16, Mr. Binnall?

11         A.    The campaign is aware of no such

12    communications.

13         Q.    When you say the campaign is not aware

14    of any, why is it you don't say the campaign didn't

15    have any communications?  It seems you're trying to

16    buildup offer there, Mr. Binnall.  Am I

17    misunderstanding your answer?

18         A.    No, it's simply because, you know,

19    I've told you that the due diligence that we did

20    try to find answers to your questions.  And by

21    doing that we were not able to find any such

22    communications.  And I wouldn't expect that we

23    would frankly find and, you know, the campaign

24    server in a period of late 2017, early 2018

25    employment and termination records regarding
```

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    America First Policies or America First Action PAC.

2    I think you would have to ask them.

3         **Q.**    Fair enough.  Going back to 15, you

4    didn't find any record of communications between

5    the campaign or campaign counsel with Eric Trump in

6    say October of 2017?  You found none at all in the

7    search to 2017 as well?

8              MR. BLUMMETTI:  Objection to the form.

9    BY MS. DELGADO:

10        **Q.**    Let me rephrase it.

11             Did you search 2017 the year as well?

12        **A.**    There were some e-mails from

13   specifically in early 2017.  That being said, and

14   again being very specific not to go into anything

15   that may or may not exist that would be

16   attorney-client privilege, I did not see any

17   communications with Eric Trump about you that would

18   have been using a campaign medium.

19        **Q.**    Did you speak to the campaign's

20   counsel at that time which was Larry Rosen?

21        **A.**    No, ma'am, I did not.

22        **Q.**    Why not?

23        **A.**    Ma'am, could I ask for just a brief --

24   I've got my op par calling me.  Could I ask for a

25   brief two or three-minutes recess.

1          **Q.**    Absolutely.

2          **A.**    Thank you.

3          **Q.**    Five minutes?

4          **A.**    Fine.

5                (Thereupon, a break was had from 12:49

6    to 12:53 p.m.)

7    BY MS. DELGADO:

8          **Q.**    So back on the record, I'm not even

9    sure if I said we were going off the record, but

10   nonetheless.

11               Okay.  So Number 17, Mr. Binnall, I'm

12   sorry, we were on 15.  I was asking you why you

13   hadn't reached out to Larry Rosen who was campaign

14   counsel at the time regarding whether there had

15   been any communications by him on behalf of the

16   campaign with Eric Trump?

17         **A.**    Because if there were any documents

18   regarding any such communications, and it

19   specifically of course didn't mention Mr. Rosen

20   specifically, those should be in the campaign

21   documents that I had access to, so I searched that

22   in order to answer your question.  And that, which

23   would have of course included all e-mails and

24   whatnot, showed that there was -- I was aware of no

25   such communications.

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                    113

1           **Q.**    Why would campaign counsel's e-mails

2     be on the campaign's server?

3           **A.**    I wouldn't expect that they would, but

4     for Question Number 15 communications, e-mail,

5     which parentheses, e-mails, text messages, letters,

6     memos and the like with Eric Trump about plaintiff,

7     it certainly didn't specify anyone specifically who

8     I would look at.

9                 So my due diligence in answering that

10    question was to look at the documents retained by

11    the campaign in order to determine if there were

12    any such communications and I was unable to find

13    any.

14          **Q.**    It didn't occur to you that an

15    attorney might have been the one conducting the

16    communications?

17          **A.**    Ma'am, I could have of course thought

18    of a hundred different hypotheticals, but using my

19    best efforts and best resources in order to answer

20    that question, I made it so I looked at the

21    documents that the campaign had.

22          **Q.**    So Number 15 you can only speak to it

23    today on the basis of the campaign documents on the

24    server, correct?

25          **A.**    And -- yeah, the individuals that, you

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    know, that I spoke with.  And I was unable using my

2    best efforts to locate any such communications.

3         Q.    When you say the individuals that you

4    spoke with, that would be Mr. Blummetti and the 2M

5    vendor?

6         A.    Correct.

7         Q.    Wouldn't Mr. Blummetti had told you we

8    have something in that regard since it was his

9    firm?

10         MR. BLUMMETTI:  Objection to form.

11    BY MS. DELGADO:

12         Q.    Let me rephrase that.

13         A.    Yeah, ma'am, without going --

14         Q.    I'll rephrase it.  Thank you.

15              You say you spoke to Mr. Blummetti

16    about 15?

17         A.    Yes.

18         Q.    Did Mr. Blummetti tell you that there

19    were communications from his firm to Eric Trump

20    about me?

21         A.    I wouldn't expect that he would have

22    disclosed any -- any -- I think it would have been

23    protected by attorney-client privilege or work

24    product, but no, no such communications were

25    disclosed.

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024                                    115

1              **Q.**    And you're aware as an attorney

2       yourself that the privilege issue in your 30(b)(6)

3       witness you're treated as the campaign itself,

4       correct?

5              **A.**    Yes, ma'am.

6              **Q.**    Okay.   Number 17, Mr. Binnall, can you

7       speak to me about the funding of legal fees, which

8       I guess brings us back to what we were arguing

9       about earlier?

10             **A.**    Here's what I was able to do because I

11      was unable to, for instance, locate how much was

12      spent by a particular firm on a particular matter.

13      So what I did is I looked in the publicly available

14      FEC reporting to determine how much money had been

15      paid to Mr. Blummetti's firm over the past number

16      of years.   And that amount for calendar year 2023

17      was $155,522.01.

18             **Q.**    Sorry, Mr. Binnall, you cut out.   I

19      hate to interrupt you.   I just wanted to let you

20      know you cut out.   From what year?

21             **A.**    That was 2023.

22             **Q.**    2023 was how much?

23             **A.**    $155,522.01.

24             **Q.**    Okay.

25             **A.**    For the years 2021 until 2022, so a

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024
116

1    two-year period, it was $1,340,083.19.  And for I

2    believe the years 2019 and 2021 it was 1,340,083 --

3    you know what, I apologize.  I misspoke.

4           Q.    Okay.

5           A.    Let me go back.  For the years 2021 to

6    2022, it was $614,894.16.

7                 And then for the period of 2019 and

8    2021 it was $1,343,083.18.

9                 And again, I don't know what matters

10   those were for, but that's the amount that was paid

11   to Mr. Blummetti's firm during that period which is

12   the best way I could find out to answer your

13   question.

14          Q.    Why does it start at 2019?

15          A.    I mean, I'd be happy to go back

16   further if you would like and, you know, perhaps --

17   I mean, that is all publicly available, very easily

18   publicly available information.  But we can pull up

19   that if you'd like and we can go back to -- tell me

20   when you want to start, we can do that.

21          Q.    Yes, I'd like to go back.  We

22   definitely will.  But I will note when you say I

23   don't know what these are for, what cases these are

24   for, you were specifically asked.  I can find this

25   myself, this information you just gave me.  This is

1    public as you just said.

2                    The topic was about for those cases in

3    which plaintiff is a party.

4         A.    Correct, and that -- and this was as

5    much as having the information available to me.

6    This is as much as I was able to narrow it down.

7         Q.    Again, Mr. Binnall, you're not a

8    member of the public.  You're here as the campaign.

9    I'm asking the campaign --

10        A.    Correct.

11        Q.    -- right now how much have you paid in

12   legal fees and costs for matters involving me?

13        A.    As far as the records of the campaign

14   has, that is the extent of the information.

15        Q.    So you're telling me the campaign

16   doesn't have records that show we were billed from

17   Jared Lummeti and Larry Rosen -- and/or Larry

18   Rosen's firm a few years ago X amount for the A.J.

19   Delgado matter this month?  You're telling me the

20   campaign gets a blind bill?

21        A.    Not that I was able to find.  And so

22   that's -- so the information that I have is what I

23   disclosed to you.  And that was the information

24   that after looking that I was able to find.

25        Q.    So you weren't able to answer for 17,

1    correct?

2            **A.**    I was able to answer to the only

3    extent that I did answer.

4            **Q.**    Mr. Binnall, were you able to answer

5    Number 17, which is the legal fees or costs in

6    which plaintiff is a party?

7            **A.**    I was only able to answer as to the

8    amount paid to Mr. Blummetti's firm in that

9    relevant time frame.

10           **Q.**    So is that a no?

11               MR. BLUMMETTI:  Objection to form.

12               THE WITNESS:  I was able to answer the

13           way that I did answer.  I don't know how

14           else to answer your question.

15   BY MS. DELGADO:

16           **Q.**    Are you able to tell me what was spent

17   on my case in particular?

18           **A.**    No, ma'am, I'm not available to.

19           **Q.**    Okay.  Fair enough.  Thank you.

20               What other cases -- how many other

21   cases does Mr. Blummetti's firm handle for the

22   campaign?

23           **A.**    I don't know.  That wasn't a

24   designated topic so I didn't look at that.

25           **Q.**    Sure.  Fair enough.  It's not.  I'm

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

```
 1    trying to find the answer I need which was a
 2    designated topic by process of elimination, but if
 3    we could go back and you said you could go back
 4    past 2019.  Certainly I do want to go back to 2016.
 5    So could you provide me the numbers for 2016
 6    through 2018?
 7         A.   Can I make a suggestion?
 8         Q.   Sure.
 9         A.   Can I make a suggestion that we get
10    through everything else and then we take a break
11    and I'll pull up the website and I'll give you the
12    answer to that.
13         Q.   Perfect.  I appreciate the efficiency.
14         A.   Yep.
15         Q.   And we still have that one exhibit to
16    go back to at the end.  Okay.
17              So Number 18 -- oh, I'm sorry going
18    back to Number 17, Mr. Binnall, who paid me, the
19    campaign, the MAGA entity you just mentioned
20    earlier, who paid these bills, these amounts?
21         A.   So of course the name of the entity
22    has changed once over time, but these were all paid
23    by Make America Great Again Inc.  I'm sorry, no,
24    no, that's wrong.  These were all paid by Make
25    America Great Again PAC.
```

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1     **Q.**    Okay.  Have any fees or costs for --

2     and I'm sticking to 17 -- for my case come out of

3     any other PAC or entity?

4           **A.**    Not that I'm aware of.

5           **Q.**    Does the Save America PAC ring a bell?

6     Have they perhaps paid anything in my case that

7     you're aware of?

8                MR. BLUMMETTI:  Objection to the form.

9     BY MS. DELGADO:

10          **Q.**    Has the Save America PAC paid any

11    legal fees or costs in my case?

12          **A.**    So I'm not designated on the behalf of

13    Save American.  You would have to ask them.  I'm

14    aware of what was paid out of the entity that I am

15    here to answer on behalf of.

16                And yeah, anything as to Save America

17    you can ask them or you could look at the FEC

18    reporting.

19          **Q.**    No, but Mr. Binnall, you're here on

20    behalf of the campaign because the --

21          **A.**    Correct.

22          **Q.**    -- campaign is the defendant.

23          **A.**    Correct.

24          **Q.**    And I'm asking did anyone else pick up

25    or pay or contribute to any legal fees or costs in

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    the case of which your entity is a defendant.  I

2    fully realize you don't speak up to Save America.

3           **A.**    Right.  And so if Save America paid

4    directly any of the legal fees, that's not

5    something that I have seen.  But I wasn't able to

6    locate the payments that came out of Make America

7    Great Again Inc. -- I'm sorry, Make America Great

8    Again PAC, which -- or its predecessor name Donald

9    J. Trump for President Inc.  Save America

10   disbursements are publicly available.

11          **Q.**    Has the campaign paid for any -- let

12   me rephrase that.

13          Has the campaign funded or contributed

14   even indirectly or directly for any legal fees or

15   costs regarding the Family Law Action in which I am

16   a respondent in Florida?

17          **A.**    So I am -- I do not believe so.  I

18   have not seen any payments for that action.  And in

19   frankness, I did not know to look for that exact

20   action and I am very happy if you give me the name

21   of the law firms involved to see if there are any

22   disbursements to those law firms.

23          **Q.**    Sure.  They would -- I can -- if you

24   want to jot them down.

25          **A.**    Yes, ma'am.  Go ahead.

1    **Q.**    It's Sandy Fox, PA?

2    **A.**    I'm sorry, what?

3    **Q.**    Sandy Fox, PA.

4    **A.**    Sandy Fox, PA.

5    **Q.**    Yes.  Or it would be potentially also

6    to payments directly to Jason Miller that you find

7    that are outside of the compensation structure.

8    And I doubt this was done plainly so I'll save you

9    some time, but it's unlikely you'll find anything

10   because it's always done in plain sight.  But if

11   you'd like to take a look I would appreciate that.

12   **A.**    I'll take a look.  I'm sure there will

13   be payments to Jason Miller.  It's not -- if

14   there's anything that is for reimbursement of legal

15   fees or something to Jason Miller, I won't publicly

16   disclose that.

17   **Q.**    Okay.  Number 20 I believe I don't

18   want to delay --

19   **A.**    Is there a 20?

20   **Q.**    I'm sorry, Number 18 I believe your

21   position is that you have no answer on that so I

22   won't waste our time making you repeat your earlier

23   answer.

24          If you want to take that break now --

25   well, just to be clear, you did not search the --

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    the 2020 campaign you did not search that for the

2    HR complaints, correct?

3          **A.**    I did not.

4          **Q.**    And your reason for that was?

5          **A.**    I think as I already discussed and

6    I'll rely on my previous answer for that.

7          **Q.**    And I'm sorry, you answered it

8    previously, but I'm afraid if I would ask the court

9    reporter, it's going back so far.  Would you mind

10   answering again?  I won't hold you to it if it's

11   inconsistent with your prior answer.

12              MR. BLUMMETTI:  Objection.

13              THE WITNESS:  There's voluminous

14              heavily, heavily voluminous documents and

15              so I used my best efforts in order to

16              narrow down the topics under the relevant

17              time period in order to do my search, in

18              order to do a reasonable search.  Not

19              something where I, you know, I

20              theoretically could look at every single

21              e-mail, although as we've discussed that

22              would literally take centuries.

23              And so doing a reasonable search I

24              limited it to the time period, a broad time

25              period that was relevant to this case.

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

```
 1     BY MS. DELGADO:

 2          Q.    But it wouldn't have taken centuries

 3     to speak to the HR director, right, maybe

 4     30 minutes?

 5               MR. BLUMMETTI:  Objection to form.

 6               THE WITNESS:  I think I've already

 7          answered that.

 8     BY MS. DELGADO:

 9          Q.    Do you know there were complaints

10     against Jason Miller in 2020?  Is that why you

11     didn't conduct the search?

12               MR. BLUMMETTI:  Objection to form.

13               THE WITNESS:  I have no personal

14          knowledge of that.

15     BY MS. DELGADO:

16          Q.    Have you heard anything?

17          A.    As I just said, I have no personal

18     knowledge of that.

19          Q.    Isn't it true that it wouldn't have

20     taken long to limit your search to Jason Miller

21     complaints in 2020?

22               MR. BLUMMETTI:  Objection to form.

23     BY MS. DELGADO:

24          Q.    Let me rephrase it.

25               Would it have been highly
```

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    time-consuming to at least run a search of

2    complaints against Jason Miller in the 2020

3    campaign?

4         A.    Ma'am, I don't know how long it would

5    have taken to do it.  I know for the questions that

6    were designated if I would have done it over the

7    entire existence of Donald J. Trump for President,

8    Inc. and it's Make America Great Again PAC that

9    would have been an extremely onerous task.  And so

10   I did a reasonable search and I limited it to the

11   time frame at issue, the 2016 general election

12   cycle.

13        Q.    And to be clear, the request, the

14   topic that you were asked to speak on did not limit

15   it to the 2016 election cycle, correct?

16        A.    I don't know how else to answer your

17   question other than what I've already answered it

18   to on that.

19        Q.    No, I just mean the literal request,

20   did it say limited to 2016 election?

21        A.    The original request was

22   extraordinarily broad and there's no way that I

23   reasonably could have done that in the time frame

24   to prepare for a deposition that it also wasn't,

25   you know, unduly burdensome.

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024
126

```
1              So I tried to give you the best
2    answers that I could by doing a thorough search in
3    a reasonable manner that wouldn't have been unduly
4    burdensome and at the same time having prepared
5    time for this deposition.
6         Q.    It's your testimony that Number 4
7    which asked for any all claims of sexual harassment
8    or for unlawful discrimination or for pregnant
9    discrimination in the Trump Campaign is
10   extraordinarily broad?
11             MR. BLUMMETTI:  I object to the
12             question to the extent it pertains to any
13             campaign other than the 2020 campaign as to
14             relevance.
15             MS. DELGADO:  It's not irrelevant, Mr.
16             Blummetti.  It's the same actors.  In fact,
17             it's the same individual who impregnated
18             me, my supervisor, was once again hired and
19             placed in a supervisory role in the 2020
20             campaign.  I don't think anyone would
21             consider that irrelevant.  In fact, it'd be
22             the first place I would look.  So just
23             explaining why I find it highly relevant.
24   BY MS. DELGADO:
25         Q.    So this question remains, Mr. Binnall,
```

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    do you consider asking that you speak to claims of

2    discrimination or sexual harassment in the 2016 and

3    2020 cycle, should have included 2024, but even if

4    you -- you limited it to 2016 and 2020, you

5    consider that as an extraordinarily broad, your

6    words, request?

7              A.    So let me unpack that question a

8    little bit.

9              Regarding 2016 and 2020, it was --

10   this was unbound by time.  And that in the question

11   for an entity that over two presidential campaign

12   titles employed a large number of people.  And so,

13   yes, it would have been extremely burdensome so

14   look at the entirety there.

15             And so what I did -- and as far as

16   2024 goes, unpacking that part of the question,

17   that's not this entity.  And so it's not something

18   that I have access to.  And so you would have to

19   ask that entity anything about what's going on in

20   the 2024 election.

21             And so, yes, I took and used my best

22   efforts to get you answers to your questions using

23   a -- using reasonable efforts by -- by looking at

24   the relevant time frame, which was the general

25   election campaign in 2016.

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    BY MS. DELGADO:

2        **Q.**    You also said it was quote, "unduly

3    burdensome" end quote, the request.  Isn't it true

4    that it wouldn't be unduly burdensome to simply

5    call the HR director for 2016 and the HR director

6    for 2020, assuming they were even different

7    individuals?

8            MR. BLUMMETTI:  Objection to the form.

9            THE WITNESS:  I don't know.  You'd

10           have to take that up with somebody that

11           they could give you a legal answer.  I'm

12           just --

13   BY MS. DELGADO:

14       **Q.**    You called it unduly burdensome.  Why

15   do you consider it unduly burdensome, the request,

16   when a reasonable person --

17       **A.**    The request was not for me to call any

18   individual person.  What I testified to is, to give

19   you the answer to your question, I did not believe

20   that I needed to call those individuals.  I believe

21   I had access to a voluminous document repository

22   and other publicly available records and other

23   records that are directly involved in this

24   litigation.  That's what I looked at.

25       **Q.**    But Mr. Binnall, you just testified

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

```
 1    that the reason you're not able to give me an

 2    answer about 2020 here today, which is one of main

 3    reasons you're here and one of the top things I

 4    needed to get information on, is because there are

 5    too many e-mails from 2020 and it's too voluminous.

 6              So I asked you isn't an easy obvious

 7    alternative, which takes ten minutes to call or

 8    contact the HR director and ask them, hey, what

 9    were the complaints you heard of or recall from

10    2020?

11              MR. BLUMMETTI:  Object to form.

12              THE WITNESS:  I did not do that nor

13         did I believe it was necessary or

14         productive to do that in the -- or that --

15         I'm sorry, let me restate that.

16              I didn't believe that was a

17         reasonable -- reasonably necessary thing to

18         do in order to answer your questions and I

19         did that as fairly as I could.

20    BY MS. DELGADO:

21         Q.   But you're not asking the topic; is

22    that right?  You --

23         A.   I am.  I just put a -- out of

24    necessity limited to a reasonable time frame.  I

25    think I've been very clear about what I did.  I
```

1    don't know how else to answer these questions that

2    you're getting at because I think I've -- we're

3    going to keep going round and round for the same

4    thing, which is this is what I did and I explained

5    to you the exact reasons why I did it that way.  I

6    don't really have anything else to say on this.

7            **Q.**    Number 4 was not answered, which you

8    were brought here to answer for on behalf of the

9    campaign speaking as the campaign because 2020 you

10   said was too voluminous to search for.  And you've

11   stated that you therefore have no answer for me at

12   all about any complaint of any kind made in 2020;

13   is that correct?

14           **A.**    I do not have any information for you

15   regarding personnel matters of 2020.

16           **Q.**    And Jason Miller was in a supervisory

17   position again in the 2020 campaign effort, was he

18   not?

19               MR. BLUMMETTI:  Object to the form.

20               THE FOREMAN:  You know, I wasn't

21               designated to look into what his position

22               was in 2020 so I don't have any official

23               answer as to whether it was supervisory or

24               not.  From my personal recollection, my

25               personal recollection is that he was.

```
 1     BY MS. DELGADO:

 2           Q.    Who would know, Mr. Binnall, if not

 3     you, not in this 30(b)(6), Lucia -- was Lucia --

 4     did you even ask who the HR director was in 2020?

 5           A.    That was -- no, I did not ask who the

 6     HR director was in 2020.

 7           Q.    You're the campaign here today.  I'm

 8     asking --

 9           A.    Right.  No, I did not ask that

10     question.

11           Q.    Okay.  Who -- if you -- regardless of

12     whether you asked it or didn't ask it, who was the

13     HR director in 2020?

14           A.    I have no personal recollection.

15           Q.    But I'm asking the campaign, you're

16     the campaign, who was it?  I don't know about your

17     recollection, you don't know, you can't tell me

18     here today who the campaign's HR director was in

19     2020?

20           A.    Ma'am, I don't have that -- I don't

21     have that information, no, on behalf of the

22     campaign or personal.

23           Q.    Was there an HR director in the 2020

24     campaign election effort?

25           A.    As I have stated, I limited my review
```

1    of those the way that I had previously testified so

2    I did not look into that matter.  It needed to be

3    bound by time.  And in order to do a reasonable

4    search and so I did not look at that.

5          **Q.**   Did you ask whether there was an HR

6    director in 2020?

7          **A.**   Ma'am, I think I've already answered

8    that question.

9          **Q.**   It's a different question.  I asked if

10   you had inquired whether there was?

11         **A.**   Are you saying inquired and asked are

12   different?

13         **Q.**   Did you inquire from Mr. Blummetti or

14   anyone in preparation for this deposition whether

15   there was an HR director --

16         **A.**   I've already answered that question,

17   ma'am.

18         **Q.**   I don't believe I asked you that

19   already.

20         **A.**   I already answered that question.  You

21   can rely on the record for that.

22         **Q.**   I've asked you whether you inquired if

23   there was an HR director?

24               MS. DELGADO:  Can the court reporter

25   read back the question if I did?

```
 1                    THE WITNESS:  Ma'am, I'll just -- I'll
 2      save the time.  No, I did not.  For 2020 I did not.
 3      BY MS. DELGADO:
 4              Q.    Okay.  Mr. Binnall, were you told not
 5      to look into the 2020 complaints?
 6              A.    No, ma'am.
 7              Q.    Was it suggested to you that you leave
 8      2020 complaints alone?
 9              A.    No, ma'am.
10              Q.    Okay.
11              A.    Ma'am, it's simply a matter of the
12      question --
13              Q.    That answered my question.
14              A.    Okay.
15              Q.    Okay.  Let's go over that elusive
16      exhibit.  Let's try again.  I'm going to see if I
17      convert it to a PDF if it works better for you in
18      the chart or -- I'm not even sure if --
19                    MS. DELGADO:  I do have to show it on
20      the screen, do I Ms. Boyd?  Am I allowed to e-mail
21      it to the court reporter and to Mr. Binnall?
22                    (Thereupon, a break was taken from
23      1:22 p.m. to 1:30 p.m.)
24      BY MS. DELGADO:
25              Q.    Okay.  Back on the record.
```

1            A.    So for the period including the years

2       2015 and 2016 the Larroco Law Firm was paid

3       $80,999.76 by Donald J. Trump for President, Inc.

4                  And in the 2017/2018 time period that

5       firm was paid $404,774.48.

6            Q.    Okay.  And you pulled this just from

7       the FEC disclosures?

8            A.    Correct.

9            Q.    Okay.  So that's publicly available

10      information, correct?

11           A.    Yes, ma'am.

12           Q.    Okay.  So, again, you were not able

13      to -- you're not able to speak to what was paid for

14      my case or cases in which I am a party as listed in

15      Topic 17, correct?

16           A.    Correct.

17           Q.    Okay.  Would you be able to obtain

18      that information?

19           A.    Ma'am, I've told you that the ways

20      that I would have went about trying to find out

21      that information and this was the only information

22      I was able to find.

23           Q.    But Mr. Blummetti's the person who

24      prepared you for this 30(b)(6) appearance, correct?

25           A.    He was -- yeah, he was one of the

1    sources that I went to for information.

2            **Q.**    Right.  And it's Mr. Blummetti's firm

3    so how is it you just can't ask Mr. Blummetti to

4    educate on what Mr. Blummetti's firm has been paid

5    for my case, which is --

6            **A.**    Miscommunication as my firm, but go

7    ahead.

8            I'm not -- I'm not sure what records

9    here he does not have on that, but this was the

10   best way that I could think of to get you answers

11   to your question.

12           **Q.**    Did you ask him how much have you

13   received for, and I'm quoting, "any action in any

14   state in which plaintiff is a party"?

15           **A.**    What I can say is without remembering

16   exact phrasing of our conversation, what I can tell

17   you that is that we discussed the best way to get

18   you an answer to that question and this is the best

19   that I could come up with.

20           **Q.**    It's Mr. Blummetti's firm --

21           MR. BLUMMETTI:  Objection to form.

22   BY MS. DELGADO:

23           **Q.**    Okay.

24           **A.**    The firm name is -- what called the

25   records the firm name, it's not my firm.

1        **Q.**    Correct.  He is a partner.  So you're

2    saying that Mr. Blummetti had no way that -- that

3    you inquired or asked but Mr. Blummetti had to way

4    to tell you what he has been paid for his work on

5    my case?

6        **A.**    No, ma'am, that's not what I said.

7        **Q.**    Okay.  Could you, please, clarify if I

8    misunderstood?

9        **A.**    Ma'am, I said that we discussed the

10   answer to this question and the best way to try to

11   get you an answer and the way that I came up with

12   is to look at the filings as to how much was paid

13   to his firm and that's what we did.

14       **Q.**    But Mr. Binnall, you say you discussed

15   the best way to get me an answer to Topic 17.

16   Clearly you're a smart man, you know full well that

17   the public disclosures are not going to give me an

18   answer to 17.  The public disclosures just tell me

19   how much Mr. Blummetti or the firm that we're

20   speaking of has been paid in total.  It could be

21   for 20 cases, it could be for just my case.  You

22   are aware of that, weren't you?

23       **A.**    Ma'am, that was a long question and

24   I'm not exactly sure what you're asking.

25       **Q.**    Let me break it down.

```
 1                    You said that you discussed what was

 2          the best way to get me an answer to Topic 17.  So

 3          your testimony is that the best way that you could

 4          find to get Topic 17 was to just cite the FEC

 5          disclosures of what Mr. Blummetti has been paid in

 6          total?

 7                    A.    Yes, ma'am.

 8                    Q.    Is that correct?

 9                    A.    Yes, ma'am.

10                    Q.    Okay.  I'm going to object to that.  I

11          probably need another 30(b)(6) just for the record,

12          as well as on the question of sexual harassment and

13          pregnant discrimination and other types of

14          discrimination complaints not being answered for

15          the 2020 election effort.

16                    Let's try to wrap up then with -- I

17          think the only exhibit I'm going to use --

18                    MS. DELGADO:  Court reporter, I'm

19          going to mark this Exhibit 1.

20                    (Plaintiff's Exhibit No. 1,

21              Spreadsheet, was marked for

22              Identification.)

23          BY MS. DELGADO:

24                    Q.    And Mr. Binnall, have you had a chance

25          to review what I sent you via e-mail, which was a
```

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    copy has also been to Mr. Blummetti and to Ms.

2    Boyd, the court reporter.  Are you able to open

3    that, sir?

4              **A.**    Ma'am, I did not get that e-mail.

5              **Q.**    Oh, okay.  Let's see.

6              MS. DELGADO:  Ms. Boyd, did you

7    receive it?  Or Mr. Blummetti?

8              THE WITNESS:  Oh, wait.  I've got it.

9              I got it.

10             MS. DELGADO:  Maybe check your spam

11             folder, Mr. Binnall.

12             THE WITNESS:  Yeah, I found it.  Yes,

13             ma'am, I've been able to review it.

14   BY MS. DELGADO:

15             **Q.**    Okay.  Thank you.

16             This is a spreadsheet reflecting the

17   payments and I'd like for you to tell me if

18   anything -- and feel free of course to take your

19   time in reviewing it -- but please tell me if any

20   of this is incorrect.  This spreadsheet in general

21   totals I believe a little over 4 million in

22   payments made to Binnall Law Group or Harvey &

23   Binnall from either the Trump Campaign or a Trump

24   affiliated PAC such as Make America Great Again PAC

25   or Save America PAC.  If you want to take a look

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

1    and let me know if that looks accurate to you.

2          A.    Ma'am, there's nothing in here that

3    looks inaccurate to me.  As a matter of fact, this

4    looks to me to be pulled directly off of the FEC's

5    websites.

6          Q.    Okay.

7          A.    And it's not something that I can

8    recreate because of course this doesn't go directly

9    to invoices, but there is no reason that I would

10   have to question anything.  Only to say that I know

11   at least one of these, and I'm sure a number of

12   these is not for legal fees, it's for expenses.

13          So for instance, the payment on

14   2/14/2023 was not for legal fees, that was for

15   expenses.  And there are a number of those other

16   payments, a number of those include expenses rather

17   than legal fees.

18          Q.    Okay.  But in the disclosures they

19   were described as legal consulting.

20          A.    Correct.

21          Q.    So it's fair enough if -- I'm not

22   saying there's anything wrong with the description

23   as legal consult that includes cost.

24          A.    Yeah, that's right.

25          Q.    So -- okay.  And so it's roughly about

1    4 million since 2020; is that accurate?

2            **A.**    The document speaks for itself, ma'am.

3            **Q.**    Okay.  And do you intend to continue

4    doing work for the Donald J. Trump legal needs for

5    Donald J. Trump Junior's legal needs and/or the

6    campaign's legal needs or former administration

7    officials' legal needs going forward?

8            **A.**    Ma'am, I'm an attorney.  I only serve

9    those people as long as I'm hired to do so.  And as

10   of right now I'm engaged.  I can't tell you how

11   long those engagements are going to last.

12           **Q.**    Fair enough.  Fair enough.

13           **A.**    Yep.

14           **Q.**    But would you -- you intend to

15   consider doing work for individuals in the Trump

16   orbit?

17           **A.**    I have -- yeah, I have absolutely no

18   objection to continuing to serve the clients who I

19   currently serve.

20           **Q.**    And I don't mean this to sound

21   disrespectful in any way, but would you say it

22   would be accurate to describe that working within

23   the Trump orbit and representing them has been

24   lucrative for your firm and for you?

25                 MR. BLUMMETTI:  Object to the form.

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

```
 1                  THE WITNESS:  I mean, it's -- yeah, I
 2          don't think you'd probably dispute that --
 3          that they are a client that has paid me a
 4          good deal of money over the past number of
 5          years.
 6   BY MS. DELGADO:
 7          Q.    Fair enough.  Okay.  I don't really
 8   have anything else, but to the extent Mr. Blummetti
 9   has any questions for his own 30(b)(6) witness, I
10   doubt it, but I think that's about it.  Let me just
11   double-check that I covered every topic.  I believe
12   we did.  And sorry if you could hear my dog.  I
13   apologize.
14          A.    No problem.  That's a good sound.
15          Q.    One last thing, Mr. Binnall, you
16   mentioned at the very beginning documents you
17   reviewed of which were e-mails, records produced in
18   discovery, pleadings and depositions and the
19   personnel file.  You later clarified that it wasn't
20   a personnel file in the traditional --
21          A.    That -- that may have been -- that's
22   as much as you can kind of put together, cobble
23   together a personnel file is what I looked at.
24          Q.    Okay.  And when you say what --
25   cobbled together, what was in that if you recall?
```

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

142

1    I'm just trying to make sure I have everything.

2          A.    I'm talking about largely e-mails

3    and -- yeah, largely e-mails.

4          Q.    Were you given something that was even

5    if nontraditional described as an A.J. or Arlene

6    Delgado quote unquote "personnel file"?

7          A.    Not that I saw, no.

8          Q.    Okay.  And what did you review that

9    you considered to be part of an even informal

10   cobbled together personnel file?

11         A.    E-mail communications regarding you

12   and including you.

13         Q.    Just e-mails?  Was it just e-mails?

14         A.    I'm trying to think.  From my memory

15   it's -- it was all e-mails.  I looked at a good

16   number of things here in the recent past, but yeah,

17   I'm -- it's everything that -- every document that

18   I can recall is e-mails.

19         Q.    Okay.  And I gather those were also in

20   the records produced in discovery that you say you

21   reviewed?

22         A.    Yes, ma'am.

23         Q.    Or -- there was nothing you reviewed

24   that you considered part of what you described as a

25   personnel file that was withheld from discovery to

1      your knowledge?

2              **A.**    Not to my knowledge.

3              **Q.**    Or labeled in any -- okay.

4              **A.**    Not to my knowledge.

5              **Q.**    I don't think I have anything else.

6      No, I think that's it.  I think that's it.

7                      Okay.  Well, thank you, Mr. Binnall.

8      I appreciate your time and it was nice to --

9                      MR. BLUMMETTI:  Read.

10                     (Thereupon, the deposition concluded

11     at 1:43 p.m. with the reading and signing having

12     been not waived.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1          CERTIFICATE OF SHORTHAND REPORTER

2

   STATE OF FLORIDA  )
3                     )  SS.
   COUNTY OF DADE     )

4

5          I, the undersigned authority hereby
   certify that the foregoing transcript, pages 1
6  through 143 are a true and correct transcription of
   the deposition of JESSE BINNALL, taken before me at
   the time and place stated in the caption hereof.

7

8          I further certify that the said
   witness was duly sworn according to law.

9          I further certify that I am not of
   counsel to either of the parties to said cause or
10 otherwise interested in the event thereof.

11         IN WITNESS WHEREOF, I hereunto set my
   hand and affix my official seal of office this 21st
12 day of March, 2024.

13

14

15

16

17 _____
   GUERLIN KELLY BOYD, Reporter
18 Notary Public in and for the State of Florida
   My Commission No. HH 055178
19 Expires:  October 20, 2024

20

21

22

23

24

25

1

2                              CERTIFICATE OF OATH

3      STATE OF FLORIDA)

4      COUNTY OF DADE)

5

6

7               I, the undersigned authority, certify

8      that JESSE BINNALL personally appeared remotely

9      before me and was duly sworn.

10              WITNESS my hand and official seal this

11     21st day of March, 2024.

12

13

14

15

16

17     - - - - - - - - - - - - - - - - -

18     GUERLIN KELLY BOYD
       Notary Public State of Florida
19     My commission Expires:  10-20-24

20

21

22

23

24

25

ARLENE DELGADO vs. DONALD J. TRUMP FOR PRESIDENT, ET AL.
JESSE BINNALL - March 21, 2024

146

## JURAT PAGE

STATE OF FLORIDA  )
                  )SS.
COUNTY OF DADE    )


            I, hereby certify that I have read the

foreging transcript pages 1 to 142 and find the

same to be true and accurate.

            Any corrections made by me are set

forth on the errata page attached hereto.




                    _____

                    (JESSE BINNALL)




Sworn to and subscribed before me on this,
_____ day of _____, 2024.


_____
Notary Public in and for the
State of Florida at Large.
My Commission expires:

# Jeannie Reporting

### Your Wish Is Our Job!

**305-577-1705**

TO: Jesse Binnall
c/o LAROCCA HORNIK ROSEN GREENBERG & BLAHA
    The Trump Building
    40 Wall Street
    32nd Floor
    New York, NY 10005


April 4, 2024

IN RE: ARLENE DELGADO v. DONALD J. TRUMP FOR
PRESIDENT INC., et al
CASE NO: 19 Civ. 11764 (AT) KHP)

Dear Jesse Binnall,

With reference to the examination of YOURSELF,
deponent in the above-styled cause, taken on
March 21, 2024, under oath, please be advised that
the transcript of the Deposition has been
transcribed and is awaiting your signature.

Please arrange to conclude this matter at your
earliest convenience.  We would suggest that you
telephone this office and arrange an appointment
suitable for all concerned.

However, if this has not been taken care of by
May 4, 2024 we shall conclude the reading and
signing of said deposition has been waived, and
shall then proceed to file the original of the said
transcript with the party who took the deposition,
without further notice to any parties.

            Sincerely,

        _____
        Guerlin Kelly Boyd, FPR

cc:  All Counsel of Record.

```
                    ERRATA SHEET

F.R.C.P. RULE 1.310 PROVIDES IN PART:
   (e)"...Any changes in form or substance that the
witness wants to make shall be entered upon a
separate correction page by the officer with a
statement of the reasons given by the witness for
making them..."


  PAGE/LINE          CHANGE/CORRECTION          REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



I, _____, do hereby certify that I

have read the foregoing transcript of my

deposition, given on March 21, 2024, and that

together with any additions or corrections made

herein, it is true and correct.


                       _____

                       JESSE BINNALL
```

## $

**$1,340,083.19** [1] - 116:1
**$1,343,083.18** [1] - 116:8
**$155,522.01** [2] - 115:17, 115:23
**$17,000** [1] - 99:19
**$17,142.43** [2] - 98:8, 99:22
**$404,774.48** [1] - 134:5
**$518,249.18** [1] - 98:8
**$614,894.16** [1] - 116:6
**$80,999.76** [1] - 134:3

## '

**'16** [1] - 48:19
**'17** [1] - 48:19
**'21** [1] - 48:18

## 0

**055178** [1] - 144:18

## 1

**1** [6] - 3:11, 40:13, 137:19, 137:20, 144:5, 146:7
**1,340,083** [1] - 116:2
**1.310** [1] - 148:2
**1.5** [1] - 90:11
**10-20-24** [1] - 145:19
**10005** [2] - 2:9, 147:7
**10:10** [1] - 1:15
**11** [8] - 97:22, 100:3, 100:5, 100:8, 100:20, 100:22, 101:7, 102:4
**11764** [2] - 1:3, 147:10
**11:00** [1] - 39:25
**11:46** [1] - 62:13
**11:57** [1] - 62:13
**12** [1] - 102:11
**12:49** [1] - 112:5
**12:53** [1] - 112:6
**13** [4] - 102:17, 103:2, 104:10, 105:3
**137** [1] - 3:10
**14** [1] - 105:23
**142** [1] - 146:7
**143** [1] - 144:5
**144** [1] - 3:5
**145** [1] - 3:5
**147** [1] - 3:6
**148** [1] - 3:6

## 15

**15** [7] - 108:16, 108:23, 111:3, 112:12, 113:4, 113:22, 114:16
**16** [1] - 110:10
**17** [11] - 112:11, 115:6, 117:25, 118:5, 119:18, 120:2, 134:15, 136:15, 136:18, 137:2, 137:4
**18** [2] - 119:17, 122:20
**19** [2] - 1:3, 147:10
**1960's** [1] - 86:6
**1:22** [1] - 133:23
**1:30** [1] - 133:23
**1:43** [2] - 1:15, 143:11
**1st** [1] - 6:15

## 2

**2** [7] - 72:15, 72:16, 73:7, 73:23, 75:22, 82:20
**2/14/2023** [1] - 139:14
**20** [4] - 122:17, 122:19, 136:21, 144:19
**2015** [3] - 42:19, 86:6, 134:2
**2016** [64] - 7:16, 7:18, 8:13, 8:16, 8:18, 9:2, 24:4, 33:14, 33:25, 34:7, 34:13, 34:19, 36:25, 38:25, 39:6, 39:7, 39:10, 39:11, 39:13, 40:17, 40:24, 42:19, 47:25, 48:5, 50:10, 56:14, 56:18, 57:1, 58:15, 58:23, 59:2, 59:7, 59:14, 60:24, 61:12, 61:15, 62:19, 70:21, 71:1, 71:10, 71:11, 71:14, 74:1, 82:9, 96:8, 99:14, 102:24, 103:12, 103:14, 106:1, 119:4, 119:5, 125:11, 125:15, 125:20, 127:2, 127:4, 127:9, 127:25, 128:5, 134:2
**2016n** [1] - 98:25
**2017** [8] - 48:1, 50:18, 106:23, 110:24, 111:6, 111:7, 111:11, 111:13
**2017/2018** [1] - 134:4
**2018** [2] - 110:24, 119:6
**2019** [4] - 116:2,

116:7, 116:14, 119:4
**2020** [82] - 7:16, 7:18, 9:21, 9:22, 9:23, 10:3, 12:16, 16:17, 16:24, 17:17, 17:23, 18:8, 18:24, 19:11, 19:19, 20:4, 22:21, 23:5, 34:13, 34:19, 37:1, 38:25, 39:7, 39:11, 39:13, 56:14, 58:25, 59:20, 59:21, 60:1, 60:7, 60:16, 60:24, 61:12, 61:15, 62:2, 70:18, 70:21, 71:2, 71:5, 71:10, 98:25, 99:15, 99:17, 103:12, 103:14, 106:9, 108:1, 108:9, 108:13, 123:1, 124:10, 124:21, 125:2, 126:13, 126:19, 127:3, 127:4, 127:9, 128:6, 129:2, 129:5, 129:10, 130:9, 130:12, 130:15, 130:17, 130:22, 131:4, 131:6, 131:13, 131:19, 131:23, 132:6, 133:2, 133:5, 133:8, 137:15, 140:1
**2021** [12] - 6:15, 7:17, 7:20, 7:21, 10:12, 47:25, 99:17, 115:25, 116:2, 116:5, 116:8
**2022** [2] - 115:25, 116:6
**2023** [4] - 98:6, 115:16, 115:21, 115:22
**2024** [17] - 1:14, 36:17, 38:25, 39:12, 39:16, 56:15, 127:3, 127:16, 127:20, 144:12, 144:19, 145:11, 146:17, 147:8, 147:13, 147:18, 148:21
**21** [3] - 1:14, 147:13, 148:21
**212** [1] - 2:10
**21st** [6] - 48:4, 48:6, 48:16, 50:20, 144:11, 145:11
**2M** [13] - 33:9, 33:11, 33:12, 34:23, 41:8, 41:10, 41:11, 41:13, 41:24, 42:5, 42:7,

116:7, 116:14, 119:4
106:12, 114:4

## 3

**3** [7] - 47:11, 49:15, 49:17, 70:17, 72:15, 72:16, 82:20
**30** [2] - 8:9, 124:4
**30(b)(6** [14] - 23:7, 24:13, 29:16, 30:4, 30:9, 30:22, 86:13, 86:19, 107:9, 115:2, 131:3, 134:24, 137:11, 141:9
**31st** [1] - 98:6
**32nd** [2] - 2:9, 147:6

## 4

**4** [22] - 3:4, 56:5, 61:2, 61:4, 62:16, 67:17, 68:2, 68:6, 68:10, 68:11, 68:21, 70:16, 70:23, 72:15, 72:17, 82:20, 126:6, 130:7, 138:21, 140:1, 147:8, 147:18
**4.2** [3] - 21:17, 22:6, 22:18
**40** [2] - 2:8, 147:6

## 5

**5** [10] - 70:13, 71:9, 71:12, 77:17, 79:16, 81:25, 82:2, 82:3, 82:5, 82:20
**530-4831** [1] - 2:10

## 6

**6** [1] - 83:8

## 7

**7** [6] - 65:24, 84:2, 85:16, 85:17, 90:23, 91:22
**717** [1] - 7:8

## 8

**8** [2] - 91:23, 93:8

## 9

**9** [2] - 94:7, 94:21
**90** [3] - 5:7, 5:9, 5:10

## A

**A.J** [4] - 56:19, 57:2, 117:18, 142:5
**a.m** [3] - 1:15, 39:25, 62:13
**ability** [3] - 26:16, 26:24, 91:6
**able** [83] - 4:23, 10:15, 11:8, 11:24, 19:5, 24:1, 26:4, 27:25, 30:14, 30:17, 30:25, 31:7, 31:8, 32:12, 35:2, 35:7, 35:8, 36:13, 37:12, 38:20, 43:16, 44:2, 47:8, 54:9, 54:15, 58:11, 58:21, 63:3, 63:11, 63:17, 64:4, 64:5, 65:6, 65:16, 66:13, 66:21, 67:1, 67:15, 68:14, 68:16, 68:18, 69:2, 70:2, 72:11, 78:8, 79:22, 83:14, 84:14, 92:19, 93:8, 93:19, 93:21, 95:8, 96:14, 96:22, 101:23, 103:10, 104:4, 104:5, 104:9, 104:18, 108:7, 110:21, 115:10, 117:6, 117:21, 117:24, 117:25, 118:2, 118:4, 118:7, 118:12, 118:16, 121:5, 129:1, 134:12, 134:13, 134:17, 134:22, 138:2, 138:13
**above-styled** [1] - 147:13
**absolutely** [4] - 9:7, 81:10, 112:1, 140:17
**access** [5] - 39:4, 49:20, 112:21, 127:18, 128:21
**according** [3] - 95:22, 95:24, 144:8
**accurate** [11] - 9:15, 12:10, 12:12, 13:5, 14:11, 21:19, 46:25, 139:1, 140:1, 140:22, 146:8
**Act"** [1] - 39:16
**acted** [1] - 110:2
**acting** [2] - 97:14, 97:15
**action** [4] - 88:14, 121:18, 121:20, 135:13

**Action** [3] - 21:18, 111:1, 121:15
**actions** [4] - 33:5, 52:4, 65:15, 81:14
**actively** [2] - 14:23, 16:10
**activities** [1] - 85:24
**actors** [1] - 126:16
**actual** [1] - 105:24
**additions** [1] - 148:22
**addresses** [1] - 88:10
**administration** [7] - 13:9, 13:16, 78:4, 78:6, 81:22, 82:6, 140:6
**Administration** [3] - 13:22, 14:2, 25:9
**advance** [1] - 62:23
**advice** [1] - 9:1
**advise** [2] - 9:12, 9:14
**advised** [1] - 147:13
**advises** [2] - 9:7, 9:8
**advising** [1] - 9:17
**affiliated** [1] - 138:24
**affirmatively** [1] - 93:19
**affirmed** [1] - 4:7
**affix** [1] - 144:11
**aforementioned** [1] - 56:11
**afraid** [2] - 19:15, 123:8
**agent** [1] - 110:2
**ago** [3] - 73:16, 105:13, 117:18
**agree** [4] - 18:6, 53:10, 90:22, 103:23
**ahead** [12] - 17:20, 37:21, 41:18, 52:7, 68:5, 78:25, 83:2, 86:22, 104:8, 107:21, 121:25, 135:7
**al** [1] - 147:10
**alarm** [2] - 5:9, 62:5
**Alba** [2] - 56:18, 57:1
**Alexandria** [2] - 6:2, 7:8
**alike** [1] - 58:18
**Alina** [2] - 15:7, 28:6
**alive** [1] - 69:11
**allegation** [1] - 77:19
**allegations** [6] - 43:5, 58:13, 59:13, 63:25, 82:8, 94:3
**alleged** [1] - 94:4
**allegedly** [1] - 90:11
**allowed** [4] - 26:18, 27:2, 27:3, 133:20
**alone** [1] - 133:8

**alongside** [3] - 15:17, 15:23, 15:25
**alternative** [1] - 129:7
**amend** [1] - 10:19
**America** [21] - 39:16, 98:10, 98:23, 99:7, 99:8, 99:18, 111:1, 119:23, 119:25, 120:5, 120:10, 120:16, 121:2, 121:3, 121:6, 121:7, 121:9, 125:8, 138:24, 138:25
**American** [2] - 20:19, 120:13
**amount** [7] - 26:10, 59:4, 104:18, 115:16, 116:10, 117:18, 118:8
**amounts** [1] - 119:20
**angle** [1] - 19:8
**answer** [121] - 4:20, 17:21, 18:20, 19:5, 19:12, 19:16, 19:22, 20:14, 20:16, 26:5, 30:3, 30:11, 30:15, 30:19, 31:3, 31:8, 31:14, 31:15, 32:1, 32:12, 35:3, 35:24, 36:14, 37:12, 40:20, 43:17, 44:18, 51:20, 52:8, 52:17, 53:1, 53:2, 53:7, 54:2, 54:20, 59:25, 60:15, 61:4, 61:5, 61:18, 61:20, 66:4, 68:14, 69:15, 69:24, 70:2, 70:3, 70:17, 72:3, 72:11, 72:19, 73:18, 77:2, 78:6, 78:16, 79:22, 80:23, 80:24, 81:6, 81:9, 81:11, 82:18, 86:15, 87:14, 90:19, 92:1, 93:4, 94:8, 100:11, 101:1, 101:6, 101:7, 101:9, 101:10, 101:13, 101:16, 101:21, 101:23, 102:3, 104:10, 104:17, 104:25, 105:14, 107:25, 109:8, 110:5, 110:17, 112:22, 113:19, 116:12, 117:25, 118:2, 118:3, 118:4, 118:7, 118:12, 118:13, 118:14, 119:1, 119:12, 120:15, 122:21,

122:23, 123:6, 123:11, 125:16, 128:11, 128:19, 129:2, 129:18, 130:1, 130:8, 130:11, 130:23, 135:18, 136:10, 136:11, 136:15, 136:18, 137:2
**answered** [21] - 20:21, 22:9, 26:23, 30:16, 44:19, 70:22, 73:3, 80:11, 82:12, 82:25, 83:5, 97:1, 123:7, 124:7, 125:17, 130:7, 132:7, 132:16, 132:20, 133:13, 137:14
**answering** [6] - 5:2, 58:8, 95:11, 100:8, 113:9, 123:10
**answers** [7] - 31:23, 70:25, 77:11, 110:20, 126:2, 127:22, 135:10
**anticipation** [2] - 37:25, 38:1
**anyway** [1] - 94:8
**apologize** [4] - 58:8, 59:23, 116:3, 141:13
**appeal** [1] - 14:23
**appeals** [1] - 14:20
**appearance** [1] - 134:24
**APPEARANCES** [1] - 2:1
**appeared** [1] - 145:8
**appearing** [1] - 26:20
**appellate** [1] - 15:10
**applicable** [2] - 47:13, 55:7
**applied** [1] - 40:15
**appointment** [1] - 147:16
**appreciate** [3] - 119:13, 122:11, 143:8
**appropriate** [2] - 32:13, 52:2
**April** [1] - 147:8
**archive** [1] - 96:18
**arguing** [1] - 115:8
**argumentative** [1] - 53:6
**ARLENE** [3] - 1:4, 2:4, 147:9
**Arlene** [1] - 142:5
**arrange** [2] - 147:15, 147:16
**article** [1] - 21:13

**ascertain** [2] - 28:2, 52:14
**asserting** [1] - 20:2
**assets** [4] - 98:3, 98:8, 100:18, 100:24
**associated** [1] - 25:8
**assume** [2] - 19:9, 94:7
**assuming** [2] - 22:18, 128:6
**AT** [2] - 1:3, 147:10
**attached** [1] - 146:10
**attorney** [24] - 4:17, 6:3, 8:23, 10:25, 19:3, 19:4, 19:15, 19:17, 19:21, 20:2, 20:14, 22:25, 23:2, 25:16, 86:18, 109:7, 109:14, 109:18, 109:25, 111:16, 114:23, 115:1, 140:8
**attorney-client** [7] - 20:2, 109:7, 109:14, 109:18, 109:25, 111:16, 114:23
**attorneys** [2] - 100:13, 101:25
**AUDIO** [1] - 1:13
**AUDIO-VISUAL** [1] - 1:13
**August** [1] - 71:14
**authority** [5] - 56:1, 84:6, 87:3, 144:4, 145:7
**available** [19] - 49:9, 66:23, 67:25, 69:1, 69:11, 96:1, 96:12, 98:3, 100:18, 103:8, 103:11, 115:13, 116:17, 116:18, 117:5, 118:18, 121:10, 128:22, 134:9
**avoid** [1] - 28:18
**awaiting** [1] - 147:14
**aware** [34] - 47:18, 48:3, 48:9, 49:11, 56:17, 56:24, 63:12, 72:6, 72:20, 74:5, 74:6, 74:12, 74:18, 75:4, 75:10, 83:21, 83:23, 85:4, 88:17, 88:23, 89:12, 102:15, 102:20, 107:13, 109:1, 109:11, 110:11, 110:13, 112:24, 115:1, 120:4, 120:7, 120:14, 136:22

**B**

**B-I-N-N-A-L-L** [1] - 7:1
**ballpark** [1] - 22:7
**BANNON** [1] - 1:9
**Bannon** [12] - 51:19, 51:23, 52:3, 52:12, 52:13, 53:23, 55:1, 55:12, 59:19, 71:16, 84:8, 84:13
**base** [3] - 39:5, 59:16, 67:16
**Based** [1] - 70:12
**based** [8] - 21:3, 46:5, 64:21, 77:1, 84:11, 85:17, 90:17, 106:11
**basis** [4] - 85:2, 95:17, 109:14, 113:23
**bear** [1] - 39:22
**became** [6] - 48:9, 49:11, 98:25, 99:15, 99:18, 107:13
**become** [1] - 99:16
**began** [1] - 89:5
**begin** [1] - 10:2
**beginning** [2] - 9:25, 141:16
**begins** [1] - 82:14
**behalf** [28] - 2:3, 2:6, 25:21, 26:20, 29:22, 30:4, 30:11, 31:8, 32:2, 50:5, 55:11, 61:5, 61:9, 61:17, 72:11, 86:19, 88:14, 89:2, 97:6, 97:14, 97:16, 102:12, 112:15, 120:12, 120:15, 120:20, 130:8, 131:21
**belief** [7] - 19:18, 31:25, 32:7, 33:14, 34:7, 69:20, 95:17
**bell** [2] - 106:23, 120:5
**beside** [1] - 44:15
**best** [35] - 11:21, 26:16, 26:23, 46:8, 46:10, 46:13, 46:15, 67:20, 68:13, 68:19, 69:6, 69:9, 69:19, 69:21, 70:10, 78:6, 103:8, 103:18, 105:11, 105:13, 113:19, 114:2, 116:12, 123:15, 126:1, 127:21, 135:10, 135:17, 135:18, 136:10, 136:15, 137:2, 137:3
**better** [2] - 11:10, 133:17



**between** [1] - 111:4
**beyond** [3] - 59:6, 64:6, 73:2
**big** [1] - 90:24
**bill** [1] - 117:20
**billed** [1] - 117:16
**bills** [1] - 119:20
**BINNALL** [7] - 1:16, 3:3, 4:6, 144:6, 145:8, 146:14, 148:25
**Binnall** [64] - 4:11, 5:25, 6:12, 6:14, 6:22, 6:25, 7:6, 11:24, 12:4, 21:10, 21:13, 21:16, 23:12, 26:13, 26:15, 32:21, 35:17, 35:18, 36:16, 40:13, 45:25, 46:3, 52:20, 60:5, 62:16, 73:3, 73:15, 73:22, 76:5, 77:17, 79:6, 79:25, 81:24, 82:24, 83:8, 84:22, 100:10, 101:6, 101:20, 103:22, 110:5, 110:10, 110:16, 112:11, 115:6, 115:18, 117:7, 118:4, 119:18, 120:19, 126:25, 128:25, 131:2, 133:4, 133:21, 136:14, 137:24, 138:11, 138:22, 138:23, 141:15, 143:7, 147:4, 147:11
**Binnall's** [2] - 77:11, 83:4
**biographical** [2] - 93:25, 94:4
**bit** [4] - 15:20, 17:7, 32:6, 127:8
**BLAHA** [2] - 2:7, 147:5
**Blassingame** [1] - 10:18
**blind** [1] - 117:20
**BLUMETTI** [1] - 2:7
**BLUMMETTI** [88] - 8:15, 13:11, 16:18, 16:25, 17:9, 18:3, 18:11, 18:17, 18:25, 20:5, 20:20, 22:8, 23:8, 24:7, 24:15, 25:10, 25:18, 26:12, 26:22, 29:18, 30:6, 30:21, 31:10, 32:4, 33:16, 34:10, 35:12, 40:19, 41:15, 41:17, 42:3, 42:16, 44:25,

47:7, 49:1, 50:13, 51:1, 52:6, 52:8, 53:5, 53:25, 54:7, 55:10, 57:24, 58:2, 60:8, 60:21, 62:10, 69:13, 72:25, 73:10, 73:14, 77:9, 80:10, 82:24, 83:3, 84:10, 85:7, 90:25, 91:12, 91:25, 94:13, 96:25, 99:1, 101:2, 102:1, 104:23, 105:21, 108:4, 108:19, 109:6, 109:16, 110:3, 111:8, 114:10, 118:11, 120:8, 123:12, 124:5, 124:12, 124:22, 126:11, 128:8, 129:11, 130:19, 135:21, 140:25, 143:9
**blummetti** [24] - 5:6, 32:22, 33:6, 33:24, 33:25, 34:2, 34:23, 40:9, 109:15, 109:24, 114:4, 114:7, 114:15, 114:18, 126:16, 132:13, 135:3, 136:2, 136:3, 136:19, 137:5, 138:1, 138:7, 141:8
**Blummetti** [4] - 44:16, 73:12, 77:6, 83:1
**blummetti's** [8] - 115:15, 116:11, 118:8, 118:21, 134:23, 135:2, 135:4, 135:20
**Boris** [1] - 102:18
**Bostein** [1] - 71:19
**bound** [1] - 132:3
**BOYD** [2] - 144:17, 145:18
**Boyd** [6] - 1:22, 4:1, 45:23, 133:20, 138:2, 147:23
**boyd** [1] - 138:6
**Boyd's** [1] - 45:21
**Brad** [1] - 61:14
**breaching** [1] - 90:11
**breadth** [2] - 37:10, 105:4
**break** [13] - 5:5, 5:6, 5:7, 5:10, 40:1, 40:2, 62:7, 62:12, 112:5, 119:10, 122:24, 133:22, 136:25
**brief** [2] - 111:23,

111:25
**briefly** [2] - 16:8, 27:9
**bring** [5] - 11:6, 21:8, 50:20, 61:10, 66:17
**brings** [1] - 115:8
**broad** [6] - 103:7, 104:7, 123:24, 125:22, 126:10, 127:5
**broader** [1] - 65:22
**brought** [1] - 130:8
**Building** [2] - 2:8, 147:5
**buildup** [1] - 110:16
**burdensome** [7] - 125:25, 126:4, 127:13, 128:3, 128:4, 128:14, 128:15
**business** [1] - 16:10
**BY** [90] - 3:4, 4:10, 8:11, 8:21, 13:14, 16:20, 17:3, 17:10, 18:5, 18:13, 18:22, 19:6, 20:8, 21:1, 22:14, 23:10, 24:9, 24:16, 25:12, 26:1, 27:1, 29:19, 30:7, 31:5, 31:21, 32:16, 33:19, 34:14, 35:13, 40:21, 41:22, 42:4, 42:18, 45:1, 45:24, 47:10, 49:2, 50:14, 51:2, 52:9, 52:19, 53:8, 54:3, 54:11, 55:18, 58:4, 60:13, 60:22, 62:14, 69:16, 73:21, 77:14, 80:22, 83:7, 84:21, 85:10, 91:1, 91:15, 92:2, 94:20, 97:2, 99:5, 101:5, 101:19, 102:8, 105:2, 105:22, 108:5, 108:20, 110:9, 111:9, 112:7, 114:11, 118:15, 120:9, 124:1, 124:8, 124:15, 124:23, 126:24, 128:1, 128:13, 129:20, 131:1, 133:3, 133:24, 135:22, 137:23, 138:14, 141:6
**bylaws** [1] - 9:9

**C**

**c/o** [1] - 147:5

**calendar** [1] - 115:16
**Campaign** [19] - 8:14, 9:2, 9:17, 12:7, 21:18, 22:25, 25:7, 25:17, 29:8, 29:17, 41:14, 43:21, 43:24, 87:11, 90:5, 90:12, 102:12, 126:9, 138:23
**campaign** [211] - 7:10, 9:12, 9:14, 10:2, 10:14, 10:20, 10:22, 10:24, 11:3, 12:13, 23:15, 23:19, 23:25, 24:4, 24:6, 25:22, 28:22, 29:22, 30:5, 30:12, 31:9, 31:12, 32:2, 33:14, 33:15, 33:25, 34:3, 34:4, 34:8, 34:12, 34:18, 34:19, 35:5, 35:8, 36:15, 37:1, 38:18, 38:25, 39:6, 39:10, 40:17, 41:1, 41:5, 42:21, 42:25, 43:3, 44:3, 47:18, 48:2, 48:9, 49:7, 49:11, 49:18, 49:22, 50:5, 50:9, 51:12, 51:13, 53:18, 54:22, 55:11, 55:13, 55:14, 55:15, 56:13, 56:16, 56:22, 56:24, 59:6, 59:8, 59:10, 59:14, 59:15, 59:20, 59:21, 60:2, 60:17, 61:5, 61:9, 61:17, 61:22, 62:2, 62:20, 63:22, 65:15, 66:22, 70:18, 70:19, 71:1, 71:11, 71:13, 71:15, 71:19, 71:20, 72:12, 74:2, 75:6, 77:24, 78:13, 78:19, 79:22, 80:2, 82:3, 84:3, 84:17, 84:18, 85:4, 85:12, 85:20, 85:21, 86:20, 86:24, 86:25, 87:7, 87:9, 87:21, 88:10, 88:15, 88:18, 88:24, 89:2, 89:3, 89:9, 89:17, 89:18, 89:19, 89:24, 90:23, 91:4, 91:11, 91:16, 91:20, 91:24, 94:10, 94:16, 94:17, 94:24, 95:1, 95:7, 95:9, 95:12, 97:7, 97:11, 97:23, 98:4, 98:10, 98:18, 98:22, 98:25, 99:15, 100:14, 100:15,

101:24, 102:15, 102:20, 102:24, 102:25, 103:15, 106:4, 106:22, 107:2, 107:13, 107:23, 108:24, 109:1, 109:3, 110:2, 110:11, 110:13, 110:14, 110:23, 111:5, 111:18, 112:13, 112:16, 112:20, 113:1, 113:11, 113:21, 113:23, 115:3, 117:8, 117:9, 117:13, 117:15, 117:20, 118:22, 119:19, 120:20, 120:22, 121:11, 121:13, 123:1, 125:3, 126:13, 126:20, 127:11, 127:25, 130:9, 130:17, 131:7, 131:15, 131:16, 131:22, 131:24
**campaign's** [13] - 40:25, 42:13, 73:23, 83:21, 83:25, 88:8, 99:23, 100:12, 100:19, 111:19, 113:2, 131:18, 140:6
**campaigns** [7] - 39:13, 60:20, 60:24, 61:21, 61:24, 98:19, 100:3
**candidacy** [1] - 36:17
**candidates** [2] - 96:6
**cannot** [5] - 19:21, 20:14, 20:16, 48:17, 60:15
**capacity** [5] - 8:23, 9:16, 9:18, 10:1, 86:9
**caption** [1] - 144:6
**care** [1] - 147:18
**career** [1] - 38:4
**case** [22] - 15:10, 17:18, 31:2, 34:3, 37:4, 37:6, 37:11, 46:21, 54:21, 76:17, 81:15, 95:22, 118:17, 120:2, 120:6, 120:11, 121:1, 123:25, 134:14, 135:5, 136:5, 136:21
**CASE** [2] - 1:3, 147:10
**cases** [15] - 10:20, 10:21, 10:23, 10:25,



11:2, 12:4, 12:7, 37:1, 37:24, 116:23, 117:2, 118:20, 118:21, 134:14, 136:21
**CASTELLANO** [1] - 45:22
**Castellano** [13] - 42:24, 44:17, 44:21, 45:17, 55:25, 64:18, 66:7, 71:20, 71:22, 74:4, 78:12, 78:16, 81:7
**Castellano's** [1] - 79:18
**caucuses** [1] - 58:15
**cc** [1] - 147:24
**centuries** [5] - 103:16, 103:17, 103:24, 123:22, 124:2
**CEO** [2] - 55:13, 59:20
**certain** [1] - 10:25
**certainly** [16] - 10:16, 12:1, 18:20, 24:22, 38:17, 38:19, 44:7, 56:1, 78:12, 78:18, 87:17, 96:17, 103:13, 104:3, 113:7, 119:4
**CERTIFICATE** [4] - 3:5, 3:5, 144:1, 145:2
**certify** [6] - 144:5, 144:7, 144:9, 145:7, 146:6, 148:19
**cetera** [4] - 59:22, 94:10, 105:25, 106:1
**chain** [22] - 42:8, 78:4, 78:5, 78:7, 78:15, 78:22, 79:6, 79:7, 79:15, 79:16, 80:6, 80:7, 80:9, 80:17, 80:20, 81:1, 81:3, 81:19, 82:7, 82:13, 82:14
**chance** [2] - 24:12, 137:24
**change** [1] - 72:19
**CHANGE/ CORRECTION** [1] - 148:6
**changed** [2] - 71:13, 119:22
**changes** [1] - 148:2
**characterizes** [1] - 62:23
**charge** [1] - 81:22, 107:13
**chart** [1] - 133:18
**chat** [1] - 11:25

**check** [7] - 14:15, 26:4, 26:6, 27:25, 29:9, 138:10, 141:11
**chief** [4] - 71:16, 71:17, 78:13
**chosen** [1] - 23:7
**circle** [4] - 8:5, 8:7, 21:7, 47:2
**cite** [1] - 137:4
**citizen** [1] - 19:9
**CIV** [1] - 1:3
**Civ** [1] - 147:10
**claim** [8] - 47:13, 47:16, 48:21, 55:9, 57:11, 57:17, 58:16, 65:21
**claiming** [1] - 19:17
**claims** [15] - 56:6, 56:11, 62:18, 65:3, 65:6, 65:8, 65:10, 65:11, 65:20, 66:10, 67:1, 126:7, 127:1
**clarified** [2] - 39:9, 141:19
**clarify** [11] - 19:23, 19:24, 29:1, 39:8, 42:17, 65:19, 66:2, 70:15, 70:16, 73:13, 136:7
**clarifying** [2] - 20:23, 43:7
**clear** [15] - 8:22, 22:17, 28:10, 34:22, 46:22, 49:13, 60:14, 61:19, 66:3, 81:10, 82:18, 103:22, 122:25, 125:13, 129:25
**clearly** [7] - 4:20, 88:13, 93:15, 97:19, 100:11, 100:14, 136:16
**client** [15] - 7:11, 7:14, 7:16, 9:2, 20:2, 25:7, 25:17, 28:3, 109:7, 109:14, 109:18, 109:25, 111:16, 114:23, 141:3
**client's** [2] - 28:5, 28:11
**clients** [2] - 25:1, 140:18
**Clinton** [2] - 14:25, 63:24
**cobble** [1] - 141:22
**cobbled** [2] - 141:25, 142:10
**colleague** [1] - 15:15
**coming** [1] - 24:24
**Commission** [3] -

35:9, 144:18, 146:21
**commission** [1] - 145:19
**Committee** [1] - 21:19
**committee** [4] - 23:23, 84:20, 95:16, 95:18
**commonly** [1] - 46:17
**communicated** [1] - 106:22
**communication** [5] - 75:25, 76:1, 81:19, 93:2, 106:6
**COMMUNICATIONS** [1] - 1:13
**communications** [22] - 47:22, 52:24, 105:23, 108:17, 108:23, 109:2, 109:12, 110:12, 110:15, 110:22, 111:4, 111:17, 112:15, 112:18, 112:25, 113:4, 113:12, 113:16, 114:2, 114:19, 114:24, 142:11
**compensation** [1] - 122:7
**complaint** [15] - 49:25, 57:13, 57:19, 57:20, 58:7, 58:10, 62:22, 63:2, 73:25, 78:16, 83:16, 92:17, 93:23, 94:3, 130:12
**complaints** [31] - 42:14, 56:17, 56:22, 56:25, 58:19, 60:7, 60:16, 63:5, 63:12, 73:6, 74:15, 74:16, 74:19, 74:25, 77:19, 78:11, 81:23, 82:7, 102:17, 102:21, 103:9, 103:20, 104:6, 123:2, 124:9, 124:21, 125:2, 129:9, 133:5, 133:8, 137:14
**completely** [4] - 39:17, 59:15, 59:17, 61:12
**complied** [1] - 97:7
**comply** [1] - 97:5
**compound** [1] - 25:11
**concern** [1] - 63:7
**concerned** [1] - 147:17
**concerning** [1] - 102:13
**concerns** [5] - 42:9, 63:9, 102:17, 104:6

**conclude** [2] - 147:15, 147:18
**concluded** [1] - 143:10
**conduct** [9] - 35:2, 38:20, 47:19, 50:8, 51:6, 63:15, 88:19, 92:22, 124:11
**conducted** [2] - 88:15, 107:17
**conducting** [2] - 63:13, 113:15
**confer** [1] - 5:6
**confusion** [1] - 78:1
**conjunction** [1] - 78:1
**consider** [9] - 24:4, 63:13, 64:17, 105:7, 126:21, 127:1, 127:5, 128:15, 140:15
**considered** [2] - 142:9, 142:24
**consisted** [1] - 41:6
**consistent** [1] - 23:24
**consult** [1] - 139:23
**consulting** [1] - 139:19
**consuming** [1] - 125:1
**contact** [6] - 52:3, 52:13, 75:17, 76:24, 78:23, 129:8
**contain** [1] - 92:6
**contest** [3] - 17:2, 17:5, 17:14
**continue** [1] - 140:3
**continues** [4] - 10:4, 96:8, 98:11, 98:13
**continuing** [1] - 98:20, 140:18
**contract** [1] - 95:13
**contractor** [1] - 23:1
**contracts** [1] - 106:9
**contrary** [1] - 87:15
**contribute** [1] - 120:25
**contributed** [1] - 121:13
**convenience** [1] - 147:16
**Convention** [2] - 8:20, 9:14
**convention** [1] - 9:12
**conversation** [1] - 135:16
**conversations** [1] - 45:9
**convert** [1] - 133:17
**Conway** [7] - 52:13, 53:24, 55:4, 55:13, 59:20, 61:23, 71:18

**copy** [1] - 138:1
**correct** [78] - 6:4, 6:9, 10:25, 11:4, 11:5, 13:2, 13:3, 13:21, 15:8, 15:13, 16:5, 20:1, 22:7, 22:22, 26:22, 28:13, 30:20, 33:15, 36:12, 39:1, 39:2, 40:9, 40:10, 40:11, 41:21, 43:9, 43:11, 45:25, 47:6, 47:9, 47:15, 50:12, 50:18, 51:9, 51:17, 52:22, 54:6, 54:25, 55:3, 60:17, 60:18, 60:20, 64:13, 64:16, 70:18, 77:20, 82:15, 83:19, 83:22, 87:16, 95:19, 105:16, 105:17, 108:2, 108:3, 108:7, 113:24, 114:6, 115:4, 117:4, 117:10, 118:1, 120:21, 120:23, 123:2, 125:15, 130:13, 134:8, 134:10, 134:15, 134:16, 134:24, 136:1, 137:8, 139:20, 144:5, 148:23
**Correct** [4] - 52:1, 70:20, 71:11, 77:21
**correction** [1] - 148:3
**corrections** [2] - 146:9, 148:22
**correctly** [7] - 4:13, 4:23, 43:10, 45:17, 57:25, 58:3, 69:4
**correspondence** [5] - 92:14, 92:18, 96:2, 96:13, 96:15
**cost** [1] - 139:23
**costs** [6] - 117:12, 118:5, 120:1, 120:11, 120:25, 121:15
**Counsel** [1] - 147:24
**counsel** [16] - 12:14, 15:10, 15:12, 17:1, 34:3, 35:16, 35:23, 36:2, 36:10, 55:16, 99:25, 109:3, 111:5, 111:20, 112:14, 144:9
**counsel's** [1] - 113:1
**COUNTY** [3] - 144:3, 145:4, 146:3
**couple** [1] - 4:19

**course** [17] - 13:13, 22:2, 24:25, 25:21, 28:20, 53:16, 55:15, 67:9, 94:2, 97:5, 103:3, 112:19, 112:23, 113:17, 119:21, 138:18, 139:8
**COURT** [1] - 1:1
**court** [10] - 4:23, 11:22, 15:12, 101:15, 101:18, 123:8, 132:24, 133:21, 137:18, 138:2
**Court** [1] - 1:22
**covered** [2] - 107:25, 141:11
**crew** [1] - 50:9
**current** [12] - 12:7, 21:16, 24:6, 33:15, 34:8, 84:3, 87:1, 93:18, 97:23, 100:6, 100:17, 101:24
**custodial** [1] - 42:8
**cut** [4] - 34:15, 55:19, 115:18, 115:20
**CV** [6] - 92:7, 92:19, 92:22, 93:4, 93:12, 93:22
**cycle** [10] - 56:18, 57:1, 59:7, 59:11, 59:12, 60:16, 106:10, 125:12, 125:15, 127:3
**cycles** [1] - 105:13

**D**

**DADE** [3] - 144:3, 145:4, 146:3
**Dash** [1] - 62:6
**data** [1] - 94:4
**database** [1] - 106:12
**date** [3] - 32:19, 49:25, 50:4
**DATE** [1] - 1:14
**David** [1] - 71:19
**Davidson** [4] - 56:19, 57:2, 57:6, 57:16
**Davidson's** [3] - 57:20, 58:6, 58:10
**days** [1] - 39:19
**deal** [3] - 11:13, 50:2, 141:4
**Dear** [1] - 147:11
**debt** [4] - 98:9, 99:19, 99:21, 99:22
**debts** [3] - 98:3, 100:18, 100:24

**December** [10] - 10:1, 10:3, 47:25, 48:4, 48:6, 48:16, 50:10, 50:21, 98:6, 106:1
**decent** [1] - 104:17
**decided** [5] - 84:16, 84:23, 87:8, 87:20, 94:14
**decision** [11] - 47:14, 55:7, 55:8, 55:15, 55:16, 55:22, 56:1, 84:6, 85:22, 87:3, 95:3
**decision-making** [3] - 84:6, 87:3, 95:3
**decisions** [6] - 84:7, 87:5, 88:3, 91:8, 91:9, 96:3, 96:13, 97:9
**defendant** [6] - 12:8, 24:20, 27:16, 28:23, 120:22, 121:1
**DEFENDANT'S** [1] - 3:12
**defendant's** [1] - 40:14
**Defendants** [2] - 1:10, 2:6
**defendants** [2] - 12:10, 38:15
**defense** [2] - 24:23, 26:9
**deficiencies** [1] - 83:10
**deficient** [1] - 31:19
**define** [1] - 65:8
**definitely** [4] - 5:10, 85:18, 95:10, 116:22
**definition** [2] - 65:10, 82:13
**definitive** [1] - 26:5
**definitively** [1] - 48:18
**delay** [3] - 5:1, 12:1, 122:18
**delegate** [2] - 8:17, 9:10
**delegates** [1] - 9:11
**Delgado** [6] - 56:20, 57:3, 57:18, 58:3, 117:19, 142:6
**delgado** [1] - 4:12
**DELGADO** [116] - 1:4, 2:4, 3:4, 4:10, 7:22, 8:4, 8:11, 8:21, 13:13, 13:14, 16:20, 17:3, 17:10, 18:5, 18:13, 18:22, 19:6, 20:8, 20:22, 21:1, 22:14, 23:10, 24:9, 24:16, 25:12, 26:1,

26:18, 27:1, 29:19, 30:7, 31:5, 31:21, 32:16, 33:19, 34:14, 35:13, 40:21, 41:22, 42:4, 42:18, 45:1, 45:20, 45:24, 47:10, 49:2, 50:14, 51:2, 52:9, 52:19, 53:8, 54:3, 54:11, 55:18, 58:4, 60:13, 60:22, 62:5, 62:11, 62:14, 69:16, 73:4, 73:12, 73:20, 73:21, 77:6, 77:12, 77:14, 80:22, 83:1, 83:7, 84:21, 85:10, 91:1, 91:15, 92:2, 94:20, 97:2, 99:5, 101:5, 101:15, 101:19, 102:8, 105:2, 105:22, 108:5, 108:20, 109:13, 109:21, 110:9, 111:9, 112:7, 114:11, 118:15, 120:9, 124:1, 124:8, 124:15, 124:23, 126:15, 126:24, 128:1, 128:13, 129:20, 131:1, 132:24, 133:3, 133:19, 133:24, 135:22, 137:18, 137:23, 138:6, 138:10, 138:14, 141:6, 147:9
**deliberate** [1] - 5:3
**Denson** [7] - 56:19, 57:2, 57:13, 83:16, 83:19, 83:22, 83:25
**department** [2] - 42:23, 76:7
**deponent** [1] - 147:13
**DEPOSITION** [2] - 1:16, 3:2
**Deposition** [1] - 147:14
**deposition** [19] - 4:1, 25:4, 30:25, 32:21, 33:1, 35:25, 38:23, 51:22, 60:12, 102:6, 109:20, 125:24, 126:5, 132:14, 143:10, 144:6, 147:19, 147:20, 148:21
**depositions** [9] - 4:18, 37:6, 37:14, 37:16, 37:23, 38:2, 38:4, 38:10, 141:18
**derived** [1] - 21:22

**describe** [3] - 8:12, 9:5, 140:22
**described** [4] - 18:15, 139:19, 142:5, 142:24
**DESCRIPTION** [1] - 3:9
**description** [3] - 14:10, 18:7, 139:22
**Description** [1] - 3:13
**designate** [1] - 63:2
**designated** [40] - 25:5, 25:23, 26:11, 29:21, 35:25, 36:14, 45:7, 51:21, 52:17, 60:10, 61:16, 61:25, 62:22, 67:9, 69:25, 70:3, 70:12, 72:9, 75:20, 76:18, 76:21, 77:1, 79:21, 81:5, 81:11, 81:12, 81:17, 84:12, 89:11, 89:20, 90:1, 90:7, 90:13, 102:7, 107:9, 118:24, 119:2, 120:12, 125:6, 130:21
**detail** [3] - 38:19, 83:24, 96:19
**determine** [8] - 54:15, 67:15, 78:8, 84:14, 93:13, 100:23, 113:11, 115:14
**device** [3] - 7:25, 8:6, 8:10
**DeWit** [1] - 71:17
**dictionary** [1] - 65:9
**different** [18] - 7:25, 24:5, 24:11, 33:14, 33:18, 33:21, 34:9, 39:6, 39:17, 53:14, 59:15, 59:17, 59:18, 61:12, 113:18, 128:6, 132:9, 132:12
**difficulty** [1] - 105:5
**diligence** [2] - 110:19, 113:9
**diligent** [1] - 59:9
**DIRECT** [1] - 3:4
**directing** [1] - 110:5
**directly** [9] - 5:16, 35:9, 64:23, 121:4, 121:14, 122:6, 128:23, 139:4, 139:8
**director** [40] - 44:8, 45:3, 55:25, 56:2, 60:1, 60:6, 69:10, 69:22, 70:11, 71:21, 71:23, 71:25, 72:1, 72:22, 73:9, 74:3, 75:8, 75:17, 75:25,

76:1, 76:23, 78:10, 78:12, 79:18, 80:9, 104:22, 105:7, 105:19, 124:3, 128:5, 129:8, 131:4, 131:6, 131:13, 131:18, 131:23, 132:6, 132:15, 132:23
**directors** [1] - 76:2
**disbursements** [5] - 23:23, 23:24, 121:10, 121:22
**disclose** [3] - 96:18, 109:10, 122:16
**disclosed** [6] - 78:23, 104:15, 105:10, 114:22, 114:25, 117:23
**disclosing** [1] - 52:14
**disclosure** [3] - 53:22, 81:1, 81:3
**disclosures** [5] - 134:7, 136:17, 136:18, 137:5, 139:18
**discover** [1] - 66:13
**discovery** [6] - 37:3, 38:13, 67:12, 141:18, 142:20, 142:25
**discrimination** [25] - 24:18, 29:4, 29:5, 29:6, 42:15, 43:6, 44:1, 46:4, 47:4, 47:5, 47:13, 56:7, 56:8, 57:17, 58:11, 58:14, 65:4, 65:5, 77:20, 82:8, 126:8, 126:9, 127:2, 137:13, 137:14
**discuss** [1] - 107:20
**discussed** [8] - 103:4, 109:19, 123:5, 123:21, 135:17, 136:9, 136:14, 137:1
**discussing** [1] - 63:24
**discussion** [1] - 8:3
**discussions** [3] - 35:4, 88:20, 108:10
**dismissed** [1] - 58:15
**dispute** [2] - 41:4, 141:2
**disrespectful** [1] - 140:21
**dissolving** [1] - 16:9
**distinct** [2] - 39:11, 39:12
**distributed** [1] - 79:9
**DISTRICT** [2] - 1:1, 1:2

**divorce** [1] - 19:13
**doctrine** [2] - 19:4, 20:14
**document** [9] - 11:22, 38:20, 40:14, 41:14, 68:25, 97:8, 128:21, 140:2, 142:17
**documentation** [3] - 27:5, 67:14, 87:22
**documents** [39] - 33:2, 38:17, 38:21, 40:17, 41:3, 41:4, 42:9, 47:21, 52:25, 54:6, 59:5, 59:24, 64:14, 64:15, 67:24, 87:25, 88:3, 88:8, 88:11, 88:23, 92:13, 93:21, 95:25, 96:1, 96:12, 96:15, 96:21, 106:5, 106:20, 107:22, 110:8, 112:17, 112:21, 113:10, 113:21, 113:23, 123:14, 141:16
**dog** [1] - 141:12
**DONALD** [2] - 1:7, 147:9
**Donald** [26] - 7:10, 7:15, 8:13, 9:17, 12:20, 13:4, 14:9, 14:20, 18:23, 19:10, 19:19, 20:3, 34:5, 34:11, 34:17, 39:14, 56:8, 78:3, 93:6, 98:7, 99:10, 121:8, 125:7, 134:3, 140:4, 140:5
**done** [22] - 21:24, 24:23, 25:3, 25:7, 25:16, 31:2, 31:16, 32:7, 32:9, 32:10, 46:20, 54:10, 54:21, 54:23, 71:5, 71:6, 88:13, 98:20, 122:8, 122:10, 125:6, 125:23
**dont'** [1] - 19:11
**Door** [1] - 62:6
**door** [3] - 27:3, 89:8, 89:23
**double** [1] - 141:11
**double-check** [1] - 141:11
**doubt** [4] - 21:25, 22:19, 122:8, 141:10
**down** [9] - 98:11, 98:14, 98:15, 98:20, 104:3, 117:6, 121:24, 123:16,

136:25
**drive** [1] - 91:2
**driver** [1] - 90:24
**DTP** [2] - 78:2, 100:18
**DTP's** [1] - 82:6
**due** [2] - 110:19, 113:9
**duly** [3] - 4:7, 144:8, 145:9
**during** [17] - 5:6, 9:10, 34:19, 39:14, 44:19, 85:5, 85:12, 88:18, 88:23, 89:25, 90:5, 90:12, 102:21, 106:9, 109:19, 109:23, 116:11
**duties** [2] - 53:21, 97:21

## E

**e)"...Any** [1] - 148:2
**e-mail** [23] - 7:23, 11:21, 48:8, 51:25, 52:12, 53:17, 60:6, 63:6, 66:5, 75:15, 88:10, 92:18, 103:14, 103:23, 103:25, 113:4, 123:21, 133:20, 137:25, 138:4, 142:11
**e-mails** [50] - 36:24, 36:25, 37:2, 38:24, 40:18, 40:25, 41:6, 41:7, 41:9, 41:12, 41:14, 41:20, 49:24, 50:2, 50:3, 63:9, 63:10, 64:18, 64:21, 66:5, 66:7, 66:12, 66:18, 66:23, 67:25, 68:24, 70:7, 70:8, 88:18, 89:19, 95:7, 95:8, 95:10, 103:5, 103:8, 103:11, 104:16, 105:5, 111:12, 112:23, 113:1, 113:5, 129:5, 141:17, 142:2, 142:3, 142:13, 142:15, 142:18
**earliest** [1] - 147:16
**early** [4] - 48:1, 48:19, 110:24, 111:13
**earned** [1] - 21:17
**easier** [1] - 7:23
**easily** [1] - 116:17
**easy** [1] - 129:6
**echo** [1] - 11:12
**educate** [2] - 69:19, 135:4

**effect** [2] - 89:25, 90:5
**effectively** [1] - 67:14
**efficiency** [1] - 119:13
**efficiently** [1] - 67:14
**effort** [7] - 24:5, 34:1, 70:19, 71:1, 130:17, 131:24, 137:15
**efforts** [21] - 9:24, 15:18, 16:16, 16:22, 18:14, 18:16, 32:25, 68:13, 68:19, 69:6, 69:10, 69:19, 69:21, 84:19, 87:12, 94:18, 113:19, 114:2, 123:15, 127:22, 127:23
**either** [4] - 47:24, 103:20, 138:23, 144:9
**elaborate** [2] - 17:11, 17:13
**Election** [1] - 35:9
**election** [30] - 9:22, 9:24, 16:17, 16:24, 17:2, 17:4, 17:5, 17:14, 17:17, 17:23, 17:24, 18:8, 18:24, 19:11, 19:19, 20:4, 23:22, 24:5, 96:9, 102:24, 106:9, 108:9, 125:11, 125:15, 125:20, 127:20, 127:25, 131:24, 137:15
**elimination** [1] - 119:2
**Elizabeth** [2] - 56:19, 57:2, 57:6
**elusive** [1] - 133:15
**employed** [1] - 127:12
**employee** [7] - 46:4, 46:7, 47:2, 47:3, 53:4, 53:11, 53:18
**employees** [12] - 23:15, 23:19, 24:2, 35:5, 35:11, 35:19, 36:9, 36:15, 56:9, 72:6, 72:21, 74:19, 76:2, 81:4, 81:7, 95:13
**employment** [15] - 24:17, 25:6, 25:15, 26:8, 27:14, 29:3, 29:5, 29:6, 83:9, 92:14, 105:24, 108:1, 108:8, 108:11, 110:25
**employments** [1] - 106:9
**end** [6] - 12:2, 55:14, 82:14, 85:21,

119:16, 128:3
**ended** [2] - 16:9, 58:16
**engage** [2] - 42:21, 42:25
**engaged** [3] - 9:23, 50:7, 140:10
**engagement** [1] - 9:24
**engagements** [1] - 140:11
**entail** [2] - 69:10, 76:6
**entered** [1] - 148:3
**entire** [1] - 125:7
**entirety** [1] - 127:14
**entities** [3] - 24:11, 34:9, 46:14
**entity** [32] - 7:14, 24:5, 26:20, 27:15, 27:16, 27:23, 30:24, 31:1, 33:14, 33:18, 33:22, 34:4, 34:18, 39:7, 39:8, 39:15, 39:16, 45:6, 45:10, 98:6, 98:9, 98:24, 99:10, 119:19, 119:21, 120:3, 120:14, 121:1, 127:11, 127:17, 127:19
**Epshteyn** [2] - 102:18, 103:20
**Eric** [9] - 108:18, 108:23, 109:4, 110:2, 111:5, 111:17, 112:16, 113:6, 114:19
**ERRATA** [2] - 3:6, 148:1
**errata** [1] - 146:10
**Especially** [1] - 51:12
**especially** [4] - 25:3, 28:1, 49:6, 105:12
**ESQ** [1] - 2:7
**essentially** [1] - 107:12
**et** [5] - 59:21, 94:10, 105:25, 106:1, 147:10
**evaluation** [1] - 83:11
**evaluations** [2] - 83:9, 83:13
**event** [1] - 144:10
**exact** [6] - 22:1, 22:11, 66:21, 121:19, 130:5, 135:16
**exactly** [10] - 28:2, 50:16, 66:19, 67:8, 68:15, 86:21, 101:9, 107:16, 109:15, 136:24
**exaggerating** [1] -

103:16
**EXAMINATION** [1] - 3:4
**examination** [1] - 147:12
**EXAMINATIONS** [1] - 3:1
**examined** [1] - 4:8
**examples** [1] - 68:17
**executed** [1] - 66:15
**executive** [3] - 71:16, 71:19, 78:14
**exhausted** [1] - 29:14
**exhausting** [1] - 31:20
**exhaustive** [1] - 32:11
**EXHIBIT** [1] - 3:9
**exhibit** [6] - 7:22, 12:2, 21:11, 119:15, 133:16, 137:17
**Exhibit** [4] - 3:10, 3:13, 137:19, 137:20
**exhibits** [1] - 8:7
**EXHIBITS** [2] - 3:8, 3:12
**exist** [2] - 81:16, 111:15
**existed** [1] - 82:8
**existence** [2] - 79:18, 125:7
**exists** [1] - 76:7
**expect** [3] - 110:22, 113:3, 114:21
**expectation** [1] - 69:18
**expenses** [3] - 139:12, 139:15, 139:16
**Expires** [2] - 144:19, 145:19
**expires** [1] - 146:21
**explain** [2] - 20:10, 33:23
**explained** [2] - 68:24, 130:4
**explaining** [1] - 126:23
**express** [1] - 42:7
**expressed** [2] - 41:23, 42:1
**expressing** [2] - 63:7, 63:9
**extension** [5] - 27:11, 27:12, 27:20, 27:21, 28:13
**extent** [1] - 31:11, 44:9, 73:1, 73:14, 101:3, 102:2, 109:16, 117:14, 118:3, 126:12, 141:8
**extraordinarily** [3] - 125:22, 126:10,



127:5
**extremely** [3] - 103:7, 125:9, 127:13

## F

**F.R.C.P** [1] - 148:2
**faced** [1] - 56:13
**facing** [2] - 46:4, 47:3
**fact** [7] - 23:25, 31:19, 35:15, 70:20, 126:16, 126:21, 139:3
**factor** [1] - 91:5
**failures** [1] - 41:24
**fair** [10] - 29:15, 88:22, 89:16, 111:3, 118:19, 118:25, 139:21, 140:12, 141:7
**Fair** [1] - 65:18
**fairly** [1] - 129:19
**fall** [1] - 89:7
**falls** [8] - 72:16, 73:16, 82:19, 85:15, 85:16, 100:14, 101:3, 102:2
**false** [1] - 70:9
**falsification** [1] - 22:4
**familiar** [2] - 4:17, 18:1
**Family** [1] - 121:15
**far** [23] - 11:11, 12:17, 23:25, 28:16, 47:8, 49:16, 51:10, 55:16, 55:22, 60:10, 63:9, 69:11, 74:14, 78:7, 80:18, 83:14, 89:21, 91:7, 95:11, 106:8, 117:13, 123:9, 127:15
**FEC** [8] - 21:22, 21:23, 99:9, 99:12, 115:14, 120:17, 134:7, 137:4
**FEC's** [1] - 139:4
**Federal** [1] - 35:9
**federal** [9] - 23:22, 84:18, 85:1, 86:1, 87:11, 87:15, 94:17, 95:18, 97:17
**fees** [12] - 115:7, 117:12, 118:5, 120:1, 120:11, 120:25, 121:4, 121:14, 122:15, 139:12, 139:14, 139:17
**females** [1] - 58:18
**few** [1] - 117:18
**file** [16] - 16:11, 28:4, 28:5, 28:11, 28:13,

92:6, 92:8, 92:10, 92:16, 141:19, 141:20, 141:23, 142:6, 142:10, 142:25, 147:19
**filed** [7] - 17:15, 27:22, 46:9, 65:24, 65:25, 90:18, 101:4
**files** [3] - 26:4, 27:25, 37:7
**filing** [1] - 58:16
**filings** [2] - 83:19, 136:12
**final** [1] - 100:6
**financial** [10] - 71:18, 97:23, 98:4, 98:18, 99:24, 100:3, 100:12, 100:17, 100:19, 101:24
**financials** [2] - 35:8, 99:12
**fine** [2] - 62:10, 90:20, 112:4
**finished** [1] - 5:2
**Firm** [2] - 21:16, 134:2
**firm** [37] - 6:6, 6:7, 6:8, 6:11, 6:21, 9:3, 21:14, 21:16, 28:7, 47:19, 47:20, 47:23, 48:11, 48:23, 51:6, 54:17, 105:24, 114:9, 114:19, 115:12, 115:15, 116:11, 117:18, 118:8, 118:21, 134:5, 135:2, 135:4, 135:6, 135:20, 135:24, 135:25, 136:13, 136:19, 140:24
**firms** [2] - 121:21, 121:22
**First** [2] - 111:1
**first** [4] - 4:7, 12:11, 45:22, 126:22
**five** [4] - 6:18, 6:21, 62:7, 112:3
**five-minute** [1] - 62:7
**five-year** [1] - 6:21
**flippant** [1] - 92:4
**Floor** [2] - 2:9, 147:6
**Florida** [7] - 1:22, 4:1, 4:3, 121:16, 144:18, 145:18, 146:20
**FLORIDA** [3] - 144:2, 145:3, 146:2
**fluid** [1] - 71:13
**Flynn** [3] - 13:23, 16:3, 16:4
**focused** [1] - 38:17

**focusing** [1] - 73:25
**folder** [1] - 138:11
**followed** [3] - 46:13, 52:14, 88:6
**following** [2] - 56:17, 56:25
**follows** [2] - 4:8, 71:15
**FOR** [2] - 1:7, 147:9
**foregoing** [3] - 144:5, 146:7, 148:20
**FOREMAN** [1] - 130:20
**form** [56] - 13:11, 16:18, 17:9, 18:3, 18:17, 18:25, 20:13, 23:8, 24:7, 25:10, 29:18, 30:6, 30:21, 31:10, 33:16, 34:10, 35:12, 40:19, 42:3, 42:16, 44:25, 47:7, 49:1, 51:1, 52:6, 53:5, 53:25, 54:7, 55:10, 60:8, 60:21, 84:10, 85:7, 90:25, 91:12, 91:25, 94:13, 99:1, 104:23, 105:21, 108:4, 108:19, 109:6, 111:8, 114:10, 118:11, 120:8, 124:5, 124:12, 124:22, 128:8, 129:11, 130:19, 135:21, 140:25, 148:2
**formal** [2] - 54:9, 63:5
**format** [2] - 15:19, 80:8
**formed** [1] - 6:14
**former** [15] - 13:8, 13:16, 13:22, 14:2, 14:8, 14:19, 35:11, 35:19, 36:8, 36:15, 84:3, 87:1, 91:17, 98:10, 140:6
**formerly** [1] - 34:5, 98:7
**forms** [1] - 83:10
**forth** [1] - 146:10
**forward** [3] - 7:17, 7:20, 140:7
**forwarded** [1] - 106:7
**four** [9] - 64:5, 64:6, 64:25, 65:1, 65:16, 67:1, 67:22, 67:23, 68:16
**Fox** [3] - 122:1, 122:3, 122:4
**FPR** [1] - 147:23
**frame** [10] - 33:3,

44:20, 50:3, 59:1, 103:19, 118:9, 125:11, 125:23, 127:24, 129:24
**frankly** [1] - 110:23
**frankness** [1] - 101:19
**free** [2] - 11:15, 138:18
**front** [1] - 29:13
**full** [4] - 37:10, 37:15, 51:13, 136:16
**fully** [2] - 32:12, 121:2
**funded** [1] - 121:13
**funding** [1] - 115:7

## G

**gather** [3] - 40:7, 103:1, 142:19
**gender** [3] - 57:17, 58:11, 58:13
**General** [1] - 13:23
**general** [8] - 18:7, 55:16, 77:18, 77:23, 102:24, 125:11, 127:24, 138:20
**generally** [2] - 40:15, 92:15
**Given** [1] - 54:12
**given** [11] - 28:1, 34:8, 52:11, 82:4, 97:6, 105:3, 107:1, 107:14, 142:4, 148:4, 148:21
**Google** [2] - 92:24, 92:25
**governed** [3] - 84:17, 87:11, 94:17
**government** [2] - 95:14, 97:17
**Great** [13] - 39:16, 66:1, 98:10, 98:24, 99:7, 99:8, 99:18, 119:23, 119:25, 121:7, 125:8, 138:24
**great** [5] - 4:16, 5:22, 6:17, 40:4, 50:2
**GREENBERG** [2] - 2:7, 147:5
**Grenell** [1] - 13:15
**grievance** [1] - 47:18
**ground** [1] - 4:18
**group** [3] - 6:12, 44:4, 44:5
**Group** [2] - 6:14, 138:22
**GUERLIN** [2] - 144:17, 145:18
**Guerlin** [3] - 1:22, 4:1, 147:23
**guess** [1] - 115:8

**guide** [1] - 46:6
**guidelines** [1] - 43:25

## H

**Habba** [1] - 15:7
**Habba's** [1] - 28:7
**half** [2] - 85:5, 85:12
**hand** [2] - 144:11, 145:10
**handle** [2] - 32:19, 118:21
**handled** [4] - 85:25, 95:21, 95:23
**handwrite** [1] - 39:19
**handwriting** [1] - 39:19
**handwritten** [1] - 5:14
**happy** [3] - 32:8, 116:15, 121:20
**harassment** [16] - 42:15, 43:6, 44:1, 56:6, 62:19, 63:21, 64:9, 65:3, 65:14, 66:16, 70:10, 83:16, 126:7, 127:2, 137:12
**hard** [1] - 25:1
**Harvey** [5] - 6:22, 6:25, 7:6, 21:16, 138:22
**HARVEY** [1] - 6:25
**hat** [2] - 97:11, 97:12
**hate** [1] - 115:19
**head** [4] - 14:16, 25:20, 60:4, 67:8
**hear** [7] - 5:9, 23:20, 23:21, 43:9, 57:24, 77:13, 141:12
**heard** [7] - 18:4, 58:3, 58:6, 58:9, 77:7, 124:16, 129:9
**heavily** [2] - 123:14
**help** [3] - 9:23, 26:2, 27:4
**helps** [1] - 29:1
**hereby** [3] - 144:4, 146:6, 148:19
**herein** [1] - 148:23
**hereof** [1] - 144:6
**hereto** [1] - 146:10
**hereunto** [1] - 144:11
**HH** [1] - 144:18
**hierarchy** [4] - 59:19, 61:22, 71:15, 78:7
**highly** [2] - 124:25, 126:23
**Hilary** [1] - 63:24
**hire** [3] - 48:23, 51:5, 54:16
**hired** [6] - 47:19,



47:23, 47:24, 95:4,
126:18, 140:9
**hiring** [3] - 84:7, 87:4,
88:4
**hold** [1] - 123:10
**holidays** [3] - 48:17,
50:21, 50:23
**home** [1] - 11:15
**honestly** [1] - 16:14
**hopefully** [1] - 5:8
**HORNIK** [2] - 2:7,
147:5
**House** [17] - 62:3,
64:2, 84:4, 84:9,
86:3, 87:2, 88:5,
88:19, 90:24, 91:5,
91:9, 91:17, 94:11,
94:23, 95:5, 95:15,
97:18
**housed** [1] - 41:9
**houses** [2] - 33:2,
41:11
**HR** [45] - 43:1, 44:4,
44:5, 45:3, 56:17,
56:24, 58:19, 60:1,
60:6, 63:12, 69:10,
69:21, 70:11, 71:25,
73:9, 74:3, 75:8,
75:17, 75:25, 76:2,
76:5, 76:6, 76:7,
76:23, 79:18, 80:9,
81:20, 81:23,
104:22, 105:7,
105:19, 123:2,
124:3, 128:5, 129:8,
131:4, 131:6,
131:13, 131:18,
131:23, 132:5,
132:15, 132:23
**huge** [1] - 59:4
**human** [15] - 42:21,
42:23, 43:4, 44:7,
46:8, 46:18, 55:25,
56:2, 64:23, 71:21,
71:23, 72:22, 78:10,
78:11
**hundred** [1] - 113:18
**hundreds** [2] - 38:3,
59:22
**hung** [1] - 32:6
**husband's** [1] - 64:1
**hypothetical** [1] -
110:4
**hypotheticals** [1] -
113:18

## I

**idea** [2] - 18:7, 18:10
**identification** [3] -

45:12, 84:5, 87:2
**Identification** [1] -
137:22
**identified** [2] - 65:14,
66:24
**identifier** [1] - 99:9
**identify** [7] - 63:3,
64:4, 64:5, 65:7,
65:17, 68:16, 71:23
**imaged** [1] - 41:10
**immediately** [1] -
89:19
**implied** [1] - 36:8
**imply** [1] - 22:3
**importantly** [1] - 35:23
**impossible** [1] - 19:13
**impregnated** [1] -
126:17
**impression** [3] -
20:23, 22:5, 36:11
**impressions** [8] -
19:1, 19:7, 20:12,
20:15, 20:16, 20:24,
21:3, 21:6
**IN** [3] - 144:11, 147:9,
148:2
**inaccurate** [1] - 139:3
**inauguration** [2] -
95:5, 96:10
**Inc** [12] - 7:15, 34:6,
34:12, 34:18, 39:15,
98:8, 99:11, 119:23,
121:7, 121:9, 125:8,
134:3
**INC** [2] - 1:8, 147:10
**include** [7] - 53:3,
53:11, 53:13, 63:6,
69:21, 82:3, 139:16
**included** [5] - 72:21,
103:5, 106:7,
112:23, 127:3
**includes** [2] - 41:4,
139:23
**including** [15] - 21:15,
33:1, 56:15, 70:8,
77:11, 83:19, 84:4,
87:2, 90:18, 96:12,
98:3, 100:18,
100:23, 134:1,
142:12
**inconsistent** [1] -
123:11
**incorrect** [1] - 138:20
**incorrectly** [1] - 58:9
**independent** [5] -
23:1, 84:18, 87:12,
94:18, 95:2
**indirectly** [1] - 121:14
**individual** [12] - 25:8,
40:8, 57:14, 57:22,

58:9, 58:12, 70:4,
72:21, 85:22,
126:17, 128:18
**individual's** [1] -
57:15
**Individually** [3] - 1:8,
1:9, 1:9
**individuals** [22] - 12:9,
38:7, 51:24, 56:18,
56:23, 56:25, 61:20,
66:25, 67:22, 67:23,
84:5, 84:7, 87:3,
87:4, 94:25, 95:7,
103:3, 113:25,
114:3, 128:7,
128:20, 140:15
**inference** [1] - 33:4
**inform** [2] - 53:21,
68:9
**informal** [1] - 142:9
**information** [50] -
13:1, 19:14, 19:20,
22:10, 23:14, 23:17,
29:13, 30:11, 30:13,
30:16, 30:24, 31:1,
31:6, 32:1, 37:11,
45:6, 45:10, 50:4,
57:9, 67:11, 67:21,
71:7, 72:24, 73:1,
75:18, 76:24, 78:23,
79:10, 80:15, 81:12,
82:4, 82:10, 85:23,
85:24, 93:20,
109:17, 116:18,
116:25, 117:5,
117:14, 117:22,
117:23, 129:4,
130:14, 131:21,
134:10, 134:18,
134:21, 135:1
**informed** [8] - 51:24,
71:25, 74:2, 74:3,
74:16, 74:23, 79:17,
81:7
**informing** [5] - 73:8,
74:22, 75:7, 75:16,
89:18
**inquire** [2] - 60:15,
132:13
**inquired** [4] - 132:10,
132:11, 132:22,
136:3
**inquiry** [1] - 59:9
**instance** [16] - 26:4,
42:8, 43:6, 59:19,
63:6, 63:23, 64:19,
68:20, 73:7, 76:1,
81:18, 85:20, 92:16,
99:9, 115:11, 139:13
**instances** [1] - 85:19

**instead** [1] - 4:21
**instruction** [1] - 86:14
**instructions** [2] -
5:21, 68:21
**integrity** [3] - 9:24,
16:16, 18:8
**intend** [2] - 140:3,
140:14
**interested** [1] - 144:10
**interfering** [1] - 28:18
**interim** [2] - 50:25,
51:4
**internal** [6] - 9:8, 9:19,
47:20, 50:8, 51:6,
107:18
**interpreting** [1] -
65:20
**interrupt** [3] - 4:22,
4:25, 115:19
**interviewed** [1] -
47:20
**investigate** [5] -
42:22, 43:1, 43:2,
43:5, 49:19
**investigating** [2] -
42:14, 73:6
**investigation** [6] -
47:20, 48:24, 50:8,
51:6, 107:18, 107:20
**investigations** [1] -
42:21
**invoices** [1] - 139:9
**involved** [9] - 16:10,
16:15, 16:22, 18:14,
25:16, 89:9, 93:16,
121:21, 128:23
**involving** [3] - 27:20,
52:22, 117:12
**Iowa** [2] - 57:16, 58:14
**irrelevant** [2] - 126:15,
126:21
**issue** [8] - 55:7, 57:19,
67:25, 81:20, 89:3,
89:10, 115:2, 125:11
**issued** [1] - 15:4
**issues** [2] - 63:24,
80:3
**it'd** [1] - 126:21
**itself** [4] - 77:11, 83:5,
115:3, 140:2

## J

**James** [1] - 28:25
**January** [2] - 50:17,
50:19
**JARED** [1] - 2:7
**Jared** [1] - 117:17
**Jason** [11] - 28:24,
60:19, 60:23, 61:14,

122:6, 122:13,
122:15, 124:10,
124:20, 125:2,
130:16
**JBlumetti@LHRGB.
com** [1] - 2:10
**Jeffrey** [1] - 71:16
**JESSE** [7] - 1:16, 3:3,
4:6, 144:6, 145:8,
146:14, 148:25
**Jesse** [3] - 5:25,
147:4, 147:11
**Jessica** [3] - 56:19,
57:2, 83:16
**job** [3] - 91:5, 97:18,
97:20
**Johnson** [4] - 56:19,
57:2, 57:11, 62:21
**Jones** [12] - 47:19,
49:19, 49:21, 50:7,
50:11, 50:16, 52:22,
107:1, 107:4,
107:12, 107:15,
107:19
**jot** [1] - 121:24
**judge** [1] - 102:9
**juncture** [1] - 110:4
**Junior** [1] - 12:21
**Junior's** [1] - 140:5
**JURAT** [1] - 146:1

## K

**Kash** [1] - 14:3
**KASH** [1] - 14:3
**keep** [3] - 25:14,
104:13, 130:3
**KELLY** [2] - 144:17,
145:18
**Kelly** [4] - 1:22, 4:1,
7:22, 147:23
**Kellyanne** [5] - 52:12,
53:24, 55:4, 61:23,
71:18
**key** [1] - 63:18
**keyword** [22] - 63:14,
63:15, 64:3, 64:7,
64:18, 66:6, 66:9,
67:4, 67:5, 67:7,
67:8, 67:16, 67:19,
68:3, 68:8, 68:9,
68:12, 69:5, 104:11,
104:14
**keywords** [1] - 68:22
**KHP** [2] - 1:3, 147:10
**kind** [8] - 23:2, 30:23,
42:2, 42:15, 47:4,
103:6, 130:12,
141:22
**King** [1] - 7:8



**knowledge** [24] - 19:14, 32:1, 43:21, 43:24, 54:22, 72:12, 74:14, 79:23, 84:1, 84:19, 85:19, 86:15, 86:18, 87:12, 89:2, 90:9, 94:18, 95:2, 108:16, 124:14, 124:18, 143:1, 143:2, 143:4
**known** [4] - 34:5, 39:14, 39:15, 98:7
**knows** [1] - 26:13

## L

**L-U-C-I-A** [1] - 45:23
**label** [1] - 82:22
**labeled** [1] - 143:3
**ladder** [1] - 78:21
**laptop** [1] - 11:14
**Large** [2] - 4:3, 146:20
**large** [2] - 91:5, 127:12
**largely** [2] - 142:2, 142:3
**LAROCCA** [2] - 2:7, 147:5
**Larroco** [1] - 134:2
**Larry** [4] - 111:20, 112:13, 117:17
**last** [4] - 55:19, 98:12, 140:11, 141:15
**late** [7] - 47:24, 48:18, 50:9, 50:10, 50:17, 110:24
**law** [23] - 6:6, 6:7, 6:8, 6:21, 9:3, 9:20, 17:16, 28:7, 48:11, 84:18, 85:1, 86:1, 86:7, 87:11, 87:15, 87:24, 94:17, 95:19, 95:24, 105:24, 121:21, 121:22, 144:8
**Law** [6] - 6:12, 6:14, 17:18, 121:15, 134:2, 138:22
**lawsuit** [10] - 10:5, 12:21, 13:17, 13:18, 17:15, 27:22, 58:16, 59:11, 65:24, 90:10
**lawsuits** [7] - 10:14, 13:6, 13:9, 14:10, 14:12, 90:3, 90:18
**lawyer** [1] - 19:14
**lay** [1] - 4:19
**leadership** [1] - 108:14
**leading** [1] - 58:14

**least** [10] - 13:5, 13:7, 14:10, 37:7, 44:9, 50:1, 71:4, 105:6, 125:1, 139:11
**leave** [2] - 32:18, 133:7
**led** [1] - 42:23
**Lee** [2] - 10:18, 10:21
**left** [1] - 50:9
**legal** [30] - 8:23, 9:1, 9:16, 9:18, 15:24, 15:25, 16:2, 19:8, 21:3, 24:18, 65:21, 99:25, 115:7, 117:12, 118:5, 120:11, 120:25, 121:4, 121:14, 122:14, 128:11, 139:12, 139:14, 139:17, 139:19, 139:23, 140:4, 140:5, 140:6, 140:7
**legally** [1] - 15:18
**length** [1] - 105:12
**LETTER** [1] - 3:6
**letter** [1] - 89:4
**letters** [2] - 89:12, 113:5
**level** [1] - 53:17
**Lieutenant** [1] - 13:23
**likely** [2] - 38:22, 50:6
**limit** [5] - 63:5, 63:8, 64:4, 124:20, 125:14
**limited** [6] - 15:24, 49:8, 51:14, 103:6, 123:24, 125:10, 125:20, 127:4, 129:24, 131:25
**limiting** [1] - 64:17
**limits** [1] - 46:20
**listed** [3] - 30:4, 32:3, 134:14
**literal** [1] - 125:19
**literally** [1] - 123:22
**litigate** [1] - 27:12
**litigation** [8] - 10:3, 12:13, 12:14, 19:2, 20:13, 28:9, 128:24
**locate** [11] - 44:2, 58:11, 92:19, 103:10, 103:19, 104:5, 104:9, 106:5, 114:2, 115:11, 121:6
**located** [1] - 7:6
**LOCATION** [1] - 1:13
**log** [2] - 8:6, 8:9
**logging** [1] - 7:24
**look** [41] - 64:20, 70:18, 75:3, 75:11, 75:20, 75:24, 79:7,

80:3, 81:3, 83:24, 84:12, 89:12, 89:21, 90:2, 90:8, 90:14, 91:19, 91:23, 92:7, 93:12, 97:22, 100:8, 101:8, 103:13, 105:11, 113:8, 113:10, 118:24, 120:17, 121:19, 122:11, 122:12, 123:20, 126:22, 127:14, 130:21, 132:2, 132:4, 133:5, 136:12, 138:25
**looked** [30] - 23:23, 36:20, 59:2, 61:4, 66:10, 68:25, 71:10, 75:1, 75:3, 75:24, 76:3, 76:17, 76:20, 77:1, 81:12, 81:18, 82:11, 83:18, 85:18, 91:7, 93:11, 93:24, 100:23, 102:5, 107:22, 113:20, 115:13, 128:24, 141:23, 142:15
**looking** [9] - 5:15, 5:16, 64:24, 65:5, 65:11, 65:12, 66:2, 117:24, 127:23
**looks** [4] - 100:5, 139:1, 139:3, 139:4
**loose** [1] - 15:16
**lower** [1] - 15:12
**Lucia** [17] - 42:24, 45:17, 45:23, 55:24, 64:18, 66:6, 66:7, 66:19, 71:10, 71:22, 74:4, 78:12, 78:16, 79:17, 81:7, 131:3
**lucrative** [1] - 140:24
**Lummeti** [1] - 117:17
**lunch** [1] - 5:8

## M

**Ma'am** [29] - 44:18, 45:5, 53:13, 54:1, 54:15, 54:19, 59:1, 60:3, 60:9, 60:25, 61:3, 61:16, 63:8, 66:20, 68:5, 69:14, 69:23, 72:2, 72:8, 72:19, 74:5, 75:1, 75:9, 75:19, 75:23, 76:16, 79:7, 80:12, 84:11
**ma'am** [104] - 5:19, 5:21, 6:5, 7:12, 10:10, 11:1, 15:1,

15:9, 19:12, 20:12, 21:5, 24:14, 24:19, 27:7, 30:18, 30:22, 31:13, 34:17, 36:4, 36:11, 36:21, 36:24, 37:20, 37:22, 38:3, 38:11, 38:14, 39:13, 40:3, 41:1, 41:25, 42:11, 43:15, 44:2, 45:15, 45:18, 47:9, 48:24, 52:16, 52:25, 56:4, 56:16, 58:24, 64:10, 66:8, 68:11, 69:8, 78:17, 83:14, 83:20, 88:21, 89:15, 89:20, 90:1, 90:7, 90:13, 91:6, 91:13, 91:19, 92:5, 92:12, 93:10, 95:1, 96:17, 97:5, 97:24, 98:2, 100:16, 104:13, 104:24, 105:8, 105:20, 107:4, 108:12, 108:15, 111:21, 111:23, 113:17, 114:13, 115:5, 118:18, 121:25, 125:4, 131:20, 132:7, 132:17, 133:1, 133:6, 133:9, 133:11, 134:11, 134:19, 136:6, 136:9, 136:23, 137:7, 137:9, 138:4, 138:13, 139:2, 140:2, 140:8, 142:22
**MAGA** [2] - 98:23, 119:19
**mail** [23] - 7:23, 11:21, 48:8, 51:25, 52:12, 53:17, 60:6, 63:6, 66:5, 75:15, 88:10, 92:18, 103:14, 103:23, 103:25, 113:4, 123:21, 133:20, 137:25, 138:4, 142:11
**mails** [50] - 36:24, 36:25, 37:2, 38:24, 40:18, 40:25, 41:6, 41:7, 41:9, 41:12, 41:14, 41:20, 49:24, 50:2, 50:3, 63:9, 63:10, 64:18, 64:21, 66:5, 66:7, 66:12, 66:18, 66:23, 67:25, 68:24, 70:7, 70:8, 88:18, 89:19, 95:7, 95:8, 95:10, 103:5, 103:8, 103:11,

15:9, 19:12, 20:12, 21:5, 24:14, 24:19, 27:7, 30:18, 30:22, 31:13, 34:17, 36:4, 36:11, 36:21, 36:24, 37:20, 37:22, 38:3, 38:11, 38:14, 39:13, 40:3, 41:1, 41:25, 42:11, 43:15, 44:2, 45:15, 45:18, 47:9, 48:24, 52:16, 52:25, 56:4, 56:16, 58:24, 64:10, 66:8, 68:11, 69:8, 78:17, 83:14, 83:20, 88:21, 89:15, 89:20, 90:1, 90:7, 90:13, 91:6, 91:13, 91:19, 92:5, 92:12, 93:10, 95:1, 96:17, 97:5, 97:24, 98:2, 100:16, 104:13, 104:24, 105:8, 105:20, 107:4, 108:12, 108:15, 111:21, 111:23, 113:17, 114:13, 115:5, 118:18, 121:25, 125:4, 131:20, 132:7, 132:17, 133:1, 133:6, 133:9, 133:11, 134:11, 134:19, 136:6, 136:9, 136:23, 137:7, 137:9, 138:4, 138:13, 139:2, 140:2, 140:8, 142:22

**104**:16, 105:5, 111:12, 112:23, 113:1, 113:5, 129:5, 141:17, 142:2, 142:3, 142:13, 142:15, 142:18
**main** [1] - 129:2
**major** [1] - 96:6
**maker** [2] - 55:7, 55:8
**makers** [4] - 47:14, 55:15, 55:16, 55:22
**males** [2] - 58:17, 58:20
**man** [1] - 136:16
**manager** [5] - 55:14, 59:21, 71:19, 71:20, 78:13
**Manigault** [2] - 102:19, 103:21
**manner** [1] - 126:3
**manual** [1] - 46:14
**March** [6] - 1:14, 6:15, 144:12, 145:11, 147:13, 148:21
**mark** [1] - 137:19
**marked** [1] - 137:21
**Massesage** [1] - 28:25
**matter** [30] - 10:3, 10:5, 15:4, 24:18, 24:24, 25:2, 27:10, 27:12, 27:13, 27:14, 27:19, 28:6, 28:12, 28:21, 29:4, 29:5, 29:6, 31:19, 38:10, 38:13, 46:21, 70:20, 115:12, 117:19, 132:2, 133:11, 139:3, 147:15
**matters** [20] - 15:24, 16:1, 16:2, 21:24, 26:7, 26:8, 26:19, 29:9, 42:22, 43:1, 43:2, 43:5, 45:14, 56:2, 84:6, 87:4, 116:9, 117:12, 130:15
**mean** [23] - 17:14, 17:24, 19:7, 19:8, 22:3, 23:22, 34:4, 39:10, 43:2, 43:3, 44:7, 51:10, 65:11, 65:20, 82:16, 92:3, 94:2, 98:16, 116:15, 116:17, 125:19, 140:20, 141:1
**meantime** [1] - 8:12
**medium** [2] - 71:24, 111:18
**member** [2] - 23:1, 117:8

**members** [5] - 71:24, 72:6, 74:1, 74:15, 79:17
**memory** [2] - 29:14, 142:14
**memos** [1] - 113:6
**mental** [7] - 19:1, 20:12, 20:15, 20:16, 20:24, 21:2, 21:6
**mention** [1] - 112:19
**mentioned** [10] - 36:19, 44:3, 52:11, 58:22, 60:2, 61:11, 70:6, 86:16, 119:19, 141:16
**messages** [1] - 113:5
**Michael** [3] - 13:23, 16:3, 16:4
**Michigan** [1] - 10:7
**mid** [1] - 86:6
**middle** [1] - 10:1
**might** [4] - 77:25, 100:16, 107:3, 113:15
**Miller** [11] - 28:25, 60:19, 60:23, 61:14, 122:6, 122:13, 122:15, 124:10, 124:20, 125:2, 130:16
**million** [6] - 21:17, 22:6, 22:18, 90:11, 138:21, 140:1
**millions** [8] - 59:23, 63:10, 64:8, 64:11, 64:13, 70:7, 70:8
**Millions** [1] - 64:15
**mind** [1] - 123:9
**mine** [4] - 28:8, 37:17, 90:19, 92:10
**minute** [1] - 62:7
**minutes** [8] - 5:7, 5:9, 5:11, 62:9, 111:25, 112:3, 124:4, 129:7
**mischaracterizes** [1] - 20:6
**miscommunication** [1] - 135:6
**misheard** [1] - 75:13
**misspoke** [1] - 116:3
**misunderstanding** [1] - 110:17
**misunderstood** [1] - 136:8
**mix** [1] - 86:13
**money** [2] - 115:14, 141:4
**month** [1] - 117:19
**morning** [2] - 4:11, 4:12

**most** [3] - 8:17, 38:19, 41:5
**mouth** [1] - 44:5
**mouthful** [1] - 56:12
**move** [2] - 70:13, 82:21
**moving** [1] - 25:14
**MR** [88] - 8:15, 13:11, 16:18, 16:25, 17:9, 18:3, 18:11, 18:17, 18:25, 20:5, 20:20, 22:8, 23:8, 24:7, 24:15, 25:10, 25:18, 26:12, 26:22, 29:18, 30:6, 30:21, 31:10, 32:4, 33:16, 34:10, 35:12, 40:19, 41:15, 41:17, 42:3, 42:16, 44:25, 47:7, 49:1, 50:13, 51:1, 52:6, 52:8, 53:5, 53:25, 54:7, 55:10, 57:24, 58:2, 60:8, 60:21, 62:10, 69:13, 72:25, 73:10, 73:14, 77:9, 80:10, 82:24, 83:3, 84:10, 85:7, 90:25, 91:12, 91:25, 94:13, 96:25, 99:1, 101:2, 102:1, 104:23, 105:21, 108:4, 108:19, 109:6, 109:16, 110:3, 111:8, 114:10, 118:11, 120:8, 123:12, 124:5, 124:12, 124:22, 126:11, 128:8, 129:11, 130:19, 135:21, 140:25, 143:9
**MS** [113] - 3:4, 4:10, 7:22, 8:4, 8:11, 8:21, 13:13, 13:14, 16:20, 17:3, 17:10, 18:5, 18:13, 18:22, 19:6, 20:8, 20:22, 21:1, 22:14, 23:10, 24:9, 24:16, 25:12, 26:1, 26:18, 27:1, 29:19, 30:7, 31:5, 31:21, 32:16, 33:19, 34:14, 35:13, 40:21, 41:22, 42:4, 42:18, 45:1, 45:20, 45:24, 47:10, 49:2, 50:14, 51:2, 52:9, 52:19, 53:8, 54:3, 54:11, 55:18, 58:4, 60:13, 60:22, 62:5, 62:11, 62:14,

69:16, 73:4, 73:12, 73:20, 73:21, 77:6, 77:12, 77:14, 80:22, 83:1, 83:7, 84:21, 85:10, 91:1, 91:15, 92:2, 94:20, 97:2, 99:5, 101:5, 101:15, 101:19, 102:8, 105:2, 105:22, 108:5, 108:20, 109:13, 109:21, 110:9, 111:9, 112:7, 114:11, 118:15, 120:9, 124:1, 124:8, 124:15, 124:23, 126:15, 126:24, 128:1, 128:13, 129:20, 131:1, 132:24, 133:3, 133:19, 133:24, 135:22, 137:18, 137:23, 138:6, 138:10, 138:14, 141:6
**mute** [1] - 11:7

## N

**name** [17] - 5:23, 6:10, 28:11, 28:21, 45:21, 45:22, 57:4, 57:15, 58:5, 74:4, 86:4, 98:9, 119:21, 121:8, 121:20, 135:24, 135:25
**named** [1] - 28:24
**names** [2] - 29:9, 99:4
**narrow** [3] - 104:3, 117:6, 123:16
**National** [2] - 8:20, 9:13
**NDA** [3] - 89:24, 90:5, 90:12
**nearly** [1] - 39:20
**necessarily** [1] - 71:3
**necessary** [9] - 30:11, 45:5, 45:9, 70:2, 104:25, 107:7, 107:19, 129:13, 129:17
**necessity** [1] - 129:24
**need** [19] - 5:4, 5:7, 5:11, 8:5, 21:10, 35:23, 40:1, 40:5, 44:20, 51:20, 52:16, 54:1, 69:15, 93:4, 93:20, 101:21, 119:1, 137:11
**needed** [4] - 53:2, 128:20, 129:4, 132:2

**needs** [4] - 140:4, 140:5, 140:6, 140:7
**Nevada** [6] - 17:16, 17:17, 17:23, 17:24, 17:25
**never** [3] - 16:12, 33:25, 58:5
**NEW** [1] - 1:2
**New** [2] - 2:9, 147:7
**new** [1] - 69:17
**nice** [1] - 143:8
**nickname** [1] - 14:3
**NO** [2] - 1:3, 147:10
**non** [1] - 29:24
**NONE** [1] - 3:14
**none** [2] - 31:22, 111:6
**nonetheless** [3] - 4:18, 43:13, 112:10
**nonresponsive** [8] - 29:25, 32:18, 74:11, 77:4, 77:10, 80:5, 82:18, 82:22
**nontraditional** [1] - 142:5
**normally** [1] - 93:12
**Notary** [5] - 1:22, 4:2, 144:18, 145:18, 146:20
**note** [2] - 77:15, 116:22
**notes** [3] - 5:13, 5:14, 5:15
**nothing** [12] - 22:11, 78:18, 89:11, 93:16, 105:16, 105:17, 106:10, 107:11, 107:24, 107:25, 139:2, 142:23
**notice** [12] - 24:13, 29:16, 29:20, 30:4, 30:10, 32:3, 41:3, 89:17, 90:4, 101:4, 107:10, 147:20
**noticed** [6] - 26:15, 29:16, 30:24, 73:2, 73:17, 102:2
**notification** [4] - 75:15, 75:16, 76:14, 76:23
**notified** [2] - 53:18, 80:8
**notifying** [2] - 76:6, 80:16
**notwithstanding** [1] - 92:21
**November** [1] - 71:14
**number** [34] - 10:14, 22:1, 22:6, 22:11, 22:12, 22:13, 22:19,

36:25, 38:21, 53:14, 56:1, 63:16, 64:20, 66:11, 67:6, 79:8, 79:9, 79:11, 93:1, 100:3, 103:5, 104:15, 105:4, 105:23, 106:6, 115:15, 122:17, 127:12, 130:7, 139:11, 139:15, 139:16, 141:4, 142:16
**Number** [56] - 40:13, 47:11, 49:17, 56:5, 61:4, 62:16, 67:17, 68:2, 68:6, 68:10, 68:11, 68:21, 70:13, 70:16, 70:17, 71:9, 71:12, 72:15, 73:7, 73:23, 75:22, 77:17, 79:16, 82:2, 82:3, 82:5, 82:19, 82:20, 83:8, 84:2, 85:17, 90:23, 93:8, 94:7, 94:21, 97:22, 100:5, 100:8, 100:20, 100:22, 102:4, 102:11, 104:10, 105:3, 108:23, 112:11, 113:4, 113:22, 115:6, 118:5, 119:17, 119:18, 122:20, 126:6
**numbers** [1] - 119:5
**NY** [2] - 2:9, 147:7

## O

**oath** [1] - 147:13
**OATH** [2] - 3:5, 145:2
**object** [15] - 26:13, 29:25, 32:17, 74:10, 77:3, 80:4, 90:25, 91:12, 91:25, 94:13, 126:11, 129:11, 130:19, 137:10, 140:25
**Object** [2] - 60:21, 76:25
**objected** [1] - 77:9
**objecting** [1] - 79:24
**objection** [54] - 8:15, 16:18, 16:19, 17:9, 18:3, 18:11, 18:17, 18:18, 18:25, 20:5, 20:20, 22:8, 23:8, 24:7, 24:15, 25:10, 25:18, 29:18, 30:6, 30:21, 31:10, 32:4,



33:16, 34:10, 35:12, 40:19, 41:15, 42:3, 42:16, 73:11, 73:13, 73:19, 96:25, 99:1, 101:2, 102:1, 104:23, 105:21, 108:4, 108:19, 109:6, 109:13, 110:3, 111:8, 114:10, 118:11, 120:8, 123:12, 124:5, 124:12, 124:22, 128:8, 135:21, 140:18
**Objection** [16] - 44:25, 47:7, 49:1, 50:13, 51:1, 52:6, 53:5, 53:25, 54:7, 55:10, 60:8, 69:13, 72:25, 80:10, 84:10, 85:7
**objections** [1] - 16:25
**obligations** [8] - 98:5, 98:18, 99:24, 100:4, 100:12, 100:13, 100:19, 101:24
**obtain** [2] - 27:20, 134:17
**obtaining** [2] - 90:24, 91:5
**obvious** [1] - 129:6
**obviously** [5] - 4:20, 55:24, 66:5, 92:1, 109:9
**occur** [1] - 113:14
**occurred** [1] - 96:20
**October** [5] - 9:25, 22:21, 111:6, 144:19
**OF** [13] - 1:2, 1:16, 3:2, 3:5, 3:5, 144:1, 144:2, 144:3, 145:2, 145:3, 145:4, 146:2, 146:3
**off-the-record** [1] - 8:2
**offense** [2] - 5:17, 15:2
**offer** [4] - 106:22, 108:1, 108:8, 110:16
**office** [4] - 7:5, 7:7, 144:11, 147:16
**officer** [8] - 23:16, 35:6, 35:7, 71:16, 71:17, 71:18, 78:14, 148:3
**officers** [1] - 96:14
**official** [11] - 13:16, 15:18, 62:1, 78:19, 84:19, 85:25, 87:13, 94:19, 130:22, 144:11, 145:10

**Official** [2] - 13:23, 14:3
**officials** [6] - 13:9, 53:18, 88:2, 96:4, 97:10, 97:13
**officials'** [1] - 140:7
**often** [2] - 43:13, 71:13
**Omarosa** [1] - 102:18
**once** [8] - 41:3, 47:17, 48:2, 49:11, 99:10, 107:13, 119:22, 126:18
**one** [28] - 5:11, 13:25, 14:6, 14:8, 14:22, 14:24, 16:11, 31:24, 33:24, 34:8, 41:11, 43:20, 51:24, 57:8, 57:14, 57:22, 71:4, 72:16, 73:15, 102:10, 113:15, 119:15, 129:2, 129:3, 134:25, 139:11, 141:15
**onerous** [1] - 125:9
**ones** [2] - 4:19, 38:18
**ongoing** [3] - 10:9, 10:17, 28:9
**onward** [1] - 106:1
**onwards** [2] - 7:21, 10:12
**op** [1] - 111:24
**open** [2] - 11:25, 138:2
**opened** [3] - 27:2, 89:8, 89:23
**operating** [2] - 49:8, 71:17
**opinion** [6] - 20:3, 20:18, 21:4, 21:5, 23:11, 105:5
**opposed** [1] - 9:20
**orbit** [2] - 140:16, 140:23
**order** [35] - 5:8, 8:9, 9:10, 30:23, 32:25, 35:3, 35:24, 37:12, 38:21, 51:20, 52:17, 54:2, 54:19, 59:6, 59:24, 68:22, 68:23, 69:1, 69:14, 69:24, 91:8, 93:4, 93:12, 103:18, 104:16, 104:25, 107:19, 112:22, 113:11, 113:19, 123:15, 123:17, 123:18, 129:18, 132:3
**organization** [1] - 109:23

**Organization** [1] - 10:8
**organizational** [6] - 72:4, 72:7, 77:18, 77:23, 78:2, 82:6
**original** [3] - 61:20, 125:21, 147:19
**otherwise** [3] - 15:19, 97:18, 144:10
**outcome** [4] - 16:17, 16:23, 17:17, 18:8
**outreach** [2] - 51:16, 52:5
**outside** [10] - 26:14, 47:19, 48:11, 48:23, 51:5, 54:17, 73:16, 81:15, 101:3, 122:7
**outsourcing** [1] - 51:11
**oversight** [1] - 45:13
**own** [8] - 6:7, 19:18, 20:3, 86:9, 86:15, 86:17, 92:22, 141:9

## P

**p.m** [5] - 1:15, 112:6, 133:23, 143:11
**PA** [3] - 122:1, 122:3, 122:4
**PAC** [17] - 98:10, 98:24, 99:8, 99:15, 99:16, 99:18, 111:1, 119:25, 120:3, 120:5, 120:10, 121:8, 125:8, 138:24, 138:25
**pacs** [1] - 99:3
**pact** [5] - 16:6, 16:9, 16:11, 16:13
**page** [2] - 146:10, 148:3
**PAGE** [3] - 3:2, 3:9, 146:1
**Page** [1] - 3:13
**PAGE/LINE** [1] - 148:6
**pages** [2] - 144:5, 146:7
**paid** [23] - 85:20, 115:15, 116:10, 117:11, 118:8, 119:18, 119:20, 119:22, 119:24, 120:6, 120:10, 120:14, 121:3, 121:11, 134:2, 134:5, 134:13, 135:4, 136:4, 136:12, 136:20, 137:5, 141:3

**paperwork** [1] - 16:12
**par** [1] - 111:24
**parentheses** [1] - 113:5
**parliamentarian** [6] - 8:25, 9:4, 9:6, 9:7, 9:19, 23:4
**Parscale** [1] - 61:14
**PART** [1] - 148:2
**part** [30] - 9:22, 12:11, 12:12, 12:15, 18:15, 19:3, 20:13, 25:5, 36:1, 60:19, 60:23, 67:17, 72:5, 72:9, 73:7, 74:7, 74:23, 74:24, 75:19, 75:21, 76:14, 76:16, 76:18, 76:19, 76:20, 88:24, 107:2, 127:16, 142:9, 142:24
**particular** [10] - 24:24, 58:12, 66:24, 66:25, 72:10, 79:3, 100:7, 115:12, 118:17
**particularly** [3] - 40:18, 73:25, 78:3
**parties** [2] - 144:9, 147:20
**partner** [4] - 6:23, 7:4, 7:5, 136:1
**parts** [1] - 37:18
**party** [11] - 9:10, 9:12, 10:22, 12:13, 12:23, 96:6, 117:3, 118:6, 134:14, 135:14, 147:20
**passed** [1] - 86:5
**past** [6] - 93:1, 96:9, 115:15, 119:4, 141:4, 142:16
**Patel** [1] - 14:4
**PATEL** [1] - 14:4
**pay** [2] - 99:24, 120:25
**paying** [3] - 85:5, 85:12, 88:24
**payment** [1] - 139:13
**payments** [10] - 21:10, 100:7, 100:9, 121:6, 121:18, 122:6, 122:13, 138:17, 138:22, 139:16
**pays** [1] - 101:24
**PDF** [1] - 133:17
**pending** [6] - 13:20, 13:25, 14:6, 14:11, 14:13, 14:14
**people** [15] - 9:8, 12:17, 36:5, 49:9, 55:17, 55:22, 66:25, 70:5, 78:18, 84:13,

88:4, 88:9, 95:3, 127:12, 140:9
**per** [2] - 29:4, 78:9
**perfect** [1] - 119:13
**performance** [5] - 83:9, 83:12, 83:15, 90:23, 91:4
**performing** [1] - 97:21
**perhaps** [8] - 11:3, 21:10, 29:8, 63:13, 101:21, 105:19, 116:16, 120:6
**period** [22] - 6:21, 42:17, 85:6, 85:13, 88:19, 88:24, 89:4, 89:25, 90:6, 90:12, 102:22, 102:23, 103:2, 110:24, 116:1, 116:7, 116:11, 123:17, 123:24, 123:25, 134:1, 134:4
**person** [4] - 45:13, 128:16, 128:18, 134:23
**personal** [20] - 15:3, 22:3, 23:11, 61:7, 61:8, 61:18, 62:3, 72:12, 79:23, 84:1, 86:9, 86:15, 86:18, 90:8, 124:13, 124:17, 130:24, 130:25, 131:14, 131:22
**personally** [4] - 12:17, 19:8, 19:10, 145:8
**personnel** [14] - 37:7, 91:9, 92:6, 92:8, 92:10, 92:16, 96:4, 130:15, 141:19, 141:20, 141:23, 142:6, 142:10, 142:25
**pertain** [1] - 31:11
**pertains** [1] - 126:12
**phone** [3] - 79:8, 79:9, 79:11
**phrased** [1] - 15:22
**phrases** [1] - 63:22
**phrasing** [1] - 135:16
**physical** [1] - 62:23
**ph}** [1] - 28:25
**pick** [1] - 120:24
**place** [8] - 6:20, 7:7, 43:9, 43:14, 46:6, 46:25, 126:22, 144:6
**placed** [1] - 126:19
**plain** [1] - 122:10
**plainly** [1] - 122:8
**plaintiff** [14] - 24:20,



24:22, 26:9, 28:24,
38:15, 94:9, 95:12,
102:13, 106:1,
108:24, 113:6,
117:3, 118:6, 135:14
**Plaintiff** [2] - 1:5, 2:3
**PLAINTIFF'S** [1] - 3:8
**plaintiff's** [4] - 47:12,
47:18, 83:8, 92:5
**Plaintiff's** [2] - 3:10,
137:20
**plaintiffs** [1] - 12:10
**planned** [1] - 5:10
**pleadings** [3] - 37:5,
37:9, 141:18
**point** [20] - 6:16, 9:2,
23:16, 32:24, 46:23,
48:9, 48:11, 48:13,
49:6, 50:6, 50:22,
65:16, 71:6, 74:2,
78:24, 79:5, 85:8,
85:14, 88:16, 105:18
**pointed** [1] - 87:10
**Policies** [1] - 111:1
**policies** [39] - 40:14,
42:13, 43:13, 43:14,
43:16, 43:18, 44:23,
46:14, 46:20, 46:23,
46:24, 47:12, 47:15,
48:20, 48:25, 49:4,
53:1, 53:21, 54:5,
54:9, 54:13, 55:9,
72:17, 73:5, 73:23,
74:14, 75:1, 75:4,
75:5, 75:10, 75:21,
75:23, 75:24, 76:3,
78:9, 81:13, 81:15,
81:21, 81:25
**policy** [25] - 41:2,
43:25, 46:6, 47:5,
48:22, 72:20, 72:23,
73:7, 74:18, 74:22,
74:23, 74:24, 74:25,
75:14, 76:6, 76:9,
76:11, 76:13, 76:14,
78:20, 80:13, 80:16,
80:19, 80:25, 81:2
**Political** [1] - 21:18
**politics** [2] - 93:2,
93:16
**poorly** [1] - 15:22
**portion** [1] - 101:17
**portions** [1] - 37:7
**posed** [1] - 82:23
**position** [21] - 19:24,
45:16, 48:22, 54:4,
62:1, 67:3, 80:2,
83:22, 83:25, 87:7,
87:17, 91:24, 92:23,
93:6, 93:14, 93:18,

94:6, 109:24,
122:21, 130:17,
130:21
**positions** [6] - 84:4,
84:14, 87:2, 91:18,
94:11, 97:18
**positive** [1] - 70:9
**possible** [1] - 29:11
**possibly** [3] - 53:15,
81:10, 88:7
**potential** [4] - 105:24,
106:8, 108:1, 108:10
**potentially** [2] - 110:1,
122:5
**Powell** [3] - 15:18,
15:24, 16:7
**practice** [2] - 6:19,
70:11
**practices** [4] - 46:8,
46:10, 46:13, 46:15
**predecessor** [1] -
121:8
**prefer** [1] - 8:1
**pregnancy** [8] - 47:4,
47:13, 49:12, 51:24,
52:15, 56:7, 65:4,
107:14
**pregnant** [5] - 53:4,
53:11, 53:19, 126:8,
137:13
**preparation** [3] -
29:23, 34:22, 132:14
**prepare** [3] - 32:25,
60:11, 125:24
**prepared** [4] - 31:3,
32:20, 126:4, 134:24
**preparing** [2] - 33:24,
102:6
**present** [4] - 10:25,
12:7, 22:22, 82:9
**preserve** [1] - 41:3
**preserving** [1] - 73:18
**presidency** [1] - 96:7
**PRESIDENT** [2] - 1:7,
147:10
**president** [3] - 10:23,
12:16, 14:9
**President** [16] - 7:10,
7:15, 8:14, 14:20,
34:5, 34:12, 34:18,
39:15, 56:8, 78:4,
93:7, 98:7, 99:11,
121:9, 125:7, 134:3
**presidential** [25] -
17:24, 20:4, 56:18,
57:1, 59:7, 59:11,
59:12, 59:14, 63:22,
84:16, 84:17, 84:23,
85:25, 87:9, 87:10,
87:20, 88:1, 88:12,

94:15, 94:16, 96:5,
98:21, 105:13,
108:9, 127:11
**press** [1] - 22:3
**pressed** [1] - 82:21
**presume** [4] - 40:6,
70:16, 94:22, 107:25
**previous** [2] - 6:21,
123:6
**previously** [6] -
101:10, 101:13,
104:14, 105:10,
123:8, 132:1
**PRIEBUS** [1] - 1:8
**Priebus** [1] - 37:16
**principal** [2] - 6:9, 7:3
**principle** [1] - 21:15
**principles** [1] - 46:18
**privilege** [11] - 19:18,
20:2, 28:19, 109:7,
109:14, 109:18,
109:25, 110:6,
111:16, 114:23,
115:2
**privileged** [1] - 109:11
**PRO** [1] - 2:4
**PRO-SE** [1] - 2:4
**problem** [2] - 63:21,
141:14
**procedure** [35] - 46:6,
47:5, 48:22, 51:5,
51:7, 51:8, 51:11,
51:16, 51:18, 52:21,
53:15, 72:20, 72:23,
73:8, 74:5, 74:9,
75:14, 75:21, 76:6,
76:9, 76:11, 76:13,
76:15, 78:20, 80:14,
80:16, 80:20, 80:25,
81:2, 84:15, 87:8,
87:18, 87:19, 88:5,
88:6
**procedures** [50] -
42:13, 42:20, 43:9,
43:12, 43:16, 43:19,
46:14, 46:17, 46:21,
46:24, 47:12, 47:16,
47:17, 48:21, 48:25,
49:5, 49:10, 49:16,
50:24, 51:3, 52:4,
52:14, 53:1, 53:3,
53:10, 53:13, 53:22,
54:5, 54:10, 54:13,
54:14, 55:9, 72:17,
73:5, 73:24, 74:7,
74:13, 75:2, 75:4,
75:6, 75:11, 75:23,
75:24, 76:3, 78:9,
81:13, 81:15, 81:21,
81:25

**proceed** [1] - 147:19
**process** [8] - 9:11,
40:24, 41:24, 84:2,
86:24, 86:25, 98:20,
119:2
**produce** [3] - 96:21,
96:23
**produced** [6] - 37:2,
37:3, 38:13, 38:17,
141:17, 142:20
**product** [10] - 19:4,
19:15, 19:18, 19:21,
20:7, 20:9, 20:11,
20:14, 28:19, 114:24
**production** [1] - 68:25
**productive** [1] -
129:14
**professional** [4] -
8:24, 9:4, 9:19, 23:4
**Professional** [1] - 4:2
**professionals** [1] -
46:9
**progress** [1] - 21:12
**prohibiting** [1] - 78:18
**pronounce** [1] - 4:13
**protected** [5] - 19:3,
19:21, 20:13,
109:17, 114:23
**provide** [1] - 119:5
**provided** [1] - 42:9
**PROVIDES** [1] - 148:2
**Public** [5] - 1:22, 4:2,
144:18, 145:18,
146:20
**public** [9] - 23:14,
57:10, 83:19, 83:23,
102:11, 117:1,
117:8, 136:17,
136:18
**publicly** [15] - 66:23,
67:25, 69:1, 96:1,
96:12, 99:13, 99:20,
99:22, 115:13,
116:17, 116:18,
121:10, 122:15,
128:22, 134:9
**pull** [5] - 57:14, 65:10,
99:20, 116:18,
119:11
**pulled** [2] - 134:6,
139:4
**purely** [1] - 106:11
**purpose** [1] - 16:13
**purposes** [1] - 45:21
**pursuant** [1] - 17:16
**put** [6] - 22:15, 44:4,
69:25, 107:13,
129:23, 141:22

## Q

**qualification** [2] -
94:1, 94:22
**qualifications** [11] -
91:23, 92:23, 93:6,
93:18, 94:6, 94:9,
94:12, 94:25, 95:3,
95:12, 95:14
**qualified** [1] - 93:13
**qualifying** [1] - 30:19
**questioned** [1] - 79:4
**questioning** [3] -
16:16, 18:7, 18:9
**questions** [23] - 26:23,
31:4, 31:17, 32:13,
33:3, 35:3, 35:24,
36:14, 37:13, 51:21,
54:2, 68:15, 69:24,
81:11, 104:17,
107:9, 110:6,
110:20, 125:5,
127:22, 129:18,
130:1, 141:9
**Questions** [1] - 72:15
**quite** [2] - 31:20,
32:11
**quote** [14] - 12:17,
18:1, 45:12, 48:2,
55:6, 56:5, 61:12,
73:23, 79:15, 96:11,
128:2, 128:3, 142:6
**quoting** [2] - 73:6,
135:13

## R

**raised** [1] - 102:17
**ran** [7] - 9:25, 67:5,
67:6, 68:9, 104:12,
104:14, 106:12
**random** [1] - 83:11
**rather** [4] - 46:13,
50:8, 59:4, 139:16
**RE** [1] - 147:9
**re** [1] - 79:13
**re-ask** [1] - 79:13
**reach** [13] - 35:19,
36:13, 44:16, 49:10,
49:18, 53:23, 54:25,
55:3, 56:3, 104:21,
106:18, 107:15,
107:19
**reached** [3] - 36:8,
53:12, 112:13
**reaching** [5] - 35:11,
36:15, 53:3, 53:11,
105:7
**read** [12] - 23:18,
23:21, 66:4, 66:18,

95:8, 101:18, 103:23, 105:25, 132:25, 143:9, 146:6, 148:20
**READ** [1] - 3:6
**reading** [4] - 90:17, 108:21, 143:11, 147:18
**reads** [1] - 40:14
**realize** [1] - 121:2
**really** [4] - 79:25, 89:8, 130:6, 141:7
**reason** [14] - 5:5, 21:22, 22:19, 31:18, 32:10, 32:11, 36:12, 61:10, 81:8, 94:5, 96:24, 123:4, 129:1, 139:9
**REASON** [1] - 148:6
**reasonable** [17] - 32:25, 41:2, 44:20, 59:9, 59:24, 60:12, 71:4, 71:6, 123:18, 123:23, 125:10, 126:3, 127:23, 128:16, 129:17, 129:24, 132:3
**reasonableness** [1] - 60:11
**reasonably** [2] - 125:23, 129:17
**reasons** [4] - 109:18, 129:3, 130:5, 148:4
**receive** [3] - 43:24, 94:10, 138:7
**received** [2] - 74:16, 135:13
**receiving** [6] - 42:13, 73:5, 74:1, 74:15, 74:25, 82:14
**receiving/ investigating** [1] - 73:24
**recent** [2] - 28:1, 142:16
**recently** [1] - 27:22
**recess** [1] - 111:25
**recollection** [14] - 26:3, 27:4, 28:8, 29:12, 50:1, 61:7, 61:9, 61:18, 62:4, 90:15, 130:24, 130:25, 131:14, 131:17
**recommend** [2] - 84:8, 86:3
**recommended** [1] - 84:13
**recommending** [3] - 84:3, 87:1, 91:17

**Record** [1] - 147:24
**record** [18] - 5:24, 8:2, 26:13, 57:10, 62:15, 73:19, 77:10, 83:4, 101:10, 101:14, 104:13, 109:22, 111:4, 112:8, 112:9, 132:21, 133:25, 137:11
**recorded** [1] - 99:22
**records** [19] - 14:15, 29:23, 36:20, 36:22, 37:3, 38:12, 40:15, 92:17, 105:11, 105:15, 110:25, 117:13, 117:16, 128:22, 128:23, 135:8, 135:25, 141:17, 142:20
**recreate** [1] - 139:8
**refer** [1] - 96:17
**reference** [2] - 81:24, 147:12
**referenced** [4] - 14:9, 51:25, 53:16, 69:18
**references** [1] - 93:1
**referring** [4] - 36:3, 56:14, 92:9, 96:16
**reflect** [1] - 83:4
**reflected** [1] - 51:16
**reflecting** [1] - 138:16
**refresh** [4] - 26:3, 27:4, 28:8, 29:12
**regard** [1] - 114:8
**regarding** [40] - 12:4, 16:16, 17:16, 27:13, 30:9, 41:24, 42:9, 44:24, 45:3, 49:25, 55:9, 56:17, 56:25, 59:13, 64:1, 66:9, 70:21, 74:14, 74:18, 74:22, 76:2, 76:23, 81:19, 92:13, 92:14, 92:18, 95:11, 101:23, 102:13, 102:18, 104:19, 107:3, 108:8, 110:25, 112:14, 112:18, 121:15, 127:9, 130:15, 142:11
**Regarding** [2] - 49:10, 72:4
**regardless** [1] - 131:11
**regards** [5] - 12:23, 13:1, 70:22, 72:14, 88:13
**regime** [2] - 95:21, 95:22

**reimbursement** [1] - 122:14
**REINCE** [1] - 1:8
**related** [3] - 27:10, 38:7, 38:9
**relating** [1] - 83:10
**relevance** [3] - 16:19, 18:18, 126:14
**relevant** [16] - 33:2, 35:3, 45:14, 59:1, 66:12, 72:24, 88:2, 102:21, 102:23, 103:2, 103:19, 118:9, 123:16, 123:25, 126:23, 127:24
**rely** [2] - 123:6, 132:21
**relying** [2] - 46:13, 52:20
**remain** [2] - 89:24, 106:22
**remains** [1] - 126:25
**remember** [7] - 10:15, 10:16, 16:14, 25:2, 27:15, 27:23, 86:4
**remembering** [1] - 135:15
**remotely** [1] - 145:8
**repeat** [5] - 34:15, 56:12, 58:2, 101:16, 122:22
**repeatedly** [2] - 82:23, 82:25
**rephrase** [22] - 16:21, 17:12, 30:8, 35:14, 35:17, 35:18, 40:22, 43:22, 45:2, 49:3, 52:10, 53:9, 64:13, 85:11, 105:3, 108:22, 111:10, 114:12, 114:14, 121:12, 124:24
**reported** [1] - 99:12
**Reported** [1] - 1:21
**reporter** [9] - 4:23, 11:22, 101:15, 101:18, 123:9, 132:24, 133:21, 137:18, 138:2
**REPORTER** [2] - 3:5, 144:1
**Reporter** [3] - 1:22, 4:2, 144:17
**reporting** [19] - 21:22, 21:23, 77:19, 78:4, 78:7, 78:15, 79:6, 79:8, 79:16, 80:7, 80:17, 80:21, 81:1, 81:4, 81:20, 82:7, 83:23, 115:14,

120:18
**repository** [1] - 128:21
**represent** [15] - 10:20, 10:23, 10:24, 11:3, 12:15, 12:20, 12:22, 12:23, 12:25, 13:4, 13:8, 13:15, 14:8, 14:19, 14:24
**representation** [1] - 10:4
**represented** [14] - 10:13, 12:16, 13:18, 14:12, 24:25, 27:15, 28:6, 29:7, 35:16, 35:22, 36:2, 36:9, 56:9
**representing** [2] - 10:2, 140:23
**Republican** [2] - 8:19, 9:13
**request** [8] - 27:5, 125:13, 125:19, 125:21, 127:6, 128:3, 128:15, 128:17
**requested** [1] - 101:17
**requests** [1] - 97:8
**require** [8] - 49:17, 65:23, 68:12, 69:5, 70:4, 74:6, 74:13, 80:14
**required** [6] - 26:17, 68:13, 69:7, 80:25, 84:25, 86:2
**requires** [1] - 100:11
**research** [8] - 35:3, 46:5, 54:19, 54:20, 60:15, 72:10, 92:23, 107:8
**researched** [5] - 66:23, 74:8, 79:20, 80:1, 82:11
**researching** [1] - 91:20
**reservations** [3] - 41:23, 42:1, 42:7
**reside** [2] - 6:1, 6:2
**resolving** [2] - 42:14, 73:6
**resources** [16] - 42:22, 42:23, 43:4, 44:7, 46:9, 46:18, 55:25, 56:2, 64:23, 71:21, 71:23, 72:22, 78:10, 78:11, 113:19
**respect** [1] - 107:2
**respond** [6] - 27:21, 47:12, 47:16, 48:21, 53:22, 107:8
**respondent** [1] -

121:16
**responding** [2] - 27:13, 98:17
**response** [1] - 87:6
**responsible** [1] - 45:13
**responsive** [7] - 31:23, 38:22, 65:2, 67:17, 67:21, 79:25, 101:22
**rest** [2] - 55:17, 55:21
**restate** [1] - 129:15
**resulting** [1] - 73:25
**results** [3] - 18:9, 66:17, 70:9
**resume** [6] - 92:6, 92:20, 92:22, 93:4, 93:11, 93:22
**retained** [8] - 22:20, 27:9, 27:19, 28:12, 48:12, 50:12, 50:16, 113:10
**retaining** [1] - 41:4
**retention** [4] - 40:14, 40:25, 41:14, 41:24
**review** [21] - 24:12, 30:14, 30:17, 31:1, 31:7, 36:23, 37:9, 37:14, 37:17, 38:17, 38:19, 38:21, 87:25, 88:2, 88:7, 92:22, 95:25, 131:25, 137:25, 138:13, 142:8
**reviewed** [22] - 29:22, 36:24, 37:1, 37:5, 37:15, 37:18, 38:2, 38:3, 38:12, 38:18, 38:24, 47:21, 50:2, 52:25, 88:8, 90:4, 92:5, 92:11, 106:20, 141:17, 142:21, 142:23
**reviewing** [5] - 84:2, 86:24, 86:25, 91:16, 138:19
**reviews** [1] - 83:15
**revised** [1] - 86:6
**Richard** [1] - 13:15
**Rick** [1] - 13:15
**rightly** [2] - 64:8, 66:17
**Rights** [1] - 10:7
**ring** [2] - 106:23, 120:5
**role** [3] - 84:9, 90:24, 126:19
**ROSEN** [2] - 2:7, 147:5
**Rosen** [4] - 111:20,



112:13, 112:19, 117:17
**Rosen's** [1] - 117:18
**roughly** [1] - 139:25
**round** [2] - 130:3
**RULE** [1] - 148:2
**rules** [8] - 4:18, 9:8, 9:9, 9:10, 9:13, 9:19, 26:17
**run** [12] - 33:4, 63:19, 63:20, 66:6, 66:19, 67:18, 68:3, 68:7, 69:5, 106:13, 106:17, 125:1

## S

**salaries** [3] - 85:5, 85:12, 88:25
**sanctions** [3] - 15:4, 15:7, 15:11
**Sandy** [1] - 122:1
**sandy** [2] - 122:3, 122:4
**Save** [7] - 120:5, 120:10, 120:13, 120:16, 121:2, 121:3, 138:25
**save** [3] - 121:9, 122:8, 133:2
**saw** [6] - 21:9, 21:20, 95:10, 96:2, 110:7, 142:7
**school** [1] - 5:8
**scope** [3] - 26:14, 73:16, 101:3
**screen** [7] - 5:15, 5:16, 7:25, 11:19, 11:23, 133:20
**scroll** [1] - 11:25
**SE** [1] - 2:4
**se** [2] - 29:4, 78:9
**seal** [2] - 144:11, 145:10
**SEAN** [1] - 1:8
**search** [45] - 43:15, 59:8, 59:25, 63:14, 63:15, 64:3, 64:7, 64:18, 64:21, 66:6, 66:9, 66:12, 66:15, 66:19, 67:5, 67:17, 68:3, 68:8, 68:9, 68:12, 69:5, 71:5, 71:6, 104:2, 104:4, 104:11, 105:6, 106:11, 106:13, 106:16, 111:7, 111:11, 122:25, 123:1, 123:17, 123:18, 123:23,

124:11, 124:20, 125:1, 125:10, 126:2, 130:10, 132:4
**searched** [5] - 63:4, 103:6, 103:11, 103:25, 112:21
**searches** [11] - 33:4, 38:21, 63:19, 63:20, 66:21, 67:7, 67:8, 67:19, 68:23, 69:1, 104:14
**second** [2] - 12:12, 12:15
**seconds** [1] - 8:9
**section** [1] - 93:25
**see** [36] - 11:18, 18:21, 24:1, 26:7, 39:24, 43:15, 49:17, 49:23, 49:24, 51:16, 51:18, 51:23, 52:21, 72:23, 74:2, 75:15, 76:22, 78:2, 81:13, 89:14, 89:17, 90:21, 93:1, 93:3, 93:11, 93:14, 99:21, 103:9, 103:18, 106:5, 106:25, 111:16, 121:21, 133:16, 138:5
**seek** [1] - 50:4
**seeking** [1] - 19:24
**selected** [1] - 23:13
**selection** [1] - 9:11
**sense** [2] - 5:20, 15:16
**sent** [6] - 48:8, 64:18, 66:6, 66:18, 81:19, 137:25
**separate** [4] - 13:6, 14:10, 74:24, 148:3
**serve** [3] - 140:8, 140:18, 140:19
**served** [2] - 9:4, 27:23
**server** [4] - 41:5, 110:24, 113:2, 113:24
**servers** [1] - 95:9
**service** [1] - 95:14
**set** [2] - 144:11, 146:9
**several** [2] - 24:2, 105:13
**sexual** [14] - 42:14, 43:25, 56:6, 62:19, 63:21, 64:9, 65:3, 66:16, 70:9, 77:19, 82:8, 126:7, 127:2, 137:12
**shall** [3] - 147:18, 147:19, 148:3
**shared** [1] - 78:23
**sharing** [1] - 19:13

**SHEET** [2] - 3:6, 148:1
**SHORTHAND** [1] - 144:1
**shortly** [1] - 48:14
**show** [5] - 7:23, 11:23, 104:10, 117:16, 133:19
**showed** [3] - 54:20, 96:2, 112:24
**showing** [2] - 96:1, 96:13
**shows** [2] - 101:11, 101:14
**side** [6] - 24:20, 24:21, 24:22, 24:23, 26:9
**Sidney** [2] - 15:17, 15:23
**sifted** [1] - 59:5
**sight** [1] - 122:10
**signature** [1] - 147:14
**signing** [2] - 143:11, 147:19
**similar** [1] - 99:3
**simple** [2] - 54:24, 64:3
**simply** [6] - 28:11, 52:20, 98:18, 110:18, 128:4, 133:11
**Sincerely** [1] - 147:21
**single** [7] - 23:16, 25:2, 35:6, 35:7, 38:20, 103:14, 123:20
**sitting** [2] - 10:15, 25:24
**skeleton** [3] - 49:8, 50:9, 51:14
**slow** [1] - 39:19
**smart** [1] - 136:16
**Smith** [2] - 10:17, 10:21
**solely** [1] - 86:2
**someone** [2] - 41:11, 65:12
**sometimes** [1] - 5:1
**somewhere** [1] - 69:12
**son's** [1] - 5:8
**sorry** [47] - 7:19, 11:7, 17:19, 17:20, 23:20, 27:18, 33:10, 33:20, 34:15, 35:18, 37:3, 37:21, 39:18, 41:16, 46:11, 47:25, 48:18, 52:7, 55:19, 56:21, 57:5, 58:1, 70:15, 73:13, 77:6, 77:15, 79:12, 92:3, 98:12, 100:1, 100:10,

106:15, 107:21, 108:6, 108:21, 109:13, 112:12, 115:18, 119:17, 119:23, 121:7, 122:2, 122:20, 123:7, 129:15, 141:12
**Sorry** [2] - 78:25, 83:1
**sort** [2] - 65:14, 110:3
**sought** [2] - 13:1, 19:20
**sound** [4] - 11:14, 22:22, 140:20, 141:14
**sounds** [2] - 22:23, 65:21
**sources** [3] - 66:23, 68:1, 135:1
**SOUTHERN** [1] - 1:2
**spam** [1] - 138:10
**speaking** [5] - 25:21, 33:1, 61:21, 69:10, 69:21, 86:9, 130:9, 136:20
**speaks** [3] - 77:11, 83:5, 140:2
**special** [1] - 9:9
**specific** [20] - 12:19, 13:12, 15:21, 36:5, 38:5, 38:8, 42:6, 42:22, 53:17, 67:18, 68:16, 68:22, 81:4, 90:15, 93:11, 95:20, 96:21, 99:2, 102:21, 111:14
**specifically** [18] - 43:2, 50:20, 65:3, 65:5, 66:10, 68:3, 68:7, 71:7, 79:20, 79:21, 84:13, 86:17, 100:6, 111:13, 112:19, 112:20, 113:7, 116:24
**specify** [2] - 36:22, 113:7
**speculate** [1] - 23:12
**speculation** [2] - 18:12, 23:9
**speed** [3] - 40:5, 40:11, 70:24
**spell** [2] - 6:24, 17:19
**spelling** [2] - 45:20, 46:2
**spent** [3] - 104:17, 115:12, 118:16
**Spicer** [1] - 37:16
**SPICER** [1] - 1:8
**split** [2] - 25:13, 25:14
**Spreadsheet** [2] -

3:10, 137:21
**spreadsheet** [5] - 21:9, 21:21, 22:15, 138:16, 138:20
**spring** [4] - 8:18, 23:5, 99:16, 106:23
**SS** [2] - 144:3, 146:3
**staff** [40] - 23:1, 42:22, 43:1, 43:4, 44:5, 44:6, 44:9, 44:10, 44:11, 49:8, 51:13, 51:14, 59:15, 59:17, 61:11, 71:24, 73:8, 74:1, 74:15, 75:7, 75:16, 76:7, 78:24, 79:17, 80:8, 80:16, 80:20, 82:3, 84:3, 84:4, 86:25, 87:1, 88:25, 89:18, 91:17, 94:10, 95:12
**staffers** [2] - 72:6, 85:20
**staffing** [6] - 84:15, 84:23, 87:8, 87:19, 94:14, 97:17
**standard** [1] - 4:19
**standing** [1] - 9:9
**start** [4] - 16:6, 40:2, 116:14, 116:20
**STATE** [3] - 144:2, 145:3, 146:2
**state** [5] - 5:23, 17:15, 17:16, 54:12, 135:14
**State** [5] - 1:22, 4:3, 144:18, 145:18, 146:20
**statement** [1] - 148:4
**statements** [2] - 102:11, 102:16
**States** [2] - 16:3, 16:4
**STATES** [1] - 1:1
**stating** [2] - 21:14, 75:7
**status** [4] - 97:23, 100:6, 100:17, 100:23
**statute** [1] - 86:5
**statutory** [3] - 95:20, 95:22, 95:24
**steal** [2] - 18:2, 18:16
**STEPHEN** [1] - 1:9
**steps** [4] - 41:2, 45:5, 49:19, 60:12
**Steve** [6] - 51:19, 51:23, 52:12, 55:1, 84:8, 84:13
**Steven** [2] - 53:23, 71:15
**sticking** [1] - 120:2
**still** [16] - 10:9, 11:12,

11:18, 61:2, 62:2, 69:11, 70:10, 85:5, 88:18, 90:5, 90:23, 91:16, 95:7, 99:17, 104:20, 119:15
**stop** [4] - 18:2, 18:16, 86:11, 89:18
**stopping** [1] - 35:10
**storage** [2] - 40:25, 41:20
**stored** [2] - 40:17, 41:7
**straight** [1] - 81:10
**Street** [3] - 2:8, 7:8, 147:6
**strictly** [2] - 9:16, 71:1
**strike** [1] - 82:17
**structure** [10] - 71:13, 72:5, 72:7, 77:18, 77:23, 78:2, 82:6, 86:7, 122:7
**styled** [1] - 147:13
**subject** [3] - 78:13, 79:3, 79:4
**subpoena** [2] - 12:24, 97:6
**subscribed** [1] - 146:17
**subsequent** [2] - 27:6, 96:23
**subsequently** [1] - 96:22
**substance** [1] - 148:2
**substantial** [1] - 26:10
**substantive** [1] - 28:15
**substantively** [1] - 27:11
**sufficient** [3] - 31:7, 31:14, 32:1
**sufficiently** [1] - 104:3
**suggest** [1] - 147:16
**suggested** [1] - 133:7
**suggestion** [2] - 119:7, 119:9
**suitable** [1] - 147:17
**summer** [3] - 8:19, 23:5, 96:7
**supervisor** [2] - 53:19, 126:18
**supervisory** [3] - 126:19, 130:16, 130:23
**supply** [1] - 96:14
**support** [2] - 36:17, 87:23
**supporter** [1] - 36:16
**suppose** [1] - 28:3
**Swalwell** [3] - 10:17, 10:21, 11:2

**Sworn** [1] - 146:17
**sworn** [3] - 4:7, 144:8, 145:9
**synonymous** [1] - 43:13

## T

**task** [1] - 125:9
**team** [3] - 8:17, 72:6, 86:2
**telephone** [1] - 147:16
**ten** [2] - 62:9, 129:7
**term** [7] - 18:1, 46:16, 64:8, 65:19, 65:20, 66:16, 104:2
**termination** [3] - 89:4, 89:12, 110:25
**terms** [2] - 22:4, 52:3, 53:20, 55:8, 70:9
**testified** [10] - 4:8, 54:8, 69:24, 75:9, 80:13, 80:19, 89:1, 128:18, 128:25, 132:1
**testify** [2] - 68:8, 91:6
**testimony** [6] - 20:6, 67:4, 76:8, 83:4, 126:6, 137:3
**text** [1] - 113:5
**THE** [45] - 4:9, 8:16, 17:1, 18:4, 18:19, 19:1, 22:10, 24:8, 25:19, 30:22, 31:13, 32:5, 33:17, 34:11, 41:16, 41:19, 47:8, 52:7, 53:7, 54:1, 54:8, 55:12, 58:1, 60:9, 69:14, 80:12, 84:11, 85:8, 91:13, 94:14, 99:2, 102:4, 104:24, 109:9, 118:12, 123:13, 124:6, 124:13, 128:9, 129:12, 130:20, 133:1, 138:8, 138:12, 141:1
**them..** [1] - 148:4
**theoretically** [1] - 123:20
**therefore** [1] - 130:11
**therein** [1] - 75:7
**thereof** [1] - 144:10
**Thereupon** [4] - 4:5, 62:12, 101:17, 143:10
**thereupon** [3] - 8:2, 112:5, 133:22
**thinking** [2] - 25:19, 108:21

**third** [2] - 12:23, 57:4
**thorough** [1] - 126:2
**thoroughly** [1] - 37:12
**thousands** [2] - 38:4, 59:23
**three** [3] - 13:5, 14:10, 111:25
**three-minutes** [1] - 111:25
**Thursday** [1] - 1:14
**tied** [2] - 59:10, 59:11
**TIME** [1] - 1:15
**time-consuming** [1] - 125:1
**title** [1] - 21:9
**Title** [1] - 65:24
**titles** [1] - 127:12
**TO** [1] - 147:4
**today** [16] - 7:17, 10:16, 25:24, 26:21, 31:4, 47:14, 60:15, 67:4, 68:8, 76:8, 96:23, 108:17, 113:23, 129:2, 131:7, 131:18
**today's** [2] - 60:12, 102:6
**together** [5] - 141:22, 141:23, 141:25, 142:10, 148:22
**took** [8] - 32:24, 33:5, 45:5, 49:19, 60:12, 65:15, 127:21, 147:20
**top** [6] - 14:16, 15:20, 53:17, 60:3, 67:7, 129:3
**topic** [44] - 25:3, 25:5, 25:23, 45:4, 45:11, 48:20, 49:13, 52:18, 55:6, 60:25, 61:17, 67:9, 70:3, 70:12, 72:10, 75:2, 75:20, 76:4, 79:3, 81:5, 85:9, 85:14, 89:6, 89:20, 90:1, 90:7, 90:13, 90:16, 91:13, 91:21, 94:24, 98:1, 100:2, 102:3, 102:7, 103:7, 104:20, 105:6, 117:2, 118:24, 119:2, 125:14, 129:21, 141:11
**Topic** [8] - 56:5, 67:17, 68:6, 81:25, 134:15, 136:15, 137:2, 137:4
**Topics** [1] - 72:15
**topics** [23] - 24:13,

26:15, 29:15, 29:20, 30:3, 30:9, 31:9, 31:11, 32:3, 32:14, 35:4, 39:23, 40:2, 69:20, 69:25, 70:25, 73:2, 73:17, 76:18, 76:21, 77:2, 123:16
**total** [4] - 21:20, 100:18, 136:20, 137:6
**totals** [1] - 138:21
**traditional** [1] - 141:20
**train** [1] - 25:14
**transcribed** [1] - 147:14
**transcript** [5] - 144:5, 146:7, 147:14, 147:20, 148:20
**transcription** [1] - 144:5
**transition** [40] - 84:16, 84:19, 84:24, 85:6, 85:13, 85:24, 85:25, 86:2, 87:9, 87:13, 87:20, 88:2, 88:4, 88:12, 88:14, 88:19, 88:24, 88:25, 89:4, 89:10, 89:25, 90:6, 90:12, 91:7, 91:10, 94:15, 95:4, 95:15, 95:18, 96:4, 96:5, 96:18, 96:19, 97:10, 97:11, 97:13, 97:14, 97:16, 97:19, 97:20
**transitions** [5] - 84:17, 87:10, 94:16, 94:19, 96:14
**treated** [2] - 58:18, 115:3
**tried** [4] - 67:13, 67:19, 67:20, 126:1
**true** [6] - 21:25, 124:19, 128:3, 144:5, 146:8, 148:23
**TRUMP** [2] - 1:7, 147:9
**Trump** [75] - 2:8, 7:15, 8:14, 9:2, 9:17, 10:8, 10:17, 10:18, 10:19, 10:21, 11:4, 12:7, 12:9, 12:18, 12:20, 13:4, 13:9, 13:16, 13:22, 14:2, 14:9, 14:20, 14:25, 18:23, 19:10, 19:19, 20:4, 21:17, 21:18, 22:25, 25:7, 25:8, 25:16, 29:7, 29:17, 34:5, 34:11, 34:17, 39:14, 41:14, 43:21, 43:23,

56:8, 57:12, 78:3, 89:24, 90:4, 90:11, 93:7, 98:7, 99:11, 102:12, 108:18, 108:24, 109:4, 109:22, 110:1, 111:5, 111:17, 112:16, 113:6, 114:19, 121:9, 125:7, 126:9, 134:3, 138:23, 140:4, 140:5, 140:15, 140:23, 147:5
**trump** [4] - 7:10, 12:9, 25:9, 36:17
**Trump's** [1] - 109:19
**try** [10] - 4:22, 30:15, 31:24, 68:14, 74:11, 104:16, 110:20, 133:16, 136:10, 137:16
**trying** [12] - 21:8, 25:13, 28:20, 61:13, 66:14, 77:16, 81:9, 110:15, 119:1, 134:20, 142:1, 142:14
**turn** [2] - 11:14, 11:23
**turned** [2] - 67:11, 67:23
**two** [8] - 14:17, 51:24, 53:17, 63:2, 86:13, 111:25, 116:1, 127:11
**two-year** [1] - 116:1
**type** [4] - 4:23, 63:6, 75:16
**types** [1] - 137:13
**typing** [1] - 5:14

## U

**ultimately** [1] - 94:10
**unable** [6] - 75:11, 76:10, 106:4, 113:12, 114:1, 115:11
**unbound** [1] - 127:10
**under** [18] - 20:23, 26:17, 49:16, 60:25, 72:2, 72:16, 82:19, 85:15, 85:16, 89:6, 89:7, 90:23, 91:14, 100:2, 100:14, 102:2, 123:16, 147:13
**undersigned** [2] - 144:4, 145:7
**understood** [4] - 9:21, 11:6, 15:11, 15:14

**undertaken** [1] - 54:14
**unduly** [6] - 125:25, 126:3, 128:2, 128:4, 128:14, 128:15
**united** [2] - 16:3, 16:4
**UNITED** [1] - 1:1
**unlawful** [3] - 56:7, 65:4, 126:8
**unless** [1] - 56:12
**unlikely** [1] - 122:9
**unpack** [1] - 127:7
**unpacking** [1] - 127:16
**unprivileged** [1] - 109:12
**unquote** [6] - 12:18, 18:2, 45:14, 48:3, 56:9, 142:6
**unreasonable** [1] - 22:12
**unusual** [1] - 50:22
**unwanted** [1] - 62:23
**unwritten** [1] - 54:14
**up** [42] - 11:6, 16:9, 21:8, 22:15, 25:13, 25:14, 32:6, 40:5, 40:12, 50:7, 50:20, 57:14, 58:14, 58:16, 61:10, 64:8, 64:11, 64:25, 65:10, 66:17, 67:21, 68:14, 69:1, 69:2, 70:24, 78:20, 91:11, 91:20, 96:9, 98:4, 98:18, 99:20, 100:24, 104:1, 116:18, 119:11, 120:24, 121:2, 128:10, 135:19, 136:11, 137:16
**upload** [1] - 7:25
**US** [1] - 19:9

### V

**various** [5] - 9:12, 13:8, 13:9, 29:23, 32:24
**vendor** [11] - 33:1, 33:7, 34:23, 40:9, 40:10, 66:11, 106:13, 106:16, 106:19, 106:20, 114:5
**vendors** [1] - 100:13
**version** [2] - 96:18, 100:17
**versus** [12] - 7:24, 10:8, 10:17, 10:18, 10:21, 14:25, 16:3, 16:4, 17:18, 97:11

**via** [3] - 71:24, 92:24, 137:25
**victim** [1] - 65:13
**view** [1] - 46:23
**Virginia** [2] - 6:2, 7:8
**VISUAL** [1] - 1:13
**voluminous** [5] - 123:13, 123:14, 128:21, 129:5, 130:10
**vote** [1] - 19:9
**voter** [1] - 19:9
**vs** [1] - 1:6

### W

**wait** [1] - 138:8
**waiting** [1] - 79:1
**waived** [2] - 143:12, 147:19
**Wall** [2] - 2:8, 147:6
**wants** [1] - 148:3
**waste** [2] - 47:14, 122:22
**water** [1] - 62:7
**ways** [2] - 63:16, 134:19
**wearing** [1] - 97:11
**website** [2] - 99:12, 119:11
**websites** [1] - 139:5
**Welfare** [1] - 10:7
**whatnot** [1] - 112:24
**WHEREOF** [1] - 144:11
**White** [17] - 62:3, 64:1, 84:4, 84:9, 86:3, 87:1, 88:5, 88:19, 90:24, 91:5, 91:9, 91:17, 94:11, 94:23, 95:5, 95:15, 97:18
**Whitmer** [2] - 17:18, 17:19
**wind** [4] - 98:11, 98:14, 98:15, 98:20
**winding** [4] - 98:4, 98:17, 100:19, 100:24
**winter** [1] - 99:17
**withheld** [1] - 142:25
**WITNESS** [46] - 4:9, 8:16, 17:1, 18:4, 18:19, 19:1, 22:10, 24:8, 25:19, 30:22, 31:13, 32:5, 33:17, 34:11, 41:16, 41:19, 47:8, 52:7, 53:7, 54:1, 54:8, 55:12, 58:1, 60:9, 69:14, 80:12, 84:11, 85:8,

91:13, 94:14, 99:2, 102:4, 104:24, 109:9, 118:12, 123:13, 124:6, 124:13, 128:9, 129:12, 133:1, 138:8, 138:12, 141:1, 144:11, 145:10
**witness** [9] - 23:7, 30:23, 86:13, 86:19, 115:3, 141:9, 144:8, 148:3, 148:4
**witnesses** [1] - 47:21
**won** [4] - 18:24, 19:10, 19:19, 20:4
**wondering** [2] - 4:14, 90:17
**word** [5] - 15:16, 32:5, 46:2, 64:21, 104:7
**words** [3] - 44:4, 63:18, 127:6
**works** [1] - 133:17
**world** [3] - 12:9, 12:18, 46:18
**worry** [1] - 21:11
**wrap** [3] - 91:11, 91:20, 137:16
**written** [8] - 41:2, 42:20, 43:8, 43:18, 46:24, 47:5, 54:9, 54:13

### Y

**year** [7] - 6:21, 82:9, 85:21, 111:11, 115:16, 115:20, 116:1
**years** [12] - 6:18, 7:13, 24:3, 25:1, 115:16, 115:25, 116:2, 116:5, 117:18, 134:1, 141:5
**YORK** [1] - 1:2
**York** [2] - 2:9, 147:7
**yourself** [9] - 20:3, 53:21, 57:18, 61:11, 68:10, 69:19, 70:6, 105:25, 115:2
**YOURSELF** [1] - 147:12

### Z

**Zoom** [1] - 5:1



*Jeannie Reporting*
Your Wish Is Our Job!
www.jeanniereporting.com
305-577-1705