*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1              UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF NEW YORK

3              CASE NO. 19-CV-11764 (AT) (KHP)

4

5   ARLENE DELGADO,

6            Plaintiff,

7   vs.

8   DONALD J. TRUMP FOR PRESIDENT,
    ET AL.,
9
             Defendants.
10  _____

11

12  LOCATION:              Remote Audio-Video
                           Communication

13  DATE:                  May 2, 2024

14  TIME:                  10:00 AM ET to 1:05 PM ET

15

16

17          DEPOSITION OF KELLYANNE CONWAY

18      Taken before Leila Harris, LCR, FPR,

19  Stenographic Court Reporter, Notary Public State of

20  Florida, pursuant to Notice of Taking Deposition in

21  the above-styled cause.

22

23

24

25



*May 2, 2024 in re Delgado v Trump for President - Deposition of Kellyanne Conway*

1    APPEARANCES:

2

3    ARLENE DELGADO, PRO SE PLAINTIFF
     1065 SW 8th Street, PMB 609
4    Miami, FL 33130
     Telephone:305-510-3400
5    Email:adelgado@harvard.edu; ajdelgado@outlook.com

6

7              Pro Se Plaintiff

8

9

10   JARED BLUMETTI, ESQUIRE
     LHGKC&M
11   40 Wall Street
     32nd Floor
12   New York, NY 10006
     Telephone: 212-530-4831
13   Email: jblumetti@lhrgb.com; pmcppartland@lhrgb.com

14

15             Attorney for Defendant

16

17

18   EMMET FLOOD, ESQUIRE
     Williams & Connolly, LLP
19   680 Mane Avenue S.W.
     Washington DC 20024
20   Telephone:202-434-5300
     Email:eflood@wc.com; bjustin@wc.com

21

22             Attorney for the Witness

23

24

25



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1                    INDEX OF WITNESS

2  KELLYANNE CONWAY

3  Examination By Ms. Delgado                    5

4                  **INDEX OF EXHIBITS**

5  Exhibit No.                                  PAGE

6  1        Daily Beast Article about            55
            "Gelbinovich was a low-level
7           staffer on the Trump campaign,
            according to campaign sources,
8           frequently booking travel for
            senior staff"
9
   2        E-mail sent from Josh Dawsey         78
10
   3        E-mail Correspondence Between        78
11          AJ Delgado, Kellyanne Conway
            and Steve Dated December 21st
12
   4        Article entitled, "Why Did           89
13          Trump Aide Jason Miller
            Suddenly Quit?"
14
   5        Three Headlines, starting with      100
15          Time Article "Kellyanne Conway
            Says Trump Officials Wouldn't
16          Want Their Wives Working in
            the White House, December 9th,
17          2016"

18 6        Article from Politico,              102
            December 9th, 2016
19
   7        Exclusive:  Former Trump Aide       138
20          Jason Miller Admits to Hiring
            Prostitutes in 2015 and 2017,
21          July 16th, 2019

22 8        Excerpt from Kellyanne              147
            Conway's book acknowledging AJ
23          Delgado

24

25



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1                      INDEX CONTINUED

2

     9          Twitter DM History between AJ      147
3               Delgado and Kellyanne Conway

4    10         Page 37 from Kellyanne             151
                Conway's Book
5
     11         Excerpt of Kellyanne Conway's      153
6               Deposition from the Denison
                Case
7
     12         Kellyanne Conway ReTweet of AJ     154
8               Delgado's Tweet

9    13         E-mail Correspondence Between      155
                AJ Delgado and Kellyanne
10              Conway re: Telemundo Interview
                Schedules
11
     14         Business Insider article from     157
12              December 22nd, 2016

13   15         Quote from a March for Life        160
                Event
14
     16         New York Post Article, May 26,    169
15              2022

16   CERTIFICATE OF OATH                           174

17   CERTIFICATE OF REPORTER                       175

18

19

20

21

22

23

24

25



*May 2, 2024 in re Delgado v Trump for President –*
*Deposition of Kellyanne Conway*

1          **P R O C E E D I N G S**

2          THE STENOGRAPHER:  Pursuant to

3     stipulation, the oath administered by me here

4     today will have the same force and effect as if

5     it were being given to the witness while they

6     were physically present before me in the State

7     of Florida and I were acting in my capacity as

8     a Florida Notary.

9                    **KELLYANNE CONWAY**

10   was called as a witness, and after having been first

11   remotely duly sworn was deposed and testified as

12   follows:

13          THE WITNESS:  I do.

14          THE STENOGRAPHER:  Thank you.  You can put

15     your hand down.

16                    **EXAMINATION**

17   BY MS. DELGADO:

18     Q    Good morning, Ms. Conway.

19     **A    Good morning.  How are you, Ms. Delgado?**

20     Q    Good, good.

21          Is it okay if I refer to you as

22   Kellyanne?

23     **A    Please do.**

24     Q    Okay.  Great to see you.

25          I have a few ground rules, but -- I



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1    know you've been deposed before, but I just have to

2    go over these for the record.

3              If you need to take a break for any

4    reason -- bathroom, drinks, and water -- just let me

5    know, and we'll take a break.  Just don't speak to

6    your counsel, obviously, about your testimony.  If

7    you don't understand a question I asked, let me

8    know.  I'll reask it or, perhaps, even rephrase it.

9    If -- let's see.

10             I think that might be it for ground

11   rules.

12             I -- yeah.  I think that -- if

13   anybody else has any others, I think we can go ahead

14   and get part started with Attachment A.

15             There was an Attachment A on your

16   subpoena with the heading Attachment A.  Did you

17   receive that?

18   **A    I did.**

19   Q    Okay.  Do you have any documents to

20   produce?

21   **A    I do not.**

22   Q    Okay.  So on every category for

23   Attachment A, the answer is that you have no

24   documents for any of those, correct?

25   **A    No.  The only -- that's correct.  And if**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    you want me to explain why, I'm happy to.

2                     I used, at the Trump campaign, which

3    was a client of my firm -- I wasn't an employee -- I

4    continued to use my polling company.  I was using my

5    company's e-mail address at all times,

6    kellyanne@pollingcompany.com.

7                     I sold that company in Nov- --

8    October, November of 2017.  The acquiring firm

9    destroyed all of those e-mails for myself and all my

10   employees and contractors.  So I don't have access

11   to any of those.  My donaldtrump.com e-mails, I

12   never -- I never used that e-mail address anyway,

13   but I'm -- you'd have to ask the campaign about how

14   they keep their -- store their old e-mails.

15                    The only thing I can think that I

16   have that would be relevant to what you -- what you

17   requested is a handwritten personal note that you

18   gave me in the fall of 2016 after the campaign.  It

19   was lovely.  It was very warm.  It was very

20   friendly.  It was very congratulatory.

21                    I know that that exists.  I just

22   don't know where I would find it.  I moved my family

23   to Washington, D.C.  It could be in storage in New

24   Jersey.

25        Q    Okay.  So no documents, then, to produce.


Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1              And congratulations on the sale of

2    your firm.  That was --

3        A    Sorry?

4        Q    Congratulations on the sale of the firm.

5        A    Oh, thank you.  Thank you, yes.  I

6    appreciate that.  Thank you.

7        Q    Okay.  So in preparation for this

8    deposition, what documents did you review, if any?

9        A    I reviewed the subpoena, and I reviewed

10   the complaint.  I would have reviewed whatever

11   complaint that my -- that counsel, Mr. Flood,

12   provided me, which I assume is the most up-to-date

13   complaint or amended complaint.  That's it.

14       Q    Okay.  So plaintiff's complaint.  Anything

15   else?

16       A    No.

17       Q    No.  Okay.

18              And is the Trump campaign -- has the

19   Trump campaign provided you -- your attorney here

20   today, be it connecting you with this attorney or

21   paying for his service here today?

22       A    No.

23       Q    Okay.  You personally retained Mr. Flood?

24       A    Yes.

25       Q    Okay.  And I should have mentioned this.



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    This was what -- this is the other thing I meant to

2    mention at the ground rules.

3            When I ask you questions, you'll see

4    they're probably not in chronological order, even in

5    subject matter order.  It's not a tactic or a trick.

6    It's just my notes are not in order.

7        **A    It's fine.**

8        Q    It's just something that occurred --

9    usually -- for most of the depositions I've taken;

10   but particularly, in this one, my notes are a little

11   bit out of order.  So if you see me jump in

12   timeline, et cetera, it's not a tactic or a trick.

13   It's just the way my notes are written.

14           Okay.  So let's talk about, you

15   were -- well, first, if you could tell me, what's

16   your current occupation, Kellyanne?

17       **A    I am president and founder of Principal of**

18   **KA Consulting LLC.  That's a company that I started**

19   **probably three years ago, and that's my day-to-day**

20   **job.  But also, I'm a Fox News contributor.  Not an**

21   **employee, again.  A contributor.**

22       Q    Right.  So an independent contractor for

23   Fox News.

24       **A    Correct.  Correct.**

25       Q    And is any entity related to Donald Trump



1    one of your current clients?

2         A    No.

3         Q    Do you remain a supporter of Mr. Trump?

4         A    Yes.

5         Q    And do you support his candidacy for 2024?

6         A    I do.

7         Q    Okay.  Let's talk about 2016.

8              You were the campaign manager,

9    correct?

10        A    That's right.  Starting in August 12th,

11   2016.

12        Q    Starting August 2016.  Great.

13             Do you recall, Kellyanne, what

14   complaints were raised?  And when I use the word

15   "complaints," I don't mean formal complaints.  Just

16   any sort of complaining or raising a concern

17   regarding gender mistreatment; discrimination;

18   harassment, including sexual harassment; or

19   pregnancy issues?  I assume probably the pregnancy

20   might have just been mine.

21             But any gender-related or sexual

22   harassment-related concerns or complaints that were

23   raised to anyone?  Whether to you or HR that you

24   heard of?

25             MR. BLUMETTI:  Objection to form.



1    BY MS. DELGADO:

2        Q    I can rephrase.  I'm just -- I'm trying to

3    speed things up to --

4                    (Simultaneous speakers.)

5        **A    No, no.  Go ahead.  I just want to make**

6    **sure that I -- that --**

7        Q    I'll rephrase it --

8        **A    Go ahead.**

9        Q    I'll rephrase so that it's not objected

10   to.

11                   During your time as campaign manager

12   or prior to your time as campaign manager -- so

13   any -- let me rephrase that again.

14                   For the period of -- regarding the

15   period 2015 to 2016 in the Donald J. Trump campaign,

16   were there any complaints or concerns raised by

17   anyone regarding sexual harassment or issues related

18   to sexual harassment?

19       **A    During the campaign, no, not to my**

20   **knowledge.  Not to me directly and not to my**

21   **knowledge.**

22       Q    Okay.  Same question regarding gender

23   treatment or gender discrimination.

24       **A    Not to me directly and not to my knowledge**

25   **generally; and, you know, Donald J. Trump did what**



1    no Republican had ever done as a Presidential

2    nominee, which is elevate a woman to the top job.

3                    So no, I hadn't heard nothing of

4    that.

5        Q    Well, to be sure, the question is not

6    about Mr. Trump himself.  It's about anyone in the

7    campaign.  I just want to be clear.  It's not about

8    Mr. Trump.

9        A    Not to me directly and not -- and not to

10    my knowledge generally.

11        Q    Okay.  When you say Mr. Trump elevated you

12    to the post, you were the third campaign manager

13    that he had selected for his campaign, correct?

14        A    Yes.  I'm pretty sure Manafort might have

15    had a different title; but I think the day-to-day

16    duties were the same as Corey Lewandowski, who had

17    been fired in June; Manafort, who had been let go in

18    August; and then, yes, me.

19                    And -- and just, again, to speed

20    things up and complete the sentence.  I was already

21    on the campaign.  They were already a client of my

22    firm.  I was one of the five polling firms that did

23    polling for the Trump-Pence campaign, and I was his

24    senior adviser before he asked me to be campaign

25    manager.

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1      Q    Right.

2            So the first two individuals that

3      Mr. Trump selected as campaign managers were men,

4      correct?

5      **A    That's correct -- correct.**

6      Q    Okay.  When you say you didn't -- I'm

7      sorry?  Is there...

8            I'm sorry.  I thought I heard

9      something.

10           When you say you didn't hear of any

11     complaint regarding gender mistreatment or gender

12     discrimination, do you recall a Jessica Denson

13     making any such complaints that you heard of?

14     **A    I know about -- I know her making -- I**

15     **know of her making complaints after the fact -- in**

16     **other words, I know of her complaints now.  She is**

17     **also, like you, in litigation against the -- has**

18     **sued the Trump campaign from 2016.  Yes.  I have**

19     **testified in that action.**

20     Q    Right.

21           And in that testimony, you met with

22     Ms. Den- -- you stated that you had met with

23     Ms. Denson a few times during the campaign?

24     **A    I mean, we're going back almost eight**

25     **years now; but yes, whatever I testified, I will**



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1    **stand by.  Because I testified over a year ago.**

2    **Yes.**

3                    **I'm sure I met with her --**

4        Q    And is that --

5                    (Simultaneous speakers.)

6    BY MS. DELGADO:

7        Q    Sorry?

8        **A    I'm sure I -- I met with her about her**

9    **duties, yes.**

10       Q    So in those meetings, she did not raise

11   concerns about mistreatment based on her gender or

12   that any men were mistreating her?

13       **A    Well, that's different.  If you happen to**

14   **have --**

15       Q    Okay.  Let's -- let's break --

16                   (Simultaneous speakers.)

17       **A    If you happen to have -- happen to have a**

18   **male superior and you don't like your assignments or**

19   **what's happening, that's different than being**

20   **mistreated based on your gender.**

21   BY MS. DELGADO:

22       Q    Absolutely.

23                   So I'm asking, did she make any --

24   did she raise any concern where she said she felt it

25   was based on her gender or based on any sexual



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    rejection?

2        A    **She may have.  I don't recall.  She may**

3    **have.**

4        Q    Okay.  Fair enough.

5            And when did you join the White

6    House, Kellyanne?

7        A    **On Day 1, January 20th, 2017.**

8        Q    Okay.  And you were there through what

9    date?

10       A    **September -- September 4th, 2020.**

11       Q    Okay.  Did you have -- I assume, but

12   correct me if I'm wrong.

13           Did you have -- given that Mr. Trump

14   was running again, did you have contact with the

15   campaign or were you kept abreast in any way about

16   anything with the campaign?

17       A    **That's a great question.  Yes and no is**

18   **the answer.**

19           **Yes to the extent that those trying**

20   **to exclude me from the campaign, I'm sure because of**

21   **my official capacity of the White House, they at**

22   **some point said, Well, we're going to make Kellyanne**

23   **an offer.  If she's leaving the White House, come to**

24   **the campaign, give her her own staff, her own**

25   **airplane, her own schedule.**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1                And it was presented to me that I can

2   do that along with Ivanka Trump, Don Jr., and Mike

3   Pence.  And I just thought, I'm leaving for my kids,

4   and I'm going to stick with that.  So I did not

5   accept that offer.

6                Maybe once in a while, Brad Parscale,

7   who was the campaign manager; Bill Stepien, who was

8   the campaign manager after Brad was fired; Jared,

9   who fancied himself the campaign manager -- I mean,

10  these people, once in a while, would tell me what

11  was going on.  But I'm fairly critical of the 2020

12  campaign.  I wrote about it in my book, and that

13  won't change.

14      Q    Do you recall hearing of any complaints --

15  any gender-related complaints from that campaign?

16      A    In the 2020 campaign?

17      Q    Uh-huh.

18      A    No.  I'm not sure it ever would have come

19  to me unless it was public.

20      Q    Sure.

21                What about sexual harassment, same

22  question?

23      A    No, not that I recall.

24      Q    Pregnancy discrimination, same question?

25      A    No, not that I recall.



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1      Q     What -- what complaints, then, going

2    outside of those categories, did you hear about from

3    the 2020 campaign related to any type of

4    discrimination?

5            MR. FLOOD:  Object to form.

6            (Simultaneous speakers.)

7    BY MS. DELGADO:

8      Q     Or protected class treatment?

9      **A     Nothing.  Any complaints I heard were**

10   **about the strategy of the campaign and the absence**

11   **of the campaign manager, who seemed to live in**

12   **Florida.**

13     Q     Fair enough.

14           Speaking of that campaign manager, I

15   have a question.  He was recently deposed and asked

16   about the amount of money he made from the 2016

17   campaign.  Let me just close this out.

18     **A     Is this -- is this Mr. Parscale?**

19     Q     Yes, Mr. Parscale.  Yes, Brad Parscale.

20           Would the statement that -- given by

21   Mr. Parscale that he only made about $200,000 from

22   the campaign seem accurate to you.

23     **A     It seems low; but the -- the way his**

24   **business worked as a data and digital ad guy, most**

25   **of the money that went to his firm probably went**



*May 2, 2024 in re Delgado v Trump for President - Deposition of Kellyanne Conway*

1    **right back out to pay Google, YouTube, Facebook,**

2    **NBC, ABC, CNN, Fox News.**

3                **So I know a little bit about the way**

4    **that industry works.  Not enough to say with any**

5    **kind of confidence or factual knowledge about what**

6    **Mr. Parscale made, but I would think it's easy to**

7    **find just because of the FEC reports.**

8        Q    Okay.  And do you recall Mr. Trump

9    expressing at any point frustration regarding the

10   amounts that he believed Mr. Parscale was earning

11   from the campaign?

12       **A    Yes.**

13       Q    Can you tell me about that, please?

14       **A    I recall it was a Saturday, and Mr. Trump**

15   **was in -- in his residence.  We were all at the**

16   **campaign.  Maybe he was going, so I'm sure he was**

17   **getting on the plane to go campaign.  And he**

18   **expressed that to Dave Bossie, who was deputy**

19   **campaign manager, and me.**

20               **I think the President must have seen**

21   **a report or somebody must have said to him, Brad's**

22   **firm is getting X millions of dollars.  And then**

23   **came down on Brad somehow, and then it was explained**

24   **to him -- I suppose by Brad or Jared or someone, but**

25   **I'm guessing there -- that what I just said, which**

1   is a firm like that takes the money, and then it

2   goes right back out in disbursements to buy ad space

3   and time.

4           And in the Trump campaign in 2016, we

5   didn't have a lot of money; and so we got a little

6   creative.  And we did 50 -- roughly 50 percent

7   traditional television ads and 50 percent online

8   ads.

9           But either way, I think it was Mr.

10  Parscale's firm that was the lead purchaser for

11  the -- the -- to -- what's called in the business,

12  reserve time to then -- and then to place ads, maybe

13  immediately or maybe closer to election day.

14      Q    And do you recall reading about real

15  estate purchases that Mr. Parscale and his wife made

16  shortly after the campaign concluded?

17      A    I don't know if I read about it or I just

18  knew about it.  Something in Florida, I believe.

19  They either did live in Florida or were going to

20  live in Florida -- I think he actually lived in

21  Texas, and then they were going to move to Florida,

22  the Fort Lauderdale area.

23      Q    And do you recall reading about any

24  lucrative purchases, cars or homes that Mr. Parscale

25  made?



1      A    He's a pretty flashy guy.  I think we -- I

2  have read that in profiles about him.  I'm not sure

3  when I read that.  It could be 2020.  It could be

4  2018.  It could've been right after the campaign.

5            So I'm not sure when I read that

6  because I'm not sure when the purchases made.  But

7  yes, that is some -- that is something that I have

8  definitely been exposed to over time.  Haven't

9  thought about it in a long time.

10     Q    Why was Boris Epshteyn removed from his

11  White House position?

12     A    I'm told that Boris Epshteyn was removed

13  from his White House position in roughly March of

14  2017, as I recall, because he had received calls

15  from someone in Russia.  And it turns out -- that's

16  what I was told.

17            And it turns out -- his -- his -- his

18  immediate boss was Sean Spicer, the White House

19  press secretary, I would think, who was doubling as

20  communications director for the White House.

21            And the way it was explained to me --

22  I can't even remember who said it, but it was

23  explained to me that he left because he was

24  receiving calls from Russia.  And I -- I happen to

25  know as fact that Boris and his parents -- he's an

1    only child -- they emigrated from Russia when Boris

2    was about 11 years old from -- so it's absolutely

3    possible that he has relatives calling him from

4    Russia.

5                    But that's all I ever knew of that.

6    Q    So that's not the -- the definitive

7    reason.  That's just what you heard?

8    A    That's what I heard the reason was.  I

9    mean, there were a lot of people coming and going in

10   the Trump White House in those first two, six months

11   definitely.  So -- and he was one of them.

12                   I'd say in and around March of 2017.

13   Q    So what you had heard is that he was

14   removed from a White House post because he received

15   calls from Russia; is that correct?

16   A    Yes.  I think -- I think people -- I

17   think, when Comey and crew were really trying to

18   investigate or -- he had made a comment to

19   President-elect Trump on January 6 that's been

20   reported -- January 6, 2017, ironically, that one.

21                   It's been reported, you know, and he

22   took them aside about we're just checking this out

23   about Russian contacts.  And I -- I just always

24   assumed because Boris went on to have a -- continued

25   to have a pretty good relationship with President

1    **Trump, so -- I think he went and took a job, if I'm**

2    **not mistaken, at a -- a different.  So I think he**

3    **had a pretty good relationship with President Trump.**

4         Q    So what you heard was nothing related to

5    anything to do with a female?

6         **A    Me?  No.  I never heard that.**

7         Q    And did hear anything about Boris Epshteyn

8    making an unwanted advance on a female during

9    inauguration during the -- I'm sorry, during the

10   transit period?

11        **A    During the what?  The transition?**

12        Q    Yes, transition period.

13        **A    Not that I recall.  And remember, he**

14   **wasn't in New York with us at transition.  He was --**

15   **he wasn't with Trump for America, which was the**

16   **transition entity.  He was, as I recall, had a**

17   **communications position for the inaugural committee.**

18   **So I believe he was in Washington, D.C.**

19        Q    Right.  The inaug- -- I should have said

20   the inaugural committee, been more specific than the

21   transition period.

22                  This was an allegation made about the

23   inaugural committee.  You did not hear anything

24   about Mr. Epshteyn making an unwanted advance on a

25   female during the inauguration committee?



1      **A     Not that I recall.  I mean, I know his**
2  **wife and his small child at the time, so not that I**
3  **recall.  Somebody may have said it at some point,**
4  **but not that I recall.  And certainly not, Oh, my**
5  **God, Kellyanne, here's a complaint and here's a -- a**
6  **whole process and -- so no.**
7               **And I may have read that somewhere**
8  **else after the fact.  I mean, he's been profiled**
9  **since, so it's totally possible I've read that in an**
10 **article as an allegation after.  But not at the time**
11 **that I recall.**
12     Q     Why was Rob Porter permitted to work in
13 the White House?
14     **A     Permitted?**
15     Q     Uh-huh -- let me rephrase it.
16               According to reports, not one, but
17 two of Mr. Porter's ex-wives notified the FBI prior
18 to the Trump administration commencing on
19 January 17, that they had both been victims of
20 Mr. Porter's abuse.
21               Do you know why he was permitted to
22 work on the -- in the White House through -- I
23 believe spring of 2018?
24     **A     I don't know except that I learned about**
25 **those -- those allegations from his ex-wives after**



*May 2, 2024 in re Delgado v Trump for President - Deposition of Kellyanne Conway*

1    he was in the White House.  I think he left in or

2    around early February 2018.  I remember the date

3    because my mother had surgery that day at

4    GW Hospital, and I was called back from there to the

5    White House for something else.  So I -- I had that

6    date in my mind, early February 2018.  But I never

7    knew that it was made public, until I think one of

8    the ex-wives was on camera saying this.

9            It wouldn't be for me to know why

10   somebody was permitted or not permitted to work in

11   the Trump White House unless I was specifically

12   consulted about it.  So...

13       Q    Fair enough.  This is all, of course,

14   based on what you know or if you do have any

15   knowledge.

16       A    Right.

17       Q    If you don't have any --

18            (Simultaneous speakers.)

19       A    If I recall, yes.  Yes.

20   BY MS. DELGADO:

21       Q    Correct.

22            Do you have any knowledge or any idea

23   why he was permitted to work, not in the -- in the

24   White House, but in the Oval Office despite these

25   allegations being raised even prior to commencement



1    of the administration?

2         A    I would have no knowledge about that

3    because they weren't raised to me.  I would not have

4    been in that line of conversation.  If you're saying

5    it was the FBI who knew this or was told this, that

6    wouldn't have affected me at all, meaning I -- that

7    would have not crossed my desk at all.

8         Q    Sure.

9              Did you ever hear anything about it?

10        A    No.  The first time I ever heard was when

11   it was made public, and I believe that we all saw

12   one of his ex-wives on -- definitely her voice, I

13   think on video, as I recall.

14             So I would also say his job -- he had

15   a very big job.  He -- he had -- he was staff

16   secretary, which is a very big job.  And so this --

17   staff secretary, by its very design, would need to

18   be in the Oval Office on a fairly regular basis to

19   have the President sign documents or review

20   documents that staff secretary had signed off on

21   themselves, had approved.

22        Q    So you were aware -- you became aware of

23   the reports when the rest of the public did, I

24   presume is what you're saying --

25        A    Yes.



1          Q    -- in February 2018?

2                    And do you recall, in those reports,

3     that Mr. -- it was reported that Mr. Porter had a

4     domestic violence or actually physical violence

5     entered into against him by one of his ex-wives?  Do

6     you remember reading that?

7          **A    If it was readable, I'm sure I did.  I**

8     **don't recall the specifics.**

9          Q    Okay.  So again, limited to what you heard

10    or know, do you have any information or did you hear

11    anything as to how someone with an order regarding

12    physical violence, how does someone get a staff

13    secretary, which you just called "a big job," in the

14    Oval with a domestic violence, physical violence

15    restraining order on their record?  Do you know?

16         **A    Well, I don't -- I don't know.  What I do**

17    **now is that we're all vetted.  We are -- we have**

18    **to -- you have to submit a very detailed, under**

19    **penalty of perjury, you know, set of documents, as I**

20    **recall.  I don't think this is breaking news, and**

21    **it's probably -- those documents are probably**

22    **easily, you know, findable publically.**

23                    **So it -- I wouldn't know if he lied**

24    **about or if the FBI researched it and what they**

25    **decided.  I -- I literally would not know any of**



1  that.

2      Q    So you -- but did you hear, is what I'm

3  asking.  Did you hear anything?

4      A    No, I never heard -- I never heard a thing

5  about Rob Porter that was negative.

6            And I'm going to go one further.  I

7  don't think I even knew he had been married before,

8  let alone twice.

9      Q    Okay.  Trying to pull all the exhibits for

10 one time, to go as quickly as possible.  So I'll

11 skip over some.

12           What -- what hiring de- -- who made

13 the hiring decisions for the White House?  If you

14 could talk to me about that.

15     A    I mean, ultimately, President Trump; but

16 he took the advice and counsel of those who were

17 also in charge of such things.  I would say those

18 who had the top jobs in TFA, Trump for America,

19 which was the official transition entity.

20           Chris Christie was let go from that.

21 He had that position basically -- I don't know if it

22 was called that, but he -- he was the chair of

23 transition for a while.

24           I think Rick Dearborn was in there at

25 some point after Christie left.  Definitely Jared.



1    His friend Nick Ayers was -- was also involved.

2                    Reince Priebus.  I think for the

3    comms and press shop, Sean Spicer.  Definitely Steve

4    Bannon.

5                    I mean, they sat in a lot of the

6    interviews for cabinet positions.  They put

7    together -- I mean, Spicer had put together, like, a

8    flow chart of people to work in press and comms.

9                    Other than that, I mean, the

10   President himself might ask me about someone; and if

11   I know them, I would tell him my thought of their

12   work.  If I didn't know them, I would say, I don't

13   know that person's work.  I know them socially or I

14   know them tangentially, but here are -- here are the

15   three people who should be called about them.  They

16   worked for a senator or they worked in the private

17   sector or they worked for a nonprofit.

18                    So it would be like that, but -- you

19   know, they're -- the people -- and ultimately, Mike

20   Pence, the Vice President-elect, he also had the

21   official title at transition like the -- I'd say the

22   chair or whatever the title was, of transition.

23        Q    Is there anything that makes you believe

24   that -- is there anything you can point to or any

25   document that makes you believe that it was in their

1    role as a member of transition that individuals were

2    making these recommendations?

3        **A    I just know that by being at transition.**

4    **You know, they'd say, Oh, well, we're looking at Rex**

5    **Tillerson or Mitt Romney for State or -- once in a**

6    **while, I might be in those meetings because I,**

7    **unlike some of the others, actually had worked in**

8    **Washington, D.C. or on campaigns or in Republican**

9    **politics.  And then there were people who had worked**

10   **in presidential administrations before who were**

11   **fairly helpful.**

12            **The other thing I should mention is**

13   **transition always had a D.C. presence from the**

14   **beginning, and so there were B check teams that had**

15   **done a ton of -- you know, it's called spadework,**

16   **work over months, if not a year to try to get B**

17   **check teams for -- for department of energy, for**

18   **department of interior, for the justice department.**

19   **So I think the people in Washington have been**

20   **working on that for quite a while.**

21            **I can't remember specifically.  I**

22   **know there was a man involved.  I can't remember who**

23   **it was.  And there was definitely a woman named**

24   **Becky Norton Dunlop from Heritage was helpful with**

25   **that as well.**



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1              But I -- I would be remiss in not

2    sort of crediting and recalling the work over

3    significant periods of time of dozens of people in

4    Washington, D.C.

5         Q    So they were planning for the

6    administration operations.

7         A    Yes.  And they also -- you know, for

8    example, you mentioned Mr. Porter.

9              I believe, but I'm just remembering

10   this so I -- may not be true.  I recall that he

11   worked for United States Senator at some point.

12   Maybe -- maybe Senator Orrin Hatch.

13             So in other words, somebody would

14   have said, Oh, we know so-and-so from the judiciary

15   committee and the Senate.  We know so-and-so who

16   worked in the Bush administration as an under

17   secretary of energy.  They may want to serve again.

18             So I think those kind of things.  And

19   people, of course, sent their resumes and asked for

20   positions.

21        Q    So it sounds like it was very

22   free-flowing.  Is that correct as far as --

23        A    Yeah -- yes and no.  I think it was

24   free-flowing to the extent that there were people

25   around President Trump who never thought he'd win



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1    and we were just trying to get through November 8th and

2    get back to their lives, so they were a little

3    surprised.  And then had to quickly say, They always

4    knew he was going to win and they helped him win,

5    and now they're going to help him staff

6    administration.

7              And then there were people who were

8    in charge of this.  There were people in Washington,

9    D.C. working on this.  I think some of them paid;

10   but most of them, volunteer.

11             And we did have a transition office

12   here in D.C.  I forgot about it, to be frank with

13   you.  I hadn't thought about it in years.  But I had

14   visited it a few times during transition if I was

15   down here for something.

16             So that was -- that was a real

17   office.  That was a -- but I -- look, ultimately,

18   the principal, the President made the hiring

19   decisions; but he took a lot of the recomm- --

20   for -- for cabinet positions, senior staff.  He took

21   a ton of recommendations from people who he had put

22   in those positions, though.

23             So he didn't -- I didn't get approval

24   from President Trump or Vice President Pence about

25   the -- the team I hired, for example.  He's like, I



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1   **want you to be counselor to the President.  You hire**

2   **who you need to.**

3       Q    So did recommendations also come in from

4   individuals who weren't necessarily part of the

5   transition team, which was quite small?

6       **A    I'm sure they did, yes.**

7       Q    And -- I'll just ask you about this now,

8   then.

9               Did the President express any view

10  particularly -- we've heard from Sean Spicer, who

11  qualified my tweets.  And I believe we know -- when

12  I say "my tweets," I'll be -- I'm referring to my

13  tweets, which you might recall, from December of

14  2016.

15              Do you recall those, or would you

16  like me to show you an exhibit --

17                  (Simultaneous speakers.)

18      **A    You -- you definitely have to show me your**

19  **tweets.  I'm not a big social media person.  I don't**

20  **really look at Twitter.  I'm told I have millions of**

21  **followers.  They'll need to wait.**

22  BY MS. DELGADO:

23      Q    You do.

24      **A    So yes, I -- I definitely don't -- I don't**

25  **require -- I don't remember your tweets.  I'd like**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1   **to see them.**

2       Q    Okay.  Do you recall Mr. Trump giving any

3   opinion once it -- do you recall my pregnancy

4   becoming a national news story over Christmas?  Do

5   you recall that?

6       **A    Your pregnancy what?**

7       Q    Becoming a bit of a national news story --

8   I'm using Sean Spicer's qualification -- during

9   Christmas in 2016.

10      **A    Yes.  I can't give you the dates, but I am**

11  **aware of -- of that being made public, yes.**

12      Q    And do you recall Mr. Trump's remarks or

13  position or viewpoint on the -- the situation?

14      **A    No.  I think, if he said anything, it**

15  **would have been along the lines, Is she okay?**

16          **No, I -- I don't recall anything**

17  **specific from Mr. Trump -- Mr. -- President-elect on**

18  **that.**

19      Q    Okay.  Because Mr. Spicer, given that he

20  said it was -- I believe he called it a level 5

21  fire.  But you don't recall Mr. Trump expressing an

22  opinion on it?

23      **A    Your pregnancy was a level 5 fire?  No, I**

24  **don't.  No.**

25      Q    Okay.  Okay.  What about Jared Kushner?



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1        **A      What about him?**

2        Q      Did he -- what did he express, if you

3    recall, regarding the --

4                    (Simultaneous speakers.)

5        **A      I don't recall -- I don't recall -- I**

6    **don't recall Jared Kushner ever addressing your**

7    **pregnancy or the birth of your child, God bless you,**

8    **with me.**

9    BY MS. DELGADO:

10       Q      Because Mr. Miller, Jason Miller has

11    stated that Mr. Kushner called him specifically

12    about it over Christmas and was the one who informed

13    Mr. Miller that he would need to put -- hit pause on

14    his White House job.

15                    Do you recall Mr. Kushner similarly

16    giving any indication or opinion on the issue

17    that -- either to you directly or that you heard of?

18       **A      No.  I don't recall Jared Kushner being**

19    **involved in that at all vis-a-vis me.  He -- it's**

20    **possible he called Mr. Miller.  It's possible he was**

21    **asked to.  It's possible -- I -- I would have no**

22    **knowledge of that at all.**

23                    **I mean, what you just said is true,**

24    **that Mr. Miller was supposed to come in as White**

25    **House communications director and then did not.  But**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    **no.  I don't know --**

2        Q    Did Mr. --

3        **A    -- who called whom.**

4        Q    Sorry.  If I interrupt you, by the way,

5    it's just because sometimes there's a slight delay.

6    So I apologize.

7        **A    You're not interrupting me.  It's fine.**

8        Q    So did -- so Mr. Kushner, and I presume,

9    perhaps -- I'll split it up between Mr. Kushner and

10   Ivanka.

11             Mr. Kushner had -- or purported to

12   have decision-making ability in terms of White House

13   jobs, given what Mr. Miller has stated.  Is that

14   correct?

15       **A    Yes, that is correct.**

16       Q    Okay.

17            *(Discussion off the record.)*

18   BY MS. DELGADO:

19       Q    You might not recall this, so please tell

20   me if you don't.  But do you recall at some point

21   hearing that I joined the America First PAC in the

22   spring of 2018 -- in January specifically of 2018?

23       **A    2018?  No, I never knew that actually.**

24       Q    Do you recall hearing that I was

25   terminated from that PAC in circa April 2018?



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1       A    No.

2       Q    Okay.  So based on --

3       A    **First America PAC (sic)?  What is the**

4    **First America PAC?  Was that -- was that tied to the**

5    **2020 reelect?**

6       Q    No.  That was the America First PAC that

7    was started by Rick Gates; and then Katie Walsh took

8    over, Brad Parscale took over, Katrina Pearson was

9    there?

10                  Remember --

11      A    **Okay.  Yes.  Now -- now I know what you're**

12   **talking about.  It no longer exists, right?**

13      Q    The main PAC, the Mercers were -- were

14   interested in leading it; and then Brad kind of,

15   instead, said I --

16      A    **Okay.**

17      Q    That main outside super PAC.  It's where

18   Katie Walsh went after she was removed from the

19   White House.

20      A    **Okay.**

21      Q    Okay.  So based on your answer saying you

22   weren't even aware that I was there, I guess your

23   answer --

24      A    **I was not aware that you were there and**

25   **then not there, no.**



*May 2, 2024 in re Delgado v Trump for President –*
*Deposition of Kellyanne Conway*

1    Q    Okay.  So, then, you would have no

2    information as to why I was terminated, correct?

3    **A    No.**

4    Q    Okay.  Fair enough.

5        *(Discussion off the record.)*

6    BY MS. DELGADO:

7    Q    So to double back, Kellyanne -- and I

8    apologize if this has been asked and answered.  Just

9    trying to clarify if I did ask this.

10       So from your recollection, Mr.

11   Trump -- then, Candidate-elect Trump -- did not

12   express any opinion on the issue of -- that you can

13   recall of my pregnancy?

14   **A    No.  I don't recall that at all.**

15   Q    Okay.  Did he ever say that I should not

16   be brought into the White House?

17   **A    Not to me.  Not that I recall.**

18   Q    Did he say that I should be brought into

19   the White House?

20   **A    No.  Not -- no, I don't recall that.  I**

21   **think that's -- that's something he would have put**

22   **the press secretary in charge of, and then present**

23   **to him who that person -- in this case, Sean**

24   **Spicer -- wanted on the team.**

25   **I should probably say, I said no to**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1  press secretary.  I said no to communications

2  director.  And when I did say I was coming to the

3  White House, it was late.  It was December 22nd, as

4  counsel to the president.

5          I did not want a press and comms job.

6  I wanted a policy job.  And I did -- I wasn't going

7  to come at all.  I came in -- and this is relevant

8  to your question just because I made very clear to

9  Miller and Spicer that I didn't even put press or

10  comms in my title.  Counsel for the President was

11  giving them full latitude to do what they wanted in

12  those two spaces.

13          So I kind of removed myself from all

14  of that.  And I don't recall anything from President

15  Trump about you specifically, and certainly not

16  negative.

17     Q    Fair enough.  And this is all if you know,

18  if you heard.

19     A    Yes, I know.  Of course.

20     Q    And I realize we're going back a long

21  time.

22          Okay.  Did you hear Mr. Trump give

23  any opinion on Mr. Miller and his position in the

24  White House?

25     A    Well, he made him communications director,



1   so he elevated him to a very big job.  It's very

2   similar, if not the exact title that Jason Miller

3   had on the Trump campaign.

4                   And I -- I think, at some point, it

5   just became known, I guess, that Mr. Miller was not

6   going to take that job and someone else would need

7   to take the job.  And Sean Spicer said, I'll do both

8   jobs.

9                   So that's what I remember.  I can't

10  remember the Presidents's direct involvement in any

11  of that.  I mean, he does have a tendency to tell

12  people, Take care of your family, do what you need

13  to do.  When I told him I was leaving the White

14  House, he said, No, stay.  You can take care of your

15  family and stay.  But -- I mean, that's just -- he's

16  just a nice person, and he -- that's his first

17  instinct always, which is take care of your family,

18  do what you need to do.  So...

19      Q    Do you have any reason to believe that

20  Mr. Trump was -- was not aware of the pregnancy?  I

21  mean, surely, he would have been told why this

22  person that you just said he appointed is now no

23  longer taking the role.

24      A    No, no.  I -- I believe he did know about

25  the pregnancy.



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1     Q     Okay.

2     **A     And -- yes, he would have known about the**

3     **pregnancy.  I think.**

4     Q     But you don't recall what his position or

5     viewpoint was on it, is what...

6     **A     No.  I can't imagine he expressed a**

7     **position or viewpoint on someone's pregnancy.**

8     Q     Sorry.  I should -- I should be clearer.

9           Not on the pregnancy.  On whether I

10    should come into the White House or not.

11    **A     That was not discussed as far as I can**

12    **remember in -- in the context of your pregnancy.**

13    **No.  I think the -- the focus was on the person who**

14    **had the job, Jason Miller, and what he was going to**

15    **do.  Yeah.**

16    Q     So your position was that I didn't have a

17    job at that time?

18    **A     I don't remember.  Did you?  I don't**

19    **remember.**

20          **Going into the -- going into the**

21    **administration?  Going into the White House?**

22    Q     Yes.  I was already on an org chart.

23    **A     That's -- that's very possible.  I think**

24    **most of the people on the campaign who wanted the**

25    **position were on the org chart.**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1      Q    You said most of the people on the

2  campaign who wanted a position were on an org chart,

3  correct?  Did I hear you --

4      **A    Yeah.**

5      Q    Yeah.  And that brings me to another

6  question.  We can just -- we're speeding through

7  these.

8                Who from the campaign, Kellyanne, can

9  you recall -- excuse me -- who wanted a White House

10  job but did not receive one?

11      **A    Oh, lots of people.  Many people.**

12      Q    From national level --

13                (Simultaneous speakers.)

14      **A    Because the org chart -- my whole point is**

15  **both -- both statements are correct, which is people**

16  **who wanted the position -- I should have said**

17  **everyone.**

18                **But typically speaking, people who**

19  **express an interest in serving the administration**

20  **were put on an org chart; were asked where they**

21  **wanted to be, et cetera.  It doesn't mean they were**

22  **hired.**

23                **And that goes for everybody from**

24  **Chris Christie to Rudy Giuliani to -- gosh, I can't**

25  **remember his name in the -- in the comms department.**



1    Maybe -- I can't remember his name.

2                    But there were people who absolutely

3    wanted to work in the White House administration who

4    didn't get those jobs.  The jobs are finite in

5    number, and I think they're -- based on -- based on

6    whatever Spicer saw in somebody's merit or how they

7    were going to execute on the duties of the press

8    shop or the comms department.

9                    So -- and I specifically and publicly

10   said I did not want a press and comms job.  Please

11   put somebody else on TV.  I begged.  I -- in fact, I

12   said many times, We're going to seat a cabinet,

13   they're going to be confirmed, and they'll be the

14   subject matter experts for their respective

15   departments.  Please call them.  But, of course,

16   that doesn't work for Mr. Trump.  He wanted me out

17   there.

18                   But the point is I took myself out of

19   the hiring of the press and comms shop, and I think

20   Spicer and Reince and Bannon and Jared were all too

21   happy to have me not involved in the hiring.

22   BY MS. DELGADO:

23       Q    Right.  Absolutely.  I don't take the

24   position that you were involved in the hiring.

25   You're just a third-party witness just to -- testify



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    to what you recall hearing --

2        A    Sure.

3        Q    -- et cetera.

4                When -- you mentioned Chris -- you

5    mentioned two examples of individuals -- three

6    examples of individuals from the campaign, and I --

7    I -- when I asked about what individual -- sorry.

8    Let me back up.  I'm getting a word salad.

9                When I asked you about what

10   individuals from the campaign you recall who wanted

11   a White House job and didn't get one, you said the

12   name Chris Christie, Rudy Giuliani, and a comm

13   staffer whose name you don't recall.  Let's go

14   through those.

15               Chris Christie was not --

16               (Simultaneous speakers.)

17       **A    Let me also add to the list because it's**

18   **also a very prominent person in the campaign, Dave**

19   **Bossie, the deputy campaign manager.  He did not get**

20   **a White House job or an administration job, and that**

21   **was very surprising.**

22   BY MS. DELGADO:

23       Q    Is it because he didn't get the specific

24   White House job he wanted?

25       A    No.



*May 2, 2024 in re Delgado v Trump for President –
Deposition of Kellyanne Conway*

1     Q     Because there's a difference.

2     **A     No.  I think people got in his way.**

3     Q     He was told he could not have any White

4  House job.

5     **A     I'm not -- I don't know what Mr. Bossie**

6  **was told.  He just -- all I know is he did a great**

7  **job on the campaign as my deputy, and then did not**

8  **get a White House job and wanted one.**

9     Q     Well, did not go into the White House --

10            (Simultaneous speakers.)

11     **A     He did not go into the White House or the**

12  **administration, no.**

13  BY MS. DELGADO:

14     Q     But you don't know if that's because he

15  asked for a particular job and didn't receive that

16  job?

17     **A     I don't know.**

18     Q     Right.

19            And is it possible that Mr. Bossie's

20  very close colleague, Brian Lanza, who took a

21  lobbying job instead and opted out of the White

22  House job, is it possible Mr. Bossie ultimately

23  decided to stay in private practice?

24     **A     Yes, it is -- it is -- it is possible, and**

25  **there are -- I was thinking about the org charts**



1   before.  There are people who were offered jobs who

2   didn't take them.  They went and did something else.

3       Q    Right.

4              And it's more lucrative financially

5   not to go into the White House for the immediate --

6              (Simultaneous speakers.)

7       A    I can tell you this --

8   BY MS. DELGADO:

9       Q    Sorry?

10      A    I can tell you this with certainty.  I can

11  tell you this with certainty:  It is not lucrative

12  to be in the White House, so that part is true.

13      Q    Right.

14             So -- so my point is it's possible

15  either way that Mr. Bossie ultimately opted not to

16  go in and -- like Brian Lanza, his colleague,

17  ultimately opted to stay in the private sector.

18      A    Yes.  There were -- I -- I was going to do

19  that.  So yes, that's -- that's definitely the route

20  many took.

21      Q    And Chris Christie was not a member of the

22  campaign, correct?

23      A    Well, I feel -- I don't know if he had a

24  title, certainly not competition.  He was the

25  sitting governor of New Jersey, so he couldn't be a,



1    quote, official member of the campaign.  But he

2    was -- he and Rudy Giuliani were the two top

3    confidants of President Trump on the campaign.  I

4    would say in terms of peers, other elected officials

5    and maybe of a certain age, et cetera.

6                  So he was definitely very involved in

7    the campaign.  Famously dropped out of the race and

8    endorsed Trump early, like February of 2015, I'll

9    say.  So -- maybe 2016.  Sorry, 2016.

10                  So in any event, he def- -- you know,

11   he wanted jobs.  He was very upfront about that.

12   Justice department or attorney -- you know, attorney

13   general or something else, chief of staff.  So yeah.

14                  But not everybody got a job and not

15   everybody who was offered a job took it.  I think it

16   was no different than most workplaces.

17       Q    Well, you're aware Mr. Christie has a

18   longstanding history with Jared Kushner, correct?

19       A    I'm -- I am aware of -- I have seen and

20   been part -- witnessed directly their, quote,

21   burying the hatchet and their relationship of

22   working together both on the Trump campaign, the

23   Trump transition a little bit.  And then, in the

24   Trump White House, Governor Christie was a frequent

25   visitor and guest and -- including in Mr. Kushner's

1  office and at different meetings, et cetera.

2              He was very helpful to us as chairman

3  of the Opioids Commission, for example.  But, you

4  know, continued to be a friend of the President and

5  was around a lot and, after he was governor, was

6  offered a couple of jobs by the President again, I'm

7  told.  But I think had a very lucrative business

8  outside of the administration, to your point.

9      Q    So to that last point of yours, it's

10  possible Mr. Christie -- same possibility as

11  Mr. Bossie -- ultimately opted not to pursue a White

12  House job.

13      A    He opted not to take one, yes.

14  Ultimately, that's right.  Several were offered to

15  him over time.

16      Q    Okay.  And you're not aware whether

17  Mr. Kushner actually did truly bury any gripe he has

18  with Mr. Kushner (sic) based on Mr. Kushner's

19  prosecution of Mr. Kushner's father in the past,

20  correct?

21      A    I think you mean Christie in there too,

22  but that's okay.  I think we'll -- the court

23  reporter will understand.

24              Well, I don't know what's in

25  anybody's heart or what's in their personal



1    relationship.  I would have no knowledge of that.  I

2    just think that they found a way to work together

3    after the fact.

4        Q    Okay.  And Mr. Giuliani was not a member

5    of the campaign, a staff member or a contractor to

6    the campaign, correct?

7        A    I think his position was probably

8    volunteer.  I can't imagine he was compensated.

9    He's a friend of Donald Trump's who wanted to be

10   there for him as somebody who had been mayor or New

11   York, had run for President himself.  Somebody who

12   would go on TV, as would Governor Christie on behalf

13   of President -- excuse me, Candidate Trump, and then

14   President-elect Trump.

15                So yeah.  They're in the room for

16   debate prep.  They're in the room for big moments,

17   so...

18                I always consider them part of the

19   campaign.  Even if they were volunteers, they were

20   part of the daily rhythm.  Governor Christie also

21   was the person in charge of taking Mr. Trump

22   downtown in New York for the National Security

23   Briefing, so that's -- that's a pretty weighty

24   responsibility.

25       Q    So you're saying about Guiliani is that he



1  wanted a White House job?  You're aware that he

2  asked for a White House job and was told no?

3       A    Well, what -- first of all, when I say

4  "White House" -- I think when you say "White

5  House" -- I mean administration, so I'm talking not

6  in the structure of the White House or West Wing or

7  EOP so much as the cabinet.

8            So in the -- in the administration, I

9  was on a panel November 14th, 2016 with Mayor

10 Guiliani at the Four Seasons in Washington, D.C.  We

11 were the two speakers that were interviewed, and he

12 said -- they said, What about, you know, Attorney

13 General?  He said, No, I want Secretary of State or

14 something.  It's public knowledge.  It was

15 broadcast, but...

16           So I would say, to answer your

17 question, he -- he did say publicly he would take

18 jobs like that, but I -- I don't think they were

19 offered to him.  But he remained --

20      Q    Right.

21      A    -- a very close -- very close confidant of

22 President Trump's and went on to have a lucrative

23 business outside of the White House.

24      Q    So, perhaps, that's similar to Christie or

25 Bossie in that Mr. Giuliani as -- given the example



*May 2, 2024 in re Delgado v Trump for President –*
*Deposition of Kellyanne Conway*

1    you just used, was seeking a specific extremely

2    prestigious role that many others are specifically

3    also in the running for.  Secretary of State is what

4    he wanted, and then did not receive Secretary of

5    State.

6        **A    I recall him saying that publicly, so I --**

7    **you know.  I may be wrong.  It was a long time ago,**

8    **but I recall him saying that publicly.**

9        Q    So -- again, to circle back to the

10   question.  So can you think of any actual staffer at

11   the national campaign or contractor who wanted a job

12   and did not receive one?  If you could give me a

13   name.

14       **A    Well, there were a number of people who**

15   **did not receive jobs.  I don't know if they wanted**

16   **one.**

17              **I feel like there was -- there was a**

18   **staffer on the floor where you and I worked, which**

19   **was 14 --**

20       Q    Uh-huh.

21       **A    -- who -- either his nickname or his**

22   **actual him was Oz. I'm not sure he got a job offer.**

23   **There were people, I believe, in administration or**

24   **finance who did not get jobs.**

25              **Michael Cohen very much wanted a job.**



1    Looked at himself as a campaign surrogate, et

2    cetera.  He wanted a position.  Made that very clear

3    to me personally, directly.  I'm sure made it clear

4    to President Trump and others.  Said it publicly.

5    So yeah.

6        Q    So Michael Cohen wasn't with the campaign,

7    so is the answer -- the only answer, then, is --

8        A    Michael --

9            (Simultaneous speakers.)

10       A    Well, no.  I have to -- I have to object

11   there.

12            Michael Cohen was very involved with

13   the -- with the -- with the campaign, except, you

14   know, as -- let me back up.

15            The fact is Michael Cohen was not a

16   member of the campaign.  Not a contractor, not an

17   employee, not -- that wasn't his day job.  But he

18   made himself involved in the campaign because of his

19   job at the Trump organization and because, long

20   before President Trump had a true campaign, Michael

21   Cohen was flying out to Iowa by himself or going up

22   to New Hampshire with Mr. Trump early on.

23            So he would go on TV as -- you know,

24   as the representative for the campaign.  Even if it

25   said, you know, Special Counsel or Counsel to Donald

*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1    J. Trump, Trump Organization Executive.

2                    And he did not get a job.  I think

3    there were very big names of people who wanted the

4    job and did not get a job.  Mitt Romney interviewed

5    for Secretary of State.  He didn't get the job.

6                    I can think of six or seven people

7    who wanted secretary of interior and came to

8    interview for it and did not get the job.  Sitting

9    members of congress, senators.

10                   Lots of folks who want the jobs can't

11   get the jobs because they're finite in number.  And

12   I can't recall everybody who worked on the campaign

13   and whether or not they wanted a job or got a job.

14                   I think there was a woman named

15   Corina.  She wanted a job and didn't get it.  She

16   didn't get a job.

17   BY MS. DELGADO:

18       Q    Corina was a member of the data

19   department, correct?

20       A    I think so.

21       Q    Phone bank administrator.  Does that --

22       A    Yes.

23                   (Simultaneous speakers.)

24       A    Lovely person.  Great worker.

25                   She didn't get a job.



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

1   BY MS. DELGADO:

2       Q    Okay.  So, so far, actual staff members

3   or -- or independent contractors to the campaign, we

4   have -- and I'll try to see if I can find who this

5   is, a gentleman whose nickname was Oz, O-Z?

6       A    I think so.  It's been a long time.

7   Haven't heard from him since.

8       Q    Okay.  Nickname Oz and Corina from the

9   phone bank; is that correct?  Is it C-O-R-I-N-N-A?

10      A    One N.

11      Q    One N, okay.

12               Anybody else?

13      A    And her last name is -- yeah.

14               So yes, I'm sure there were.  I just

15  don't have a running list of such things.  But I'm

16  giving you very big names who wanted the job and

17  didn't get one.

18               And, you know, the deputy campaign

19  manager, the Governor of New Jersey, the former

20  mayor of New York, the senator -- I guess he was

21  senator at the time -- Mitt Romney failed, you know,

22  former Presidential candidate, wanted to be

23  Secretary of State.

24               Many people wanted these jobs, and --

25  you know, and -- and there were many people -- was



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    **Katrina on the campaign?  She didn't get a job.**

2         Q    No.  Katrina Pearson was offered deputy

3    press secretary and turned it down to go to the PAC

4    with Brad.

5         A    Okay.

6         Q    So she...

7         **A    That's my point, though.  That's my point,**

8    **Ms. Delgado.  I don't know who wanted a job and**

9    **didn't get it necessarily.  I can say who didn't**

10   **work there, but I don't know who wanted a job and**

11   **didn't get it.**

12             **There's also -- there was a gentleman**

13   **named Daniel Gelbinovich, something like that.  He**

14   **was one of the people helping me, and he did not**

15   **ultimately come in -- so I don't know.  It's hard to**

16   **say, you know, who wanted the job and didn't get one**

17   **because I don't know if they were motivated, to your**

18   **earlier point, to go on the private sector.  It's**

19   **possible.**

20        Q    Speaking of Daniel, he booked travel for

21   the campaign, correct?

22        **A    He booked travel for me, so I assume he**

23   **did it for other people too.**

24        Q    Yeah, I can show you -- let's do...

25             Sorry.  Bear with me.



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

```
 1                  Okay.  I'm going to do Exhibit 1.
 2              MS. DELGADO:  Mark this as Exhibit 1,
 3          Leila.  I'm putting it up on the screen.
 4                      (Exhibit 1 was marked for
 5                      identification)
 6      BY MS. DELGADO:
 7          Q    So now you see for sure that really was me
 8      on the other Delgado Zoom entry.
 9                  All right.  Let's see.  Are you able
10      to see that?
11              MS. DELGADO:  Is everyone able to see
12          that?
13          A    Let's see.
14              THE STENOGRAPHER:  It's showing.
15          A    Yes.  I'm going to pull it -- hold on.
16      BY MS. DELGADO:
17          Q    I'm just -- if you -- I'm -- this is an
18      article from The Daily Beast, and I'll read aloud
19      the highlighted --
20          A    No, no.  I just read it.  I just read it.
21          Q    Okay.  I'll just read it into the record.
22                  It states -- the highlighted portion
23      is, Gelbinovich was a low-level staffer on the Trump
24      campaign, according to campaign sources, frequently
25      booking travel for senior staff, unquote.
```



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1              So I'll mark that as Exhibit 1.

2              Okay.  So besides the gentleman with

3    the nickname Oz, besides Corina from the phone bank,

4    and besides Mr. Gelbinovich who booked travel,

5    anyone else you can think of as far as -- and I'll

6    close it out here because I know we've been on this

7    topic for a while.  But anybody else you could think

8    of who wanted a White House job and was told no?

9    And I don't mean who wanted a specific job like

10   Secretary of State, but just a job in the White

11   House and was told no?

12       **A    Yes.  Chris Christie, Mayor Giuliani, Dave**

13   **Bossie -- I mean --**

14       Q    Actual --

15       **A    There were probably lots -- there were**

16   **probably lots of people told no honestly, I -- I**

17   **would think; but I don't know.**

18       Q    Okay.  Once again --

19       **A    I don't know.  I don't know because --**

20   **because I said no.  Because I said no to press**

21   **secretary and comms director and everything else,**

22   **and then decided 45 days after the President was**

23   **elected that I would go to the White House and not**

24   **do the lucrative outside thing.  But --**

25       Q    Yeah.



1              And it's fine --

2                   (Simultaneous speakers.)

3      **A      So I really wasn't paying attention to**

4  **other people.  If people said they wanted a job, I**

5  **said, Great, bring your resume to transition, here's**

6  **who you should talk to, et cetera.  I'm always happy**

7  **to help that way.**

8                   **I'm not sure everybody got a good**

9  **glowing report either from the people they reported**

10 **to.  I don't know -- I didn't know everyone in**

11 **administration or data and digital, for example, so**

12 **I -- I don't know who asked for what.**

13 BY MS. DELGADO:

14     Q    Okay.  I think verse -- going in circles

15 now on the same question.

16                  So the only others were Chris

17 Christie, who wasn't with the campaign, and

18 Guiliani, who wasn't with the campaign.  And Dave

19 Bossie, you've stated you're not sure if,

20 ultimately, he decided to go into the private

21 sector.  Is that --

22     **A      He -- he and Michael Cohen absolutely**

23 **wanted jobs in the White House in the**

24 **administration.  They didn't receive them.  And**

25 **I'm -- I'm glad that Dave Bossie found a lot of**

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1   success on the outside, including a couple best

2   seller books about President Trump and speaking and

3   consulting, et cetera.  So that's great.

4           The -- there was something I wanted

5   to say about all this.  I don't remember.

6       Q    But you don't know if Dave Bossie wanted a

7   particular White House job and didn't get that

8   particular White House job, and then stayed in the

9   private --

10              (Simultaneous speakers.)

11      A    Well, you just -- you just said you're not

12  talking about specific jobs.  The example you gave

13  was Secretary of State, so I don't think it's

14  relevant.  If he wanted a specific job, I think it's

15  relevant that he wanted a White House position and

16  did not get one.

17  BY MS. DELGADO:

18      Q    Was he open to any White House position?

19      A    I think he was open to many of them.

20  Yeah.  He wanted to be where we were.

21      Q    What makes you think he was open to many

22  of them?

23      A    He's a close, personal friend of mine.

24      Q    So he told you, I'll take any White House

25  job?



1      **A    He did not say that, but there were more**
2    **than a few that he would take.**
3      Q    But you don't know if he opted to go --
4    stay on the outside, same as Brian Lanza?
5      **A    Brian Lanza said pretty early on he was**
6    **going to stay on the outside.  He had a nice job**
7    **offer.  I remember him telling me that.  I think he**
8    **and his wife wanted to start a family.**
9          **Dave Bossie told me he would like to**
10   **work in the White House.  I think the same was true**
11   **of, you know, a num- -- Corey Lewandowski, for**
12   **example.**
13         **There were people who didn't want to**
14   **come to the White House, wanted to be the RNC chair,**
15   **who didn't get that either.  Ronna McDaniel got that**
16   **job.  So there was -- you know, there -- there's**
17   **always going to be disappointment in every**
18   **administration because there's a finite number of**
19   **jobs; and, you know, we can't all get what we want**
20   **when we want it.  That's a lesson of life, not the**
21   **Trump 2016 transition.**
22     Q    So your position -- because I'm just
23   hearing what you're claiming Bossie told you.
24         Your position is that Bossie, which
25   told you, that he would take any number -- a variety

1   of White House jobs, and he was told no for each and

2   every one of those?

3        **A      I didn't say he'd take any job.  I'm**

4   **saying he would -- he was --**

5        Q     A number --

6                    (Simultaneous speakers.)

7        **A      -- willing to take several different**

8   **senior positions for which he was qualified and was**

9   **traveling with Mr. Trump during --**

10  **Mr. President-elect during the transition and was**

11  **not getting an offer and didn't get an offer.**

12                  **So --**

13  BY MS. DELGADO:

14       Q     What were those --

15       **A      And from my perspective as campaign**

16  **manager, Chris Christie, Rudy Guiliani, these people**

17  **were part of the campaign because they would go on**

18  **the television as -- representing the Trump**

19  **campaign.  And the fact that they were volunteers**

20  **really didn't matter vis-a-vis who had authority,**

21  **who was in the room where it happened as it were.**

22                  **They were for debate prep, they were**

23  **there on election night, they were there in the**

24  **residence, they were there for big moments.  I know**

25  **that because they were there with me.  So they were**

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    **absolutely part of the campaign that way.**

2                    **And I say, of that immediate group,**

3    **the one person who did not -- three people who did**

4    **not get positions -- I mean, in debate prep, there**

5    **were seven of us, and I mentioned three that got no**

6    **position, Chris Christie, Rudy Guiliani, and Dave**

7    **Bossie.**

8        Q    Notwithstanding -- I know you maintain

9    that, in your opinion, they were part of the

10   campaign.

11                   To circle back again, you have no

12   reason to believe that Jared Kushner had buried any

13   negative feelings he had about the fact that Chris

14   Christie put Jared Kushner's father in prison?

15       **A    Yep.**

16       Q    And Guiliani, you stated --

17                       (Simultaneous speakers.)

18       **A    What -- what do I think?  I mean, I don't**

19   **know what to think vis-a-vis -- I don't know what to**

20   **think vis-a-vis the hiring because I know that**

21   **President Trump has off- -- had offered a few**

22   **positions to Chris Christie over time, partic- --**

23   **including while he was governor, and then after he**

24   **left his governorship in 2000- -- it would have been**

25   **early 2018 he left his governorship, term limited.**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

```
 1  BY MS. DELGADO:

 2      Q    So why didn't Christie take them -- so he

 3  was offered a role?

 4      A    You'd have to ask him that.

 5      Q    So -- sorry.  Just to be clear, then.  So

 6  Chris Christie was offered a role, just later,

 7  correct?

 8      A    That's correct.

 9      Q    Oh, okay.

10              And --

11                  (Simultaneous Speakers.)

12  BY MS. DELGADO:

13      Q    -- Guiliani -- Guiliani wanted Secretary

14  of State?

15      A    That's what he said.

16      Q    Okay.  And Dave Bossie, you say wanted --

17  was interested in several roles.  Do you recall

18  which of those roles they were?  What the roles

19  were?

20      A    No.  I think he'd probably go for deputy

21  chief of staff of some division.  We had several of

22  them, and he certainly would have qualified for

23  that.

24              (Discussion off the record.)

25
```



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1   BY MS. DELGADO:

2       Q    Circling back to an earlier -- so --

3   sorry.  I just want to be done.  So no other names

4   you can think of, correct, so we can move on from

5   this topic?

6       **A    I just haven't thought about this in a**

7   **very long time.**

8       Q    Okay.  No, fair enough.  I know -- it's

9   okay.  It's what you can think of.

10              Let's see.

11              You mentioned earlier that you said,

12  I'm not interested in press or comms.  I want a

13  policy job.

14              Do you know why I was slated for a

15  press job?

16      **A    Slated for one?**

17      Q    Well, put in the org chart for a press job

18  in particular?

19      **A    I don't know because it's -- Sean Spicer**

20  **must have put you there, but I'm going to presume**

21  **because you -- you wanted one and did well in the**

22  **campaign.**

23      Q    And are you aware of any e-mail or

24  statement I made where I said I want to be in the

25  press shop?



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1      **A      It's possible you said that to me.  I**
2  **wouldn't know.  I can't access those e-mails.  It's**
3  **possible, but I don't recall that.**
4      Q      Is there any reason why I wouldn't have
5  been considered for a policy role given my
6  background writing about policy?
7      **A      I don't know is the easy answer, and**
8  **the -- but remember, you're somebody who went on TV.**
9  **Once you go on TV, people are going to see you as a**
10 **press person in the world of Trump.  That's just a**
11 **fact.**
12              **So I don't know the specific answer;**
13 **but I'm telling you, generally, the way this goes,**
14 **which is why I specifically said I wanted a policy**
15 **job.**
16     Q      And to clarify, is it -- are you seen as
17 comms or press?
18     **A      You?**
19     Q      Yes, a person who goes on TV.  Isn't that
20 comms?
21     **A      No.  I think that President Trump would**
22 **see that as press because that's who you're facing**
23 **and that's who you're talking to, like an anchor or**
24 **a reporter.**
25              **Comms, to me -- and this didn't**



1   always work this way; but what it should be is press

2   is dealing with what happened a moment ago, an hour

3   from now, a day from here.  Comms is peeking around

4   corners and organizing longer-term, public-facing

5   communications.

6           To explain, this is why the -- this

7   is the trade deal, this is the foreign trip, this is

8   the President visiting Michigan and Wisconsin today.

9   It's a little bit more take the policy; take the

10  legislation, the executive order, or just a speech

11  and figure out how to communicate that with the

12  public.  I think comms is more for the public and

13  press is more for the -- it is for the public, but

14  through actual members of the working press.

15          Those two melded together a lot in

16  the Trump White House, but they're often separate.

17      Q    Okay.  Let's see.  Sorry, I just always

18  wondered about that.  It was just a curiosity of

19  mine.

20          Okay.  Is there any -- do you have

21  any reason to think that -- why I -- notwithstanding

22  what you just said, why I would have been limited to

23  press or comms given, for instance, Omarosa, who

24  also went on TV in -- advocating for Trump role, was

25  placed in a coalitions role in the White House.  Why

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    would I have been limited to your only shot at a

2    White House job is in press or comms?

3        A    You're saying things that I know nothing

4    about.  I don't think I can --

5                    (Simultaneous speakers.)

6        A    I don't know -- I'm not aware of anybody

7    limiting you.  And, you know, for the record, people

8    think the press and comms jobs in the White House

9    are glorious.  They cannot believe I said no to

10   press secretary 48 minutes after President Trump was

11   elected.  They can't believe it.  Like, who would

12   give that up?

13                I don't even know what a -- he said,

14   You'll be great at that -- I wrote about it in my

15   book.  You would be great at that, and I'm thinking

16   I'd be terrible at that.  I'm not even sure what a

17   press secretary does.  I'm actually still not sure

18   completely.

19                And so I would've been terrible at

20   that.  I would've been terr- -- you know, I didn't

21   want the comms.  But I don't look at them as

22   limiting at all.  These are some dream jobs.  So I

23   disagree with the premise.  I don't think they're

24   limiting at all.

25                And frankly, I believe that Omarosa's

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    title was either public affairs or communications

2    director or something at the Office of Public

3    Liaison, so she -- she seemed to have a comms job

4    within the Office of Public Liaison, which is less

5    coalition, respectfully -- I worked there -- and

6    more organizing, like, the events, people coming to

7    the White House from the public, the Easter Egg Roll

8    or the -- the Angel moms and dads whose -- whose

9    children have been killed by illegal immigrants,

10   that -- the OPL would be in charge of that, for

11   example.  So...

12            But I believe she had a comms job

13   within that structure.  I don't know because she,

14   like many, many others, w gone within the first 6 to

15   12 months.

16   BY MS. DELGADO:

17        Q    So there are comms jobs outside of the

18   press shop and the comms shop?

19        A    Very few in the White House.  Many in the

20   administration.  And they're --

21        Q    And --

22        A    Yeah.

23        Q    Do you have any reason or do you have --

24   again, if your answer is I don't -- I never had any

25   information, that's fine.



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1              Did you ever hear any information or

2    reason as to why I wasn't given any role anywhere in

3    the administration?

4        **A    No.  And I didn't know what you were**

5    **offered or not offered.  I heard -- I thought I**

6    **heard you were going to work at the RNC.  Is that**

7    **not right?  Or that you had contact with the RNC?**

8        Q    First time I've ever heard that.

9        **A    That's what I recall, some -- for some**

10   **reason.  But you're saying it was America First, so**

11   **maybe that's -- maybe I'm conflating the two.**

12       Q    Yeah, that was a year later.

13       **A    I -- I knew that you were offered a job**

14   **and, perhaps, took a position for compensation that**

15   **was connected to President Trump in some form or**

16   **fashion, meaning an outside PAC or the RNC or some**

17   **other group.**

18       Q    Yes, a year later, in 2018 -- or a year

19   and a month.

20              Okay.  Let's see here.  We'll do some

21   more exhibits since I have now opened the share

22   screen.  See if I can...

23              MS. DELGADO:  I'm sorry.  Bear with me,

24       all.

25              Okay.  Share screen again.



1    BY MS. DELGADO:

2        Q    Kellyanne, earlier, you said that you

3    don't recall Mr. Trump expressing any position or

4    viewpoint on the issue of my pregnancy and my

5    raising discrimination concerns on Twitter.

6              I wanted to show you this e-mail, and

7    it's an e-mail sent from Josh Dawsey, who was at the

8    time a reporter at Politico.  He's now at the

9    Washington Post.  And it's in the throws of when I

10   raised my concerns publicly.

11             Wanted to point you to the area

12   that's highlighted.  If you could please read that.

13   In the meantime, I'll read it aloud into the record.

14             It says, quote, Trump became aware of

15   the issue.  Trump was not happy, didn't want either

16   of them brought on, Jason Miller or AJ.  Unquote.

17             Do you see that?

18       **A    Yes.  I'm reading all of it.**

19       Q    Okay.  Let me know when you're done.

20       **A    Well, I see a reporter characterizing how**

21   **you feel, how Trump feels, how Jason feels.  I mean,**

22   **that's what reporters do, but they don't -- there**

23   **would be no way for them to know that.**

24       **I mean, it says here that you're**

25   **threatening people.  You know -- you're furious,**



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1    you're threatening people.  I mean, I don't --

2    doesn't seem very nice.

3         Q    Correct.  I'm not representing -- to be

4    clear, I'm not representing whoever this person's

5    source was.  For all we know, it's this Miller or

6    Miller's wife.  I'm not saying this is accurate.

7    I'm just --

8         A    Yeah.  No, no.  I understand.

9         Q    Right.  I'm just -- this is -- this was

10   relayed to me.  And given what was relayed regarding

11   Mr. Trump, in particular, do you have any reason --

12   does that help refresh your recollection of whether

13   Mr. Trump did, in fact, say anything?

14        A    He never said anything to me about I don't

15   want either AJ or Jason around.  He never said that

16   to me.  I know he was made aware of your pregnancy.

17   And the first time it was presented to me was not

18   through an e-mail because it says you fired off

19   e-mails to me.

20                 I think we've discussed this before

21   because a different reporter -- a female reporter

22   from a different outlet asked me, said, Well, AJ

23   says that she told you.  And I said, I -- I never

24   knew until I heard it at Mar-a-Lago after we got

25   back from Mobile, I think.  They were on the plane,

1    and I'm just confused.

2                    All because you were there; and then,

3    all of a sudden, you left.  And they said -- we

4    said, Well, she lives in Miami.  She went home.  And

5    I said, Okay.

6                    And then I heard that you, quote, may

7    be pregnant.  I never heard that you were.

8    President Trump never would have said to me -- never

9    did say to me that he didn't want either of you

10   there.  I think that the situation got immediately

11   uncomfortable, untenable for Mr. Miller, whose wife

12   was also pregnant and who had accepted White House

13   communications director.

14                   So -- by the way, the things in here,

15   I never knew.  I never knew that you had a

16   relationship with Mr. Miller.  I knew he was missing

17   the night before the debate in Las Vegas, but I

18   didn't know why.  I knew he was married with a child

19   and I guess another on the way.

20                   So I didn't know until -- I didn't

21   know.  He did not -- did not say at Mar-a-Lago.  I

22   don't recall that.  Went to Miami with you, I didn't

23   know that.  So --

24       Q    No, I'm not representing the e-mail is

25   accurate.  Again, much of it is inaccurate.  I was



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1  just asking, given that this was represented to me

2  regarding Mr. Trump, if that seems correct to you.

3  Just that particular issue.  Much of that e-mail

4  is --

5     **A    No.**

6     Q    Okay.

7     **A    No.**

8     Q    When you say --

9     **A    And he would never say didn't want either**

10 **brought -- brought on, Jason Miller or AJ.  No.  I**

11 **mean, he never said that to me.**

12    Q    Okay.  When you say that Mr. Miller's

13 position was untenable because he was married with a

14 child on the way, to be sure, though, Mr. Miller was

15 aware that he was married with a child on the way

16 when he accepted the White House communications

17 director job and allowed it to be announced,

18 correct?

19    **A    I guess.**

20    Q    I mean, he -- he would know his wife is

21 pregnant, correct?

22    **A    Correct.  Yes.**

23    Q    And he would know he was having some sort

24 of involvement, whether consensual or not, with me

25 at the time, correct?



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

```
 1        A     Well, I can't answer a question where
 2   you're suggesting that your relationship with him
 3   was not consensual.
 4        Q     Well, he would know there -- right.  Fair
 5   enough.
 6              He would know there was an
 7   involvement with me that he himself is having,
 8   correct?
 9        A     Yes.
10        Q     Right.
11              So it wasn't anything that occurred
12   after that that made it untenable for him.  The
13   circumstances you mentioned, the fact that he's
14   married and there is a situation were factors known
15   to Mr. Miller at the time he accepted the role.
16        A     Now you're asking me to be in Mr. Miller's
17   head.  I can't do that.  I -- I only know what
18   happened, which is that he was married to Kelly,
19   they had a daughter, they had another child on the
20   way that ended up being a daughter.  God bless them
21   all.  I may have known that at the time.  I may not
22   have.
23              And then, I learned later, in
24   December, that he had had a relationship with you
25   during the campaign.  I never knew that.  Other
```

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    people knew that.  They thought, you know, Oh, you

2    didn't know that?  Well, how would I know that?

3                    I was running the campaign.  We were

4    losing to -- there was one national poll in all of

5    2016 saying Trump was beating Hilary.  Like, I was a

6    little busy, and I wasn't monitoring people's

7    relationships.

8                    And then I heard that you may be

9    pregnant with Mr. Miller's baby; and I said, Oh,

10   when did that happen?  You know, I seem like the

11   last to know.  And then it was confirmed that you

12   were, and I --

13                    (Simultaneous speakers.)

14   BY MS. DELGADO:

15       Q    Sorry, when -- when did it go from AJ may

16   be pregnant to it's confirmed that she is?

17       A    I think people heard that you were or may

18   have been, and that's the way it was presented to

19   me.  And then I said, Well, I was just with her.  I

20   had no idea -- I don't think I knew that you were

21   pregnant we were on the plane to Mobile.

22                    I remember you being on that trip and

23   I remember you not getting off the plane because

24   Mr. -- President-elect Mr. Trump came back and said,

25   What did you think of that?  And you said, I didn't

*May 2, 2024 in re Delgado v Trump for President - Deposition of Kellyanne Conway*

1    get off the plane.  And he said, Are you okay?  Or

2    something like that.  And he looked at the rest of

3    us, and that was that.

4                As I recall, Mobile was the final

5    stop in his Thank You tour, and we flew from Mobile

6    to Mar-a-Lago.  That, I remember specifically.

7    Because that was an event where he called Hope Hicks

8    and me up on the stage to speak to the crowd.  So I

9    remember it very well.

10       Q    Correct.

11       A    Yeah.

12                I think Mr. Bossie was on the plane,

13    you and Mr. Miller.  But...

14                I was very surprised to hear you were

15    having a relationship, let alone expecting a child

16    together.  That did surprise -- I have -- I have

17    very thick shock absorbers.  All of that surprised

18    me.

19       Q    Okay.  Let me bring up another exhibit.

20                So you became aware when you were at

21    Mar-a-Lago, you said?

22       A    Yes.

23       Q    And that was -- what's the time frame on

24    that, roughly?

25       A    It may have the day -- the night of the



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    day we were in Mobile, but it may have been the next

2    day.  It was around that period.  I was going back

3    and forth to Mar-a-Lago for transition to help with

4    the inaugural address, to -- to work on transition.

5                    And we had meetings with, as I

6    recall, veterans, vet- -- veterans representatives,

7    and healthcare executives, and, you know, just

8    trying to work on policy ahead of the -- ahead of

9    time.

10                    And I just -- I don't know who was

11   there.  I know Bannon was definitely there.  Might

12   have been Reince, might have been Spicer.  It was

13   definitely Bannon.

14                    I said, What are you talking about?

15   I mean, I was very surprised.  So...

16       Q    Yeah, I'm just trying to ascertain what

17   you meant when you said that, When this came to

18   light, the situation became untenable for

19   Mr. Miller.

20       A    I -- I presume that he believed that and

21   he took himself out of the running for -- he -- he

22   withdrew from being director of communications.  I

23   probably shouldn't say what he must have felt.  I

24   probably shouldn't use the word untenable.

25                    It seemed that it became untenable

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    **for him, and so --**

2         Q    Right.

3         **A    -- he withdrew.**

4         Q    Fair enough.

5              So -- but you're not saying that

6    Mr. Miller became aware that I was pregnant at that

7    time.

8         **A    Oh, no.  No, no, no.  Not at all.**

9              **I think --**

10        Q    So you can see from --

11        **A    I became aware --**

12        Q    Oh.  Fair enough.

13             You can see from a reasonable

14   standpoint Mr. Miller was aware I was -- would have

15   naturally been aware that I was pregnant at the time

16   he accepted the role.

17        **A    I don't know that.  You would know that.**

18   **I don't know that.**

19        Q    And that's -- fair enough.  That's not

20   anything you need to answer.

21             THE STENOGRAPHER:  AJ, did you want to

22        make that e-mail that you just took down

23        Number 2?

24             MS. DELGADO:  Yes, please.  Yes.

25             THE STENOGRAPHER:  Got it.



```
 1            MS. DELGADO:  Thank you.
 2                    (Exhibit 2 was marked for
 3                    identification)
 4            MS. DELGADO:  Okay.  Let me put another
 5       one on the screen.
 6  BY MS. DELGADO:
 7       Q    Kellyanne, I'm showing you here an e-mail.
 8  And I'm just going to scroll down so you can see
 9  what I'm putting up in full.
10                    It's an e-mail from me to you and
11  Steve.  And just to keep things moving along, feel
12  free to -- if you want to scroll through the whole
13  thing.  But the only reason I'm bringing it up is I
14  want to highlight this for you, if you can see,
15  which is --
16            MR. FLOOD:  Ms. Delgado, I'm sorry to
17       interrupt.  Can you show the very top of the
18       e-mail to me, like the --
19            MS. DELGADO:  Of course, yes.
20            So I'm marking this -- would this be
21       Exhibit 3?
22            THE STENOGRAPHER:  Yes, this will be 3.
23                    (Exhibit 3 was marked for
24                    identification)
25
```



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    BY MS. DELGADO:

2        Q    So it's an e-mail.  You respond,

3    Kellyanne, on Wednesday, December 21st.

4        **A    Uh-huh.**

5        Q    Time, if you can all see, at 11:35 a.m.

6    So you received the e-mail.  You responded.

7                I'm concerned about information

8    that's being sent to a reporter.  You say you

9    don't -- you would never forward anything to a

10   reporter, et cetera.

11               What I want to highlight is -- what I

12   have written to you is the -- the third paragraph

13   down says, quote, Please be advised that I'm two

14   months pregnant, unquote.

15               Is that when you found out I was

16   pregnant, Kellyanne?

17       **A    From you, yes.  I guess -- I guess that is**

18   **the first time.  I certainly didn't know it when we**

19   **were in Mobile.  That's my point.  Which, I believe**

20   **was December 17, days before this.**

21       Q    Sure.

22       **A    And the very next day -- what I'm working**

23   **on on December 21st is, the very next morning at**

24   **6:00 a.m., President-elect Trump put out a statement**

25   **to the world that I was coming into the White House**



```
 1   as counsel to the President and I was doing the
 2   media rounds.

 3                So I don't -- when I say I don't even
 4   know what this is about, I don't -- that's an
 5   e-mail.  I'll say it under oath.  I don't even know
 6   what it was about.  I don't know anything about who
 7   breached NDAs, who's talking to what reporter,
 8   who -- you know, this glaring double standard you're
 9   mentioning.

10                The bottom -- please be advised, I'm
11   over two months -- over two months pregnant.  Team
12   refuse to do anything to stop this abuse?

13                Again, I don't know -- when you say,
14   "I've been asking you this for days," had you asked
15   me?  Am I one of the people in this quote, team that
16   you asked to stop this, quote, abuse?  Because I'm
17   saying to you I don't even know what this is about.
18   And I'm --
19       Q    No --
20                (Simultaneous speakers.)
21   BY MS. DELGADO:
22       Q    Sure.  I'll answer the question.
23                No.  That's not what that e-mail is
24   stating, that you -- it's certainly not accusing you
25   of not handling an issue.  It's speaking of the team
```



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1   in general.  I'm merely pointing out you received

2   this e-mail, correct?  And so I'm asking you if this

3   is the time that you became aware that I was

4   pregnant.

5        **A    It certainly looks that way based on my**

6   **response.  I don't even know what this is about.**

7        Q    Okay.

8        **A    And by the way, I don't -- did you even**

9   **say in here with whom you were pregnant?  Did I even**

10  **know that in this e-mail?**

11       Q    Feel free to tell me.

12                    (Simultaneous Speakers.)

13       **A    What?**

14  BY MS. DELGADO:

15       Q    Feel free to tell us if --

16       **A    No.  I wouldn't have known.  I don't see**

17  **his name here.**

18               **So I -- I may have known you were**

19  **pregnant, but I also didn't know who you were**

20  **dating.  So I...**

21       Q    So when did you --

22                    (Simultaneous speakers.)

23  BY MS. DELGADO:

24       Q    Okay.  Sure.

25       **A    That must have been --**



```
 1        Q    When did --

 2        A    That must have been after this.  That must

 3   have been after this, and then we were at Mar-a-Lago

 4   one more time.  Not -- I don't believe I would have

 5   gone -- I definitely didn't go to Mar-a-Lago between

 6   this date, the announcement of me being counsel to

 7   the President on the 22nd, and those -- the

 8   reporters who apparently are spending their

 9   Christmas Eve that way.

10             I would not have been at Mar-a-Lago

11   Christmastime with a 7-year-old, an 8-year-old,

12   12-year-old, and a 12-year-old.  So the next time I

13   went to Mar-a-Lago would have been right before New

14   Year's, the following week.

15             So this must have been -- I didn't

16   know you were pregnant, and I certainly didn't know

17   by way of this e-mail with -- with whom you were

18   pregnant.  I would have thought it was none of my

19   business unless you wanted to tell me -- I'm very

20   careful as a -- you know, as a supervisor, too, to

21   not -- to let people know I care about them

22   personally, but I can't delve into their personal

23   lives.

24             And so I didn't -- if you were

25   pregnant, I don't know that in this e-mail I ever
```

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    would have said, Oh, that must be with Jason Miller.

2        Q    When did you find out it was with Jason

3    Miller?

4        A    It had to be, again, in a conversation

5    after this with Bannon.  I know he was there, and

6    I'm trying to remember who else was there.

7             I think they -- they probably

8    presumed I knew.  I'm like, What do you mean, Jason

9    Miller?  What do -- she said she's pregnant, but

10   I -- is she?  And with -- who does she date?  I

11   didn't know if you were married, to be honest with

12   you, when I saw that.  I had no idea.

13            So, yeah.  I must have found out

14   right after that that it was -- you know, the -- the

15   other circumstances.

16       Q    Were you concerned, though, especially,

17   you know, with your background as an attorney, when

18   a staff member says, She is pregnant, regardless who

19   by, and that she's being subjected to abuse?  Does

20   that set off an alarm?

21            (Simultaneous speakers.)

22       A    I don't have a background as attorney.

23   I'm a fully recovered attorney.  I don't -- I don't

24   practice law and haven't in a very long time and

25   don't plan to any time soon, respectfully, to those



1    who do and who are on this call.  Three of you.

2    Have at it.

3                   But that's why I said I don't know

4    what this is about.  I'm seeing words thrown around

5    like abuse and discrimination and glaring double

6    standard, and I'm seeing that in an e-mail.  Not a

7    court document.  Not an investigation.  I'm seeing

8    e-mail.  I don't -- when I say, "I don't know what

9    this is about, I don't know what this is about.

10   Who -- who abused you?  Who have you told on the

11   team to step in?

12                  So abuse is your characterization of

13   some situation of which I am completely unaware at

14   that moment.  That's why I'm saying I don't know

15   what this is about.

16   BY MS. DELGADO:

17       Q    So you receive an e-mail from a staff

18   member who says "she's two months pregnant" as being

19   subjected to abuse, but there was no action taken

20   in -- in response to that other than the response we

21   see?  Was there any action taken?

22       A    Well, what I -- what I read -- what I read

23   in this e-mail anyway is that the abuse refers to

24   reporters knowing you're pregnant.  Is there some

25   other kind of abuse of which I'm aware?  Because if



1   it's outside the four walls of this e-mail, I'm not

2   going to know it.

3                I might have then gone to Bannon and

4   said, What is this about?  What's going on?  He's

5   like -- and he might have said, Miller.  And I'm

6   like, What -- what do you mean "Miller"?  Then I

7   find out paternity of your child; and I'm like, Oh.

8                But we also have legal counsel and HR

9   and -- and I -- what was I supposed to do about it?

10  People say stuff all day long.  People say stuff

11  about me all day long.  I'm supposed to believe it's

12  true or think it as merit or take action on it?  I

13  mean...

14                I don't know.

15      Q    So you --

16                (Simultaneous speakers.)

17  BY MS. DELGADO:

18      Q    -- I was pregnant, is what you're saying?

19  Are you --

20      A    Pardon?

21      Q    You --

22                (Simultaneous speakers.)

23      A    Honestly, I had no reason not to believe

24  you were pregnant, but it's very clear I was one of

25  the last to know that you were pregnant and that the



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    father of your child is Jason Miller, the

2    communications director.

3    BY MS. DELGADO:

4         Q    You were --

5                   (Simultaneous speakers.)

6         A    I definitely feel I didn't -- I was one of

7    the last to know.

8                   Your e-mail as much admits that.  You

9    got Corey in there and Hope, and I -- I don't know

10   what any of that is about.

11        Q    You're saying you were the last to know

12   that I was pregnant?

13        A    Feels that way, based on this e-mail.

14        Q    This was actually the first person to

15   know.  You and Steve were the first.

16        A    Oh.

17        Q    But -- okay.

18        A    May -- may I ask you a question,

19   Ms. Delgado?  Why in the world would you put it in a

20   e-mail and not just come to me?  We always had a

21   face-to-face relationship.  Just come to me and say,

22   I'm pregnant, and Jason Miller's the father and I --

23   I need help or so-and-so is talking me down or

24   they're leaking to the press or I'm confused or I --

25   why not do that?



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1           Why put it in an e-mail?  It's almost

2   like you're building a case that I don't see that

3   exists.

4       Q    Were you in the office at that time?

5       A    Yes.  As I say, I was there preparing with

6   Mr. -- with the -- with the President-elect, what he

7   was going to say the next day about my position.

8           And we were -- we were bracing -- we

9   were bracing Bannon, Reince, and Jared for the fact

10  that I was going to come in and have a very senior

11  role steps away from them.  And when the President

12  said to them, she's going to be on the same -- same

13  platform as all of you, I remember specifically.

14  Vice President-elect was there too.

15          And I wrote in my book, the three of

16  them wanted to jump out the window, but who cares.

17      Q    So your position is that I shouldn't have

18  put this in e-mail, that I should have found you

19  despite not knowing if you were even in New York at

20  that time.

21          Kellyanne, I think when I sent this

22  e-mail, I was not in New York; so how would I come

23  to you in person?

24      A    Well, just call me --

25          MR. BLUMETTI:  Objection -- object -- I



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

```
 1        object to the form of that.

 2             MS. DELGADO:  Okay.  Let's --

 3        A    Yes.

 4             MS. DELGADO:  I'm happy to answer a

 5        question posed by the witness.  I'm not -- I'm

 6        not strictly sticking to the, I should only be

 7        the one posing questions.  I'm happy to answer

 8        her question if it helps clarify the deposition

 9        for her.

10             And her question was, Why didn't you come

11        to me in person.

12   BY MS. DELGADO:

13        Q    This e-mail was sent December 21st, at

14   which point I was in Miami.  So the answer to your

15   question, Kellyanne, is we were not in the same

16   geographical location.  And I never have had your

17   cell phone number.

18        A    Okay.

19        Q    So that's the answer.

20             (Simultaneous speakers.)

21   BY MS. DELGADO:

22        Q    But thank you for asking.  I'm happy to --

23        A    Sure.

24        Q    -- clarify any question you have.

25             So there was not an option to come to
```



*May 2, 2024 in re Delgado v Trump for President –*
*Deposition of Kellyanne Conway*

1   you in person.

2                    (Simultaneous speakers.)

3   BY MS. DELGADO:

4        Q    Let me point --

5        **A    It's fine.  But -- but I think that it's**

6   **also just thrown in there, I'm actually two months**

7   **pregnant; and the whole thing is about a glaring**

8   **double standard and abuse.**

9                    **And when I say, as I did immediately**

10  **to that e-mail, acknowledging it to you and copying**

11  **Steve Bannon since we were the two original**

12  **recipients, I have no idea what this is about, I had**

13  **no idea what you were talking about.**

14                   **So Jason Miller, I -- I don't think**

15  **was, you know, confiding much in me about his**

16  **personal life.**

17       Q    Okay.  So let's put up -- so that was

18  December 21st.  Let me show you another -- I'm going

19  to mark this Exhibit 4.

20                        (Exhibit 4 was marked for

21                         identification)

22  BY MS. DELGADO:

23       Q    This is an excerpt -- I'm happy to put up

24  the whole article if you'd like or share the link.

25                   Okay.  This is an excerpt, Kellyanne,



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1  of -- sorry.  Are you able to see --

2      **A    Yes, I'm...**

3      Q    -- the article?

4      **A    I'm squinting, yes.  Let's see.**

5              **(Simultaneous speakers.)**

6      **A    (Reading Sotto Voce).**

7  BY MS. DELGADO:

8      Q    Feel free to take your time.

9      **A    Okay?  Wow.**

10             **Wait.  Is it still there?  Hold on.**

11     Q    Take your time.

12     **A    (Reading Sotto Voce).**

13             **Yes.  Okay.**

14     Q    Okay.  So I -- from the earlier exhibit we

15  saw, I e-mailed you the morning of December 21st,

16  correct?

17     **A    Yes.**

18     Q    Okay.  And the response was simply, I

19  don't know what this is about.

20             And you don't recall -- and I'm not

21  putting words in your mouth, so let me just reask.

22  Do you recall taking any action after receiving that

23  December 21st morning e-mail from me?

24     **A    Taking action?**

25     Q    In terms of -- let me qualify what I mean.



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    I know that's a broad term.

2                    Did you take any steps in terms of

3    calling me or calling HR or speaking to Steve

4    Bannon, anything in regards -- any action in regards

5    to the e-mail you had received?

6        **A    It's possible I said to Bannon, What's**

7    **going on here?  What is this about?  Or asked Hope**

8    **or someone.**

9                    **But Bannon, I specifically remember**

10   **saying it's Miller.  And I said, What is Miller?  I**

11   **had no idea what was going on.**

12                    **And by the way, respectfully, you're**

13   **showing me an article.  I don't know the date.  I**

14   **don't know the rest --**

15       Q    Yeah.

16       **A    -- of the context of the article.**

17       Q    Let --

18                    (Simultaneous speakers.)

19       **A    I just -- this is enough for me to**

20   **remember -- this is enough for me to refresh my**

21   **recollection that, yes, I need to Twitter to**

22   **announce paternity.  I do -- I do vaguely recall**

23   **that.**

24   BY MS. DELGADO:

25       Q    Yes.



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1              And just for the record, absolutely,
2    Kellyanne, I'm happy to state, this is from The
3    Daily Beast; and it is entitled, Why Did Trump Aide
4    Jason Miller Suddenly Quit?
5         **A    Okay.**
6         Q    Okay.  And I was throwing --
7              (Simultaneous speakers.)
8         **A    What's the date?**
9    BY MS. DELGADO:
10        Q    -- because it's -- it's got a good summary
11   of the tweets and the dates.  A relatively good
12   summary.
13        **A    What's the date of the article?**
14        Q    It was posted -- published December 25th,
15   2016 at 1:41 p.m.
16        **A    25th?**
17        Q    December 25th.
18        **A    Wow, these people really need to find**
19   **something to do on a national holiday.**
20             **Okay.  Great.  Okay.  I -- I doubt I**
21   **saw it on December 25th, but go ahead.  But I am**
22   **vaguely aware of the --**
23        Q    Right.
24             (Simultaneous speakers.)
25        **A    Yes.**



1   BY MS. DELGADO:

2       Q    Yeah.  I don't mean to say to -- it simply

3   has a nice summary of the tweets, which you said you

4   didn't recall.  So that's why --

5       **A    No, no.  I do recall now -- I do recall**

6   **now you tweeting, yes.  It is not my preferred form.**

7   **I mean, at the time, I had a husband who did not**

8   **tweet in all of 2016, so -- and I since have**

9   **discovered, you know, that Twitter -- some people**

10  **just want to be active on Twitter.**

11              **I think I -- I did know that you put**

12  **these tweets out there --**

13      Q    Okay.

14      **A    -- about -- and I -- what I would -- I**

15  **would characterize them as announcing paternity of**

16  **your child.**

17      Q    And it states that, On the afternoon of

18  the 22nd, Delgado tweeted, quote, Congratulations to

19  the baby-daddy on being named White House Comms

20  Director.  Unquote.

21      **A    Yes.**

22      Q    So -- so at that point, surely, by then,

23  you were aware that it was Miller, correct?

24      **A    Oh.  You're saying he was announced that**

25  **day?**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

```
 1        Q    No.  I'm speaking about my tweet saying he

 2   was --

 3        A    No, no, no.  I know.  But when was he --

 4   you're saying, Congratulations concerning the new

 5   comms director tonight.

 6                   Are you saying...

 7        Q    Where's the word --

 8                   (Simultaneous speakers.)

 9        A    Oh, you're saying you're announcing

10   tonight.

11                   Okay.  When was he announced as comms

12   director?

13   BY MS. DELGADO:

14        Q    I don't see the word "tonight."  I want to

15   make sure you're reading the right thing.

16        A    Yeah.  It says, Later that evening,

17   Delgado tweeted, quote, So an announcement

18   forthcoming concerning the new comms director

19   @JasonMillerinDC tonight, at the bottom.

20        Q    Right.  I'm asking you to read -- to go in

21   order.  It's "on the afternoon of the 22nd," just

22   above that.  Says, On the afternoon --

23        A    Okay.

24        Q    -- of the 22nd.  Okay.

25        A    Okay.
```



1              **Congratulations to the baby-daddy on**

2    **being named -- who had just won the position.**

3              **And I know the timing because they**

4    **had to wait for me to decide what I was doing.  And**

5    **I called Miller and Spicer the day before -- or**

6    **maybe two days before probably, a few days before**

7    **that -- and said, I'm going to come in as counsel**

8    **for the President.  I'm not going to put press or**

9    **comms in my title.  I don't want to do that, but I**

10   **also want to give you latitude to do what you need**

11   **to do without me hovering over as press and comms.**

12             **I was very, very upfront about that.**

13   Q    Okay.

14   **A    So I -- I recall speaking to both of them**

15   **days before these announcements.**

16             **But this makes sense because the**

17   **President announced me at 6:00 a.m., and then**

18   **announced, I guess, Miller after that.  So -- I see.**

19   Q    Right.

20             Miller's announcement was sometime, I

21   believe, around 1:00 p.m. or so?

22   **A    That makes sense.  Yeah, that makes sense.**

23   Q    So at this point, what I'm -- what I'm

24   asking is, at this point of the afternoon of the

25   22nd, naturally, at this point, you're aware that



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1   the pregnancy is from Miller; is that correct?

2       **A     I'm aware -- I think I'm aware possibly**

3   **through your tweets, possibly -- I don't know.  I**

4   **don't know how I was aware, but it all happened very**

5   **quickly.**

6               **I was not aware when I e-mailed you**

7   **back on December 21st.  I have no idea what this was**

8   **about.  I definitely was not aware then.**

9       Q     Sure.

10              So from this point on, you and

11  possibly others were now clear on who the

12  pregnancy --

13      **A     I think --**

14              **(Simultaneous speakers.)**

15      **A     I think your intention was that we all**

16  **know, the whole world, so that mission accomplished**

17  **I think on part of the whole world and we all knew**

18  **by way of your tweets.**

19  BY MS. DELGADO:

20      Q     And your -- you describe it as though I

21  want the whole world to know that I'm pregnant or --

22  that's your interpretation of the tweet?

23      **A     No.  I interpreted the tweet as you want**

24  **everybody to know that you're pregnant with Jason**

25  **Miller's child.  Who's Jason Miller?  He, according**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

 1   to you, was just named White House Communications
 2   Director.  He's the, quote, John Edwards of 2016.
 3              Yeah.  I don't see you saying
 4   anywhere you're being abused on your tweets; but in
 5   any event, yes, I -- I can read them for what they
 6   are.  And I know who John Edwards is.
 7      Q    So over a day before I posted that, I did
 8   contact you, correct?
 9      A    Yes.  You talked about a -- many other
10   people in the e-mail.  I couldn't even see the
11   entire e-mail.  You only showed me an excerpt.  And
12   my response to you was, I don't even know what this
13   is about.
14      Q    Okay.
15      A    And then whatever else I said.  So sure.
16      Q    Okay.
17      A    I think you suggest -- your suggestion is
18   that you're allowed to be in Miami unavailable to
19   come to someone, I guess you trust.  I certainly
20   wasn't your boss.  And you're allowed to be
21   unavailable; but somehow I -- who, on December 21st,
22   was in a law firm about to sign a multi-gazillion
23   dollar deal to sell my company to a major company
24   and not go in the White House, instead agreed that
25   day with Mr. Trump that he'd announce the next day I

1   **was coming as counsel to the President.  You're**

2   **suggesting I should have been more focused on your**

3   **e-mail than my career and my family moving to**

4   **Washington?  Not going to happen.**

5       Q    Okay.  I'm going to move to strike that as

6   nonresponsive.  That's not remotely what was

7   asked --

8               (Simultaneous speakers.)

9       **A    It's very responsive.  You're asking**

10  **questions about intent and action and why I did this**

11  **and why I didn't do that, so it's very relevant for**

12  **me to tell you what I was doing that day.**

13          MS. DELGADO:  Can the court reporter read

14      back the question I asked?

15          *(Discussion off the record.)*

16          *(Requested portion read back.)*

17          MS. DELGADO:  Right.

18          So again, I'm going to move to strike the

19      rest as nonresponsive.

20          Okay.

21          THE STENOGRAPHER:  Can we take a quick

22      five?

23          MS. DELGADO:  Sure.

24          THE STENOGRAPHER:  Thank you.  I

25      appreciate it.  I'll be back shortly.



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

```
 1            MS. DELGADO:  Okay.  So back at -- okay.
 2      Five minutes.
 3            THE STENOGRAPHER:  Off the record.  Back
 4      at 11:50?
 5            MS. DELGADO:  Sure.
 6            THE WITNESS:  Thank you.
 7                 (Recess.)
 8            THE STENOGRAPHER:  And we are back on the
 9      record.
10  BY MS. DELGADO:
11      Q    Kellyanne, I'm going to try to get through
12  the rest as quickly as possible.
13      A    Thank you.
14      Q    You have my word on that.  Don't worry.
15                 Oh, quick question.  Just for the
16  record, during the break, you didn't discuss your
17  testimony with your counsel; is that correct?
18      A    I did not.
19      Q    And I should have asked this earlier at
20  the beginning.  Did you meet with or chat with
21  Mr. Blumetti, the Trump campaign counsel, at any
22  point prior to today?
23      A    About this, no.
24      Q    Okay.  Thank you.
25                 Okay.  So let's get these exhibits
```



*May 2, 2024 in re Delgado v Trump for President - Deposition of Kellyanne Conway*

1  ready.  I'm going to share the screen again.

2            THE STENOGRAPHER:  This will be Number 5.

3            MS. DELGADO:  Okay.

4                    (Exhibit 5 was marked for

5                    identification)

6            MS. DELGADO:  Is everyone able to see?

7            It's a two-page PDF.  I'm going to mark as

8       Exhibit 5.

9  BY MS. DELGADO:

10       Q     Kellyanne, if you --

11            THE STENOGRAPHER:  Yes, we can see it.

12            MS. DELGADO:  Okay.

13  BY MS. DELGADO:

14       Q     These are three headlines.  At the top is

15  a headline that reads, Kellyanne Conway Says Trump

16  Officials Wouldn't Want Their Wives Working in the

17  White House, December 9th, 2016.  It's an article

18  from Time.

19                 The second is a head -- sorry.  The

20  second is a headline from the cut; and it's, quote,

21  Kellyanne Conway Suggests Mothers Shouldn't Take

22  Jobs in the White House.

23       A     **I'm sorry.  It's like -- it's like reading**

24  **a comedy.**

25                    (Simultaneous speakers.)



1      **A     Was this the -- was this the nine -- was**
2  **the this adorable 19-year-old -- no, can you go up**
3  **so I can see the byline?**
4  BY MS. DELGADO:
5      Q     Sure.  Sorry.  I will --
6                  (Simultaneous speakers.)
7      **A     No, no, no, no, no.  No, it's important**
8  **because one of them was a 19-year-old intern, I'm**
9  **sure who's at UCLA protesting today.**
10  BY MS. DELGADO:
11      Q     Her name's Samantha Cooney.  I don't know
12  if she's 19 or not, Kellyanne.
13      **A     No, not her, but one of the people who**
14  **wrote was.**
15                  **Yes.  I've seen these headlines.  I**
16  **don't write the headlines for left-wing rags that**
17  **never saw us coming and have been upset ever since.**
18      Q     Okay.  If I could just finish reading into
19  the record.
20                  The next headline is from The Cut.
21  It's December 8, 2016:  Quote, Kellyanne Conway
22  Suggests Mothers Shouldn't Take Jobs in the White
23  House.
24                  And then, the third and final one is
25  a Washington Post op-ed, December 8th, 2016:  Quote,



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1   What Kellyanne Conway gets right (and wrong) about

2   moms and work.

3              These are referencing what I'll mark

4   as exhibit --

5          MS. DELGADO:  What's the next one,

6      Exhibit 6?

7          THE STENOGRAPHER:  The next one -- yeah,

8      that was 5.  The next one will be 6.

9                  (Exhibit 6 was marked for

10                 identification)

11  BY MS. DELGADO:

12      Q    Kellyanne, I'm going to throw up on the

13  screen.  This is from Politico, December 9th, 2016.

14  And it's an actual transcript, out of fairness,

15  regarding the remarks you made about which we saw

16  those earlier headlines.  And they were remarks you

17  made at a, quote, Women Rule Summit in D.C. on

18  December 7.

19              And so I wanted to just scroll

20  through that and give you a chance if -- and I can

21  scroll through it as slowly as you'd like -- to read

22  over them and let me know of anything you recall as

23  you're being misquoted or this seems like an

24  accurate transcript to you.

25              So just let me know what page you'd

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1  like me to start on and how slowly you want me to

2  scroll.

3      A    **Where is it?**

4      Q    So let me share -- sorry.  Let me share

5  it.  Thank you.  It might be helpful to put it up.

6           Okay.  Do you see it now?

7      A    **Uh-huh.  I see some other headlines.**

8           **So far, four left-wing organizations**

9  **characterizing my thoughts.**

10          **Oh, I think one of -- one of whom**

11  **actually has children, but go ahead.**

12     Q    Do -- do you see -- I'm just making sure

13  that the right one --

14     A    **All I see is a picture of me right now.**

15  **Yes, that's all I see is a picture of me.**

16     Q    Perfect.

17          So Politico actually provided the

18  transcript --

19     A    **Okay.  Keep going, please.**

20     Q    -- of the remarks.  So I want to make

21  sure -- these are your remarks.  It's not -- it's

22  just straight a transcript of your remarks.  It's

23  not anything editorialized.

24          So I'm just going to scroll through

25  it; and if you see anything that seems like it's a



```
 1   made-up quote --

 2                  (Simultaneous speakers.)

 3       A    Great.  Keep going.  Why don't you get to

 4   the -- why don't you get to the part that you're

 5   trying to use to prove a point that's not true so

 6   that we can just expedite?  I know what I said.

 7   BY MS. DELGADO:

 8       Q    Okay.  I'm going to strike that as

 9   nonresponsive.  There wasn't a question posed and

10   unduly argumentative.

11                  (Simultaneous speakers.)

12       A     (Reading Sotto Voce).

13   BY MS. DELGADO:

14       Q    -- point here.

15                  (Simultaneous speakers.)

16       A    Okay.  So -- okay.  So this is what I'm

17   reading -- this is what I'm reading as you scroll.

18   This is what I'm reading as you scroll.

19                  Quote -- since we're going to quote

20   me from that day.  Quote, Kellyanne Conway, quote,

21   Donald Trump has always had women around him in

22   powerful positions.  That's true in his corporation,

23   in his campaign, and now his cabinet.  He just has

24   always elevated women to the highest echelons.  I

25   know the women in the Trump Corporation, have gotten
```

1    to know them very well recently.  Obviously, let the

2    record reflect it was Donald J. Trump who elevated

3    the first female in Republican presidential politics

4    to that role, and now -- and then, albeit

5    successfully, owing in large part, if not most part,

6    to him, and the campaign that he stewarded.  And

7    that he's doing it in his cabinet.

8                    And I talked all about -- we can go

9    on and on because it's pretty amazing -- about me

10   being the first woman presidential campaign manager

11   for any Republican nominee in history, let alone a

12   winning one for either Republican or Democrat.

13                    So I think this entire excerpt that

14   you wanted me to read is a great trip down memory

15   lane of the facts that President Trump has always

16   elevated women to powers of position.

17                    You're going too fast.

18   BY MS. DELGADO:

19        Q    Oh.  No --

20                    (Simultaneous speakers.)

21        A    So then she asked -- then she asks a

22   question -- then she asks a question:  Palmer:

23   There's been a lot of speculation, what role you

24   play in the White House.  You tweeted --

25                    THE STENOGRAPHER:  All right.  Ms. Conway,



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1      can you slow down just a little bit?  You're

2      reading really fast.

3              THE WITNESS:  Sure.

4              THE STENOGRAPHER:  Thank you.

5              THE WITNESS:  Sure.

6      **A    So this reflects what I wanted to do at**

7   **the time, which is the Plouffe -- David Plouffe**

8   **role.  I'm referring to David Plouffe.**

9              **I wanted the role to build a**

10  **political superstructure on the outside.  And when**

11  **President Obama was elected, David Axelrod, one of**

12  **his campaign managers went inside the White House;**

13  **David Plouffe, another campaign manager stayed**

14  **outside.  I wanted the Plouffe role, and I repeat**

15  **that here.**

16              **Mom of four is not in most job**

17  **descriptions.  That was me chuckling, and then I go**

18  **on to say, My children are 12, 12, 8, and 7, which**

19  **is bad idea, bad idea, bad idea, bad idea for mom**

20  **going inside.**

21              **Yeah.  That's my personal belief for**

22  **my family.**

23              **Yes.  I told them mommy is on her**

24  **semester abroad, which is still going on apparently.**

25              **Keep going.  Yes, I'm very funny.**



1              Keep going.

2              You're a super senior.

3              I went from -- (Reading Sotto Voce).

4              Yeah, that's me laughing about that,

5    and so...

6              Okay.  But they have to come first.

7    Those are very fraught ages.  Terms of going to the

8    West Wing.  I'll do whatever, so I'm not worried

9    about it.  It's called The Kellyanne Role.  Which,

10   again, is a woman being elevated to a position of

11   power.

12             And so Trump said recently.  I fully

13   support their administration.  They're going to do a

14   lot of great things.  Divided government.

15   Opportunity...

16             I think the lesson also is all the

17   opportunities out there for women, increasingly in

18   politics and media and public policy and government

19   affairs, all the things we do in Washington and when

20   I was discussing my role.

21             Yes.  And then I was really referring

22   to a meeting I was having with Reince and Bannon

23   when I said I was discussing the senior people, I

24   have four kids.  They said, I know you have four

25   kids, but.

1              And I said, What can come after the

2    but?

3              What are we cutting out... (Reading

4    Sotto Voce).

5              And here I --

6    BY MS. DELGADO:

7        Q    Am I scrolling too fast?

8        A    No, no, no.

9              (Simultaneous speakers.)

10       A    It's actually -- this is great.  I'm just

11   surprised that you would want me read it, but here

12   goes.

13             It says, Well, not -- so you -- so

14   let the record reflect you have presented me with

15   five documents.  This is an exhibit.  But you just

16   showed me a two -- quote, two-minute read from some

17   clickbait thing from Time; something from The Cut,

18   which is anti-Trump; something from the Washington

19   Post, which is anti-Trump, all of which suggested

20   Kellyanne Conway somehow said women shouldn't work

21   in the White House.

22             When we read what Kellyanne Conway

23   said -- I just read some of it into the record, and

24   I'll continue to go.

25             Conway, quote, Well, first of all,



1    **mothers and unmarried women and married women,**

2    **they're all welcome in the Trump White House.  And**

3    **he's made that very clear to me.  He's been nothing**

4    **but gracious, and a gentleman and a wonderful mentor**

5    **and boss to me, and to other women.  So that's all,**

6    **that all would be a personal choice, not a demand on**

7    **me.**

8    BY MS. DELGADO:

9        Q    Okay.  Scroll down a little bit more?

10            I'm just asking you if any of this

11   seems inaccurate to -- if you spot any --

12       A    No, it all seems -- no, it all seem --

13   it's very -- it's all accurate in terms of what --

14       Q    Okay.

15       A    -- I said and answering the questions with

16   my usual personal flourish and humor, which you

17   can't get from just reading a transcript.

18            But no, it's very accurate.  All the

19   stuff I saw about President Trump welcoming mothers,

20   unmarried women, married women, all types of women

21   into the White House, that he's made that clear,

22   that is all a thousand percent true.

23       Q    Okay.  So can you give me an example of

24   anyone who was pregnant and entered the White House

25   in the incoming --



1                    (Simultaneous speakers)

2       **A     I don't go around asking people if they're**

3   **pregnant.  That's not my thing.**

4   BY MS. DELGADO:

5       Q    Sure.  Fair enough.

6                    Do you know of anyone who was --

7   given that pregnancy's kind of a visual thing that

8   you can spot at a certain point without someone

9   telling you?

10      **A     Well, I will say, respectfully,**

11  **Ms. Delgado, most people don't announce their**

12  **pregnancies on Twitter or paternity, so it is**

13  **unusual.**

14                   **In addition to you, I would say, did**

15  **I -- was anybody pregnant.  I really don't know.**

16  **There were certainly people who had babies while**

17  **they were in the White House, certainly dads whose**

18  **wives were pregnant or girlfriends were pregnant.**

19                   **Ivanka Trump had just had a son in, I**

20  **believe, March of that same year.  Lara Trump had**

21  **both of her babies when we were in the White House.**

22  **So yeah, it's -- it's an ongoing thing.**

23                   **I don't remember -- and again, I**

24  **don't police people's pregnancies.  If they want to**

25  **tell us, I guess, personally or through Twitter or**

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    e-mail, they can.  But I don't, you know...

2                    But here, it says, First of all,

3    mothers.  That means that you were pregnant before

4    and you since had the baby.  And that was me.  I had

5    four of them.  Mothers, unmarried women, and married

6    women.

7                    So they could be pregnant or not

8    pregnant, but I made very clear her a fact.  And you

9    would not believe that this is what I had actually

10   said based on the headlines, which are clickbait.

11   I'm very well-aware that attaching my name to almost

12   any headline or byline gets these otherwise

13   underwhelming, inaccurate, and unknown reporters a

14   little bit of joy that day.

15       Q    Okay.  So the pregnant women that you cite

16   to as examples of pregnant who worked in the White

17   House while they were pregnant is Ivanka Trump and

18   Lara Trump --

19                    (Simultaneous speakers.)

20       A    No.  I don't -- I don't know any -- I

21   did -- not saying that.  I'm saying that -- first of

22   all, it's more -- first of all, it's more likely --

23                    (Simultaneous Speakers.)

24       A    -- it's more likely -- first of all,

25   everybody is in the White House -- excuse me.



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    BY MS. DELGADO:

2        Q    Kellyanne --

3                    (Simultaneous speakers.)

4    BY MS. DELGADO:

5        Q    I need --

6                (Simultaneous speakers.)

7        **A    Well, I'm answering your question.**

8    BY MS. DELGADO:

9        Q    Yeah.  I'm not trying to interrupt you

10   whatsoever.  I just need to get the whole question

11   in for the court reporter, and then you can take as

12   much time as you'd like to answer.

13                    The question was:  The pregnant women

14   that you know of, that you know of are -- which you

15   cited were Ivanka Trump in the White House and --

16   and Lara Trump, which I don't believe --

17       **A    No.**

18       Q    -- has worked in the White House.

19       **A    No.  No, no.**

20       Q    Any others?

21       **A    I was just making a point.  I was making**

22   **the point.  If you have a specific ques- -- you**

23   **already asked me the question.  I answered it.**

24           **Do I know anybody who was pregnant in**

25   **the White House.  And I said, I don't know if people**

1   are pregnant or pregnant unless they tell us they're

2   pregnant.  You chose to tell the world on Twitter

3   and to me in some e-mail as an aside, didn't even

4   sound like it was the most important part of your

5   e-mail.  I had no idea what was going on.

6            But in the Politico Women Rule

7   Conference that you seem to want to quote and have

8   as exhibits here, so I will quote from them:  Well,

9   first of all, mothers and unmarried women and

10  married women, they're all welcome in the Trump

11  White House.

12           By definition, mothers, who once were

13  pregnant are -- or are pregnant are welcome in the

14  Trump White House; unmarried women and married women

15  could be pregnant or not pregnant, could be moms or

16  not moms.  So they're all included there.

17  Regardless of one's pregnancy status at any given

18  time.

19       Q    Okay.  I could either move to strike the

20  rest of that as nonresponsive past the first answer.

21  The ques- -- the first sentence.

22           The question was simply, Do you know

23  of any who were pregnant in the White House?  Do

24  you?

25       A    I don't recall.  I don't recall who was



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1  **pregnant in the White House.**

2      Q    So you can't give me a name of anyone that

3  you recall as being given --

4                    (Simultaneous speakers.)

5      **A    Oh, yes, I can.  Yes.  Julie Ratcliffe had**

6  **a baby while we were in the White House, yes.  Her**

7  **fourth.**

8  BY MS. DELGADO:

9      Q    What's the name?

10     **A    Julie Ratcliffe.  She was Ivanka Trump's**

11 **chief of staff, a very busy person.**

12     Q    Was she pregnant at the time that the

13 offer was given, or was this somewhat well into the

14 administration?  Do you know?

15     **A    Oh, now, that's a diff- -- so that's a**

16 **different question than you asked, correct?**

17     Q    No, I asked --

18     **A    You're asking a different question now.**

19     Q    Kellyanne, you're not --

20                    (Simultaneous speakers.)

21     **A    You asked me, did I know -- did I know**

22 **any -- anybody was pregnant in the White House; and**

23 **I said, Yes, Julie Ratcliffe.**

24 BY MS. DELGADO:

25     Q    Right.



1          And now I'm asking you a question

2   about Julie.  Was she pregnant at the time she was

3   given the White House offer?  Do you know?  If you

4   know.  If you don't, you don't know.

5       **A    I don't think so.**

6       Q    Fair enough.

7       **A    She had a baby later.**

8       Q    Okay.  Fair enough.

9          And, Kellyanne, you made a remark a

10  few moments ago of, quote, Most women don't announce

11  their pregnancy on Twitter.  Correct?

12      **A    Well, I wouldn't know if people are**

13  **pregnant unless they, A, tell me or have told the**

14  **world.  So the specific -- the factual answer to**

15  **your question, did I know anybody who was pregnant**

16  **going into the White House is no.  I don't know**

17  **everybody -- I don't know who's pregnant and who's**

18  **not pregnant until they say that they're pregnant.**

19          **So --**

20      Q    Right.

21          But you made a remark -- and I won't

22  pretend to describe whether it was snarky or not.

23  I'll let the remarks --

24              (Simultaneous speakers.)

25      **A    It's not -- well, I can answer that under**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

 1  **oath.**

 2           **It wasn't snarky.  But you're showing**

 3  **headlines written by people --**

 4  BY MS. DELGADO:

 5      Q    Kellyanne, let me finish --

 6           (Simultaneous speakers.)

 7      **A    -- who are -- excuse me --**

 8           **(Simultaneous speakers.)**

 9  BY MS. DELGADO:

10      Q   -- let me finish my question --

11      **A    -- mischaracterize what I actually said in**

12  **this conference.**

13      Q   I just need to finish the question, or the

14  court reporter's going to have a very difficult job

15  of transcribing this.

16           You stated earlier that most women

17  don't announce their pregnancy on Twitter.

18           Would you agree that most woman,

19  however, are not pregnant by a supervisor who has

20  just been appointed to a top role --

21      MR. BLUMETTI:  Objection --

22  BY MS. DELGADO:

23      Q   -- in the White House, despite the

24  employer being aware that he had impregnated a

25  subordinate?



*May 2, 2024 in re Delgado v Trump for President –*
*Deposition of Kellyanne Conway*

1           MR. BLUMETTI:  Objection to form.

2    BY MS. DELGADO:

3        Q    Okay.  I'll qualify it.

4              Would you -- would you concede most

5    women are not pregnant by their supervisor who's

6    just been appointed to White House Comms Director?

7           MR. BLUMETTI:  Objection to form.

8        **A    Are most people -- same thing, yeah.  Try**

9    **again.**

10          MS. DELGADO:  Sorry.  There was an

11       objection to form.

12          MR. FLOOD:  Kellyanne, do your best to

13       answer the question.  It's been objected to,

14       but you may answer.

15          MS. DELGADO:  No, I'll -- I'll rephrase it

16       because I definitely want to get this on the

17       record.

18   BY MS. DELGADO:

19       Q    Would you agree -- when you said that most

20   women don't announce their pregnancy on Twitter,

21   describing how I tweeted, would you agree, however,

22   that most women are not pregnant by their

23   supervisor?

24          MR. BLUMETTI:  Same objection.

25              You can answer as far as I'm concerned.



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1   BY MS. DELGADO:

2        Q    Yeah.  That's fine.

3        **A    Yes, I would assume most people are not**

4   **pregnant by their supervisor, which has nothing to**

5   **do with when one announces their pregnancy and how.**

6        Q    Would you say there were special

7   circumstances here in that the supervisor had just

8   been given a promotion?

9            MR. BLUMETTI:  Objection to form.

10           MR. FLOOD:  Objection to form.

11       **A    I'm sorry.  Ms. Delgado --**

12           MS. DELGADO:  I'll rephrase it.

13           (Simultaneous speakers.)

14       **A    Ms. Delgado, just so I understand -- I'm**

15   **sorry.  I don't understand the intent of your**

16   **question.  If you could help me with that.**

17           **Is the intent of your question to**

18   **justify the fact that you exposed and went after**

19   **Jason Miller on Twitter as the father of your child;**

20   **or is the intent of your question how factually**

21   **unusual it is or how infrequent it happens that**

22   **somebody who's taken a job as White House**

23   **Communications Director, which there have probably**

24   **been a couple dozen in the U.S. history, has**

25   **impregnated somebody who worked for him?  I mean,**

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1   **I'm not sure what you're asking me to answer.**

2   BY MS. DELGADO:

3       Q    Kellyanne, I don't think the person taking

4   the deposition needs to answer the witness as to the

5   intent besides the -- behind the question.

6               The question is --

7       **A    Oh, sure you do.**

8                       (Simultaneous speakers.)

9   BY MS. DELGADO:

10      Q    -- would you -- would you agree it's a

11  unique circumstance?

12      **A    Yes, of course.  Factually, it's a unique**

13  **circumstance because very few people have been**

14  **communications director in this country in our**

15  **history.**

16      Q    And would you also --

17                      (Simultaneous speakers.)

18  BY MS. DELGADO:

19      Q    -- circumstance to be impregnated by a

20  supervisor?

21          MR. BLUMETTI:  Object to form.

22      **A    I certainly know people who have been**

23  **impregnated by their supervisor.**

24  BY MS. DELGADO:

25      Q    Is it common?



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

1      **A    I would think not.  Fortunately, no.  And**
2   **unfortunately, I wish it hadn't happened in the way**
3   **it did because I would have liked both of you to**
4   **have been working as hard as the rest of us the**
5   **night it did happen.**
6      Q    Do you -- that's an interesting point you
7   make.
8             So do you believe Jason Miller would
9   have permitted me to be in the White House pregnant
10  with his child and we would have both been able
11  to --
12     **A    I have no idea.**
13             (Simultaneous speakers.)
14     **A    I have no idea.  And it's not -- never**
15  **been suggested to me that he had any authority one**
16  **way or the other to make that decision.**
17  BY MS. DELGADO:
18     Q    Has it ever been suggested to you that he
19  didn't have the authority?
20     **A    He didn't have that authority.  They were**
21  **waiting on me to decide if I wanted his job.  So I**
22  **wouldn't say he had that kind of authority.**
23             **He couldn't be announced as**
24  **communications director until the person who was**
25  **offered it eight -- seven weeks earlier said no to**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    it.  Me.

2         Q    You were saying Jason Miller would have no

3    authority even though he was announced as White

4    House Comms Director over who's in the comms shop?

5         **A    You're saying after he was announced?**

6    **Because that was not clear in your previous**

7    **questions.**

8         Q    At either --

9                   (Simultaneous speakers.)

10        **A    After he became comms director?**

11   BY MS. DELGADO:

12        Q    At either point.

13        **A    Could you give me a timeline because I**

14   **don't know the facts.  If he was announced**

15   **communications director at roughly 1:00 p.m. Eastern**

16   **on December 22nd, when did he withdraw from that**

17   **position?  What was that date?**

18        Q    I'm sorry.  I'm asking you, did Jason

19   Miller at any point, regardless of date, have

20   authority over who was in the comms shop?

21        **A    I would think he did; but if he was comms**

22   **director for a day, the answer is probably no, it**

23   **wasn't real authority.**

24                  **That's why I'm asking if somebody can**

25   **help me.  I have a right to ask for the facts when**



1  you ask me a question.

2            What day was he announced in

3  withdrawing his name from comms director?  You

4  showed it before.  You showed an article before that

5  he was leaving his job.  What -- what date was that?

6      Q    You're asking me for a fact, I don't know

7  as to when he entered a resignation or even asking

8  me for a fact.  I don't know whether he resigned.

9      A    No, no, no.  Respectfully --

10  respectfully -- respectfully, you showed an article

11  earlier that said the real reason Jason Miller is

12  not coming to the White House.  So if we can pull

13  that exhibit, we can get an idea of the date.

14      Q    Sorry.  You're asking what date he

15  announced that he --

16                (Simultaneous speakers.)

17      A    What date -- what date was it announced

18  that he no longer would be going in as

19  communications director?

20  BY MS. DELGADO:

21      Q    That's somewhere in the complaint.  I

22  don't have that in front of me.  I think it's

23  somewhere around Christmas -- maybe the day after

24  Christmas, I don't know.

25      A    Okay.  So you're suggest -- so you're



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    telling me -- because this is important to my

2    answer, trying to piece all that together.  And may

3    I state for the record and have it stricken that, as

4    a practicing Catholic with four children, 7, 8, 12,

5    and 12, including two Santa believers at the time, I

6    was a little busy around Christmas.  I hosted for

7    the extended family, et cetera.  So I, respectfully,

8    was not focused on your pregnancy or his paternity.

9                    If he was announced on December 22nd

10   and, by December 25th or 26th, you are saying.  So

11   I'll take your word, Ms. Delgado, that it was

12   announced he would no longer be communications

13   director --

14               MS. DELGADO:  I'm going to strike all this

15       as nonresponsive.

16   BY MS. DELGADO:

17       Q    Kellyanne, I don't --

18       A    No, it is responsive.

19               (Simultaneous speakers.)

20       A    No, no, no.  You're not allowed --

21               (Simultaneous speakers.)

22   BY MS. DELGADO:

23       Q    I don't know what question you're

24   responding to at this point.  I don't know what

25   question you're responding to.



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1              I asked if Jason Miller had authority

2    over who was assigned to the comms role.  Frankly,

3    that's already corroborated in documents, so we can

4    move on because I know you're on a time --

5              (Simultaneous speakers.)

6        **A    No, we can't move on.  We can't move on**

7    **because if he only had the position --**

8                   (Simultaneous speakers.)

9    BY MS. DELGADO:

10       Q    Well, I'm not here to answer questions,

11   and you're asking me questions.  And respectfully,

12   you're here to answer questions under court order.

13       **A    Yeah, but they have to be -- but they have**

14   **to be -- but they have to be good -- but they have**

15   **to be good questions, and they have to be questions**

16   **that I'm able to answer --**

17             THE STENOGRAPHER:  Ladies.

18       **A    -- that don't go on and on and on.**

19   BY MS. DELGADO:

20       Q    Okay.

21                  (Simultaneous speakers.)

22       **A    So the answer -- the answer --**

23             THE STENOGRAPHER:  I just want -- I'm

24   sorry --

25       **A    -- to your question is this --**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

```
1   BY MS. DELGADO:

2        Q    You -- okay.  This is going --

3              (Simultaneous speakers.)

4        A    The answer to your question is this --

5   BY MS. DELGADO:

6        Q    Okay.

7              THE STENOGRAPHER:  I'm sorry.  Sorry,

8         ladies, ladies.  Just so you know, especially

9         on Zoom, when you speak at the same time, it

10        cuts everybody off and it garbles, so I'm not

11        able to get or understand what's being said

12        when you're speaking at the same time.  So it

13        will not appear on the record.

14        A    Then I'll answer the question.

15   BY MS. DELGADO:

16        Q    What -- the question was already asked.

17   You're clearly not answering it, so I'm going to

18   move on.  It's not a particularly important question

19   because we already have documents to this effect.

20        A    No, I have a right to answer the question.

21   I have a right to answer the question.

22              (Simultaneous speakers.)

23        A    I was involved in all this at the time.

24   BY MS. DELGADO:

25        Q    Sure.  What -- what was the question
```



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1   you're answering?

2       **A    Did have authority to decide who was in**

3   **the comms department.**

4       Q    Sure.  Do you want to answer that again?

5       **A    Yes.**

6       Q    Okay.  Go ahead.

7       **A    It's likely that he had authority to**

8   **decide who was in the comms department.  However, he**

9   **was only White House Communications Director for**

10  **three or four days, two of which were Christmas Eve**

11  **and Christmas Day; so I doubt he had authority to**

12  **put anybody in place.**

13      Q    So you're not aware that Mr. Miller was

14  putting together the comms department even prior to

15  his announcement?

16      **A    I knew that --**

17              **(Simultaneous speakers.)**

18      **A    I knew the -- I knew that Mr. Spicer was**

19  **doing it for the press and comms together.  I sat**

20  **with him on the patio at Mar-a-Lago one day at**

21  **breakfast, and -- and he was discussing that.**

22              **I don't know that I ever had that**

23  **discussion with Mr. Miller that I can recall.**

24  BY MS. DELGADO:

25      Q    I'm happy -- if you want to slow things



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

```
 1  down, I'm happy to show you e-mails --
 2       A    No.
 3                       (Simultaneous speakers.)
 4       A    I don't need to see their e-mails.
 5  They -- they didn't want me involved then, I don't
 6  want to be involved now, believe me.
 7  BY MS. DELGADO:
 8       Q    Okay.  Mr. Miller was putting together
 9  comms org charts and lists, but your -- your answer,
10  it speaks for itself --
11       A    I understand.
12       Q    -- as it is.
13            Okay.  It's not really a particularly
14  important topic for this --
15                       (Simultaneous speakers.)
16       A    I'll say.
17  BY MS. DELGADO:
18       Q    Sorry?
19       A    I agree.
20       Q    Let's move on here.
21            Let's -- let's see here.
22            Kellyanne, are you friends with Jason
23  Miller?
24       A    We're not not friends, but I rarely speak
25  with him.
```



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1     Q    What is --

2              (Simultaneous speakers.)

3     **A    I see him a couple times -- I think I see**

4     **him a couple times a year.**

5              **Pardon?**

6     BY MS. DELGADO:

7     Q    What does "not not friends" mean?  I'm not

8     familiar with that term.

9     **A    I don't think we have an antistic (sic)**

10    **relationship, but we don't hang out.  We don't work**

11    **together.**

12    Q    Do you want to see him in this White House

13    if Mr. Trump wins?

14             MR. FLOOD:  Object to --

15    **A    I haven't thought about that.**

16             MR. FLOOD:  Object to form.  It is...

17             MS. DELGADO:  I'm not sure what the

18        objection to form would be there.

19    BY MS. DELGADO:

20    Q    If Mr. Trump wins, would you like to see

21    Jason Miller in the White House?

22    **A    I'm not in charge of President Trump's --**

23    **I haven't thought about that one way or the other.**

24    **I'm not in charge of his personnel.**

25    Q    Sure.  I'm not saying you have thought



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1 about it.  I'm asking you now, your opinion.

2                    Would you like to see --

3        **A    I don't have an opinion.  I don't have an**

4 **opinion.**

5        Q    You have no opinion on whether Jason

6 Miller should be in the White House if Mr. Trump

7 wins?

8        **A    I have no opinion.  That's up to**

9 **Mr. Trump.**

10        Q    But would you --

11        **A    President Trump.**

12        Q    Would you like to see -- Former President

13 Trump.

14                    Would you like to see him in the

15 White House?

16        **A    I don't have an opinion.**

17        Q    Okay.  But you said you would have liked

18 to have seen him in the 2016 through 2020 White

19 House earlier.  What changed?

20        **A    Did I say that?**

21              MR. FLOOD:  Object to form.

22 BY MS. DELGADO:

23        Q    I could ask the court reporter to read it

24 back.  You said you wish none of this would have

25 happened, that you would have liked to have seen



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1   both of us working in the White House.

2        A    No.

3        Q    So --

4        A    What I said was -- no.  What I said was, I

5   wish that this hadn't happened the way it did.  I'm

6   grateful that you have a wonderful son, Will.  God

7   bless him.  So that makes me very happy.

8             What I said was, I wish that it

9   hadn't happened as it did since I wish both of you

10  had worked harder the night before the final debate.

11  You should've been doing what the rest of us were

12  doing, which is working our asses off to get an

13  underdog guy to beat the first female President in

14  the United States who was on the precipice of that.

15             I wanted everybody to be working

16  hard.  I figured you were.  I didn't monitor such

17  things.  That's what I said --

18             (Simultaneous speakers.)

19        MS. DELGADO:  Can the court reporter read

20     back the question she gave about, I wish this

21     wouldn't have happened, I wish you were both

22     working in the White House?

23        THE STENOGRAPHER:  It doesn't work exactly

24     that way.  It would take me quite a while --

25             (Simultaneous speakers.)



1          THE STENOGRAPHER:  -- because if I don't

2      have the very specific words, I can't -- I

3      can't go back and find a general understanding.

4          MS. DELGADO:  Sure.  Sure.  It'll -- it'll

5      be on the transcript.

6   BY MS. DELGADO:

7      Q    Okay.  So has anything changed, Kellyanne,

8   from your perception of Mr. Miller -- wanting to see

9   Mr. Miller in the White House in 2016 versus now?

10     **A    No.**

11     Q    And when you say they -- we should have

12  been working -- when you changed your answer to say

13  that you meant we should've been working harder the

14  night before the final debate, what are you

15  referring to?

16         MR. FLOOD:  Object to form.

17         (Simultaneous speakers.)

18     **A    Yeah.**

19         MS. DELGADO:  I'm asking what she was

20      referring to.

21         MR. FLOOD:  Yeah, and what I'm saying,

22      Ms. Delgado, is, if you're going to build the

23      words "when you changed your answer" into a

24      question, you're going to get an objection from

25      me.  And your response to my objection didn't

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1        address that at all.

2            If you want to avoid this kind of

3        objection, don't characterize my client's prior

4        testimony in the way that you did.

5    BY MS. DELGADO:

6        Q    You can answer, Kellyanne.

7        **A    Yes, I'm referring to the way you were**

8    **working the night before because, then, I -- I**

9    **believe I was told or maybe you tweeted it.  I don't**

10   **know how I know this, but that you were together the**

11   **night before the last debate when the rest of us**

12   **were with Mr. Trump preparing him for that debate or**

13   **trying to speak to the press about the debate.**

14   **Trying to win this election, frankly, and all the**

15   **things that matters.**

16           **And I believe that the two of you**

17   **were out somewhere with a reporter or a cameraman or**

18   **something, as I vaguely recall from one of the**

19   **networks.  Maybe ABC.**

20           **And so it -- it started to come out**

21   **that you were involved, and I guess conceived a**

22   **baby?  Is that what I'm led to believe?  I don't**

23   **know.  I don't recall the specifics.  But all I do**

24   **know is I don't remember either of you helping the**

25   **night before the way you could have.**

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1              So yes, that is my business.  We had

2     our backs up against the wall.  Nobody thought we

3     could win.  We needed all hands on deck, and that

4     was what I was referring to.

5         Q    Jason Miller was my supervisor, so what

6     exactly is it you're referring to that we had been

7     asked to help with that we did not help with --

8              MR. FLOOD:  Object to form.

9     BY MS. DELGADO:

10        Q    -- the night before?  I'm trying to get to

11    what it is -- what help it is we were supposed to

12    provide you're referring to.

13        A    Is it true or not true that you conceived

14    a baby that night?

15        Q    It's absolutely not true.

16        A    Okay.

17              (Simultaneous speakers.)

18        A    Did I read that somewhere?

19    BY MS. DELGADO:

20        Q    -- you're hearing.

21              Who did you hear that from,

22    Kellyanne?

23        A    I have -- I have no idea.  Isn't your

24    child six and a half?  I have no idea who I heard

25    that from.  I don't know.



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1      Q    So you're --

2      **A    I don't know.**

3      Q    -- you're sitting here today stating that

4  the rumor mill was that my son was conceived the

5  night before the final debate?

6            MR. FLOOD:  Object to form.

7            MS. DELGADO:  I'm sorry.  What did I get

8      wrong?

9  BY MS. DELGADO:

10     Q    Kellyanne, did you not just state, Wasn't

11 your son conceived that night?  Maybe I misheard

12 you.

13     **A    That is what I stated.**

14     Q    Okay.  Where did you hear that?

15     **A    I have no idea.  Could've been anywhere.**

16 **Could've been in one of your tweets, could've been**

17 **in one of those ridiculous left-wing rags that you**

18 **want to pass off as credible, could be from some --**

19 **I have no idea.**

20     Q    Okay.  So you're basing your

21 qualification -- your description that I was not

22 working the night before the final debate on a rumor

23 you heard that I was, instead, busy conceiving my

24 child.

25            MS. DELGADO:  Object to form.



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1       **A     I didn't say that.  I didn't say -- nope.**
2    **I didn't say that.  You're putting words in my**
3    **mouth.**
4    BY MS. DELGADO:
5       Q    I think the testimony will speak for
6    itself.  For the record, my --
7                      (Simultaneous speakers.)
8       **A     I think this -- I think this all speaks**
9    **for itself.  I agree with that.**
10   BY MS. DELGADO:
11      Q    Okay.  You are aware, however, that
12   Mr. Miller took a group of subordinates to a strip
13   club the night before the final debate, correct?
14      **A     Well, that's what I'm referring to.  I**
15   **have no idea what the nature of the venue was.  I**
16   **just know that the -- at least the two of you were**
17   **there, and there was some reporter or cameraman or**
18   **producer or someone from one of the networks,**
19   **possibly ABC.  That's all I know.**
20      Q    All right.  We'll circle back to that
21   because there was an article about that.
22      **A     But it sounds like you --**
23                      (Simultaneous speakers.)
24      **A     Respectfully, it -- the fact that there's**
25   **an article about someone at a strip club doesn't**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    mean I read it, I promise you.  And I think we need

2    to establish for the record factually that you are

3    far more active on social media that I can ever hope

4    to be.

5                    You like to tweet.  You direct

6    message me on Twitter about this deposition because

7    that's, I guess, where you spend a lot of time.  I

8    don't.  It took me a while to even see your direct

9    message.  I don't think it's an appropriate place

10   to -- to contact a witness.

11                   So you and I are not going to see

12   articles about -- we're not going to see articles

13   about a -- I'm no -- I'm no more likely to have seen

14   an article about you and Jason Miller and others at

15   a strip club in Las Vegas any more than I would be

16   at the strip club in Las Vegas the night before the

17   debate.

18   BY MS. DELGADO:

19        Q    Okay.  Let's put that article up.

20                   Let's see here.  Just open the link

21   instead.

22                   In the meantime, Kellyanne, while I

23   get the article up, how is it that a comms director

24   for a campaign who takes subordinates to a strip

25   club the night before a debate is elevated to comms



1  director for a White House?

2          MR. BLUMETTI:  Objection to form.

3          MS. DELGADO:  Well, she just said he

4      took -- he did it.

5  BY MS. DELGADO:

6      Q    How is he elevated to White House comms

7  director?

8      **A    You'd have to ask the person who gave him**

9  **the job.**

10     Q    And who was that?

11     **A    President Trump.**

12     Q    Okay.

13     **A    But I guess we can ask the same of the**

14 **people who went to the strip club with him.  Did**

15 **anybody go against their will?  Was it a condition**

16 **of their employment?**

17     Q    Do you believe, when a boss has you go to

18 something, do you believe that you have room to say

19 no?

20     **A    Absolutely.  Me?  Always.**

21     Q    Okay.

22     **A    Of course.**

23     Q    Have you ever worked underneath Jason

24 Miller?

25     **A    Nope.**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

```
1        Q    Okay.  Give me one second.  This is a

2   link, not a PDF, so I'm having trouble.

3                  Let's see.  Okay.

4                  Are you able --

5                  (Simultaneous speakers.)

6   BY MS. DELGADO:

7        Q    It was -- it wasn't a leftist rag from

8   which you got this information.  Trump advisers went

9   to strip club with members of the media.

10            MS. DELGADO:  I'll mark this exhibit

11        whatever number we're by, Leila.  Thank you.

12                       (Exhibit 7 was marked for

13                        identification)

14  BY MS. DELGADO:

15       Q    It's October 22nd, 2016.  And you stated

16  earlier that it was just Miller and I; but there's

17  another name here, Deputy Communications Director

18  Jessica Ditto.  Correct?

19       A    Yeah.  I didn't say it was just --

20                  (Simultaneous speakers.)

21            MR. FLOOD:  Object to -- object --

22        object -- I object to the form of the question.

23       A    Yes.  You can't put words in my mouth,

24  Ms. Delgado.  I didn't say that.  I said I knew it

25  was the two of you and some producer, cameraman, or
```



1    reporter.  And I also said the fact that your child,

2    God bless him, is six and a half or six and whatever

3    means that this was a very long time ago.  I'm not

4    policing who you go to strip clubs with.

5    BY MS. DELGADO:

6         Q    Okay.  Kellyanne --

7         A    But what am I looking at?

8                   (Simultaneous speakers.)

9         A    I'm looking at Page Six.  I don't see -- I

10   don't see the article.  I only see --

11   BY MS. DELGADO:

12        Q    Oh.  Hold -- you don't see it?

13        A    No.  I see Page Six recommended for you,

14   which is telling us what Page Six recommends for

15   you.  It doesn't -- I see Kristin Davis --

16        Q    I'm scrolling.  You don't see the

17   scrolling?

18                   *(Discussion off the record.)*

19   BY MS. DELGADO:

20        Q    Okay.  Let me ask it this way, then:  Do

21   you recall, Kellyanne, that Ms. Jessica Ditto was

22   also present at that outing?

23        A    I did not recall that.

24        Q    Okay.  Then we're going to have to circle

25   back to this exhibit.  I'll get it up somehow.



*May 2, 2024 in re Delgado v Trump for President –*
*Deposition of Kellyanne Conway*

```
 1                    And you did say, Kellyanne,

 2    earlier -- I didn't mean to put words in your mouth.

 3                    You did say -- while it's true you

 4    didn't say we were there alone, you did indicate

 5    that we were the only two Trump campaign members

 6    there.  You stated it was Miller, myself, and

 7    members of the media.  Correct?

 8                    MR. FLOOD:  Object to -- object to form.

 9                    (Simultaneous speakers.)

10         A    I said, As I recall -- right.  No.

11    BY MS. DELGADO:

12         Q    Correct.

13         A    I didn't say that.  Please don't put words

14    in my mouth.  Please.

15                    (Simultaneous speakers.)

16    BY MS. DELGADO:

17         Q    No.  I'm not trying to.

18         A    Okay.  The answer --

19                    (Simultaneous speakers.)

20         A    Well, first of all, Ms. -- Ms. Delgado,

21    I'm not going to repeat my answers because you're

22    mischaracterizing them.  My answer is the same.

23                    As I recall, you were there;

24    Mr. Miller was there; and some reporter,

25    photographer, cameraman, producer, someone from a
```



May 2, 2024 in re Delgado v Trump for President –
Deposition of Kellyanne Conway

1  network -- possibly ABC, possibly not ABC.

2           This is six and a half years ago,

3  seven -- seven and a half -- excuse me, seven and a

4  half years ago.  Let me correct that.  Seven and a

5  half years ago.

6           So that doesn't mean I said you were

7  the only two there.  I just said --

8  BY MS. DELGADO:

9      Q    Oh, okay.

10     A    -- I knew that the two of you were

11  there --

12     Q    Uh-huh.

13     A    -- and some -- doesn't mean that there

14  weren't 10 people there, 40 people there, 2 people

15  there.

16     Q    Right.  Okay.

17     A    I'm telling you what I remember about who

18  was there.

19     Q    So you can see -- it's not your

20  understanding that we were there alone, he and I,

21  from the campaign.

22     A    No.  I have no idea who else was there.

23     Q    Okay.  Fair enough.  That's all -- okay.

24  Just need to clarify what your representation was.

25           Let's see.



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

```
 1                 Kellyanne, for the Denson deposition,
 2      you stated -- in the Denson case deposition, you
 3      stated that the Trump campaign had provided you an
 4      attorney, correct?  Do you recall that?
 5           A     Yes.
 6           Q     Why wasn't one provided for this case?  Do
 7      you know?
 8                 MR. FLOOD:  Objection -- wait.  Wait,
 9           wait, wait, wait, wait, wait.
10                 Object to form.  I --
11                 And, Kellyanne, if you know, you can
12           answer.  If it involves -- if the answer in any
13           way involves any discussions with any lawyers,
14           I'm going to ask you to hold off answering.
15                 THE WITNESS:  Yeah.  It's probably a
16           privileged answer.
17                 MR. FLOOD:  Well, let me explore that so
18           we have a record.
19                 The question is:  Why didn't the Trump --
20           Ms. Delgado, tell me if I get this wrong.  The
21           question is:  Why didn't the Trump campaign
22           provide you with a lawyer for this case?  Is
23           that the question?
24                 MS. DELGADO:  In contrast to the
25           earlier -- to the other employment
```



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1          discrimination.

2          **A     I don't -- I don't know -- I don't know,**

3    **but I work with Mr. Flood in the White House.  I've**

4    **known him and his reputation for decades, and he has**

5    **represented me in other matters.  So...**

6    BY MS. DELGADO:

7          Q    Sure.  I'm not trying to get --

8               MS. DELGADO:  And, Mr. Flood, I'm not

9          trying to get at a -- I just thought, if she

10         had a particular reason that she wanted to

11         share as to what -- what the distinction was.

12         If it's attorney-client privilege, happy to

13         move on.

14              MR. FLOOD:  Well, I don't know whether

15         it's attorney-client privilege or not as to

16         other conversations, but she hired me.

17              MS. DELGADO:  Okay.  Fair enough.  Fair

18         enough.

19              THE STENOGRAPHER:  AJ, you're still

20         sharing that Page Six.

21              MS. DELGADO:  Yeah.  I just -- it's fine

22         if you guys -- okay.  Let's see.  I'm going to

23         do a new share .

24    BY MS. DELGADO:

25         Q    Okay, Kellyanne.  This is --



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1           MS. DELGADO:  Can you guys see that?  It's
2       like a screenshot that says it's Page 136 of
3       506.
4           THE STENOGRAPHER:  We can.  It's very,
5       very large.  Basically, we can see a part of a
6       list of names with Delgado highlighted, and
7       that's all that's visible at this point.
8           MS. DELGADO:  Correct.
9  BY MS. DELGADO:
10     Q    Kellyanne, do you recognize this as --
11  this is -- I'm representing that this is a
12  screenshot of your book, which I purchased when it
13  was published.
14     **A    Thank you.**
15     Q    It was great.
16          And thank you for mentioning me as
17  one of the individuals, if you see my name there,
18  that you single out as having done good work on the
19  campaign.
20          Is this a correct representation?
21     **A    Absolutely, yes.**
22     Q    Okay.  Now, which of those -- Kellyanne,
23  if you can read over that list, which of those
24  individuals, if any, did not go into the White
25  House, other than Daniel, which you've mentioned

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    earlier, the travel booker?

2              If you know.

3        A     **Forgive me if I don't know about Michael**

4    **Abboud -- oh, Michael Abboud would not have gone.**

5    **Gelbinovich did not go, you did not go -- I'm**

6    **reading in order here.  Hold on.**

7              **Scaramucci didn't go -- well, I mean,**

8    **he went later and lasted 11 days.  And then, of**

9    **course, Epshteyn went; was gone in two months.**

10   **Brian Lanza did not go.**

11             **Steven Cheung wasn't there long.**

12   **Yeah.  I think that's about it.  DeWit took a job at**

13   **the -- at NASA.**

14       Q     Okay.  So we've spoken about Lanza

15   earlier, who was offered a job and offered to go

16   into lobbying.  And the first you said, sorry, was

17   the Michael Abboud, Mike Abboud?

18       A     **Yes.**

19       Q     Do you know if he wanted a White House job

20   and wasn't given one or what he did?

21       A     **I don't know -- I don't know.  I don't**

22   **know.**

23       Q     Okay.  So can you specify any of these

24   who -- I know your earlier answer describes some who

25   went in for a short period such as Scaramucci and



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1   Boris Epshteyn.

2                    Can you specifically point to someone

3   who want -- that you know asked for a job but did

4   not go in for any period of time?

5        **A    Oh, I don't know the answer.  Adams, I**

6   **think she was there.**

7                    **Do I know people who wanted the**

8   **job -- well, that's not the purpose of this list, by**

9   **the way.  I need to --**

10       Q    Sure.

11       **A    -- say that.  So this is -- this is like a**

12  **self-selected list of people I wanted to call out in**

13  **my book --**

14       Q    Sure.

15       **A    -- for credit, and so -- anybody else**

16  **here.**

17                   **Not that I can see in this little**

18  **excerpt, no.  I see Dave Bossie's name to the left**

19  **in a column, ironically, because it's spilling over;**

20  **and he obviously, you know, is -- is singled out by**

21  **himself because he was the deputy campaign manager**

22  **and he did not get a job in the White House.**

23       Q    Did not get any job or did not get the job

24  he wanted?

25       **A    I don't think he -- I'm not sure he was**


*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1   **offered any job.  I don't know.**

2        Q    You don't know, okay.

3             MS. DELGADO:  Okay.  So we'll mark that

4        exhibit whatever we're by.  Sorry.  I should be

5        keeping track.  I'm sorry, Leila.

6             THE STENOGRAPHER:  No.  It's fine.  I can

7        always get you a list.

8                           (Exhibit 8 was marked for

9                           identification)

10  BY MS. DELGADO:

11       Q    Kellyanne, I want to -- you mentioned

12  earlier my -- my penchant for Twitter, which I don't

13  deny.  I'm going to throw up on the screen what I'm

14  representing is an accurate copy of our Twitter DM

15  history.

16       **A    Okay.**

17       Q    Let me put that up.

18                           (Exhibit 9 was marked for

19                           identification)

20  BY MS. DELGADO:

21       Q    And I love that picture that you have.

22            *(Discussion off the record.)*

23            THE STENOGRAPHER:  Off the record.

24                           *(Recess.)*

25



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

```
 1   BY MS. DELGADO:

 2        Q    So these are our DM.

 3        A    Okay.

 4        Q    If anything doesn't look accurate to you

 5   or stands out, let me know.  And, you know, that

 6   last one is the recent one where you replied about

 7   not checking Twitter often --

 8        A    Wait, so the dates -- right.  August 24 --

 9   oh, yeah.  So that's, like, three and a half years

10   later.  Okay.

11        Q    Yeah, they go back --

12                  (Simultaneous speakers.)

13        A    Let's see.

14                  Merry Christmas.  I know him -- hold

15   on, hold on, hold on.

16                  (Simultaneous speakers.)

17        A    I do -- I do vaguely recall this.  I do --

18   I didn't know if it was a direct message or an

19   e-mail but -- or a text, but I -- I seem to not have

20   any texts from you because I checked in advance of

21   this meeting.  But -- or deposition, excuse me.

22                  But I do recall you direct messaging

23   me and embedding in the message a very -- you know,

24   a snarky, mean description that Jason Miller

25   allegedly made of me and my breasts.  So yes, I do
```

1   **recall receiving that because I don't receive those**

2   **every day, direct message or otherwise.**

3   BY MS. DELGADO:

4       Q    Uh-huh.

5       **A    Yes.**

6       Q    Were you concerned about the comments that

7   Miller made about women?  Not just you.  Any -- any

8   that you heard besides the one about yourself?

9       **A    I did not hear that.  I heard that from**

10  **you.  I did not hear that.**

11              **If I had to be concerned about**

12  **comments made by people about other people's**

13  **appearances, including mine, I would be miserable**

14  **and too busy to breathe.**

15      Q    I understand.  I understand.

16              Okay.  So I wanted to point out one

17  in particular, which is -- if you just want -- you

18  know, just for authentication.  I'm just putting

19  this into the record.  If there's any reason to

20  think that that's not accurate, let me know.

21              But it's one that you wrote on

22  December 26, 2017, so about a year later.  And for

23  the record, it says, quote, In my view, we had a

24  positive and productive working relationship during

25  the campaign, you were part of a small, smart,



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    nimble, tenacious team that helped Trump-Pence win,

2    who were superior candidates.  Unquote.

3                So just going to put that into the

4    record if that seems accurate.

5            MS. DELGADO:  And we'll mark this --

6        **A    Sure.**

7            MS. DELGADO:  I think I already marked it.

8        If I didn't, Leila, sorry.

9            THE STENOGRAPHER:  Yes, we've marked this

10        one.  We've got this one.

11            MS. DELGADO:  Zoom is so not

12        user-friendly.

13    BY MS. DELGADO:

14        Q    Then -- let's see.

15                Okay.  Here's another exhibit.  And

16    we should be done fairly soon, Kellyanne.  I'm

17    keeping your flight in mind.

18        **A    I appreciate it.  Thank you.**

19        Q    No, I --

20        **A    Thank you.**

21        Q    -- empathize.

22                Okay.  This is another excerpt,

23    Kellyanne, from your book, which is Page 37.  If

24    you're able to see it, I have a highlighted portion.

25        **A    No, I know exactly that.  I -- I can**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    **remember the day 20 years ago.**

2         Q    Okay.

3         **A    Yes.**

4         Q    Just want to authenticate.  You wrote,

5    quote, about a time that a male colleague or

6    supervisor made a comment of, quote, Well,

7    obviously, soon you will be out of commission, so

8    who will be servicing your project when he was

9    stick -- according to you, staring at your belly and

10   you were pregnant with twins.

11              Is that accurate?

12        **A    Yes, it is.**

13        Q    And I'm sorry you experienced that, by the

14   way.

15        **A    Thank you.  I mean, it said a lot about**

16   **him.**

17        Q    Okay.

18              MS. DELGADO:  So I'm marking that as an

19        exhibit, Leila.

20                   (Exhibit 10 was marked for

21                   identification)

22   BY MS. DELGADO:

23        Q    And then -- let's see.

24              Then there's another exhibit,

25   Kellyanne, also from your book.  I'm going to share



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1   the screen again.

2            Which...

3        A    **Okay.**

4        Q    Okay.  And here, you're praising Mr.

5   Trump, and you speak of being denied a set at the

6   big boys' table, quote, and how you have been -- in

7   your life, you've been, quote, grabbed, groped,

8   cornered, propositioned, and punished for being

9   noncompliant, and worse, unquote.

10       A    **Uh-huh.  All true.**

11       Q    And is that, Kellyanne, from your work in

12  D.C., in the political sector with your polling

13  company or...

14       A    **Yes.**

15       Q    Okay.  And sorry you experienced that as

16  well.

17       A    **Thank you.**

18       Q    So marking that.

19            Okay.  And -- let's see.

20            Okay.  Here's another one.

21       A    **Okay.**

22       Q    Sorry.

23            *(Discussion off the record.)*

24  BY MS. DELGADO:

25       Q    Okay.  This is just an excerpt, Kellyanne,



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1  from the deposition you gave in Ms. Denson's case.

2      **A    Uh-huh.**

3      Q    Just want to authenticate if this seems

4  correct to you, if this looks correct.

5          MS. DELGADO:  And I want to mark this as

6      an exhibit, Leila.

7                      (Exhibit 11 was marked for

8                      identification)

9  BY MS. DELGADO:

10     Q    I'm going to read aloud a portion of a

11 paragraph that begins with "she," and it's -- you're

12 referring to me, Kellyanne, and you write, She has a

13 law degree from Harvard.  She -- I believe she's

14 originally from Miami or at least has roots there or

15 lived there at some point and maybe does now.  She

16 always struck me as very intelligent, very engaged,

17 and willing to help.

18          And you also write about a note I

19 wrote you.  You say here that I wrote you after we

20 won the campaign, et cetera.

21          Does that seem accurate?

22     **A    Yes.**

23     Q    Okay.  Thank you.

24          So we'll mark that.

25          And trying to see if there's anything



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1  else to authenticate.  Trying to go through this

2  quickly.

3              Okay.  I'm going share -- just --

4  this is also another quick easy one just to

5  authenticate.

6              Kellyanne, did -- is this an accurate

7  tweet?  And I remember this.  On election night,

8  circa 12:41 a.m., I tweeted, quote, That moment it

9  does hit you and you cry uncontrollably in the

10  middle of 54th Street and call your mom, and three

11  American flags, obviously referring to our --

12      **A    They --**

13      Q    -- our win.

14              And you grabbed my tweet and

15  retweeted it with, quote, You are a warrior, in all

16  caps.  Sing it, Sister.  Be proud.  We love you.

17              Is that correct?

18      **A    Yes.  I forgot this completely, but all**

19  **true.**

20      Q    And thank you for those words.

21                    (Exhibit 12 was marked for

22                    identification)

23  BY MS. DELGADO:

24      Q    We are breezing through this, so I am

25  hoping to have you out of here before the three



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1  hours I said.  Just...

2      **A    Thank you.**

3      Q    No problem.

4          Okay.  And then I wanted to show you

5  another e-mail.  I'm marking this one as an exhibit

6  as well.

7              (Exhibit 13 was marked for

8              identification)

9  BY MS. DELGADO:

10     Q    Here's an e-mail -- for some reason, the

11  screenshot is in reverse chronological order.  I'm

12  e-mailing you about Telemundo and whether we can get

13  an interview schedules for Jose Diaz-Balart.

14          It's September 15, 20 --

15     **A    Yes.**

16          **(Simultaneous speakers.)**

17     Q    -- at 3:51.

18          And I write, P.S., My mom saw a photo

19  of you today, blah, blah.  I'm telling all my mom's

20  things, Said you look like Prissy from Three's

21  Company.  Sign it warmly, include myself.  And you

22  reply, Thanks so much.  And then we discuss

23  revisiting the Telemundo issue.

24          Just putting this in as an exhibit.

25     **A    Okay.**



*May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway*

1      Q    Does this look accurate to you, Kellyanne?

2      **A    Yes.**

3      Q    Okay.  Thank you.

4           MS. DELGADO:  Okay.  So X that one out,

5      Leila.  And I'm -- sorry.

6           That's the DMs we already did.

7   BY MS. DELGADO:

8      Q    Oh, Kellyanne.  There -- there is one

9   thing.  I don't have it up as an exhibit.  I can

10  bring it up.

11          There -- you referred to -- to

12  Miller, Jason Miller in your book as a, quote,

13  marquee name, M-A-R-Q-U-E-E.  Why -- why did you

14  describe him like that?

15     **A    Well, he's up there with -- I think I also**

16  **mentioned Scaramucci, Bill Stepien.  I think these**

17  **are people who have been in Republican campaign**

18  **politics for a long time.  The case with Scaramucci,**

19  **he's a little bit different.  He has his own**

20  **financial firm or investment firm.  SkyBridge,**

21  **something like that.**

22          **So -- but I -- I describe them all**

23  **as -- they had very senior positions on the**

24  **campaign, and they are known to -- I'd say the way I**

25  **would describe Jason Miller and Bill Stepien as,**

1  **quote, marquee names on TV or in print, slash --**

2  **especially in the case of Jason, slash, known to**

3  **down ballot candidates over the years.  So governors**

4  **and senators and members of congress and candidates.**

5       **So that's what I would say in terms**

6  **of -- that's what I meant, political marquee names.**

7       Q    Okay.  Even though, from my understanding,

8  Miller had mostly -- and correct me if I'm wrong.

9  Miller had mostly working on losing campaigns.  Did

10  not have much of a win record.

11       But -- but you're saying the marquee

12  reference was more about the --

13       **A    Well-known.**

14       Q    -- the length of time?

15       **A    Well-known, yes.**

16       Q    Gotcha.  Okay.

17       Let's see.

18       Think there's just one more exhibit.

19       **A    Okay.**

20       Q    Yeah.  Okay.  Let's see.

21       I'll screenshot it again, make it

22  easier to share.

23            (Exhibit 14 was marked for

24            identification)

25



1    BY MS. DELGADO:

2        Q    Okay.  If you're able to see that, let me

3    know.  It's an -- it's a Business Insider article

4    from December 22nd, 2016.

5        **A    Uh-huh.**

6        Q    And it's -- it's -- it was a remark you

7    made that got a lot of pickup in the press.  And

8    you've made a remark that you had more time because,

9    I don't play golf and I don't have of mistress,

10   unquote.

11             Who are you referring to there,

12   Kellyanne?

13       **A    I first said this in 2012.  I guess I**

14   **wasn't well-known enough then to -- for it to get**

15   **pickup, so it wasn't new and it wasn't -- it wasn't**

16   **targeted to anyone individual in 2016.**

17             **I made the point that everybody -- I**

18   **was responding on a live television show with Maria**

19   **Bartiromo, Fox Business.  She apparently had just**

20   **had Ron Williams on, Fox News contributor, who said,**

21   **I don't -- she said, Why don't you react to big**

22   **news?  Kellyanne Conway, going is to the White**

23   **House, counselor to the President, you know, first**

24   **camp, blah, blah, blah.  And I had been on Good**

25   **Morning America that morning, I had been on Fox &**

*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    Friends, I think.

2                    So I went up to do Maria's show, and

3    I hadn't been looking at other media.  And she said

4    on live TV something like, Ron Williams just said --

5    he said he's getting roasted on social media for

6    saying, I don't know how Kellyanne's going to have

7    that big job and those four kids.  And I said, Oh,

8    you know, give -- give -- don't pick on Juan.  It's

9    okay.  Lay off him.  I can tell you how I'll do it.

10   And I sort of said something I had said four years

11   earlier the first time.

12                   So it wasn't about anybody who plays

13   golf or has a mistress.  It was the -- it's a entire

14   class of individuals who, somehow, we all think have

15   all the time they need to do their jobs, even though

16   they've got a wife, a girlfriend, a golf game, a --

17   so it was -- it was really about time management and

18   was -- did get a lot of pickup.

19                   It got a little bit of pickup when I

20   first said it to Arianna Huffington, I think in 2012

21   at one of those conventions, but it's pretty

22   comical.

23       Q    Okay.  So it wasn't referring to -- to

24   Miller or to Reince Priebus?

25       A    Absolutely not.



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

```
 1        Q    Okay.

 2        A    No.  No.

 3        Q    Okay.  Then I also wanted to show you --

 4   and let me know if this looks accurate -- this

 5   transcript -- and I'll scroll through because,

 6   thankfully, it's actually pretty short.  And it's a

 7   transcript of your -- of the remarks you made

 8   January 27, 2017 at a, quote, March for Life --

 9   life, pro-life event.

10             And I wanted to point you to a

11   particular portion here, but I want to let you skim

12   through it first.  Let me know -- let me know if

13   this looks accurate.

14        A    Yes.

15        Q    Okay.

16        A    I have no reason to believe it's not.  I

17   wrote that myself, and I said those words on that

18   day.

19        Q    Okay.  And you say --

20             MS. DELGADO:  I'll mark, this Leila, as

21        another exhibit.

22                       (Exhibit 15 was marked for

23                        identification)

24   BY MS. DELGADO:

25        Q    You say, quote, Our message and our
```



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1   positive action must also reach those women who face

2   unplanned pregnancies.  They should know they are

3   not alone, they are not judged.

4                Did anyone -- did you or anyone you

5   know of reach out to me from the campaign after it

6   was known that I was pregnant by Miller?

7   **A    I don't know if we ever talked again.  I**

8   **have no idea.  I know that you were very active on**

9   **social media, keeping everybody up to date on**

10  **everything, and I responded when you direct message**

11  **me.  But -- I mean, I don't -- I would never ever --**

12  **what is it -- wish you any ill will.  I'm -- pray**

13  **for you and your son, William.**

14                **But I don't know that we were sort of**

15  **intimate friends that were going to keep in touch,**

16  **so -- no, but exactly what I say about unplanned**

17  **pregnancies, and there's a reason I don't say**

18  **unwanted, because I don't look at it that way.  I**

19  **look at it as unintended and unplanned.  It's a very**

20  **intentional word for me, and I say things like that**

21  **even to this moment seven years later.**

22      Q    Uh-huh.  But -- but nonetheless -- when

23  you say you responded on Twitter DM -- I just want

24  to be clear for the exhibit earlier.  The Twitter DM

25  we first had after that was a year later.

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1              So my question is, again -- maybe I

2    wasn't clear -- at the time that it emerged that I

3    was pregnant by Miller, which you spoke of earlier

4    learning of in Mar-a-Lago, did you or did anyone

5    else from the campaign that you can think of reach

6    out to me just to see how I was doing, make sure I

7    still had a -- a position, any -- any -- any topic?

8         **A    Well, that's different.  You're asking**

9    **did -- did people from the campaign reach out to you**

10   **to make sure you had a position in the White House.**

11        Q    No.  Did -- no.  On any --

12                   (Simultaneous speakers.)

13        **A    I don't know.  The answer to that is I**

14   **don't know.**

15   BY MS. DELGADO:

16        Q    On any topic, did you or anyone from the

17   campaign reach out to me after --

18        **A    I don't recall.**

19                   **(Simultaneous speakers.)**

20        **A    I don't know.  I may have.  I may not**

21   **have.  I don't recall.**

22              **But I also, when I talk about you're**

23   **not alone, we're here to help you in a speech at the**

24   **March for Life in front of a national, if not**

25   **international audience, I am thinking about women**



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    **generally and not anyone in specific --**

2    **specifically.  Excuse me.**

3    BY MS. DELGADO:

4        Q    Sure.  It's a beautiful sentiment.

5                  But -- so you can -- your answer is

6    you don't recall reaching out to me?

7        **A    I don't recall reaching out to you.**

8        Q    And you don't recall --

9                  (Simultaneous Speakers.)

10       **A    I may have.  I may not have.  I don't**

11   **know.  I don't seem to have your phone number.  I**

12   **looked in your phone.**

13       Q    Or by e-mail?

14       **A    I don't know.  If I did, it might have**

15   **been the polling company e-mail address because I --**

16   **it might have been the White House address for all I**

17   **know because that company got sold in the fall of**

18   **2017, so it still existed.**

19                 **If I looked at that as a personal**

20   **overture, it would be on that e-mail.  If it was**

21   **somehow an official act, it would be in my White**

22   **House e-mail, which I doubt -- highly doubt.  I**

23   **tried not to use that e-mail very often.**

24                 **So I don't know.**

25       Q    Okay.  Regarding obtaining -- re- --



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1  regarding one's livelihood after working on the

2  Trump campaign, do you agree that it would be

3  particularly difficult for someone who did the kind

4  of work I did in comms as far as going on TV and

5  advocating for the President to be able to obtain

6  employment versus if I had not advocated for Trump

7  publicly?  And let me know if that's unclear.

8      **A    I think you're asking me do I think it**

9  **would be --**

10                 **(Simultaneous speakers.)**

11     **A    -- would it be difficult or not difficult**

12  **to get a job after he won?**

13  BY MS. DELGADO:

14     Q    No.  After -- in the private sector.  Not

15  in politics.

16                 In the private sector, do you agree

17  with me that it's difficult for someone who worked

18  on the campaign in the role of going on TV and

19  advocating for the President versus someone who

20  working in an operationals -- operational role and

21  not --

22     **A    I see.**

23     Q    -- publicly --

24                 (Simultaneous Speakers.)

25



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    BY MS. DELGADO:

2         Q    And I hope that --

3                   (Simultaneous speakers.)

4         **A    I see.**

5    BY MS. DELGADO:

6         Q    -- unclear, but I think you know what I'm

7    saying, versus if I did accounting at the Trump

8    campaign.  Or --

9         **A    Sure.  No.**

10                  **(Simultaneous speakers.)**

11        **A    I understand what you're saying.  I got**

12   **the question.**

13               **I would say, after he got elected,**

14   **the opposite is true.  I think that there were many**

15   **opportunities for the very relatively small group of**

16   **people who were on the 2016 campaign.  For my -- in**

17   **my own firm, I could speak to Kellyanne's**

18   **experience.  People were throwing money at me.  I**

19   **was offered eight figures, all told -- including**

20   **seven figures for TV.  And I went into the White**

21   **House instead.  Don't regret that.**

22               **But that was just a fact.  I couldn't**

23   **keep up with all the offers, and I know other people**

24   **were in similar situations.  I think, right after he**

25   **won, AJ, would have been the time -- was -- was the**

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1  time to say, Hey, I'm one of the only people who was

2  on TV for him.  You're very good on TV.  I've always

3  said that.  Very smart.

4       Q    Thank you.

5       A    Very strategic.  So yes.

6            Obviously, very pretty.  Harvard law

7  degree.  Speaks Spanish.  I think that all matters,

8  and I hope not offending anybody saying that.

9  Anyway --

10            (Simultaneous Speakers.)

11      A    It's all a compliment.

12            So I think -- I think that that --

13  yes.  I think that there -- there was a market for

14  that.  I don't know about now.  But I think at

15  that -- in the moment, there was a market for that.

16            And, you know, that's all I'll say.

17  BY MS. DELGADO:

18      Q    And sorry, Kellyanne.  I should've been

19  clearer.  I don't mean in the private sector in the

20  political arena.

21            Just returning to legal practice or

22  anything nonpolitical, do you think that would be in

23  any way hindered by having publicly put my face out

24  there with Trump?

25      A    Oh, I'm sure there were people.  Trump --



1    listen, yes, of course, there are going to be some

2    people.  Do I think it's epidemic?  No.  Do I think

3    Trump derangement syndrome is real and it nests

4    itself in people's brains and they become obsessed

5    with someone they never even met who improved the --

6    their economic lives?  Yes, that is very real.

7                    But I can't imagine that's everywhere

8    and everything.  I think there are always going to

9    be people who say, I don't want you and I want you

10   for whatever reasons.  I mean, that's just life.

11   And I -- yeah.

12                    I -- I know people who were looking

13   for jobs, got them, and -- in the private sector, in

14   the legal profession.  So -- and there were some

15   firms that were seen as more Trump aligned, I think,

16   like, a Jones Day, had done a lot of work for him,

17   so -- for his campaign.  His -- one of the partners

18   there became his first White House counsel.

19       Q    Right.

20                    And do you agree that my not being

21   given a White House job would signal to the Trump

22   supporting factions that you mentioned -- for

23   instance, TV jobs that you mentioned or even legal

24   jobs at a firm like Jones Day -- wouldn't that have

25   affected my ability to market myself?

1    A    Perhaps.  But I personally never heard

2  anybody say, We have to keep AJ out, she can't get a

3  job, we're going to make sure she never works in

4  this town again.  I heard nothing like that.

5              So I don't know -- maybe people

6  presumed, as they often do with us.  Maybe they just

7  presumed that you were going to focus on your

8  health, and then your son.  Maybe they presumed that

9  you are an unmarried mother who needs to support

10  herself and her son.  I don't know what people

11  thought.

12              I do know, generally speaking,

13  outside of you or me or any -- anyone else, that's

14  the kind of conversation and consideration that goes

15  on every single day between a prospective employer

16  and a prospective employee.

17    Q    Two final exhibits, and then I think we're

18  done.

19    A    Okay.

20    Q    Or I can even just ask it without them.

21  Unless you want to see the exhibit.

22              There was --

23    A    No.

24    Q    And I don't want to put the exhibit up

25  because it's -- the headline is about -- reveals



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1   marriage status with George Conway, which has

2   nothing to do with this deposition.  Certainly don't

3   want to bring up any uncomfortable topic.

4               The only -- the reason I find it

5   relevant is, within that article, you speak of a

6   boys club in the White House between Bannon,

7   Priebus, and Kushner.  Do you recall that?

8       **A    Yes.**

9       Q    Okay.  That way, I don't have to -- we'll

10  just -- I'll mark -- I'll just link to it, and then

11  I'll mark it as an exhibit.  But no need to throw

12  the screenshot up.

13          MS. DELGADO:  I'm going to mark as an

14          exhibit, Leila, this -- I'm going to mark as an

15          exhibit, and I'll e-mail it to you later, a New

16          York Post, May 26, 2022.

17                       (Exhibit 16 was marked for

18                        identification)

19      **A    May 26, 2022.**

20  BY MS. DELGADO:

21      Q    Okay.  And then you also spoke of a boys

22  club in a Yahoo article, Trump allies blame White

23  House boys club for mishandling a Porter scandal.

24              Does that ring a bell that you would

25  have referenced a boys club?



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1        A    That does not, but I -- I very well may

2    have.  I -- did I reference it, or did someone else?

3        Q    Was there a boys club --

4        A    I'm sorry.

5                    (Simultaneous speakers.)

6        A    I'm sorry.  It was an article where?

7    BY MS. DELGADO:

8        Q    In Yahoo.  Yahoo.

9        A    Oh.  I don't know.  I -- I can't imagine I

10    said that.  It sounds like the FBI let them in.

11        Q    But was -- was there a boys club in the

12    White House, which you reference --

13        A    Oh, of course.  Of course.  And I -- but

14    I -- but let me tell you how I explain, and I

15    describe the three that you just mentioned.  In the

16    very early pages of my book, Here's the Deal, from

17    May -- as you say, May 2022, I describe how they

18    didn't even, you know, particularly know or like

19    each other, but they formed this threesome.  And

20    they were, you know -- it fell apart.

21                    I mean, Reince got fired, then Bannon

22    got fired.  It fell apart.  But they -- I always

23    looked at it as, you know, a combination of ambition

24    and security and focus on trying to get a government

25    formed.

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1              **But -- I mean, to me, there -- it's**
2    **not even a serious thing.  It's almost laughable.  I**
3    **don't care about it.  But it was real, and it was**
4    **tenuous.  It fell apart.**
5        Q     And would you say all three of those
6    individuals you mentioned -- and I believe you
7    already answered this.  Sorry if I'm repeating
8    myself, but I don't think I asked it as to Steve in
9    particular.
10              You mentioned Reince had hiring
11   authority, and Jared.  What about Steve?
12       **A     Yes.  Bannon absolutely had hiring**
13   **authority, making recommendations for different**
14   **people to come into the White House, cabinet**
15   **positions; sat in some of these meetings even when**
16   **Trump didn't want him to, you know, some of these**
17   **interviews.  And -- yeah, for sure.**
18       Q     Okay.  Let me just glance through my notes
19   here, make sure I didn't miss anything else I want
20   to ask you about.
21              Do you know who made the call for
22   Miller to not come into the White House after he was
23   announced?
24       **A     I don't know how that all happened.  It**
25   **looks like -- it sounds like it was around**



May 2, 2024 in re Delgado v Trump for President -
Deposition of Kellyanne Conway

1    Christmastime, so I wasn't involved at all.  And

2    then, the next I knew, it was, you know, he can't

3    come in or he's not coming in or he withdrew or...

4              That's what I knew.  So all of a

5    sudden, we -- we waited seven weeks to announce a

6    comms director; and then had one for a couple of

7    days, it sounds like; and then didn't have one

8    again.  So I don't know.

9              (Discussion off the record.)

10         MS. DELGADO:  I think -- yeah.  Kellyanne,

11      I think that's it.  I don't -- I know you have

12      your flight to catch, but I don't want to sit

13      here reading over my notes --

14         THE WITNESS:  It's okay.

15         MS. DELGADO:  -- extending this.

16      One more page.

17         THE STENOGRAPHER:  AJ, did you want to

18      mark that Yahoo article?

19         MS. DELGADO:  No.  I asked her about it

20      orally, so it's okay.  I'll just send you the

21      other one, the New York Post one that I quoted

22      the headline from.

23      No, I think that's it, Kellyanne.

24         THE WITNESS:  Okay.  Very good.

25      (Simultaneous speakers.)



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1           THE WITNESS:  Wish you well.  Enjoy your

2      son.  Thank you very much.

3                      *(The deposition was concluded at*

4                      *1:05 p.m.)*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1                   **CERTIFICATE OF OATH**

2     STATE OF FLORIDA        )

3     COUNTY OF WALTON         )

4              I, the undersigned authority, certify

5     that KELLYANNE CONWAY remotely appeared before me

6     and was duly sworn.

7

8              WITNESS my hand and official seal

9     this 2nd of May, 2024.

10

11     _Leila Z. Harris_____

12

13     Leila Z. Harris, Stenographic Court Reporter

14     Notary Public - State of Florida
       Commission No: HH 144004
15     My Commission Expires: September 13, 2025

16

17

18

19

20

21

22

23

24

25

*May 2, 2024 in re Delgado v Trump for President -*
*Deposition of Kellyanne Conway*

1    STATE OF FLORIDA          )

2    COUNTY OF WALTON       )

3              I, Leila Z. Harris, LCR (Tennessee), Court

4    Reporter, certify that I was authorized to and did

5    stenographically report the foregoing deposition;

6    and that the transcript is a true record of the

7    testimony given by the witness; Per Federal Civil

8    Procedure Rule 30(e) deponent witness did not

9    request to read and sign transcript.

10             I further certify that I am not a

11   relative, employee, attorney, or counsel of any of

12   the parties, nor am I a relative or employee of any

13   of the parties' attorney or counsel connected with

14   the action, nor am I financially interested in this

15   action.

16

17   _____

18   Leila Z. Harris, LCR, FPR
     Stenographic Court Reporter

19

20

21

22

23

24

25



**BY MS. DELGADO:**
**[130]** 5/17 11/1 14/6
14/21 17/7 24/20 32/22
34/9 35/18 37/6 42/22
43/22 44/13 45/8 52/17
53/1 55/6 55/16 57/13
58/17 60/13 62/1 62/12
62/25 67/16 69/1 74/14
78/6 78/25 80/21 81/14
81/23 84/16 85/17 86/3
88/12 88/21 89/3 89/22
90/7 91/24 92/9 93/1
94/13 96/19 99/10
100/9 100/13 101/4
101/10 102/11 104/7
104/13 105/18 108/6
109/8 110/4 112/1
112/4 112/8 114/8
114/24 116/4 116/9
116/22 117/2 117/18
118/1 119/2 119/9
119/18 119/24 120/17
121/11 122/20 123/16
123/22 124/9 124/19
125/1 125/5 125/15
125/24 126/24 127/7
127/17 128/6 128/19
129/22 131/6 132/5
133/9 133/19 134/9
135/4 135/10 136/18
137/5 138/6 138/14
139/5 139/11 139/19
140/11 140/16 141/8
143/6 143/24 144/9
147/10 147/20 147/25
149/3 150/13 151/22
152/24 153/9 154/23
155/9 156/7 157/25
160/24 162/15 163/3
164/13 164/25 165/5
166/17 169/20 170/7
**MR. BLUMETTI: [9]**
10/25 87/25 116/21
117/1 117/7 117/24
118/9 119/21 137/2
**MR. FLOOD: [16]** 17/5
78/16 117/12 118/10
128/14 128/16 129/21
131/16 131/21 133/8
134/6 138/21 140/8
142/8 142/17 143/14
**MS. DELGADO: [48]**
55/2 55/11 68/23 77/24
78/1 78/4 78/19 88/2
88/4 98/13 98/17 98/23
99/1 99/5 100/3 100/6
100/12 102/5 117/10
117/15 118/12 123/14
128/17 130/19 131/4
131/19 134/7 134/25
137/3 138/10 142/24
143/8 143/17 143/21
144/1 144/8 147/3

150/5 150/7 150/11
151/18 153/5 156/4
160/20 169/13 172/10
172/15 172/19
**THE
STENOGRAPHER:
[26]** 5/2 5/14 55/14
77/21 77/25 78/22
98/21 98/24 99/3 99/8
100/2 100/11 102/7
105/25 106/4 124/17
124/23 125/7 130/23
131/1 143/19 144/4
147/6 147/23 150/9
172/17
**THE WITNESS: [8]**
5/13 99/6 106/3 106/5
142/15 172/14 172/24
173/1

**$**
**$200,000 [1]** 17/21

**1**
**10 [2]** 141/14 151/20
**10006 [1]** 2/12
**1065 [1]** 2/3
**10:00 [1]** 1/14
**11 [3]** 21/2 145/8 153/7
**11764 [1]** 1/3
**11:35 a.m [1]** 79/5
**11:50 [1]** 99/4
**12 [6]** 67/15 106/18
106/18 123/4 123/5
154/21
**12-year-old [2]** 82/12
82/12
**12:41 [1]** 154/8
**12th [1]** 10/10
**13 [2]** 155/7 174/15
**136 [1]** 144/2
**14 [2]** 50/19 157/23
**144004 [1]** 174/14
**14th [1]** 49/9
**15 [2]** 155/14 160/22
**16 [1]** 169/17
**16th [1]** 3/21
**17 [2]** 23/19 79/20
**19 [1]** 101/12
**19-CV-11764 [1]** 1/3
**19-year-old [2]** 101/2
101/8
**1:00 [1]** 121/15
**1:00 p.m [1]** 95/21
**1:05 [2]** 1/14 173/4
**1:41 p.m [1]** 92/15

**2**
**20 [2]** 151/1 155/14
**2000 [1]** 61/24
**20024 [1]** 2/19
**2012 [2]** 158/13 159/20
**2015 [3]** 3/20 11/15
46/8
**2016 [31]** 3/17 3/18

4/12 7/18 10/7 10/11
10/12 11/15 13/18
17/16 19/4 32/14 33/9
46/9 46/9 49/9 59/21
74/5 92/15 93/8 97/2
100/17 101/21 101/25
102/13 129/18 131/9
138/15 158/4 158/16
165/16
**2017 [9]** 3/20 7/8 15/7
20/14 21/12 21/20
149/22 160/8 163/18
**2018 [11]** 20/4 23/23
24/2 24/6 26/1 35/22
35/22 35/23 35/25
61/25 68/18
**2019 [1]** 3/21
**2020 [7]** 15/10 16/11
16/16 17/3 20/3 36/5
129/18
**2022 [4]** 4/15 169/16
169/19 170/17
**2024 [3]** 1/13 10/5
174/9
**2025 [1]** 174/15
**20th [1]** 15/7
**212-530-4831 [1]** 2/12
**21st [9]** 3/11 79/3
79/23 88/13 89/18
90/15 90/23 96/7 97/21
**22nd [11]** 4/12 38/3
82/7 93/18 94/21 94/24
95/25 121/16 123/9
138/15 158/4
**24 [1]** 148/8
**25th [5]** 92/14 92/16
92/17 92/21 123/10
**26 [4]** 4/14 149/22
169/16 169/19
**26th [1]** 123/10
**27 [1]** 160/8
**2nd [1]** 174/9

**3**
**30 [1]** 175/8
**32nd [1]** 2/11
**33130 [1]** 2/4
**3400 [1]** 2/4
**37 [2]** 4/4 150/23
**3:51 [1]** 155/17

**4**
**40 [2]** 2/11 141/14
**45 [1]** 56/22
**48 [1]** 66/10
**4831 [1]** 2/12
**4th [1]** 15/10

**5**
**50 [1]** 19/6
**50 percent [2]** 19/6
19/7
**506 [1]** 144/3
**5300 [1]** 2/20
**54th [1]** 154/10

**6**
**609 [1]** 2/3
**680 [1]** 2/19
**6:00 a.m [2]** 79/24
95/17

**7**
**7-year-old [1]** 82/11

**8**
**8-year-old [1]** 82/11
**8th [3]** 2/3 31/1 101/25

**9**
**9th [4]** 3/16 3/18
100/17 102/13

**A**
**a.m [4]** 79/5 79/24
95/17 154/8
**Abboud [4]** 145/4
145/4 145/17 145/17
**ABC [5]** 18/2 132/19
135/19 141/1 141/1
**above-styled [1]** 1/21
**abreast [1]** 15/15
**abroad [1]** 106/24
**absence [1]** 17/10
**absolutely [12]** 14/22
21/2 42/2 42/23 57/22
61/1 92/1 133/15
137/20 144/21 159/25
171/12
**absorbers [1]** 75/17
**abuse [10]** 23/20 80/12
80/16 83/19 84/5 84/12
84/19 84/23 84/25 89/8
**abused [2]** 84/10 97/4
**accept [1]** 16/5
**accepted [4]** 71/12
72/16 73/15 77/16
**access [2]** 7/10 64/2
**accomplished [1]**
96/16
**according [5]** 3/7
23/16 55/24 96/25
151/9
**accounting [1]** 165/7
**accurate [16]** 17/22
70/6 71/25 102/24
109/13 109/18 147/14
148/4 149/20 150/4
151/11 153/21 154/6
156/1 160/4 160/13
**accusing [1]** 80/24
**acknowledging [2]**
3/22 89/10
**acquiring [1]** 7/8
**act [1]** 163/21
**acting [1]** 5/7
**action [11]** 13/19 84/19
84/21 85/12 90/22
90/24 91/4 98/10 161/1
175/14 175/15

**active [3]** 93/10 136/3
161/8
**actual [6]** 50/10 50/22
53/2 56/14 65/14
102/14
**ad [2]** 17/24 19/2
**Adams [1]** 146/5
**add [1]** 43/17
**addition [1]** 110/14
**address [6]** 7/5 7/12
76/4 132/1 163/15
163/16
**addressing [1]** 34/6
**administered [1]** 5/3
**administration [21]**
23/18 25/1 30/6 30/16
31/6 40/21 41/19 42/3
43/20 44/12 47/8 49/5
49/8 50/23 57/11 57/24
59/18 67/20 68/3
107/13 114/14
**administrations [1]**
29/10
**administrator [1]**
52/21
**admits [2]** 3/20 86/8
**adorable [1]** 101/2
**ads [3]** 19/7 19/8 19/12
**advance [3]** 22/8 22/24
148/20
**advice [1]** 27/16
**advised [2]** 79/13
80/10
**adviser [1]** 12/24
**advisers [1]** 138/8
**advocated [1]** 164/6
**advocating [3]** 65/24
164/5 164/19
**affairs [2]** 67/1 107/19
**affected [2]** 25/6
167/25
**afternoon [4]** 93/17
94/21 94/22 95/24
**age [1]** 46/5
**ages [1]** 107/7
**ago [10]** 9/19 14/1 50/7
65/2 115/10 139/3
141/2 141/4 141/5
151/1
**agree [9]** 116/18
117/19 117/21 119/10
127/19 135/9 164/2
164/16 167/20
**agreed [8]** 97/24
**ahead [8]** 6/13 11/5
11/8 76/8 76/8 92/21
103/11 126/6
**Aide [3]** 3/13 3/19 92/3
**airplane [1]** 15/25
**AJ [15]** 3/11 3/22 4/2
4/7 4/9 69/16 70/15
70/22 72/10 74/15
77/21 143/19 165/25
168/2 172/17
**ajdelgado [1]** 2/5

**A**

**AL [1]** 1/8
**alarm [1]** 83/20
**albeit [1]** 105/4
**aligned [1]** 167/15
**allegation [2]** 22/22 23/10
**allegations [2]** 23/25 24/25
**allegedly [1]** 148/25
**allies [1]** 169/22
**allowed [4]** 72/17 97/18 97/20 123/20
**almost [4]** 13/24 87/1 111/11 171/2
**alone [7]** 27/8 75/15 105/11 140/4 141/20 161/3 162/23
**aloud [3]** 55/18 69/13 153/10
**amazing [1]** 105/9
**ambition [1]** 170/23
**amended [1]** 8/13
**America [8]** 22/15 27/18 35/21 36/3 36/4 36/6 68/10 158/25
**American [1]** 154/11
**amount [1]** 17/16
**amounts [1]** 18/10
**anchor [1]** 64/23
**Angel [1]** 67/8
**announce [7]** 91/22 97/25 110/11 115/10 116/17 117/20 172/5
**announced [15]** 72/17 93/24 94/11 95/17 95/18 120/23 121/3 121/5 121/14 122/2 122/15 122/17 123/9 123/12 171/23
**announcement [4]** 82/6 94/17 95/20 126/15
**announcements [1]** 95/15
**announces [1]** 118/5
**announcing [2]** 93/15 94/9
**answer [51]** 6/23 15/18 36/21 36/23 49/16 51/7 51/7 64/7 64/12 67/24 73/1 77/20 80/22 88/4 88/7 88/14 88/19 112/12 113/20 115/14 115/25 117/13 117/14 117/25 119/1 119/4 121/22 123/2 124/10 124/12 124/16 124/22 124/22 125/4 125/14 125/20 125/21 126/4 127/9 131/12 131/23 132/6 140/18 140/22 142/12 142/12 142/16 145/24 146/5 162/13

163/5
**answered [3]** 37/8 112/23 171/7
**answering [5]** 109/15 112/7 125/17 126/1 142/14
**answers [1]** 140/21
**anti [2]** 108/18 108/19
**anti-Trump [2]** 108/18 108/19
**antistic [1]** 128/9
**anyway [3]** 7/12 84/23 166/9
**apart [3]** 170/20 170/22 171/4
**apologize [2]** 35/6 37/8
**appearances [2]** 1/22 149/13
**appeared [1]** 174/5
**appointed [3]** 39/22 116/20 117/6
**appreciate [3]** 8/6 98/25 150/18
**appropriate [1]** 136/9
**approval [1]** 31/23
**approved [1]** 25/21
**April [1]** 35/25
**April 2018 [1]** 35/25
**area [2]** 19/22 69/11
**arena [1]** 166/20
**argumentative [1]** 104/10
**Arianna [1]** 159/20
**ARLENE [2]** 1/5 2/3
**article [27]** 3/6 3/12 3/15 3/18 4/11 4/14 23/10 55/18 89/24 90/3 91/13 91/16 92/13 100/17 122/4 122/10 135/21 135/25 136/14 136/19 136/23 139/10 158/3 169/5 169/22 170/6 172/18
**articles [2]** 136/12 136/12
**ascertain [1]** 76/16
**aside [2]** 21/22 113/3
**asses [1]** 130/12
**assigned [1]** 124/2
**assignments [1]** 14/18 15/11 54/22 118/3
**assume [5]** 8/12 10/19 15/11 54/22 118/3
**assumed [1]** 21/24
**attaching [1]** 111/11
**Attachment [4]** 6/14 6/15 6/16 6/23
**Attachment A [1]** 6/23
**attention [1]** 57/3
**attorney [15]** 2/15 2/22 8/19 8/20 46/12 46/12 49/12 83/17 83/22 83/23 142/4 143/12 143/15 175/11 175/13
**attorney-client [2]** 143/12 143/15

**audience [1]** 162/25
**Audio [1]** 1/11
**Audio-Video [1]** 1/11
**August [4]** 10/10 10/12 12/18 148/8
**August 12th [1]** 10/10
**August 2016 [1]** 10/12
**August 24 [1]** 148/8
**authenticate [4]** 151/4 153/3 154/1 154/5
**authentication [1]** 149/18
**authority [15]** 60/20 120/15 120/19 120/20 120/22 121/3 121/20 121/23 124/1 126/2 126/7 126/11 171/11 171/13 174/4
**authorized [1]** 175/4
**Avenue [1]** 2/19
**avoid [1]** 132/2
**Axelrod [1]** 106/11
**Ayers [1]** 28/1

**B**

**babies [2]** 110/16 110/21
**baby [8]** 74/9 93/19 95/1 111/4 114/6 115/7 132/22 133/14
**baby-daddy [2]** 93/19 95/1
**background [3]** 64/6 83/17 83/22
**backs [1]** 133/2
**bad [4]** 106/19 106/19 106/19 106/19
**Balart [1]** 155/13
**ballot [1]** 157/3
**bank [3]** 52/21 53/9 56/3
**Bannon [15]** 28/4 42/20 76/11 76/13 83/5 85/3 87/9 89/11 91/4 91/6 91/9 107/22 169/6 170/21 171/12
**Bartiromo [1]** 158/19
**based [13]** 14/11 14/20 14/25 14/24 14/14 36/2 36/21 42/5 42/5 47/18 81/5 86/13 111/10
**basing [1]** 134/20
**basis [1]** 25/18
**bathroom [1]** 6/4
**Bear [2]** 54/25 68/23
**Beast [3]** 3/6 55/18 92/3
**beat [1]** 130/13
**beating [1]** 74/5
**beautiful [1]** 163/4
**Becky [1]** 29/24
**become [1]** 167/4
**becoming [2]** 33/4 33/7
**begged [1]** 42/11

**beginning [2]** 29/14 99/20
**begins [1]** 153/11
**behalf [1]** 48/12
**behind [1]** 119/5
**belief [1]** 106/21
**believers [1]** 123/5
**bell [1]** 169/24
**belly [1]** 151/9
**best [2]** 58/1 117/12
**between [7]** 3/10 4/2 4/9 35/9 82/5 168/15 169/6
**big [12]** 25/15 25/16 26/13 32/19 39/1 48/16 52/3 53/16 60/24 152/6 158/21 159/7
**Bill [3]** 16/7 156/16 156/25
**birth [1]** 34/7
**bit [10]** 9/11 18/3 33/7 46/23 65/9 106/1 109/9 111/14 156/19 159/19
**bjustin [1]** 2/20
**blah [5]** 155/19 155/19 158/24 158/24 158/24
**blame [1]** 169/22
**bless [4]** 34/7 73/20 130/7 139/2
**BLUMETTI [2]** 2/10 99/21
**book [3]** 3/22 4/4 16/12 66/15 87/15 144/12 146/13 150/23 151/25 156/12 170/16
**booked [3]** 54/20 54/22 56/4
**booker [1]** 145/1
**booking [2]** 3/8 55/25
**books [1]** 58/2
**Boris [7]** 20/10 20/12 20/25 21/1 21/24 22/7 146/1
**boss [4]** 20/18 97/20 109/5 137/17
**Bossie [17]** 18/18 43/19 44/5 44/22 45/15 47/11 49/25 56/13 57/19 57/25 58/6 59/9 59/23 59/24 61/7 62/16 75/12
**Bossie's [2]** 44/19 146/18
**bottom [2]** 80/10 94/19
**boys [6]** 169/6 169/21 169/23 169/25 170/3 170/11
**boys' [1]** 152/6
**bracing [2]** 87/8 87/9
**Brad [8]** 16/6 16/8 17/19 18/23 18/24 36/8 36/14 54/4
**Brad's [1]** 18/21
**brains [1]** 167/4
**breached [1]** 80/7

**break [4]** 6/3 6/5 14/15 99/16
**breakfast [1]** 126/21
**breaking [1]** 26/20
**breasts [1]** 148/25
**breathe [1]** 149/14
**breezing [1]** 154/24
**Brian [5]** 44/20 45/16 59/4 59/5 145/10
**Briefing [1]** 48/23
**bring [4]** 57/5 75/19 156/10 169/3
**bringing [1]** 78/13
**brings [1]** 41/5
**broad [1]** 91/1
**broadcast [1]** 49/15
**brought [5]** 37/16 37/18 69/16 72/10 72/10
**build [2]** 106/9 131/22
**building [1]** 87/2
**buried [1]** 61/12
**bury [1]** 47/17
**burying [1]** 46/21
**Bush [1]** 30/16
**business [4]** 4/11 17/24 19/11 47/7 49/23 82/19 133/1 158/3 158/19
**busy [5]** 74/6 114/11 123/6 134/23 149/14
**buy [1]** 19/2
**byline [1]** 101/3 111/12

**C**

**C-O-R-I-N-N-A [1]** 53/9
**cabinet [3]** 28/6 31/20 42/12 49/7 104/23 105/7 171/14
**camera [1]** 24/8
**cameraman [4]** 132/17 135/17 138/25 140/25
**camp [1]** 158/24
**campaign [112]** 3/7 3/7 7/2 7/13 7/18 8/18 8/19 10/8 11/11 11/12 11/15 11/19 12/7 12/12 12/13 12/21 12/23 12/24 13/3 13/18 13/23 15/15 15/16 15/20 15/24 16/7 16/8 16/9 16/12 16/15 16/16 17/3 17/10 17/11 17/14 17/17 17/22 18/11 18/16 18/17 18/19 19/4 19/16 20/4 39/3 40/24 41/2 41/8 43/6 43/10 43/18 43/19 44/7 45/22 46/1 46/3 46/7 46/22 48/5 48/6 48/19 50/11 51/1 51/6 51/13 51/16 51/18 51/20 51/24 52/12 53/3 53/18 54/1 54/21 55/24 55/24 57/17 57/18 60/15

# C

campaign... [33] 60/17
60/19 61/1 61/10 63/22
73/25 74/3 99/21
104/23 105/6 105/10
106/12 106/13 136/24
140/5 141/21 142/3
142/21 144/19 146/21
149/25 153/20 156/17
156/24 161/5 162/5
162/9 162/17 164/2
164/18 165/8 165/16
167/17
campaigns [2] 29/8
157/9
candidacy [1] 10/5
candidate [3] 37/11
48/13 53/22
Candidate-elect [1]
37/11
candidates [3] 150/2
157/3 157/4
capacity [2] 5/7 15/21
caps [1] 154/16
care [5] 39/12 39/14
39/17 82/21 171/3
career [1] 98/3
careful [1] 82/20
cares [1] 87/16
cars [1] 19/24
case [10] 1/3 4/6 37/23
87/2 142/2 142/6
142/22 153/1 156/18
157/2
catch [1] 172/12
categories [1] 17/2
category [1] 6/22
Catholic [1] 123/4
cell [1] 88/17
certain [2] 46/5 110/8
certainly [13] 23/4
38/15 45/24 62/22
79/18 80/24 81/5 82/16
97/19 110/16 110/17
119/22 169/2
certainty [2] 45/10
45/11
CERTIFICATE [1]
173/7
certify [3] 174/4 175/4
175/10
cetera [11] 9/12 41/21
43/3 46/5 47/1 51/2
57/6 58/3 79/10 123/7
153/20
chair [3] 27/22 28/22
59/14
chairman [1] 47/2
chance [1] 102/20
change [1] 16/13
changed [4] 129/19
131/7 131/12 131/23
characterization [1]
84/12

characterize [2] 93/15
132/3
characterizing [2]
69/20 103/9
charge [7] 27/17 31/8
37/22 48/21 67/10
128/22 128/24
chart [7] 28/8 40/22
40/25 41/2 41/14 41/20
63/17
charts [2] 44/25 127/9
chat [1] 99/20
check [2] 29/14 29/17
checked [1] 148/20
checking [2] 21/22
148/7
Cheung [1] 145/11
chief [3] 46/13 62/21
114/11
child [17] 21/1 23/2
34/7 71/18 72/14 72/15
73/19 75/15 85/7 86/1
93/16 96/25 118/19
120/10 133/24 134/24
139/1
children [4] 67/9
103/11 106/18 123/4
choice [1] 109/6
chose [1] 113/2
Chris [13] 27/20 41/24
43/4 43/12 43/15 45/21
56/12 57/16 60/16 61/6
61/13 61/22 62/6
Christie [21] 27/20
27/25 41/24 43/12
43/15 45/21 46/17
46/24 47/10 47/21
48/12 48/20 49/24
56/12 57/17 60/16 61/6
61/14 61/22 62/2 62/6
Christmas [10] 33/4
33/9 34/12 82/9 122/23
122/24 123/6 126/10
126/11 148/14
Christmastime [2]
82/11 172/1
chronological [2] 9/4
155/11
chuckling [1] 106/17
circa [3] 35/25 154/8
circle [4] 50/9 61/11
135/20 139/24
circles [1] 57/14
Circling [1] 63/2
circumstance [3]
119/11 119/13 119/19
circumstances [3]
73/13 83/15 118/7
cite [1] 111/15
cited [1] 112/15
Civil [1] 175/7
claiming [1] 59/23
clarify [5] 37/9 64/16
88/8 88/24 141/24
class [2] 17/8 159/14

clear [14] 12/7 38/8
51/2 51/3 62/5 70/4
85/24 96/11 109/3
109/21 111/8 121/6
161/24 162/2
clearer [2] 40/8 166/19
clearly [1] 125/17
clickbait [2] 108/17
111/10
client [4] 7/3 12/21
143/12 143/15
client's [1] 132/3
clients [1] 10/1
close [6] 17/17 44/20
49/21 49/21 56/6 58/23
closer [1] 19/13
club [13] 135/13
135/25 136/15 136/16
136/25 137/14 138/9
169/6 169/22 169/23
169/25 170/3 170/11
clubs [1] 139/4
CNN [1] 18/2
coalition [1] 67/5
coalitions [1] 65/25
Cohen [6] 50/25 51/6
51/12 51/15 51/21
57/22
colleague [3] 44/20
45/16 151/5
column [1] 146/19
combination [1]
170/23
comedy [1] 100/24
Comey [1] 21/17
comical [1] 159/22
coming [8] 27/17 38/2
67/6 79/25 98/1 101/17
122/12 172/3
comm [1] 43/12
commencement [1]
24/25
commencing [1] 23/18
comment [2] 21/18
151/6
comments [2] 149/6
149/12
commission [4] 47/3
151/7 174/14 174/15
committee [5] 22/17
22/20 22/23 22/25
30/15
common [1] 119/25
comms [47] 28/15 28/18
38/5 38/10 41/25 42/8
42/10 42/19 56/21
63/12 64/17 64/20
64/25 65/3 65/12 65/23
66/2 66/8 66/21 67/3
67/12 67/17 67/18
93/19 94/5 94/11 94/18
95/9 95/11 117/6 121/4
121/4 121/10 121/20
121/21 122/3 124/2
126/3 126/8 126/14

126/19 127/9 136/23
136/25 137/6 164/4
172/6
communicate [1]
65/11
Communication [1]
1/12
communications [20]
20/20 22/17 34/25 38/1
38/25 65/5 67/1 71/13
72/16 76/22 86/2 97/1
118/23 119/14 120/24
121/15 122/19 123/12
126/9 138/17
company [9] 7/4 7/7
9/18 97/23 97/23
152/13 155/21 163/15
163/17
company's [1] 7/5
compensated [1] 48/8
compensation [1]
68/14
competition [1] 45/24
complaining [1] 10/16
complaint [8] 8/10
8/11 8/13 8/13 8/14
13/11 23/5 122/21
complaints [12] 10/14
10/15 10/15 10/22
11/16 13/13 13/15
13/16 16/14 16/15 17/1
17/9
complete [1] 12/20
completely [3] 66/18
84/13 154/18
compliment [1] 166/11
concede [1] 117/4
conceived [4] 132/21
133/13 134/4 134/11
conceiving [1] 134/23
concern [2] 10/16
14/24
concerned [5] 79/7
83/16 117/25 149/6
149/11
concerning [2] 94/4
94/18
concerns [5] 10/22
11/16 14/11 69/5 69/10
concluded [2] 19/16
173/3
condition [1] 137/15
conference [2] 113/7
116/12
confidant [1] 49/21
confidants [1] 46/3
confidence [1] 18/5
confiding [1] 89/15
confirmed [3] 42/13
74/11 74/16
conflating [1] 68/11
confused [2] 71/1
86/24
congratulations [5]
8/1 8/4 93/18 94/4 95/1

congratulatory [1]
7/20
congress [2] 52/9
157/4
connected [2] 68/15
175/13
connecting [1] 8/20
Connolly [1] 2/18
consensual [2] 72/24
73/3
consider [1] 48/18
consideration [1]
168/14
considered [1] 64/5
consulted [1] 24/12
consulting [2] 9/18
58/3
contact [4] 15/14 68/7
97/8 136/10
contacts [1] 21/23
context [2] 40/12
91/16
continue [1] 108/24
continued [4] 4/1 7/4
21/24 47/4
contractor [4] 9/22
48/5 50/11 51/16
contractors [2] 7/10
53/3
contrast [1] 142/24
contributor [3] 9/20
9/21 158/20
conventions [1]
159/21
conversation [3] 25/4
83/4 168/14
conversations [1]
143/16
CONWAY [21] 1/17 3/2
3/11 3/15 4/3 4/7 4/10
5/9 5/18 100/15 100/21
101/21 102/1 104/20
105/25 108/20 108/22
108/25 158/22 169/1
174/5
Conway's [3] 3/22 4/4
4/5
Cooney [1] 101/11
copy [1] 147/14
copying [1] 89/10
Corey [3] 12/16 59/11
86/9
Corina [4] 52/15 52/18
53/8 56/3
cornered [1] 152/8
corners [1] 65/4
corporation [2] 104/22
104/25
correct [56] 6/24 6/25
9/24 9/24 10/9 12/13
13/4 13/5 13/5 15/12
21/15 24/21 30/22
35/14 35/15 37/2 41/3
41/15 45/22 46/18
47/20 48/6 52/19 53/9

**C**

**correct...** [32] 54/21 62/7 62/8 63/4 70/3 72/2 72/18 72/21 72/22 72/25 73/8 75/10 81/2 90/16 93/23 96/1 97/8 99/17 114/16 115/11 135/13 138/18 140/7 140/12 141/4 142/4 144/8 144/20 153/4 153/4 154/17 157/8
**Correspondence** [2] 3/10 4/9
**corroborated** [1] 124/3
**could've** [4] 20/4 134/15 134/16 134/16
**counsel** [17] 6/6 8/11 27/16 38/4 38/10 51/25 51/25 80/1 82/6 85/8 95/7 98/1 99/17 99/21 167/18 175/11 175/13
**counselor** [2] 32/1 158/23
**country** [1] 119/14
**COUNTY** [2] 174/3 175/2
**couple** [6] 47/6 58/1 118/24 128/3 128/4 172/6
**course** [11] 24/13 30/19 38/19 42/15 78/19 119/12 137/22 145/9 167/1 170/13 170/13
**court** [13] 1/1 1/19 47/22 84/7 98/13 112/11 116/14 124/12 129/23 130/19 174/13 175/3 175/18
**creative** [1] 19/6
**credible** [1] 134/18
**credit** [1] 146/15
**crediting** [1] 30/2
**crew** [1] 21/17
**critical** [1] 16/11
**crossed** [1] 25/7
**crowd** [1] 75/8
**cry** [1] 154/9
**curiosity** [1] 65/18
**current** [2] 9/16 10/1
**cut** [3] 100/20 101/20 108/17
**cuts** [1] 125/10
**cutting** [1] 108/3
**CV** [1] 1/3

**D**

**D.C** [10] 7/23 22/18 29/8 29/13 30/4 31/9 31/12 49/10 102/17 152/12
**daddy** [2] 93/19 95/1
**dads** [2] 67/8 110/17
**daily** [4] 3/6 48/20

55/18 92/3
**Daniel** [3] 54/13 54/20 144/25
**data** [3] 17/24 52/18 57/11
**date** [18] 1/13 8/12 15/9 24/2 24/6 82/6 83/10 91/13 92/8 92/13 121/17 121/19 122/5 122/13 122/14 122/17 122/17 161/9
**Dated** [1] 3/11
**dates** [3] 33/10 92/11 148/8
**dating** [1] 81/20
**daughter** [2] 73/19 73/20
**Dave** [10] 18/18 43/18 56/12 57/18 57/25 58/6 59/9 61/6 62/16 146/18
**David** [4] 106/7 106/8 106/11 106/13
**Davis** [1] 139/15
**Dawsey** [2] 3/9 69/7
**days** [9] 56/22 79/20 80/14 95/6 95/6 95/15 126/10 145/8 172/7
**DC** [1] 2/19
**de** [1] 27/12
**deal** [3] 65/7 97/23 170/16
**dealing** [1] 65/2
**Dearborn** [1] 27/24
**debate** [14] 48/16 60/22 61/4 71/17 130/10 131/14 132/11 132/12 132/13 134/5 134/22 135/13 136/17 136/25
**decades** [1] 143/4
**December** [29] 3/11 3/16 3/18 4/12 32/13 38/3 73/24 79/3 79/20 79/23 88/13 89/18 90/15 90/23 92/14 92/17 92/21 96/7 97/21 100/17 101/21 101/25 102/13 102/18 121/16 123/9 123/10 149/22 158/4
**December 17** [1] 79/20
**December 21st** [5] 79/3 88/13 89/18 90/23 97/21
**December 22nd** [4] 38/3 121/16 123/9 158/4
**December 25th** [4] 92/14 92/17 92/21 123/10
**December 26** [1] 149/22
**December 7** [1] 102/18
**December 8** [1] 101/21
**December 8th** [1]

101/25
**December 9th** [2] 100/17 102/13
**decide** [4] 95/4 120/21 126/2 126/8
**decided** [4] 26/25 44/23 56/22 57/20
**decision** [2] 35/12 120/16
**decision-making** [1] 35/12
**decisions** [2] 27/13 31/19
**deck** [1] 133/3
**def** [1] 46/10
**Defendant** [1] 2/15
**Defendants** [1] 1/9
**definitely** [16] 20/8 21/11 25/12 27/25 28/3 29/23 32/18 32/24 45/19 46/6 76/11 76/13 82/5 86/6 96/8 117/16
**definition** [1] 113/12
**definitive** [1] 21/6
**degree** [2] 153/13 166/7
**delay** [1] 35/5
**DELGADO** [22] 1/5 2/3 3/11 3/23 4/3 4/9 5/19 54/8 55/8 78/16 86/19 93/18 94/17 110/11 118/11 118/14 123/11 131/22 138/24 140/20 142/20 144/6
**Delgado's** [1] 4/8
**delve** [1] 82/22
**demand** [1] 109/6
**Democrat** [1] 105/12
**Den** [1] 13/22
**denied** [1] 152/5
**Denison** [1] 4/6
**Denson** [4] 13/12 13/23 142/1 142/2
**Denson's** [1] 153/1
**deny** [1] 147/13
**department** [10] 29/17 29/18 29/18 41/25 42/8 46/12 52/19 126/3 126/8 126/14
**departments** [1] 42/15
**deponent** [1] 175/8
**deposed** [5] 5/11 6/1 17/15
**deposition** [14] 1/17 1/20 4/6 8/8 88/8 119/4 136/6 142/1 142/2 148/21 153/1 169/2 173/3 175/5
**depositions** [1] 9/9
**deputy** [8] 18/18 43/19 44/7 53/18 54/2 62/20 137/18 146/21
**derangement** [1] 167/3
**describe** [7] 96/20 115/22 156/14 156/22

101/25 170/15 170/17
**describes** [1] 145/24
**describing** [1] 117/21
**description** [2] 134/21 148/24
**descriptions** [1] 106/17
**design** [1] 25/17
**desk** [1] 25/7
**despite** [3] 24/24 87/19 116/23
**destroyed** [1] 7/9
**detailed** [1] 26/18
**DeWit** [1] 145/12
**Diaz** [1] 155/13
**Diaz-Balart** [1] 155/13
**diff** [1] 114/15
**difference** [1] 44/1
**difficult** [5] 116/14 164/3 164/11 164/11 164/17
**digital** [2] 17/24 57/11
**direct** [7] 39/10 136/5 136/8 148/18 148/22 149/2 161/10
**directly** [6] 11/20 11/24 12/9 34/17 46/20 51/3
**director** [32] 20/20 34/25 38/2 38/25 56/21 67/2 71/13 72/17 76/22 86/2 93/20 94/5 94/12 94/18 97/2 117/6 118/23 119/14 120/24 121/4 121/10 121/15 121/22 122/3 122/19 123/13 126/9 136/23 137/1 137/7 138/17 172/6
**disagree** [1] 66/23
**disappointment** [1] 59/17
**disbursements** [1] 19/2
**discovered** [1] 93/9
**discrimination** [8] 10/17 11/23 13/12 16/24 17/4 69/5 84/5 143/1
**discuss** [2] 99/16 155/22
**discussed** [2] 40/11 70/20
**discussing** [3] 107/20 107/23 126/21
**discussion** [9] 35/17 37/5 62/24 98/15 126/23 139/18 147/22 152/23 172/9
**discussions** [1] 142/13
**distinction** [1] 143/11
**DISTRICT** [2] 1/1 1/2
**Ditto** [2] 138/18 139/21
**Divided** [1] 107/14

**division** [1] 62/21
**DM** [5] 4/2 147/14 148/2 161/23 161/24
**DMs** [1] 156/6
**documents** [11] 6/19 6/24 7/25 8/8 25/19 25/20 26/19 26/21 108/15 124/3 125/19
**dollar** [1] 97/23
**dollars** [1] 18/22
**domestic** [2] 26/4 26/14
**Don** [1] 16/2
**DONALD** [8] 1/8 9/25 11/15 11/25 48/9 51/25 104/21 105/2
**donaldtrump.com** [1] 7/11
**double** [4] 37/7 80/8 84/5 89/8
**doubling** [1] 20/19
**doubt** [4] 92/20 126/11 163/22 163/22
**down** [13] 5/15 18/23 31/15 54/3 77/22 78/8 79/13 86/23 105/14 106/1 109/9 127/1 157/3
**downtown** [1] 48/22
**dozen** [1] 118/24
**dozens** [1] 30/3
**dream** [1] 66/22
**drinks** [1] 6/4
**dropped** [1] 46/7
**duly** [2] 5/11 174/6
**Dunlop** [1] 29/24
**during** [15] 11/11 11/19 13/23 22/8 22/9 22/9 22/11 22/25 31/14 33/8 60/9 60/10 73/25 99/16 149/24
**duties** [3] 12/16 14/9 42/7

**E**

**e-mail** [53] 3/9 3/10 4/9 7/5 7/12 63/23 69/6 69/7 70/18 71/24 72/3 77/22 78/7 78/10 78/18 79/2 79/6 80/5 80/23 81/2 81/10 82/17 82/25 84/6 84/8 84/17 84/23 85/1 86/8 86/13 86/20 87/1 87/18 87/22 88/13 89/10 90/23 91/5 97/10 97/11 98/3 111/1 113/3 113/5 148/19 155/5 155/10 163/13 163/15 163/20 163/22 163/23 169/15
**e-mailed** [2] 90/15 96/6
**e-mailing** [1] 155/12
**e-mails** [7] 7/9 7/11 7/14 64/2 70/19 127/1 127/4

**E**

**early [7]** 24/2 24/6 46/8
51/22 59/5 61/25
170/16
**earning [1]** 18/10
**easier [1]** 157/22
**easily [1]** 26/22
**Easter [1]** 67/7
**Eastern [1]** 121/15
**easy [3]** 18/6 64/7
154/4
**echelons [1]** 104/24
**economic [1]** 167/6
**ed [1]** 101/25
**editorialized [1]**
103/23
**Edwards [2]** 97/2 97/6
**effect [2]** 5/4 125/19
**Egg [1]** 67/7
**eight [3]** 13/24 120/25
165/19
**either [17]** 19/9 19/19
34/17 45/15 50/21 57/9
59/15 67/1 69/15 70/15
71/9 72/9 105/12
113/19 121/8 121/12
132/24
**elect [10]** 21/19 28/20
33/17 37/11 48/14
60/10 74/24 79/24 87/6
87/14
**elected [5]** 46/4 56/23
66/11 106/11 165/13
**election [4]** 19/13
60/23 132/14 154/7
**elevate [1]** 12/2
**elevated [8]** 12/11 39/1
104/24 105/2 105/16
107/10 136/25 137/6
**Email [1]** 2/13
**Email:adelgado [1]** 2/5
**Email:eflood [1]** 2/20
**embedding [1]** 148/23
**emerged [1]** 162/2
**emigrated [1]** 21/1
**EMMET [1]** 2/18
**empathize [1]** 150/21
**employee [6]** 7/3 9/21
51/17 168/16 175/11
175/12
**employees [1]** 7/10
**employer [2]** 116/24
168/15
**employment [3]**
137/16 142/25 164/6
**ended [1]** 73/20
**endorsed [1]** 46/8
**energy [2]** 29/17 30/17
**engaged [1]** 153/16
**Enjoy [1]** 173/1
**entered [3]** 26/5
109/24 122/7
**entire [3]** 97/11 105/13
159/13

**entitled [2]** 3/12 92/3
**entity [3]** 9/25 22/16
27/19
**entry [1]** 55/8
**EOP [1]** 49/7
**epidemic [1]** 167/2
**Epshteyn [6]** 20/10
20/12 22/7 22/24 145/9
146/1
**especially [2]** 83/16
125/8 157/2
**ESQUIRE [2]** 2/10 2/18
**establish [1]** 136/2
**estate [1]** 19/15
**et [14]** 1/8 1/14 1/14
9/12 41/21 43/3 46/5
47/1 51/1 57/6 58/3
79/10 123/7 153/20
**Eve [2]** 82/9 126/10
**evening [1]** 94/16
**event [5]** 4/13 46/10
75/7 97/5 160/9
**events [1]** 67/6
**everywhere [1]** 167/7
**ex [5]** 23/17 23/25 24/8
25/12 26/5
**ex-wives [5]** 23/17
23/25 24/8 25/12 26/5
**exact [1]** 39/2
**exactly [4]** 130/23
133/6 150/25 161/16
**EXAMINATION [1]**
5/16
**example [9]** 30/8 31/25
47/3 49/25 57/11 58/12
59/12 67/11 109/23
**examples [3]** 43/5 43/6
111/16
**except [2]** 23/24 51/13
**excerpt [9]** 3/22 4/5
89/23 89/25 97/11
105/13 146/18 150/22
152/25
**exclude [1]** 15/20
**Exclusive [1]** 3/19
**excuse [7]** 41/9 48/13
111/25 116/7 141/3
148/21 163/2
**execute [1]** 42/7
**executive [2]** 52/1
65/10
**executives [1]** 76/7
**exhibit [48]** 3/5 32/16
55/1 55/2 55/4 56/1
75/19 78/2 78/21 78/23
89/19 89/20 90/14
100/4 100/8 102/4
102/6 102/9 108/15
122/13 138/10 138/12
139/25 147/4 147/8
147/18 150/15 151/19
151/20 151/24 153/6
153/7 154/21 155/5
155/7 155/24 156/9
157/18 157/23 160/21

160/22 161/24 168/21
168/24 169/11 169/14
169/15 169/17
**Exhibit 6 [1]** 102/6
**exhibits [6]** 3/4 27/9
68/21 99/25 113/8
168/17
**existed [1]** 163/18
**exists [3]** 7/21 36/12
87/3
**expecting [1]** 75/15
**expedite [1]** 104/6
**experience [1]** 165/18
**experienced [2]**
151/13 152/15
**experts [1]** 42/14
**Expires [1]** 174/15
**explain [3]** 7/1 65/6
170/14
**explained [3]** 18/23
20/21 20/23
**explore [1]** 142/17
**exposed [2]** 20/8
118/18
**express [4]** 32/9 34/2
37/12 41/19
**expressed [2]** 18/18
40/6
**expressing [3]** 18/9
33/21 69/3
**extended [1]** 123/7
**extending [1]** 172/15
**extent [2]** 15/19 30/24
**extremely [1]** 50/1

**F**

**face [4]** 86/21 86/21
161/1 166/23
**Facebook [1]** 18/1
**facing [2]** 64/22 65/4
**fact [19]** 13/15 20/25
23/8 42/11 48/3 51/15
60/19 61/13 64/11
70/13 73/13 87/9 111/8
118/18 122/6 122/8
135/24 139/1 165/22
**factions [1]** 167/22
**factors [1]** 73/14
**facts [3]** 105/15 121/14
121/25
**factual [2]** 18/5 115/14
**factually [3]** 118/20
119/12 136/2
**failed [1]** 53/21
**fair [16]** 15/4 17/13
24/13 37/4 38/17 63/8
73/4 77/4 77/12 77/19
110/5 115/6 115/8
141/23 143/17 143/17
**fairly [4]** 16/11 25/18
29/11 150/16
**fairness [1]** 102/14
**fall [2]** 7/18 163/17
**family [8]** 7/22 39/12
39/15 39/17 59/8 98/3

106/22 123/7
**Famously [1]** 46/7
**fancied [1]** 16/9
**far [8]** 30/22 40/11 53/2
56/5 103/8 117/25
136/3 164/4
**fashion [1]** 68/16
**fast [5]** 10/17 106/2
108/7
**father [5]** 47/19 61/14
86/1 86/22 118/19
**FBI [4]** 23/17 25/5
26/24 170/10
**February [4]** 24/2 24/6
26/1 46/8
**February 2018 [2]** 24/2
24/6
**FEC [1]** 18/7
**Federal [1]** 175/7
**feelings [1]** 61/13
**fell [3]** 170/20 170/22
171/4
**felt [2]** 14/24 76/23
**female [6]** 22/5 22/8
22/25 70/21 105/3
130/13
**figure [1]** 65/11
**figured [1]** 130/16
**figures [2]** 165/19
165/20
**final [8]** 75/4 101/24
130/10 131/14 134/5
134/22 135/13 168/17
**finance [1]** 50/24
**financial [1]** 156/20
**financially [2]** 45/4
175/14
**findable [1]** 26/22
**fine [8]** 9/7 35/7 57/1
67/25 89/5 118/2
143/21 147/6
**finish [4]** 101/18 116/5
116/10 116/13
**finite [3]** 42/4 52/11
59/18
**fire [2]** 33/21 33/23
**fired [5]** 12/17 16/8
70/18 170/21 170/22
**firm [14]** 7/3 7/8 8/2
8/4 12/22 17/25 18/22
19/1 19/10 97/22
156/20 156/20 165/17
167/24
**firms [2]** 12/22 167/15
**first [39]** 5/10 9/15
13/2 21/10 25/10 35/21
36/3 36/4 36/6 39/16
49/3 67/14 68/8 68/10
70/17 79/18 86/14
86/15 105/3 105/10
107/6 108/25 111/2
111/21 111/22 111/24
113/9 113/20 113/21
130/13 140/20 145/16
158/13 158/23 159/11

159/20 160/12 161/25
167/18
**five [4]** 12/22 98/22
99/2 108/15
**FL [1]** 2/4
**flags [1]** 154/11
**flashy [1]** 20/7
**flew [1]** 75/5
**flight [2]** 150/17 172/12
**FLOOD [5]** 2/18 8/11
8/23 143/3 143/8
**floor [2]** 2/11 50/18
**Florida [11]** 1/20 5/7
5/8 17/12 19/18 19/19
19/20 19/21 19/24 174/2
174/14 175/1
**flourish [1]** 109/16
**flow [1]** 28/8
**flowing [2]** 30/22 30/24
**flying [1]** 51/21
**focus [3]** 40/13 168/7
170/24
**focused [2]** 98/2 123/8
**folks [1]** 52/10
**followers [1]** 32/21
**following [1]** 82/14
**follows [1]** 5/12
**force [1]** 5/4
**foregoing [1]** 175/5
**foreign [1]** 65/7
**Forgive [1]** 145/3
**forgot [2]** 31/12 154/18
**form [22]** 10/25 17/5
68/15 88/1 93/6 117/1
117/7 117/11 118/9
118/10 119/21 128/16
128/18 129/21 131/16
133/8 134/6 134/25
137/2 138/22 140/8
142/10
**formal [1]** 10/15
**formed [2]** 170/19
170/25
**former [4]** 3/19 53/19
53/22 129/12
**Fort [1]** 19/22
**forth [1]** 76/3
**forthcoming [1]** 94/18
**Fortunately [1]** 120/1
**forward [1]** 79/9
**founder [1]** 9/17
**four [4]** 49/10 85/1
103/8 106/16 107/24
107/24 111/5 123/4
126/10 159/7 159/10
**fourth [1]** 114/7
**Fox [6]** 9/20 9/23 18/2
158/19 158/20 158/25
**FPR [2]** 1/18 175/18
**frame [1]** 75/23
**frank [1]** 31/12
**frankly [3]** 66/25 124/2
132/14
**fraught [1]** 107/7
**free [6]** 30/22 30/24

## F

**free... [4]** 78/12 81/11 81/15 90/8
**free-flowing [2]** 30/22 30/24
**frequent [1]** 46/24
**frequently [2]** 3/8 55/24
**friend [4]** 28/1 47/4 48/9 58/23
**friendly [2]** 7/20 150/12
**friends [5]** 127/22 127/24 128/7 159/1 161/15
**front [2]** 122/22 162/24
**frustration [1]** 18/9
**full [2]** 38/11 78/9
**fully [2]** 83/23 107/12
**funny [1]** 106/25
**furious [1]** 69/25

## G

**game [1]** 159/16
**garbles [1]** 125/10
**Gates [1]** 36/7
**gazillion [1]** 97/22
**Gelbinovich [5]** 3/6 54/13 55/23 56/4 145/5
**gender [10]** 10/17 10/21 11/22 11/23 13/11 13/11 14/11 14/20 14/25 16/15
**gender-related [2]** 10/21 16/15
**general [4]** 46/13 49/13 81/1 131/3
**generally [5]** 11/25 12/10 64/13 163/1 168/12
**gentleman [4]** 53/5 54/12 56/2 109/4
**geographical [1]** 88/16
**George [1]** 169/1
**girlfriend [1]** 159/16
**girlfriends [1]** 110/18
**Giuliani [6]** 41/24 43/12 46/2 48/4 49/25 56/12
**given [20]** 5/5 15/13 17/20 33/19 35/13 49/25 64/5 65/23 68/2 70/10 72/1 110/7 113/17 114/3 114/13 115/3 118/8 145/20 167/21 175/7
**glad [1]** 57/25
**glance [1]** 171/18
**glaring [3]** 80/8 84/5 89/7
**glorious [1]** 66/9
**glowing [1]** 57/9
**God [5]** 23/5 34/7 73/20 130/6 139/2

**golf [3]** 158/9 159/13 159/16
**Google [1]** 18/1
**gosh [1]** 41/24
**Gotcha [1]** 157/16
**government [3]** 107/14 107/18 170/24
**governor [7]** 45/25 46/24 47/5 48/12 48/20 53/19 61/23
**governors [1]** 157/3
**governorship [2]** 61/24 61/25
**grabbed [2]** 152/7 154/14
**gracious [1]** 109/4
**grateful [1]** 130/6
**great [15]** 5/24 10/12 15/17 44/6 52/24 57/5 58/3 66/14 66/15 92/20 104/3 105/14 107/14 108/10 144/15
**gripe [1]** 47/17
**groped [1]** 152/7
**ground [3]** 5/25 6/10 9/2
**group [4]** 61/2 68/17 135/12 165/15
**guess [14]** 36/22 39/5 53/20 71/19 72/19 79/17 79/17 95/18 97/19 110/25 132/21 136/7 137/13 158/13
**guessing [1]** 18/25
**guest [1]** 46/25
**Guiliani [8]** 48/25 49/10 57/18 60/16 61/6 61/16 62/13 62/13 130/13
**guy [3]** 17/24 20/1 130/13
**guys [2]** 143/22 144/1
**GW [1]** 24/4
**GW Hospital [1]** 24/4

## H

**half [7]** 133/24 139/2 141/2 141/3 141/4 141/5 148/9
**Hampshire [1]** 51/22
**hand [2]** 5/15 174/8
**handling [1]** 80/25
**hands [1]** 133/3
**handwritten [1]** 7/17
**hang [1]** 128/10
**happy [13]** 7/1 42/21 57/6 69/15 88/4 88/7 88/22 89/23 92/2 126/25 127/1 130/7 143/12
**harassment [6]** 10/18 10/18 10/22 11/17 11/18 16/21
**harassment-related [1]** 10/22
**hard [3]** 54/15 120/4

130/16
**harder [2]** 130/10 131/13
**Harris [4]** 1/18 174/13 175/3 175/18
**Harvard [2]** 153/13 166/6
**harvard.edu [1]** 2/5
**Hatch [1]** 30/12
**hatchet [1]** 46/21
**head [2]** 73/17 100/19
**heading [1]** 6/16
**headline [6]** 100/15 100/20 101/20 111/12 168/25 172/22
**headlines [8]** 3/14 100/14 101/15 101/16 102/16 103/7 111/10 116/3
**health [1]** 168/8
**healthcare [1]** 76/7
**hear [16]** 13/10 17/2 22/7 22/23 25/9 26/10 27/2 27/3 38/22 41/3 68/1 75/14 133/21 134/14 149/9 149/10
**heard [32]** 10/24 12/3 13/8 13/13 17/9 21/7 21/8 21/13 22/4 22/6 25/10 26/9 27/4 27/4 32/10 34/17 38/18 53/7 68/5 68/6 68/8 70/24 71/6 71/7 74/8 74/17 133/24 134/23 149/8 149/9 168/1 168/4
**hearing [6]** 16/14 35/21 35/24 43/1 59/23 133/20
**heart [1]** 47/25
**help [12]** 31/5 57/7 70/12 76/3 86/23 118/16 121/25 133/7 133/7 133/11 153/17 162/23
**helped [2]** 31/4 150/1
**helpful [4]** 29/11 29/24 47/2 103/5
**helping [1]** 54/14 132/24
**helps [1]** 88/8
**Heritage [1]** 29/24
**HH [1]** 174/14
**Hicks [1]** 75/7
**highest [1]** 104/24
**highlight [2]** 78/14 79/11
**highlighted [5]** 55/19 55/22 69/12 144/6 150/24
**highly [1]** 163/22
**Hilary [1]** 74/5
**himself [10]** 12/6 16/9 28/10 48/11 51/1 51/18 51/21 73/7 76/21 146/21

**hindered [1]** 166/23
**hire [1]** 32/1
**hired [3]** 31/25 41/22 143/16
**hiring [10]** 3/20 27/12 27/13 31/18 42/19 42/21 42/24 61/20 171/10 171/12
**history [6]** 4/2 46/18 105/11 118/24 119/15 147/15
**hit [2]** 34/13 154/9
**hold [5]** 55/15 90/10 139/12 142/14 145/6 148/14 148/15 148/15
**holiday [1]** 92/19
**home [1]** 71/4
**homes [1]** 19/24
**honest [1]** 83/11
**honestly [2]** 56/16 85/23
**hope [6]** 75/7 86/9 91/7 136/3 165/2 166/8
**hoping [1]** 154/25
**Hospital [1]** 24/4
**hosted [1]** 123/6
**hour [1]** 65/2
**hours [1]** 155/1
**House [129]** 3/16 15/6 15/21 15/23 20/11 20/13 20/18 20/20 21/10 21/14 23/13 23/22 24/1 24/5 24/11 24/24 27/13 34/14 34/25 35/12 36/19 37/16 37/19 38/3 38/24 39/14 40/10 40/21 41/9 42/3 43/11 43/20 43/24 44/4 44/8 44/9 44/11 44/22 45/5 45/12 46/24 47/12 49/1 49/2 49/4 49/5 49/6 49/23 56/8 56/11 56/23 57/23 58/7 58/8 58/15 58/18 58/24 59/10 59/14 60/1 65/16 65/25 66/2 66/8 67/7 67/19 71/12 72/16 79/25 93/19 97/1 97/24 100/17 100/22 101/23 105/24 106/12 108/21 109/2 109/21 109/24 110/17 110/21 111/17 111/25 112/15 112/18 112/25 113/11 113/14 113/23 114/1 114/6 114/22 115/3 115/16 116/23 117/6 118/22 120/9 121/4 122/12 126/9 128/12 128/21 129/6 129/15 129/19 130/1 130/22 131/9 137/1 137/6 143/3 144/25 145/19 146/22 158/23 162/10 163/16 163/22 165/21 167/18

167/21 169/6 169/23 170/12 171/14 171/22
**hovering [1]** 95/11
**HR [3]** 10/23 85/8 91/3
**Huffington [1]** 159/20
**humor [1]** 109/16
**husband [1]** 93/7

## I

**idea [22]** 24/22 74/20 83/12 89/12 89/13 91/11 96/7 106/19 106/19 106/19 106/19 113/5 120/12 120/14 122/13 133/23 133/24 134/15 134/19 135/15 141/22 161/8
**identification [16]** 55/5 78/3 78/24 89/21 100/5 102/10 138/13 147/9 147/19 151/21 153/8 154/22 155/8 157/24 160/23 169/18
**ill [1]** 161/12
**illegal [1]** 67/9
**imagine [4]** 40/6 48/8 167/7 170/9
**immediate [3]** 20/18 45/5 61/2
**immediately [3]** 19/13 71/10 89/9
**immigrants [1]** 67/9
**important [5]** 101/7 113/4 123/1 125/18 127/14
**impregnated [4]** 116/24 118/25 119/19 119/23
**improved [1]** 167/5
**inaccurate [3]** 71/25 109/11 111/13
**inaug [1]** 22/19
**inaugural [4]** 22/17 22/20 22/23 76/4
**inauguration [2]** 22/9 22/25
**include [1]** 155/21
**included [1]** 113/16
**including [7]** 10/18 46/25 58/1 61/23 123/5 149/13 165/19
**incoming [1]** 109/25
**increasingly [1]** 107/17
**independent [2]** 9/22 53/3
**INDEX [3]** 3/1 3/4 3/24
**indication [1]** 34/16
**individual [2]** 43/7 158/16
**individuals [10]** 13/2 29/1 32/4 43/5 43/6 43/10 144/17 144/24 159/14 171/6
**industry [1]** 18/4

## I

**information [6]** 26/10
37/2 67/25 68/1 79/7
138/8
**informed [1]** 34/12
**infrequent [1]** 118/21
**inside [2]** 106/12
106/20
**Insider [4]** 4/11 158/3
**instance [2]** 65/23
167/23
**instead [6]** 36/15 44/21
97/24 134/23 136/21
165/21
**instinct [1]** 39/17
**intelligent [1]** 153/16
**intent [5]** 98/10 118/15
118/17 118/20 119/5
**intention [1]** 96/15
**intentional [1]** 161/20
**interest [1]** 41/19
**interested [4]** 36/14
62/17 63/12 175/14
**interesting [1]** 120/6
**interior [2]** 29/18 52/7
**intern [1]** 101/8
**international [1]**
162/25
**interpretation [1]**
96/22
**interpreted [1]** 96/23
**interrupt [3]** 35/4
78/17 112/9
**interrupting [1]** 35/7
**interview [3]** 4/10 52/8
155/13
**interviewed [2]** 49/11
52/4
**interviews [2]** 28/6
171/17
**intimate [1]** 161/15
**investigate [1]** 21/18
**investigation [1]** 84/7
**investment [1]** 156/20
**involved [13]** 28/1
29/22 34/19 42/21
42/24 46/6 51/12 51/18
125/23 127/5 127/6
132/21 172/1
**involvement [3]** 39/10
72/24 73/7
**involves [2]** 142/12
142/13
**Iowa [1]** 51/21
**ironically [2]** 21/20
146/19
**issue [7]** 34/16 37/12
69/4 69/15 72/3 80/25
155/23
**issues [2]** 10/19 11/17
**it'll [2]** 131/4 131/4
**itself [4]** 127/10 135/6
135/9 167/4
**Ivanka [6]** 16/2 35/10

110/19 111/17 112/15
114/10

## J

**January [6]** 15/7 21/19
21/20 23/19 35/22
160/8
**January 17 [1]** 23/19
**January 20th [1]** 15/7
**January 27 [1]** 160/8
**January 6 [2]** 21/19
21/20
**JARED [13]** 2/10 16/8
18/24 27/25 33/25 34/6
34/18 42/20 46/18
61/12 61/14 87/9
171/11
**Jason [34]** 3/13 3/20
34/10 39/2 40/14 69/16
69/21 70/15 72/10 83/1
83/2 83/8 86/1 86/22
89/14 92/4 96/24 96/25
118/19 120/8 121/2
121/18 122/11 124/1
127/22 128/21 129/5
133/5 136/14 137/23
148/24 156/12 156/25
157/2
**JasonMillerinDC [1]**
94/19
**jblumetti [1]** 2/13
**Jersey [3]** 7/24 45/25
53/19
**Jessica [3]** 13/12
138/18 139/21
**job [92]** 9/20 12/2 22/1
25/14 25/15 25/16
26/13 34/14 38/5 38/6
39/1 39/6 39/7 40/14
40/17 41/10 42/10
43/11 43/20 43/20
43/24 44/4 44/7 44/8
44/15 44/16 44/21
44/22 46/14 46/15
47/12 49/1 49/2 50/11
50/22 50/25 51/17
51/19 52/2 52/4 52/4
52/5 52/8 52/13 52/13
52/15 52/16 52/25
53/16 54/1 54/8 54/10
54/16 56/8 56/9 56/10
57/4 58/7 58/8 58/14
58/25 59/6 59/16 60/3
63/13 63/15 63/17
64/15 66/2 67/3 67/12
68/13 72/17 106/16
116/14 118/22 120/21
122/5 137/9 145/12
145/15 145/19 146/3
146/8 146/22 146/23
146/23 147/1 159/7
164/12 167/21 168/3
**jobs [27]** 27/18 35/13
39/8 42/4 42/4 45/1
46/11 47/6 49/18 50/15

50/24 52/10 52/11
53/24 57/23 58/12
59/19 60/1 66/8 66/22
67/17 102/22 101/22
159/15 167/13 167/23
167/24
**John [2]** 97/2 97/6
**join [1]** 15/5
**joined [1]** 35/21
**Jones [2]** 167/16
167/24
**Jose [1]** 155/13
**Josh [2]** 3/9 69/7
**joy [1]** 111/14
**Jr [1]** 16/2
**Juan [1]** 159/8
**judged [1]** 161/3
**judiciary [1]** 30/14
**Julie [4]** 114/5 114/10
114/23 115/2
**July [1]** 3/21
**jump [2]** 9/11 87/16
**June [1]** 12/17
**justice [2]** 29/18 46/12
**justify [1]** 118/18

## K

**Katie [2]** 36/7 36/18
**Katrina [3]** 36/8 54/1
54/2
**keep [9]** 7/14 78/11
103/19 104/3 106/25
107/1 161/15 165/23
168/2
**keeping [3]** 147/5
150/17 161/9
**Kelly [1]** 73/18
**kellyanne [77]** 1/17 3/2
3/11 3/15 3/22 4/3 4/4
4/5 4/7 4/9 5/9 5/22 7/6
9/16 10/13 15/6 15/22
23/5 37/7 41/8 69/2
78/7 79/3 79/16 87/21
88/15 89/25 92/2 99/11
100/10 100/15 100/21
101/12 101/21 102/1
102/12 104/20 107/9
108/20 108/22 112/2
114/19 115/9 116/5
117/12 119/3 123/17
127/22 131/7 132/6
133/22 134/10 136/22
139/6 139/21 140/1
142/1 142/11 143/25
144/10 144/22 147/11
150/16 150/23 151/25
152/11 152/25 153/12
154/6 156/1 156/8
172/10 172/23 174/5
**Kellyanne's [2]** 159/6
165/17
**kept [1]** 15/15
**KHP [1]** 1/3
**kids [4]** 16/3 107/24

107/25 159/7
**killed [1]** 67/9
**kind [10]** 18/5 30/18
36/14 38/13 84/25
110/7 120/22 132/2
164/3 168/14
**knowing [2]** 84/24
87/19
**knowledge [11]** 11/20
11/21 11/24 12/10 18/5
24/15 24/22 25/2 34/22
48/1 49/14
**Kristin [1]** 139/15
**Kushner [13]** 33/25
34/6 34/1 34/15 34/18
35/8 35/9 35/11 46/18
47/17 47/18 61/12
169/7
**Kushner's [4]** 46/25
47/18 47/19 61/14

## L

**ladies [3]** 124/17 125/8
125/8
**Lago [11]** 70/24 71/21
75/6 75/21 76/3 82/3
82/5 82/10 82/13
126/20 162/4
**lane [1]** 105/15
**Lanza [6]** 44/20 45/16
59/4 59/5 145/10
145/14
**Lara [3]** 110/20 111/18
112/16
**large [2]** 105/5 144/5
**Las [3]** 71/17 136/15
136/16
**last [8]** 47/9 53/13
74/11 85/25 86/7 86/11
132/11 148/6
**lasted [1]** 145/8
**late [1]** 38/3
**latitude [2]** 38/11
95/10
**Lauderdale [1]** 19/22
**laughable [1]** 171/2
**laughing [1]** 107/4
**law [4]** 83/24 97/22
153/13 166/6
**lawyer [1]** 142/22
**lawyers [1]** 142/13
**Lay [1]** 159/9
**LCR [3]** 1/18 175/3
175/18
**lead [1]** 19/10
**leading [1]** 36/14
**leaking [1]** 86/24
**learned [2]** 23/24
73/23
**learning [1]** 162/4
**least [2]** 135/16 153/14
**leaving [5]** 15/23 16/3
39/13 122/5
**led [1]** 132/22
**left [10]** 20/23 24/1

27/25 61/24 61/25 71/3
101/16 103/8 134/17
146/18
**left-wing [3]** 101/16
103/8 134/17
**leftist [1]** 138/7
**legal [4]** 85/8 166/21
167/14 167/23
**legislation [1]** 65/10
**Leila [3]** 1/18 55/3
138/11 147/5 150/8
151/19 153/6 156/5
160/20 169/14 174/13
175/3 175/18
**length [1]** 157/14
**less [1]** 67/4
**lesson [2]** 59/20
107/16
**level [5]** 3/6 33/20
33/23 41/12 55/23
**Lewandowski [2]**
12/16 59/11
**LHGKC [1]** 2/10
**lhrgb.com [2]** 2/13
2/13
**Liaison [2]** 67/3 67/4
**lied [1]** 26/23
**life [9]** 4/13 59/20
89/16 152/17 160/8
160/9 160/9 162/24
167/10
**light [1]** 76/18
**likely [4]** 111/22
111/24 126/7 136/13
**limited [4]** 26/9 61/25
65/22 66/1
**limiting [3]** 66/7 66/22
66/24
**line [1]** 25/4
**lines [1]** 33/15
**link [4]** 89/24 136/20
138/2 169/10
**list [7]** 43/17 53/15
144/6 144/23 146/8
146/12 147/7
**lists [1]** 127/9
**literally [1]** 26/25
**litigation [1]** 13/17
**live [5]** 17/11 19/19
19/20 158/18 159/4
**lived [2]** 19/20 153/15
**livelihood [1]** 164/1
**lives [4]** 31/2 71/4
82/23 167/6
**LLC [1]** 9/18
**LLP [1]** 2/18
**lobbying [2]** 44/21
145/16
**location [2]** 1/11 88/16
**longer-term [1]** 65/4
**longstanding [1]** 46/18
**looked [5]** 51/1 75/2
163/12 163/19 170/23
**looking [5]** 29/4 139/7
139/9 159/3 167/12

**L**

looks [5] 81/5 153/4
160/4 160/13 171/25
losing [2] 74/4 157/9
love [2] 147/21 154/16
lovely [2] 7/19 52/24
low [3] 3/6 17/23 55/23
low-level [2] 3/6 55/23
lucrative [6] 19/24 45/4
45/11 47/7 49/22 56/24

**M**

M-A-R-Q-U-E-E [1]
156/13
made-up [1] 104/1
mail [53] 3/9 3/10 4/9
7/5 7/12 63/23 69/6
69/7 70/18 71/24 72/3
77/22 78/7 78/10 78/18
79/2 79/6 80/5 80/23
81/2 81/10 82/17 82/25
84/6 84/8 84/17 84/23
85/1 86/8 86/13 86/20
87/1 87/18 87/22 88/13
89/10 90/23 91/5 97/10
97/11 98/3 111/1 113/3
113/5 148/19 155/5
155/10 163/13 163/15
163/20 163/22 163/23
169/15
mailed [2] 90/15 96/6
mailing [1] 155/12
mails [7] 7/9 7/11 7/14
64/2 70/19 127/1 127/4
main [2] 36/13 36/17
maintain [1] 61/8
major [1] 97/23
male [2] 14/18 151/5
man [1] 29/22
Manafort [2] 12/14
12/17
management [1]
159/17
manager [17] 10/8
11/11 11/12 12/12
12/25 16/7 16/8 16/9
17/11 17/14 18/19
43/19 53/19 60/16
105/10 106/13 146/21
managers [2] 13/3
106/12
Mane [1] 2/19
Mar [11] 70/24 71/21
75/6 75/21 76/3 82/3
82/5 82/10 82/13
126/20 162/4
March [6] 4/13 20/13
21/12 110/20 160/8
162/24
March of [1] 21/12
Maria [1] 158/18
Maria's [1] 159/2
mark [16] 55/2 56/1
89/19 100/7 102/3

138/10 147/3 150/5
153/5 153/24 160/20
169/10 169/11 169/13
169/14 172/18
marked [18] 55/4 78/2
78/23 89/20 100/4
102/9 138/12 147/8
147/18 150/7 150/9
151/20 153/7 154/21
155/7 157/23 160/22
169/17
market [3] 166/13
166/15 167/25
marking [4] 78/20
151/18 152/18 155/5
marquee [4] 156/13
157/1 157/6 157/11
marriage [1] 169/1
married [12] 27/7
71/18 72/13 72/15
73/14 73/18 83/11
109/1 109/20 111/5
113/10 113/14
matter [3] 9/5 42/14
60/20
matters [3] 132/15
143/5 166/7
mayor [4] 48/10 49/9
53/20 56/12
McDaniel [1] 59/15
mean [47] 10/15 13/24
16/9 21/9 23/1 23/8
27/15 28/5 28/7 28/9
34/23 39/11 39/15
39/21 41/21 47/21 49/5
56/9 56/13 61/4 61/18
69/21 69/24 70/1 72/11
72/20 76/15 83/8 85/6
85/13 90/25 93/2 93/7
118/25 128/7 136/1
140/2 141/6 141/13
145/7 148/24 151/15
161/11 166/19 167/10
170/21 171/1
meaning [2] 25/6
68/16
means [2] 111/3 139/3
meant [4] 9/1 76/17
131/13 157/6
meantime [2] 69/13
136/22
media [9] 32/19 80/2
107/18 136/3 138/9
140/7 159/3 159/5
161/9
meet [1] 99/20
meeting [2] 107/22
148/21
meetings [5] 14/10
29/6 47/1 76/5 171/15
melded [1] 65/15
member [9] 29/1 45/21
46/1 48/4 48/5 51/16
52/18 83/18 84/18
members [7] 52/9 53/2

65/14 138/9 140/5
140/7 157/4
memory [1] 105/14
men [2] 13/3 14/12
mention [2] 9/2 29/12
mentioned [15] 8/25
30/8 43/4 43/5 61/5
63/11 73/13 144/25
147/11 156/16 167/22
167/23 170/15 171/6
171/10
mentioning [2] 80/9
144/16
mentor [1] 109/4
Mercers [1] 36/13
merely [1] 81/1
merit [2] 42/6 85/12
Merry [1] 148/14
message [7] 136/6
136/9 148/18 148/23
149/2 160/25 161/10
messaging [1] 148/22
met [5] 13/21 13/22
14/3 14/8 167/5
Miami [6] 2/4 71/4
71/22 88/14 97/18
153/14
Michael [10] 50/25
51/6 51/8 51/12 51/15
51/20 57/22 145/3
145/4 145/17
Michigan [1] 65/8
middle [1] 154/10
might [14] 6/10 10/20
12/14 28/10 29/6 32/13
35/19 76/11 76/12 85/3
85/5 103/5 163/14
163/16
Mike [3] 16/2 28/19
145/17
mill [1] 134/4
Miller [71] 3/13 3/20
34/10 34/10 34/13
34/20 34/24 35/13 38/9
38/23 39/2 39/5 40/14
69/16 70/5 71/11 71/16
72/10 72/14 73/15
75/13 76/19 77/6 77/14
83/1 83/3 83/9 85/5
85/6 86/1 89/14 91/10
91/10 92/4 93/23 95/5
95/18 96/1 96/25
118/19 120/8 121/2
121/19 122/11 124/1
126/13 126/23 127/8
127/23 128/21 129/6
131/8 131/9 133/5
135/12 136/14 137/24
138/16 140/6 140/24
148/24 149/7 156/12
156/12 156/25 157/8
157/9 159/24 161/6
162/3 171/22
Miller's [7] 70/6 72/12
73/16 74/9 86/22 95/20

96/25
millions [2] 18/22
32/20
mind [2] 24/6 150/17
mine [4] 10/20 58/23
65/19 149/13
minute [1] 108/16
minutes [2] 66/10 99/2
mischaracterize [1]
116/11
mischaracterizing [1]
140/22
miserable [1] 149/13
mishandling [1]
169/23
misheard [1] 134/11
misquoted [1] 102/23
miss [1] 171/19
missing [1] 71/16
mission [1] 96/16
mistaken [1] 22/2
mistreated [1] 14/20
mistreating [1] 14/12
mistreatment [3] 10/17
13/11 14/11
mistress [2] 158/9
159/13
Mitt [3] 29/5 52/4 53/21
Mobile [6] 70/25 74/21
75/4 75/5 76/1 79/19
mom [4] 106/16 106/19
154/10 155/18
mom's [1] 155/19
moment [5] 65/2 84/14
154/8 161/21 166/15
moments [3] 48/16
60/24 115/10
mommy [1] 106/23
moms [4] 67/8 102/2
113/15 113/16
money [5] 17/16 17/25
19/1 19/5 165/18
monitor [1] 130/16
monitoring [1] 74/6
month [1] 68/19
months [9] 21/10
29/16 67/15 79/14
80/11 80/11 84/18 89/6
145/9
morning [7] 5/18 5/19
79/23 90/15 90/23
158/25 158/25
mostly [2] 157/8 157/9
mother [2] 24/3 168/9
mothers [8] 100/21
101/22 109/1 109/19
111/3 111/5 113/9
113/12
motivated [1] 54/17
mouth [5] 90/21 135/3
138/23 140/2 140/14
move [11] 19/21 63/4
98/5 98/18 113/19
124/4 124/6 124/6
125/18 127/20 143/13

moved [1] 7/22
moving [2] 78/11 98/3
Mr. [61] 8/11 8/23 12/6
12/8 13/3 17/19 17/21
18/6 18/8 18/10 18/14
19/15 19/24 22/24
23/20 26/3 33/2 33/12
33/19 33/21 34/10
34/15 34/24 35/9 38/22
39/5 39/20 44/5 44/19
44/22 45/15 46/25
47/10 47/11 47/17
47/18 47/19 48/4 49/25
60/10 71/11 71/16
72/12 72/14 73/15
73/16 74/9 74/24 75/12
76/19 77/6 77/14 99/21
126/23 127/8 129/9
131/8 132/12 135/12
140/24 143/3
Mr. Blumetti [1] 99/21
Mr. Bossie [5] 44/5
44/22 45/15 47/11
75/12
Mr. Bossie's [1] 44/19
Mr. Christie [1] 47/10
Mr. Epshteyn [1] 22/24
Mr. Flood [3] 8/11 8/23
143/3
Mr. Giuliani [2] 48/4
49/25
Mr. Kushner [1] 34/15
35/9 47/17
Mr. Kushner's [3]
46/25 47/18 47/19
Mr. Miller [15] 34/10
34/24 39/5 71/11 71/16
72/14 73/15 76/19 77/6
77/14 126/23 127/8
131/8 135/12 140/24
Mr. Miller's [3] 72/12
73/16 74/9
Mr. Parscale [6] 17/19
17/21 18/6 18/10 19/15
19/24
Mr. Porter [1] 26/3
Mr. Porter's [1] 23/20
Mr. President-elect [1]
60/10
Mr. Spicer [1] 33/19
Mr. Trump [12] 12/6
12/8 13/3 18/8 18/14
33/2 33/21 38/22 39/20
74/24 129/9 132/12
Mr. Trump's [1] 33/12
Ms. [11] 5/18 5/19
13/23 54/8 86/19
105/25 110/11 123/11
131/22 138/24 153/1
Ms. Conway [1] 5/18
105/25
Ms. Delgado [7] 5/19
54/8 86/19 110/11
123/11 131/22 138/24
Ms. Denson [1] 13/23

**M**

Ms. Denson's [1]
153/1
multi [1] 97/22
multi-gazillion [1]
97/22
must [11] 18/20 18/21
63/20 76/23 81/25 82/2
82/2 82/15 83/1 83/13
161/1

**N**

name [15] 41/25 42/1
43/12 43/13 50/13
53/13 81/17 111/11
114/2 114/9 122/3
138/17 144/17 146/18
156/13
name's [1] 101/11
named [6] 29/23 52/14
54/13 93/19 95/2 97/1
names [6] 52/3 53/16
63/3 144/6 157/1 157/6
NASA [1] 145/13
national [3] 43/4 33/7
41/12 48/22 50/11 74/4
92/19 162/24
naturally [2] 77/15
95/25
nature [1] 135/15
NBC [1] 18/2
NDAs [1] 80/7
necessarily [2] 32/4
54/9
needed [1] 133/3
needs [2] 119/4 168/9
negative [3] 27/5 38/16
61/13
nests [1] 167/3
network [1] 141/1
networks [2] 132/19
135/18
never [28] 7/12 7/12
22/6 24/6 27/4 27/4
30/25 35/23 67/24
70/14 70/15 70/23 71/7
71/8 71/8 71/15 71/15
72/9 72/11 73/25 79/9
88/16 101/17 120/14
161/11 167/5 168/1
168/3
news [8] 9/20 9/23
18/2 26/20 33/4 33/7
158/20 158/22
nice [4] 39/16 59/6
70/2 93/3
Nick [1] 28/1
nickname [4] 50/21
53/5 53/8 56/3
night [18] 60/23 71/17
75/25 120/5 130/10
131/14 132/8 132/11
132/25 133/10 133/14
134/5 134/11 134/22

135/13 136/16 136/25
154/7
nimble [1] 150/1
nine [1] 101/1
Nobody [1] 133/2
nominee [2] 12/2
105/11
noncompliant [1]
152/9
nonetheless [1]
161/22
nonpolitical [1] 166/22
nonprofit [1] 28/17
nonresponsive [5]
98/6 98/19 104/9
113/20 123/15
Norton [1] 29/24
Notary [3] 1/19 5/8
174/14
note [2] 7/17 153/18
notes [5] 9/6 9/10 9/13
171/18 172/13
nothing [8] 12/3 17/9
22/4 66/3 109/3 118/4
168/4 169/2
Notice [1] 1/20
notified [1] 23/17
notwithstanding [2]
61/8 65/21
Nov [1] 7/7
November [3] 7/8 31/1
49/9
November 14th [1]
49/9
November 8th [1] 31/1
num [1] 59/11
number [11] 42/5
50/14 52/11 59/18
59/25 60/5 77/23 88/17
100/2 138/11 163/11
Number 2 [1] 77/23
NY [1] 2/12

**O**

O-Z [1] 53/5
oath [4] 5/3 80/5 116/1
174/1
Obama [1] 106/11
object [19] 17/5 51/10
87/25 88/1 119/21
128/14 128/16 129/21
131/16 133/8 134/6
134/25 138/21 138/21
138/22 138/22 140/8
140/8 142/10
objected [2] 11/9
117/13
objection [15] 10/25
87/25 116/21 117/1
117/7 117/11 117/24
118/9 118/10 128/18
131/24 131/25 132/3
137/2 142/8
obsessed [1] 167/4
obtain [1] 164/5

obtaining [1] 163/25
obviously [6] 6/6 105/1
146/20 151/7 154/11
166/6
occupation [1] 9/16
occurred [2] 9/8 73/11
October [2] 7/8 138/15
offending [1] 166/8
offer [8] 15/23 16/5
50/22 59/7 60/11 60/11
114/13 115/3
offered [17] 45/1 45/16
47/6 47/14 49/19 54/2
61/21 62/3 62/6 68/5
68/5 68/13 120/25
145/15 145/15 147/1
165/19
offers [1] 165/23
office [8] 24/24 25/18
31/11 31/17 47/1 67/2
67/4 87/4
official [6] 15/21 27/19
28/21 46/1 163/21
174/8
officials [3] 3/15 46/4
100/16
often [4] 65/16 148/7
163/23 168/6
old [8] 7/14 21/2 82/11
82/11 82/12 82/12
101/2 101/8
Omarosa [1] 65/23
Omarosa's [1] 66/25
once [7] 16/6 16/10
29/5 33/3 56/18 64/9
113/12
one [79] 9/10 10/1
12/22 21/11 21/20
23/16 24/7 25/12 26/5
27/6 27/10 34/12 41/10
43/11 44/8 47/13 50/12
50/16 53/10 53/11
53/17 54/14 54/16
58/16 60/2 61/3 63/16
63/21 74/4 78/5 80/15
82/4 85/24 86/6 88/7
101/8 101/13 101/24
102/5 102/7 102/8
103/10 103/10 103/13
105/12 106/11 118/5
120/15 126/20 128/23
132/18 134/16 134/17
135/18 138/1 142/6
144/17 145/20 148/6
148/6 149/8 149/16
149/21 150/10 150/10
152/20 154/4 155/5
156/4 156/8 157/18
159/21 166/1 167/17
172/6 172/7 172/16
172/21 172/21
one's [2] 113/17 164/1
ongoing [1] 110/22
online [1] 19/7
op [1] 101/25

op-ed [1] 101/25
open [4] 58/18 58/19
58/21 136/20
opened [1] 68/21
operational [1] 164/20
operationals [1]
164/20
operations [1] 30/6
opinion [12] 33/3
33/22 34/16 37/12
38/23 61/9 129/1 129/3
129/4 129/5 129/8
129/16
Opioids [1] 47/3
OPL [1] 67/10
opportunities [2]
107/17 165/15
Opportunity [1] 107/15
opposite [1] 165/14
opted [6] 44/21 45/15
45/17 47/11 47/13 59/3
option [1] 88/25
orally [1] 172/20
order [11] 9/4 9/5 9/6
9/11 26/11 26/15 65/10
94/21 124/12 145/6
155/11
org [8] 40/22 40/25
41/2 41/14 41/20 44/25
63/17 127/9
organization [2] 51/19
52/1
organizations [1]
103/8
organizing [2] 65/4
67/6
original [1] 89/11
originally [1] 153/14
Orrin [1] 30/12
otherwise [2] 111/12
149/2
outing [1] 139/22
outlet [1] 70/22
outlook.com [1] 2/5
outside [14] 17/2
36/17 47/8 49/23 56/24
58/1 59/4 59/6 67/17
68/16 85/1 106/10
106/14 168/13
Oval [3] 24/24 25/18
26/14
overture [1] 163/20
owing [1] 105/5
own [5] 15/24 15/24
15/25 156/19 165/17
Oz [4] 50/22 53/5 53/8
56/3

**P**

p.m [4] 92/15 95/21
121/15 173/4
P.S [1] 155/18
PAC [9] 35/21 35/25
36/3 36/4 36/6 36/13
36/17 54/3 68/16

page [11] 3/5 4/4 100/7
102/25 139/9 139/13
139/14 143/20 144/2
150/23 172/16
Page 136 [1] 144/2
Page 37 [1] 150/23
pages [1] 170/16
paid [1] 31/9
Palmer [1] 105/22
panel [1] 49/9
paragraph [2] 79/12
153/11
Pardon [2] 85/20 128/5
parents [1] 20/25
Parscale [10] 16/6
17/18 17/19 17/19
17/21 18/6 18/10 19/15
19/24 36/8
Parscale's [1] 19/10
part [16] 6/14 32/4
45/12 46/20 48/18
48/20 60/17 61/1 61/9
96/17 104/4 105/5
105/5 113/4 144/5
149/25
partic [1] 61/22
particular [10] 44/15
58/7 58/6 63/18 70/11
72/3 143/10 149/17
160/11 171/9
particularly [6] 9/10
32/10 125/18 127/13
164/3 170/18
parties [1] 175/12
parties' [1] 175/13
partners [1] 167/17
party [1] 42/25
pass [1] 134/18
past [2] 47/19 113/20
paternity [5] 85/7
91/22 93/15 110/12
123/8
patio [1] 126/20
pause [1] 34/13
pay [1] 18/1
paying [2] 8/21 57/3
PDF [2] 100/7 138/2
Pearson [2] 36/8 54/2
peeking [1] 65/3
peers [1] 46/4
penalty [1] 26/19
Pence [5] 12/23 16/3
28/20 31/24 150/1
penchant [1] 147/12
people [85] 16/10 21/9
21/16 28/8 28/15 28/19
29/9 29/19 30/3 30/19
30/24 31/7 31/8 31/21
39/12 40/24 41/1 41/11
41/11 41/15 41/18 42/2
44/2 45/1 50/14 50/23
52/3 52/6 53/24 53/25
54/14 54/23 56/16 57/4
57/4 57/9 59/13 60/16
61/3 64/9 66/7 67/6

**P**

people... [43] 69/25
70/1 74/1 74/17 80/15
82/21 85/10 85/10
92/18 93/9 97/10
101/13 107/23 110/2
110/11 110/16 112/25
115/12 116/3 117/8
118/3 119/13 119/22
137/14 141/14 141/14
141/14 146/7 146/12
149/12 156/17 162/9
165/16 165/18 165/23
166/1 166/25 167/2
167/9 167/12 168/5
168/10 171/14
**people's [4]** 74/6
110/24 149/12 167/4
**Per [1]** 175/7
**percent [3]** 19/6 19/7
109/22
**perception [1]** 131/8
**Perfect [1]** 103/16
**period [8]** 11/14 11/15
22/10 22/12 22/21 76/2
145/25 146/4
**periods [1]** 30/3
**perjury [1]** 26/19
**permitted [7]** 23/12
23/14 23/21 24/10
24/10 24/23 120/9
**person [19]** 32/19
37/23 39/16 39/22
40/13 43/18 48/21
52/24 61/3 64/10 64/19
86/14 87/23 88/11 89/1
114/11 119/3 120/24
137/8
**person's [2]** 28/13
70/4
**personal [9]** 7/17
47/25 58/23 82/22
89/16 106/21 109/6
109/16 163/19
**personally [5]** 8/23
51/3 82/22 110/25
168/1
**personnel [1]** 128/24
**perspective [1]** 60/15
**phone [6]** 52/21 53/9
56/3 88/17 163/11
163/12
**photo [1]** 155/18
**photographer [1]**
140/25
**physical [3]** 26/4 26/12
26/14
**physically [1]** 5/6
**pick [1]** 159/8
**pickup [4]** 158/7
158/15 159/18 159/19
**picture [3]** 103/14
103/15 147/21
**piece [1]** 123/2

**place [3]** 19/12 126/12
136/9
**placed [1]** 65/25
**Plaintiff [3]** 1/6 2/3 2/7
**plaintiff's [1]** 8/14
**plan [2]** 83/25
**plane [6]** 18/17 70/25
74/21 74/23 75/1 75/12
**planning [1]** 30/5
**platform [1]** 87/13
**play [2]** 105/24 158/9
**plays [1]** 159/12
**Plouffe [5]** 106/7 106/7
106/8 106/13 106/14
**PM [1]** 1/14
**PMB [1]** 2/3
**pmcpppartland [1]** 2/13
**point [41]** 15/22 18/9
23/3 27/25 28/24 30/11
35/20 39/4 41/14 42/18
45/14 47/8 47/9 54/7
54/7 54/18 69/11 79/19
88/14 89/4 93/22 95/23
95/24 95/25 96/10
99/22 104/5 104/14
110/8 112/21 112/22
120/6 121/12 121/19
123/24 144/7 146/2
149/16 153/15 158/17
160/10
**pointing [1]** 81/1
**police [1]** 110/24
**policing [1]** 139/4
**policy [8]** 38/6 63/13
64/5 64/6 64/14 65/9
76/8 107/18
**political [4]** 106/10
152/12 157/6 166/20
**Politico [5]** 3/18 69/8
102/13 103/17 113/6
**politics [2]** 29/9 105/3
107/18 156/18 164/15
**poll [1]** 74/4
**polling [5]** 7/4 12/22
12/23 152/12 163/15
**pollingcompany.com
[1]** 7/6
**Porter [5]** 23/12 26/3
27/5 30/8 169/23
**Porter's [2]** 23/17
23/20
**portion [5]** 55/22 98/16
150/24 153/10 160/11
**posed [2]** 88/5 104/9
**posing [1]** 88/7
**position [32]** 20/11
20/13 22/17 27/21
33/13 38/23 40/4 40/7
40/16 40/25 41/2 41/16
42/24 48/7 51/2 58/15
58/18 59/22 59/24 61/6
68/14 69/3 72/13 87/7
87/17 95/2 105/16
107/10 121/17 124/7
162/7 162/10

**positions [10]** 28/6
30/20 31/20 31/22 60/8
61/4 61/22 104/22
156/23 171/15
**positive [2]** 149/24
161/1
**possibility [1]** 47/10
**possible [17]** 21/3 23/9
27/10 34/20 34/20
34/21 40/23 44/19
44/22 44/24 45/14
47/10 54/19 64/1 64/3
91/6 99/12
**possibly [6]** 96/2 96/3
96/11 135/19 141/1
141/1
**post [8]** 4/14 12/12
21/14 69/9 101/25
108/19 169/16 172/21
**posted [2]** 92/14 97/7
**power [1]** 107/11
**powerful [1]** 104/22
**powers [1]** 105/16
**practice [3]** 44/23
83/24 166/21
**practicing [1]** 123/4
**praising [1]** 152/4
**pray [1]** 161/12
**precipice [1]** 130/14
**preferred [1]** 93/6
**pregnancies [2]**
110/12 110/24 161/2
161/17
**pregnancy [24]** 10/19
10/19 16/24 33/3 33/6
33/23 34/7 37/13 39/20
39/25 40/3 40/7 40/9
40/12 69/4 70/16 96/1
96/12 113/17 115/11
116/17 117/20 118/5
123/8
**pregnancy's [1]** 110/7
**pregnant [67]** 71/7
71/12 72/21 74/9 74/16
74/21 77/6 77/15 79/14
79/16 80/11 81/4 81/9
81/19 82/16 82/18
82/25 83/9 83/18 84/18
84/24 85/18 85/24
85/25 86/12 86/22 89/7
96/21 96/24 109/24
110/3 110/15 110/18
110/18 111/3 111/7
111/8 111/15 111/16
111/17 112/13 112/24
113/1 113/1 113/2
113/13 113/13 113/15
113/15 113/23 114/1
114/12 114/22 115/2
115/13 115/15 115/17
115/18 115/18 116/19
117/5 117/22 118/4
120/9 151/10 161/6
162/3
**premise [1]** 66/23

**prep [3]** 48/16 60/22
61/4
**preparation [1]** 8/7
**preparing [2]** 87/5
132/12
**presence [1]** 29/13
**present [3]** 5/6 37/22
139/22
**presented [4]** 16/1
70/17 74/18 108/14
**president [59]** 1/8 9/17
18/20 21/19 21/25 22/3
25/19 27/15 28/10
28/20 30/25 31/18
31/24 31/24 32/1 32/9
33/17 38/4 38/10 38/14
46/3 47/4 47/6 48/11
48/13 48/14 49/22 51/4
51/20 56/22 58/2 60/10
61/21 64/21 65/8 66/10
68/15 71/8 74/24 79/24
80/1 82/7 87/6 87/11
87/14 95/8 95/17 98/1
105/15 106/11 109/19
128/22 129/11 129/12
130/13 137/11 158/23
164/5 164/19
**President-elect [8]**
21/19 28/20 33/17
48/14 74/24 79/24 87/6
87/14
**presidential [5]** 12/1
29/10 53/22 105/3
105/10
**Presidents's [1]** 39/10
**press [34]** 20/19 28/3
28/8 37/22 38/1 38/5
38/9 42/7 42/10 42/19
54/3 56/20 63/12 63/15
63/17 63/25 64/10
64/17 64/22 65/1 65/13
65/14 65/23 66/2 66/8
66/10 66/17 67/18
86/24 95/8 95/11
126/19 132/13 158/7
**prestigious [1]** 50/2
**presume [4]** 25/24
35/8 63/20 76/20
**presumed [4]** 83/8
168/6 168/7 168/8
**pretend [1]** 115/22
**pretty [10]** 12/14 20/1
21/25 22/3 48/23 59/5
105/9 159/21 160/6
166/6
**previous [1]** 121/6
**Priebus [3]** 28/2
159/24 169/7
**principal [2]** 9/17
31/18
**print [1]** 157/1
**prison [1]** 61/14
**Prissy [1]** 155/20
**private [10]** 28/16
44/23 45/17 54/18

57/20 58/9 164/14
164/16 166/19 167/13
**privilege [2]** 143/12
143/15
**privileged [1]** 142/16
**pro [3]** 2/3 2/7 160/9
**pro-life [1]** 160/9
**problem [1]** 155/3
**Procedure [1]** 175/8
**process [1]** 23/6
**produce [2]** 6/20 7/25
**producer [3]** 135/18
138/25 140/25
**productive [1]** 149/24
**profession [1]** 167/14
**profiled [1]** 23/8
**profiles [1]** 20/2
**project [1]** 151/8
**prominent [1]** 43/18
**promise [1]** 136/1
**promotion [1]** 118/8
**propositioned [1]**
152/8
**prosecution [1]** 47/19
**prospective [2]** 168/15
168/16
**Prostitutes [1]** 3/20
**protected [1]** 17/8
**protesting [1]** 101/9
**proud [1]** 154/16
**prove [1]** 104/5
**provide [2]** 133/12
142/22
**provided [5]** 8/12 8/19
103/17 142/3 142/6
**public [17]** 1/19 16/19
24/7 25/11 25/23 33/11
49/14 65/4 65/12 65/12
65/13 67/1 67/2 67/4
67/7 107/18 174/14
**public-facing [1]** 65/4
**publically [1]** 26/22
**publicly [9]** 42/9 49/17
50/6 50/8 51/4 69/10
164/7 164/23 166/23
**published [2]** 92/14
144/13
**pull [3]** 27/9 55/15
122/12
**punished [1]** 152/8
**purchased [1]** 144/12
**purchaser [1]** 19/10
**purchases [3]** 19/15
19/24 20/6
**purported [1]** 35/11
**purpose [1]** 146/8
**pursuant [2]** 1/20 5/2
**pursue [1]** 47/11
**put [31]** 5/14 28/6 28/7
31/21 34/13 37/21 38/9
41/20 42/11 61/14
63/17 63/20 78/4 79/24
86/19 87/1 87/18 89/17
89/23 93/11 95/8 103/5
126/12 136/19 138/23

**P**

**put... [6]** 140/2 140/13 147/17 150/3 166/23 168/24
**putting [8]** 55/3 78/9 90/21 126/14 127/8 135/2 149/18 155/24

**Q**

**qualification [2]** 33/8 134/21
**qualified [3]** 32/11 60/8 62/22
**qualify [2]** 90/25 117/3
**ques [2]** 112/22 113/21
**questions [10]** 9/3 88/7 98/10 109/15 121/7 124/10 124/11 124/12 124/15 124/15
**quick [3]** 98/21 99/15 154/4
**quickly [5]** 27/10 31/3 96/5 99/12 154/2
**Quit [2]** 3/13 92/4
**quite [3]** 29/20 32/5 130/24
**quote [36]** 4/13 46/1 46/20 69/14 71/6 79/13 80/15 80/16 93/18 94/17 97/2 100/20 101/21 101/25 102/17 104/1 104/19 104/19 104/20 104/20 108/16 108/25 113/7 113/8 115/10 149/23 151/5 151/6 152/6 152/7 154/8 154/15 156/12 157/1 160/8 160/25
**quoted [1]** 172/21

**R**

**race [1]** 46/7
**rag [1]** 138/7
**rags [2]** 101/16 134/17
**raise [2]** 14/10 14/24
**raised [6]** 10/14 10/23 11/16 24/25 25/3 69/10 69/5
**raising [2]** 10/16 69/5
**rarely [1]** 127/24
**Ratcliffe [3]** 114/5 114/10 114/23
**re [2]** 4/10 163/25
**reach [5]** 161/1 161/5 162/5 162/9 162/17
**reaching [2]** 163/6 163/7
**react [1]** 158/21
**readable [1]** 26/7
**reading [19]** 19/14 19/23 26/6 69/18 90/6 90/12 94/15 100/23 101/18 104/12 104/17 104/17 104/18 106/2 107/3 108/3 109/17

145/6 172/13
**reads [1]** 100/15
**ready [1]** 100/1
**real [7]** 19/14 31/16 121/23 122/11 167/3 167/6 171/3
**realize [1]** 38/20
**really [11]** 21/17 32/20 55/7 57/3 60/20 92/18 106/2 107/21 110/15 127/13 159/17
**reask [2]** 6/8 90/21
**reason [20]** 6/4 21/7 21/8 39/19 61/12 64/4 65/21 67/23 68/2 68/10 70/11 78/13 85/23 122/11 143/10 149/19 155/10 160/16 161/17 169/4
**reasonable [1]** 77/13
**reasons [1]** 167/10
**recalling [1]** 30/2
**receive [9]** 6/17 41/10 44/15 50/4 50/12 50/15 57/24 84/17 149/1
**received [5]** 20/14 21/14 79/6 81/1 91/5
**receiving [3]** 20/24 90/22 149/1
**recent [1]** 148/6
**recently [3]** 17/15 105/1 107/12
**Recess [2]** 99/7 147/24
**recipients [1]** 89/12
**recognize [1]** 144/10
**recollection [3]** 37/10 70/12 91/21
**recomm [1]** 31/19
**recommendations [4]** 29/2 31/21 32/3 171/13
**recommended [1]** 139/13
**recommends [1]** 139/14
**record [33]** 6/2 26/15 35/17 37/5 55/21 62/24 66/7 69/13 92/1 98/15 99/3 99/9 99/16 101/19 105/2 108/14 108/23 117/17 123/3 125/13 135/6 136/2 139/18 142/18 147/22 147/23 149/19 149/23 150/4 152/23 157/10 172/9 175/6
**recovered [1]** 83/23
**reelect [1]** 36/5
**refer [1]** 5/21
**reference [3]** 157/12 170/2 170/12
**referenced [1]** 169/25
**referencing [1]** 102/3
**referred [1]** 156/11
**referring [14]** 32/12 106/8 107/21 131/15

131/20 132/7 133/4 133/6 133/12 135/14 153/12 154/11 158/11 159/23
**refers [1]** 84/23
**reflect [2]** 105/2 108/14
**reflects [1]** 106/6
**refresh [2]** 70/12 91/20
**refuse [1]** 80/12
**regarding [13]** 10/17 11/14 11/17 11/22 13/11 18/9 26/11 34/3 70/10 72/2 102/15 163/25 164/1
**regardless [3]** 83/18 113/17 121/19
**regards [2]** 91/4 91/4
**regret [1]** 165/21
**regular [1]** 25/18
**Reince [8]** 28/2 42/20 76/12 87/9 107/22 159/24 170/21 171/10
**rejection [1]** 15/1
**related [7]** 9/25 10/21 10/22 11/17 16/15 17/3 22/4
**relationship [11]** 21/25 22/3 46/21 48/1 71/16 73/2 73/24 75/15 86/21 128/10 149/24
**relationships [1]** 74/7
**relative [2]** 175/11 175/12
**relatively [2]** 92/11 165/15
**relatives [1]** 21/3
**relayed [2]** 70/10 70/10
**relevant [5]** 7/16 38/7 58/14 58/15 98/11 169/5
**remain [1]** 10/3
**remained [1]** 49/19
**remark [4]** 115/9 115/21 158/6 158/8
**remarks [8]** 33/12 102/15 102/16 103/20 103/21 103/22 115/23 160/7
**remember [31]** 20/22 22/13 24/2 26/6 29/21 29/22 32/25 36/10 39/9 39/10 40/12 40/18 40/19 41/25 42/1 58/5 59/7 64/8 74/22 74/23 75/6 75/9 83/6 87/13 91/9 91/20 110/23 132/24 141/17 151/1 154/7
**remembering [1]** 30/9
**remiss [1]** 30/1
**Remote [1]** 1/11
**remotely [3]** 5/11 98/6 174/5
**removed [5]** 20/10

20/12 21/14 36/18 38/13
**repeat [2]** 106/14 140/21
**repeating [1]** 171/7
**rephrase [8]** 6/8 11/2 11/7 11/9 11/13 23/15 117/15 118/12
**replied [1]** 148/6
**reply [1]** 155/22
**report [3]** 18/21 57/9 175/5
**reported [4]** 21/20 21/21 26/3 57/9
**reporter [21]** 1/19 47/23 64/24 69/8 69/20 70/21 70/21 79/8 79/10 80/7 98/13 112/11 129/23 130/19 132/17 135/17 139/1 140/24 174/13 175/4 175/18
**reporter's [1]** 116/14
**reporters [2]** 69/22 82/8 84/24 111/13
**reports [4]** 18/7 23/16 25/23 26/2
**representation [2]** 141/24 144/20
**representative [1]** 51/24
**representatives [1]** 76/6
**represented [2]** 72/1 143/5
**representing [6]** 60/18 70/3 70/4 71/24 144/11 147/14
**Republican [6]** 12/1 29/8 105/3 105/11 105/12 156/17
**reputation [1]** 143/4
**request [1]** 175/9
**requested [2]** 7/17 98/16
**require [1]** 32/25
**researched [1]** 26/24
**reserve [1]** 19/12
**residence [2]** 18/15 60/24
**resignation [1]** 122/7
**resigned [1]** 122/8
**respectfully [10]** 67/5 83/25 91/12 110/10 122/9 122/10 122/10 123/7 124/11 135/24
**respective [1]** 42/14
**respond [1]** 79/2
**responded [3]** 79/6 161/10 161/23
**responding [3]** 123/24 123/25 158/18
**response [6]** 81/6 84/20 84/20 90/18 97/12 131/25
**responsibility [1]**

48/24
**responsive [2]** 98/9 123/18
**rest [9]** 25/23 75/2 91/14 98/19 99/12 113/20 120/4 130/11 132/11
**restraining [1]** 26/15
**resume [1]** 57/5
**resumes [1]** 30/19
**retained [1]** 8/23
**returning [1]** 166/21
**ReTweet [1]** 4/7
**retweeted [1]** 154/15
**reveals [1]** 168/25
**reverse [1]** 155/11
**reviewed [3]** 8/9 8/9 8/10
**revisiting [1]** 155/23
**Rex [1]** 29/4
**rhythm [1]** 48/20
**Rick [2]** 27/24 36/7
**ridiculous [1]** 134/17
**ring [1]** 169/24
**RNC [4]** 59/14 68/6 68/7 68/16
**roasted [1]** 159/5
**Rob [2]** 23/12 27/5
**role [23]** 29/1 39/23 50/2 62/3 62/6 64/5 65/24 65/25 68/2 73/15 77/16 87/11 105/4 105/23 106/8 106/9 106/14 107/9 107/20 116/20 124/2 164/18 164/20
**roles [3]** 62/17 62/18 62/18
**Roll [1]** 67/7
**Romney [3]** 29/5 52/4 53/21
**Ron [2]** 158/20 159/4
**Ronna [1]** 59/15
**room [4]** 48/15 48/16 60/21 137/18
**roots [1]** 153/14
**roughly [4]** 19/6 20/13 75/24 121/15
**rounds [1]** 80/2
**route [1]** 45/19
**Rudy [5]** 41/24 43/12 46/2 60/16 61/6
**Rule [3]** 102/17 113/6 175/8
**rules [3]** 5/25 6/11 9/2
**rumor [2]** 134/4 134/22
**run [1]** 48/11
**running [5]** 15/14 50/3 53/15 74/3 76/21
**Russia [5]** 20/15 20/24 21/1 21/4 21/15
**Russian [1]** 21/23

**S**

**S.W [1]** 2/19

# S

**salad [1]** 43/8
**sale [2]** 8/1 8/4
**Samantha [1]** 101/11
**Santa [1]** 123/5
**sat [3]** 28/5 126/19
171/15
**Saturday [1]** 18/14
**saw [9]** 25/11 42/6
83/12 90/15 92/21
101/17 102/15 109/19
155/18
**scandal [1]** 169/23
**Scaramucci [4]** 145/7
145/25 156/16 156/18
**schedule [1]** 15/25
**schedules [2]** 4/10
155/13
**screen [8]** 55/3 68/22
68/25 78/5 100/1
102/13 147/13 152/1
**screenshot [5]** 144/2
144/12 155/11 157/21
169/12
**scrolling [3]** 108/7
139/16 139/17
**SE [2]** 2/3 2/7
**seal [1]** 174/8
**Sean [7]** 20/18 28/3
32/10 33/8 37/23 39/7
63/19
**Seasons [1]** 49/10
**seat [1]** 42/12
**second [3]** 100/19
100/20 138/1
**secretary [21]** 20/19
25/16 25/17 25/20
26/13 30/17 37/22 38/1
49/13 50/3 50/4 52/5
52/7 53/23 54/3 56/10
56/21 58/13 62/13
66/10 66/17
**sector [9]** 28/17 45/17
54/18 57/21 152/12
164/14 164/16 166/19
167/13
**security [2]** 48/22
170/24
**see [85]** 5/24 6/9 9/3
9/11 33/1 53/4 55/7
55/9 55/10 55/11 55/13
63/10 64/9 64/22 65/17
68/20 68/22 69/17
69/20 77/10 77/13 78/8
78/14 79/5 81/16 84/21
87/2 90/1 90/4 94/14
95/18 97/3 97/10 100/6
100/11 101/3 103/6
103/7 103/12 103/14
103/15 103/25 127/4
127/21 128/3 128/3
128/12 128/20 129/2
129/12 129/14 131/8
136/8 136/11 136/12
136/20 138/3 139/9
139/10 139/10 139/12
139/13 139/15 139/16
141/19 141/25 143/22
144/1 144/5 144/17
146/17 146/18 148/13
150/14 150/24 151/23
152/19 153/25 157/17
157/20 158/2 162/6
164/22 165/4 168/21
**seeing [3]** 84/4 84/6
84/7
**seeking [1]** 50/1
**seem [8]** 17/22 70/2
74/10 109/12 113/7
148/19 153/21 163/11
**selected [3]** 12/13 13/3
146/12
**self [1]** 146/12
**self-selected [1]**
146/12
**sell [1]** 97/23
**seller [1]** 58/2
**semester [1]** 106/24
**Senate [1]** 30/15
**senator [5]** 28/16
30/11 30/12 53/20
53/21
**senators [2]** 52/9
157/4
**send [1]** 172/20
**senior [9]** 3/8 12/24
31/20 55/25 60/8 87/10
107/2 107/23 156/23
**sense [3]** 95/16 95/22
95/22
**sent [6]** 3/9 30/19 69/7
79/8 87/21 88/13
**sentence [2]** 12/20
113/21
**sentiment [1]** 163/4
**separate [1]** 65/16
**September [3]** 15/10
15/10 155/14 174/15
**September 15 [1]**
155/14
**September 4th [1]**
15/10
**serious [1]** 171/2
**serve [1]** 30/17
**service [1]** 8/21
**servicing [1]** 151/8
**serving [1]** 41/19
**set [3]** 26/19 83/20
152/5
**seven [10]** 52/6 61/5
120/25 141/3 141/3
141/3 141/4 161/21
165/20 172/5
**several [4]** 47/14 60/7
62/17 62/21
**sexual [6]** 10/18 10/21
11/17 11/18 14/25
16/21
**share [11]** 68/21 68/25
89/24 100/1 103/4
103/4 143/11 143/23
151/25 154/3 157/22
**sharing [1]** 143/20
**shock [1]** 75/17
**shop [8]** 28/3 42/8
42/19 63/25 67/18
67/18 121/4 121/20
**short [2]** 145/25 160/6
**shortly [2]** 19/16 98/25
**shot [1]** 66/1
**should've [3]** 130/11
131/13 166/18
**showed [5]** 97/11
108/16 122/4 122/4
122/10
**showing [4]** 55/14 78/7
91/13 116/2
**sic [3]** 36/3 47/18
128/9
**sign [4]** 25/19 97/22
155/21 175/9
**signal [1]** 167/21
**signed [1]** 25/20
**significant [1]** 30/3
**similar [3]** 39/2 49/24
165/24
**similarly [1]** 34/15
**simply [3]** 90/18 93/2
113/22
**Simultaneous [95]**
11/4 14/5 14/16 17/6
24/18 32/17 34/4 41/13
43/16 44/10 45/6 51/9
52/23 57/2 58/10 60/6
61/17 62/11 66/5 74/13
80/20 81/12 81/22
83/21 85/16 85/22 86/5
88/20 89/2 90/5 91/18
92/7 92/24 94/8 96/14
98/8 100/25 101/6
104/2 104/11 104/15
105/20 108/9 110/1
111/19 111/23 112/3
112/6 114/4 114/20
115/24 116/6 116/8
118/13 119/8 119/17
120/13 121/9 122/16
123/19 123/21 124/5
124/8 124/21 125/3
125/22 126/17 127/3
127/15 128/2 130/18
130/25 131/17 133/17
135/7 135/23 138/5
138/20 139/8 140/9
140/15 140/19 148/12
148/16 155/16 162/12
162/19 163/9 164/10
164/24 165/3 165/10
166/10 170/5 172/25
**Sing [1]** 154/16
**single [2]** 144/18
168/15
**singled [1]** 146/20
**Sister [1]** 154/16
**sit [1]** 172/12
**sitting [3]** 45/25 52/8
134/3
**situation [5]** 33/13
71/10 73/14 76/18
84/13
**situations [1]** 165/24
**six [10]** 21/10 52/6
133/24 139/2 139/2
139/9 139/13 139/14
141/2 143/20
**skim [1]** 160/11
**skip [1]** 27/11
**SkyBridge [1]** 156/20
**slash [2]** 157/1 157/2
**slated [2]** 63/14 63/16
**slight [1]** 35/5
**slow [2]** 106/1 126/25
**slowly [2]** 102/21
103/1
**small [4]** 23/2 32/5
149/25 165/15
**smart [2]** 149/25 166/3
**snarky [3]** 115/22
116/2 148/24
**social [4]** 32/19 136/3
159/5 161/9
**socially [1]** 28/13
**sold [2]** 7/7 163/17
**someone [18]** 18/24
20/15 26/11 26/12
28/10 39/6 91/8 97/19
110/8 135/18 135/25
140/25 146/2 164/3
164/17 164/19 167/5
170/2
**sometime [1]** 95/20
**sometimes [1]** 35/5
**somewhat [1]** 114/13
**somewhere [5]** 23/7
122/21 122/23 132/17
133/18
**son [8]** 110/19 130/6
134/4 134/11 161/13
168/8 168/10 173/2
**soon [3]** 83/25 150/16
151/7
**sorry [44]** 8/3 13/7
13/8 14/7 22/9 35/4
40/8 43/7 45/9 46/9
54/25 62/5 63/3 65/17
68/23 74/15 78/16 90/1
100/19 100/23 101/5
103/4 117/10 118/11
118/15 121/18 122/14
124/24 125/7 125/7
127/18 134/7 145/16
147/4 147/5 150/8
151/13 152/15 152/22
156/5 166/18 170/4
170/6 171/7
**sort [5]** 10/16 30/2
72/23 159/10 161/14
**Sotto [5]** 90/6 90/12
104/12 107/3 108/4
**sound [1]** 113/4
**sounds [5]** 30/21
135/22 170/10 171/25
172/7
**source [1]** 70/5
**sources [2]** 3/7 55/24
**SOUTHERN [1]** 1/2
**space [1]** 19/2
**spaces [1]** 38/12
**spadework [1]** 29/15
**Spanish [1]** 166/7
**speakers [96]** 11/4
14/5 14/16 17/6 24/18
32/17 34/4 41/13 43/16
44/10 45/6 49/11 51/9
52/23 57/2 58/10 60/6
61/17 62/11 66/5 74/13
80/20 81/12 81/22
83/21 85/16 85/22 86/5
88/20 89/2 90/5 91/18
92/7 92/24 94/8 96/14
98/8 100/25 101/6
104/2 104/11 104/15
105/20 108/9 110/1
111/19 111/23 112/3
112/6 114/4 114/20
115/24 116/6 116/8
118/13 119/8 119/17
120/13 121/9 122/16
123/19 123/21 124/5
124/8 124/21 125/3
125/22 126/17 127/3
127/15 128/2 130/18
130/25 131/17 133/17
135/7 135/23 138/5
138/20 139/8 140/9
140/15 140/19 148/12
148/16 155/16 162/12
162/19 163/9 164/10
164/24 165/3 165/10
166/10 170/5 172/25
**speaking [10]** 17/14
41/18 54/20 58/2 80/25
91/3 94/1 95/14 125/12
168/12
**speaks [3]** 127/10
135/8 166/7
**special [1]** 51/25 118/6
**specific [12]** 22/20
33/17 43/23 50/1 56/9
58/12 58/14 64/12
112/22 115/14 131/2
163/1
**specifically [13]** 24/11
29/21 34/11 35/22
38/15 42/9 50/2 64/14
75/6 87/13 91/9 146/2
163/2
**specifics [2]** 26/8
132/23
**specify [1]** 145/23
**speculation [1]** 105/23
**speech [2]** 65/10
162/23
**speed [2]** 11/3 12/19

## S

speeding [1] 41/6
spend [1] 136/7
spending [1] 82/8
Spicer [14] 20/18 28/3
28/7 32/10 33/19 37/24
38/9 39/7 42/6 42/20
63/19 76/12 95/5
126/18
Spicer's [1] 33/8
spilling [1] 146/19
split [1] 35/9
spoken [1] 145/14
spot [2] 109/11 110/8
spring [2] 23/23 35/22
squinting [1] 90/4
staff [16] 3/8 15/24
25/15 25/17 25/20
26/12 31/5 31/20 46/13
48/5 53/2 55/25 62/21
83/18 84/17 114/11
staffer [5] 3/7 43/13
50/10 50/18 55/23
stage [1] 75/8
stand [1] 14/1
standard [3] 80/8 84/6
89/8
standpoint [1] 77/14
stands [1] 148/5
staring [1] 151/9
start [2] 59/8 103/1
started [4] 6/14 9/18
36/7 132/20
starting [3] 3/14 10/10
10/12
state [17] 1/19 5/6 29/5
49/13 50/3 50/5 52/5
53/23 56/10 58/13
62/14 92/2 123/3
134/10 174/2 174/14
174/17
statement [3] 17/20
63/24 79/24
statements [1] 41/15
states [5] 1/1 30/11
55/22 93/17 130/14
stating [2] 80/24 134/3
status [2] 113/17 169/1
stay [6] 39/14 39/15
44/23 45/17 59/4 59/6
stayed [2] 58/8 106/13
Stenographic [3] 1/19
174/13 175/18
stenographically [1]
175/5
step [1] 84/11
Stepien [3] 16/7
156/16 156/25
steps [2] 87/11 91/2
Steve [8] 3/11 28/3
78/11 86/15 89/11 91/3
171/8 171/11
Steven [1] 145/11
stewarded [1] 105/6

stick [2] 16/4 151/9
sticking [1] 88/6
still [6] 66/17 90/10
106/24 144/19 162/7
163/18
stipulation [1] 5/3
stop [3] 75/5 80/12
80/16
storage [1] 7/23
store [1] 7/14
story [2] 33/4 33/7
straight [1] 103/22
strategic [1] 166/5
strategy [1] 17/10
Street [3] 2/3 2/11
154/10
stricken [1] 123/3
strictly [1] 88/6
strike [5] 98/5 98/18
104/8 113/19 123/14
strip [8] 135/12 135/25
136/15 136/16 136/24
137/14 138/9 139/4
struck [1] 153/16
structure [2] 49/6
67/13
stuff [3] 85/10 85/10
109/19
styled [1] 1/21
subject [2] 9/5 42/14
subjected [2] 83/19
84/19
submit [1] 26/18
subordinate [1] 116/25
subordinates [2]
135/12 136/24
subpoena [2] 6/16 8/9
success [1] 58/1
successfully [1] 105/5
sudden [2] 71/3 172/5
Suddenly [2] 3/13 92/4
sued [1] 13/18
suggest [2] 97/17
122/25
suggested [3] 108/19
120/15 120/18
suggesting [2] 73/2
98/2
suggestion [1] 97/17
Suggests [2] 100/21
101/22
summary [1] 92/10
92/12 93/3
Summit [1] 102/17
super [2] 36/17 107/2
superior [2] 14/18
150/2
superstructure [1]
106/10
supervisor [10] 82/20
116/19 117/5 117/23
118/4 118/17 119/20
119/23 133/5 151/6
support [3] 10/5
107/13 168/9

supporter [1] 10/3
supporting [1] 167/22
suppose [1] 18/24
supposed [4] 34/24
85/9 85/11 133/11
surely [2] 39/21 93/22
surgery [1] 24/3
surprise [1] 75/16
surprised [5] 31/3
75/14 75/17 76/15
108/11
surprising [1] 43/21
surrogate [1] 51/1
SW [1] 2/3
sworn [2] 5/11 174/6
syndrome [1] 167/3

## T

table [1] 152/6
tactic [2] 9/5 9/12
tangentially [1] 28/14
targeted [1] 158/16
team [8] 31/25 32/5
37/24 80/11 80/15
80/25 84/11 150/1
teams [2] 29/14 29/17
Telemundo [3] 4/10
155/12 155/23
Telephone [1] 2/12
Telephone:202 [1]
2/20
Telephone:202-434-53
00 [1] 2/20
Telephone:305 [1] 2/4
Telephone:305-510-34
00 [1] 2/4
television [3] 19/7
60/18 158/18
tenacious [1] 150/1
tendency [1] 39/11
Tennessee [1] 175/3
tenuous [1] 171/4
term [4] 61/25 65/4
91/1 128/8
terminated [2] 35/25
37/2
terms [7] 35/12 46/4
90/25 91/2 107/7
109/13 157/5
terr [1] 66/20
terrible [2] 66/16 66/19
testified [4] 5/11 13/19
13/25 14/1
testify [1] 42/25
testimony [6] 6/6
13/21 99/17 132/4
135/5 175/7
Texas [1] 19/21
text [1] 148/19
texts [1] 148/20
TFA [1] 27/18
thankfully [1] 160/6
themselves [1] 25/21
they've [1] 159/16
thick [1] 75/17

thinking [3] 44/25
66/15 162/25
third [4] 12/12 42/25
79/12 101/24
third-party [1] 42/25
thoughts [1] 103/9
thousand [1] 109/22
threatening [2] 69/25
70/1
three [15] 3/14 9/19
28/15 43/5 61/3 61/5
84/1 87/15 100/14
126/10 148/9 154/10
154/25 170/15 171/5
Three's [1] 155/20
threesome [1] 170/19
throw [3] 102/12
147/13 169/11
throwing [2] 92/6
165/18
thrown [2] 84/4 89/6
throws [1] 69/9
tied [1] 36/4
Tillerson [1] 29/5
timeline [2] 9/12
121/13
timing [1] 95/3
title [8] 12/15 28/21
28/22 38/10 39/2 45/24
67/1 95/9
today [8] 5/4 8/20 8/21
65/8 99/22 101/9 134/3
155/19
together [12] 28/7 28/7
46/22 48/2 65/15 75/16
123/2 126/14 126/19
127/8 128/11 132/10
ton [2] 29/15 31/21
tonight [4] 94/5 94/10
94/14 94/19
took [18] 21/22 22/1
27/16 31/19 31/20 36/7
36/8 42/18 44/20 45/20
46/15 68/14 76/21
77/22 135/12 136/8
137/4 145/12
top [6] 12/2 27/18 46/2
78/17 100/14 116/20
topic [6] 56/7 63/5
127/14 162/7 162/16
169/3
totally [1] 23/9
touch [1] 161/15
tour [1] 75/5
town [1] 168/4
track [1] 147/5
trade [1] 65/7
traditional [1] 19/7
transcribing [1]
116/15
transcript [10] 102/14
102/24 103/18 103/22
109/17 131/5 160/5
160/7 175/6 175/9
transit [1] 22/10

transition [21] 22/11
22/12 22/14 22/16
22/21 27/19 27/23
28/21 28/22 29/1 29/3
29/13 31/11 31/14 32/5
46/23 57/5 59/21 60/10
76/3 76/4
travel [6] 3/8 54/20
54/22 55/25 56/4 145/1
traveling [1] 60/9
treatment [2] 11/23
17/8
trick [2] 9/5 9/12
tried [1] 163/23
trip [3] 65/7 74/22
105/14
trouble [1] 138/2
true [17] 30/10 34/23
45/12 51/20 59/10
85/12 104/5 104/22
109/22 133/13 133/13
133/15 140/3 152/10
154/19 165/14 175/6
truly [1] 47/17
TRUMP [127] 1/8 3/7
3/13 3/15 3/19 7/2 8/18
8/19 9/25 10/3 11/15
11/25 12/6 12/8 12/11
12/23 13/3 13/18 15/13
16/2 18/8 18/14 19/4
21/10 21/19 22/1 22/3
22/15 23/18 24/11
27/15 27/18 30/25
31/24 33/2 33/17 33/21
37/11 37/11 38/15
38/22 39/3 39/20 42/16
46/3 46/8 46/22 46/23
46/24 48/13 48/14
48/21 51/4 51/19 51/20
51/22 52/1 52/1 55/23
58/2 59/21 60/9 60/18
61/21 64/10 64/21
65/16 65/24 66/10
68/15 69/3 69/14 69/15
69/21 70/11 70/13 71/8
72/2 74/5 74/24 79/24
92/3 97/25 99/21
100/15 104/21 104/25
105/2 105/15 107/12
108/18 108/19 109/2
109/19 110/19 110/20
111/17 111/18 112/15
112/16 113/10 113/14
128/13 128/20 129/6
129/9 129/11 129/13
132/12 137/11 138/8
140/5 142/3 142/19
142/21 150/1 152/5
164/2 164/6 165/7
166/24 166/25 167/3
167/15 167/21 169/22
171/16
Trump's [5] 33/12 48/9
49/22 114/10 128/22
Trump-Pence [2]

**T**

**Trump-Pence...** [2] 12/23 150/1
**trust** [1] 97/19
**try** [4] 29/16 53/4 99/11 117/8
**trying** [21] 11/2 15/19 21/17 27/9 31/1 37/9 76/8 76/16 83/6 104/5 112/9 123/2 132/13 132/14 133/10 140/17 143/7 143/9 153/25 154/1 170/24
**turned** [1] 54/3
**turns** [2] 20/15 20/17
**TV** [15] 42/11 48/12 51/23 64/8 64/9 64/19 65/24 157/1 159/4 164/4 164/18 165/20 166/2 166/2 167/23
**tweet** [8] 4/8 93/8 94/1 96/22 96/23 136/5 154/7 154/14
**tweeted** [6] 93/18 94/17 105/24 117/21 132/9 154/8
**tweeting** [1] 93/6
**tweets** [12] 32/11 32/12 32/13 32/19 32/25 92/11 93/3 93/12 96/3 96/18 97/4 134/16
**twice** [1] 27/8
**twins** [1] 151/10
**Twitter** [19] 4/2 32/20 69/5 91/21 93/9 93/10 110/12 110/25 113/2 115/11 116/17 117/20 118/19 136/6 147/12 147/14 148/7 161/23 161/24
**two** [29] 13/2 21/10 23/17 38/12 43/5 46/2 49/11 65/15 68/11 79/13 80/11 80/11 84/18 89/6 89/11 95/6 100/7 108/16 108/16 123/5 126/10 132/16 135/16 138/25 140/5 141/7 141/10 145/9 168/17
**two-minute** [1] 108/16
**two-page** [1] 100/7
**type** [1] 17/3
**types** [1] 109/20
**typically** [1] 41/18

**U**

**U.S** [1] 118/24
**UCLA** [1] 101/9
**ultimately** [10] 27/15 28/19 31/17 44/22 45/15 45/17 47/11 47/14 54/15 57/20
**unavailable** [2] 97/18

97/21
**unaware** [1] 84/13
**unclear** [2] 164/7 165/6
**uncomfortable** [2] 71/11 169/3
**uncontrollably** [1] 154/9
**under** [5] 26/18 30/16 80/5 115/25 124/12
**underdog** [1] 130/13
**underneath** [1] 137/23
**undersigned** [1] 174/4
**underwhelming** [1] 111/13
**unduly** [1] 104/10
**unfortunately** [1] 120/2
**unintended** [1] 161/19
**unique** [2] 119/11 119/12
**UNITED** [3] 1/1 30/11 130/14
**unknown** [1] 111/13
**unless** [6] 16/19 24/11 82/19 113/1 115/13 168/21
**unlike** [1] 29/7
**unmarried** [6] 109/1 109/20 111/5 113/9 113/14 168/9
**unplanned** [3] 161/2 161/16 161/19
**unquote** [7] 55/25 69/16 79/14 93/20 150/2 152/9 158/10
**untenable** [6] 71/11 72/13 73/12 76/18 76/24 76/25
**unusual** [2] 110/13 118/21
**unwanted** [3] 22/8 22/24 161/18
**up** [36] 8/12 11/3 12/20 35/9 43/8 51/14 51/21 55/3 66/12 73/20 75/8 75/19 78/9 78/13 89/17 89/23 101/2 102/12 103/5 104/1 129/8 133/2 136/19 136/23 139/25 147/13 147/17 156/9 156/10 156/15 159/2 161/9 165/23 168/24 169/3 169/12
**upfront** [2] 46/11 95/12
**upset** [1] 101/17
**user** [1] 150/12
**user-friendly** [1] 150/12
**usual** [1] 109/16

**V**

**vaguely** [4] 91/22 92/22 132/18 148/17
**variety** [1] 59/25

**Vegas** [3] 71/17 136/15 136/16
**venue** [1] 135/15
**verse** [1] 57/14
**versus** [4] 131/9 164/6 164/19 165/7
**vet** [1] 76/6
**veterans** [2] 76/6 76/6
**vetted** [1] 26/17
**Vice** [3] 28/20 31/24 87/14
**victims** [1] 23/19
**video** [2] 1/11 25/13
**view** [2] 32/9 149/23
**viewpoint** [4] 33/13 40/5 40/7 69/4
**violence** [5] 26/4 26/4 26/12 26/14 26/14
**vis** [8] 34/19 34/19 60/20 60/20 61/19 61/19 61/20 61/20
**visible** [1] 144/7
**visited** [1] 31/14
**visiting** [1] 65/8
**visitor** [1] 46/25
**visual** [1] 110/7
**Voce** [5] 90/6 90/12 104/12 107/3 108/4
**voice** [1] 25/12
**volunteer** [2] 31/10 48/8
**volunteers** [2] 48/19 60/19
**vs** [1] 1/7

**W**

**wait** [11] 32/21 90/10 95/4 142/8 142/8 142/9 142/9 142/9 142/9 142/9 148/8
**waited** [1] 172/5
**waiting** [1] 120/21
**wall** [2] 2/11 133/2
**walls** [1] 85/1
**Walsh** [2] 36/7 36/18
**WALTON** [1] 174/3 175/2
**warm** [1] 7/19
**warmly** [1] 155/21
**warrior** [1] 154/15
**Washington** [13] 2/19 7/23 22/18 29/8 29/19 30/4 31/8 49/10 69/9 98/4 101/25 107/19 108/18
**water** [1] 6/4
**wc.com** [2] 2/20 2/20
**Wednesday** [1] 79/3
**week** [1] 82/14
**weeks** [2] 120/25 172/5
**weighty** [1] 48/23
**welcome** [3] 109/2 113/10 113/13
**welcoming** [1] 109/19

**well-aware** [1] 111/11
**well-known** [3] 157/13 157/15 158/14
**West** [2] 49/6 107/8
**whatsoever** [1] 112/10
**White** [129] 3/16 15/5 15/21 15/23 20/11 20/13 20/18 20/20 21/10 21/14 23/13 23/22 24/1 24/5 24/11 24/24 27/13 34/14 34/24 35/12 36/19 37/16 37/19 38/3 38/24 39/13 40/10 40/21 41/9 42/3 43/11 43/20 43/24 44/3 44/8 44/9 44/11 44/21 45/5 45/12 46/24 47/11 49/1 49/2 49/4 49/4 49/6 49/23 56/8 56/10 56/23 57/23 58/7 58/8 58/15 58/18 58/24 59/10 59/14 60/1 65/16 65/25 66/2 66/8 67/7 67/19 71/12 72/16 79/25 93/19 97/1 97/24 100/17 100/22 101/22 105/24 106/12 108/21 109/2 109/21 109/24 110/17 110/21 111/16 111/25 112/15 112/18 112/25 113/11 113/14 113/23 114/1 114/6 114/22 115/3 115/16 116/23 117/6 118/22 120/9 121/3 122/12 126/9 128/12 128/21 129/6 129/15 129/18 130/1 130/22 131/9 137/1 137/6 143/3 144/24 145/19 146/22 158/22 162/10 163/16 163/21 165/20 167/18 167/21 169/6 169/22 170/12 171/14 171/22
**whole** [9] 23/6 41/14 78/12 89/7 89/24 96/16 96/17 96/21 112/10
**wife** [7] 19/15 23/2 59/8 70/6 71/11 72/20 159/16
**William** [1] 161/13
**Williams** [3] 2/18 158/20 159/4
**willing** [2] 60/7 153/17
**win** [8] 30/25 31/4 31/4 132/14 133/3 150/1 154/13 157/10
**window** [1] 87/16
**wing** [5] 49/6 101/16 103/8 107/8 134/17
**winning** [1] 105/12
**wins** [3] 128/13 128/20 129/7
**Wisconsin** [1] 65/8
**wish** [1] 120/2 129/24

**130/5 130/8 130/9 130/20 130/21 161/12 173/1**
**withdraw** [1] 121/16
**withdrawing** [1] 122/3
**withdrew** [3] 76/22 77/3 172/3
**witness** [11] 2/22 3/1 5/5 5/10 42/25 88/5 119/4 136/10 174/8 175/7 175/8
**witnessed** [1] 46/20
**wives** [8] 3/16 23/17 23/25 24/8 25/12 26/5 100/16 110/18
**woman** [6] 12/2 29/23 52/14 105/10 107/10 116/18
**women** [30] 102/17 104/21 104/24 104/25 105/16 107/17 108/20 109/1 109/1 109/5 109/20 109/20 109/20 111/5 111/6 111/15 112/13 113/6 113/9 113/10 113/14 113/14 115/10 116/16 117/5 117/20 117/22 149/7 161/1 162/25
**won** [4] 95/2 153/20 164/12 165/25
**wondered** [1] 65/18
**wonderful** [2] 109/4 130/6
**word** [8] 10/14 43/8 76/24 94/7 94/14 99/14 123/11 161/20
**words** [12] 13/16 30/13 84/4 90/21 131/2 131/23 135/2 138/23 140/2 140/13 154/20 160/17
**worker** [1] 52/24
**workplaces** [1] 46/16
**works** [2] 18/4 168/3
**world** [8] 64/10 79/25 86/19 96/16 96/17 96/21 113/2 115/14
**worried** [1] 107/8
**worry** [1] 99/14
**worse** [1] 152/9
**would've** [2] 66/19 66/20
**Wow** [2] 90/9 92/18
**write** [4] 101/16 153/12 153/18 155/18
**writing** [1] 64/6
**written** [3] 9/13 79/12 116/3
**wrote** [9] 16/12 66/14 87/15 101/14 149/21 151/4 153/19 153/19 160/17

**Y**

**year [15]** 14/1 29/16
68/12 68/18 68/18
82/11 82/11 82/12
82/12 101/2 101/8
110/20 128/4 149/22
161/25
**Year's [1]** 82/14
**years [12]** 9/19 13/25
21/2 31/13 141/2 141/4
141/5 148/9 151/1
157/3 159/10 161/21
**YORK [11]** 1/2 2/12
4/14 22/14 48/11 48/22
53/20 87/19 87/22
169/16 172/21
**YouTube [1]** 18/1

**Z**

**Zoom [3]** 55/8 125/9
150/11