1           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK
2

3                    CASE NO.:  19-cv-17764 (AT)(KHP)

4

     ARLENE DELGADO,
5
                 Plaintiff,
6
     vs.
7
     DONALD J. TRUMP FOR PRESIDENT, et al,
8

9                 Defendants,

10   _____/

11

12

     LOCATION:  Remote Audio-Video Communication
13
     DATE:    February 8, 2024
14
     TIME:   10:00 a.m. - 2:05 p.m.
15

16

17

18           DEPOSITION OF REINCE PRIEBUS

19

20        Taken before Elena Robaina, Florida

21   Professional Reporter, Notary Public in and for the

22   State of Florida at Large, pursuant to Notice of

23   Taking Deposition filed in the above case.

24

25

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 2 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
REINCE PRIEBUS February 8, 2024
2

1    <u>APPEARANCES VIA ZOOM VIDEO CONFERENCE:</u>

2    ON BEHALF OF THE PLAINTIFF:
     ARLENE DELGADO, PRO SE
3    136 SW 33 Avenue
     Miami, Fl 33135
4    E-mail:  ADelgado@outlook.com

5    ON BEHALF OF THE DEFENDANT:
     LA ROCCA HORNIK ROSEN & GREENBERG LLP
6    40 Wall St FL 32
     New York, NY 10005-1476
7    BY: JARED E. BLUMETTI, ESQ.
     E-mail: JBlumetti@LHRGB.COM

8

9                       I N D E X

10

11                E X A M I N A T I O N S

12   REINCE PRIEBUS
                         DIRECT
13     BY MS. DELGADO       4

14
                 EXHIBITS FOR IDENTIFICATION
15
     <u>PLAINTIFF'S</u>                          <u>PAGE</u>
16
     No. 1    Miller Deposition Transcript    42
17   No. 2    12/8/16 E-mail                   42
     No. 3    December 23rd, 2016 e-mail       56
18   No. 4    April 2019 Memorandum from       96
              Congressional House Committee
19            on Oversight and Reform
     No. 5    Grisham Mugshot Article         106
20            Screenshot
     No. 6    3/10/17 Smoking Gun Article     109
21            screenshot
     No. 7    Slate 2018 Rob Porter Headline  117
22   No. 8    Article - Rob Porter - Colbie   119
              - black eye
23   No. 9    Photo in the West Wing          120
     No. 10   Book page screenshot            134
24   No. 11   May 19th, 2016 article          143

25   No Defense Exhibits marked.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
REINCE PRIEBUS February 8, 2024                                    3

1      QUESTION TO CERTIFY:

2

3      Page 58   Line 7-8:

4              Q.    So what were your discussions with

5      Mr. Drieband and/or with Mr. McGahn?

6

7                     *  *  *  *  *  *  *  *  *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    4

```
 1          (Pursuant to the stipulation of the parties, the
            oath to be administered by me here today will have
 2          the same force and effect as if it were given to
            the witness while he was physically present before
 3          me in the State of Florida and I were acting in my
            capacity as a Florida Notary.)

 4

 5     Thereupon:

 6                         REINCE PRIEBUS

 7     was called as a witness and, having been first duly

 8     sworn, was examined and testified as follows:

 9                    THE WITNESS:  I do.

10                    DIRECT EXAMINATION

11     BY MS. DELGADO:

12          Q.  Good morning, Mr. Priebus.

13          A.  Good morning.

14          Q.  My name is Arlene Delgado.  As you know,

15     I'm the plaintiff in this matter, and I just wanted

16     to go over some ground rules that are standard in

17     any deposition.  Have you been deposed before?

18          A.  Not that I -- I don't think so.

19          Q.  Okay.  Well, they are pretty much the

20     same in all, but we'll go over them anyway.

21     Basically, we're going to go over questions and

22     answers.  If you don't understand any question that

23     I pose, please, by all means, tell me and I'll try

24     to rephrase it.

25                    If you need to take a break, restroom,
```

```
 1    you need to make a call, want to go get some water,

 2    by all means tell me.  We're definitely going to

 3    take one break when we're 90 minutes in, around

 4    11:30, just to place a call to my son's school.

 5    But any other bathroom breaks you need, whatever,

 6    please feel free to speak up.  And I think that's

 7    it.

 8                And you understand you're under oath and

 9    you need to give truthful answers under penalty of

10    perjury?  I assume that's clear.

11         A.  Yes.

12         Q.  Wonderful.

13                And if you could answer just as you did

14    right now, perfect, with a clear "yes" or "no" when

15    appropriate, when you wish to answer yes or no

16    versus uh-huh or uh-uh, just for the court

17    reporter.  We should also try not to talk over each

18    other.

19                Also, if your attorney objects, let him

20    put his objection on the record.  And then usually,

21    if appropriate, he will tell you, you can then

22    answer.  But just for ease of the court reporter's

23    job, we all need to give each other time.  So if I

24    interrupt you for any reason, also let me know so

25    that I don't do that.
```

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 6 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                        6

1                MS. DELGADO:  Okay.  Mr. Blumetti, if

2        there's any other ground rule you wanted to put

3        in, I have no...

4                MR. BLUMETTI:  Nothing from me.  I'm

5        ready to start.

6                MS. DELGADO:  Okay.  Wonderful.

7    BY MS. DELGADO:

8         **Q.** Okay.  So if you could please state your

9    name and address, Mr. Priebus.

10        **A.** Sure.

11               Official name Reinhold Richard Priebus

12    with ███████████████████████████████████████

13    █████████

14        **Q.** Wonderful.

15               And what is your current occupation and

16    place of employment, please?

17        **A.** I'm an attorney at a law firm by the

18    name of Michael Best and Friedrich.

19        **Q.** Does that firm do any work presently or

20    in the past seven years for the Donald Trump

21    campaign or any affiliates, family members, so

22    forth for Mr. Trump?

23        **A.** I think several years ago one of the

24    partners did some work for the Trump organization,

25    but that was many years ago.

```
 1                    Q.  Okay.  And is it correct -- I read this

 2       somewhere, you can correct me if it's wrong, is it

 3       correct that Mr. Trump nominated you back in 2020

 4       for I believe it was some sort of fellowship role?

 5       Could you tell me about that?

 6                    A.  I served on the White House fellows

 7       board for about a year and a half.

 8                    Q.  And when was that?

 9                    A.  It would have been around 2020 to 2021.

10                    Q.  Okay.

11                    A.  Wait.

12                    Q.  So you heard me --

13                    A.  It would have been 2020 to inauguration

14       of President Biden.

15                    Q.  Great.  Wonderful.  Okay.

16                    So you remain on good terms with

17       President Trump even past your White House

18       departure in 2017; is that correct?

19                    MR. BLUMETTI:  Object to the form.

20                    THE WITNESS:  I would say that's true.

21       BY MS. DELGADO:

22                    Q.  Okay.  And do you consider yourself a

23       current supporter of President Trump?

24                    A.  Yes.

25                    Q.  Okay.  You're the host -- you're on the
```

Case 1:19-cv-11764-AT-KHP   Document 442-4   Filed 09/23/24   Page 8 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                        8

1    hosting committee, right?  You're the head of the

2    hosting committee for the Republican National

3    Convention in July; is that correct?

4            **A.** Yes.

5            **Q.** Okay.  Wonderful.

6                    And there's also been some chatter and

7    reports that you're considering running for office;

8    is that correct?

9                    MR. BLUMETTI:  Object to the form.

10                   THE WITNESS:  No.

11   BY MS. DELGADO:

12           **Q.** You are -- you currently have not had

13   any discussions now or in the past year or two with

14   anyone about potentially running for Republican

15   office?

16                   MR. BLUMETTI:  Objection to form.

17   BY MS. DELGADO:

18           **Q.** Okay.  I'll rephrase it.

19                   Have you had any discussions in the past

20   year or two with anyone about running for office?

21           **A.** There was some minor chatter about me

22   running for governor of Wisconsin, which lasted

23   about 15 minutes.  That's about it.

24           **Q.** Why did it last only 15 minutes?

25           **A.** Because I'm --

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 9 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                9

1              **Q.** Are you not --

2              **A.** Number one, I'm not interested; number

3      two, I don't live in Wisconsin and it wouldn't be

4      good timing.

5              **Q.** Do you have any interest in running for

6      any other type of office in another state, for

7      instance, or any type of Republican office?

8              **A.** Not at this time.

9              **Q.** If you were to have an interest at a

10     future point in time, would an endorsement from

11     Donald Trump be helpful?

12              MR. BLUMETTI:  Form.

13              THE WITNESS:  I think it depends on the

14        circumstances.

15     BY MS. DELGADO:

16              **Q.** What circumstances?

17              **A.** Well, I mean, it depends where you're

18     running.  I mean, I don't have any plans of running

19     for office in the future, so what state are you

20     talking about?  I don't know.  I don't know.  It

21     depends -- well, you know that.  I mean, it depends

22     on where you're running.  Sometimes it's great.

23     You know, sometimes it wouldn't be.  It depends on

24     where you're at.

25              **Q.** Well, fair enough.  Fair enough.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    10

1                      Okay.  Have you read over your

2       co-defendant Sean Spicer's deposition?

3                **A.** No.

4                **Q.** And Mr. Blumetti, who's here with us

5       today, the lawyer for the Trump campaign, is

6       clearly representing you in this matter.  Have you

7       been charged for Mr. Blumetti's representation or

8       paid anything for that representation?

9                **A.** No.

10               **Q.** So to be clear, it's being done free of

11      charge to you?

12               **A.** Right.

13               **Q.** Okay.  And why are you represented by

14      the lawyer for the Trump campaign free of charge if

15      you worked for the RNC?

16               **A.** I guess because my -- the work that I

17      was doing at that time was originally part of the

18      transition, the RNC, you know, and it was

19      determined that the campaign would cover it.

20               **Q.** When was that determined?

21               **A.** I couldn't tell you.  Maybe four or five

22      years ago.

23               **Q.** So would it be accurate to say that

24      around the time this lawsuit was filed that is when

25      it was determined that your representation would be

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                11

```
1    covered?
2             A. Yeah.  I don't really know what and when
3    all those decisions were made or what the reasons
4    were for those decisions, but that's what was done.
5             Q. And that segues us nicely then into if
6    you could tell me a bit about your role in the
7    2015-2016 election, primaries and general.
8             A. Yeah, I was chairman of the Republican
9    National Committee at that time, so I was in charge
10   of obviously running the committee, raising money
11   for the committee, conducting the nomination
12   process, handling a debate schedule, organizing and
13   overseeing a field operation to get out the vote
14   effort for our party, and organizational work at
15   the national level for all activities involving the
16   Republican party.
17            Q. And would it be accurate to say,
18   thinking back on that primary, that it was a
19   particularly -- would you describe it -- would it
20   be accurate to describe it as a particularly
21   contentious primary among the GOP?
22            A. I would -- I would agree with that.
23            Q. Have you ever seen one before or after
24   as contentious?
25            A. Well, perhaps the Barack Obama-Hillary
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    12

1    Clinton race that went to the end of June, you

2    know, 2008.  You know, 2012 wasn't really a picnic,

3    I would say.  So, you know, with Mitt Romney and

4    John McCain and Pawlenty and all the rest.  So I

5    mean, we -- we've been building up to contentious

6    primaries I think in our party, but I would agree

7    that it was a contentious primary.

8           Q.  In the others that you mentioned, had

9    you ever seen a primary that had so many in the

10   forefront of the Republican party?  And by that I

11   mean well-known activists, well-known writers,

12   well-known politicians within the party who were

13   openly hostile to the frontrunner.

14           MR. BLUMETTI:  Objection to form.

15           THE WITNESS:  Maybe.

16   BY MS. DELGADO:

17           Q.  Such as?  Which one are you thinking?

18           A.  I didn't understand.  Are you ask --

19   what are you asking?

20           Q.  I'll rephrase it.  Absolutely, I'll

21   rephrase it.  That was a long question.

22           Have you seen any other primary in which

23   there was such hostility towards the frontrunner,

24   who throughout most of the primary was Donald

25   Trump, within the GOP itself, including individuals

1    at the forefront of the GOP and well-known

2    individuals?

3              **A.** I thought the people running in 2016

4    treated -- they actually avoided confronting Donald

5    Trump for the most part until the very end and it

6    was too late.

7              **Q.** Right.  I don't mean his fellow

8    candidates.  I mean well-known writers, well-known

9    politicians who were not writing, activists.  Had

10   you seen any other primary where there was such

11   hostility and opposition within the party itself to

12   what was throughout most of the primary the

13   frontrunner?

14              MR. BLUMETTI:  Objection to form.

15              THE WITNESS:  I would concede that there

16       was plenty of hostility from writers and others

17       that opposed Donald Trump.

18   BY MS. DELGADO:

19              **Q.** Okay.  Fair enough.

20              Can you recall some especially since you

21   were in the thick of all this, can you recall some

22   big name or well-known writers, pundits, for

23   instance, Fox News pundits, activists who were

24   pro-Trump during the primary?

25              **A.** Fox News, I don't know, maybe Steve

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 14 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                        14

1    Moore, Kudlow, Sean Hannity, Lou Dobbs.  I mean, I

2    think ultimately once he became the nominee it was

3    pretty positive.

4          Q. Uh-hmm.  And when did you find out that

5    you would be chief of staff in the White House?

6          A. I believe it would have been like maybe

7    just before mid-November.  I don't remember the

8    date, but it would have been maybe a week or ten

9    days after the actual election day.

10         Q. Okay.  And could you describe the chief

11   of staff role for me?

12         A. Well, traditionally it would be the

13   person that assists the President in running the

14   White House, decision-making, the flow of

15   information, point of contact for the President.

16   That's how I would describe it.

17         Q. Would you agree that selection of White

18   House personnel, particularly senior White House

19   personnel, is one of the chief duties of the chief

20   of staff?

21         A. I think it's one of the -- I think it's

22   one of them.  But it's not -- certainly not

23   everything that the chief of staff is responsible

24   for.

25         Q. Sure.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    15

```
 1              And there's a book by Chris Whipple, I'm
 2     not sure if you're familiar with it, it's called
 3     "Big Gatekeepers," and it's about the White House
 4     chief of staff role.  It was written in 2017 while
 5     you were chief of staff.  And in the top one he
 6     lists, among others, as you say, is, "Selecting
 7     senior White House staffers."  So you agree that
 8     that's one -- not the only but one of the duties?
 9          A.  I think you have some influence in the
10     process.
11          Q.  How long were you in the role?
12          A.  Six months.
13          Q.  And I know it will be hard to remember
14     everyone, so I'm not asking you to list everyone,
15     but off the top of your head, can you give me the
16     names of some of the individuals you did select for
17     hiring?
18              MR. BLUMETTI:  Objection to form.
19              THE WITNESS:  I would say my immediate
20        staff around me I had, for the most part, it was
21        a decision made by the transition team, and
22        whoever was in particular departments that chose
23        their staff.
24              And, of course, I was -- my co-equal was
25        Steve Bannon as well, so I didn't -- I didn't
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    16

```
 1           have the role of a traditional chief of staff as

 2           you know.

 3      BY MS. DELGADO:

 4           Q.  What do you mean by "as you know"?

 5           A.  Well, I mean, you -- I'm certain that I

 6      think a lot of people saw that when I was named

 7      chief of staff, I was named as a co-equal with

 8      Steve Bannon, which was fairly unusual.

 9           Q.  And you stated earlier that you hired

10      those around you.  Do you remember those names, at

11      least some of them?

12              MR. BLUMETTI:  Objection, form.

13              THE WITNESS:  Yeah, like my immediate

14           assistant Mallory Hunter, another assistant of

15           mine by the name of Mike Ambrosini.  The two

16           people that worked right outside of my office, I

17           would say every -- the others were sort of group

18           decisions that were made.

19      BY MS. DELGADO:

20           Q.  When you say "group decisions that were

21      made," who was in that group making the decisions?

22           A.  Well, I mean, there are a lot of people

23      involved in the transition when decisions on hiring

24      were being made in pretty large meetings that we

25      would have during the transition.  Mike Pence was
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    17

```
1     the chair of the transition.  Steve Bannon
2     obviously was involved in the transition.  Jared
3     Kushner was involved in the transition.  Marc Short
4     was involved in the transition.
5              I can't remember everyone, but there's
6     probably ten to 12.  Rick Dearborn, Bill Hagerty.
7     It was a big group of people.
8              Q. And as incoming chief of staff, given
9     that you would have been named chief of staff, as
10    you referenced earlier, by that point, are you
11    saying your ability to select someone for hiring
12    was the same as that of say Rick Dearborn?
13             A. Rick Dearborn had a very big role on who
14    the personnel were going to be during the
15    transition.  Like he was sort of functioning as
16    a -- I don't remember his role, quite frankly, but
17    if I had to describe it, I'd say like an executive
18    director of the transition.
19             Q. And you mentioned Jared Kushner or your
20    co-defendant Sean mentioned his name specifically
21    and said he was involved a great deal in hiring
22    decisions.  Would you agree with that?
23             MR. BLUMETTI:  Object to form.
24             THE WITNESS:  Yeah, he had a big voice
25        in decisions like that, I would say.
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                          18

```
 1      BY MS. DELGADO:

 2            Q. Was there a particular person of either

 3      Rick or Jared or the ones coming to mind in this

 4      group that maybe focused more on West Wing jobs

 5      versus general administration and agency jobs?

 6            A. I would say that the -- sort of the

 7      heads of big departments were in charge of deciding

 8      who was going to work in their departments, and for

 9      the most part, it was -- I would say it was pretty

10      well siloed that way.

11            Q. Are there a lot of departments, for

12      instance, policy jobs -- I see what you mean in

13      terms of that might be easy to peg for press or

14      comms, but what about policy jobs or individuals

15      who had titles such as special assistant to the

16      President, is there a head of that?

17            A. No, I would say, for example, to make it

18      easy to describe, like, you know, if Don McGahn --

19      you know, I'm -- I would be more involved in

20      bringing options to the President, for example, of

21      who would be White House counsel, you know, the

22      very top job.

23            And we would bring options to the

24      President, he'd interview those options.  Folks

25      would potentially tell the President what they --
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    19

```
 1     you know, how they viewed the candidates.  And then
 2     the President would make a decision.
 3              And then someone like Don McGahn would
 4     fill out his, you know, his team and say here's
 5     the -- here are the people we need in order for me
 6     to fulfill my team.  And I would say that would be
 7     the way it would have been in every department.
 8              So like in policy, you know, Gary Cohn,
 9     you know, when we were trying to figure out who
10     would be the head of NEC, we bring in some options
11     to the President, the President makes a decision,
12     Gary Cohn brings in who he wants.  Stephen Miller
13     at DPC brings in who he wants.  Sean Spicer brings
14     in who he wants.  And Jared and Ivanka brought in
15     who they wanted.
16              So it wasn't -- there was
17     decision-making more at the top and then from there
18     the slots got filled.  And we were, as you may have
19     read, fairly behind.  So I would say that, you
20     know, the focus was really at the top cabinet, top
21     White House spots, getting things put together and
22     getting ready for January '20.
23          Q.  Why were you fairly behind?
24          A.  Well, I think when the transition came
25     about, Chris Christie was in charge of the
```

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 20 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    20

1    transition, Chris Christie got relieved of his

2    duties, and I would say that we started pretty well

3    from scratch.

4         **Q.** Would it be accurate to say part of that

5    was because there was little belief, particularly

6    among the RNC, that Trump would win?

7         **A.** No.

8         **Q.** Let's go back, if I may circle back.  I

9    jotted down some of the names you mentioned to

10   those you hired.  You mentioned Mallory Hunter,

11   Mike Ambrosini, and, quote, two people right

12   outside of my office.  Can you talk to me about the

13   qualification for Mallory, Mike, and the two

14   individuals outside your office, please?

15        **A.** They worked for me for several years at

16   the RNC, and Mallory headed up my fund raising and

17   events and some scheduling matters, and Mike

18   Ambrosini was my personal assistant for probably

19   four years before then.

20        **Q.** Would Ms. Hunter be working on fund

21   raising at the White House?

22        **A.** No.  I just gotten to know her, and she

23   and I spent a lot of time together, and I needed

24   someone to help keep me organized in my role as

25   chief of staff, and that's what she did outside of

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    21

1    my office.

2           **Q.** And you also hired Katie Walsh, correct?

3           **A.** Well, I didn't -- it wasn't just my

4    decision.  Obviously, I had to talk to the group

5    about it, and particularly Jared and Steve.  And

6    Steve had been working with Katie for a couple

7    months before the transition, and, of course, I had

8    to talk to the President about it as well.

9           **Q.** Why did you have to talk about that

10   selection and not say Mallory and Mike's?

11          **A.** Because it was a much bigger role.  I

12   mean, deputy chief of staff of the White House is

13   a -- is a role that is -- you know, was sort of the

14   number two of the White House staff, and it's not

15   something I could just declare to be done without

16   making sure that everybody agreed with it.

17          **Q.** And Katie Walsh, if I recall correctly,

18   was a fund raising director at the RNC during the

19   elections?

20          **A.** She was chief of staff of the RNC.

21          **Q.** Also in charge of fund raising?

22          **A.** Two years before she was chief of staff

23   she was director of fund raising at the RNC.

24          **Q.** Were you aware of the discussions and

25   reports and concerns about Ms. Walsh not being

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

22

```
1    particularly supportive of the then president but

2    at the time candidate Mr. Trump during the

3    primaries?

4         A.  I don't know if there were those -- I

5    don't know if there were such reports of that.

6         Q.  Did you ever hear any discussions or

7    concerns raised about that?

8         A.  Not during the primaries, no.

9         Q.  No, once Mr. Trump won and subsequent to

10   Mr. Trump winning, did you hear any concerns about

11   Katie Walsh not having been particularly supportive

12   of the President as a candidate or as a person

13   during the primaries?

14        A.  No.

15        Q.  And how long was she at the White House?

16        A.  Three months.

17        Q.  Why only three months?

18        A.  She just decided that she couldn't --

19   she didn't -- she didn't particularly like the

20   setup in the White House and didn't feel like it

21   was effective.  Didn't think that she felt like she

22   was effective and was a lot of stress, and she

23   decided to leave, is my best recollection.

24        Q.  Were you aware of reports that she was

25   asked to leave or left due to allegations of
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    23

1    leaking to the press?

2             **A.** I was aware of blog posts that made that

3    accusation.  I was -- I'm aware of those blog

4    posts, yes.

5             **Q.** We can -- so you're saying there were

6    only blog posts, not -- what do you consider a

7    blog?  I'm sorry.

8             **A.** I don't -- I don't know what they were.

9    I mean, they were reports.  I don't know what kind

10   of reports.  I certainly know there was some blog

11   reports that said that, yes.

12            **Q.** Do you consider, for instance, Politico,

13   a blog?

14            **A.** No.

15            **Q.** Okay.  So I might have an exhibit or two

16   to show you about that, but we'll circle back.  Im

17   trying to not do the dual devices just yet.

18            And when Katie left after only three

19   months at the White House, I believe she went to

20   the (c)(4), correct, of the America First P.A.C.T.;

21   is that correct?

22            **A.** I believe so.  I think that's what was

23   reported.  I don't really know a hundred percent.

24            **Q.** And she was a top position at the

25   P.A.C.T., if I recall; is that correct?

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
24

1           **A.** I don't know.

2           **Q.** Okay.

3           **A.** It could be.  You might be right.  I

4    just don't remember.  It was something in the

5    P.A.C.T..  I just don't know what it was.

6           **Q.** And would you say that's a position that

7    was facilitated by the fact that she served in the

8    White House; is that correct?

9                 MR. BLUMETTI:  Objection to form.

10                THE WITNESS:  It may have not been the

11          White House.  It may have been that she was

12          chief of staff of the RNC.  It may have been

13          because some people liked the work she did and

14          wanted her to be involved.  I don't know who or

15          why or what the reasoning was for all of that

16          other than I believe you're right, she would go

17          to them in some position.

18   BY MS. DELGADO:

19          **Q.** Did anyone go from the RNC, that you can

20   think of, to the P.A.C.T.?

21          **A.** I don't remember.  I'm sure there were,

22   but I don't remember.

23          **Q.** Okay.  Let's talk some more about the

24   hiring situation.  Would you agree that there was a

25   girth or a scarcity of suitable candidates given

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    25

```
1        the amount of opposition that Mr. Trump had
2        received within well known individuals in the GOP?
3                    MR. BLUMETTI:  Objection to form.
4                    THE WITNESS:  I would say no.  I'd say
5            the opposite.  I thought that there were --
6            there was no shortage from my standpoint.
7        BY MS. DELGADO:
8                Q. Who is Rob Porter?
9                A. Rob Porter was the staff secretary who
10       came from Senator Hatch's office.
11               Q. Okay.  And who made the decision to hire
12       him?
13               A. I don't remember.
14               Q. Did Mr. Trump have a say in most of the
15       West Wing hires?
16                   MR. BLUMETTI:  Form.
17                   THE WITNESS:  I would say that the big
18           West Wing hires, yes.
19       BY MS. DELGADO:
20               Q. And I'm sorry, if you could clarify what
21       you mean by "big."  Do you mean senior level roles,
22       deputy assistant, et cetera, and not so much
23       administrative?
24               A. I'd say -- sorry.  I'd say generally on
25       the main department heads, yes, and occasional
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                                    26

1    folks that may not be department heads but people

2    that for whatever reason had his ear and he made it

3    known that there were a couple people that he -- he

4    advocated for.

5          **Q.** Who are those; do you recall?

6          **A.** Which ones?

7          **Q.** When you say that "he advocated for,"

8    people he advocated for.

9          **A.** You mean outside of the department

10   heads?

11         **Q.** Correct.

12         **A.** Let me see two and --  Omarosa was one

13   and Rudy Giuliani's son was one that wouldn't be

14   department heads, but he chimed in on it.  I don't

15   remember all these things.  You know, you have to

16   understand this is like eight years ago.

17         **Q.** Of course.

18         **A.** And I do a thousand things, but that's

19   the general gist of it.

20         **Q.** And what would be the reason for

21   Mr. Trump or did Mr. Trump give a reason or do you

22   have an opinion as to the reason that he pushed for

23   Omarosa to be hired?

24         **A.** I don't remember.  I don't know.

25         **Q.** From your vantage point, what were

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

```
 1        Omarosa's qualifications for a White House job?
 2             A.  Outward facing, outgoing.  I don't
 3        really know her that well, so I couldn't tell you.
 4             Q.  Yeah, and I'm sorry, I don't mean
 5        personality-wise.  I mean, given her background,
 6        her career, what were her qualifications?  Because
 7        she's a celebrity, so I assume you know something
 8        about her.  If I may ask, based on what you knew of
 9        her career, when you heard she was appointed, what
10        would be her qualifications?
11             MR. BLUMETTI:  Object to form.
12             THE WITNESS:  She was at the time a
13          personal friend of the President.  She had, you
14          know, history apparently from being on The
15          Apprentice with him and other events, and that
16          was the extent that I knew.
17        BY MS. DELGADO:
18             Q.  And Rudy's son, same question.
19             A.  Apparently going to be involved in
20        outreach through Office of Public Liaison and
21        working with groups around the country, and he'd
22        focus on a lot of sports groups and sporting and
23        schools in regard to sports, which was his
24        background.  And it was a person that I can
25        remember that the President mentioned to me.
```

1        **Q.** Right.  And I'm sorry, I didn't -- if I

2    wasn't clear, I wasn't asking what his role was

3    going to be.

4            What were his qualifications?  Because I

5    assume given that you said you had so many great

6    applicants, I assume, for outreach, for sports, or

7    what you just mentioned, you could have many

8    different candidates.  So what were Rudy's son's

9    qualifications?

10           MR. BLUMETTI:  Objection.

11   BY MS. DELGADO:

12       **Q.** Okay.

13       **A.** I don't know.  I mean, I didn't -- I

14   didn't personally hire any -- either of these

15   people.  It was just -- you asked me when do I

16   remember the President chiming in on particular

17   people and those are two particular people I

18   remember and, of course, the department heads.

19       **Q.** Right.

20           And the question was, from your vantage

21   point, being chief of staff, what, in your opinion,

22   were their qualifications?  But I think you

23   answered that you don't know what their

24   qualifications were.

25       **A.** Well, the qualifications would be,

1    there's a role that they -- that was going to be

2    filled, and they were going to fill it, and they

3    had qualifications to fill it.

4          **Q.** What were those qualifications?

5          **A.** I just told you.

6          **Q.** I don't think I heard them for Rudy's

7    son.  I think for Omarosa you mentioned she was,

8    quote, outward facing and outgoing and a personal

9    friend of the President.  And for Rudy's son, I

10   believe you spoke about what his role would be, but

11   what were his qualifications to work in the White

12   House?

13         **A.** I don't remember.  It was eight years

14   ago.  I just don't remember what they were.

15         **Q.** That's fine.  Fair enough.

16         And -- and do you recall -- and I can

17   flash it up on the screen or if it's okay, I can

18   just quote it -- there was a Washington Post

19   article in August of 2018 where Mr. Trump is

20   discussing Jeff Sessions, who by then had departed

21   from his attorney general role, and Mr. Trump says,

22   "The only reason I gave him the job was because I

23   felt loyalty.  He was an original supporter."

24         Will you agree that loyalty and being a

25   supporter based on that quote was a big

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 30 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    30

```
 1    qualification for a White House job?

 2              MR. BLUMETTI:  Objection to form.

 3              THE WITNESS:  In some cases.

 4    BY MS. DELGADO:

 5         Q. In some cases.

 6              Do you recall when Jeff Sessions came

 7    out in favor of Donald Trump?

 8         A. I don't remember when.  I know he was

 9    early and one of the first senators to do that.

10         Q. Okay.  I can throw it up on the screen,

11    make it easier.  Let me just throw it up on the

12    screen here.  Let's see.  In the chat, if everybody

13    can see the chat.

14              (Sharing screen.)

15    BY MS. DELGADO:

16         Q. Okay.  I placed in the chat, if you

17    could see it, Mr. Priebus, an article I wrote

18    advocating for Mr. Trump.

19              Can you tell me the date on that

20    article?

21         A. I can't see it.

22         Q. Okay.  Are you able to see the chat?

23         A. No.

24         Q. Okay.

25         A. It was up there, but -- the link was up
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                           31

```
 1      there for a second, but it's gone now.

 2              Q. Okay.  All right.  I'm resending it.

 3              A. I see the link, but I don't see anything

 4      else.

 5              Q. Are you able to click on the link?

 6              A. It's not there anymore.

 7                 (Off-the-record discussion.)

 8      BY MS. DELGADO:

 9              Q. Let me put it up on my screen and then

10      I'm going to share the screen.

11                 (Sharing screen.)

12      BY MS. DELGADO:

13              Q. So I wrote, entitled, "20 Reasons Why It

14      Should Be Donald Trump in 2016."

15              A. I believe you.

16              Q. Okay.

17              A. I mean, I believe you.  I mean...

18              Q. Okay.

19                 MS. DELGADO:  If not, Mr. Blumetti, you

20          can let me know if you object to my

21          representation of this article, and the date is

22          October 22nd, 2015.

23              A. Okay.

24              Q. Would you say that's an early supporter?

25                 MR. BLUMETTI:  Objection to form.
```

```
 1              THE WITNESS:  October of 2015?

 2      BY MS. DELGADO:

 3              Q.  Yes.

 4              A.  I don't know.

 5              Q.  Would it help if I showed you -- since

 6      you said Jeff Sessions was, would it help if I

 7      showed you when Jeff Sessions endorsed Mr. Trump?

 8              A.  So you can just tell me or remind me.

 9      It's just as easy.

10              Q.  Okay.  It was in February of 2016.

11              A.  Okay.

12              Q.  So do you consider October 2015 an early

13      supporter --

14              A.  Well, I mean, I think -- I think it's

15      totally different.  I mean, I think Jeff Sessions

16      is a United States senator.  It's a primary.

17      There's hesitation among elected officials whether

18      to endorse or not, but I do think the President had

19      a lot of staff during the fall of 2015 on his

20      campaign.  So, you know, I think it's just a -- I

21      think they are a little bit different.

22              But I haven't compared, you know, a

23      timeline as far as all the different people

24      involved and when they came out.  I don't

25      particularly object to your statement, but as to
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
33

```
 1    who was early and compared to everyone else, I
 2    don't know.  I just never studied it.
 3           Q.  Do you know if the White House hired
 4    anyone who was pregnant at the time?
 5           A.  I have no idea.  Wait, wait --
 6           Q.  So --
 7           A.  Wait, wait.  When are you -- sorry.
 8    What timeline are you asking about?
 9           Q.  From the time Mr. Trump won the election
10    to inauguration or even through your tenure in
11    July 2017.  So from November 2016 after Trump won
12    to July 2017, are you aware of any individual, any
13    woman who was pregnant who was hired?
14           A.  I wouldn't know who was -- I wouldn't
15    know.  I mean, that's not something I would ask.  I
16    mean, I just wouldn't think about it.
17           Q.  Right.
18           Just to be clear, my question isn't did
19    the White House hire anyone, because I know you
20    wouldn't necessarily know.
21           A.  Okay.
22           Q.  It's, are you aware of any?
23           A.  I can't remember.  I don't -- I'm not
24    aware of it as I sit here now.  But I don't
25    remember what I knew eight years ago.
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                        34

```
 1              Q.  So as you sit here now, you can't recall
 2       anyone who was pregnant and hired?
 3              A.  Not that I knew of.
 4              Q.  I'm sorry.  Go ahead.
 5              A.  Not that -- not that I knew of, but I
 6       don't remember everything I knew then as I sit here
 7       now.
 8              Q.  Sure.  Fair enough.
 9                  Okay.  And by the way, if I look down
10       while you're answering, I am paying attention to
11       your answers.  I don't mean just to come across as
12       disrespectful, I'm just taking notes while you give
13       your answers, so please don't take any offense if
14       I'm not looking at the screen.
15              A.  No problem.
16              Q.  So -- and if I jump around from topic to
17       topic, also please excuse me.  It's not deliberate.
18       It's just the way my mind works.
19              A.  Understood.
20              Q.  Okay.  So there is a deposition
21       transcript that I wanted to show you, but Zoom is
22       such a tricky fellow, we might have to come back to
23       that.  I'll show the excerpt later.  But if
24       Mr. Blumetti has no objection, I can just read off
25       it.
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
35

```
1              MS. DELGADO:  It was produced in
2       production, Mr. Blumetti.  I'm referencing
3       Mr. Miller's deposition from December 1st, 2017.
4       Do you have any objection to my just reading off
5       of it?
6              MR. BLUMETTI:  Are you able to share the
7       screen so the witness could see it?
8              MS. DELGADO:  Yeah.  I'm trying, and for
9       some reason that other one...
10             If you want to grab some water now while
11      I figure this out, feel free.  Maybe we could
12      take a quick break for technical difficulties.
13             THE WITNESS:  No problem.
14             MS. DELGADO:  Okay.  Okay.  I want to
15      make sure I'm able to show it to Mr. Priebus
16      while I ask.
17             (Off the record.)
18             MS. DELGADO:  Back on the record.
19             (Sharing screen.)
20  BY MS. DELGADO:
21         Q.  Okay.  Back on the record.  Okay.
22  Mr. Priebus, so what I'm showing here is a
23  deposition that Jason Miller gave in 2017, so just
24  a few months after the time period we're discussing
25  in this case.  And I'd like for you to read for
```

Case 1:19-cv-11764-AT-KHP   Document 442-4   Filed 09/23/24   Page 36 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    36

1    yourself or I can read aloud and you can follow

2    along where it starts line 2, "So since..."  Do you

3    see that?

4              **A.** Yes.

5              **Q.** Okay.  So I'm just going to read it into

6    the record.  So that's Miller speaking and he says,

7    "So since there still seemed to be some interest

8    from her end in possibly doing the White House, I

9    made sure that the draft org chart at least existed

10   up until I was removed from decision making, that

11   she was on there and had a spot."

12             And then further down he says (as read):

13   I spoke with -- I mean, there were a couple of

14   folks who kind of -- I don't know if counterpart is

15   the proper phrasing, but the other kind of

16   co-leader of the communications team who then ended

17   up going into the White House, Sean Spicer, he was

18   the other person, I guess the decision making

19   person, who I discussed it with.  And then after I

20   basically had all the decision making removed from

21   me, that fell to him.  End of quotation.

22             Is that accurate?  Did I read that

23   correctly?

24             **A.** Yes.  Okay.

25             **Q.** So Jason Miller represented that I was

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 37 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
37

1    on the org chart at the time he was removed from

2    decision making.

3              When was I removed?

4              MR. BLUMETTI:  Form.

5              THE WITNESS:  I don't know if you were

6       on the org chart or not.  I never saw that org

7       chart or I never saw the org chart, and if I

8       did, I didn't study it, and I'm not quite sure

9       what chart he's referring to in that deposition.

10      I don't know what chart he's talking about.

11   BY MS. DELGADO:

12         Q. Well, earlier you testified that the

13   head of each group -- and Mr. Miller had been named

14   comms director or was in the running at the time he

15   would have put in this org chart for such.  Earlier

16   you testified that certain department heads would

17   put together their teams and bring in those names.

18   It sounded like what you were describing was an org

19   chart, no?

20              MR. BLUMETTI:  Objection to form.

21              THE WITNESS:  No, I just said that the

22      head of the department was in charge of putting

23      together their team.

24   BY MS. DELGADO:

25         Q. And wouldn't they put together what

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                    38

```
1    looks like or resembles or approximates an org

2    chart?

3              MR. BLUMETTI:  Objection to form.

4              THE WITNESS:  They may.

5    BY MS. DELGADO:

6         Q. So it sounds like Mr. Miller did,

7    correct?

8              MR. BLUMETTI:  Objection to form.

9              THE WITNESS:  Well, I don't know what he

10        did or didn't do.  I can only agree that you

11        read the deposition accurately.

12   BY MS. DELGADO:

13        Q. Do you have any reason to believe or any

14   information that gives reason to believe that

15   Mr. Miller would lie under oath about this?

16             MR. BLUMETTI:  Objection to form.

17             THE WITNESS:  I don't think he would lie

18        under oath, but I don't -- I don't know what

19        people do or don't do, and I don't know whether

20        you were on an org chart or not, or I just can't

21        speak to that particular issue.

22   BY MS. DELGADO:

23        Q. Did you ever see my name on any list?

24        A. I don't remember seeing your name on any

25   lists.
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

39

1          **Q.** Okay.  And there's another e-mail, oh,

2    no, another exhibit here, which is an e-mail that

3    was also produced.  And so I'm going to quickly

4    e-mail that to the court reporter so that she can

5    please share it on her screen.

6              If you could bear with me for

7    30 seconds.  Okay.  I sent that over.  There you

8    go.  Wonderful.

9              (Sharing screen.)

10   BY MS. DELGADO:

11         **Q.** Okay.  Mr. Priebus, can you see that

12   e-mail?

13         **A.** Yes.

14         **Q.** Okay.  And the date on that is

15   December 8th, 2016, correct?

16         **A.** Yes.

17         **Q.** Okay.  And in it Jason Miller appears to

18   be recapping a meeting he had with you earlier that

19   day.  And he says, and I quote, He, that means you

20   Mr. Priebus, "came and sat next to me on the plane

21   and said everyone from the comms shop was going

22   into the White House and I had final say over the

23   org chart and he wanted to sit down to review it

24   next week, unquote.

25              Do you remember that conversation?

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    40

1           **A.** No.

2           **Q.** Do you have any reason to believe

3    Mr. Miller would have made it up?

4           **A.** I don't -- I don't -- I don't know if he

5    made it up or not, but I don't know if I would have

6    said something like that, that every single person

7    is getting a job.  But I don't remember it.

8    Because I didn't have -- I couldn't have guaranteed

9    everybody a job.  I didn't do that anywhere.

10          **Q.** And he references again the same term,

11   he says "the org chart."  Does that help you

12   refresh your recollection of discussions of org

13   charts?

14          **A.** No.

15          **Q.** Did you see any org chart for anyone?

16          **A.** I saw -- I saw some org charts.  I don't

17   remember what departments they were or if it was an

18   org chart of the overall White House structure that

19   we used to get a basic understanding of the main

20   department heads and jobs that were available in

21   each of the departments.

22          I mean, there were -- I do remember some

23   org charts or, you know, I would say during the

24   transition there would have been org charts of

25   different cabinets, org charts of the White House,

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
41

1    and org charts of different departments.  But as

2    far as names and details, that, I don't remember

3    seeing.

4              **Q.** And in that e-mail he says that you

5    wanted to sit down to review it next week.  So does

6    that not go to what you just said, that you weren't

7    necessarily saying everyone had a job but that you

8    would review it with him?  Is that not consistent

9    then with your belief of what you would have said?

10             MR. BLUMETTI:  Form.

11             THE WITNESS:  I don't know in particular

12        because I don't remember the conversation, but

13        updating, you know, the e-mail says that I was

14        going to sit down with Jason and update him on

15        White House structure, perhaps that happened.  I

16        don't know if it actually did or not.

17             And then as far as the e-mail from him

18        to you, you know, the one thing I think I could

19        have reiterated is that department heads are

20        going to have to say over who is in their

21        department and their own employees.

22             So I don't think that that's

23        inconsistent.  The department heads would have

24        the -- would have the say over who was in their

25        department.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    42

```
 1                    MR. BLUMETTI:  What's the Bates stamp

 2           number on the exhibit, Madam Reporter?

 3                    MS. DELGADO:  I'm not showing the Bates

 4           stamp one.  I don't think I am, but it is in

 5           the -- in the Bates stamp, being the production.

 6                    MR. BLUMETTI:  Okay.  If we could, I

 7           would just refer to Bates stamp exhibits if we

 8           can to keep the record clean.

 9                    MS. DELGADO:  The PDF extraction I was

10           going to show, the Bates stamp one made that

11           quite difficult, but I can -- I don't think the

12           others are part of the production, in any event.

13                    THE STENOGRAPHER:  And is this going to

14           be made an Exhibit 2?

15                    MS. DELGADO:  Sure.  Yeah.

16                    THE STENOGRAPHER:  How about what you

17           read to him earlier, no, or would that also be?

18                    MS. DELGADO:  Yes, it would also be.

19                    THE STENOGRAPHER:  All right.  So that

20           one would be 1 and then this one will be 2 then.

21                    (Thereupon, Plaintiff's Exhibit No. 1

22               was marked for identification.)

23                    (Thereupon, Plaintiff's Exhibit No. 2

24               was marked for identification.)

25                    MS. DELGADO:  And this one will be 2,
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    43

```
 1              yes.  Thank you.

 2                      THE STENOGRAPHER:  Do you want me to

 3          stop share?

 4                      MS. DELGADO:  Oh, yes.  Thank you.

 5                      THE STENOGRAPHER:  All right.

 6      BY MS. DELGADO:

 7              Q. So who -- when you referenced final say

 8      and the e-mail references final say, so who did

 9      have final say over comms and press?

10                      MR. BLUMETTI:  Objection to form.

11                      THE WITNESS:  I mean, ultimately, it

12          would have -- I mean, it's between Miller and

13          Spicer, but ultimately, Sean, I would say.

14      BY MS. DELGADO:

15              Q. And for policy roles, are you able to

16      say who had final say?

17              A. Meaning like what department are you

18      referring to?

19              Q. Well, various departments because there

20      are policy roles within various departments.  Are

21      you saying that each had -- each and every role,

22      for instance, Omarosa, who was the policy head of

23      her group?

24              A. I think that was a little -- OPL was a

25      little bit more in flux because we had a little bit
```

```
1    of turnover and the person that was going to go in
2    there didn't.  So that's a little bit different.
3    But if you're referring to like policy of like
4    economics, it would have been Gary Cohn.
5              If it was DPC, Andrew Bremberg
6    initially.  You know, there's different policy -- a
7    lot of different policy heads in different
8    departments.
9         Q.  And wouldn't you say, as you just
10   referenced earlier, that there were some senior
11   roles, such as Omarosa's, that didn't really fall
12   into any particular group with a specific policy
13   head?
14        A.  Well, I don't know if she was a policy
15   head.  She was a communications person inside of
16   OPL.
17        Q.  And when you say "OPL," could you for
18   the record state what that means?
19        A.  Office of Public Liaison.
20        Q.  Which brings me to my next question.
21   What about outreach roles, who was the policy head
22   for outreach roles, and was there more than one?
23        A.  Well, there was the American Renewal,
24   and I think Chris Liddell and -- I'm blanking on
25   his name -- that was an outreach role.  That was a
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    45

```
 1    new office established namely by Jared Kushner.

 2    And then there was Office of Public Liaison, and

 3    there was inner government, IGA, their inner

 4    government agency outreach role.  There was a --

 5    there was a lot -- quite a -- there was a few

 6    different departments doing outreach but for

 7    different things.

 8          Q.  And so, again, who did Omarosa report

 9    to?

10          A.  She reported to ultimately George

11    Sifakis and Steve Munisteri in OPL.

12          Q.  What about Hispanic outreach roles, who

13    did that -- who would that role report to?

14          A.  That would be -- I mean, there may be a

15    few of them that I just don't remember.  You know,

16    there might be some -- there may be one in the

17    comms shop, one in OPL.  Those would be the two off

18    the top of my mind.

19          Q.  Okay.  When did you learn I was

20    pregnant?

21          A.  The day that you sent the tweets a few

22    days before Christmas.

23          Q.  Sorry.  Can you repeat that?

24          A.  It was the day that you had sent the

25    tweets in the morning a few days before Christmas,
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    46

1    was the first time I got to understand that.

2             Q. That morning prior to those tweets you

3    had had a meeting with Jason Miller, you, and Steve

4    Bannon; do you recall that?

5             A. I recall a -- I mean, we had lots of

6    meetings.  I mean, a meeting, no.  Maybe a

7    conversation, sure.  Plenty of those.

8             Q. Okay.  This might help refresh your

9    memory.  It was about appointing him to White House

10   comms director in which he has reported that you

11   asked him if there was anything that you and Steve

12   needed to know prior to appointing him as comms

13   director.  Does that help refresh your memory?  It

14   was a few hours before the 1 p.m. announcement went

15   out, which announced Sean (lost sound) -- if that

16   helps.

17            A. Okay.

18            THE STENOGRAPHER:  I'm sorry.  I'm

19        sorry, if I may interrupt.  You said which

20        announced who?  You kind of went...

21            MS. DELGADO:  Yeah, sorry.

22   BY MS. DELGADO:

23            Q. It was a few hours before the 1 p.m.

24   December 22nd announcement which announced Jason

25   Miller, Sean Spicer, Hope Hicks, and I believe one

1    other person, and Jason was being announced as

2    comms director.  That was around 1 p.m. on

3    December 22nd.

4              I believe there was a conversation, if

5    that helps, Mr. Priebus, in refreshing your

6    recollection.  Obviously, you had many

7    conversations.  I'm trying to help you figure out

8    which one this one was that I'm referring to.

9              It was the conversation you had the

10   morning of the announcement shortly prior to the

11   announcement with Mr. Miller about appointing him.

12   Does that help refresh your memory?

13        **A.** I think I know what you're referring to.

14   I didn't ask -- I don't remember exactly, but I

15   don't -- I didn't -- what I remember is that Jason

16   himself said -- well, I think -- I think -- let me

17   back up.

18             I think Steve Bannon and I told Jason

19   that the President would like him to serve as comms

20   director, and he, aside from agreeing to that, said

21   to me -- and I don't know if Steve was there or not

22   listening or off to the side -- that well, it's

23   good, but I think I do have -- you know, there was

24   that one issue that I had, and I don't remember

25   exactly how he put it, but he said something about

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    48

1        maybe getting some bad press because one of the

2        issues that he had in the past, and I thought and

3        he didn't describe it and I didn't ask, I thought

4        that he was describing the fact that there was

5        press reports of him going to a strip club in Las

6        Vegas and that that was going to come back up.

7                   And I told him, well, I think that's old

8        news now and it's like well past, you know, we're

9        like going into 2017, that was like 2016, it was a

10       long time ago, and that was it.  That was -- that

11       was the total of that issue.

12                  So when you -- when you sent the tweets

13       out, I don't know who called me.  It may have been

14       Sean or someone forwarded it to me.  I don't -- I

15       think Sean called me and I -- or I called him or I

16       called Don McGahn, I don't know how it got to me,

17       but I know I asked like what is this about?

18                  And that's when I got Don McGahn

19       involved and said -- and I think I may have called

20       Sean and said, Sean, I don't know what this is, and

21       I think I was on the phone with Don McGahn and Sean

22       later that morning after the tweets were sent out.

23       And I was also in California that day, so I was

24       three hours behind.  So it was like morning,

25       mid-morning, or something like that.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

1      **Q.** Okay.  So standing here today, your

2   testimony is that Mr. Miller when you discussed

3   appointing him did not tell you that I was

4   pregnant?  He did not reveal that?

5      **A.** He didn't.  No.  Because I was surprised

6   by the situation after your tweets and found out

7   what was going on.

8      **Q.** And were -- from the tweets, what did

9   you interpret them to mean, or what were you told

10   that they meant when you had these calls you

11   referenced just now?

12      **A.** I interpreted it to mean that you were

13   saying that you were pregnant and that Jason was

14   the father, I think.  I mean, now that I -- I mean,

15   that's what it seemed like to me or something.  I

16   mean, it was certainly, you know, akin to something

17   like that, and then that's when I think I called

18   Sean and got Don McGahn on the phone.

19      **Q.** When you say you got Don McGahn

20   involved, Mr. McGahn is an attorney, correct?

21      **A.** Yes.

22      **Q.** Why did you get him involved?

23      **A.** Because if you were pregnant by Jason

24   Miller, I would think that that would be an issue.

25      **Q.** Did you call Jason?

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    50

1            **A.** I don't -- I don't think I did.  It

2    could be that Don McGahn and another lawyer did.

3            **Q.** Did you consider revoking his

4    appointment?

5            **A.** I -- once I -- once I turned everything

6    over to the attorneys, it was -- I think it was

7    later determined that that would be what would

8    happen.

9            **Q.** When you say you met with him, you and

10   Steve, you mentioned earlier had -- you mentioned

11   earlier you described your role as unique because

12   you had some sort of shared power with Steve

13   Bannon.  You and Steve were meeting with Jason

14   about his appointment because you had the power to

15   make the appointment or not make the appointment;

16   is that correct?

17           **A.** Well, the President decided -- the

18   President -- look, like I said before, it was sort

19   of a shared decision at that department head, but

20   certainly, you know, if the President wasn't

21   onboard, it wasn't going to happen, and he was

22   onboard, and if -- and if that -- that's what the

23   group decision was.

24           But at that point I don't -- my belief

25   is that people were not aware of your situation at

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 51 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
51

1    that point, at least -- at least from my vantage

2    point.  You know, I don't -- I can't speak to what

3    they knew or didn't know.  I can just tell you what

4    I knew.

5         **Q.** Was there any discussion about at that

6    point of the tweets what is AJ's job and is she on

7    an org chart given that Miller has been appointed?

8         **A.** No, not from my -- not from my point of

9    view.

10        **Q.** There was an e-mail I sent you the next

11   day, correct?  Do you recall that?

12        **A.** I don't recall getting it, no.

13        **Q.** It's been produced in this case.  Do you

14   want me to show it to you?

15        **A.** Yeah, sure.

16            MS. DELGADO:  Mr. Blumetti, I don't have

17        the Bates stamped one, so I can send you the

18        Bates stamped one after, but it's in the

19        production.

20            MR. BLUMETTI:  Okay.  I can read it

21        aloud to reference it, to the extent it's the

22        same document.

23            MS. DELGADO:  I'm sorry.  Go ahead.

24            MR. BLUMETTI:  No, I say I'll read the

25        Bates stamp number aloud for the record that I

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                        52

```
 1          have in my hand to the extent it's the same

 2          document I have.

 3                  MS. DELGADO:  Thank you.  I apologize,

 4          but I wasn't able to extract it from the -- the

 5          PDF of the production is rather large and it was

 6          not being cooperative when I attempted to

 7          extract small Bates stamp pages.

 8                  MR. BLUMETTI:  Okay.  Let's see which

 9          document you have, and then...

10                  MS. DELGADO:  Okay.  It is the

11          December 23rd, 2016 e-mail.  I'm sending it to

12          the court reporter.  Sending it now.

13                  (Sharing screen.)

14     BY MS. DELGADO:

15          Q. So Mr. Priebus, this is an e-mail.  If

16     you could read the date on it, please.

17          A. I see it.  December 23.

18                  MR. BLUMETTI:  And for the record --

19     BY MS. DELGADO:

20          Q. So that's --

21                  MR. BLUMETTI:  I'm sorry.  I'm just

22          putting the Bates stamp number on the record.

23          This e-mail is marked for identification as P1

24          through P2.

25                  MS. DELGADO:  Thank you.
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    53

```
 1        BY MS. DELGADO:
 2              Q. So is that your e-mail address on there,
 3        Mr. Priebus?
 4              A. Yes, it is.
 5              Q. Okay.  Do you recall now receiving this?
 6              A. Not really, no.  I mean, I don't recall,
 7        but, you know, it was a long time ago and maybe it
 8        could have been forwarded to the lawyers.  I don't
 9        know.
10              Q. The date on it is what, sir?
11              A. December 23.
12              Q. Right.
13                 So that's the day after the day we were
14        just discussing; is that correct?
15              A. Yes.
16              Q. Okay.
17                 And in it -- we don't need to read the
18        whole thing because it's rather lengthy, but I
19        note, if you could see in the sentence that begins
20        "In the past few days," the next line over I say
21        I've, quote, been removed from the org chart; is
22        that correct?
23              A. I see that, yes.
24              Q. Okay.  Did that raise any concerns in
25        terms of ensuring or investigating what I was
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    54

```
 1    referring to?
 2              A.  Well, I wasn't -- I wouldn't have been
 3    aware of whether you were in the org chart or out
 4    of the org chart, but I would have forwarded this
 5    e-mail most likely to the lawyers that were looking
 6    into this issue.
 7              Q.  And that would be Don McGahn?
 8              A.  Don McGahn, and he was working with
 9    another lawyer by the name of Eric Drieband.  I
10    think -- I think that was his name.  But, again, I
11    don't know whether you were in the chart or not,
12    so...
13              Q.  You didn't think to inquire?
14              MR. BLUMETTI:  Objection to form.
15              THE WITNESS:  This was -- at that point
16       the lawyers were handling all of this.
17    BY MS. DELGADO:
18              Q.  Did you make any suggestion?
19              MR. BLUMETTI:  Objection to form.
20              THE WITNESS:  I don't remember whether I
21       made a suggestion or not.  But I think I was
22       going to listen to -- you know, allow, as I
23       said, the department head to make the decision
24       and obviously listen to counsel's advice and let
25       the process move forward that way.
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    55

```
1     BY MS. DELGADO:
2          Q. So when you say "the department head,"
3     am I correct you mean Sean?
4          A. Yeah, at that point Sean.
5          Q. Why wasn't Miller still the department
6     head, in your mind?
7          A. Well, I think because he would have been
8     subject to this review.
9          Q. What do you mean by "review"?
10         A. Well, I mean, this issue.  I mean, this
11    issue that now has come to light that the lawyers
12    are looking at and assuming doing some level of a
13    discussion and analysis.
14         Q. Do you know if Mr. Miller was asked to
15    withdraw from the role or told --
16         A. I don't -- I'm sorry.  I don't
17    remember --
18         Q. Was he asked to withdraw or told to
19    withdraw or did he voluntarily withdraw from the
20    role?
21         A. I don't remember exactly what and how
22    that all kind of shook out.
23         Q. You've mentioned earlier, as had Sean,
24    about Jared Kushner's involvement in hiring.  Are
25    you aware of a book author that Mr. Miller spoke to
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                              56

1    in which Mr. Miller conveyed that Mr. Kushner

2    ultimately told him he needed to step away from the

3    role?  Does that ring a bell?

4          **A.** No.

5          **Q.** Is that something that in your

6    experience or recollection of Mr. Kushner's role

7    could have happened?  Does that sound like a

8    plausible recollection by Mr. Miller?

9          **A.** Honestly, I just don't know what and

10   how.  You know, in the end whether it was Jason,

11   whether it was the lawyers, but certainly from my

12   perspective this issue was in the lawyer's hands

13   and the department head's hands.

14         **Q.** Hmm-hmm.

15         THE STENOGRAPHER:  I'm sorry.  Do you

16      want me to take it down already, or would you

17      still like it up?

18         MS. DELGADO:  Oh, take it down.  Thank

19      you.  I'm done with that exhibit.  Thank you.

20         So that will be Exhibit 3.

21         THE STENOGRAPHER:  3, okay.

22         (Thereupon, Plaintiff's Exhibit No. 3

23         was marked for identification.)

24   BY MS. DELGADO:

25         **Q.** And so that's December 23rd.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

1            In your recollection, what happens

2    between that e-mail and the following evening,

3    which I'm assuming, but stop if I'm wrong, you

4    probably recall when Mr. Miller stepped away?

5        **A.** I remember when he stepped away.  I

6    don't remember whether it was the following evening

7    or two evenings or the same day, but I remember he

8    stepped away.

9        **Q.** Right.  It might be two evenings.

10   You're right.  I'll retract that.  I'm not sure

11   when it was.

12            But do you remember anything from that

13   e-mail to the point Mr. Miller stepped away?  Did

14   you have any involvement at all, or did you, as we

15   say, completely leave it up to the lawyers?

16       **A.** Well, I mean, I communicated with the

17   lawyers, yes.

18       **Q.** Right.

19            And I don't want to hear about what your

20   communications with the lawyers were to the extent

21   that there was any privileged communication there.

22            Were they representing you in any sense?

23       **A.** They were representing the White House

24   and I believe the transition.

25       **Q.** So they were not representing you?

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

```
 1              A. Well, I mean, to the extent that I was

 2       involved in the transition, sure.

 3              Q. Did at any point they say we're

 4       representing you, Reince Priebus, here's an

 5       engagement letter?

 6              A. No.

 7              Q. So what were your discussions with

 8       Mr. Drieband and/or with Mr. McGahn?

 9              MR. BLUMETTI:  I would object to the

10         extent that it's protected by attorney-client

11         privilege.  Just because the witness wasn't

12         retained as a client doesn't mean it wasn't a

13         privileged communication with an employee of the

14         transition team at the White House.

15              MS. DELGADO:  We can take that up.

16         Okay.  We can certify that.

17       BY MS. DELGADO:

18              Q. You know -- well, we'll keep going a

19       couple of more minutes.  I know I'm at my 11:30

20       stop time.

21              Are you aware that Mr. Drieband

22       communicated an offer of employment with the

23       campaign to me?

24              A. No.

25              Q. So you were never asked again -- apart
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
59

1    from those December 22nd tweets and forwarding that

2    December 23rd e-mail, you never asked or were

3    updated or informed as to what went on?

4         **A.** Yes.  I mean, I communicated with the

5    lawyers about what was going on, and they made an

6    analysis of it, and after that Jason, one way or

7    the other, wasn't in the role.

8         **Q.** And did you inquire, aside from Jason

9    not being in the role, well, what is happening with

10   AJ?

11        **A.** As I said before, I never -- I don't

12   know nor did I perceive you to be in the matrix of

13   hires in the first place, so I don't know whether

14   you were or whether you weren't.  So there was --

15   there wasn't -- it just wasn't -- didn't -- it

16   didn't come up to me.

17        **Q.** Let me probe you on that a little, if I

18   may.  When you say you didn't perceive me of being

19   in the matrix of hires, so is it your --

20        **A.** Perceive meaning I don't have knowledge

21   of you being in that -- in that matrix.

22        **Q.** But you felt that my tweets about the

23   pregnancy were serious enough and my not having a

24   job and the discrimination were serious enough to

25   get an attorney involved?

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    60

```
 1                    MR. BLUMETTI:  Objection to form.

 2                    THE WITNESS:  Well, I mean, I think that

 3          if a campaign -- someone on the -- two people on

 4          the campaign staff, if there's an allegation

 5          that was going on in the campaign and you're

 6          hiring someone to be the head of communications,

 7          I think it would be a natural thing to bring in

 8          the head of the communications department, Sean

 9          Spicer, and the counsel to say this needs to be

10          looked at.  That's a pretty normal thing to do,

11          I would believe.

12     BY MS. DELGADO:

13              Q. From a legal angle, or from a PR angle?

14              A. Well, both I mean, but I mean, I think

15     that -- I mean, it would be both.  I mean, in my

16     mind, it was both, probably more of a legal and a

17     like, hey, what's going on here?  You know, what

18     does this mean, and someone needs to look at this.

19     That's my viewpoint.  I mean, an investigation

20     should be had.  It's pretty normal.

21              Q. And going back to -- and I know you've

22     clarified you only meant in a literal sense that

23     you were not aware of my being in a literal matrix

24     or list that you had personally seen.  In a

25     nonliteral form, would it be your understanding
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                        61

```
 1    that someone who was on the transition team, who

 2    was a senior advisor with a Harvard law degree, who

 3    spoke Spanish, had done Hispanic outreach, was well

 4    liked by Mr. Trump, well liked by the Trump family,

 5    would it be your impression, understanding,

 6    viewpoint, that that person probably is in the

 7    pipeline for a White House job?

 8                 MR. BLUMETTI:  Objection to form.

 9                 THE WITNESS:  I wouldn't know.  I mean,

10        there are always factors and opinions and, you

11        know, I -- I don't know if I've ever met you.

12        So I mean, I -- if this is whether you were in

13        the org chart or not, I just didn't know, and it

14        never came up to me.

15    BY MS. DELGADO:

16            Q.  Did anyone who was in the transition

17    team not go into the White House?

18            A.  I wouldn't know.  I mean, I didn't do a

19    head count of the transition team and a calculation

20    of who was there and who didn't.  I wouldn't -- I

21    don't know.

22            Q.  Is it typical for individuals in a

23    transition team to go into the White House?

24    Because the transition team is rather small, is it

25    not?
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                        62

```
 1              MR. BLUMETTI:  Form.

 2              THE WITNESS:  I don't know.  I've only

 3         been in one transition team, so I wouldn't know

 4         what's typical or not.  It certainly wasn't that

 5         typical.  I think it was a pretty unique

 6         transition.

 7    BY MS. DELGADO:

 8         Q. Was there a Sanders on the transition

 9    team; do you know, Sarah Huckabee Sanders?

10         A. I think she was.  She certainly -- I

11    don't know.  I don't know if she was or not.  I

12    know Sean was.

13         Q. And Drieband was an employment law

14    attorney, right?

15         A. I believe so.

16              MS. DELGADO:  Okay.  Then now is a good

17         time for a break.

18              THE WITNESS:  Thank you.

19              MS. DELGADO:  No.  Thank you.  Okay.  So

20         five minutes, unless anyone needs longer?

21              THE WITNESS:  Well, I mean, why don't we

22         just go ten just to -- you know, 11:45, use the

23         restroom, check e-mails and come back, if that's

24         okay?

25              MS. DELGADO:  Sounds good.  I have
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    63

```
 1          11:36.  My time might be -- yes.

 2                  THE WITNESS:  11:45?  I'm just going to

 3          put it on --

 4                  MS. DELGADO:  Perfect.  Come back at

 5          11:45.  Thank you.

 6                  (At this time a recess was taken.)

 7     BY MS. DELGADO:

 8          Q.  Mr. Priebus, did Donald Trump give any

 9     opinion on any of what we were just discussing,

10     whether it be my employment, the pregnancy, any

11     related issue or thereof?

12                  MR. BLUMETTI:  Objection to form.

13     BY MS. DELGADO:

14          Q.  And I can rephrase it.  I can rephrase

15     it.

16                  Let's go one by one.  Did Donald Trump

17     give any opinion on my employment, that you recall?

18          A.  When?

19          Q.  At any point.

20                  Have you ever heard or seen any

21     communication or been provided any message from

22     Mr. Trump or had any communication of any kind with

23     Mr. Trump about me, including but not limited to,

24     about employment?

25                  MR. BLUMETTI:  Objection to form.
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    64

```
 1              THE WITNESS:  Not about employment.
 2     BY MS. DELGADO:
 3         Q. Okay.  What was it about?
 4         A. I think when the lawsuit was filed, I
 5     think he thought it was frivolous or inappropriate
 6     or wrong and sort of out of bounds.  But that --
 7         Q. When you say "when the lawsuit" -- go
 8     ahead.  Sorry.
 9         A. I was saying that's the only -- when you
10     ask a question like that, it's the only thing that
11     I can remember.
12         Q. And when you say "when the lawsuit," do
13     you mean this lawsuit?
14         A. Yeah.  But never commented on you as far
15     as being an employee of the White House and never
16     came up --
17         Q. So --
18         A. -- that I --
19         Q. Uh-hmm.  Go ahead.
20         A. -- that I remember.
21         Q. So you're referencing this lawsuit which
22     was filed in December 2019?
23         A. No.  I'm referring to I think there's a
24     previous iteration of it that came in 2017 at some
25     point.
```

*Jeannie Reporting*  www.jeanniereporting.com
Your Wish Is Our Job!        305-577-1705

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    65

1          **Q.** Trying to help you figure out what

2    you're referring to here because there wasn't a

3    lawsuit filed in 2017, so...

4          **A.** I don't know if it was a draft complaint

5    or something that you had sent in 2017.  There was

6    something that happened in 2017 that brought some

7    of these allegations to light.

8          **Q.** Okay.  I understand you now.  Thank you

9    for clarifying.

10         And where did this conversation take

11   place?

12         **A.** Either in the White House or over the

13   telephone with him.

14         **Q.** And who else was on the call?

15         **A.** I don't -- I don't think anyone.  Maybe

16   Don McGahn.

17         **Q.** And do you recall why it was mentioned?

18         **A.** I think there was a document that I got

19   when I was in the White House that either was a

20   draft complaint or something from you with these

21   allegations in it.  I'm just giving you my best

22   memory.

23         **Q.** Right.

24         And why was that raised with Donald

25   Trump?

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    66

1          **A.**  Because I think he was mentioned in the

2      allegations or the campaign, the transition, a

3      bunch of people.  I think -- I think my best

4      recollection is that there was something with these

5      allegations that were sent, and I --

6          **Q.**  And your -- hmm-hmm.

7          **A.**  -- and I think I and Don McGahn are

8      some -- somehow I recall informing the President of

9      this, and that was like one time that I remember it

10     coming up because you asked me an all-encompassing

11     question, and that's my only recollection of his

12     view of it.

13         **Q.**  And to make sure I heard you correctly,

14     you said your recollection was that he thought it

15     was, quote, frivolous or inappropriate?

16         **A.**  Yeah, like it's not -- it can't -- it's

17     not -- yeah, something like that.

18         **Q.**  And he thought the whole thing was or

19     parts of it?

20         **A.**  I don't -- it was just -- it wasn't --

21     we didn't dissect it.  I didn't get into -- I don't

22     remember any detail.  I just remember -- I'm trying

23     to answer your question in the best way I can

24     without not disclosing everything I can remember

25     that might pertain to your question.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
67

1          **Q.** Understood.

2              So that was the only time you recall

3    ever having a conversation or written communication

4    or any type of communication involving or with

5    Mr. Trump where I came up or was discussed?

6          **A.** That's my recollection.

7          **Q.** Even though Mr. Spicer referred to the

8    tweets as a 5-alarm fire and his phone was going

9    off all weekend and it was on the cover of Drudge,

10   it wasn't something Mr. Trump spoke of, that you

11   know of?

12             MR. BLUMETTI:  Objection to form, asked

13         and answered.

14             THE WITNESS:  I don't -- I'm not

15         suggesting to you that when that issue came up

16         at the end of December that it wasn't

17         communicating that the President like look,

18         there's an issue that the lawyers are looking

19         at, here's what we know and here's what the

20         conclusion is, I'm not saying that didn't

21         happen.

22             I just don't remember specifically what

23         was said or what he said or -- you know,

24         obviously, it was an issue, but I don't remember

25         the details for you as I sit here today.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                              68

```
1    BY MS. DELGADO:
2         Q.  Would it have been brought to his
3    attention?
4         A.  What?
5         Q.  The tweets, the complaint, the
6    December 22nd to 24th period?
7              MR. BLUMETTI:  Objection to form.
8              THE WITNESS:  I'm sure -- I would be --
9         I would be surprised that it wasn't brought to
10        his attention, certainly the allegation in
11        regard to Jason Miller and you and your tweets,
12        but I don't remember specifically what was
13        discussed.  I remember the lawyers handling the
14        matter.  That's what I remember.
15   BY MS. DELGADO:
16        Q.  And to be clear, your understanding is
17   those lawyers represented the White House and the
18   transition team?
19        A.  Excuse me?  Yes.  I -- right.  I think
20   so.
21        Q.  And did you have any communications with
22   Mr. Miller during -- post those tweets, the first
23   set of tweets, or any time after through early
24   2017?
25        A.  You mean during the conversations I had
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    69

1    with the lawyers?

2            **Q.** And I don't want to misstate my

3    question.  It's not during the conversations with

4    the lawyers.  It's any time after my first tweet,

5    December 22nd through early 2017, when did you

6    speak to Mr. Miller?

7            **A.** If I did, it would have been with

8    lawyers.

9            **Q.** And you don't remember if you did?

10           **A.** I have a recollection of speaking with

11   lawyers, with Jason on the phone, but that's the

12   only recollection I have of communicating with

13   Jason about this issue, was the morning after your

14   tweets.

15           **Q.** And do you recall what was said?

16           MR. BLUMETTI:  Objection, form.  Object

17       to the extent it calls for the disclosure of

18       attorney-client privilege.

19           MS. DELGADO:  It's a conversation with

20       Mr. Miller, it's not attorney-client privilege.

21       Even if it were by an attorney representing

22       Mr. Priebus, it's a conversation with

23       Mr. Miller.

24           THE WITNESS:  I believe that at the

25       conclusion of the call, that the -- that he

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    70

```
 1            pretty much confirmed that these -- you know,
 2            that the affair and the fact that you were
 3            pregnant was true, and then that was the basic
 4            gist of the conversation.
 5                    He had wondered whether it was true or
 6            not out loud.  I didn't believe him, and I don't
 7            think the lawyers believed him either.
 8      BY MS. DELGADO:
 9            Q.  And what was the conclusion of that
10      call?
11            A.  The conclusion was thank you very much
12      and the lawyers took over.
13            Q.  So it was more just the kind of call to
14      get facts from him?
15            A.  Right.
16            Q.  No directive was given to him as far as
17      you're no longer going to be in the White House or
18      you will be?
19            A.  Well, I mean, not at that initial point.
20      That was just the one time I remember, and it's a
21      vague memory, but it's the one time I remember
22      discussing it where he was part of a conversation.
23            Q.  And you say he stated that he wondered
24      aloud whether I was actually pregnant or not and
25      you did -- you did believe that I was?
```

1                    **A.** I didn't believe Jason.

2                    **Q.** Okay.  Okay.

3                         Would it be realistic for Jason Miller

4     to be comms director and for a woman he impregnated

5     to also be in the West Wing?

6                    MR. BLUMETTI:  Objection to form.

7                    THE WITNESS:  Yeah, what do you -- say

8         that again.

9     BY MS. DELGADO:

10                   **Q.** Would it be realistic for Jason Miller

11    to be comms director and for a woman he impregnated

12    to both serve in the White House in the West Wing

13    simultaneously?

14                   MR. BLUMETTI:  Objection to form and the

15        use of the word "realistic."

16    BY MS. DELGADO:

17                   **Q.** In your opinion.

18                   **A.** I don't know.  There seemed to be -- it

19    doesn't seem to be -- it doesn't seem to be

20    appropriate to me, but, I mean, I guess -- you

21    know, I guess depending on the circumstances, but

22    it seems inappropriate from beginning to end.  It

23    seems inappropriate to have a relationship with a

24    subordinate.  It seems inappropriate from the very

25    start.  So to me the whole thing is bad from

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

72

```
 1   beginning to end.
 2           Q. Was my pregnancy embarrassing to the
 3   campaign?
 4              MR. BLUMETTI:  Object to form.
 5              THE WITNESS:  I don't -- I don't know
 6      what the campaign thinks or who you're referring
 7      to as the campaign, but it certainly -- the
 8      circumstances are, in my opinion, inappropriate.
 9      I think to most people it would be
10      inappropriate.
11   BY MS. DELGADO:
12           Q. Was my pregnancy embarrassing to the
13   incoming Trump administration?
14              MR. BLUMETTI:  Objection to form.
15   BY MS. DELGADO:
16           Q. In your opinion.
17           A. I don't know what the incoming -- I
18   mean, certainly he wasn't hired, so, I mean, the
19   conclusions were that he wasn't going to come in
20   and take this job because of the inappropriateness
21   of the situation that he participated in.
22           Q. Did you ever see any document or did you
23   ever have any conversation or were you ever part of
24   any conversation, even in a passive way, where my
25   employment or nonemployment was discussed?
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                            73

```
 1                    MR. BLUMETTI:  Objection to form, asked
 2         and answered.
 3                    THE WITNESS:  Can you -- can you repeat
 4         that just so that when I --
 5    BY MS. DELGADO:
 6           Q.  I didn't ask --
 7           A.  I don't ever -- I don't ever remember
 8    having any conversation with any person about your
 9    employment or nonemployment in the White House.
10    And I don't -- I don't -- or I don't think any
11    conversation even before that period of time, so
12    no.
13           Q.  Did you hear of any such conversations
14    or any documents existing that referenced
15    potential, actual, revoked employment of mine?
16           A.  Did you say "revoked"?
17           Q.  Revoked.
18                    Potential employment or actual
19    employment or revoked employment; anything dealing
20    with employment of my -- soft employment; anything
21    of mine, even if you were not a party to the
22    conversation, did you hear of any such conversation
23    or hear of the existence of any such document?
24                    MR. BLUMETTI:  Objection to form.
25    BY MS. DELGADO:
```

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 74 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                                74

1          Q. And I can break it up, if you'd like.

2          A. Yeah, I don't --

3          Q. I just wanted to speed things up.

4          A. No, I think the answer is no.  I don't

5     remember you being discussed for employment or

6     nonemployment.  You know, Sean would be dealing

7     with that, but I don't remember you specifically

8     ever being discussed to be employed or being in the

9     org chart, as you brought up, or listed or not

10    listed.  I just don't -- I don't believe that that

11    happened.

12         Q. But wouldn't it have come up,

13    Mr. Priebus, when the tweets happened?  Wouldn't

14    someone, even if it's not you, have said, oh, and

15    by the way, is there a job for her?  What is she

16    complaining about?  It seems that would -- that red

17    flag would arise, at least once the situation with

18    Jason, especially if you have lawyers involved,

19    came to light?

20             Still you're saying there was no

21    discussion of let's make sure her job isn't

22    compromised or let's kick her out or any -- no

23    discussion of a job or lack thereof even after this

24    became a 5-alarm fire, as Sean Spicer said?

25             MR. BLUMETTI:  Objection to form.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    75

```
 1              THE WITNESS:  I don't -- I don't

 2         believe -- my belief is that you were never in

 3         the matrix to get -- you were not in -- as I sit

 4         here today, you were not in the matrix to get a

 5         job.  I don't -- it never came up to me because

 6         I don't think it was in Sean's opinion, but that

 7         wasn't something I would have known at that

 8         time.

 9              The only thing I vaguely remember is

10         that someone told me that Hope Hicks had said

11         that, you know, she wouldn't come in the White

12         House if you were coming in the White House.  I

13         don't know if I heard that after all this or

14         before or when.  That's the only time I ever

15         remember it, and I -- I just -- it just never

16         came up.

17              I do believe that the lawyers looked at

18         the situation that certainly involved you, so of

19         course you would have come up in those

20         conversations with the lawyers.  And then the

21         decision was that Miller didn't come into the

22         White House to the extent that the tweets and

23         the situation affected you, I wouldn't be

24         privy -- I don't know that.

25    BY MS. DELGADO:
```

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 76 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                        76

1        **Q.** But you said earlier when you say now

2    that I was never in the matrix, you said earlier

3    you didn't know who was in what charts.

4        **A.** I'm saying it never came to me that you

5    were in the matrix before --

6        **Q.** Oh.

7        **A.** -- January 20th.

8        **Q.** So not that I was never in it, just that

9    you weren't aware if I was?

10        **A.** Yeah.  I wasn't aware if you were or

11    weren't.

12        **Q.** Okay.

13        **A.** Like I said, I let -- I let Sean put,

14    you know, his staff together, that he wanted to put

15    together.

16        **Q.** Were you ever told that for some reason

17    I was only interested in Sean's group or working in

18    press or comms?

19        **A.** No one ever -- you were just never

20    brought up to me, sorry to say, but...

21        **Q.** No.  Fair enough.

22        I just -- you repeatedly have referenced

23    that group, so I was just wondering if you were

24    under some impression that I had specifically

25    sought an interest in or sought employment in that

Case 1:19-cv-11764-AT-KHP   Document 442-4   Filed 09/23/24   Page 77 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                77

1    particular group of Sean's.  And you're saying

2    you --

3             **A.** I don't know what -- and I don't know

4    what groups you were trying to get employed by, but

5    to the extent that it was within the communications

6    job, that's why I keep referencing Sean as being in

7    charge of that.

8             **Q.** Sure.

9             And did Hope Hicks have decision-making

10   authority?  What group did she lead?

11            **A.** She was in the -- in the oval with the

12   President.

13            **Q.** Who did she report to?

14            **A.** The President and Sean, probably; a

15   little bit of both.

16            **Q.** All right.  I will have a video to show

17   you here a little later.

18            Were you aware of Hope Hicks'

19   extramarital affair with Corey Lewandowski?

20            **A.** No.  I mean, other than what was in a

21   page 6 article.

22            **Q.** What page 6 article?

23            **A.** I don't know.  I remember who -- I

24   remember there was an article of them shouting at

25   each other and that's what I remember.  But I'm not

Case 1:19-cv-11764-AT-KHP   Document 442-4   Filed 09/23/24   Page 78 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                          78

 1    aware of any affair.

 2            **Q.** So sitting here today, your testimony

 3    under oath is that the only thing you have ever

 4    heard about Hope Hicks and Corey Lewandowski having

 5    an affair is strictly a page 6 article where -- and

 6    I know the article you're referring to, where Hope

 7    Hicks was having a crying and screaming match with

 8    Mr. Lewandowski outside of Trump Tower, that's the

 9    only time you've heard of reference to Corey and

10    Hope?

11            MR. BLUMETTI:  Objection to form.

12            THE WITNESS:  I may have heard rumors,

13       but from where and when, I don't know, but

14       that's about it.

15    BY MS. DELGADO:

16            **Q.** Do you concede that there may have been

17    issues related to Ms. Hicks and Mr. Lewandowski

18    that would have prompted her to have made the

19    comment that you referenced she may have made

20    earlier?

21            MR. BLUMETTI:  Objection.

22            THE WITNESS:  I don't know.  I just

23       never got into it.

24    BY MS. DELGADO:

25            **Q.** Well, when was the last time you spoke

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

```
1    with Jason Miller?

2            A.  I saw him by coincidence at the Palm

3    Beach Airport about two weeks ago.

4            Q.  And what was that conversation like?

5            A.  Hmm, about five minutes about the

6    campaign, being on the road.  He was going back to

7    D.C.  Maybe a little bit about the primary.

8            Q.  Anything about this lawsuit?

9            A.  No.

10           And then we got on the plane and we were

11   sitting apart and that was it.

12           Q.  Are you familiar with reports of -- and

13   maybe not just reports, but are you familiar with

14   statements Mr. Trump has made or reports about

15   Mr. Trump in which it has been mentioned how much

16   Mr. Trump values those who do a good job defending

17   him or advocating for him on television?

18           MR. BLUMETTI:  Objection to form.

19           THE WITNESS:  He definitely likes people

20       who do a good job of defending him on

21       television, I'll give you that.

22   BY MS. DELGADO:

23           Q.  So would you say that, and particular in

24   the Trump administration, being somebody who

25   advocated for Mr. Trump on TV was definitely a plus
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                          80

1    as a qualifier for a job?

2          **A.** I don't know about a qualifier, but he

3    liked it.

4          **Q.** Fair enough.

5          Do you recall the statement that was put

6    out when Fidel Castro died on behalf of Mr. Trump?

7          **A.** No.

8          **Q.** Do you remember from the campaign who

9    were the individuals, the senior advisors besides

10   myself, who would go on television -- whose role

11   was to go on television to defend Mr. Trump?  Do

12   you remember some of those names?

13         **A.** I don't know if it was their role to go

14   on TV, but there were people that were on TV that

15   were very defensive of President Trump.

16         **Q.** And did any of those seek but not go

17   into the White House?  Or let me make it clearer.

18   Which ones of those didn't go into the White House?

19         MR. BLUMETTI:  Objection to form.

20         THE WITNESS:  I don't know, because I

21      don't know all the people you're talking about.

22      I mean...

23   BY MS. DELGADO:

24         **Q.** Okay.  Let me name a --

25         **A.** I honestly don't know all the people

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    81

1      that ever defended the President on TV.  I mean,

2      that's a big -- it's -- I defended the President,

3      other people.  I wasn't -- are you suggesting that

4      there were paid people on TV?

5              **Q.** No.

6                  My question was from the campaign, and

7      I'll just make it simpler for you then.  I'll just

8      give you the names.  Boris Epshteyn, did he go into

9      the White House?

10             **A.** For about two months.

11             **Q.** Why just two months?

12             **A.** I'm not a hundred percent sure if I'd be

13     able to say.

14             **Q.** What do you mean?

15             **A.** I'm not sure.  I mean, I would have to

16     talk to my attorney to find out whether I can say.

17             MR. BLUMETTI:  Is it subject to a

18         confidentiality order?

19             THE WITNESS:  It -- I would have to talk

20         to you privately.  I just have to make sure.

21             MR. BLUMETTI:  Okay.  We can go off the

22         record if you don't have a question pending.

23             MS. DELGADO:  I'd rather not

24         mid-deposition.

25     BY MS. DELGADO:

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    82

1          **Q.** Who is the attorney?  When you say "my

2     attorney," are you referencing --

3          **A.** I'm talking about Jared.  I'm talking

4     about Jared.  I was going to ask Jared a question

5     before I answer.  I'm not worrying about answering

6     the question.  It's not -- I just have to make sure

7     I'm not violating anything before answering a

8     question like that.

9          **Q.** Was there a confidentiality agreement

10    you signed?

11         **A.** I'm not sure.

12         **Q.** You're not sure you signed an agreement?

13         **A.** Trust me, if you knew what I was

14    thinking about, you'd understand, but I can't -- I

15    have to -- I think I have got to ask Jared first.

16         **Q.** Okay.  We can circle back to that at the

17    end.

18         **A.** Okay.

19         **Q.** Nevertheless, Boris did go into the

20    White House, correct?

21         **A.** Yes.

22         **Q.** Okay.  And Omarosa went into the White

23    House, correct?

24         **A.** Yes.

25         **Q.** And Sarah Sanders went into the White

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                                  83

1   House, correct?

2          **A.** Yes.

3          **Q.** Okay.  And even though Boris was only

4   there two months, am I correct in my recollection

5   that he then obtained almost immediately thereafter

6   a job with Sinclair Broadcasting Group?  Does that

7   ring a bell?

8          **A.** It rings a bell.

9          **Q.** So would you say even two months in the

10  White House can be a nice jumping point for a great

11  job, is that a fair --

12         **A.** For some people, but for others not.  It

13  depends.

14         **Q.** Like what's an example, someone for whom

15  it hasn't been a good jumping point?

16         **A.** I think that there are plenty of people

17  that didn't get the benefit of serving in the White

18  House as opposed to others.

19         **Q.** Can you give some examples?

20         **A.** I'd rather not.

21         **Q.** Why is that?

22         **A.** Well, I mean, some of these folks aren't

23  doing very well.  I don't think Mark Meadows is

24  very happy.  I don't think John Kelly is ecstatic.

25  I don't think Rex Tillerson is, you know, thrilled.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    84

1    I mean, I think there's a lot of folks that, you

2    know, the corporate world I don't believe has been

3    particularly kind to Trump alumni.  I don't think

4    that the media world has been particularly kind to

5    Trump alumni.

6            I think there are some exceptions, but

7    it -- I don't think it would -- I certainly don't

8    think that the -- you know, the Obama alumni and

9    the Bush alumni I believe were treated far better

10   than the Trump alumni have been.

11        **Q.** Fair enough.  And I think there are

12   different groups.  As you say, it depends; like a

13   John Kelly type or a Boris.  I suppose it depends

14   on your area of focus and your background.  I

15   understand that.

16            But let's take the three counterparts of

17   mine on the campaign.  Boris, you agreed, then went

18   to Sinclair Broadcast Group.  Oh, do you recall --

19   $500,000 a year, do you recall reading that

20   salary --

21        **A.** No.

22        **Q.** -- somewhere?  Okay.

23            And Omarosa went on to write a best

24   seller; is that correct?  Does that ring a bell?

25        **A.** Yeah.  Like a tell-all book where she's

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

1   recording people in the White House.  I mean, yeah,

2   I guess if that's what you consider to be success,

3   sure.

4           Q.  Speaking financially, would that be a

5   success financially?

6           A.  Writing a tell-all book and disclosing

7   conversations, I guess if that's -- if you consider

8   that success financially, fine.  I don't know if

9   it's ultimately successful because I think when you

10  do that, you end up potentially hurting yourself in

11  the end.

12          Q.  And Sarah, once she left and used her

13  time in the White House, too, it seems furthered

14  her political career and is now governor; is that

15  accurate?

16          A.  Yes.

17          Q.  Okay.  And do you -- I think I -- I may

18  have already asked this, so if I did, please

19  correct me, but do you recall which senior advisors

20  from the campaign didn't get a job?

21          A.  I don't recall.  I mean, I'd have to do

22  research and figure it out.

23          Q.  Do you recall anyone saying, Reince, I

24  worked on the campaign, I would like a job at a

25  senior level or a mid-level on the campaign, and

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
86

1  not receiving a job?

2         **A.** I'd have to think about it a little bit

3  further.  I'm sure there are plenty.

4         **Q.** But none comes to mind?

5         **A.** Yeah.  I mean, there are RNC people that

6  wanted jobs and didn't get jobs.

7         **Q.** But I mean the campaign.

8         **A.** I don't think I was their go-to person

9  to talk about White House jobs from the campaign.

10  There were others like Steve and Kellyanne and Dave

11  Bossie and Jared that I think were plugging people

12  in that they felt -- were advocating for people

13  that they felt should come on board.  And I think

14  they covered a lot of those people.

15         And I was probably the -- me and Katie

16  Walsh were the point people for folks that applied

17  from the RNC that were getting pinged on.  I don't

18  think that the campaign people naturally came to

19  me.

20         **Q.** Did Mr. Miller in any of the

21  conversations that were had ever ask, demand, or

22  request that I not be in the White House?

23         **A.** You never came up from -- from him to me

24  about getting a job in the White House.

25         **Q.** I mean more when he was asked to leave,

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

87

1    if he was asked to leave, at that point did he make

2    any request?

3            **A.** Not to me.

4            **Q.** Okay.  Would you concede, and please

5    don't take offense to this, but would you concede

6    that there was some pushback, and it may have been

7    harder for folks from the RNC to get a job versus

8    from the campaign because of the fact that the RNC

9    was -- I should say not the fact -- but the RNC

10   folks were perceived as being not the most

11   supportive of Trump, and I don't mean you, sir, but

12   the RNC ranks overall not as supportive of Trump

13   during the primaries and even through the general

14   elections, especially through the *Access Hollywood*

15   tape revelation?  Would you say that's fair?

16           MR. BLUMETTI:  Objection to form.

17           THE WITNESS:  What's fair?

18   BY MS. DELGADO:

19           **Q.** To say that it would be harder to get a

20   job coming from the RNC than from the campaign

21   because Mr. Trump was aware that the RNC had been

22   quite resistant to him.  Not you personally,

23   although you did criticize him publicly a few

24   occasions, but the campaign was seen -- the

25   campaign folks were seen by Mr. Trump and by the

1    press as much more pro-Trump than the RNC was.  And

2    again, I don't mean you.

3              **A.** I certainly saw the press that made

4    those conclusions, but I don't -- the President

5    never told me that, that that was his perception.

6              Listen, I'm aware of the press.  I'm

7    aware of what people in the press said.  But as to

8    whether -- you're asking me whether it was

9    communicated to me, and I mean, eventually it was

10   clear that there was a division that was building

11   between the RNC and the campaign, from the press,

12   but it -- we were doing our best to meld the two

13   together.  And I think that's partly why I was

14   named as a co-equal by the President with Steve

15   Bannon.  But I don't know for sure, because at the

16   time we were just trying to keep everyone together.

17             **Q.** Once he won the nomination; is that

18   correct?

19             **A.** I kind of lost track of your question.

20   Once he won the nomination?

21             **Q.** Would you say the RNC employees were as

22   pro-Trump as the campaign employees?

23             **A.** Depends which employees you're talking

24   about.

25             **Q.** Overall, if you had to take the mean or

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

```
1     the average, would you say it's fair to say that

2     the campaign employees, given they had opted to

3     work for Donald Trump, especially those who were

4     working with the campaign prior to Trump securing

5     the nomination, would you say those were generally

6     more pro-Trump than the RNC employees?

7               MR. BLUMETTI:  Objection to form.

8               THE WITNESS:  I just think it depends on

9        what the employee -- who the employees are you

10       are talking about.

11    BY MS. DELGADO:

12            Q. Was there any employee at the RNC that

13    you recall that was particularly in favor of

14    Mr. Trump?

15            A. When he was the nominee?

16            Q. No, prior to his being a nominee.

17            A. It's a different role.  I mean, you know

18    that --

19            Q. Right.

20            A. -- the role of the RNC is to support

21    whoever the nominee is.

22            Q. Correct.  Correct.  Understood.  I'm not

23    faulting.

24               But nonetheless, whether it's a facet of

25    the role in which they are boxed in by or not, the
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
90

1    outwardly pro-Trump individuals are much more

2    likely to be found in the campaign than in the RNC;

3    is that correct?

4              **A.** I don't know if that's true or not.  I

5    know that's what you perceive to be true, but I

6    think there are good apples and bad apples that

7    come from both scenarios that you are trying to

8    outline, so --

9              **Q.** Okay.  I'll give you an example.

10             **A.** -- I would not accept that every person

11   that worked in the Trump campaign were, you know,

12   super pro-Trump and always loyal and always good

13   actors, and I wouldn't say the same about the RNC.

14   I think that there are people -- you know, you have

15   to judge everything on an individual basis.

16             **Q.** Let me give you -- and I didn't say all

17   from the campaign were.  I was saying overall.  But

18   I'll give you an example.

19             Did you hire -- because you were

20   reported as specifically hiring him -- a Mr. Raj

21   Shah?

22             **A.** At the RNC he was our research director.

23             **Q.** Who hired him to be deputy White House

24   press secretary?

25             **A.** Sean.

1          Q.  Sean did?

2          A.  I mean, I'm certain he -- I don't know.

3     You'd have to ask him.  Because how, you know, that

4     processed and maybe other people met with him,

5     maybe he brought him in to see the President, I

6     don't know what process he went through for that.

7          Q.  And he called Trump "a deplorable"

8     during the election, didn't he?

9          A.  I don't remember that.

10         Q.  And he called the release of the *Access*

11    *Hollywood* tape, well, "some justice."  You don't

12    remember that?

13         A.  No.

14         Q.  Okay.  And didn't he also help get

15    embarrassing footage of Mr. Trump when he was

16    working for and advocating for Jeb Bush?

17         A.  I don't know.  I mean...

18         Q.  Fair enough.  If you don't know, just

19    asking.  And we'll see.

20              And so I think we segued off track.  I

21    think I was asking you a question about whether

22    Mr. Miller at the point that it was either he opted

23    to leave or he was told to leave, did not make any

24    requests as to any job or potential job regarding

25    me?

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 92 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    92

1          **A.** I don't remember him saying anything
2    like that, but I think at that point he was talking
3    to the lawyers.
4          **Q.** Okay.  Fair enough.
5          Do you have any idea, if I didn't have a
6    White House job, which I'm already conceding you
7    don't know if I did or didn't; I'm not asking you
8    to repeat all that that's been discussed already.
9    But if I didn't or if it had been decided that I
10   did, but I no longer did, do you have any idea or
11   information or reason to believe or explain why Mr.
12   Spicer wouldn't simply come on and tell me, AJ, you
13   don't have a job?
14         **A.** I don't know why he -- I don't know the
15   answer to that question.
16         **Q.** Okay.  Asking if you did.  If you
17   don't --
18         **A.** Yeah.
19         **Q.** -- that's okay.
20         And Sean during his deposition spoke of
21   particular individuals and said they were, quote,
22   in the pipeline for employment.  What does "the
23   pipeline" mean, if you know?
24         **A.** I don't know what he meant by that.
25         **Q.** Okay.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
93

```
 1              A.  Maybe it was just a list of a bunch of
 2      potential hires.
 3              Q.  There was an article about Mr. Paul
 4      Manafort having a friend who wanted a job, a high
 5      ranking friend in the banking industry who sent his
 6      resumé to Jared Kushner.  Is that because, as you
 7      mentioned earlier, Mr. Kushner had power in hiring
 8      and hiring decisions?
 9              MR. BLUMETTI:  Objection to form.
10              THE WITNESS:  I don't know why he sent
11          it to Jared, but I would say that in most cases
12          people who wanted jobs sent information and
13          resumes to whoever they had a connection to, to
14          try and get a job, or say, look at this person,
15          look at that person, here's a couple resumes,
16          here's some smart people.  So I think most --
17          you know, I wouldn't be surprised.  You know, a
18          lot of folks got e-mails like that.
19      BY MS. DELGADO:
20              Q.  And the ultimate decision maker, would
21      you say it was Trump, or did Trump in some
22      instances just go with what was brought to him?
23              MR. BLUMETTI:  Objection, form.
24              THE WITNESS:  I would think that, like I
25          said before, the department heads had reign over
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                          94

1          their own departments, and in most cases the

2          President would be involved on major department

3          hires, at least discussed and get sign-off.

4                 And then from there, you know, there

5          were only occasional -- you know, a lot of the

6          things we were doing in the beginning were

7          the -- just the very big department head

8          cabinet, major ambassadors, and then from there

9          presidential personnel took over after

10         January 20th.

11    BY MS. DELGADO:

12         **Q.** Okay.

13         **A.** And like I said, I mean, in many of

14    these cases, the transition team as a whole, headed

15    up by the vice president, they were the ultimate

16    organizers of the process.

17         **Q.** Uh-hmm.  Do you recall the name --

18    actually, let's back up a bit.  Could you tell me a

19    bit how the security clearance process worked?

20         **A.** At the White House?

21         **Q.** Yes.

22         **A.** Well, Joe Hagin and Don McGahn and their

23    offices headed up most of that process.  It is a --

24    you know, there's a lot of detail to it, but

25    everyone had to fill out a SF 86 form, which is a

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
95

1    detailed background check on each individual.

2              And then after that was done, the DOJ

3    and I believe the FBI would review and conduct

4    background checks and investigations on everyone in

5    the White House, and we would occasionally get

6    reports back or no-gos on some people when their

7    reports came back as being problematic.

8         Q. And is it correct that that process took

9    months and most were initially on interim security

10   clearance?  And there's a -- let me not compound

11   it.  Go ahead and answer that.

12        A. Yeah.  I mean, some of them took months

13   and some of them took weeks.  I guess it just

14   depended on, you know, the application.  There were

15   lots that got -- there were some that got rejected

16   and then there -- in a short period of time, and

17   some, you know, within months, and then some after

18   several months.  And at that point I left in the

19   end of July.

20        Q. Fair.  Yes.

21             And is it your understanding that in

22   this, what the FBI is looking for mainly are

23   individuals that show, let's say, weaknesses or

24   things in their background that could be

25   susceptible to blackmail?

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 96 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    96

1              MR. BLUMETTI:  Objection to form.

2              THE WITNESS:  Yeah, I can't answer to

3         what they look for or what decisions they make

4         or how they make them.  It could be a lot of

5         things.

6    BY MS. DELGADO:

7         Q. Are you familiar with the name Tricia --

8    let's see if I pronounce it correctly here, hang on

9    one second -- Tricia Newbold?

10        A. No.

11        Q. Okay.  Let me e-mail to the court

12   reporter, if I may, I want to send you something to

13   look at.

14             MS. DELGADO:  So this will be Exhibit 4,

15        I think.  Okay.  Wonderful.

16             (Sharing screen.)

17             (Thereupon, Plaintiff's Exhibit No. 4

18             was marked for identification.)

19   BY MS. DELGADO:

20        Q. So, Mr. Priebus, if you could -- if the

21   court reporter could flip to page 2.  Or actually,

22   let's start -- I'm sorry.  Start on page 1 because

23   I want to explain what this is.

24             What you're looking at, Mr. Priebus,

25   this is a public document, and it's a memorandum

Case 1:19-cv-11764-AT-KHP   Document 442-4   Filed 09/23/24   Page 97 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
97

1    from April 2019 by the Congressional House

2    Committee on Oversight and Reform.  And it's the

3    testimony of a Ms. Tricia Newbold, and she's a long

4    time executive branch employee within the federal

5    government, and she works for the personal security

6    office in the White House.

7              And if the court reporter could go to

8    page 2, I'd like you to look at the fourth, that's

9    number 4, full paragraph which starts "Ms. Newbold

10   explained that..."  Do you see that?

11        **A.**  Yeah, I see it.

12        **Q.**  Okay.  I'm just going to read aloud into

13   the record.  (As read):  "And Ms. Newbold explained

14   that starting in 2018 she began to keep a list of

15   the White House employees whose denials were

16   overturned.  Her list eventually grew to 25

17   individuals, including two senior White House

18   officials, as well as contractors and individuals

19   throughout different components of the executive

20   office of the President.  According to Ms. Newbold,

21   these individuals had a wide range of serious

22   disqualifying issues involving foreign influence,

23   conflicts of interest concerning personal conduct,

24   financial problems, drug use, and criminal

25   conduct."

1          Now, I know she's referencing that she

2     started taking this list in 2018 and that's past

3     your tenure, but some of these -- although she

4     started keeping the list in 2018, some of these are

5     from 2017, 2018, 2019.

6          Does any of that ring a bell to you,

7     what she speaks of?

8          **A.** No.

9          **Q.** So you don't know of any individuals

10    whose White House security clearance was a no go,

11    as you called it earlier, yet they were allowed to

12    work in the White House?

13         **A.** The only one that I thought was having a

14    security clearance issue was Anthony Scaramucci,

15    and I don't know how that ended up.  I know there

16    was an issue, but I don't know if it was resolved

17    or what.  But that's the only name --

18         **Q.** What was his position?

19         **A.** I don't remember.  But I remember there

20    was a holdup, and it may have just been because he

21    had so much -- a lot of financial disclosures to

22    make.  So I don't know what the issue was or how it

23    was resolved.

24         There may have been a couple other

25    security clearance issues that were being worked on

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
99

```
 1    and discussed by White House counsel.  I
 2    occasionally had conversations with Don McGahn
 3    about where we were at on security clearances, but
 4    he was handling it, and we weren't at the point to
 5    anything being real problematic until, of course, I
 6    left and then I kind of, obviously, had nothing to
 7    do with it anymore.
 8            Q. Well, we spoke earlier of Raj Shah; do
 9    you recall that?
10            A. Yes.
11            Q. Okay.  You were aware because he came
12    from your RNC group, right?
13            A. I'm aware of him.
14            Q. Okay.  But you said you didn't hire him
15    yourself?
16            A. No.
17            Q. Okay.  Were you aware that Mr. Shah
18    was -- had been arrested just a few years earlier
19    in New Mexico for aggravated DWI?
20            A. Not that I recall, no.
21            Q. Was he not submitted to a background
22    check?
23            A. I'm sure he was on his onboarding.
24            Q. So did he not list this on his
25    background check, or...
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

1          **A.** I don't see everyone's background

2    checks.  I mean, they do the background check and

3    the SF 86, the interviews with the DOJ and the FBI

4    overseen by White House counsel and White House

5    operation, so I'm not in the middle of everybody's

6    background checks.

7          **Q.** Because he had a pretty senior role,

8    right, deputy White House press secretary?

9          MR. BLUMETTI:  Objection to form.

10   BY MS. DELGADO:

11         **Q.** Isn't that a very senior role?

12         **A.** I don't consider that to be a very

13   senior role, no.

14         **Q.** Okay.

15         **A.** Press secretary is a senior role.  Comms

16   director is a senior role.  Deputy, no.

17         **Q.** I see.  Thank you for explaining how you

18   define "senior role."

19         Now, this comes up in even Google,

20   Mr. Shah, so how were you not aware of this?

21         MR. BLUMETTI:  Objection to form.

22         THE WITNESS:  I guess I didn't Google

23      it.

24   BY MS. DELGADO:

25         **Q.** But I would think the FBI did.  Do you

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
                                                            101

1    have any reason to think the FBI didn't do their

2    due diligence on Mr. Shah?

3            **A.** I have no reason to believe they didn't.

4            **Q.** Do you think it's appropriate for

5    someone with a DWI or DUI to work in a White House?

6                MR. BLUMETTI:  Object to form.

7                THE WITNESS:  I mean, I guess it depends

8        on the situation.

9    BY MS. DELGADO:

10           **Q.** Are you aware of how many individuals,

11   including children, are killed daily through

12   individuals who drive impaired?

13           **A.** Sure.  And I think it's terrible.

14           **Q.** But you're okay with someone who

15   committed that offense, working in the highest --?

16           **A.** That got a DUI?

17           **Q.** Hmm-hmm.

18           **A.** You mean like Bush 43?

19           **Q.** He was elected, wasn't he?

20           **A.** Yeah, I know -- whether or not it's

21   disqualifying.  It would be up to, you know, the

22   individuals, the situation, the review board, you

23   know, that at the FBI and the DOJ to make that

24   determination, and ultimately, the folks that are

25   doing, you know, the vetting.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                        102

```
 1              Q. Right.
 2                 So you feel -- something in someone's
 3      background isn't automatically disqualifying, that
 4      it depends on the context and those doing the
 5      investigation; is that correct?
 6              A. I think it depends on the investigators
 7      and the situation, sure.
 8              Q. So an offense where individuals,
 9      including children, could have been killed, you
10      don't feel is automatically disqualifying?
11                 MR. BLUMETTI:  Objection to form.
12                 THE WITNESS:  I don't know.  It just
13         depends on the situation.  I mean, if someone
14         had a DUI, you know, years ago and they changed
15         their life and they showed improvement and rehab
16         and they are a different kind of person today
17         than they used to be, then I think it's possible
18         that that person can have a second chance.
19      BY MS. DELGADO:
20              Q. Do you equate a second chance -- do you
21      see a second chance as being distinct from working
22      in the White House?
23              A. I think people could have second
24      chances.  And I think everyone could have a second
25      chance in life no matter what's going on.  I mean,
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                           103

1    I guess it depends on how horrible it is.  But I

2    mean, I think generally second chances can be

3    appropriate under the right circumstances.

4          Q.  So in your opinion, a DUI of Mr. Shah's

5    from just a few years back would not automatically

6    and should not automatically disqualify him from

7    employment in the White House?

8          MR. BLUMETTI:  Objection to form.

9          THE WITNESS:  It may or may not.  I

10      mean, if I would have known about it, maybe it

11      would have.

12   BY MS. DELGADO:

13         Q.  So just to be clear, Mr. Shah was hired

14   for the White House despite a DUI a few years

15   earlier, which you claim you weren't aware of, and

16   having referred to the President he will be serving

17   as, quote, a deplorable, according to reports, and

18   the *Access Hollywood* paper release as "justice",

19   according to reports, and having dug up

20   embarrassing footage of the President he is to

21   serve just a year earlier, according to reports,

22   and he was hired for the White House.

23         Is that -- did I get that right?  Was

24   anything inaccurate there?

25         A.  You'd have to ask -- you'd have to ask

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                                104

```
 1      Sean that question.  I mean, it's...
 2                Q. Sure.
 3                   And also to be clear, Mr. Shah's -- I
 4      want to make sure I'm not missing some Stellar
 5      Oxford education or something in his background,
 6      his role at the RNC was just opposition research,
 7      right?
 8                   MR. BLUMETTI:  Objection to form.
 9                   THE WITNESS:  He was a -- you'd have to
10         ask -- I don't remember his exact title, but he
11         was heading up the research department, which is
12         a communications role at the RNC in the
13         communications shop.  He may have been doing --
14      BY MS. DELGADO:
15                Q. Okay.  Let's --
16                A. He may have been doing press work as
17      well during the time that he was head of research.
18                Q. Can we talk a bit about Helen Aguirre
19      Ferre?  Do you remember Helen?
20                A. No.
21                Q. You don't remember Helen, a Latina woman
22      from Miami?
23                A. What was the last name?
24                Q. Helen Ferre.  Ferre, as you would say.
25                A. Yeah.  Can you spell it?
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

1          **Q.** F-e-r-r-e.

2          **A.** I don't.

3          **Q.** Okay.  Does it ring a bell?  She

4    referred to Trump as a, quote, street dog and

5    anti-female during the primaries.  She worked for

6    the RNC.  That's why I'm surprised you don't

7    remember.

8          **A.** I don't remember.  Maybe vaguely.  Now

9    you kind of like stirred my memory a little bit.

10   Vaguely.

11         **Q.** Okay.  And I'm happy to show you the

12   article where she referred to Mr. Trump as such,

13   but explain to me, how does someone who referred to

14   Mr. Trump as a "street dog" and as "anti-female"

15   then get a job in the White House?

16              MR. BLUMETTI:  Objection to form.

17              THE WITNESS:  Because the people doing

18      the hiring decided that she should be hired.  I

19      don't know.  I don't remember her, and I don't

20      know her.

21   BY MS. DELGADO:

22         **Q.** Okay.  Do you remember Stephanie

23   Grisham?

24         **A.** I remember who she was after we started

25   in the White House.

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 106 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    106

1          Q.  Okay.  And, you know, we've been talking

2      about security clearances.  I want to show you

3      something else.

4              MS. DELGADO:  This will be Exhibit 5.

5              (Thereupon, Plaintiff's Exhibit No. 5

6          was marked for identification.)

7              (Sharing screen.)

8      BY MS. DELGADO:

9          Q.  Let's see here.  Give me one second.

10     I'm sorry.  Okay.  Okay.  And just stop there.

11             Mr. Priebus, that person had what you

12     consider a senior role in the White House, right?

13         A.  It was -- I think she came in, in the

14     First Lady's office.

15         Q.  Hmm-hmm.  And later became White House

16     press secretary, a cabinet member, correct?

17             MR. BLUMETTI:  Objection to form.

18             THE WITNESS:  That's not a cabinet

19         member, but --

20     BY MS. DELGADO:

21         Q.  Oh --

22         A.  -- she did become press secretary.

23         Q.  My bad.

24             And also White House comms director?

25         A.  I believe so.  It would have been way

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                               107

1    after I left.

2              **Q.** Sure.

3                   But she was working there when you were

4    chief of staff, correct?

5              **A.** She was a -- what they call a "press

6    wrangler."

7              **Q.** I have that she was a deputy press

8    secretary.  I can send you that --

9              **A.** I don't know.

10             **Q.** -- if you'd like.

11             **A.** I don't know what her title was

12   initially.

13             **Q.** In fact, she worked right underneath

14   Sean Spicer; is that correct?

15             **A.** So I think everyone would have worked

16   below Sean Spicer in the comm shop.

17             **Q.** So if we could go back to the question:

18   How does someone with two arrests, recent ones,

19   including during the campaign, because one is from

20   2015, how does that person pass the vetting?

21             **A.** You'd have to talk to the DOJ and the

22   FBI.

23             **Q.** So it appears, based on her passing the

24   vetting, that this was not disqualifying?

25             **A.** I don't know if she passed the vetting

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 108 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                        108

1    or not.

2                **Q.** Sure.

3                So it's possible that even if you didn't

4    pass the vetting, you could remain working in the

5    White House, correct?

6                **A.** No, I don't know the state of her

7    security clearance or when it was cleared or if it

8    was cleared or what the status was of it.

9                **Q.** Well, she was in the White House four

10   months -- four years, Mr. Priebus?

11               **A.** Then you could assume that she either

12   got a security clearance or somehow had passed the

13   vetting.

14               **Q.** So, again, criminal records and DUIs

15   where individuals could be killed were not

16   disqualifying in a Trump administration.

17               MR. BLUMETTI:  Objection, form.

18   BY MS. DELGADO:

19               **Q.** And individuals with such criminal

20   backgrounds worked there while you were chief of

21   staff; is that correct?

22               **A.** I don't know, because I wasn't -- I

23   don't know what their background is.  So you're

24   telling me these things and I don't really know

25   what's true and not, and I don't know what the FBI

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                          109

```
 1    and the DOJ were doing or reviewing, so it's hard
 2    to answer.
 3             Q.  Were you aware of this?
 4             A.  Was I aware of the deputy press
 5    secretary having a DUI in 2013, no.
 6             Q.  What about the DUI in 2015?
 7             A.  No.
 8             Q.  No one brought this to your attention as
 9    chief of staff?
10             A.  No.
11             Q.  Okay.
12                  Would you say a college degree would be
13    necessary for a deputy press role?
14             A.  Not necessarily.
15             Q.  And Ms. Grisham, after she left the
16    White House, wrote a best selling book; is that
17    correct?  Does that ring a bell?
18             A.  I remember she wrote a book.
19             Q.  I'm going to show you, I think,
20    Exhibit 6.
21                  (Thereupon, Plaintiff's Exhibit No. 6
22             was marked for identification.)
23                  (Sharing screen.)
24    BY MS. DELGADO:
25             Q.  Okay.  Okay.  Who is that, Mr. Priebus?
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                              110

1           **A.** That looks like Boris.

2           **Q.** Okay.  And I don't know if you could

3    read what's on there, but would it be correct to

4    say that's from his arrest?

5           **A.** It looks like it.

6           **Q.** Which was for violent assault?

7           **A.** That's what it says.

8           **Q.** Okay.  How does that individual work in

9    your White House?

10          MR. BLUMETTI:  Objection to form.

11   BY MS. DELGADO:

12          **Q.** How does -- let me rephrase.

13          How does an individual with a criminal

14   record and a mugshot work in a Reince Priebus led

15   White House?

16          **A.** The people that -- other -- like I said,

17   I'm one of many people that influenced and tried to

18   build a White House staff, cabinet, Trump

19   administration, and there are lots of folks that

20   have influence.  And the people that were hired or

21   not hired is a result of many people including

22   department heads and the people that are building

23   their teams and putting together their teams that

24   they want to work with subject to background

25   checks, White House ops, and White House counsel.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

1       **Q.** Sure.

2           But we've heard from your co-defendant a

3    lot about security clearance and vetting and how

4    important that process is in disqualifying

5    candidates, so I guess I'm just asking how is it

6    you have Raj Shah, Stephanie Grisham, Boris

7    Epshteyn, all criminal records, this isn't just

8    something embarrassing, but criminal, DUIs that can

9    kill people, how do they -- do you have any idea

10   how they passed the vetting, but Mr. Spicer says I

11   wouldn't?  I'm asking you if you know why they are

12   unique or special?

13       **A.** I just answered it.  Because there are a

14   lot of people making hiring decisions and there's a

15   lot of people that -- that worked together to try

16   to build the staff and the teams that ultimately

17   got to the White House and they got there.

18       **Q.** Again, I don't think that's actually

19   answering my question, though, to how -- that's not

20   about why they were hired.  I understand that's

21   what you're answering.

22           How do they pass security vetting, in

23   your opinion?

24       **A.** You'd have to ask the DOJ and the FBI.

25   I am not part of the vetting process when it comes

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                112

1    to national security and vetting by the DOJ and the

2    FBI.  They come back with their results and either

3    they get an up or down result or it goes for

4    further review.

5              By the time I left the White House,

6    99 percent of these matters were still being

7    reviewed.  So Don McGahn was dealing with all of

8    this and everyone coming in the White House was

9    subject to vetting, review, and a security

10   background check, and that was the process.

11         **Q.** Fair enough.

12              So would you say -- you said when you

13   left 99 percent of these were still in the pipeline

14   as they were, which that makes pass.

15         **A.** I don't -- I misspoke.  I don't know

16   what percentage were in the pipeline.  There were

17   lots in the pipeline.  Don McGahn.  Another guy,

18   his last name was Karrol, who was in charge of all

19   of the vetting and all the reviews of every

20   employee was working on these matters.  If someone

21   was problematic and it was someone that was being

22   asked to leave based on a background check, they

23   would handle it.

24         **Q.** And you said when an individual would

25   receive an up or down, it would then -- it

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
113

1    occasionally or always or sometimes be subjected to

2    further review?

3             **A.** Sometimes I believe it went to further

4    review through the FBI and the DOJ, and sometimes

5    people got a thumbs down pretty quickly, and by the

6    time, you know, this stuff came to a head, I was

7    gone.

8             **Q.** So you weren't aware of Boris' arrest

9    and criminal past?

10            **A.** No.

11            **Q.** Who hired Boris?

12            **A.** It would have been through the press

13   shop.

14            **Q.** He worked, okay, for surrogate

15   operations.  So that would have been Sean hired

16   him?

17            **A.** I would assume so.

18            **Q.** So would Sean have likely known about

19   this arrest?

20            **A.** I have no idea.

21            **Q.** Well, what's the date on that article?

22            **A.** The article is the 17th of -- or

23   March 10th, 2017.

24            **Q.** Okay.  I'm going to circle back with

25   another article about that, but I don't want to

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
114

1    hold this up on the exhibits, so we'll circle back

2    to that.

3              Were you aware Boris was arrested a

4    couple years ago for groping a woman or women,

5    allegedly, in a bar?

6         **A.** I may have heard it, but I didn't pay

7    attention to it.

8         **Q.** Does the name Max Miller ring a bell?

9         **A.** Yes.

10        **Q.** And he served in the White House when

11   you were there, right?

12        **A.** I think so.

13        **Q.** Did Max have a criminal record?

14        **A.** I don't remember him particularly,

15   maybe.  I mean, I know who he was, but I don't

16   remember at the time working with him, or I don't

17   remember much of him.

18        **Q.** Okay.  I could -- I can just slow things

19   down with another exhibit or I can tell you that he

20   had a criminal record including charges of assault,

21   disorderly conduct, and resisting arrest prior to

22   the White House.

23             So same question, how does an individual

24   like Max Miller pass vetting?

25        **A.** You have to ask the people doing the

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
115

1    vetting.

2            **Q.** Right.

3            **A.** So when people get a job in the White

4    House, the first thing they do, one of the first

5    things is they go to be vetted.  They go to White

6    House operations.  They fill out all their personal

7    information about themselves.  It's like, you know,

8    75 pages of background that then gets reviewed by

9    White House counsel, the DOJ, and the FBI.

10           We don't have -- you know, that is the

11   vetting of the White House.  And as matters come

12   up, the White House counsel works through those

13   issues with each person or with the FBI, and at

14   some point either someone has a security clearance

15   and they pass or they don't.  That's how it works.

16           **Q.** So if Sean Spicer stated that I wouldn't

17   have passed security clearance, you disagree with

18   that because your position is, that's not a

19   determination we made; that's up to the FBI and the

20   DOJ and the folks who do that, correct?

21           **A.** I didn't make the determination as to

22   whether you had passed or not, right?  You know, so

23   I don't -- I don't know enough about you to even

24   have an opinion.

25           **Q.** So when I asked you your opinion on the

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    116

1     others, you said you can't give an opinion because

2     that wasn't your role or your wheelhouse.  So how

3     would you have an opinion on mine?  How does Sean?

4          **A.**  I don't have an opinion on yours.  I

5     mean, I don't know anything about you.

6          **Q.**  Can we talk about John McEntee?

7          **A.**  Sure.

8          **Q.**  That's another one who was in the White

9     House for over a year before the security clearance

10    issues of his came to light, correct?

11              MR. BLUMETTI:  Object to form.

12              THE WITNESS:  I don't know.

13    BY MS. DELGADO:

14          **Q.**  I can show you an article, if you'd

15    like, to refresh your recollection that he departed

16    in March of 2018 after serving 15 months in the

17    White House.

18              So my question is, weren't there also

19    individuals who despite having questionable issues

20    that, in McEntee's case, could subject them to

21    blackmail, that being extreme gambling issues,

22    nonetheless, were able to serve in the White House

23    because it did take so long for these vettings, in

24    some cases, to be completed?  Is that accurate?

25              And I can show the article if you'd like

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                117

1    so that you don't have to take --

2             **A.**  No, I'm -- I'm aware of the general

3    incident, so I don't question that.  I just -- the

4    DOJ and the FBI are the ones that are -- and the

5    White House counsel are the folks that are doing

6    and conducting these background checks, so I'm not

7    the expert to answer your questions as far as what

8    the process is, how it works, how long, you know.

9    I'm just not an expert on that particular process.

10            **Q.**  Fair enough.  Fair enough.

11            Bear with me here.  One more exhibit, I

12   mean.  Okay.

13            (Thereupon, Plaintiff's Exhibit No. 7

14            was marked for identification.)

15            MS. DELGADO:  These are three

16            exhibits I'm sending.  Well, 12, is it?

17            Sorry, one of my clocks, I never

18            changed it.

19            (Sharing screen.)

20   BY MS. DELGADO:

21            **Q.**  Okay.  So this is a headline from *Slate*

22   from February 2018 and it talks about the year

23   2017.  And I hope you can see the headline.  I'll

24   read it into the record.  It says, "Rob Porter's

25   history of domestic abuse wasn't a secret.  It's

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    118

1    just that no one cared."

2              The cops, the FBI, and the White House

3    chief of staff all knew, and he still continued to

4    rise through the ranks of our government's highest

5    office.  Have you seen this article, Mr. Priebus?

6         **A.** No.  No.

7         **Q.** It mentions you by name and never -- no

8    one ever showed it to you?  It didn't come up on

9    your Google alerts, nothing?

10        **A.** It mentions my name?

11        **Q.** I believe so, yes.

12        **A.** Where?

13        **Q.** Let's see.  I'm trying to bring up the

14   link.  It might be in a separate article.

15   Actually, it's not this article that mentions you.

16   I apologize.  I take that back.  It's the other

17   one, and I didn't link that one.  So never mind

18   that question.

19             Did you know about Rob Porter's history

20   of domestic abuse?

21        **A.** No.

22        **Q.** When did you become aware?  Now?

23        **A.** When it -- when it came out in the

24   press.  When it exploded in the press.

25        **Q.** And to make sure we both heard the same

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 119 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
                                                                    119

1    thing and we were both aware of the same thing,

2    two, not just just one, of his ex-wives claimed

3    that he was physically abusive.  And if the court

4    reporter could kindly throw up on the screen

5    exhibit -- the third exhibit I sent.  We'll mark

6    that as Exhibit 8.

7              (Thereupon, Plaintiff's Exhibit No. 8

8         was marked for identification.)

9              (Sharing screen.)

10   BY MS. DELGADO:

11        Q. So according to one of Rob Porter's

12   ex-wives, we have up on the screen a picture, a

13   photo of a Ms. Colbie Holderness.  She was Rob

14   Porter's first wife who claims she was a victim of

15   his beating.  Rob Porter --

16              Well, let me just ask you:  Have you

17   seen this photo before, Mr. Priebus?

18        A. No.

19        Q. Okay.  Were you --

20        A. I've seen similar pictures in other

21   publications.  I don't know about this one, but,

22   you know, I'm aware of this story.

23        Q. Okay.  So you're aware that two ex-wives

24   spoke to the FBI when he was hired about --

25        A. I don't know --

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    120

```
 1              Q. -- 2000 --

 2              A. I don't know when they spoke to the FBI,

 3      but...

 4              Q. That they claim they did.  I should

 5      rephrase that.

 6              A. Yeah, and I don't -- and I don't know

 7      when.  I think this story broke out sometime after

 8      I left, maybe a couple years after I left.

 9              Q. They broke out in February of 2018.

10              A. Okay.  Well --

11              Q. It was after you left, but it concerns

12      the period when you were there because they spoke

13      to the FBI.

14              A. No, it doesn't -- it doesn't concern the

15      period when I was there.  It's just that the

16      security clearance issues started when I was there.

17      They just didn't conclude when I was there.

18              Q. Correct.  Absolutely.  Fair enough.

19                  (Thereupon, Plaintiff's Exhibit No. 9

20                  was marked for identification.)

21                  (Sharing screen.)

22      BY MS. DELGADO:

23              Q. But how is it Mr. Porter was even

24      through your tenure working under you?  And our

25      next exhibit is a photo of you in the West Wing and
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
121

```
 1        oval office, you and Mr. Porter with Mr. Trump.
 2                How did Mr. Porter manage to work in the
 3        White House for a year and change, including all
 4        seven months of your tenure, with that in his
 5        background?
 6                MR. BLUMETTI:  Objection to form.
 7                THE WITNESS:  Because the people doing
 8           the background checks and the reviews don't
 9           conclude their reviews immediately.  And I
10           didn't know about it, and I don't -- I don't
11           think anyone knew about it.  So it was a shock
12           to a lot of people, and after they apparently
13           heard the reports, after the DOJ and FBI went
14           through, you know, domestic files in the
15           counties in Virginia, maybe that's how they
16           found it.  But certainly wasn't anything anyone
17           else knew about.
18                MS. DELGADO:  And that's the Exhibit 9
19           there, the photo.
20        BY MS. DELGADO:
21           Q. So to make sure I understand what you
22        just said correctly, you once again, as you alluded
23        to and specifically mentioned earlier, these
24        background checks can sometimes take a very long
25        time, is what you're saying?
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
                                                            122

1              **A.** Yes.

2              **Q.** Fair enough.

3              And even though Rob Porter had a

4    domestic violence restraining order, which was made

5    aware to the FBI early on when he was hired,

6    allegedly by the ex-wife who obtained the

7    restraining order, it nonetheless appears to have

8    taken over a year, including after you were gone,

9    to investigate this; is that correct?

10             **A.** Yeah, I don't -- I don't know what steps

11   were taken in dealing with the security clearance

12   issues, but almost none of the issues that were

13   pending were resolved or coming to the conclusion

14   of being resolved before I actually left.  So White

15   House counsel --

16             **Q.** So no one ever -- oh, I'm sorry.  Go

17   ahead.

18             **A.** -- White House counsel and the folks

19   there in operations would be the people who would

20   know the ins and outs of what the DOJ and the FBI

21   was doing in regard to these background checks.

22   And the people that came after me would know maybe

23   to the point where they were being briefed on where

24   these different issues where at.

25             **Q.** Fair enough.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
123

1                It wasn't brought to your attention

2    during your seven-month tenure --

3          **A.** No.

4          **Q.** -- is that correct?

5          **A.** That's right.

6          **Q.** Do you believe it was brought to Don

7    McGahn's attention?

8          **A.** I don't know if it was or not.

9          **Q.** Do you believe --

10         **A.** It would have been someone in his

11   office.

12         **Q.** Uh-hmm.  Do you believe it would have

13   been brought to Hope Hicks' attention, or was?

14         MR. BLUMETTI:  Objection.

15         THE WITNESS:  I have no idea.

16   BY MS. DELGADO:

17         **Q.** Do you feel it strains -- do you feel

18   it's a stretch that it would take a year and two

19   months to adjudicate the security clearance of

20   someone who allegedly beat up a wife pretty badly?

21   In your opinion, why would that take a year and two

22   months?

23         MR. BLUMETTI:  Objection to form.

24         THE WITNESS:  I have no idea.

25   BY MS. DELGADO:

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

```
 1              Q. No idea.

 2              Do you believe that Trump --

 3              A. It seems like a long time.  It seems

 4     like a long time, but I have no idea.

 5              Q. Mr. Porter had a Harvard law degree, did

 6     he not?

 7              A. I believe that he did.

 8              Q. In your experience with Mr. Trump and

 9     his constant boasting of his Wharton degree and of

10     others' Ivy League credentials, would it be fair to

11     say Mr. Trump places a premium on that?

12              MR. BLUMETTI:  Object to the form.

13              MS. DELGADO: I'm asking for his

14        opinions.

15              THE WITNESS: I mean, perhaps.  I mean, I

16        went to the University of Wisconsin at

17        Whitewater, so not exactly Harvard.

18     BY MS. DELGADO:

19              Q. Hey, that's okay.  That's okay.

20              I'm just asking you -- I'm just asking

21     about Mr. Trump.

22              A. And the University of Miami in Florida,

23     so that wasn't bad.

24              Q. I'm just asking about Mr. Trump's

25     perception, not saying it's correct or not.
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                        125

1          **A.** Yeah, I mean, sure.  I mean, I don't

2     know.  It certainly wouldn't be a defining item for

3     somebody, but it couldn't hurt.

4          **Q.** And I will -- I'll spare you if you're

5     okay with my not having to show it, to not slow

6     things down because we're close to being done, but

7     there's a *Wall Street Journal* article about Rob

8     Porter and this situation where it's reported that

9     in early 2017 this was brought to Don McGahn's

10    attention.

11         So, again, if your answer is "I don't

12    know," that's fine.  But I have to ask:  Any clue

13    why it took over a year for that security -- why he

14    was allowed to work in the West Wing with an

15    interim security clearance?

16         First of all, let me just ask you that.

17    How was he allowed to work in the West Wing in the

18    oval office when you were chief of staff with an

19    interim security clearance?

20         **A.** You'd have to ask the people that

21    understand how interim security clearances work.  I

22    think it's a specific -- there's a specific way

23    that that is done and reviewed.  But no one ever

24    brought to the attention of me, or I would highly

25    doubt anyone even remotely around me, about the

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

126

1    fact that there was some kind of domestic abuse

2    accusation against Rob Porter.  The first I heard

3    of it was when it blew up in the West Wing and that

4    was it.

5        **Q.** So individuals were able -- Rob Porter

6    being at least one example, were able to work in

7    the White House for months, even a year or longer

8    with interim security clearances; is that correct?

9        **A.** You'd have to find out what the level of

10   their clearance was.  I mean, it isn't -- it's

11   handled by the FBI and the DOJ and the White House

12   counsel's office.  It's not -- there's a specific

13   process that I think is, you know, detailed,

14   specific step-by-step method that they use, and I'm

15   not the person to be able to explain to you how

16   temporary security clearances work.

17       **Q.** Right.  Yeah, and I don't want you to

18   explain it.  I know that's a detailed request.  I

19   wouldn't make that of you.

20            It's just, were you aware of individuals

21   with interim security clearances working in the

22   West Wing or in the White House overall?

23       **A.** Well, I was one.

24       **Q.** You were one.  Oh, okay.

25            Okay.  How long was it --

1          **A.** I mean, I think -- I mean, it's -- I

2     think -- I mean, I was probably a few months.  I

3     mean, it takes a few months before you get your

4     permanent.

5          **Q.** Sure, sure, and that makes sense.

6               And so I guess that circles back to what

7     we were saying, using Boris as an example.  What I

8     was asking about that is, sometimes then even just

9     being in the White House, as Boris was able to

10    parlay into a lucrative and prestigious

11    communications role, even if you're going to fail

12    your security clearance, some individuals snuck in

13    there for a while, didn't they, like Porter?

14               MR. BLUMETTI:  Objection to form.

15               THE WITNESS:  I suppose.

16    BY MS. DELGADO:

17          **Q.** Okay.  Do you believe the Trump

18    administration -- this is just your personal

19    opinion -- do you believe Mr. Trump -- I'll limit

20    it to Mr. Trump at first, do you believe Mr. Trump

21    cares about domestic violence?

22          **A.** Yeah, I think so.

23          **Q.** Why is it then that when Porter, this

24    all came out, he nonetheless spoke highly of Rob

25    Porter?

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
128

1           **A.** I have no idea.  You got to ask him.  I

2     wasn't even there.

3           **Q.** Do you have any reason or information or

4     understanding of why Mr. Trump keeps Jason Miller

5     in his orbit despite the allegations of Jason

6     Miller having been physically and sexually abusive

7     with me?

8           **A.** I don't know.  You're going to have to

9     ask the President.

10          **Q.** Okay.  Maybe I will.

11          Okay.  Let's see.  I think we're close

12    to being done, but -- well, on the -- on the

13    security clearances, just again if you don't know,

14    because I'm asking you about someone else's

15    testimony, but do you have any reason to believe or

16    understand why Mr. Spicer was so adamant that I

17    wouldn't have been able to work in the White House

18    due to security clearance, but someone like Rob

19    Porter did for a year and change?  Any idea why?

20          **A.** I don't know what the differences are or

21    the details or the distinguishing reasons.  You

22    have to ask Sean, I mean.

23          **Q.** Was there a different standard for

24    women?

25          MR. BLUMETTI:  Object to form.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                        129

```
 1                    THE WITNESS:  No.  Everyone had to fill
 2        out the same stuff no matter who you were.
 3     BY MS. DELGADO:
 4             Q. Right.
 5                    But when stuff, as when the SP 86 came
 6     back with something eh, was there a different
 7     standard for women or for Hispanics or for any
 8     category --
 9             A. No.
10             Q. -- based on whether it was a problem or
11     not?
12             A. No, of course not.
13             Q. You have no reason -- your belief is
14     that everyone was treated the same when it came to
15     security clearance?
16             A. Yeah.  Yes.
17             Q. You don't believe Rob Porter -- okay.
18     Okay.  Fair enough.
19             A. If I -- listen, we got people like --
20     you know, that we are dealing with that came well
21     after me.
22             Q. Right.  But it was brought to Don
23     McGahn's attention, the security clearance of Rob
24     Porter began while you were chief of staff.
25             A. I don't know if that's true or not.  I
```

```
 1    don't know that.  You've got to ask Don McGahn when

 2    the date was.  I mean, you could --

 3           Q. Oh, no, that's what we're here to do.

 4    I'm asking you if you were aware of it, and you've

 5    testified that you were not aware --

 6           A. No.

 7           Q. -- of any allegations.  That possibly

 8    Don McGahn was, but you yourself was not.

 9           A. I don't know what Don McGahn knew or

10    when he knew it, and I know I was not aware of it

11    until it exploded in the press.

12           Q. So you have no reason to believe that my

13    security clearance would have been treated any

14    differently than anyone else's?

15           A. I think your security clearance would

16    have been treated the same, and I don't know how it

17    would have turned out because I don't know anything

18    about your background, and I don't -- I'm not an

19    expert at understanding how that process works.

20           Q. And two individuals who were,

21    quote-unquote, if I may use the term "shown the

22    door" over security clearances that I found, one

23    was Justin Caporale; is that correct?

24           A. I know -- I know of him, but I didn't

25    realize that he was released because of security
```

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 131 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                131

1    clearance.

2          **Q.** I believe it was in one of the books by

3    someone who served with him and what was reported

4    in the book, if I recall correctly -- and please

5    let me know if this rings a bell, this is why I'm

6    asking, is it -- was because it was the kind of

7    thing that -- that made someone susceptible to

8    blackmail, and that was that he had a secret

9    profile on Grindr?  Does that ring a bell?

10         **A.** That doesn't ring any bell.

11         **Q.** Okay.  And the other who was let go was

12   the daughter of Susie Wiles, who currently runs the

13   campaign, Caroline Wiles, and that was for drug

14   use, which the FBI also feels leads to potential

15   for blackmail.  Does that ring a bell?

16         **A.** A little bit.

17         **Q.** Uh-hmm.  Do you remember Lynne Patton,

18   who was Eric Trump's wedding planner, getting a job

19   in the administration?

20         **A.** I don't remember her getting -- well,

21   maybe in some other department, maybe like in

22   another like cabinet type of post.  Or not a

23   cabinet position, but working for a cabinet

24   secretary somewhere, I have a recollection of that.

25   I just can't remember exactly who.

1    **Q.** Yeah, I believe it was running HUD, the

2    housing authority.  Does that ring a bell?

3    **A.** It rings a bell.

4    **Q.** So how does someone whose background is

5    as a wedding planner get a job in the Trump

6    administration?  Any thoughts?

7    **A.** I don't know.  I mean, you know, there's

8    thousands of jobs.  I mean, I don't know what to

9    tell you.  I don't know.  Nothing that --

10   **Q.** And you have no reason to think I

11   wouldn't have qualified for at least one of those,

12   right?

13   **A.** It's up to you.  I mean, I'm not sure

14   what all you applied for.  I don't know.

15   **Q.** Wouldn't you say at the end of the day a

16   lot of these jobs, and perhaps that's true in all

17   administrations, but I think particularly the way

18   Mr. Trump operates, came down to whether Mr. Trump

19   and the Trump family liked you; is that accurate?

20   **A.** I don't think that that's always

21   accurate.  I mean, I just -- there are thousands

22   and thousands of jobs, and presidential personnel

23   vets everybody and tries to match people up for

24   what's needed and who people want and who people

25   want to hire.  I think there's a lot of

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

1    personalities and opinions that go into it.

2          **Q.** Sure.  And obviously, with thousands of

3    jobs, they're not going to know even a fraction of

4    that.  If I could restate it then.

5          Does knowing the Trump family and being

6    well liked by Mr. Trump help in obtaining a White

7    House job?

8          MR. BLUMETTI:  Objection to form.

9          THE WITNESS:  I mean, being liked

10      certainly helps.

11   BY MS. DELGADO:

12         **Q.** Right.  Okay.

13         **A.** I mean -- I mean, being disliked can't

14   help, I mean, obviously.

15         **Q.** Well, wasn't Boris hired, who was widely

16   disliked?

17         **A.** Oh, I don't know.  I didn't pick that

18   up.  You-all knew far more on the ins and outs and

19   the personalities of the campaign than we did.

20         **Q.** Okay.  I have one more thing to show

21   you, which I didn't plan on using, but something

22   you said, I should use that as an exhibit and ask

23   about it.

24         If you'd like to take the time now to

25   talk to Mr. Blumetti about the Boris issue, I

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
134

1      believe it was.

2              **A.** Yeah.

3              **Q.** If you're able to share or detail what

4      the privilege is there or the confidentiality is

5      there while I get this exhibit ready, that way we

6      can speed things along and close to being done.

7              **A.** All right.  Let me put myself on mute,

8      and I'll give you a call.

9              **Q.** Yes.  Be sure to put me on mute.  I

10     don't need to hear it.

11             (At this time a recess was taken.)

12             THE STENOGRAPHER:  Okay.  Back on the

13             record.

14             (Thereupon, Plaintiff's Exhibit No.

15             10 was marked for identification.)

16             THE STENOGRAPHER:  Did you want to

17             share that e-mail?

18             MS. DELGADO:  Yes.

19     BY MS. DELGADO:

20             **Q.** Let me preface it first.

21             Mr. Priebus, you said something earlier,

22     and this is the whole point of depositions, is to

23     learn, that you had heard that Hope Hicks, and I

24     wrote down what you said here, you said, "Someone

25     told me Hope Hicks had said she wouldn't have gone

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
                                                         135

1        in if you went in;" is that correct?

2                **A.** Yeah, I don't know when I heard it.  If

3        it was before or after during the transition, I

4        don't know, or afterwards, or if Sean told me that,

5        I don't know.

6                **Q.** And who said that?

7                **A.** I don't remember who said it.  I just

8        heard that from somewhere.

9                **Q.** Okay.  If we could show the attached.

10               (Sharing screen.)

11       BY MS. DELGADO:

12               **Q.** It's a screenshot that I sent the court

13       reporter of a book -- is what you'll see, of a book

14       written by Hope's former paramour, Corey

15       Lewandowski and Dave Bossie.  And I've

16       highlighted -- there are some words highlighted

17       there.

18               And what that is -- what you're looking

19       at is a synopsis of an event where -- let me just

20       read it out loud.  "AJ stepped in between Mr. Trump

21       and the reporter and told the reporter that she

22       couldn't interview the candidate.  The boss didn't

23       know what was on going on and neither did Hope or

24       Keith, who had moved Mr. Trump away.  A heated

25       discussion ensued between AJ and the reporter.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

1    Once things went sideways, we didn't do the

2    interview and instead headed straight to the

3    airplane."

4              MS. DELGADO:  Okay.  You can remove that

5        one.

6    BY MS. DELGADO:

7              Q. So as you can see, it's an excerpt

8    that's not particularly favorable to me.  Do you

9    have or have you heard anything about excerpts in

10   books being written or anyone being encouraged to

11   write any false stories about me or portray me in

12   any false light?

13             A. No.

14             Q. No.

15             Even though Mr. Trump was upset about

16   what you heard him describe as a frivolous lawsuit

17   back in 2017?

18             A. No, I've never heard any such

19   instruction like that.

20             Q. Even if there weren't an instruction,

21   have you heard of anyone saying anything about me

22   that was untrue in the public domain or private?

23             MR. BLUMETTI:  Objection to form.

24             THE WITNESS:  No, not particularly.

25   BY MS. DELGADO:

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 137 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    137

1          Q. When you say "not particularly," what do

2     you mean?

3               A. I guess I don't understand your

4     question.  You asked me if I've heard of people

5     being encouraged to say and write things negatively

6     about you, and the answer is no.

7               Q. And anything that has been said about me

8     that you later learned was untrue?

9               A. No.

10              Q. Okay.  I want to show you an example,

11    particularly your having brought up Ms. Hicks.  You

12    just read what was said by Mr. Lewandowski

13    describing an event I attended with Ms. Hicks,

14    correct?  Which said that I --

15              A. I don't know if I --

16              MR. BLUMETTI:  We believe so.  We didn't

17       see anything but the excerpt.

18    BY MS. DELGADO:

19              Q. Yes.  I'm sorry.  I'm representing, if

20    that's okay.  If you don't object, I'm representing

21    that it's an excerpt from Mr. Lewandowski and

22    Mr. Bossie's book, Let Trump --

23              MR. BLUMETTI:  What is it called?

24              MS. DELGADO:  It's called "Let Trump be

25       Trump."

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    138

```
 1                    MR. BLUMETTI:  Okay.

 2                    MS. DELGADO:  Okay?

 3       BY MS. DELGADO:

 4            Q.  And as you saw, the excerpt says that I

 5       stepped in, prevented Mr. Trump from speaking with

 6       a reporter, and that I then it says I got into a

 7       heated discussion with the reporter.  And the

 8       reporter they are referencing there, by the way,

 9       was this reporter you'll see here, who's now in

10       Congress, and it was an event at the Bay of Pigs

11       Museum in Miami.

12                    Now I'm going to show you a YouTube

13       clip --

14                    MS. DELGADO:  If you could play the

15          clip, please.

16       BY MS. DELGADO:

17            Q.  -- of that exact moment being described

18       in the book.

19                    (Sharing screen.)

20                    MS. DELGADO:  And if you could

21          fast-forward, court reporter, to the 50 second,

22          that refers to the moment --

23                    MR. BLUMETTI:  That's it.

24                    MS. DELGADO:  -- that was purportedly

25          described in a book excerpt.
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

```
 1                     To the 50 second mark.  Thank you.

 2          Yeah, anywhere around there is good.

 3                     (YouTube video playing.)

 4      BY MS. DELGADO:

 5              Q.  That's the reporter and that's

 6      Mr. Trump.

 7                     VIDEO:  "That I was thanking him, I

 8          should say, that he was taking this time to talk

 9          to Hispanic media."

10      BY MS. DELGADO:

11              Q.  There's Hope Hicks.

12                     VIDEO:  "Remember, Mr.  O'Reilly, that

13          he had not -- "

14      BY MS. DELGADO:

15              Q.  That's me with the blonde hair in the

16      white dress.

17                     VIDEO:  " -- spoken to any Spanish

18          network ever since he became the nominee, so it

19          was the first time that he was -- "

20      BY MS. DELGADO:

21              Q.  You saw Ms. Hicks interfere, the

22      reporter pulled back --

23                     VIDEO:  " -- going to talk to us and we

24          were eager to hear him directly without any

25          filters."
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

```
 1                    "And there he goes, and yeah, why then
 2         all of a sudden he leaves."
 3    BY MS. DELGADO:
 4             Q. -- and definitely quietly walks away and
 5         follow Mr. Trump.
 6                    In that video do you see me engage in a
 7         heated altercation with the reporter?
 8                    MR. BLUMETTI:  Objection.  Let the video
 9         speak for itself.
10                    MS. DELGADO:  Well, I'm asking what he
11         saw.
12                    THE WITNESS:  I mean, it didn't appear
13         so, but I don't know what's going on before that
14         clip.
15    BY MS. DELGADO:
16             Q. Did I interfere to prevent an interview?
17             A. I don't know.  I don't know.  I don't
18         know what was going on.
19             Q. Did you see me interfere between the
20         reporter and Mr. Trump in that clip?
21             A. Can you play it again?
22             Q. Sure.
23                    (Playing YouTube video.)
24                    VIDEO:  "Walking and was explaining
25                    to him that I was thanking him, I
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                141

```
 1                should say, that he was taking this
 2                time to -- "
 3     BY MS. DELGADO:
 4                Q.  Ms. Hicks --
 5                " -- talk to Hispanic media.
 6                Remember, Mr. O'Reilly, that he..."
 7                THE WITNESS:  I don't know what
 8                you're -- he looks like he was looking
 9                towards you initially, but you're in a
10                screenshot, so I don't know what was
11                going on.
12     BY MS. DELGADO:
13                Q.  Correct.
14                So you don't -- there's no interference
15     from me that you see on there, at least?
16                A.  Not that I see on the clip, but you're
17     not in the whole clip, and I don't know what's
18     going on before the clip.
19                Q.  Fair enough.  I'm not --
20                A.  I think it's unclear.
21                Q.  I can't show the entire day.
22                A.  What's that?
23                Q.  I'm not showing you the entire day.
24     Fair enough.
25                Let's just look in the clip, which is
```

```
1    what Ms. Salazar felt was the relevant clip of the

2    incident that she took offense to.  I'm just

3    showing you what she took to the O'Reilly Factor.

4    I don't have --

5              A. No, I --

6              Q. -- the entire --

7              A. -- I'm not familiar with it.

8                 Is that what -- is that what that

9    overall interview is about?

10             Q. That's what the book expert is about, so

11   I show you that simply as an example if it would

12   refresh your memory of any sort of encouragement or

13   influencing or request or pervasive pattern or

14   non-pervasive pattern of anyone in Trump world

15   friendly to the campaign or friendly to Mr. Trump

16   or friendly to Ms. Hicks portraying me in a false

17   light publicly.  That's the reason I showed it to

18   you, to ask if that helps refresh your memory.

19             A. Not particularly -- no, it doesn't

20   refresh any memory.

21             Q. Fair enough.  I just had to ask since

22   you mentioned Ms. Hicks.

23                And I would also like to put into the

24   record the article you mentioned, since we did

25   mention it, just to be extra organized.  The
```

1    article about Ms. Hicks' screaming match with

2    Mr. Lewandowski.  So I'm just going to send that to

3    the court reporter.  That's a May 19th, 2016

4    article.

5              MS. DELGADO:  If we could just -- here,

6         I just sent it to you.  We could just insert

7         that as an exhibit, even though the question --

8         that was already referenced.

9              (Thereupon, Plaintiff's Exhibit No.

10         11 was marked for identification.)

11   BY MS. DELGADO

12        Q.  Okay.  Did you have a chance to discuss

13   with your counsel about Boris?

14        A.  Yeah.  And I can't really -- I'm subject

15   to confidentiality, and so I'm not able to go any

16   further.

17        Q.  Okay.  What's the confidentiality that

18   you're subject to?  I need to know the basis, as

19   I'm sure Mr. Blumetti understands.

20              MR. BLUMETTI:  You can answer, Reince.

21         It's also privileged.

22              THE WITNESS:  I think it's a privileged

23         communication between me and White House

24         counsel, and that's about it.

25   BY MS. DELGADO:

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    144

1           **Q.** I'm not requesting the communication

2    between you and White House counsel, though.  I'm

3    requesting what were the circumstances under which

4    Boris left.  I don't want to know about your

5    communication.

6           MR. BLUMETTI:  Which was learned during

7       the communications with counsel.

8           MS. DELGADO:  I'm sorry.  Can you say

9       that again?

10          MR. BLUMETTI:  Which was learned during

11      the communications with counsel.

12          MS. DELGADO:  So your position is that

13      Mr. Priebus learned of the circumstances

14      involving Boris via communications with counsel?

15          THE WITNESS:  Yes.

16   BY MS. DELGADO:

17          **Q.** Sorry?

18          **A.** Yes.

19          MS. DELGADO:  I don't see how that's

20      privileged, the fact that that's how he learned

21      of it.  He's not seeking legal advice.  It came

22      up in the course of communications with counsel

23      and does not make that itself attorney-client

24      privilege.  Unless Boris was thinking of suing

25      him.

```
 1                    MR. BLUMETTI:  That's a very narrow view

 2           of the attorney-client privilege.  Mr. Priebus

 3           can't answer the question.

 4      BY MS. DELGADO:

 5                Q. Are you going to put forth some sort of

 6      Privilege Log or --

 7                    MR. BLUMETTI:  I'm sorry.  A Privilege

 8           Log?  It was -- I understood it to be a verbal

 9           conversation.

10                    MS. DELGADO:  Because I can request --

11           oh, it's --

12      BY MS. DELGADO:

13                Q. I thought you said it was an e-mail?

14                A. No, it was a -- it was an oral

15      communication.

16                Q. So it came up in the context of a

17      communication with White House counsel.  Which

18      White House counsel?

19                A. Mr. Karrol.

20                Q. Mr. who?

21                A. Karrol, K-A-R-R-O-L.

22                Q. K-A-R-R-O-L.

23                    What's the first name?

24                A. Jim.

25                Q. Jim Karrol.
```

1              MS. DELGADO:  I'll have to take that up

2        with the judge because I don't see how -- unless

3        Mr. Epshteyn was looking to file something

4        against you or the circumstances -- I'm not

5        asking for the communication itself.  The fact

6        that they came out in your -- in an e-mail or in

7        a verbal communication does not in and of itself

8        mean that the entire situation is confidential

9        or subject to attorney-client privilege, and

10       it's a matter of public -- especially with a

11       public official in the White House.

12              So, okay, we can table that.  I'll have

13       to do a motion about that.

14   BY MS. DELGADO:

15       **Q.** And when was this communication?

16       **A.** I don't remember.  Probably March 2017.

17       **Q.** And as a result of what emerged in that

18   communication, Mr. Epshteyn was asked to leave the

19   White House?

20              THE WITNESS:  Jared, can I answer that?

21              MR. BLUMETTI:  To the extent it's going

22       to be put before the judge, we'll let you

23       just -- we can raise it then.

24              MS. DELGADO:  No.  That's -- no, that's

25       not privileged, and you really can't make a good

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                            147

```
 1            faith basis claim that that, too, is privileged.
 2                    MR. BLUMETTI:  I'm sorry.  Can you
 3            repeat the question?
 4                    MS. DELGADO:  I'm sorry?
 5                    MR. BLUMETTI:  Could you just -- you or
 6            the reporter, could you repeat the question?
 7                    MS. DELGADO:  You said -- are you
 8            talking to the court reporter, you said "the
 9            reporter"?
10                    THE STENOGRAPHER:  He said "you or the
11            reporter."  I can read it back.
12                    (Thereupon, the question read back as
13            requested.)
14                    MR. BLUMETTI:  I think you can answer
15            that, Reince.
16                    THE WITNESS:  Yes.
17       BY MS. DELGADO:
18            Q.  Okay.  Let's see.
19                    Mr. Priebus, were you aware of any
20       concerning background information on Mr. Miller's
21       background, and I don't mean the SP 86 because he
22       obviously didn't fill one out, but anything in
23       Mr. Miller's background that you've heard of during
24       that time or since then at any point?
25            A.  During that time, no, but since then
```

1    there's been plenty in the public domain.

2         **Q.** Such as?

3         **A.** There was a lawsuit in Orlando.  There's

4    a -- that was publicly part of some kind of

5    press -- some press stories, some kind of issues

6    that were reported there.  That's about it.  Some,

7    you know, personal issues that I've seen in the

8    press.

9         **Q.** Anything you've heard privately that's

10   not in the press?

11        **A.** No.  I mean, other than just reiterating

12   what's in the press.

13        **Q.** So I take it you've read about

14   Mr. Miller's admission to the use of prostitutes

15   and his visiting Asian-themed massaged parlors for

16   sexual favors; does that ring a bell?

17             MR. BLUMETTI:  Object to form.

18             THE WITNESS:  Say that again.

19   BY MS. DELGADO:

20        **Q.** Have you read any reports about

21   Mr. Miller's admission to use in hiring of

22   prostitutes?

23        **A.** I don't know if I've read that he's

24   admitted to that or that it's true or not, but I --

25   I recall seeing allegations that sound similar to

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
149

1    those sorts of things.

2            **Q.** Have you read the reports of

3    Mr. Miller's admission to visiting what you refer

4    to as Asian-themed massage parlors in various

5    cities for sexual favors?

6            MR. BLUMETTI:  Objection to form.

7            THE WITNESS:  I don't know about the

8        favors part, but I've read or seen reports of

9        those sorts of things involving him, but what's

10       true and what's not, I don't know.

11   BY MS. DELGADO:

12           **Q.** Do you believe it was -- it would have

13   been appropriate to hire Mr. Miller given his

14   personal conduct failings?

15           MR. BLUMETTI:  Objection to form.

16           THE WITNESS:  Well, he wasn't.

17   BY MS. DELGADO:

18           **Q.** But he was at one point hired, correct?

19           **A.** Right.  But you would have had to go

20   through a background check.

21           **Q.** Let me ask you about one more person, a

22   Sebastian Gorka.  He was special assistant to the

23   President; is that right?

24           **A.** I think that's right.

25           **Q.** And he left in August 2017; does that

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
150

1    ring a bell?

2            **A.** Rings a bell.

3            **Q.** And he also -- tell me if this rings a

4    bell -- had only temporary security clearance,

5    right?

6            **A.** I don't know.

7            **Q.** No.

8            Would it be correct to say or do you

9    have any reason to believe this is inaccurate, that

10    everyone from the comms group, just as you said,

11    would happen allegedly on that plane ride with

12    Mr. Miller, did go into the White House?

13            **A.** I don't know, because I don't know who

14    everyone was in the comms group.

15            **Q.** I could spell out some names.  Jessica

16    Ditto, did she go in?

17            **A.** Yes.

18            **Q.** Steven Cheung?

19            **A.** Yes.

20            **Q.** Cliff Sims?

21            **A.** Yes.

22            **Q.** Haylan Dore (phonetic)?

23            **A.** I don't know.

24            **Q.** Kelly Love?

25            **A.** I don't know.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

1        **Q.** Alexa Henning?

2        **A.** I believe so.  I'm not a hundred

3    percent, but I believe -- no, she did.  I don't

4    know if it was right away or later.

5        **Q.** Lindsay Walters?

6        **A.** Yes.

7        **Q.** Yes, to all of them.

8        **A.** But she was a RNC person, I believe.

9        **Q.** Yeah, you may be right.  I think she

10   joined -- yeah, transitioned at the end there.  It

11   was...

12            And there's Andrew also, but I forgot

13   the last name, so I will not ask you about that.

14   Let me see here.  I think I'm just going through my

15   notes before I let you go, if there's anything

16   else.

17            Do you remember a Cassidy who worked for

18   David Bossie in the campaign?

19       **A.** Yes.

20       **Q.** And do you remember, she did -- she was

21   his administrative assistant who did our building

22   security IDs?  Does that ring a bell?  Probably not

23   since you weren't at the campaign.

24       **A.** No, I remember Cassidy working for Jared

25   outside of Jared's office.

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

1          Q. Uh-hmm.

2          A. Maybe I'm not thinking of the right

3     person.  I think she worked for Jared.

4          Q. And what were the qualifications there?

5          A. I don't know.  You'd have to ask Jared.

6          Q. There's one more article, and I can send

7     it to you or we can speed things up and I can just

8     tell you, it's a *New York Times* article from

9     July 21st, 2017.  And if I may quote from it, it's

10    about Sean Spicer's resignation and it mentions

11    you, so I wanted to ask you about that.

12          It says, "The resignation is a blow to

13    the embattled White House Chief of Staff, Reince

14    Priebus, the former RNC chairman who brought

15    Mr. Spicer into the West Wing despite skepticism

16    from Mr. Trump, who initially questioned his

17    loyalty."

18          Do you remember that *New York Times*

19    article?

20          A. No.

21          Q. Does that sound --

22          MR. BLUMETTI:  Could you just give us --

23       I'm sorry.  I just wanted to know the name of

24       the headline and the date again.

25          MS. DELGADO:  Sure.  Let me bring you

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 153 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    153

1          the -- let me just open it here.  I won't send

2          it, so it doesn't slow things down, but I'll

3          just open the link.  It is "Sean Spicer resigns

4          as White House Press Secretary," and it's by

5          Glenn Thrush and Maggie Haberman, and it's

6          July 21st, 2017.

7                    MR. BLUMETTI:  Thank you.

8

9     BY MS. DELGADO:

10              **Q.** Do you recall Mr. Trump expressing any

11     concern about Mr. Spicer's loyalty?

12              **A.** No.

13              **Q.** Did you correct that article, or...

14              **A.** I didn't read it.

15              **Q.** You didn't read it.

16                    So Mr. Trump never questioned

17     Mr. Spicer's loyalty?

18              **A.** You'd have to ask him.  I don't recall

19     him questioning his loyalty.

20                    What did the article say?

21              **Q.** I'll read it again.  No problem.

22                    "Mr. Spicer's resignation is a blow to

23     the embattled White House Chief of Staff, Reince

24     Priebus, the former RNC chairman who brought

25     Mr. Spicer into the West Wing despite skepticism

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
154

1    from Mr. Trump who initially questioned his

2    loyalty."

3            **A.** No.  The President chose Sean among many

4    people that wanted the job of press secretary.

5            **Q.** Why do you think those reporters -- do

6    you have any idea why they would have had that

7    belief enough to print it?

8            **A.** I don't know.  Maybe someone said that

9    to them.  I don't know.

10           **Q.** Was Sean a big proponent of the

11   President prior to the win?

12           **A.** I think Sean was very -- very much

13   onboard with President Trump prior to the win and

14   spent a lot of time in Trump Tower, working there

15   once or twice a week while then coming back to the

16   RNC a few days a week as well.

17           **Q.** Okay.  And I just have one more article

18   I want to reference here.  Give me one minute.  I'm

19   almost done.

20           Okay.  Earlier we were speaking about --

21   you asked what the date of that mugshot was

22   regarding Boris, that mugshot and the smoking gun,

23   and it was March --

24           **A.** I don't think I asked about it, but you

25   can tell me about.

1          **Q.** Oh, okay.  Fair enough.

2              I think we went back and forth about the

3     date on it, and it was March 2017.  But I wanted to

4     show you --

5              MS. DELGADO:  And Mr. Blumetti, the

6         article's title is "The obscure lawyer who

7         became Donald Trump's TV attack guy," and it's

8         *New York Times* October 13th, 2016.

9     BY MS. DELGADO:

10         **Q.** So this is pre-joining the White House,

11    and this article does state, "Two years ago Mr.

12    Epshteyn was charged with misdemeanor assault in

13    Scottsdale, Arizona after a bar fight."

14             So this was in the public domain,

15    Mr. Priebus, several weeks -- about two months

16    before Mr. Epshteyn joined the White House.

17             Did you have any concern about that --

18             MR. BLUMETTI:  Objection.

19    BY MS. DELGADO:

20         **Q.** -- the criminal record of someone

21    serving as a special assistant to the President?

22         **A.** Sure, I do, but that's what the vetting

23    is all about.

24         **Q.** Fair enough.  Fair enough.

25             Okay.  I think I'm pretty much done.  I

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
                                                                    156

```
 1    mean, your counsel has an opportunity now to ask
 2    you any questions, but I think I have what I need.
 3                 MR. BLUMETTI:  I don't have any
 4         questions.
 5                 MS. DELGADO:  Okay.  Give me 30 seconds
 6         to see here.  I think we're -- I think that that
 7         will be it.
 8                 Did you want to opt to read?
 9                 MR. BLUMETTI:  Yes.
10                 MS. DELGADO:  Okay.  Then I guess that
11         concludes.  Mr. Priebus, thank you.  I know this
12         deposition was scheduled and rescheduled and
13         rescheduled several times, so thank you for
14         appearing and for answering my questions.
15                 THE WITNESS:  Thank you.  No problem.
16                 MS. DELGADO:  Okay.  Have a good
17         afternoon.
18                 THE WITNESS:  All right.  You too.
19                 (Thereupon, the deposition was
20            concluded at 2:05 p.m.)
21
22
23
24
25
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

1                    CERTIFICATE OF OATH

2

3      STATE OF FLORIDA     )
                            )
4      COUNTY OF MIAMI-DADE)

5

6

7              I, the undersigned authority, certify

8      that REINCE PRIEBUS personally appeared before me

9      and was duly sworn.

10             WITNESS my hand and official seal this

11     February 21, 2024.

12

13

14

                        _____
16                      ELENA ROBAINA, FPR
                        Notary Public-State of Florida

17

18

19

20

21     My Commission Expires:  4/17/2024
       My Commission #: GG971350
22

23

24

25

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
                                                                        158

```
 1                 CERTIFICATE OF SHORTHAND REPORTER

 2      STATE OF FLORIDA     )
                             ) SS.
 3      COUNTY OF MIAMI-DADE)

 4

 5             I, Elena Robaina, Florida Professional

 6      Shorthand Reporter, do hereby certify that I was

 7      authorized to and did stenographically report the

 8      deposition of REINCE PRIEBUS; and that the

 9      foregoing transcript, pages 1 through 161, is a

10      true record of my stenographic notes.

11             I further certify that the said witness was

12      duly sworn according to law.

13             I further certify that I am not of counsel

14      to either of the parties to set cause or otherwise

15      interested in the action.

16             In witness whereof, I here unto set my hand

17      and affix my official seal this

18      February 21, 2024.

19

20

21      _____
        Elena Robaina
22      Florida Professional Reporter

23

24

25
```

ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024

159

```
1                          JURAT PAGE

2      STATE OF FLORIDA  )
                         )SS.
3      COUNTY OF DADE    )

4

5

6              I, hereby certify that I have read the

7        foregoing transcript pages 1 to 156 and find the

8        same to be true and accurate.

9              Any corrections made by me are set forth

10       on the errata page attached hereto.

11

12

13                     _____

14                     REINCE PRIEBUS

15

16

17     Sworn to and subscribed before me on this,

18

19     the_____ day of_____, 2024.

20

21

22               _____

23               Notary Public
      My Commission expires:
24    My Commission #:

25
```

```
 1                        ERRATA SHEET

 2

 3           I, REINCE PRIEBUS, do hereby acknowledge

 4      that I have read this transcript and find it to be

 5      accurate except for the corrections noted below.

 6

 7      PAGE _____ LINE _____ / _____

 8      PAGE _____ LINE _____ / _____

 9      PAGE _____ LINE _____ / _____

10      PAGE _____ LINE _____ / _____

11      PAGE _____ LINE _____ / _____

12      PAGE _____ LINE _____ / _____

13      PAGE _____ LINE _____ / _____

14      PAGE _____ LINE _____ / _____

15      PAGE _____ LINE _____ / _____

16      PAGE _____ LINE _____ / _____

17

18

19                        _____

20                        REINCE PRIEBUS

21           Signed and dated this _____ day of 2024.

22

23

24

25
```

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 161 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    161

# Jeannie Reporting

### Your Wish Is Our Job!

**305-577-1705**

TO: REINCE PRIEBUS
c/o Jared Blumetti, Esq.
JBlumetti@LHRGB.com


February 21, 2024

IN RE:  ARLENE DELGADO v. DONALD J. TRUMP FOR
PRESIDENT, et al
CASE NO: 19-cv-17764 (AT)(KHP)

Dear REINCE PRIEBUS,
With reference to the examination of YOURSELF,
deponent in the above-styled cause, taken on
02/08/2024 under oath, please be advised that the
transcript of the Deposition has been transcribed
and is awaiting your signature.

Please arrange to conclude this matter at your
earliest convenience. We would suggest that you or
your attorney's office telephone this office and
arrange an appointment suitable for all concerned.

However, if this has not been taken care of by
March 22nd, 2024, we shall conclude the reading and
signing of said deposition has been waived, and
shall then proceed to file the original of the said
transcript with the party who took the deposition,
without further notice to any parties.

                 Sincerely,


                 _____
                 ELENA ROBAINA, FPR




cc: All Counsel of Record.

## $

**$500,000** [1] - 84:19

## '

**'20** [1] - 19:22

## 0

**02/08/2024** [1] - 161:11

## 1

**1** [9] - 2:16, 42:20, 42:21, 46:14, 46:23, 47:2, 96:22, 158:9, 159:7
**10** [2] - 2:23, 134:15
**10005-1476** [1] - 2:6
**106** [1] - 2:19
**109** [1] - 2:20
**10:00** [1] - 1:14
**10th** [1] - 113:23
**11** [2] - 2:24, 143:10
**117** [1] - 2:21
**119** [1] - 2:22
**11:30** [2] - 5:4, 58:19
**11:36** [1] - 63:1
**11:45** [3] - 62:22, 63:2, 63:5
**12** [2] - 17:6, 117:16
**12/8/16** [1] - 2:17
**120** [1] - 2:23
**134** [1] - 2:23
**136** [1] - 2:3
**13th** [1] - 155:8
**143** [1] - 2:24
**15** [3] - 8:23, 8:24, 116:16
**156** [1] - 159:7
**161** [1] - 158:9
**17th** [1] - 113:22
**19-cv-17764** [2] - 1:3, 161:9
**1907** [1] - 6:12
**19th** [2] - 2:24, 143:3
**1st** [1] - 35:3

## 2

**2** [8] - 2:17, 36:2, 42:14, 42:20, 42:23, 42:25, 96:21, 97:8
**20** [1] - 31:13
**2000** [1] - 120:1
**2008** [1] - 12:2
**2012** [1] - 12:2
**2013** [1] - 109:5
**2015** [6] - 31:22, 32:1, 32:12, 32:19,

107:20, 109:6
**2015-2016** [1] - 11:7
**2016** [11] - 2:17, 2:24, 13:3, 31:14, 32:10, 33:11, 39:15, 48:9, 52:11, 143:3, 155:8
**2017** [23] - 7:18, 15:4, 33:11, 33:12, 35:3, 35:23, 48:9, 64:24, 65:3, 65:5, 65:6, 68:24, 69:5, 98:5, 113:23, 117:23, 125:9, 136:17, 146:16, 149:25, 152:9, 153:6, 153:3
**2018** [9] - 2:21, 29:19, 97:14, 98:2, 98:4, 98:5, 116:16, 117:22, 120:9
**2019** [4] - 2:18, 64:22, 97:1, 98:5
**2020** [3] - 7:3, 7:9, 7:13
**2021** [1] - 7:9
**2024** [7] - 1:13, 157:11, 158:18, 159:19, 160:21, 161:7, 161:16
**20th** [2] - 76:7, 94:10
**21** [3] - 157:11, 158:18, 161:7
**21st** [2] - 152:9, 153:6
**22306** [1] - 6:13
**22nd** [7] - 31:22, 46:24, 47:3, 59:1, 68:6, 69:5, 161:16
**23** [2] - 52:17, 53:11
**23rd** [4] - 2:17, 52:11, 56:25, 59:2
**24th** [1] - 68:6
**25** [1] - 97:16
**2:05** [2] - 1:14, 156:20

## 3

**3** [4] - 2:17, 56:20, 56:21, 56:22
**3/10/17** [1] - 2:20
**30** [2] - 39:7, 156:5
**32** [1] - 2:6
**33** [1] - 2:3
**33135** [1] - 2:3

## 4

**4** [5] - 2:13, 2:18, 96:14, 96:17, 97:9
**4/17/2024** [1] - 157:21
**40** [1] - 2:6
**42** [2] - 2:16, 2:17
**43** [1] - 101:18

## 5

**5** [3] - 2:19, 106:4, 106:5
**5-alarm** [2] - 67:8, 74:24
**50** [2] - 138:21, 139:1
**56** [1] - 2:17
**58** [1] - 3:2

## 6

**6** [6] - 2:20, 77:21, 77:22, 78:5, 109:20, 109:21

## 7

**7** [2] - 2:21, 117:13
**7-8** [1] - 3:2
**75** [1] - 115:8

## 8

**8** [4] - 1:13, 2:22, 119:6, 119:7
**86** [4] - 94:25, 100:3, 129:5, 147:21
**8th** [1] - 39:15

## 9

**9** [3] - 2:23, 120:19, 121:18
**90** [1] - 5:3
**96** [1] - 2:18
**99** [2] - 112:6, 112:13

## A

**a.m** [1] - 1:14
**ability** [1] - 17:11
**able** [15] - 30:22, 31:5, 35:6, 35:15, 43:15, 52:4, 81:13, 116:22, 126:5, 126:6, 126:15, 127:9, 128:17, 134:3, 143:15
**above-styled** [1] - 161:11
**absolutely** [2] - 12:20, 120:18
**abuse** [3] - 117:25, 118:20, 126:1
**abusive** [2] - 119:3, 128:6
**accept** [1] - 90:10
**Access** [3] - 87:14, 91:10, 103:18
**according** [6] - 97:20, 103:17, 103:19, 103:21, 119:11,

158:12
**accurate** [11] - 10:23, 11:17, 11:20, 20:4, 36:22, 85:15, 116:24, 132:19, 132:21, 159:8, 160:5
**accurately** [1] - 38:11
**accusation** [2] - 23:3, 126:2
**acknowledge** [1] - 160:3
**acting** [1] - 4:3
**action** [1] - 158:15
**activists** [3] - 12:11, 13:9, 13:23
**activities** [1] - 11:15
**actors** [1] - 90:13
**actual** [3] - 14:9, 73:15, 73:18
**adamant** [1] - 128:16
**address** [2] - 6:9, 53:22
**ADelgado@outlook.com** [1] - 2:4
**adjudicate** [1] - 123:19
**administered** [1] - 4:1
**administration** [8] - 18:5, 72:13, 79:24, 108:16, 110:19, 127:18, 131:19, 132:6
**administrations** [1] - 132:17
**administrative** [2] - 25:23, 151:21
**admission** [3] - 148:14, 148:21, 149:3
**admitted** [1] - 148:24
**advice** [2] - 54:24, 144:21
**advised** [1] - 161:11
**advisor** [1] - 61:2
**advisors** [2] - 80:9, 85:19
**advocated** [4] - 26:4, 26:7, 26:8, 79:25
**advocating** [4] - 30:18, 79:17, 86:12, 91:16
**affair** [4] - 70:2, 77:19, 78:1, 78:5
**affected** [1] - 75:23
**affiliates** [1] - 6:21
**affix** [1] - 158:17
**afternoon** [1] - 156:17
**afterwards** [1] - 135:4
**agency** [2] - 18:5, 45:4
**aggravated** [1] - 99:19
**ago** [12] - 6:23, 6:25,

10:22, 26:16, 29:14, 33:25, 48:10, 53:7, 79:3, 102:14, 114:4, 155:11
**agree** [8] - 11:22, 12:6, 14:17, 15:7, 17:22, 24:24, 29:24, 38:10
**agreed** [2] - 21:16, 84:17
**agreeing** [1] - 47:20
**agreement** [2] - 82:9, 82:12
**Aguirre** [1] - 104:18
**ahead** [6] - 34:4, 51:23, 64:8, 64:19, 95:11, 122:17
**airplane** [1] - 136:3
**Airport** [1] - 79:3
**AJ** [4] - 59:10, 92:12, 135:20, 135:25
**AJ's** [1] - 51:6
**akin** [1] - 49:16
**al** [2] - 1:7, 161:8
**alerts** [1] - 118:9
**Alexa** [1] - 151:1
**Alexandria** [1] - 6:12
**all-encompassing** [1] - 66:10
**allegation** [2] - 60:4, 68:10
**allegations** [8] - 22:25, 65:7, 65:21, 66:2, 66:5, 128:5, 130:7, 148:25
**allegedly** [4] - 114:5, 122:6, 123:20, 150:11
**allow** [1] - 54:22
**allowed** [3] - 98:11, 125:14, 125:17
**alluded** [1] - 121:22
**almost** [3] - 83:5, 122:12, 154:19
**aloud** [5] - 36:1, 51:21, 51:25, 70:24, 97:12
**altercation** [1] - 140:7
**alumni** [5] - 84:3, 84:5, 84:8, 84:9, 84:10
**ambassadors** [1] - 94:8
**Ambrosini** [3] - 16:15, 20:11, 20:18
**America** [1] - 23:20
**American** [1] - 44:23
**amount** [1] - 25:1
**analysis** [2] - 55:13, 59:6



**Andrew** [2] - 44:5, 151:12
**angle** [2] - 60:13
**announced** [4] - 46:15, 46:20, 46:24, 47:1
**announcement** [4] - 46:14, 46:24, 47:10, 47:11
**answer** [17] - 5:13, 5:15, 5:22, 66:23, 74:4, 82:5, 92:15, 95:11, 96:2, 109:2, 117:7, 125:11, 137:6, 143:20, 145:3, 146:20, 147:14
**answered** [4] - 28:23, 67:13, 73:2, 111:13
**answering** [6] - 34:10, 82:5, 82:7, 111:19, 111:21, 156:14
**answers** [4] - 4:22, 5:9, 34:11, 34:13
**Anthony** [1] - 98:14
**anti** [2] - 105:5, 105:14
**anti-female** [2] - 105:5, 105:14
**anyway** [1] - 4:20
**apart** [2] - 58:25, 79:11
**apologize** [2] - 52:3, 118:16
**appear** [1] - 140:12
**APPEARANCES** [1] - 2:1
**appeared** [1] - 157:8
**appearing** [1] - 156:14
**apples** [1] - 90:6
**applicants** [1] - 28:6
**application** [1] - 95:14
**applied** [2] - 86:16, 132:14
**appointed** [2] - 27:9, 51:7
**appointing** [4] - 46:9, 46:12, 47:11, 49:3
**appointment** [5] - 50:4, 50:14, 50:15, 161:15
**Apprentice** [1] - 27:15
**appropriate** [6] - 5:15, 5:21, 71:20, 101:4, 103:3, 149:13
**approximates** [1] - 38:1
**April** [2] - 2:18, 97:1
**area** [1] - 84:14
**arise** [1] - 74:17
**Arizona** [1] - 155:13

**ARLENE** [3] - 1:4, 2:2, 161:8
**Arlene** [1] - 4:14
**arrange** [2] - 161:13, 161:15
**arrest** [4] - 110:4, 113:8, 113:19, 114:21
**arrested** [2] - 99:18, 114:3
**arrests** [1] - 107:18
**Article** [3] - 2:19, 2:20, 2:22
**article** [31] - 2:24, 29:19, 30:17, 30:20, 31:21, 77:21, 77:22, 77:24, 78:5, 78:6, 93:3, 105:12, 113:21, 113:22, 113:25, 116:14, 116:25, 118:5, 118:14, 118:15, 125:7, 142:24, 143:1, 143:4, 152:6, 152:8, 152:19, 153:13, 153:20, 154:17, 155:11
**article's** [1] - 155:6
**Asian** [2] - 148:15, 149:4
**Asian-themed** [2] - 148:15, 149:4
**aside** [2] - 47:20, 59:8
**assault** [3] - 110:6, 114:20, 155:12
**assistant** [6] - 16:14, 18:15, 20:18, 25:22, 149:22, 151:21, 155:21
**assists** [1] - 14:13
**assume** [6] - 5:10, 27:7, 28:5, 28:6, 108:11, 113:17
**assuming** [2] - 55:12, 57:3
**AT)(KHP** [2] - 1:3, 161:9
**attached** [2] - 135:9, 159:10
**attack** [1] - 155:7
**attempted** [1] - 52:6
**attended** [1] - 137:13
**attention** [1] - 34:10, 68:3, 68:10, 109:8, 114:7, 123:1, 123:7, 123:13, 125:10, 125:24, 129:23
**attorney** [1] - 5:19, 6:17, 29:21, 49:20, 58:10, 59:25, 62:14,

69:18, 69:20, 69:21, 81:16, 82:1, 82:2, 144:23, 145:2, 146:9
**attorney's** [1] - 161:14
**attorney-client** [6] - 58:10, 69:18, 69:20, 144:23, 145:2, 146:9
**attorneys** [1] - 50:6
**Audio** [1] - 1:12
**Audio-Video** [1] - 1:12
**August** [2] - 29:19, 149:25
**author** [1] - 55:25
**authority** [3] - 77:10, 132:2, 157:7
**authorized** [1] - 158:7
**automatically** [4] - 102:3, 102:10, 103:5, 103:6
**available** [1] - 40:20
**Avenue** [1] - 2:3
**average** [1] - 89:1
**avoided** [1] - 13:4
**awaiting** [1] - 161:12
**aware** [40] - 21:24, 22:24, 23:2, 23:3, 33:12, 33:22, 33:24, 50:25, 54:3, 55:25, 58:21, 60:23, 76:9, 76:10, 77:18, 78:1, 87:21, 88:6, 88:7, 99:11, 99:13, 99:17, 100:20, 101:10, 103:15, 109:3, 109:4, 113:8, 114:3, 117:2, 118:22, 119:1, 119:22, 119:23, 122:5, 126:20, 130:4, 130:5, 130:10, 147:19

## B

**background** [29] - 27:5, 27:24, 84:14, 95:1, 95:4, 95:24, 99:21, 99:25, 100:1, 100:2, 100:6, 102:3, 104:5, 108:23, 110:24, 112:10, 112:22, 115:8, 117:6, 121:5, 121:8, 121:24, 122:21, 130:18, 132:4, 147:20, 147:21, 147:23, 149:20
**backgrounds** [1] - 108:20
**bad** [5] - 48:1, 71:25, 90:6, 106:23, 124:23

**badly** [1] - 123:20
**banking** [1] - 93:5
**Bannon** [7] - 15:25, 16:8, 17:1, 46:4, 47:18, 50:13, 88:15
**bar** [2] - 114:5, 155:13
**Barack** [1] - 11:25
**based** [5] - 27:8, 29:25, 107:23, 112:22, 129:10
**basic** [2] - 40:19, 70:3
**basis** [3] - 90:15, 143:18, 147:1
**Bates** [10] - 42:1, 42:3, 42:5, 42:7, 42:10, 51:17, 51:18, 51:25, 52:7, 52:22
**bathroom** [1] - 5:5
**Bay** [1] - 138:10
**Beach** [1] - 79:3
**bear** [2] - 39:6, 117:11
**beat** [1] - 123:20
**beating** [1] - 119:15
**became** [5] - 14:2, 74:24, 106:15, 139:18, 155:7
**become** [2] - 106:22, 118:22
**began** [2] - 97:14, 129:24
**beginning** [3] - 71:22, 72:1, 94:6
**begins** [1] - 53:19
**BEHALF** [2] - 2:2, 2:5
**behalf** [1] - 80:6
**behind** [3] - 19:19, 19:23, 48:24
**belief** [6] - 20:5, 41:9, 50:24, 75:2, 129:13, 154:7
**bell** [19] - 56:3, 83:7, 83:8, 84:24, 98:6, 105:3, 109:17, 114:8, 131:5, 131:9, 131:10, 131:15, 132:2, 132:3, 148:16, 150:1, 150:2, 150:4, 151:22
**below** [2] - 107:16, 160:5
**benefit** [1] - 83:17
**best** [7] - 22:23, 65:21, 66:3, 66:23, 84:23, 88:12, 109:16
**Best** [1] - 6:18
**better** [1] - 84:9
**between** [8] - 43:12, 57:2, 88:11, 135:20, 135:25, 140:19, 143:23, 144:2

**Biden** [1] - 7:14
**Big** [1] - 15:3
**big** [11] - 13:22, 17:7, 17:13, 17:24, 18:7, 25:17, 25:21, 29:25, 81:2, 94:7, 154:10
**bigger** [1] - 21:11
**Bill** [1] - 17:6
**bit** [13] - 11:6, 32:21, 43:25, 44:2, 77:15, 79:7, 86:2, 94:18, 94:19, 104:18, 105:9, 131:16
**black** [1] - 2:22
**blackmail** [4] - 95:25, 116:21, 131:8, 131:15
**blanking** [1] - 44:24
**blew** [1] - 126:3
**blog** [6] - 23:2, 23:3, 23:6, 23:7, 23:10, 23:13
**blonde** [1] - 139:15
**blow** [2] - 152:12, 153:22
**Blumetti** [9] - 10:4, 31:19, 34:24, 35:2, 51:16, 133:25, 143:19, 155:5, 161:5
**blumetti** [1] - 6:1
**BLUMETTI** [103] - 2:7, 6:4, 7:19, 8:9, 8:16, 9:12, 12:14, 13:14, 15:18, 16:12, 17:23, 24:9, 25:3, 25:16, 27:11, 28:10, 30:2, 31:25, 35:6, 37:4, 37:20, 38:3, 38:8, 38:16, 41:10, 42:1, 42:6, 43:10, 51:20, 51:24, 52:8, 52:18, 52:21, 54:14, 54:19, 58:9, 60:1, 61:8, 62:1, 63:12, 63:25, 67:12, 68:7, 69:16, 71:6, 71:14, 72:4, 72:14, 73:1, 73:24, 74:25, 78:11, 78:21, 79:18, 80:19, 81:17, 81:21, 87:16, 89:7, 93:9, 93:23, 96:1, 100:9, 100:21, 101:6, 102:11, 103:8, 104:8, 105:16, 106:17, 108:17, 110:10, 116:11, 121:6, 123:14, 123:23, 124:12, 127:14, 128:25, 133:8,

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 164 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
3

136:23, 137:16, 137:23, 138:1, 138:23, 140:8, 143:20, 144:6, 144:10, 145:1, 145:7, 146:21, 147:2, 147:5, 147:14, 148:17, 149:6, 149:15, 152:22, 153:7, 155:18, 156:3, 156:9
**Blumetti's** [1] - 10:7
**board** [3] - 7:7, 86:13, 101:22
**boasting** [1] - 124:9
**book** [13] - 15:1, 55:25, 84:25, 85:6, 109:16, 109:18, 131:4, 135:13, 137:22, 138:18, 138:25, 142:10
**Book** [1] - 2:23
**books** [2] - 131:2, 136:10
**Boris** [18] - 81:8, 82:19, 83:3, 84:13, 84:17, 110:1, 111:6, 113:11, 114:3, 127:7, 127:9, 133:15, 133:25, 143:13, 144:4, 144:14, 144:24, 154:22
**Boris'** [1] - 113:8
**boss** [1] - 135:22
**Bossie** [3] - 86:11, 135:15, 151:18
**bossie's** [1] - 137:22
**bounds** [1] - 64:6
**boxed** [1] - 89:25
**branch** [1] - 97:4
**break** [5] - 4:25, 5:3, 35:12, 62:17, 74:1
**breaks** [1] - 5:5
**Bremberg** [1] - 44:5
**briefed** [1] - 122:23
**bring** [6] - 18:23, 19:10, 37:17, 60:7, 118:13, 152:25
**bringing** [1] - 18:20
**brings** [4] - 19:12, 19:13, 44:20
**Broadcast** [1] - 84:18
**Broadcasting** [1] - 83:6
**broke** [2] - 120:7, 120:9
**brought** [18] - 19:14, 65:6, 68:2, 68:9, 74:9, 76:20, 91:5,

93:22, 109:8, 123:1, 123:6, 123:13, 125:9, 125:24, 129:22, 137:11, 152:14, 153:24
**build** [2] - 110:18, 111:16
**building** [4] - 12:5, 88:10, 110:22, 151:21
**bunch** [2] - 66:3, 93:1
**Bush** [3] - 84:9, 91:16, 101:18
**but..** [2] - 76:20, 120:3
**BY** [118] - 2:7, 2:13, 4:11, 6:7, 7:21, 8:11, 8:17, 9:15, 12:16, 13:18, 16:3, 16:19, 18:1, 24:18, 25:7, 25:19, 27:17, 28:11, 30:4, 30:15, 31:8, 31:12, 32:2, 35:20, 37:11, 37:24, 38:5, 38:12, 38:22, 39:10, 43:6, 43:14, 46:22, 52:14, 52:19, 53:1, 54:17, 55:1, 56:24, 58:17, 60:12, 61:15, 62:7, 63:7, 63:13, 64:2, 68:1, 68:15, 70:8, 71:9, 71:16, 72:11, 72:15, 73:5, 73:25, 75:25, 78:15, 78:24, 79:22, 80:23, 81:25, 87:18, 89:11, 93:19, 94:11, 96:6, 96:19, 100:10, 100:24, 101:9, 102:19, 103:12, 104:14, 105:21, 106:8, 106:20, 108:18, 109:24, 110:11, 116:13, 117:20, 119:10, 120:22, 121:20, 123:16, 123:25, 124:18, 127:16, 129:3, 133:11, 134:19, 135:11, 136:6, 136:25, 137:18, 138:3, 138:16, 139:4, 139:10, 139:14, 139:20, 140:3, 140:15, 141:3, 141:12, 143:11, 143:25, 144:16, 145:4, 145:12, 146:14, 147:17, 148:19, 149:11,

149:17, 153:9, 155:9, 155:19

# C

**c)(4** [1] - 23:20
**c/o** [1] - 161:5
**cabinet** [8] - 19:20, 94:8, 106:16, 106:18, 110:18, 131:22, 131:23
**cabinets** [1] - 40:25
**calculation** [1] - 61:19
**California** [1] - 48:23
**campaign** [40] - 6:21, 10:5, 10:14, 10:19, 32:20, 58:23, 60:3, 60:4, 60:5, 66:2, 72:3, 72:6, 72:7, 79:6, 80:8, 81:6, 84:17, 85:20, 85:24, 85:25, 86:7, 86:9, 86:18, 87:8, 87:20, 88:22, 89:2, 89:4, 90:2, 90:11, 90:17, 107:19, 131:13, 133:19, 142:15, 151:18, 151:23
**candidate** [3] - 22:2, 22:12, 135:22
**candidates** [5] - 13:8, 19:1, 24:25, 28:8, 111:5
**capacity** [1] - 4:3
**Caporale** [1] - 130:23
**care** [1] - 161:16
**cared** [1] - 118:1
**career** [3] - 27:6, 27:9, 85:14
**cares** [1] - 127:21
**Caroline** [1] - 131:13
**CASE** [2] - 1:3, 161:9
**case** [4] - 1:23, 35:25, 51:13, 116:20
**cases** [6] - 30:3, 30:5, 93:11, 94:1, 94:14, 116:24
**Cassidy** [2] - 151:17, 151:24
**Castro** [1] - 80:6
**category** [1] - 129:8
**cc** [1] - 161:24
**celebrity** [1] - 27:7
**certain** [2] - 16:5, 37:16, 91:2
**certainly** [16] - 14:22, 23:10, 49:16, 50:20, 56:11, 62:4, 62:10, 68:10, 72:7, 72:18, 75:18, 84:7, 88:3,

121:16, 125:2, 133:10
**CERTIFICATE** [2] - 157:1, 158:1
**certify** [6] - 58:16, 157:7, 158:6, 158:11, 158:13, 159:6
**CERTIFY** [1] - 3:1
**cetera** [1] - 25:22
**chair** [1] - 17:1
**chairman** [3] - 11:8, 152:14, 153:24
**chance** [5] - 102:18, 102:20, 102:21, 102:25, 143:12
**chances** [1] - 102:24, 103:2
**change** [1] - 121:3, 128:19
**changed** [2] - 102:14, 117:18
**charge** [9] - 10:11, 10:14, 11:9, 18:7, 19:25, 21:21, 37:22, 77:7, 112:18
**charged** [2] - 10:7, 155:12
**charges** [1] - 114:20
**chart** [22] - 36:9, 37:1, 37:6, 37:7, 37:9, 37:10, 37:15, 37:19, 38:2, 38:20, 39:23, 40:11, 40:15, 40:18, 51:7, 53:21, 54:3, 54:4, 54:11, 61:13, 74:9
**charts** [7] - 40:13, 40:16, 40:23, 40:24, 40:25, 41:1, 76:3
**chat** [4] - 30:12, 30:13, 30:16, 30:22
**chatter** [2] - 8:6, 8:21
**check** [8] - 62:23, 95:1, 99:22, 99:25, 100:2, 112:10, 112:22, 149:20
**checks** [8] - 95:4, 100:2, 100:6, 110:25, 117:6, 121:8, 121:24, 122:21
**Cheung** [1] - 150:18
**chief** [23] - 14:5, 14:10, 14:19, 14:23, 15:4, 15:5, 16:1, 16:7, 17:8, 17:9, 20:25, 21:12, 21:20, 21:22, 24:12, 28:21, 107:4, 108:20,

109:9, 118:3, 125:18, 129:24
**Chief** [2] - 152:13, 153:23
**children** [2] - 101:11, 102:9
**chimed** [1] - 26:14
**chiming** [1] - 28:16
**chose** [2] - 15:22, 154:3
**Chris** [4] - 15:1, 19:25, 20:1, 44:24
**Christie** [2] - 19:25, 20:1
**Christmas** [2] - 45:22, 45:25
**circle** [5] - 20:8, 23:16, 82:16, 113:24, 114:1
**circles** [1] - 127:6
**circumstances** [8] - 9:14, 9:16, 71:21, 72:8, 103:3, 144:3, 144:13, 146:4
**cities** [1] - 149:5
**claim** [3] - 103:15, 120:4, 147:1
**claimed** [1] - 119:2
**claims** [1] - 119:14
**clarified** [1] - 60:22
**clarify** [1] - 25:20
**clarifying** [1] - 65:9
**clean** [1] - 42:8
**clear** [9] - 5:10, 5:14, 10:10, 28:2, 33:18, 68:16, 88:10, 103:13, 104:3
**clearance** [25] - 94:19, 95:10, 98:10, 98:14, 98:25, 108:7, 108:12, 111:3, 115:14, 115:17, 116:9, 120:16, 122:11, 123:19, 125:15, 125:19, 126:10, 127:12, 128:18, 129:15, 129:23, 130:13, 130:15, 131:1, 150:4
**clearances** [8] - 99:3, 106:2, 125:21, 126:8, 126:16, 126:21, 128:13, 130:22
**cleared** [2] - 108:7, 108:8
**clearer** [1] - 80:17
**clearly** [1] - 10:6
**click** [1] - 31:5
**client** [7] - 58:10, 58:12, 69:18, 69:20,



Case 1:19-cv-11764-AT-KHP   Document 442-4   Filed 09/23/24   Page 165 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
4

144:23, 145:2, 146:9
**cliff** [1] - 150:20
**Clinton** [1] - 12:1
**clip** [9] - 138:13,
138:15, 140:14,
140:20, 141:16,
141:17, 141:18,
141:25, 142:1
**clocks** [1] - 117:17
**close** [3] - 125:6,
128:11, 134:6
**club** [1] - 48:5
**clue** [1] - 125:12
**co** [7] - 10:2, 15:24,
16:7, 17:20, 36:16,
88:14, 111:2
**co-defendant** [3] -
10:2, 17:20, 111:2
**co-equal** [3] - 15:24,
16:7, 88:14
**co-leader** [1] - 36:16
**Cohn** [3] - 19:8, 19:12,
44:4
**coincidence** [1] - 79:2
**colbie** [1] - 119:13
**Colbie** [1] - 2:22
**college** [1] - 109:12
**coming** [7] - 18:3,
66:10, 75:12, 87:20,
112:8, 122:13,
154:15
**comm** [1] - 107:16
**comment** [1] - 78:19
**commented** [1] -
64:14
**Commission** [4] -
157:21, 157:21,
159:23, 159:24
**committed** [1] -
101:15
**committee** [4] - 8:1,
8:2, 11:10, 11:11
**Committee** [3] - 2:18,
11:9, 97:2
**comms** [16] - 18:14,
37:14, 39:21, 43:9,
45:17, 46:10, 46:12,
47:2, 47:19, 71:4,
71:11, 76:18,
100:15, 106:24,
150:10, 150:14
**communicated** [4] -
57:16, 58:22, 59:4,
88:9
**communicating** [2] -
67:17, 69:12
**Communication** [1] -
1:12
**communication** [15] -
57:21, 58:13, 63:21,

63:22, 67:3, 67:4,
143:23, 144:1,
144:5, 145:15,
145:17, 146:5,
146:7, 146:15,
146:18
**communications** [14]
- 36:16, 44:15,
57:20, 60:6, 60:8,
68:21, 77:5, 104:12,
104:13, 127:11,
144:7, 144:11,
144:14, 144:22
**compared** [2] - 32:22,
33:1
**complaining** [1] -
74:16
**complaint** [3] - 65:4,
65:20, 68:5
**completed** [1] -
116:24
**completely** [1] - 57:15
**components** [1] -
97:19
**compound** [1] - 95:10
**compromised** [1] -
74:22
**concede** [4] - 13:15,
78:16, 87:4, 87:5
**conceding** [1] - 92:6
**concern** [3] - 120:14,
153:11, 155:17
**concerned** [1] -
161:15
**concerning** [2] -
97:23, 147:20
**concerns** [5] - 21:25,
22:7, 22:10, 53:24,
120:11
**conclude** [4] - 120:17,
121:9, 161:13,
161:16
**concluded** [1] -
156:20
**concludes** [1] -
156:11
**conclusion** [5] -
67:20, 69:25, 70:9,
70:11, 122:13
**conclusions** [2] -
72:19, 88:4
**conduct** [5] - 95:3,
97:23, 97:25,
114:21, 149:14
**conducting** [2] -
11:11, 117:6
**CONFERENCE** [1] -
2:1
**confidential** [1] -
146:8

**confidentiality** [5] -
81:18, 82:9, 134:4,
143:15, 143:17
**confirmed** [1] - 70:1
**conflicts** [1] - 97:23
**confronting** [1] - 13:4
**Congress** [1] - 138:10
**Congressional** [2] -
2:18, 97:1
**connection** [1] - 93:13
**consider** [9] - 7:22,
23:6, 23:12, 32:12,
50:3, 85:2, 85:7,
100:12, 106:12
**considering** [1] - 8:7
**consistent** [1] - 41:8
**constant** [1] - 124:9
**contact** [1] - 14:15
**contentious** [4] -
11:21, 11:24, 12:5,
12:7
**context** [2] - 102:4,
145:16
**continued** [1] - 118:3
**contractors** [1] -
97:18
**convenience** [1] -
161:14
**Convention** [1] - 8:3
**conversation** [19] -
39:25, 41:12, 46:7,
47:4, 47:9, 65:10,
67:3, 69:19, 69:22,
70:4, 70:22, 72:23,
72:24, 73:8, 73:11,
73:22, 79:4, 145:9
**conversations** [8] -
47:7, 68:25, 69:3,
73:13, 75:20, 85:7,
86:21, 99:2
**conveyed** [1] - 56:1
**cooperative** [1] - 52:6
**cops** [1] - 118:2
**Corey** [4] - 77:19,
78:4, 78:9, 135:14
**corporate** [1] - 84:2
**correct** [53] - 7:1, 7:2,
7:3, 7:18, 8:3, 8:8,
21:2, 23:20, 23:21,
23:25, 24:8, 26:11,
38:7, 39:15, 49:20,
50:16, 51:11, 53:14,
53:22, 55:3, 82:20,
82:23, 83:1, 83:4,
84:24, 85:19, 88:18,
89:22, 90:3, 95:8,
102:5, 106:16,
107:4, 107:14,
108:5, 108:21,
109:17, 110:3,

115:20, 116:10,
120:18, 122:9,
123:4, 124:25,
126:8, 130:23,
135:1, 137:14,
141:13, 149:18,
150:8, 153:13
**corrections** [2] -
159:9, 160:5
**correctly** [6] - 21:17,
36:23, 66:13, 96:8,
121:22, 131:4
**Counsel** [1] - 161:24
**counsel** [21] - 18:21,
60:9, 99:1, 100:4,
110:25, 115:9,
115:12, 117:5,
122:15, 122:18,
143:13, 143:24,
144:2, 144:7,
144:11, 144:14,
144:22, 145:17,
145:18, 156:1,
158:13
**counsel's** [2] - 54:24,
126:12
**count** [1] - 61:19
**counterpart** [1] -
36:14
**counterparts** [1] -
84:16
**counties** [1] - 121:15
**country** [1] - 27:21
**COUNTY** [3] - 157:4,
158:3, 159:3
**couple** [8] - 21:6,
26:3, 36:13, 58:19,
93:15, 98:24, 114:4,
120:8
**course** [8] - 15:24,
21:7, 26:17, 28:18,
75:19, 99:5, 129:12,
144:22
**court** [12] - 5:16, 5:22,
39:4, 52:12, 96:11,
96:21, 97:7, 119:3,
135:12, 138:21,
143:3, 147:8
**cover** [2] - 10:19, 67:9
**covered** [2] - 11:1,
86:14
**credentials** [1] -
124:10
**criminal** [10] - 97:24,
108:14, 108:19,
110:13, 111:7,
111:8, 113:9,
114:13, 114:20,
155:20
**criticize** [1] - 87:23

**crying** [1] - 78:7
**current** [2] - 6:15, 7:23

## D

**D.C** [1] - 79:7
**DADE** [3] - 157:4,
158:3, 159:3
**daily** [1] - 101:11
**DATE** [1] - 1:13
**date** [11] - 14:8, 30:19,
31:21, 39:14, 52:16,
53:10, 113:21,
130:2, 152:24,
154:21, 155:3
**dated** [1] - 160:21
**daughter** [1] - 131:12
**Dave** [2] - 86:10,
135:15
**David** [1] - 151:18
**days** [5] - 14:9, 45:22,
45:25, 53:20, 154:16
**deal** [1] - 17:21
**dealing** [5] - 73:19,
74:6, 112:7, 122:11,
129:20
**Dear** [1] - 161:10
**Dearborn** [3] - 17:6,
17:12, 17:13
**debate** [1] - 11:12
**December** [15] - 2:17,
35:3, 39:15, 46:24,
47:3, 52:11, 52:17,
53:11, 56:25, 59:1,
59:2, 64:22, 67:16,
68:6, 69:5
**decided** [5] - 22:18,
22:23, 50:17, 92:9,
105:18
**deciding** [1] - 18:7
**decision** [17] - 14:14,
15:21, 19:2, 19:11,
19:17, 21:4, 25:11,
36:10, 36:18, 36:20,
37:2, 50:19, 50:23,
54:23, 75:21, 77:9,
93:20
**decision-making** [3] -
14:14, 19:17, 77:9
**decisions** [11] - 11:3,
11:4, 16:18, 16:20,
16:21, 16:23, 17:22,
17:25, 93:8, 96:3,
111:14
**declare** [1] - 21:15
**defend** [1] - 80:11
**defendant** [3] - 10:2,
17:20, 111:2
**DEFENDANT** [1] - 2:5
**Defendants** [1] - 1:9

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 166 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
5

**defended** [2] - 81:1, 81:2
**defending** [2] - 79:16, 79:20
**Defense** [1] - 2:25
**defensive** [1] - 80:15
**define** [1] - 100:18
**defining** [1] - 125:2
**definitely** [4] - 5:2, 79:19, 79:25, 140:4
**degree** [4] - 61:2, 109:12, 124:5, 124:9
**DELGADO** [174] - 1:4, 2:2, 2:13, 4:11, 6:1, 6:6, 6:7, 7:21, 8:11, 8:17, 9:15, 12:16, 13:18, 16:3, 16:19, 18:1, 24:18, 25:7, 25:19, 27:17, 28:11, 30:4, 30:15, 31:8, 31:12, 31:19, 32:2, 35:1, 35:8, 35:14, 35:18, 35:20, 37:11, 37:24, 38:5, 38:12, 38:22, 39:10, 42:3, 42:9, 42:15, 42:18, 42:25, 43:4, 43:6, 43:14, 46:21, 46:22, 51:16, 51:23, 52:3, 52:10, 52:14, 52:19, 52:25, 53:1, 54:17, 55:1, 56:18, 56:24, 58:15, 58:17, 60:12, 61:15, 62:7, 62:16, 62:19, 62:25, 63:4, 63:7, 63:13, 64:2, 68:1, 68:15, 69:19, 70:8, 71:9, 71:16, 72:11, 72:15, 73:5, 73:25, 75:25, 78:15, 78:24, 79:22, 80:23, 81:23, 81:25, 87:18, 89:11, 93:19, 94:11, 96:6, 96:14, 96:19, 100:10, 100:24, 101:9, 102:19, 103:12, 104:14, 105:21, 106:4, 106:8, 106:20, 108:18, 109:24, 110:11, 116:13, 117:15, 117:20, 119:10, 120:22, 121:18, 121:20, 123:16, 123:25, 124:13, 124:18, 127:16, 129:3, 133:11, 134:18, 134:19, 135:11, 136:4, 136:6,
136:25, 137:18, 137:24, 138:2, 138:3, 138:14, 138:16, 138:20, 138:24, 139:4, 139:10, 139:14, 139:20, 140:3, 140:10, 140:15, 141:3, 141:12, 143:5, 143:11, 143:25, 144:8, 144:12, 144:16, 144:19, 145:4, 145:10, 145:12, 146:1, 146:14, 146:24, 147:4, 147:7, 147:17, 148:19, 149:11, 149:17, 152:25, 153:9, 155:5, 155:9, 155:19, 156:5, 156:10, 156:16, 161:8
**Delgado** [1] - 4:14
**deliberate** [1] - 34:17
**demand** [1] - 86:21
**denials** [1] - 97:15
**departed** [2] - 29:20, 116:15
**department** [26] - 19:7, 25:25, 26:1, 26:9, 26:14, 28:18, 37:16, 37:22, 40:20, 41:19, 41:21, 41:23, 41:25, 43:17, 50:19, 54:23, 55:2, 55:5, 56:13, 60:8, 93:25, 94:2, 94:7, 104:11, 110:22, 131:21
**departments** [12] - 15:22, 18:7, 18:8, 18:11, 40:17, 40:21, 41:1, 43:19, 43:20, 44:8, 45:6, 94:1
**departure** [1] - 7:18
**depended** [1] - 95:14
**deplorable** [2] - 91:7, 103:17
**deponent** [1] - 161:11
**deposed** [1] - 4:17
**DEPOSITION** [1] - 1:18
**deposition** [14] - 4:17, 10:2, 34:20, 35:3, 35:23, 37:9, 38:11, 81:24, 92:20, 156:12, 156:19, 158:8, 161:17, 161:18
**Deposition** [3] - 1:23,
2:16, 161:12
**depositions** [1] - 134:22
**deputy** [8] - 21:12, 25:22, 90:23, 100:8, 100:16, 107:7, 109:4, 109:13
**describe** [8] - 11:19, 11:20, 14:10, 14:16, 17:17, 18:18, 48:3, 136:16
**described** [3] - 50:11, 138:17, 138:25
**describing** [3] - 37:18, 48:4, 137:13
**despite** [5] - 103:14, 116:19, 128:5, 152:15, 153:25
**detail** [3] - 66:22, 94:24, 134:3
**detailed** [3] - 95:1, 126:13, 126:18
**details** [3] - 41:2, 67:25, 128:21
**determination** [3] - 101:24, 115:19, 115:21
**determined** [4] - 10:19, 10:20, 10:25, 50:7
**devices** [1] - 23:17
**died** [1] - 80:6
**differences** [1] - 128:20
**different** [19] - 28:8, 32:15, 32:21, 32:23, 40:25, 41:1, 44:2, 44:6, 44:7, 45:6, 45:7, 84:12, 89:17, 97:19, 102:16, 122:24, 128:23, 129:6
**differently** [1] - 130:14
**difficult** [1] - 42:11
**difficulties** [1] - 35:12
**diligence** [1] - 101:2
**DIRECT** [2] - 2:12, 4:10
**directive** [1] - 70:16
**directly** [1] - 139:24
**director** [13] - 17:18, 21:18, 21:23, 37:14, 46:10, 46:13, 47:2, 47:20, 71:4, 71:11, 90:22, 100:16, 106:24
**disagree** [1] - 115:17
**disclosing** [2] - 66:24, 85:6
**disclosure** [1] - 69:17
**disclosures** [1] - 98:21
**discrimination** [1] - 59:24
**discuss** [1] - 143:12
**discussed** [10] - 36:19, 49:2, 67:5, 68:13, 72:25, 74:5, 74:8, 92:8, 94:3, 99:1
**discussing** [5] - 29:20, 35:24, 53:14, 63:9, 70:22
**discussion** [7] - 31:7, 51:5, 55:13, 74:21, 74:23, 135:25, 138:7
**discussions** [7] - 3:4, 8:13, 8:19, 21:24, 22:6, 40:12, 58:7
**disliked** [2] - 133:13, 133:16
**disorderly** [1] - 114:21
**disqualify** [1] - 103:6
**disqualifying** [7] - 97:22, 101:21, 102:3, 102:10, 107:24, 108:16, 111:4
**disrespectful** [1] - 34:12
**dissect** [1] - 66:21
**distinct** [1] - 102:21
**distinguishing** [1] - 128:21
**DISTRICT** [2] - 1:1, 1:1
**Ditto** [1] - 150:16
**division** [1] - 88:10
**Dobbs** [1] - 14:1
**document** [7] - 51:22, 52:2, 52:9, 65:18, 72:22, 73:23, 96:25
**documents** [1] - 73:14
**dog** [2] - 105:4, 105:14
**DOJ** [14] - 95:2, 100:3, 101:23, 107:21, 109:1, 111:24, 112:1, 113:4, 115:9, 115:20, 117:4, 121:13, 122:20, 126:11
**domain** [3] - 136:22, 148:1, 155:14
**domestic** [6] - 117:25, 118:20, 121:14, 122:4, 126:1, 127:21
**Don** [22] - 18:18, 19:3, 48:16, 48:18, 48:21, 49:18, 49:19, 50:2, 54:7, 54:8, 65:16,
66:7, 94:22, 99:2, 112:7, 112:17, 123:6, 125:9, 129:22, 130:1, 130:8, 130:9
**Donald** [12] - 6:20, 9:11, 12:24, 13:4, 13:17, 30:7, 31:14, 63:8, 63:16, 65:24, 89:3, 155:7
**DONALD** [2] - 1:7, 161:8
**done** [12] - 10:10, 11:4, 21:15, 56:19, 61:3, 95:2, 125:6, 125:23, 128:12, 134:6, 154:19, 155:25
**door** [1] - 130:22
**Dore** [1] - 150:22
**doubt** [1] - 125:25
**down** [16] - 20:9, 34:9, 36:12, 39:23, 41:5, 41:14, 56:16, 56:18, 112:3, 112:25, 113:5, 114:19, 125:6, 132:18, 134:24, 153:2
**DPC** [2] - 19:13, 44:5
**draft** [3] - 36:9, 65:4, 65:20
**dress** [1] - 139:16
**Drieband** [3] - 3:5, 54:9, 58:8, 58:21, 62:13
**drive** [1] - 101:12
**Drive** [1] - 6:12
**Drudge** [1] - 67:9
**drug** [2] - 97:24, 131:13
**dual** [1] - 23:17
**due** [3] - 22:25, 101:2, 128:18
**dug** [1] - 103:19
**DUI** [7] - 101:5, 101:16, 102:14, 103:4, 103:14, 109:5, 109:6
**DUIs** [2] - 108:14, 111:8
**duly** [3] - 4:7, 157:9, 158:12
**during** [24] - 13:24, 16:25, 17:14, 21:18, 22:2, 22:8, 22:13, 32:19, 40:23, 68:22, 68:25, 69:3, 87:13, 91:8, 92:20, 104:17, 105:5, 107:19, 123:2, 135:3, 144:6,

144:10, 147:23, 147:25
**duties** [3] - 14:19, 15:8, 20:2
**DWI** [2] - 99:19, 101:5

## E

**E-mail** [3] - 2:4, 2:7, 2:17
**e-mail** [22] - 2:17, 39:1, 39:2, 39:4, 39:12, 41:4, 41:13, 41:17, 43:8, 51:10, 52:11, 52:15, 52:23, 53:2, 54:5, 57:2, 57:13, 59:2, 96:11, 134:17, 145:13, 146:6
**e-mails** [2] - 62:23, 93:18
**eager** [1] - 139:24
**ear** [1] - 26:2
**earliest** [1] - 161:14
**early** [8] - 30:9, 31:24, 32:12, 33:1, 68:23, 69:5, 122:5, 125:9
**ease** [1] - 5:22
**easier** [1] - 30:11
**easy** [3] - 18:13, 18:18, 32:9
**economics** [1] - 44:4
**ecstatic** [1] - 83:24
**education** [1] - 104:5
**effect** [1] - 4:2
**effective** [2] - 22:21, 22:22
**effort** [1] - 11:14
**eight** [3] - 26:16, 29:13, 33:25
**either** [10] - 18:2, 28:14, 65:12, 65:19, 70:7, 91:22, 108:11, 112:2, 115:14, 158:14
**elected** [2] - 32:17, 101:19
**election** [4] - 11:7, 14:9, 33:9, 91:8
**elections** [2] - 21:19, 87:14
**ELENA** [2] - 157:16, 161:21
**Elena** [3] - 1:20, 158:5, 158:21
**embarrassing** [5] - 72:2, 72:12, 91:15, 103:20, 111:8
**embattled** [2] - 152:13, 153:23

**emerged** [1] - 146:17
**employed** [2] - 74:8, 77:4
**employee** [6] - 58:13, 64:15, 89:9, 89:12, 97:4, 112:20
**employees** [8] - 41:21, 88:21, 88:22, 88:23, 89:2, 89:6, 89:9, 97:15
**employment** [19] - 6:16, 58:22, 62:13, 63:10, 63:17, 63:24, 64:1, 72:25, 73:9, 73:15, 73:18, 73:19, 73:20, 74:5, 76:25, 92:22, 103:7
**encompassing** [1] - 66:10
**encouraged** [2] - 136:10, 137:5
**encouragement** [1] - 142:12
**end** [14] - 12:1, 13:5, 36:8, 36:21, 56:10, 67:16, 71:22, 72:1, 82:17, 85:10, 85:11, 95:19, 132:15, 151:10
**ended** [2] - 36:16, 98:15
**endorse** [1] - 32:18
**endorsed** [1] - 32:7
**endorsement** [1] - 9:10
**engage** [1] - 140:6
**engagement** [1] - 58:5
**ensued** [1] - 135:25
**ensuring** [1] - 53:25
**entire** [4] - 141:21, 141:23, 142:6, 146:8
**entitled** [1] - 31:13
**Epshteyn** [6] - 81:8, 111:7, 146:3, 146:18, 155:12, 155:16
**equal** [3] - 15:24, 16:7, 88:14
**equate** [1] - 102:20
**Eric** [2] - 54:9, 131:18
**errata** [1] - 159:10
**ERRATA** [1] - 160:1
**especially** [5] - 13:20, 74:18, 87:14, 89:3, 146:10
**Esq** [1] - 161:5
**ESQ** [1] - 2:7
**established** [1] - 45:1
**et** [3] - 1:7, 25:22, 161:8

**evening** [2] - 57:2, 57:6
**evenings** [1] - 57:7, 57:9
**event** [4] - 42:12, 135:19, 137:13, 138:10
**events** [2] - 20:17, 27:15
**eventually** [2] - 88:9, 97:16
**ex** [4] - 119:2, 119:12, 119:23, 122:6
**ex-wife** [1] - 122:6
**ex-wives** [3] - 119:2, 119:12, 119:23
**exact** [2] - 104:10, 138:17
**exactly** [5] - 47:14, 47:25, 55:21, 124:17, 131:25
**EXAMINATION** [1] - 4:10
**examination** [1] - 161:10
**examined** [1] - 4:8
**example** [9] - 18:17, 18:20, 83:14, 90:9, 90:18, 126:6, 127:7, 137:10, 142:11
**examples** [1] - 83:19
**except** [1] - 160:5
**exceptions** [1] - 84:6
**excerpt** [6] - 34:23, 136:7, 137:17, 137:21, 138:4, 138:25
**excerpts** [1] - 136:9
**excuse** [2] - 34:17, 68:19
**executive** [3] - 17:17, 97:4, 97:19
**Exhibit** [18] - 42:14, 42:21, 42:23, 56:20, 56:22, 96:14, 96:17, 106:4, 106:5, 109:20, 109:21, 117:13, 119:6, 119:7, 120:19, 121:18, 134:14, 143:9
**exhibit** [12] - 23:15, 39:2, 42:2, 56:19, 114:19, 117:11, 119:5, 120:25, 133:22, 134:5, 143:7
**Exhibits** [1] - 2:25
**exhibits** [2] - 42:7, 114:1, 117:16
**EXHIBITS** [1] - 2:14

**existed** [1] - 36:9
**existence** [1] - 73:23
**existing** [1] - 73:14
**experience** [2] - 56:6, 124:8
**expert** [4] - 117:7, 117:9, 130:19, 142:10
**Expires** [1] - 157:21
**expires** [1] - 159:23
**explain** [5] - 92:11, 96:23, 105:13, 126:15, 126:18
**explained** [2] - 97:10, 97:13
**explaining** [1] - 100:17, 140:24
**exploded** [2] - 118:24, 130:11
**expressing** [1] - 153:10
**extent** [10] - 27:16, 51:21, 52:1, 57:20, 58:1, 58:10, 69:17, 75:22, 77:5, 146:21
**extra** [1] - 142:25
**extract** [2] - 52:4, 52:7
**extraction** [1] - 42:9
**extramarital** [1] - 77:19
**extreme** [1] - 116:21
**eye** [1] - 2:22

## F

**f-e-r-r-e** [1] - 105:1
**facet** [1] - 89:24
**facilitated** [1] - 24:7
**facing** [2] - 27:2, 29:8
**fact** [9] - 24:7, 48:4, 70:2, 87:8, 87:9, 107:13, 126:1, 144:20, 146:5
**Factor** [1] - 142:3
**factors** [1] - 61:10
**facts** [1] - 70:14
**fail** [1] - 127:11
**failings** [1] - 149:14
**fair** [29] - 9:25, 13:19, 29:15, 34:8, 76:21, 80:4, 83:11, 84:11, 87:15, 87:17, 89:1, 91:18, 92:4, 95:20, 112:11, 117:10, 120:18, 122:2, 122:25, 124:10, 129:18, 141:19, 141:24, 142:21, 155:1, 155:24
**fairly** [3] - 16:8, 19:19,

19:23
**faith** [1] - 147:1
**fall** [2] - 32:19, 44:11
**false** [3] - 136:11, 136:12, 142:16
**familiar** [5] - 15:2, 79:12, 79:13, 96:7, 142:7
**family** [4] - 6:21, 61:4, 132:19, 133:5
**far** [8] - 32:23, 41:2, 41:17, 64:14, 70:16, 84:9, 117:7, 133:18
**fast** [1] - 138:21
**fast-forward** [1] - 138:21
**father** [1] - 49:14
**faulting** [1] - 89:23
**favor** [2] - 30:7, 89:13
**favorable** [1] - 136:8
**favors** [3] - 148:16, 149:5, 149:8
**FBI** [24] - 95:3, 95:22, 100:3, 100:25, 101:1, 101:23, 107:22, 108:25, 111:24, 112:2, 113:4, 115:9, 115:13, 115:19, 117:4, 118:2, 119:24, 120:2, 120:13, 121:13, 122:5, 122:20, 126:11, 131:14
**February** [7] - 1:13, 32:10, 117:22, 120:9, 157:11, 158:18, 161:7
**federal** [1] - 97:4
**fell** [1] - 36:21
**fellow** [2] - 13:7, 34:22
**fellows** [1] - 7:6
**fellowship** [1] - 7:4
**felt** [6] - 22:21, 29:23, 59:22, 86:12, 86:13, 142:1
**female** [2] - 105:5, 105:14
**Ferre** [3] - 104:19, 104:24
**few** [15] - 35:24, 45:5, 45:15, 45:21, 45:25, 46:14, 46:23, 53:20, 87:23, 99:18, 103:5, 103:14, 127:2, 127:3, 154:16
**Fidel** [1] - 80:6
**field** [1] - 11:13
**fight** [1] - 155:13
**figure** [5] - 19:9,



35:11, 47:7, 65:1,
85:22
**file** [2] - 146:3, 161:17
**filed** [5] - 1:23, 10:24,
64:4, 64:22, 65:3
**files** [1] - 121:14
**fill** [7] - 19:4, 29:2,
29:3, 94:25, 115:6,
129:1, 147:22
**filled** [2] - 19:18, 29:2
**filters** [1] - 139:25
**final** [5] - 39:22, 43:7,
43:8, 43:9, 43:16
**financial** [2] - 97:24,
98:21
**financially** [3] - 85:4,
85:5, 85:8
**fine** [3] - 29:15, 85:8,
125:12
**fire** [2] - 67:8, 74:24
**firm** [2] - 6:17, 6:19
**First** [2] - 23:20,
106:14
**first** [16] - 4:7, 30:9,
46:1, 59:13, 68:22,
69:4, 82:15, 115:4,
119:14, 125:16,
126:2, 127:20,
134:20, 139:19,
145:23
**five** [3] - 10:21, 62:20,
79:5
**FI** [1] - 2:3
**FL** [1] - 2:6
**flag** [1] - 74:17
**flash** [1] - 29:17
**flip** [1] - 96:21
**florida** [1] - 158:22
**FLORIDA** [3] - 157:3,
158:2, 159:2
**Florida** [7] - 1:20,
1:22, 4:3, 4:3,
124:22, 157:16,
158:5
**flow** [1] - 14:14
**flux** [1] - 43:25
**focus** [3] - 19:20,
27:22, 84:14
**focused** [1] - 18:4
**folks** [15] - 18:24,
26:1, 36:14, 83:22,
84:1, 86:16, 87:7,
87:10, 87:25, 93:18,
101:24, 110:19,
115:20, 117:5,
122:18
**follow** [2] - 36:1, 140:5
**following** [2] - 57:2,
57:6
**follows** [1] - 4:8

**footage** [2] - 91:15,
103:20
**FOR** [3] - 1:7, 2:14,
161:8
**force** [1] - 4:2
**forefront** [2] - 12:10,
13:1
**foregoing** [2] - 158:9,
159:7
**foreign** [1] - 97:22
**forgot** [1] - 151:12
**form** [70] - 7:19, 8:9,
8:16, 9:12, 12:14,
13:14, 15:18, 16:12,
17:23, 24:9, 25:3,
25:16, 27:11, 30:2,
31:25, 37:4, 37:20,
38:3, 38:8, 38:16,
41:10, 43:10, 54:14,
54:19, 60:1, 60:25,
61:8, 62:1, 63:12,
63:25, 67:12, 68:7,
69:16, 71:6, 71:14,
72:4, 72:14, 73:1,
73:24, 74:25, 78:11,
79:18, 80:19, 87:16,
89:7, 93:9, 93:23,
94:25, 96:1, 100:9,
100:21, 101:6,
102:11, 103:8,
104:8, 105:16,
106:17, 108:17,
110:10, 116:11,
121:6, 123:23,
124:12, 127:14,
128:25, 133:8,
136:23, 148:17,
149:6, 149:15
**former** [3] - 135:14,
152:14, 153:24
**forth** [4] - 6:22, 145:5,
155:2, 159:9
**forward** [2] - 54:25,
138:21
**forwarded** [3] - 48:14,
53:8, 54:4
**forwarding** [1] - 59:1
**four** [4] - 10:21, 20:19,
108:9, 108:10
**fourth** [1] - 97:8
**Fox** [2] - 13:23, 13:25
**FPR** [2] - 157:16,
161:21
**fraction** [1] - 133:3
**frankly** [1] - 17:16
**free** [4] - 5:6, 10:10,
10:14, 35:11
**Friedrich** [1] - 6:18
**friend** [4] - 27:13,
29:9, 93:4, 93:5

**friendly** [3] - 142:15,
142:16
**frivolous** [3] - 64:5,
66:15, 136:16
**frontrunner** [3] -
12:13, 12:23, 13:13
**fulfill** [1] - 19:6
**full** [1] - 97:9
**functioning** [1] -
17:15
**fund** [2] - 20:16,
20:20, 21:18, 21:21,
21:23
**furthered** [1] - 85:13
**future** [2] - 9:10, 9:19

## G

**gambling** [1] - 116:21
**Gary** [3] - 19:8, 19:12,
44:4
**Gatekeepers** [1] - 15:3
**general** [6] - 11:7,
18:5, 26:19, 29:21,
87:13, 117:2
**generally** [3] - 25:24,
89:5, 103:2
**George** [1] - 45:10
**GG971350** [1] - 157:21
**girth** [1] - 24:25
**gist** [2] - 26:19, 70:4
**Giuliani's** [1] - 26:13
**given** [9] - 4:2, 17:8,
24:25, 27:5, 28:5,
51:7, 70:16, 89:2,
149:13
**Glenn** [1] - 153:5
**go-to** [1] - 86:8
**Google** [3] - 100:19,
100:22, 118:9
**GOP** [4] - 11:21,
12:25, 13:1, 25:2
**Gorka** [1] - 149:22
**gos** [1] - 95:6
**government** [3] - 45:3,
45:4, 97:5
**government's** [1] -
118:4
**governor** [2] - 8:22,
85:14
**grab** [1] - 35:10
**great** [5] - 7:15, 9:22,
17:21, 28:5, 83:10
**GREENBERG** [1] - 2:5
**grew** [1] - 97:16
**Grindr** [1] - 131:9
**Grisham** [4] - 2:19,
105:23, 109:15,
111:6
**groping** [1] - 114:4

**ground** [2] - 4:16, 6:2
**group** [17] - 16:17,
16:20, 16:21, 17:7,
18:4, 21:4, 37:13,
43:23, 44:12, 50:23,
76:17, 76:23, 77:1,
77:10, 99:12,
150:10, 150:14
**Group** [2] - 83:6,
84:18
**groups** [4] - 27:21,
27:22, 77:4, 84:12
**guaranteed** [1] - 40:8
**guess** [14] - 10:16,
36:18, 71:20, 71:21,
85:2, 85:7, 95:13,
100:22, 101:7,
103:1, 111:5, 127:6,
137:3, 156:10
**gun** [1] - 154:22
**Gun** [1] - 2:20
**guy** [2] - 112:17, 155:7

## H

**Haberman** [1] - 153:5
**Hagerty** [1] - 17:6
**Hagin** [1] - 94:22
**hair** [1] - 139:15
**half** [1] - 7:7
**hand** [3] - 52:1,
157:10, 158:16
**handle** [1] - 112:23
**handled** [1] - 126:11
**handling** [4] - 11:12,
54:16, 68:13, 99:4
**hands** [2] - 56:12,
56:13
**hang** [1] - 96:8
**Hannity** [1] - 147:1
**happy** [2] - 83:24,
105:11
**hard** [2] - 15:13, 109:1
**harder** [2] - 87:7,
87:19
**Harvard** [3] - 61:2,
124:5, 124:17
**Hatch's** [1] - 25:10
**Haylan** [1] - 150:22
**he...** [1] - 141:6
**head** [20] - 8:1, 15:15,
18:16, 19:10, 37:13,
37:22, 43:22, 44:13,
44:15, 44:21, 50:19,
54:23, 55:2, 55:6,
60:6, 60:8, 61:19,
94:7, 104:17, 113:6
**head's** [1] - 56:13
**headed** [4] - 20:16,
94:14, 94:23, 136:2

**heading** [1] - 104:11
**headline** [3] - 117:21,
117:23, 152:24
**Headline** [1] - 2:21
**heads** [13] - 18:7,
25:25, 26:1, 26:10,
26:14, 28:18, 37:16,
40:20, 41:19, 41:23,
44:7, 93:25, 110:22
**hear** [8] - 22:6, 22:10,
57:19, 73:13, 73:22,
73:23, 134:10,
139:24
**heard** [24] - 7:12, 27:9,
29:6, 63:20, 66:13,
75:13, 78:4, 78:9,
78:12, 111:2, 114:6,
118:25, 121:13,
126:2, 134:23,
135:2, 135:8, 136:9,
136:16, 136:18,
136:21, 137:4,
147:23, 148:9
**heated** [3] - 135:24,
138:7, 140:7
**Helen** [4] - 104:18,
104:19, 104:21,
104:24
**help** [12] - 20:24, 32:5,
32:6, 40:11, 46:8,
46:13, 47:7, 47:12,
65:1, 91:14, 133:6,
133:14
**helpful** [1] - 9:11
**helps** [4] - 46:16, 47:5,
133:10, 142:18
**Henning** [1] - 151:1
**hereby** [3] - 158:6,
159:6, 160:3
**hereto** [1] - 159:10
**hesitation** [1] - 32:17
**Hicks** [15] - 46:25,
75:10, 77:9, 78:4,
78:7, 78:17, 134:23,
134:25, 137:11,
137:13, 139:11,
139:21, 141:4,
142:16, 142:22
**Hicks'** [3] - 77:18,
123:13, 143:1
**high** [1] - 93:4
**highest** [2] - 101:15,
118:4
**highlighted** [2] -
135:16
**highly** [2] - 125:24,
127:24
**Hillary** [1] - 11:25
**himself** [1] - 47:16
**hire** [7] - 25:11, 28:14,



33:19, 90:19, 99:14, 132:25, 149:13
**hired** [21] - 16:9, 20:10, 21:2, 26:23, 33:3, 33:13, 34:2, 72:18, 90:23, 103:13, 103:22, 105:18, 110:20, 110:21, 111:20, 113:11, 113:15, 119:24, 122:5, 133:15, 149:18
**hires** [6] - 25:15, 25:18, 59:13, 59:19, 93:2, 94:3
**hiring** [13] - 15:17, 16:23, 17:11, 17:21, 24:24, 55:24, 60:6, 90:20, 93:7, 93:8, 105:18, 111:14, 148:21
**Hispanic** [4] - 45:12, 61:3, 139:9, 141:5
**Hispanics** [1] - 129:7
**history** [3] - 27:14, 117:25, 118:19
**Hmm** [1] - 101:17
**hmm** [14] - 14:4, 56:14, 64:19, 66:6, 79:5, 94:17, 101:17, 106:15, 123:12, 131:17, 152:1
**hmm-hmm** [3] - 56:14, 66:6, 106:15
**Hmm-hmm** [1] - 101:17
**hold** [1] - 114:1
**Holderness** [1] - 119:13
**holdup** [1] - 98:20
**Hollywood** [3] - 87:14, 91:11, 103:18
**honestly** [2] - 56:9, 80:25
**Hope** [12] - 46:25, 75:10, 77:9, 77:18, 78:4, 78:6, 78:10, 123:13, 134:23, 134:25, 135:23, 139:11
**hope** [1] - 117:23
**Hope's** [1] - 135:14
**HORNIK** [1] - 2:5
**horrible** [1] - 103:1
**host** [1] - 7:25
**hostile** [1] - 12:13
**hostility** [3] - 12:23, 13:11, 13:16
**hosting** [2] - 8:1, 8:2
**hours** [3] - 46:14,

46:23, 48:24
**House** [127] - 2:18, 7:6, 7:17, 14:5, 14:14, 14:18, 15:3, 15:7, 18:21, 19:21, 20:21, 21:12, 21:14, 22:15, 22:20, 23:19, 24:8, 24:11, 27:1, 29:12, 30:1, 33:3, 33:19, 36:8, 36:17, 39:22, 40:18, 40:25, 41:15, 46:9, 57:23, 58:14, 61:7, 61:17, 61:23, 64:15, 65:12, 65:19, 68:17, 70:17, 71:12, 73:9, 75:12, 75:22, 80:17, 80:18, 81:9, 82:20, 82:23, 83:1, 83:10, 83:18, 85:1, 85:13, 86:9, 86:22, 86:24, 90:23, 92:6, 94:20, 95:5, 97:1, 97:6, 97:15, 97:17, 98:10, 98:12, 99:1, 100:4, 100:8, 101:5, 102:22, 103:7, 103:14, 103:22, 105:15, 105:25, 106:12, 106:15, 106:24, 108:5, 108:9, 109:16, 110:9, 110:15, 110:18, 110:25, 111:17, 112:5, 112:8, 114:10, 114:22, 115:4, 115:6, 115:9, 115:11, 115:12, 116:9, 116:17, 116:22, 117:5, 118:2, 121:3, 122:15, 122:18, 126:7, 126:11, 126:22, 127:9, 128:17, 133:7, 143:23, 144:2, 145:17, 145:18, 146:11, 146:19, 150:12, 152:13, 153:4, 153:23, 155:10, 155:16
**housing** [1] - 132:2
**Huckabee** [1] - 62:9
**HUD** [1] - 132:1
**hundred** [3] - 23:23, 81:12, 151:2
**Hunter** [3] - 16:14, 20:10, 20:20
**hurt** [1] - 125:3
**hurting** [1] - 85:10

# I

**idea** [12] - 33:5, 92:5, 92:10, 111:9, 113:20, 123:15, 123:24, 124:1, 124:4, 128:1, 128:19, 154:6
**identification** [12] - 42:22, 42:24, 52:23, 56:23, 96:18, 106:6, 109:22, 117:14, 119:8, 120:20, 134:15, 143:10
**IDENTIFICATION** [1] - 2:14
**IDs** [1] - 151:22
**IGA** [1] - 45:3
**immediate** [2] - 15:19, 16:13
**immediately** [2] - 83:5, 121:9
**impaired** [1] - 101:12
**important** [1] - 111:4
**impregnated** [2] - 71:4, 71:11
**impression** [2] - 61:5, 76:24
**improvement** [1] - 102:15
**IN** [1] - 161:8
**inaccurate** [2] - 103:24, 150:9
**inappropriate** [7] - 64:5, 66:15, 71:22, 71:23, 71:24, 72:8, 72:10
**inappropriateness** [1] - 72:20
**inauguration** [2] - 7:13, 33:10
**incident** [2] - 117:3, 142:2
**including** [10] - 12:25, 63:23, 97:17, 101:11, 102:9, 107:19, 110:21, 114:20, 121:3, 122:8
**incoming** [3] - 17:8, 72:13, 72:17
**inconsistent** [1] - 41:23
**individual** [7] - 33:12, 90:15, 95:1, 110:8, 110:13, 112:24, 114:23
**individuals** [26] - 12:25, 13:2, 15:16, 18:14, 20:14, 25:2, 61:22, 80:9, 90:1,

92:21, 95:23, 97:17, 97:18, 97:21, 98:9, 101:10, 101:12, 101:22, 102:8, 108:15, 108:19, 116:19, 126:5, 126:20, 127:12, 130:20
**industry** [1] - 93:5
**influence** [3] - 15:9, 97:22, 110:20
**influenced** [1] - 110:17
**influencing** [1] - 142:13
**information** [7] - 14:15, 38:14, 92:11, 93:12, 115:7, 128:3, 147:20
**informed** [1] - 59:3
**informing** [1] - 66:8
**initial** [1] - 70:19
**inner** [2] - 45:3
**inquire** [2] - 54:13, 59:8
**insert** [1] - 143:6
**inside** [1] - 44:15
**instance** [5] - 9:7, 13:23, 18:12, 23:12, 43:22
**instances** [1] - 93:22
**instead** [1] - 136:2
**instruction** [2] - 136:19, 136:20
**interest** [5] - 9:5, 9:9, 36:7, 76:25, 97:23
**interested** [3] - 9:2, 76:17, 158:15
**interfere** [3] - 139:21, 140:16, 140:19
**interference** [1] - 141:14
**interim** [6] - 95:9, 125:15, 125:19, 125:21, 126:8, 126:21
**interpret** [1] - 49:9
**interpreted** [1] - 49:12
**interrupt** [2] - 5:24, 46:19
**interview** [5] - 18:24, 135:22, 136:2, 140:16, 142:9
**interviews** [1] - 100:3
**investigate** [1] - 122:9
**investigating** [1] - 53:25
**investigation** [2] - 60:19, 102:5
**investigations** [1] -

95:4
**investigators** [1] - 102:6
**involved** [17] - 16:23, 17:2, 17:3, 17:4, 17:21, 18:19, 24:14, 27:19, 32:24, 48:19, 49:20, 49:22, 58:2, 59:25, 74:18, 75:18, 94:2
**involvement** [2] - 55:24, 57:14
**involving** [5] - 11:15, 67:4, 97:22, 144:14, 149:9
**issue** [17] - 38:21, 47:24, 48:11, 49:24, 54:6, 55:10, 55:11, 56:12, 63:11, 67:15, 67:18, 67:24, 69:13, 98:14, 98:16, 98:22, 133:25
**issues** [14] - 48:2, 78:17, 97:22, 98:25, 115:13, 116:10, 116:19, 116:21, 120:16, 122:12, 122:24, 148:5, 148:7
**it's..** [1] - 104:1
**item** [1] - 125:2
**iteration** [1] - 64:24
**itself** [6] - 12:25, 13:11, 140:9, 144:23, 146:5, 146:7
**Ivanka** [1] - 19:14
**Ivy** [1] - 124:10

# J

**January** [3] - 19:22, 76:7, 94:10
**JARED** [1] - 2:7
**Jared** [19] - 17:2, 17:19, 18:3, 19:14, 21:5, 45:1, 55:24, 82:3, 82:4, 82:15, 86:11, 93:6, 93:11, 146:20, 151:24, 152:3, 152:5, 161:5
**Jared's** [1] - 151:25
**Jason** [26] - 35:23, 36:25, 39:17, 41:14, 46:3, 46:24, 47:1, 47:15, 47:18, 49:13, 49:23, 49:25, 50:13, 56:10, 59:6, 59:8, 68:11, 69:11, 69:13, 71:1, 71:3, 71:10, 74:18, 79:1, 128:4, 128:5
**JBlumetti@LHRGB.**



**com** [2] - 2:7, 161:5
**Jeb** [1] - 91:16
**Jeff** [5] - 29:20, 30:6, 32:6, 32:7, 32:15
**Jessica** [1] - 150:15
**Jim** [2] - 145:24, 145:25
**job** [40] - 5:23, 18:22, 27:1, 29:22, 30:1, 40:7, 40:9, 41:7, 51:6, 59:24, 61:7, 72:20, 74:15, 74:21, 74:23, 75:5, 77:6, 79:16, 79:20, 80:1, 83:6, 83:11, 85:20, 85:24, 86:1, 86:24, 87:7, 87:20, 91:24, 92:6, 92:13, 93:4, 93:14, 105:15, 115:3, 131:18, 132:5, 133:7, 154:4
**jobs** [13] - 18:4, 18:5, 18:12, 18:14, 40:20, 86:6, 86:9, 93:12, 132:8, 132:16, 132:22, 133:3
**Joe** [1] - 94:22
**John** [4] - 12:4, 83:24, 84:13, 116:6
**joined** [2] - 151:10, 155:16
**joining** [1] - 155:10
**jotted** [1] - 20:9
**Journal** [1] - 125:7
**judge** [3] - 90:15, 146:2, 146:22
**July** [6] - 8:3, 33:11, 33:12, 95:19, 152:9, 153:6
**jump** [1] - 34:16
**jumping** [2] - 83:10, 83:15
**June** [1] - 12:1
**JURAT** [1] - 159:1
**justice** [2] - 91:11, 103:18
**Justin** [1] - 130:23

**K**

**K-A-R-R-O-L** [2] - 145:21, 145:22
**Karrol** [4] - 112:18, 145:19, 145:21, 145:25
**Katie** [6] - 21:2, 21:6, 21:17, 22:11, 23:18, 86:15
**keep** [6] - 20:24, 42:8, 58:18, 77:6, 88:16, 97:14

**keeping** [1] - 98:4
**keeps** [1] - 128:4
**Keith** [1] - 135:24
**Kelly** [3] - 83:24, 84:13, 150:24
**Kellyanne** [1] - 86:10
**kick** [1] - 74:22
**kill** [1] - 111:9
**killed** [3] - 101:11, 102:9, 108:15
**kind** [17] - 23:9, 36:14, 36:15, 46:20, 55:22, 63:22, 70:13, 84:3, 84:4, 88:19, 99:6, 102:16, 105:9, 126:1, 131:6, 148:4, 148:5
**kindly** [1] - 119:4
**knowing** [1] - 133:5
**knowledge** [1] - 59:20
**known** [12] - 12:11, 12:12, 13:1, 13:8, 13:22, 25:2, 26:3, 75:7, 103:10, 113:18
**Kudlow** [1] - 14:1
**Kushner** [6] - 17:3, 17:19, 45:1, 56:1, 93:6, 93:7
**Kushner's** [2] - 55:24, 56:6

**L**

**LA** [1] - 2:5
**lack** [1] - 74:23
**Lady's** [1] - 106:14
**large** [2] - 16:24, 52:5
**Large** [1] - 1:22
**Las** [1] - 48:5
**last** [5] - 8:24, 78:25, 104:23, 112:18, 151:13
**lasted** [1] - 8:22
**late** [1] - 13:6
**Latina** [1] - 104:21
**law** [5] - 6:17, 61:2, 62:13, 124:5, 158:12
**lawsuit** [10] - 10:24, 64:4, 64:7, 64:12, 64:13, 64:21, 65:3, 79:8, 136:16, 148:3
**lawyer** [5] - 10:5, 10:14, 50:2, 54:9, 155:6
**lawyer's** [1] - 56:12
**lawyers** [22] - 53:8, 54:5, 54:16, 55:11, 56:11, 57:15, 57:17, 57:20, 59:5, 67:18, 68:13, 68:17, 69:1,

69:4, 69:8, 69:11, 70:7, 70:12, 74:18, 75:17, 75:20, 92:3
**lead** [1] - 77:10
**leader** [1] - 36:16
**leads** [1] - 131:14
**League** [1] - 124:10
**leaking** [1] - 23:1
**learn** [2] - 45:19, 134:23
**learned** [5] - 137:8, 144:6, 144:10, 144:13, 144:20
**least** [9] - 16:11, 36:9, 51:1, 74:17, 94:3, 126:6, 132:11, 141:15
**leave** [9] - 22:23, 22:25, 57:15, 86:25, 87:1, 91:23, 112:22, 146:18
**leaves** [1] - 140:2
**led** [1] - 110:14
**left** [15] - 22:25, 23:18, 85:12, 95:18, 99:6, 107:1, 109:15, 112:5, 112:13, 120:8, 120:11, 122:14, 144:4, 149:25
**legal** [3] - 60:13, 60:16, 144:21
**lengthy** [1] - 53:18
**letter** [1] - 58:5
**level** [6] - 11:15, 25:21, 55:12, 85:25, 126:9
**Lewandowski** [8] - 77:19, 78:4, 78:8, 78:17, 135:15, 137:12, 137:21, 143:2
**Liaison** [3] - 27:20, 44:19, 45:2
**Liddell** [1] - 44:24
**lie** [2] - 38:15, 38:17
**life** [2] - 102:15, 102:25
**light** [6] - 55:11, 65:7, 74:19, 116:10, 136:12, 142:17
**likely** [3] - 54:5, 90:2, 113:18
**limit** [1] - 127:19
**limited** [1] - 63:23
**Lindsay** [1] - 151:5
**Line** [1] - 3:2
**LINE** [10] - 160:7, 160:8, 160:9, 160:10, 160:11,

160:12, 160:13, 160:14, 160:15, 160:16
**line** [3] - 36:2, 53:20
**link** [6] - 30:25, 31:3, 31:5, 118:14, 118:17, 153:3
**list** [9] - 15:14, 38:23, 60:24, 93:1, 97:14, 97:16, 98:2, 98:4, 99:24
**listed** [2] - 74:9, 74:10
**listen** [4] - 54:22, 54:24, 88:6, 129:19
**listening** [1] - 47:22
**lists** [2] - 15:6, 38:25
**literal** [2] - 60:22, 60:23
**live** [1] - 9:3
**LLP** [1] - 2:5
**LOCATION** [1] - 1:12
**Log** [2] - 145:6, 145:8
**look** [10] - 34:9, 50:18, 60:18, 67:17, 93:14, 93:15, 96:3, 96:13, 97:8, 141:25
**looked** [2] - 60:10, 75:17
**looking** [9] - 34:14, 54:5, 55:12, 67:18, 95:22, 96:24, 135:18, 141:8, 146:3
**looks** [4] - 38:1, 110:1, 110:5, 141:8
**lost** [2] - 46:15, 88:19
**Lou** [1] - 14:1
**loud** [2] - 70:6, 135:20
**Love** [1] - 150:24
**loyal** [1] - 90:12
**loyalty** [7] - 29:23, 29:24, 152:17, 153:11, 153:17, 153:19, 154:2
**lucrative** [1] - 127:10
**Lynne** [1] - 131:17

**M**

**Madam** [1] - 42:2
**Maggie** [1] - 153:5
**mail** [25] - 2:4, 2:7, 2:17, 2:17, 39:1, 39:2, 39:4, 39:12, 41:4, 41:13, 41:17, 43:8, 51:10, 52:11, 52:15, 52:23, 53:2, 54:5, 57:2, 57:13, 59:2, 96:11, 134:17, 145:13, 146:6
**mails** [2] - 62:23,

93:18
**main** [2] - 25:25, 40:19
**major** [2] - 94:2, 94:8
**maker** [1] - 93:20
**Mallory** [5] - 16:14, 20:10, 20:13, 20:16, 21:10
**Manafort** [1] - 93:4
**manage** [1] - 121:2
**Marc** [1] - 17:3
**March** [6] - 113:23, 116:16, 146:16, 154:23, 155:3, 161:16
**Mark** [1] - 83:23
**mark** [2] - 119:5, 139:1
**marked** [13] - 2:25, 42:22, 42:24, 52:23, 56:23, 96:18, 106:6, 109:22, 117:14, 119:8, 120:20, 134:15, 143:10
**massage** [1] - 149:4
**massaged** [1] - 148:15
**match** [3] - 78:7, 132:23, 143:1
**matrix** [8] - 59:12, 59:19, 59:21, 60:23, 75:3, 75:4, 76:2, 76:5
**matter** [7] - 4:15, 10:6, 68:14, 102:25, 129:2, 146:10, 161:13
**matters** [4] - 20:17, 112:6, 112:20, 115:11
**Max** [3] - 114:8, 114:13, 114:24
**McCain** [1] - 12:4
**McEntee** [1] - 116:6
**McEntee's** [1] - 116:20
**McGahn** [22] - 3:5, 18:18, 19:3, 48:16, 48:18, 48:21, 49:18, 49:19, 49:20, 50:2, 54:7, 54:8, 58:8, 65:16, 66:7, 94:22, 99:2, 112:7, 112:17, 130:1, 130:8, 130:9
**McGahn's** [3] - 123:7, 125:9, 129:23
**Meadows** [1] - 83:23
**mean** [120] - 9:17, 9:18, 9:21, 12:5, 12:11, 13:7, 13:8, 14:1, 16:4, 16:5, 16:22, 18:12, 21:12, 23:9, 25:21, 26:9, 27:4, 27:5, 28:13,



Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 171 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024                                                    10

31:17, 32:14, 32:15,
33:15, 33:16, 34:11,
36:13, 40:22, 43:11,
43:12, 45:14, 46:5,
46:6, 49:9, 49:12,
49:14, 49:16, 53:6,
55:3, 55:9, 55:10,
57:16, 58:1, 58:12,
59:4, 60:2, 60:14,
60:15, 60:18, 60:19,
61:9, 61:12, 61:18,
62:21, 64:13, 68:25,
70:19, 71:20, 72:18,
77:20, 81:1, 81:14,
81:15, 83:22, 84:1,
85:1, 85:21, 86:5,
86:7, 86:25, 87:11,
88:2, 88:9, 88:25,
89:17, 91:2, 92:23,
94:13, 95:12, 100:2,
101:7, 101:18,
102:13, 102:25,
103:2, 103:10,
104:1, 114:15,
116:5, 117:12,
124:15, 125:1,
126:10, 127:1,
127:2, 127:3,
128:22, 130:2,
132:7, 132:8,
132:13, 132:21,
133:9, 133:13,
133:14, 137:2,
140:12, 146:8,
147:21, 148:11,
156:1
**mean..** [3] - 31:17,
80:22, 91:17
**meaning** [2] - 43:17,
59:20
**means** [4] - 4:23, 5:2,
39:19, 44:18
**meant** [3] - 49:10,
60:22, 92:24
**media** [3] - 84:4,
139:9, 141:5
**meeting** [4] - 39:18,
46:3, 46:6, 50:13
**meetings** [2] - 16:24,
46:6
**meld** [1] - 88:12
**member** [2] - 106:16,
106:19
**members** [1] - 6:21
**memorandum** [1] -
96:25
**Memorandum** [1] -
2:18
**memory** [9] - 46:9,
46:13, 47:12, 65:22,

70:21, 105:9,
142:12, 142:18,
142:20
**mention** [1] - 142:25
**mentioned** [18] - 12:8,
17:19, 17:20, 20:9,
20:10, 27:25, 28:7,
29:7, 50:10, 55:23,
65:17, 66:1, 79:15,
93:7, 121:23,
142:22, 142:24
**mentions** [4] - 118:7,
118:10, 118:15,
152:10
**message** [1] - 63:21
**met** [3] - 50:9, 61:11,
91:4
**method** [1] - 126:14
**Mexico** [1] - 99:19
**MIAMI** [2] - 157:4,
158:3
**Miami** [4] - 2:3,
104:22, 124:22,
138:11
**MIAMI-DADE** [2] -
157:4, 158:3
**Michael** [1] - 6:18
**mid** [4] - 14:7, 48:25,
81:24, 85:25
**mid-deposition** [1] -
81:24
**mid-level** [1] - 85:25
**mid-morning** [1] -
48:25
**mid-November** [1] -
14:7
**middle** [1] - 100:5
**might** [10] - 18:13,
23:15, 24:3, 34:22,
45:16, 46:8, 57:9,
63:1, 66:25, 118:14
**Mike** [5] - 16:15,
16:25, 20:11, 20:13,
20:17
**Mike's** [1] - 21:10
**Miller** [41] - 2:16,
19:12, 35:23, 36:6,
36:25, 37:13, 38:6,
38:15, 39:17, 40:3,
43:12, 46:3, 46:25,
47:11, 49:2, 49:24,
51:7, 55:5, 55:14,
55:25, 56:1, 56:8,
57:4, 57:13, 68:11,
68:22, 69:6, 69:20,
69:23, 71:3, 71:10,
75:21, 79:1, 86:20,
91:22, 114:8,
114:24, 128:4,
128:6, 149:13,

150:12
**Miller's** [6] - 35:3,
147:20, 147:23,
148:14, 148:21,
149:3
**mind** [7] - 18:3, 34:18,
45:18, 55:6, 60:16,
86:4, 118:17
**mine** [5] - 16:15,
73:15, 73:21, 84:17,
116:3
**minor** [1] - 8:21
**minute** [1] - 154:18
**minutes** [6] - 5:3,
8:23, 8:24, 58:19,
62:20, 79:5
**misdemeanor** [1] -
155:12
**missing** [1] - 104:4
**misspoke** [1] - 112:15
**misstate** [1] - 69:2
**Mitt** [1] - 12:3
**moment** [2] - 138:17,
138:22
**money** [1] - 11:10
**month** [1] - 123:2
**months** [23] - 15:12,
21:7, 22:16, 22:17,
23:19, 35:24, 81:10,
81:11, 83:4, 83:9,
95:9, 95:12, 95:17,
95:18, 108:10,
116:16, 121:4,
123:19, 123:22,
126:7, 127:2, 127:3,
155:15
**Moore** [1] - 14:1
**morning** [9] - 4:12,
4:13, 45:25, 46:2,
47:10, 48:22, 48:24,
48:25, 69:13
**most** [14] - 12:24,
13:5, 13:12, 15:20,
18:9, 25:14, 54:5,
72:9, 87:10, 93:11,
93:16, 94:1, 94:23,
95:9
**motion** [1] - 146:13
**move** [1] - 54:25
**moved** [1] - 135:24
**MR** [102] - 6:4, 7:19,
8:9, 8:16, 9:12,
12:14, 13:14, 15:18,
16:12, 17:23, 24:9,
25:3, 25:16, 27:11,
28:10, 30:2, 31:25,
35:6, 37:4, 37:20,
38:3, 38:8, 38:16,
41:10, 42:1, 42:6,
43:10, 51:20, 51:24,

52:8, 52:18, 52:21,
54:14, 54:19, 58:9,
60:1, 61:8, 62:1,
63:12, 63:25, 67:12,
68:7, 69:16, 71:6,
71:14, 72:4, 72:14,
73:1, 73:24, 74:25,
78:11, 78:21, 79:18,
80:19, 81:17, 81:21,
87:16, 89:7, 93:9,
93:23, 96:1, 100:9,
100:21, 101:6,
102:11, 103:8,
104:8, 105:16,
106:17, 108:17,
110:10, 116:11,
121:6, 123:14,
123:23, 124:12,
127:14, 128:25,
133:8, 136:23,
137:16, 137:23,
138:1, 138:23,
140:8, 143:20,
144:6, 144:10,
145:1, 145:7,
146:21, 147:2,
147:5, 147:14,
148:17, 149:6,
149:15, 152:22,
153:7, 155:18,
156:3, 156:9
**Mugshot** [1] - 2:19
**mugshot** [3] - 110:14,
154:21, 154:22
**Munisteri** [1] - 45:11
**Museum** [1] - 138:11
**mute** [2] - 134:7,
134:9

---

# N

**name** [24] - 4:14, 6:9,
6:11, 6:18, 13:22,
16:15, 17:20, 38:23,
38:24, 44:25, 54:9,
54:10, 80:24, 94:17,
96:7, 98:17, 104:23,
112:18, 114:8,
118:7, 118:10,
145:23, 151:13,
152:23
**named** [5] - 16:6,
16:7, 17:9, 37:13,
88:14
**namely** [1] - 45:1
**names** [8] - 15:16,
16:10, 20:9, 37:17,
41:2, 80:12, 81:8,
150:15
**narrow** [1] - 145:1
**national** [2] - 11:15,

112:1
**National** [2] - 8:2, 11:9
**natural** [1] - 60:7
**naturally** [1] - 86:18
**NEC** [1] - 19:10
**necessarily** [3] -
33:20, 41:7, 109:14
**necessary** [1] - 109:13
**need** [10] - 4:25, 5:1,
5:5, 5:9, 5:23, 19:5,
53:17, 134:10,
143:18, 156:2
**needed** [4] - 20:23,
46:12, 56:2, 132:24
**needs** [3] - 60:9,
60:18, 62:20
**negatively** [1] - 137:5
**network** [1] - 139:18
**never** [24] - 33:2, 37:6,
37:7, 58:25, 59:2,
59:11, 61:14, 64:14,
64:15, 75:2, 75:5,
75:15, 76:2, 76:4,
76:8, 76:19, 78:23,
86:23, 88:5, 117:17,
118:7, 118:17,
136:18, 153:16
**nevertheless** [1] -
82:19
**new** [1] - 45:1
**NEW** [1] - 1:1
**New** [5] - 2:6, 99:19,
152:8, 152:18, 155:8
**Newbold** [4] - 96:9,
97:3, 97:9, 97:20
**newbold** [1] - 97:13
**News** [2] - 13:23,
13:25
**news** [1] - 48:8
**next** [7] - 39:20, 39:24,
41:5, 44:20, 51:10,
53:20, 120:25
**nice** [1] - 83:10
**nicely** [1] - 11:5
**NO** [2] - 1:3, 161:9
**no-gos** [1] - 95:6
**no..** [1] - 6:3
**nominated** [1] - 7:3
**nomination** [4] -
11:11, 88:17, 88:20,
89:5
**nominee** [5] - 14:2,
89:15, 89:16, 89:21,
139:18
**non** [1] - 142:14
**non-pervasive** [1] -
142:14
**none** [2] - 86:4,
122:12
**nonemployment** [3] -



72:25, 73:9, 74:6
**nonetheless** [4] - 89:24, 116:22, 122:7, 127:24
**nonliteral** [1] - 60:25
**normal** [2] - 60:10, 60:20
**Notary** [4] - 1:21, 4:3, 157:16, 159:23
**note** [1] - 53:19
**noted** [1] - 160:5
**notes** [3] - 34:12, 151:15, 158:10
**nothing** [4] - 6:4, 99:6, 118:9, 132:9
**notice** [1] - 161:18
**Notice** [1] - 1:22
**November** [2] - 14:7, 33:11
**number** [7] - 9:2, 21:14, 42:2, 51:25, 52:22, 97:9
**NY** [1] - 2:6

## O

**O'Reilly** [3] - 139:12, 141:6, 142:3
**Oaks** [1] - 6:12
**OATH** [1] - 157:1
**oath** [6] - 4:1, 5:8, 38:15, 38:18, 78:3, 161:11
**Obama** [2] - 11:25, 84:8
**Obama-Hillary** [1] - 11:25
**object** [5] - 31:20, 32:25, 58:9, 69:16, 137:20
**Object** [10] - 7:19, 8:9, 17:23, 27:11, 72:4, 101:6, 116:11, 124:12, 128:25, 148:17
**objection** [7] - 5:20, 28:10, 34:24, 35:4, 72:14, 78:21, 155:18
**Objection** [54] - 8:16, 12:14, 13:14, 15:18, 16:12, 24:9, 25:3, 30:2, 31:25, 37:20, 38:3, 38:8, 38:16, 43:10, 54:14, 54:19, 60:1, 61:8, 63:12, 63:25, 67:12, 68:7, 69:16, 71:6, 71:14, 73:1, 73:24, 74:25, 78:11, 79:18, 80:19, 87:16, 89:7, 93:9, 93:23, 96:1, 100:9,
100:21, 102:11, 103:8, 104:8, 105:16, 106:17, 108:17, 110:10, 121:6, 123:14, 123:23, 127:14, 133:8, 136:23, 140:8, 149:6, 149:15
**objects** [1] - 5:19
**obscure** [1] - 155:6
**obtained** [2] - 83:5, 122:6
**obtaining** [1] - 133:6
**obviously** [10] - 11:10, 17:2, 21:4, 47:6, 54:24, 67:24, 99:6, 133:2, 133:14, 147:22
**occasional** [2] - 25:25, 94:5
**occasionally** [3] - 95:5, 99:2, 113:1
**occasions** [1] - 87:24
**occupation** [1] - 6:15
**October** [4] - 31:22, 32:1, 32:12, 155:8
**OF** [12] - 1:1, 1:18, 2:2, 2:5, 157:1, 157:3, 157:4, 158:1, 158:2, 158:3, 159:2, 159:3
**Off-the-record** [1] - 31:7
**offense** [5] - 34:13, 87:5, 101:15, 102:8, 142:2
**offer** [1] - 58:22
**Office** [2] - 27:20, 45:2
**office** [24] - 8:7, 8:15, 8:20, 9:6, 9:7, 9:19, 16:16, 20:12, 20:14, 21:1, 25:10, 44:19, 45:1, 97:6, 97:20, 106:14, 118:5, 121:1, 123:11, 125:18, 126:12, 151:25, 161:14
**offices** [1] - 94:23
**official** [4] - 6:11, 146:11, 157:10, 158:17
**officials** [2] - 32:17, 97:18
**old** [1] - 48:7
**Omarosa** [7] - 26:12, 26:23, 29:7, 43:22, 45:8, 82:22, 84:23
**Omarosa's** [2] - 27:1, 44:11
**ON** [2] - 2:2, 2:5
**onboard** [3] - 50:21, 50:22, 154:13
**onboarding** [1] - 99:23
**once** [11] - 14:2, 22:9, 50:5, 74:17, 85:12, 88:17, 88:20, 121:22, 136:1, 154:15
**one** [71] - 5:3, 6:23, 9:2, 11:23, 12:17, 14:19, 14:21, 14:22, 15:5, 15:8, 26:12, 26:13, 30:9, 41:18, 42:4, 42:10, 42:20, 42:25, 44:22, 45:16, 45:17, 46:25, 47:8, 47:24, 48:1, 51:17, 51:18, 59:6, 62:3, 63:16, 66:9, 70:20, 70:21, 76:19, 96:9, 98:13, 106:9, 107:19, 109:8, 110:17, 115:4, 116:8, 117:11, 117:17, 118:1, 118:8, 118:17, 119:2, 119:11, 119:21, 122:16, 125:23, 126:6, 126:23, 126:24, 130:22, 131:2, 132:11, 133:20, 136:5, 147:22, 149:18, 149:21, 152:6, 154:17, 154:18
**one..** [1] - 35:9
**ones** [5] - 18:3, 26:6, 80:18, 107:18, 117:4
**open** [2] - 153:1, 153:3
**openly** [1] - 12:13
**operates** [1] - 132:18
**operation** [2] - 11:13, 100:5
**operations** [3] - 113:15, 115:6, 122:19
**opinion** [17] - 26:22, 28:21, 63:9, 63:17, 71:17, 72:8, 72:16, 75:6, 103:4, 111:23, 115:24, 115:25, 116:1, 116:3, 116:4, 123:21, 127:19
**opinions** [2] - 61:10, 124:14, 133:1
**OPL** [5] - 43:24, 44:16, 44:17, 45:11, 45:17
**onboard** continued...

**opportunity** [1] - 156:1
**opposed** [2] - 13:17, 83:18
**opposite** [1] - 25:5
**opposition** [3] - 13:11, 25:1, 104:6
**ops** [1] - 110:25
**opt** [1] - 156:8
**opted** [2] - 89:2, 91:22
**options** [4] - 18:20, 18:23, 18:24, 19:10
**or..** [2] - 99:25, 153:13
**oral** [1] - 145:14
**orbit** [1] - 128:5
**order** [4] - 19:5, 81:18, 122:4, 122:7
**org** [25] - 36:9, 37:1, 37:6, 37:7, 37:15, 37:18, 38:1, 38:20, 39:23, 40:11, 40:12, 40:15, 40:16, 40:18, 40:23, 40:24, 40:25, 41:1, 51:7, 53:21, 54:3, 54:4, 61:13, 74:9
**organization** [1] - 6:24
**organizational** [1] - 11:14
**organized** [2] - 20:24, 142:25
**organizers** [1] - 94:16
**organizing** [1] - 11:12
**original** [2] - 29:23, 161:17
**originally** [1] - 10:17
**Orlando** [1] - 148:3
**others'** [1] - 124:10
**otherwise** [1] - 158:14
**outgoing** [2] - 27:2, 29:8
**outline** [1] - 90:8
**outreach** [9] - 27:20, 28:6, 44:21, 44:22, 44:25, 45:4, 45:6, 45:12, 61:3
**outs** [2] - 122:20, 133:18
**outside** [7] - 16:16, 20:12, 20:14, 20:25, 26:9, 78:8, 151:25
**outward** [2] - 27:2, 29:8
**outwardly** [1] - 90:1
**oval** [3] - 77:11, 121:1, 125:18
**overall** [6] - 40:18, 87:12, 88:25, 90:17, 126:22, 142:9
**overseeing** [1] - 11:13
**overseen** [1] - 100:4
**Oversight** [2] - 2:19, 97:2
**overturned** [1] - 97:16
**own** [2] - 41:21, 94:1
**Oxford** [1] - 104:5

## P

**P.A.C.T** [3] - 23:20, 23:25, 24:20
**P.A.C.T.** [1] - 24:5
**p.m** [5] - 1:14, 46:14, 46:23, 47:2, 156:20
**P1** [1] - 52:23
**P2** [1] - 52:24
**page** [8] - 2:23, 77:21, 77:22, 78:5, 96:21, 96:22, 97:8, 159:10
**PAGE** [12] - 2:15, 159:1, 160:7, 160:8, 160:9, 160:10, 160:11, 160:12, 160:13, 160:14, 160:15, 160:16
**Page** [1] - 3:2
**pages** [4] - 52:7, 115:8, 158:9, 159:7
**paid** [2] - 10:8, 81:4
**Palm** [1] - 79:2
**paper** [1] - 103:18
**paragraph** [1] - 97:9
**paramour** [1] - 135:14
**parlay** [1] - 127:10
**parlors** [2] - 148:15, 149:4
**part** [11] - 10:17, 13:5, 15:20, 18:9, 20:4, 42:12, 70:22, 72:23, 111:25, 148:4, 149:8
**participated** [1] - 72:21
**particular** [11] - 15:22, 18:2, 28:16, 28:17, 38:21, 41:11, 44:12, 77:1, 79:23, 92:21, 117:9
**particularly** [19] - 11:19, 11:20, 14:18, 20:5, 21:5, 22:1, 22:11, 22:19, 32:25, 84:3, 84:4, 89:13, 114:14, 132:17, 136:8, 136:24, 137:1, 137:11, 142:19
**parties** [3] - 4:1, 158:14, 161:18
**partly** [1] - 88:13
**partners** [1] - 6:24



**parts** [1] - 66:19
**party** [8] - 11:14,
11:16, 12:6, 12:10,
12:12, 13:11, 73:21,
161:18
**pass** [6] - 107:20,
108:4, 111:22,
112:14, 114:24,
115:15
**passed** [5] - 107:25,
108:12, 111:10,
115:17, 115:22
**passing** [1] - 107:23
**passive** [1] - 72:24
**past** [9] - 6:20, 7:17,
8:13, 8:19, 48:2,
48:8, 53:20, 98:2,
113:9
**pattern** [2] - 142:13,
142:14
**Patton** [1] - 131:17
**Paul** [1] - 93:3
**Pawlenty** [1] - 12:4
**pay** [1] - 114:6
**paying** [1] - 34:10
**PDF** [2] - 42:9, 52:5
**peg** [1] - 18:13
**penalty** [1] - 5:9
**Pence** [1] - 16:25
**pending** [2] - 81:22,
122:13
**people** [65] - 13:3,
16:6, 16:16, 16:22,
17:7, 19:5, 20:11,
24:13, 26:1, 26:3,
26:8, 28:15, 28:17,
32:23, 38:19, 50:25,
60:3, 66:3, 72:9,
79:19, 80:14, 80:21,
80:25, 81:3, 81:4,
83:12, 83:16, 85:1,
86:5, 86:11, 86:12,
86:14, 86:16, 86:18,
88:7, 90:14, 91:4,
93:12, 93:16, 95:6,
102:23, 105:17,
110:16, 110:17,
110:20, 110:21,
110:22, 111:9,
111:14, 111:15,
113:5, 114:25,
115:3, 121:7,
121:12, 122:19,
122:22, 125:20,
129:19, 132:23,
132:24, 137:4, 154:4
**perceive** [4] - 59:12,
59:18, 59:20, 90:5
**perceived** [1] - 87:10
**percent** [5] - 23:23,

81:12, 112:6,
112:13, 151:3
**percentage** [1] -
112:16
**perception** [2] - 88:5,
124:25
**perfect** [2] - 5:14, 63:4
**perhaps** [4] - 11:25,
41:15, 124:15,
132:16
**period** [6] - 35:24,
68:6, 73:11, 95:16,
120:12, 120:15
**perjury** [1] - 5:10
**permanent** [1] - 127:4
**person** [25] - 14:13,
18:2, 22:12, 27:24,
36:18, 36:19, 40:6,
44:1, 44:15, 47:1,
61:6, 73:8, 86:8,
90:10, 93:14, 93:15,
102:16, 102:18,
106:11, 107:20,
115:13, 126:15,
149:21, 151:8, 152:3
**personal** [9] - 20:18,
27:13, 29:8, 97:5,
97:23, 115:6,
127:18, 148:7,
149:14
**personalities** [2] -
133:1, 133:19
**personality** [1] - 27:5
**personality-wise** [1] -
27:5
**personally** [4] - 28:14,
60:24, 87:22, 157:8
**personnel** [5] - 14:18,
14:19, 17:14, 94:9,
132:22
**perspective** [1] -
56:12
**pertain** [1] - 66:25
**pervasive** [2] - 142:13,
142:14
**phone** [4] - 48:21,
49:18, 67:8, 69:11
**phonetic** [1] - 150:22
**photo** [4] - 119:13,
119:17, 120:25,
121:19
**Photo** [1] - 2:23
**phrasing** [1] - 36:15
**physically** [3] - 4:2,
119:3, 128:6
**pick** [1] - 133:17
**picnic** [1] - 12:2
**picture** [1] - 119:12
**pictures** [1] - 119:20
**Pigs** [1] - 138:10

**pinged** [1] - 86:17
**pipeline** [6] - 61:7,
92:22, 92:23,
112:13, 112:16,
112:17
**place** [4] - 5:4, 6:16,
59:13, 65:11
**placed** [1] - 30:16
**places** [1] - 124:11
**Plaintiff** [1] - 1:5
**plaintiff** [1] - 4:15
**PLAINTIFF** [1] - 2:2
**Plaintiff's** [31] - 42:21,
42:23, 56:22, 96:17,
106:5, 109:21,
117:13, 119:7,
120:19, 134:14,
143:9
**PLAINTIFF'S** [1] -
2:15
**plan** [1] - 133:21
**plane** [3] - 39:20,
79:10, 150:11
**planner** [2] - 131:18,
132:5
**plans** [1] - 9:18
**plausible** [1] - 56:8
**play** [2] - 138:14,
140:21
**playing** [1] - 139:3
**Playing** [1] - 140:23
**plenty** [5] - 13:16,
46:7, 83:16, 86:3,
148:1
**plugging** [1] - 86:11
**plus** [1] - 79:25
**point** [30] - 9:10,
14:15, 17:10, 26:25,
28:21, 50:24, 51:1,
51:2, 51:6, 51:8,
54:15, 55:4, 57:13,
58:3, 63:19, 64:25,
70:19, 83:10, 83:15,
86:16, 87:1, 91:22,
92:2, 95:18, 99:4,
115:14, 122:23,
134:22, 147:24,
149:18
**policy** [12] - 18:12,
18:14, 19:8, 43:15,
43:20, 43:22, 44:3,
44:6, 44:7, 44:12,
44:14, 44:21
**political** [1] - 85:14
**politicians** [2] - 12:12,
13:9
**Politico** [1] - 23:12
**Porter** [17] - 2:21,
2:22, 25:8, 25:9,
119:15, 121:2,

122:3, 124:5, 125:8,
126:2, 126:5,
127:13, 127:23,
127:25, 128:19,
129:17, 129:24
**porter** [2] - 120:23,
121:1
**Porter's** [4] - 117:24,
118:19, 119:11,
119:14
**portray** [1] - 136:11
**portraying** [1] -
142:16
**pose** [1] - 4:23
**position** [7] - 23:24,
24:6, 24:17, 98:18,
115:18, 131:23,
144:12
**positive** [1] - 14:3
**possible** [2] - 102:17,
108:3
**possibly** [2] - 36:8,
130:7
**Post** [1] - 29:18
**post** [2] - 68:22,
131:22
**posts** [3] - 23:2, 23:4,
23:6
**potential** [5] - 73:15,
73:18, 91:24, 93:2,
131:14
**potentially** [3] - 8:14,
18:25, 85:10
**power** [3] - 50:12,
50:14, 93:7
**PR** [1] - 60:13
**pre** [1] - 155:10
**pre-joining** [1] -
155:10
**preface** [1] - 134:20
**pregnancy** [4] - 59:23,
63:10, 72:2, 72:12
**pregnant** [9] - 33:4,
33:13, 34:2, 45:20,
49:4, 49:13, 49:23,
70:3, 70:24
**premium** [1] - 124:11
**present** [1] - 4:2
**presently** [1] - 6:19
**president** [2] - 22:1,
94:15
**PRESIDENT** [2] - 1:7,
161:8
**President** [43] - 7:14,
7:17, 7:23, 14:13,
14:15, 18:16, 18:20,
18:24, 18:25, 19:2,
19:11, 21:8, 22:12,
27:13, 27:25, 28:16,
29:9, 32:18, 47:19,

50:17, 50:18, 50:20,
66:8, 67:17, 77:12,
77:14, 80:15, 81:1,
81:2, 88:4, 88:14,
91:5, 94:2, 97:20,
103:16, 103:20,
128:9, 149:23,
154:3, 154:11,
154:13, 155:21
**presidential** [2] - 94:9,
132:22
**Press** [1] - 153:4
**press** [18] - 18:13,
23:1, 43:9, 48:1,
48:5, 76:18, 88:1,
88:3, 88:6, 88:7,
88:11, 90:24, 100:8,
100:15, 104:16,
106:16, 106:22,
107:5, 107:7, 109:4,
109:13, 113:12,
118:24, 130:11,
148:5, 148:8,
148:10, 148:12,
154:4
**prestigious** [1] -
127:10
**pretty** [13] - 4:19, 14:3,
16:24, 18:9, 20:2,
60:10, 60:20, 62:5,
70:1, 100:7, 113:5,
123:20, 155:25
**prevent** [1] - 140:16
**prevented** [1] - 138:5
**previous** [1] - 64:24
**PRIEBUS** [10] - 1:18,
2:12, 4:6, 157:8,
158:8, 159:14,
160:3, 160:19,
161:4, 161:10
**Priebus** [31] - 4:12,
6:9, 6:11, 30:17,
35:15, 35:22, 39:11,
39:20, 47:5, 52:15,
53:3, 58:4, 63:8,
69:22, 74:13, 96:20,
96:24, 106:11,
108:10, 109:25,
110:14, 118:5,
119:17, 134:21,
144:13, 145:2,
147:19, 152:14,
153:24, 155:15,
156:11
**primaries** [7] - 11:7,
12:6, 22:3, 22:8,
22:13, 87:13, 105:5
**primary** [11] - 11:18,
11:21, 12:7, 12:9,
12:22, 12:24, 13:10,

13:12, 13:24, 32:16, 79:7
**print** [1] - 154:7
**private** [1] - 136:22
**privately** [2] - 81:20, 148:9
**Privilege** [2] - 145:6, 145:7
**privilege** [7] - 58:11, 69:18, 69:20, 134:4, 144:24, 145:2, 146:9
**privileged** [7] - 57:21, 58:13, 143:21, 143:22, 144:20, 146:25, 147:1
**privy** [1] - 75:24
**PRO** [1] - 2:2
**pro** [6] - 13:24, 88:1, 88:22, 89:6, 90:1, 90:12
**pro-Trump** [6] - 13:24, 88:1, 88:22, 89:6, 90:1, 90:12
**probe** [1] - 59:17
**problem** [5] - 34:15, 35:13, 129:10, 153:21, 156:15
**problematic** [5] - 95:7, 99:5, 112:21
**problems** [1] - 97:24
**proceed** [1] - 161:17
**process** [15] - 11:12, 15:10, 54:25, 91:6, 94:16, 94:19, 94:23, 95:8, 111:4, 111:25, 112:10, 117:8, 117:9, 126:13, 130:19
**processed** [1] - 91:4
**produced** [3] - 35:1, 39:3, 51:13
**production** [5] - 35:2, 42:5, 42:12, 51:19, 52:5
**Professional** [1] - 1:21, 158:5, 158:22
**profile** [1] - 131:9
**prompted** [1] - 97:18
**pronounce** [1] - 96:8
**proper** [1] - 36:15
**proponent** [1] - 154:10
**prostitutes** [2] - 148:14, 148:22
**protected** [1] - 58:10
**provided** [1] - 63:21
**public** [6] - 96:25, 136:22, 146:10, 146:11, 148:1, 155:14

**Public** [6] - 1:21, 27:20, 44:19, 45:2, 157:16, 159:23
**Public-State** [1] - 157:16
**publications** [1] - 119:21
**publicly** [3] - 87:23, 142:17, 148:4
**pulled** [1] - 139:22
**pundits** [2] - 13:22, 13:23
**purportedly** [1] - 138:24
**pursuant** [1] - 1:22
**Pursuant** [1] - 4:1
**pushback** [1] - 87:6
**pushed** [1] - 26:22
**put** [17] - 5:20, 6:2, 19:21, 31:9, 37:15, 37:17, 37:25, 47:25, 63:3, 76:13, 76:14, 80:5, 134:7, 134:9, 142:23, 145:5, 146:22
**putting** [3] - 37:22, 52:22, 110:23

## Q

**qualification** [2] - 20:13, 30:1
**qualifications** [12] - 27:1, 27:6, 27:10, 28:4, 28:9, 28:22, 28:24, 28:25, 29:3, 29:4, 29:11, 152:4
**qualified** [1] - 132:11
**qualifier** [2] - 80:1, 80:2
**QUESTION** [1] - 3:1
**questionable** [1] - 116:19
**questioned** [3] - 152:16, 153:16, 154:1
**questioning** [1] - 153:19
**questions** [5] - 4:21, 117:7, 156:2, 156:4, 156:14
**quick** [1] - 35:12
**quickly** [2] - 39:3, 113:5
**quietly** [1] - 140:4
**quite** [5] - 17:16, 37:8, 42:11, 45:5, 87:22
**quotation** [1] - 36:21
**quote** [2] - 20:11, 29:8, 29:18, 29:25,

39:19, 53:21, 66:15, 92:21, 103:17, 105:4, 130:21, 152:9
**quote-unquote** [1] - 130:21

## R

**race** [1] - 12:1
**raise** [2] - 53:24, 146:23
**raised** [2] - 22:7, 65:24
**raising** [6] - 11:10, 20:16, 20:21, 21:18, 21:21, 21:23
**Raj** [3] - 90:20, 99:8, 111:6
**range** [1] - 97:21
**ranking** [1] - 93:5
**ranks** [2] - 87:12, 118:4
**rather** [5] - 52:5, 53:18, 61:24, 81:23, 83:20
**RE** [1] - 161:8
**read** [34] - 7:1, 10:1, 19:19, 34:24, 35:25, 36:1, 36:5, 36:12, 36:22, 38:11, 42:17, 51:20, 51:24, 52:16, 53:17, 97:12, 97:13, 110:3, 117:24, 135:20, 137:12, 147:11, 147:12, 148:13, 148:20, 148:23, 149:2, 149:8, 153:14, 153:15, 153:21, 156:8, 159:6, 160:4
**reading** [3] - 35:4, 84:19, 161:16
**ready** [3] - 6:5, 19:22, 134:5
**real** [1] - 99:5
**realistic** [3] - 71:3, 71:10, 71:15
**realize** [1] - 130:25
**really** [10] - 11:2, 12:2, 19:20, 23:23, 27:3, 44:11, 53:6, 108:24, 143:14, 146:25
**reason** [21] - 5:24, 26:2, 26:20, 26:21, 26:22, 29:22, 35:9, 38:13, 38:14, 40:2, 76:16, 92:11, 101:1, 101:3, 128:3, 128:15, 129:13, 130:12, 132:10, 142:17, 150:9

**reasoning** [1] - 24:15
**Reasons** [1] - 31:13
**reasons** [2] - 11:3, 128:21
**recapping** [1] - 39:18
**receive** [1] - 112:25
**received** [1] - 25:2
**receiving** [2] - 53:5, 86:1
**recent** [1] - 107:18
**recess** [2] - 63:6, 134:11
**recollection** [15] - 22:23, 40:12, 47:6, 56:6, 56:8, 57:1, 66:4, 66:11, 66:14, 67:6, 69:10, 69:12, 83:4, 116:15, 131:24
**record** [21] - 5:20, 31:7, 35:17, 35:18, 35:21, 36:6, 42:8, 44:18, 51:25, 52:18, 52:22, 81:22, 97:13, 110:14, 114:13, 114:20, 117:24, 134:13, 142:24, 155:20, 158:10
**Record** [1] - 161:24
**recording** [1] - 85:1
**records** [2] - 108:14, 111:7
**red** [1] - 74:16
**refer** [2] - 42:7, 149:3
**reference** [4] - 51:21, 78:9, 154:18, 161:10
**referenced** [8] - 17:10, 43:7, 44:10, 49:11, 73:14, 76:22, 78:19, 143:8
**references** [2] - 40:10, 43:8
**referencing** [6] - 35:2, 64:21, 77:6, 82:2, 98:1, 138:8
**referred** [5] - 67:7, 103:16, 105:4, 105:12, 105:13
**referring** [10] - 37:9, 43:18, 44:3, 47:8, 47:13, 54:1, 64:23, 65:2, 72:6, 78:6
**refers** [1] - 138:22
**Reform** [2] - 2:19, 97:2
**refresh** [8] - 40:12, 46:8, 46:13, 47:12, 116:15, 142:12, 142:18, 142:20
**refreshing** [1] - 47:5
**regard** [3] - 27:23,

68:11, 122:21
**regarding** [2] - 91:24, 154:22
**rehab** [1] - 102:15
**reign** [1] - 93:25
**Reince** [7] - 58:4, 85:23, 110:14, 143:20, 147:15, 152:13, 153:23
**REINCE** [10] - 1:18, 2:12, 4:6, 157:8, 158:8, 159:14, 160:3, 160:19, 161:4, 161:10
**Reinhold** [1] - 6:11
**reiterated** [1] - 41:19
**reiterating** [1] - 148:11
**rejected** [1] - 95:15
**related** [2] - 63:11, 78:17
**relationship** [1] - 71:23
**release** [2] - 91:10, 103:18
**released** [1] - 130:25
**relevant** [1] - 142:1
**relieved** [1] - 20:1
**remain** [2] - 7:16, 108:4
**remember** [88] - 14:7, 15:13, 16:10, 17:5, 17:16, 24:4, 24:21, 24:22, 25:13, 26:15, 26:24, 27:25, 28:16, 28:18, 29:13, 29:14, 30:8, 33:23, 33:25, 34:6, 38:24, 39:25, 40:7, 40:17, 40:22, 41:2, 41:12, 45:15, 47:14, 47:15, 47:24, 54:20, 55:17, 55:21, 57:5, 57:6, 57:7, 57:12, 64:11, 64:20, 66:9, 66:22, 66:24, 67:22, 67:24, 68:12, 68:13, 68:14, 69:9, 70:20, 70:21, 73:7, 74:5, 74:7, 75:9, 75:15, 77:23, 77:24, 77:25, 80:8, 80:12, 91:9, 91:12, 92:1, 98:19, 104:10, 104:19, 104:21, 105:7, 105:8, 105:19, 105:22, 105:24, 109:18, 114:14, 114:16, 114:17, 131:17, 131:20, 131:25, 135:7, 146:16,



151:17, 151:20,
151:24, 152:18
**Remember** [2] -
139:12, 141:6
**remind** [1] - 32:8
**Remote** [1] - 1:12
**remotely** [1] - 125:25
**remove** [1] - 136:4
**removed** [5] - 36:10,
36:20, 37:1, 37:3,
53:21
**Renewal** [1] - 44:23
**repeat** [5] - 45:23,
73:3, 92:8, 147:3,
147:6
**repeatedly** [1] - 76:22
**rephrase** [8] - 4:24,
8:18, 12:20, 12:21,
63:14, 110:12, 120:5
**report** [4] - 45:8,
45:13, 77:13, 158:7
**reported** [7] - 23:23,
45:10, 46:10, 90:20,
125:8, 131:3, 148:6
**Reporter** [4] - 1:21,
42:2, 158:6, 158:22
**reporter** [25] - 5:17,
39:4, 52:12, 96:12,
96:21, 97:7, 119:4,
135:13, 135:21,
135:25, 138:6,
138:7, 138:8, 138:9,
138:21, 139:5,
139:22, 140:7,
140:20, 143:3,
147:6, 147:8, 147:9,
147:11
**REPORTER** [1] -
158:1
**reporter's** [1] - 5:22
**reporters** [1] - 154:5
**reports** [20] - 8:7,
21:25, 22:5, 22:24,
23:9, 23:10, 23:11,
48:5, 79:12, 79:13,
79:14, 95:6, 95:7,
103:17, 103:19,
103:21, 121:13,
148:20, 149:2, 149:8
**representation** [4] -
10:7, 10:8, 10:25,
31:21
**represented** [3] -
10:13, 36:25, 68:17
**representing** [8] -
10:6, 57:22, 57:23,
57:25, 58:4, 69:21,
137:19, 137:20
**Republican** [6] - 8:2,
8:14, 9:7, 11:8,

11:16, 12:10
**request** [5] - 86:22,
87:2, 126:18,
142:13, 145:10
**requested** [1] - 147:13
**requesting** [2] - 144:1,
144:3
**requests** [1] - 91:24
**rescheduled** [2] -
156:12, 156:13
**research** [5] - 85:22,
90:22, 104:6,
104:11, 104:17
**resembles** [1] - 38:1
**resending** [1] - 31:2
**resignation** [3] -
152:10, 152:12,
153:22
**resigns** [1] - 153:3
**resistant** [1] - 87:22
**resisting** [1] - 114:21
**resolved** [4] - 98:16,
98:23, 122:13,
122:14
**responsible** [1] -
14:23
**rest** [1] - 12:4
**restate** [1] - 133:4
**restraining** [2] -
122:4, 122:7
**restroom** [2] - 4:25,
62:23
**result** [3] - 110:21,
112:3, 146:17
**results** [1] - 112:2
**resumes** [2] - 93:13,
93:15
**resumé** [1] - 93:6
**retained** [1] - 58:12
**retract** [1] - 57:10
**reveal** [1] - 49:4
**revelation** [1] - 87:15
**review** [13] - 39:23,
41:5, 41:8, 55:8,
55:9, 95:3, 101:22,
112:4, 112:9, 113:2,
113:4
**reviewed** [3] - 112:7,
115:8, 125:23
**reviewing** [1] - 109:1
**reviews** [3] - 112:19,
121:8, 121:9
**revoked** [4] - 73:15,
73:16, 73:17, 73:19
**revoking** [1] - 50:3
**Rex** [1] - 83:25
**Richard** [1] - 6:11
**Rick** [4] - 17:6, 17:12,
17:13, 18:3
**ride** [1] - 150:11

**ring** [14] - 56:3, 83:7,
84:24, 98:6, 105:3,
109:17, 114:8,
131:9, 131:10,
131:15, 132:2,
148:16, 150:1,
151:22
**rings** [5] - 83:8, 131:5,
132:3, 150:2, 150:3
**rise** [1] - 118:4
**RNC** [34] - 10:15,
10:18, 20:6, 20:16,
21:18, 21:20, 21:23,
24:12, 24:19, 86:5,
86:17, 87:7, 87:8,
87:9, 87:12, 87:20,
87:21, 88:1, 88:11,
88:21, 89:6, 89:12,
89:20, 90:2, 90:13,
90:22, 99:12, 104:6,
104:12, 105:6,
151:8, 152:14,
153:24, 154:16
**road** [1] - 79:6
**Rob** [15] - 2:21, 2:22,
25:8, 117:24,
118:19, 119:11,
119:13, 122:3,
125:7, 126:2, 126:5,
127:24, 128:18,
129:17, 129:23
**rob** [2] - 25:9, 119:15
**Robaina** [3] - 1:20,
158:5, 158:21
**ROBAINA** [2] -
157:16, 161:21
**ROCCA** [1] - 2:5
**role** [43] - 7:4, 11:6,
14:11, 15:4, 15:11,
16:1, 17:13, 17:16,
20:24, 21:11, 21:13,
28:2, 29:1, 29:10,
29:21, 43:21, 44:25,
45:4, 45:13, 50:11,
55:15, 55:20, 56:3,
56:6, 59:7, 59:9,
80:10, 80:13, 89:17,
89:20, 89:25, 100:7,
100:11, 100:13,
100:15, 100:16,
100:18, 104:6,
104:12, 106:12,
109:13, 116:2,
127:11
**roles** [7] - 25:21,
43:15, 43:20, 44:11,
44:21, 44:22, 45:12
**Romney** [1] - 12:3
**ROSEN** [1] - 2:5
**Rudy** [1] - 26:13

**Rudy's** [4] - 27:18,
28:8, 29:6, 29:9
**rule** [1] - 6:2
**rules** [1] - 4:16
**rumors** [1] - 78:12
**running** [13] - 8:7,
8:14, 8:20, 8:22, 9:5,
9:18, 9:22, 11:10,
13:3, 14:13, 37:14,
132:1
**runs** [1] - 131:12

**S**

**salary** [1] - 84:20
**Salazar** [1] - 142:1
**Sanders** [3] - 62:8,
62:9, 82:25
**Sarah** [2] - 62:9,
82:25, 85:12
**sat** [1] - 39:20
**saw** [10] - 16:6, 37:6,
37:7, 40:16, 79:2,
88:3, 138:4, 139:21,
140:11
**Scaramucci** [1] -
98:14
**scarcity** [1] - 24:25
**scenarios** [1] - 90:7
**schedule** [1] - 11:12
**scheduled** [1] -
156:12
**scheduling** [1] - 20:17
**school** [1] - 5:4
**schools** [1] - 27:23
**Scottsdale** [1] -
155:13
**scratch** [1] - 20:3
**screaming** [2] - 78:7,
143:1
**screen** [23] - 29:17,
30:10, 30:12, 30:14,
31:9, 31:10, 31:11,
34:14, 35:7, 35:19,
39:5, 39:9, 52:13,
96:16, 106:7,
109:23, 117:19,
119:4, 119:9,
119:12, 120:21,
135:10, 138:19
**screenshot** [4] - 2:21,
2:23, 135:12, 141:10
**Screenshot** [1] - 2:20
**SE** [1] - 2:2
**seal** [2] - 157:10,
158:17
**Sean** [41] - 10:2, 14:1,
17:20, 19:13, 36:17,
43:13, 46:15, 46:25,
48:14, 48:15, 48:20,

48:21, 49:18, 55:3,
55:4, 55:23, 60:8,
62:12, 74:6, 74:24,
76:13, 77:6, 77:14,
90:25, 91:1, 92:20,
104:1, 107:14,
107:16, 113:15,
113:18, 115:16,
116:3, 128:22,
135:4, 152:10,
153:3, 154:3,
154:10, 154:12
**Sean's** [3] - 75:6,
76:17, 77:1
**Sebastian** [1] - 149:22
**second** [11] - 31:1,
96:9, 102:18,
102:20, 102:21,
102:23, 102:24,
103:2, 106:9,
138:21, 139:1
**seconds** [2] - 39:7,
156:5
**secret** [2] - 117:25,
131:8
**secretary** [10] - 25:9,
90:24, 100:8,
100:15, 106:16,
106:22, 107:8,
109:5, 131:24, 154:4
**Secretary** [1] - 153:4
**securing** [1] - 89:4
**security** [38] - 94:19,
95:9, 97:5, 98:10,
98:14, 98:25, 99:3,
106:2, 108:7,
108:12, 111:3,
111:22, 112:1,
112:9, 115:14,
115:17, 116:9,
120:16, 122:11,
123:19, 125:13,
125:15, 125:19,
125:21, 126:8,
126:16, 126:21,
127:12, 128:13,
128:18, 129:15,
129:23, 130:13,
130:15, 130:22,
130:25, 150:4,
151:22
**see** [44] - 18:12, 26:12,
30:12, 30:13, 30:17,
30:21, 30:22, 31:3,
35:7, 36:3, 38:23,
39:11, 40:15, 52:8,
52:17, 53:19, 53:23,
72:22, 91:5, 91:19,
96:8, 97:10, 97:11,
100:1, 100:17,



Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 176 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
15

102:21, 106:9, 117:23, 118:13, 128:11, 135:13, 136:7, 137:17, 138:9, 140:6, 140:19, 141:15, 141:16, 144:19, 146:2, 147:18, 151:14, 156:6
**seeing** [3] - 38:24, 41:3, 148:25
**seek** [1] - 80:16
**seeking** [1] - 144:21
**seem** [2] - 71:19
**segued** [1] - 91:20
**segues** [1] - 11:5
**select** [2] - 15:16, 17:11
**Selecting** [1] - 15:6
**selection** [2] - 14:17, 21:10
**seller** [1] - 84:24
**selling** [1] - 109:16
**senator** [1] - 32:16
**Senator** [1] - 25:10
**senators** [1] - 30:9
**send** [6] - 51:17, 96:12, 107:8, 143:2, 152:6, 153:1
**sending** [3] - 52:11, 52:12, 117:16
**senior** [16] - 14:18, 15:7, 25:21, 44:10, 61:2, 80:9, 85:19, 85:25, 97:17, 100:7, 100:11, 100:13, 100:15, 100:16, 100:18, 106:12
**sense** [3] - 57:22, 60:22, 127:5
**sent** [14] - 39:7, 45:21, 45:24, 48:12, 48:22, 51:10, 65:5, 66:5, 93:5, 93:10, 93:12, 119:5, 135:12, 143:6
**sentence** [1] - 53:19
**separate** [1] - 118:14
**serious** [3] - 59:23, 59:24, 97:21
**serve** [4] - 47:19, 71:12, 103:21, 116:22
**served** [4] - 7:6, 24:7, 114:10, 131:3
**serving** [4] - 83:17, 103:16, 116:16, 155:21
**Sessions** [5] - 29:20, 30:6, 32:6, 32:7, 32:15

**set** [4] - 68:23, 158:14, 158:16, 159:9
**setup** [1] - 22:20
**seven** [3] - 6:20, 121:4, 123:2
**seven-month** [1] - 123:2
**several** [5] - 6:23, 20:15, 95:18, 155:15, 156:13
**sexual** [2] - 148:16, 149:5
**sexually** [1] - 128:6
**SF** [2] - 94:25, 100:3
**Shah** [7] - 90:21, 99:8, 99:17, 100:20, 101:2, 103:13, 111:6
**Shah's** [2] - 103:4, 104:3
**shall** [2] - 161:16, 161:17
**share** [6] - 31:10, 35:6, 39:5, 43:3, 134:3, 134:17
**shared** [2] - 50:12, 50:19
**sharing** [3] - 30:14, 52:13, 120:21
**Sharing** [10] - 31:11, 35:19, 39:9, 96:16, 106:7, 109:23, 117:19, 119:9, 135:10, 138:19
**SHEET** [1] - 160:1
**shock** [1] - 121:11
**shook** [1] - 55:22
**shop** [5] - 39:21, 45:17, 104:13, 107:16, 113:13
**Short** [1] - 17:3
**short** [1] - 95:16
**shortage** [1] - 25:6
**SHORTHAND** [1] - 158:1
**Shorthand** [1] - 158:6
**shortly** [1] - 47:10
**shouting** [1] - 77:24
**show** [21] - 23:16, 34:21, 34:23, 35:15, 42:10, 51:14, 77:16, 95:23, 105:11, 106:2, 109:19, 116:14, 116:25, 125:5, 133:20, 135:9, 137:10, 138:12, 141:21, 142:11, 155:4
**showed** [5] - 32:5, 32:7, 102:15, 118:8, 142:17

**showing** [4] - 35:22, 42:3, 141:23, 142:3
**shown** [1] - 130:21
**side** [1] - 47:22
**sideways** [1] - 136:1
**Sifakis** [1] - 45:11
**sign** [1] - 94:3
**sign-off** [1] - 94:3
**signature** [1] - 161:12
**signed** [2] - 82:10, 82:12
**Signed** [1] - 160:21
**signing** [1] - 161:17
**siloed** [1] - 18:10
**similar** [2] - 119:20, 148:25
**simpler** [1] - 81:7
**simply** [2] - 92:12, 142:11
**Sims** [1] - 150:20
**simultaneously** [1] - 71:13
**since..** [1] - 36:2
**Sincerely** [1] - 161:19
**Sinclair** [2] - 83:6, 84:18
**single** [1] - 40:6
**sit** [8] - 33:24, 34:1, 34:6, 39:23, 41:5, 41:14, 67:25, 75:3
**sitting** [2] - 78:2, 79:11
**situation** [13] - 24:24, 49:6, 50:25, 72:21, 74:17, 75:18, 75:23, 101:8, 101:22, 102:7, 102:13, 125:8, 146:8
**six** [1] - 15:12
**skepticism** [2] - 152:15, 153:25
**Slate** [2] - 2:21, 117:21
**slots** [1] - 19:18
**slow** [3] - 114:18, 125:5, 153:2
**small** [2] - 52:7, 61:24
**smart** [1] - 93:16
**Smoking** [1] - 2:20
**smoking** [1] - 154:22
**snuck** [1] - 127:12
**so..** [2] - 54:12, 65:3
**soft** [1] - 73:20
**someone** [28] - 17:11, 19:3, 20:24, 48:14, 60:3, 60:6, 60:18, 61:1, 74:14, 75:10, 83:14, 101:5, 101:14, 102:13, 105:13, 107:18,

112:20, 112:21, 115:14, 123:10, 123:20, 128:14, 128:18, 131:3, 131:7, 132:4, 154:8, 155:20
**Someone** [1] - 134:24
**sometime** [1] - 120:7
**sometimes** [7] - 9:22, 9:23, 113:1, 113:3, 113:4, 121:24, 127:8
**somewhere** [4] - 7:2, 84:22, 131:24, 135:8
**son** [4] - 26:13, 27:18, 29:7, 29:9
**son's** [2] - 5:4, 28:8
**sorry** [28] - 23:7, 25:20, 25:24, 27:4, 28:1, 33:7, 34:4, 45:23, 46:18, 46:19, 46:21, 51:23, 52:21, 55:16, 56:15, 64:8, 76:20, 96:22, 106:10, 117:17, 122:16, 137:19, 144:8, 144:17, 145:7, 147:2, 147:4, 152:23
**sort** [10] - 7:4, 16:17, 17:15, 18:6, 21:13, 50:12, 50:18, 64:6, 142:12, 145:5
**sorts** [2] - 149:1, 149:9
**sought** [2] - 76:25
**sound** [4] - 46:15, 56:7, 148:25, 152:21
**sounded** [1] - 37:18
**Sounds** [1] - 62:25
**sounds** [1] - 38:6
**SOUTHERN** [1] - 1:1
**SP** [2] - 129:5, 147:21
**Spanish** [2] - 61:3, 139:17
**spare** [1] - 125:4
**speaking** [5] - 36:6, 69:10, 85:4, 138:5, 154:20
**speaks** [1] - 98:7
**special** [4] - 18:15, 111:12, 149:22, 155:21
**specific** [4] - 44:12, 125:22, 126:12, 126:14
**specifically** [7] - 17:20, 67:22, 68:12, 74:7, 76:24, 90:20, 121:23
**speed** [3] - 74:3,

134:6, 152:7
**spell** [2] - 104:25, 150:15
**spent** [2] - 20:23, 154:14
**spicer** [4] - 92:12, 128:16, 152:15, 153:25
**Spicer** [12] - 19:13, 36:17, 43:13, 46:25, 60:9, 67:7, 74:24, 107:14, 107:16, 110:11, 115:16, 153:3
**spicer's** [3] - 153:11, 153:17, 153:22
**Spicer's** [2] - 10:2, 152:10
**spoken** [1] - 139:17
**sporting** [1] - 27:22
**sports** [3] - 27:22, 27:23, 28:6
**spot** [1] - 36:11
**spots** [1] - 19:21
**SS** [2] - 158:2, 159:2
**St** [1] - 2:6
**staff** [31] - 14:5, 14:11, 14:20, 14:23, 15:4, 15:5, 15:20, 15:23, 16:1, 16:7, 17:8, 17:9, 20:25, 21:12, 21:14, 21:20, 21:22, 24:12, 25:9, 28:21, 32:19, 60:4, 76:14, 107:4, 108:21, 109:9, 110:18, 111:16, 118:3, 125:18, 129:24
**Staff** [2] - 152:13, 153:23
**staffers** [1] - 15:7
**stamp** [8] - 42:1, 42:4, 42:5, 42:7, 42:10, 51:25, 52:7, 52:22
**stamped** [2] - 51:17, 51:18
**standard** [3] - 4:16, 128:23, 129:7
**standing** [1] - 49:1
**standpoint** [1] - 25:6
**start** [4] - 6:5, 71:25, 96:22
**started** [5] - 20:2, 98:2, 98:4, 105:24, 120:16
**starting** [1] - 97:14
**starts** [2] - 36:2, 97:9
**STATE** [3] - 157:3, 158:2, 159:2
**State** [3] - 1:22, 4:3,

157:16
**state** [6] - 6:8, 9:6, 9:19, 44:18, 108:6, 155:11
**statement** [2] - 32:25, 80:5
**statements** [1] - 79:14
**STATES** [1] - 1:1
**States** [1] - 32:16
**status** [1] - 108:8
**Stellar** [1] - 104:4
**STENOGRAPHER** [11] - 42:13, 42:16, 42:19, 43:2, 43:5, 46:18, 56:15, 56:21, 134:12, 134:16, 147:10
**stenographic** [1] - 158:10
**stenographically** [1] - 158:7
**step** [3] - 56:2, 126:14
**step-by-step** [1] - 126:14
**Stephanie** [2] - 105:22, 111:6
**Stephen** [1] - 19:12
**stepped** [6] - 57:4, 57:5, 57:8, 57:13, 135:20, 138:5
**steps** [1] - 122:10
**Steve** [16] - 13:25, 15:25, 16:8, 17:1, 21:5, 21:6, 45:11, 46:3, 46:11, 47:18, 47:21, 50:10, 50:12, 50:13, 86:10, 88:14
**Steven** [1] - 150:18
**still** [7] - 36:7, 55:5, 56:17, 74:20, 112:6, 112:13, 118:3
**stipulation** [1] - 4:1
**stirred** [1] - 105:9
**stop** [4] - 43:3, 57:3, 58:20, 106:10
**stories** [2] - 136:11, 148:5
**story** [2] - 119:22, 120:7
**straight** [1] - 136:2
**strains** [1] - 123:17
**street** [2] - 105:4, 105:14
**Street** [1] - 125:7
**stress** [1] - 22:22
**stretch** [1] - 123:18
**strictly** [1] - 78:5
**strip** [1] - 48:5
**structure** [2] - 40:18, 41:15

**studied** [1] - 33:2
**study** [1] - 37:8
**stuff** [3] - 113:6, 129:2, 129:5
**styled** [1] - 161:11
**subject** [8] - 55:8, 81:17, 110:24, 112:9, 116:20, 143:14, 143:18, 146:9
**subjected** [1] - 113:1
**submitted** [1] - 99:21
**subordinate** [1] - 71:24
**subscribed** [1] - 159:17
**subsequent** [1] - 22:9
**success** [3] - 85:2, 85:5, 85:8
**successful** [1] - 85:9
**sudden** [1] - 140:2
**suggest** [1] - 161:14
**suggesting** [2] - 67:15, 81:3
**suggestion** [2] - 54:18, 54:21
**suing** [1] - 144:24
**suitable** [2] - 24:25, 161:15
**super** [1] - 90:12
**support** [1] - 89:20
**supporter** [5] - 7:23, 29:23, 29:25, 31:24, 32:13
**supportive** [4] - 22:1, 22:11, 87:11, 87:12
**suppose** [2] - 84:13, 127:15
**surprised** [4] - 49:5, 68:9, 93:17, 105:6
**surrogate** [1] - 113:14
**susceptible** [2] - 95:25, 131:7
**Susie** [1] - 131:12
**SW** [1] - 2:3
**sworn** [3] - 4:8, 157:9, 158:12
**Sworn** [1] - 159:17
**synopsis** [1] - 135:19

**T**

**table** [1] - 146:12
**talks** [1] - 117:22
**tape** [2] - 87:15, 91:11
**team** [15] - 15:21, 19:4, 19:6, 36:16, 37:23, 58:14, 61:1, 61:17, 61:19, 61:23, 61:24, 62:3, 62:9,

68:18, 94:14
**teams** [4] - 37:17, 110:23, 111:16
**technical** [1] - 35:12
**telephone** [2] - 65:13, 161:14
**television** [4] - 79:17, 79:21, 80:10, 80:11
**tell-all** [2] - 84:25, 85:6
**temporary** [2] - 126:16, 150:4
**ten** [3] - 14:8, 17:6, 62:22
**tenure** [5] - 33:10, 98:3, 120:24, 121:4, 123:2
**term** [2] - 40:10, 130:21
**terms** [3] - 7:16, 18:13, 53:25
**terrible** [1] - 101:13
**testified** [4] - 4:8, 37:12, 37:16, 130:5
**testimony** [4] - 49:2, 78:2, 97:3, 128:15
**thanking** [2] - 139:7, 140:25
**that..** [1] - 97:10
**themed** [2] - 148:15, 149:4
**themselves** [1] - 115:7
**then..** [1] - 52:9
**thereafter** [1] - 83:5
**thereof** [2] - 63:11, 74:23
**Thereupon** [13] - 4:5, 42:21, 42:23, 56:22, 96:17, 106:5, 109:21, 117:13, 119:7, 120:19, 143:9, 147:12, 156:19
**thereupon** [1] - 134:14
**thick** [1] - 13:21
**thinking** [5] - 11:18, 12:17, 82:14, 144:24, 152:2
**thinks** [1] - 72:6
**third** [1] - 119:5
**thoughts** [1] - 132:6
**thousand** [1] - 26:18
**thousands** [4] - 132:8, 132:21, 132:22, 133:2
**three** [6] - 22:16, 22:17, 23:18, 48:24, 84:16, 117:15
**thrilled** [1] - 83:25
**throughout** [3] -

12:24, 13:12, 97:19
**throw** [3] - 30:10, 30:11, 119:4
**Thrush** [1] - 153:5
**thumbs** [1] - 113:5
**Tillerson** [1] - 83:25
**TIME** [1] - 1:14
**timeline** [2] - 32:23, 33:8
**timing** [1] - 9:4
**title** [3] - 104:10, 107:11, 155:6
**titles** [1] - 18:15
**TO** [2] - 3:1, 161:4
**today** [7] - 4:1, 10:5, 49:1, 67:25, 75:4, 78:2, 102:16
**together** [11] - 19:21, 20:23, 37:17, 37:23, 37:25, 76:14, 76:15, 88:13, 88:16, 110:23, 111:15
**took** [6] - 70:12, 94:9, 95:8, 95:12, 95:13, 125:13, 142:2, 142:3, 161:18
**top** [8] - 15:5, 15:15, 18:22, 19:17, 19:20, 23:24, 45:18
**topic** [2] - 34:16, 34:17
**total** [1] - 48:11
**totally** [1] - 32:15
**towards** [2] - 12:23, 141:9
**Tower** [2] - 78:8, 154:14
**track** [2] - 88:19, 91:20
**traditional** [1] - 16:1
**traditionally** [1] - 14:12
**transcribed** [1] - 161:12
**transcript** [6] - 34:21, 158:9, 159:7, 160:4, 161:12, 161:18
**Transcript** [1] - 2:16
**transition** [29] - 10:18, 15:21, 16:23, 16:25, 17:1, 17:2, 17:3, 17:4, 17:15, 17:18, 19:24, 20:1, 21:7, 40:24, 57:24, 58:2, 58:14, 61:1, 61:16, 61:19, 61:23, 61:24, 62:3, 62:6, 62:8, 66:2, 68:18, 94:14, 135:3
**transitioned** [1] - 151:10

**treated** [5] - 13:4, 84:9, 129:14, 130:13, 130:16
**Tricia** [3] - 96:7, 96:9, 97:3
**tricky** [1] - 34:22
**tried** [1] - 110:17
**tries** [1] - 132:23
**true** [12] - 7:20, 70:3, 70:5, 90:4, 90:5, 108:25, 129:25, 132:16, 148:24, 149:10, 158:10, 159:8
**Trump** [107] - 6:20, 6:22, 6:24, 7:3, 7:17, 7:23, 9:11, 10:5, 10:14, 12:25, 13:5, 13:17, 13:24, 20:6, 22:2, 22:9, 22:10, 25:1, 25:14, 26:21, 29:19, 29:21, 30:7, 30:18, 31:14, 32:7, 33:9, 33:11, 61:4, 63:8, 63:16, 63:22, 63:23, 65:25, 67:5, 67:10, 72:13, 78:8, 79:14, 79:15, 79:16, 79:24, 79:25, 80:6, 80:11, 80:15, 84:3, 84:5, 84:10, 87:11, 87:12, 87:21, 87:25, 88:1, 88:22, 89:3, 89:4, 89:6, 89:14, 90:1, 90:11, 90:12, 91:7, 91:15, 93:21, 105:4, 105:12, 105:14, 108:16, 110:18, 121:1, 124:2, 124:8, 124:11, 124:21, 127:17, 127:19, 127:20, 128:4, 132:5, 132:18, 132:19, 133:5, 133:6, 135:20, 135:24, 136:15, 137:22, 137:24, 137:25, 138:5, 139:6, 140:5, 140:20, 142:14, 142:15, 152:16, 153:10, 153:16, 154:1, 154:13, 154:14
**TRUMP** [2] - 1:7, 161:8
**Trump's** [3] - 124:24, 131:18, 155:7
**trust** [1] - 82:13

Case 1:19-cv-11764-AT-KHP    Document 442-4    Filed 09/23/24    Page 178 of 179
ARLENE DELGADO v. DONALD J. TRUMP FOR PRESIDENT, et al
February 8, 2024
17

**truthful** [1] - 5:9
**try** [4] - 4:23, 5:17, 93:14, 111:15
**trying** [10] - 19:9, 23:17, 35:8, 47:7, 65:1, 66:22, 77:4, 88:16, 90:7, 118:13
**turned** [1] - 50:5, 130:17
**turnover** [1] - 44:1
**TV** [6] - 79:25, 80:14, 81:1, 81:4, 155:7
**tweet** [1] - 69:4
**tweets** [18] - 45:21, 45:25, 46:2, 48:12, 48:22, 49:6, 49:8, 51:6, 59:1, 59:22, 67:8, 68:5, 68:11, 68:22, 68:23, 69:14, 74:13, 75:22
**twice** [1] - 154:15
**two** [29] - 8:13, 8:20, 9:3, 16:15, 20:11, 20:13, 21:14, 21:22, 23:15, 26:12, 28:17, 45:17, 57:7, 57:9, 60:3, 79:3, 81:10, 81:11, 83:4, 83:9, 88:12, 97:17, 107:18, 119:2, 119:23, 123:18, 123:21, 130:20, 155:15
**Two** [1] - 155:11
**type** [5] - 9:6, 9:7, 67:4, 84:13, 131:22
**typical** [3] - 61:22, 62:4, 62:5

**U**

**uh-hmm** [6] - 14:4, 64:19, 94:17, 123:12, 131:17, 152:1
**ultimate** [2] - 93:20, 94:15
**ultimately** [8] - 14:2, 43:11, 43:13, 45:10, 56:2, 85:9, 101:24, 111:16
**unclear** [1] - 141:20
**under** [10] - 5:8, 5:9, 38:15, 38:18, 76:24, 78:3, 103:3, 120:24, 144:3, 161:11
**underneath** [1] - 107:13
**undersigned** [1] - 157:7
**understood** [4] -

34:19, 67:1, 89:22, 145:8
**unique** [3] - 50:11, 62:5, 111:12
**UNITED** [1] - 1:1
**United** [1] - 32:16
**University** [2] - 124:16, 124:22
**unless** [3] - 62:20, 144:24, 146:2
**unquote** [2] - 39:24, 130:21
**unto** [1] - 158:16
**untrue** [2] - 136:22, 137:8
**unusual** [1] - 16:8
**up** [61] - 5:6, 12:5, 20:16, 29:17, 30:10, 30:11, 30:25, 31:9, 36:10, 36:17, 40:3, 40:5, 47:17, 48:6, 56:17, 57:15, 58:15, 59:16, 61:14, 64:16, 66:10, 67:5, 67:15, 74:1, 74:3, 74:9, 74:12, 75:5, 75:16, 75:19, 76:20, 85:10, 86:23, 94:15, 94:18, 94:23, 98:15, 100:19, 101:21, 103:19, 104:11, 112:3, 112:25, 114:1, 115:12, 115:19, 118:8, 118:13, 119:4, 119:12, 123:20, 126:3, 132:13, 132:23, 133:18, 137:11, 144:22, 145:16, 146:1, 152:7
**update** [1] - 41:14
**updated** [1] - 59:3
**updating** [1] - 41:13
**upset** [1] - 136:15

**V**

**vague** [1] - 70:21
**vaguely** [2] - 75:9, 105:8, 105:10
**values** [1] - 79:16
**vantage** [3] - 26:25, 28:20, 51:1
**various** [3] - 43:19, 43:20, 149:4
**Vegas** [1] - 48:6
**verbal** [2] - 145:8, 146:7
**versus** [3] - 5:16, 18:5, 87:7
**vets** [1] - 132:23

**vetted** [1] - 115:5
**vetting** [17] - 101:25, 107:20, 107:24, 107:25, 108:4, 108:13, 111:3, 111:10, 111:22, 111:25, 112:1, 112:9, 112:19, 114:24, 115:1, 115:11, 155:22
**vettings** [1] - 116:23
**VIA** [1] - 2:1
**via** [1] - 144:14
**vice** [1] - 94:15
**victim** [1] - 119:14
**Video** [1] - 1:12
**video** [5] - 77:16, 139:3, 140:6, 140:8, 140:23
**VIDEO** [6] - 2:1, 139:7, 139:12, 139:17, 139:23, 140:24
**view** [3] - 51:9, 66:12, 145:1
**viewed** [1] - 19:1
**viewpoint** [2] - 60:19, 61:6
**violating** [1] - 82:7
**violence** [2] - 122:4, 127:21
**violent** [1] - 110:6
**Virginia** [2] - 6:12, 121:15
**visiting** [2] - 148:15, 149:3
**voice** [1] - 17:24
**voluntarily** [1] - 55:19
**vote** [1] - 11:13
**vs** [1] - 1:6

**W**

**wait** [5] - 7:11, 33:5, 33:7
**waived** [1] - 161:17
**walking** [1] - 140:24
**walks** [1] - 140:4
**Wall** [2] - 2:6, 125:7
**Walsh** [5] - 21:2, 21:17, 21:25, 22:11, 86:16
**Walters** [1] - 151:5
**wants** [3] - 19:12, 19:13, 19:14
**was..** [1] - 151:11
**Washington** [1] - 29:18
**water** [2] - 5:1, 35:10
**weaknesses** [1] - 95:23

**wedding** [2] - 131:18, 132:5
**week** [5] - 14:8, 39:24, 41:5, 154:15, 154:16
**weekend** [1] - 67:9
**weeks** [3] - 79:3, 95:13, 155:15
**well-known** [7] - 12:11, 12:12, 13:1, 13:8, 13:22
**went..** [1] - 46:20
**West** [3] - 2:23, 18:4, 25:15, 25:18, 71:5, 71:12, 120:25, 125:14, 125:17, 126:3, 126:22, 152:15, 153:25
**Wharton** [1] - 124:9
**wheelhouse** [1] - 116:2
**whereof** [1] - 158:16
**Whipple** [1] - 15:1
**White** [126] - 6:12, 7:6, 7:17, 14:5, 14:14, 14:17, 14:18, 15:3, 15:7, 18:21, 19:21, 20:21, 21:12, 21:14, 22:15, 22:20, 23:19, 24:8, 24:11, 27:1, 29:11, 30:1, 33:3, 33:19, 36:8, 36:17, 39:22, 40:18, 40:25, 41:15, 46:9, 57:23, 58:14, 61:7, 61:17, 61:23, 64:15, 65:12, 65:19, 68:17, 70:17, 71:12, 73:9, 75:11, 75:12, 75:22, 80:17, 80:18, 81:9, 82:20, 82:22, 82:25, 83:10, 83:17, 85:1, 85:13, 86:9, 86:22, 86:24, 90:23, 92:6, 94:20, 95:5, 97:6, 97:15, 97:17, 98:10, 98:12, 99:1, 100:4, 100:8, 101:5, 102:22, 103:7, 103:14, 103:22, 105:15, 105:25, 106:12, 106:15, 106:24, 108:5, 108:9, 109:16, 110:9, 110:15, 110:18, 110:25, 111:17, 112:5, 112:8, 114:10, 114:22, 115:3, 115:5, 115:9, 115:11, 115:12, 116:8, 116:17,

116:22, 117:5, 118:2, 121:3, 122:14, 122:18, 126:7, 126:11, 126:22, 127:9, 128:17, 133:6, 143:23, 144:2, 145:17, 145:18, 146:11, 146:19, 150:12, 152:13, 153:4, 153:23, 155:10, 155:16
**white** [1] - 139:16
**Whitewater** [1] - 124:17
**whole** [6] - 53:18, 66:18, 71:25, 94:14, 134:22, 141:17
**wide** [1] - 97:21
**widely** [1] - 133:15
**wife** [3] - 119:14, 122:6, 123:20
**Wiles** [2] - 131:12, 131:13
**win** [3] - 20:6, 154:11, 154:13
**Wing** [13] - 2:23, 18:4, 25:15, 25:18, 71:5, 71:12, 120:25, 125:14, 125:17, 126:3, 126:22, 152:15, 153:25
**winning** [1] - 22:10
**Wisconsin** [3] - 8:22, 9:3, 124:16
**wise** [1] - 27:5
**wish** [1] - 5:15
**withdraw** [4] - 55:15, 55:18, 55:19
**witness** [6] - 4:2, 4:7, 35:7, 58:11, 158:11, 158:16
**WITNESS** [77] - 4:9, 7:20, 8:10, 9:13, 12:15, 13:15, 15:19, 16:13, 17:24, 24:10, 25:4, 25:17, 27:12, 30:3, 32:1, 35:13, 37:5, 37:21, 38:4, 38:9, 38:17, 41:11, 43:11, 54:15, 54:20, 60:2, 61:9, 62:2, 62:18, 62:21, 63:2, 64:1, 67:14, 68:8, 69:24, 71:7, 72:5, 73:3, 75:1, 78:12, 78:22, 79:19, 80:20, 81:19, 87:17, 89:8, 93:10, 93:24, 96:2, 100:22, 101:7,

102:12, 103:9,
104:9, 105:17,
106:18, 116:12,
121:7, 123:15,
123:24, 124:15,
127:15, 129:1,
133:9, 136:24,
140:12, 141:7,
143:22, 144:15,
146:20, 147:16,
148:18, 149:7,
149:16, 156:15,
156:18, 157:10
**wives** [3] - 119:2,
119:12, 119:23
**woman** [5] - 33:13,
71:4, 71:11, 104:21,
114:4
**women** [3] - 114:4,
128:24, 129:7
**won** [5] - 22:9, 33:9,
33:11, 88:17, 88:20
**wondered** [2] - 70:5,
70:23
**wonderful** [7] - 5:12,
6:6, 6:14, 7:15, 8:5,
39:8, 96:15
**wondering** [1] - 76:23
**word** [1] - 71:15
**words** [1] - 135:16
**works** [6] - 34:18,
97:5, 115:12,
115:15, 117:8,
130:19
**world** [3] - 84:2, 84:4,
142:14
**worrying** [1] - 82:5
**wrangler** [1] - 107:6
**write** [3] - 84:23,
136:11, 137:5
**writers** [4] - 12:11,
13:8, 13:16, 13:22
**writing** [2] - 13:9, 85:6
**written** [4] - 15:4,
67:3, 135:14, 136:10
**wrote** [5] - 30:17,
31:13, 109:16,
109:18, 134:24

## Y

**year** [14] - 7:7, 8:13,
8:20, 84:19, 103:21,
116:9, 117:22,
121:3, 122:8,
123:18, 123:21,
125:13, 126:7,
128:19
**years** [18] - 6:20, 6:23,
6:25, 10:22, 20:15,
20:19, 21:22, 26:16,

29:13, 33:25, 99:18,
102:14, 103:5,
103:14, 108:10,
114:4, 120:8, 155:11
**YORK** [1] - 1:1
**York** [4] - 2:6, 152:8,
152:18, 155:8
**you-all** [1] - 133:18
**YOURSELF** [1] -
161:10
**yourself** [5] - 7:22,
36:1, 85:10, 99:15,
130:8
**YouTube** [3] - 138:12,
139:3, 140:23

## Z

**ZOOM** [1] - 2:1
**Zoom** [1] - 34:21