*March 13, 2024 in re Delgado v Trump for President – Deposition of Eric Trump*

```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE SOUTHERN DISTRICT OF NEW YORK

 3             CASE NO. 19-CV-11764 (AT) (KHP)

 4

 5   ARLENE DELGADO,

 6           Plaintiff,

 7   vs.

 8   DONALD J. TRUMP FOR PRESIDENT,
     ET AL.,
 9
             Defendants.
10   _____

11
     LOCATION:              Remote Audio-Video
12                          Communication

13   DATE:                  March 13, 2024

14   TIME:                  10:00 AM ET to 12:45 PM ET

15

16

17              DEPOSITION OF ERIC TRUMP

18        Taken before Leila Harris, LCR, FPR,

19   Stenographic Court Reporter, Notary Public State of

20   Florida, pursuant to Notice of Taking Deposition in

21   the above-styled cause.

22

23

24

25
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

*March 13, 2024 in re Delgado v Trump for President - Deposition of Eric Trump*

1    APPEARANCES:

2

3    ARLENE DELGADO, PRO SE PLAINTIFF
     136 SW 33rd Avenue
4    Miami, FL 33135
     Telephone:305-510-3400
5    Email:adelgado@harvard.edu; ajdelgado@outlook.com

6

7              Pro Se Plaintiff

8

9

10   JARED BLUMETTI, ESQUIRE
     LHGKC&M
11   40 Wall Street
     32nd Floor
12   New York, NY 10006
     Telephone: 212-530-4831
13   Email: jblumetti@lhrgb.com; pmcppartland@lhrgb.com

14

15             Attorney for Defendant

16

17

18   ALINA HABBA, ESQUIRE
     Habba Madaio & Associates, LLP
19   140 US Highway 206
     Suite 240
20   Bedminster, NJ 07921
     Telephone:908-869-1188
21   Email:ahabba@habbalaw.com; ringram@habbalaw.com

22

23             Attorney for the Witness

24

25



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1                   INDEX OF WITNESS

2    ERIC TRUMP

3    Examination By Ms. Delgado                    4

4                   **INDEX OF EXHIBITS**

5    Exhibit No.                                PAGE

6    1        Village Voice article "Why          31
              Donald Trump's Best Defenders
7             are Woman" by Meave Gallagher,
              October 18, 2016
8
     2        E-mail Correspondence from          36
9             Josh Dawsey

10   3        E-mail Correspondence Between        41
              Eric Trump and Arlene Delgado
11            dated 9/22/17

12   4        Text Exchange                        60

13   5        E-mail Correspondence from          60
              Eric Trump dated January 23,
14            2018

15   6        Letter from the PAC                  60

16   7        Termination Letter                   78

17   8        Mediaite article                     87

18   9        Privilege Log                        94

19   10       New York Times Headline about       101
              Lynne Patton
20
     CERTIFICATE OF OATH                          123
21
     CERTIFICATE OF REPORTER                      124
22

23

24

25



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

```
1                P R O C E E D I N G S
2            STENOGRAPHER:  Pursuant to stipulation,
3        the oath administered by me here today will
4        have the same force and effect as if it were
5        given to the witness while they were physically
6        present before me in the State of Florida and I
7        were acting in my capacity as a Florida Notary.
8                        ERIC TRUMP
9    was called as a witness, and after having been first
10   remotely duly sworn was deposed and testified as
11   follows:
12            THE WITNESS:  I do.
13                      EXAMINATION
14   BY MS. DELGADO:
15       Q    Good morning, Eric.  How are you?
16       A    Good morning, AJ.  How are you?
17       Q    Is it okay if I refer to you as Eric
18   instead of Mr. Trump, or let me know how you would
19   like for me to refer to you?
20       A    As long as it's okay if I refer to you as
21   AJ.
22       Q    Sounds good.  Okay.
23            So I'm just -- I assume you've been
24   deposed before, but nonetheless, for the record I'd
25   like to go over some ground rules.
```



1              Is that okay?

2      A    Yes, ma'am.

3      Q    Okay.  So you've been sworn to tell the

4  truth; do you understand that?

5      A    I do.

6      Q    And you're required to tell the truth

7  under penalties of perjury; do you understand that?

8      A    I do.

9      Q    And if you don't understand a question as

10 we go through, please, let me know so I have a

11 chance to rephrase it.  Also, your attorney might

12 have objections that she makes throughout the

13 deposition, let her, especially for purposes of the

14 court reporter and there not being cross-talk, let

15 her get her objection on the record.  And then

16 usually, depending on the type of objection, you can

17 then answer.

18              Also, as far as giving answers, if

19 you could say yes, no, maybe instead of ah-huh or

20 uh-huh, that also helps the court reporter.  And

21 let's see, in terms of -- I'm trying to think if

22 there's anything else.

23              If you don't understand a question --

24 breaks.  If you'd like to take a break at any point,

25 please let me know.  The same goes for any of the

*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  attorneys on the Zoom.  I know I'll probably have to

2  take a couple of breaks because my son is in the

3  other room.

4          So if for any reason, a bathroom

5  break, whatnot, just don't discuss your testimony,

6  Eric, during a break with your attorney.

7      A    Sounds good.

8          And AJ, how long do you think we'll

9  be here just out of curiosity?  I think you said --

10  did you say two hours to these guys just for my own

11  planning purposes?

12      Q    Yeah.  Alan Garten had asked me what I

13  estimate.  I think three hours.  But depending on if

14  we -- if we make good progress, I think probably far

15  less.  I'm going to try to wrap this up, especially

16  for my own reasons.  My son and I have something we

17  need to do today.

18          I'll try to get through this as

19  quickly as we can, as efficiently as we can.  A lot

20  of that depends on the answers given, obviously, but

21  it could be anywhere between 90 minutes to three

22  hours, I think.

23      A    Great.  Sounds good.

24      Q    Great.  Okay.

25          All right.  So let's get started.



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

```
 1                    Please state your name for the
 2   record?
 3        A    Eric Trump.
 4        Q    And I'm not going to ask you your address,
 5   but what city do you reside in?
 6        A    Jupiter, Florida.
 7        Q    Great.  When did move to Florida?
 8        A    Approximately 2020 or 2021.
 9        Q    Okay.  What is your occupation?
10        A    Real estate.
11        Q    Real estate executive; is that correct?
12        A    Yes.
13        Q    Okay.  What is -- you work at the Trump
14   Organization; is that correct?
15        A    I work at the Trump Organization.
16        Q    What is your title there?
17        A    EVP.
18        Q    EVP.
19        A    Executive vice president.
20        Q    Thank you.
21                    Did you ever work for the Trump
22   Campaign?
23        A    I was never paid by the Trump Campaign.
24   No.  I never directly worked for the Trump Campaign,
25   to the best of my knowledge.
```



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1          Q     What about unpaid work?

2          A     I was certainly a surrogate for my father,

3     but I was never paid by the campaign.  Again, to the

4     best of my knowledge.  But, you know, I certainly

5     did many campaign events, and I was certainly

6     involved in the political process.  But no, I was

7     always on the Trump Organization side.

8          Q     Okay.  Right.  Just to be clear, I don't

9     mean advocacy work that you did for your father that

10    is similar to work on a campaign, I mean were you

11    ever unpaid at actual -- doing actual work for the

12    campaign?

13              MS. HABBA:  Asked and answered.

14              You can answer.

15              MR. BLUMETTI:  Objection to form as well.

16              THE WITNESS:  As I said AJ, I did a lot of

17         political work.  I certainly was a great

18         advocate for my father.  I certainly dealt with

19         people on the campaign.

20              But to the best of my knowledge, I never

21         worked, and when I say worked, I'm talking

22         about formal capital W worked, was employed

23         formally by the campaign, to the best of my

24         knowledge.

25

*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1    BY MS. DELGADO:

2        Q    Okay.  You produced some documents that

3    were sent to me yesterday by Ms. Habba's firm.

4              Have you had a chance to review those

5    documents?

6        A    Very vaguely, yes.

7        Q    Okay.  And is that the totality of what

8    you intend to produce, what was sent yesterday?

9        A    I believe that was the totality of the

10   searches that we had.  Yes.

11       Q    Okay.  Have you had any contacts with any

12   of the defendants, Mr. Priebus or Mr. Spicer about

13   this case?

14             MS. HABBA:  Objection to form.

15             You can answer.

16             THE WITNESS:  About this case, no.

17   BY MS. DELGADO:

18       Q    Have you had any conversations with

19   Mr. Priebus or with Mr. Spicer about this case?

20       A    No.

21       Q    You have -- I'm sorry?

22       A    I have not, no.

23       Q    You have not.  Okay.

24             Have you had any conversations or

25   communications, written or oral, with Mr. Jason



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1  Miller about this case?

2      A    Certainly not detailed conversations.  I

3  don't see Jason all that often but I know -- I

4  think -- I -- I don't think so.  I mean, anything's

5  possible, but certainly haven't with Reince or -- or

6  Spicer.  I see Jason slightly more than those guys,

7  but not to the best of my knowledge.

8      Q    Okay.  Is there anything that would help

9  refresh your recollection, such as looking through

10  text messages you might have with Mr. Miller?

11      A    The two of us don't text all that often,

12  so probably not.

13      Q    What about if you were to search for

14  e-mails you might have with Mr. Miller?

15      A    As I said I just -- you know, I see Jason

16  at certain political events and, you know, we're --

17  we're obviously very cordial to one another.  But I

18  don't e-mail Jason all that often.  And if I do,

19  it's usually about a press request or something

20  along those lines about an unrelated subject.

21      Q    Fair enough.

22          What about Mr. Blumetti, have you had

23  any communications, or oral or written of any kind

24  with Mr. Blumetti defendant's counsel, the

25  campaign's counsel?



*March 13, 2024 in re Delgado v Trump for President –
Deposition of Eric Trump*

```
 1       A     Who?
 2       Q     Mr. Blumetti, he's on the call.  The Trump
 3   Campaign's counsel in this matter?
 4       A     Is that Jared?
 5       Q     Yes.
 6       A     I spoke to Jared for the first time
 7   yesterday.
 8             MS. HABBA:  I'm just going to advise my
 9       client not to speak about anything priveledged.
10       Of course, he can address your answers.
11             THE WITNESS:  Jared, if we've ever spoken
12       before in years past on something totally
13       unrelated, god bless, I'm sorry, but I think --
14       I think yesterday was the first time I ever
15       spoke to Jared.
16   BY MS. DELGADO:
17       Q     So you spoke to the Trump Campaign's
18   counsel yesterday about this case?
19       A     Just in preparation for -- for what today
20   was going to look like, yes.
21       Q     What was the content of that
22   communication?
23             MS. HABBA:  You need to not address the
24       content of that communication.  I was also on
25       that call, it was a privileged conversation.
```



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1           MS. DELGADO:  The fact that you were on

2       that call does not mean it was a privileged

3       conversation.  I believe the privilege would be

4       waived by the fact that it was with an attorney

5       with whom he has no attorney-client

6       relationship.

7           But we can revisit that the court.

8           MS. HABBA:  We can.  It would be a common

9       interest privilege, actually.

10          MS. DELGADO:  We'll revisit that.

11          You don't need to answer that, Eric.

12          Thank you.

13  BY MS. DELGADO:

14      Q    What materials did you read in preparation

15  for this deposition, if any?

16      A    Not a whole lot, AJ.  Maybe a couple of

17  the back-and-forth text messages between you and I

18  that were part of that package, but that's about it.

19      Q    So everything you reviewed is part -- it

20  would be found in the production that I received?

21      A    That's correct.

22      Q    Is that correct?

23          I'm sorry.  I talked over you.

24      A    Yes.  AJ, that's correct.

25      Q    Okay.  And by the way, I should have said



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1  this during the ground rules, if I interrupt you

2  it's not intentional.  Usually during Zoom, even in

3  person, there tends to be cross-talk or delay.  I

4  apologize in advance.  Let me know, I'm not done

5  speaking and vice versa please.  Thank you.

6                Okay.  Eric, was I denied a White

7  House job because I was pregnant?

8            MR. BLUMETTI:  Objection to form.

9            THE WITNESS:  AJ, I wasn't part of the

10      White House apparatus.  I have no idea.

11  BY MS. DELGADO:

12      Q    I'm sorry, you have what?

13      A    AJ, I was not part of the White House

14  apparatus.  You'd have to ask somebody over there.

15      Q    Is it possible that was the reason based

16  on what you know?

17            MS. HABBA:  Objection.  Speculation.

18            MR. BLUMETTI:  Objection to form.

19            MS. HABBA:  Form.

20            THE WITNESS:  I'm not going to speculate,

21      AJ.

22  BY MS. DELGADO:

23      Q    Do you know if it was definitely not the

24  reason?

25            MS. HABBA:  Objection to form.



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

```
 1              THE WITNESS:  Again AJ, that wasn't my

 2       domain.  I'm not going to speculate.

 3  BY MS. DELGADO:

 4       Q    So it would be fair to say you don't know

 5  one way or the other?

 6       A    AJ, I'm not going to speculate.  Again, I

 7  was not part of the White House.  I never had role

 8  in government.  I'm just not going to speculate on

 9  that question.

10       Q    Who did make the hiring decisions for the

11  White House in 2016 and 2017?

12              MR. BLUMETTI:  Objection to form.

13              THE WITNESS:  I don't know.

14  BY MS. DELGADO:

15       Q    I can rephrase it.

16              Who in -- in your understanding, who

17  made the White House hiring decisions in 2016?

18       A    When you hire for the White House, you

19  hire thousands of people, it's not -- it's not a

20  team of seven or ten where one person would make a

21  decision.  So I could have -- I would have no idea

22  who made every White House hiring position.  I would

23  assume that would be a very large team of people.

24       Q    Did your father make decisions for his

25  White House hiring?
```



*March 13, 2024 in re Delgado v Trump for President –
Deposition of Eric Trump*

```
 1        A    I'm sure my father made certain decisions

 2   for White House firing -- hiring.

 3        Q    Do you know if Reince Priebus made certain

 4   decisions for White House hiring?

 5        A    I have no idea.  You have to ask Reince.

 6        Q    Are you aware whether I was denied a White

 7   House job because I complained of discrimination?

 8             MR. BLUMETTI:  Objection to form.

 9             THE WITNESS:  AJ, as I said a couple of

10        times, I was not part of the White House or the

11        administration.  Ask somebody over there.

12   BY MS. DELGADO:

13        Q    Did the campaign or individuals who worked

14   within the campaign make hiring decisions for the

15   White House?

16             MR. BLUMETTI:  Objection.  Form.

17             THE WITNESS:  I believe I've already

18        answered this question.  I don't know who made

19        the hiring decisions for the White House.

20        Aside from a transition team, I have no idea

21        who would have made each and every decision.

22   BY MS. DELGADO:

23        Q    So based on your personal knowledge, and I

24   understand you've limited it to -- that you're not

25   aware of what exactly might have gone on, I'm only
```



1    asking you your personal knowledge.

2                    If someone were to ask you why was AJ

3    Delgado not hired for the White House, what would

4    your answer be?

5            MS. HABBA:  Objection.  Asked and

6        answered.

7            THE WITNESS:  I have first -- I have no

8        firsthand knowledge.  And AJ, respectfully,

9        it's a little awkward because, you know, you

10       and I were people who, I think, had mutual

11       respect for one another.  I mean, I think there

12       were a lot of unsavory articles and other

13       things.  I mean, I was reading that and a lot

14       of other people reading those.

15            But again, I have no firsthand knowledge

16       as to why, you know, you didn't get a job at

17       the White House.  That's not my world.  I

18       didn't work there.  I didn't make those

19       decisions.  I was focused on my own domain.

20   BY MS. DELGADO:

21       Q    When you say "unsavory articles," what are

22   you referring to?

23       A    I think there was a lot of -- I think

24   there was a good deal of negative -- negative press

25   that surround kind of a lot of the situation.  And I



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

```
1   don't remember every detail of it now, but I
2   certainly remember a few things.
3               And, you know, I -- so if you ask me
4   to speculate as to, you know, why you didn't receive
5   a White House job, that would be my speculation.
6               Again, I have no firsthand knowledge.
7       Q    Articles you're referencing in your answer
8   just now, you mean articles from December 2016?
9       A    I have -- I would have no idea on dates.
10  It's not something I pay attention to.
11      Q    It's articles -- let me ask this then,
12  it's articles about the pregnancy and the
13  involvement with Miller?
14          MS. HABBA:  Objection to form.
15          THE WITNESS:  No.  I never said that.  I
16          just think there was a lot of -- there were a
17          lot of -- there's a bunch of negativity that I
18          remember out there surrounding certain actions,
19          certain things.
20              And -- and again, I have no firsthand
21          knowledge on any decision the White House made,
22          but if you ask me to speculate, my speculation
23          would be, I remember a lot of less than savory
24          Tweets.  I remember -- I remember certain
25          instances where there was a lot of bad
```

*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

```
1         headlines associated with, you know, partying
2         in Vegas and -- and other things.  I believe
3         a -- a strip club came into one of them.
4              I just remember a lot of controversy that
5         kind of surrounded, you know, a bunch of
6         different topics.
7              And again, you're asking me to be
8         specific.  I have no firsthand knowledge.  I
9         just -- you know, I personally sat there and I
10        remember it.  And it pains me a little bit to
11        say that because, again, I have a lot of -- I
12        have a lot of mutual respect for you.  But if
13        you want an answer and you wanted me to
14        speculate, that's probably my speculation.
15   BY MS. DELGADO:
16        Q    You mentioned an article about, quote,
17   partying in Vegas.  I'm happy to bring up an article
18   to refresh your memory, but I believe, and please
19   correct me if I'm wrong, is the article you're
20   referring to the one about the Trump Campaign
21   advisers going to a strip club in Vegas the night
22   before the Clinton versus Trump final debate?
23             MS. HABBA:  Objection to form.
24             THE WITNESS:  I don't remember that level
25        of specificity.  I think I'm just speaking in
```



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1       generalities right now, AJ.

2   BY MS. DELGADO:

3       Q    Do you recall more than one article about

4   partying in Vegas?

5       A    Again, I'm just totally speaking in -- in

6   generalities.  I -- I would not be a position to

7   where I was counting articles of how kind of, you

8   know -- certain things that were either embarrassing

9   or, you know, didn't reflect well, I -- you know,

10  that's not my job.  I was not over there.

11              But I just -- I remember that in the

12  back of my head.  So if you asked me to speculate as

13  to why something did or did not happen, that would

14  be my speculation.

15      Q    Do you recall Jason Miller mentioned in

16  that article about partying in Vegas?

17          MS. HABBA:  Again, I'm just going to

18          object.  He -- he did say he was speculating.

19          He didn't refer to a specific article.

20          It's mischaracterizing the witness's

21          testimony.

22          MS. DELGADO:  He referred to articles

23          about partying in Vegas.  That was his exact

24          quote.  And he said article, so let me

25          rephrase.



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  BY MS. DELGADO:

2      Q    Did you read any article about Jason

3  Miller partying in Vegas?

4      A    I certainly think Jason's name was

5  mentioned, yes.

6      Q    Okay.  Was Jason Miller appointed White

7  House communications director?

8           MR. BLUMETTI:  Objection to form.

9           THE WITNESS:  I don't know.  You need to

10      ask Jason.

11  BY MS. DELGADO:

12      Q    Do you recall Jason Miller being appointed

13  or reading that Jason Miller has been appointed

14  White House communications director subsequent to

15  the partying in Vegas article or articles?

16           MS. HABBA:  Objection to form.

17      A    I think I remember Jason resigning.  And

18  then did he later on take a role of some sort?  I

19  think -- I think he did, yes.  In some -- in some

20  way, shape or form.  I'm not sure what that role

21  was, but I -- I remember Jason resigning at some

22  point and -- but I don't exactly know where he fit

23  into that apparatus off the top of my heard right

24  now, AJ.

25           It's just been too long ago.  It



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1  wasn't -- certainly wouldn't have been my focus.

2  BY MS. DELGADO:

3      Q    So would it be accurate to say -- and I'm

4  happy to bring up the article about Jason Miller's

5  appointment date to refresh your memory.  I'm going

6  to try to keep things moving, per your request, more

7  efficiently.

8            Would it be accurate to say Jason

9  Miller was appointed White House communications

10 director despite the article about partying in

11 Vegas?

12           MR. BLUMETTI:  Objection to form.

13           THE WITNESS:  AJ, if you tell me he was,

14       I'd certainly take your word for it.  Again, I

15       don't track every single title of every single

16       White House officer.  There's a lot of them

17       and -- and a lot of people came and went.

18           I didn't work in the administration, so I

19       take your word for it.  If he was, he was.

20       But, you know, you can ask him and he could

21       confirm that for you.

22 BY MS. DELGADO:

23      Q    Do you recall Jessica Ditto also listed as

24 an adviser in the article or articles you mentioned

25 about partying in Vegas?



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1     A     Sitting here today, I don't really

2   remember that name so...

3     Q     Do you recall reading that Jessica Ditto

4   was appointed deputy com director for the White

5   House roughly two months after that article?  Does

6   that ring a bill?

7     A     Well, clearly it doesn't if I don't really

8   recognize that name sitting here today.  I mean, I'm

9   sure Jessica is a person I came across at some

10   point, but I just don't -- I don't remember her

11   sitting here.

12     Q     Okay.  You mentioned unsavory Tweets.

13   What are you referring to there?

14     A     I just -- I remember it seemed like

15   every -- every day there would just be a flurry of

16   Tweets.  And I don't remember the exact context of

17   all of them, but I remember there was a point that,

18   you know -- you know, I think your Twitter was just,

19   you know, almost becoming, you know, distracting for

20   lack of a better term.

21               It's just, you know, things being

22   sent at all hours and -- you know, I think -- you

23   know, I remember -- I remember that, you know.

24   Again, very vaguely, but I think there was a lot

25   of -- a lot of things that were sent and done that,

*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1   you know, might not have been in direct alignment

2   with -- with obviously, you know -- you know, with

3   maybe the image of -- of -- or individuals, you

4   know, working in a certain orbit.

5       Q    Would you say a woman complaining that

6   she's pregnant by her supervisor is not in line with

7   your father's image?

8            MS. HABBA:  Objection.

9            MR. BLUMETTI:  Objection to form.

10           THE WITNESS:  AJ, I'm not saying that at

11       all.  I'm just saying that there was a lot of

12       crazy stuff that was -- that was being sent all

13       around the place.  And I don't have those

14       Tweets now, and I don't care to look back at

15       them.  This isn't my lawsuit, and I'm not

16       really involved.

17           And so I just remember tangentally a lot

18       of just, you know, kind of craziness that was

19       being sent back on forth.  And so I just have

20       that in the back of my mind.

21   BY MS. DELGADO:

22       Q    Do you personally believe it's unsavory

23   for a pregnant employee to publically state that

24   she's pregnant by her supervise?

25           MS. HABBA:  Objection.

*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

```
1              MR. BLUMETTI:  Objection.
2              THE WITNESS:  AJ, that's not at all what
3         I'm saying.  I'm simply saying that there
4         was -- seemed to be a lot of manic Tweets on a
5         lot of fronts.  Forgot about edges, a lot of
6         fronts.  And I just remember that tangentally
7         in the back of my head.
8   BY MS. DELGADO:
9         Q    And I want to make sure I heard you
10  correctly.  Did you say the Tweets appear to be
11  manic, M-A-N-I-C?
12        A    I remember flurries of -- of Tweets, yes.
13  And so, again, this isn't something I've gone back
14  and looked at, but I just have this impression in
15  the back of my head right now where it's -- you
16  asked me for causation, and I'm speculating again
17  because I was not the person who made that job.  And
18  it, again, pains me to say that because I've always
19  thought highly of you, but it's just -- you know,
20  that's certainly what I remember in the back of my
21  head.
22        Q    When you say "a flurry," in your
23  recollection how many Tweets do you recall there
24  being when you use the term flurry?
25        A    AJ, I would have no idea how many Tweets
```

*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1  there were.

2      Q    Do you recall it being a few, many, less

3  than a dozen, more than a dozen?

4          MS. HABBA:  Objection.  Form.

5          You can answer if you understand.

6          THE WITNESS:  Yeah, I remember it being,

7      you know, many, many, many.  And, again, I can

8      go back and look, it's just what I have in the

9      back of my head.  I have no firsthand knowledge

10     of why, I just remember flurries of -- of

11     Tweets, nonstop on lots of different subjects.

12 BY MS. DELGADO:

13     Q    I'm going to take you back to 2015.

14          Would you agree that I was an early

15 Trump supporter?

16          MR. BLUMETTI:  Objection to form.

17 BY MS. DELGADO:

18     Q    I'll rephrase it.

19          Was I what you consider an early

20 supporter of your father's candidacy?

21     A    Yes.

22     Q    Do you recall -- and I'm happy to throw it

23 up on the screen but again trying to keep things

24 moving.  Do you recall an article I wrote in praise

25 of your father being the nominee in October of 2015?



```
 1        A     No.

 2        Q     Okay.  Would you like me to show that?

 3              MS. HABBA:  Objection.  Form.

 4              THE WITNESS:  Not particularly.  I mean, I

 5        don't remember the article.  And I -- I have no

 6        reason to doubt you were, AJ.  I'm sure you

 7        wrote a beautiful article so...

 8   BY MS. DELGADO:

 9        Q     Do you recall many other pundits or

10   writers or activists at the time in 2015 advocating

11   for your father?

12        A     A small handful.

13        Q     Can you name any of them?

14        A     I'm just saying there was a -- there was a

15   small handful.  I wouldn't say it was a huge handful

16   in 2015 because I'm not even sure if he had

17   announced his candidacy at that point.  But, you

18   know, there was -- if you told me you wrote an

19   article in support, I'd say you were among -- among

20   the first if it was 2015.

21        Q     I'm going to show, if I can, let's see how

22   I manage this.  I'm going to show you another

23   article.  Hopefully this works.  Bear with me.

24              Okay.  I'm going to try to share this

25   screen.
```



*March 13, 2024 in re Delgado v Trump for President –
Deposition of Eric Trump*

1          Okay.  Are you able to see that in

2     the other -- there's another Zoom window that's my

3     computer which is also under Delgado.

4          Are you able to see that, Eric?

5     A    Yes, I see that.

6     Q    Okay.  And the headline -- it's a Village

7     Voice article and the headline is, "Why Donald

8     Trump's Best Defenders are Woman" by Meave

9     Gallagher, October 18, 2016; is that correct?

10    A    I see the article that you have up on the

11    screen.

12    Q    Okay.  Great.

13         I'm scrolling down to the paragraph

14    that begins, "Delgado has been" -- and I'm just

15    going to read that into the record and then ask you

16    about it.  Let me see if I can get it here.  Okay.

17    Better.

18         This is a quote from the article.

19    Quote, Delgado had been a vocal Trump advocate for

20    at least a year and joined Trump's team as a senior

21    adviser last month earning a special spot in his

22    campaign.  In contrast to working-class whites who

23    have buoyed Trump's candidacy from the start,

24    Delgado's a first-generation Cuban-American woman

25    who bears many of the marks of the cosmopolitan



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1   elite -- like her law degree from Harvard and

2   oft-mentioned dogs she rescues from shelters -- that

3   her inclusion is meant to court.  *Smart successful*

4   *Latinas love Donald Trump!  He can't possibly be*

5   *that bad,* unquote.

6                Do you agree with that sentiment?

7   A    I certainly like rescue dogs.  I have one

8   at home.  So yes, I agree with the -- AJ, I don't

9   know, it's an article from the Village Voice.  Do I

10  agree with it?  Do I agree that women were a great

11  voice for my father?  My wife, who I think you have

12  a lot of respect for, included, absolutely.  A lot

13  of -- a lot of women were incredible voices for my

14  father.  No doubt you were, I'm sure, at the

15  beginning of the campaign as well.

16  Q    Great.  And I'm sorry, that -- I can

17  appraise that better.

18               Do you agree with that particular

19  paragraph about me and the value it says I brought

20  to your father's campaign?

21  A    AJ, I don't know.  I mean, I don't -- I

22  don't know how to rate value the somebody brings to

23  a campaign.  I -- you know, it's -- you know, I

24  appreciate the fact that the Village Voice wrote a

25  nice article about you.

*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1      Q    So your answer is you don't know if you

2   agree with it?

3      A    AJ, I'm not saying that.  I'm not going to

4   parse through every word of a -- of a paragraph to

5   see whether or not I agree.  I mean, I'm sure you

6   were a wonderful voice, and you know I've always had

7   a really nice relationship with you when -- you

8   know, you and I -- again, I'm just not going to -- I

9   don't know how to rate somebody's -- you know, I

10  just don't know how to rate somebody as they pertain

11  to the Voice that they have for a specific campaign.

12  I'm not going to do that.

13     Q    Okay.  I don't want you to feel like I'm

14  asking you to rate me.  Let's keep it simple then.

15          Do you agree I bought value to your

16  father's campaign?

17          MS. HABBA:  Objection.  Asked and answered

18      many different times.

19          THE WITNESS:  AJ, you were a positive

20      voice for -- for my father -- yeah, at least in

21      the beginning.

22  BY MS. DELGADO:

23     Q    Would you agree that I was particularly

24  valuable as a Latina, given the comments your father

25  had made about the Hispanic immigration topics?



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1              MS. HABBA:  Objection.  Again, do you

2       mean -- just form and also asked and answered.

3              But are you asking in his opinion or what

4       in particular are you asking for?  If you can

5       just re-ask it?

6              MS. DELGADO:  I'm sorry, you have an echo.

7       Can you say that again?

8              MS. HABBA:  Is it his opinion?  You asking

9       for his father's opinion or the campaign's

10      opinion?

11             MS. DELGADO:  I never mentioned his

12      father.  I said would "you," he.

13             THE WITNESS:  AJ, I don't know.  I don't

14      know who's a positive voice.  I don't know

15      who's a negative voice.  I don't know.

16             I think that's -- I don't know.  I'm not

17      here to speculate on who was positive, who was

18      negative.  You know, but I don't know.

19  BY MS. DELGADO:

20      Q    To be sure I'm not asking you to

21  speculate.  Just do you feel I was a positive voice

22  or a valuable voice, I should say, I think was my

23  question.  Did I bring value of the campaign --

24                   (Simultaneous speakers)

25



*March 13, 2024 in re Delgado v Trump for President –
Deposition of Eric Trump*

1  BY MS. DELGADO:

2      Q    -- as a Latina?

3      A    Well, I mean, first of all you need to

4  narrow that down to a time period because I think

5  your voice certainly changed.  But AJ, I just don't

6  know.

7      Q    Fair enough.

8               I mean, during the campaign, during

9  the 2015, 2016 election.  I should have made that

10  clear.

11      A    Yeah.  AJ, I'm always very thankful for

12  somebody who goes out and fights for something I

13  believe in.  And I think you were doing that at the

14  time so, you know, I thank you for that.

15               You know, I don't know -- again, I

16  just don't know how to rate the value of somebody's

17  voice from, you know, what is that, nine years ago

18  today.  So I'm just not going to speculate.

19  BY MS. DELGADO:

20      Q    You knew who I was during the campaign; is

21  that correct?

22      A    Yeah, at some point in the campaign you

23  and I became acquaintances.

24      Q    Okay.

25                      (Exhibit 1 was marked for



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

```
1                      identification)
2     BY MS. DELGADO:
3          Q    Are you able to see that photo?
4          A    I am not, AJ.
5          Q    It says my screen sharing is paused.
6               MS. DELGADO:  Are you able to see it?
7               MS. HABBA:  No.  I cannot.
8               STENOGRAPHER:  We still see the article
9          you first had up on the screen.
10    BY MS. DELGADO:
11         Q    We will come back to that.
12                   What I was going to show you were
13    photos of us on election night, Eric.
14                   You recall my being in the war room
15    with you when -- do you recall me taking pictures
16    with you and Lara and your family?
17         A    AJ, I have no doubt you were -- you
18    were -- you were certainly -- you were certainly
19    there.
20         Q    Okay.  What conversations have you had
21    with your father about me?
22              MR. BLUMETTI:  Objection to form.
23              THE WITNESS:  None.
24    BY MS. DELGADO:
25         Q    Do you recall telling me in November of
```



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  2018 -- November of 2017, I'm sorry, that your

2  father was very happy, at your Thanksgiving family

3  dinner, that I was joining the PAC?

4      A    I'm so sorry, I think -- I thought you

5  meant meaning recently.  Within the last, you know,

6  several years, certainly none.  I -- I do not

7  remember saying that, but it -- it -- is that

8  possible?  It's possible.

9              I'm not sure if I -- you know, is it

10  possible?  Yeah, I didn't do a whole lot of work

11  with the PAC if really any, so I'm not sure how that

12  conversation really would have come up, but anything

13  is really possible these days, AJ.

14      Q    Okay.  So we were speaking about

15  conversations you've had with your father.

16              Do you recall any from the 2016, 2018

17  time period about me?

18      A    As I sit here now, I -- I don't, AJ.  It's

19  been -- it's been a lot of years since, you know --

20  it's -- as I said, this wasn't -- certainly wouldn't

21  have been my, you know, focus.

22      Q    Okay.  When did you find out that I was

23  pregnant?

24      A    AJ, I have no idea.  I'm sure at some

25  point, you told you.  I think we had kids around the



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1  same general time.  I had my son Luke, and I

2  remember your son's name because you used to send me

3  pictures, and I used to send you pictures of my son

4  Luke.  And I think it's one of kind of the -- the

5  things that formed our bond or friendship or, you

6  know, however you'd refer to it.

7       Q    So it was only after I had my son that you

8  were aware I was pregnant, I had been pregnant?

9       A    I'm not saying that, AJ.  I just -- I'm

10  not sure if I -- if I focus on every person that I

11  don't know all that well.  You know, I think our

12  relationship probably really developed in that time

13  period.

14             Did I know you were pregnant?  I'm

15  sure I could either know or see or -- that -- that

16  you were pregnant.  But I just -- sitting here

17  today, I have no idea when I found out that you were

18  pregnant.

19       Q    Do you recall your father having, whether

20  you personally witnessed or heard about it, any

21  reaction to the Tweets you mentioned earlier?

22       A    Be more specific and then I -- when you

23  say, the Tweets I referred to earlier, can you be

24  more specific?  I mean, you sent thousands of

25  Tweets.  No different than me or anybody else,

*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  right, people send thousands of Tweets.  When I'm

2  referring to Tweets I'm referring to general

3  collection.  Right.

4            I'm not sure what you're trying to

5  say, but I have zero recollection of my father

6  having any reaction.  Again, you certainly were not

7  a source of conversation between my father and I

8  that I remember sitting here today.

9            It's just -- it wasn't really what I

10  was doing.  Anything's possible AJ, I'm not -- I'm

11  not saying -- but...

12      Q    If I were to show you an e-mail from a

13  reporter that states that after your father learned

14  of the pregnancy he wanted Miller and I both out,

15  would that refresh your memory?

16         MR. BLUMETTI:  Objection to form.

17  BY MS. DELGADO:

18      Q    I'll just show the e-mail.  I'll withdraw

19  the question and just show the e-mail.

20            Are you familiar with Josh Dawsey,

21  Eric, Washington Post reporter Josh Dawsey?

22      A    I've heard the name.

23      Q    Okay, Eric.  Are you able to see that?

24      A    I see an e-mail from People Politico.

25      Q    Perfect, that's it.



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1      A    Of which I'm not on.

2      Q    Correct.

3      A    Yeah -- yes, I see that.

4      Q    Okay.  Thank you.

5           MS. DELGADO:  So I'm going to admit this

6      as Exhibit 2.

7                    (Exhibit 2 was marked for

8                     identification)

9   BY MS. DELGADO:

10     Q    This is an e-mail from Josh Dawsey who, at

11  the time, was at Politico.

12              And I want to quote you to the area

13  I've highlighted for you, and I'm going to quote

14  from it, quote, Trump became aware of the issue.

15  Trump was not happy, didn't want either of them

16  brought on, Jason Miller or AJ, unquote.

17              Does that help ring a bell to

18  anything you heard from your father.

19          MS. HABBA:  Excuse me.  Sorry, AJ, I just

20     have to object.  I don't know how authentic

21     this is.  Obviously, he wasn't on this e-mail.

22     He's not a recipient.  It wasn't directed to

23     him.  It doesn't appear that you are either.

24     Josh Dawsey's not here, but if Eric wants to

25     opine on it, feel free.



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

```
1              MS. DELGADO:  Yep.  We're not admitting

2        this as -- as evidence, it's just something to

3        refresh his recollection.  Your objection is

4        noted.

5              MS. HABBA:  Well --

6              THE WITNESS:  None of this refreshes any

7        recollection.

8   BY MS. DELGADO:

9        Q    Okay.

10              Let me share my screen.  Bear with

11   me.  Let's -- here we go.

12              Do you know of any steps that anyone,

13   be it your father, anyone at the campaign or anyone

14   at all took regarding my potential White House job?

15              MR. BLUMETTI:  Objection.  Asked and

16        answered.

17              THE WITNESS:  AJ, I do not.

18   BY MS. DELGADO:

19        Q    Okay.  Do you know of any steps anyone, be

20   it your father, anyone at that campaign, or anyone

21   at all took to speak to me about the pregnancy?

22        A    AJ, I feel like I'm a broken record.  I

23   don't.  I wasn't involved in that capacity in that

24   apparatus, nor would this have been my focus.  It

25   would be like me asking you about a golf course I
```



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

 1   was building in Scotland.  It's just not something I

 2   would focus on.  The answer is no.

 3       Q    Well, you hear of someone who you

 4   respected, as you said earlier, being pregnant --

 5   becoming pregnant, excuse me, on your father's

 6   campaign.

 7            That is not something you would have

 8   taken interest in?

 9            MS. HABBA:  Objection.  Form.

10   BY MS. DELGADO:

11       Q    Is that -- I'll rephrase it.

12            Is that something you would take an

13   interest in?

14       A    You know, AJ, I run a company that has

15   thousands of thousands of employees.  You know,

16   we're surrounded by a very big group.  I don't know

17   when you and I developed, you know, a friendship.  I

18   don't remember if it was then.  I think it was,

19   again, a little bit later on.  I certainly --

20   obviously, we were cordial.  I just -- I'm sure I

21   thought it was wonderful, and there's nothing that I

22   value more in life than kids as somebody who has two

23   young ones of my own.  I just sitting here today

24   don't remember the circumstance of which a pregnancy

25   of a person in an apparatus that I wasn't

1  controlling, I just -- I'm sorry, I just don't

2  remember.

3      Q    At what point did you hear, if any, that I

4  was not going into the White House?

5      A    I have no idea, AJ.

6      Q    Do you remember anyone from the national

7  campaign, and I mean 2015, 2016 campaign, who wanted

8  a White House job and did not go into the White

9  House?

10     A    Yeah.  Yeah, plenty.  One comes to mind,

11 Michael McKenna.

12     Q    Anyone else?

13     A    I'm sure there were many people who wanted

14 to be part of the -- the White House that did not

15 go.  I'm sure there was plenty.

16     Q    What is the policy at your organization if

17 an employee becomes pregnant -- are you aware of

18 your policy on that?

19          MS. HABBA:  Objection.

20          THE WITNESS:  We've got great maternity

21      leave programs, so on and so forth, yes.  In

22      fact, I have quite a few pregnant people in the

23      company right now.  It's a beautiful thing.

24 BY MS. DELGADO:

25     Q    What is your policy at the Trump



1   Organization if a supervisor has a sexual

2   involvement with a subordinate?

3           MS. HABBA:  Objection.

4           MR. BLUMETTI:  Relevance.

5           MS. HABBA:  Yeah, how is this relevant?

6   BY MS. DELGADO:

7       Q    You can answer.

8           MS. DELGADO:  Are you lodging any

9       relevance objections?

10          MS. HABBA:  Yes, I said objection.

11          THE WITNESS:  Yeah.  AJ, I don't know off

12      the top of my head.  I would have you ask

13      somebody in HR.

14  BY MS. DELGADO:

15      Q    Let's see.

16              In early -- remember it's earlier our

17  friendship developed.  In early October 2017, do you

18  recall you and I meeting in your office?

19      A    I remember you were in my -- I remember

20  you came up to, yeah, our office floor I think one

21  time, maybe two.

22      Q    What was the purpose of that meeting?

23      A    AJ, I don't remember at this point.

24      Q    You produced some documents yesterday that

25  were messages and an e-mail from you, which



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1  immediately proceeded that meeting.  Would it help

2  if I brought those up?

3      A    Yeah, you could.  I -- I didn't put a

4  whole lot of time into reading through all my old

5  stuff.

6      Q    Okay.  We'll circle back to that.  Let's

7  see.  Let me try and find that one and then share

8  the screen again.

9              Okay.  Share screen again.

10             Okay.  Eric, let me know that you can

11  see that?

12     A    Yes, I see that.

13     Q    Okay.  So this is -- I'll make this

14  Exhibit 3.  This is an e-mail from September 22,

15  2017, from you to me.

16                  (Exhibit 3 was marked for

17                   identification.)

18  BY MS. DELGADO:

19     Q    And now do you recall us meeting shortly

20  thereafter?

21     A    Yes.  This is in line with what I just

22  said.

23     Q    Okay.  Thank you.  I'm going to show

24  another one.

25             You produced this same -- you



*March 13, 2024 in re Delgado v Trump for President – Deposition of Eric Trump*

1    produced this same text exchange yesterday yourself.

2            MS. HABBA:  We did, yes.  He might not be

3        aware.

4    BY MS. DELGADO:

5        Q    Okay.  Are you able to see it, Eric?

6        A    Very cute baby.

7        Q    Thank you.  He was small back then.  He's

8    very big now.

9            October 12th you write, "I'm so glad

10   we got to connect, AJ.  Let's touch base tomorrow or

11   over the weekend."

12           And then October 16th you write, "I

13   got some insight into the thing we spoke about on

14   that lunch, but I'll call you later.  Hope the

15   little man is good."

16           And I respond, "Sure thing."

17           So it seems we met -- would it be

18   accurate to say, Eric, that we met sometime, it

19   seems like October 12, October 11?

20       A    I -- I don't know.  I mean, that sounds

21   like it would be somewhere around there.  That is

22   when we had -- yes.

23       Q    And now your recollection has been a

24   little bit refreshed, what was the purpose of that

25   meeting?  Why did I come to your office?

*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1        A    I'm not sure if I remember, you know, at

2   this point.  I think there was -- I think there was

3   some level of dispute.  And I think you reached out

4   to talk, right, that was the first e-mail that you

5   showed me a second ago.  And I said I'd be happy to

6   sit down with you because obviously you and I had

7   some level of -- of relationship.  But I'm -- that's

8   all I can conjure at this point.

9        Q    Fair enough.

10            Do you recall at that meeting your --

11   I don't want to put words in your mouth, so do you

12   recall at that meeting we discussed my prospective

13   lawsuit against the campaign?

14        MR. BLUMETTI:  Objection to form.

15   BY MS. DELGADO:

16        Q    I'll rephrase.

17            Do you recall at that meeting our

18   discussing a potential lawsuit about which the

19   campaign had been notified?

20        A    AJ, honestly I don't remember a whole lot

21   about that meeting.  It's -- it's very possible.

22   You know, maybe even probable.  But I just don't

23   remember much about that meeting, to tell you the

24   truth.

25



*March 13, 2024 in re Delgado v Trump for President - Deposition of Eric Trump*

1      Q    Do you recall your suggesting that instead

2    of the lawsuit I take a job with the pack or the

3    campaign?

4              MR. BLUMETTI:  Objection to form.

5              THE WITNESS:  No, I don't remember

6        suggesting that.

7    BY MS. DELGADO:

8      Q    Do you remember reaching out to Brad

9    Parscale about facilitating a job for me at the

10   pack?

11     A    I do.  I remember introducing you to Brad.

12   I remember you were really, it sounded light down

13   on -- on, you know, yourself and circumstances and

14   life.  And I remember obviously going back and forth

15   with you with pictures of our kids.  And, you know,

16   it -- I felt like you were hurting.  And I knew Brad

17   fairly well.  Brad, you know, worked for us for, you

18   know, a long time back in Trump world, being

19   pre-politics.

20              And I -- I definitely remember

21   suggesting that you speak to Brad and even probably

22   making that introduction to Brad to see if there was

23   a fit, you know, with the political organization he

24   was working with at the time.  But that's really all

25   I remember.



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1      Q    He was working for the PAC at the time

2    he -- American First PAC; is that correct?

3      A    I believe so, yes.

4      Q    Okay.  When you said you introduced me to

5    Brad, you're saying it was an introduction or did

6    you reach out to Brad about a job?

7          MS. HABBA:  Objection to form.

8          MR. BLUMETTI:  Objection to form.

9          MS. DELGADO:  I'll rephrase that.

10   BY MS. DELGADO:

11     Q    When you say "an introduction," what do

12   you mean by an introduction?

13     A    I remember you at some point, I think it's

14   in the text messages that we produced, but said

15   something along the lines of how you were

16   struggling, how you needed a job.  And, you know, I

17   knew Brad.  And obviously, you were in the political

18   sphere, and it's not really the world I work in, but

19   I -- I said AJ, why don't you -- why don't you speak

20   to Brad, maybe there's an opportunity, you know,

21   over there.

22                And I connected you.  And, you know,

23   I think you took it from there.  And you, I think,

24   got the job.  And, you know, the rest is -- you

25   know, the rest, I wouldn't -- I wouldn't know.



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1              At this point I wasn't working for
2   the PAC.  I never really had much interaction with
3   the PAC.  But I just remember making the
4   introduction to Brad and suggesting that when you
5   were telling me that you had -- you know, you needed
6   employment.
7        Q    Were you aware that I already knew Brad?
8             MR. BLUMETTI:  Objection to form.
9             THE WITNESS:  I don't -- I don't know
10        whether you did or not.  I knew Brad, and it
11        was a suggestion that I made because I know he
12        was a person who was well connected in the
13        political world, and I thought he might be able
14        to -- to help you in some way, shape, or form.
15  BY MS. DELGADO:
16        Q    So when you say you made an introduction,
17  do you mean a communication to both of us linking us
18  up?
19        A    AJ, I don't remember how I linked you up.
20  I remember, as I said before, you were down on luck
21  or telling me that you really needed a job.  And --
22  and I suggested you reaching out to Brad because
23  he's probably the person in the political sphere
24  that I knew the best.  And I believe you guys talked
25  about employment at the PAC that he was associated

*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1    with.  I don't even know how -- I don't know what he

2    was doing with the PAC at the time.  And I think you

3    ended up working there.

4                 And, you know, I'm glad that I was,

5    you know -- I'm able to help -- help you in that

6    role, make that connection.  But that's really

7    all -- all I remember.  I was trying to help out a

8    single mother with a young child who came to me, who

9    I had had respect for, by linking that person up

10   with another person I had respect for.  And those

11   two individuals took it from there, and I went back

12   to my day job, which is real estate.

13   BY MS. DELGADO:

14       Q    Did you ask Brad to give me a job?

15       A    No.  I made the connection with Brad.  I'm

16   not going to ask anybody in any organization that

17   I'm not affiliated with to -- to give somebody a

18   job.  That's not my decision to make.  That would be

19   like, you know, you asking me to give somebody a job

20   at the Trump Organization, an organization that you

21   have nothing to do with.  But I made the connection

22   and, you know, you clearly did something right.  You

23   guys hit it off and you got the job.

24       Q    Is there -- and I didn't see it in the

25   documents produced, and I certainly don't have it,



1    is there any documentation that what you were doing

2    was an introduction of two individuals?

3        A    I don't know because again, as I said, I

4    didn't focus a whole lot on it.  I just remember

5    very clearly that I suggested to you.  I think there

6    was a moment where you were -- I think I could see

7    the sadness in your eyes.  And again, the -- you

8    know, I'm just the guy who was trying to help a

9    person I consider -- considered, consider, you know,

10   however you want to, you know, refer to it.

11               Obviously, I think this is the first

12   time we've ever met in this kind of context, AJ.  I

13   think you've always had mutual respect for me and

14   I've always had a lot of mutual respect for you.

15               But, you know, it was -- it was my

16   attempt to try and help somebody who certainly felt

17   like needed help at that point.  And I made the

18   introduction and, you know, you took it from there

19   with Brad.  And -- and I was proud to see that it

20   worked out.

21       Q    Were you aware that at the time we met the

22   Trump Campaign, three months earlier in July of

23   2017, had filed an arbitration suit against me for

24   $1.5 million?

25       A    It's possible.  I don't think I could link



*March 13, 2024 in re Delgado v Trump for President –
Deposition of Eric Trump*

1   up that timing this many years later on something

2   that I was not all that involved in.  I mean,

3   clearly I was involved to a certain extent, you and

4   I met, I -- I just wouldn't be able to put the

5   timing together sitting here today.

6        Q    In our meeting in your office in October

7   2017, do you recall discussing, in fact it's

8   referenced in our Twitter messages prior, do you

9   recall discussing the mediation with the Trump

10  Campaign and the settlement?

11            MR. BLUMETTI:  Objection.  Form.

12            THE WITNESS:  AJ --

13                    (Simultaneous speakers)

14            MS. DELGADO:  I'll rephrase.

15  BY MS. DELGADO:

16       Q    Do you recall discussing anything about a

17  lawsuit of mine against the campaign?

18            MS. HABBA:  Just a warning not to divulge

19       anything that would be privileged.

20            THE WITNESS:  AJ, it's very possible.

21       And -- and I'm sure we discussed it.  I mean,

22       clearly you were showing me -- you were showing

23       me pictures of your son.  And I -- clearly you

24       were telling me the circumstances of -- of your

25       life so I'm sure that's -- that's possible



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1           that, you know, a lawsuit was -- was discussed.

2               I imagine you certainly told me about

3           that.  I mean, yes.  I would imagine you would

4           have told me about a lawsuit that you were

5           considering or that you filed or something

6           along those lines.  I think that's when I

7           became involved with, frankly, this.

8      BY MS. DELGADO:

9           Q    Right.  I believe that's what you

10     referenced in the e-mail I showed earlier, the

11     September e-mail where you said I was represented by

12     counsel; is that correct?  Would that be correct to

13     say?  The counsel we're referring to is the counsel

14     who was representing me in the potential lawsuit

15     against the campaign; would that be correct?

16              MS. HABBA:  Objection.  Form.

17              THE WITNESS:  It's very possible.  I mean,

18          I would assume that's correct.  I just don't

19          know sitting here right now.

20     BY MS. DELGADO:

21          Q    Do you recall telling me during that

22     meeting that if I went forward with the lawsuit that

23     we -- which I don't pretend to know what "we"

24     referenced, we would embroil you in years of

25     litigation; do you recall that?



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

```
1              MR. BLUMETTI:  Objection.

2              THE WITNESS:  AJ, that's, first of all,

3         something I don't think I would say.  And

4         second of all, I -- I don't think that was

5         probably the basis of our conversation, which I

6         think was super friendly taking about kids and

7         talking about life.  It's -- that doesn't sound

8         like me.

9    BY MS. DELGADO:

10        Q    Were you trying to convince me to drop the

11   lawsuit in exchange for a job with the PAC or the

12   campaign?

13             MR. BLUMETTI:  Objection.  Form.

14             THE WITNESS:  No.  AJ, I really don't

15        believe I was.

16   BY MS. DELGADO:

17        Q    So you were just meeting with me -- it's

18   your testimony here today that you were just meeting

19   with me to do a good deed towards a single mother?

20        A    Listen, I think I get roped into a lot of

21   things but, you know, you, and I had a nice

22   relationship.  I obviously, knew Larry Rosen who was

23   handling, you know, this case and -- and obviously,

24   you reached out in that e-mail that you showed me

25   here.  And, you know, if I can -- if I can help
```



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1    people, if I can help resolve things, I like to try

2    and do that.

3              So, I mean, I think that was the

4    general context of -- of that meeting.  And, I mean,

5    I think I was successful.  I mean, I tried to be a

6    good friend to you and I think I was a good friend

7    to you.  And, you know, one of the messages I saw

8    briefly as I was reading through, it was actually

9    you thanking me for -- for caring and listening,

10   having a shoulder.  And I think you were super

11   appreciative of that at that time.

12             It's actually frankly, a little

13   disappointing to sit here now as a person who really

14   tried, including later on.  I mean, I remember there

15   was one time where you wanted to go to the White

16   House Christmas party and, you know, didn't get an

17   invitation.  You called me and you were super upset.

18   And I think I gave you one of my personal, you know,

19   family invites so you could bring William.

20             I mean, I -- AJ, I worked hard to

21   really try -- I tried to do the right thing by you.

22   I tried to do the right thing but, you know, a

23   person who I could clearly tell was -- was, you know

24   hurting.  You know, I tried to be a good friend to

25   you.



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1    Q    Speaking of that White House Christmas

2    invite, Eric, do you recall what led to that was

3    that Jason Miller was constantly photographed at the

4    White House, and I brought that to your attention?

5    A    That's probably right, AJ.  I think -- I

6    think that's probably the basis for which you were

7    upset that, you know, Jason had attended one.  And

8    obviously, he was, you know, big in the political

9    scenes in Washington, D.C.  And -- and that's why I

10   think I gave you one of, if I remember correctly --

11   again, I have to go back and job my memory because I

12   haven't thought about this in years.  I think Lara

13   and I invited you as our personal guest.  I think

14   you were super appreciative of that.

15          I remember you giving me a hug and

16   telling me how much that meant to you.  And so I

17   tried in a lot of ways, AJ, to be a -- a good

18   friend.  And then -- you and I didn't know each

19   other that well, but I -- I -- you know, I like

20   trying to do the right thing.

21   Q    I want to show you an e-mail, Eric.  It's

22   an e-mail stream, and I'm going to share the screen

23   again.  Hoping it works.

24          That's not it.  Hang on.

25          Okay.  Let me know if you're able to



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1    see this.

2                    Can everyone see it?

3             MS. HABBA:  Yeah.

4             MS. DELGADO:  Okay.  Thank you.

5    BY MS. DELGADO:

6        Q    Okay Eric, this is an e-mail from you

7    dated January 23, 2018.  If you want to take a

8    moment to read it over.  It's to Larry Rosen.

9                    Who is Larry Rosen?

10       A    Larry Rosen was an attorney.

11       Q    From whom?

12       A    I don't know what parties Larry

13   represented at this point.

14       Q    Well, why were you e-mailing him?

15       A    I think because you obviously brought

16   something to my attention.  I mean, look at that

17   first line.  "Hi Larry, I have cc'd AJ.  Neither of

18   us realized this was still ongoing."

19                    I don't even know what I'm referring

20   to now.  That might have been the lawsuit.

21                    "AJ indicated the same."  Why don't

22   you -- or I guess AAA, I just reading this for the

23   first time, "Why don't you pull together all

24   necessary paperwork necessary to dismiss the AAA."

25                    I think -- AJ, you can tell me if



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  this is correct.  Wasn't there an arbitration filed

2  against you, and I was trying to help it get

3  dismissed clearly?

4       Q    I'm sorry, your question -- is that what

5  this e-mail shows?

6       A    I mean, I think reading this, that's what

7  it said.  "Neither of us," referring to you and I,

8  "realized this was still ongoing.  Why don't you

9  pull together the necessary paperwork necessary to

10 dismiss AAA."  Which was the -- I think it's he

11 arbitration against you.

12            So -- what do you need?  I think I

13 was trying to -- to, you know, help facilitate

14 something that would have been positive for -- for

15 you.

16      Q    When you -- when you said something that

17 would have been positive for me, you referenced a

18 signed letter or a waiver.  What do you mean by

19 that?

20      A    I don't know sitting here today, AJ.

21      Q    Weren't you referring to a waiver, meaning

22 I release the campaign from claims I have against

23 it?

24            MR. BLUMETTI:  Objection to form.

25            MS. DELGADO:  Let me rephrase.



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1  BY MS. DELGADO:

2      Q    When you write, What do they mean, just a

3  signed letter/waiver from both of us?

4              Does letter slash waiver mean a

5  waiver of claims by AJ Delgado?

6      A    I don't know AJ.  I mean, that's very

7  possible.  Most of the time when you release a

8  lawsuit you -- you do mutual releases.  Right.  I

9  mean that's pretty typical in the legal world.  But,

10 you know, this is from, what, 2017, 2018.  I just

11 don't remember at this point.

12     Q    Mr. Rosen replies, I've scrolled up.  And

13 confirms that, "Yes, Eric, you're correct.  And

14 there is still a pending AAA arbitration that the

15 Trump Campaign filed."

16     A    Well, AJ, I think you're making my point.

17 Clearly if he's telling us there is an -- yes.

18 There is still an active arbitration.  That kind of

19 eludes to how little I knew about this because

20 clearly I didn't know much about the arbitration.

21 It's consistent with the first sentence of the last

22 e-mail, if you scroll down where it's you and I --

23 AJ and I didn't know anything about this.  Neither

24 of us realized it was still ongoing.

25              So I -- I think it probably shows my



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1   lack of knowledge and involvement in that situation.

2      Q    Eric, aren't you speaking for me in that

3   e-mail when say "Neither of us realized this was

4   still ongoing"?

5      A    Clearly, I'm saying that neither of us

6   realized this was still ongoing.  Yes.

7      Q    What was your basis for thinking that

8   neither of us realized this was still ongoing?

9      A    I have no idea sitting here today.

10     Q    Okay.  And I respond, and if you'd like to

11  take a minute to read it, please do, so that I don't

12  unfairly characterize it.  But please read it and

13  let me know if my description that I respond

14  politely declining to release the campaign of claims

15  is correct?

16          MR. BLUMETTI:  Objection to form.

17          MS. DELGADO:  I'll rephrase it.

18  BY MS. DELGADO:

19     Q    Eric, take a minute to read it, please.

20     A    I got it.

21     Q    Great.  Thank you.

22          Scroll down.

23     A    Yep, no, I have the whole thing.  I

24  understand.

25     Q    Okay.



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1        A    I have a sense of this e-mail.

2        Q    Is it correct to say I'm declining to

3   release the campaign?

4        A    I don't know.  That's a great question

5   for -- for you.  What's interesting to me is the

6   first sentence if you scroll up please, "I'm

7   replying to you directly, as I prefer not to

8   communicate with Mr. Rosen directly."

9              You obviously sought my friendship

10  here.  You and I had a nice relationship.  And you

11  didn't want to communicate with the person who was

12  handling the matter so you asked me to help.  I

13  mean, you know, AJ, it's a great example of no good

14  deed in this world goes unpunished.  I mean, here I

15  am sitting through a deposition because you reached

16  out to me for help.

17       Q    That's not an answer to my question.  Can

18  I rephrase or resubmit the question then?

19              The question was:  Is it a correct

20  characterization of my e-mail that I am declining to

21  sign a release?

22            MS. HABBA:  Objection to form.

23                  (Technical interruption.)

24            MS. HABBA:  Can you just rephrase the

25       question?



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

```
 1            MS. DELGADO:  Sure.
 2    BY MS. DELGADO:
 3        Q    Eric, in the e-mail am I declining to sign
 4    a release?
 5        A    AJ, I'm not going to interpret your
 6    e-mails.  Your e-mails say whatever they say.  I
 7    don't -- it's -- I mean, it -- you know, somebody
 8    else can interpret your e-mails.  It's just -- it's
 9    not -- it's not my job to sit here and read what
10    your words meant to -- to you or try and decipher
11    this message to me.
12        Q    I'm going to show you the offer letter I
13    received from the PAC.  This is a new share.
14            STENOGRAPHER:  Did you want to mark that
15        e-mail --
16            MS. DELGADO:  I think we are on 3 or 4.
17            STENOGRAPHER:  Let me double check.  I.
18            STENOGRAPHER:  Think I might have
19        skipped --
20            MS. DELGADO:  Okay.
21            MS. HABBA:  I don't think she admitted the
22        last exhibit into evidence, if it was supposed
23        to be admitted.
24            STENOGRAPHER:  This -- this will be 4.
25            MS. DELGADO:  The one prior should have
```



1          been the text exchange.

2              STENOGRAPHER:  Do you want to make that

3          one 4 and this one 5?

4              MS. DELGADO:  Let's make that 4.  Then 5

5          would be the e-mail exchange, which is a 3-part

6          e-mail.

7                          (Exhibit 4 was marked for

8                          identification)

9                          (Exhibit 5 was marked for

10                         identification)

11                         (Exhibit 6 was marked for

12                         identification)

13    BY MS. DELGADO:

14        Q    And then the most recent would be this

15    one, which I believe I'm going to share now.

16              Okay.  Are you able to see an America

17    First policies letter?

18        A    I see, yes.

19        Q    If you scroll down to the second

20    photograph do you see the start date is January

21    1st, 2018?

22        A    Yes, I do.

23        Q    So going back to the exhibit we just

24    discussed.  You e-mailed me about putting together

25    the necessary paperwork for a signed letter waiver



1  on January 23, 2018; is that correct?

2      A    Excuse me.  Can you rephrase that.

3      Q    Yes.  I'm sorry.

4           Going back to the e-mail we were

5  discussing now where you e-mailed Larry Rosen and

6  copied me, is it correct that the date on that is

7  January 23, 2018?

8           MR. BLUMETTI:  Objection.  The document

9      speaks for itself.

10          THE WITNESS:  Yeah, if you tell me it is,

11     I don't know.  I don't have it in front of me.

12 BY MS. DELGADO:

13     Q    So is it correct to say that three weeks

14 after my America First policies start date, you

15 contacted me about signing a release of the

16 campaign?

17          MR. BLUMETTI:  Objection to form.

18          THE WITNESS:  I think that e-mail actually

19     very clearly showed that you contacted me, not

20     the opposite way around.  The -- the e-mail was

21     very clear that you contacted me.

22                (Simultaneous speakers)

23          THE WITNESS:  And I -- I specifically

24     said, I did not want to reach out to you, even

25     despite our friendship, because you were



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1    represented by counsel.  And then the second

2    e-mail you specifically wrote, "I don't want to

3    speak to Larry Rosen because he filed an

4    arbitration against me, which is why I'm

5    contacting you directly."

6        AJ, let's be very clear, I never reached

7    out to you.  You reached out to me.  And from

8    the last two e-mails that you sent, it shows

9    that you reached out to me twice.

10  BY MS. DELGADO:

11    Q    Eric, I understand your position.  I don't

12  understand where -- I understand what you're saying.

13  I don't see where the documents reflect what you're

14  saying.  I'm trying to make sure I understand you.

15          Is it your position that the

16  January 23, 2018, e-mail that you sent to Larry

17  Rosen and copied me, that I have reached out to you?

18    MS. HABBA:  Asked and answered.

19    Objection.

20    THE WITNESS:  Go back and look at the

21    first two e-mails that we went through in this

22    deposition.  In both cases, you had reached out

23    to me, not vice versa.

24  BY MS. DELGADO:

25    Q    Which two e-mails are you referring to?



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1       A    The first one where clearly you asked for

2    a meeting and I said I wasn't -- I did want to call

3    you because you were represented by counsel.  I did

4    not want to reach out because you were represented

5    by counsel.  I was explaining why I didn't reach

6    out.

7                And, you know, obviously, the second

8    one where you e-mailed me and say that you didn't

9    want to speak to the person directly handling the

10   matter personally, and that's the reason you were

11   reaching out to me directly.  That's the last e-mail

12   you showed me.

13      Q    Right.  That's a reply all to the e-mail

14   stream you initiated; correct?  And I'm merely

15   removing Mr. Rosen from the reply that you

16   initiated?

17           MS. HABBA:  Objection.  I think it's a

18      mischaracterization.  Can we just agree that

19      the exhibits say -- that exhibits say that --

20      his testimony is clear, and it's been asked and

21      answered several times.

22           MS. DELGADO:  I'm just trying to make sure

23      there is a document he's recalling or something

24      he's seen that I'm not aware of on the screen.

25           THE WITNESS:  AJ, I'm just simply reading

*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

```
 1        the words from -- from the e-mails you showed

 2        me before.  But how can I answer your question

 3        as it pertains to this document?

 4   BY MS. DELGADO:

 5        Q    The question I believe, which is still

 6   unanswered, and the court reporter can correct me if

 7   you did answer it is:  Is it correct that three

 8   weeks after my start date with the PAC you sent me

 9   an e-mail about signing a waiver?

10        A    I don't know how the dates line up.  I --

11   I would not know that sitting here today.

12        Q    There on your screen, if you'd like to

13   take a minute, I can share that America First letter

14   again.

15             MS. HABBA:  But we can only see the

16        America First letter.  I think you're speaking

17        about the prior exhibit, so you would have to

18        pull that.

19   BY MS. DELGADO:

20        Q    Okay.  The America First letter, Eric,

21   is -- and again, I think this is already asked and

22   answered, but just to help them along, if you're

23   able to see the America First letter the start date

24   is January 1st; correct?

25        A    I don't know because it's --
```



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  January 1st, 2018, yes.

2       Q    Correct.  Okay.  And then I'm going to do

3  a resume share of the earlier exhibit.  Hopefully

4  that -- this works.

5       A    AJ, the dates speak for themselves.

6  Whatever the dates are, they are.  I'm not in a

7  position sitting at my desk having no context to any

8  of this, not having been involved in most of this to

9  try and line up dates for something that happened

10 seven years ago.

11                So the dates --

12                    (Simultaneous speakers)

13 BY MS. DELGADO:

14      Q    And you have no communication -- I'm

15 sorry.  Go ahead.

16      A    The dates are what they are.

17      Q    Correct.  Exit.

18                Did you have -- were you

19 disappointed, Eric, that I didn't sign the release?

20           MR. BLUMETTI:  Objection to form.

21           THE WITNESS:  I don't even remember what

22      this release is at this point, AJ.  I mean, I

23      could go back and maybe try to cobble it

24      together, but I have no idea if I was

25      disappointed, if I was happy.



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1          I mean, there it seems like the

2          introduction I made to Brad got you a job where

3          you were making $15,000 a month.  That's --

4          that's awfully good.  You know, you should --

5          you should have been proud of that.

6          But I have no idea about these releases.

7          And it's interesting that you were -- I would

8          think that an ordinary person would ask you to

9          sign a release before you started employment,

10         not after you started employment, but I don't

11         know, maybe that's just conventional business

12         thinking.

13   BY MS. DELGADO:

14       Q    Sorry.  The release was against the

15   campaign, and I started working for the PAC.  Are

16   you aware of that?

17       A    I'm -- I'm aware that you started working

18   for the PAC, yes.

19       Q    Why then do you say I should have

20   addressed signing a release of the campaign's

21   liability or potential liability before starting

22   with the PAC?

23       A    No.  I think before in your last question,

24   you were trying to link the two together.  And I --

25   I just -- I'm not seeing how something you did, you



1   started an employment subsequent has anything to do

2   with something that was asked for later.  But

3   that's -- I think where you were trying to go where

4   that question.  I just wasn't understanding it.

5       Q    Do you understand that after I started

6   working for the PAC I was asked to release the

7   campaign from liability?

8       A    Well, based on an e-mail, and I'd actually

9   appreciate it if you pulled it back up, it seems to

10  suggest that there was an active arbitration

11  ongoing.

12      Q    Right.

13      A    Right.

14      Q    Against the campaign.

15      A    Against the campaign of which neither of

16  us realized still existed; correct?  Isn't that what

17  it said?

18      Q    It says that you speak for me there.  That

19  is what it says.  That is what you wrote.  Correct?

20      A    I certainly didn't realize it was ongoing

21  because I said neither of us, but if I'm just

22  speaking for myself, I didn't realize it was

23  ongoing.  And clearly Larry asked then ordered to

24  release a lawsuit that he was involved in that -- or

25  maybe even spearheading a man that you wouldn't talk

1  to, which is the reason you came to me, he asked for

2  mutual releases, which I think is what any lawyer,

3  including yourself, would -- would do when you --

4  when you release parties from -- from suit.  I mean,

5  that seems completely logical.

6      Q    Eric, isn't it true that you waited until

7  I had started my job with the PAC to ask me to

8  release the campaign of my potential or existing

9  claims against it?

10         MR. BLUMETTI:  Objection to form.

11         THE WITNESS:  It's not true, and that's

12      exactly contrary to what the e-mails suggest

13      there.  The e-mail right there says that I

14      didn't even know about the -- the suit.

15         I mean, that's crystal clear from the

16      first line of that text.

17  BY MS. DELGADO:

18      Q    Well, that's what you write but is that,

19  in fact, what you knew?

20      A    AJ, this is just pure silliness.  Yes.

21  That's in fact what I knew.  I really tried to help

22  make an introduction that landed you a job that was

23  paying you $15,000 a month.  And I'm proud of that.

24  And you were super happy with the new form of

25  employment.



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1              You came to me because apparently

2    there was some kind of arbitration or something

3    against you.  And I tried to resolve that, as well,

4    as a friend.  And here I am being deposed for it.

5    It's -- it's actually wrong, but...

6        Q    So it's correct to say that I declined to

7    sign the release; is that your understanding?

8              MS. HABBA:  Objection.  Asked and

9         answered.

10             Move forward, please.

11             MS. DELGADO:  I was jut trying to bring it

12        back.  He did already answer --

13                  (Simultaneous speakers)

14             THE WITNESS:  AJ, AJ, I have no idea what

15        you signed and what you didn't sign.  Just,

16        yeah.

17   BY MS. DELGADO:

18       Q    I sent you an e-mail stating that I would

19   not sign a release, which is the exhibit that we

20   just looked at; correct?

21       A    And I have no idea what happened in the --

22   in the aftermath.  I just don't know, I wasn't

23   involved.

24       Q    Did you send any written communication

25   after that expressing that you were disappointed



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1   that I had not signed the release?

2        A    AJ, I have no idea.

3        Q    Okay.  We can come back to that because

4   the sharing the screen is slowing things down.

5             MS. HABBA:  Objection.  We provided you

6        production --

7             MS. DELGADO:  Sorry?

8             MS. HABBA:  We provided you production

9        based on the terms you asked so you have a full

10       production.

11            MS. DELGADO:  I'm sorry, you what?

12       There's such an echo.

13            MS. HABBA:  You received production for

14       any documents that we went through that you

15       requested so you have anything that would have

16       been related to the search terms, et cetera,

17       that you asked for.

18            I'm not sure why you would ask Eric that

19       question.  The attorneys gave you the

20       production yesterday.  But let's move it along.

21                     (Simultaneous speakers)

22            MS. DELGADO:  I don't understand what the

23       objection is?

24            MS. HABBA:  He already acknowledged that

25       we gave him -- you the production yesterday.



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1         Look at the production.

2             MS. DELGADO:  Irrelevant what was -- I'm

3         not asking what's in the production.  I'm

4         asking him did he send any written

5         communication to me stating he was disappointed

6         that I had not signed the release?

7             MS. HABBA:  That would be part of the

8         production.

9             MS. DELGADO:  I'm not asking you to answer

10        for him.  You're answering for him.  I'm asking

11        him.  I'm not asking about the production --

12                  (Simultaneous speakers)

13   BY MS. DELGADO:

14        Q    I'm asking him if he said that.

15                  Eric, do you have an answer?

16        A    I think I already answered.  I -- I don't

17   remember every e-mail that went back and forth

18   between us, AJ.  Respectfully, this was probably the

19   least important thing I was doing on a given day.  I

20   was trying to help -- I was trying to help a friend

21   and clearly that backfired.

22        Q    Were you trying to help me or were you

23   trying to help your father's campaign?

24        A    AJ, I was -- I was clearly trying to --

25   you know, I was trying to help you solve something.



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1    When I saw the pain in your eyes, I was trying to --

2    I tried to make an introduction to somebody who was

3    a, you know, friend of mine but I have no direct

4    affiliation with -- you know, I ended up getting you

5    a job.  I'm proud of that.

6              You expressed how happy you were.

7    You expressed how that helped you get back on your

8    feet.  That made me feel good inside.  And then you

9    came to me to try to help you resolve apparently --

10   and again, I'm really just seeing this in

11   arbitration that was filed against you because you

12   wouldn't speak to the parties that were handling it

13   directly, so you asked me to get involved.  And --

14   and I, once again, tried to help.

15             That was generally my role.

16   Q    Okay.  Would you -- is it accurate to say

17   that you and Brad Parscale had a very good

18   relationship?

19   A    I knew Brad -- I knew Brad well, yes.

20   Q    In fact, Brad had come into the Trump

21   Campaign due to his work with you on designing

22   websites for the Trump Organization; correct?

23   A    It's why I felt comfortable reaching out

24   to him and -- and putting you in touch with him

25   directly when you expressed to me that you



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  desperately needed a job, yes.

2      Q    So if you told Brad, Hey, give AJ a job or

3  words to that effect, is it safe to say Brad would

4  do so?

5      A    No one would do that AJ, you know.  If my

6  closest friend would say hey, give X, Y and Z a job

7  at the Trump Organization, and unless that person,

8  you know, really impressed me in some way, shape or

9  form or could add a lot of value, I -- I wouldn't do

10  it.

11            I made the introduction, and you got

12  the job on your own.  And after I made the

13  introduction, I'm not sure if I even ever had

14  anything do with it again.

15      Q    I want to show you a -- I'm gong to try to

16  share the screen, we'll come back if I can't.  I

17  want to show you a termination letter which was just

18  an e-mail.  Let me -- I shouldn't call it a letter.

19            This is -- and please, Eric, let me

20  know if you can't see that.

21         MS. DELGADO:  Or Jared and Ms. Habba, let

22      me know.

23         MS. HABBA:  I got it.

24  BY MS. DELGADO:

25      Q    Okay.  This is a termination letter or



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1    e-mail that I received on April 27, 2018.  I'll give

2    you a minute to read it.  At 6:00 p.m., Friday.  And

3    as you can see it's from Brian Walsh who was not

4    running the PAC.  I'll give you a second to read it.

5        A    I got it.  I can read it.

6        Q    Okay.  So is -- is it correct to say it

7    doesn't give a reason for the termination other than

8    it's not working out and we are moving in another

9    direction?

10       A    I mean, it -- scroll down.

11       Q    Sure.  Yeah, there's -- in the first

12   paragraph, I should rephrase that.

13       A    Keep -- yeah, I don't know.  I'm not going

14   to try and, AJ, decipher a -- an outside

15   organization's employment letters to their employees

16   terminating them or I -- that's not my job.  You

17   could ask whoever's on this is that -- is that -- is

18   Brad -- whoever's on here, you can ask them that

19   question.  But I -- I don't know how to deceiver

20   somebody else's letter.

21       Q    Fair enough.

22            Given the date, which I'm informing

23   you is April 27, would you say that's a little over

24   90 days after the e-mail you sent me asking to sign

25   the release and my declining to sign the release?

*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

```
 1        A    I mean, it seems like it was 90 days after
 2   whatever that release is.  Sure.
 3        Q    Were you, at the time, aware or did anyone
 4   inform you that certain states' laws establish a
 5   presumption of retaliation when it's 90 days or less
 6   that an employee is terminated after making a
 7   complaint?
 8             MR. BLUMETTI:  Objection to form.  Calls
 9        for a legal conclusion.
10   BY MS. DELGADO:
11        Q    I'm just asking what you're aware of.
12        A    AJ, I'm not aware of really much of this
13   at all.
14        Q    So your position is that it was -- it was
15   a coincidence, or do you have any position?
16             MR. BLUMETTI:  Objection.
17             THE WITNESS:  AJ, I do not --
18   BY MS. DELGADO:
19        Q    Huh?
20        A    America First fired you.  You'd have to
21   ask them that question.  I run a real estate
22   company.  I have no idea.
23        Q    Correct, Eric.  But it was you who
24   e-mailed me asking me to sign a release.  That's why
25   this question is being posed to you.  Because 99
```



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1    days, so just over that 90-day magic marker period

2    that I declined your request, I was suddenly fired

3    from America First.  That's why the question is

4    being posed to you.

5            MS. HABBA:  Objection.

6    BY MS. DELGADO:

7        Q    So your position is --

8            MS. DELGADO:  Was there an objection?

9            MS. HABBA:  Yeah, that's not a question.

10        It's argumentative.

11            MS. DELGADO:  I'm explaining to him why

12        it's being asked of him.

13            MS. HABBA:  Please, just ask the question.

14    BY MS. DELGADO:

15        Q    Is it your position that it was a

16    coincidence that I was terminated just over 90 days

17    after you asked me to sign a release and I declined?

18            MR. BLUMETTI:  Objection to form.

19            THE WITNESS:  AJ, I do not know why you

20        were fired from America First.  Believe me, I'm

21        not the type of person who wants to introduce

22        two people only to see them get fired 90 days

23        later.

24            You know, frankly, it's a stain on -- on

25        me.  You know, if you want to ask why you were

```
 1        fired from the job, ask Brian or somebody who
 2        knows the first thing about America First
 3        policies because I certainly don't.
 4  BY MS. DELGADO:
 5        Q    Given our text messages, which you
 6  produced right after my firing, wouldn't you have
 7  inquired what the reason was?
 8             MS. HABBA:  Objection to form.
 9             THE WITNESS:  Why would I inquire?  AJ,
10        it's none of my damn business.  Why would I ask
11        you, AJ, can you please tell me why you were
12        fired?  This is -- this -- it doesn't sound
13        like something I would do.  Maybe you shared
14        that on your own, but I wasn't involved in the
15        PAC.
16  BY MS. DELGADO:
17        Q    I think you understood my question to mean
18  you would have inquired of me.  Let me pose it again
19  differently.
20             Would you have inquired of anyone in
21  the know, be it at the PAC or Brad, why I was fired?
22        A    I don't believe I ever did, AJ.
23        Q    Okay.  But your privilege log shows that
24  you were contacting an attorney when you and I were
25  texting about my being fired?
```



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1          MS. HABBA:  Objection.  Privilege.

2   BY MS. DELGADO:

3       Q    I'm not asking for content of the

4   communications.

5          MS. HABBA:  What is the question?

6                    (Simultaneous speakers)

7          THE WITNESS:  I contact attorneys all the

8       time.  What -- what are you -- I'm not sure.  I

9       mean, half my job is working with attorneys on

10      real estate and other things.

11         What are you referring to?  I have no

12      idea, AJ.

13  BY MS. DELGADO:

14      Q    I'll bring up the privilege log.

15                    (Exhibit 7 was marked for

16                    identification)

17  BY MS. DELGADO:

18      Q    Okay.  I'm going to share the privilege

19  log you produced yesterday or your -- your attorney

20  produced.

21          Eric, if you're able to see -- if you

22  look, you are contacting Larry Rosen about me,

23  otherwise it would not be on this privilege log,

24  with the subject line, "This work?"

25         MS. HABBA:  Again, what's the question,



1      whether he did it?

2            MS. DELGADO:  Yes.  Sure.  Let's start

3      there.  Sure.

4            MS. HABBA:  This is -- I'm just going to

5      state a general objection.  The reason there is

6      a privilege log is because my client is not to

7      testify or be asked about the priveledged

8      communications.

9            And I'm going to direct him not to answer.

10           Let's move on.

11           MS. DELGADO:  Oh, no, I'm not asking him

12     what was discussed or the content of

13     communications.  I'm certainly allowed to ask

14     him about what's on the privilege log.  The log

15     itself is not privileged.

16           MS. HABBA:  What rule is that?

17  BY MS. DELGADO:

18     Q    So the question was:  Were you

19  communicating with your attorney?  Obviously, do not

20  tell me what the content of that communication was,

21  but were you communicating with an attorney, as

22  stated on your privilege log on April 30th, 2018?

23     A    AJ, I have no idea who I was communicating

24  with on April 1st of 2018.

25     Q    It's April 30th, if you look at your



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1    screen?

2         A    April 30th; I have no idea.

3              MS. HABBA:  I'm happy to stipulate that

4         the privilege log speaks for itself.

5    BY MS. DELGADO:

6         Q    Who is Larry Rosen?

7                   Again, I believe I asked you earlier,

8    but I'm not sure if you answered.

9         A    Larry Rosen's an attorney.

10        Q    Who is he the attorney for?

11             MS. HABBA:  Objection.

12             THE WITNESS:  AJ, I have no idea as it

13        pertains to you.  Larry has had many

14        representations over the years.

15   BY MS. DELGADO:

16        Q    Was he your attorney?

17             MS. HABBA:  I'm going to object to this.

18        AJ, if it's priveledged, that means that

19        there was a capacity as an attorney for Mr.

20        Trump.  There is -- Larry Rosen, as is

21        publically filed, was a representative of the

22        Trump Organization and several people through

23        his tenure with -- and still, frankly, so it's

24        not relatable to this case.  Even if it is,

25        it's priveledged.  We've mark it priveledged



*March 13, 2024 in re Delgado v Trump for President - Deposition of Eric Trump*

1    because it is priveledged.

2        If you have a question about the privilege

3    log, we can address it outside of the

4    deposition.

5        MS. DELGADO:  Actually, this brings up an

6    issue.  Your privilege log is incorrect.  Under

7    the rules for this privilege log, I believe

8    it's the Southern Direct of New York rules,

9    you're supposed to list, if it's readily

10   apparent on the document, the relationship

11   and/or capacity of the attorney listed.  To

12   exactly avoid this situation where as an

13   attorney your privilege log fails to specify

14   whose attorney is he.

15       That's just an e-mail address.  Is that an

16   attorney?  Whose attorney was he?  The

17   privilege log by the rules needed to state

18   that.

19       I'm trying to ask that now.

20       MS. HABBA:  Okay.  So that's an attorney

21   question that you and I can handle outside of

22   this deposition.  As you see there was

23   privilege -- this is the standard form that

24   we've used in many cases.  This is not our

25   first rodeo.  The privilege states that it's an



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1     attorney/client communication, attorney work

2     product.

3         Clearly, there was an attorney/client

4     communication, which advised that Mr Rosen did

5     have that relationship, which is why it's

6     privileged.  If you'd like to make an objection

7     to our discovery, I'm happy to do so outside of

8     this deposition, but I recommend with the

9     witness here that you use your time wisely and

10    ask him direct questions about things he can

11    testify to.

12        Anything on this privilege log other than

13    stipulating that it reflects an accurate

14    depiction of privilege communications, he's not

15    going to know what those communications are.

16    He -- he didn't go through those

17    communications.

18        I'm happy to stipulate to those but they

19    are privileged so I recommend we move on.  If

20    you have anything you want to address outside

21    of it, AJ, I'm happy to do so.

22        MS. DELGADO:  Okay.  Respectfully, the

23    fact that it's not your first rodeo is not

24    particularly relevant.  There are may

25    situations where, and this is quite common,



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1          attorneys repeatedly violate the rules as far

2          as privilege logs.  This is not the first time

3          I've seen an inadequate privilege log.

4               I'm permitted to ask Mr. Trump, sitting

5          here today, who Larry Rosen is and if Larry

6          Rosen was his attorney.  I'm not permitted to

7          ask him to tell me about the conversations he

8          had with Mr. Rosen.  I am permitted to ask him,

9          and I do expect him to answer, who Larry

10         Rosen's attorney was.  Was he a client of Larry

11         Rosen?

12              MS. HABBA:  I have no problem with that

13         question.

14              Go ahead.

15              THE WITNESS:  Yeah, absolutely.  Larry

16         represented me and various entities on many

17         different things.

18   BY MS. DELGADO:

19         Q    Okay.  One second.

20              Forgive me if this was already asked

21   and answered.  So you agree you consulted an

22   attorney, but don't tell me what you spoke to him

23   about.  Obviously, you agree you consulted an

24   attorney around -- about my text messages or my --

25              (Simultaneous speakers)



*March 13, 2024 in re Delgado v Trump for President –
Deposition of Eric Trump*

```
1              MS. HABBA:  Objection.  That's privileged.

2              THE WITNESS:  AJ, I have no idea.

3              MS. HABBA:  No.  Don't answer that

4         question.  Sorry.  Don't answer that question.

5         It's privileged.

6              MS. DELGADO:  Well, it speaks for itself.

7         You can leave it.

8              Not his answer, the privilege log speaks

9         for itself.  We'll leave it at that.

10  BY MS. DELGADO:

11       Q    Was there any personal animosity towards

12  me from you, your brother, your father or anyone

13  else you can think of because I wouldn't sign the

14  release?

15       A    I made an introduction to get you a job.

16  I don't think there's personal animosity.  In fact,

17  I think I was trying to help.

18       Q    But the job was so that I wouldn't pursue

19  claims against the campaign, wasn't it?

20              MR. BLUMETTI:  Objection to form.

21              THE WITNESS:  Absolutely untrue.

22  BY MS. DELGADO:

23       Q    Isn't this similar to what Lara did with

24  Omarosa?  It was a 15,000 a year job in exchange

25  for, quote, keeping everything amicable?
```



*March 13, 2024 in re Delgado v Trump for President –
Deposition of Eric Trump*

```
 1        A    I know nothing about Omarosa, other than I
 2    was on The Apprentice with her, but --
 3        Q    Do you remember the -- go ahead.
 4        A    It's simply not the case.
 5        Q    Do you remember the news reports of
 6    Omarosa's recorded calls in which she alleges that
 7    your offered her a $15,000 a year job in exchange
 8    for keeping things amicable.  Do you recall that?
 9        A    AJ, not off the top of my head I don't,
10    truly.
11        Q    Okay.
12        A    I don't focus on Omarosa, and I should
13    have never focused on -- on this one and helping
14    you.
15        Q    Were you spoken of -- or did you hear
16    anything about my seeking a job with the campaign in
17    the summer of 2019?  Does that ring a bell?
18            MR. BLUMETTI:  Objection to form.
19            THE WITNESS:  Sitting here today --
20                    (Simultaneous speakers)
21    BY MS. DELGADO:
22        Q    Do you have -- let me rephrase it and then
23    you answer.  Thanks, Eric.
24            Do you have any recollection or did
25    you hear anything about my seeking a job with the
```



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1  campaign in the summer of 2019?

2      A    Sitting here today, I don't remember.

3      Q    Okay.

4                      (Sotto Voce Discussion.)

5  BY MS. DELGADO:

6      Q    Okay.  Eric, going back to what you said

7  about unsavory statements or communications or acts,

8  you used the word "unsavory," why does your father

9  keep Jason Miller in the campaign?

10          MR. BLUMETTI:  Objection to form.

11 BY MS. DELGADO:

12     Q    If you know.  I'll rephrase it.

13          Eric, do you know why, given your

14 statement earlier about unsavory communications or

15 actions, do you know why your father keeps Jason

16 Miller employed in the campaign?

17          MR. BLUMETTI:  Objection to form.

18          THE WITNESS:  I think I -- it's pretty

19     clear that I'm not actively involved with the

20     day-to-day management of the campaign.

21 BY MS. DELGADO:

22     Q    Have you ever expressed an opinion to your

23 father or to anyone about Jason Miller working in

24 the campaign?

25     A    AJ, I don't express too many opinions on



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  things that I'm not actively involved with on a

2  day-to-day basis.  No, that I can remember.

3        Q    Do you recall Jason Miller in the

4  2015/2016 election referring to your father as,

5  quote, sleezy Donald.

6        A    I do not, AJ.  It's probably one of the

7  reasons I try to stay away from politics, aside from

8  being a great surrogate for the man I love dearly.

9        Q    Let me go -- I'm going to share the screen

10 again.

11            This is an excerpt that was filed in

12 another case.  And I'd like -- it's only ten pages

13 and it's rather large font.

14            MS. HABBA:  Sorry, what case is this?

15 BY MS. DELGADO:

16       Q    This is -- you know, I can even make it

17 easier for you.  Let me make it easier for you.

18 I'll throw up the Mediaite article instead because

19 it's a much better summary.  Move things along

20 faster.

21            Okay.  I'll do this.  This is fast.

22            Share screen.

23            Okay.  Eric, are able to see this?

24                (Exhibit 8 was marked for

25                 identification)



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1       A    I see what it says.

2   BY MS. DELGADO:

3       Q    Okay.  Do you recall that article in the

4   summer of 2019?

5       A    I do not AJ.

6       Q    Okay.  Do you have any opinion given that

7   headline as to Jason Miller working for your

8   father's campaign?

9       A    AJ, I have many opinions that I keep to

10  myself.  It's not my job here to give my opinions on

11  things that I'm not intimately involved in.

12      Q    Do you consider this action or actions by

13  Mr. Miller, would you describe those as unsavory?

14      A    It -- is it unsavory?  It's --

15                    (Simultaneous speakers)

16  BY MS. DELGADO:

17      Q    I'm sorry?

18      A    AJ, I -- I don't know.  I'm not -- I'm

19  not -- you know.  Who wrote this?  Who wrote this?

20      Q    Yes, it's an article on Mediaite, and it's

21  summarizing deposition transcripts that were filed

22  into a public docket in a separate case.  I was not

23  a party to that case.

24      A    I trust about two percent of the media --

25      Q    I -- would you like to see the deposition



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1  transcript?  I was just trying to be faster.

2      A    Not really.  I trust you, AJ.  I'm just

3  not going to speculate on something I know nothing

4  about.  I'm sorry, it's --

5      Q    So can you answer the question if you

6  consider this --

7      A    I think I just said, I'm not going to

8  speculate on something I -- I know nothing about.  I

9  mean, I see headlines and the article -- the

10  headline and article's not great, but I'm just not

11  going to speculate to something I know nothing

12  about.  This is the first time I'm seeing this.

13      Q    Okay.  I don't want you to have to

14  speculate, so do you want me to show you the sworn

15  testimony where Miller admits to these things under

16  oath?

17          MS. HABBA:  What's the question.  Let's

18      just ask the question.

19          THE WITNESS:  I'll take your word for it,

20      AJ.  I just --

21  BY MS. DELGADO:

22      Q    Okay.  Do you consider hiring prostitutes

23  unsavory?

24      A    I would consider hiring prostitutes less

25  than perfect, yes.



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1        Q    Do you consider visiting Asian themed, not

2    my words, massage parlors for sexual acts to be

3    unsavory?

4        A    It's never been my thing AJ, it's never

5    been my thing.  So yes, I would -- it's not

6    something I would do but ...

7        Q    Are you aware these are criminal acts?

8        A    I have no idea.

9        Q    Okay.  You're not aware if hiring

10   prostitutes is criminal?

11          MS. HABBA:  I'm going to object.  Asks for

12       legal conclusion.

13          THE WITNESS:  I guess it depends on where

14       you are, right?  But I -- I just don't know.

15       AJ, I'm not speculating on this garbage.  I

16       mean, you're going down a -- you know, you're

17       going down a -- I'm just not -- I'm not

18       speculating on this nonsense.

19   BY MS. DELGADO:

20       Q    Does your father or does the campaign, and

21   or the campaign have a different standard for men

22   and women when it comes to considering things

23   unsavory?

24          MR. BLUMETTI:  Objection to form.

25



1  BY MS. DELGADO:

2       Q    I'll go one-by-one.

3            Does your father's have a different

4  standard between men and women when it comes to

5  considering things to be unsavory?

6       A    Well, considering we probably have more

7  female executives than any company in the country,

8  no.  No, we don't so...

9       Q    Do you have a different standard?

10      A    Between men and women?  No, I don't, AJ.

11      Q    Is there anything about pregnancy in

12  particular that you feel should be kept silenced?

13           MR. BLUMETTI:  Objection to form.

14                (Simultaneous speakers)

15  BY MS. DELGADO:

16      Q    Is there anything about a woman being

17  pregnant that you feel should be withheld from the

18  public?

19           MR. BLUMETTI:  Objection to form.

20  BY MS. DELGADO:

21      Q    You can answer.

22           MS. HABBA:  Can you rephrase?

23           Do you understand the question?

24           THE WITNESS:  AJ, I think pregnancy is a

25      beautiful thing.  I think it's a beyond



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1          beautiful thing.  If we can have five more kids

2          tomorrow, I would.  If I could adopt five more

3          kids I probably would, as well.  I love

4          children.  I think pregnancy is a beautiful

5          thing.  I think life is a beautiful thing.

6          Nothing makes me happier than my kids.

7                So I think nothing should be withheld

8          about pregnancy, no.

9    BY MS. DELGADO:

10        Q    What about Tweets about being pregnant?

11              MR. BLUMETTI:  Objection to form.

12              THE WITNESS:  I'm sure my wife put up a

13        thousand Tweets about being pregnant, and I'm

14        sure I did, as well.  Nothing -- no.

15   BY MS. DELGADO:

16        Q    Were you aware of Hope Hick's involvement

17   with Corey Lewandowski?

18        A    No, I'm not.  Not to the best of my

19   knowledge.

20        Q    So your testimony today is that you had no

21   information or heard anything regarding Hope Hicks

22   involvement with Corey Lewandowski?

23              MS. HABBA:  Just to clarify, do you

24        mean -- what timeframe do you mean?

25              MS. DELGADO:  Sure.  During the campaign,



```
 1        2015 and 2016.
 2             THE WITNESS:  I have no direct knowledge
 3        of Corey and Hope having any kind of
 4        relationship.  A lot of speculation flies
 5        around a lot of people, and believe me, you
 6        certainly hear certain stories.
 7             But no, I have no direct knowledge of that
 8        taking place.
 9   BY MS. DELGADO:
10        Q    What about Bryan Lanza and Kelly Love?
11        A    Who, Bryan Lanza and who?
12        Q    I'm sorry, go ahead.
13        A    Bryan Lanza and who?
14        Q    Kelly Love, L-O-V-E?
15        A    Names I haven't heard in years.  I knew
16   both of them briefly.  I'm not sure if today I could
17   pick them out of a lineup.  I have no direct
18   knowledge of any kind of relationship between them.
19        Q    Okay.
20             MS. DELGADO:  I think we have about 45
21        minutes to go, so if everybody would like to
22        just take a ten minute or five-minute break.
23        We can get some water and use the bedroom.
24                  (Recess.)
25
```



```
1                        (Exhibit 9 was marked for

2                        identification)

3    BY MS. DELGADO:

4        Q    Let's go to share screen again.

5                    Okay.  Eric, are you able to see the

6    text on the screen?

7        A    Yes, I am.

8        Q    Okay.  Earlier I asked you whether you

9    were disappointed that I hadn't signed the release.

10   This is the text exchange that I was having trouble

11   bringing up.  I believe this is part of your

12   production, as well.  Its dated January 25, 2018.

13                   Can you take a moment to read it.

14       A    Yes, I can -- I read it.

15       Q    Okay.  And is it correct to say that you

16   state that you're disappointed that, quote, You

17   think it is productive to hold the threat of a

18   lawsuit over our heads for several years, unquote?

19       A    Yes, I definitely said that.

20       Q    Okay.  As long as that one's marked, we

21   can move on.

22                   Forgive me, I'm sure your attorney

23   will correct me if I have, if I already asked you,

24   when was the last time you spoke to Brad Parscale

25   about me or this matter, if at all?
```



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

```
1        A    I haven't spoken to Brad just in general
2   in -- in some time.  I haven't done a good job
3   keeping up with him.  And I don't think I've spoken
4   to him about you since I made the introduction.
5   That's the best of my knowledge sitting here today,
6   but I -- I haven't spoken to Brad in some time.
7        Q    Okay.
8        A    I mean, anything's possible, I just --
9   sitting here today it's -- not that I remember,
10  today.
11       Q    Okay.  Do you recall anyone -- I asked you
12  earlier if you recalled anyone from the campaign who
13  wanted a White House job and did not obtain one and
14  your answer was Michael Cohen.  Do -- and then you
15  couldn't recall any others.
16            But I forgot to ask you, do you
17  recall anyone, if any, from the RNC who wanted a job
18  in the White House and did not get one?
19       A    AJ, I mean, looking back there are people
20  jocking for jobs in the White House all over the
21  place, and many of those people clearly didn't get
22  jobs.  You asked me for specific names.  I mean, I'm
23  sure I can think of some if I went back and really
24  kind of jogged my memory, but -- but there were a
25  lot of people jocking to go into the administration
```



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1   and, you know, obviously, space is limited and a lot

2   of people did not get jobs in the administration.

3          Q    Did you have any opinion on -- wait, let

4   me rephrase it.

5                By the way, when you say go back and

6   check, is there an e-mail, database or text messages

7   that you could check subsequent to this deposition?

8          A    Probably --

9          Q    To refresh your memory?

10         A    Probably not.  I guess, what I'm maybe

11  doing a poor job of saying is I remember a ton of

12  people jocking to go into the White House.  And many

13  of those people never made it there.  They never

14  made it into the government.  They never made it to

15  Washington, D.C. for a whole host of reasons.

16               And so, just because you worked in

17  the campaign didn't at all mean that you were going

18  to go down to Washington, D.C.

19         Q    But sitting here today you can't recall a

20  specific person; is that correct?

21         A    Well, I don't think Brad ever worked in

22  the administration.  He was campaign manager, right?

23  Like -- I could be wrong, but I don't remember Brad

24  ever taking a role in the actual administration, yet

25  he was the head of the campaign.  I mean, there were

*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1   plenty of people.

2        Q    I should be clear.  I think my earlier

3   question, and perhaps I messed up and didn't make

4   that clear when I asked you now, was who wanted to

5   go into the White House.  Not just who didn't, who

6   wanted to go into the White House.  Brad did not

7   want --

8        A    Certainly, Michael Cohen wanted to go into

9   the White House and -- and he didn't.  And I'm sure

10  there were many others.  I mean, if you want to

11  actually talk about the White House, there's --

12  there's got to be a ton of people because the White

13  House apparatus itself isn't that large.  Government

14  is obviously large.

15            When I say "not that large," I mean

16  not enough for every person in the massive campaign

17  that's running in, you know, thousands and thousands

18  of people across swing states and other things.  I

19  mean, you could never fit all of those people into,

20  you know, the west wing.  It's just not possible.

21       Q    Did you have any -- at a senior national

22  level though from the campaign, would you imagine

23  most of those went in?

24       A    I -- I really don't know AJ, sitting here

25  today.  I was not implementing personnel and hiring



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  for, you know -- you know, at least on a grand level

2  for the White House.  Maybe here and there, you

3  know, I thought somebody was nice and rendered an

4  opinion, but I just wasn't -- I just -- that wasn't

5  my job.

6      Q    Do you recall how Lynne Patton who, I

7  believe, if I'm not mistaken was your wedding

8  planner, correct me if I'm wrong, got a job in the

9  Trump administration?

10     A    Where did you read that, AJ?

11     Q    That's coming to mind.  Correct me if I'm

12 wrong.

13         MS. HABBA:  Can you reask the question?

14         THE WITNESS:  Lynne worked for me for --

15         in the company for many years.  Charity -- a

16         wonderful person.  Lynne ran a charity for sick

17         children for a bunch of years.  She's a

18         wonderful person.  When I hear people describe

19         her as my wedding planner, I actually take

20         offense to that.  Frankly, you know, it's

21         borderline racist just to tell you the truth.

22         But Lynne -- Lynne is a wonderful person

23         and she -- yeah, she's a really wonderful

24         person.

25



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

```
1   BY MS. DELGADO:

2        Q    To be clear, Eric, I believe the reason

3   she's referred to as the wedding planner is to

4   establish the personal nexus or the personal

5   relationship you two have.  I don't think there --

6   that any media report has used it to denigrate or

7   mean that her whole career consists of being your

8   wedding planner.

9                 I think -- the way I've taken it when

10  I've read that is that's just to show her personal

11  closeness to you.

12       A    I think -- I think it's pretty degrading

13  when she did a lot of -- a lot of great things.  But

14  anywho, it doesn't matter AJ.  That's fine.  So...

15            MS. HABBA:  Let's just ask questions.

16            THE WITNESS:  What's your question?

17  BY THE WITNESS:

18       Q    Sure.  The question had been, but I think

19  you segued -- you went off on a little bit of a

20  tangent there in your answer, if you recalled how it

21  is that Lynne Patton came to have a job in the Trump

22  White House.  And I described her as your wedding

23  planner.  And you asked, why is it you describe her

24  as the wedding planner and then described her -- so

25  I don't think you ever answered the question?
```



1      A    I don't know.  Did she actually have a job

2   in the White House?  I --

3      Q    No, the administration.  In the

4   administration.  I'm sorry.

5      A    You just said the White House and I don't

6   know --

7                     (Simultaneous speakers)

8   BY MS. DELGADO:

9      Q    Yeah, the first question I said the

10  administration.  I'm sorry.  My second question -- I

11  misspoke.  When I reasked it, I misspoke.  It's in

12  the Trump administration.

13     A    Lynne became very involved in the campaign

14  subsequent to the RNC convention, which she spoke at

15  and did a beautiful job.  I believe, and I'd have to

16  go back and look.  And I -- she's one of a few

17  people I know this about, but I believe she took on

18  African-American outreach and coalitions and did

19  a -- again, a beautiful job.

20                  She got very heavily involved in

21  politics after she decided, because of her love

22  of -- of me and my father and what I had done for

23  kids, to stand up on stage at the RNC and talk about

24  us as family and the impact we had made on her

25  lives.  And I think that day changed her, and I

*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  think she wanted to make a difference.  And I

2  believe she went into the administration and took on

3  urban housing in minority communities or, you know,

4  something along those lines.

5         But she was not, to the best of my

6  knowledge, part of the, quote, unquote, White House.

7  I think she was part of --

8      Q    Correct.

9      A    -- urban development for, I believe it was

10  New York State.

11         MS. DELGADO:  I just want to share the

12      screen to mark this as an exhibit for the court

13      reporter.

14                 (Exhibit 10 was marked for

15                 identification)

16         MS. DELGADO:  If you could mark that as

17      the next exhibit.  It's just a New York Times

18      headline.

19  BY MS. DELGADO:

20      Q    Great.  I want to be clear as to where

21  I -- since you asked, Eric, where I got that idea to

22  refer to her, which is the same way the New York

23  Times did.  That's all --

24      A    I mean, let's just take one thing because

25  I just have to do this.  First of all, I don't even



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  know if New York housing was directly part of, I

2  want to say, again, part of the White House.  It

3  just was not, and you kept on asking the White House

4  question.  And again, I think it's degrading to call

5  her my wedding planner.

6              You know, I took all of three weeks

7  to plan my wedding and she worked for us for eight

8  years.  So I just -- I think it's degrading of a

9  great woman by both the way you asked the question

10  and frankly the New York Times.

11     Q    Sorry.  Did you say the way I asked the

12  question was degrading?

13     A    Yeah.  At least how you stated who she was

14  as a person.  If you define an entire person's life

15  and career as being my wedding planner, it wasn't

16  all that complicated to do because we did it in one

17  of our own properties.  It's, I think, fairly

18  degrading of the person.

19     Q    Okay.  I think the exhibits speak for

20  itself that that's how she's referred to in the

21  press.  I don't know anything about her.  I haven't

22  researched her.  Just going by what's in the public

23  domain.

24              Speaking of degrading to a woman of

25  color, were you aware that the White House job for



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1　which Jason Miller allotted me was as Hispanic media

2　director?

3　　　　　MR. BLUMETTI:  Objection.

4　　　　　THE WITNESS:  AJ, I have no damn idea what

5　　　　job you were slotted for in the White House, if

6　　　　you were even slotted for a job in the White

7　　　　House.  You can ask somebody who was actually

8　　　　part of that apparatus, and I was not.

9　BY MS. DELGADO:

10　　Q    I was just asking if you were aware.

11　　　　　　　　Would you consider it racist, since

12　you brought up that term a moment ago, to make the

13　one Latina adviser on the campaign the Hispanic

14　media director?

15　　　　　　　(Simultaneous speakers)

16　　　　　MS. HABBA:  Objection to form.

17　　　　　THE WITNESS:  AJ, I don't have an opinion

18　　　　on any of this.  I -- I didn't slate these

19　　　　jobs.  And by the way, I think you did Hispanic

20　　　　outreach, so I think if you were doing Hispanic

21　　　　outreach it might have made sense to slot you

22　　　　into a job that did what you were already

23　　　　doing.

24　　　　　I mean, that's how I look at it from a

25　　　　corporate standpoint, but I don't render an



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

```
1          opinion on -- on positions that were apparently
2          slated for people who didn't work in a -- it's
3          not my job to render that opinion.
4     BY MS. DELGADO:
5          Q    Was your impression that most of what I
6     did was Hispanic media?
7          A    AJ, I don't really have much of an
8     impression of what you did, other than be a nice
9     spokesperson at the -- at the beginning.
10         Q    Just following up on what you just said
11    about it making sense, in your opinion, because I
12    did some Hispanic media work?
13              MS. HABBA:  Is that a question?
14              THE WITNESS:  I'm not sure if I'm
15         understanding your question.  If you want to
16         rephrase it, then I'm happy to opine an answer.
17    BY MS. DELGADO:
18         Q    Was it your impression that most of the
19    work I did was Hispanic media work?
20         A    Well, I mean, I seem to remember, I think,
21    your Twitter description held you out as a Cuban
22    American surrogate for Donald J. Trump.  Am I right
23    in saying that?
24         Q    Correct.  Probably right.
25         A    Well, that would probably lend to my
```



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  conclusion, but...

2    Q    So should a black employee who -- whose

3  Twitter bio says Black Trump supporter be placed in

4  a White House job that entails Black outreach or

5  working with African-American media companies?

6         MR. BLUMETTI:  Objection to form.

7         MS. HABBA:  Objection.

8         MR. BLUMETTI:  Objection.  Relevance.

9         MS. HABBA:  Relevance.  I mean, so many

10        things.  Now, we're in hypotheticals.  He has

11        no knowledge of the campaign.  He said that.

12        Let's just ask questions he has direct

13        knowledge of.

14        MS. DELGADO:  He brought up the issue of

15        my role in the White House making sense to him.

16        He's made it relevant.

17  BY MS. DELGADO:

18    Q    You can answer, Eric.

19        MS. HABBA:  I repeat my objection.

20        THE WITNESS:  What was the question, AJ?

21        MS. DELGADO:  Can the court reporter read

22        back the question please?

23        *(Requested portion read back)*

24        THE WITNESS:  Not necessarily, but if it's

25        where they thought that they were best utilized



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1           and where they could contribute the most to, I

2           could see it being highly possible.

3   BY MS. DELGADO:

4           Q    Were there any other advisers you could

5   think of for the campaign that were Hispanic?

6           A    I mean, we had tremendous Hispanic support

7   so I'm sure there were.

8           Q    Can you think of any?

9           A    We that a tremendous amount of pastors who

10  were Hispanic pastors.  Pastor Maldonado out of

11  Miami, he was -- he was a great surrogate.  He

12  worked directly for the campaign, maybe not, but he

13  was certainly a surrogate.  There was a bunch of

14  great Hispanic leaders and advisers that were part

15  of the 2016 campaign, absolutely.

16          Q    Were you aware that the person who did the

17  Hispanic media role at that RNC was not slotted into

18  a Hispanic role at the White House?  Were you aware

19  of that?

20          A    AJ, I would have no clue.  I was not

21  focused on personnel decisions of the White House

22  for the 20th time.

23          Q    Let's bring up the privilege log again.

24               Are you able to see that?

25          A    Yes.



1    Q    Okay.  Just going to ask you who some of

2    these individuals are.

3               Who is Lara@gilesparscale (phonetic)?

4    A    Well, the person that says Lara Trump,

5    Lara@gilesparscale.com is probably Lara Trump.

6    Q    That's your wife.  Yes.  Okay.  Thank you.

7               So your wife was working for Brad's

8    company; is that correct?

9    A    For a period of time my wife worked with

10   Brad, yes.

11   Q    Okay.  And Patrick McPartland, who is he?

12   A    Who?

13   Q    Patrick McPartland?

14   A    I have no idea, but it looks like it's the

15   same e-mail as Larry Rosen, so I imagine he's an

16   associate of Larry Rosen's.  I'm not sure if I know

17   Patrick directly.  Maybe --

18   Q    Alan Garten -- Garten is the general

19   counsel for Trump Organization; is that correct?

20   A    Yes, it is.

21   Q    Was he at that time?

22   A    General counsel, yes.

23   Q    I assume so.  Okay.  Let me see here.  I'm

24   just scrolling through, get this out of the way now.

25               Who is Matthew Maron of Trump Org?



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

```
 1      A     Matt Maron was an attorney.

 2      Q     An attorney at Trump Org.  Yes.  Okay.

 3  Got it.

 4            And are you aware that Larry Rosen is

 5  the same law firm as Mr. Blumetti here today, or was

 6  at the time?

 7      A     I am.

 8      Q     You are.  Okay.

 9            Michael Glassner, remind me what was

10  his role at the time, if you recall?

11      A     I don't recall AJ.

12      Q     Okay.  Let's see.  Okay.

13            Any other questions I can -- I'll

14  just contact your attorney about the privilege log.

15            MR. BLUMETTI:  Sure.

16            MS. DELGADO:  Okay.  Make that faster.

17      Okay.

18  BY MS. DELGADO:

19      Q     Do you or has anyone you know, including

20  your father, suggested or taken any steps to

21  safeguard women on the current campaign from Jason

22  Miller?

23            MR. BLUMETTI:  Objection to form.

24            THE WITNESS:  Is that really a serious

25      question, AJ?
```

*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

```
 1   BY MS. DELGADO:
 2        Q    Very serious.
 3        A    AJ, I don't work with the campaign.  I
 4   think I told you that.  I don't work for the
 5   campaign.
 6        Q    Okay.
 7        A    I don't get paid by the campaign.  I -- I
 8   am not part of that apparatus on a day-to-day basis.
 9             I don't even -- does Jason formally
10   work for the campaign?  I don't -- I don't even
11   know.
12        Q    He does.
13        A    Does he?
14        Q    Yes, he does Eric.  He's on the --
15                   (Simultaneous speakers)
16        THE WITNESS:  Do me a favor, ask silly
17        provocative questions like that to people who
18        actually work in an apparatus, not a guy who
19        runs a real estate company, all right?
20   BY MS. DELGADO:
21        Q    Eric, do you consider it silly to look out
22   for other women?
23        A    I look out for women all the time.  And,
24   in fact, the reason I'm sitting here today AJ is
25   because I was looking out for you and trying to help
```



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  you.  In fact, it's very sad that I've had to waste

2  three hours doing this in light of how kind and nice

3  and, you know, respectful and honorable as a friend

4  that I've always been to you.

5              But ask questions like that to people

6  who are actually involved in an apparatus and not

7  somebody who has nothing do with something.

8      Q    You're the son, however, of the person

9  whose campaign it is.  So why do you feel it's

10  improper to ask if you've made a suggestion,

11  including to your own father, perhaps?

12      A    AJ -- I don't -- AJ, I don't know the

13  details of this lawsuit.  I don't know the details

14  of the grievance that you have with -- with Jason,

15  at least not on micro-basis.

16              I'm in no position to be making

17  suggestions such as the ones that you're asking to

18  an entity that I don't work for and oftentimes try

19  to stay away from.

20      Q    Are you aware that Miller also had an

21  involvement, a physical involvement with a

22  subordinate on the Ted Cruz campaign immediately

23  prior to joining the Trump Campaign?

24      A    AJ, I'm not -- I stay in my own lane.

25  It's not my business.  I'm not involved in this

*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1   matter.

2        Q    Fair enough.  I think we are close to

3   being done.  I'm going to flip through a couple of

4   documents in your production that I wanted to ask

5   you about and then that should be it.

6              Did you introduce anyone else to Brad

7   for -- I'll just leave it at that.  Did you

8   introduce anyone else to Brad while he was at

9   America First?

10        MS. HABBA:  Just -- can you just clarify,

11        for a job, do you mean?  For employment?

12   BY MS. DELGADO:

13        Q    General introduction.  General

14   introduction.

15        A    I don't remember back eight years.  I had

16   a nice relationship with Brad.  I'm sure I

17   introduced plenty of people to him over the years.

18   As to where and when, I have no idea, but I'm sure I

19   introduced people to Brad.

20        Q    Is there anyone that you recall that you

21   introduced to Brad who then subsequently worked for

22   Brad at the PAC?

23        A    Well, I introduced my wife to Brad and I

24   think -- well, she didn't work in the PAC, at least

25   not the best that I remember at this point.  But I'm

*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  sure I introduced Brad over the years to -- to a

2  number of people.  And I'm sure he's introduced me

3  to plenty of people as well.  So -- so, you know,

4  he's a man I knew fairly well.  And, you know, I

5  think that's why I introduced you to him.

6      Q    But can you think of a name that did,

7  other than I think you eluded to your wife sort of.

8  Is there --

9      A    AJ, as I sit here eight years later, I

10  can't possibly think of, you know, people I could

11  have introduced Brad to.  I'm sure -- I'm sure I

12  introduced him to plenty, I'm sure he introduced me

13  to plenty.

14      Q    Let's see.  Just looking through.

15          Let me share my screen.  It's a

16  document you produced.

17          Are you able to see it?

18      A    Yeah, I am.

19      Q    Is it correct to say this is your brother

20  circulating an article to you and to Alan Garten

21  about -- a not very nice article about me?

22      A    I -- I vaguely remember this.  I think

23  this is a New York Post story, is that right?  Yeah,

24  Richard Johnson at the New York Post.  Yeah, I mean,

25  this was probably -- yeah, I -- I vaguely remember

*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  seeing this.

2      Q    Okay.  And were you aware that Mr. Miller,

3  under oath, stated that it was your brother's

4  publicist who planted this story, Arthur Schwartz?

5           MR. BLUMETTI:  Objection to form.

6           MS. DELGADO:  I'll rephrase it.

7  BY MS. DELGADO:

8      Q    Were you aware that Mr. Miller stated in a

9  2019 deposition that it was your brother's

10  publicist, Arthur Schwartz, who provided this story

11  to the New York Post?

12      A    My brother's publicist Arthur Schwartz

13  that provided -- I -- I would have no idea.

14      Q    Okay.

15      A    I don't know why anybody would -- AJ, I

16  have no idea.  I don't know why my mother would even

17  be -- no -- have anything to do with this.

18      Q    Was your brother perhaps upset that I

19  hadn't signed that release?

20           MR. BLUMETTI:  Objection to form.

21           MS. HABBA:  Objection.

22           THE WITNESS:  I have a suspicious feeling

23      that Don knew substantially less than even I

24      knew about this and I knew just about nothing,

25      so I don't think Don would have cared one way



*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1          or the other.

2     BY MS. DELGADO:

3          Q    Based on -- let me go to --

4                    (Sotto Voce Discussion.)

5     BY MS. DELGADO:

6          Q    There is another one I'm sharing which is

7     a confidential settlement communication,

8     November 11, 2019.  Sent by an attorney representing

9     me to, in part, Larry Rosen.

10              Do you see that?

11         A    I do not, no.

12              MS. HABBA:  We can still see the Page 6

13         thing.

14              MS. DELGADO:  Oh, gosh.

15                   (Sotto Voce Discussion.)

16    BY MS. DELGADO:

17         Q    Okay.  Now it should work.  Let me know if

18    you can see it now, perhaps?

19         A    Nope.

20         Q    Nope.

21              Okay.  Let's try now.  Now?

22         A    Yeah, I see that now.

23         Q    The confidential one?  Yeah.  Okay.  With

24    red at that top.  Sarelson & Co.

25              Do you see that?



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

```
1        A    Yes, I can.

2        Q    How did this come to be in your

3   possession?

4        A    I have no idea.

5        Q    Do you think Larry Rosen, at some point,

6   sent it to you?

7             MS. HABBA:  Asked and answered.

8   BY MS. DELGADO:

9        Q    I'm just trying to help him refresh his

10  memory.

11       A    AJ, I just don't know.

12       Q    Would it be possible that Larry Rosen sent

13  it to you?

14            MR. BLUMETTI:  Objection to form.

15            THE WITNESS:  AJ, I don't know.

16  BY MS. DELGADO:

17       Q    Okay.  Same thing.  I think that might be

18  it.

19                 Quickly.  Sorry, most of what you

20  produced is privileged, so I'm just quickly trying

21  to thumb through what was produced.  Well, I should

22  say it's produced under a claim of privilege, not

23  necessarily privileged.

24                 Okay.

25            MS. DELGADO:  Give me one second.  Feel
```



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1          free to sip on your water, whatnot, while I

2          wrap this up.  I think after this we should be

3          done.

4    BY MS. DELGADO:

5          Q    At one point, someone sent you the NDA I

6    signed, correct?  Do you recall that?

7          A    I don't recall that.

8          Q    Okay.

9          A    AJ, sitting here today.  It's, I'm sure,

10   possible.

11         Q    Okay.  Your text messages are on Bates

12   stamp 261.  And they go up to July 29, 2019 only.

13         A    Uh-huh.

14         Q    Do you not have text messages with me

15   after that?

16         A    I don't have any text messages after --

17   after that.

18         Q    Were there text messages after that?  And

19   I asked -- text messages after that, just to be

20   clear why I am asking?

21         A    Yeah, my -- my phone got screwed up at

22   some point and I didn't have anything -- I don't

23   have anything post -- post that.

24         Q    Okay.  There is something I wanted to ask

25   you about that's in those text messages, but it

*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  would require submitting the rest of the text

2  messages that I have from 2020, through present day.

3  And the problem is there's something in those that

4  is sensitive to you, and I don't want to put

5  anything sensitive into the record that's

6  embarrassing or -- or uncomfortable for you.

7            I think you probably know what I'm

8  referring to.  So I think I'm jut going to skip that

9  question overall because I would have to submit

10  the -- there's just no way to ask you about it

11  without also throwing up on the screen the rest of

12  it.

13            And I'm happy not to ask about that.

14  It's not my intent to --

15       MS. HABBA:  You --

16            (Simultaneous speakers)

17       MS. HABBA:  You are making a record as we

18     sit here.  So if you're not going to ask about

19     something, I prefer that you just move on and

20     ask the question.

21       You are making a record.  This is --

22       MS. DELGADO:  Oh, I am making a record of

23     the fact that there are text messages that

24     weren't produced.  I do need to state for the

25     record, there are text messages that I have and

1     I have reason to believe perhaps your firm

2     had --

3         MS. HABBA:  No.

4         MS. DELGADO:  -- that were not produced.

5     I'm stating for the record that I am not going

6     to supplement this production or ask about it

7     out of the courtesy to Eric.

8         But I'm stating for the record, because it

9     might come into play later, as to whether you

10    produced everything you needed to produce that

11    this text message history is not complete.

12    That not withstanding, I don't want to go into

13    any sensitive topics as would be required by my

14    bringing up the missing text messages here.

15        So I'm just going to leave this --

16           (Simultaneous speakers)

17        MS. HABBA:  I just refer to you his

18    testimony.  He did testify that something

19    happened to his phone.  He doesn't have -- you

20    know, what he has was produced.  We don't have

21    anything outside of the privilege log that you

22    don't have.  So I'll just put that on the

23    record.  I don't --

24        MS. DELGADO:  Sure.  I'm happy to have you

25    put that on the record.  I'm explaining what I



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

1      was stating what I stated on the record.

2              MS. HABBA:  Is there another question?

3              MS. DELGADO:  Okay.  Let's see.  I

4      think --

5  BY MS. DELGADO:

6      Q    Do you recall, Eric, your brother passing

7  around to you or e-mailing to you any articles about

8  Miller or Rob Porter or anyone else?

9      A    AJ, I don't.  And if I got them, I

10  probably would have just moved past them because I

11  just don't care, no, to be honest.

12      Q    Okay.  And my last question is -- I think

13  it's my last -- hang on.  I'm sorry.  My son opened

14  the door.

15              (Sotto Voce Discussion.)

16  BY MS. DELGADO:

17      Q    Just one second here.  Just one second.

18              Okay.  Okay.  That's okay.

19              You said the last you had spoken to

20  Brad Parscale is a while -- I believe your word was

21  a while ago.  Is that correct?

22      A    I mean, certainly -- certainly about this,

23  yeah.  I mean, I -- I -- I don't speak to Brad all

24  that often anymore.  Not that there's anything

25  wrong, it's just he's -- he's doing mainly the

*March 13, 2024 in re Delgado v Trump for President -
Deposition of Eric Trump*

1   political stuff and I'm obviously mainly on the

2   company side.

3           So off the top of my head, I can't --

4   I mean, it's possible that we've exchanged a text

5   here or there or something, a pleasantry, I just

6   don't remember the last time I truly went back and

7   forth with him in any meaningful -- meaningful way.

8       Q    Okay.  Leave it at that.

9           And forgive me if I've already asked

10  this, but has your father expressed any position

11  that you can recall on this lawsuit or on me at any

12  point?

13      A    No.  Not to me.  At any point?  I --

14  listen, I don't know at any point.  I can't jog my

15  memory back, you know, ten years.  But I -- not that

16  I would even -- I don't think this would ever be a

17  topic of conversation between my father and I, at

18  least not that I can remember.

19      Q    Okay.  I don't think I have anything else.

20  I think we can leave it there.  I think I have

21  all -- you did answer already that you had provided

22  everything you have in response to the request that

23  came with your subpoena; correct?

24          MS. HABBA:  With the assistance of

25      counsel.



*March 13, 2024 in re Delgado v Trump for President -*
*Deposition of Eric Trump*

```
 1              THE WITNESS:  Yeah, my counsel pulled all
 2         the searches.
 3              MS. DELGADO:  Okay.  Yeah, I don't think I
 4         have anything else then.
 5    BY MS. DELGADO:
 6         Q    Last question.  Eric, do you believe I
 7    deserved the White House job, you personally?
 8              MR. BLUMETTI:  Objection to form.
 9              MS. HABBA:  Objection to form.
10              THE WITNESS:  AJ, the White House
11         wasn't -- it wasn't my domain.  I -- I don't
12         know enough about you, honestly.  I thought
13         fondly of you when I knew you.  I think a lot
14         of that's maybe changed since I got dragged
15         into something that I had nothing to do with,
16         and after some of the questions today.  To tell
17         you the truth, it's a little disappointing in
18         somebody that I considered a friend.
19              But I can't render the qualifications of a
20         personal, you know, being hired to White House
21         when you know nothing about their background,
22         when you know nothing about qualifications, and
23         frankly what jobs were even open in the White
24         House.  I just don't know.  I don't know enough
25         about government.
```

*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

```
1              I can't speculate as to whether or not you

2         should be there.  And by the way --

3              (Simultaneous speakers)

4              THE WITNESS:  -- it's not my call to make.

5    BY MS. DELGADO:

6         Q    Right.  Any opinion on Jason Miller

7    entering the White House?

8         A    I have no opinions on things that I'm not

9    involved with.  It's a general rule of thumb to live

10   life by.  But no, I have no opinion.

11        Q    Fair enough.  Just asking if you did.

12   Okay.  We can leave it there.  I think I have what I

13   need.  And thank you Eric for your time.  I know we

14   almost went right up to the three hours, so thanks

15   for your time.  It was nice seeing you.  Wish it

16   could have been under different circumstances.  But

17   thank you for being here.

18             THE WITNESS:  Likewise AJ.  You take care

19        of yourself, all right.

20             MS. DELGADO:  You take care.  And take

21        care of those doggies and the kids.

22                       (The deposition was concluded at

23                        12:45 p.m.)

24

25
```



*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1                    **CERTIFICATE OF OATH**

2     STATE OF FLORIDA          )

3     COUNTY OF WALTON          )

4              I, the undersigned authority, certify

5     that ERIC TRUMP remotely appeared before me and was

6     duly sworn.

7

8              WITNESS my hand and official seal

9     this 13th of March, 2024.

10

11     _Leila Z. Harris_____

12

13     Leila Z. Harris, Stenographic Court Reporter

14     Notary Public - State of Florida
       Commission No: HH 144004
15     My Commission Expires: September 13, 2025

16

17

18

19

20

21

22

23

24

25

*March 13, 2024 in re Delgado v Trump for President –*
*Deposition of Eric Trump*

1  STATE OF FLORIDA        )

2  COUNTY OF WALTON      )

3              I, Leila Z. Harris, LCR (Tennessee), Court

4  Reporter, certify that I was authorized to and did

5  stenographically report the foregoing deposition;

6  and that the transcript is a true record of the

7  testimony given by the witness; Per Federal Civil

8  Procedure Rule 30(e) deponent witness did not

9  request to read and sign transcript.

10             I further certify that I am not a

11  relative, employee, attorney, or counsel of any of

12  the parties, nor am I a relative or employee of any

13  of the parties' attorney or counsel connected with

14  the action, nor am I financially interested in this

15  action.

16

17  _____

18  Leila Z. Harris, LCR, FPR
    Stenographic Court Reporter

19

20

21

22

23

24

25



**BY MS. DELGADO:**
**[120]** 4/14 8/25 9/17
11/16 12/13 13/11
13/22 14/3 14/14 15/12
15/22 16/20 18/15 19/2
20/1 20/11 21/2 21/22
23/21 24/8 25/12 25/17
26/8 29/22 30/19 30/25
31/19 32/2 32/10 32/24
35/17 36/9 37/8 37/18
38/10 39/24 40/6 40/14
41/18 42/4 43/15 44/7
45/10 46/15 47/13
49/15 50/8 50/20 51/9
51/16 54/5 56/7 57/18
59/2 60/13 61/12 62/10
62/24 64/4 64/19 65/13
66/13 68/17 69/17
71/13 73/24 75/10
75/18 76/6 76/14 77/4
77/16 78/2 78/13 78/17
79/17 80/5 80/15 83/18
84/10 84/22 85/21 86/5
86/11 86/21 87/15 88/2
88/16 89/21 90/19
90/25 91/15 91/20 92/9
92/15 93/9 94/3 98/25
100/8 101/19 103/9
104/4 104/17 105/17
106/3 108/18 109/1
109/20 111/12 113/7
114/2 114/5 114/16
115/8 115/16 116/4
119/5 119/16 121/5
122/5
**BY THE WITNESS: [1]**
99/17
**MR. BLUMETTI: [48]**
8/15 13/8 13/18 14/12
15/8 15/16 20/8 21/12
23/9 24/1 25/16 32/22
35/16 37/15 40/4 43/14
44/4 45/8 46/8 49/11
51/1 51/13 55/24 57/16
61/8 61/17 65/20 68/10
75/8 75/16 76/18 84/20
85/18 86/10 86/17
90/24 91/13 91/19
92/11 103/3 105/6
105/8 108/15 108/23
113/5 113/20 115/14
121/8
**MS. DELGADO: [50]**
12/1 12/10 19/22 30/6
30/11 32/6 36/5 37/1
40/8 45/9 49/14 54/4
55/25 57/17 59/1 59/16
59/20 59/25 60/4 63/22
69/11 70/7 70/11 70/22
71/2 71/9 73/21 76/8
76/11 79/2 79/11 81/5
82/22 84/6 92/25 93/20
101/11 101/16 105/14

105/21 108/16 113/6
114/14 115/25 117/22
118/4 118/24 119/3
121/3 122/20
**MS. HABBA: [85]** 8/13
9/14 11/8 11/23 12/8
13/17 13/19 13/25 16/5
17/14 18/23 19/17
20/16 23/8 23/25 25/4
26/3 29/17 30/1 30/8
32/7 36/19 37/5 38/9
39/19 40/3 40/5 40/10
42/2 45/7 49/18 50/16
54/3 58/22 58/24 59/21
62/18 63/17 64/15 69/8
70/5 70/8 70/13 70/24
71/7 73/23 76/5 76/9
76/13 77/8 78/1 78/5
78/25 79/4 79/16 80/3
80/11 80/17 81/20
83/12 84/1 84/3 87/14
89/17 90/11 91/22
92/23 98/13 99/15
103/16 104/13 105/7
105/9 105/19 111/10
113/21 114/12 115/7
117/15 117/17 118/3
118/17 119/2 120/24
121/9
**STENOGRAPHER: [7]**
4/2 32/8 59/14 59/17
59/18 59/24 60/2
**THE WITNESS: [71]**
4/12 8/16 9/16 11/11
13/9 13/20 14/1 14/13
15/9 15/17 16/7 17/15
18/24 20/9 21/13 23/10
24/2 25/6 26/4 29/19
30/13 32/23 37/6 37/17
39/20 40/11 44/5 46/9
49/12 49/20 50/17 51/2
51/14 61/10 61/18
61/23 62/20 63/25
65/21 68/11 69/14
75/17 76/19 77/9 78/7
80/12 83/15 84/2 84/21
85/19 86/18 89/19
90/13 91/24 92/12 93/2
98/14 99/16 103/4
103/17 104/14 105/20
105/24 108/24 109/16
113/22 115/15 121/1
121/10 122/4 122/18
**$**
**$1.5 [1]** 48/24
**$1.5 million [1]** 48/24
**$15,000 [3]** 66/3 68/23
85/7
**0**
**07921 [1]** 2/20
**1**
**10 [1]** 101/14

**10006 [1]** 2/12
**10:00 [1]** 1/14
**11 [2]** 42/19 114/8
**11764 [1]** 1/3
**1188 [1]** 2/20
**12 [1]** 42/19
**12:45 [2]** 1/14 122/23
**12th [1]** 42/9
**13 [2]** 1/13 123/15
**136 [1]** 2/3
**13th [1]** 123/9
**140 [1]** 2/19
**144004 [1]** 123/14
**15,000 [1]** 84/24
**16th [1]** 42/12
**17 [1]** 3/11
**18 [2]** 3/7 27/9
**19-CV-11764 [1]** 1/3
**1st [4]** 60/21 64/24
65/1 79/24

**2**

**2015 [8]** 25/13 25/25
26/10 26/16 26/20 31/9
39/7 93/1
**2015/2016 [1]** 87/4
**2016 [11]** 3/7 14/11
14/17 17/8 27/9 31/9
33/16 39/7 87/4 93/1
106/15
**2017 [7]** 14/11 33/1
40/17 41/15 48/23 49/7
56/10
**2018 [14]** 3/14 33/1
33/16 54/7 56/10 60/21
61/1 61/7 62/16 65/1
74/1 79/22 79/24 94/12
**2019 [6]** 85/17 86/1
88/4 113/9 114/8
116/12
**2020 [2]** 7/8 117/2
**2021 [1]** 7/8
**2024 [2]** 1/13 123/9
**2025 [1]** 123/15
**206 [1]** 2/19
**20th [1]** 106/22
**212-530-4831 [1]** 2/12
**22 [1]** 41/14
**23 [5]** 3/13 54/7 61/1
61/7 62/16
**240 [1]** 2/19
**25 [1]** 94/12
**261 [1]** 116/12
**27 [2]** 74/1 74/23
**29 [1]** 116/12

**3**

**3-part [1]** 60/5
**30 [1]** 124/8
**30th [3]** 79/22 79/25
80/2
**32nd [1]** 2/11
**33135 [1]** 2/4
**33rd [1]** 2/3
**3400 [1]** 2/4

**4**
**40 [1]** 2/11
**45 [1]** 93/20
**4831 [1]** 2/12

**6**
**6:00 p.m [1]** 74/2

**9**
**9/22/17 [1]** 3/11
**90 [6]** 6/21 74/24 75/1
75/5 76/16 76/22
**90-day [1]** 76/1
**99 [1]** 75/25

**A**

**AAA [4]** 54/22 54/24
55/10 56/14
**above-styled [1]** 1/21
**absolutely [4]** 28/12
83/15 84/21 106/15
**accurate [5]** 21/3 21/8
42/18 72/16 82/13
**acknowledged [1]**
70/24
**acquaintances [1]**
31/23
**acting [1]** 4/7
**action [3]** 88/12 124/14
124/15
**actions [3]** 17/18 86/15
88/12
**active [2]** 56/18 67/10
**actively [2]** 86/19 87/1
**activists [1]** 26/10
**acts [3]** 86/7 90/2 90/7
**actual [3]** 8/11 8/11
96/24
**add [1]** 73/9
**address [6]** 7/4 11/10
11/23 81/3 81/15 82/20
**addressed [1]** 66/20
**administered [1]** 4/3
**administration [12]**
15/11 21/18 95/25 96/2
96/22 96/24 98/9 100/3
100/4 100/10 100/12
101/2
**admit [1]** 36/5
**admits [1]** 89/15
**admitted [2]** 59/21
59/23
**admitting [1]** 37/1
**adopt [1]** 92/2
**advance [1]** 13/4
**advise [1]** 11/8
**advised [1]** 82/4
**adviser [3]** 21/24 27/21
103/13
**advisers [3]** 18/21
106/4 106/14
**advocacy [1]** 8/9
**advocate [2]** 8/18
27/19

**advocating [1]** 26/10
**affiliated [1]** 47/17
**affiliation [1]** 72/4
**African [2]** 100/18
105/5
**African-American [2]**
100/18 105/5
**aftermath [1]** 69/22
**ago [6]** 20/25 31/17
43/5 65/10 103/12
119/21
**agree [13]** 25/14 28/6
28/8 28/10 28/18 28/12
29/2 29/5 29/15 29/23
63/18 83/21 83/23
**ah-huh [1]** 5/19
**ahead [4]** 65/15 83/14
85/3 93/12
**AJ [126]**
**ajdelgado [1]** 2/5
**AL [1]** 1/8
**Alan [3]** 6/12 107/18
112/20
**alignment [1]** 23/1
**ALINA [1]** 2/18
**alleges [1]** 85/6
**allotted [1]** 103/1
**allowed [1]** 79/13
**almost [2]** 22/19
122/14
**America [11]** 60/16
61/14 64/13 64/16
64/20 64/23 75/20 76/3
76/20 77/2 111/9
**American [27]** 24/24
45/2 100/18 104/22
105/5
**amicable [2]** 84/25
85/8
**amount [1]** 106/9
**animosity [2]** 84/11
84/16
**announced [1]** 26/17
**answer [30]** 5/17 8/14
9/15 12/11 16/4 17/7
18/13 25/5 29/1 38/2
40/7 58/17 64/2 64/7
69/12 71/9 71/15 79/9
83/9 84/3 84/4 84/8
85/23 89/5 91/21 95/14
99/20 104/16 105/18
120/21
**answered [15]** 8/13
15/18 16/6 29/17 30/2
37/16 62/18 63/21
64/22 69/9 71/16 80/8
83/21 99/25 115/7
**answering [1]** 71/10
**answers [3]** 5/18 6/20
11/10
**anywho [1]** 99/14
**apologize [1]** 13/4
**apparatus [10]** 13/10
13/14 20/23 37/24
38/25 97/13 103/8

**A**

apparatus... [3] 109/8
109/18 110/6
apparent [1] 81/10
APPEARANCES [1]
1/22
appeared [1] 123/5
appointed [5] 20/6
20/12 20/13 21/9 22/4
appointment [1] 21/5
appraise [1] 28/17
appreciate [2] 28/24
67/9
appreciative [2] 52/11
53/14
Apprentice [1] 85/2
April [6] 74/1 74/23
79/22 79/24 79/25 80/2
April 1st [1] 79/24
April 27 [1] 74/23
April 30th [2] 79/25
80/2
arbitration [10] 48/23
55/1 55/11 56/14 56/18
56/20 62/4 67/10 69/2
72/11
area [1] 36/12
argumentative [1]
76/10
ARLENE [3] 1/5 2/3
3/10
Arthur [3] 113/4
113/10 113/12
article [32] 3/6 3/17
18/16 18/17 18/19 19/3
19/16 19/19 19/24 20/2
20/15 21/4 21/10 21/24
22/5 25/24 26/5 26/7
26/19 26/23 27/7 27/10
27/18 28/19 28/25 32/8
87/18 88/3 88/20 89/9
112/20 112/21
article's [1] 89/10
articles [11] 16/12
16/21 17/7 17/8 17/11
17/12 19/7 19/22 20/15
21/24 119/7
Asian [1] 90/1
aside [2] 15/20 87/7
assistance [1] 120/24
associate [1] 107/16
associated [2] 18/1
46/25
Associates [1] 2/18
assume [4] 4/23 14/23
50/18 107/23
attempt [1] 48/16
attended [1] 53/7
attention [3] 17/10
53/4 54/16
attorney [35] 2/15 2/22
5/11 6/6 12/4 12/5
54/10 77/24 78/19
79/19 79/21 80/9 80/10

80/16 80/19 81/11
81/13 81/14 81/16
81/16 81/20 82/1 82/1
82/3 83/6 83/10 83/22
83/24 94/22 108/1
108/2 108/14 114/8
124/11 124/13
attorney-client [1] 12/5
attorney/client [2] 82/1
82/3
attorneys [5] 6/1 70/19
78/7 78/9 83/1
Audio [1] 1/11
Audio-Video [1] 1/11
authentic [1] 36/20
authority [1] 123/4
authorized [1] 124/4
Avenue [1] 2/3
avoid [1] 81/12
awfully [1] 66/4
awkward [1] 16/9

**B**

baby [1] 42/6
backfired [1] 71/21
background [1] 121/21
bad [2] 17/25 28/5
base [1] 42/10
based [5] 13/15 15/23
67/8 70/9 114/3
basis [6] 51/5 53/6
57/7 87/2 109/8 110/15
Bates [1] 116/11
bathroom [1] 6/4
Bear [2] 26/23 37/10
bears [1] 27/25
beautiful [8] 26/7
39/23 91/25 92/1 92/4
92/5 100/15 100/19
becomes [1] 39/17
becoming [2] 22/19
38/5
Bedminster [1] 2/20
bedroom [1] 93/23
beginning [3] 28/15
29/21 104/9
begins [1] 27/14
bell [2] 36/17 85/17
best [13] 3/6 7/25 8/4
8/20 8/23 10/7 27/8
46/24 92/18 95/5 101/5
105/25 111/25
better [4] 22/20 27/17
28/17 87/19
between [9] 3/10 6/21
12/17 35/7 71/18 91/4
91/10 93/18 120/17
beyond [1] 91/25
big [3] 38/16 42/8 53/8
bill [1] 22/6
bio [1] 105/3
bit [4] 18/10 38/19
42/24 99/19
black [3] 105/2 105/3
105/4

bless [1] 11/13
BLUMETTI [5] 2/10
10/22 10/24 11/2 108/5
bond [1] 34/5
borderline [1] 98/21
bought [1] 29/15
Brad [44] 44/8 44/11
44/16 44/17 44/21
44/22 45/5 45/6 45/17
45/20 46/4 46/7 46/10
46/22 47/14 47/15
48/19 66/2 72/17 72/19
72/19 72/20 73/2 73/3
74/18 77/21 94/24 95/1
95/6 96/21 96/23 97/6
107/10 111/6 111/8
111/16 111/19 111/21
111/22 111/23 112/1
112/11 119/20 119/23
Brad's [1] 107/7
break [4] 5/24 6/5 6/6
93/22
breaks [2] 5/24 6/2
Brian [2] 74/3 77/1
briefly [2] 52/8 93/16
bring [7] 18/17 21/4
30/23 52/19 69/11
78/14 106/23
bringing [2] 94/11
118/14
brings [2] 28/22 81/5
broken [1] 37/22
brother [4] 84/12
112/19 113/18 119/6
brother's [1] 113/3
113/9 113/12
brought [7] 28/19
36/16 41/2 53/4 54/15
103/12 105/14
Bryan [3] 93/10 93/11
93/13
building [1] 38/1
bunch [4] 17/17 18/5
98/17 106/13
buoyed [1] 27/23
business [3] 66/11
77/10 110/25

**C**

campaign [78] 7/22
7/23 7/24 8/3 8/5 8/10
8/12 8/19 8/23 15/13
15/14 18/20 27/22
28/15 28/20 28/23
29/11 29/16 30/23 31/8
31/20 31/22 37/13
37/20 38/6 39/7 39/7
43/13 43/19 44/3 48/22
49/10 49/17 50/15
51/12 55/22 56/15
57/14 58/3 61/16 66/15
67/7 67/14 67/15 68/8
71/23 72/21 84/19
85/16 86/1 86/9 86/16
86/20 86/24 88/8 90/20

90/21 92/25 95/12
96/17 96/22 96/25
97/16 97/22 100/13
103/13 105/11 106/5
106/12 106/15 108/21
109/3 109/5 109/7
109/10 110/9 110/22
110/23
campaign's [5] 10/25
11/3 11/17 30/9 66/20
candidacy [3] 25/20
26/17 27/23
capacity [4] 4/7 37/23
80/19 81/11
capital [1] 8/22
care [5] 23/14 119/11
122/18 122/20 122/21
cared [1] 113/25
career [2] 99/7 102/15
caring [1] 52/9
case [13] 1/3 9/13 9/16
9/19 10/1 11/18 51/23
80/24 85/4 87/12 87/14
88/22 88/23
cases [2] 62/22 81/24
causation [1] 24/16
cc'd [1] 54/17
certain [4] 10/16 15/1
15/3 17/18 17/19 17/24
19/8 23/4 49/3 75/4
93/6
certainly [31] 8/2 8/4
8/5 8/17 8/18 10/2 10/5
17/2 20/4 21/1 21/14
24/20 28/7 31/5 32/18
32/18 33/6 33/20 35/6
38/19 47/25 48/16 50/2
67/20 77/3 79/13 93/6
97/8 106/13 119/22
119/22
CERTIFICATE [1]
123/1
certify [3] 123/4 124/4
124/10
cetera [1] 70/16
chance [2] 5/11 9/4
changed [3] 31/5
100/25 121/14
characterization [1]
58/20
characterize [1] 57/12
charity [2] 98/15 98/16
check [3] 59/17 96/6
96/7
child [1] 47/8
children [2] 92/4 98/17
Christmas [2] 52/16
53/1
circle [1] 41/6
circulating [1] 112/20
circumstance [1]
38/24
circumstances [3]
44/13 49/24 122/16
city [1] 7/5

Civil [1] 124/7
claim [1] 115/22
claims [5] 55/22 56/5
57/14 68/9 84/19
clarify [2] 92/23 111/10
class [1] 27/22
clear [12] 8/8 31/10
61/21 62/6 63/20 68/15
86/19 97/2 97/4 99/2
101/20 116/20
clearly [18] 22/7 47/22
48/5 49/3 49/22 49/23
52/23 55/3 56/17 56/20
57/5 61/19 63/1 67/23
71/21 71/24 82/3 95/21
client [6] 11/9 12/5
79/6 82/1 82/3 83/10
Clinton [1] 18/22
close [1] 111/2
closeness [1] 99/11
closest [1] 73/6
club [2] 18/3 18/21
clue [1] 106/20
Co [1] 114/24
coalitions [1] 100/18
cobble [1] 65/23
Cohen [2] 95/14 97/8
coincidence [2] 75/15
76/16
collection [1] 35/3
color [1] 102/25
com [1] 22/4
comfortable [1] 72/23
coming [1] 98/11
comments [1] 29/24
Commission [2]
123/14 123/15
common [2] 12/8
82/25
communicate [2] 58/8
58/11
communicating [3]
79/19 79/21 79/23
communication [11]
1/12 11/22 11/24 46/17
65/14 69/24 71/5 79/20
82/1 82/4 114/7
communications [13]
9/25 10/23 20/7 20/14
21/9 78/4 79/8 79/13
82/14 82/15 82/17 86/7
86/14
communities [1] 101/3
companies [1] 105/5
company [8] 38/14
39/23 75/22 91/7 98/15
107/8 109/19 120/2
complained [1] 15/7
complaining [1] 23/5
complaint [1] 75/7
complete [1] 118/11
completely [1] 68/5
complicated [1]
102/16
computer [1] 27/3

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

## C

**concluded** [1] 122/22
**conclusion** [3] 75/9
90/12 105/1
**confidential** [2] 114/7
114/23
**confirm** [1] 21/21
**confirms** [1] 56/13
**conjure** [1] 43/8
**connect** [1] 42/10
**connected** [3] 45/22
46/12 124/13
**connection** [3] 47/6
47/15 47/21
**consider** [10] 25/19
48/9 48/9 88/12 89/6
89/22 89/24 90/1
103/11 109/21
**considered** [2] 48/9
121/18
**considering** [4] 50/5
90/22 91/5 91/6
**consistent** [1] 56/21
**consists** [1] 99/7
**constantly** [1] 53/3
**consulted** [2] 83/21
83/23
**contact** [2] 78/7
108/14
**contacted** [3] 61/15
61/19 61/21
**contacting** [3] 62/5
77/24 78/22
**contacts** [1] 9/11
**content** [5] 11/21
11/24 78/3 79/12 79/20
**context** [4] 22/16
48/12 52/4 65/7
**contrary** [1] 68/12
**contrast** [1] 27/22
**contribute** [1] 106/1
**controlling** [1] 39/1
**controversy** [1] 18/4
**convention** [1] 100/14
**conventional** [1] 66/11
**conversation** [6] 11/25
12/3 33/12 35/7 51/5
120/17
**conversations** [6] 9/16
9/24 10/2 32/20 33/15
83/7
**convince** [1] 51/10
**copied** [2] 61/6 62/17
**cordial** [2] 10/17 38/20
**Corey** [5] 92/17 92/22
93/3
**corporate** [1] 103/25
**correct** [48] 7/11 7/14
12/21 12/22 12/24
18/19 27/9 31/21 36/2
45/2 50/12 50/12 50/15
50/18 55/1 56/13 57/15
58/2 58/19 61/1 61/6
61/13 63/14 64/6 64/7

64/24 65/2 65/17 67/16
67/19 69/6 69/20 72/22
74/6 75/23 94/15 94/23
96/20 98/8 98/11 101/8
104/24 107/8 107/19
112/19 116/6 119/21
120/23
**correctly** [2] 24/10
53/10
**Correspondence** [3]
3/8 3/10 3/13
**cosmopolitan** [1]
27/25
**counsel** [16] 10/24
10/25 11/3 11/18 50/12
50/13 50/13 62/1 63/3
63/5 107/19 107/22
120/25 121/1 124/11
124/13
**counting** [1] 19/7
**country** [1] 91/7
**COUNTY** [2] 123/3
124/2
**couple** [4] 6/2 12/16
15/9 111/3
**course** [2] 11/10 37/25
**court** [12] 1/1 1/19
5/14 5/20 12/7 28/3
64/6 101/12 105/21
123/13 124/3 124/18
**courtesy** [1] 118/7
**craziness** [1] 23/18
**crazy** [1] 23/12
**criminal** [2] 90/7 90/10
**cross** [2] 5/14 13/3
**cross-talk** [2] 5/14
13/3
**Cruz** [1] 110/22
**crystal** [1] 68/15
**Cuban** [2] 27/24
104/21
**Cuban-American** [1]
27/24
**curiosity** [1] 6/9
**current** [1] 108/21
**cute** [1] 42/6
**CV** [1] 1/3

## D

**D.C** [3] 53/9 96/15
96/18
**damn** [2] 77/10 103/4
**database** [1] 96/6
**date** [8] 1/13 21/5
60/20 61/6 61/14 64/8
64/23 74/22
**dated** [4] 3/11 3/13
54/7 94/12
**dates** [7] 17/9 64/10
65/5 65/6 65/9 65/11
65/16
**Dawsey** [4] 3/9 35/20
35/21 36/10
**Dawsey's** [1] 36/24
**days** [7] 33/13 74/24

75/1 75/5 76/1 76/16
76/22
**deal** [1] 16/24
**dealt** [1] 8/18
**dearly** [1] 87/8
**debate** [1] 18/22
**deceiver** [1] 74/19
**December** [1] 17/8
**December 2016** [1]
17/8
**decided** [1] 100/21
**decipher** [2] 59/10
74/14
**decision** [4] 14/21
15/21 17/21 47/18
**decisions** [9] 14/10
14/17 14/24 15/1 15/4
15/14 15/19 16/19
106/21
**declined** [3] 69/6 76/2
76/17
**declining** [5] 57/14
58/2 58/20 59/3 74/25
**deed** [2] 51/19 58/14
**Defendant** [1] 2/15
**defendant's** [1] 10/24
**defendants** [2] 1/9
9/12
**Defenders** [2] 3/6 27/8
**define** [1] 102/14
**definitely** [1] 13/23
44/20 94/19
**degrading** [6] 99/12
102/4 102/8 102/12
102/18 102/24
**degree** [1] 28/1
**delay** [1] 13/3
**DELGADO** [8] 1/5 2/3
3/10 16/3 27/3 27/14
27/19 56/5
**Delgado's** [1] 27/24
**denied** [2] 13/6 15/6
**denigrate** [1] 99/6
**depiction** [1] 82/14
**deponent** [1] 124/8
**deposed** [3] 4/10 4/24
69/4
**deposition** [15] 1/17
1/20 5/13 12/15 58/15
62/22 81/4 81/22 82/8
88/21 88/25 96/7 113/9
122/22 124/5
**deputy** [1] 22/4
**describe** [2] 88/13
98/18 99/23
**described** [2] 99/22
99/24
**description** [2] 57/13
104/21
**deserved** [1] 121/7
**designing** [1] 72/21
**desk** [1] 65/7
**desperately** [1] 73/1
**despite** [2] 21/10 61/25
**detail** [1] 17/1

**detailed** [1] 10/2
**details** [2] 110/13
110/13
**developed** [3] 34/12
38/17 40/17
**development** [1] 101/9
**difference** [1] 101/1
**differently** [1] 77/19
**dinner** [1] 33/3
**direct** [9] 23/1 72/3
79/9 81/8 82/10 93/2
93/7 93/17 105/12
**directed** [1] 36/22
**direction** [1] 74/9
**directly** [11] 7/24 58/7
58/8 62/5 63/9 63/11
72/13 72/25 102/1
106/12 107/17
**director** [6] 20/7 20/14
21/10 22/4 103/2
103/14
**disappointed** [6] 65/19
65/25 69/25 71/5 94/9
94/16
**disappointing** [2]
52/13 121/17
**discovery** [1] 82/7
**discrimination** [1] 15/7
**discuss** [1] 6/5
**discussed** [5] 43/12
49/21 50/1 60/24 79/12
**discussing** [5] 43/18
49/7 49/9 49/16 61/5
**Discussion** [4] 86/4
114/4 114/15 119/15
**dismiss** [1] 54/24
55/10
**dismissed** [1] 55/3
**dispute** [1] 43/3
**distracting** [1] 22/19
**DISTRICT** [2] 1/1 1/2
**Ditto** [2] 21/23 22/3
**divulge** [1] 49/18
**docket** [1] 88/22
**documentation** [1]
48/1
**documents** [7] 9/2 9/5
40/24 47/25 62/13
70/14 111/4
**doggies** [1] 122/21
**dogs** [2] 28/2 28/7
**domain** [4] 14/2 16/19
102/23 121/11
**Don** [2] 113/23 113/25
**DONALD** [1] 1/8 3/6
27/7 28/4 87/5 104/22
**door** [1] 119/14
**double** [1] 59/17
**doubt** [3] 26/6 28/14
32/17
**down** [13] 27/13 31/4
43/6 44/12 46/20 56/22
57/22 60/19 70/4 74/10
90/16 90/17 96/18
**dozen** [2] 25/3 25/3

**dragged** [1] 121/14
**drop** [1] 51/10
**due** [1] 72/21
**duly** [2] 4/10 123/6
**during** [8] 6/6 13/1
13/2 31/8 31/8 31/20
50/21 92/25

## E

**e-mail** [46] 3/8 3/10
3/13 10/18 35/12 35/18
35/19 35/24 36/10
36/21 40/25 41/14 43/4
50/10 50/11 51/24
53/21 53/22 54/6 55/5
56/22 57/3 58/1 58/20
59/3 59/15 60/5 60/6
61/4 61/18 61/20 62/2
62/16 63/11 63/13 64/9
67/8 68/13 69/18 71/17
73/18 74/1 74/24 81/15
96/6 107/15
**e-mailed** [4] 60/24 61/5
63/8 75/24
**e-mailing** [2] 54/14
119/7
**e-mails** [9] 10/14 59/6
59/6 59/8 62/8 62/21
62/25 64/1 68/12
**early** [4] 25/14 25/19
40/16 40/17
**earning** [1] 27/2
**easier** [2] 87/17 87/17
**echo** [2] 30/6 70/12
**edges** [1] 24/5
**effect** [2] 4/4 73/3
**efficiently** [1] 6/19 21/7
**eight** [3] 102/7 111/15
112/9
**either** [4] 19/8 34/15
36/15 36/23
**election** [3] 31/9 32/13
87/4
**elite** [1] 28/1
**eluded** [1] 112/7
**eludes** [1] 56/19
**Email** [1] 2/13
**Email:adelgado** [1] 2/5
**Email:ahabba** [1] 2/21
**embarrassing** [1] 19/8
117/6
**embroil** [1] 50/24
**employed** [2] 8/22
86/16
**employee** [6] 23/23
39/17 75/6 105/2
124/11 124/12
**employees** [2] 38/15
74/15
**employment** [8] 46/6
46/25 66/9 66/10 67/1
68/25 74/15 111/11
**ended** [2] 47/3 72/4
**entails** [1] 105/4
**entering** [1] 122/7

**E**

**entire [1]** 102/14
**entities [1]** 83/16
**entity [1]** 110/18
**ERIC [50]** 1/17 3/2 3/10
3/13 4/8 4/15 4/17 6/6
7/3 12/1 13/6 27/4
32/13 35/21 35/23
36/24 41/10 42/5 42/18
52/7 57/19 59/3 62/11
64/20 65/19 68/6 70/18
71/15 73/19 75/23
78/7 85/23 86/6 86/13
87/23 94/5 99/2 101/21
105/18 109/14 109/21
118/7 119/6 121/6
122/13 123/5
**especially [2]** 5/13
6/15
**ESQUIRE [2]** 2/10 2/18
**establish [2]** 75/4 99/4
**estate [6]** 7/10 7/11
47/12 75/21 78/10
109/19
**estimate [1]** 6/13
**et [4]** 1/8 1/14 1/14
70/16
**events [2]** 8/5 10/16
**evidence [2]** 37/2
59/22
**EVP [2]** 7/17 7/18
**exact [2]** 19/23 22/16
**exactly [4]** 15/25 20/22
68/12 81/12
**EXAMINATION [1]**
4/13
**example [1]** 58/13
**excerpt [1]** 87/11
**exchange [8]** 3/12 42/1
51/11 60/1 60/5 84/24
85/7 94/10
**exchanged [1]** 120/4
**excuse [3]** 36/19 38/5
61/2
**executive [2]** 7/11 7/19
**executives [1]** 91/7
**exhibit [20]** 3/5 31/25
36/6 36/7 41/14 41/16
59/22 60/7 60/9 60/11
60/23 64/17 65/3 69/19
78/15 87/24 94/1
101/12 101/14 101/17
**exhibits [4]** 3/4 63/19
63/19 102/19
**existed [1]** 67/16
**existing [1]** 68/8
**Exit [1]** 65/17
**expect [1]** 83/9
**Expires [1]** 123/15
**explaining [3]** 63/5
76/11 118/25
**express [1]** 86/25
**expressed [5]** 72/6

72/7 72/25 86/22
120/10
**expressing [1]** 69/25
**extent [1]** 49/3
**eyes [2]** 48/7 72/1

**F**

**facilitate [1]** 55/13
**facilitating [1]** 44/9
**fact [13]** 12/1 12/4
28/24 39/22 49/7 68/19
68/21 72/20 82/23
84/16 109/24 110/1
117/23
**fails [1]** 81/13
**fair [7]** 10/21 14/4 31/7
43/9 74/21 111/2
122/11
**fairly [3]** 44/17 102/17
112/4
**family [4]** 32/16 33/2
52/19 100/24
**far [3]** 5/18 6/14 83/1
**fast [1]** 87/21
**faster [3]** 87/20 89/1
108/16
**father [33]** 8/2 8/9 8/18
14/24 15/1 25/25 26/11
28/11 28/14 29/20
29/24 30/12 32/21 33/2
33/15 34/19 35/5 35/7
35/13 36/18 37/13
37/20 84/12 86/8 86/15
86/23 87/4 90/20
100/22 108/20 110/11
120/10 120/17
**father's [9]** 23/7 25/20
28/20 29/16 30/9 38/5
71/23 88/8 91/3
**favor [1]** 109/16
**Federal [1]** 124/7
**feet [1]** 72/8
**felt [3]** 44/16 48/16
72/23
**female [1]** 91/7
**fights [1]** 31/12
**filed [9]** 48/23 50/5
55/1 56/15 62/3 72/11
80/21 87/11 88/21
**final [1]** 18/22
**financially [1]** 124/14
**fine [1]** 99/14
**fired [8]** 75/20 76/2
76/20 76/22 77/1 77/12
77/21 77/25
**firing [2]** 15/2 77/6
**firm [3]** 9/3 108/5
118/1
**first [38]** 4/9 11/6
11/14 16/7 26/20 27/24
31/3 32/9 43/4 45/2
48/11 51/2 54/17 54/23
56/21 58/6 60/17 61/14
62/21 63/1 64/13 64/16
64/20 64/23 68/16

74/11 75/20 76/3 76/20
77/2 77/2 81/25 82/23
83/2 89/12 100/9
101/25 111/9
**first-generation [1]**
27/24
**firsthand [6]** 16/8
16/15 17/6 17/20 18/8
25/9
**fit [3]** 20/22 44/23
97/19
**five [3]** 92/1 92/2 93/22
**five-minute [1]** 93/22
**FL [1]** 2/4
**flies [1]** 93/4
**flip [1]** 111/3
**floor [2]** 2/11 40/20
**Florida [8]** 1/20 4/6 4/7
7/6 7/7 123/2 123/14
124/1
**flurries [2]** 24/12 25/10
**flurry [3]** 22/15 24/22
24/24
**focus [7]** 21/1 33/21
34/10 37/24 38/2 48/4
85/12
**focused [5]** 16/19
85/13 106/21
**following [1]** 104/10
**follows [1]** 4/11
**fondly [1]** 121/13
**font [1]** 87/13
**force [1]** 4/4
**foregoing [1]** 124/5
**forgive [5]** 83/20 94/22
120/9
**forgot [2]** 24/5 95/16
**form [60]** 8/15 9/14
13/8 13/18 13/19 13/25
14/12 15/8 15/16 17/14
18/23 20/8 20/16 20/20
21/12 23/9 25/4 25/16
26/3 30/2 32/22 35/16
38/9 43/14 44/4 45/7
45/8 46/8 46/14 49/11
50/16 51/13 55/24
57/16 58/22 61/17
65/20 68/10 68/24 73/9
75/8 76/18 77/8 81/23
84/20 85/18 86/10
86/17 90/24 91/13
91/19 92/11 101/16
105/6 108/23 113/5
113/20 115/14 121/8
121/9
**formal [1]** 8/22
**formally [2]** 8/23 109/9
**formed [1]** 34/5
**forth [6]** 12/17 23/19
39/21 44/14 71/17
120/7
**forward [2]** 50/22
69/10
**FPR [2]** 1/18 124/18
**frankly [7]** 50/7 52/12

74/24 80/23 98/20
102/10 121/23
**free [2]** 36/25 116/1
**Friday [1]** 74/2
**friend [10]** 52/6 52/6
52/24 53/18 69/4 71/20
72/3 73/6 110/3 121/18
**friendly [1]** 51/6
**friendship [5]** 34/5
38/17 40/17 58/9 61/25
**front [1]** 61/11
**fronts [2]** 24/5 24/6
**full [1]** 70/9

**G**

**Gallagher [2]** 3/7 27/9
**garbage [1]** 90/15
**Garten [4]** 6/12 107/18
107/18 112/20
**general [10]** 34/1 35/2
52/4 79/5 95/1 107/18
107/22 111/13 111/13
122/9
**generalities [2]** 19/1
19/6
**generally [1]** 72/15
**generation [1]** 27/24
**gilesparscale [1]**
107/3
**gilesparscale.com [1]**
107/5
**given [9]** 4/5 6/20
29/24 71/9 74/22 77/5
86/13 88/6 124/7
**glad [2]** 42/9 47/4
**Glassner [1]** 108/9
**god [1]** 11/13
**golf [1]** 37/25
**gong [1]** 73/15
**gosh [1]** 114/14
**government [4]** 14/8
96/14 97/13 121/25
**grand [1]** 98/1
**great [18]** 6/23 6/24
7/7 8/17 27/12 28/10
28/16 39/20 57/21 58/4
58/13 87/8 89/10 99/13
101/20 102/9 106/11
106/14
**grievance [1]** 110/14
**ground [2]** 4/25 13/1
**group [1]** 38/16
**guess [3]** 54/22 90/13
96/10
**guest [1]** 53/13
**guy [2]** 48/8 109/18
**guys [4]** 6/10 10/6
46/24 47/23

**H**

**HABBA [3]** 2/18 2/18
73/21
**Habba's [1]** 9/3
**habbalaw.com [2]**
2/21 2/21

**half [1]** 78/9
**hand [1]** 123/8
**handful [3]** 26/12
26/15 26/15
**handle [1]** 81/21
**handling [4]** 51/23
58/12 63/9 72/12
**hang [2]** 53/24 119/13
**happier [1]** 92/6
**happy [16]** 18/17 21/4
25/22 33/2 36/15 43/5
65/25 68/24 72/6 80/3
82/7 82/18 82/21
104/16 117/13 118/24
**hard [1]** 52/20
**Harris [4]** 1/18 123/13
124/3 124/18
**Harvard [1]** 28/1
**harvard.edu [1]** 2/5
**head [9]** 19/12 24/7
24/15 24/21 25/9 40/12
85/9 96/25 120/3
**headline [6]** 3/19 27/6
27/7 87/7 89/10 101/18
**headlines [2]** 18/1 89/9
**heads [1]** 94/18
**hear [6]** 38/3 39/3
85/15 85/25 93/6 98/18
**heard [7]** 20/23 24/9
34/20 35/22 36/18
92/21 93/15
**heavily [1]** 100/20
**held [1]** 104/21
**help [28]** 10/8 36/17
41/1 46/14 47/5 47/5
47/7 48/8 48/16 48/17
51/25 52/1 55/2 55/13
58/12 58/16 64/22
68/21 71/20 71/20
71/22 71/23 71/25 72/9
72/14 84/17 109/25
115/9
**helped [1]** 72/7
**helping [1]** 85/13
**helps [1]** 5/20
**HH [1]** 123/14
**Hi [1]** 54/17
**Hick's [1]** 92/16
**Hicks [1]** 92/21
**highlighted [1]** 36/13
**highly [2]** 24/19 106/2
**Highway [1]** 2/19
**hire [2]** 14/18 14/19
**hired [2]** 16/3 121/20
**hiring [12]** 14/10 14/17
14/22 14/25 15/2 15/4
15/14 15/19 89/22
89/24 90/9 97/25
**Hispanic [14]** 29/25
103/1 103/13 103/19
103/20 104/6 104/12
104/19 106/5 106/6
106/10 106/14 106/17
106/18
**history [1]** 118/11

**H**

**hit [1]** 47/23
**hold [1]** 94/17
**home [1]** 28/8
**honest [1]** 119/11
**honestly [2]** 43/20
121/12
**honorable [1]** 110/3
**Hope [4]** 42/14 92/16
92/21 93/3
**Hopefully [2]** 26/23
65/3
**Hoping [1]** 53/23
**host [1]** 96/15
**hours [6]** 6/10 6/13
6/22 22/22 110/2
122/14
**House [60]** 13/7 13/10
13/13 14/7 14/11 14/17
14/18 14/22 14/25 15/2
15/4 15/7 15/10 15/15
15/19 16/3 16/17 17/5
17/21 20/7 20/14 21/9
21/16 22/5 37/14 39/4
39/8 39/9 39/14 52/16
53/1 53/4 95/13 95/18
95/20 96/12 97/5 97/6
97/9 97/11 97/13 98/2
99/22 100/2 100/5
101/6 102/2 102/3
102/25 103/5 103/7
105/4 105/15 106/18
106/21 121/7 121/10
121/20 121/24 122/7
**housing [2]** 101/3
102/1
**HR [1]** 40/13
**hug [1]** 53/15
**huge [1]** 26/15
**hurting [2]** 44/16 52/24
**hypotheticals [1]**
105/10

**I**

**idea [29]** 13/10 14/21
15/5 15/20 17/9 24/25
33/24 34/17 39/5 57/9
65/24 66/6 69/14 69/21
70/2 75/22 78/12 79/23
80/2 80/12 84/2 90/8
101/21 103/4 107/14
111/18 113/13 113/16
115/4
**identification [10]** 32/1
36/8 41/17 60/8 60/10
60/12 78/16 87/25 94/2
101/15
**image [2]** 23/3 23/7
**imagine [4]** 50/2 50/3
97/22 107/15
**immediately [2]** 41/1
110/22
**immigration [1]** 29/25
**impact [1]** 100/24

**implementing [1]**
97/25
**important [1]** 71/19
**impressed [1]** 73/8
**impression [4]** 24/14
104/5 104/8 104/18
**improper [1]** 110/10
**inadequate [1]** 83/3
**included [1]** 28/12
**including [4]** 52/14
68/3 108/19 110/11
**inclusion [1]** 28/3
**incorrect [1]** 81/6
**incredible [1]** 28/13
**INDEX [2]** 3/1 3/4
**indicated [1]** 54/21
**individuals [5]** 15/13
23/3 47/11 48/2 107/2
**inform [1]** 75/4
**information [1]** 92/21
**informing [1]** 74/22
**initiated [2]** 63/14
63/16
**inquire [1]** 77/9
**inquired [3]** 77/7 77/18
77/20
**inside [1]** 72/8
**insight [1]** 42/13
**instances [1]** 17/25
**instead [4]** 4/18 5/19
44/1 87/18
**intend [1]** 9/8
**intent [1]** 117/14
**intentional [1]** 13/2
**interaction [1]** 46/2
**interest [2]** 12/9 38/8
38/13
**interested [1]** 124/14
**interesting [2]** 58/5
66/7
**interpret [2]** 59/5 59/8
**interrupt [1]** 13/1
**interruption [1]** 58/23
**intimately [1]** 88/11
**introduce [3]** 76/21
111/6 111/8
**introduced [11]** 45/4
111/17 111/19 111/21
111/23 112/1 112/2
112/5 112/11 112/12
112/12
**introducing [1]** 44/11
**introduction [17]**
44/22 45/5 45/11 45/12
46/4 46/16 48/2 48/18
66/2 68/22 72/2 73/11
73/13 84/15 95/4
111/13 111/14
**invitation [1]** 52/17
**invite [1]** 53/2
**invited [1]** 53/13
**invites [1]** 52/19
**involved [19]** 8/6 23/16
37/23 49/2 49/3 50/7
65/8 67/24 69/23 72/13

77/14 86/19 87/1 88/11
100/13 100/20 110/6
110/25 122/9
**involvement [7]** 17/13
40/2 57/1 92/16 92/22
110/21 110/21
**Irrelevant [1]** 71/2
**issue [3]** 36/14 81/6
105/14
**itself [7]** 61/9 79/15
80/4 84/6 84/9 97/13
102/20

**J**

**January [9]** 3/13 54/7
60/20 61/1 61/7 62/16
64/24 65/1 94/12
**January 1st [2]** 64/24
65/1
**January 23 [4]** 54/7
61/1 61/7 62/16
**January 25 [1]** 94/12
**JARED [6]** 2/10 11/4
11/6 11/11 11/15 73/21
**Jason [28]** 9/25 10/3
10/6 10/15 10/18 19/15
20/2 20/6 20/10 20/12
20/13 20/17 20/21 21/4
21/8 36/16 53/3 53/7
86/9 86/15 86/23 87/3
88/7 103/1 108/21
109/9 110/14 122/6
**Jason's [1]** 20/4
**jblumetti [1]** 2/13
**Jessica [3]** 21/23 22/3
22/9
**job [58]** 13/7 15/7
16/16 17/5 19/10 24/17
37/14 39/8 44/2 44/9
45/6 45/16 45/24 46/21
47/12 47/14 47/18
47/19 47/23 51/11
53/11 59/9 66/2 68/7
68/22 72/5 73/1 73/2
73/6 73/12 74/16 77/1
78/9 84/15 84/18 84/24
85/7 85/16 85/25 88/10
95/2 95/13 95/17 96/11
98/5 98/8 99/21 100/1
100/15 100/19 102/25
103/5 103/6 103/22
104/3 105/4 111/11
121/7
**jobs [5]** 95/20 95/22
96/2 103/19 121/23
**jocking [3]** 95/20 95/25
96/12
**jog [1]** 120/14
**jogged [1]** 95/24
**Johnson [1]** 112/24
**joined [1]** 27/20
**joining [2]** 33/3 110/23
**Josh [5]** 3/9 35/20
35/21 36/10 36/24
**July [2]** 48/22 116/12

**July 29 [1]** 116/12
**Jupiter [1]** 7/6
**jut [2]** 69/11 117/8

**K**

**keep [6]** 21/6 25/23
29/14 74/13 86/9 88/9
**keeping [3]** 84/25 85/8
95/3
**keeps [1]** 86/15
**Kelly [2]** 93/10 93/14
**kept [2]** 91/12 102/3
**KHP [1]** 1/3
**kids [9]** 33/25 38/22
44/15 51/6 92/1 92/3
92/6 100/23 122/21
**kind [3]** 10/23 16/25
18/5 19/7 23/18 34/4
48/12 56/18 69/2 93/3
93/18 95/24 110/2
**knowledge [22]** 7/25
8/4 8/20 8/24 10/7
15/23 16/1 16/8 16/15
17/6 17/21 18/8 25/9
57/1 92/19 93/2 93/7
93/18 95/5 101/6
105/11 105/13
**knows [1]** 77/2

**L**

**L-O-V-E [1]** 93/14
**lack [2]** 22/20 57/1
**landed [1]** 68/22
**lane [1]** 110/24
**Lanza [3]** 93/10 93/11
93/13
**Lara [7]** 32/16 53/12
84/23 107/3 107/4
107/5 107/5
**large [5]** 14/23 87/13
97/13 97/14 97/15
**Larry [26]** 51/22 54/8
54/9 54/10 54/12 54/17
61/5 62/3 62/16 67/23
78/22 80/6 80/9 80/13
80/20 83/5 83/5 83/9
83/10 83/15 107/15
107/16 108/4 114/9
115/5 115/12
**last [13]** 27/21 33/5
56/21 59/22 62/8 63/11
66/23 94/24 119/12
119/13 119/19 120/6
121/6
**Latina [3]** 29/24 31/2
103/13
**Latinas [1]** 28/4
**law [2]** 28/1 108/5
**laws [1]** 75/4
**lawsuit [16]** 23/15
43/13 43/18 44/2 49/17
50/1 50/4 50/14 50/22
51/11 54/20 56/8 67/24
94/18 110/13 120/11
**lawyer [1]** 68/2

**LCR [3]** 1/18 124/3
124/18
**leaders [1]** 106/14
**learned [1]** 35/13
**least [8]** 27/20 29/20
71/19 98/1 102/13
110/15 111/24 120/18
**leave [8]** 39/21 84/7
84/9 111/7 118/15
120/8 120/20 122/12
**led [1]** 53/2
**legal [3]** 56/9 75/9
90/12
**Leila [4]** 1/18 123/13
124/3 124/18
**lend [1]** 104/25
**less [6]** 6/15 17/23
25/2 75/5 89/24 113/23
**letter [16]** 3/15 3/16
55/18 56/3 56/4 59/12
60/17 60/25 64/13
64/16 64/20 64/23
73/17 73/18 73/25
74/20
**letter/waiver [1]** 56/3
**letters [1]** 74/15
**level [5]** 18/24 43/3
43/7 97/22 98/1
**Lewandowski [2]**
92/17 92/22
**LHGKC [1]** 2/10
**lhrgb.com [2]** 2/13
2/13
**liability [3]** 66/21 66/21
67/7
**life [7]** 38/22 44/14
49/25 51/7 92/5 102/14
122/10
**light [2]** 44/12 110/2
**Likewise [1]** 122/18
**limited [2]** 15/24 96/1
**line [7]** 23/6 41/21
54/17 64/10 65/9 68/16
78/24
**lines [4]** 10/20 45/15
50/6 101/4
**lineup [1]** 93/17
**link [2]** 48/25 66/24
**linked [1]** 46/19
**linking [2]** 46/17 47/9
**list [1]** 81/9
**listed [2]** 21/23 81/11
**listening [1]** 52/9
**litigation [1]** 50/25
**live [1]** 122/9
**lives [1]** 100/25
**LLP [1]** 2/18
**LOCATION [1]** 1/11
**lodging [1]** 40/8
**log [21]** 3/18 77/23
78/14 78/19 78/23 79/6
79/14 79/14 79/22 80/4
81/3 81/6 81/7 81/13
81/17 82/12 83/3 84/8
106/23 108/14 118/21

**L**

logical [1] 68/5
logs [1] 83/2
looked [2] 24/14 69/20
looking [4] 10/9 95/19
109/25 112/14
looks [1] 107/14
love [6] 28/4 87/8 92/3
93/10 93/14 100/21
luck [1] 46/20
Luke [2] 34/1 34/4
lunch [1] 42/14
Lynne [8] 3/19 98/6
98/14 98/16 98/22
98/22 99/21 100/13

**M**

M-A-N-I-C [1] 24/11
ma'am [1] 5/2
Madaio [1] 2/18
magic [1] 76/1
mail [46] 3/8 3/10 3/13
10/18 35/12 35/18
35/19 35/24 36/10
36/21 40/25 41/14 43/4
50/10 50/11 51/24
53/21 53/22 54/6 55/5
56/22 57/3 58/1 58/20
59/3 59/15 60/5 60/6
61/4 61/18 61/20 62/2
62/16 63/11 63/13 64/9
67/8 68/13 69/18 71/17
73/18 74/1 74/24 81/15
96/6 107/15
mailed [4] 60/24 61/5
63/8 75/24
mailing [2] 54/14 119/7
mails [9] 10/14 59/6
59/6 59/8 62/8 62/21
62/25 64/1 69/12
Maldonado [1] 106/10
man [4] 42/15 67/25
87/8 112/4
manage [1] 26/22
management [1] 86/20
manager [1] 96/22
manic [2] 24/4 24/11
March [2] 1/13 123/9
mark [4] 59/14 80/25
101/12 101/16
marked [11] 31/25
36/7 41/16 60/7 60/9
60/11 78/15 87/24 94/1
94/20 101/14
marker [1] 76/1
marks [1] 27/25
Maron [2] 107/25
108/1
massage [1] 90/2
massive [1] 97/16
materials [1] 12/14
maternity [1] 39/20
Matt [1] 108/1
matter [6] 11/3 58/12

63/10 94/25 99/14
111/1
Matthew [1] 107/25
McKenna [1] 39/11
McPartland [2] 107/11
107/13
mean [69] 8/9 8/10
10/4 12/2 16/11 16/13
17/8 22/8 26/4 28/21
29/5 30/2 31/3 31/8
34/24 39/7 42/20 45/12
46/17 49/2 49/21 50/3
50/17 52/3 52/4 52/5
52/14 52/20 54/16 55/6
55/18 56/2 56/4 56/6
56/9 58/13 58/14 59/7
65/22 66/1 68/4 68/15
74/10 75/1 77/17 78/9
89/9 90/16 92/24 92/24
95/8 95/19 95/22 96/17
96/25 97/10 97/15
97/19 99/7 101/24
103/24 104/20 105/9
106/6 111/11 112/24
119/22 119/23 120/4
meaning [2] 33/5
55/21
meaningful [2] 120/7
120/7
means [1] 80/18
meant [4] 28/3 33/5
53/16 59/10
Meave [2] 3/7 27/8
media [9] 88/24 99/6
103/1 103/14 104/6
104/12 104/19 105/5
106/17
Mediaite [3] 3/17 87/18
88/20
mediation [1] 49/9
meeting [16] 40/18
40/22 41/1 41/19 42/25
43/10 43/12 43/17
43/21 43/23 49/6 50/22
51/17 51/18 52/4 63/2
memory [8] 18/18 21/5
35/15 53/11 95/24 96/9
115/10 120/15
men [3] 90/21 91/4
91/10
mentioned [8] 18/16
19/15 20/5 21/24 22/12
28/2 30/11 34/21
merely [1] 63/14
message [2] 59/11
118/11
messages [19] 10/10
12/17 40/25 45/14 49/8
52/7 77/5 83/24 96/6
116/11 116/14 116/16
116/18 116/19 116/25
117/2 117/23 117/25
118/14
messed [1] 97/3
met [5] 42/17 42/18

48/12 48/21 49/4
Miami [2] 2/4 106/11
Michael [2] 39/11
95/14 97/8 108/9
micro [1] 110/15
micro-basis [1] 110/15
might [12] 5/11 10/10
10/14 15/25 23/1 42/2
46/13 54/20 59/18
103/21 115/17 118/9
Miller [27] 10/1 10/10
10/14 17/13 19/15 20/3
20/6 20/12 20/13 21/9
35/14 36/16 53/3 86/9
86/16 86/23 87/3 88/7
88/13 89/15 103/1
108/22 110/20 113/2
113/8 119/8 122/6
Miller's [1] 21/4
million [1] 48/24
mind [3] 23/20 39/10
98/11
mine [2] 49/17 72/3
minority [1] 101/3
minute [6] 57/11 57/19
64/13 74/2 93/22 93/22
minutes [2] 6/21 93/21
mischaracterization
[1] 63/18
mischaracterizing [1]
19/20
missing [1] 118/14
misspoke [2] 100/11
100/11
mistaken [1] 98/7
moment [4] 48/6 54/8
94/13 103/12
month [3] 27/21 66/3
68/23
months [2] 22/5 48/22
morning [2] 4/15 4/16
mother [3] 47/8 51/19
113/16
mouth [1] 43/11
move [8] 7/7 69/10
70/20 79/10 82/19
87/19 94/21 117/19
moved [1] 119/10
moving [3] 21/6 25/24
74/8
Mr. [13] 9/12 9/19 9/19
9/25 10/14 10/22 11/2
56/12 83/4 88/13 108/5
113/2 113/8
Mr. Blumetti [3] 10/22
11/2 108/5
Mr. Jason [1] 9/25
Mr. Miller [4] 10/14
88/13 113/2 113/8
Mr. Priebus [2] 9/12
9/19
Mr. Rosen [1] 56/12
Mr. Spicer [1] 9/19
Mr. Trump [1] 83/4
Ms. [1] 9/3

Ms. Habba's [1] 9/3
mutual [6] 16/10 18/12
48/13 48/14 56/8 68/2

**N**

name [8] 7/1 20/4 22/2
22/8 26/13 34/2 35/22
112/6
names [2] 93/15 95/22
narrow [1] 31/4
national [2] 39/6 97/21
NDA [1] 116/5
necessarily [2] 105/24
115/23
necessary [5] 54/24
54/24 55/9 55/9 60/25
needed [7] 45/16 46/5
46/21 48/17 73/1 81/17
118/10
negative [4] 16/24
16/24 30/15 30/18
negativity [1] 17/17
never [16] 7/23 7/24
8/3 8/20 14/7 17/15
30/11 46/2 62/6 85/13
90/4 90/4 96/13 96/13
96/14 97/19
news [1] 85/5
nexus [1] 99/4
nice [10] 28/25 29/7
51/21 58/10 98/3 104/8
110/2 111/16 112/21
122/15
night [2] 18/21 32/13
nine [1] 31/17
NJ [1] 2/20
nominee [1] 25/25
nonetheless [1] 4/24
nonsense [1] 90/18
nonstop [1] 25/11
Notary [3] 1/19 4/7
123/14
noted [1] 37/4
nothing [14] 38/21
47/21 85/1 89/3 89/8
89/11 92/6 92/7 92/14
110/7 113/24 121/15
121/21 121/22
Notice [1] 1/20
notified [1] 43/19
November [3] 32/25
33/1 114/8
November 11 [1] 114/8
number [1] 112/2
NY [1] 2/12

**O**

oath [4] 4/3 89/16
113/3 123/1
object [4] 19/18 36/20
80/17 90/11
objection [87] 5/15
5/16 8/15 9/14 13/8
13/17 13/18 13/25
14/12 15/8 15/16 16/5

17/14 18/23 20/8 20/16
21/12 23/8 23/9 23/25
24/1 25/4 25/16 26/3
29/17 30/1 32/22 35/16
37/3 37/15 38/9 39/19
40/3 40/10 43/14 44/4
45/7 45/8 46/8 49/11
50/16 51/1 51/13 55/24
57/16 58/22 61/8 61/17
62/19 63/17 65/20
68/10 69/8 70/5 70/23
75/8 75/16 76/5 76/8
76/18 77/8 78/1 79/5
80/11 82/6 84/1 84/20
85/18 86/10 86/17
90/24 91/13 91/19
92/11 103/3 103/16
105/6 105/7 105/8
105/19 108/23 113/16
113/20 113/21 115/14
121/8 121/9
objections [2] 5/12
40/9
obtain [1] 95/13
obviously [20] 6/20
10/17 23/2 36/21 38/20
43/6 44/14 45/17 48/11
51/22 51/23 53/8 54/15
58/9 63/7 79/19 83/23
96/1 97/14 120/1
occupation [1] 7/9
October [9] 3/7 25/25
27/9 40/17 42/9 42/12
42/19 42/19 49/6
October 11 [1] 42/19
October 12 [1] 42/19
October 12th [1] 42/9
October 18 [1] 27/9
October 2017 [1]
40/17
offense [1] 98/20
offer [1] 59/12
offered [1] 85/7
office [4] 40/18 40/20
42/25 49/6
officer [1] 21/16
official [1] 123/8
oft [1] 28/2
oft-mentioned [1] 28/2
often [4] 10/3 10/11
10/18 119/24
oftentimes [1] 110/18
old [1] 41/4
Omarosa [3] 84/24
85/1 85/12
Omarosa's [1] 85/6
once [1] 72/14
one [43] 10/17 14/5
14/20 16/11 18/3 18/20
19/3 28/7 34/4 39/10
40/20 41/7 41/24 52/7
52/15 52/18 53/7 53/10
59/25 60/3 60/3 60/15
63/1 63/8 73/5 83/19
85/13 87/6 91/2 91/2

**O**

one... [13] 95/13 95/18 100/16 101/24 102/16 103/13 113/25 114/6 114/23 115/25 116/5 119/17 119/17
one's [1] 94/20
ones [2] 38/23 110/17
ongoing [9] 54/18 55/8 56/24 57/4 57/6 57/8 67/11 67/20 67/23
open [1] 121/23
opened [1] 119/13
opine [2] 36/25 104/16
opinion [14] 30/3 30/8 30/9 30/10 86/22 88/6 96/3 98/4 103/17 104/1 104/3 104/11 122/6 122/10
opinions [4] 86/25 88/9 88/10 122/8
opportunity [1] 45/20
opposite [1] 61/20
oral [2] 9/25 10/23
orbit [1] 23/4
ordered [1] 67/23
ordinary [1] 66/8
Org [2] 107/25 108/2
organization [13] 7/14 7/15 8/7 39/16 40/1 44/23 47/16 47/20 47/20 72/22 73/7 80/22 107/19
organization's [1] 74/15
otherwise [1] 78/23
outlook.com [1] 2/5
outreach [4] 100/18 103/20 103/21 105/4
outside [6] 74/14 81/3 81/21 82/7 82/20 118/21
overall [1] 117/9
own [9] 6/10 6/16 16/19 38/23 73/12 77/14 102/17 110/11 110/24

**P**

p.m [2] 74/2 122/23
PAC [22] 3/15 33/3 33/11 45/1 45/2 46/2 46/3 46/25 47/2 51/11 59/13 64/8 66/15 66/18 66/22 67/6 68/7 74/4 77/15 77/21 111/22 111/24
pack [2] 44/2 44/10
package [1] 12/18
PAGE [2] 3/5 114/12
Page 6 [1] 114/12
pages [1] 87/12
paid [3] 7/23 8/3 109/7
pain [1] 72/1

pains [2] 18/10 24/18
paperwork [3] 54/24 55/9 60/25
paragraph [4] 27/13 28/19 29/4 74/12
parlors [1] 90/2
Parscale [4] 44/9 72/17 94/24 119/20
parse [1] 29/4
part [18] 12/18 12/19 13/9 13/13 14/7 15/10 39/14 60/5 71/7 94/11 101/6 101/7 102/1 102/2 103/8 106/14 109/8 114/9
particular [2] 28/18 30/4 91/12
particularly [3] 26/4 29/23 82/24
parties [4] 54/12 68/4 72/12 124/12
parties' [1] 124/13
party [2] 52/16 88/23
partying [9] 18/1 18/17 19/4 19/16 19/23 20/3 20/15 21/10 21/25
passing [1] 119/6
past [2] 11/12 119/10
Pastor [1] 106/10
pastors [2] 106/9 106/10
Patrick [3] 107/11 107/13 107/17
Patton [3] 3/19 98/6 99/21
paused [1] 32/5
pay [1] 17/10
paying [1] 68/23
penalties [1] 5/7
pending [1] 56/14
people [34] 8/19 14/19 14/23 16/10 16/14 21/17 35/1 35/24 39/13 39/22 52/1 76/22 80/22 93/5 95/19 95/21 95/25 96/2 96/12 96/13 97/1 97/12 97/18 97/19 98/18 100/17 104/2 109/17 110/5 111/17 111/19 112/2 112/3 112/10
per [2] 21/6 124/7
percent [1] 88/24
perfect [2] 35/25 89/25
period [5] 31/4 33/17 34/13 76/1 107/9
perjury [1] 5/7
permitted [3] 83/4 83/6 83/8
person [29] 13/3 14/20 22/9 24/17 34/10 38/25 46/12 46/23 47/9 47/10 48/9 52/13 52/23 58/11 63/9 66/8 73/7 76/21 96/20 97/16 98/16

98/18 98/22 98/24 102/14 102/18 106/16 107/4 110/8
person's [1] 102/14
personal [10] 15/23 16/1 52/18 53/13 84/11 84/16 99/4 99/4 99/10 121/20
personally [5] 18/9 23/22 34/20 63/10 121/7
personnel [2] 97/25 106/21
pertain [1] 29/10
pertains [2] 64/3 80/13
phone [2] 116/21 118/19
phonetic [1] 107/3
photo [1] 32/3
photograph [1] 60/20
photographed [1] 53/3
photos [1] 32/13
physical [1] 110/21
physically [1] 4/5
pick [1] 93/17
pictures [2] 32/15 34/3 34/3 44/15 49/23
place [3] 23/13 93/8 95/21
placed [1] 105/3
Plaintiff [3] 1/6 2/3 2/7
plan [1] 102/7
planner [8] 98/8 98/19 99/3 99/8 99/23 99/24 102/5 102/15
planning [1] 6/11
planted [1] 113/4
play [1] 118/9
pleasantry [1] 120/5
plenty [7] 39/10 39/15 97/1 111/17 112/3 112/12 112/13
PM [1] 1/14
pmcppartland [1] 2/13
point [25] 5/24 20/22 22/10 22/17 26/17 31/22 33/25 39/3 40/23 43/2 43/8 45/13 46/1 48/17 54/13 56/11 56/16 65/22 111/25 115/5 116/5 116/22 120/12 120/13 120/14
policies [3] 60/17 61/14 77/3
policy [3] 39/16 39/18 39/25
politely [1] 57/14
political [9] 8/6 8/17 10/16 44/23 47/17 46/13 46/23 53/8 120/1
Politico [2] 35/24 36/11
politics [2] 44/19 87/7 100/21
poor [1] 96/11

Porter [1] 119/8
portion [1] 105/23
pose [1] 77/18
posed [2] 75/25 76/4
position [11] 14/22 19/6 62/11 62/15 65/7 75/14 75/15 76/7 76/15 110/16 120/10
positions [1] 104/1
positive [6] 29/19 30/14 30/17 30/21 55/14 55/17
possession [1] 115/3
possible [19] 10/5 13/15 33/8 33/8 33/10 33/13 35/10 43/21 48/25 49/20 49/25 50/17 56/7 95/8 97/20 106/2 115/12 116/10 120/4
possibly [2] 28/4 112/10
post [6] 35/21 112/23 112/24 113/11 116/23 116/23
potential [5] 37/14 43/18 50/14 66/21 68/8
praise [1] 25/24
pre [1] 44/19
pre-politics [1] 44/19
prefer [2] 58/7 117/19
pregnancy [8] 17/12 35/14 37/21 38/24 91/11 91/24 92/4 92/8
pregnant [17] 13/7 23/6 23/23 23/24 33/23 34/8 34/8 34/14 34/16 34/18 38/4 38/5 39/17 39/22 91/17 92/10 92/13
preparation [2] 11/19 12/14
present [2] 4/6 117/2
president [2] 1/8 7/19
press [3] 10/19 16/24 102/21
presumption [1] 75/5
pretend [1] 50/23
pretty [3] 56/9 86/18 99/12
Priebus [3] 9/12 9/19 15/3
priveledged [6] 11/9 79/7 80/18 80/25 80/25 81/1
privilege [28] 3/18 12/3 12/9 77/23 78/1 78/14 78/18 78/23 79/6 79/14 79/22 80/4 81/2 81/6 81/7 81/13 81/17 81/23 81/25 82/12 82/14 83/2 83/3 84/8 106/23 108/14 115/22 118/21
privileged [10] 11/25 12/2 49/19 79/15 82/6

82/19 84/1 84/5 115/20 115/23
PRO [2] 2/3 2/7
probable [1] 43/22
problem [2] 83/12 117/3
Procedure [1] 124/8
proceeded [1] 41/1
process [1] 8/6
produce [2] 9/8 118/10
produced [17] 9/2 40/24 41/25 42/1 45/14 47/25 77/6 78/19 78/20 112/16 115/20 115/21 115/22 117/24 118/4 118/10 118/20
product [1] 82/2
production [14] 12/20 70/6 70/8 70/10 70/13 70/20 70/25 71/1 71/3 71/8 71/11 94/12 111/4 118/6
productive [1] 94/17
programs [1] 39/21
progress [1] 6/14
properties [1] 102/17
prospective [1] 43/12
prostitutes [3] 89/22 89/24 90/10
proud [4] 48/19 66/5 68/23 72/5
provided [5] 70/5 70/8 113/10 113/13 120/21
provocative [1] 109/17
public [5] 1/19 88/22 91/18 102/22 123/14
publically [2] 23/23 80/21
publicist [3] 113/4 113/10 113/12
pull [3] 54/23 55/9 64/18
pulled [2] 67/9 121/1
pundits [1] 26/9
pure [1] 68/20
purpose [2] 40/22 42/24
purposes [2] 5/13 6/11
pursuant [1] 1/20 4/2
pursue [1] 84/18
put [7] 41/3 43/11 49/4 92/12 117/4 118/22 118/25
putting [2] 60/24 72/24

**Q**

qualifications [2] 121/19 121/22
questions [7] 82/10 99/15 105/12 108/13 109/17 110/5 121/16
quickly [1] 6/19 115/19 115/20
quite [2] 39/22 82/25
quote [11] 18/16 19/24

**Q**

**quote... [9]** 27/18 27/19 36/12 36/13 36/14 84/25 87/5 94/16 101/6

**R**

**racist [2]** 98/21 103/11
**ran [1]** 98/16
**rate [5]** 28/22 29/9 29/10 29/14 31/16
**rather [1]** 87/13
**re [1]** 30/5
**re-ask [1]** 30/5
**reach [4]** 45/6 61/24 63/4 63/5
**reached [8]** 43/3 51/24 58/15 62/6 62/7 62/9 62/17 62/22
**reaching [4]** 44/8 46/22 63/11 72/23
**reaction [2]** 34/21 35/6
**readily [1]** 81/9
**reading [9]** 16/13 16/14 20/13 22/3 41/4 52/8 54/22 55/6 63/25
**real [6]** 7/10 7/11 47/12 75/21 78/10 109/19
**realize [2]** 67/20 67/22
**realized [7]** 54/18 55/8 56/24 57/3 57/6 57/8 67/16
**really [28]** 22/1 22/7 23/16 29/7 33/11 33/12 33/13 34/12 35/9 44/12 44/24 45/18 46/2 46/21 47/6 51/14 52/13 52/21 68/21 72/10 73/8 75/12 89/2 95/23 97/24 98/23 104/7 108/24
**reask [1]** 98/13
**reasked [1]** 100/11
**reason [12]** 6/4 13/15 13/24 26/6 63/10 68/1 74/7 77/7 79/5 99/2 109/24 118/1
**reasons [3]** 6/16 87/7 96/15
**recalled [2]** 95/12 99/20
**recalling [1]** 63/23
**receive [1]** 17/4
**received [4]** 12/20 59/13 70/13 74/1
**recent [1]** 60/14
**recently [1]** 33/5
**Recess [1]** 93/24
**recipient [1]** 36/22
**recognize [1]** 22/8
**recollection [7]** 10/9 24/23 35/5 37/3 37/7 42/23 85/24
**recommend [2]** 82/8 82/19
**record [16]** 4/24 5/15

7/2 27/15 37/22 117/5 117/17 117/21 117/22 117/25 118/5 118/8 118/23 118/25 119/1 124/6
**recorded [1]** 85/6
**red [1]** 114/24
**refer [8]** 4/17 4/19 4/20 19/19 34/6 48/10 101/22 118/17
**referenced [4]** 49/8 50/10 50/24 55/17
**referencing [1]** 17/7
**referred [4]** 19/22 34/23 99/3 102/20
**referring [13]** 16/22 18/20 22/13 35/22 50/13 54/19 55/7 55/21 62/25 78/11 87/4 117/8
**reflect [2]** 19/9 62/13
**reflects [1]** 82/13
**refresh [7]** 10/9 18/18 21/5 35/15 37/3 96/9 115/9
**refreshed [1]** 42/24
**refreshes [1]** 37/6
**regarding [2]** 37/14 92/21
**Reince [3]** 10/5 15/3 15/5
**relatable [1]** 80/24
**related [1]** 70/16
**relationship [13]** 12/6 29/7 34/12 43/7 51/22 58/10 72/18 81/10 82/5 93/4 93/18 99/5 111/16
**relative [2]** 124/11 124/12
**release [28]** 55/22 56/7 57/14 58/3 58/21 59/4 61/15 65/19 65/22 66/9 66/14 66/20 67/6 67/24 68/4 68/8 69/7 69/19 70/1 71/6 74/25 74/25 75/2 75/24 76/17 84/14 94/9 113/19
**releases [3]** 56/8 66/6 68/2
**relevance [4]** 40/4 40/9 105/8 105/9
**relevant [3]** 40/5 82/24 105/16
**remember [73]** 17/1 17/2 17/18 17/23 17/24 17/24 18/4 18/10 18/24 19/11 20/17 20/21 22/2 22/10 22/14 22/16 22/17 22/23 22/23 23/17 24/6 24/12 24/20 25/6 25/10 26/5 33/7 34/2 35/8 38/18 38/24 39/2 39/6 40/16 40/19 40/19 40/23 43/1 43/20 43/23 44/5 44/8 44/11 44/12 44/14 44/20

44/25 45/13 46/3 46/19 46/20 47/7 48/4 52/14 53/10 53/15 56/11 65/21 71/17 85/3 85/5 86/2 87/2 95/9 96/11 96/23 104/20 111/15 111/25 112/22 112/25 120/6 120/18
**remind [1]** 108/9
**Remote [1]** 1/11
**remotely [2]** 4/10 123/5
**removing [1]** 63/15
**render [3]** 103/25 104/3 121/19
**rendered [1]** 98/3
**repeat [1]** 105/19
**repeatedly [1]** 83/1
**rephrase [20]** 5/11 14/15 19/25 25/18 38/11 43/16 45/9 49/14 55/25 57/17 58/18 58/24 61/2 74/12 85/22 86/12 91/22 96/4 104/16 113/6
**replies [1]** 56/12
**reply [2]** 63/13 63/15
**replying [1]** 58/7
**report [2]** 99/6 124/5
**reporter [11]** 1/19 5/14 5/20 35/13 35/21 64/6 101/13 105/21 123/13 124/4 124/18
**reports [1]** 85/5
**representations [1]** 80/14
**representative [1]** 80/21
**represented [6]** 50/11 54/13 62/1 63/3 63/4 83/16
**representing [2]** 50/14 114/8
**request [5]** 10/19 21/6 76/2 120/22 124/9
**requested [2]** 70/15 105/23
**require [1]** 117/1
**required [2]** 5/6 118/13
**rescue [1]** 28/7
**rescues [1]** 28/2
**researched [1]** 102/22
**reside [1]** 7/5
**resigning [2]** 20/17 20/21
**resolve [2]** 52/1 69/3 72/9
**respect [7]** 16/11 18/12 28/12 47/9 47/10 48/13 48/14
**respected [1]** 38/4
**respectful [1]** 110/1
**respectfully [3]** 16/8 71/18 82/22
**respond [3]** 42/16

57/10 57/13
**response [1]** 120/22
**rest [4]** 45/24 45/25 117/1 117/11
**resubmit [1]** 58/18
**resume [1]** 65/3
**retaliation [1]** 75/5
**reviewed [1]** 12/19
**revisit [2]** 12/7 12/10
**Richard [1]** 112/24
**ring [3]** 22/6 36/17 85/17
**ringram [1]** 2/21
**RNC [4]** 95/17 100/14 100/23 106/17
**Rob [1]** 119/8
**rodeo [2]** 81/25 82/23
**role [10]** 14/7 20/18 20/20 47/6 72/15 96/24 105/15 106/17 106/18 108/10
**room [2]** 6/3 32/14
**roped [1]** 51/20
**Rosen [23]** 51/22 54/8 54/9 54/10 56/12 58/8 61/5 62/3 62/17 63/15 78/22 80/6 80/20 82/4 83/5 83/6 83/8 83/11 107/15 108/4 114/9 115/5 115/12
**Rosen's [2]** 80/9 83/10 107/16
**roughly [1]** 22/5
**rule [3]** 79/16 122/9 124/8
**rules [6]** 4/25 13/1 81/7 81/8 81/17 83/1
**run [2]** 38/14 75/21
**running [2]** 74/4 97/17
**runs [1]** 109/19

**S**

**sad [1]** 110/1
**sadness [1]** 48/7
**safe [1]** 73/3
**safeguard [1]** 108/21
**Sarelson [1]** 114/24
**sat [1]** 18/9
**savory [1]** 17/23
**saw [2]** 52/7 72/1
**scenes [1]** 53/9
**Schwartz [3]** 113/4 113/10 113/12
**Scotland [1]** 38/1
**screen [21]** 25/23 26/25 27/11 32/5 32/9 37/10 41/8 41/9 53/22 63/24 64/12 70/4 73/16 80/1 87/9 87/22 94/4 94/6 101/12 112/15 117/11
**screwed [1]** 116/21
**scrolled [1]** 56/12
**scrolling [2]** 27/13 107/24

**SE [2]** 2/3 2/7
**seal [1]** 123/8
**search [2]** 10/13 70/16
**searches [2]** 9/10 121/2
**second [11]** 43/5 51/4 60/19 62/1 63/7 74/4 83/19 100/10 115/25 119/17 119/17
**see [57]** 5/21 10/3 10/6 10/15 26/21 27/1 27/4 27/5 27/10 27/16 29/5 32/3 32/6 32/8 34/15 35/23 35/24 36/3 40/15 41/7 41/11 41/12 42/5 44/22 47/24 48/6 48/19 54/1 54/2 60/16 60/18 60/20 62/13 64/15 64/23 73/20 74/3 76/22 78/21 81/22 87/23 88/1 88/25 89/9 94/5 106/2 106/24 107/23 108/12 112/14 112/17 114/10 114/12 114/18 114/22 114/25 119/3
**seeing [5]** 66/25 72/10 89/12 113/1 122/15
**seeking [2]** 85/16 85/25
**seem [1]** 104/20
**segued [1]** 99/19
**send [5]** 34/2 34/3 35/1 69/24 71/4
**senior [2]** 27/20 97/21
**sense [4]** 58/1 103/21 104/11 105/15
**sensitive [2]** 117/4 117/5 118/13
**sent [16]** 9/3 9/8 22/22 22/25 23/12 23/19 34/24 62/8 62/16 64/8 69/18 74/24 114/8 115/6 115/12 116/5
**sentence [2]** 56/21 58/6
**sentiment [1]** 28/6
**separate [1]** 88/22
**September [3]** 41/14 50/11 123/15
**September 22 [1]** 41/14
**serious [2]** 108/24 109/2
**settlement [2]** 49/10 114/7
**seven [2]** 14/20 65/10
**several [4]** 33/6 63/21 80/22 94/18
**sexual [2]** 40/1 90/2
**shape [3]** 20/20 46/14 73/8
**share [16]** 26/24 37/10 41/7 41/9 53/22 59/13 60/15 64/13 65/3 73/16 78/18 87/9 87/22 94/4

**S**

share... [2] 101/11 112/15
shared [1] 77/13
sharing [3] 32/5 70/4 114/6
shelters [1] 28/2
shortly [1] 41/19
shoulder [1] 52/10
showed [6] 43/5 50/10 51/24 61/19 63/12 64/1
showing [2] 49/22 49/22
shows [4] 55/5 56/25 62/8 77/23
sick [1] 98/16
side [2] 8/7 120/2
sign [13] 58/21 59/3 65/19 66/9 69/7 69/15 69/19 74/24 74/25 75/24 76/17 84/13 124/9
signed [9] 55/18 56/3 60/25 69/15 70/1 71/6 94/9 113/19 116/6
signing [3] 61/15 64/9 66/20
silenced [1] 91/12
silliness [1] 68/20
silly [2] 109/16 109/21
similar [2] 8/10 84/23
simple [1] 29/14
simply [3] 24/3 63/25 85/4
Simultaneous [18] 30/24 49/13 61/22 65/12 69/13 70/21 71/12 78/6 83/25 85/20 88/15 91/14 100/7 103/15 109/15 117/16 118/16 122/3
single [4] 21/15 21/15 47/8 51/19
sip [1] 116/1
sit [6] 33/18 43/6 52/13 59/9 112/9 117/18
sitting [22] 22/1 22/8 22/11 34/16 35/8 38/23 49/5 50/19 55/20 57/9 58/15 64/11 65/7 83/4 85/19 86/2 95/5 95/9 96/19 97/24 109/24 116/9
situation [3] 16/25 57/1 81/12
situations [1] 82/25
skip [1] 117/8
skipped [1] 59/19
slash [1] 56/4
slate [1] 103/18
slated [1] 104/2
sleezy [1] 87/5
slightly [1] 10/6
slot [1] 103/21

slotted [3] 103/5 103/6 106/17
slowing [1] 70/4
small [3] 26/12 26/15 42/7
Smart [1] 28/3
solve [1] 71/25
someone [3] 16/2 38/3 116/5
sometime [1] 42/18
somewhere [1] 42/21
son [8] 6/2 6/16 34/1 34/3 34/7 49/23 110/8 119/13
son's [1] 34/2
sorry [26] 9/21 11/13 12/23 13/12 28/16 30/6 33/1 33/4 36/19 39/1 55/4 61/3 65/15 66/14 70/7 70/11 84/4 87/14 88/17 89/4 93/12 100/4 100/10 102/11 115/19 119/13
sort [2] 20/18 112/7
Sotto [6] 86/4 114/4 114/15 119/15
sought [1] 58/9
sound [2] 51/7 77/12
sounded [1] 44/12
sounds [4] 4/22 6/7 6/23 42/20
source [1] 35/7
SOUTHERN [1] 1/2 81/8
space [1] 96/1
speakers [18] 30/24 49/13 61/22 65/12 69/13 70/21 71/12 78/6 83/25 85/20 88/15 91/14 100/7 103/15 109/15 117/16 118/16 122/3
speaking [9] 13/5 18/25 19/5 33/14 53/1 57/2 64/16 67/22 102/24
speaks [4] 61/9 80/4 84/6 84/8
spearheading [1] 67/25
special [1] 27/21
specific [7] 18/8 19/19 29/11 34/22 34/24 95/22 96/20
specifically [2] 61/23 62/2
specificity [1] 18/25
specify [1] 81/13
speculate [16] 13/20 14/2 14/6 14/8 17/4 17/22 18/14 19/12 30/17 30/21 31/18 89/3 89/8 89/11 89/14 122/1
speculating [4] 19/18 24/16 90/15 90/18

speculation [6] 13/17 17/5 17/22 18/14 19/14 93/4
sphere [2] 45/18 46/23
Spicer [2] 9/12 9/19 10/6
spoken [6] 11/11 85/15 95/1 95/3 95/6 119/19
spokesperson [1] 104/9
spot [1] 27/21
stage [1] 100/23
stain [1] 76/24
stamp [1] 116/12
stand [1] 100/23
standard [2] 81/23 90/21 91/4 91/9
standpoint [1] 103/25
start [6] 27/23 60/20 61/14 64/8 64/23 79/2
started [8] 6/25 66/9 66/10 66/15 66/17 67/1 67/5 68/7
starting [1] 66/21
state [12] 1/19 4/6 7/1 23/23 79/5 81/17 94/16 101/10 117/24 123/2 123/14 123/17
statement [1] 86/14
statements [1] 86/7
states [4] 1/1 35/13 81/25 97/18
states' [1] 75/4
stating [5] 69/18 71/5 118/5 118/8 119/1
stay [3] 87/7 110/19 110/24
Stenographic [3] 1/19 123/13 124/18
stenographically [1] 124/5
steps [3] 37/12 37/19 108/20
still [13] 32/8 54/18 55/8 56/14 56/18 56/24 57/4 57/6 57/8 64/5 67/16 80/23 114/12
stipulate [2] 80/3 82/18
stipulating [1] 82/13
stipulation [1] 4/2
stories [1] 93/6
story [3] 112/23 113/4 113/10
stream [1] 53/22 63/14
Street [1] 2/11
strip [2] 18/3 18/21
struggling [1] 45/16
stuff [3] 23/12 41/5 120/1
styled [1] 1/21
subject [2] 10/20 78/24
subjects [1] 25/11
submit [1] 117/9
submitting [1] 117/1

subordinate [2] 40/2 110/22
subpoena [1] 120/23
subsequent [4] 20/14 67/1 96/7 100/14
subsequently [1] 111/21
substantially [1] 113/23
successful [2] 28/3 52/5
suddenly [1] 76/2
suggest [2] 67/10 68/12
suggested [3] 46/22 48/5 108/20
suggesting [4] 44/1 44/6 44/21 46/4
suggestion [2] 46/11 110/10
suggestions [1] 110/17
suit [3] 48/23 68/4 68/14
Suite [1] 2/19
summarizing [1] 88/21
summary [1] 87/19
summer [3] 85/17 86/1 88/4
super [5] 51/6 52/10 52/17 53/14 68/24
supervise [1] 23/24
supervisor [2] 23/6 40/1
supplement [1] 118/6
support [2] 26/19 106/6
supporter [3] 25/15 25/20 105/3
supposed [2] 59/22 81/9
surrogate [5] 8/2 87/8 104/22 106/11 106/13
surround [1] 16/25
surrounded [2] 18/5 38/16
surrounding [1] 17/18
suspicious [1] 113/22
SW [1] 2/3
swing [1] 97/18
sworn [4] 4/10 5/3 89/14 123/6

**T**

tangent [1] 99/20
tangentally [2] 23/17 24/6
team [4] 14/20 14/23 15/20 27/20
Technical [1] 58/23
Ted [1] 110/22
Telephone [1] 2/12
Telephone:305 [1] 2/4
Telephone:305-510-34 00 [1] 2/4

Telephone:908 [1] 2/20
Telephone:908-869-11 88 [1] 2/20
ten [4] 14/20 87/12 93/22 120/15
tends [1] 13/3
Tennessee [1] 124/3
tenure [1] 80/23
term [3] 22/20 24/24 103/12
terminated [2] 75/6 76/16
terminating [1] 74/16
termination [4] 3/16 73/17 73/25 74/7
terms [3] 5/21 70/9 70/16
testified [1] 4/10
testify [3] 79/7 82/11 118/18
testimony [8] 6/5 19/21 51/18 63/20 89/15 92/20 118/18 124/7
text [25] 3/12 10/10 10/11 12/17 42/1 45/14 60/1 68/16 77/5 83/24 94/6 94/10 96/6 116/11 116/14 116/16 116/18 116/19 116/25 117/1 117/23 117/25 118/11 118/14 120/4
texting [1] 77/25
thankful [1] 31/11
thanking [1] 52/9
Thanksgiving [1] 33/2
themed [1] 90/1
themselves [1] 65/5
thereafter [1] 41/20
thinking [2] 57/7 66/12
thousand [1] 92/13
thousands [7] 14/19 34/24 35/1 38/15 38/15 97/17 97/17
threat [1] 94/17
three [8] 6/13 6/21 48/22 61/13 64/7 102/6 110/2 122/14
throughout [1] 5/12
throw [2] 25/22 87/18
throwing [1] 117/11
thumb [2] 115/21 122/9
timeframe [1] 92/24
timing [2] 49/1 49/5
title [2] 71/24 71/15
today [28] 4/3 6/17 11/19 22/1 22/8 31/18 34/17 35/8 38/23 49/5 51/18 55/20 57/9 64/11 83/5 85/19 86/2 92/20 93/16 95/5 95/9 95/10 96/19 97/25 108/5 109/24 116/9 121/16

**T**

**together [6]** 49/5 54/23 55/9 60/24 65/24 66/24
**tomorrow [2]** 42/10 92/2
**ton [2]** 96/11 97/12
**took [8]** 37/14 37/21 45/23 47/11 48/18 100/17 101/2 102/6
**top [5]** 20/23 40/12 85/9 114/24 120/3
**topic [1]** 120/17
**topics [3]** 18/6 29/25 118/13
**totality [2]** 9/7 9/9
**totally [2]** 11/12 19/5
**touch [2]** 42/10 72/24
**towards [2]** 51/19 84/11
**track [1]** 21/15
**transcript [3]** 89/1 124/6 124/9
**transcripts [1]** 88/21
**transition [1]** 15/20
**tremendous [2]** 106/6 106/9
**tried [10]** 52/5 52/14 52/21 52/22 52/24 53/17 68/21 69/3 72/2 72/14
**trouble [1]** 94/10
**true [3]** 68/6 68/11 124/6
**truly [2]** 85/10 120/6
**TRUMP [47]** 1/8 1/17 3/2 3/10 3/13 4/8 4/18 7/3 7/13 7/15 7/21 7/23 7/24 8/7 11/2 11/17 18/20 18/22 25/15 27/19 28/4 36/14 36/15 39/25 44/18 47/20 48/22 49/9 56/15 72/20 72/22 73/7 80/20 80/22 83/4 98/9 99/21 100/12 104/22 105/3 107/4 107/5 107/19 107/25 108/2 110/23 123/5
**Trump's [4]** 3/6 27/8 27/20 27/23
**trust [2]** 88/24 89/2
**truth [5]** 5/4 5/6 43/24 98/21 121/17
**try [17]** 6/15 6/18 21/6 26/24 41/7 48/16 52/1 52/21 59/10 65/9 65/23 72/9 73/15 74/14 87/7 110/18 114/21
**trying [27]** 5/21 25/23 35/4 47/7 48/8 51/10 53/20 55/2 55/13 62/14 63/22 66/24 67/3 69/11 71/20 71/20 71/22 71/23 71/24 71/25 72/1 81/19 84/17 89/1

109/25 115/9 115/20
**Tweets [17]** 17/24 22/12 22/16 23/14 24/4 24/10 24/12 24/23 24/25 25/11 34/21 34/23 34/25 35/1 35/2 92/10 92/13
**twice [1]** 62/9
**Twitter [4]** 22/18 49/8 104/21 105/3
**two [14]** 6/10 10/11 22/5 38/22 40/21 47/11 48/2 62/8 62/21 62/25 66/24 76/22 88/24 99/5
**type [2]** 5/16 76/21
**typical [1]** 56/9

**U**

**unanswered [1]** 64/6
**uncomfortable [1]** 117/6
**under [7]** 5/7 27/3 81/6 89/15 113/3 115/22 122/16
**undersigned [1]** 123/4
**unfairly [1]** 57/12
**UNITED [1]** 1/1
**unless [1]** 73/7
**unpaid [2]** 8/1 8/11
**unpunished [1]** 58/14
**unquote [4]** 28/5 36/16 94/18 101/6
**unrelated [2]** 10/20 11/13
**unsavory [13]** 16/12 16/21 22/12 23/22 86/7 86/8 86/14 88/13 88/14 89/23 90/3 90/23 91/5
**untrue [1]** 84/21
**up [38]** 6/15 18/17 21/4 25/23 27/10 32/9 33/12 40/20 41/2 46/18 46/19 47/3 47/9 49/1 56/12 58/6 64/10 65/9 67/9 72/4 78/14 81/5 87/18 92/12 94/11 95/3 97/3 100/23 103/12 104/10 105/14 106/23 116/2 116/12 116/21 117/11 118/14 122/14
**upset [3]** 52/17 53/7 113/18
**urban [2]** 101/3 101/9
**utilized [1]** 105/25

**V**

**vaguely [4]** 9/6 22/24 112/22 112/25
**valuable [2]** 29/24 30/22
**value [7]** 28/19 28/22 29/15 30/23 31/16 38/22 73/9
**various [1]** 83/16
**Vegas [10]** 18/2 18/17

18/21 19/4 19/16 19/23 20/3 20/15 21/11 21/25
**versa [2]** 13/5 62/23
**versus [1]** 18/22
**vice [3]** 7/19 13/5 62/23
**Video [1]** 1/11
**Village [4]** 3/6 27/6 28/9 28/24
**violate [1]** 83/1
**visiting [1]** 90/1
**vocal [1]** 27/19
**Voce [4]** 86/4 114/4 114/15 119/15
**voice [14]** 3/6 27/7 28/9 28/11 28/24 29/6 29/11 29/20 30/14 30/15 30/21 30/22 31/5 31/17
**voices [1]** 28/13
**vs [1]** 1/7

**W**

**wait [1]** 96/3
**waited [1]** 68/6
**waived [1]** 12/4
**waiver [7]** 55/18 55/21 56/3 56/4 56/5 60/25 64/9
**Wall [1]** 2/11
**Walsh [1]** 74/3
**WALTON [2]** 123/3 124/2
**wants [2]** 36/24 76/21
**war [1]** 32/14
**warning [1]** 49/18
**Washington [4]** 35/21 53/9 96/15 96/18
**waste [1]** 110/1
**water [2]** 93/23 116/1
**ways [1]** 53/17
**websites [1]** 72/22
**wedding [9]** 98/7 98/19 99/3 99/8 99/22 99/24 102/5 102/7 102/15
**weekend [1]** 42/11
**weeks [3]** 61/13 64/8 102/6
**west [1]** 97/20
**whatnot [2]** 6/5 116/1
**White [60]** 13/6 13/10 13/13 14/7 14/11 14/17 14/18 14/22 14/25 15/2 15/4 15/6 15/10 15/15 15/19 16/3 16/17 17/5 17/21 20/6 20/14 21/9 21/16 22/4 37/14 39/4 39/8 39/8 39/14 52/15 53/1 53/4 95/13 95/18 95/20 96/12 97/5 97/6 97/9 97/11 97/12 98/2 99/22 100/2 100/5 101/6 102/2 102/3 102/25 103/5 103/6 104/5 105/15 106/18

106/21 121/7 121/10 121/20 121/23 122/7
**whites [1]** 27/22
**whoever's [2]** 74/17 74/18
**whole [8]** 12/16 33/10 41/4 43/20 48/4 57/23 96/15 99/7
**wife [7]** 28/11 92/12 107/6 107/7 107/9 111/23 112/7
**William [1]** 52/19
**window [1]** 27/2
**wing [1]** 97/20
**wisely [1]** 82/9
**Wish [1]** 122/15
**withdraw [1]** 35/18
**withheld [2]** 91/17 92/7
**withstanding [1]** 118/12
**witness [8]** 2/22 3/1 4/5 4/9 82/9 123/8 124/7 124/8
**witness's [1]** 19/20
**witnessed [1]** 34/20
**woman [7]** 3/7 23/5 27/8 27/24 91/16 102/9 102/24
**women [8]** 28/10 28/13 90/22 91/4 91/10 108/21 109/22 109/23
**wonderful [6]** 29/6 38/21 98/16 98/18 98/22 98/23
**word [6]** 21/14 21/19 29/4 86/8 89/19 119/20
**words [5]** 43/11 59/10 64/1 73/3 90/2
**working-class [1]** 27/22
**works [3]** 26/23 53/23 65/4
**world [6]** 16/17 44/18 45/18 46/13 56/9 58/14
**wrap [2]** 6/15 116/2
**write [4]** 42/9 42/12 56/2 68/18
**writers [1]** 26/10
**written [4]** 9/25 10/23 69/24 71/4
**wrote [8]** 25/24 26/7 26/18 28/24 62/2 67/19 88/19 88/19

**Y**

**year [3]** 27/20 84/24 85/7
**years [19]** 11/12 31/17 33/6 33/19 49/1 50/24 53/12 65/10 80/14 93/15 94/18 98/15 98/17 102/8 111/15 111/17 112/1 112/9 120/15
**yesterday [10]** 9/3 9/8

11/7 11/14 11/18 40/24 42/1 70/20 70/25 78/19
**YORK [12]** 1/2 2/12 3/19 81/8 101/10 101/17 101/22 102/1 102/10 112/23 112/24 113/11
**young [2]** 38/23 47/8

**Z**

**zero [1]** 35/5
**Zoom [3]** 6/1 13/2 27/2