*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF NEW YORK

 3             CASE NO. 19-CV-11764 (AT) (KHP)

 4

 5    ARLENE DELGADO,

 6            Plaintiff,

 7    vs.

 8    DONALD J. TRUMP FOR PRESIDENT,
      ET AL.,
 9
              Defendants.
10    _____

11
      LOCATION:              Remote Audio-Video
12                           Communication

13    DATE:                  April 12, 2024

14    TIME:                  10:00 AM ET to 12:34 PM ET

15

16

17           DEPOSITION OF BRADLEY PARSCALE

18        Taken before Leila Harris, LCR, FPR,

19    Stenographic Court Reporter, Notary Public State of

20    Florida, pursuant to Notice of Taking Deposition in

21    the above-styled cause.

22

23

24

25
```



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1   APPEARANCES:

 2

 3   ARLENE DELGADO, PRO SE PLAINTIFF
     136 SW 33rd Avenue
 4   Miami, FL 33135
     Telephone:305-510-3400
 5   Email:adelgado@harvard.edu; ajdelgado@outlook.com

 6

 7     Pro Se Plaintiff

 8

 9

10   JARED BLUMETTI, ESQUIRE
     LHGKC&M
11   40 Wall Street
     32nd Floor
12   New York, NY 10006
     Telephone: 212-530-4831
13   Email: jblumetti@lhrgb.com; pmcppartland@lhrgb.com

14

15            Attorney for Defendant

16

17

18   STANLEY WOODWARD, ESQUIRE
     Brand Woodward Law
19   2001 K Street NW
     Washington, DC 20006
20   Telephone:202-302-7049
     Email:stanley@brandwoodwardlaw.com;
21   skylar@brandwoodwardlaw.com

22
              Attorney for the Witness
23

24

25
```



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1              INDEX OF WITNESS

2   BRADLEY PARSCALE

3   Examination By Ms. Delgado            5

4

5                **INDEX OF EXHIBITS**

6   Exhibit No.                         PAGE

7   1          Text Communication between     22
8              Bradley Parscale and AJ
               Delgado October 17, 2017

9   2          Text Stream Dated May 1, 2018   28

10  3          Text Message Communication      32
11             between AJ Delgado and Eric
               Trump dated April 30, 2018

12  4          E-mail Correspondence from      45
               Josh Dawsey dated 12/24/16
13
    5          Privilege Log Produced by Eric  51
14             Trump

15  6          Message String Previously       75
               Designated as Confidential
16
    7          Screen Shot of a Message from   82
17             2022

18  8          E-mail Correspondence from      86
               John Phillips
19
    9          Mr. Parscale's re-tweet of a    96
20             tweet by AJ Delgado

21  10         Jason Miller's Response to a    97
               re-tweet by Mr. Parscale
22
    11         Correspondence Between Jenna    103
23             Ellis and AJ Delgado

24  Continued Page 4

25



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1                    EXHIBIT INDEX CONTINUED

2

3     12          E-mail Correspondence Between     104
                  Bradley Parscale and AJ
4                 Delgado from July of 2023

5     13          Text Message from Eric Trump     114

6

7

      CERTIFICATE OF OATH                          124
8
      CERTIFICATE OF REPORTER                      125
9
      ERRATA SHEET                                 126
10
      Read and Sign Letter                         127     1
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

```
1              P R O C E E D I N G S
2         STENOGRAPHER:  Pursuant to stipulation,
3    the oath administered by me here today will
4    have the same force and effect as if it were
5    given to the witness while they were physically
6    present before me in the State of Florida and I
7    were acting in my capacity as a Florida Notary.
8                   BRADLEY PARSCALE
9   was called as a witness, and after having been first
10  remotely duly sworn was deposed and testified as
11  follows:
12        THE WITNESS:  Yes.
13                    EXAMINATION
14  BY MS. DELGADO:
15       Q    Good morning, Mr. Parscale.
16             How are you?
17       A    Hey, AJ.
18       Q    I'm just going to call you Brad if that's
19  okay?
20       A    That's fine.
21       Q    Okay.  Great.
22             I -- you might have noticed -- by the
23  way, I want to assure everyone, I'm logged in twice.
24  That's not an anonymous person logged in as me,
25  that's just -- I'm logged in from a phone and a
```



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    computer because I'm going to use the computer for

2    exhibits, for sharing the screen just to make it

3    easier and more seamless.

4              But that's me on both of those

5    screens if you're seeing two Arlene Delgados.

6              Have you been deposed before, Brad?

7    A    Ever, yes.

8    Q    Okay.  I'm going to go over some ground

9    rules with you that are common to most depositions.

10   If you've heard them before, just bear with me.

11             As you know, if you need to take a

12   break for any reason, let me know, going to the

13   bathroom, get some water.  You just can't talk to

14   your counsel about your testimony during that break.

15   I might be taking notes, looking down while you're

16   talking.  It's not that I'm not listening to your

17   question or disrespecting you in any way, I'm just

18   taking notes, and that's just the way I work.  So

19   please don't read into that.

20             If you don't understand a question,

21   please let me know, and I'll rephrase it.  So if you

22   answer, I'm going to assume you understood the

23   question.

24             Does that all make sense?

25   A    Yes, ma'am.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1       Q    Okay.  Your deposition notice had an

2   attachment requesting that you provide certain

3   documents for this deposition.

4              Were you aware of the attachment to

5   the notice?

6              MR. WOODWARD:  We don't have any

7         documents, Ms. Delgado.

8              MS. DELGADO:  You have no documents for

9         any of the requested categories?

10              MR. WOODWARD:  No, ma'am.

11   BY MS. DELGADO:

12       Q    Could you please state your full name for

13   the record?

14       A    Bradley James Parscale.

15       Q    Where do you reside?  You don't need to

16   tell me the address on the record, just a city and

17   state please?

18       A    Midland, Texas.

19       Q    Okay.  And your lawyer in this matter is

20   Stanley Woodward?

21       A    Yes, ma'am.

22       Q    And who is paying for Mr. Woodward to

23   represent you in this matter?

24              MR. WOODWARD:  Don't answer that.

25



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1        MS. DELGADO:  Mr. Woodward, are you

2    claiming a privilege?

3        MR. WOODWARD:  Why is that relevant?

4        MS. DELGADO:  It is relevant to this case

5    and Mr. Parscale's ability to be credible in

6    this matter.  So I'm going to ask unless you're

7    claiming that that's attorney/client privilege,

8    which it is not.

9        MR. WOODWARD:  Okay.  I'm directing the

10   client -- my client not to answer the question.

11       MS. DELGADO:  On what ground?

12       MR. WOODWARD:  My advice.

13       MS. DELGADO:  Mr. Woodward, he could only

14   be directed not to answer in you're asserting a

15   privilege.

16       MR. WOODWARD:  Okay.  We can spend time

17   arguing about this.  Why don't you ask all the

18   questions you have in the time that you have.

19   And we can circle back on any that I've

20   directed him not to answer.

21       MS. DELGADO:  Again, you're directing him

22   to answer based on a privilege of any kind?

23       MR. WOODWARD:  Ms. Delgado, we can take

24   this up with the Court or we can move on.

25       MS. DELGADO:  You're telling your client



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    not to answer a question that I've just posed

2    and you're stating what the privilege is, which

3    you know is not permitted.  And you're

4    directing me to move on.

5         Are you --

6                   (Simultaneous speakers)

7         MS. DELGADO:  -- telling your client to

8    not answer a question?

9         MR. WOODWARD:  Yes, ma'am.

10        MS. DELGADO:  Even though there's no

11   privilege?

12        Are you claiming, sir, that that is

13   privileged information?

14        MR. WOODWARD:  No, ma'am.  I'm claiming

15   that it's not relevant to the litigation.

16        MS. DELGADO:  And as you know, he still

17   has to answer.

18        MR. WOODWARD:  No, ma'am, he doesn't.  I

19   directed him not to.

20        MS. DELGADO:  Mr. Woodward, we're going to

21   have to -- I'm not going to continue a

22   deposition in this manner.  And I don't have to

23   continue a deposition based on your direction

24   that I continue when you're not asserting a

25   privilege, and you're directing your client to



1    violate the rules and not answer.

2         The only basis for not answering is

3    privilege.

4         MR. WOODWARD:  Ms. Delgado, you have two

5    and a half hours.  I would suggest that we move

6    on and we can circle back to questions that

7    I've directed him not to answer.

8         MS. DELGADO:  Mr. Woodward, just to be

9    clear, I'm not sure if you saw the order that

10   the judge entered yesterday.  If we don't

11   finish in two and a half hours, the judge said

12   I have every right to go back to her and ask

13   for more time.

14        So we have 2.5 hours today.  I certainly

15   intend to ask for more time if I don't get the

16   answers I need in the two and a half hours.

17   And I will also note for the record that

18   Mr. Woodward sent me an e-mail last night,

19   quite improperly asking me to send him the

20   exhibits that I plan to use in advance.

21        I've never heard of an attorney asking for

22   exhibits to be sent prior to the deposition.

23   So I want to make that clear on the record, as

24   well.  But we can -- we can circle back.

25   That's fine.  Let's do that.


*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1    BY MS. DELGADO:
 2         Q    So if I ask you, Brad, how have you paid
 3    for this deposition; for your representation in this
 4    deposition, have you paid for it?
 5         A    No.  No, I've --
 6         Q    Sorry?
 7         A    No, I've not.
 8         Q    Okay.  How did you prepare for this
 9    deposition?
10         A    Just talking to Stanley, the lawyer.
11         Q    Did you speak to Mr. Blumetti?
12         A    Who's that?
13         Q    The Trump campaign attorney.
14         A    I never met him.
15         Q    Okay.  Did you speak to Mr. -- I'm sorry,
16    I don't want to mispronounce the name, Mr. Googleman
17    (sic)?
18         A    I don't know who that is either, AJ.
19              MR. WOODWARD:  Gavenman, is that --
20              MS. DELGADO:  Gavenman, I apologize,
21         Gavenman.
22              THE WITNESS:  I just met him ten minutes
23         ago.
24    BY MS. DELGADO:
25         Q    Okay.  Thank you.
```



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1          Brad, do you still consider yourself

2    a supporter of Donald Trump's candidacy?

3        A    Yes.  I support the republican party.

4        Q    The question was:  Do you support Donald

5    Trump's candidacy?

6        A    Yes, I support him as the -- as the head

7    of the Republican party.

8        Q    Okay.

9              How much money did you earn from the

10   Trump campaign in 2016, including you and your

11   companies?

12       A    I don't remember the exact number.  It's

13   been a long time.  But you're talking about gross

14   revenue or profit?

15       Q    Sorry, you internet is a little shaky.

16   Can you say -- I missed the second pat?

17                   (Simultaneous Speakers)

18            THE WITNESS:  I said did you ask for gross

19       revenue or did you ask for profit?

20   BY MS. DELGADO:

21       Q    We can -- thank you.  That's a good

22   clarification.

23              Profit, please.

24       A    A few hundred thousand dollars.

25       Q    What about gross revenue?


Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1      A    It depends whether -- so it depends on the

2   accounting method.  And if you take the accounting

3   method with advertising or without advertising,

4   which is two different accounting methods, the one

5   that's publicized is the one with accounting

6   methods.  That one was over a hundred million.

7      Q    Okay.

8      A    If you take out the -- if you take out the

9   advertising, I believe it was less then ten million

10  dollars.

11     Q    Okay.  What --

12               (Simultaneous Speakers)

13  BY MS. DELGADO:

14     Q    Okay.  What about in the period between

15  2016 and 2020, ballpark?

16     A    I could not do that without looking at

17  something or -- that's just -- yeah, I -- it just

18  was irrelevant to me.  I -- I don't remember.  It

19  could -- I would be way off, AJ.

20     Q    Is it over a million?

21     A    I -- if you know, tell me.  I don't think.

22     Q    You don't know how much you earned?

23     A    I mean, you're talking about four years

24  ago -- about six years ago in a period of time.  I

25  don't remember.  I was also selling my company



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    because my company got destroyed by the campaign.  I

2    was building new companies and I was trying to

3    survive what happened in '16.

4              So I just -- you know, you can ask me

5    that question.  We would have to almost have a

6    forensic accountant figure it out because I lost my

7    company in that period of time.

8        Q    You bought a significant amount of

9    property, did you not, real estate property?

10       A    In what period of time?

11       Q    Following the 2016 campaign.

12       A    I -- yes, I did make some investments.

13       Q    Okay.

14       A    If you'd like me to tell you why, I can.

15       Q    Most of those are public record; correct?

16            MR. WOODWARD:  Repeat the question,

17       please.

18            MS. DELGADO:  Sorry?

19            MR. WOODWARD:  Could are you repeat the

20       question, please?

21   BY MS. DELGADO:

22       Q    Most of your purchases are public record;

23   is that correct?

24       A    I -- I don't know what's public and what's

25   not, I don't.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1        Q    I'm just trying to clean it up.  These are
 2   things we can look up so that's why I'm asking.
 3                  You currently -- tell me about what
 4   you do currently?  Professionally?
 5                       (Simultaneous speakers)
 6            THE WITNESS:  I run -- I operate multiple
 7        software companies to try to build technology
 8        to fight cancel culture.
 9   BY MS. DELGADO:
10        Q    Is one of those campaign Nucleus?
11        A    Yes, ma'am.
12        Q    Is the Trump campaign a client?
13        A    Yes, it is.
14        Q    Okay.  So you currently receive revenue
15   from the Trump campaign via your company?
16        A    Yes, ma'am.
17        Q    Okay.  You want to keep the Trump campaign
18   as a client?
19        A    I want to keep all my clients.
20        Q    Fair enough.  Okay.
21                  By the way, if I interrupt you, it's
22   just that -- sometimes there seems to be a little
23   bit of a delay.  Just let me know or raise your hand
24   if I'm interpreting you.
25        A    It's fine.
```



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1       Q    I certainly don't intend to.

2                 Tell me a bit, please, about how it

3       is your came to work for the Trump campaign in 2016?

4       A    I mean, it guess way back.  So back -- all

5       the way back to 2009, '10 range.  And I was blessed

6       enough to have someone, you know, hand my number out

7       as a reference on an airplane to a woman name Kathy

8       Kay.  Katty Kay ended up becoming the head of Trump

9       International Real Estate.

10                During the period of time, I bid for

11      a website for the real estate group.  Ended up

12      winning it by significantly underbidding it and

13      taking the -- you know, the hope that they're --

14      name ID in marketing and their promise to -- to

15      promote me would be more than worth the money that I

16      lost making the first website.  That led to multiple

17      websites for multiple family members.  And then

18      eventually more advertising and marketing and

19      branding.

20                And that led then to 2015, receiving

21      an e-mail from Amanda Miller stating Trump's

22      thinking about running for president, would you like

23      to help -- to help him.  And I replied back, yeah,

24      sure.

25      Q    Okay.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1      A     In which I bid $1,500 as a start.

2      Q     You previously mentioned a story to me

3  about Eric Trump calling you and telling you that

4  was -- you were charging too little for your

5  services; do you recall that?

6            MR. WOODWARD:  Objection to form.

7            THE WITNESS:  Yeah, way back -- way back

8         at the beginning, Eric Trump called me.  I

9         don't remember the exact language that I can

10        give it, you know, under oath.  I would say

11        that synopsis was either you're kind of stupid

12        or you're charging too little.

13            And I told him, sir, that this was an

14        honor to work for their family.  And that --

15        that I respected their marketing prowess.  And

16        that I was going to do all the work myself so

17        my only cost was my time.

18  BY MS. DELGADO:

19      Q     So you were doing a lot of website work

20  for the Trump organization.  Would that be a

21  generally correct description?

22      A     I mean, you're staying a lot.  I would a

23  decent amount.  It depends on what year.  At that

24  point, I would say it's a little amount of my work.

25  It was probably less than four -- you know, five



1    percent of my -- my overall time and work effort.

2        Q    Sure.  Sorry.  What I was asking was

3    more -- the work was for the Trump organization; is

4    that correct?

5        A    Yes, I worked -- I worked for Trump -- but

6    I received checks from different organizations along

7    the time, I believe.  I think Trump -- actually it

8    was not the Trump Org.  That's actually incorrect.

9            You said that -- I didn't mean that.

10   I was working for Trump International Real Estate,

11   Realty, which was its own organized separated from

12   Tromp Org.  So I don't believe I ever was paid from

13   the Trump Org.  But I'd have to go back and look at

14   my records.

15       Q    Okay.  Got it.

16           And was that -- were -- did you work

17   closely with -- most closely with Don Jr., with Eric

18   or with Ivanka, if anyone?

19       A    It depends on the year.  Are you talking

20   about year one?

21       Q    We can go year-by-year, sure?

22       A    Year one's Eric.

23       Q    Okay.

24       A    The first couple of years would be Eric.

25       Q    Okay.



```
1        A     And then -- then I got to know Ivanka.

2   Then I got to know -- then I went to Melania next

3   and then Ivanka.  I really never worked with Don Jr.

4   before the campaign.

5        Q     Got it.  Okay.

6              And you joined the campaign in what

7   month and year?

8        A     Exploratory committee or the campaign?  It

9   depends on what you're asking.

10       Q     The campaign effort.

11       A     The -- I can't remember really when the

12  campaign officially started, but whenever the

13  campaign officially started, it would have been that

14  week or day.  My first job was with the exploratory

15  committee.

16       Q     So were you --

17                   (Simultaneous speakers)

18            THE WITNESS:  It's February for the

19       exploratory committee.  I can't remember -- I

20       don't remember when he came down.  I think it

21       was June -- some time mid June right after his

22       birthday is when he came down the escalator and

23       we formed the committee.

24            His birthday is June 14th, I think

25       June 16th.  But I'm guessing there based off of
```



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1      his birthday.

2  BY MS. DELGADO:

3      Q    Okay.

4      A    It was a long, long time ago.

5      Q    Do you remember much from the 2016,

6  campaign?

7      A    I remember parts, yes.  It's been a

8  decade, a few things have happened in between.

9      Q    Do you remember any impressions of my work

10 or my TV appearances or anything about me from the

11 campaign?

12     A    Yes, ma'am.

13     Q    Could you share what those are?

14     A    I mean, if you would ask me specifics,

15 maybe it would help, but yeah.  I remember you being

16 on TV.  I remember you being good.

17     Q    Okay.  Fair enough.  Thank you.

18              Anything else?  Any interactions with

19 me?  Anything positive or negative that you recall?

20     A    I mean, AJ, the only time I really

21 remember us interacting in 2016 is a couple times in

22 the -- I don't remember what it's called, the war

23 room area; right?

24     Q    Right.

25     A    And you trotting around, you know, and



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    everything.  So it's -- you know, back and forth to

2    Jason's office is pretty much all I remember.

3                And then you talked to me a couple

4    times.  I don't remember what you said.  You told me

5    earlier -- other times what you told me you said,

6    but I don't remember.

7         Q    Sorry.  Can you repeat that?

8         A    I said you told me other times after that

9    like what I said -- what you said to me.  I don't

10   have any memory of what you said.

11        Q    Okay.  All right.  Let's do -- do you

12   recall in October 2017, our connecting on the phone

13   about a job with the America First PAC?

14        A    I couldn't tell you what the date was, but

15   I have a memory of calling you or talking to you

16   about the job at America First.  But I couldn't tell

17   you when exactly and what was said, obviously.

18        Q    Do you recall why you and I suddenly

19   talked in October 2017 -- let me show you an

20   exhibit.  I'm sorry, you were shaking you head?

21        A    I don't -- I don't recall.  I don't

22   remember what led to it.

23        Q    Okay.

24        A    I don't remember the aftermath.

25        Q    Okay.  Let do our first exhibit.



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

```
 1                        (Exhibit 1 was marked for

 2                         identification)

 3   BY MS. DELGADO:

 4        Q    Okay.  I'm going to share my screen.  If

 5   you want to look at the other -- the other log in.

 6        A    AJ, I need to get my glasses.  My vision

 7   at 50 is going down.

 8        Q    I'm right there with you.  Go ahead.

 9              Okay.  So I'm going to mark as

10   Exhibit 1, and these are texts, Brad, between the

11   two of us.  And the date of October 17, 2017.

12              So this is about ten months after

13   inauguration.

14              If you can see, I'm just going to

15   scroll down.

16        MR. WOODWARD:  Jared, as the lawyer for

17        the campaign, I assume you're going to be

18        objecting based on form here?

19        MR. BLUMETTI:  I'm also going to be

20        objecting on the fact that these were never

21        produced during discovery, yes.

22        MR. WOODWARD:  You just might want to make

23        a record of that.

24        MR. BLUMETTI:  Ms. Delgado, were any of

25        these messages exchanged with us during
```



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    discovery?  I don't recognize any these.

2         MS. DELGADO:  I'd have to go back and

3    check the production as much as you.  I don't

4    think -- it is a third-party witness.  I don't

5    see why these would necessarily have to be

6    produced during discovery in terms of what you

7    requested.

8         They will be produced.

9              (Simultaneous speakers)

10        MR. BLUMETTI:  You did produce certain

11   communications with Mr. Parscale so -- but not

12   these.  So I think you've already conceded that

13   your communications with him are relevant.

14        We're going to object to the extent --

15             (Simultaneous speakers)

16        MS. DELGADO:  Not necessarily.  We can

17   take that up later.

18        MR. BLUMETTI:  We're going to object to

19   the extent that you're using documents that

20   were not produced during discovery.  These are

21   not Bates stamped.  I'm also going to object to

22   the form of your questions.

23        You can go ahead.

24        MS. DELGADO:  Go ahead.  Okay.

25



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1   BY MS. DELGADO:
 2        Q    Brad, are you able to see?
 3             MR. WOODWARD:  No.  We only saw the first
 4        page.
 5             Can you scroll down for us, please?
 6             MS. DELGADO:  Okay.
 7   BY MS. DELGADO:
 8        Q    Are you reading along as I scroll?
 9        A    Yes.
10        Q    Okay.  Great.
11             You say what -- we get to the one
12   that says October 19 and you write, "Hey ya, talk to
13   team at America First about you.  They'll call you
14   back in the a.m."
15             And I reply with a thumbs up.  Okay.
16        A    It sounds -- I mean, you're showing me so
17   it sounds like accurate.
18        Q    Okay.  So now does that help refresh your
19   recollection about our chatting regarding the job at
20   America First?
21             MR. WOODWARD:  Objection to form.
22             THE WITNESS:  I -- I -- AJ, it doesn't --
23        it doesn't remind me like of our -- if I called
24        you or somebody else called you.  But, I mean,
25        I was aware of this whole event.  So yes,
```



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1          this -- this goes along with what I was saying
2          which was I knew that I had, you know, gotten
3          you a job offer, offered you a job.  I don't
4          even remember what my position at the PAC was
5          at that moment.  But like, yes, I helped you
6          get a job there.
7    BY MS. DELGADO:
8          Q    Do you remember Eric telling you to give
9    me a job at the PAC?
10         A    I don't recall him actually telling me to
11   give the job.
12              MR. WOODWARD:  Just wait to answer so that
13         Jared could object.
14              THE WITNESS:  No.  I don't recall him
15         telling me to give you the job.
16   BY MS. DELGADO:
17         Q    So is it your position that ten months
18   into 2017, you suddenly decided to give me a job at
19   the PAC?
20              MR. BLUMETTI:  Objection to form.
21              THE WITNESS:  I'm just saying that I don't
22         remember who told me.  I -- I do remember
23         having conversations about giving you a job,
24         but I can't specifically tell you exactly who
25         called me first, whether it was my idea, their



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1          idea, I called them first.  Who called who

2          first; I can't remember that.

3     BY MS. DELGADO:

4          Q    So why did you and I suddenly have a

5     conversation ten months after inauguration about the

6     PAC?

7               MR. BLUMETTI:  Objection to form.

8                    (Simultaneous speakers)

9               THE WITNESS:  I -- I think that --

10         answer --

11              MR. WOODWARD:  If you recall.

12              THE WITNESS:  Yes.  I mean, what I recall

13         is that --

14              MS. DELGADO:  I'm going to object.  Excuse

15         me, Brad.  I'm going to object to what appears

16         to be Mr. Woodward coaching the witness mid

17         answer and hinting that he state he not recall.

18         I want to make that clear for the record.

19              Mr. Woodward, I would ask that you not do

20         that again, especially mid answer.

21              Go ahead, Brad.

22              MR. BLUMETTI:  Ms. Delgado, I'd ask that

23         you not ask the witness a question you've

24         already asked him once before.

25                    (Simultaneous speakers)



1          MS. DELGADO:  And you have -- you have an

2      ability to object to that.  An objection exists

3      for that.  But I've not seen a -- a witness be

4      coached, if you recall, quote unquote, mid

5      answer, especially mid answer.

6          So, please, don't do that again.

7          Brad, go ahead.

8          THE WITNESS:  It's the way you're framing

9      the question.  I don't remember who first did

10     it.  But yes, multiple people had conversations

11     about you working there.  That I can actually

12     say on the record, I remember having

13     conversations with multiple people about you

14     working there.  And I agreed to do that because

15     I thought you were talented.  And I thought it

16     was the best.

17         But your first question asked me who

18     first, and I don't remember who was first.

19 BY MS. DELGADO:

20     Q    Did you have me interview for the job?

21     A    AJ, I don't remember.  You'd probably

22 remember that, I don't.  I don't remember one.  I

23 don't recall.

24     Q    Sorry, you said you don't remember?

25     A    I don't -- I don't remember.  I -- I have



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

1   no idea.

2        Q    Do you recall having an interview?

3        A    No, I don't.

4        Q    Did you speak to Eric Trump as one of the

5   individuals you mentioned earlier --

6        A    Yes.

7        Q    -- having a conversation -- I'm sorry, go

8   ahead.

9        A    Yes.

10       Q    Okay.  I want to show you -- let me stop

11  sharing.

12            MS. DELGADO:  And I apologize to everyone

13       for my being the least tech savvy person you

14       will ever come across on Zoom.  So please bear

15       with me.

16            Okay.  Hang on.  I'm sharing screen.

17            Okay.  I'm sharing another exhibit, I'm

18       going to mark this as Exhibit 2.

19                      (Exhibit 2 was marked for

20                      identification)

21            MR. BLUMETTI:  I'm also going to object to

22       the extent that these messages were also not

23       produced during discovery.

24            Were these Bates stamped and produced,

25       Ms. Delgado?



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1        MS. DELGADO:  No.  Could you tell me what
2    response -- what discovery request they were
3    responsive to when you're saying you object
4    that they were not produced during discovery.
5    I'd be happy to take a look.
6        MR. BLUMETTI:  Absolutely.  I will send
7    you those.  And also you have an obligation
8    under Rule 26 to produce everything that you're
9    going to use to support your claims in the
10   case.  So it would fall under that even if it's
11   not responsive to a specific request.
12       I think you've already produced messages
13   with Mr. Parscale in this litigation on some of
14   the same topics, conceding that they are
15   already relevant.  It looks like you've
16   selectively produced messages.  We would ask
17   that you produce all messages that you have in
18   your possession.
19       MS. DELGADO:  Mr. Blumetti, even yesterday
20   I'm still receiving responsive documents from
21   you firm.  Discovery is ongoing.  You will
22   receive everything that's utilized in these
23   depositions, of course, but discovery and
24   finding those documents is ongoing.  As you,
25   yourself, given that I receive a constant



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1      stream of "We just found these" is a testament

2      to.

3          So these will be produced.  Anything used

4      here will be produced.

5          MR. BLUMETTI:  And any other messages that

6      you have in your possession.

7          MS. DELGADO:  Does everybody see have the

8      screen?

9          If we could get back to the exhibit.

10  BY MS. DELGADO:

11     Q   Brad, do you -- I'm going to mark this as

12  Exhibit 2.

13     A   Okay.

14     Q   This is a text stream.

15        MR. WOODWARD:  Ms. Delgado, can you scroll

16      through it so we can see the document before

17      he's asked about it?

18        MS. DELGADO:  Oh, is it not showing?

19        MR. WOODWARD:  We see two text messages.

20      If there's more than two text messages, I would

21      like to review the whole document before we're

22      asked about it.

23        MS. DELGADO:  This is what I have.

24        MR. WOODWARD:  Okay.

25



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

 1  BY MS. DELGADO:

 2      Q    Okay.  Brad, do you see the message is

 3  dated May 1, 2018?

 4      A    Yeah.

 5      Q    Okay.  And do you recall the context of

 6  this?

 7      A    I can only assume what it is.  I don't

 8  remember these text -- I mean, I can tell you that

 9  I've always been sorry what happened to you, but

10  like I don't know -- I don't remember what the --

11  the horror of the last 24 hours is.  I don't

12  remember.

13      Q    Okay.  I can speed things up to represent

14  that what I'm referring to is I had just been

15  terminated with no reason given from the PAC.

16              Does that help refresh your

17  recollection now?

18           MR. BLUMETTI:  Objection to form.

19  BY MS. DELGADO:

20      Q    Just -- Brad, just to be clear, if you

21  could for the court reporter, instead of -- and I do

22  the same thing, everyone does -- instead of nodding

23  or shaking your head, say yes or no because she

24  needs to record.

25      A    I said -- I said, yes, but I didn't wait



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1   for Jared to object, and I said it at the same time.

2               So yes.

3       Q    Okay.  Thank you.

4               And you write, "Thank you.  I'm sorry

5   all this happened to you."

6               Is that accurate?

7       A    Yes.

8       Q    Did you have a conversation with Eric

9   Trump that day or the day prior or about my

10  termination from the PAC?

11      A    I do not recall that.  I don't know.

12      Q    You don't recall.  Okay.

13              I'm going to -- I'm going to -- let's

14  see here.

15          MS. DELGADO:  I'm going to mark this as

16      Exhibit 3.

17                  (Exhibit 3 was marked for

18                  identification)

19          MS. DELGADO:  Mr. Blumetti, these were

20      produced both -- I believe by myself and by

21      Mr. Eric Trump when he was deposed.  I think

22      you've seen these before.

23          MR. BLUMETTI:  Can we please use exhibits

24      that have been Bates stamped then as opposed to

25      using a whole different exhibit that has not



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1      been Bates stamped?

2            MS. DELGADO:  I don't think Mr. Eric

3      Trump's exhibits were -- were Bates stamped.

4  BY MS. DELGADO:

5      Q    Brad, I'm going to show you, is a text

6  stream --

7            MR. WOODWARD:  Ms. Delgado, we're going to

8      take a quick break.

9            MS. DELGADO:  Can I finish my question?

10           MR. WOODWARD:  You haven't asked a

11     question.

12           MS. DELGADO:  We're mid question.

13           MR. WOODWARD:  No, we're not.  We're

14     taking a quick break.

15                     (Simultaneous speakers)

16           MS. DELGADO:  Yes, we are.  I just put an

17     exhibit on the screen and you interrupted me.

18     I said I'm showing you a screen and you

19     interrupted me.  I'd like to finish my

20     question.

21  BY MS. DELGADO:

22     Q    Brad, there is -- on the screen I'm

23  marking as Exhibit 3, as I said already, is a text

24  string between myself and Eric Trump dated April 30,

25  2018.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1                    Could you please read the last

 2   message by Eric, the first line?

 3                MR. BLUMETTI:  Question, please.

 4                THE WITNESS:  Are you asking me to read it

 5          out loud or are you asking me to read it?  Like

 6          I read it.

 7   BY MS. DELGADO:

 8        Q    Yes.  And it is says, "AJ, I'm truly sorry

 9   this has happened to you."

10                    Is that correct?

11        A    Yeah.

12        Q    And now I want to refresh back to Exhibit

13   2, I believe it was Exhibit 2, which is what you

14   wrote and that was, "I'm sorry all this happened to

15   you."

16                    Is that correct?

17        A    Yes.

18        Q    Would you say the wording is very similar?

19                MR. BLUMETTI:  Objection to form.

20                THE WITNESS:  The word "sorry"?  AJ, I'm

21          real sorry, I don't know.  Those are -- those

22          are weeks apart.  I don't know.

23                I don't know what that means.  I don't

24          know what you -- the word sorry is in both,

25          yes.
```



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1  BY MS. DELGADO:

2      Q    Sorry, did you say they're weeks apart?

3      A    Aren't they?

4      Q    Well, I want to make sure you're looking

5  at the right thing.  One is April 30, 8:51 p.m. the

6  other one is May 1st, 8:41 a.m.

7                  They're about 12 hours apart.

8                  (Simultaneous speakers)

9              THE WITNESS:  Okay.  All right.

10 BY MS. DELGADO:

11     Q    Sorry, what did you say, Brad?

12     A    I don't know what you're trying to ask me

13 to do other than they both say sorry, yes.

14     Q    I just wanted to make sure you're looking

15 at the right thing since you said they were weeks

16 apart.

17     A    Okay.  Sorry, I thought it was like the --

18 I thought it said the 17th or something.  I don't

19 remember the last one.

20     Q    Fair enough.

21                  So would it be correct to say they're

22 about 12 hours apart?

23     A    You -- I take your place on that.  Yes.

24                  (Simultaneous speakers)

25



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

 1  BY MS. DELGADO:

 2       Q    Is it still your position that you did not

 3  speak to Eric Trump about my --

 4                      (Simultaneous speakers)

 5           MR. BLUMETTI:  Objection.

 6           THE WITNESS:  I don't remember.

 7           MR. WOODWARD:  That misstates what he was

 8       asked, Ms. Delgado.  Or what he -- he answered,

 9       Ms. Delgado.

10  BY MS. DELGADO:

11       Q    Did you speak to Eric Trump?

12       A    I don't remember.

13       Q    You don't remember.  Okay.

14       A    It's six years ago.

15       Q    Did you speak to an attorney?

16       A    I don't remember.

17       Q    Have you ever spoken to an attorney about

18  me or anything involving me, aside from your, of

19  course, attendance here today?

20       A    Yes.

21       Q    Okay.  What was that about?

22           MR. WOODWARD:  Objection.

23           MR. BLUMETTI:  Don't -- everybody

24       attorney-client privilege.  I'm sorry, Stanley.

25



1            MS. DELGADO:  Not -- nope, not asking what

2       was said or what the conversation was.  I'm

3       asking what it pertained to.  What lawsuit?

4       What issue?  That's not privilege.

5            MR. WOODWARD:  You asked if he'd ever

6       spoken to an attorney about you, so he said,

7       yes.  So now you know what it pertained to.

8            MS. DELGADO:  No, about me, sir, can

9       literally be a conversation with an attorney on

10       Twitter about whether I had a good performance

11       on TV.  I'm asking what was it about, i.e., was

12       it about, for instance, a lawsuit or the PAC

13       termination.

14            I'm permitted to ask that.  That's not

15       privileged.

16            MR. WOODWARD:  Okay.  I'm going to have to

17       talk to him about that to understand whether

18       his answer is going to reveal privilege or not.

19       So we'll have to take a break.

20            MS. DELGADO:  Fair enough.  Fair enough.

21       But I -- but clearly I need to narrow it down

22       because Brad knows many individuals who happen

23       to be attorneys, and they could be talking

24       about anything regarding me that has nothing to

25       do with a lawsuit or potential lawsuit.

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1          So that -- so you understand that is what
2      my narrowing down is about.
3          So --
4                  (Simultaneous Speakers)
5      MS. DELGADO:  So if you'd like to take a
6      minute and discuss it with him, I'm happy to
7      wait.
8      MR. WOODWARD:  Do you want to rephrase the
9      question?
10     MS. DELGADO:  Well, I think it's --
11  BY MS. DELGADO:
12     Q    Mr. Parscale, you said you had
13  conversations or communications about me with
14  attorneys in the past, aside from, obviously, your
15  appearance here today; is that correct?
16     A    Yes.
17     Q    Okay.  And without telling me the content
18  of those communications, what were they about or
19  pertaining to?
20     MR. WOODWARD:  I'm still going to object.
21     Why don't you ask him who he spoke with.  And
22     if it was on Twitter, then I won't have any
23     concerns.
24     MS. DELGADO:  Well, I wouldn't limit it to
25     Twitter.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1              MR. WOODWARD:  Why don't you ask him --
 2                      (Simultaneous speakers)
 3     BY MS. DELGADO:
 4          Q    Let's go -- what -- who -- what attorney
 5     did you speak with that you're recalling?
 6          A    It would have been the campaign attorneys,
 7     my campaign attorneys.
 8          Q    What year, approximately?
 9          A    My guess it would be -- I mean, I talked
10     to them multiple times over the years about you,
11     depending on the situation.  But they would always
12     have been my campaign attorneys or my personal
13     attorney.  I have a lot of attorneys unfortunately
14     after Trump world.
15                   They would have all been my
16     attorneys.  I don't know exactly who you're talking
17     about.
18                   If you want to ask me if I spoke to a
19     certain person, ask me.  I don't know who that would
20     have been.
21          Q    Do you recall who the attorneys were that
22     you spoke to about me?
23          A    The only one I remember multiple times is
24     Alex Cannon.  Who's both --
25                      (Simultaneous speakers)
```



*April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale*

1    BY MS. DELGADO:

2        Q    Was that about -- I'm sorry.  Go ahead.

3        A    He was my campaign attorney and then

4    became my personal attorney after leaving the

5    campaign.

6        Q    Okay.  Was that about my lawsuit or

7    potential lawsuit against the campaign?

8            MR. WOODWARD:  Don't answer that.

9            MS. DELGADO:  I'm allowed to ask what

10           the -- the content of -- not the content

11           specifically, but what it pertained to not

12           whether -- does she have bad hair.  They can

13           have a conversation about anything pertaining

14           to me that might not be legally related.

15           So I -- that -- I don't believe that's

16           privileged at all.  The question is not trying

17           to get to the core of what they discussed.

18           MR. WOODWARD:  Ms. Delgado, I'm

19           instructing my client not to answer questions

20           about his conversations with his attorneys.

21           MS. DELGADO:  I'm allowed to ask if it was

22           about or related to the Trump campaign lawsuit.

23           MR. WOODWARD:  Ms. Delgado --

24                   (Simultaneous speakers)

25           MR. WOODWARD:  Ms. Delgado, I'm


*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

1    instructing my client not to answer questions

2    about discussions he had with his attorneys.

3        MS. DELGADO:  But I'm not asking him to

4    detail the discussions or what the

5    communications were with the attorneys.  I'm

6    asking what the communication was about.

7        Mr. Woodward, I trust you're familiar with

8    a privilege log.  A privilege log has to

9    identify when communications with an attorney

10    were had, what they were about and who the

11    attorney was granted you do not then disclose

12    the actual communications, but that is

13    revealed.

14        Now, are you telling me privilege logs

15    violate attorney-client privilege?  Please, we

16    have a limited amount of time today, so I'd

17    appreciate not making frivolous objections.

18    I'm asking the date.  This is standard

19    privilege log information.  Who the attorney

20    was and what the general content or issue was

21    that was being discussed.  Not the actual

22    communications.

23        MR. WOODWARD:  I -- I strongly suggest

24    that we move on.

25        MS. DELGADO:  Are you still claiming that



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1      that's privileged?

2              MR. WOODWARD:  Yes, ma'am.

3  BY MS. DELGADO:

4      Q    Were any of those communications, Brad, in

5  writing, e-mails for instance, text messages?

6      A    I don't remember.  The ones that I think

7  that I remember were not -- they were phone calls.

8  But they were -- I'm not saying they were not any,

9  but the ones I remember were by phone.

10     Q    And the attorney was Alex Cannon?

11     A    That's the one I remember.

12     Q    Any others?

13     A    AJ, I don't even remember the names of our

14 other attorneys.

15     Q    Do you remember speaking to a Larry Rosen?

16     A    I don't think I've ever spoke to Larry.

17 If I did, I don't remember.  I possibly did.  I know

18 the name.

19     Q    You know the name?

20     A    I mean, it's been on TV -- I don't know if

21 I know it from TV or if I know it from myself.

22     Q    Let's' -- okay.

23              Do you recall why or did you ever --

24 let me rephrase that.

25              Do you have any understanding or



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1   information as to why I was terminated from the PAC?
 2            MR. WOODWARD:  Ms. Delgado, are asking
 3        about his conversations with his lawyers or
 4        have we moved on?
 5            MS. DELGADO:  No.  I'm going to move on.
 6        I'm trying to save time.  We'll have to
 7        recircle back to that with the judge or at the
 8        end of the depo.
 9            MR. WOODWARD:  So this question is
10        exclusive of any conversations he had with his
11        attorneys; correct?
12            MS. DELGADO:  Yes.
13            MR. WOODWARD:  Okay.  Could you restate
14        the question, please?
15            THE WITNESS:  I can read --
16   BY MS. DELGADO:
17        Q    I'm sorry, what was that?
18        A    I said I'm done reading these.  I can take
19   my glasses back off?
20        Q    Oh, okay.  Okay.
21        A    Because I can't really see you when I have
22   my glasses on versus reading.  So I apologize.
23        Q    Thank you.
24            Do you have any recollection or
25   information regarding reasons why I was terminated
```



1  from the PAC?

2      A    I don't recall at -- at this point.

3      Q    Do you recall if you inquired?

4      A    I don't remember if I did.  I might have,

5  who knows.

6      Q    Is that something you would have inquired

7  about given your texting that you were sorry that

8  this happened?

9      A    I could have called.  I probably would

10  have.  I don't know.

11          MR. WOODWARD:  Give me a minute to object.

12          THE WITNESS:  I'm sorry.

13          MR. WOODWARD:  That's okay.

14  BY MS. DELGADO:

15      Q    I'm going to stop sharing.  Tech savvy.

16              And okay.  And share screen again.

17              Okay.  Brad, I have up on the screen

18  an e-mail that I recently came across.  It's an

19  e-mail from Josh Dawsey, a reporter who was then at

20  Politico, to other colleagues of his.  And it's

21  dated December 24, 2016.

22              If you look down I highlighted a part

23  that I wanted you to -- to see and read quickly.  It

24  says, "Trump became aware of the issue.  Trumps was

25  not happy, didn't want either of them brought on.

*April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale*

1   (Jason Miller or AJ)."

2                    Do you see that?

3          MR. WOODWARD:  Ms. Delgado, if we could

4   have a minute to just review the document in

5   full, please.

6          MS. DELGADO:  Of course.

7                         (Exhibit 4 was marked for

8                         identification)

9          MR. BLUMETTI:  I believe the same document

10  has been marked before.

11         MS. DELGADO:  I believe I showed this one

12  in Eric's deposition.  I don't think it was --

13  I'm not sure if this was -- I just recently

14  found it so I doubt this has been Bates

15  stamped.

16         Mr. Blumetti, you've seen -- you saw this

17  one in Eric's deposition, I think.

18         MR. BLUMETTI:  Right.  I was just saying

19  if it was marked at that deposition we can keep

20  it the same exhibit.

21         MS. DELGADO:  I just don't recall what

22  number it was in that deposition.  So might as

23  well reintroduce it again.

24         MR. WOODWARD:  Ms. Delgado, so just to be

25  clear, you're not contending that Mr. Parscale



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

1      has ever seen this document before; correct?

2            MS. DELGADO:  Oh, no.  Not at all.

3            MR. WOODWARD:  Okay.  So you're asking him

4      about a document he's never seen before.

5            MS. DELGADO:  Correct.

6            MR. WOODWARD:  Okay.  Going ahead.

7   BY MS. DELGADO:

8      Q    Okay.  Brad, I wanted to ask you if this

9   rings a bell, or if you have heard anything related

10  to Trump's reaction to the news that I was pregnant?

11     A    Not to Trump directly.  I was not -- I was

12  not pertained to that, that I remember.

13     Q    When you say "not to Trump directly," what

14  do you mean?

15     A    You asked the question if Trump was not

16  happy.  I wasn't around Trump at that time.

17     Q    Did you hear of any reactions other than

18  Jason Miller's?

19            MR. BLUMETTI:  Objection to form.

20            THE WITNESS:  Other than Jason Miller's, I

21      don't mean this disrespectfully.  I don't

22      exactly understand what you're asking me.  If

23      you could just tell me what you're trying to

24      get at.

25



1  BY MS. DELGADO:

2      Q    Of course, please by all means, tell me if

3  I'm unclear.

4            When you said "not from Trump

5  directly," did you mean there were others whose

6  reactions you do recall?

7      A    I remember the rumors, and I remember

8  people talking about the situation.  That's all I

9  remember.  But I can't -- there's no way in --

10  absolutely no way in 2016 do I remember at this

11  point who told me.

12     Q    Okay.  Fair enough.

13            Do you recall visiting the White

14  House in -- in 2018, and Trump mentioning me in a

15  positive or negative manner?

16     A    I remember going to the White House a lot

17  in 2018, that was my job.  However, I can't -- under

18  oath, I cannot recall exactly if Trump ever said

19  anything positive or negative about you.  I can't

20  remember the moment.  I don't -- I don't remember

21  now.

22     Q    Do you recall a conversation you and I had

23  where you told me Trump was urging that I be put on

24  TV because I'm, quote unquote, great on the Russia

25  issue?

April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1           MR. BLUMETTI:  Objection.  Hearsay.
2      Objection.  Form.
3           MS. DELGADO:  It's hearsay.  It's a
4      conversation with him.
5           THE WITNESS:  I -- when you say that -- I
6      don't really remember, but I don't know.  I
7      don't -- I don't remember.  I do -- let me
8      rephrase that.
9           I do remember you being positive on
10     Russia, but I can't under oath say who exactly
11     in the room told me you were great on Russia.
12     And you're asking me under oath exactly what
13     someone said, and I don't remember.
14  BY MS. DELGADO:
15     Q    Could it have been Trump who said it?
16          MR. WOODWARD:  Objection.
17  BY MS. DELGADO:
18     Q    You can answer.
19     A    Yeah.  Of course, it could have been.
20     Q    Okay.
21          Brad, is there any reason or -- or
22  animus or personal issue you might have towards me
23  for any reason that would prevent you from giving
24  honest answers here today?
25          MR. WOODWARD:  Objection.  Compound



```
 1      question.

 2              MS. DELGADO:  I'll break it up.

 3      BY MS. DELGADO:

 4          Q    Brad, is there any personal animus towards

 5      me regarding any issue that would prevent you from

 6      giving honest answers here today?

 7              MR. WOODWARD:  Objection.  Compound

 8          question.

 9      BY MS. DELGADO:

10          Q    You can answer.

11          A    No.  But I'm also under oath, and you're

12      telling, me -- asking me about very specific moments

13      that I don't remember, compared to sitting at a bar

14      having a drink and me trying to remember things.

15      Those are two different things in my book.

16                  And if you want me to specifically

17      remember exactly who said something under oath, I

18      don't remember.

19          Q    Do you recall telling me that Trump was

20      encouraging that I be placed on TV to defend him

21      during the Russia probe?

22              MR. BLUMETTI:  Objection.  Hearsay.

23              THE WITNESS:  I -- I don't remember.  I

24          don't -- AJ, I don't remember.

25              MR. WOODWARD:  Let's take a break,
```



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1        Ms. Delgado.

 2            MS. DELGADO:  Sure.  How many minutes

 3        would you like?

 4            MR. WOODWARD:  Less than five.

 5            MS. DELGADO:  Okay.  Because we're on the

 6        12:30 time limit for today.  So let's try to

 7        keep it to five.

 8                    (Recess.)

 9   BY MS. DELGADO:

10        Q    All right.  I'm going to -- just -- Brad,

11   did you speak with your attorney about your

12   testimony during the break?

13        A    No.  We spoke about the 2008 KU Basketball

14   game.

15        Q    You don't need to tell me what you spoke

16   about, just as long as it wasn't about the

17   testimony.  Thank you.

18        A    We were both at the same game, we geeked

19   out about it.

20        Q    Nice.  Nice.

21            So I'm going to show on the screen

22   the --

23        A    I cannot ...

24        Q    Brad, I think we lost you.  Your visual.

25   Your -- I think your camera is off.
```



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1            MR. WOODWARD:  We're looking at the

2       document, Ms. Delgado.

3            THE WITNESS:  I can't -- my eyeballs

4       cannot see that.  I don't know.  It's too

5       small.  If you can like zoom in or something on

6       whatever you want me to see.

7   BY MS. DELGADO:

8       Q    Oh, sure.  Let me try zooming in.

9              How's that?

10      A    One more if you don't mind.

11      Q    Sure.  How's that?

12      A    There we go.  Okay.

13      Q    Okay.  Now this is -- I'm going to mark

14  this Exhibit 5, I think we're at.  This is a

15  privilege log that was produced by Eric Trump in his

16  deposition.

17                      (Exhibit 5 was marked for

18                       identification)

19  BY MS. DELGADO:

20      Q    It was marked as an exhibit in that one,

21  as well.  I don't have -- I believe it was.  In any

22  event, I wanted to draw your attention, Brad, to --

23  let me scroll up.  I'm going to scroll up to the

24  very beginning.

25                  And then -- is Giles Parscale; was



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    that your company, Brad?

2        A    Yes, ma'am.

3        Q    Okay.  And who's Lara at Giles Parscale?

4    I'm sorry.

5        A    That was Lara Trump.

6        Q    Okay.  So you had given Eric Trump's wife

7    a job at your company; correct?

8            MR. WOODWARD:  Objection to the form.

9            MS. DELGADO:  I'll rephrase it.

10   BY MS. DELGADO:

11       Q    Had you hired Lara Trump for your company,

12   Giles Parscale?

13       A    Yes, I did.

14       Q    Okay.  I want to scroll up to the top.

15   I'm sorry, at the top.

16            And as you can see here, your

17   employee, Lara, is on this privilege log numerous

18   times listed as having communications about, quote,

19   Delgado with attorneys for the Trump campaign.

20            Do you see that?

21       A    Yes.  I've never seen one of these before

22   but I'll take your -- yes.

23       Q    Do you know why your employee was having

24   communications about me in August 2017?

25       A    My company would have been providing



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1  services to the Trump campaign.  It would not have

2  been unusual for a Trump or a Giles Parscale

3  employee to do something in reference to the Trump

4  campaign, including myself.

5      Q    But do you know why your employee would

6  have been having communications with Trump or Trump

7  campaign attorney --

8      A    No --

9      Q    -- about me?

10     A    -- no.

11     Q    Is Lara an attorney?

12     A    I don't -- I don't think so.

13     Q    I want to show you another example here.

14  There's an e-mail from Lara Trump dated August 22,

15  2017.  The subject line is Delgado and it's an

16  attorney/client communication.

17              So your --

18     A    Okay.

19     Q    So your position is you do not know why

20  your employee was communicating with an attorney

21  about me; is that correct?

22     A    No, ma'am.

23     Q    Okay.  And I'm flipping through.  As you

24  can see it comes up numerous times.

25              MS. DELGADO:  Okay.  That's has been



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1      marked.

2   BY MS. DELGADO:

3      Q    Did Eric Trump tell you to give Lara a job

4   with your company or suggest that you do so?

5      A    No.  I actually hired Lara because I

6   wanted her to help me to find new business in New

7   York City, which she did.

8      Q    Great.

9           Brad, you mentioned the war room

10  earlier; do you remember that?

11     A    The big room?  I think that was the big

12  room.

13     Q    Right.

14          Would you say most of the -- the

15  managers and senior level individuals were often

16  found in the war room?

17          MR. WOODWARD:  Objection to form.

18          MR. BLUMETTI:  Objection the form.

19          Thank you, Jared.

20          THE WITNESS:  I -- yeah, I mean, I think

21      whatever was at that -- I can't remember if

22      that was the 14th or 15th floor.  They

23      would have been all over, yeah.

24  BY MS. DELGADO:

25     Q    So think back to that war room, just you



```
 1   have a visual, what names can you recall of

 2   individuals from that 2016 effort who wanted a White

 3   House job but didn't get one?

 4              MR. WOODWARD:  Objection --

 5              MR. BLUMETTI:  Object to the form.

 6              MR. WOODWARD:  -- to the form.

 7              Thank you, Jared.  Sorry.

 8              THE WITNESS:  There was several.

 9   BY MS. DELGADO:

10       Q    I'll rephrase since they're -- I'll

11   indulge the objection.

12                   What individuals can you recall from

13   the national level at the 2016 campaign who wanted a

14   White House job but did not receive one?

15              MR. BLUMETTI:  Same objection.

16              THE WITNESS:  I -- I can't speak for what

17       people what.  I mean, that's impossible, AJ.

18   BY MS. DELGADO:

19       Q    Okay.  You can answer however you see fit.

20       A    I can only tell you -- you said before

21   names I remember.  I remember there was Brian,

22   right, didn't get one.

23       Q    I'm sorry, who?  I'm --

24       A    The guy's office next to Jason Miller,

25   Brian or whatever his name was.  I think it was
```



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1   Brian, right, the surrogate manager.

2           MS. DELGADO:  Brian Lanza --

3                   (Simultaneous speakers)

4           THE WITNESS:  Yeah, that guy.

5   BY MS. DELGADO:

6       Q    Okay.

7       A    And then Jason, you, me.  I didn't want

8   one though.  Steve Bannon.  Well, no, he got one.

9   The girl that was in my office, I don't remember her

10  name.  She wanted a White House job, she didn't get

11  it.  Sarah was her name.  And then -- and other

12  people around.  I can -- I can keep naming them.

13  Garrot Lansing.  There's a bunch of people that

14  didn't get White House jobs that wanted them for

15  different reasons.

16      Q    Okay.  Let's go through the ones you

17  mentioned.

18               Can you recall any others?

19      A    I mean, I'd have to sit here all day.

20  I -- that's the ones that come off the top of my

21  head.

22      Q    Okay.  You mentioned Brian Lanza, the

23  surrogate manager; correct?

24      A    Yeah.

25      Q    Were you aware Brian Lanza had a criminal



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1  drug charge in his background?

2       A    Yes, I think I learned that later.

3       Q    Okay.  And you mentioned Jason Miller.

4  But Jason Miller was announced for a White House

5  job, was he not?

6       A    I -- I don't remember, AJ.

7       Q    Okay.  And the Sarah, quote, from your

8  office.  Can you provide some more detail on that?

9       A    She worked for Cambridge Analytica.

10      Q    So not for the campaign?

11      A    Well, that depends on -- I never

12  officially worked for campaign.  I mean, I was a

13  vendor of the campaign.  So it depends on how you --

14  you view "work."

15      Q    Well, you have a contract with the

16  campaign?

17      A    Well, Cambridge Analytica had a contract

18  with the campaign.

19      Q    The individual has a contract with the

20  campaign.  Did --

21                (Simultaneous speakers)

22           THE WITNESS:  I did not have -- I did not

23      have an individual contract with the campaign.

24  BY MS. DELGADO:

25      Q    Do you recall her last name?



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1      A    I -- I don't remember if that's her first

2   name.  I just remember she sat in my office.  That

3   was a long time ago.

4      Q    What did she do?

5      A    Huh?

6                   (Simultaneous speakers)

7   BY MS. DELGADO:

8      Q    What did she do?  What was her job

9   description, if your recall?

10     A    She works in the -- she worked in the data

11  department.

12     Q    In the data department?

13     A    Uh-huh.

14     Q    Okay.

15              Who is Garrett Lansing?

16     A    He worked at the Iron Seat.

17     Q    So not at the campaign?

18     A    No, no.  I just -- you said you wanted me

19  to name people who were in the war room.  You didn't

20  say -- you didn't ask me for people who worked for

21  the campaign.  So I just want to clarify, you said

22  people who were top-level people around the war

23  room.

24              So that RNC was actually based inside

25  the war room, as well.  So I'm asking your question



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1  specifically the way you asked to try to -- that's

2  what you asked me.

3  　　　Q　　Fair enough.

4  　　　　　So if you limit it to individuals in

5  the campaign, we wouldn't include Sarah or Garrett,

6  but you would include Brian Lanza; correct?

7  　　　A　　Yes.

8  　　　Q　　And Jason Miller and myself?

9  　　　A　　David Bossie.

10 　　　Q　　Okay.

11 　　　　　Brad, you ran the -- I'm sorry, one

12 more.  Katrina Pearson also did not go in to the

13 White House --

14 　　　A　　Oh --

15 　　　　　　　(Simultaneous Speakers)

16 BY MS. DELGADO:

17 　　　Q　　-- but she was offered a White House

18 position, was she not?

19 　　　　　MR. BLUMETTI:  Objection to form.

20 　　　　　THE WITNESS:  I believe so.

21 BY MS. DELGADO:

22 　　　Q　　Okay.

23 　　　A　　Yes.

24 　　　Q　　Yes.  Okay.  Thank you.

25 　　　　　You ran the 2020 campaign for some



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1  time; correct?

2       A    Yes.

3       Q    What complaints of discrimination or

4  harassment were there that you recall?

5            MR. WOODWARD:  I'm sorry, Ms. Delgado,

6       could you clarify a time period?

7            MS. DELGADO:  During the time he was

8       running the 2020 campaign.  So that would be --

9       he would know better than I.

10           MR. WOODWARD:  The 2020 campaign?

11           MS. DELGADO:  Yes, the 2020 campaign

12      circle.  Mr. Parscale, your client, was the

13      campaign manager for a period of time.

14           MR. WOODWARD:  I'm going to object to

15      questions about the 2020 campaign.

16           MS. DELGADO:  You can object.  He still

17      has to answer.

18           MR. BLUMETTI:  Object to the form.

19           I'm sorry.  Go ahead.

20  BY MS. DELGADO:

21      Q    You can answer.

22           MR. WOODWARD:  No, I think -- no, I think

23      I'm going to direct him not to answer any

24      questions about the 2020 campaign.

25



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1          MS. DELGADO:  Okay.  Clearly, that's not

2      remotely priveledged.  So I'm going to conclude

3      the deposition and go to the judge because at

4      this point, you're obstructing the deposition.

5      There is no ground to -- to tell your client

6      not to answer when you're not remotely

7      asserting a privilege.

8          This is absurd at this point.

9          MR. WOODWARD:  The only reason to ask him

10     about the 2020 campaign is because you want to

11     harass him, and you're not allowed to do that.

12         So if you want to educate me on why the

13     2020 campaign is relevant to the 2016 campaign,

14     I may simply have overlooked something but --

15             (Simultaneous speakers)

16         MS. DELGADO:  Excuse me.  Your -- did you

17     just say that I'm asking him about

18     discrimination and harassment complaints

19     because I want to harass Brad?

20         MR. WOODWARD:  That's not what I said, no.

21         MS. DELGADO:  Yes.  Can the court reporter

22     read back what you just said.

23             *(Requested portion read back)*

24         MS. DELGADO:  I believe I heard the only

25     reason you want to ask him about the 2020



1    campaign was because you want to harass him.

2    You said he's going to say that.

3         Let's go to the -- roll the tape, please.

4              (Simultaneous speakers)

5    MR. WOODWARD:  I don't think it works that

6    way.  Why don't we go off the record, and we

7    can talk about this.

8         MS. DELGADO:  It does.  It does.

9         Can the court reporter read back?

10    *(Requested portion read back)*

11         MS. DELGADO:  So Mr. Woodward, you did say

12    what you just said you didn't say.

13         MR. WOODWARD:  I will renew my invitation,

14    Ms. Delgado.  I don't understand any relevance

15    between the 2020 campaign and the 2016

16    campaign.  And so there's no reason in my mind

17    for you to ask him about the 2020 campaign

18    unless you're trying to harass him.

19         MS. DELGADO:  He still has to answer.  I

20    really --

21              (Simultaneous speakers)

22         MS. DELGADO:  -- it's really irrelevant

23    what you think is relevant or not.

24         MR. WOODWARD:  Okay.

25         Do you have any other questions that



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    have -- that are not related to the 2020

2    campaign?

3        MS. DELGADO:  Is your client going to

4    answer the question, or are we going to

5    conclude this deposition temporarily and go to

6    the judge because you're being obstructionist

7    throughout.  And this has reached the pinnacle

8    of it, starting with asking me the night before

9    to send you the exhibits I was going to use in

10   advance, which is already disturbing.

11       But now, you're instructing your client to

12   not answer a question that is not remotely nor

13   even asserting that it's remotely privileged,

14   which is the only basis under which you're

15   allowed to tell your client not to answer.

16       MR. WOODWARD:  Do you have any questions

17   that relate to --

18       (Simultaneous speakers)

19       MS. DELGADO:  I don't need to move on.

20   Let me be clear, I don't need to move on.  This

21   isn't your deposition, it's mine.  So stop

22   telling me to move on.

23       Is your client going to answer?

24       MR. WOODWARD:  We'll have to talk about

25   it, Ms. Delgado.  I mean certainly the 2020



1      campaign --

2                      (Simultaneous speakers)

3          MS. DELGADO:  No.  You're not allowed to

4      talk about it.  It's not discussing whether

5      something he's about to disclose or divulge is

6      privileged.  So I don't see why you'd talk to

7      your client about that.

8          MR. WOODWARD:  The reason I need to speak

9      to my client, Ms. Delgado, is because given

10     that the 2020 campaign is not remotely relevant

11     to the allegations in your lawsuit, we're not

12     prepared to come here today and talk about the

13     2020 campaign.  And so I'd have to talk to him

14     about whether we're comfortable proceeding

15     before we can proceed.

16         And I'm asking for your help in

17     understanding why the 2020 campaign is relevant

18     to the 2016 campaign, otherwise my fear is that

19     you're trying to get into topics that would

20     harass him as a witness and not relate to the

21     2016 campaign.

22         MS. DELGADO:  That's a lot to unpack,

23     Mr. Woodward.  Your definition of what is or

24     isn't relevant to my lawsuit, which you are not

25     familiar with, nor is your opinion relevant as


*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1          someone who's not in it, nor is counsel to a

2          party in it, is not remotely of interest or

3          relevant or controlling here.

4                So that's your opinion.

5                MR. WOODWARD:  Why don't I talk to him and

6          then we'll be back here, give us another --

7                MS. DELGADO:  No, I don't agree -- I don't

8          agree to pause yet again for a break so you can

9          talk about whether he's comfortable in a -- in

10          answering something.

11                I posed a question.  We're mid question

12          and answer.  He needs to answer and I'm not

13          stopping for a break mid question and answer.

14                The question is out there --

15                        (Simultaneous speakers)

16                MS. DELGADO:  -- and you've directed your

17          client improperly so not to answer.  I don't

18          see how -- frankly, I find it highly -- highly

19          insulting when I've come here in good faith for

20          you to say that the reason I'm asking about

21          discrimination or harassment complaints may,

22          during the time that he was campaign manager,

23          which he would have knowledge of as campaign

24          manager, is meant to harass him.  That does not

25          even make logical sense, your position on that.



1          So again, for the last time, are you going

2     to continue to tell your client not to answer?

3          MR. WOODWARD:  I'm going to speak to my

4     client about that.  We'll be back in five

5     minutes.

6          MS. DELGADO:  We're mid answer.  If you do

7     that, you're taking this deposition off the

8     rails.  I've asked a question, you can't stop

9     for a break in the middle of it.  And you know

10    that.

11         MR. WOODWARD:  I'm going to talk to my

12    client.

13         We're already off the record; correct?

14         MS. DELGADO:  We're not off the record.

15    Mr. Woodward, you keep acting as though you are

16    running this deposition.  And I realize I'm a

17    woman.  I realize maybe my accent doesn't make

18    you take me seriously or the fact that I'm pro

19    se, so please treat me with some respect.  As I

20    treat you and I treat Mr. Blumetti and Brad.

21         Now, you're telling the court reporter

22    when to go on and off the record.  We are still

23    on the record, sir.

24         MR. WOODWARD:  We're going to take a

25    break.

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1          MS. DELGADO:  We are not going to take a

2     break.  We already took a break.  You obviously

3     don't need it as a bathroom break or a water

4     break, we just took one.

5          Your client needs to answer the question.

6     And there -- and there he goes.

7          I'm going to have to go to the judge on

8     this.  This is deposition has clearly been

9     turned into a -- a ridiculous show.

10         MR. WOODWARD:  Could you repeat the

11     question?

12         MS. DELGADO:  I want the record to show

13     that Mr. Woodward took his screen on -- put his

14     screen on dark, muted himself and took a break

15     and appears to have spoken to his client in

16     between a question posed and an answer.  And

17     now has placed his himself screen back on

18     visual mode, unmuted himself and has asked me

19     to repeat the question.

20         I've never seen a lack of ethics like

21     this.

22         I'll repeat the question.  I'm glad this

23     is all on the record.

24     BY MS. DELGADO:

25         Q     Brad, what were the discrimination or



1    harassment complaints that you are aware of during

2    the 2020 campaign cycle?

3              MR. WOODWARD:  Object to the form.

4              MR. BLUMETTI:  Object to the form.

5              THE WITNESS:  I don't -- I would not be

6         aware of any of those.  That wasn't something

7         that I oversaw.

8    BY MS. DELGADO:

9         Q    Did you hear of any?

10        A    From 2020 or 2016?

11        Q    From the time you were campaign manager,

12   which I believe was the 2020 campaign cycle?

13        A    But that's not what you asked me.  Was I

14   familiar with any lawsuits about anyone any time or

15   only lawsuits against the 2020 campaign?

16        Q    No.  Brad, we can break this up if you'd

17   like.

18              During your time as campaign manager

19   for the 2020 election cycle, do you recall any

20   complaints made about anyone in the campaign

21   regarding discrimination or the harassment?

22              MR. WOODWARD:  Objection.

23              THE WITNESS:  Which campaign?  2016 and

24        2020 are different campaigns, different

25        organizations, different companies.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1          Which one?

2     BY MS. DELGADO:

3          Q    Actually, they're not different

4     organizations, and the 30(b)6 witness already

5     testified to that.

6                    (Simultaneous speakers)

7     BY MS. DELGADO:

8          Q    But you're free to break up the campaign

9     cycle even by year.  However you'd like to answer.

10         A    I was not aware of any against 2020, but I

11    was aware of others in 2016.

12         Q    Okay.  So you're not aware in the 2020

13    campaign cycle of any person complaining of

14    discrimination or harassment?

15         A    Not that I recall --

16                    (Simultaneous Speakers)

17    BY MS. DELGADO:

18         Q    Whether they filed a lawsuit or not, I'm

19    just talking about complaints.

20         A    I don't recall.

21         Q    Who was the HR director when you were

22    campaign manager?

23         A    HR director.  I mean, I don't remember who

24    had that title.  I don't remember who had that

25    title.  I can't recall who had the tile.



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1     Q     Does Megan Powers ring a bell?

2     A     She was director of operations.

3     Q     Was she ever HR director?

4     A     I don't believe so but I don't -- I don't

5   recall.

6     Q     When did you stop being campaign manager?

7     A     I don't remember exact day, July 2020.

8   Somewhere summer 2020.  Maybe June.  I don't

9   remember --

10    Q     But how many -- go ahead.

11    A     I don't remember.

12                  (Simultaneous speakers)

13  BY MS. DELGADO:

14    Q     How many --

15    A     I couldn't tell you the exact day.

16    Q     Sorry, the delay.  I heard you.  Okay.

17                  How many months ballpark were you

18  campaign manager for that election cycle?

19    A     The only thing I tell people is, this

20  might be inaccurate or not under oath, but I always

21  say it's 897 days.  Someone told me that once, so

22  that's what I say.

23    Q     Okay.  Okay.

24                  Who made the decision to hire Jason

25  Miller in the summer of 2020?



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1      A    Who made the decision?  Essentially me.

2      Q    Why do you say "essentially"?

3      A    I wasn't my idea.

4      Q    Whose idea was it?

5      A    I could only -- I couldn't tell you

6  exactly who it was.

7      Q    Wasn't it Jared?

8      A    Jared was part of the process, yes.  I

9  couldn't tell you if it's his idea.  You asked me

10  whose idea it was.  I couldn't tell you if it was

11  his idea.

12     Q    Well, you said it wasn't my idea.  Right.

13  So are you --

14                  (Simultaneous speakers)

15  BY MS. DELGADO:

16     Q    So are you indicating that someone told

17  you to hire him?

18     A    Yes.  I don't recall who that was.

19     Q    Okay.  That's the person I was asking, who

20  that was.

21              Do you recall telling me that it was

22  Jared?

23          MR. WOODWARD:  Object to the form.

24          THE WITNESS:  I don't remember AJ, but --

25      I don't remember.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    BY MS. DELGADO:

2        Q    Okay.  We will circle back to that.

3             Brad, do you recall in summer of

4    2019, being told that I needed a job with the

5    campaign?

6        A    You needed a job?

7        Q    Or wanted a job, was seeking a job.

8        A    Yes.

9        Q    Who told you that?

10       A    I -- I need to think.  I believe Katrina

11   Pearson.

12       Q    Do you recall what she said?

13       A    I don't recall what the exact words were

14   anymore.

15       Q    Fair enough.

16            But it was conveyed to you that I was

17   interested in -- in being rehired by the campaign;

18   correct?

19       A    Yes.

20       Q    Okay.  And was that job give to me?

21       A    No.

22       Q    Why not?

23            MR. WOODWARD:  Object to the form.

24            THE WITNESS:  Could you ask me something

25       more specific?  Do you just want me to



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1        diatribe?  I don't know what I'm supposed to
 2        say here, like.
 3             Do I remember why not?  A litany of
 4        things.  I think mostly I believe you were
 5        suing the campaign.  By what I was being told
 6        you were suring the campaign.  I think -- I
 7        believe that people told me that you were
 8        railing on the president on-line.  And that you
 9        had so-called flipped, is the term people use,
10        on the president?
11             I think those were the main ones I
12        remember.
13                     (Simultaneous speakers)
14   BY MS. DELGADO:
15        Q    Had you seen --
16        A    Huh?
17        Q    Had you seen any such evidence yourself?
18        A    I can't recall if someone showed me
19   something or not.
20        Q    Are you aware of the campaign in 2016 or
21   2020 cycle ever hiring individuals who had
22   previously been critical of the President?
23             MR. WOODWARD:  Object to the form.
24             THE WITNESS:  Of course.
25
```



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
1    BY MS. DELGADO:

2         Q    And even --

3                        (Simultaneous speakers)

4    BY MS. DELGADO:

5         Q    Go ahead.

6         A    Kellyanne Conway.

7         Q    Right.  Correct.

8                        Would Jason Miller be another

9    example?

10        A    I did not know Jason or know who Jason

11   was.

12        Q    Do you recall Jason Miller spending close

13   to a year calling Donald Trump sleezy Donald during

14   the 2016 election?

15        A    I had no idea who Jason was before he

16   shows up at the campaign?

17        Q    Sure.  Fair.  Okay.

18                   So I want to show you -- Brad, would

19   you have hired me for the 2019 -- when Katrina

20   approached you, did -- did you have an inclination

21   to hire me?

22             MR. WOODWARD:  Object to the form.

23             THE WITNESS:  I think whatever's laid in

24        front of me, it was not -- you're asking me if

25        I would have if the things put in front of my
```



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1        were not there, or are you telling me would I
 2        have hired you on this -- if I would have -- if
 3        I could have hired you -- how I do say this?
 4             MR. WOODWARD:  Why don't you restate the
 5        question, Ms. Delgado?
 6             THE WITNESS:  Yeah.
 7             MS. DELGADO:  I've stated it.  He was mid
 8        answer.
 9             THE WITNESS:  Well, I'm having a hard time
10        answering it because I'm not exactly sure what
11        you're asking me.  Because --
12   BY MS. DELGADO:
13        Q    Would you have hired me -- would you have
14   hired me but for what was put in front of you?
15        A    If it wasn't put in front of me?
16        Q    Right.
17        A    Yes.
18        Q    Okay.  Fair enough.
19             MS. DELGADO:  I'm introducing another
20        exhibit, which I believe we're up to Number 6.
21                     (Exhibit 6 was marked for
22                      identification)
23             MS. DELGADO:  And this was produced,
24        Mr. Blumetti, in production, I know that.  It
25        didn't have a Bates stamp copy, but I think
```



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

1         it's somewhere the 700 number.

2              MR. BLUMETTI:  Ms. Delgado, you previously

3         designated these documents as confidential.

4         Are you waiving that designation?

5              MS. DELGADO:  I don't know what this one

6         was.  Like I said, I don't have the Bates stamp

7         copy.  But as for this --

8                        (Simultaneous speakers)

9              MR. BLUMETTI:  The entirety of the

10        production was marked confidential.  So --

11             MS. DELGADO:  I'm not --

12                       (Simultaneous speakers)

13             MR. BLUMETTI:  -- if this was included in

14        the production then it necessarily was.  So I'm

15        just asking, are you waiving confidentiality?

16             MS. DELGADO:  For this particular document

17        I see no reason to keep -- continue it labeled

18        as confidential.  I'm of course not waiving

19        confidential designation on the rest of the

20        documents.

21             Are we clear on that?

22             MR. BLUMETTI:  Yeah, but just to the

23        extent that you're going to show him a document

24        that you're not waiving, he's going to need to

25        sign off on a protective order.



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1              MS. DELGADO:  Okay.  We can do that.  But
 2       I -- this one I'm not keeping the
 3       confidentiality designation on it.  I see no
 4       reason to.
 5              So I see no reason to bother him with the
 6       confidentiality order.
 7  BY MS. DELGADO:
 8       Q    Okay.
 9              Brad, is -- this is a message string.
10  Did you have a chance to read it?  I'll pause while
11  you do so.
12              MR. WOODWARD:  We're reviewing.
13              THE WITNESS:  Who's who?  Who's who?
14              MS. DELGADO:  Brad, you're in gray.
15              THE WITNESS:  Okay.  Sorry.  I could
16       not -- I don't remember this.  I don't know
17       who's who.
18  BY MS. DELGADO:
19       Q    Sure.
20       A    Okay.
21       Q    Okay.  Does that help refresh your
22  recollection at all as to who it was you stated --
23       A    I don't know who -- I don't remember who
24  Rodger Sollenberger is.
25       Q    Sure.  Sure.  I won't ask you about that.
```



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1        A    Oh.

2        Q    Where I mentioned Eric and Jared, does

3   that help refresh your recollection as to who told

4   you not to bring me on board?

5              MR. WOODWARD:  Object to the form.

6              I'm sorry, Ms. Delgado, the blue is you

7        texting?  That's you writing?

8              MS. DELGADO:  Yes.

9              MR. WOODWARD:  Your question is:  Does you

10       telling Mr. Parscale something refresh his

11       recollection?

12             MS. DELGADO:  Yes.  It's -- at the time

13       I'm recapping a conversation Mr. Parscale and I

14       had just had on the phone.

15             MR. WOODWARD:  I'm going to object to the

16       form.

17             THE WITNESS:  (reading sotto voce).

18             Okay.  So what are you asking me?

19   BY MS. DELGADO:

20       Q    Does my reference -- notwithstanding that

21   you say once it's reduced to writing, suddenly that

22   you don't remember all of it, does my reference to

23   Eric and Jared help jog your memory as to who told

24   you not to bring me on?

25             MR. WOODWARD:  Object to the form.



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1              MR. BLUMETTI:  Objection to relevance.
 2              THE WITNESS:  Wait, I -- this doesn't talk
 3         about not bringing you on.  This talks about
 4         hiring Miller.
 5              Where does it say about not bringing you
 6         back on?
 7    BY MS. DELGADO:
 8         Q    Where it says, "and my job inquiry last
 9    year."
10         A    Oh.  Okay.  (reading sotto voce).
11              I -- again, I don't remember exactly.
12    And to what I might have said on a phone call one
13    time, I don't remember saying that either.  I --
14    it -- there's a thing of -- off the cuff, I don't
15    remember who has exactly told me not to hire you.
16              I don't remember exactly who came up
17    with the idea to hire Jason Miller.  I don't
18    remember him.  A lot of those things happen in the
19    White House.  I don't know.
20         Q    Who had greater control over who was hired
21    than the campaign manager; who would have been above
22    you?
23         A    Donald Trump, Jared Kushner would have
24    been the main two.
25         Q    So would you agree that it would have had
```



1  to have been one of those two individuals who --

2          MR. BLUMETTI:  Objection to form.

3          THE WITNESS:  No.  The reason why is under

4      this conception that when I hired Jason Miller,

5      my relationship with Donald Trump was

6      struggling from a conversational style.  And I

7      was asking multiple people throughout the White

8      House and through the network to --

9                  (Simultaneous speakers)

10 BY MS. DELGADO:

11     Q    Sorry, I just don't want to --

12                  (Simultaneous speakers)

13 BY MS. DELGADO:

14     Q    I'm sorry, I just don't want to have to

15 strike this as nonresponsive.

16                  (Simultaneous speakers)

17 BY MS. DELGADO:

18     Q    I just wanted to clear.  The question

19 wasn't about your hiring Jason.  It was about me.

20     A    Okay.  Sorry.  I thought you asked me

21 about hiring Jason.

22     Q    No, it's okay.

23                  Just who would have been above you.

24 You stated earlier that you would have been

25 instructed not to hire me, litigation being one of



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1  the reasons.

2                    What -- who would have been above

3  you?  You said it would have been Mr. Trump?

4      A    Yeah.  That -- there would have been a lot

5  of people could say for me not to hire you.  It

6  could have been lawyers.  I could have been family

7  members.  I could have been my, kind of, cabinet,

8  you know, suggesting that I don't.  Inevitably, it

9  was my choice not to hire you.  I could have -- I

10  could have gone over all of them at risk of my

11  own -- my own job.

12      Q    Did you just say it was your choice?

13      A    I'm saying inevitably, it was my choice

14  who to hire and not to hire.

15      Q    Okay.

16                    Who would have influenced that

17  decision?

18            MR. BLUMETTI:  Objection to form.

19            THE WITNESS:  Anyone and everyone.  My

20        job -- my job was a difficult one of choosing

21        what was best for the campaign and how not to

22        get Donald Trump pissed off at me every day.

23  BY MS. DELGADO:

24      Q    Okay.

25            MS. DELGADO:  Okay.  I'm going to mark



1          this Exhibit 7.

2                              (Exhibit 7 was marked for

3                              identification)

4     BY MS. DELGADO:

5          Q    Brad, this is a single message between us

6     that I found that I had screen shot from 2022.  I'll

7     give you a second to reed it over.

8                    Now do you see it?

9               MR. BLUMETTI:  Ms. Delgado, this document

10         was previously designated as you as

11         confidential.  Are you waiving confidentiality

12         as to this document?

13              MS. DELGADO:  As to this document, sure.

14    BY MS. DELGADO:

15         Q    Brad, when you've had a change to read it

16    over, this is Exhibit 7.  I'm marking this Exhibit

17    that is.  Let me know, please.

18              MR. WOODWARD:  We're reviewing, Ms.

19         Delgado.

20              MS. DELGADO:  Okay.

21                         (Simultaneous speakers)

22    BY MS. DELGADO:

23         Q    Is there a reason you -- you went dark

24    during that?

25              MR. WOODWARD:  Yes.  I don't want you to



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1     see my nose hairs when I lean in to look at the

2     document.

3          How do we know what year the -- the text

4     is from?

5          MS. DELGADO:  I'm sorry.  You said you

6     didn't want me to see what?

7          MR. WOODWARD:  I'm leaning into the screen

8     so I don't want you -- I don't want to zoom in

9     on my face.

10          Is there -- how do we know --

11               (Simultaneous speakers)

12          MS. DELGADO:  Hang on one second, Mr.

13     Woodward.  I don't think you're allowed to

14     darken or take off your video just as if we

15     were in person, I'd still be able to see you

16     face while you're reading something.  You also

17     went on mute.

18          MR. WOODWARD:  I don't even know what --

19               (Simultaneous speakers)

20          MS. DELGADO:  I'm want the record to

21     reflect that they were not visible or audible

22     for --

23               (Simultaneous Speakers)

24          MR. WOODWARD:  Let me know when you're

25     finished.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1              MS. DELGADO:  Did you speak to your client

 2        while your camera was dark?

 3              MR. WOODWARD:  How do we know what year

 4        the document is from?

 5              MS. DELGADO:  Mr. Woodward, did you speak

 6        to your client while the camera was dark?

 7              MR. WOODWARD:  I'm not being deposed, Ms.

 8        Delgado.

 9              MS. DELGADO:  Your client is, and you're

10        not supposed to speak to him.  And I believe

11        you just did and that's why you darkened your

12        camera.

13              MR. WOODWARD:  You could ask him that.

14              Can you -- how do we --

15                    (Simultaneous speakers)

16  BY MS. DELGADO:

17        Q    Brad, did your attorney speak with you or

18  pass you a note?

19        A    No, he actually didn't.  I was just making

20  an expression of you saving my text messages.

21        Q    You were -- I'm sorry, what?

22        A    I was making an expression -- nothing.

23        Q    I'm sorry, what did you say?  You cut out.

24        A    Just disappointed of you saving our text

25  messages.
```



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    Q    As disappointing as when someone lies

2    under oath, I could tell you that.

3         MS. DELGADO:  Mr. Woodward, what was your

4    question?

5         MR. WOODWARD:  How do we know what year

6    this is from?

7         MS. DELGADO:  This is from 2022.

8         MR. WOODWARD:  How do we know that?

9              (Simultaneous speakers)

10        MR. WOODWARD:  Okay.

11   BY MS. DELGADO:

12   Q    Okay.  So Brad, does this message help

13   refresh your memory.

14   A    Memory of what?

15   Q    As to why you did not hire me?

16   A    I already told you why, yes.  I said it's

17   because you were suing the campaign and people said

18   you flipped.  And so I made the decision it wasn't

19   worth it.

20   Q    I just want -- where does it say there

21   that I flipped?

22   A    It doesn't.  This one says suing.  But

23   that doesn't mean there wasn't other issues.

24   Q    You also said earlier that it was your

25   decision.  But it says here, does it not, quote, I



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1   was told I couldn't by the family, unquote?

2       A    I don't recall who told me, but that would

3   have been possibly one of the reasons I didn't do

4   it.

5       Q    Does that family include Eric or just

6   Jared?

7       A    I couldn't tell you at that point who --

8   who it was.

9       Q    And I'm want to also show you -- I can

10  show you this one on the chat.  Let's see if I can

11  make that work.  I'll speed things up.

12           Do you recall a Tweet of yours, Brad,

13  I could show it on the rake screen, I'm just trying

14  to speed things up, where you said that Jared and

15  Eric made all the decisions for the campaign?

16      A    Yeah.  I did say that in 2016.

17      Q    Okay.  Then I want to show you another

18  exhibit.  I'm going to turn this one off.  I

19  apologize for my tech -- lack of tech savviness.

20  Bear with me one second please.

21           Okay.

22      MS. DELGADO:  Okay.  I'm marking this, I

23      think we're Exhibit 8.  I hope you can see this

24      e-mail.

25                         (Exhibit 8 was marked for



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1                    identification)

2    BY MS. DELGADO:

3         Q    This is an e-mail from John Phillips who

4    was the -- my attorney on this case in the summer of

5    2023.  And it's relying, Brad, what your attorney

6    Mr. Woodward stated to Mr. Phillips on a call

7    initiated and suggested by Mr. Woodward.

8                    I'll give you a chance to reread

9    that.  I'll black out anything that's

10   attorney/client privilege or may be.

11        A    Okay.

12        Q    Your attorney stated that he would -- that

13   you would testify that you were told not to hire me;

14   is that correct?

15             MR. WOODWARD:  Objection.  Ms. Delgado,

16        are you asking him what the e-mail says or what

17        I told the attorney?

18             MS. DELGADO:  Yes.  I'm asking what the

19        e-mail says.

20             THE WITNESS:  The e-mail says what you

21        just said.  Do you want me to read it or -- I

22        don't know what to do here?

23             You said Brad would testify that he was

24        not told -- he -- told not to hire you in 2020

25        and discussed how you were suing and should be



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1       disqualified.  I said that like three times --
 2  BY MS. DELGADO:
 3       Q    Okay.  Do you have any reason to believe
 4  this -- what is relayed here is inaccurate?
 5       A    I mean essentially, no.
 6       Q    Okay.  That's all I needed.  This isn't a
 7  trick question.
 8                Okay.  Stop sharing.  Let's see.
 9                Brad, do you recall why Jason Miller
10  was paid through Jamestown Associates while you were
11  the campaign manager?
12            MR. WOODWARD:  Object to the form.
13            THE WITNESS:  He has -- he asked to be
14       paid through a vendor.
15  BY MS. DELGADO:
16       Q    I'm sorry.  Can you repeat -- sorry, the
17  delay.
18       A    He asked to be pay through a vendor.
19       Q    Why?
20       A    Through his own company.
21       Q    Why?
22            MR. WOODWARD:  Object to the form.
23            THE WITNESS:  Essentially, told me he
24       didn't want to be on the payroll -- on the
25       payroll records.
```



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1   BY MS. DELGADO:

2      Q    Okay.  Did he claim to be a partner at

3   Jamestown?

4      A    I don't know if he used that exact words,

5   but he said that he was associated with -- I can't

6   remember if he said partner or not but he said he

7   was associated with Jamestown.

8      Q    Were you aware Mr. Miller had completely

9   separated from Jamestown in early 2017?

10     A    No, I was not aware of.  I was not aware

11  of any of their real details.

12     Q    Fair enough.  Okay.

13            The campaign did then, in fact, pay

14  Mr. Miller his compensation by paying Jamestown who

15  would than pay Mr. Miller; is that -- am I

16  understanding it correctly?

17     A    As I believe that happened after I told

18  the staff to do it that way.

19     Q    Do you know if Mr. Miller received any

20  compensation from American Media Consultants?

21     A    All that happened after I left.

22     Q    Okay.  Fair enough.

23            I apologize if I asked you this

24  earlier, but I think the answer was -- fell through

25  the cracks or was caught in crosstalk.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1              Who made the decision to hire Miller

2    in 2020 for the -- I'm sorry -- yeah, in 2020, yes?

3        A    The decision to say put him on payroll was

4    me.

5        Q    Who suggested hiring Miller in 2020?

6        A    I don't remember who, but I was at the

7    White House where people suggested that I should

8    bring him on.  I believe it was a collective of

9    people that included top level people at the White

10   House.

11       Q    Were you in favor of that hiring?

12       A    Yes and no.

13       Q    Could you elaborate on that please?

14       A    Yes, because I felt that he could solve

15   problems I had.  And no because I -- I didn't trust

16   him.

17       Q    I'm sorry, the delay.  Say that again,

18   please.

19       A    Yes, because I thought he would solve some

20   of my problems, but no, because I didn't trust him.

21       Q    Why did you not trust him?

22       A    I just -- suspicion.

23       Q    I'm sorry?

24       A    Just -- just a history of suspicion.

25       Q    Did you or anyone at the campaign express



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1   or have any concern about bringing someone on board

2   who had impregnated a subordinate last time they

3   worked for the campaign?

4           MR. WOODWARD:  Objection to form.

5           MR. BLUMETTI:  Objection to form.

6   BY MS. DELGADO:

7       Q    Okay.  Let me phrase it.

8               Are you aware that Mr. Miller

9   impregnated a subordinate in the 2016 election

10  cycle?

11          MR. WOODWARD:  Objection to form.

12          THE WITNESS:  Of course, yes.

13          MR. BLUMETTI:  Objection.

14  BY MS. DELGADO:

15      Q    I think we're all aware of that.

16              So come summer 2020, did you express

17  or have, or did anyone else express any concerns --

18      A    Yes.

19      Q    -- regarding Mr. Miller due to that

20  conduct?

21      A    Yes.

22      Q    Does that include you?

23      A    Yes, I expressed concern.

24      Q    So it wasn't just that he's a suspicious

25  person, as you said, but also his actions in 2016;



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    is that correct?

2          MR. WOODWARD:  I'm going to object.

3      That's not how -- that mischaracterizes his

4      testimony.

5    BY MS. DELGADO:

6      Q    I'm happy to have him clarify.  Please do

7    if I'm mischaracterizing, Brad.

8      A    Well, you're -- you're mixing two things.

9    So -- you're asking why I thought -- I -- I didn't

10   have a problem with either things most people's

11   mistakes like that.  I brought on multiple people

12   that had bad histories because I believe in

13   redemption.

14            However, the difference is other

15   people -- you asked me what my problems were.  I

16   said yes because he could help me with a problem I

17   had with handling President Trump.  I said no

18   because I was suspicious that he would really have

19   my back or just try and take me out.  And I -- and

20   then you asked, you know, about the background

21   stuff.

22            For me, that's never been a thing

23   that -- that makes me choose or not choose people

24   because I believe in redemption.

25     Q    Not withstanding the admirable belief in



1    redemption, you did not have a concern about placing

2    Mr. Miller in a position of authority over women

3    once again?

4           MR. BLUMETTI:  Object to the form.

5           THE WITNESS:  I mean, that makes me sound

6        bad that way.

7           No, I didn't.  I didn't think that anybody

8        would do that dumb of a thing twice.

9    BY MS. DELGADO:

10       Q    You're not aware of any complaints against

11   Mr. Miller from any staffer?

12       A    No.

13          MR. WOODWARD:  Object to the form.

14          MR. BLUMETTI:  Objection to relevance.

15          THE WITNESS:  As you know that we spent a

16       very small time together.  Before COVID came.

17   BY MS. DELGADO:

18       Q    Do you recall Jenna Ellis?

19       A    I mean, I know who Jenna Ellis is.

20       Q    She worked on the 2020 campaign?

21       A    Yes, she did.

22       Q    Okay.  Do you recall -- and we can throw

23   up a headline about it, but do you recall Ms. Ellis

24   informing you and your informing me that Ms. Ellis

25   had been verbally abused in the war room by Mr.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    Miller?

2          MR. WOODWARD:  Object to the form.

3          MR. BLUMETTI:  Relevance.

4          THE WITNESS:  It would -- you have to show

5      me but I -- I do remember there were problems.

6      I couldn't tell you exactly what it was.

7    BY MS. DELGADO:

8          Q    Okay.  We'll circle back to that.  I'll

9    show you the report I'm referring to.  We'll bring

10   that up on screen.  I'm just trying to go through

11   without requiring an exhibit first.  We'll come back

12   to that one.

13          Brad, you provided a recommendation

14   for me for a job with the Veterans Administration in

15   2022; correct?

16         A    Yes.  I did an entire interview for you.

17         Q    I'm sorry, what?

18         A    I did an entire interview at lunch with --

19   for you.

20         Q    Yes.  Thank you.

21          What did you tell the VA?

22         A    That you're a talented individual that

23   could provide good work.  I mean, I don't remember

24   everything I said, AJ.  I apologize, I can't do it

25   verbatim.


Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1      Q     But you felt comfortable recommending me

2    for a position with the U.S. Government?

3      A     I did under oath.

4      Q     Okay.

5             Do you recall -- and again, I can

6    throw it up on the screen if you don't, I'm just

7    trying to keep things moving.  Do you recall

8    re-tweeting a tweet of mine in 2022, about Jason

9    Miller refusing to pay for a dental fluoride

10   treatment for William, my son?

11     A     I don't -- I don't remember the tweet, but

12   I do remember re-tweeting something that really

13   pissed him off.

14     Q     Okay.  And do you recall the text message

15   you received from Mr. Miller?

16     A     Again, I don't remember what it said but

17   it wasn't nice.

18     Q     Okay.  Let me throw it up on the screen.

19             (Sotto Voce Discussion.)

20             MS. DELGADO:  Okay.  I'm going to share my

21       screen.

22   BY MS. DELGADO:

23     Q     Does this ring a bell?  It's still on your

24   page, but does this ring a bell as being a tweet

25   that you re-tweeted?  Let me share the screen.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1              It might be easier to put it in the
 2     chat.
 3                   (Exhibit 9 was marked for
 4                   identification)
 5          THE WITNESS:  I remember re-tweeting.  It
 6     doesn't matter --
 7  BY MS. DELGADO:
 8      Q    Okay.
 9      A    I can't read that but I have to get close.
10          MS. DELGADO:  Okay.  We'll mark that as --
11     what number are we by, nine?  Okay.  We'll mark
12     this as Exhibit 9.
13  BY MS. DELGADO:
14      Q    And you just stated, Brad, that you
15     remember --
16      A    I don't -- I don't think that's the tweet
17     I re-tweeted.
18      Q    Wait, no.  Not this one.  Sorry.  No, not
19     this one.  Yeah, sorry, I'm not trying to -- it's
20     this one.
21      A    Yeah, yeah, that's what I remember.
22      Q    Yeah.  Okay.
23              So you remember re-tweeting this?
24      A    Yes.
25      Q    Okay.  You didn't add any comment,
```



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1  correct, you simply repeated it?

2      A    I believe so, yes.

3      Q    Okay.  Okay.  So stop share.  And then I'm

4  going to mark as exhibit -- I think we're in 10.

5                      (Exhibit 10 was marked for

6                      identification)

7  BY MS. DELGADO:

8      Q    So I'm marking this Exhibit 10.  This is a

9  text message you sent me a screen shot of that you

10  had received from Jason about a -- less than a

11  minute after you re-tweeted my tweet.

12      A    I don't remember how many minutes.

13          MR. WOODWARD:  Object to the form.

14  BY MS. DELGADO:

15      Q    Okay.  I'll rephrase it.

16              Was it shortly thereafter?

17      A    Yes, ma'am.  Yes, ma'am.

18      Q    Would you say it was within minutes?

19      A    Yes, ma'am.

20      Q    Okay.  And it says, "Hey Brad, you want me

21  to fire back?  Game on motherfucker."

22              Is that correct?

23      A    Yes.

24      Q    Did you respond?

25      A    No.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    Q    Have you spoken to Jason Miller since

2    then?

3    A    No.

4    Q    By text?

5    A    No.

6    Q    Any format?

7    A    No.

8    Q    Okay.

9             Did he send you any additional

10   threats?

11        MR. WOODWARD:  Object to the form.

12        THE WITNESS:  I don't think so.

13   BY MS. DELGADO:

14   Q    Did he do any additional -- I'll rephrase

15   it.

16             Did he send you any additional

17   communication?

18   A    I don't think so.

19   Q    Okay.  Stop sharing.

20             I want to double check.  On

21   Attachment A, your attorney stated you have nothing

22   at all.  So I just want to state for the record,

23   your position is that you don't have any

24   communications with any third party about me from

25   2016 to current present day?



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1           MR. WOODWARD:  That's my position.  We can

2       talk about that offline if you'd like, Ms.

3       Delgado.

4           MS. DELGADO:  Why is it your position

5       versus his, Mr. Woodward?

6           MR. WOODWARD:  Because I have the

7       privilege of being his attorney.

8           MS. DELGADO:  That notwithstanding, the

9       deposition notice is served on him, I could ask

10      him if he has anything to produce.

11  BY MS. DELGADO:

12      Q    Brad, you don't have any documentation

13  about me with anyone?

14          MR. WOODWARD:  Ms. Delgado.

15  BY MS. DELGADO:

16      Q    For the last eight years?

17          MR. WOODWARD:  Ms. Delgado.

18          MS. DELGADO:  Could you not interrupt

19      unless it's a privilege objection or to state

20      one for the record.

21  BY MS. DELGADO:

22      Q    Brad, do you have anything?

23          MR. WOODWARD:  What -- you can answer

24      that.

25          THE WITNESS:  I don't have any of my old



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1          e-mails that -- you know, going back that far.

2          I believe the only communications I've talked

3          about you is with you.

4    BY MS. DELGADO:

5          Q    So did you delete the tweets with Miller,

6    the text with Miller?

7          A    I mean, is that talking about you?

8          Q    It's about me.

9               MR. WOODWARD:  Objection.

10              THE WITNESS:  I think it's about me.

11         Okay.

12   BY MS. DELGADO:

13         Q    And text messages or communication or

14   e-mails with anyone regarding this lawsuit, you also

15   have none?

16         A    I can't -- I can't answer than sitting

17   right here, but almost all my e-mails post the

18   campaign.  So those would be campaign questions I

19   think when I worked in those capacities.  I don't

20   believe so, other than communications you would have

21   because they were with you.

22         Q    Okay.  And the two final categories, I'm

23   going to assume you're also going to say you have

24   none.  It's communications with Eric Trump regarding

25   me or with Jason Miller regarding me.  Your position



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1   is you have nothing?

2        A    Erica who?

3        Q    With Eric Trump or with Jason Miller.

4   Your position is you have neither?  You have nothing

5   to produce on either of those counts?

6        A    I've never talked to Jason Miller about

7   you ever.  And then -- and then Eric Trump and I

8   have barely talked since the campaign days.

9        Q    I'm sorry, with who have you --

10                   (Simultaneous speakers)

11  BY MS. DELGADO:

12       Q    -- barely talked?

13       A    I've barely talked to Eric Trump since the

14  campaign.

15       Q    Okay.

16            Are you aware of any -- did any women

17  make any complaints about any men from the 2016 or

18  2020 campaign cycles apart from Jason Miller and

19  myself?

20       MR. WOODWARD:  Objection.  That's a

21       compound question.

22            Can you rephrase that, please?

23       MR. BLUMETTI:  Objection.

24  BY MS. DELGADO:

25       Q    Sure.  I'll speed it up.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1                    From the 2016 election cycle, do you

2    recall any women who made any complaints against any

3    men or about any men?

4         A    I'm not an attorney for the campaign, but

5    I -- I do remember there are complaints.  I couldn't

6    tell you exactly what's in the complaints.

7         Q    I don't mean formal, legal complaints,

8    just anything that you heard about someone

9    complaining or being concerned?

10        A    Oh.  Yeah, a couple of times.  I don't

11   remember exactly what, but, you know, girls have

12   said guys asked them out, things like that.  I

13   remember stuff like that a little bit.  But I wasn't

14   in charge in '16.  I don't remember anything in

15   2020.

16        Q    Okay.  Do you remember what the complaints

17   were or the women or the men involved in those?

18        A    I don't remember.  I can't -- maybe.  I

19   don't think so.  I couldn't tell you who the names

20   were.  Maybe Delgado, I think, right, was one.  I

21   can't remember what her complaint was.  Not Delgado,

22   sorry --

23        Q    Denison you're thinking of who has a

24   lawsuit against --

25        A    The --



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

```
 1                    (Simultaneous speakers)

 2           THE WITNESS:  The Bannon one.  I don't

 3      remember who it was.

 4  BY MS. DELGADO:

 5      Q    Right.  Right.

 6                 Any others?

 7      A    Not that I remember.  I remember the girl

 8  that got -- snuck herself on the Trump plane,

 9  whatever.  That's all I remember.  I can't remember

10  her name.

11      Q    Right.  Okay.

12                 Okay.  Let me share this.

13                 Were there any against you?

14      A    No.  Not that I know of.

15                     (Exhibit 11 was marked for

16                     identification)

17  BY MS. DELGADO:

18      Q    I'm going to share the screen.  We'll mark

19  this as Exhibit 11.  This is a conversation I

20  recently had with Jenna Ellis when I was trying to

21  serve you papers to testify in this case.

22                 I'll give you a moment to read over

23  it.  Let me know when you're done.

24      A    I'm done.

25      Q    Okay.  In it -- I'm sorry I have to bring
```



1   this up, but in it Ms. Ellis shares that you had

2   drunk texted her inappropriately.  What was that --

3   I'm not trying to probe into your personal life, so

4   I'd only restrict this to, was that while you were

5   working together in Trump World or on the campaign?

6        A    No.

7        Q    No.  Okay.  I don't need to know if it was

8   in a personal capacity.

9              So the answer, just to be clear, was

10  no, that was not while you were working together?

11       A    Yes.  Yes.  It was not while we were

12  together.

13       Q    Okay.  Sorry.  There's a delay in the --

14  it sounds sometimes a little bit delayed.  So okay.

15  Thank you.

16              I will stop sharing.

17              I'm going to mark another e-mail.

18  We're on 12.

19                   (Exhibit 12 was marked for

20                    identification)

21  BY MS. DELGADO:

22       Q    I'm going to share the screen.

23              Okay.  Scroll to the top.  I've

24  redacted the e-mail addresses but Brad, that is an

25  e-mail string between your personal e-mail and my



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1  personal e-mail from July 2023.

2              I'm surprised this wasn't produced

3  because Mr. Woodward had mentioned this e-mail when

4  he spoke to Mr. Phillips.  I -- if you'd like I'll

5  start at the bottom so that you can read it

6  chronologically, if that makes sense to everyone.

7              Let me just do via zoom out so we can

8  get some more.  Okay.  How's that?  You can read the

9  first bit and then I'll scroll up so you can read

10 chronologically.

11             Brad, are you still there?

12     A    Yeah.

13         MR. WOODWARD:  We're here.  We're just

14     reading the e-mail.

15         MS. DELGADO:  I don't mind seeing your big

16     faces.  It's okay.  We all do the same.

17         Could you not turn the video off, please.

18     I don't know why --

19         MR. WOODWARD:  No thank you.

20         MS. DELGADO:  I'm entitled to see you.

21         Let the record show that they, once again,

22     blacked out their camera.

23         MR. WOODWARD:  Can you scroll up, please?

24         MS. DELGADO:  Are you done reading the

25     first part from AJ Delgado to Bradley Parscale



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

```
1          July 7, 2023, 1:59 p.m.?
2              MR. WOODWARD:  We are.
3              MS. DELGADO:  Okay.  So now I'll put
4      Brad's response, 2:21 p.m. same day.
5              MR. WOODWARD:  Can you scroll up, please.
6              MS. DELGADO:  Yep.  The next is from AJ,
7      3:10 p.m. July 7th.  I'm starting at the top.
8              THE WITNESS:  All right.
9              MS. DELGADO:  There's a little more on
10     this page.  It continues.
11             MR. WOODWARD:  We read the whole thing
12     backwards; right?
13             MS. DELGADO:  Did you read the top three
14     paragraphs there?
15             MR. WOODWARD:  Yes.
16             MS. DELGADO:  Okay.  So then -- and then
17     there's another follow up e-mail.  And it's
18     from me at 2:27.
19             MR. WOODWARD:  Okay.
20  BY MS. DELGADO:
21     Q    Okay.  Do you know why your attorney,
22  Mr. Woodward, mentions this e-mail to my attorney?
23     A    No.
24     Q    Do you know he said it was embarrassing
25  for some?
```



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

 1      A    No.

 2      Q    Okay.  I had asked you earlier about

 3  misconduct on the campaign by males, although I did

 4  ask about women.  The incident referenced there to

 5  which you were subjected by Eric Trump, according to

 6  what I wrote in the e-mail, does the ring a bell?

 7      A    Does it ring a bell that you've said that,

 8  or ring a bell that it's true?

 9      Q    Do you -- let's go in order.

10           Do you recall receiving this e-mail?

11      A    Yes.

12      Q    Okay.  Do you recall telling me about the

13  incident referenced in that e-mail with Eric Trump?

14      A    No, actually I don't.

15      Q    You're aware you're under oath; right?

16      A    A hundred percent.

17      Q    Okay.  So your position is that this is

18  completely fabricated?

19           MR. WOODWARD:  Objection.  That's not what

20      he said.

21  BY MS. DELGADO:

22      Q    You just -- you're saying you don't recall

23  telling me?

24      A    I don't recall saying it.  I don't recall

25  anything happening.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1      Q    You don't recall being in a hotel room

2   with Eric Trump where he was having a foursome or

3   encouraging you to take part in a foursome?

4      A    Absolutely not.

5      Q    You don't recall telling me that in a bar

6   in Atlanta?

7           MR. WOODWARD:  Objection.  This is -- this

8      is harassment.

9           MS. DELGADO:  No, it's not.  It has

10      nothing to do with him.  He's accused of no

11      wrongdoing or even alleged of any wrongdoing.

12           THE WITNESS:  No, I do not.

13   BY MS. DELGADO:

14      Q    So why did you not respond to this e-mail

15   stating, "What are you referring to"?

16           MR. WOODWARD:  Objection.  Privileged.

17           MS. DELGADO:  That's privileged?

18           MR. WOODWARD:  My advice to him is

19      privileged, yes.

20   BY MS. DELGADO:

21      Q    You spoke to an attorney about it?

22           MR. WOODWARD:  Objection.

23   BY MS. DELGADO:

24      Q    I can ask that?

25      A    I don't remember what I did after this if.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    I didn't respond, I didn't respond, I don't remember

2    why.

3         Q    Well, your attorney just said the reasons

4    are privileged.  So he's essentially stating that

5    you spoke to legal counsel about it?

6         A    Well, maybe he remembers.  I don't

7    remember.  Maybe I did.  I don't remember.  It was a

8    year ago.

9         Q    Has Eric Trump contacted you about this?

10        A    No.

11                       (Simultaneous speakers)

12   BY MS. DELGADO:

13        Q    Has Eric Trump sued you for defamation?

14        A    No.

15        Q    Okay.  So under oath, your position is

16   that you never stated that this occurred, what is

17   referenced in that e-mail?

18        A    I have no recollection of ever saying that

19   while drinking with you at a bar.

20        Q    You have no recollection of it; correct?

21        A    I don't remember saying this.  You were

22   the only one that's ever said that I said this.

23        Q    I'm sorry?

24        A    You're the only one that's ever said I

25   said this.



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    Q    You're a little grainy.  You said you're
2   the only one whose ever --
3    A    One who's ever said that I've said this.
4    Q    Well, am I the only person you told?
5    A    I don't remember telling you this.  It's
6   not true.
7    Q    Would you on concede that perhaps -- okay.
8         And it's not true, you said?
9    A    It's absolutely not true.
10   Q    Do you know why you would have made
11  something up of that nature?
12        MR. WOODWARD:  Objection.  Can you
13       rephrase the question?
14  BY MS. DELGADO:
15   Q    Would there have been any reason for you
16  to make up a story about Eric Trump?
17        MR. WOODWARD:  Again, we're getting --
18       we're very well over the line here.
19        MS. DELGADO:  Not at all.  It goes to the
20       witness's credibility on everything else,
21       actually.
22        MR. WOODWARD:  No.  You're harassing him.
23       I'd like to move on.
24        MS. DELGADO:  Not at all.
25


*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1  BY MS. DELGADO:

2      Q    Do you have any reason that you would have

3  made up a story like this?

4          MR. WOODWARD:  Objection.  He --

5                  (Simultaneous speakers)

6          MR. WOODWARD:  You're mischaracterizing

7      his testimony.

8          MS. DELGADO:  I'm asking him.  He just

9      stated it wasn't true.

10  BY MS. DELGADO:

11     Q    Brad, do you have any --

12     A    It's not true.

13     Q    -- reason that you would have made up a

14  story?

15     A    I don't remember saying this to you, so

16  there's nothing to be made up.

17     Q    Brad, isn't it true that my informing Eric

18  and my bringing this up in an e-mail in July of 2023

19  has soured your ability to be truthful here today?

20                  (Simultaneous speakers)

21          THE WITNESS:  No.

22  BY MS. DELGADO:

23     Q    That did not effect your view of me that I

24  disclosed this to Eric?

25     A    No.  It's not true.



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1    Q    Well, but if it's not true then that would
2 make you dislike me; would it not?
3    A    I didn't say it.  I don't remember saying
4 it.  It's not true so why -- why would I be mad at
5 something that's not true.
6    Q    Admitting that it's true, Brad, would ruin
7 your entire relationship with Trump world, wouldn't
8 it, a current client of your, correct?
9         MR. WOODWARD:  Now, you're harassing him.
10        I'm directing him not answer.
11        MS. DELGADO:  I'm not harassing him.
12        That's your opinion.
13        It goes directly to the witness's
14        credibility.
15        MR. WOODWARD:  I'm directing him not to
16        answer.
17        MS. DELGADO:  Based on what, privilege?
18        MR. WOODWARD:  Based on you're harassing
19        him about a subject that has nothing do with
20        the litigation.
21        MS. DELGADO:  Directing a witness not to
22        answer because you feel I'm harassing your
23        client is not, and you know this --
24                (Simultaneous speakers)
25        THE WITNESS:  If it was true -- if it



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1        was --

2                    (Simultaneous speakers)

3            THE WITNESS:  AJ, if it was true, I would

4        tell the truth under oath, and I would do it in

5        a heartbeat.  It's not true.  And it never

6        happened.  So whatever you think happened,

7        didn't happen.

8            So it's not about me to lie.  I don't need

9        to lie.  And if it was true, I would

10       100 percent say it.  I owe them nothing.

11   BY MS. DELGADO:

12       Q    The Trump campaign is a client of yours;

13   correct?

14       A    Yes.  Not my biggest anymore.

15       Q    Correct.

16            And your position is that Eric Trump

17   has never contacted you?

18            MR. WOODWARD:  Objection.  That's not what

19       he said.

20            THE WITNESS:  I said we've had very

21       little --

22                    (Simultaneous speakers)

23   BY MS. DELGADO:

24       Q    Your position is that Eric Trump has never

25   contacted you about this?



1      A    I don't remember if he did.  If he did it

2  was -- I don't remember.  Honestly, I don't remember

3  what -- what he said.  I -- we have had very, very

4  infrequent conversations.  I mean, I would say we've

5  talked a couple times.

6      Q    This is last summer.  There isn't going

7  back eight years.

8      A    Okay.  I don't -- I don't remember

9  February -- I'm sorry, I don't -- I don't remember

10  every single thing that happened with you, AJ.  This

11  is your life, so you remember everything.

12      Q    Eric Trump has never contacted you and

13  said, I just heard that you told AJ XYZ?

14      A    He might have.  I -- no, I don't think he

15  said anything close to that.  I mean, I don't -- I

16  don't have -- if you show me something that you

17  think you said he said to me, I'll say yes or no

18  whether he did.

19      Q    Sure.  Okay.  Happy to do that.  I'll

20  share the screen.  This will be Exhibit 13.

21                        (Exhibit 13 was marked for

22                        identification)

23  BY MS. DELGADO:

24      Q    Okay.  Here is the text message I have

25  with Eric, which he somehow failed to produced for

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1   his deposition.  But I have it.

2                I'll give you a second to read.

3       A    Okay.

4       Q    You done?

5       A    Yeah.  I mean, he clearly says that he has

6   no idea what this is either.

7       Q    So your position is after receiving this

8   Eric didn't contact you?

9       A    I don't remember if he did or not.  I

10  actually really don't.  But if he did he wasn't --

11  he wasn't upset with me.  Because it's not true.  We

12  both know it's not true, so why would he be mad at

13  me?

14      Q    Okay.  So your position is not only that

15  it's not true, but that you never relayed such a

16  story to me?

17      A    I have no recollection of doing that.  You

18  have always told me I have and I never remembered or

19  ever thought I have.

20      Q    Okay.

21           MS. DELGADO:  We'll take a two --

22           two-minute break.  I think that I have one more

23           exhibit and then we can wrap up in time.

24                (Recess.)

25



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1          MS. DELGADO:  So Mr. Woodward, to recap
2      you're still -- you said that we could circle
3      back at the end.
4          You're still saying your client can't
5      answer who is paying for your services here
6      today or in this matter?
7          MR. WOODWARD:  Actually, you can ask him
8      that question again.
9   BY MS. DELGADO:
10     Q    Brad, are you paying for Mr. Woodward's
11  services or is someone paying him for you?
12     A    Someone else is paying for him under my
13  contract.
14     Q    I'm sorry.  Grainy again.
15     A    Someone else -- someone else is paying for
16  them.
17     Q    Who is that?
18     A    I couldn't tell you actually the team now,
19  but this all dates back to my contracts which
20  indemnify me from things happening during the
21  campaign.
22     Q    So is it the Trump -- Trump PAC who is
23  paying for Mr. Woodward?
24     A    Again, I can't tell you it's the -- I'm no
25  longer part of the organization.  I had contracts



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1    that indemnify me from these lawsuits.  And under my
2    agreement of the contracts, Mr. Trump or whatever
3    organization was -- was to pay for them.
4              I -- you would have to ask their
5    attorneys and their people who that actually is.
6    I'm not -- I don't have transparency to that.
7    BY MS. DELGADO:
8        Q    Do you have a copy of those contracts?
9        A    The campaign would have them.  You'd have
10   to ask the '16 campaign.  I don't know where --
11   where those exist now.  It's a long time ago.
12       Q    Do they provide that you'll receive
13   covered legal services?
14       A    Yeah.  When I originally joined -- I had
15   myself indemnified from lawsuits over the years.
16   That's what I've been told by my attorneys.
17       Q    Okay.  So the Trump campaign -- you're not
18   paying anything for Mr. Woodward's fees.  They're
19   being covered by some element of the Trump Org?
20       A    A hundred percent.  Yes.
21       Q    Okay.  That's all I needed.
22              And I think there was one other
23   question to circle back on.
24              Oh, yeah.  It's about the attorneys
25   you have spoken to.



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

1           MS. DELGADO:  Mr. Woodward, were you still

2      of the position that he's not able to say what

3      the communications were about?  If it was

4      about --

5                      (Simultaneous speakers)

6           MS. DELGADO:  I'm sorry?

7           MR. WOODWARD:  Can we go off the record to

8      discuss this?

9           MS. DELGADO:  The two of you or do you

10     mean you and I?

11          MR. WOODWARD:  No, you and I.

12          MS. DELGADO:  Sure.  No problem.  Can we

13     go off the record a minute?

14          *(Discussion off the record).*

15          MS. DELGADO:  We had a -- we went off the

16     record for a second to try to work out the

17     disagreement over asking Mr. Parscale regarding

18     what communications he had with attorneys about

19     me.  Which we'll just leave then for now as

20     they're objecting on the grounds, Mr. Woodward,

21     that it would inevitably probe attorney/client

22     privilege.

23          Is that correct?

24          MR. WOODWARD:  Yes, ma'am.

25          MS. DELGADO:  Okay.  And if those



1      communications are requested, would you provide

2      a privilege log?

3           MR. WOODWARD:  You'd -- again, you'd have

4      to go off the record to talk about this.

5           MS. DELGADO:  Okay.  We're at 12:30,

6      12:31.  I'm trying to get you out of here

7      because I do sympathize with your schedule

8      today.  I don't see the need to go off the

9      record to discuss that.

10          Could you provide a privilege log?  Since

11     you've taken that they're attorney/client

12     privileged or would probe attorney-client

13     privilege.

14          Could you provide a privilege log as to

15     the communications you've had?  Just identify

16     the attorney, the approximate dates.  That's

17     standard.  In fact, I believe that would have

18     been -- that was required in -- via the

19     Attachment A because that would be responsive

20     to all communications with any third party.

21     That would include an attorney.

22          Of course, that -- in that situation, you

23     wouldn't give me the communication.  I agree

24     it's privileged.  But you would provide me a

25     privilege log, and it would list the dates and

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1    the attorney.  And per Southern District of New

2    York rule, the relationship, i.e., this was

3    Brad's attorney or this was the campaign's

4    attorney.  Identify the relationship therein.

5        So I'd be happy to work with you to

6    receive that privilege log in the next week or

7    so if you could do that.

8        MR. WOODWARD:  Do you have any other

9    questions for Mr. Parscale?

10        MS. DELGADO:  No.  I'm not going off of

11    that because that is responsive and essentially

12    admitted that there are responsive documents.

13    It seems a privilege log was owed under

14    Attachment A.

15        So are you going to produce that?

16            (Simultaneous speakers)

17        MR. WOODWARD:  We can go off the record to

18    talk.

19        MS. DELGADO:  He admitted he's had

20    conversations about me with Alex Cannon.  But

21    there was no privilege log produced.  And I

22    believe the Southern Direct of New York Rules

23    require a privilege log even for oral

24    communications, not just written

25    communications.

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1           So is that going to be produced?

2           MR. WOODWARD:  We're going to end the

3      deposition now.

4           MS. DELGADO:  No.  You don't say when the

5      deposition ends.

6           Are you going to produce it because it was

7      required?

8           MR. WOODWARD:  The Court ordered that the

9      deposition conclude at 12:30.  It's now 12:32.

10                (Simultaneous speakers)

11          MS. DELGADO:  We've gone off the record

12     multiple times and asked for at least two

13     breaks.

14          MR. WOODWARD:  Okay.  We're finished.

15                (Simultaneous speakers)

16          MS. DELGADO:  We'll close this out in the

17     next ten seconds guaranteeing that you'll

18     provide the privilege log, which you are

19     obligated to provide.  Or I can do a motion to

20     compel, it's fine.

21          We'll just do a motion to compel and take

22     up the judge's time unnecessarily because you

23     are obligated to provide that privilege log and

24     you didn't.

25          It's fine.  You concluded -- I'll conclude



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1       the deposition.  You are in violation of what

2       you were supposed to bring.  You didn't bring,

3       you didn't provide a privilege log.  And I'll

4       do a motion to compel.  That's it.

5                        (Simultaneous Speakers)

6       MR. WOODWARD:  We would designate --

7       MS. DELGADO:  We can go off the record --

8                        (Simultaneous speakers)

9       MR. WOODWARD:  We --

10      MS. DELGADO:  Unless you have something to

11      say.  I don't mean to interrupt you.

12      MR. WOODWARD:  We will designate the

13      deposition as confidential under the protective

14      order in this case.  And we would like to

15      renew --

16

17                        (Simultaneous speakers)

18      MS. DELGADO:  I'm not designating the

19      deposition as confidential.  And you don't get

20      to designate it as confidential.

21      And I don't agree this deposition is

22      confidential.

23      MR. WOODWARD:  Okay.  We -- we are

24      designating the deposition as confidential

25      under the protective order in the case and we



*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1        would like to --

2                        (Simultaneous Speakers)

3             MS. DELGADO:  Disagree.  This deposition

4        is not confidential.  And I don't believe any

5        deposition has been deemed confidential.  So

6        your words are meaningless there.  It's not

7        confidential.

8             Good luck at your hearing today.  I'm

9        concluding the deposition.  Nice seeing you

10       Brad, take care.

11            Nice seeing you, Mr. Blumetti.

12            Court reporter, we can go off the record.

13                        *(The deposition was concluded at*

14                        *12:34 p.m.)*

15

16

17

18

19

20

21

22

23

24

25

April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1                    **CERTIFICATE OF OATH**

2    STATE OF FLORIDA          )

3    COUNTY OF WALTON           )

4                I, the undersigned authority, certify

5    that BRADLEY PARSCALE remotely appeared before me

6    and was duly sworn.

7

8                WITNESS my hand and official seal

9    this 12th of April, 2024.

10

11    _____

12

13    Leila Z. Harris, Stenographic Court Reporter

14    Notary Public - State of Florida
     Commission No: HH 144004
15    My Commission Expires: September 13, 2025

16

17

18

19

20

21

22

23

24

25

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1   STATE OF FLORIDA         )

2   COUNTY OF WALTON      )

3          I, Leila Z. Harris, LCR (Tennessee), Court

4   Reporter, certify that I was authorized to and did

5   stenographically report the foregoing deposition;

6   and that the transcript is a true record of the

7   testimony given by the witness; Per Federal Civil

8   Procedure Rule 30(e) deponent witness did request to

9   read and sign transcript.

10         I further certify that I am not a

11  relative, employee, attorney, or counsel of any of

12  the parties, nor am I a relative or employee of any

13  of the parties' attorney or counsel connected with

14  the action, nor am I financially interested in this

15  action.

16

17  _____

18  Leila Z. Harris, LCR, FPR
    Stenographic Court Reporter

19

20

21

22

23

24

25



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1  Please attach to the 4/12/24 deposition of BRADLEY
   PARSCALE in the case of Delgado vs. Trump.
2
   INSTRUCTIONS:  Please read the transcript of your
3  deposition and make note on this page of any
   changes.  Do not mark on the transcript itself.
4  Please sign and date this sheet.

5                       ERRATA SHEET

6  PAGE   LINE   ERROR OR AMENDMENT              REASON

7  ____   ____   _____

8  ____   ____   _____

9  ____   ____   _____

10 ____   ____   _____

11 ____   ____   _____

12 ____   ____   _____

13 ____   ____   _____

14 ____   ____   _____

15 ____   ____   _____

16 ____   ____   _____

17 ____   ____   _____

18 ____   ____   _____

19 Under penalties of perjury, I declare that I have
   read my deposition and that it is true and correct
20 subject to any changes in form or substance entered
   here.
21

22 _____    _____
   DATE                    BRADLEY PARSCALE
23

24 Reporter LZH

25



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

*April 12, 2024 in re: Delgado v Trump for President*
*Deposition of Bradley Parscale*

1                    Jeannie Reporting
            28 W. Flagler Street, Suite 610
2                   Miami, Florida 33130
                      (305) 577-1705
3

4    May 2, 2024

5

     BRADLEY PARSCALE
6    C/O STANLEY WOODWARD, ESQUIRE
     Brand Woodward Law
7    2001 K Street NW
     Washington, DC 20006
8    Telephone:202-302-7049
     Email:stanley@brandwoodwardlaw.com;
9    skylar@brandwoodwardlaw.com

10   Re:  Delgado vs. Trump

11   Dear Mr. Parscale:

12           Attached please find attached a
     complimentary copy of your deposition which was
13   taken in the above-styled cause on April 12, 2024.
     Also attached is an Errata Sheet to be completed by
14   you when reading your copy of the deposition.  Sign
     below to waive review of the transcript.
15           After you have completed the Errata Sheet,
     please return it via email to
16   leila@jeanniereporting.com for inclusion in the
     original transcript. It is suggested that the review
17   of this transcript be completed within 30 days of
     your receipt of this letter, as considered
18   reasonable under Federal Rules; however, there is no
     Florida Statute to this regard.
19           The original of this transcript has been
     forwarded to the ordering party and your errata,
20   once received, will be forwarded to all ordering
     parties for inclusion in the transcript.
21

     Sincerely,
22

23

24   Leila Z. Harris, Stenographic Court Reporter

25   cc:  Counsel of record



April 12, 2024 in re: Delgado v Trump for President
Deposition of Bradley Parscale

1    Waiver:

2

3    I, _____, hereby waive the reading &
     signing of my deposition transcript.
4

5    _____  _____
     Deponent Signature            Date
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**BY MS. DELGADO:**
**[119]** 5/14 7/11 11/1
11/24 12/20 13/13
14/21 15/9 17/18 20/2
22/3 23/25 24/7 25/7
25/16 26/3 27/19 30/10
30/25 31/19 33/4 33/21
34/7 35/1 35/10 35/25
36/10 38/11 39/3 40/1
42/3 43/16 44/14 46/7
46/25 48/14 48/17 49/3
49/9 50/9 51/7 51/19
52/10 54/2 54/24 55/9
55/18 56/5 57/24 58/7
59/16 59/21 60/20
67/24 68/8 69/2 69/7
69/17 70/13 71/15 72/1
73/14 73/25 74/4 75/12
77/7 77/18 78/19 79/7
80/10 80/13 80/17
81/23 82/4 82/14 82/22
84/16 85/11 87/2 88/2
88/15 89/1 91/6 91/14
92/5 93/9 93/17 94/7
95/22 96/7 96/13 97/7
97/14 98/13 99/11
99/15 99/21 100/4
100/12 101/11 101/24
103/4 103/17 104/21
106/20 107/21 108/13
108/20 108/23 109/12
110/14 110/25 111/10
111/22 113/11 113/23
114/23 116/9 117/7
**MR. BLUMETTI: [41]**
22/19 22/24 23/10
23/18 25/20 26/7 26/22
28/21 29/6 30/5 31/18
32/23 34/3 34/19 36/5
36/23 45/9 45/18 46/19
48/1 49/22 54/18 55/5
55/15 59/19 60/18 68/4
76/2 76/9 76/13 76/22
79/1 80/2 81/18 82/9
91/5 91/13 93/4 93/14
94/3 101/23
**MR. WOODWARD:**
**[153]**
**MS. DELGADO: [139]**
**STENOGRAPHER: [1]**
5/2
**THE WITNESS: [60]**
5/12 11/22 12/18 15/6
17/7 19/18 24/22 25/14
25/21 26/9 26/12 27/8
34/4 34/20 35/9 36/6
43/15 44/12 46/20 48/5
49/23 51/3 54/20 55/8
55/16 56/4 57/22 59/20
68/5 68/23 71/24 72/24
73/24 74/23 75/6 75/9
77/13 77/15 78/17 79/2
80/3 81/19 87/20 88/13

88/23 91/12 93/5 93/15
94/4 96/5 98/12 99/25
100/10 103/2 106/8
108/12 111/21 112/25
113/3 113/20

**$**

**$1,500 [1]** 17/1

**'**

**'10 [1]** 16/5
**'16 [3]** 14/3 102/14
117/10

**1**

**10 [3]** 97/4 97/5 97/8
**100 percent [1]** 113/10
**10006 [1]** 2/12
**10:00 [1]** 1/14
**11 [2]** 103/15 103/19
**11764 [1]** 1/3
**12 [6]** 1/13 35/7 35/22
104/18 104/19 127/13
**12/24/16 [1]** 3/12
**12:30 [3]** 50/6 119/5
121/9
**12:31 [1]** 119/6
**12:32 [1]** 121/9
**12:34 [2]** 1/14 123/14
**12th [1]** 124/9
**13 [3]** 114/20 114/21
124/15
**136 [1]** 2/3
**144004 [1]** 124/14
**14th [2]** 19/24 54/22
**15th [1]** 54/22
**16 [1]** 3/12
**16th [1]** 19/25
**17 [2]** 3/8 22/11
**1705 [1]** 127/2
**17th [1]** 35/18
**19 [1]** 24/12
**19-CV-11764 [1]** 1/3
**1:59 [1]** 106/1
**1st [1]** 35/6

**2**

**2.5 [1]** 10/14
**20006 [2]** 2/19 127/7
**2001 [2]** 2/19 127/7
**2008 [1]** 50/13
**2009 [1]** 16/5
**2015 [1]** 16/20
**2016 [25]** 12/10 13/15
14/11 16/3 20/5 20/21
44/21 47/10 55/2 55/13
61/13 62/15 64/18
64/21 68/10 68/23
69/11 73/20 74/14
86/16 91/9 91/25 98/25
101/17 102/1
**2017 [8]** 3/8 21/12
21/19 22/11 25/18
52/24 53/15 89/9
**2018 [6]** 3/9 3/11 31/3

33/25 47/14 47/17
**2019 [2]** 72/4 74/19
**2020 [37]** 13/15 59/25
60/8 60/10 60/11 60/15
60/24 61/10 61/13
61/25 62/15 62/17 63/1
63/25 64/10 64/13
64/17 68/2 68/10 68/12
68/15 68/19 68/24
69/10 69/12 70/7 70/8
70/25 73/21 87/24 90/2
90/2 90/5 91/16 93/20
101/18 102/15
**2022 [5]** 3/17 82/6 85/7
94/15 95/8
**2023 [5]** 4/4 87/5 105/1
106/1 111/18
**2024 [4]** 1/13 124/9
127/4 127/13
**2025 [1]** 124/15
**212-530-4831 [1]** 2/12
**22 [1]** 53/14
**24 [3]** 31/11 44/21
126/1
**26 [1]** 29/8
**28 [1]** 127/1
**2:21 p.m [1]** 106/4
**2:27 [1]** 106/18

**3**

**30 [6]** 3/11 33/24 35/5
69/4 125/8 127/17
**305 [1]** 127/2
**32nd [1]** 2/11
**33130 [1]** 127/2
**33135 [1]** 2/4
**33rd [1]** 2/3
**3400 [1]** 2/4
**3:10 p.m [1]** 106/7

**4**

**4/12/24 [1]** 126/1
**40 [1]** 2/11
**4831 [1]** 2/12

**5**

**50 [1]** 22/7
**577-1705 [1]** 127/2

**6**

**610 [1]** 127/1

**7**

**700 [1]** 76/1
**7049 [2]** 2/20 127/8
**7th [1]** 106/7

**8**

**897 [1]** 70/21
**8:41 [1]** 35/6
**8:51 p.m [1]** 35/5

**A**

**a.m [2]** 24/14 35/6
**above-styled [2]** 1/21

127/13
**absolutely [4]** 29/6
47/10 108/4 110/9
**absurd [1]** 61/8
**abused [1]** 93/25
**accent [1]** 66/17
**according [1]** 107/5
**accountant [1]** 14/6
**accounting [4]** 13/2
13/2 13/4 13/5
**accurate [2]** 24/17
32/6
**accused [1]** 108/10
**acting [2]** 5/7 66/15
**action [2]** 125/14
125/15
**actions [1]** 91/25
**actual [2]** 41/12 41/21
**add [1]** 96/25
**additional [3]** 98/9
98/14 98/16
**address [1]** 7/16
**addresses [1]** 104/24
**administered [1]** 5/3
**Administration [1]**
94/14
**admirable [1]** 92/25
**admitted [2]** 120/12
120/19
**Admitting [1]** 112/6
**advance [2]** 10/20
63/10
**advertising [4]** 13/3
13/3 13/9 16/18
**advice [2]** 8/12 108/18
**aftermath [1]** 21/24
**ago [8]** 11/23 13/24
13/24 20/4 36/14 58/3
109/8 117/11
**agree [5]** 65/7 65/8
79/25 119/23 122/21
**agreed [1]** 27/14
**agreement [1]** 117/2
**ahead [11]** 22/8 23/23
23/24 26/21 27/7 28/8
40/2 46/6 60/19 70/10
74/5
**airplane [1]** 16/7
**AJ [26]** 3/7 3/10 3/20
3/23 4/3 5/17 11/18
13/19 20/20 22/6 24/22
27/21 34/8 34/20 42/13
45/1 49/24 55/17 57/6
71/24 94/24 105/25
106/6 113/3 114/10
114/13
**ajdelgado [1]** 2/5
**AL [1]** 1/8
**Alex [3]** 39/24 42/10
120/20
**allegations [1]** 64/11
**alleged [1]** 108/11
**allowed [6]** 40/9 40/21
61/11 63/15 64/3 83/13
**almost [2]** 14/5 100/17

**Amanda [1]** 16/21
**AMENDMENT [1]**
126/6
**America [4]** 21/13
21/16 24/13 24/20
**American [1]** 89/20
**amount [4]** 14/8 17/23
17/24 41/16
**Analytica [2]** 57/9
57/17
**animus [2]** 48/22 49/4
**announced [1]** 57/4
**anonymous [1]** 5/24
**answer [51]** 6/22 7/24
8/10 8/14 8/20 8/22 9/1
9/8 9/17 10/1 10/7
25/12 26/10 26/17
26/20 27/5 27/5 37/18
40/8 40/19 41/1 48/18
49/10 55/19 60/17
60/21 60/23 61/6 62/19
63/4 63/12 63/15 63/23
65/12 65/12 65/13
65/17 66/2 66/6 67/5
67/16 69/9 75/8 89/24
99/23 100/16 104/9
112/10 112/16 112/22
116/5
**answered [1]** 36/8
**answering [3]** 10/2
65/10 75/10
**answers [3]** 10/16
48/24 49/6
**apart [6]** 34/22 35/2
35/7 35/16 35/22
101/18
**apologize [6]** 11/20
28/12 43/22 86/19
89/23 94/24
**appearance [1]** 38/15
**appearances [2]** 1/22
20/10
**appeared [1]** 124/5
**appreciate [1]** 41/17
**approached [1]** 74/20
**approximate [1]**
119/16
**April [6]** 1/13 3/11
33/24 35/5 124/9
127/13
**April 30 [1]** 33/24
**area [1]** 20/23
**arguing [1]** 8/17
**ARLENE [3]** 1/5 2/3
6/5
**aside [1]** 36/18 38/14
**asserting [4]** 8/14 9/24
61/7 63/13
**associated [2]** 89/5
89/7
**Associates [1]** 88/10
**assume [4]** 6/22 22/17
31/7 100/23
**assure [1]** 5/23
**Atlanta [1]** 108/6

## A

**attach [1]** 126/1
**attached [3]** 127/12
127/12 127/13
**attachment [5]** 7/2 7/4
98/21 119/19 120/14
**attendance [1]** 36/19
**attention [1]** 51/22
**attorney [47]** 2/15 2/22
8/7 10/21 11/13 36/15
36/17 36/24 37/6 37/9
39/4 39/13 40/3 40/4
41/9 41/11 41/15 41/19
42/10 50/11 53/7 53/11
53/16 53/20 84/17 87/4
87/5 87/10 87/12 87/17
98/21 99/7 102/4
106/21 106/22 108/21
109/3 118/21 119/11
119/12 119/16 119/21
120/1 120/3 120/4
125/11 125/13
**attorney-client [3]**
36/24 41/15 119/12
**attorney/client [5]** 8/7
53/16 87/10 118/21
119/11
**attorneys [18]** 37/23
38/14 39/6 39/7 39/12
39/13 39/16 39/21
40/20 41/2 41/5 42/14
43/11 52/19 117/5
117/16 117/24 118/18
**audible [1]** 83/21
**Audio [1]** 1/11
**Audio-Video [1]** 1/11
**August [2]** 52/24 53/14
**August 2017 [1]** 52/24
**authority [2]** 93/2
124/4
**authorized [1]** 125/4
**Avenue [1]** 2/3

## B

**background [2]** 57/1
92/20
**backwards [1]** 106/12
**bad [3]** 40/12 92/12
93/6
**ballpark [2]** 13/15
70/17
**Bannon [2]** 56/8 103/2
**bar [3]** 49/13 108/5
109/19
**barely [3]** 101/8 101/12
101/13
**based [7]** 8/22 9/23
19/25 22/18 58/24
112/17 112/18
**basis [2]** 10/2 63/14
**Basketball [1]** 50/13
**Bates [8]** 23/21 28/24
32/24 33/1 33/3 45/14
75/25 76/6

**bathroom [2]** 6/13 67/3
**bear [3]** 6/10 28/14
86/20
**becoming [1]** 16/8
**beginning [2]** 17/8
51/24
**belief [1]** 92/25
**bell [7]** 46/9 70/1 95/23
95/24 107/6 107/7
107/8
**below [1]** 127/14
**best [2]** 27/16 81/21
**better [1]** 60/9
**between [12]** 3/7 3/10
3/22 4/3 13/14 20/8
22/10 33/24 62/15
67/16 82/5 104/25
**bid [2]** 16/10 17/1
**big [3]** 54/11 54/11
105/15
**biggest [1]** 113/14
**birthday [3]** 19/22
19/24 20/1
**bit [5]** 15/23 16/2
102/13 104/14 105/9
**black [1]** 87/9
**blacked [1]** 105/22
**blessed [1]** 16/5
**blue [1]** 78/6
**BLUMETTI [8]** 2/10
11/11 29/19 32/19
45/16 66/20 75/24
123/11
**board [2]** 78/4 91/1
**book [1]** 49/15
**Bossie [1]** 59/9
**bother [1]** 77/5
**bottom [1]** 105/5
**bought [1]** 14/8
**Brad [56]** 5/18 6/6 11/2
12/1 22/10 24/2 26/15
26/21 27/7 30/11 31/2
31/20 33/5 33/22 35/11
37/22 42/4 44/17 46/8
48/21 49/4 50/10 50/24
51/22 52/1 54/9 59/11
61/19 66/20 67/25
68/16 72/3 74/18 77/9
77/14 82/5 82/15 84/17
85/12 86/12 87/5 87/23
88/9 92/7 94/13 96/14
97/20 99/12 99/22
104/24 105/11 111/11
111/17 112/6 116/10
123/10
**Brad's [2]** 106/4 120/3
**BRADLEY [11]** 1/17
3/2 3/7 4/3 5/8 7/14
105/25 124/5 126/1
126/22 127/5
**Brand [2]** 2/18 127/6
**branding [1]** 16/19
**brandwoodwardlaw.co
m [4]** 2/20 2/21 127/8
127/9

**break [20]** 6/12 6/14
33/8 33/14 37/19 49/2
49/25 50/12 65/8 65/13
66/9 66/25 67/2 67/2
67/3 67/4 67/14 68/16
69/8 115/22
**breaks [1]** 121/13
**Brian [7]** 55/21 55/25
56/1 56/2 56/22 56/25
59/6
**bring [7]** 78/4 78/24
90/8 94/9 103/25 122/2
122/2
**bringing [4]** 79/3 79/5
91/1 111/18
**brought [4]** 44/25
92/11
**build [1]** 15/7
**building [1]** 14/2
**bunch [1]** 56/13
**business [1]** 54/6

## C

**C/O [1]** 127/6
**cabinet [1]** 81/7
**Cambridge [2]** 57/9
57/17
**camera [5]** 50/25 84/2
84/6 84/12 105/22
**campaign [103]** 11/13
12/10 14/1 14/11 15/10
15/12 15/15 15/17 16/3
19/4 19/6 19/8 19/10
19/12 19/13 20/6 20/11
22/17 39/6 39/7 39/12
40/3 40/5 40/7 40/22
52/19 53/1 53/4 53/7
55/13 57/10 57/12
57/13 57/16 57/18
57/20 57/23 58/17
58/21 59/5 59/25 60/8
60/10 60/11 60/13
60/15 60/24 61/10
61/13 61/13 62/1 62/15
62/16 62/17 63/2 64/1
64/10 64/13 64/17
64/18 64/21 65/22
65/23 68/2 68/11 68/12
68/15 68/18 68/20
68/23 69/8 69/13 69/22
70/6 70/18 72/5 72/17
73/5 73/6 73/20 74/16
79/21 81/21 85/17
86/15 88/11 89/13
90/25 91/3 93/20
100/18 100/18 101/8
101/14 101/18 102/4
104/5 107/3 113/12
116/21 117/9 117/10
117/17
**campaign's [1]** 120/3
**campaigns [1]** 68/24
**cancel [1]** 15/8
**candidacy [2]** 12/2
12/5

**Cannon [3]** 39/24
42/10 120/20
**capacities [1]** 100/19
**capacity [2]** 5/7 104/8
**care [1]** 123/10
**case [8]** 1/3 8/4 29/10
87/4 103/21 122/14
122/25 126/1
**categories [2]** 7/9
100/22
**caught [1]** 89/25
**cc [1]** 127/25
**certain [3]** 7/2 23/10
39/19
**certainly [3]** 10/14
16/1 63/25
**CERTIFICATE [1]**
123/17
**certify [3]** 124/4 125/4
125/10
**chance [2]** 77/10 87/8
**change [1]** 82/15
**changes [2]** 126/3
126/20
**charge [2]** 57/1 102/14
**charging [2]** 17/4
17/12
**chat [2]** 86/10 96/2
**chatting [1]** 24/19
**check [2]** 23/3 98/20
**checks [1]** 18/6
**choice [3]** 81/9 81/12
81/13
**choose [2]** 92/23 92/23
**choosing [1]** 81/20
**chronologically [2]**
105/6 105/10
**circle [8]** 8/19 10/6
10/24 60/12 72/2 94/8
116/2 117/23
**city [2]** 7/16 54/7
**Civil [1]** 125/7
**claim [1]** 89/2
**claiming [5]** 8/2 8/7
9/12 9/14 41/25
**claims [1]** 29/9
**clarification [1]** 12/22
**clarify [3]** 58/21 60/6
92/6
**clean [1]** 15/1
**clear [9]** 10/9 10/23
26/18 31/20 45/25
63/20 76/21 80/18
104/9
**clearly [4]** 37/21 61/1
67/8 115/5
**client [38]** 8/7 8/10
8/10 8/25 9/7 9/25
15/12 15/18 36/24
40/19 41/1 41/15 53/16
60/12 61/5 63/3 63/11
63/15 63/23 64/7 64/9
65/17 66/2 66/4 66/12
67/5 67/15 84/1 84/6
84/9 87/10 112/8

**112/23 113/12 116/4
118/21 119/11 119/12
clients [1]** 15/19
**close [4]** 74/12 96/9
114/15 121/16
**closely [2]** 18/17 18/17
**coached [1]** 27/4
**coaching [1]** 26/16
**colleagues [1]** 44/20
**collective [1]** 90/8
**comfortable [3]** 64/14
65/9 95/1
**comment [1]** 96/25
**Commission [2]**
124/14 124/15
**committee [4]** 19/8
19/15 19/19 19/23
**common [1]** 6/9
**communicating [1]**
53/20
**communication [8]**
1/12 3/7 3/10 41/6
53/16 98/17 100/13
119/23
**communications [23]**
23/11 23/13 38/13
38/18 41/5 41/9 41/12
41/22 42/4 52/18 52/24
53/6 98/24 100/2
100/20 100/24 118/3
118/18 119/1 119/15
119/20 120/24 120/25
**companies [4]** 12/11
14/2 15/7 68/25
**company [10]** 13/25
14/1 14/7 15/15 52/1
52/7 52/11 52/25 54/4
88/20
**compared [1]** 49/13
**compel [3]** 121/20
121/21 122/4
**compensation [2]**
89/14 89/20
**complaining [2]** 69/13
102/9
**complaint [1]** 102/21
**complaints [13]** 60/3
61/18 65/21 68/1 68/20
69/19 93/10 101/17
102/2 102/5 102/6
102/7 102/16
**completed [3]** 127/13
127/15 127/17
**completely [2]** 89/8
107/18
**complimentary [1]**
127/12
**compound [3]** 48/25
49/7 101/21
**computer [2]** 6/1 6/1
**concede [1]** 110/7
**conceded [1]** 23/12
**conceding [1]** 29/14
**conception [1]** 80/4
**concern [3]** 91/1 91/23

## C

concern... [1] 93/1
concerned [1] 102/9
concerns [2] 38/23 91/17
conclude [4] 61/2 63/5 121/9 121/25
concluded [2] 121/25 123/13
concluding [1] 123/9
conduct [1] 91/20
confidential [14] 3/15 76/3 76/10 76/18 76/19 82/11 122/13 122/19 122/20 122/22 122/24 123/4 123/5 123/7
confidentiality [4] 76/15 77/3 77/6 82/11
connected [1] 125/13
connecting [1] 21/12
consider [1] 12/1
considered [1] 127/17
constant [1] 29/25
Consultants [1] 89/20
contact [1] 115/8
contacted [4] 109/9 113/17 113/25 114/12
contending [1] 45/25
content [4] 38/17 40/10 40/10 41/20
context [1] 31/5
continue [5] 9/21 9/23 9/24 66/2 76/17
Continued [2] 3/24 4/1
continues [1] 106/10
contract [5] 57/15 57/17 57/19 57/23 116/13
contracts [4] 116/19 116/25 117/2 117/8
control [1] 79/20
controlling [1] 65/3
conversation [10] 26/5 28/7 32/8 37/2 37/9 40/13 47/22 48/4 78/13 103/19
conversational [1] 80/6
conversations [9] 25/23 27/10 27/13 38/13 40/20 43/3 43/10 114/4 120/20
conveyed [1] 72/16
Conway [1] 74/6
copy [5] 75/25 76/7 117/8 127/12 127/14
core [1] 40/17
correct [30] 14/15 14/23 17/21 18/4 34/10 34/16 35/21 38/15 43/11 46/1 46/5 52/7 53/21 56/23 59/6 60/1 66/13 72/18 74/7 87/14 92/1 94/15 97/1 97/22

correctly [1] 89/16
Correspondence [4] 3/12 3/18 3/22 4/3
cost [1] 17/17
counsel [6] 6/14 65/1 109/5 125/11 125/13 127/25
counts [1] 101/5
COUNTY [2] 124/3 125/2
couple [5] 18/24 20/21 21/3 102/10 114/5
course [9] 29/23 36/19 45/6 47/2 48/19 73/24 76/18 91/12 119/22
court [13] 1/1 1/19 8/24 31/21 61/21 62/9 66/21 121/8 123/12 124/13 125/3 125/18 127/24
covered [2] 117/13 117/19
COVID [1] 93/16
cracks [1] 89/25
credibility [2] 110/20 112/14
credible [1] 8/5
criminal [1] 56/25
critical [1] 73/22
crosstalk [1] 89/25
cuff [1] 79/14
culture [1] 15/8
current [2] 98/25 112/8
cut [1] 84/23
CV [1] 1/3
cycle [9] 68/2 68/12 68/19 69/9 69/13 70/18 73/21 91/10 102/1
cycles [1] 101/18

## D

dark [4] 67/14 82/23 84/2 84/6
darken [1] 83/14
darkened [1] 84/11
data [2] 58/10 58/12
date [7] 1/13 21/14 22/11 41/18 126/4 126/22 128/5
dated [5] 3/9 3/11 3/12 31/3 33/24 44/21 53/14
dates [3] 116/19 119/16 119/25
David [1] 59/9
Dawsey [2] 3/12 44/19 127/17
days [3] 70/21 101/8 127/17
DC [2] 2/19 127/7
Dear [1] 127/11
decade [1] 20/8
December [1] 44/21
decent [1] 17/23
decided [1] 25/18

decision [7] 70/24 71/1 81/17 85/18 85/25 90/1 90/3
decisions [1] 86/15
declare [1] 126/19
deemed [1] 123/5
defamation [1] 109/13
defend [1] 49/20
Defendant [1] 2/15
Defendants [1] 1/9
definition [1] 64/23
delay [5] 15/23 70/16 88/17 90/17 104/13
delayed [1] 104/14
delete [1] 100/5
DELGADO [46] 1/5 2/3 3/8 3/10 3/20 3/23 4/4 7/7 8/23 10/4 22/24 26/22 28/25 30/15 33/7 36/8 36/9 40/18 40/23 40/25 43/2 45/3 45/24 50/1 51/2 52/19 53/15 60/5 62/14 63/25 64/9 75/5 76/2 78/6 82/9 82/19 84/8 87/15 99/3 99/14 99/17 102/20 102/21 105/25 126/1 127/10
Delgados [1] 6/5
Denison [1] 102/23
dental [1] 95/9
department [2] 58/11 58/12
depo [1] 43/8
deponent [2] 125/8 128/5
deposed [4] 5/10 6/6 32/21 84/7
deposition [43] 1/17 1/20 7/1 7/3 9/22 9/23 10/22 11/3 11/4 11/9 45/12 45/17 45/19 45/22 51/16 61/3 61/4 63/5 63/21 66/7 66/16 67/8 99/9 115/1 121/3 121/5 121/9 122/1 122/13 122/19 122/21 122/24 123/3 123/5 123/9 123/13 125/5 126/1 126/3 126/19 127/12 127/14 128/3
depositions [2] 6/9 29/23
description [2] 17/21 58/9
designate [3] 122/6 122/12 122/20
designated [3] 3/15 76/3 82/10
designating [2] 122/18 122/24
designation [3] 76/4 76/19 77/3
destroyed [1] 14/1
detail [2] 41/4 57/8

details [1] 89/11
diatribe [1] 73/1
difference [1] 92/14
difficult [1] 81/20
direct [2] 60/23 120/22
directed [5] 8/14 8/20 9/19 10/7 65/16
directing [7] 8/9 8/21 9/4 9/25 112/10 112/15 112/21
direction [1] 9/23
directly [4] 46/11 46/13 47/5 112/13
director [4] 69/21 69/23 70/2 70/3
Disagree [1] 123/3
disagreement [1] 118/17
disappointed [1] 84/24
disappointing [1] 85/1
disclose [2] 41/11 64/5
disclosed [1] 111/24
discovery [9] 22/21 23/1 23/6 23/20 28/23 29/2 29/4 29/21 29/23
discrimination [6] 60/3 61/18 65/21 67/25 68/21 69/14
discuss [3] 38/6 118/8 119/9
discussed [3] 40/17 41/21 87/25
discussing [1] 64/4
Discussion [2] 95/19 118/14
discussions [2] 41/2 41/4
dislike [1] 112/2
disqualified [1] 88/1
disrespectfully [1] 46/21
disrespecting [1] 6/17
DISTRICT [3] 1/1 1/2 120/1
disturbing [1] 63/10
divulge [1] 64/5
documentation [1] 99/12
documents [9] 7/3 7/7 7/8 23/19 29/20 29/24 76/3 76/20 120/12
dollars [2] 12/24 13/10
Don [2] 18/17 19/3
DONALD [8] 1/8 12/2 12/4 74/13 74/13 79/23 80/5 81/22
double [1] 98/20
doubt [1] 45/14
down [6] 6/15 19/20 19/22 22/7 22/15 24/5 37/21 38/2 44/22
draw [1] 51/22
drink [1] 49/14
drinking [1] 109/19
drug [1] 57/1

drunk [1] 104/2
due [1] 91/19
duly [2] 5/10 124/6
dumb [1] 93/8
during [17] 6/14 16/10 22/21 22/25 23/6 23/20 28/23 29/4 49/21 50/12 60/7 65/22 68/1 68/18 74/13 82/24 116/20

## E

e-mail [28] 3/12 3/18 4/3 10/18 16/21 44/18 44/19 53/14 86/24 87/3 87/16 87/19 87/20 104/17 104/24 104/25 104/25 105/1 105/3 105/14 106/17 106/22 107/6 107/10 107/13 108/14 109/17 111/18
e-mails [4] 42/5 100/1 100/14 100/17
early [1] 89/9
earn [1] 12/9
earned [1] 13/22
easier [2] 6/3 96/1
educate [1] 61/12
effect [2] 5/4 111/23
effort [3] 18/1 19/10 55/2
eight [2] 99/16 114/7
either [5] 11/18 17/11 44/25 79/13 92/10 101/5 115/6
elaborate [1] 90/13
election [5] 68/19 70/18 74/14 91/9 102/1
element [1] 117/19
Ellis [7] 3/23 93/18 93/19 93/23 93/24 103/20 104/1
email [2] 2/13 127/15
Email:adelgado [1] 2/5
Email:stanley [2] 2/20 127/8
embarrassing [1] 106/24
employee [7] 52/17 52/23 53/3 53/5 53/20 125/11 125/12
encouraging [2] 49/20 108/3
end [3] 43/8 116/3 121/2
ended [2] 16/8 16/11
ends [1] 121/5
entered [2] 10/10 126/20
entire [3] 94/16 94/18 112/7
entirety [1] 76/9
entitled [1] 105/20
Eric [41] 3/10 3/13 4/5 17/3 17/8 18/17 18/22 18/24 25/8 28/4 32/8

**E**

**Eric... [30]** 32/21 33/2
33/24 34/2 36/3 36/11
51/15 52/6 54/3 78/2
78/23 86/5 86/15
100/24 101/3 101/7
101/13 107/5 107/13
108/2 109/9 109/13
110/16 111/17 111/24
113/16 113/24 114/12
114/25 115/8
**Eric's [2]** 45/12 45/17
**Erica [1]** 101/2
**errata [4]** 126/5 127/13
127/15 127/19
**ERROR [1]** 126/6
**escalator [1]** 19/22
**especially [2]** 26/20
27/5
**ESQUIRE [3]** 2/10 2/18
127/6
**essentially [6]** 71/1
71/2 88/5 88/23 109/4
120/11
**estate [4]** 14/9 16/9
16/11 18/10
**ET [3]** 1/8 1/14 1/14
**ethics [1]** 67/20
**event [2]** 24/25 51/22
**eventually [1]** 16/18
**evidence [1]** 73/17
**exact [6]** 12/12 17/9
70/7 70/15 72/13 89/4
**exactly [16]** 21/17
25/24 39/16 46/22
47/18 48/10 48/12
49/17 71/6 75/10 79/11
79/15 79/16 94/6 102/6
102/11
**EXAMINATION [1]**
5/13
**example [2]** 53/13 74/9
**exchanged [1]** 22/25
**exclusive [1]** 43/10
**Excuse [2]** 26/14 61/16
**exhibit [44]** 3/6 3/25
21/20 21/25 22/1 22/10
28/17 28/18 28/19 30/9
30/12 32/16 32/17
32/25 33/17 33/23
34/12 34/13 45/7 45/20
51/14 51/17 51/20
75/20 75/21 82/1 82/2
82/16 82/16 86/18
86/23 86/25 94/11 96/3
96/12 97/4 97/5 97/8
103/15 103/19 104/19
114/20 114/21 115/23
**Exhibit 11 [1]** 103/19
**exhibits [7]** 3/5 6/2
10/20 10/22 32/23 33/3
63/9
**exist [1]** 117/11
**exists [1]** 27/2

**Expires [1]** 124/15
**exploratory [3]** 19/8
19/14 19/19
**express [3]** 90/25
91/16 91/17
**expressed [1]** 91/23
**expression [2]** 84/20
84/22
**extent [4]** 23/14 23/19
28/22 76/23
**eyeballs [1]** 51/3

**F**

**fabricated [1]** 107/18
**face [2]** 83/9 83/16
**faces [1]** 105/16
**fact [4]** 22/20 66/18
89/13 119/17
**failed [1]** 114/25
**Fair [12]** 15/20 20/17
35/20 37/20 37/20
47/12 59/3 72/15 74/17
75/18 89/12 89/22
**faith [1]** 65/19
**fall [1]** 29/10
**family [5]** 16/17 17/14
81/6 86/1 86/5
**far [1]** 100/1
**favor [1]** 90/11
**fear [1]** 64/18
**February [1]** 19/18
114/9
**Federal [2]** 125/7
127/18
**fees [1]** 117/18
**fell [1]** 89/24
**felt [2]** 90/14 95/1
**fight [1]** 15/8
**figure [1]** 14/6
**filed [1]** 69/18
**final [1]** 100/22
**financially [1]** 125/14
**fine [5]** 5/20 10/25
15/25 121/20 121/25
**finish [3]** 10/11 33/9
33/19
**finished [2]** 83/25
121/14
**fire [1]** 97/21
**firm [1]** 29/21
**first [22]** 5/9 16/16
18/24 19/14 21/13
21/16 21/25 24/3 24/13
24/20 25/25 26/1 26/2
27/9 27/17 27/18 27/18
34/2 58/1 94/11 105/9
105/25
**fit [1]** 55/19
**five [4]** 17/25 50/4 50/7
66/4
**FL [1]** 2/4
**Flagler [1]** 127/1
**flipped [3]** 73/9 85/18
85/21
**flipping [1]** 53/23

**floor [2]** 2/11 54/22
**Florida [8]** 1/20 5/6 5/7
124/2 124/14 125/1
127/2 127/18
**fluoride [1]** 95/9
**follow [1]** 106/17
**Following [1]** 14/11
**follows [1]** 5/11
**force [1]** 5/4
**foregoing [1]** 125/5
**forensic [1]** 14/6
**form [39]** 17/6 22/18
23/22 24/21 25/20 26/7
31/18 34/19 46/19 48/2
52/8 54/17 54/18 55/5
55/6 59/19 60/18 68/3
68/4 71/23 72/23 73/23
74/22 78/5 78/16 78/25
80/2 81/18 88/12 88/22
91/4 91/5 91/11 93/4
93/13 94/2 97/13 98/11
126/20
**formal [1]** 102/7
**format [1]** 98/6
**formed [1]** 19/23
**forth [1]** 21/1
**forwarded [2]** 127/19
127/20
**four [2]** 13/23 17/25
**foursome [2]** 108/2
108/3
**FPR [2]** 1/18 125/18
**framing [1]** 27/8
**frankly [1]** 65/18
**free [1]** 69/8
**frivolous [1]** 41/17
**front [4]** 74/24 74/25
75/14 75/15
**full [2]** 7/12 45/5

**G**

**game [3]** 50/14 50/18
97/21
**Garrett [2]** 58/15 59/5
**Garrot [1]** 56/13
**Gavenman [3]** 11/19
11/20 11/21
**geeked [1]** 50/18
**general [1]** 41/20
**generally [1]** 17/21
**Giles [4]** 51/25 52/3
52/12 53/2
**girl [2]** 56/9 103/7
**girls [1]** 102/11
**given [7]** 5/5 29/25
31/15 44/7 52/6 64/9
125/7
**glad [1]** 67/22
**glasses [3]** 22/6 43/19
43/22
**Googleman [1]** 11/16
**Government [1]** 95/2
**grainy [2]** 110/1
116/14
**granted [1]** 41/11

**gray [1]** 77/14
**great [5]** 5/21 24/10
47/24 48/11 54/8
**greater [1]** 79/20
**gross [3]** 12/13 12/18
12/25
**ground [3]** 6/8 8/11
61/5
**grounds [1]** 118/20
**group [1]** 16/11
**guaranteeing [1]**
121/17
**guess [2]** 16/4 39/9
**guessing [1]** 19/25
**guy [1]** 56/4
**guys [1]** 102/12

**H**

**hair [1]** 40/12
**hairs [1]** 83/1
**half [3]** 10/5 10/11
10/16
**hand [3]** 15/23 16/6
124/8
**handling [1]** 92/17
**Hang [2]** 28/16 83/12
**happy [7]** 29/5 38/6
44/25 46/16 92/6
114/19 120/5
**harass [6]** 61/11 61/19
62/1 62/18 64/20 65/24
**harassing [5]** 110/22
112/9 112/11 112/18
112/22
**harassment [7]** 60/4
61/18 65/21 68/1 68/21
69/14 108/8
**hard [1]** 75/9
**Harris [5]** 1/18 124/13
125/3 125/18 127/24
**harvard.edu [1]** 2/5
**head [5]** 12/6 16/8
21/20 31/23 56/21
**headline [1]** 93/23
**hear [2]** 46/17 68/9
**heard [7]** 6/10 10/21
46/9 61/24 70/16 102/8
114/13
**hearing [1]** 123/8
**hearsay [3]** 48/1 48/3
49/22
**heartbeat [1]** 113/5
**help [12]** 16/23 16/23
20/15 24/18 31/16 54/6
64/16 77/21 78/3 78/23
85/12 92/16
**helped [1]** 25/5
**hereby [1]** 128/3
**HH [1]** 124/14
**highlighted [1]** 44/22
**highly [2]** 65/18 65/18
**himself [3]** 67/14 67/17
67/18
**hinting [1]** 26/17
**hire [14]** 70/24 71/17

74/21 79/15 79/17
80/25 81/5 81/9 81/14
81/14 85/15 87/13
87/24 90/1
**hired [5]** 52/11 54/5
74/19 75/2 75/3 75/13
75/14 79/20 80/4
**hiring [6]** 73/21 79/4
80/19 91/20 90/5 90/11
**histories [1]** 92/12
**history [1]** 90/24
**honest [2]** 48/24 49/6
**Honestly [1]** 114/2
**honor [1]** 17/14
**hope [2]** 16/13 86/23
**horror [1]** 31/11
**hotel [1]** 108/1
**hours [7]** 10/5 10/11
10/14 10/16 31/11 35/7
35/22
**House [13]** 47/14
47/16 55/3 55/14 56/10
56/14 57/4 59/13 59/17
79/19 80/8 90/7 90/10
**HR [3]** 69/21 69/23
70/3
**hundred [4]** 12/24 13/6
107/16 117/20

**I**

**i.e [2]** 37/11 120/2
**ID [1]** 16/14
**idea [12]** 25/25 26/1
28/1 71/3 71/4 71/9
71/10 71/11 71/12
74/15 79/17 115/6
**identification [13]** 22/2
28/20 32/18 45/8 51/18
75/22 82/3 87/1 96/4
97/6 103/16 104/20
114/22
**identify [3]** 41/9 119/15
120/4
**impossible [1]** 55/17
**impregnated [2]** 91/2
91/9
**impressions [1]** 20/9
**improperly [2]** 10/19
65/17
**inaccurate [2]** 70/20
88/4
**inappropriately [1]**
104/2
**inauguration [2]** 22/13
26/5
**incident [2]** 107/4
107/13
**inclination [1]** 74/20
**include [5]** 59/5 59/6
86/5 91/22 119/21
**included [2]** 76/13 90/9
**including [2]** 12/10
53/4
**inclusion [2]** 127/16
127/20

**I**

incorrect [1] 18/8
indemnified [1] 117/15
indemnify [2] 116/20
117/1
INDEX [3] 3/1 3/5 4/1
indicating [1] 71/16
individual [3] 57/19
57/23 94/22
individuals [8] 28/5
37/22 54/15 55/2 55/12
59/4 73/21 80/1
indulge [1] 55/11
inevitably [3] 81/8
81/13 118/21
influenced [1] 81/16
information [4] 9/13
41/19 43/1 43/25
informing [3] 93/24
93/24 111/17
infrequent [1] 114/4
initiated [1] 87/7
inquired [2] 44/3 44/6
inquiry [1] 79/8
inside [1] 58/24
instance [2] 37/12 42/5
instead [2] 31/21 31/22
instructed [1] 80/25
instructing [3] 40/19
41/1 63/11
INSTRUCTIONS [1]
126/2
insulting [1] 65/19
intend [2] 10/15 16/1
interacting [1] 20/21
interactions [1] 20/18
interest [1] 65/2
interested [2] 72/17
125/14
International [2] 16/9
18/10
internet [1] 12/15
interpreting [1] 15/24
interrupt [3] 15/21
99/18 122/11
interrupted [2] 33/17
33/19
interview [4] 27/20
28/2 94/16 94/18
introducing [1] 75/19
investments [1] 14/12
invitation [1] 62/13
involved [1] 102/17
involving [1] 36/18
Iron [1] 58/16
irrelevant [2] 13/18
62/22
issue [6] 37/4 41/20
44/24 47/25 48/22 49/5
issues [1] 85/23
itself [1] 126/3
Ivanka [3] 18/18 19/1
19/3

**J**

James [1] 7/14
Jamestown [5] 88/10
89/3 89/7 89/9 89/14
JARED [14] 2/10 22/16
25/13 32/1 54/19 55/7
71/7 71/8 71/22 78/2
78/23 79/23 86/6 86/14
Jason [27] 3/21 45/1
46/18 46/20 55/24 56/7
57/3 57/4 59/8 70/24
74/8 74/10 74/10 74/12
74/15 79/17 80/4 80/19
80/21 88/9 95/8 97/10
98/1 100/25 101/3
101/6 101/18
Jason's [1] 21/2
jblumetti [1] 2/13
Jeannie [1] 126/25
jeanniereporting.com
[1] 127/16
Jenna [4] 3/22 93/18
93/19 103/20
job [31] 19/14 21/13
21/16 24/19 25/3 25/3
25/6 25/9 25/11 25/15
25/18 25/23 27/20
47/17 52/7 54/3 55/3
55/14 56/10 57/5 58/8
72/4 72/6 72/7 72/7
72/20 79/8 81/1 81/20
81/20 94/14
jobs [1] 56/14
jog [1] 78/23
John [2] 3/18 87/3
joined [2] 19/6 117/14
Josh [2] 3/12 44/19
Jr [2] 18/17 19/3
judge [6] 10/10 10/11
43/7 61/3 63/6 67/7
judge's [1] 121/22
July [6] 4/4 70/7 105/1
106/1 106/7 111/18
July 2020 [1] 70/7
July 2023 [1] 105/1
July 7th [1] 106/7
June [5] 19/21 19/21
19/24 19/25 70/8
June 14th [1] 19/24
June 16th [1] 19/25

**K**

Kathy [1] 16/7
Katrina [3] 59/12 72/10
74/19
Katty [1] 16/8
Kay [2] 16/8 16/8
keep [8] 15/17 15/19
45/19 50/7 56/12 66/15
76/17 95/7
keeping [1] 77/2
Kellyanne [1] 74/6
KHP [1] 1/3
kind [3] 8/22 17/11

81/7
knowledge [1] 65/23
knows [2] 37/22 44/5
KU [1] 50/13
Kushner [1] 79/23

**L**

labeled [1] 76/17
lack [2] 67/20 86/19
laid [1] 74/23
language [1] 17/9
Lansing [2] 56/13
58/15
Lanza [4] 56/2 56/22
56/25 59/6
Lara [8] 52/3 52/5
52/11 52/17 53/11
53/14 54/3 54/5
Larry [2] 42/15 42/16
last [10] 10/18 31/11
34/1 35/19 57/25 66/1
79/8 91/2 99/16 114/6
Law [2] 2/18 127/6
lawsuit [12] 37/3 37/12
37/25 37/25 40/6 40/7
40/22 64/11 64/24
69/18 100/14 102/24
lawsuits [4] 68/14
68/15 117/1 117/15
lawyer [3] 7/19 11/10
22/16
lawyers [2] 43/3 81/6
LCR [3] 1/18 125/3
125/18
lean [1] 83/1
leaning [1] 83/7
learned [1] 57/2
least [2] 28/13 121/12
leave [1] 118/19
leaving [1] 40/4
led [3] 16/16 16/20
21/22
left [1] 89/21
legal [3] 102/7 109/5
117/13
legally [1] 40/14
leila [6] 1/18 124/13
125/3 125/18 127/16
127/24
less [4] 13/9 17/25
50/4 97/10
Let's' [1] 42/22
letter [1] 127/17
level [4] 54/15 55/13
58/22 90/9
LHGKC [1] 2/10
lhrgb.com [2] 2/13
2/13
lie [2] 113/8 113/9
lies [1] 85/1
life [2] 104/3 114/11
limit [3] 38/24 50/6
59/4
limited [1] 41/16
line [5] 34/2 53/15 73/8

110/18 126/6
list [1] 119/25
listed [1] 52/18
listening [1] 6/16
litany [1] 73/3
literally [1] 37/9
litigation [4] 9/15
29/13 80/25 112/20
LOCATION [1] 1/11
log [18] 3/13 22/5 41/8
41/8 41/19 51/15 52/17
119/2 119/10 119/14
119/25 120/6 120/13
120/21 120/23 121/18
121/23 122/3
logged [3] 5/23 5/24
5/25
logical [1] 65/25
logs [1] 41/14
looking [5] 6/15 13/16
35/4 35/14 51/1
looks [1] 29/15
lost [3] 14/6 16/16
50/24
loud [1] 34/5
luck [1] 123/8
lunch [1] 94/18
LZH [1] 126/24

**M**

ma'am [16] 6/25 7/10
7/21 9/9 9/14 9/18
15/11 15/16 20/12 42/2
52/2 53/22 97/17 97/17
97/19 118/24
mad [2] 112/4 115/12
mail [28] 3/12 3/18 4/3
10/18 16/21 44/18
44/19 53/14 86/24 87/3
87/16 87/19 87/20
104/17 104/24 104/25
104/25 105/1 105/3
105/14 106/17 106/22
107/6 107/10 107/13
108/14 109/17 111/18
mails [4] 42/5 100/1
100/14 100/17
main [2] 73/11 79/24
males [1] 107/3
manager [12] 56/1
56/23 60/13 65/22
65/24 68/11 68/18
69/22 70/6 70/18 79/21
88/11
managers [1] 54/15
manner [2] 9/22 47/15
mark [12] 22/9 28/18
30/11 32/5 51/13
81/25 96/10 96/11 97/4
103/18 104/17 126/3
marked [18] 22/1
28/19 32/17 45/7 45/10
45/19 51/17 51/20 54/1
75/21 76/10 82/2 86/25
96/3 97/5 103/15

104/19 114/21
marketing [3] 16/14
16/18 17/15
marking [4] 33/23
82/16 86/22 97/8
matter [5] 7/19 7/23
8/6 96/6 116/6
mean [33] 13/23 16/4
17/22 18/9 20/14 20/20
24/16 24/24 26/12 31/8
39/9 42/20 46/14 46/21
47/5 54/20 55/17 56/19
57/12 63/25 69/23
85/23 88/5 93/5 93/19
94/23 100/7 102/7
114/4 114/15 115/5
118/10 122/11
meaningless [1] 123/6
means [2] 34/23 47/2
meant [1] 65/24
Media [1] 89/20
Megan [1] 70/1
Melania [1] 19/2
members [2] 16/17
81/7
memory [5] 21/10
21/15 78/23 85/13
85/14
men [4] 101/17 102/3
102/3 102/17
mentioned [8] 17/2
28/5 54/9 56/17 56/22
57/3 78/2 105/3
mentioning [1] 47/14
mentions [1] 106/2
message [12] 3/10
3/15 3/16 4/5 31/2 34/2
77/9 82/5 85/12 95/14
97/9 114/24
messages [12] 22/25
28/22 29/12 29/16
29/17 30/5 30/19 30/20
42/5 84/20 84/25
100/13
met [2] 11/14 11/22
method [2] 13/2 13/3
methods [2] 13/4 13/6
Miami [2] 2/4 127/2
mid [10] 19/21 26/16
26/20 27/4 27/5 33/12
65/11 65/13 66/6 75/7
middle [1] 66/9
Midland [1] 7/18
might [11] 5/22 6/15
22/22 40/14 44/4 45/22
48/22 70/20 79/12 96/1
114/14
Miller [33] 16/21 45/1
55/24 57/3 57/4 59/8
70/25 74/8 74/12 79/4
79/17 80/4 88/9 89/8
89/14 89/15 89/19 90/1
90/5 91/8 91/19 93/2
93/11 94/1 95/9 95/15
98/1 100/5 100/6

**M**

Miller... [4]  100/25 101/3 101/6 101/18
Miller's [3]  3/21 46/18 46/20
million [3]  13/6 13/9 13/20
mind [3]  51/10 62/16 105/15
mine [2]  63/21 95/8
minute [6]  38/6 44/11 45/4 47/11 115/22 118/13
minutes [5]  11/22 50/2 66/5 97/12 97/18
mischaracterizes [1]  92/3
mischaracterizing [2]  92/7 111/6
misconduct [1]  107/3
mispronounce [1]  11/16
missed [1]  12/16
misstates [1]  36/7
mistakes [1]  92/11
mixing [1]  92/8
mode [1]  67/18
moment [3]  25/5 47/20 103/22
moments [1]  49/12
money [2]  12/9 16/15
month [1]  19/7
months [4]  22/12 25/17 26/5 70/17
morning [1]  5/15
mostly [1]  73/4
motherfucker [1]  97/21
motion [3]  121/19 121/21 122/4
move [9]  8/24 9/4 10/5 41/24 43/5 63/19 63/20 63/22 110/23
moved [1]  43/4
moving [1]  95/7
Mr. [39]  7/22 7/25 8/5 8/13 9/20 10/8 10/18 11/11 29/13 29/19 32/19 32/21 33/2 38/12 41/7 45/16 45/25 60/12 62/11 64/23 67/13 75/24 78/10 78/13 81/3 85/3 87/7 89/19 99/5 105/4 106/22 116/1 116/10 116/23 117/2 118/1 118/17 118/20 120/9
Mr. Blumetti [5]  11/11 29/19 32/19 45/16 75/24
Mr. Eric [2]  32/21 33/2
Mr. Miller [1]  89/19
Mr. Parscale [8]  29/13 38/12 45/25 60/12

78/10 78/13 118/17 120/9
Mr. Parscale's [1]  8/5
Mr. Phillips [1]  105/4
Mr. Trump [2]  81/3 117/2
Mr. Woodward [18]  7/22 7/25 8/13 9/20 10/8 10/18 41/7 62/11 64/23 67/13 85/3 87/7 99/5 106/22 116/1 116/23 118/1 118/20
Mr. Woodward's [1]  116/10
Ms. [6]  26/22 28/25 50/1 75/5 87/15 93/23
Ms. Delgado [5]  26/22 28/25 50/1 75/5 87/15
Ms. Ellis [1]  93/23
multiple [10]  15/6 16/16 16/17 27/10 27/13 39/10 39/23 80/7 92/11 121/12
mute [1]  83/17
muted [1]  67/14

**N**

name [13]  7/12 11/16 16/7 16/14 42/18 42/19 55/25 56/10 56/11 57/25 58/2 58/19 103/10
names [4]  42/13 55/1 55/21 102/19
naming [1]  56/12
narrow [1]  37/21
narrowing [1]  38/2
national [1]  55/13
nature [1]  110/11
necessarily [3]  23/5 23/16 76/14
needed [4]  72/4 72/6 88/6 117/21
needs [5]  31/24 65/12 67/5
negative [3]  20/19 47/15 47/19
network [1]  80/8
never [17]  10/21 11/14 19/3 22/20 46/4 52/21 57/11 67/20 92/22 101/6 109/16 113/5 113/17 113/24 114/12 115/15 115/18
news [1]  46/10
nice [5]  50/20 50/20 95/17 123/9 123/11
night [2]  10/18 63/8
nine [1]  96/11
nonresponsive [1]  80/15
nose [1]  83/1
Notary [3]  1/19 5/7 124/14
note [3]  10/17 84/18

126/3
notes [2]  6/15 6/18
nothing [9]  37/24 84/22 98/21 101/1 101/4 108/10 111/16 112/19 113/10
notice [4]  1/20 7/1 7/5 99/9
noticed [1]  5/22
notwithstanding [2]  78/20 99/8
Nucleus [1]  15/10
number [6]  12/12 16/6 45/22 75/20 76/1 96/11
numerous [2]  52/17 53/24
NW [2]  2/19 127/7
NY [1]  2/12

**O**

oath [14]  5/3 17/10 47/18 48/10 48/12 49/11 49/17 70/20 85/2 95/3 107/15 109/15 113/4 124/1
object [33]  23/14 23/18 23/21 25/13 26/14 26/15 27/2 28/21 29/3 32/1 38/20 44/11 55/5 60/14 60/16 60/18 68/3 68/4 71/23 72/23 73/23 74/22 78/5 78/15 78/25 88/12 88/22 92/2 93/4 93/13 94/2 97/13 98/11
objecting [3]  22/18 22/20 118/20
objection [44]  17/6 24/21 25/20 26/7 27/2 31/18 34/19 36/5 36/22 46/19 48/1 48/2 48/16 48/25 49/7 49/22 52/8 54/17 54/18 55/4 55/11 55/15 59/19 68/22 79/1 80/2 81/18 87/15 91/4 91/5 91/11 91/13 93/14 99/19 100/9 101/20 101/23 107/19 108/7 108/16 108/22 110/12 111/4 113/18
objections [1]  41/17
obligated [2]  121/19 121/23
obligation [1]  29/7
obstructing [1]  41/4
obstructionist [1]  63/6
obviously [3]  21/17 38/14 67/2
occurred [1]  109/16
October [3]  3/8 21/12 21/19 22/11 24/12
October 2017 [2]  21/12 21/19
offer [1]  25/3
offered [2]  25/3 59/17
office [5]  21/2 55/24

56/9 57/8 58/2
official [1]  124/8
officially [3]  19/12 19/13 57/12
offline [1]  99/2
often [1]  54/15
old [1]  99/25
once [6]  26/24 70/21 78/21 93/3 105/21 127/20
one [51]  13/4 13/5 13/6 15/10 18/20 24/11 27/22 28/4 35/5 35/6 35/19 39/23 42/11 45/11 45/17 51/10 51/20 52/21 55/3 55/14 55/22 56/8 56/8 59/11 67/4 69/1 76/5 77/2 79/12 80/1 80/25 81/20 83/12 85/22 86/3 86/10 86/18 86/20 94/12 96/18 96/19 96/20 99/20 102/20 103/2 109/22 109/24 110/2 110/3 115/22 117/22
one's [1]  18/22
ones [5]  42/6 42/9 56/16 56/20 73/11
ongoing [2]  29/21 29/24
operate [1]  15/6
operations [1]  70/2
opinion [3]  64/25 65/4 112/12
opposed [1]  32/24
oral [1]  120/23
order [6]  10/9 76/25 77/6 107/9 122/14 122/25
ordered [1]  121/8
ordering [2]  127/19 127/20
Org [4]  18/8 18/12 18/13 117/19
organization [4]  17/20 18/3 116/25 117/3
organizations [3]  18/6 68/25 69/4
organized [1]  18/11
original [2]  127/16 127/19
originally [1]  117/14
otherwise [1]  64/18
outlook.com [1]  2/5
overall [1]  18/1
overlooked [1]  61/14
oversaw [1]  68/7
owe [1]  113/10
owed [1]  120/13
own [4]  18/11 81/11 81/11 88/20

**P**

p.m [5]  35/5 106/1 106/4 106/7 123/14

PAC [11]  21/13 25/4 25/9 25/19 26/6 31/15 32/10 37/12 43/1 44/1 116/22
page [7]  3/6 3/24 24/4 95/24 106/10 126/3 126/6
paid [5]  11/2 11/4 18/12 88/10 88/14
papers [1]  103/21
paragraphs [1]  106/14
PARSCALE [27]  1/17 3/2 3/7 3/14 3/15 3/18 5/15 7/14 23/11 29/13 38/12 45/25 51/25 52/3 52/12 53/2 60/12 78/10 78/13 105/25 118/17 120/9 124/5 126/1 126/22 127/5 127/11
Parscale's [2]  3/19 8/5
part [5]  44/22 71/8 105/25 108/3 116/25
particular [1]  76/16
parties [2]  125/12 127/20
parties' [1]  125/13
partner [2]  89/2 89/6
parts [1]  20/7
party [7]  12/3 12/7 23/4 65/2 98/24 119/20 127/19
pass [1]  84/18
past [1]  38/14
pat [1]  12/16
pause [2]  65/8 77/10
pay [5]  88/18 89/13 89/15 95/9 117/3
paying [9]  7/22 89/14 116/5 116/10 116/11 116/12 116/15 116/23 117/18
payroll [3]  88/24 88/25 90/3
Pearson [2]  59/12 72/11
penalties [1]  126/19
people [23]  27/10 27/13 47/8 55/17 56/12 56/13 58/19 58/20 58/22 58/22 70/19 73/7 73/9 80/7 81/5 85/17 90/7 90/9 90/9 92/11 92/15 92/23 117/5
people's [1]  92/10
per [2]  120/1 125/7
percent [4]  18/1 107/16 113/10 117/20
performance [1]  37/10
period [7]  13/14 13/24 14/7 14/10 16/10 60/6 60/13
perjury [1]  126/19
permitted [2]  9/3 37/14
person [8]  5/24 28/13 39/19 69/13 71/19

{PLAINTIFF} v.                                                                {WITNESSNAME}
{DEFENDANT}                                                                   {DATE}

**P**

**person... [3]** 83/15
91/25 110/4
**personal [8]** 39/12
40/4 48/22 49/4 104/3
104/8 104/25 105/1
**pertained [4]** 37/3 37/7
40/11 46/12
**pertaining [2]** 38/19
40/13
**Phillips [4]** 3/18 87/3
87/6 105/4
**phone [6]** 5/25 21/12
42/7 42/9 78/14 79/12
**phrase [1]** 91/7
**physically [1]** 5/5
**pinnacle [1]** 63/7
**pissed [2]** 81/22 95/13
**place [1]** 35/23
**placed [2]** 49/20 67/17
**placing [1]** 93/1
**Plaintiff [3]** 1/6 2/3 2/7
**plan [1]** 10/20
**plane [1]** 103/8
**PM [1]** 1/14
**pmcppartland [1]** 2/13
**point [6]** 17/24 44/2
47/11 61/4 61/8 86/7
**Politico [1]** 44/20
**portion [2]** 61/23 62/10
**posed [3]** 9/1 65/11
67/16
**position [20]** 25/4
25/17 36/2 53/19 59/18
65/25 93/2 95/2 98/23
99/1 99/4 100/25 101/4
107/17 109/15 113/16
113/24 115/7 115/14
118/2
**positive [4]** 20/19
47/15 47/19 48/9
**possession [2]** 29/18
30/6
**possibly [2]** 42/17 86/3
**post [1]** 100/17
**potential [2]** 37/25
40/7
**Powers [1]** 70/1
**pregnant [1]** 46/10
**prepare [1]** 11/8
**prepared [1]** 64/12
**present [2]** 5/6 98/25
**president [6]** 1/8 16/22
73/8 73/10 73/22 92/17
**pretty [1]** 21/2
**prevent [2]** 48/23 49/5
**previously [5]** 3/15
17/2 73/22 76/2 82/10
**priveledged [1]** 61/2
**privilege [37]** 3/13 8/2
8/7 8/15 8/22 9/2 9/11
9/25 10/3 36/24 37/4
37/18 41/8 41/8 41/14
41/15 41/19 51/15

52/17 61/7 87/10 99/7
99/19 112/17 118/22
119/2 119/10 119/13
119/14 119/25 120/6
120/13 120/21 120/23
121/18 121/23 122/3
**privileged [12]** 9/13
37/15 40/16 42/1 63/13
64/6 108/16 108/17
108/19 109/4 119/12
119/24
**pro [3]** 2/3 2/7 66/18
**probe [4]** 49/21 104/3
118/21 119/12
**problem [3]** 92/10
92/16 118/12
**problems [4]** 90/15
90/20 92/15 94/5
**Procedure [1]** 125/8
**proceed [1]** 64/15
**proceeding [1]** 64/14
**process [1]** 71/8
**produce [7]** 23/10 29/8
29/17 99/10 101/5
121/15 121/6
**produced [19]** 3/13
22/21 23/6 23/8 23/20
28/23 28/24 29/4 29/12
29/16 30/3 30/4 32/20
51/15 75/23 105/2
114/25 120/1 121/1
**production [4]** 23/3
75/24 76/10 76/14
**Professionally [1]** 15/4
**profit [3]** 12/14 12/19
12/23
**promise [1]** 16/14
**promote [1]** 16/15
**property [2]** 14/9 14/9
**protective [3]** 76/25
122/13 122/25
**provide [12]** 7/2 57/8
94/23 117/12 119/1
119/10 119/14 119/24
121/18 121/19 121/23
122/3
**provided [1]** 94/13
**providing [1]** 52/25
**prowess [1]** 17/15
**public [5]** 1/19 14/15
14/22 14/24 124/14
**publicized [1]** 13/5
**purchases [1]** 14/22
**pursuant [2]** 1/20 5/2
**put [9]** 33/16 47/23
67/13 74/25 75/14
75/15 90/3 96/1 106/3

**Q**

**questions [11]** 8/18
10/6 23/22 40/19 41/1
60/15 60/24 62/25
63/16 100/18 120/9
**quick [2]** 33/8 33/14
**quickly [1]** 44/23

quite [1] 10/19
**quote [5]** 27/4 47/24
52/18 57/7 85/25

**R**

**railing [1]** 73/8
**rails [1]** 66/8
**raise [1]** 15/23
**rake [1]** 86/13
**ran [2]** 59/11 59/25
**range [1]** 16/5
**re [10]** 3/19 3/21 95/8
95/12 95/25 96/5 96/17
96/23 97/11 127/10
**re-tweet [2]** 3/19 3/21
**re-tweeted [3]** 95/25
96/17 97/11
**re-tweeting [4]** 95/8
95/12 96/5 96/23
**reached [1]** 63/7
**reaction [1]** 46/10
**reactions [2]** 46/17
47/6
**reading [10]** 24/8
43/18 43/22 78/17
79/10 83/16 105/14
105/24 127/14 128/1
**real [6]** 14/9 16/9 16/11
18/10 34/21 89/11
**realize [2]** 66/16 66/17
**really [10]** 19/3 19/11
20/20 43/21 48/6 62/20
62/22 92/18 95/12
115/10
**Realty [1]** 18/11
**reason [19]** 6/12 31/15
48/21 48/23 61/9 61/25
62/16 64/8 65/20 76/17
77/4 77/5 80/3 82/23
88/3 110/15 111/2
111/13 126/6
**reasonable [1]** 127/18
**reasons [5]** 43/25
56/15 81/1 86/3 109/3
**recalling [1]** 39/5
**recap [1]** 116/1
**recapping [1]** 78/13
**receipt [1]** 127/17
**receive [6]** 15/14 29/22
29/25 55/14 117/12
120/6
**received [5]** 18/6 89/19
95/15 97/10 127/20
**receiving [4]** 16/20
29/20 107/10 115/7
**recently [3]** 44/18
45/13 103/20
**Recess [2]** 50/8 115/24
**recircle [1]** 43/7
**recognize [1]** 23/1
**recollection [9]** 24/19
31/17 43/24 77/22 78/3
78/11 109/18 109/20
115/17
**recommendation [1]**

94/13
**recommending [1]**
95/1
**record [33]** 7/13 7/16
10/17 10/23 14/15
14/22 22/23 26/18
27/12 31/24 62/6 66/13
66/14 66/22 66/23
67/12 67/23 83/20
98/22 99/20 105/21
118/7 118/13 118/14
118/16 119/4 119/9
120/17 121/11 122/7
123/12 125/6 127/25
**records [2]** 18/14
88/25
**redacted [1]** 104/24
**redemption [2]** 92/13
92/24 93/1
**reduced [1]** 78/21
**reed [1]** 82/7
**reference [4]** 16/7 53/3
78/20 78/22
**referenced [3]** 107/4
107/13 109/17
**referring [3]** 31/14
94/9 108/15
**reflect [1]** 83/21
**refresh [7]** 24/18 31/16
34/12 77/21 78/3 78/10
85/13
**refusing [1]** 95/9
**regard [1]** 127/18
**regarding [10]** 24/19
37/24 43/25 49/5 68/21
91/19 100/14 100/24
100/25 118/17
**rehired [1]** 72/17
**reintroduce [1]** 45/23
**relate [2]** 63/17 64/20
**related [4]** 40/14 40/22
46/9 63/1
**relationship [4]** 80/5
112/7 120/2 120/4
**relative [2]** 125/11
125/12
**relayed [2]** 88/4 115/15
**relevance [4]** 62/14
79/1 93/14 94/3
**relevant [12]** 8/3 8/4
9/15 23/13 29/15 61/13
62/23 64/10 64/17
64/24 64/25 65/3
**relying [1]** 87/5
**remember [131]**
**remembered [1]**
115/18
**remembers [1]** 109/6
**remind [1]** 24/23
**Remote [1]** 1/11
**remotely [8]** 5/10 61/2
61/6 63/12 63/13 64/10
65/2 124/5
**renew [2]** 62/13 122/15
**repeat [7]** 14/16 14/19

21/7 67/10 67/19 67/22
88/16
**repeated [1]** 97/1
**rephrase [10]** 6/21
38/8 42/24 48/8 52/9
55/10 97/15 98/14
101/22 110/13
**replied [1]** 16/23
**reply [1]** 24/15
**report [2]** 94/9 125/5
**reporter [12]** 1/19
31/21 44/19 61/21 62/9
66/21 123/12 124/13
125/4 125/18 126/24
127/24
**Reporting [1]** 127/1
**represent [2]** 7/23
31/13
**representation [1]**
11/3
**republican [2]** 12/3
12/7
**request [3]** 29/2 29/11
125/8
**requested [5]** 7/9 23/7
61/23 62/10 119/1
**requesting [1]** 7/2
**require [1]** 120/23
**required [2]** 119/18
121/7
**requiring [1]** 94/11
**reread [1]** 87/8
**reside [1]** 7/15
**respect [1]** 66/19
**respected [1]** 17/15
**respond [4]** 97/24
108/14 109/1 109/1
**response [3]** 3/21 29/2
106/4
**responsive [6]** 29/3
29/11 29/20 119/19
120/11 120/12
**rest [1]** 76/19
**restate [2]** 43/13 75/4
**restrict [1]** 104/4
**return [1]** 127/15
**reveal [1]** 37/18
**revealed [1]** 41/13
**revenue [4]** 12/14
12/19 12/25 15/14
**reviewing [2]** 77/12
82/18
**ridiculous [1]** 67/9
**ring [6]** 70/1 95/23
95/24 107/6 107/7
107/8
**rings [1]** 46/9
**risk [1]** 81/10
**RNC [1]** 58/24
**Rodger [1]** 77/24
**roll [1]** 62/3
**room [42]** 20/23 48/11
54/9 54/11 54/12 54/16
54/25 58/19 58/23
58/25 93/25 108/1

**R**

Rosen [1] 42/15
ruin [1] 112/6
rule [3] 29/8 120/2 125/8
rules [4] 6/9 10/1 120/22 127/18
rumors [1] 47/7
run [1] 15/6
running [3] 16/22 60/8 66/16
Russia [4] 47/24 48/10 48/11 49/21

**S**

Sarah [3] 56/11 57/7 59/5
sat [1] 58/2
save [1] 43/6
saving [2] 84/20 84/24
savviness [1] 86/19
savvy [2] 28/13 44/15
saw [3] 10/9 24/3 45/16
schedule [1] 119/7
screen [26] 3/16 6/2 22/4 28/16 30/8 33/17 33/18 33/22 44/16 44/17 50/21 67/13 67/14 67/17 82/6 83/7 86/13 94/10 95/6 95/18 95/21 95/25 97/9 103/18 104/22 114/20
screens [1] 6/5
se [3] 2/3 2/7 66/19
seal [1] 124/8
seamless [1] 6/3
Seat [1] 58/16
second [6] 12/16 82/7 83/12 86/20 115/2 118/16
seconds [1] 121/17
see [31] 22/14 23/5 24/2 30/7 30/16 30/19 31/2 32/14 43/21 44/23 45/2 51/4 51/6 52/16 52/20 53/24 55/19 64/6 65/18 76/17 77/3 77/5 82/8 83/1 83/6 83/15 86/10 86/23 88/8 105/20 119/8
seeing [4] 6/5 105/15 123/9 123/11
seeking [1] 72/7
selectively [1] 29/16
selling [1] 13/25
send [5] 10/19 29/6 63/9 98/9 98/16
senior [1] 54/15
sense [3] 6/24 65/25 105/6
sent [3] 10/18 10/22 97/9
separated [2] 18/11

89/9
September [1] 124/15
seriously [1] 66/18
serve [1] 103/21
served [1] 99/9
services [5] 17/5 53/1 116/5 116/11 117/13
several [1] 55/8
shaking [2] 21/20 31/23
shaky [1] 12/15
share [10] 20/13 22/4 44/16 95/20 95/25 97/3 103/12 103/18 104/22 114/20
shares [1] 104/1
sharing [8] 6/2 28/11 28/16 28/17 44/15 88/8 98/19 104/16
sheet [4] 126/4 126/5 127/13 127/15
shortly [1] 97/16
shot [3] 3/16 82/6 97/9
showed [2] 45/11 73/18
showing [3] 24/16 30/18 33/18
shows [1] 74/16
sic [1] 11/17
sign [4] 76/25 125/9 126/4 127/14
Signature [1] 128/5
significant [1] 14/8
significantly [1] 16/12
signing [1] 128/3
similar [1] 34/18
simply [2] 61/14 97/1
Simultaneous [60] 9/6 12/17 13/12 15/5 19/17 23/9 23/15 26/8 26/25 33/15 35/8 35/24 36/4 38/4 39/2 39/25 40/24 56/3 57/21 58/6 59/15 61/15 62/4 62/21 63/18 64/2 65/15 69/6 69/16 70/12 71/14 73/13 74/3 76/8 76/12 80/9 80/12 80/16 82/21 83/11 83/19 83/23 84/15 85/9 101/10 103/1 109/11 111/5 111/20 112/24 113/2 113/22 118/5 120/16 121/10 121/15 122/5 122/8 122/17 123/2
Sincerely [1] 127/21
single [2] 82/5 114/10
sit [1] 56/19
sitting [2] 49/13 100/16
situation [3] 39/11 47/8 119/22
six [2] 13/24 36/14
skylar [2] 2/21 127/9
sleezy [1] 74/13

small [2] 51/5 93/16
snuck [1] 103/8
so-called [1] 73/9
software [1] 15/7
Sollenberger [1] 77/24
solve [2] 90/14 90/19
someone [13] 16/6 48/13 65/1 70/21 71/16 73/18 85/1 91/1 102/8 116/11 116/12 116/15 116/15
sometimes [2] 15/22 104/14
somewhere [2] 70/8 76/1
son [1] 95/10
sorry [57] 11/6 11/15 12/15 14/18 18/2 21/7 21/20 27/24 28/7 31/9 32/4 34/8 34/14 34/20 34/21 34/24 35/2 35/11 35/13 35/17 36/24 40/2 43/17 44/7 44/12 52/4 52/15 55/7 55/23 59/11 60/5 60/19 70/16 77/15 78/6 80/11 80/14 80/20 83/5 84/21 84/23 88/16 88/16 90/2 90/17 90/23 94/17 96/18 96/19 101/9 102/22 103/25 104/13 109/23 114/9 116/14 118/6
sotto [3] 78/17 79/10 95/19
sound [1] 93/5
sounds [3] 24/16 24/17 104/14
soured [1] 111/19
SOUTHERN [3] 1/2 120/1 120/22
speakers [60] 9/6 12/17 13/12 15/5 19/17 23/9 23/15 26/8 26/25 33/15 35/8 35/24 36/4 38/4 39/2 39/25 40/24 56/3 57/21 58/6 59/15 61/15 62/4 62/21 63/18 64/2 65/15 69/6 69/16 70/12 71/14 73/13 74/3 76/8 76/12 80/9 80/12 80/16 82/21 83/11 83/19 83/23 84/15 85/9 101/10 103/1 109/11 111/5 111/20 112/24 113/2 113/22 118/5 120/16 121/10 121/15 122/5 122/8 122/17 123/2
speaking [1] 42/15
specific [3] 29/11 49/12 72/25
specifically [4] 25/24 40/11 49/16 59/1
specifics [1] 20/14
speed [4] 31/13 86/11

86/14 101/25
spend [1] 8/16
spending [1] 74/12
spent [1] 93/15
spoken [5] 36/17 37/6 67/15 98/1 117/25
staff [1] 89/18
staffer [1] 93/11
stamp [2] 75/25 76/6
stamped [6] 23/21 28/24 32/24 33/1 33/3 45/15
standard [2] 41/18 119/17
STANLEY [5] 2/18 7/20 11/10 36/24 127/6
start [2] 17/1 105/5
started [2] 19/12 19/13
starting [2] 63/8 106/7
state [10] 1/19 5/6 7/12 7/17 26/17 98/22 99/19 124/2 124/14 124/17
STATES [1] 1/1
stating [4] 9/2 16/21 108/15 109/4
Statute [1] 127/18
staying [1] 17/22
Stenographic [4] 1/19 124/13 125/18 127/24
stenographically [1] 125/5
Steve [1] 56/8
still [15] 9/16 12/1 29/20 36/2 38/20 41/25 60/16 62/19 66/22 83/15 95/23 105/11 116/2 116/4 118/1
stipulation [1] 5/2
stop [9] 28/10 44/15 63/21 66/8 70/6 88/8 97/3 98/19 104/16
stopping [1] 65/13
story [5] 17/2 110/16 111/3 111/14 115/16
stream [4] 3/9 30/1 30/14 33/6
Street [4] 2/11 2/19 127/1 127/7
strike [1] 80/15
string [4] 3/15 33/24 77/9 104/25
strongly [1] 41/23
struggling [1] 80/6
stuff [2] 92/21 102/13
stupid [1] 17/11
style [1] 80/6
styled [2] 1/21 127/13
subject [3] 53/15 112/19 126/20
subjected [1] 107/5
subordinate [2] 91/2 91/9
substance [1] 126/20
suddenly [4] 21/18 25/18 26/4 78/21

sued [1] 109/13
suggest [3] 10/5 41/23 54/4
suggested [4] 87/7 90/5 90/7 127/16
suggesting [1] 81/8
suing [4] 73/5 85/17 85/22 87/25
Suite [1] 127/1
summer [6] 70/8 70/25 72/3 87/4 91/16 114/6
support [4] 12/3 12/4 12/6 29/9
supporter [1] 12/2
supposed [3] 73/1 84/10 122/2
suring [1] 73/6
surprised [1] 105/2
surrogate [2] 56/1 56/23
survive [1] 14/3
suspicion [2] 90/22 90/24
suspicious [2] 91/24 92/18
SW [1] 2/3
sworn [2] 5/10 124/6
sympathize [1] 119/7
synopsis [1] 17/11

**T**

talented [2] 27/15 94/22
talks [1] 79/3
tape [1] 62/3
team [2] 24/13 116/18
tech [4] 28/13 44/15 86/19 86/19
technology [1] 15/7
Telephone [1] 2/12
Telephone:202 [2] 2/20 127/8
Telephone:202-302-70 49 [2] 2/20 127/8
Telephone:305 [1] 2/4
Telephone:305-510-34 00 [1] 2/4
temporarily [1] 63/5
ten [6] 11/22 13/9 22/12 25/17 26/5 121/17
Tennessee [1] 125/3
term [1] 73/9
terminated [3] 31/15 43/1 43/25
termination [2] 32/10 37/13
terms [1] 23/6
testament [1] 30/1
testified [2] 5/10 69/5
testify [3] 87/13 87/23 103/21
testimony [6] 6/14 50/12 50/17 92/4 111/7 125/7

**T**

**Texas [1]** 7/18
**text [20]** 3/7 3/9 3/10
4/5 30/14 30/19 30/20
31/8 33/5 33/23 42/5
83/3 84/20 84/24 95/14
97/9 98/4 100/6 100/13
114/24
**texted [1]** 104/2
**texting [2]** 44/7 78/7
**texts [1]** 22/10
**thereafter [1]** 97/16
**therein [1]** 120/4
**thinking [2]** 16/22
102/23
**third [3]** 23/4 98/24
119/20
**third-party [1]** 23/4
**thousand [1]** 12/24
**threats [1]** 98/10
**three [2]** 88/1 106/13
**throughout [2]** 63/7
80/7
**throw [3]** 93/22 95/6
95/18
**thumbs [1]** 24/15
**tile [1]** 69/25
**title [2]** 69/24 69/25
**today [13]** 5/3 10/14
36/19 38/15 41/16
48/24 49/6 50/6 64/12
111/19 116/6 119/8
123/8
**together [4]** 93/16
104/5 104/10 104/12
**took [4]** 67/2 67/4
67/13 67/14
**top [8]** 52/14 52/15
56/20 58/22 90/9
104/23 106/7 106/13
**top-level [1]** 58/22
**topics [2]** 29/14 64/19
**towards [2]** 48/22 49/4
**transcript [10]** 125/6
125/9 126/2 126/3
127/14 127/16 127/17
127/19 127/20 128/3
**transparency [1]** 117/6
**treat [3]** 66/19 66/20
66/20
**treatment [1]** 95/10
**trick [1]** 88/7
**Tromp [1]** 18/12
**trotting [1]** 20/25
**true [21]** 107/8 110/6
110/8 110/9 111/9
111/12 111/17 111/25
112/1 112/4 112/5
112/6 112/25 113/3
113/5 113/9 115/11
115/12 115/15 125/6
126/19
**truly [1]** 34/8
**TRUMP [80]** 1/8 3/11

3/14 4/5 11/13 12/10
15/12 15/15 15/17 16/3
16/8 17/3 17/8 17/20
18/3 18/5 18/7 18/8
18/10 18/13 28/4 32/9
32/21 33/24 36/3 36/11
39/14 40/22 44/24
46/11 46/13 46/15
46/16 47/4 47/14 47/18
47/23 48/15 49/19
51/15 52/5 52/11 52/19
53/1 53/2 53/3 53/6
53/6 53/14 54/3 74/13
79/23 80/5 81/3 81/22
92/17 100/24 101/3
101/7 101/13 103/8
104/5 107/5 107/13
108/2 109/9 109/13
110/16 112/7 113/12
113/16 113/24 114/12
116/22 116/22 117/2
117/17 117/19 126/1
127/10
**Trump's [6]** 12/2 12/5
16/21 33/3 46/10 52/6
**Trumps [1]** 44/24
**trust [4]** 41/7 90/15
90/20 90/21
**truth [1]** 113/4
**truthful [1]** 111/19
**try [6]** 15/7 50/6 51/8
59/1 92/19 118/16
**trying [16]** 14/2 15/1
35/12 40/16 43/6 46/23
49/14 62/18 64/19
86/13 94/10 95/7 96/19
103/20 104/3 119/6
**turn [2]** 86/18 105/17
**turned [1]** 67/9
**TV [7]** 20/10 20/16
37/11 42/20 42/21
47/24 49/20
**tweet [9]** 3/19 3/20
3/21 86/12 95/8 95/11
95/24 96/16 97/11
**tweeted [3]** 95/25
96/17 97/11
**tweeting [4]** 95/8 95/12
96/5 96/23
**tweets [1]** 100/5
**twice [2]** 5/23 93/8
**Twitter [3]** 37/10 38/22
38/25
**two [17]** 6/5 10/4 10/11
10/16 13/4 22/11 30/19
30/20 49/15 79/24 80/1
92/8 100/22 115/21
115/22 118/9 121/12
**two-minute [1]** 115/22

**U**

**U.S [1]** 95/2
**unclear [1]** 47/3
**under [23]** 17/10 29/8
29/10 47/17 48/10

48/12 49/11 49/17
63/14 70/20 80/3 85/2
95/3 107/15 109/15
113/4 116/12 117/1
120/13 122/13 122/25
126/19 127/18
**underbidding [1]**
16/12
**undersigned [1]** 124/4
**unfortunately [1]**
39/13
**UNITED [1]** 1/1
**unless [4]** 8/6 62/18
99/19 122/10
**unmuted [1]** 67/18
**unnecessarily [1]**
121/22
**unpack [1]** 64/22
**unquote [3]** 27/4 47/24
86/1
**unusual [1]** 53/2
**up [39]** 8/24 15/1 15/2
16/8 16/11 23/17 24/15
31/13 44/17 49/2 51/23
51/23 52/14 53/24
68/16 69/8 74/16 75/20
79/16 86/11 86/14
93/23 94/10 95/6 95/18
101/25 104/1 105/9
105/23 106/5 106/17
110/11 110/16 111/3
111/13 111/16 111/18
115/23 121/22
**upset [1]** 115/11
**urging [1]** 47/23
**utilized [1]** 29/22

**V**

**VA [1]** 94/21
**vendor [3]** 57/13 88/14
88/18
**verbally [1]** 93/25
**verbatim [1]** 94/25
**versus [2]** 43/22 99/5
**Veterans [1]** 94/14
**via [4]** 15/15 105/7
119/18 127/15
**video [3]** 1/11 83/14
105/17
**view [2]** 57/14 111/23
**violate [2]** 10/1 41/15
**violation [1]** 122/1
**visible [1]** 83/21
**vision [1]** 22/6
**visiting [1]** 47/13
**visual [3]** 50/24 55/1
67/18
**voce [3]** 78/17 79/10
95/19
**vs [3]** 1/7 126/1 127/10

**W**

**wait [5]** 25/12 31/25
38/7 79/2 96/18
**waive [2]** 127/14 128/3

**Waiver [1]** 128/1
**waiving [5]** 76/4 76/15
76/18 76/24 82/11
**Wall [1]** 2/11
**WALTON [2]** 124/3
125/2
**war [8]** 20/22 54/9
54/16 54/25 58/19
58/22 58/25 93/25
**Washington [2]** 2/19
127/7
**water [2]** 6/13 67/3
**website [3]** 16/11
16/16 17/19
**websites [1]** 16/17
**week [2]** 19/14 120/6
**weeks [3]** 34/22 35/2
35/15
**whatever's [1]** 74/23
**White [13]** 47/13 47/16
55/2 55/14 56/10 56/14
57/4 59/13 59/17 79/19
80/7 90/7 90/9
**whole [4]** 24/25 30/21
32/25 106/11
**wife [1]** 52/6
**William [1]** 95/10
**winning [1]** 16/12
**withstanding [1]** 92/25
**witness [14]** 2/22 3/1
5/5 5/9 23/4 26/16
26/23 27/3 64/20 69/4
112/21 124/8 125/7
125/8
**witness's [2]** 110/20
112/13
**woman [2]** 16/7 66/17
**women [5]** 93/2 101/16
102/2 102/17 107/4
**WOODWARD [30]** 2/18
2/18 7/20 7/22 7/25
8/13 9/20 10/8 10/18
26/16 26/19 41/7 62/11
64/23 66/15 67/13
83/13 84/5 85/3 87/6
87/7 99/5 105/3 106/22
116/1 116/23 118/1
118/20 127/6 127/6
**Woodward's [2]**
116/10 117/18
**word [2]** 34/20 34/24
**wording [1]** 34/18
**words [3]** 72/13 89/4
123/6
**works [2]** 58/10 62/5
**world [3]** 39/14 104/5
112/7
**worth [2]** 16/15 85/19
**wrap [1]** 115/23
**write [2]** 24/12 32/4
**writing [3]** 42/5 78/7
78/21
**written [1]** 120/24
**wrongdoing [2]** 108/11
108/11

**wrote [2]** 34/14 107/6

**X**

**XYZ [1]** 114/13

**Y**

**year [15]** 17/23 18/19
18/20 18/21 18/21
18/22 19/7 39/8 69/9
74/13 79/9 83/3 84/3
85/5 109/8
**years [8]** 13/23 13/24
18/24 36/14 39/10
99/16 114/7 117/15
**yesterday [2]** 10/10
29/19
**YORK [5]** 1/2 2/12 54/7
120/2 120/22

**Z**

**zoom [4]** 28/14 51/5
83/8 105/7
**zooming [1]** 51/8