1            UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF NEW YORK

3          CASE NO. 19-CV-11764 (AT) (KHP)

4

5   ARLENE DELGADO,

6          Plaintiff,

7   vs.

8   DONALD J. TRUMP FOR PRESIDENT,
    ET AL.,

9

          Defendants.

10  _____

11

    LOCATION:            Remote Audio-Video
12                       Communication

13  DATE:                May  7, 2024

14  TIME:                10:00 AM ET to 12:35 PM ET

15

16              Volume 2

17    CONTINUATION DEPOSITION OF BRADLEY PARSCALE

18     Taken before Leila Harris, LCR, Stenographic

19  Court Reporter, Notary Public State of Florida,

20  pursuant to Notice of Taking Deposition in the

21  above-styled cause.

22

23

24

25



```
1   APPEARANCES:

2

3   ARLENE DELGADO, PRO SE PLAINTIFF
    1065 SW 8th Street, PMB 609
4   Miami, FL 33130
    Telephone:305-510-3400
5   Email:adelgado@harvard.edu; ajdelgado@outlook.com

6

7            Pro Se Plaintiff

8

9   JARED BLUMETTI, ESQUIRE
    LHGKC&M
10  40 Wall Street
    32nd Floor
11  New York, NY 10006
    Telephone: 212-530-4831
12  Email: jblumetti@lhrgb.com; pmcppartland@lhrgb.com

13           Attorney for Defendant

14

15  STANLEY WOODWARD, ESQUIRE
    Brand Woodward Law
16  2001 K Street NW
    Washington, DC 20006
17  Telephone:202-302-7049
    Email:stanley@brandwoodwardlaw.com;
18  skylar@brandwoodwardlaw.com

19  -and-

20  JEFFREY GAVENMAN, ESQUIRE
    Schulman Bhattacharya
21  6166 Executive Boulevard, Suite 425
    North Bethesda, MD 20852
22  Telephone:240-356-8553
    Email:jgavenman@schulmanbh.com

23

24           Attorneys for the Witness

25
```



```
1                    INDEX OF WITNESS

2    BRADLEY PARSCALE

3    Examination By Ms. Delgado              133

4                  INDEX OF EXHIBITS

5    Exhibit No.                             PAGE

6    14        Exclusive:  Former Trump Aide  149
               Jason Miller Admits to Hiring
7              Prostitutes in 2015 and 2017.
               July 16th, 2019
8
     15        Article Concerning Mr.          165
9              Lansing's Payout from the 2016
               Campaign
10
     16        Politico Article February 2017  166
11
     17        AP Article                      196
12
     18        Daily Mail Article September    201
13             11th, 2019

14   19        SV Article Containing           214
               Information about Purchases
15             made by Mr. Parscale

16   20        New York Times Article from     218
               October of 2019
17
     21        Information about Payments      226
18             made to Cambridge Analytica

19   22        Information about Payments      232
               made to Kasowitz Benson Torres
20
     23        E-mail Correspondence to Mr.    237
21             Woodward

22   24        Attachment to Exhibit 24        239
               E-mail Correspondence
23             Affidavit

24   25        Reuters Article                 247

25   CERTIFICATE OF OATH                       249
```



1   CERTIFICATE OF REPORTER                    250

2   ERRATA SHEET                               251

3   Read and Sign Letter                       252      1

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1              P R O C E E D I N G S

 2                   BRADLEY PARSCALE

 3    was called as a witness, and after having been first

 4    remotely duly sworn was deposed and testified as

 5    follows:

 6              THE WITNESS:  Yes, ma'am.

 7              THE STENOGRAPHER:  All right.  Thank you.

 8              And I do have my quick little stipulation

 9         just because this is a remote and the witness

10         and I are not in the room together.

11              Pursuant to stipulation, the oath

12         administered by me here today will have the

13         same force and effect as if it were being given

14         to the witness while they were physically

15         present before me in the State of Florida and I

16         were acting in my capacity as a Florida Notary.

17              Okay.  We are all set to begin.

18                     EXAMINATION

19    BY MS. DELGADO:

20         Q    Okay.  Good morning, Mr. Parscale.

21         A    Hello.  How are you?

22         Q    Great, great.

23              MS. DELGADO:  Oh, and -- sorry.

24              Leila, could we have a quick -- since I

25         missed it.  Appearances were already done.
```



```
 1      Who's on the -- on the Zoom?  I missed the
 2      appearances.
 3            MR. WOODWARD:  On behalf of Mr. Parscale,
 4      you have Stanley Woodward and Jeffrey Gavenman.
 5            MS. DELGADO:  Thank you.
 6            And Mr. Blumetti's on as well?  I think
 7      he's --
 8            MR. BLUMETTI:  Yeah.
 9            MS. DELGADO:  Okay.  Thank you.
10  BY MS. DELGADO:
11      Q    Okay.  Mr. Parscale, same as last time, is
12  it okay if I refer to you as Brad?
13      A    Please.
14      Q    Okay.  Thank you.  Feel free to call me
15  AJ.
16      A    Yep.
17      Q    Same ground rules as last time.  Any time
18  you need to take a break, just let me know.
19            MS. DELGADO:  Same goes for anybody on the
20      Zoom.  Leila, you as well.  Breaks for water,
21      bathroom, calls, whatnot.
22  BY MS. DELGADO:
23      Q    Please just don't discuss your testimony,
24  Brad, with your attorneys.  I don't -- I know we
25  have three hours today.  I don't imagine it will
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

1    take up to three hours.  Most of this is just

2    questions I didn't get to last time; so hopefully,

3    the sooner we can conclude, we will.

4        **A    I appreciate that.**

5        Q    Sorry?

6        **A    I said I appreciate that.**

7        Q    Absolutely.

8             And if you notice that I'm jumping

9    around, it's probably just because it's a

10   continuation of the last deposition.  It's not meant

11   to be a trick question.  It's just a combination --

12       **A    No worries.**

13       Q    -- of that and my lack of organizational

14   skills.  The same thing happened when I deposed

15   Kellyanne, so it's -- you'll notice I'm not going by

16   topic or by chronological order.  That's just the

17   way my crazy notes are, so don't read into that.

18   Feel free.

19             Okay.  And if you don't understand

20   any question, let me know.  Or if I need to rephrase

21   anything, please let me know, and I'll rephrase it

22   so you understand it.  And try not to answer with

23   uh-uh or uh-huh or shake of the head or a nod of the

24   head so the court reporter can get everything down

25   verbally.



```
 1        A     Yes, ma'am.

 2        Q     Okay.  Thank you.

 3              All right.  Let's get started.

 4              Brad, do you know the name Justin

 5   Clark?

 6        A     Yes, ma'am.

 7        Q     Who was Justin Clark?  Or who is he, if

 8   he's still alive?

 9        A     I don't remember his title.  He worked in

10   the 2020 campaign.  I don't remember if he worked in

11   the 2016 campaign.  I can't remember.

12              The 2020 -- he worked for me in 2020.

13   I don't remember his title, though.  I don't know

14   what you mean by "who is he."  He's a guy who worked

15   for me.

16        Q     Fair enough, yes.

17              He worked with you.  What did he do

18   on the 2020 campaign?

19        A     He worked with Bill Stepien to -- man.

20   Give me a second to -- I'm trying to remember.

21              He worked back in the political

22   division and -- he did an assortment of things.

23   I -- he was kind of a -- a rover in some ways.  I

24   couldn't tell you exactly what he did.

25              He -- he was Bill Stepien's assistant
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

1    in the political division that was mostly focusing

2    on state-based primary elections early on, focusing

3    on election integrity, things like that.  You know,

4    back -- honestly, the least part I was connected to,

5    like, on a day-to-day basis.  Like, it was -- it

6    was -- they would come up with these plans, and then

7    they would go implement them on the ground.  Very

8    state mixed.

9        Q    Was he also an attorney?

10        A    I believe so, but I did not use him in

11    that capacity.

12        Q    Right.  I don't mean you personally.

13    Understood.

14        A    Yeah.

15        Q    Okay.  Do you recall a name by Hannah

16    Castillo a name --

17        A    Yes.

18        Q    Okay.

19        A    Yes.

20        Q    What was her role in the campaign?

21        A    She was my -- what's it called.

22            Like, Women for Trump, everything,

23    my -- my coalitions director.  I can't remember her

24    exact title, but she was the director of coalitions

25    probably.  I can't remember the title we gave her,



```
 1   but something like that.
 2       Q    And did she continue working through the
 3   election?
 4       A    I believe not.  She exited the campaign, I
 5   believe, after I did.
 6       Q    Why was that?
 7       A    I -- I was not there to know exactly why.
 8   I -- she told me she left a month or two later,
 9   mainly saying that the campaign was a whole
10   different operation after I left.  But I can't --
11   she never gave me an exact purpose.
12       Q    And do you recall that Ms. Castillo was a
13   new mom at the time?  Had a -- had a young child?
14       A    Yes.  Yes, I did.
15       Q    Approximately how old was the child?
16       A    I mean, I think the -- she was born during
17   the campaign; and I remember her coming to me and
18   saying, I would like, you know -- I talked her into
19   staying with the baby, and she thought she would
20   have to quit, having the baby.  And I talked her
21   into staying in the campaign and said that you could
22   bring your baby into the campaign.  That's all -- I
23   remember -- she also was just months old when I
24   left.
25       Q    Okay.  And you said you don't know why she
```



1    left because she left after?

2        **A    She left after I left, but I'm -- I mean,**

3    **I didn't -- I didn't have a lot of transparency of**

4    **the operation of the campaign after I left.**

5        Q    Sure.  Understood.  That's fair.  Okay.

6                Was Michael Cohen part of the

7    campaign in 2016?

8        **A    Can you ask more detail?  Like, I don't**

9    **know if -- what -- in what capacity you mean.  Like,**

10   **official employee?  What are you asking me?**

11       Q    Would you consider Michael Cohen to be

12   part of the 2016 campaign as a staffer or an

13   independent contractor?

14       **A    He was there.  I couldn't -- I wouldn't**

15   **have transparency to what his actual employment was**

16   **in the campaign, but he obviously was part of it.**

17       Q    At what point in 2016 did Kellyanne Conway

18   become the campaign manager?

19       **A    What month?  Or what -- what were you...**

20       Q    Sure.  That's terribly worded.  I agree.

21                What month?

22       **A    Oh, you're testing me.**

23                **I can only guess, but it was after**

24   **convention, after Paul Manafort left.**

25                **My -- my --**



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

```
 1        Q    So give me --

 2        A    If you want me to guess, I could guess

 3   August, early September.  But that would be a --

 4   obviously, a guess.  I just remember it was after

 5   Paul Manafort left.  But it's been ten years almost,

 6   as you know.

 7        Q    And so -- and the campaign, when would you

 8   say, what month and year did it begin, roughly?

 9        A    The exploratory committee or the campaign?

10        Q    The campaign.

11        A    Campaign started in -- two days before his

12   birthday, I believe, or two days after his birthday.

13   June of 2015.

14        Q    So Kellyanne Conway would have entered a

15   little over a year later?

16        A    Kellyanne did not enter until after Ted

17   Cruz.  She was with Ted Cruz at the beginning of the

18   primary, I believe; and then -- I can't remember

19   when she showed up at the offices, but was not

20   really in an official capacity till -- as campaign

21   manager in title until after convention.

22        Q    So that would be late summer 2016; is that

23   correct?

24        A    I would -- I would agree with that

25   framing.
```



```
 1      Q    Okay.  So would you agree that a woman was
 2   not made campaign manager until over a year into the
 3   election effort; is that accurate?
 4      A    Yes.
 5      Q    Okay.
 6      A    Corey was not a woman.
 7      Q    Nor was Paul Manafort, that I know of.
 8      A    Paul Manafort's title was campaign
 9   chairman.
10      Q    But he functioned as a campaign manager,
11   correct?
12      A    Yes, ma'am.
13      Q    Okay.  Do you recall a woman named Corinna
14   from data or phone bank?
15      A    I can't recall.  It sounds familiar.
16   Can't recall.
17      Q    Okay.  Can you think of any examples of
18   what Kellyanne Conway did, if anything, to elevate
19   women during the campaign?
20           MR. BLUMETTI:  Objection to form.
21      A    I -- I -- can you be a little more --
22           MS. DELGADO:  Jared, I'm happy --
23      A    Can you be a little more specific?
24           MS. DELGADO:  Sorry.  I know there was an
25           objection to form.  I'm happy to rephrase it if
```



```
1       you'd like to specify what's problematic.
2            MR. BLUMETTI:  The use of the phrase "if
3       anything."  It was just a little bit -- you
4       know, if you can give him specific examples.
5            THE STENOGRAPHER:  Sorry.  Who made that
6       objection?
7            MR. BLUMETTI:  That was Jared Blumetti.
8            THE STENOGRAPHER:  Okay.  I'm sorry.  For
9       some reason, Jared, you weren't lighting up, so
10      I apologize for that.
11           MS. DELGADO:  Okay.  I'll rephrase it.
12  BY MS. DELGADO:
13      Q    Can you give me any examples of anything
14  Kellyanne Conway did that you can think of to
15  elevate women during the campaign?
16      A    I -- AJ, I can't remember a specific
17  example.  I mean, women were a big part of the
18  campaign.
19      Q    Any specific -- specific examples of
20  Kellyanne?
21      A    No, I don't remember.  I don't remember.
22  If you gave me a specific example, I might remember
23  it.  I just can't remember one.
24      Q    Okay.  Is it accurate to say that the
25  Mercers recommended that Kellyanne be made campaign
```



1  manager?

2      **A    It's not where it started.**

3      Q    Right.  Not asking where --

4      **A    I don't -- I wasn't part of any meetings**

5  **with the Mercers where they might have recommended**

6  **it, so that's possible.  I wasn't -- I wasn't**

7  **present.**

8      Q    So when you say "it's not when it

9  started," what -- what do you know about it?

10     **A    The -- the early ideas of having a female**

11 **campaign manager came from -- from me.**

12     Q    Okay.  Could you tell me more about that?

13     **A    I just felt that, under the circumstances**

14 **of the campaign, it would be good to have a female**

15 **campaign manager and show the president was positive**

16 **towards females and that a female could lead it.**

17 **And I thought it would be -- I thought it would be**

18 **positive for the campaign messaging to have a female**

19 **campaign manager.**

20     Q    Okay.

21     **A    However, I don't know if I was first.  I**

22 **know that I was one of the first people talking**

23 **about it openly.**

24     Q    Okay.  To clarify -- well, let's come back

25 to that.



1              You stated earlier that you'd given

2    Jason Miller a job with the 2020 campaign because

3    you believe in, quote, redemption; is that correct?

4         **A    That's not why I gave him a job.  I didn't**

5    **have a problem with what occurred under the**

6    **circumstances.  It's not the why, though.**

7         Q    You said you did -- I'm sorry.  To -- you

8    said just now that you didn't have a problem with

9    what had occurred?

10        **A    Yeah.  It was redemption.  I mean, I -- I**

11   **don't know exactly -- I didn't have -- I felt like**

12   **people could -- could get better on things.  I mean,**

13   **I think that there is always -- I think that's --**

14   **that's an opportunity that could happen, yes.**

15             **I wasn't happy about it, but I also**

16   **thought that, you know, people deserve redemption.**

17        Q    Did you have any concern or trepidation in

18   terms of bringing Miller on but having denied me,

19   which we spoke about earlier, the opportunity to

20   come on?

21             MR. WOODWARD:  Object to the form.

22             MS. DELGADO:  Okay.  I'll rephrase it.

23   BY MS. DELGADO:

24        Q    Earlier, we spoke, the 2020 campaign,

25   being aware that I had inquired about a job and that



1   job offer not being extended, correct?

2       **A    Yes.**

3           MR. WOODWARD:  Object to the form.

4   BY MS. DELGADO:

5       Q    And did you have any misgivings about then

6   bringing Jason Miller on?

7           MR. WOODWARD:  Object to the form.

8   BY MS. DELGADO:

9       Q    You can answer.

10      **A    Yes.  I mean, I had plenty of doubt.  You**

11  **know, that was -- that was one of my -- that was a**

12  **tough hire under the circumstances.  I had plenty of**

13  **misgivings about what I thought could happen in that**

14  **situation from punch -- from publicity to my own**

15  **relationship with the President.  You know, I had a**

16  **lot of misgivings on that.**

17          **I thought I didn't -- by the time I**

18  **hired him, I -- I really -- I felt like it was**

19  **something I had to do to -- to save where the**

20  **campaign was at the time.**

21      Q    Did you see a problem with or have any

22  concern about having denied the -- the woman in this

23  case, being myself, a job in summer 2019?  And when

24  I say "you," I mean the campaign.

25          And then --



```
 1            MR. WOODWARD:  Object to -- object to the
 2        form.
 3            MS. DELGADO:  Okay.  I was halfway through
 4        the question, so I'll just -- glad to take the
 5        advice.  Let me -- I'll rephrase it.
 6    BY MS. DELGADO:
 7        Q    Is it correct that, in 2016, Jason Miller
 8    impregnated me?  Were you aware of that -- of the
 9    reports on that?
10            MR. WOODWARD:  Object to the form.
11        A    Yes, I was aware, obviously.
12    BY MS. DELGADO:
13        Q    Okay.  And we've established -- correct me
14    if I'm wrong -- that, in summer 2019, I reached out
15    to the campaign for a position; is that correct?
16            MR. WOODWARD:  Object to the form.
17        A    Yes.
18    BY MS. DELGADO:
19        Q    And we've established that, in summer
20    2020, the campaign hired Jason Miller; is that
21    correct?
22            MR. WOODWARD:  Object to the form.
23            MS. DELGADO:  Let me just rephrase them
24        both so we spare ourselves the trouble.
25
```



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

```
 1   BY MS. DELGADO:
 2        Q    Is it correct that I reached out for a job
 3   in the summer of 2019 with the campaign?
 4        A    I don't remember the year; but yes, you
 5   did.  I can't remember if it was '18 of '19, yes.
 6        Q    Okay.
 7        A    While I was campaign manager, yes.
 8        Q    Correct.
 9                  And I did not receive that job, did
10   I?
11        A    Yeah -- no.
12        Q    Okay.  And in circa summer 2020, was Jason
13   Miller hired?
14        A    It was definitely 2020.  I don't -- what's
15   the first word you used?
16        Q    Summer.
17        A    Summer?  I can't -- I think it was
18   post-COVID.
19             MR. WOODWARD:  I think the word was circa.
20             THE WITNESS:  Circa?  Okay.
21   BY MS. DELGADO:
22        Q    It just means, like, ballpark.  Around --
23        A    Yeah, I -- I couldn't understand what you
24   said.  I apologize.
25        Q    Okay.  Around summer 2020.
```



1      **A    Post-COVID.  That's kind of what I**
2  **remember.**

3      Q    I know you know what circa means.  I
4  didn't mean to offend.  I know you have --

5      **A    Yeah.  Yeah.**

6      Q    -- an extensive vocabulary.

7      **A    I just don't -- I just -- I don't remember**
8  **if it was summer or spring or what it was, but it**
9  **was post-COVID.**

10     Q    Okay.  In 2020; is that correct?

11     **A    Yes, during COVID.**

12     Q    So did you have any misgivings, or anyone
13  at the campaign, about denying AJ a job but bringing
14  on Miller?

15         MR. WOODWARD:  Object to the form.

16         MR. BLUMETTI:  Same objection.

17     **A    I -- I don't think that came up, honestly.**
18  **But was there misgivings about hiring Jason and his**
19  **circumstances and -- and was it -- was it weighed in**
20  **the benefits and the -- and the negatives?  Yes.**

21  BY MS. DELGADO:

22     Q    Okay.  And you spoke of redemption.  In
23  your definition of redemption, does redemption first
24  require atoning for what one did?

25         MR. WOODWARD:  Objection.



1      **A      I mean -- I had no idea at that point of**
2  **what the true story was.  I had only -- I was**
3  **getting one side of the story.**
4  BY MS. DELGADO:
5      Q    Which -- whose side?
6      **A      I mean, the -- the side that people were**
7  **telling me.  I -- I didn't have your side of it at**
8  **that point.  I didn't know exactly what was going**
9  **on, and I felt at that time that, I guess -- I can't**
10  **remember exactly what I felt.**
11      Q    But you were aware that Jason Miller, in
12  2016, had impregnated a subordinate; were you not?
13          MR. WOODWARD:  Objection.
14      **A    Yes.**
15  BY MS. DELGADO:
16      Q    Okay.  I want to show you an exhibit.
17      **A    Okay.**
18      Q    Here I go trying to conquer Zoom.  We're
19  going to test --
20          THE STENOGRAPHER:  Continuing from the
21      last deposition, this will be Number 14.
22          MS. DELGADO:  Thank you, Leila.
23                  (Exhibit 14 was marked for
24                  identification)
25



1  BY MS. DELGADO:

2      Q    So I am going to do share screen.  And --

3  and that other Delgado, same as last time, is -- is

4  me.  That's just my exhibits.

5              Are you able to see the screen, Brad?

6      **A    Yes.**

7      Q    Okay.  Can you tell -- can you read the

8  headline of that and tell me the date, please?

9              MR. WOODWARD:  Object to the form.

10     **A    Exclusive:  Former Trump Aide Jason Miller**

11  **Admits to Hiring Prostitutes in 2015 and 2017.**

12  **July 16th, 2019.**

13  BY MS. DELGADO:

14     Q    So did this article come out before you

15  hired Jason?

16     **A    I can't recall -- I mean, it -- yes, it**

17  **came out before.  You asked me if I remember or --**

18  **what'd -- what'd you ask me?**

19     Q    No.  Just did this article come out before

20  you hired Jason?

21     **A    Yes.**

22              MR. WOODWARD:  Object to the form.

23  BY MS. DELGADO:

24     Q    Okay.  Was this article published,

25  according to the headline, before you hired Jason?



```
 1            MR. WOODWARD:  Object to the form.
 2       A    Yes.
 3  BY MS. DELGADO:
 4       Q    Okay.  And -- let's see.
 5            I'm scrolling down because I want to
 6  show you...
 7            In bold, there's a name there,
 8  Catherine Frazier.  Do you see that?
 9       A    Yes.
10       Q    Okay.  And it states that Mr. Miller had
11  had another affair with a woman named Catherine
12  Frazier while working for Senator Ted Cruz's
13  presidential campaign.  Is that correct?
14            MR. WOODWARD:  Object to the form.
15  BY MS. DELGADO:
16       Q    Or you're -- you're free to read it
17  yourself.
18       A    Yeah.  I mean, I -- I -- what -- what do
19  you want me to do?  You want me to read it, or you
20  want me to -- I'm sorry.  There was people --
21       Q    Sorry.  Is it -- am I reading it correctly
22  that it says Mr. Miller had another affair -- it
23  uses the word affair -- with Catherine Frazier, who
24  worked with Mr. Miller on Senator Ted Cruz's
25  campaign when --
```



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

```
 1              MR. WOODWARD:  Object to the form.
 2    BY MS. DELGADO:
 3        Q    -- when Mr. Miller was working on it?
 4              MR. WOODWARD:  Object to the form.
 5        A    Yes, that's what it says.
 6    BY MS. DELGADO:
 7        Q    Okay.  Earlier, you had stated that the
 8    reason you weren't concerned about Mr. Miller
 9    conducting himself in a concerning manner again is
10    because you didn't think somebody would do something
11    stupid twice.
12              Is that correct, or words to that
13    effect?
14              MR. WOODWARD:  Object to the form.
15        A    I -- I -- I think I said it again, but I
16    can't remember -- I don't know if it's twice, three
17    times, or what.  I fell under the circumstances at
18    that point, like, it would be dumb.  Also, it was
19    COVID.  We weren't even in the office at that time.
20    I -- I -- I -- no, I didn't think it would happen
21    again.
22    BY MS. DELGADO:
23        Q    Okay.  But according to this, would you
24    agree that, assuming this is correct, that it had
25    already happened twice with Mr. Miller?  Would
```



```
 1   you --
 2           MR. WOODWARD:  Object to the form.
 3       A    I knew that now?  Reading this, I was
 4   unaware of this second affair until, actually, you
 5   showed me this.
 6   BY MS. DELGADO:
 7       Q    So you never saw this before hiring
 8   Mr. Miller?
 9       A    I did not.  First time I saw this was
10   after I left the election.
11       Q    And no one at the -- do you know of anyone
12   at the campaign seeing this?
13           MR. WOODWARD:  Object to the form.
14       A    I couldn't state that -- that -- how would
15   I know what everybody in the campaign saw?  I didn't
16   see it.  This is actually the first time I've ever
17   read that paragraph that I remember.
18   BY MS. DELGADO:
19       Q    But -- okay.  Wouldn't you, as a
20   responsible campaign manager, Google someone before
21   bringing them back in?
22           MR. BLUMETTI:  Objection to form.
23           MR. WOODWARD:  Object to the form.
24       A    Possibly.  That doesn't mean it showed up
25   in my results.  I mean, I didn't read everything.
```



1    **And I would also ask staff to bring me stuff and ask**

2    **them opinions, and I would -- I wouldn't do**

3    **everything by myself.  I -- you know, I was quite**

4    **busy during COVID and trying to keep a campaign**

5    **together that it just became illegal to come into**

6    **the office.**

7    BY MS. DELGADO:

8        Q    When you say you-all weren't in the

9    office, at what point were there actually members in

10   the office in Virginia?

11       **A    I can't remember the month, but it was not**

12   **soon -- soon before I was let go.**

13       Q    So Jason Miller, at some point, was with

14   staff members in an office; is that correct?

15       **A    Yes.**

16       Q    Okay.

17           MS. DELGADO:  We can take this one down.

18   BY MS. DELGADO:

19       Q    And do you know if Mr. Miller -- again,

20   speaking --

21       **A    Can I take -- AJ, can I take my glasses**

22   **off again?**

23       Q    Of course.  Of course.  You can even turn

24   the camera off if you'd like.  It's not -- I'm fine

25   either way.



```
 1                    Do you know if Mr. Miller engaged in
 2      any acts of atonement or expressed remorse for his
 3      actions in 2016 on the campaign?
 4              MR. WOODWARD:  Object to the form.
 5          A    Could you describe to me what -- how you
 6      define atonement, please?
 7      BY MS. DELGADO:
 8          Q    That -- that's what I'm asking you to
 9      define.
10          A    Can you -- can you repeat the question
11      again, now?
12          Q    Okay.  I'll take -- I'll -- do you know if
13      Mr. Miller engaged in any acts to undo or -- and/or
14      make up for any harm his actions in 2016 caused?
15              MR. WOODWARD:  Object to the form.
16          A    Am I aware if he did, or am I aware if
17      someone said he did?
18      BY MS. DELGADO:
19          Q    No.  Everything in -- in this deposition,
20      everything is just if you're aware.  I don't expect
21      you to know what's in anybody else's mind.
22          A    Okay.  I -- but -- can I ask question in
23      turn because are you -- am I aware that he actually
24      did or people said he did?
25          Q    No.
```



1            Brad, you have said that part of the

2    reason you brought Mr. Miller back into the 2020

3    campaign was because you believe in atonement, I

4    believe.

5        **A    Yes.  Yes.**

6        Q    Okay.  You believe in redemption, was your

7    word.  I don't want to mischaracterize.  Redemption

8    was the word you used.

9        **A    Yeah.  I believe that people can be**

10   **forgiven for -- for mistakes.**

11       Q    Right.

12           So as part of that, do you know if

13   Mr. Miller took any steps to deserve redemption such

14   as asking for forgiveness or taking any steps to

15   undo any harm he caused?

16           MR. WOODWARD:  Object to --

17   BY MS. DELGADO:

18       Q    Is that better?

19           MR. WOODWARD:  Object to the form.

20           MR. BLUMETTI:  Objection to form.

21       **A    Yes.  I am unaware if he did anything.  I**

22   **am aware that people told me he did at that time.**

23   BY MS. DELGADO:

24       Q    Okay.  What did they tell you he did?

25       **A    I -- I -- AJ, I can't remember.**



```
1              MR. WOODWARD:  And object to the form.
2         A    I can't remember what they said.  People
3    were telling me at that point that --
4         Q    So you -- you have no --
5              (Simultaneous speakers.)
6    BY MS. DELGADO:
7         Q    Uh-huh.  Sorry.  Go ahead.  Go ahead.
8         A    I just -- I didn't have -- I didn't have
9    actual evidence at the time, no.
10        Q    So you had no actual basis to believe
11   Mr. Miller was deserving of redemption, did you?
12             MR. WOODWARD:  Object to the form.
13        A    I'm -- I'm not his judge and jury.
14             The -- the -- at that time, I felt
15   that the risk was -- was there.  I felt at that time
16   that his public risk was a considerable risk.
17   However, people were in my ear and other people were
18   telling me that it was a calculated risk worth of
19   the hiring.
20   BY MS. DELGADO:
21        Q    Do you at least remember who they were, if
22   not what was said?
23             MR. WOODWARD:  Object to the form.
24   BY MS. DELGADO:
25        Q    Okay.  Do you remember -- when you say
```



```
1   people were in your ear, who?  Who were those

2   people?

3        A    I can't recall exactly everyone that told

4   me, but the -- there were multiple meetings we had.

5   You know, at this point, these meetings are all

6   mostly by phone.  You know, we can't see each other

7   in person.

8        Q    Uh-huh.

9        A    We would have calls, and it was clear that

10  the President was needing to talk to somebody that

11  he felt was more of a knife fighter politically in a

12  conversation style with the press as he felt the

13  press was losing, and I was getting multiple

14  suggestions to hire Jason.  I was very reluctant to

15  do it at the beginning.  This was a difficult

16  decision for me.

17             I -- I literally remember asking, you

18  know -- I mean, how -- I don't even know how many

19  people, do you think it's -- should I do it, should

20  I not.  And I probably got several noes and several

21  yeses, and then I made the decision to eventually

22  hire him with a calculated risk.

23       Q    Was one of those individuals in your ear

24  Jared?

25       A    I -- I -- I don't recall exactly if it
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1   was, but I'm sure that Jared was someone who I asked
 2   the question.  But I couldn't tell you if he was a
 3   yes or a no.
 4        Q    I ask because Mr. Miller has -- has stated
 5   that it was Jared who asked him to come back in.
 6                  Would --
 7             MR. WOODWARD:  Object to the form.
 8   BY MS. DELGADO:
 9        Q    -- that be correct?
10        A    Completely possible that Jared had a
11   separate phone call from me.  I just don't remember.
12   It sounds like it could be completely plausible.
13                  But I'm under oath here, and I don't
14   remember the exact conversation.
15        Q    So to be clear, at the end of the day, the
16   impregnated -- would it be correct to say, do you
17   agree with the fact that the impregnated staffer was
18   not brought back and the staffer who did the
19   impregnating was?
20             MR. WOODWARD:  Object to the form.
21             MS. DELGADO:  It's factually accurate.
22        A    That is not --
23   BY MS. DELGADO:
24        Q    It's just a fact.  Just a factual
25   question.
```



1      **A      The fact is, yes.  Not the reason why that**
2   **was done; but yes, that is a fact.**
3      Q    We talked about Hannah Castillo having a
4   baby during the campaign.  Do you know of any other
5   women who were pregnant during the 2020 campaign?
6      **A     I believe, at some point, it had several;**
7   **but I couldn't name them off.  I believe, at one**
8   **point, I kind of remember a photo op where we had**
9   **several pregnant women.**
10     Q    Okay.  What about in 2016?
11     **A     The only one I remember is you.**
12     Q    You testified earlier that a concern in
13  bringing me -- well, let me not -- I'm not trying to
14  mischaracterize your testimony.
15              You referenced earlier a litigation
16  that I have filed.  What litigation were you
17  referring to?
18     **A     I don't know -- I don't even know how to**
19  **answer that.  Like, what -- I don't -- what**
20  **litigation?**
21     Q    When we spoke about my out -- I'm sorry.
22  I should have been clearer.
23              When we spoke about my outreach for a
24  job --
25     **A     Yes.**



```
 1      Q    -- in which you say is either 2018 or
 2  2019, but --
 3      A    Yes.
 4      Q    -- either way, my outreach about a job in
 5  the 2020 campaign team, you referenced a concern
 6  about litigation.  Which litigation is that?
 7      A    All I remember was you had sued the 2016
 8  campaign is what I had been told.
 9      Q    Did you ever see a court filing?
10      A    I don't recall.
11      Q    Is it possible -- was -- that I had said I
12  considered suing the 2016 campaign?  Is that --
13          MR. WOODWARD:  Object to the form.
14      A    I guess it's plausible.
15  BY MS. DELGADO:
16      Q    So is it possible you're referencing
17  threatened litigation but not actual litigation?
18          MR. WOODWARD:  Object to the form.
19      A    It's plausible, I guess.
20              I was told you sued the 2016
21  campaign.  So...
22  BY MS. DELGADO:
23      Q    Who told you that?
24      A    I -- I -- you asked me, I think this last
25  time.  I don't remember.  I'm --
```



```
 1              (Simultaneous speakers.)
 2   BY MS. DELGADO:
 3        Q    So that your understanding was that I was
 4   seeking a job while suing the campaign?
 5        A    No.  That you had previously sued the 2016
 6   campaign.
 7        Q    That I had --
 8              (Simultaneous speakers.)
 9        A    I'll walk you through my timeline if you
10   want.
11              '16, I thought you sued the campaign.
12   You got the job at the -- at the Super PAC.  I
13   thought that -- it ended everything.  I go into --
14   into the '20 race.  I'm under the impression that I
15   have been told over the years that you had sued the
16   2016 campaign, ended it, and that you had threatened
17   to resue it after leaving the PAC.
18              And that is when I made the decision
19   that this was too risky to take the campaign because
20   all the litigation and the lawyers and other people
21   were pressing me that this was -- was -- was
22   litigious, I think they used the word, or something
23   like that, like -- that this is too much risk.
24              I obviously always thought you were
25   qualified, and -- and -- but under those
```



```
 1   circumstances, I didn't think that the juice was
 2   worth the squeeze at that moment.
 3   BY MS. DELGADO:
 4       Q   Okay.  Let's talk a bit about -- this
 5   one's going to be more exhibits.
 6           MS. DELGADO:  Am I still sharing?
 7       Hopefully not?
 8           THE WITNESS:  No.
 9           MS. DELGADO:  Okay.  Thank you.
10           THE STENOGRAPHER:  No, you took that one
11       down.  This will be 15.
12           MS. DELGADO:  Okay.  You just --
13           THE WITNESS:  Can I -- can I take a piss
14       break or not?
15           MS. DELGADO:  Yes, of course.  Go ahead.
16           Everybody want five minutes?
17           THE WITNESS:  I've been drinking this
18       bottle of water.
19           THE STENOGRAPHER:  All right.  Off the
20       record.
21                       (Recess.)
22   BY MS. DELGADO:
23       Q   Brad, last time, you mentioned a Garrett
24   Lansing as an example of somebody who -- while not
25   at the campaign, was at the war room.  Do you
```



1    remember, I had asked you about who from the

2    campaign didn't receive jobs in the White House?

3         **A    Uh-huh.**

4         Q    Do you remember mentioning --

5         **A    Yes.  Sorry.  I did uh-huh.  Yes.**

6              MS. DELGADO:  Sorry.  Was there an

7         objection?

8         **A    No.  I said uh-huh, and then I objected to**

9    **my own answer and I said yes.**

10   BY MS. DELGADO:

11        Q    Okay.  Do you recall the name Garrett

12   Lansing that --

13        **A    Yes, ma'am.**

14        Q    Okay.  And you had qualified that to your

15   credit, that Mr. Lansing wasn't with the campaign;

16   rather, with the RNC, correct?

17        **A    Yes.  I believe you asked me who was in**

18   **the war room and -- and on the floor.**

19        Q    Correct.  I had asked you about the war

20   room, and you rightly so included individuals who

21   were also from the RNC given that they were also

22   seated in the war room.  And then we talked about

23   just campaign goals.

24              But you had mentioned Garrett Lansing

25   as someone who did not receive a White House job,



1    correct?

2        **A    I -- I believe so.**

3        Q    Okay.  Let's see.

4            MS. DELGADO:  Okay.  Throwing up another

5        exhibit.

6                            (Exhibit 15 was marked for

7                            identification)

8    BY MS. DELGADO:

9        Q    Okay.  Is that Mr. Lansing?  Is that the

10   same Garrett we're talking about?

11       **A    Yep.**

12       Q    Okay.  Do you agree with the report's

13   premise; is that correct, that he received quite a

14   bit from the 2016 campaign --

15       **A    Yeah.**

16       Q    It's -- let me not say it quite a bit.  It

17   was already...

18               It -- this article concerns

19   Mr. Lansing's payout from the 2016 campaign.  Is

20   that of a million dollars nearly?  Is that generally

21   your understanding?

22            MR. WOODWARD:  Object to the form.

23       **A    I could not say how much he actually made.**

24            **As many articles made false**

25   **accusations of my own payout, I -- I would hate to**



```
 1    make assumptions of other people's.

 2    BY MS. DELGADO:

 3         Q    Okay.  That's fair.

 4                   So I'm going to put up another.

 5                        (Exhibit 16 was marked for

 6                        identification)

 7    BY MS. DELGADO:

 8         Q    Okay.  This is an article from Politico.

 9         A    Okay.

10         Q    It's -- it's late February 2017.  I'm just

11    going to read the top section.

12                   White House Chief Digital Officer

13    Garrett Lansing.

14                   Is that accurate?

15                   MR. WOODWARD:  Object to the form.

16         A    I -- I didn't really understand what --

17    what was the question?  Like, is this -- is this

18    about Garrett?  Sorry.

19    BY MS. DELGADO:

20         Q    I'm asking, does the article refer to

21    Garrett Lansing as the White House Chief Digital

22    Officer?

23                   MR. WOODWARD:  Object to the form.

24         A    Yes, ma'am.

25
```



1   BY MS. DELGADO:

2       Q    Does that refresh your recollection as to

3   whether your -- as to whether Mr. Lansing did

4   receive a job?

5       **A    I guess it changes my opinion on what -- I**

6   **didn't know he got a job and then lost it.  I didn't**

7   **know that.  I just knew he didn't have a job.**

8               **So I don't know if I ever read this.**

9   **I just know he didn't get it.**

10      Q    So -- so you're effectively now taking the

11  position that he probably did receive a job, but

12  then later lost the job; is that accurate?

13              MR. WOODWARD:  Object to the form.

14      **A    Honestly, I don't know exactly how White**

15  **House jobs work that way.  I was never part of the**

16  **process, so that could be accurate, yes.  But I also**

17  **don't trust the media at all.  So possibly, yes.**

18  BY MS. DELGADO:

19      Q    Do you agree with me that there is a

20  report dated February 22nd, 2017 referring to

21  Garrett Lansing as the White House Chief Digital

22  Officer?

23              MR. WOODWARD:  Object to the form.

24      **A    Could -- would you -- who -- what outlet**

25  **is this, just so I know?  Like it -- I just want to**



 1    **make sure --**

 2    BY MS. DELGADO:

 3        Q    I'm happy to send you the -- you can

 4    Google it yourself.  I'm more than happy to let you.

 5                I believe it's --

 6        A    **I'm just asking if it's somebody -- if**

 7    **it's somebody big, I -- then, yes.  If it's -- you**

 8    **know, this is like a blog post, you know, I don't**

 9    **know.  That's all I was asking.**

10                **But that sounds right, yeah.  It**

11    **looks like that's what happened, then.  I -- I will**

12    **agree with that in your opinion, if that's --**

13                **(Simultaneous speakers.)**

14    BY MS. DELGADO:

15        Q    Here, let me take tell you exactly.

16        A    **AJ, I don't trust all the medias, you**

17    **know, so...**

18        Q    Of course.

19                Brad, it is from Politico.

20        A    **That's fine.  Then that sounds -- yes.**

21        Q    Okay.  So would you agree with me that he

22    did receive a White House job?

23                MR. WOODWARD:  Object to the form.

24        A    **I don't know if he ever went there, but it**

25    **sounds like he got the -- he got the job and failed**



1    the background test.

2        Q    Okay.

3        A    I don't know the exact process.  I don't

4    know if he showed up for a day at work then had to

5    leave.  I don't know how that works.

6        Q    Okay.  And the other person you mentioned

7    was also not a campaign staffer.

8        A    I think I -- I said David Bossie, Garrett

9    Lansing -- David Bossie was another one I think I

10   mentioned.  Trying to think who else I mentioned

11   that day.

12               I was like -- in my head, I was

13   walking office from office around in a circle, you

14   know?

15       Q    Uh-huh.  Take your time.

16       A    You know, I mean, there's other people who

17   probably didn't take them, you know.  Matt

18   Oczkowski, the -- the day -- one of the data guys.

19               I don't know who -- here's -- here's

20   the issue.  I don't know who asked for jobs, who

21   didn't get jobs.  You just asked me who didn't get

22   jobs in the White House in the war room, and I just

23   tried to remember people.

24       Q    Sure, sure.

25               You had mentioned a Sarah from



1  Cambridge Analytica?

2      A    Yeah.  So Sarah and Matt would have both

3  been there.  I can't remember who Sarah is.  I -- I

4  don't know if she asked for a job.  I don't know if

5  Matt asked for a job.  Those are just people that,

6  that day, I was, like, remembering faces that were

7  in the war room.

8      Q    Okay.  And when you say "Matt," that's the

9  gentleman that they referred to as, quote/unquote,

10  Oz?

11     A    Yeah, because no one could say his last

12  name.

13     Q    Okay.  And -- and both Oz -- Oz.  Both Oz

14  and Sarah were with Cambridge Analytica, correct?

15          MR. WOODWARD:  Object to the form.

16     A    I believe -- I know Matt was for sure.  I

17  believe Sarah was employed by, also.  There was --

18              (Simultaneous speakers.)

19  BY MS. DELGADO:

20     Q    I'll just rephrase it to avoid any issues.

21              Were Matt and Sarah employees of

22  Cambridge Analytica?

23          MR. WOODWARD:  Object to the form.

24     A    I believe so.

25


Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1   BY MS. DELGADO:

 2        Q    Okay.  So they were not --

 3                      (Simultaneous speakers.)

 4        A    Oz was for -- Oz was sure.  I could not

 5   tell you who -- who employed Sarah.

 6   BY MS. DELGADO:

 7        Q    Okay.

 8        A    I can't even remember if her name was

 9   really Sarah, which makes me feel really bad right

10   now since she was in my office.  But I -- like,

11   90 percent her name was Sarah, and I -- and I don't

12   remember exactly who paid her.  It's been a while.

13        Q    So they -- so were either Oz or Sarah,

14   quote/unquote, staff members or independent

15   contractors directly to the campaign?

16             MR. WOODWARD:  Object to the form.

17        A    They were independent contractors, I --

18   both.

19   BY MS. DELGADO:

20        Q    Contracted by you?

21        A    No, the campaign.

22        Q    Okay.  So would they be listed on FEC

23   disclosures?

24        A    Yeah.  Trust me, Cambridge Analytica is

25   written all over that.  I've had to live with that
```



 1    for ten years.

 2        Q    No, I know Cambridge is.  But were they

 3    not employed or contracted to Cambridge, not to the

 4    campaign?

 5        A    Well, if you make that argument, then I

 6    wasn't employed by the campaign either.

 7        Q    But you had a campaign title, correct?

 8        A    They had campaign titles.

 9        Q    What were their titles?

10        A    I think Matt was head of digital --

11    data -- head of data.

12        Q    Okay.

13        A    Data -- he was data director.  That's what

14    I believe it was.

15        Q    Were they in New York?

16        A    Yes.  They were back and forth from San

17    Antonio to New York.  Well, all of us did in data

18    digital.  We would spend brief -- you know, few days

19    in New York, and then a few days in San Antonio.

20    Went back and forth.

21                  There's another one.  Now, Gary Coby,

22    he didn't go either, the White House.  I just don't

23    remember people -- lots of people in data and

24    digital department did not go to the White House.

25                  I actually don't think anyone did,



```
 1    that I think about it.

 2         Q    At --

 3                     (Simultaneous speakers.)

 4    BY MS. DELGADO:

 5         Q    Sorry?

 6         A    I don't think -- I'm trying to think if --

 7    I don't think anyone from the data digital

 8    department went to the White House.  I think --

 9                     (Simultaneous speakers.)

10         A    The clinical data department did; but the

11    data and digital, no one went.

12    BY MS. DELGADO:

13         Q    Do you know if they sought employment?

14         A    I couldn't tell you, AJ.  Maybe not.

15              I can tell you only me.  I didn't.

16         Q    Did you recommend others?

17         A    I gave a lot of recommendations back then.

18    I couldn't recall all I gave.  I just can't

19    remember.

20         Q    Like, how many people would you say you

21    recommended for an administration role?  Like, five,

22    ten?

23         A    About five to ten maybe?  You know?  I

24    also talked a bunch out of it.

25         Q    Okay.  Fair enough.
```



1          Okay.  Do you know if, when it

2     emerged that I was pregnant, anyone from the

3     campaign reached out to me from the 2016 campaign?

4          MR. WOODWARD:  Object to the form.

5     **A     AJ, I can't remember how I found out about**

6     **it, the whole situation.**

7     BY MS. DELGADO:

8          Q     Sure.  Let me be clear.

9     **A     I -- I mean, I -- I just don't remember.**

10         Q     Okay.  Do -- sorry.  My question was

11    unclear.  I'm happy to rephrase it.

12              Do you know -- and if you don't,

13    that's okay -- whether, when it emerged that I was

14    pregnant -- say from the point you found out -- do

15    you know if anyone from the campaign reached out to

16    me?  Did you hear of any such thing?

17    **A     Reach out to you or reach out to me?**

18         Q     To me, the pregnant one.

19              MR. WOODWARD:  Object to the form.

20    **A     I -- I don't recall that.  I have no**

21    **memory of that.**

22    BY MS. DELGADO:

23         Q     Okay.  You stated earlier that Hannah

24    Castillo left the campaign at -- shortly after you

25    did.



```
 1          A    Yes, ma'am.

 2          Q    Are you able to --

 3                     (Simultaneous speakers.)

 4          A    I don't know if it was shortly after, but

 5    it was after.

 6    BY MS. DELGADO:

 7          Q    Okay.  Between the time you left and the

 8    election; is that correct?

 9          A    Yes, ma'am, I did hear that.

10          Q    And would you agree it's uncommon for an

11    employee to leave shortly prior to the election?

12               MR. WOODWARD:  Object to the form.

13          A    I -- uncommon?

14    BY MS. DELGADO:

15          Q    Let me rephrase.

16          A    Yes.

17          Q    Hold on, Brad.  Let me just rephrase it

18    before you answer.

19                     In your opinion, is it uncommon

20    for --

21               MR. WOODWARD:  Objection --

22    BY MS. DELGADO:

23          Q    -- an employee on a campaign to exit

24    shortly before the election?

25               MR. WOODWARD:  Object to the form.
```



```
1              You can answer.
2      A    I believe so.  I thought it was also
3  uncommon for me to get fired, so...
4  BY MS. DELGADO:
5      Q    Agree.
6      A    Well, I was demoted officially somehow,
7  whatever that means.
8      Q    That's true.  That's true.  You were not
9  fired.
10      A    I'm under oath, so I want to say it
11  correctly.
12      Q    Agree.
13              Okay.  Oh, and I know you said last
14  time that you've never met Mr. Blumetti, campaign
15  counsel; but have you ever spoken to him?
16      A    Who's that?
17      Q    Mr. -- the Trump campaign counsel, also on
18  the line.  Jared Blumetti.
19      A    Oh.  I've only see him twice, and that's
20  on this Zoom.
21      Q    Have you ever spoken to him?
22      A    I don't -- I don't believe so.  No.
23      Q    Okay.
24      A    I mean, I might have been a conference
25  call over the last ten years -- I don't know how
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1    long he's worked for the Trump campaign, I mean.
 2    But I don't -- I've never had a direct conversation
 3    with him that I remember.
 4        Q    Okay.
 5        A    I didn't even know who you were talking
 6    about when you said his name.
 7             THE WITNESS:  Sorry, Jared.
 8             MR. BLUMETTI:  Quite all right.
 9    BY MS. DELGADO:
10        Q    He'll be okay.
11             Do you know who Kellyanne recommended
12    for White House roles or -- or administration roles,
13    women -- female?
14        A    Kellyanne does not confer with me before
15    her decisions.
16        Q    Okay.  And I -- I don't -- let's see.  I'm
17    trying to -- this is a sensitive question, so I'm
18    trying to ask it respectfully.
19             Were you -- did you experience any
20    incident of sexual advance made on you by anyone in
21    the 2020 campaign?
22        A    The 2020 campaign?
23        Q    Or the 2016 campaign?
24        A    Nothing of any substance, no.  I don't
25    believe so.
```



1     Q     Okay.

2     **A     I don't recall anybody.**

3     Q     Do you recall a conversation we had about

4     a staffer -- I think it was Jessica Ditto or Ashley

5     Merkarski -- who had -- and I'm sorry to bring this

6     up -- who had grabbed your private parts while you

7     were speaking?

8          MR. WOODWARD:  Object to the form.

9     **A     Who was the other name?**

10    BY MS. DELGADO:

11    Q     Jessica Ditto or Ashley Merkarski.  I

12    might be fumbling her last name.

13    **A     I -- I -- I don't have any direct recall**

14    **of, like, who or what.  I do kind of remember having**

15    **a conversation with -- there were moments where**

16    **people were overly flirtatious, but I would not take**

17    **anything as me being sexually harassed.**

18         **But I -- I can't remember who it was**

19    **now, AJ.  Like, yeah, there was -- it's a campaign.**

20         **But I don't remember who.  I don't**

21    **think it was either of those names, but I could -- I**

22    **don't remember.**

23    Q     And just to be clear, there is no

24    implication whatsoever that you did anything wrong

25    in this line of questioning, quite the opposite.



```
 1   But -- and -- and I'm not even asking if you felt
 2   that it was, quote/unquote, sexual harassment.
 3                  What -- my question was, was any
 4   sexual advance --
 5                       (Simultaneous speakers.)
 6        A    I -- I don't --
 7             MR. WOODWARD:  Object -- object to the
 8        form.
 9        A    You know, I'm here under oath.  I want to
10   make sure I say -- I don't remem- -- I don't
11   remember who or what.  I -- there were definitely
12   times in between when I was campaign manager,
13   advances were made or small innuendos were made; but
14   in that role of power, it's not whether or not that
15   will happen.  It's how you deal with it and making
16   sure that you -- you don't do anything with it and
17   you properly engage with it afterwards in a way that
18   is respectful and -- and you move on in a -- in a
19   way that -- to establish boundaries.
20                  And if any of those cases would have
21   happened, I -- I would believe that I would handle
22   it in that manner.
23   BY MS. DELGADO:
24        Q    Sure.
25                  And to be clear, everything I know of
```



```
 1   you is you're a very respectful man, respectful to

 2   your marriage, and faithful in your marriage.  So

 3   again, this is not done to imply in any way that you

 4   welcomed such behavior.

 5             Do you recall other -- you stated

 6   regarding the -- regarding the -- the penis touching

 7   or grabbing attempt.  You stated you don't recall

 8   exactly who it was?

 9             MR. WOODWARD:  Object to the form.

10        A    No.  No, I don't.  I don't know if it

11   was --

12             (Simultaneous speakers.)

13   BY MS. DELGADO:

14        Q    Let me rephrase --

15        A    And I don't know if it -- and I don't know

16   if it is explicit as you're saying it right now,

17   but -- look, there was -- I've -- for my entire

18   25-year career, you know, there's been moments where

19   I've had things like that occur and I've had to --

20   to deal with that and always treat my -- my business

21   relationships as business relationships and to

22   establish immediate boundaries and move on.

23             I have always tried to not make a big

24   deal about those, and I've always tried to process

25   those ways also not to be disrespectful to the
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1   person doing that.
 2                  I don't remember that exact incident.
 3   I remember incidents like that.  I couldn't even
 4   tell you who their faces were now.  If anything,
 5   they were -- they were -- I don't -- I can't
 6   remember names and -- none of it was so was dramatic
 7   that it made it an incident in my life.
 8        Q    Do you remember Jessica Ditto making any
 9   sort of --
10        A    No, I don't believe it was Jessica Ditto.
11   I barely had any conversations with Jessica Ditto.
12   Only thing I remember about Jessica Ditto is Bannon.
13        Q    Is what?
14        A    Only thing I remember about Jessica Ditto
15   is Bannon.  That's the only thing -- you know.
16   Isn't that the -- isn't that the -- is that --
17        Q    Is Bannon?
18        A    Oh, wait, no.  That's not Bannon.  That's
19   the other one.
20                  No, I don't -- I -- I -- that --
21   sorry, I'm messing up people.  It's been a long
22   time.
23                  No.  I mean, I -- I don't remember if
24   that -- that incident was with -- with her or not.
25   I don't believe so.  I -- I think -- I don't think
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1   she would have done that.
 2                 I -- the -- I can't remember who it
 3   was.  I don't think it was her.
 4        Q    What about Ashley?
 5        A    No.  I don't think it would've been her
 6   either.
 7        Q    Okay.
 8        A    They might have been around.  I don't
 9   remember who.  I do remember a couple of those
10   incidents, though; and I remember conversations with
11   you talking about them.  But I can't remember now
12   who it was.  Honestly, it's almost been eight --
13   it's been ten years.  Those would have been from
14   2016.
15        Q    Any on 2019, including any work trips?
16        A    No, not that -- no.
17        Q    Okay.
18        A    I would say, towards '19, '20, I -- I -- I
19   wasn't in places where that would have been, you
20   know, as readily -- you know, I was a much lower
21   person and hung out with the staff in 2016.
22        Q    Right.
23                 And you also had mentioned, because
24   of COVID, I presume --
25        A    And COVID, I was stuck at -- you know, I
```



```
 1   was stuck in my house in my...

 2        Q    Fair.  Okay.  Okay.  And I'm sorry that

 3   happened to you, by the way.

 4        A    It's okay.  I got over it.

 5        Q    Okay.  Okay.

 6                   Let's see.

 7                   You testified that Jason Miller had

 8   been paid through Jamestown because he didn't want

 9   his salary to be public.  Do you recall why that

10   was?

11              MR. WOODWARD:  Object to the form.

12        A    Ask that question exactly how you asked it

13   again.  I want to make sure I answer as perfectly

14   honest as I can what you asked.

15   BY MS. DELGADO:

16        Q    Did you testify earlier that Jason Miller

17   wanted to be paid his 2020 campaign compensation

18   through Jamestown?

19        A    Yes.

20        Q    Okay.  If so, do you recall why he wanted

21   to be paid through Jamestown?

22        A    I cannot remember if I was told why.  I

23   could tell why I -- why I believed why.

24        Q    Please tell me.

25        A    Why I believe why is he didn't want it on
```



1    **the FEC report.**

2         Q    Do you know why he didn't want to be on

3    the FEC report?

4              MR. WOODWARD:  Object to the form.

5         **A    I -- I could only assume why.  I don't**

6    **remember if I -- under oath, I cannot remember if I**

7    **was told why.  I can only tell what I -- what my**

8    **brain is telling me what I thought it was.**

9         Q    Okay.  Please do.

10        **A    I just think he didn't want it on the FEC**

11   **report because he was going through things and**

12   **didn't want the world and public to know how much he**

13   **was getting paid.**

14        Q    What things?

15        **A    Well --**

16             MR. WOODWARD:  I'm going to object at this

17        point to relevance to this litigation.

18             MS. DELGADO:  He was a campaign employee.

19        I disagree.

20   BY MS. DELGADO:

21        Q    Go ahead, Brad.  You can answer.

22             MR. WOODWARD:  I'm going to instruct

23        Mr. Parscale not to answer insofar as this is a

24        topic that is not relevant to the claims and

25        defenses in this action.


*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

```
1              MS. DELGADO:  That's not a basis to
2         instruct your client not to answer.  We've been
3         over --
4              MR. WOODWARD:  Actually, pursuant to the
5         Court's April 24th, '24 order, Paragraph 2 on
6         Page 3, quote, Questioning must be limited to
7         topics that are relevant to the claims and
8         defenses in this action.
9              MS. DELGADO:  Right.  And it is relevant.
10             MR. WOODWARD:  I maintain our objection --
11             MS. DELGADO:  He's already opened the
12        door -- he's already opened the door.
13             MR. WOODWARD:  I maintain our objection
14        and will instruct the witness not to answer.
15             THE WITNESS:  I don't think -- okay.
16             MS. DELGADO:  All this does it make -- is
17        make it so you make it obvious that the
18        campaign is protecting Jason Miller, and now
19        even third-party witness' attorneys.  That's
20        not helpful to the campaign.
21             MR. BLUMETTI:  Objection to form.
22             MS. DELGADO:  So, Mr. Woodward, to be
23        clear, you're saying that actions the campaign
24        in 2020 took that may have resulted in harm to
25        me are not relevant to this campaign, correct?
```



```
 1          MR. WOODWARD:  I'm not testifying,
 2     Ms. Delgado.
 3          MS. DELGADO:  No.  You're -- but you're
 4     making an objection on relevance.  So I'm
 5     trying to --
 6          (Simultaneous speakers.)
 7          MS. DELGADO:  -- understand why you --
 8     what your position is that a question about
 9     harm that the campaign might have caused by
10     hiding Mr. Miller's salary is not relevant.
11          MR. WOODWARD:  I'm happy to discuss this
12     with you off the record.
13          MS. DELGADO:  Sure.  Okay.  We can do
14     that.  Okay.  We'll circle back to that at the
15     end to not waste time.
16  BY MS. DELGADO:
17     Q    Okay.  Are you neutral in this case, Brad?
18          MR. WOODWARD:  Objection.  You asked him
19     that in his prior deposition.  The Court's
20     April 24th, 2024 order also instructs you not
21     to ask redundant questions previously posed to
22     Mr. Parscale.
23          I will instruct the witness --
24          MS. DELGADO:  I'm well-aware of the order.
25     Can you point me to -- I'm happy to stand
```



```
1          corrected.  Can you point me to where I asked
2          this already?  I'm not looking to repeat.  I
3          have the transcript you sent me.
4               MR. WOODWARD:  We'll stand by our
5          objection.
6               MS. DELGADO:  Can you point me to the page
7          number?
8               MR. WOODWARD:  No.
9               MS. DELGADO:  I'm -- I'm opening it now.
10              I didn't ask this already, Mr. Woodward.
11              Are you going to allow your client to
12         answer, then, since --
13              MR. WOODWARD:  No, ma'am.
14              MS. DELGADO:  Hmm?
15              MR. WOODWARD:  No.  I'm instructing the
16         witness not to answer.
17              MS. DELGADO:  Okay.  Do you want to
18         conclude and go to the -- see if the Judge is
19         available?  Because, at this point, this is
20         just bad faith.
21              I'm asking you to please point me -- we
22         both have the transcript.  Where did I ask it?
23         And if I did, I'm happy not -- to withdraw the
24         question.
25              MR. WOODWARD:  And I'm not --
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1              MS. DELGADO:  That's perfectly reasonable.

 2              MR. WOODWARD:  And I'm not testifying, but

 3         I'm happy to go off the record and discuss it

 4         with you.

 5              MS. DELGADO:  You want to go off the

 6         record to discuss how I already asked him a

 7         question?

 8              MR. WOODWARD:  Yes, ma'am.

 9              MS. DELGADO:  We can always go back on the

10         record.  Okay.

11              We'll go off the record for a minute,

12         Court Reporter.

13              THE STENOGRAPHER:  Off the record.

14                      (Recess.)

15              THE STENOGRAPHER:  Back on the record.

16              MS. DELGADO:  All right.  We're back on

17         the record.

18              Mr. Woodward is taking the position that

19         this has already been asked given Page 49 of

20         the transcript in which, in Part 1 of his

21         deposition, I asked, quote, Brad, is there any

22         personal animus towards me regarding any issue

23         that would prevent you from giving honest

24         answers here today?  Unquote.

25              Mr. Woodward's position is that that's
```



```
 1       essentially the same thing as asking if
 2       Mr. Parscale is neutral.  And he's directed his
 3       client not to answer.
 4  BY MS. DELGADO:
 5       Q    Brad, are you hoping the campaign wins
 6  this case?
 7            MR. WOODWARD:  Objection to relevance.
 8            MS. DELGADO:  It goes to credibility of
 9       the witness.
10            MR. WOODWARD:  No, it doesn't.
11            MS. DELGADO:  Yes, it does.
12  BY MS. DELGADO:
13       Q    You can answer.
14            MR. WOODWARD:  No.  I'm instructing him
15       not to answer.
16            MS. DELGADO:  Okay.  You -- you are out of
17       control, sir.  This -- I've done multiple
18       depositions in this case.  Nothing has been
19       like your conduct.  You're not allowed to
20       instruct the witness not to answer.
21            Now, it's not based on already asked.
22       Now, the objection is what?
23            MR. WOODWARD:  Pursuant to the Court's
24       April 24th, 2024 order, Questioning must be
25       limited to topics that are relevant to the
```



1        claims and defenses in this action.

2              MS. DELGADO:  Sure.  Versus going outside

3        of that.

4              The witness' credibility is not an issue

5        in this action?

6              MR. WOODWARD:  We stand by our objection,

7        Ms. Delgado.

8  BY MS. DELGADO:

9        Q    Brad, are you aware that your attorney --

10  not Mr. Woodward -- your other attorney is seeking

11  to represent the campaign in this case?

12             MR. WOODWARD:  Objection to relevance.

13             MS. DELGADO:  So again, he's not

14        permitted -- you're blocking your client from

15        answering?

16             MR. WOODWARD:  He can answer.

17        **A    Can I -- there's a lot that's been said.**

18  **Can you ask again what you asked me?**

19             MS. DELGADO:  I want to get the case law

20        on the record.  The credibility of a witness,

21        whether or not a party, is always relevant.

22        That's a direct quote from Shih vs. Petal Card.

23        It's a Southern District of New York case,

24        November 2021.  It can be found at 2021 US

25        District Lexis 221324.



```
 1              So, Mr. Woodward, you're really going to
 2        take the position that Mr. Parscale cannot
 3        answer on issues that affect his credibility
 4        and speaks to his credibility even though
 5        there's Southern District of New York case law
 6        that specifically says that a party's
 7        credibility is always relevant?
 8              THE WITNESS:  Didn't you just say I could
 9        answer?
10              MS. DELGADO:  Sorry?
11              MR. WOODWARD:  I did -- I did just --
12              THE WITNESS:  He just said I could answer.
13   BY MS. DELGADO:
14        Q    Oh, I'm -- I'm referring to the other two
15   that he's also instructed you not to answer.
16        A    Oh.  I'm sorry.  Okay.
17        Q    But go ahead.  We can -- go ahead and
18   answer this one.
19        A    I don't -- I --
20              MR. WOODWARD:  Can you repeat the
21        question?
22        A    Honestly, I can't remember which question
23   it was not.  There's a lot going on here.
24   BY MS. DELGADO:
25        Q    Oh, I agree.
```



*Jeannie Reporting*
Your Wish Is Our Job!
305-577-1705

```
 1                    The question was:  Are you aware that
 2    your other attorney, Mr. Gavenman, is seeking to
 3    represent the campaign in this case?
 4              MR. WOODWARD:  Object to the form.
 5         A    I just found that out this morning that
 6    that might -- that might be changing.
 7    BY MS. DELGADO:
 8         Q    So you found it out this morning?
 9         A    I found out this morning it was him, yeah,
10    yeah, yeah.  He -- I literally -- this is only the
11    second time I've ever met him, so he just said that
12    he might be representing the case this morning.  And
13    I just asked what that meant.
14         Q    And you're okay with that?
15         A    Yeah --
16              MR. WOODWARD:  Sorry.  Object to the form.
17         A    I mean, yes.  He's not my -- it doesn't
18    bother me if he left or was with me or anything.
19    They're not advising me on what to answer any
20    questions, so I -- I'm -- I'm answering everything
21    truthfully.
22    BY MS. DELGADO:
23         Q    But you've shared information with them
24    that you haven't with me, correct?
25         A    I -- I don't think that's correct.  I
```



 1   **don't know.  I mean, I don't think so.  I've**

 2   **answered every one of your questions.  I've --**

 3   **I've -- I'm honest, so...**

 4        Q    Well, your attorney has claimed

 5   attorney-client privilege multiple times.

 6                  You're not waiving that privilege,

 7   are you?

 8        **A    Well, I don't know what you mean by all**

 9   **that, so.  I'm not an attorney, so...**

10        Q    Your attorney --

11             MR. WOODWARD:  Object to the form.

12   BY MS. DELGADO:

13        Q    -- explained there is -- there is

14   information or documentation that is between you two

15   that I am not able to be privy to.

16             MR. WOODWARD:  Object to the form.

17        **A    I mean, I -- you're asking me -- I talk to**

18   **my attorney, yes.  I don't know what that -- I don't**

19   **know -- I don't know the laws of privilege.  I'm not**

20   **an attorney.  I stayed at a Holiday Inn Express**

21   **once.**

22   BY MS. DELGADO:

23        Q    So I understand you don't -- you're not an

24   attorney and you're stating you don't understand

25   attorney-client privilege.



1      **A      I understand attorney-client privilege.**
2  **I'm saying that I don't -- I don't have secrets out**
3  **there.  I don't know what that means.  You asked if**
4  **I have secrets.  I don't have secrets.  I don't**
5  **know.  There's no secrets or -- you're asking me the**
6  **question.  I'm answering what you did.  I have no**
7  **reason to not answer your questions, so I don't know**
8  **what we're talking about now.**
9      Q    So any question from the prior deposition
10  on which your attorney claims attorney-client
11  privilege on your behalf?
12      **A      I don't remember what those are.  I**
13  **haven't read the transcript.  I don't -- I don't**
14  **know.**
15                **No.  If -- if he says they are -- I**
16  **don't -- he's my attorney.**
17      Q    Are your interests in this case aligned
18  with the campaign's?
19             MR. WOODWARD:  Object to the form.  Object
20      to attorney-client privilege.
21             Don't answer.
22             MS. DELGADO:  You're claiming that's
23      attorney-client privileged?
24             MR. WOODWARD:  Yes.
25             MS. DELGADO:  Whether he believes his



```
 1        interest are aligned with the campaign's

 2        interests?

 3             MR. WOODWARD:  Yes.

 4             MS. DELGADO:  How is that attorney-client

 5        privilege, Mr. Woodward?

 6             MR. WOODWARD:  I'm not testifying,

 7        Ms. Delgado.  I'm happy to go off the record

 8        and discuss this with you.

 9             MS. DELGADO:  No.  I think this is going

10        to have to stay on the record for the Judge.

11   BY MS. DELGADO:

12        Q    Okay.  Let's do some exhibits.

13             Okay.  Let's talk about alignment of

14   interest with the campaign.

15             Mr. Parscale, I'm going to show you a

16   document which is an AP article that came out

17   yesterday.

18             Did you happen to read that article?

19        A    Yes -- well, there's a bunch of versions

20   of it; but yes, I read several -- one of the

21   versions.

22        Q    Okay.  Showing you a portion I

23   highlighted.

24             It says, Since last year, Campaign

25   Nucleus and other Parscale-linked companies have
```



```
1   been paid more than 2.2 million by the Trump
2   campaign, the RNC and their related political action
3   fund -- and fundraising committees, campaign records
4   show -- campaign finance records show.
5              Is that accurate?
6         MR. WOODWARD:  Object to the form.
7      A    Actually, I -- I disagree with the AP's
8   assumption of Parscale-linked companies.  I'm not --
9   I'm not denying that the Trump campaign is a
10  customer; but as you know, AJ, they like to take any
11  soft link of what they think I own or think I'm
12  partnered with and add all those totals up together.
13             I disagree with the Parscale-linked,
14  but the AP writes what the AP writes.
15     Q    But it's correct that Campaign Nucleus has
16  been paid by the Trump campaign since last year?
17     A    Yes.  I just disagree with the total.
18     Q    Okay.
19         THE STENOGRAPHER:  That will be Number 17.
20         MS. DELGADO:  Thank you.
21                 (Exhibit 17 was marked for
22                  identification)
23  BY MS. DELGADO:
24     Q    And then I'm going to show you -- sorry.
25  I'm going to put up the same.
```



```
 1                    Okay.  We're going to scroll to the
 2      next portion of the article.  I'm just scrolling
 3      down on the article.
 4                    Is it correct that, what it reads
 5      here, that you briefly decided to quit politics
 6      shortly after the January 6, right?
 7           A     Actually, no.
 8                MR. WOODWARD:  Object to the form.
 9           A     Actually, no.  I disagree with their
10      conflation.  I -- I decided to quit politics after
11      my personal struggles with -- with mental health and
12      depression and other things and the stress from all
13      those years with Trump, and then -- you've moved off
14      from it.
15                    And then the --
16      BY MS. DELGADO:
17           Q     Oh, I'm sorry.
18           A     Let me finish the question.
19                    And then the other half, I did
20      express regret in a very private -- in a private
21      text message that was later exposed through some
22      process by the government.
23           Q     And let me ask you about Tim Dunn.
24                    Tim Dunn has invested in your
25      company; is that accurate?
```



```
 1              MR. WOODWARD:  Objection.  That's --
 2         that's irrelevant.
 3    BY MS. DELGADO:
 4         Q    Has Tim -- has Tim Dunn invested in your
 5    companies?
 6              MR. WOODWARD:  Objection to irrelevance.
 7              MS. DELGADO:  It's a public record.
 8         A    So AiAdvertising is not my company.  It's
 9    my former company.  So if you read that, "once
10    bought one of Parscale's firms."  He invested in my
11    prior company, is -- which is my public company in
12    technology.  I am a extreme minority shareholder of
13    that company now.
14    BY MS. DELGADO:
15         Q    Do you know about what the $5 million to
16    in MAGA Inc. is?  What's MAGA Inc.?
17         A    MAGA Inc. is a super PAC supporting
18    President.
19         Q    Is that the Make America Great Again PAC?
20         A    Yes.  Yes.
21         Q    The one that used to be the campaign?
22              MR. WOODWARD:  Objection to form.
23         A    I -- I didn't understand what you meant.
24    Ask that again?
25
```



```
 1  BY MS. DELGADO:

 2      Q    Is that -- is that the one which used to

 3  be Donald J. Trump for President, Inc.?

 4          MR. WOODWARD:  Objection to form.

 5      A    AJ, I don't know if that's true.  I -- I

 6  don't know how it was formed.  I'm well away, away

 7  from that stuff now.

 8      Q    So Mr. Dunn is -- is Mr. Dunn a Trump

 9  supporter?  Can I safely assume that?

10          MR. WOODWARD:  Objection to form.

11      A    I think you would have to ask Mr. Dunn.

12  But he's a conservative supporter, and he supports

13  multiple candidates and the President.  He's been a

14  supporter of the President over the years.

15      Q    Well, do you have any reason to believe

16  this is wrong?  Did he not donate to a Trump PAC?

17      A    Yeah.  I said, Fine.  You asked me why,

18  and I said I -- I don't know if he -- I don't know

19  if he loves Trump or doesn't love Trump.  He did the

20  donation.

21              You'd have to ask him how much he

22  loves Trump.

23          MR. WOODWARD:  Objection to form.

24          MS. DELGADO:  Are you objecting to his

25      answer?
```



1          MR. WOODWARD:  No, I'm objecting to the

2     question for the record.

3          MS. DELGADO:  Okay.  Could -- if you could

4     object after I've asked the question, that

5     would be helpful.

6     **A     Well, I -- I answered too quickly**

7  **before -- I didn't let him -- I'm being a bad**

8  **deposee?**

9  BY MS. DELGADO:

10    Q     Deponent.

11    **A     Deponent.**

12    Q     I think.

13    **A     Thank you.  I don't know.**

14    Q     And is the -- as of May 7th, 2024, is the

15 Trump campaign still a client of your company,

16 Campaign Nucleus?

17    **A     Yes, ma'am.**

18    Q     Okay.  Brad, you previously testified

19 earlier on that you had earned a -- what I believe

20 you said was a few hundred thousand from the 2016

21 campaign cycle; is that correct?

22    **A     Yes.**

23    Q     Okay.

24          I want to throw up another exhibit.

25          THE STENOGRAPHER:  This will be 18 for the



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1       record.
 2              MS. DELGADO:  Thank you.
 3                      (Exhibit 18 was marked for
 4                      identification)
 5  BY MS. DELGADO:
 6       Q     Okay.  Can you see that, Brad?
 7       A     Yeah.
 8       Q     Okay.  It's a Daily Mail article from
 9  September 11th, 2019.
10       A     Yep.
11       Q     And does this article ring a bell?
12              MR. WOODWARD:  Object to the form.
13       A     Oh, yeah.
14  BY MS. DELGADO:
15       Q     Okay.  Let's walk through some of this.
16       A     Yeah.
17       Q     Did you or an LLC or -- or company or your
18  wife buy a $2.4 million home in Fort Lauderdale, as
19  it states here?
20              MR. WOODWARD:  Object to the form.
21       A     Yes.
22              MS. DELGADO:  Okay.  I'll take out the "as
23       it states here."
24  BY MS. DELGADO:
25       Q     After the 2015 campaign, did you buy a
```



```
1    $2.4 million home in Fort Lauderdale?

2              MR. WOODWARD:  Object to the form.

3         A    Yes.

4    BY MS. DELGADO:

5         Q    Did you buy a $78,000 BMW?

6              MR. WOODWARD:  Object to the form.

7         A    I can't remember how much it was, but I

8    bought a BMW.

9    BY MS. DELGADO:

10        Q    Hmm?

11        A    Yes.  I don't remember how much it was;

12   but yes, I bought a BMW.

13        Q    Okay.  Do you recall the make -- the

14   model?

15        A    No.  I don't remember.

16        Q    You don't have it anymore?

17        A    Nope.

18        Q    Okay.  Did you buy a Range Rover?

19             MR. WOODWARD:  Object to the form.

20        A    I believe I bought a Range Rover, yes.

21   They're conflating multiple years; but yes, I bought

22   a Range Rover.

23   BY MS. DELGADO:

24        Q    What year, approximately, did you buy the

25   home in Fort Lauderdale?
```



```
 1        A     2018?

 2        Q     And what about the BMW?

 3        A     I don't remember.  Maybe '19?

 4        Q     And the Range Rover?

 5        A     '17 maybe?

 6        Q     Okay.  And what about -- what about any

 7   condominiums --

 8        A     Maybe '18.

 9        Q     Okay.

10        A     Yes.

11              (Simultaneous speakers.)

12   BY MS. DELGADO:

13        Q     Did you buy any condominiums?

14        A     Yes.  Bought a condo in Fort Lauderdale.

15        Q     How much was it?

16              MR. WOODWARD:  Objection to relevance.

17        A     I -- I don't remember how much I spent on

18   it.  Somewhere around a million dollars.

19   BY MS. DELGADO:

20        Q     Okay.  What about -- was there any condo?

21   Just one?

22        A     One I purchased, yes.  Just one.

23        Q     Okay.  The article references two

24   condominiums.  Do you know why?

25              MR. WOODWARD:  Objection to the form.
```



```
 1        A    I have no idea.  I do not have two condos.

 2   Again, this article is littered with hit-piece

 3   mistakes and -- and completely out of context for

 4   everything.  But this was written by my enemies, and

 5   so it's a way to make it look bad for me.

 6   BY MS. DELGADO:

 7        Q    Sure.  That's why I'm asking you what's

 8   correct in here.

 9        A    No, I do not own two condos there.

10        Q    Hmm?

11        A    They -- they conflict -- my parents and I

12   owned the condo together with their retirement

13   investment, and they took the condo to be two

14   condos.  But it was my mom and -- my parents and I

15   owning a condo together as an investment.

16        Q    And when did you and your parents buy

17   that?

18             MR. WOODWARD:  Objection to relevance.

19        A    I -- maybe somewhere around '18.  All this

20   stuff is after I left Kansas -- or I left Texas

21   after my kids died.

22   BY MS. DELGADO:

23        Q    And this is after the campaign, the 2016

24   campaign?

25        A    Yes.
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1        Q    Okay.

 2        A    Because my kids died.  I didn't -- it --

 3   this has nothing to do with the campaign.  This all

 4   has to do with my children dying.  Every single line

 5   of that.

 6        Q    Sorry.  I just want to be clear and,

 7   again, apologies, which you know I've expressed

 8   previously for your personal, horrible tragedy.

 9             I just to be clear, though.  The

10   financial aspect, are you saying has to do with

11   your -- your children -- I want to figure out if

12   you're not implying any sort of insurance.

13        A    No.  I'm implying that when my children

14   died, I liquidated every single asset I had in San

15   Antonio; sold everything, including everything

16   inside my house -- every car I owned, every house I

17   owned, every business I owned -- and moved to

18   Florida to try to rescue what was left of my life.

19             MR. WOODWARD:  Objection to relevance.

20             MS. DELGADO:  Mr. Woodward, I'm not going

21        to stop him from giving a full answer.  If he

22        wishes to give a full answer, that's fine.

23        A    That's the truth, so I'm happy to say it.

24   BY MS. DELGADO:

25        Q    Okay.  So are you saying under oath today
```



```
 1   that your work on the 2016 campaign did not have any

 2   bearing on your ability to make these purchases?

 3             MR. WOODWARD:  Objection to form.

 4        Objection to relevance.

 5        A    Very little difference.

 6   BY MS. DELGADO:

 7        Q    Is it your testimony that, under -- absent

 8   your working on the Trump campaign, you would have

 9   been able to make these purchases?

10             MR. WOODWARD:  Objection to form.

11        Objection to relevance.

12        A    Yes, I would have.

13   BY MS. DELGADO:

14        Q    How so?

15             MR. WOODWARD:  Objection to relevance.

16        A    At the time, the 2016 campaign, I owned

17   five homes, three companies, and sold my company for

18   multimillions of dollars in 2017 with nothing to do

19   with Trump.  Walked away with millions of dollars

20   for my hard work over 20 years.

21                  Had nothing to do -- I actually

22   almost gave everything away for the 2016 campaign

23   and it -- probably officially lost money doing that

24   campaign because all the business I lost.

25
```



1    BY MS. DELGADO:

2         Q    Is there any documentation given --

3    especially, as you say, that the media writes these

4    articles.  Is there any documentation you can point

5    to regarding these five homes and these --

6         **A    Yeah.**

7         Q    -- multimillion-dollar businesses?

8         **A    There is.**

9              MR. WOODWARD:  Objection to form.

10   Objection to relevance.

11        **A    It's -- it was pretty -- it -- that's all**

12   **public record.  You can look up the homes.**

13   BY MS. DELGADO:

14        Q    Okay, Brad.  So -- then I want to bring

15   your attention to a quote of yours in the article.

16   And please tell me if they -- if this was a

17   fraudulent quote.

18              You say, quote, I make no secret

19   about the fact that working for the Trump family

20   made me a wealthy man --

21        **A    Yes.**

22        Q    -- well before I ever even became Trump's

23   campaign manager.  The President is an excellent

24   businessman, and being associated with him for years

25   has been extremely beneficial to my family, unquote.



```
 1                    Did you --

 2            MR. WOODWARD:  Object --

 3    BY MS. DELGADO:

 4        Q    -- say that?

 5            MR. WOODWARD:  Objection to form.

 6        Objection to relevance.

 7        A    Yes, I did say that.  But what I'm -- what

 8    I'm talking about is back in -- a decade before

 9    about his family, giving quotes on the record,

10    saying about my talent and about my ability to

11    perform led me to get other business and decrease my

12    business.

13                    So I'm not going to shy away that my

14    relationship with the Trumps was beneficial to my

15    businesses, but I made my money on my own.  It

16    didn't come from Trump.

17    BY MS. DELGADO:

18        Q    But, Brad, you've said here, quote,

19    Working for the Trump family made me a wealthy man,

20    unquote.

21            MR. WOODWARD:  Objection to form.

22        Objection to relevance.

23        A    Yes.  Yes, it's --

24                    (Simultaneous speakers.)

25        A    I said being associated with him for years
```



1  has been extremely beneficial.  I didn't say get it

2  from him.  I say associated with him.

3  BY MS. DELGADO:

4      Q    No.  No, sir.  If you want to go up a line

5  where I'm reading --

6                   (Simultaneous speakers.)

7      A    But -- but I explain what I mean in the

8  next line.  The President is an excellent

9  businessman.  Being associated with him for years

10  has been extremely beneficial.

11                   That's what I'm saying right now.  It

12  has been the relationship, not my payments from him.

13  I almost gave him products.  Almost every product I

14  gave Trump was a loss leader for me for the benefit

15  of the marketing of saying that -- that I worked for

16  him.

17           MR. WOODWARD:  Please let her ask --

18  BY MS. DELGADO:

19      Q    But that is --

20           MS. DELGADO:  Oh, I'm sorry.  Go ahead.

21      Uh-huh.  I don't want to --

22           MR. WOODWARD:  Please let the plaintiff

23      ask a question.

24           MS. DELGADO:  Sorry.  I didn't mean to cut

25      him off.



```
 1   BY MS. DELGADO:

 2        Q    Go ahead, Brad.  Did I cut you off?

 3        A    No, I'm done.

 4        Q    Okay.  But that -- is that quote accurate?

 5             MR. WOODWARD:  Objection to form.

 6        Objection to relevance.

 7        A    The -- the quote is exactly as I just

 8   said.  Being associated with him for years has been

 9   extremely beneficial to my family.

10                  I have never, ever stated that I

11   got -- I got rich off getting payments from him.

12   BY MS. DELGADO:

13        Q    But you also said, quote, I make no secret

14   about -- did you say, I make no secret about the

15   fact that working for the Trump family made me a

16   wealthy man.

17             MR. WOODWARD:  Objection --

18   BY MS. DELGADO:

19        Q    Is that accurate?

20             MR. WOODWARD:  Objection to form.

21                       (Simultaneous speakers.)

22             MR. WOODWARD:  Objection to relevance.

23        A    The accurate is working him -- with his

24   association, which is the next line.

25
```



```
 1   BY MS. DELGADO:

 2       Q    Sure.  I think we're just -- I don't want

 3   us to talk past each other and waste time.  I'm just

 4   saying, did you provide this quote to the Daily

 5   Mail, or did they --

 6            MR. WOODWARD:  Objection to form.

 7       A    I -- I don't believe I did.  I think they

 8   took that from another story.  But I can't remember

 9   where I gave the quote.

10            Maybe.

11   BY MS. DELGADO:

12       Q    Okay.  Just above it, it says -- and

13   please tell me if this is wrong.  It says, Parscale,

14   blah, blah, blah, told Daily Mail in an exclusive

15   chat.

16            Is --

17            MR. WOODWARD:  Objection to form.

18       Objection to relevance.

19       A    I don't remember.  Maybe I did.  This is

20   not the greatest time.  Yeah, I don't know.

21            I don't remember if I did or not.  I

22   thought it -- I thought that came from somewhere

23   else.  Maybe I did give it to a reporter.  Maybe I

24   didn't even know it was Daily Mail.

25
```



```
 1   BY MS. DELGADO:

 2        Q    Okay.

 3        A    Maybe I gave it publicly.  I don't

 4   remember.

 5        Q    Well, did -- did you contact the Daily

 6   Mail and say, You've attributed a quote to me

 7   that --

 8                  (Simultaneous speakers.)

 9        A    I -- I don't recall.  I don't recall.

10   BY MS. DELGADO:

11        Q    It says here that you and your wife spent

12   $2 million on two condos in Fort Lauderdale.

13                  Is -- did you and your wife spend

14   $2 million on two condos in Fort Lauderdale?

15        A    Not --

16             MR. WOODWARD:  Objection to form.

17        Objection to relevance.

18        A    Not true.  We spent 500 grand on one -- on

19   one.

20   BY MS. DELGADO:

21        Q    Did you buy $300,000 worth of cars?

22             MR. WOODWARD:  Objection to form.

23        Objection to relevance.

24        A    I mean, I probably had debt.  I don't

25   remember what the total was.  I had to buy new cars.
```



1     **I sold them all in San Antonio and bought all new**

2     **cars.**

3     BY MS. DELGADO:

4          Q     Okay.  And the home is beautiful.

5          **A     Thank you.  But it's not a mansion.  It**

6     **was -- it's a 3200-square-foot 1960s mansion.**

7          Q     Yeah.  I'm not taking a position on their

8     description.  I agree that's subjective.  Just

9     asking you straight numbers.

10               Okay.  Lots of pictures these people

11    put in their articles.

12               And did you also receive payments

13    from the RNC?

14         **A     Yes, ma'am.**

15         MR. WOODWARD:  Objection to form.

16         Objection to relevance.

17    BY MS. DELGADO:

18         Q     Is it accurate that the RNC spent or paid

19    5.4 million to Parscale Strategy?

20               MR. WOODWARD:  Objection to form.

21         Objection to relevance.

22         **A     I -- I don't remember.  That sounds**

23    **accurate.**

24    BY MS. DELGADO:

25         Q     And is it accurate that, after the 2016



```
 1  election, you sold your digital web company for
 2  10 million?
 3       A    Yes.  Hence the cash.
 4            MR. WOODWARD:  Objection to form.
 5       Objection to relevance.
 6  BY MS. DELGADO:
 7       Q    Who bought it?
 8       A    Cloud Commerce.
 9            MR. WOODWARD:  Objection to form.
10       Objection to relevance.
11  BY MS. DELGADO:
12       Q    My God, these people put a lot of pictures
13  in articles.
14                 Okay.  Done with this one.
15                 I think I might have just one other
16  one.
17                 Okay.  Here's another one.
18            THE STENOGRAPHER:  This will be 19.
19            MS. DELGADO:  Thank you, Leila.
20                      (Exhibit 19 was marked for
21                       identification)
22  BY MS. DELGADO:
23       Q    Okay.  Are you able to see this one?
24       A    Yep.
25       Q    Okay.  And you know SV, do you?  Correct?
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1       A    Who?

 2       Q    Oh, sorry.  S --

 3                  (Simultaneous speakers.)

 4       A    Yes.  Yes.  Of course.  I know all these

 5  people.  Yeah.

 6  BY MS. DELGADO:

 7       Q    He's a good guy.

 8                  Okay.  So it -- did you buy a

 9  $400,000 boat, Brad?

10       MR. WOODWARD:  Objection to form.

11  Objection to relevance.

12       A    Yes, I did.

13  BY MS. DELGADO:

14       Q    When was that?

15       MR. WOODWARD:  Objection to form.

16  Objection to relevance.

17       A    I don't know.  Somewhere after we moved to

18  Florida.

19  BY MS. DELGADO:

20       Q    So that would be after the 2016 campaign?

21       A    Yes.

22       Q    Just to be clear, when did you move to

23  Florida?

24       A    Somewhere late 2017, early 2018, 20- -- I

25  think late 2017.
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

1      Q    Okay.  Did you buy a Ferrari?

2           MR. WOODWARD:  Objection to form.

3      Objection to relevance.

4      **A    Well, all those things, you say word**

5  **"buy."  It's whether you decide, lease and debt and**

6  **other things, yes.  I was significantly struggling**

7  **from the loss of my children; and my wife and I were**

8  **trying to do anything we could to make ourselves**

9  **happy, which one of that ended up working.**

10 BY MS. DELGADO:

11     Q    It's okay.  Not questioning your rationale

12 or reasons behind these purchases, nor being

13 critical of any.  Just asking about the numbers.

14          Okay.  I'm just scrolling through

15 here.  You're reading it at the same time I am.

16          Again, here, we have the reference to

17 the cars, which I believe we already covered.  You

18 did say you had bought a Range Rover.

19          And there's just more repetition

20 there.

21     **A    Uh-huh.**

22     Q    It -- SV writes here that your firm -- and

23 I know that doesn't mean that you cleared

24 $93 million, but your firm, is it accurate, received

25 somewhere in the ballpark of the figure of



```
1   93.9 million?

2           MR. WOODWARD:  Objection to form.

3       Objection to relevance.

4       A    Yes.

5   BY MS. DELGADO:

6       Q    Okay.  And is it accurate that the home

7   you bought, the waterfront home, the property taxes

8   alone were over $40,000?

9           MR. WOODWARD:  Objection to form.

10      Objection to relevance.

11      A    I don't know the total; but yes, probably

12  something around there.

13  BY MS. DELGADO:

14      Q    And do you recall the salaries on the

15  Trump campaign that -- for instance, those

16  referenced here, is it accurate that Tim Murtaugh

17  was making $230,000?  Does that --

18          MR. WOODWARD:  Objection to form.

19      A    I don't remember.  Sounds accurate.

20  BY MS. DELGADO:

21      Q    Okay.  Would you agree with me that Trump

22  campaign salaries tend to be higher than those of

23  other campaigns?

24          MR. WOODWARD:  Objection to form.

25      A    Yes.
```



```
 1  BY MS. DELGADO:
 2       Q    So -- and you would agree that, for some,
 3  working in Trump orbit has proved to be lucrative?
 4            MR. WOODWARD:  Objection to form.
 5       A    I can't speak to their lucrative.  I can
 6  only speak to why we had to pay more.
 7  BY MS. DELGADO:
 8       Q    Okay.  I think that's it on this one.  I
 9  don't want to belabor the stats.
10            Okay.  I think -- let me see if there
11  was one more.
12            Okay.  Let me share this one.
13                 (Exhibit 20 was marked for
14                  identification)
15  BY MS. DELGADO:
16       Q    Okay.  This is a New York Times article,
17  Brad, from October of 2019.  And it's about Katie
18  Walsh and her husband, Mike Shields.  And you're
19  referenced in it, so I wanted to ask you if this is
20  correct.
21            MR. WOODWARD:  Objection to form.
22       Objection to relevance.
23       A    I don't -- I don't know what -- what --
24  what am I asking is correct?
25
```



```
 1  BY MS. DELGADO:
 2       Q    Yeah, I'm getting to that.  Sorry.
 3                 It says that Parscale Strategy
 4  received nearly $3 million from --
 5       A    Well, I'm looking at -- I'm looking at
 6  something about my wife right here.
 7       Q    Take your time.  You need me to scroll up
 8  or down?
 9       A    I don't see anything about Katie Walsh on
10  the page I'm looking at.  Maybe you're showing me
11  the wrong page?
12       Q    No.  The screen I'm sharing, it's on --
13  it's even asking me stop the share if I'd like -- is
14  a New York Times article, and I have Katie Walsh's
15  picture up?
16       A    No.  We're not seeing that.
17                 (Simultaneous speakers.)
18  BY MS. DELGADO:
19       Q    Okay.  Let me stop.
20       A    I see this --
21            THE WITNESS:  What is that?
22            MR. WOODWARD:  Serendipitous parent.
23  BY MS. DELGADO:
24       Q    Weird.  Okay.  Let me try again.
25                 How about now?
```



```
 1      A    Now, I can see it.

 2      Q    Okay.  So this is -- let me do it again,

 3 then.

 4                This is a New York Times article,

 5 October 23rd, 2019?

 6      A    Okay.

 7      Q    It's about Beltway Power Couple Katie

 8 Walsh and her husband?

 9      A    Yes.

10      Q    And you're mentioned in it, so I wanted to

11 ask you --

12      A    Can you make it bigger?  I can't even read

13 it with my glasses.

14      Q    Of course.  Let me see.

15                    (Sotto Voce Discussion.)

16 BY MS. DELGADO:

17      Q    Okay.  So it says you received nearly --

18 Parscale Strategy received nearly 3 million.

19      A    Yeah.

20      Q    From the -- the two groups.

21      A    Okay.

22      Q    Is that accurate?

23           MR. WOODWARD:  Objection to form.

24      Objection to relevance.

25      A    I don't remember the totals, and I don't
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

 1    **remember why.  But that clearly could be accurate.**

 2    BY MS. DELGADO:

 3        Q    Okay.  And I don't think there's anything

 4    else in this article -- let me see -- that I wanted

 5    to ask you about.  Tried to highlight just to make

 6    it easier to draw your attention.

 7                    The article also says that the RNC

 8    has paid you about 25 million since 2017.  That's

 9    paid Parscale Strategy, I should say, not you.

10                    Is it accurate what it relays here

11    that you keep 1.5 percent of the ad purchases?

12        **A    That was not accurate.**

13            MR. WOODWARD:  Objection to form.

14        Objection to relevance.

15        **A    The accuracy number was 1.  They -- they**

16    **assumed that from somewhere.  I don't -- they**

17    **don't -- they don't even give an on-the-record**

18    **statement of where they got that.**

19    BY MS. DELGADO:

20        Q    Well, it's the New York Times, so I --

21    why --

22        **A    I mean, New York Times has lied about**

23    **plenty of things.**

24                    **It's a 1 percent.  That was in the**

25    **contract of 2016.**



```
 1        Q    Sure, but if you see something in the New
 2   York Times that's not accurate, did you reach out to
 3   them and say, That's incorrect?
 4             MR. WOODWARD:  Objection to form.
 5        A    I mean, I -- I don't even remember this.
 6   I would have had to have a full-time staff to do
 7   this, and at this period -- what year is this?
 8   BY MS. DELGADO:
 9        Q    This is, I believe -- let's see.  Scroll
10   back up.
11             I believe this was October 2019, so
12   when you were at the 2020 campaign.
13        A    I -- at this point, I didn't care.  I
14   mean, I don't even know if I read that.  I -- I had
15   more stories than I could read.
16        Q    And I don't think there's anything else
17   from this article to ask you about.
18        A    Yeah.
19        Q    Brad, going back to the experiences you
20   had regarding --
21        A    Are we done with the -- can I take my
22   glasses off?
23        Q    Did I -- sorry?
24        A    Are we done with the reading?
25        Q    I --
```



1      **A    I just want to know if can take my glasses**
2  **off because I can't see when I'm reading.**
3              MR. WOODWARD:  Yes, you can take --
4              THE WITNESS:  Take my glasses off?
5                     *(Sotto Voce Discussion.)*
6  BY MS. DELGADO:
7      Q    Brad, going back to the -- you spoke a bit
8  about the flirtatious and/or physical and/or sexual
9  overtures -- physical overtures on the campaign in
10 2016 or 2020.
11             Do you recall telling me one of those
12 was from Kellyanne Conway?
13             MR. WOODWARD:  Objection to form.
14     **A    No.  I -- it was not a sexual innuendo or**
15 **anything that would be considered that.**
16 BY MS. DELGADO:
17     Q    What was it?
18             MR. WOODWARD:  Objection to form.
19     **A    At most, I was -- you're talking about a**
20 **conversation where I was joking about, you know, a**
21 **lot of stupid things, but the -- you know, there was**
22 **a moment where I thought she was being flirtation,**
23 **and I thought that was funny.  I could be completely**
24 **wrong, but that was it.**
25



1    BY MS. DELGADO:

2        Q    Okay.  I don't think I asked you --

3    although I'm sure Mr. Woodward would tell me if I

4    did -- what was your title on the campaign?

5        **A    My title?**

6        Q    Yeah.

7        **A    Which -- which campaign?**

8        Q    2016.  I'm sorry.

9        **A    My official title was, I believe, digital**

10   **director, is the one that was ever announced.  But**

11   **internally, I kind of had several by the time the**

12   **end.  But my official title was digital director.**

13       Q    And you hired the Cambridge Analytica

14   people?

15       **A    I was the one who -- actually, the first**

16   **recommendation came from Steve Bannon, and then --**

17   **but I am the one who ended up negotiating the deal.**

18       Q    Right, but you -- and what I'm trying to

19   get at is you previously described yourself as a --

20   as -- let me -- let me rephrase that so I make it

21   clearer.

22            Was Cambridge Analytica a con- --

23   somebody you -- an entity you were contracting?

24            MR. WOODWARD:  Objection to form.

25       **A    Parscale didn't ever contract them.  It**



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1   was -- they were contracted directly from the
 2   campaign.
 3                 But under my title of digital
 4   director, their vendor relationship fell -- fell
 5   under me.
 6   BY MS. DELGADO:
 7        Q    Got it.  Okay.  Okay, okay.
 8                 And Oz was under contract with
 9   Cambridge, not with the campaign; is that correct?
10        A    I don't believe that he had a separate
11   contract with the campaign.  I think it was all
12   under Cambridge.
13        Q    So he was an employee of Cambridge
14   Analytica?
15        A    I couldn't tell you their relationship.  I
16   just know that we paid Cambridge.  I do not remember
17   Matt being paid anything separate from the campaign,
18   but I did -- I did not memorize the entire FEC
19   report.
20                 MR. WOODWARD:  Objection to form.
21   BY MS. DELGADO:
22        Q    So let me just throw up on the screen a
23   second -- I think will be the last exhibit.
24                 THE STENOGRAPHER:  Exhibit 21.
25                 MS. DELGADO:  Thank you, Leila.
```


Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1                    (Exhibit 21 was marked for

 2                    identification)

 3    BY MS. DELGADO:

 4         Q    This is your testimony before a house

 5    committee in 2017.  Do you recall giving this

 6    testimony to the US House of Representatives?

 7         A    I gave several, yes.  I -- I don't

 8    remember what I said, but I remember being there.

 9         Q    Okay.  And here, you talk about hiring

10    Cambridge Analytica, her staff.  You talk about Oz.

11         A    Yeah.

12         Q    I'm just scrolling through so you can see

13    that.

14         A    Yep.

15              MR. WOODWARD:  Objection to form.

16    BY MS. DELGADO:

17         Q    Okay.  And here, you testify -- you're

18    asked, and you say that Oz was under contract with

19    Cambridge Analytica --

20         A    Yes.

21         Q    -- and was an employee of Cambridge

22    Analytica.

23              MR. WOODWARD:  Objection to form.

24    BY MS. DELGADO:

25         Q    Is that correct?
```



```
1        A    Yeah.  That's what I just told you.  I
2   said I just didn't know if he was paid additionally.
3   I just don't remember that.  But I -- I -- I
4   remember him being under contract from Cambridge,
5   and I was required to hire Cambridge to hire him.
6        Q    So he was never contracted by the
7   campaign.  He was an employee of Cambridge
8   Analytica?
9             MR. WOODWARD:  Objection to form.
10       A    Yes.  But what I'm saying is some people
11  towards the end might have gotten separate
12  contracts.  Some things, I don't remember.  I'm just
13  saying, as I remember, he was just under Cambridge.
14  But I don't memorize the entire FEC report.
15             If he's not on the FEC report, then
16  that was the only way he was hired.
17  BY MS. DELGADO:
18       Q    Of course.
19             I'm only asking because, when I had
20  asked you about staffers and independent contractors
21  of the campaign who didn't go into the
22  administration or the White House, you had mentioned
23  Oz.
24       A    Oh.
25             (Simultaneous speakers.)
```



BY MS. DELGADO:

    Q    That's why I'm asking.  It's not a trick question.

    **A    He was treated -- he was treated as a subcontractor.**

    Q    Okay.  Fair enough -- exactly.  Okay. That's -- that's -- it's not a trick question. That's why I was asking.

              Okay.  And you also mentioned -- oh, sorry.  I took it off.

              There were -- there were three others besides Oz from cam- -- who were Cambridge Analytica subcontractors.  Does that sound right?

    **A    I believe all together was -- it's been a long time since I told this story, but I believe it was four or five total people came from Cambridge Analytica.  And if you look at how much money we spent per month, that was for salaries for them for staffed.**

              **The press was always false in saying that I hired Cambridge Analytica for data work. That's always been the perpetual lie from the left.**

    Q    Sorry.  What was the lie?

    **A    The lie is that we used Cambridge Analytica data to target voters is a complete lie.**



```
 1    We never used any of their data.  We only hired them

 2    for staff.

 3                 But when you tell me earlier the New

 4    York Times doesn't lie, you can Google New York

 5    Times, and they say that a hundred times, which is a

 6    lie.

 7        Q    Well, I didn't say the New York Times

 8    doesn't lie.  I...

 9        A    Okay.

10        Q    Okay.  Just --

11        A    I'm just saying they like to -- they like

12    to, you know, squiggle the truth.

13        Q    Sure.

14                 And most of those folks were in

15    San Antonio, right?

16        A    At the beginning.  But eventually, when I

17    started going to New York, I split the team between

18    New York and San Antonio.  When you --

19        Q    And you --

20        A    -- start seeing the war room, I -- they

21    start coming to my office.

22        Q    Okay.  And you referenced earlier that

23    Cambridge Analytica's data was -- was not what they

24    were hired for, but rather staff.

25        A    Right.
```



```
 1      Q    That leads me to another question.
 2                 Was there some tension in the last
 3  few days of the campaign or shortly thereafter
 4  regarding Cambridge Analytica attempting to take
 5  credit for your work?
 6             MR. WOODWARD:  Objection to form.
 7             THE WITNESS:  I can answer this, right?  I
 8        love this question.
 9      A    The -- yes.
10  BY MS. DELGADO:
11      Q    It's just interesting to me.
12      A    Of course.
13                 Yes.  The -- it wasn't -- it was
14  after the campaign, so I -- when -- what you're
15  discussing have occurred months later -- or not
16  month later.  Like, I think a few weeks later, they
17  got up on stage and were like, We're the geniuses
18  who got Trump elected.  And I was like, What?  I
19  don't even know who you are.
20                 And then they made this stupid movie
21  called The Great Hack with a woman that I don't even
22  who is and no one's ever met.  And Netflix set this
23  entire narrative of office, Cambridge Analytica did
24  all this secret stuff with -- and it was all false.
25  It was a -- entirely, just a fake movie.
```



Jeannie Reporting

Your Wish Is Our Job!

305-577-1705

```
 1   BY MS. DELGADO:

 2        Q    Right.

 3        A    Thank you for that question.

 4        Q    That's okay.  Glad you can establish the

 5   record correcting here.  Okay.

 6             MS. DELGADO:  Okay.  I think -- we're

 7        close to being done.  Like I side, this

 8        deposition, I got a good chunk of what I needed

 9        in the original Part 1, so this was probably

10        not going to take the full three hours.  But

11        thanks, everyone, for your patience.

12             If you want to take a quick five-minutes

13        break, I'm just going to go through and see

14        what remains.  But we'll probably be done in

15        the next 15 minutes or so.

16             Okay.  Off the record for five minutes.

17             THE STENOGRAPHER:  Off the record.

18                       (Recess.)

19   BY MS. DELGADO:

20        Q    I just have a couple more questions, Brad,

21   and then we will be done.

22        A    No more documents?

23        Q    One more.  And --

24        A    I'll keep my glasses -- I'll keep my

25   glasses open.
```



1       Q    Okay.  Thank you.

2                 Okay.  Let's see here.  Go back to

3  the Zoom window.

4                      (Exhibit 22 was marked for

5                      identification)

6            MS. DELGADO:  Is everybody able to see

7        this?  It's from FEC.

8        **A    Yeah.  Hold on.  Yep.**

9  BY MS. DELGADO:

10       Q    Okay, Brad.  These are payments dated

11  November 2020 --

12           MS. DELGADO:  Oh, and, Leila, sorry.  I'm

13       marking this as an exhibit.

14  BY MS. DELGADO:

15       Q    These are payments to the Law Firm of

16  Kasowitz Benson Torres.

17       **A    Okay.**

18       Q    Starting November 2020 through

19  January 2022.

20       **A    Okay.**

21       Q    And, Brad, as you'll see, some are from

22  the RNC, but some are from the 2016 and 2020

23  campaign, which was Donald J. Trump for President,

24  Inc., which later became what you see there called

25  Make America Great Again PAC.



```
 1        A     Okay.

 2        Q     I wanted to ask you, for the ones that are

 3   from Donald J. Trump for President, Inc. and/or Make

 4   America Great Again PAC, do you have any knowledge

 5   as to what these payments were for?

 6        A     I wouldn't have -- I don't have any -- I

 7   had no involvement with any money spent since summer

 8   of 2020.

 9             MR. WOODWARD:  Object to the form.

10             THE WITNESS:  Sorry.

11        A     I have no transparency to anything

12   since -- since the summer of 2020.

13   BY MS. DELGADO:

14        Q     Do you know why Kasowitz Benson Torres

15   would have received a $2.5 million single payment in

16   the 2000 for the election?

17             MR. WOODWARD:  Object to the form.

18        A     I actually have no idea.

19   BY MS. DELGADO:

20        Q     Okay.  Fair enough.

21             And you testified earlier that the --

22   what you called the, quote, litigation, unquote, was

23   not the sole reason I wasn't brought on for the 2020

24   team; is that correct?

25        A     Is this from last deposition?
```



```
 1        Q    From --
 2             MR. WOODWARD:  Object to the form.
 3   BY MS. DELGADO:
 4        Q    From earlier.
 5                  Is --
 6        A    Earlier -- earlier today or earlier last
 7   time?
 8        Q    Last time.  Did --
 9        A    Okay.
10        Q    Am I remembering correctly that you
11   testified that the -- that the -- what you called
12   the, quote, litigation was not the sole reason?
13        A    I mean, I -- I would say that still today.
14   Yes, I would say it was a reason.
15        Q    And the other reason you gave, am I
16   correctly recalling, was that you had been told that
17   I had, quote, flipped, unquote on the President?
18        A    That was one of -- of -- yes.  I had
19   received different opinions from different people on
20   things, and I believe the strongest two were that
21   you had turned on the President and -- politically
22   and were opposing him.  And the other one was
23   something about being litigous -- litigate- --
24   litigous -- litagious?
25                  THE WITNESS:  Which one is it?
```



```
 1              MR. WOODWARD:  Litigious.

 2        A    Litigious.  Litigious.  I remember that.

 3   BY MS. DELGADO:

 4        Q    Did -- did you have or do you have any

 5   documentation of referencing any reason other than

 6   the, quote/unquote, litigation?

 7        A    Can you ask that again?  Sorry.  I...

 8        Q    Yeah.

 9              Is -- does any paper trail or any

10   documentation or any e-mail exist that you know of

11   or could possibly even produce in which you detail a

12   reason other than the, quote/unquote, litigation?

13              MR. WOODWARD:  I'm going to object again,

14        Ms. Delgado.  You asked him about this in his

15        prior deposition on Page 73.

16              But why don't you go ahead and answer,

17        Brad.

18        A    I believe all this was done in person.  I

19   don't think -- there was no written chain about you.

20   This was done -- I mean, it was honestly done very

21   quickly, as -- if I remember, just a brief -- few

22   brief conversations.  And I don't think you and I

23   ever spoke directly about it.

24   BY MS. DELGADO:

25        Q    Did you have any -- have you personally
```



```
 1   been aware or were aware of anything indicating that
 2   I had, quote/unquote, flipped?
 3              MR. WOODWARD:  Object to the form.
 4        A    Can you ask that again?  I don't know what
 5   you mean.  You asked me if I -- I saw evidence?
 6   BY MS. DELGADO:
 7        Q    Correct.
 8        A    I can't remember if I did.  I probably
 9   would have accepted some of those people just on
10   their word at that point.
11        Q    Okay.
12        A    But I don't recall if somebody handed me a
13   piece of paper eight -- six years ago.  I just
14   don't.
15              THE WITNESS:  Says we're the host now.  We
16        lost the -- we lost the court reporter.
17              (Technical interruption.)
18              (Discussion off the record.)
19   BY MS. DELGADO:
20        Q    Okay.  Brad, were you aware that I sent
21   your -- one of your attorneys, Mr. Woodward, a
22   proposed affidavit in lieu of a deposition?  In
23   other words, an affidavit so -- as an alternative to
24   being deposed?
25              MR. WOODWARD:  I'm going to -- I'm going
```



```
 1        to object to any answer other than whether he

 2        is aware on the grounds of privilege.

 3        A    Yes.

    BY MS. DELGADO:

 5        Q    Okay.  So I'm going to -- let's see.

 6             MS. DELGADO:  I'm going to admit that as

 7        an exhibit.

 8             THE STENOGRAPHER:  Be 23.

 9             MS. DELGADO:  That'll be 23.

10                  (Exhibit 23 was marked for

11                   identification)

    BY MS. DELGADO:

13        Q    Let me -- I'm just going to share the

    screen.  This is the e-mail to your counsel.

15             Why are you looking at your counsel?

16        A    I'm -- they're whispering, so I was --

17        Q    Any conversation happening I should hear?

18        A    I can't hear it, so...

19        Q    Okay.  So this is the e-mail and then the

    attachment.  I'm just showing on the screen for open

    transparency what it is I'm submitting as an -- as

    an exhibit, okay?  Just for transparency purposes.

    Your attorney, Mr. Woodward, has a copy of this

    because this is an e-mail correspondence with him

    directly.  And it's from September 4th, 2023.
```



```
 1                   And then I'm --

 2        A     Okay.

 3        Q     Okay.  Also, in full transparency, I'm

 4   going to also put in the -- what was attached to

 5   that.

 6                   Did you see the e-mail?  When you say

 7   you're aware, did -- did you review the affidavit?

 8        A     I -- I don't know.  I don't remember.

 9   Actually, if I saw -- I remember talking on the

10   phone about it.

11                   I believe he called me because I was

12   on the road.

13        Q     Okay.  And then, this is -- I'm going to

14   mark this --

15        MS. DELGADO:  I don't even know to mark

16        this as a separate exhibit, Leila, because it's

17        the attachment to that e-mail.  So...

18        THE STENOGRAPHER:  It might -- for

19        clarity's sake, it might be easier.  Or if you

20        want to make it, like, 23B, we can do that,

21        but -- for marking purposes, it tends to be

22        cleaner just to mark it as a new exhibit unless

23        you want to make it a composite.

24        MS. DELGADO:  Oh, what -- it's fine either

25        way.  I mean, it's pretty clear.  It's the
```



```
 1        attachment of it follows the other one.
 2             THE STENOGRAPHER:  Let's do it as 24,
 3        then.
 4                     (Exhibit 24 was marked for
 5                      identification)
 6             MS. DELGADO:  Okay.  And so this is --
 7        this is the attachment, and I'll just submit
 8        this as an exhibit.
 9   BY MS. DELGADO:
10        Q    So, Brad, did you roughly have an idea
11   what you were going to be asked at the deposition?
12             MR. WOODWARD:  I'm going to object on
13        privileged grounds.
14             MS. DELGADO:  No, I'm not asking anything
15        about conversations with you.  I'm asking if he
16        knew what he was going to be asked about.
17   BY MS. DELGADO:
18        Q    Nothing to do with any conversation, any
19   thoughts from your attorney.
20             MR. WOODWARD:  I'm going to object --
21        object on the basis of attorney-client
22        privilege and instruct the witness not to
23        answer.
24   BY MS. DELGADO:
25        Q    Have you seen this affidavit, Brad?
```



```
1        A    I -- I don't --

2             MR. WOODWARD:  I'm going to object as to

3        form.

4        A    I don't recall reading this.  Again, I

5   think he called me and read me parts of it.

6             I don't remember.  I don't think I

7   saw the whole thing.  Some of this, I'm not

8   recognizing right now.

9        Q    And approximately when would it have been

10  that Mr. Woodward, quote, called you and read parts

11  of it, unquote?

12       A    I don't -- a year ago?

13       Q    Like, what month?

14       A    I -- AJ, I have no idea.  It was a while

15  ago.

16       Q    Last year?

17       A    Maybe.  I don't remember.  Sometime during

18  the period of time where -- before you asked me to

19  subpoena sometime I knew the case was going on,

20  somewhere last year maybe?  I really don't remember.

21       Q    Okay.  Fair enough.

22             Sometime prior to this deposition.

23       A    Yes.  Prior to this deposition and since

24  2016.

25       Q    Okay.  We have enough.
```



```
 1              Brad, from your understanding of
 2    2016, did Donald Trump select individuals for White
 3    House jobs.
 4              MR. WOODWARD:  Objection to the form.
 5      A    I really did not have anything to do with
 6    transition.  I -- I had nothing to do with it.
 7    Almost absolutely nothing.  I made a couple
 8    suggestions to people.  I got asked for a couple
 9    reviews.  And that -- that all probably happened the
10    first couple days, and I had nothing to do with it
11    after that.
12              I never saw Trump at the transition
13    office at Trump Tower, so -- and I wasn't privy to
14    any of the meetings upstairs.
15    BY MS. DELGADO:
16      Q    I'm just looking through to see if
17    anything remains.  I don't think so.
18              The conversations you had about
19    2020 -- about my joining the 2020, was that -- was
20    it Katrina Pearson who reached out to you and said
21    AJ's interested in joining the campaign?
22      A    I believe that my recollection is that the
23    first person I heard you about was Katrina.  That
24    would have been the most likely also.
25      Q    When you "the first," was there another
```



1   person?

2        A    I just don't remember if other people said

3   it.  What I'm saying is somebody else could have

4   come -- Megan Powers or somebody else could have

5   come said something to me.  The memory I remember is

6   Katrina.

7        Q    Who is Megan Powers?

8        A    Just some -- a -- she was, like, director

9   of operations.

10       Q    Did she also handle HR type of duties?

11            MR. WOODWARD:  Object to the form.

12       A    Yes.  Yeah.  She would help.

13            I don't remember exactly when she

14   kind of stepped out of that role and I kind of made

15   more of an official HR department, but...

16            She was kind of the one I designated

17   to handle onboarding.  I don't know if it was

18   hiring, but onboarding, which is different than

19   hiring.

20            She would do some hiring, some

21   onboarding.  Just depended on the level of the

22   position.  Some I would handle.  I'd only handle the

23   top ones.  Then someone would handle below, and --

24   just there was different people at different levels.

25       Q    Was there anyone else who would hire



1   onboarding individuals besides Megan?

2       A    Yes.  There would have been several --

3   it -- we allowed a lot of the hiring to happen per

4   department.  There was different things that --

5   that -- it just depended on how level the position

6   was.  High level.

7       Q    And if somebody had a complaint about

8   mistreatment, who typically would they have gone to

9   on the campaign?

10      A    My recollection is would be Glassner or --

11  Michael Glassner or Alex Cannon, Sean Dollman, those

12  kind of people.  Maybe not Sean, but Alex -- I would

13  say Alex and Glassner would have been the -- the two

14  key people that I would have sent them to or

15  somebody would have reached out to.

16      Q    Why Glassner?  What was his role?

17      A    He was just a high level -- I can't

18  remember what his title was, honestly.  I think it

19  might have been deputy -- yeah, what was his title?

20           I don't remember his title, but he

21  was a -- he was one of the originals.  I call them

22  the OGs.  You know, the -- been with the campaign a

23  long time.  He handled a lot of the litigation and

24  the management of our litigation.

25           He would have known the lawyers,



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

 1   known the people to talk to.  He was an older adult

 2   with lots of experience.  Just good, calm voice; all

 3   those kinds of things.  Somebody that would have

 4   handled it with -- if something would've happened,

 5   handled with the right kind of dignity that I would

 6   expect.

 7       Q    And what was his title?

 8       A    I can't remember, AJ.  I really can't.

 9   I'm so bad with titles.  I'm lucky I remember mine.

10       Q    And Alex was an attorney, right?

11       A    I don't know his official role with the

12   campaign was, but he is an attorney.  And has been

13   an attorney for the campaign prior.  I don't know

14   what the capacity in how his contracts were.  I -- I

15   expected him to handle legal matters for the

16   campaign.

17       Q    So did he work with Justin Clark?

18       A    I couldn't -- I never really thought of

19   Justin Clark as an attorney in the campaign.  I

20   thought of him as a political adviser.

21       Q    Okay.

22       A    Well, I think -- I believe that role

23   changed after I left, but I can't -- I don't know

24   for sure.

25               When I was there, he was more of a



1    political person.

2        Q    Okay.

3        A    He might have handled some small legal

4    issues, but I don't remember any of those.  That

5    might have been -- that's a question to ask Glassner

6    or somebody else that was dealing with litigation.

7        Q    Okay.  Hold on one second.

8                Okay.  Just going to show you...

9                I'll throw this up on the screen last

10    thing.

11                So that's a reference to Justin

12    Clark, if you can --

13        A    Yes.

14        Q    -- see in -- in Reuters.

15        A    Yep.

16        Q    November 2020 as senior counsel and a

17    lawyer.

18                So is it possible that he took on the

19    legal role after you left, is what you're saying?

20        A    As I --

21                MR. WOODWARD:  Object to the form.

22        A    As I read the stories myself, looks like,

23    as it closer to election day or after election day,

24    it took more of a legal thing.  It -- in the

25    capacity with me, it was more about building a



 1    political structure for election integrity, not

 2    actually being a legal counsel for us.

 3                    As I remember --

 4        Q    Right.

 5        A    As -- for me, as I remember his role, that

 6    was his role.  I believe later, from reading

 7    stories, the same as you, that he became more of an

 8    attorney for -- for the campaign.

 9                    But that doesn't mean he already had

10    some contract I didn't know about.

11        Q    Right.

12                    So what you're saying is he would --

13    he would wear different hats depending on who he was

14    dealing with.

15            MR. WOODWARD:  Object to the form.

16    BY MS. DELGADO:

17        Q    Is that accurate?

18        A    Yes, ma'am.

19                    And I -- when I was campaign manager,

20    I do not remember him really having a legal role.

21        Q    And you were the campaign manager until

22    what month, Brad?

23        A    I believe July 20- -- somewhere late July.

24    I don't know.  I try to forget the day.

25        Q    Okay.



1          MS. DELGADO:  I don't think I have

2      anything else.  So I think --

3          THE STENOGRAPHER:  I'm sorry, AJ.  You

4      want to make this an exhibit?

5          MS. DELGADO:  Yes, please.

6          THE STENOGRAPHER:  Okay.  That'll be 25.

7                  (Exhibit 25 was marked for

8                  identification)

9  BY MS. DELGADO:

10     Q    Oh, Brad, one more thing.  Do you intend

11  to keep the Trump campaign as a client of Campaign

12  Nucleus through the election?

13         MR. WOODWARD:  Object to relevance.

14     Object to the form.

15     **A    I plan to keep any person on the**

16  **Republican side that wants to do business with me**

17  **and conservative side, to keep them as clients, yes.**

18     Q    Okay.

19         MS. DELGADO:  Thank you.

20         That's it, folks.  Thank you so much.

21         MR. WOODWARD:  Can we take a minute -- can

22     we take a minute to see if we have anything?

23         MS. DELGADO:  Of course.

24         MR. WOODWARD:  All right.  Hang on.

25         Let's go off the record.



```
 1              THE STENOGRAPHER:  Off the record.
 2                      (Recess.)
 3              THE STENOGRAPHER:  Back on the record.
 4              MR. WOODWARD:  Nothing on behalf of
 5      Mr. Parscale other than that we will designate
 6      his deposition transcript as confidential under
 7      the protective order.
 8              MS. DELGADO:  Just for the record,
 9      Mr. Woodward, you already know.  We don't need
10      to argue.  Just for the transcript purposes,
11      I've already explained to Mr. Woodward the
12      confidentiality order doesn't allow a third
13      party to designate.  Nonetheless, I have no
14      intention of sharing the deposition, as I
15      already stated in our e-mail last night.  So we
16      can leave it at that.
17              (Discussion off the record.)
18              MR. WOODWARD:  And we will read and sign,
19      Madam Court Reporter.
20                      (The deposition was concluded at
21                      12:37 p.m.)
22
23
24
25
```



**CERTIFICATE OF OATH**

1

2   STATE OF FLORIDA          )

3   COUNTY OF WALTON          )

4           I, the undersigned authority, certify

5   that BRADLEY PARSCALE remotely appeared before me

6   and was duly sworn.

7

8           WITNESS my hand and official seal

9   this 7th of May, 2024.

10

11  _Leila Z. Harris_____

12

13  Leila Z. Harris, Stenographic Court Reporter

14  Notary Public - State of Florida
    Commission No: HH 144004
15  My Commission Expires: September 13, 2025

16

17

18

19

20

21

22

23

24

25



```
 1   STATE OF FLORIDA        )

 2   COUNTY OF WALTON        )

 3            I, Leila Z. Harris, LCR (Tennessee), Court

 4   Reporter, certify that I was authorized to and did

 5   stenographically report the foregoing deposition;

 6   and that the transcript is a true record of the

 7   testimony given by the witness; Per Federal Civil

 8   Procedure Rule 30(e) deponent witness did request to

 9   read and sign transcript.

10            I further certify that I am not a

11   relative, employee, attorney, or counsel of any of

12   the parties, nor am I a relative or employee of any

13   of the parties' attorney or counsel connected with

14   the action, nor am I financially interested in this

15   action.

16

17   _____

18   Leila Z. Harris, LCR, FPR
     Stenographic Court Reporter
19

20

21

22

23

24

25
```



```
 1   Please attach to the 5/7/25 deposition of BRADLEY
     PARSCALE in the case of Delgado vs. Trump.
 2
     INSTRUCTIONS:  Please read the transcript of your
 3   deposition and make note on this page of any
     changes.  Do not mark on the transcript itself.
 4   Please sign and date this sheet.

 5                       ERRATA SHEET

 6   PAGE   LINE   ERROR OR AMENDMENT              REASON

 7   ____   ____   _____

 8   ____   ____   _____

 9   ____   ____   _____

10   ____   ____   _____

11   ____   ____   _____

12   ____   ____   _____

13   ____   ____   _____

14   ____   ____   _____

15   ____   ____   _____

16   ____   ____   _____

17   ____   ____   _____

18   ____   ____   _____

19   Under penalties of perjury, I declare that I have
     read my deposition and that it is true and correct
20   subject to any changes in form or substance entered
     here.
21

22   _____      _____
     DATE                      BRADLEY PARSCALE
23

24   Reporter LZH

25
```



Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

```
 1                    Jeannie Reporting
              28 W. Flagler Street, Suite 610
 2                  Miami, Florida 33130
                       (305) 577-1705
 3
      May 21, 2024
 4

 5    Bradley Parscale
      c/o STANLEY WOODWARD, ESQUIRE
 6    Brand Woodward Law
      2001 K Street NW
 7    Washington, DC 20006
      Telephone:202-302-7049
 8    Email:stanley@brandwoodwardlaw.com;
      skylar@brandwoodwardlaw.com
 9

10    -and-

11    JEFFREY GAVENMAN, ESQUIRE
      Schulman Bhattacharya
12    6166 Executive Boulevard, Suite 425
      North Bethesda, MD 20852
13    Telephone:240-356-8553
      Email:jgavenman@schulmanbh.com
14
      RE:  Delgado v Trump
15
      Dear Mr. Parscale
16
              Attached please find attached a
17    complimentary copy of your deposition which was
      taken in the above-styled cause on 5/7/24.  Also
18    attached is an Errata Sheet to be completed by you
      when reading your copy of the deposition.  Sign
19    below to waive review of the transcript.
              After you have completed the Errata Sheet,
20    please return it via email to
      leila@jeanniereporting.com for inclusion in the
21    original transcript. It is suggested that the review
      of this transcript be completed within 30 days of
22    your receipt of this letter, as considered
      reasonable under Federal Rules; however, there is no
23    Florida Statute in this regard.
              The original of this transcript has been
24    forwarded to the ordering party and your errata,
      once received, will be forwarded to all ordering
25    parties for inclusion in the transcript.
```



1  Sincerely,

2

3

4  Leila Z. Harris, Stenographic Court Reporter

5  cc:  AJ Delgado, Pro Se Plaintiff

6

7

8  Waiver:

9

10  I, _____, hereby waive the reading &
   signing of my deposition transcript.

11

12  _____  _____
   Deponent Signature          Date

13

14

15

16

17

18

19

20

21

22

23

24

25


Jeannie Reporting
Your Wish Is Our Job!
305-577-1705

**BY MS. DELGADO:**
**[165]**
**MR. BLUMETTI: [9]**
134/8 141/20 142/2
142/7 148/16 153/22
156/20 177/8 185/21
**MR. WOODWARD:**
**[164]**
**MS. DELGADO: [73]**
133/23 134/5 134/9
134/19 141/22 141/24
142/11 144/22 146/3
146/23 149/22 154/17
159/21 163/6 163/9
163/12 163/15 164/6
165/4 184/18 185/1
185/9 185/11 185/16
185/22 186/3 186/7
186/13 186/24 187/6
187/9 187/14 187/17
188/1 188/5 188/9
188/16 189/8 189/11
189/16 190/2 190/13
190/19 191/10 194/22
194/25 195/4 195/9
196/20 198/7 199/24
200/3 201/2 201/22
205/20 209/20 209/24
214/19 225/25 231/6
232/6 232/12 237/6
237/9 238/15 238/24
239/6 239/14 247/1
247/5 247/19 247/23
248/8
**THE**
**STENOGRAPHER:**
**[20]** 133/7 142/5 142/8
149/20 163/10 163/19
188/13 188/15 196/19
200/25 214/18 225/24
231/17 237/8 238/18
239/2 247/3 247/6
248/1 248/3
**THE WITNESS: [15]**
133/6 147/20 163/8
163/13 163/17 177/7
185/15 191/8 191/12
219/21 223/4 230/7
233/10 234/25 236/15

**$**
**$2 [2]** 212/12 212/14
**$2 million [2]** 212/12
212/14
**$2.4 [2]** 201/18 202/1
**$2.4 million [2]** 201/18
202/1
**$2.5 [1]** 233/15
**$2.5 million [1]** 233/15
**$230,000 [1]** 217/17
**$3 [1]** 219/4
**$3 million [1]** 219/4
**$300,000 [1]** 212/21

**$40,000 [1]** 217/8
**$400,000 [1]** 215/9
**$5 [1]** 198/15
**$5 million [1]** 198/15
**$78,000 [1]** 202/5
**$93 [1]** 216/24
**$93 million [1]** 216/24

**'**
**'16 [1]** 162/11
**'17 [1]** 203/5
**'17 maybe [1]** 203/5
**'18 [3]** 147/5 203/8
204/19
**'19 [3]** 147/5 182/18
203/3
**'20 [2]** 162/14 182/18
**'24 [1]** 185/5

**-**
**-and [2]** 130/19 252/10

**1**
**1 percent [1]** 221/24
**1.5 percent [1]** 221/11
**10 million [1]** 214/2
**10006 [1]** 130/11
**1065 [1]** 130/3
**10:00 [1]** 129/14
**11764 [1]** 129/3
**11th [2]** 131/13 201/9
**12:35 [1]** 129/14
**12:37 [1]** 248/21
**13 [1]** 249/15
**14 [2]** 149/21 149/23
**144004 [1]** 249/14
**15 [3]** 163/11 165/6
231/15
**16 [1]** 166/5
**16th [2]** 131/7 150/12
**17 [2]** 196/19 196/21
**1705 [1]** 252/2
**18 [2]** 200/25 201/3
**19 [2]** 214/18 214/20
**19-CV-11764 [1]** 129/3
**1960s [1]** 213/6

**2**
**2.2 million [1]** 196/1
**20 [4]** 206/20 215/24
218/13 246/23
**2000 [1]** 233/16
**20006 [2]** 130/16 252/7
**2001 [2]** 130/16 252/6
**2015 [4]** 131/7 140/13
150/11 201/25
**2016 [35]** 131/9 136/11
139/7 139/12 139/17
140/22 146/7 149/12
155/3 155/14 160/10
161/7 161/12 161/20
162/5 162/16 165/14
165/19 174/3 177/23
182/14 182/21 200/20
204/23 206/1 206/16

**206/22 213/25 215/20**
221/25 223/10 224/8
232/22 240/24 241/2
**2017 [10]** 131/7 131/10
150/11 166/10 167/20
206/18 215/24 215/25
221/8 226/5
**2018 [3]** 161/1 203/1
215/24
**2019 [13]** 131/7 131/13
131/16 145/23 146/14
147/3 150/12 161/2
182/15 201/9 218/17
220/5 222/11
**2020 [29]** 136/10
136/12 136/12 136/18
144/2 144/24 146/20
147/12 147/14 147/25
148/10 156/2 160/5
161/5 177/21 177/22
183/17 185/24 222/12
223/10 232/11 232/18
232/22 233/8 233/12
233/23 241/19 241/19
245/16
**2021 [2]** 190/24 190/24
**2022 [1]** 232/19
**2023 [1]** 237/25
**2024 [6]** 129/13 186/20
189/24 200/14 249/9
252/3
**2025 [1]** 249/15
**20852 [2]** 130/21
252/12
**21 [3]** 225/24 226/1
252/3
**212-530-4831 [1]**
130/11
**22 [1]** 232/4
**221324 [1]** 190/25
**22nd [1]** 167/20
**23 [3]** 237/8 237/9
237/10
**23B [2]** 238/20
**23rd [1]** 220/5
**24 [4]** 131/22 239/2
239/4 252/17
**24th [3]** 185/5 186/20
189/24
**25 [3]** 247/6 247/7
251/1
**25 million [1]** 221/8
**25-year [1]** 180/18
**28 [1]** 252/1

**3**
**3 million [1]** 220/18
**30 [2]** 250/8 252/21
**305 [1]** 252/2
**3200-square-foot [1]**
213/6
**32nd [1]** 130/10
**33130 [2]** 130/4 252/2
**3400 [1]** 130/4

**4**
**40 [1]** 130/10
**425 [2]** 130/21 252/12
**4831 [1]** 130/11
**49 [1]** 188/19
**4th [1]** 237/25

**5**
**5.4 [1]** 213/19
**5/7 [2]** 252/17
**5/7/25 [1]** 251/1
**500 [1]** 212/18
**577-1705 [1]** 252/2

**6**
**609 [1]** 130/3
**610 [1]** 252/1
**6166 [2]** 130/21 252/12

**7**
**7049 [2]** 130/17 252/7
**73 [1]** 235/15
**7th [2]** 200/14 249/9

**8**
**8553 [2]** 130/22 252/13
**8th [1]** 130/3

**9**
**90 percent [1]** 171/11
**93.9 million [1]** 217/1

**A**
**above-styled [2]**
129/21 252/17
**absent [1]** 206/7
**absolutely [2]** 135/7
241/7
**accepted [1]** 236/9
**according [2]** 150/25
152/23
**accuracy [1]** 221/15
**accurate [24]** 141/3
142/24 159/21 166/14
167/12 167/16 196/5
197/25 210/4 210/19
210/23 213/18 213/23
213/25 216/24 217/6
217/16 217/19 220/22
221/1 221/10 221/12
222/2 246/17
**accusations [1]**
165/25
**acting [1]** 133/16
**action [7]** 184/25 185/8
190/1 190/5 196/2
250/14 250/15
**actions [3]** 155/3
155/14 185/23
**acts [2]** 155/2 155/13
**actual [4]** 139/15 157/9
157/10 161/17
**ad [1]** 221/11
**add [1]** 196/12

**additionally [1]** 227/2
**administered [1]**
133/12
**administration [3]**
173/21 177/12 227/22
**admit [1]** 237/6
**Admits [2]** 131/6
150/11
**adult [1]** 244/1
**advance [2]** 177/20
179/4
**advances [1]** 179/13
**advice [1]** 146/5
**adviser [1]** 244/20
**advising [1]** 192/19
**affair [4]** 151/11
151/22 151/23 153/4
**affect [1]** 191/3
**affidavit [5]** 131/23
236/22 236/23 238/7
239/25
**afterwards [1]** 179/17
**ago [3]** 236/13 240/12
240/15
**agree [16]** 139/20
140/24 141/1 152/24
159/17 165/12 167/19
168/12 168/21 175/10
176/5 176/12 191/25
213/8 217/21 218/2
**ahead [9]** 157/7 157/7
163/15 184/21 191/17
191/17 209/20 210/2
235/16
**AiAdvertising [1]**
198/8
**Aide [2]** 131/6 150/10
**AJ [15]** 134/15 142/16
148/13 154/21 156/25
168/16 173/14 174/5
178/19 196/10 199/5
240/14 244/8 247/3
253/5
**AJ's [1]** 241/21
**ajdelgado [1]** 130/5
**AL [1]** 129/8
**Alex [4]** 243/11 243/12
243/13 244/10
**aligned [2]** 194/17
195/1
**alignment [1]** 195/13
**alive [1]** 136/8
**allow [2]** 187/11
248/12
**allowed [1]** 189/19
243/3
**almost [6]** 140/5
182/12 206/22 209/13
209/13 241/7
**alone [1]** 217/8
**alternative [1]** 236/23
**AMENDMENT [1]**
251/6
**America [3]** 198/19
232/25 233/4

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**A**

**Analytica [18]** 131/18 170/1 170/14 170/22 171/24 224/13 224/22 225/14 226/10 226/19 226/22 227/8 228/12 228/17 228/21 228/25 230/4 230/23
**Analytica's [1]** 229/23
**animus [1]** 188/22
**announced [1]** 224/10
**answer [33]** 135/22 145/9 160/19 164/9 175/18 176/1 183/13 184/21 184/23 185/2 185/14 187/12 187/16 189/3 189/13 189/15 189/20 190/16 191/3 191/9 191/12 191/15 191/18 192/19 194/7 194/21 199/25 205/21 205/22 230/7 235/16 237/1 239/23
**answered [2]** 193/2 200/16
**answering [3]** 190/15 192/20 194/6
**answers [1]** 188/24
**Antonio [6]** 172/17 172/19 205/15 213/1 229/15 229/18
**AP [4]** 131/11 195/16 196/14 196/14
**AP's [1]** 196/7
**apologies [1]** 205/7
**apologize [2]** 142/10 147/24
**appearances [3]** 129/22 133/25 134/2
**appeared [1]** 249/5
**appreciate [2]** 135/4 135/6
**April [3]** 185/5 186/20 189/24
**April 24th [2]** 186/20 189/24
**argue [1]** 248/10
**argument [1]** 172/5
**ARLENE [2]** 129/5 130/3
**article [28]** 131/8 131/10 131/11 131/12 131/14 131/16 131/24 150/14 150/19 150/24 165/18 166/8 166/20 195/16 195/18 197/2 197/3 201/8 201/11 203/23 204/2 207/15 218/16 219/14 220/4 221/4 221/7 222/17
**articles [4]** 165/24 207/4 213/11 214/13
**Ashley [3]** 178/4 178/11 182/4

**aspect [1]** 205/10
**asset [1]** 205/14
**assistant [1]** 136/25
**associated [5]** 207/24 208/25 209/2 209/9 210/8
**association [1]** 210/24
**assortment [1]** 136/22
**assume [2]** 184/5 199/9
**assumed [1]** 221/16
**assuming [1]** 152/24
**assumption [1]** 196/8
**assumptions [1]** 166/1
**atonement [3]** 155/2 155/6 156/3
**atoning [1]** 148/24
**attach [1]** 251/1
**attached [4]** 238/4 252/16 252/16 252/18
**attachment [5]** 131/22 237/20 238/17 239/1 239/7
**attempt [1]** 180/7
**attempting [1]** 230/24
**attention [2]** 207/15 221/6
**attorney [30]** 130/13 137/9 190/9 190/10 192/2 193/4 193/5 193/9 193/10 193/18 193/20 193/24 193/25 194/1 194/10 194/10 194/16 194/20 194/23 195/4 237/23 239/19 239/21 244/10 244/12 244/13 244/14 246/8 250/11 250/13
**attorney-client [8]** 193/5 193/25 194/1 194/10 194/20 194/23 195/4 239/21
**attorneys [4]** 130/24 134/24 185/19 236/21
**attributed [1]** 212/6
**Audio [1]** 129/11
**Audio-Video [1]** 129/11
**August [1]** 140/3
**authority [1]** 249/4
**authorized [1]** 250/4
**available [1]** 187/19
**avoid [1]** 170/20

**B**

**baby [4]** 138/19 138/20 138/22 160/4
**background [1]** 169/1
**bad [5]** 171/9 187/20 200/7 204/5 244/9
**ballpark [2]** 147/22 216/25
**bank [1]** 141/14
**Bannon [5]** 181/12 181/15 181/17 181/18

224/16
**barely [1]** 181/11
**based [2]** 137/2 189/21
**basis [4]** 137/5 157/10 185/1 239/21
**bathroom [1]** 134/21
**bearing [1]** 206/2
**beautiful [1]** 213/4
**become [1]** 139/18
**begin [2]** 133/17 140/8
**beginning [3]** 140/17 158/15 229/16
**behalf [3]** 134/3 194/11 248/4
**behavior [1]** 180/4
**behind [1]** 216/12
**belabor [1]** 218/9
**believes [1]** 194/25
**bell [1]** 201/11
**below [2]** 242/23 252/19
**Beltway [1]** 220/7
**beneficial [5]** 207/25 208/14 209/1 209/10 210/9
**benefit [1]** 209/14
**benefits [1]** 148/20
**Benson [3]** 131/19 232/16 233/14
**Bethesda [2]** 130/21 252/12
**better [2]** 144/12 156/18
**between [4]** 175/7 179/12 193/14 229/17
**Bhattacharya [2]** 130/20 252/11
**big [3]** 142/17 168/7 180/23
**bigger [1]** 220/12
**Bill [2]** 136/19 136/25
**birthday [2]** 140/12 140/12
**bit [5]** 142/3 163/4 165/14 165/16 223/7
**blah [3]** 211/14 211/14 211/14
**blocking [1]** 190/14
**blog [1]** 168/8
**BLUMETTI [4]** 130/9 142/7 176/14 176/18
**Blumetti's [1]** 134/6
**BMW [4]** 202/5 202/8 202/12 203/2
**boat [1]** 215/9
**bold [1]** 151/7
**born [1]** 138/16
**Bossie [2]** 169/8 169/9
**bother [1]** 192/18
**bottle [1]** 163/18
**bought [10]** 198/10 202/8 202/12 202/20 202/21 203/14 213/1 214/7 216/18 217/7
**Boulevard [2]** 130/21

252/12
**boundaries [2]** 179/19 180/22
**Brad [32]** 134/12 134/24 136/4 150/5 156/1 163/23 168/19 175/17 184/21 186/17 188/21 189/5 190/9 200/18 201/6 207/14 208/18 210/2 215/9 218/17 222/19 223/7 231/20 232/10 232/21 235/17 236/20 239/10 239/25 241/1 246/22 247/10
**BRADLEY [7]** 129/17 131/2 133/2 249/5 251/1 251/22 252/5
**brain [1]** 184/8
**Brand [2]** 130/15 252/6
**brandwoodwardlaw.com [4]** 130/17 130/18 252/8 252/8
**break [3]** 134/18 163/14 231/13
**Breaks [1]** 134/20
**brief [3]** 172/18 235/21 235/22
**briefly [1]** 197/5
**bring [4]** 138/22 154/1 178/5 207/14
**bringing [5]** 144/18 145/6 148/13 153/21 160/13
**brought [3]** 156/2 159/18 233/23
**building [1]** 245/25
**bunch [2]** 173/24 195/19
**business [7]** 180/20 180/21 205/17 206/24 208/11 208/12 247/16
**businesses [2]** 207/7 208/15
**businessman [2]** 207/24 209/9
**busy [1]** 154/4
**buy [12]** 201/18 201/25 202/5 202/18 202/24 203/13 204/16 212/21 212/25 215/8 216/1 216/5

**C**

**c/o [1]** 252/5
**calculated [2]** 157/18 158/22
**calm [1]** 244/2
**cam [1]** 228/12
**Cambridge [27]** 131/18 170/1 170/14 170/22 171/24 172/3 172/3 224/13 224/22 225/9 225/12 225/13 225/16 226/10 226/19

226/21 227/4 227/5 227/7 227/13 228/12 228/16 228/21 228/24 229/23 230/4 230/23
**camera [1]** 154/24
**campaign [146]**
**campaign's [2]** 194/18 195/1
**campaigns [1]** 217/23
**candidates [1]** 199/13
**Cannon [1]** 243/11
**capacity [6]** 133/16 137/11 139/9 140/20 244/14 245/25
**car [1]** 205/16
**Card [1]** 190/22
**care [1]** 222/13
**career [1]** 180/18
**cars [4]** 212/21 212/25 213/2 216/17
**case [14]** 129/3 145/23 186/17 189/6 189/18 190/11 190/19 190/23 191/5 192/3 192/12 194/17 240/19 251/1
**cases [1]** 179/20
**cash [1]** 214/3
**Castillo [4]** 137/16 138/12 160/3 174/24
**Catherine [3]** 151/8 151/11 151/23
**caused [3]** 155/14 156/15 186/9
**cc [1]** 253/5
**CERTIFICATE [1]** 248/24
**certify [3]** 249/4 250/4 250/10
**chain [1]** 235/19
**chairman [1]** 141/9
**changed [1]** 244/23
**changes [3]** 167/5 251/3 251/20
**changing [1]** 192/6
**chat [1]** 211/15
**Chief [1]** 166/12 166/21 167/21
**child [2]** 138/13 138/15
**children [4]** 205/4 205/11 205/13 216/7
**chronological [1]** 135/16
**chunk [1]** 231/8
**circa [4]** 147/12 147/19 147/20 148/3
**circle [2]** 169/13 186/14
**circumstances [6]** 143/13 144/6 145/12 148/19 152/17 163/1
**Civil [1]** 250/7
**claimed [1]** 193/4
**claiming [1]** 194/22
**claims [4]** 184/24 185/7 190/1 194/10

## C

clarify [1] 143/24
clarity's [1] 238/19
Clark [5] 136/5 136/7
244/17 244/19 245/12
cleaner [1] 238/22
clear [10] 158/9 159/15
174/8 178/23 179/25
185/23 205/6 205/9
215/22 238/25
cleared [1] 216/23
clearer [2] 160/22
224/21
clearly [1] 221/1
client [14] 185/2
187/11 189/3 190/14
193/5 193/25 194/1
194/10 194/20 194/23
195/4 200/15 239/21
247/11
clients [1] 247/17
clinical [1] 173/10
close [1] 231/7
closer [1] 245/23
Cloud [1] 214/8
coalitions [2] 137/23
137/24
Coby [1] 172/21
Cohen [2] 139/6
139/11
combination [1]
135/11
coming [2] 138/17
229/21
Commerce [1] 214/8
Commission [2]
249/14 249/15
committee [2] 140/9
226/5
committees [1] 196/3
Communication [1]
129/12
companies [4] 195/25
196/8 198/5 206/17
company [10] 197/25
198/8 198/9 198/11
198/11 198/13 200/15
201/17 206/17 214/1
compensation [1]
183/17
complaint [1] 243/7
complete [1] 228/25
completed [3] 252/18
252/19 252/21
completely [4] 159/10
159/12 204/3 223/23
complimentary [1]
252/17
composite [1] 238/23
con [1] 224/22
concern [4] 144/17
145/22 160/12 161/5
concerned [1] 152/8
concerning [1] 131/8

152/9
concerns [1] 165/18
conclude [2] 135/3
187/18
concluded [1] 248/20
condo [5] 203/14
203/20 204/12 204/13
204/15
condominiums [3]
203/7 203/13 203/24
condos [5] 204/1
204/9 204/14 212/12
212/14
conduct [1] 189/19
conducting [1] 152/9
confer [1] 177/14
conference [1] 176/24
confidential [1] 248/6
confidentiality [1]
248/12
conflating [1] 202/21
conflation [1] 197/10
conflict [1] 204/11
connected [2] 137/4
250/13
conquer [1] 149/18
conservative [2]
199/12 247/17
consider [1] 139/11
considerable [1]
157/16
considered [3] 161/12
223/15 252/22
contact [1] 212/5
Containing [1] 131/14
context [1] 204/3
continuation [2]
129/17 135/10
continue [1] 138/2
Continuing [1] 149/20
contract [7] 221/25
224/25 225/8 225/11
226/18 227/4 246/10
contracted [4] 171/20
172/3 225/1 227/6
contracting [1] 224/23
contractor [1] 139/13
contractors [3] 171/15
171/17 227/20
contracts [2] 227/12
244/14
control [1] 189/17
convention [2] 139/24
140/21
conversation [8]
158/12 159/14 177/2
178/3 178/15 223/20
237/17 239/18
conversations [5]
181/11 182/10 235/22
239/15 241/18
Conway [5] 139/17
140/14 141/18 142/14
223/12
copy [3] 237/23 252/17

252/18
Corey [1] 141/6
Corinna [1] 141/13
correct [39] 140/23
141/11 144/3 145/1
146/7 146/13 146/15
146/21 147/2 147/8
148/10 151/13 152/12
152/24 154/14 159/9
159/16 164/16 164/19
165/1 165/13 170/14
172/7 175/8 185/25
192/24 192/25 196/15
197/4 200/21 204/8
214/25 218/20 218/24
225/9 226/25 233/24
236/7 251/19
corrected [1] 187/1
correcting [1] 231/5
correctly [4] 151/21
176/11 234/10 234/16
correspondence [3]
131/20 131/22 237/24
counsel [8] 176/15
176/17 237/14 237/15
245/16 246/2 250/11
250/13
COUNTY [2] 249/3
250/2
couple [6] 182/9 220/7
231/20 241/7 241/8
241/10
course [9] 154/23
154/23 163/15 168/18
215/4 220/14 227/18
230/12 247/23
court [11] 129/1
129/19 135/24 161/9
188/12 236/16 248/19
249/13 250/3 250/18
253/4
Court's [1] 185/5
186/19 189/23
covered [1] 216/17
COVID [8] 147/18
148/1 148/9 148/11
152/19 154/4 182/24
182/25
crazy [1] 135/17
credibility [6] 189/8
190/4 190/20 191/3
191/4 191/7
credit [2] 164/15 230/5
critical [1] 216/13
Cruz [2] 140/17 140/17
Cruz's [2] 151/12
151/24
customer [1] 196/10
cut [2] 209/24 210/2
CV [1] 129/3
cycle [1] 200/21

## D

Daily [6] 131/12 201/8
211/4 211/14 211/24

212/5
data [15] 141/14
169/18 172/11 172/11
172/13 172/13 172/17
172/23 173/7 173/10
173/11 228/21 228/25
229/1 229/23
date [5] 129/13 150/8
251/4 251/22 253/12
dated [2] 167/20
232/10
David [2] 169/8 169/9
days [7] 140/11 140/12
172/18 172/19 230/3
241/20 242/21
DC [2] 130/16 252/7
deal [4] 179/15 180/20
180/24 224/17
dealing [2] 245/6
246/14
Dear [1] 252/15
debt [2] 212/24 216/5
decade [1] 208/8
decide [1] 216/5
decided [2] 197/5
197/10
decision [3] 158/16
158/21 162/18
decisions [1] 177/15
declare [1] 251/19
decrease [1] 208/11
Defendant [1] 130/13
Defendants [1] 129/9
defenses [3] 184/25
185/8 190/1
define [2] 155/6 155/9
definitely [2] 147/14
179/11
definition [1] 148/23
DELGADO [10] 129/5
130/3 150/3 186/2
190/7 195/7 235/14
251/1 252/14 253/5
demoted [1] 176/6
denied [2] 144/18
145/22
denying [2] 148/13
196/9
department [5] 172/24
173/8 173/10 242/15
243/4
depended [2] 242/21
243/5
deponent [4] 200/10
200/11 250/8 253/12
deposed [3] 133/4
135/14 236/24
deposee [1] 200/8
deposition [25] 129/17
129/20 135/10 149/21
155/19 186/19 188/21
194/9 231/8 233/25
235/15 236/22 239/11
240/22 240/23 248/6
248/14 248/20 250/5

251/1 251/3 251/19
252/17 252/18 253/10
depositions [1] 189/18
depression [1] 197/12
deputy [1] 243/19
describe [1] 155/5
described [1] 224/19
description [1] 213/8
deserve [2] 144/16
156/13
deserving [1] 157/11
designate [2] 248/5
248/13
designated [1] 242/16
detail [2] 139/8 235/1
died [3] 204/21 205/2
205/14
difference [1] 206/5
difficult [1] 158/16
digital [2] 166/12
166/21 167/21 172/10
172/18 172/24 173/7
173/11 214/1 224/9
224/12 225/3
dignity [1] 244/5
direct [3] 177/2 178/13
190/22
directed [1] 189/2
directly [4] 171/15
225/1 235/23 237/25
director [7] 137/23
137/24 172/13 224/10
224/12 225/4 242/8
disagree [5] 184/19
196/7 196/13 196/17
197/9
disclosures [1] 171/23
discuss [5] 134/23
186/11 188/3 188/6
195/8
discussing [1] 230/15
Discussion [4] 220/15
223/5 236/18 248/17
disrespectful [1]
180/25
DISTRICT [5] 129/1
129/2 190/23 190/25
191/5
Ditto [7] 178/4 178/11
181/8 181/10 181/11
181/12 181/14
division [2] 136/22
137/1
documentation [5]
193/14 207/2 207/4
235/5 235/10
documents [1] 231/22
dollar [1] 207/7
dollars [6] 165/20
203/18 206/18 206/19
208/19 232/23 233/3
Dollman [1] 243/11
DONALD [5] 129/8
199/3 232/23 233/3
241/2
donate [1] 199/16

**D**

donation [1]  199/20
door [2]  185/12 185/12
doubt [1]  145/10
down [6]  135/24 151/5
154/17 163/11 197/3
219/8
dramatic [1]  181/6
draw [1]  221/6
drinking [1]  163/17
duly [2]  133/4 249/6
dumb [1]  152/18
Dunn [6]  197/23
197/24 198/4 198/8
199/8 199/11
during [8]  138/16
141/19 142/15 148/11
154/4 160/4 160/5
240/17
duties [1]  242/10
dying [1]  205/4

**E**

e-mail [9]  131/20
131/22 235/10 237/14
237/19 237/24 238/6
238/17 248/15
ear [3]  157/17 158/1
158/23
early [4]  137/2 140/3
143/10 215/24
earned [1]  200/19
easier [2]  221/6 238/19
effect [2]  133/13
152/13
effectively [1]  167/10
effort [1]  141/3
eight [2]  182/12 236/13
either [9]  154/25 161/1
161/4 171/13 172/6
172/22 178/21 182/6
238/24
elected [1]  230/18
election [13]  137/3
138/3 141/3 153/10
175/8 175/11 175/24
214/1 233/16 245/23
245/23 246/1 247/12
elections [1]  137/2
elevate [2]  141/18
142/15
email [2]  130/12
252/20
Email:adelgado [1]
130/5
Email:jgavenman [2]
130/22 252/13
Email:stanley [2]
130/17 252/8
emerged [2]  174/2
174/13
employed [4]  170/17
171/5 172/3 172/6
employee [9]  139/10

175/11 175/23 184/18
225/13 226/21 227/7
250/11 250/12
employees [1]  170/21
employment [2]
139/15 173/13
end [4]  159/15 186/15
224/12 227/11
ended [4]  162/13
162/16 216/9 224/17
enemies [1]  204/4
engage [1]  179/17
engaged [2]  155/1
155/13
enter [1]  140/16
entered [2]  140/14
251/20
entire [4]  180/17
225/18 227/14 230/23
entirely [1]  230/25
entity [1]  224/23
errata [4]  251/5 252/18
252/19 252/24
ERROR [1]  251/6
especially [1]  207/3
ESQUIRE [5]  130/9
130/15 130/20 252/5
252/11
essentially [1]  189/1
establish [3]  179/19
180/22 231/4
established [2]  146/13
146/19
ET [3]  129/8 129/14
129/14
eventually [2]  158/21
229/16
evidence [2]  157/9
236/5
exact [5]  137/24
138/11 159/14 169/3
181/2
exactly [15]  136/24
138/7 144/11 149/8
149/10 158/3 158/25
167/14 168/15 171/12
180/8 183/12 210/7
228/6 242/13
EXAMINATION [1]
133/18
example [3]  142/17
142/22 163/24
examples [4]  141/17
142/4 142/13 142/19
excellent [2]  207/23
209/8
exclusive [3]  131/6
150/10 211/14
Executive [2]  130/21
252/12
exhibit [26]  131/5
131/22 149/16 149/23
165/5 165/6 166/5
196/21 200/24 201/3
214/20 218/13 225/23

225/24 226/1 232/4
232/13 237/7 237/10
237/22 238/16 238/22
239/4 239/8 247/4
247/7
exhibits [4]  131/4
150/4 163/5 195/12
exist [1]  235/10
exited [1]  138/4
expect [2]  155/20
244/6
expected [1]  244/15
experience [2]  177/19
244/2
experiences [1]
222/19
Expires [1]  249/15
explain [1]  209/7
explained [2]  193/13
248/11
explicit [1]  180/16
exploratory [1]  140/9
exposed [1]  197/21
express [2]  193/20
197/20
expressed [2]  155/2
205/7
extended [1]  145/1
extensive [1]  148/6
extreme [1]  198/12
extremely [4]  207/25
209/1 209/10 210/9

**F**

faces [2]  170/6 181/4
fact [6]  159/17 159/24
160/1 160/2 207/19
210/15
factual [1]  159/24
factually [1]  159/21
failed [1]  168/25
fair [8]  136/16 139/5
166/3 173/25 183/2
228/6 233/20 240/21
faith [1]  187/20
faithful [1]  180/2
fake [1]  230/25
false [3]  165/24 228/20
230/24
family [6]  207/19
207/25 208/9 208/19
210/9 210/15
February [1]  131/10
166/10 167/20
February 2017 [1]
166/10
February 22nd [1]
167/20
FEC [8]  171/22 184/1
184/3 184/10 225/18
227/14 227/15 232/7
Federal [2]  250/7
252/22
fell [3]  152/17 225/4

225/4
felt [10]  143/13 144/11
145/18 149/9 149/10
157/14 157/15 158/11
158/12 179/1
female [5]  143/10
143/14 143/16 143/18
177/13
females [1]  143/16
Ferrari [1]  216/1
fighter [1]  158/11
figure [2]  205/11
216/25
filed [1]  160/16
filing [1]  161/9
finance [1]  196/4
financial [1]  205/10
financially [1]  250/14
fine [5]  154/24 168/20
199/17 205/22 238/24
finish [1]  197/18
fired [2]  176/3 176/9
firm [3]  216/22 216/24
232/15
firms [1]  198/10
first [11]  133/3 143/21
143/22 147/15 148/23
153/9 153/16 224/15
241/10 241/23 241/25
five [8]  163/16 173/21
173/23 206/17 207/5
228/16 231/12 231/16
five-minutes [1]
231/12
FL [1]  130/4
Flagler [1]  252/1
flipped [2]  234/17
236/2
flirtation [1]  223/22
flirtatious [2]  178/16
223/8
floor [2]  130/10 164/18
Florida [11]  129/19
133/15 133/16 205/18
215/18 215/23 249/2
249/14 250/1 252/2
252/23
focusing [2]  137/1
137/2
folks [2]  229/14 247/20
follows [2]  133/5 239/1
foot [1]  213/6
force [1]  133/13
foregoing [1]  250/5
forget [1]  246/24
forgiven [1]  156/10
forgiveness [1]  156/14
form [114]  141/20
141/25 144/21 145/3
145/7 146/2 146/10
146/16 146/22 148/15
150/9 150/22 151/1
151/14 152/1 152/4
152/14 153/2 153/13
153/22 153/23 155/4

155/15 156/19 156/20
157/1 157/12 157/23
159/7 159/20 161/13
161/18 165/22 166/15
166/23 167/13 167/23
168/23 170/15 170/23
171/16 174/4 174/19
175/12 175/25 178/8
179/8 180/9 183/11
184/4 185/21 192/4
192/16 193/11 193/16
194/19 196/6 197/8
198/22 199/4 199/10
199/23 201/12 201/20
202/2 202/6 202/19
203/25 206/3 206/10
207/9 208/5 208/21
210/5 210/20 211/6
211/17 212/16 212/22
213/15 213/20 214/4
214/9 215/10 215/15
216/2 217/2 217/9
217/18 217/24 218/4
218/21 220/23 221/13
222/4 223/13 223/18
224/24 225/20 226/15
226/23 227/9 230/6
233/9 233/17 234/2
236/3 240/3 241/4
242/11 245/21 246/15
247/14 251/20
formed [1]  199/6
former [3]  131/6
150/10 198/9
Fort [5]  201/18 202/1
202/25 203/14 212/12
212/14
forth [2]  172/16 172/20
forwarded [2]  252/24
252/24
four [1]  228/16
FPR [1]  250/18
framing [1]  140/25
fraudulent [1]  207/17
Frazier [3]  151/8
151/12 151/23
free [3]  134/14 135/18
151/16
full [5]  205/21 205/22
222/6 231/10 238/3
full-time [1]  222/6
fumbling [1]  178/12
functioned [1]  141/10
fund [1]  196/3
fundraising [1]  196/3
funny [1]  223/23

**G**

Garrett [9]  163/23
164/11 164/24 165/10
166/13 166/18 166/21
167/21 169/8
Gary [1]  172/21
GAVENMAN [4]
130/20 134/4 192/2

**G**

**GAVENMAN... [1]**
252/11
**generally [1]** 165/20
**geniuses [1]** 230/17
**gentleman [1]** 170/9
**given [6]** 133/13 144/1
164/21 188/19 207/2
250/7
**glad [2]** 146/4 231/4
**glasses [7]** 154/21
220/13 222/22 223/1
223/4 231/24 231/25
**Glassner [5]** 243/10
243/11 243/13 243/16
245/5
**goals [1]** 164/23
**God [1]** 214/12
**Google [3]** 153/20
168/4 229/4
**government [1]** 197/22
**grabbed [1]** 178/6
**grabbing [1]** 180/7
**grand [1]** 212/18
**great [6]** 133/22
133/22 198/19 230/21
232/25 233/4
**greatest [1]** 211/20
**ground [2]** 134/17
137/7
**grounds [2]** 237/2
239/13
**groups [1]** 220/20
**guess [8]** 139/23 140/2
140/2 140/4 149/9
161/14 161/19 167/5
**guy [2]** 136/14 215/7
**guys [1]** 169/18

**H**

**Hack [1]** 230/21
**half [1]** 197/19
**halfway [1]** 146/3
**hand [1]** 249/8
**handed [1]** 236/12
**handle [7]** 179/21
242/10 242/17 242/22
242/22 242/23 244/15
**handled [4]** 243/23
244/4 244/5 245/3
**Hang [1]** 247/24
**Hannah [3]** 137/15
160/3 174/23
**happy [13]** 141/22
141/25 144/15 168/3
168/4 174/11 186/11
186/25 187/23 188/3
195/7 205/23 216/9
**harassed [1]** 178/17
**harassment [1]** 179/2
**hard [1]** 206/20
**harm [4]** 155/14
156/15 185/24 186/9
**Harris [5]** 129/18

249/13 250/3 250/18
253/4
**harvard.edu [1]** 130/5
**hate [1]** 165/25
**hats [1]** 246/13
**head [5]** 135/23 135/24
169/12 172/10 172/11
**headline [2]** 150/8
150/25
**health [1]** 197/11
**hear [4]** 174/16 175/9
237/17 237/18
**heard [1]** 241/23
**Hello [1]** 133/21
**help [1]** 242/12
**helpful [2]** 185/20
200/5
**Hence [1]** 214/3
**hereby [1]** 253/10
**HH [1]** 249/14
**hiding [1]** 186/10
**high [2]** 243/6 243/17
**higher [1]** 217/22
**highlight [1]** 221/5
**highlighted [1]** 195/23
**himself [1]** 152/9
**hire [6]** 145/12 158/14
158/22 227/5 227/5
242/25
**hired [11]** 145/18
146/20 147/13 150/15
150/20 150/25 224/13
227/16 228/21 229/1
229/24
**hiring [10]** 131/6
148/18 150/11 153/7
157/19 226/9 242/18
242/19 242/20 243/3
**hit [1]** 204/2
**hit-piece [1]** 204/2
**Hmm [3]** 187/14
202/10 204/10
**Hold [3]** 175/17 232/8
245/7
**Holiday [1]** 193/20
**home [6]** 201/18 202/1
202/25 213/4 217/6
217/7
**homes [3]** 206/17
207/5 207/12
**honest [3]** 183/14
188/23 193/3
**honestly [7]** 137/4
148/17 167/14 182/12
191/22 235/20 243/18
**hopefully [2]** 135/2
163/7
**hoping [1]** 189/5
**horrible [1]** 205/8
**host [1]** 236/15
**hours [3]** 134/25 135/1
231/10
**house [19]** 164/2
164/25 166/12 166/21
167/15 167/21 168/22

169/22 172/22 172/24
173/8 177/12 183/1
205/16 205/16 226/4
226/6 227/22 241/3
**HR [2]** 242/10 242/15
**hundred [2]** 200/20
229/5
**hung [1]** 182/21
**husband [2]** 218/18
220/8

**I**

**idea [5]** 149/1 204/1
233/18 239/10 240/14
**ideas [1]** 143/10
**identification [12]**
149/24 165/7 166/6
196/22 201/4 214/21
218/14 226/2 232/5
237/11 239/5 247/8
**illegal [1]** 154/5
**imagine [1]** 134/25
**immediate [1]** 180/22
**implement [1]** 137/7
**implication [1]** 178/24
**imply [1]** 180/3
**implying [2]** 205/12
205/13
**impregnated [4]** 146/8
149/12 159/16 159/17
**impregnating [1]**
159/19
**impression [1]** 162/14
**Inc [6]** 198/16 198/16
198/17 199/3 232/24
233/3
**incident [4]** 177/20
181/2 181/7 181/24
**incidents [2]** 181/3
182/10
**included [1]** 164/20
**including [2]** 182/15
205/15
**inclusion [2]** 252/20
252/25
**incorrect [1]** 222/3
**independent [4]**
139/13 171/14 171/17
227/20
**INDEX [2]** 131/1 131/4
**indicating [1]** 236/1
**individuals [4]** 158/23
164/20 241/2 243/1
**information [5]** 131/14
131/17 131/19 192/23
193/14
**Inn [1]** 193/20
**innuendo [1]** 223/14
**innuendos [1]** 179/13
**inquired [1]** 144/25
**inside [1]** 205/16
**insofar [1]** 184/23
**instance [1]** 217/15
**instruct [6]** 184/22
185/2 185/14 186/23

189/20 239/22
**instructed [1]** 191/15
**instructing [2]** 187/15
189/14
**INSTRUCTIONS [1]**
251/2
**instructs [1]** 186/20
**insurance [1]** 205/12
**integrity [2]** 137/3
246/1
**intend [1]** 247/10
**intention [1]** 248/14
**interest [2]** 195/1
195/14
**interested [2]** 241/21
250/14
**interesting [1]** 230/11
**interests [1]** 194/17
195/2
**internally [1]** 224/11
**interruption [1]** 236/17
**invested [3]** 197/24
198/4 198/10
**investment [2]** 204/13
204/15
**involvement [1]** 233/7
**irrelevance [1]** 198/6
**irrelevant [1]** 198/2
**issue [3]** 169/20
188/22 190/4
**issues [1]** 170/20
191/3 245/4
**itself [1]** 251/3

**J**

**Jamestown [3]** 183/8
183/18 183/21
**January [1]** 197/6
232/19
**January 2022 [1]**
232/19
**January 6 [1]** 197/6
**JARED [10]** 130/9
141/22 142/7 142/9
158/24 159/1 159/5
159/10 176/18 177/7
**Jason [17]** 131/6 144/2
145/6 146/7 146/20
147/12 148/18 149/11
150/10 150/15 150/20
150/25 154/13 158/14
183/7 183/16 185/18
**jblumetti [1]** 130/12
**Jeannie [1]** 251/25
**jeanniereporting.com
[1]** 252/20
**JEFFREY [3]** 130/20
134/4 252/11
**Jessica [7]** 178/4
178/11 181/8 181/10
181/11 181/12 181/14
**job [22]** 144/1 144/4
144/25 145/1 145/23
147/2 147/9 148/13
160/24 161/4 162/4

162/12 164/25 167/4
167/6 167/7 167/11
167/12 168/22 168/25
170/4 170/5
**jobs [6]** 164/2 167/15
169/20 169/21 169/22
241/3
**joining [2]** 241/19
241/21
**joking [1]** 223/20
**judge [3]** 157/13
187/18 195/10
**juice [1]** 163/1
**July [4]** 131/7 150/12
246/23 246/23
**July 16th [1]** 150/12
**jumping [1]** 135/8
**June [1]** 140/13
**jury [1]** 157/13
**Justin [5]** 136/4 136/7
244/17 244/19 245/11

**K**

**Kansas [1]** 204/20
**Kasowitz [3]** 131/19
232/16 233/14
**Katie [4]** 218/17 219/9
219/14 220/7
**Katrina [3]** 241/20
241/23 242/6
**keep [7]** 154/4 221/11
231/24 231/24 247/11
247/15 247/17
**Kellyanne [11]** 135/15
139/17 140/14 140/16
141/18 142/14 142/20
142/25 177/11 177/14
223/12
**key [1]** 243/14
**KHP [1]** 129/3
**kids [2]** 204/21 205/2
**kind [10]** 136/23 148/1
160/8 178/14 224/11
242/14 242/14 242/16
243/12 244/5
**kinds [1]** 244/3
**knife [1]** 158/11
**knowledge [1]** 233/4

**L**

**lack [1]** 135/13
**Lansing [10]** 163/24
164/12 164/15 164/24
165/9 166/13 166/21
167/3 167/21 169/9
**Lansing's [2]** 131/9
165/19
**last [23]** 134/11 134/17
135/2 135/10 149/21
150/3 161/24 163/23
170/11 176/13 176/25
178/12 195/24 196/16
225/23 230/2 233/25
234/6 234/8 240/16
240/20 245/9 248/15

## L

**late [5]** 140/22 166/10 215/24 215/25 246/23
**Lauderdale [6]** 201/18 202/1 202/25 203/14 212/12 212/14
**law [5]** 130/15 190/19 191/5 232/15 252/6
**laws [1]** 193/19
**lawyer [1]** 245/17
**lawyers [2]** 162/20 243/25
**LCR [3]** 129/18 250/3 250/18
**lead [1]** 143/16
**leader [1]** 209/14
**leads [1]** 230/1
**lease [1]** 216/5
**least [2]** 137/4 157/21
**leave [3]** 169/5 175/11 248/16
**leaving [1]** 162/17
**led [1]** 208/11
**left [20]** 138/8 138/10 138/24 139/1 139/1 139/2 139/2 139/4 139/24 140/5 153/10 174/24 175/7 192/18 204/20 204/20 205/18 228/22 244/23 245/19
**legal [6]** 244/15 245/3 245/19 245/24 246/2 246/20
**leila [13]** 129/18 133/24 134/20 149/22 214/19 225/25 232/12 238/16 249/13 250/3 250/18 252/20 253/4
**letter [1]** 252/22
**level [4]** 242/21 243/5 243/6 243/17
**levels [1]** 242/24
**Lexis [1]** 190/25
**LHGKC [1]** 130/9
**lhrgb.com [2]** 130/12 130/12
**lie [7]** 228/22 228/23 228/24 228/25 229/4 229/6 229/8
**lied [1]** 221/22
**lieu [1]** 236/22
**life [2]** 181/7 205/18
**lighting [1]** 142/9
**likely [1]** 241/24
**limited [2]** 185/6 189/25
**line [7]** 176/18 178/25 205/4 209/4 209/8 210/24 251/6
**link [1]** 196/11
**linked [3]** 195/25 196/8 196/13
**liquidated [1]** 205/14
**listed [1]** 171/22

**litigatious [1]** 234/24
**literally [2]** 158/17 192/10
**litigate [1]** 234/23
**litigation [16]** 160/15 160/16 160/20 161/6 161/6 161/17 161/17 162/20 184/17 233/22 234/12 235/6 235/12 243/23 243/24 245/6
**litigious [4]** 162/22 235/1 235/2 235/2
**litigous [2]** 234/23 234/24
**littered [1]** 204/2
**live [1]** 171/25
**LLC [1]** 201/17
**LOCATION [1]** 129/11
**looking [6]** 187/2 219/5 219/5 219/10 237/15 241/16
**looks [2]** 168/11 245/22
**losing [1]** 158/13
**loss [2]** 209/14 216/7
**lost [6]** 167/6 167/12 206/23 206/24 236/16 236/16
**love [2]** 199/19 230/8
**loves [2]** 199/19 199/22
**lower [1]** 182/20
**lucky [1]** 244/9
**lucrative [2]** 218/3 218/5
**LZH [1]** 251/24

## M

**ma'am [13]** 133/6 136/1 136/6 141/12 164/13 166/24 175/1 175/9 187/13 188/8 200/17 213/14 246/18
**Madam [1]** 248/19
**MAGA [3]** 198/16 198/16 198/17
**mail [15]** 131/12 131/20 131/22 201/8 211/5 211/14 211/24 212/6 235/10 237/14 237/19 237/24 238/6 238/17 248/15
**maintain [2]** 185/10 185/13
**man [5]** 136/19 180/1 207/20 208/19 210/16
**Manafort [3]** 139/24 140/5 141/7
**Manafort's [1]** 141/8
**management [1]** 243/24
**manager [14]** 139/18 140/21 141/2 141/10 143/1 143/11 143/15 143/19 147/7 153/20

179/12 207/23 246/19 246/21
**manner [2]** 152/9 179/22
**mansion [2]** 213/5 213/6
**mark [4]** 238/14 238/15 238/22 251/3
**marked [12]** 149/23 165/6 166/5 196/21 201/3 214/20 218/13 226/1 232/4 237/10 239/4 247/7
**marketing [1]** 209/15
**marking [2]** 232/13 238/21
**marriage [2]** 180/2 180/2
**Matt [8]** 169/17 170/2 170/5 170/8 170/16 170/21 172/10 225/17
**matters [1]** 244/15
**MD [2]** 130/21 252/12
**mean [39]** 136/14 137/12 138/16 139/2 139/9 142/17 144/10 144/12 145/10 145/24 148/4 149/1 149/6 150/16 151/18 153/24 153/25 158/18 169/16 174/9 176/24 177/1 181/23 192/17 193/1 193/8 193/17 209/7 209/24 212/24 216/23 221/22 222/5 222/14 234/13 235/20 236/5 238/25 246/9
**means [4]** 147/22 148/3 176/7 194/3
**meant [3]** 135/10 192/13 198/23
**media [2]** 167/17 207/3
**medias [1]** 168/16
**meetings [4]** 143/4 158/4 158/5 241/14
**Megan [3]** 242/4 242/7 243/1
**members [3]** 154/9 154/14 171/14
**memorize [2]** 225/18 227/14
**memory [2]** 174/21 242/5
**mental [1]** 197/11
**mentioned [10]** 163/23 164/24 169/6 169/10 169/10 169/25 182/23 220/10 227/22 228/9
**mentioning [1]** 164/4
**Mercers [2]** 142/25 143/5
**Merkarski [2]** 178/5 178/11
**message [1]** 197/21
**messaging [1]** 143/18

**messing [1]** 181/21
**met [3]** 176/14 192/11 230/22
**Miami [2]** 130/4 252/2
**Michael [3]** 139/6 139/11 243/11
**might [16]** 142/22 143/5 176/24 178/12 182/8 186/9 192/6 192/6 192/12 214/15 227/11 238/18 238/19 243/9 245/3 245/5
**Mike [1]** 218/18
**Miller [28]** 131/6 144/2 144/18 145/6 146/7 146/20 147/13 148/14 149/11 150/10 151/10 151/22 151/24 152/3 152/8 152/25 153/8 154/13 154/19 155/1 155/13 156/2 156/13 157/11 159/4 183/7 183/16 185/18
**Miller's [1]** 186/10
**million [16]** 165/20 196/1 198/15 201/18 202/1 203/18 212/12 212/14 213/19 214/2 216/24 217/1 219/4 220/18 221/8 233/15
**millions [1]** 206/19
**mind [1]** 155/21
**mine [1]** 244/9
**minority [1]** 198/12
**minute [3]** 188/11 247/21 247/22
**minutes [4]** 163/16 231/12 231/15 231/16
**mischaracterize [2]** 156/7 160/14
**misgivings [5]** 145/5 145/13 145/16 148/12 148/18
**missed [2]** 133/25 134/1
**mistakes [2]** 156/10 204/3
**mistreatment [1]** 243/8
**mixed [1]** 137/8
**model [1]** 202/14
**mom [2]** 138/13 204/14
**moment [2]** 163/2 223/22
**moments [2]** 178/15 180/18
**money [4]** 206/23 208/15 228/17 233/7
**month [9]** 138/8 139/19 139/21 140/8 154/11 228/18 230/16 240/13 246/22
**months [2]** 138/23 230/15
**morning [5]** 133/20 192/5 192/8 192/9

192/12
**mostly [2]** 137/1 158/6
**move [3]** 179/18 180/22 215/22
**moved [3]** 197/13 205/17 215/17
**movie [2]** 230/20 230/25
**Mr. [34]** 133/20 134/6 134/11 151/10 151/22 151/24 152/8 152/25 153/8 155/13 156/2 156/13 157/11 159/4 165/9 165/19 176/14 184/23 185/22 187/10 188/25 189/2 190/10 191/2 195/5 195/15 199/8 199/8 199/11 236/21 237/23 240/10 248/5 248/9
**Mr. Blumetti [1]** 176/14
**Mr. Blumetti's [1]** 134/6
**Mr. Dunn [3]** 199/8 199/8 199/11
**Mr. Lansing [1]** 165/9
**Mr. Lansing's [1]** 165/19
**Mr. Miller [11]** 151/10 151/22 151/24 152/8 152/25 153/8 155/13 156/2 156/13 157/11 159/4
**Mr. Parscale [7]** 133/20 134/11 184/23 189/2 191/2 195/15 248/5
**Mr. Woodward [8]** 185/22 187/10 190/10 195/5 236/21 237/23 240/10 248/9
**Mr. Woodward's [1]** 188/25
**Ms. [5]** 138/12 186/2 190/7 195/7 235/14
**Ms. Castillo [1]** 138/12
**Ms. Delgado [4]** 186/2 190/7 195/7 235/14
**multimillion [1]** 207/7
**multimillion-dollar [1]** 207/7
**multimillions [1]** 206/18
**multiple [6]** 158/4 158/13 189/17 193/5 199/13 202/21
**Murtaugh [1]** 217/16
**must [2]** 185/6 189/24

## N

**name [12]** 136/4 137/15 137/16 151/7 160/7 164/11 170/12 171/8 171/11 177/6

## N

**name... [2]** 178/9 178/12
**named [2]** 141/13 151/11
**names [2]** 178/21 181/6
**narrative [1]** 230/23
**nearly [4]** 165/20 219/4 220/17 220/18
**needed [1]** 231/8
**needing [1]** 158/10
**negatives [1]** 148/20
**negotiating [1]** 224/17
**Netflix [1]** 230/22
**neutral [2]** 186/17 189/2
**never [10]** 138/11 153/7 167/15 176/14 177/2 210/10 227/6 229/1 241/12 244/18
**night [1]** 248/15
**noes [1]** 158/20
**Nonetheless [1]** 248/13
**North [2]** 130/21 252/12
**Notary [3]** 129/19 133/16 249/14
**note [1]** 251/3
**notes [1]** 135/17
**nothing [10]** 177/24 189/18 205/3 206/18 206/21 239/18 241/6 241/7 241/10 248/4
**notice [3]** 129/20 135/8 135/15
**November [4]** 190/24 232/11 232/18 245/16
**November 2020 [3]** 232/11 232/18 245/16
**November 2021 [1]** 190/24
**Nucleus [4]** 195/25 196/15 200/16 247/12
**number [4]** 149/21 187/7 196/19 221/15
**numbers [2]** 213/9 216/13
**NW [2]** 130/16 252/6
**NY [1]** 130/11

## O

**oath [7]** 133/11 159/13 176/10 179/9 184/6 205/25 249/1
**object [80]** 144/21 145/3 145/7 146/1 146/1 146/10 146/16 146/22 148/15 150/9 150/22 151/1 151/14 152/1 152/4 152/14 153/2 153/13 153/23 155/4 155/15 156/16
156/19 157/1 157/12 157/23 159/7 159/20 161/13 161/18 165/22 166/15 166/23 167/13 167/23 168/23 170/15 170/23 171/16 174/4 174/19 175/12 175/25 178/8 179/7 179/7 180/9 183/11 184/4 184/16 192/4 192/16 193/11 193/16 194/19 194/19 196/6 197/8 200/4 201/12 201/20 202/2 202/6 202/19 208/2 233/9 233/17 234/2 235/13 236/3 237/1 239/12 239/20 239/21 240/2 242/11 245/21 246/15 247/13 247/14
**objected [1]** 164/8
**objecting [2]** 199/24 200/1
**objection [90]** 141/20 141/25 142/6 148/16 148/25 149/13 153/22 156/20 164/7 175/21 185/10 185/13 185/21 186/4 186/18 187/5 189/7 189/22 190/6 190/12 198/1 198/6 198/22 199/4 199/10 199/23 203/16 203/25 204/18 205/19 206/3 206/4 206/10 206/11 206/15 207/9 207/10 208/5 208/6 208/21 208/22 210/5 210/6 210/17 210/20 210/22 211/6 211/17 211/18 212/16 212/17 212/22 212/23 213/15 213/16 213/20 213/21 214/4 214/5 214/9 214/10 215/10 215/11 215/15 215/16 216/2 216/3 217/2 217/3 217/9 217/10 217/18 217/24 218/4 218/21 218/22 220/23 220/24 221/13 221/14 222/4 223/13 223/18 224/24 225/20 226/15 226/23 227/9 230/6 241/4
**obvious [1]** 185/17
**obviously [4]** 139/16 140/4 146/11 162/24
**occur [1]** 180/19
**occurred [3]** 144/5 144/9 230/15
**October [4]** 131/16 218/17 220/5 222/11
**Oczkowski [1]** 169/18
**offend [1]** 148/4
**offer [1]** 145/1
**office [11]** 152/19 154/6 154/9 154/10 154/14 169/13 169/13 171/10 229/21 230/23 241/13
**Officer [3]** 166/12 166/22 167/22
**offices [1]** 140/19
**official [7]** 139/10 140/20 224/9 224/12 242/15 244/11 249/8
**officially [2]** 176/6 206/23
**OGs [1]** 243/22
**old [2]** 138/15 138/23
**older [1]** 244/1
**onboarding [4]** 242/17 242/18 242/21 243/1
**once [3]** 193/21 198/9 252/24
**one [52]** 142/23 143/22 145/11 148/24 149/3 153/11 154/17 158/23 160/7 160/11 163/10 169/9 169/18 170/11 172/21 173/11 174/18 181/19 191/18 193/2 195/20 198/10 198/21 199/2 203/21 203/22 203/22 212/18 212/19 214/14 214/15 214/16 214/17 214/23 216/9 218/8 218/11 218/12 223/11 224/10 224/15 224/17 231/23 234/18 234/22 234/25 236/21 239/1 242/16 243/21 245/7 247/10
**one's [2]** 163/5 230/22
**ones [2]** 233/2 242/23
**op [1]** 160/8
**open [2]** 231/25 237/20
**opened [2]** 185/11 185/12
**opening [1]** 187/9
**openly [1]** 143/23
**operation [2]** 138/10 139/4
**operations [1]** 242/9
**opinion [3]** 167/5 168/12 175/19
**opinions [2]** 154/2 234/19
**opportunity [2]** 144/14 144/19
**opposing [1]** 234/22
**opposite [1]** 178/25
**orbit [1]** 218/3
**order [7]** 135/16 185/5 186/20 186/24 189/24 248/7 248/12
**ordering [2]** 252/24 252/24
**organizational [1]** 135/13
**original [3]** 231/9 252/21 252/23
**originals [1]** 243/21
**ourselves [2]** 146/24 216/8
**outlet [1]** 167/24
**outlook.com [1]** 130/5
**outreach [2]** 160/23 161/4
**outside [1]** 190/2
**overly [1]** 178/16
**overtures [2]** 223/9 223/9
**own [6]** 145/14 164/9 165/25 196/11 204/9 208/15
**owned [5]** 204/12 205/16 205/17 205/17 206/16
**owning [1]** 204/15
**Oz [12]** 170/10 170/13 170/13 170/13 171/4 171/4 171/13 225/8 226/10 226/18 227/23 228/12

## P

**p.m [1]** 248/21
**PAC [7]** 162/12 162/17 198/17 198/19 199/16 232/25 233/4
**page [9]** 131/5 185/6 187/6 188/19 219/10 219/11 235/15 251/3 251/6
**Page 49 [1]** 188/19
**Page 73 [1]** 235/15
**paid [13]** 171/12 183/8 183/17 183/21 184/13 196/1 196/16 213/18 221/8 221/9 225/16 225/17 227/2
**paper [2]** 235/9 236/13
**paragraph [2]** 153/17 185/5
**parent [1]** 219/22
**parents [3]** 204/11 204/14 204/16
**PARSCALE [27]** 129/17 131/2 131/15 133/2 133/20 134/3 134/11 184/23 186/22 189/2 191/2 195/15 195/25 196/8 196/13 211/13 213/19 219/3 220/18 221/9 224/25 248/5 249/5 251/1 251/22 252/5 252/15
**Parscale's [1]** 198/10
**Parscale-linked [3]** 195/25 196/8 196/13
**part [11]** 137/4 139/6 139/12 139/16 142/17 143/4 156/1 156/12 167/15 188/20 231/9
**parties [2]** 250/12 252/25
**parties' [1]** 250/13
**partnered [1]** 196/12
**parts [3]** 178/6 240/5 240/10
**party [4]** 185/19 190/21 248/13 252/24
**party's [1]** 191/6
**past [1]** 211/3
**patience [1]** 231/11
**Paul [4]** 139/24 140/5 141/7 141/8
**pay [1]** 218/6
**payment [1]** 233/15
**payments [8]** 131/17 131/19 209/12 210/11 213/12 232/10 232/15 233/5
**payout [3]** 131/9 165/19 165/25
**Pearson [1]** 241/20
**penalties [1]** 251/19
**penis [1]** 180/6
**people [37]** 143/22 144/12 144/16 149/6 151/20 155/24 156/9 156/22 157/2 157/17 157/17 158/1 158/2 158/19 162/20 169/16 169/23 170/5 172/23 172/23 173/20 178/16 181/21 213/10 214/12 215/5 224/14 227/10 228/16 234/19 236/9 241/8 242/2 242/24 243/12 243/14 244/1
**people's [1]** 166/1
**per [3]** 228/18 243/3 250/7
**percent [3]** 171/11 221/11 221/24
**perfectly [2]** 183/13 188/1
**perform [1]** 208/11
**period [2]** 222/7 240/18
**perjury [1]** 251/19
**permitted [1]** 190/14
**perpetual [1]** 228/22
**person [9]** 158/7 169/6 181/1 182/21 235/18 241/23 242/1 245/1 247/15
**personal [3]** 188/22 197/11 205/8
**personally [2]** 137/12 235/25
**Petal [1]** 190/22
**phone [4]** 141/14 158/6 159/11 238/10
**photo [1]** 160/8
**phrase [1]** 142/2
**physical [2]** 223/8 223/9

**P**

physically [1] 133/14
picture [1] 219/15
pictures [2] 213/10
214/12
piece [2] 204/2 236/13
piss [1] 163/13
places [1] 182/19
plaintiff [5] 129/6
130/3 130/7 209/22
253/5
plan [1] 247/15
plans [1] 137/6
plausible [3] 159/12
161/14 161/19
plenty [3] 145/10
145/12 221/23
PM [1] 129/14
PMB [1] 130/3
pmccpartland [1]
130/12
point [20] 139/17
149/1 149/8 152/18
154/9 154/13 157/3
158/5 160/6 160/8
174/14 184/17 186/25
187/1 187/6 187/19
187/21 207/4 222/13
236/10
political [6] 136/21
137/1 196/2 244/20
245/1 246/1
politically [2] 158/11
234/21
Politico [3] 131/10
166/8 168/19
politics [2] 197/5
197/10
portion [2] 195/22
197/2
posed [1] 186/21
position [9] 146/15
167/11 186/8 188/18
188/25 191/2 213/7
242/22 243/5
positive [2] 143/15
143/18
possible [5] 143/6
159/10 161/11 161/16
245/18
possibly [3] 153/24
167/17 235/11
post [4] 147/18 148/1
148/9 168/8
post-COVID [3] 147/18
148/1 148/9
power [2] 179/14 220/7
Powers [2] 242/4
242/7
pregnant [5] 160/5
160/9 174/2 174/14
174/18
premise [1] 165/13
present [2] 133/15

143/7
president [14] 129/8
143/15 145/15 158/10
198/18 199/3 199/13
199/14 207/23 209/8
232/23 233/3 234/17
234/21
presidential [1] 151/13
press [3] 158/12
158/13 228/20
pressing [1] 162/21
presume [1] 182/24
pretty [2] 207/11
238/25
prevent [1] 188/23
previously [5] 162/5
186/21 200/18 205/8
224/19
primary [2] 137/2
140/18
private [3] 178/6
197/20 197/20
privilege [10] 193/5
193/6 193/19 193/25
194/1 194/11 194/20
195/5 237/2 239/22
privileged [2] 194/23
239/13
privy [2] 193/15 241/13
PRO [3] 130/3 130/7
253/5
problem [3] 144/5
144/8 145/21
problematic [1] 142/1
Procedure [1] 250/8
process [4] 167/16
169/3 180/24 197/22
produce [1] 235/11
product [1] 209/13
products [1] 209/13
properly [1] 179/17
property [1] 217/7
proposed [1] 236/22
Prostitutes [2] 131/7
150/11
protecting [1] 185/18
protective [1] 248/7
proved [1] 218/3
provide [1] 211/4
public [8] 129/19
157/16 183/9 184/12
198/7 198/11 207/12
249/14
publicity [1] 145/14
publicly [1] 212/3
published [1] 150/24
punch [1] 145/14
purchased [1] 203/22
purchases [5] 131/14
206/2 206/9 216/12
221/11
purpose [1] 138/11
purposes [3] 237/22
238/21 248/10
pursuant [4] 129/20

133/11 185/4 189/23
put [5] 166/4 196/25
213/11 214/12 238/4

**Q**

qualified [2] 162/25
164/14
questioning [4] 178/25
185/6 189/24 216/11
questions [6] 135/2
186/21 192/20 193/2
194/7 231/20
quick [3] 133/8 133/24
231/12
quickly [2] 200/6
235/21
quit [3] 138/20 197/5
197/10
quite [5] 154/3 165/13
165/16 177/8 178/25
quote [24] 144/3 170/9
171/14 179/2 185/6
188/21 190/22 207/15
207/17 207/18 208/18
210/4 210/7 210/13
211/4 211/9 212/6
233/22 234/12 234/17
235/6 235/12 236/2
240/10
quote/unquote [6]
170/9 171/14 179/2
235/6 235/12 236/2
quotes [1] 208/9

**R**

race [1] 162/14
Range [5] 202/18
202/20 202/22 203/4
216/18
rather [2] 164/16
229/24
rationale [1] 216/11
RE [1] 252/14
reach [3] 174/17
174/17 222/2
reached [6] 146/14
147/12 174/3 174/15
241/20 243/15
readily [1] 182/20
reading [10] 151/21
153/3 209/5 216/15
222/24 223/2 240/4
246/6 252/18 253/10
reads [1] 197/4
really [11] 140/20
145/18 166/16 171/9
171/9 191/1 240/20
241/5 244/8 244/18
246/20
reason [13] 142/9
152/18 156/2 160/1
194/7 199/15 233/23
234/12 234/14 234/15
235/5 235/12 251/6
reasonable [2] 188/1

252/22
reasons [1] 216/12
recalling [1] 234/16
receipt [1] 252/22
receive [7] 147/9 164/2
164/25 167/4 167/11
168/22 213/12
received [8] 165/13
216/24 219/4 220/17
220/18 233/15 234/19
252/24
Recess [2] 163/21
188/14 231/18 248/2
recognizing [1] 240/8
recollection [2] 167/2
241/22 243/10
recommend [1] 173/16
recommendation [1]
224/16
recommendations [1]
173/17
recommended [4]
142/25 143/5 173/21
177/11
record [28] 163/20
186/12 188/3 188/6
188/10 188/11 188/13
188/15 188/17 190/20
195/7 195/10 198/7
200/2 201/1 207/12
208/9 221/17 231/5
231/16 231/17 236/18
247/25 248/1 248/3
248/8 248/17 250/6
records [2] 196/3
196/4
redemption [6] 144/3
144/10 144/16 148/22
148/23 148/23 156/6
156/7 156/13 157/11
redundant [1] 186/21
refer [2] 134/12 166/20
reference [2] 216/16
245/11
referenced [5] 160/15
161/5 217/16 218/19
229/22
references [1] 203/23
referencing [2] 161/16
235/5
referred [1] 170/9
referring [5] 160/17
167/20 191/14
refresh [1] 167/2
regard [1] 252/23
regarding [6] 180/6
180/6 188/22 207/5
222/20 230/4
regret [1] 197/20
related [1] 196/2
relationship [5] 145/15
208/14 209/12 225/4
225/15
relationships [2]
180/21 180/21

relative [2] 250/11
250/12
relays [1] 221/10
relevance [31] 184/17
186/4 189/7 190/12
203/16 204/18 205/19
206/4 206/11 206/15
207/10 208/6 208/22
210/6 210/22 211/18
212/17 212/23 213/16
213/21 214/5 214/10
215/11 215/16 216/3
217/3 217/10 218/22
220/24 221/14 247/13
relevant [8] 184/24
185/7 185/9 185/25
186/10 189/25 190/21
191/7
reluctant [1] 158/14
remains [2] 231/14
241/17
remem [1] 179/10
remember [110] 136/9
136/10 136/11 136/13
136/20 137/23 137/25
138/17 138/23 140/4
140/18 142/16 142/21
142/21 142/22 142/23
147/4 147/5 148/2
148/7 149/10 150/17
152/16 153/17 154/11
156/25 157/2 157/21
157/25 158/17 159/11
159/14 160/8 160/11
161/7 161/25 164/1
164/4 169/23 170/3
171/8 171/12 172/23
173/19 174/5 174/9
177/3 178/14 178/18
178/20 178/22 179/11
181/2 181/3 181/6
181/8 181/12 181/14
181/23 182/2 182/9
182/9 182/10 182/11
183/22 184/6 184/6
191/22 194/12 202/7
202/11 202/15 203/3
203/17 211/8 211/19
211/21 212/4 212/25
213/22 217/19 220/25
221/1 222/5 225/16
226/8 226/8 227/3
227/4 227/12 227/13
235/2 235/21 236/8
238/8 238/9 240/6
240/17 240/20 242/2
242/5 242/13 243/18
243/20 244/8 244/9
245/4 246/3 246/5
246/20
remembering [2]
170/6 234/10
remorse [1] 155/2
remote [2] 129/11
133/9

**R**

remotely [2] 133/4
249/5
repeat [3] 155/10
187/2 191/20
repetition [1] 216/19
rephrase [13] 135/20
135/21 141/25 142/11
144/22 146/5 146/23
170/20 174/11 175/15
175/17 180/14 224/20
report [8] 167/20 184/1
184/3 184/11 225/19
227/14 227/15 250/5
report's [1] 165/12
reporter [11] 129/19
135/24 188/12 211/23
236/16 248/19 249/13
250/4 250/18 251/24
253/4
Reporting [1] 252/1
reports [1] 146/9
represent [2] 190/11
192/3
Representatives [1]
226/6
representing [1]
192/12
Republican [1] 247/16
request [1] 250/8
require [1] 148/24
required [1] 227/5
rescue [1] 205/18
respectful [3] 179/18
180/1 180/1
respectfully [1] 177/18
responsible [1] 153/20
resue [1] 162/17
resulted [1] 185/24
results [1] 153/25
retirement [1] 204/12
return [1] 252/20
Reuters [2] 131/24
245/14
reviews [1] 241/9
rich [1] 210/11
rightly [1] 164/20
ring [1] 201/11
risk [6] 157/15 157/16
157/16 157/18 158/22
162/23
risky [1] 162/19
RNC [7] 164/16 164/21
196/2 213/13 213/18
221/7 232/22
road [1] 238/12
role [11] 137/20 173/21
179/14 242/14 243/16
244/11 244/22 245/19
246/5 246/6 246/20
roles [2] 177/12 177/12
room [8] 133/10
163/25 164/18 164/20
164/22 169/22 170/7

229/20
roughly [2] 140/8
239/10
rover [6] 136/23
202/18 202/20 202/22
203/4 216/18
Rule [1] 250/8
rules [2] 134/17 252/22

**S**

safely [1] 199/9
sake [1] 238/19
salaries [3] 217/14
217/22 228/18
salary [2] 183/9 186/10
San [6] 172/16 172/19
205/14 213/1 229/15
229/18
San Antonio [1]
229/15
Sarah [10] 169/25
170/2 170/3 170/14
170/17 170/21 171/5
171/9 171/11 171/13
save [1] 145/19
saw [7] 153/7 153/9
153/15 236/5 238/9
240/7 241/12
Schulman [2] 130/20
252/11
schulmanbh.com [2]
130/22 252/13
screen [7] 150/2 150/5
219/12 225/22 237/14
237/20 245/9
scrolling [4] 151/5
197/2 216/14 226/12
SE [3] 130/3 130/7
253/5
seal [1] 249/8
Sean [2] 243/11 243/12
seated [1] 164/22
second [5] 136/20
153/4 192/11 225/23
245/7
secret [4] 207/18
210/13 210/14 230/24
secrets [4] 194/2 194/4
194/4 194/5
section [1] 166/11
see [34] 145/21 150/5
151/4 151/8 153/16
158/6 161/9 165/3
176/19 177/16 183/6
187/18 201/6 214/23
218/10 219/9 219/20
220/1 220/14 221/4
222/1 222/9 223/2
226/12 231/13 232/2
232/6 232/21 232/24
237/5 238/6 241/16
245/14 247/22
seeing [3] 153/12
219/16 229/20
seeking [3] 162/4

190/10 192/2
select [1] 241/2
Senator [2] 151/12
151/24
send [1] 168/3
senior [1] 245/16
sensitive [1] 177/17
sent [3] 187/3 236/20
243/14
separate [5] 159/11
225/10 225/17 227/11
238/16
September [5] 131/12
140/3 201/9 237/25
249/15
September 11th [1]
201/9
September 4th [1]
237/25
Serendipitous [1]
219/22
set [2] 133/17 230/22
several [8] 158/20
158/20 160/6 160/9
195/20 224/11 226/7
243/2
sexual [5] 177/20
179/2 179/4 223/8
223/14
sexually [1] 178/17
shake [1] 135/23
share [4] 150/2 218/12
219/13 237/13
shared [1] 192/23
shareholder [1] 198/12
sharing [3] 163/6
219/12 248/14
sheet [4] 251/4 251/5
252/18 252/19
Shields [1] 218/18
Shih [1] 190/22
shortly [6] 174/24
175/4 175/11 175/24
197/6 230/3
showed [4] 140/19
153/5 153/24 169/4
showing [3] 195/22
219/10 237/20
shy [1] 208/13
side [7] 149/3 149/5
149/6 149/7 231/7
247/16 247/17
sign [4] 248/18 250/9
251/4 252/18
Signature [1] 253/12
significantly [1] 216/6
signing [1] 253/10
Simultaneous [20]
157/5 162/1 162/8
168/13 170/18 171/3
173/3 173/9 175/3
179/5 180/12 186/6
203/11 208/24 209/6
210/21 212/8 215/3
219/17 227/25

Sincerely [1] 253/1
single [3] 205/4 205/14
233/15
situation [2] 145/14
174/6
six [1] 236/13
skills [1] 135/14
skylar [2] 130/18 252/8
small [2] 179/13 245/3
soft [1] 196/11
sold [4] 205/15 206/17
213/1 214/1
sole [2] 233/23 234/12
someone [5] 153/20
155/17 159/1 164/25
242/23
sometime [3] 240/17
240/19 240/22
somewhere [9] 203/18
204/19 211/22 215/17
215/24 216/25 221/16
240/20 246/23
soon [2] 154/12 154/12
sooner [1] 135/3
sorry [37] 133/23
135/5 141/24 142/5
142/8 144/7 151/20
151/21 157/7 160/21
164/5 164/6 166/18
173/5 174/10 177/7
178/5 181/21 183/2
191/10 191/16 192/16
196/24 197/17 205/6
209/20 209/24 215/2
219/2 222/23 224/8
228/10 228/23 232/12
233/10 235/7 247/3
sort [2] 181/9 205/12
Sotto [2] 220/15 223/5
sought [1] 173/13
sound [1] 228/13
sounds [7] 141/15
159/12 168/10 168/20
168/25 213/22 217/19
SOUTHERN [3] 129/2
190/23 191/5
spare [1] 146/24
speakers [20] 157/5
162/1 162/8 168/13
170/18 171/3 173/3
173/9 175/3 179/5
180/12 186/6 203/11
208/24 209/6 210/21
212/8 215/3 219/17
227/25
speaking [2] 154/20
178/7
speaks [1] 191/4
specific [6] 141/23
142/4 142/16 142/19
142/19 142/22
specifically [1] 191/6
specify [1] 142/1
spend [2] 172/18
212/13

spent [6] 203/17
212/11 212/18 213/18
228/18 233/7
split [1] 229/17
spoken [2] 176/15
176/21
spring [1] 148/8
square [1] 213/6
squeeze [1] 163/2
squiggle [1] 229/12
staff [8] 154/1 154/14
171/14 182/21 222/6
226/10 229/2 229/24
staffed [1] 228/19
staffer [5] 139/12
159/17 159/18 169/7
178/4
staffers [1] 227/20
stage [1] 230/17
stand [3] 186/25 187/4
190/6
STANLEY [3] 130/15
134/4 252/5
start [2] 229/20 229/21
started [5] 136/3
140/11 143/2 143/9
229/17
Starting [1] 232/18
state [8] 129/19 133/15
137/2 137/8 153/14
249/2 249/14 249/17
state-based [1] 137/2
statement [1] 221/18
states [4] 129/1 151/10
201/19 201/23
stating [1] 193/24
stats [1] 218/9
Statute [1] 252/23
stay [1] 195/10
stayed [1] 193/20
staying [2] 138/19
138/21
Stenographic [4]
129/18 249/13 250/18
253/4
stenographically [1]
250/5
Stepien [1] 136/19
Stepien's [1] 136/25
stepped [1] 242/14
steps [2] 156/13
156/14
Steve [1] 224/16
still [4] 136/8 163/6
200/15 234/13
stipulation [2] 133/8
133/11
stop [3] 205/21 219/13
219/19
stories [3] 222/15
245/22 246/7
story [4] 149/2 149/3
211/8 228/15
straight [1] 213/9
Strategy [4] 213/19

**S**

**Strategy...** [3] 219/3
220/18 221/9
**Street** [5] 130/3 130/10
130/16 252/1 252/6
**stress** [1] 197/12
**strongest** [1] 234/20
**structure** [1] 246/1
**struggles** [1] 197/11
**struggling** [1] 216/6
**stuck** [2] 182/25 183/1
**stuff** [4] 154/1 199/7
204/20 230/24
**stupid** [3] 152/11
223/21 230/20
**style** [1] 158/12
**styled** [2] 129/21
252/17
**subcontractor** [1]
228/5
**subcontractors** [1]
228/13
**subject** [1] 251/20
**subjective** [1] 213/8
**submit** [1] 239/7
**submitting** [1] 237/21
**subordinate** [1] 149/12
**subpoena** [1] 240/19
**substance** [2] 177/24
251/20
**sued** [5] 161/7 161/20
162/5 162/11 162/15
**suggested** [1] 252/21
**suggestions** [2]
158/14 241/8
**suing** [2] 161/12 162/4
**Suite** [3] 130/21 252/1
252/12
**summer** [12] 140/22
145/23 146/14 146/19
147/3 147/12 147/16
147/17 147/25 148/8
233/7 233/12
**super** [2] 162/12
198/17
**supporter** [3] 199/9
199/12 199/14
**supporting** [1] 198/17
**supports** [1] 199/12
**SV** [3] 131/14 214/25
216/22
**SW** [1] 130/3
**sworn** [2] 133/4 249/6

**T**

**talent** [1] 208/10
**target** [1] 228/25
**taxes** [1] 217/7
**team** [3] 161/5 229/17
233/24
**Technical** [1] 236/17
**technology** [1] 198/12
**Ted** [4] 140/16 140/17
151/12 151/24

**Telephone** [1] 130/11
**Telephone:202** [2]
130/17 252/7
**Telephone:202-302-70**
**49** [2] 130/17 252/7
**Telephone:240** [2]
130/22 252/13
**Telephone:240-356-85**
**53** [2] 130/22 252/13
**Telephone:305** [1]
130/4
**Telephone:305-510-34**
**00** [1] 130/4
**ten** [6] 140/5 172/1
173/22 173/23 176/25
182/13
**tend** [1] 217/22
**tends** [1] 238/21
**Tennessee** [1] 250/3
**tension** [1] 230/2
**terms** [1] 144/18
**terribly** [1] 139/20
**test** [2] 149/19 169/1
**testified** [6] 133/4
160/12 183/7 200/18
233/21 234/11
**testify** [2] 183/16
226/17
**testifying** [3] 186/1
188/2 195/6
**testimony** [6] 134/23
160/14 206/7 226/4
226/6 250/7
**testing** [1] 139/22
**Texas** [1] 204/20
**text** [1] 197/21
**That'll** [2] 237/9 247/6
**thereafter** [1] 230/3
**third** [2] 185/19 248/12
**third-party** [1] 185/19
**thoughts** [1] 239/19
**thousand** [1] 200/20
**threatened** [2] 161/17
162/16
**three** [6] 134/25 135/1
152/16 206/17 228/11
231/10
**throw** [1] 200/24
225/22 245/9
**Throwing** [1] 165/4
**Tim** [5] 197/23 197/24
198/4 198/4 217/16
**timeline** [1] 162/9
**title** [16] 136/9 136/13
137/24 137/25 140/21
141/8 172/7 224/4
224/5 224/9 224/12
225/3 243/18 243/19
243/20 244/7
**titles** [3] 172/8 172/9
244/9
**today** [6] 133/12
134/25 188/24 205/25
234/6 234/13
**together** [6] 133/10

154/5 196/12 204/12
204/15 228/14
**took** [8] 156/13 163/10
185/24 204/13 211/8
228/10 245/18 245/24
**top** [2] 166/11 242/23
**topic** [2] 135/16 184/24
**topics** [2] 185/7 189/25
**Torres** [3] 131/19
232/16 233/14
**total** [4] 196/17 212/25
217/11 228/16
**totals** [2] 196/12
220/25
**touching** [1] 180/6
**tough** [1] 145/12
**towards** [4] 143/16
182/18 188/22 227/11
**Tower** [1] 241/13
**tragedy** [1] 205/8
**trail** [1] 235/9
**transcript** [6] 187/3
187/22 188/20 194/13
248/6 248/10 250/6
250/9 251/2 251/3
252/19 252/21 252/21
252/23 252/25 253/10
**transition** [2] 241/6
241/12
**transparency** [6] 139/3
139/15 233/11 237/21
237/22 238/3
**treat** [1] 180/20
**treated** [2] 228/4 228/4
**trepidation** [1] 144/17
**trick** [2] 135/11 228/2
228/7
**tried** [4] 169/23 180/23
180/24 221/5
**trips** [1] 182/15
**trouble** [1] 146/24
**true** [7] 149/2 176/8
176/8 199/5 212/18
250/6 251/19
**TRUMP** [36] 129/8
131/6 137/22 150/10
176/17 177/1 196/1
196/9 196/16 197/13
199/3 199/8 199/16
199/19 199/19 199/22
200/15 206/8 206/19
207/19 208/16 208/19
209/14 210/15 217/15
217/21 218/3 230/18
232/23 233/3 241/2
241/12 241/13 247/11
251/1 252/14
**Trump's** [1] 207/22
**Trumps** [1] 208/14
**trust** [3] 167/17 168/16
171/24
**truth** [2] 205/23 229/12
**truthfully** [1] 192/21
**try** [4] 135/22 205/18
219/24 246/24

**trying** [11] 136/20
149/18 154/4 160/13
169/10 173/6 177/17
177/18 186/5 216/8
224/18
**turn** [2] 154/23 155/23
**turned** [1] 234/21
**twice** [4] 152/11
152/16 152/25 176/19
**two** [14] 138/8 140/11
140/12 191/14 193/14
203/23 204/1 204/9
204/13 212/12 212/14
220/20 234/20 243/13
**type** [1] 242/10
**typically** [1] 243/8

**U**

**unaware** [2] 153/4
156/21
**unclear** [1] 174/11
**uncommon** [4] 175/10
175/13 175/19 176/3
**under** [22] 143/13
144/5 145/12 152/17
159/13 162/14 162/25
176/10 179/9 184/6
205/25 206/7 225/3
225/5 225/8 225/12
226/18 227/4 227/13
248/6 251/19 252/22
**undersigned** [1] 249/4
**undo** [2] 155/13 156/15
**UNITED** [1] 129/1
**unless** [1] 238/22
**unquote** [12] 170/9
171/14 179/2 188/24
207/25 208/20 233/22
234/17 235/6 235/12
236/2 240/11
**up** [25] 135/1 137/6
140/19 142/9 148/17
153/24 155/14 165/4
166/4 169/4 178/6
181/21 196/12 196/25
200/24 207/12 209/4
216/9 219/7 219/15
222/10 224/17 225/22
230/17 245/9
**upstairs** [1] 241/14
**uses** [1] 151/23

**V**

**vendor** [1] 225/4
**verbally** [1] 135/25
**versions** [2] 195/19
195/21
**Versus** [1] 190/2
**via** [1] 252/20
**Video** [1] 129/11
**Virginia** [1] 154/10
**vocabulary** [1] 148/6
**Voce** [2] 220/15 223/5
**voice** [1] 244/2
**Volume** [1] 129/16

**voters** [1] 228/25
**vs** [3] 129/7 190/22
251/1

**W**

**wait** [1] 181/18
**waive** [2] 252/19
253/10
**Waiver** [1] 253/8
**waiving** [1] 193/8
**walk** [2] 162/9 201/15
**Walked** [1] 206/19
**walking** [1] 169/13
**Wall** [1] 130/10
**Walsh** [3] 218/18 219/3
220/8
**Walsh's** [1] 219/14
**WALTON** [2] 249/3
250/2
**wants** [1] 247/16
**war** [7] 163/25 164/18
164/19 164/2 169/22
170/7 229/20
**Washington** [2] 130/16
252/7
**waste** [2] 186/15 211/3
**water** [2] 134/20
163/18
**waterfront** [1] 217/7
**ways** [2] 136/23
180/25
**wealthy** [3] 207/20
208/19 210/16
**wear** [1] 246/13
**web** [1] 214/1
**weeks** [1] 230/16
**weighed** [1] 148/19
**Weird** [1] 219/24
**welcomed** [1] 180/4
**well-aware** [1] 186/24
**what'd** [2] 150/18
150/18
**whatnot** [1] 134/21
**whatsoever** [1] 178/24
**whispering** [1] 237/16
**White** [14] 164/2
164/25 166/12 166/21
167/14 167/21 168/22
169/22 172/22 172/24
173/8 177/12 227/22
241/2
**whole** [3] 138/9 174/6
240/7
**wife** [5] 201/18 212/11
212/13 216/7 219/6
**window** [1] 232/3
**wins** [1] 189/5
**wishes** [1] 205/22
**withdraw** [1] 187/23
**witness** [15] 130/24
131/1 133/3 133/9
133/14 185/14 186/23
187/16 189/9 189/20
190/20 239/22 249/8
250/7 250/8

**W**

**witness' [2]**  185/19
190/4
**woman [6]**  141/1 141/6
141/13 145/22 151/11
230/21
**women [7]**  137/22
141/19 142/15 142/17
160/5 160/9 177/13
**WOODWARD [19]**
130/15 130/15 131/21
134/4 185/22 187/10
188/18 190/10 191/1
195/5 205/20 224/3
236/21 237/23 240/10
248/9 248/11 252/5
252/6
**Woodward's [1]**
188/25
**word [8]**  147/15 147/19
151/23 156/7 156/8
162/22 216/4 236/10
**worded [1]**  139/20
**words [2]**  152/12
236/23
**works [1]**  169/5
**world [1]**  184/12
**worries [1]**  135/12
**worth [3]**  157/18 163/2
212/21
**would've [2]**  182/5
244/4
**writes [4]**  196/14
196/14 207/3 216/22
**written [3]**  171/25
204/4 235/19

**Y**

**year [12]**  140/8 140/15
141/2 147/4 180/18
195/24 196/16 202/24
222/7 240/12 240/16
240/20
**years [14]**  140/5
162/15 172/1 176/25
182/13 197/13 199/14
202/21 206/20 207/24
208/25 209/9 210/8
236/13
**yeses [1]**  158/21
**yesterday [1]**  195/17
**YORK [19]**  129/2
130/11 131/16 172/15
172/17 172/19 190/23
191/5 218/16 219/14
220/4 221/20 221/22
222/2 229/4 229/4
229/7 229/17 229/18
**you-all [1]**  154/8
**young [1]**  138/13

**Z**

**Zoom [5]**  134/1 134/20
149/18 176/20 232/3