Message

| | |
|---|---|
| From: | Jessica Ditto [jditto@donaldtrump.com] |
| Sent: | 12/12/2016 10:59:14 PM |
| To: | Reince Priebus [REDACTED]; Rick Dearborn [rdearborn@donaldtrump.com]; Jason Miller [jmiller@donaldtrump.com]; sean@gop.com |
| Subject: | New Executive Committee Members |
| Attachments: | TFA - PTT Additions_121216.docx |

Attached is the announcement for new additions to the Transition Team. Please advise if there are more to be added:

# PRESIDENT-ELECT DONALD J. TRUMP ANNOUNCES NEW EXECUTIVE COMMITTEE MEMBERS AND STAFF LEADERSHIP POSITIONS SERVING ON PRESIDENTIAL TRANSITION TEAM

**(New York, NY)** - President-elect Donald J. Trump and Vice President-elect and Chairman of the Presidential Transition Team Mike Pence today announced the addition of new Executive Committee members and key staff leadership who will join the Trump-Pence Presidential Transition Team.

Joining the distinguished group of Executive Committee members are Congresswoman Amata Coleman Radewagen, Sheriff Butch Anderson, Safra Catz, Tom Dadey, Nick Langworthy, Mike McCormack, Joe Mondello, and John Sweeney.

President-elect Trump's Presidential Transition Team Executive Committee now consists of:

**Vice Chairs:**

Congresswoman Marsha Blackburn (R-TN)

Dr. Ben Carson

New Jersey Governor Chris Christie

Oklahoma Governor Mary Fallin

Lieutenant General Michael Flynn, USA (Ret.)

Former Speaker of the U.S. House of Representatives Newt Gingrich

Former New York City Mayor Rudy Giuliani

Congresswoman Cynthia Lummis (R-WY)

Incoming Deputy National Security Advisor Kathleen Troia "KT" McFarland

Congressman Tom Reed (R-NY)

Congresswoman Cathy McMorris Rodgers (R-WA)

U.S. Senator Jeff Sessions (R-AL)

U.S. Senator Tim Scott (R-SC)

**Executive Committee:**

Sheriff Butch Anderson

Congressman Lou Barletta (R-PA)

Florida Attorney General Pam Bondi

Safra Catz

Congressman Chris Collins (R-NY)

Tom Dadey

Congressman Sean Duffy (R-WI)

Congressman Trey Gowdy (R-SC)

Jared Kushner

Nick Langworthy

Congressman Tom Marino (R-PA)

Mike McCormack

Rebekah Mercer

Joe Mondello

Steven Mnuchin

Congressman Devin Nunes (R-CA)

Congresswoman Amata Coleman Radewagen (R- American Samoa)

Congressman Dennis Ross (R-FL)

Anthony Scaramucci

Pastor Darrell Scott

Kiron Skinner

John Sweeney

Peter Thiel

Donald Trump Jr.

Eric Trump

DEF-00000311

Ivanka Trump

RNC Chairman and incoming White House Chief of Staff, Reince Priebus

Trump Campaign CEO and incoming Chief Strategist and Senior Counselor to the President, Stephen K. Bannon

President-elect Trump also named additional key staff leadership positions supporting the Presidential Transition Team: Bryan Lanza, Deputy Communications Director and Omarosa Manigault, Director of Diversity Initiatives.

**The Presidential Transition Team's Staff Leadership lineup now consists of:**

Nick Ayers, Senior Advisor, Vice President-elect
Kellyanne Conway, Senior Advisor
David Bossie, Deputy Executive Director
Aaron Chang, Advance Lead
Steven Cheung, Director of Rapid Response
Rick Dearborn, Executive Director
AJ Delgado, Senior Advisor
Jeff DeWit, Special Advisor for Operations
Jessica Ditto, Deputy Communications Director
George Gigicos, Director of Advance
Michael Glassner, Special Advisor for Operations
Stephanie Grisham, Press Director
Hope Hicks, National Press Secretary

Bryan Lanza, Deputy Communications Director
Omarosa Manigault, Director of Diversity Initiatives
Don McGahn, General Counsel
Jason Miller, Communications Director
Stephen Miller, National Policy Director
Katrina Pierson, Senior Advisor
Josh Pitcock, Senior Advisor, Vice President-elect
Dan Scavino, Director of Social Media
Marc Short, Senior Advisor, Vice President-elect
Sean Spicer, Senior Communications Advisor
Kiron Skinner, Senior Advisor
Katie Walsh, Senior Advisor

\* \* \*

*All media requests should be directed to Media@ptt.gov*

JESSICA DITTO
DEPUTY COMMUNICATIONS DIRECTOR
Donald J. Trump for President, Inc.
C  202.251.4749

DEF-00000313



**For Immediate Release**                    **Media Contact:** [ HYPERLINK "mailto:Media@ptt.gov" ]
*Monday, December 12, 2016*

### PRESIDENT-ELECT DONALD J. TRUMP ANNOUNCES NEW EXECUTIVE COMMITTEE MEMBERS AND STAFF LEADERSHIP POSITIONS SERVING ON PRESIDENTIAL TRANSITION TEAM

**(New York, NY)** - President-elect Donald J. Trump and Vice President-elect and Chairman of the Presidential Transition Team Mike Pence today announced the addition of new Executive Committee members and key staff leadership who will join the Trump-Pence Presidential Transition Team.

Joining the distinguished group of Executive Committee members are Congresswoman Amata Coleman Radewagen, Sheriff Butch Anderson, Safra Catz, Tom Dadey, Nick Langworthy, Mike McCormack, Joe Mondello, and John Sweeney.

President-elect Trump's Presidential Transition Team Executive Committee now consists of:

**Vice Chairs:**

Congresswoman Marsha Blackburn (R-TN)
Dr. Ben Carson
New Jersey Governor Chris Christie
Oklahoma Governor Mary Fallin
Lieutenant General Michael Flynn, USA (Ret.)
Former Speaker of the U.S. House of Representatives Newt Gingrich
Former New York City Mayor Rudy Giuliani
Congresswoman Cynthia Lummis (R-WY)
Incoming Deputy National Security Advisor Kathleen Troia "KT" McFarland
Congressman Tom Reed (R-NY)
Congresswoman Cathy McMorris Rodgers (R-WA)
U.S. Senator Jeff Sessions (R-AL)
U.S. Senator Tim Scott (R-SC)


**Executive Committee:**

Sheriff Butch Anderson
Congressman Lou Barletta (R-PA)

Presidential Transition Headquarters – Washington, DC 20270



Florida Attorney General Pam Bondi
Safra Catz
Congressman Chris Collins (R-NY)
Tom Dadey
Congressman Sean Duffy (R-WI)

Congressman Trey Gowdy (R-SC)
Jared Kushner
Nick Langworthy
Congressman Tom Marino (R-PA)
Mike McCormack
Rebekah Mercer
Joe Mondello
Steven Mnuchin
Congressman Devin Nunes (R-CA)
Congresswoman Amata Coleman Radewagen (R- American Samoa)
Congressman Dennis Ross (R-FL)
Anthony Scaramucci
Pastor Darrell Scott
Kiron Skinner
John Sweeney
Peter Thiel
Donald Trump Jr.
Eric Trump
Ivanka Trump
RNC Chairman and incoming White House Chief of Staff, Reince Priebus
Trump Campaign CEO and incoming Chief Strategist and Senior Counselor to the President, Stephen K. Bannon

President-elect Trump also named additional key staff leadership positions supporting the Presidential Transition Team: Bryan Lanza, Deputy Communications Director and Omarosa Manigault, Director of Diversity Initiatives.

**The Presidential Transition Team's Staff Leadership lineup now consists of:**

Nick Ayers, Senior Advisor, Vice President-elect
Kellyanne Conway, Senior Advisor
David Bossie, Deputy Executive Director
Aaron Chang, Advance Lead
Steven Cheung, Director of Rapid Response
Rick Dearborn, Executive Director
AJ Delgado, Senior Advisor

Presidential Transition Headquarters – Washington, DC 20270

Jeff DeWit, Special Advisor for Operations
Jessica Ditto, Deputy Communications Director
George Gigicos, Director of Advance
Michael Glassner, Special Advisor for Operations
Stephanie Grisham, Press Director

Hope Hicks, National Press Secretary
Bryan Lanza, Deputy Communications Director
Omarosa Manigault, Director of Diversity Initiatives
Don McGahn, General Counsel
Jason Miller, Communications Director
Stephen Miller, National Policy Director
Katrina Pierson, Senior Advisor
Josh Pitcock, Senior Advisor, Vice President-elect
Dan Scavino, Director of Social Media
Marc Short, Senior Advisor, Vice President-elect
Sean Spicer, Senior Communications Advisor
Kiron Skinner, Senior Advisor
Katie Walsh, Senior Advisor

*** 

*All media requests should be directed to Media@ptt.gov*

Presidential Transition Headquarters – Washington, DC 20270