Message

| | |
|---|---|
| **From:** | AJ Delgado [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BE897142BDD74FA1A71B86712A6836ED-AJDELGADO] |
| **Sent:** | 11/15/2016 2:33:55 PM |
| **To:** | Emily Eng [emily.e.eng@ptt.gov] |
| **CC:** | Monica Block [monica.j.block@ptt.gov]; Molly Michael [molly.a.michael@ptt.gov] |
| **Subject:** | Re: Presidential Transition Team Onboarding |
| **Attachments:** | PTT Badge Application.pdf |

Hi Emily and Molly:

Attached please find the form (unsigned and with field 13 blank, as instructed). I'll be sure to send you my resume (I don't have it on this laptop) asap this week.

Please let me know what else you need from me.

Thank you!

**A.J. Delgado**
*Senior Political Advisor*
Donald J. Trump for President Campaign

---

**From:** Emily Eng <emily.e.eng@ptt.gov>
**Sent:** Monday, November 14, 2016 10:06 PM
**To:** AJ Delgado
**Cc:** Monica Block; Molly Michael
**Subject:** Presidential Transition Team Onboarding

Hi Arlene!

Welcome to the Presidential Transition Team! Thank you for filling out the online form. My name is Emily Eng with the Operations team, and I am responsible for guiding you through the onboarding process. Copied herein is Molly Michael from the campaign, who will be your point of contact on the Personnel team.

To satisfy our security requirements, attached is a security application form for your completion, and below are additional data points needed from you.

- Badge Application Directions:
1. **The form may not be handwritten.** You will need to **download the document first** and open it to type in the information. Click SAVE AS and then just Click SAVE.
2. **Leave the form unsigned**. You may be asked to sign the form when you have your appointment at 1800 F Street, NW to receive your badge. More information on the scheduling of this appointment will be forthcoming in the days ahead.
3. **Email the unsigned form back to me** as soon as possible.
FAQ's
#13 - You can leave this blank for now.

DEF-00001759

- Hardware - You will be issued a laptop and a cell phone. Please let me know your preference of cell phone (iPhone SE or Samsung Galaxy)
- Resume - Please send me your resume (don't worry about updating if you haven't already). This is just to submit to our Personnel database so we have your information for post-January 20th opportunities.

Once we have your information, we will reach out to you to coordinate your start date. In the interim, please let me know if you have any questions or concerns! cell is: ▮

Thank you for all of your hard work to get President-elect Trump and Vice President-elect Pence into the White House! Let's Make America Great Again!

Thanks,
Emily