Message

**From**: AJ Delgado [ajdelgado@donaldtrump.com]
**Sent**: 12/17/2016 11:45:17 PM
**To**: Alexa Henning [alexa@jamestownassociates.com]
**CC**: Jason Miller [jmiller@donaldtrump.com]
**Subject**: Re: Schedule this weekend

Thank you, Alexa, but I will no longer be doing anything in media for the team. I appreciate you and greatly enjoyed working with you. Wishing you great things and have a happy holiday


On 12/16/16, 3:09 PM, "Alexa Henning" <alexa@jamestownassociates.com> wrote:

>Hi AJ - please let me know when you have time for any TV this weekend - thank you!