## Message

**From:** jmiller@donaldtrump.com [jmiller@donaldtrump.com]
**Sent:** 12/21/2016 3:15:29 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Re: a glaring double standard

I'll call immediately after the daily press briefing.

On Dec 21, 2016, at 10:14 AM, Steve Bannon ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

What's with the buried lede ???


Begin forwarded message:

**From:** "A.J. Delgado" ▓▓▓▓▓▓▓▓▓▓▓▓
**Date:** December 21, 2016 at 10:07:05 AM EST
**To:** Steve Bannon ▓▓▓▓▓▓▓▓▓▓▓▓ Kellyanne Conway <kellyanne@pollingcompany.com>
**Subject: Re: a glaring double standard**

Good morning. I'm not sure if either of you sent this email to Hope (who then would obviously send it to Corey) but yesterday an anonymous email account (i.e., Corey) (as Jason said, it has Corey written all over it, who is known for doing this kind of thing) sent 5-6 Politico reporters a horrific email attacking me. One reporter was kind enough to notify. We will know more once I file a subpoena for the IP address of this libel.

He and Hope should both be dismissed, for breaching their NDA's.

Please be advised that I am over two months pregnant. The team refusing to do anything to stop this abuse, which I have been asking for for days, is not OK.

On Tue, Dec 20, 2016 at 9:43 AM, A.J. Delgado <ajdelgado6@gmail.com> wrote:
> Here's an interesting juxtaposition that highlights the abuse I've received lately, and how differently this was handled when a white male who is close to Hope was involved.
>
> **We have two instances where a staff member had a situation with a reporter. Let's compare the two. One incident involves a white male staffer and another incident involves a female Hispanic staffer. (Both involve female reporters).**
>
> In one, the staff member physically hit a reporter's arm, even though the reporter was from a friendly outlet and merely trying to get a quote to fill an article.
> In the other, the staff member (merely) canceled a spin-alley quickie interview, at the suggestion/in agreement with the state Comms director, with: (a) a reporter who was acting strangely (per Comms director); (b) about whom the campaign had received a written warning a month earlier that an ambush was planned; and (c) who was planning to ask about the Newsweek/Cuban embargo violation issue, something DJT, for legal reasons, could not wade into but may have if asked. No words were exchanged by the staffer with the reporter — instead, Keith Schiller merely informed DJT time was up and escorted him out as the reporter was attempting to start the interview.
>
> In both, the reporter went on national TV to complain. (However, in one, the reporter was only on national TV because said reporter had, curiously, pre-booked that appearance in order to discuss what info she had garnered from DJT during that spin-alley interview.)

In one, Hope Hicks' and the campaign's reaction was to rally around/defend said staffer and strongly attack the reporter's version of events and her character.
In the other, Hope Hicks' and the campaign's reaction was to call the reporter and apologize profusely, then criticize said staffer for months subsequent to this, and put this in DJT's head, to the point that it is all DJT now mentions whenever he sees said staffer.

In one, the reporter's character was attacked by the team.
In the other, the reporter was defended by the team ("good person"; with Hope Hicks even claiming the reporter has a large following (she does not — she has a local access show with a few hundred viewers, tops). The reporter has also been fired from two separate networks, one of which was under scandalous and terrible circumstances.

In one, the tape of the incident shows the staffer did have a physical interaction with the reporter.
In the other, the tape of the incident showed the staffer had zero interaction with the reporter, not even verbal. Yet Hope Hicks claims the staffer was "yelling in the reporter's face." When shown the video in Jason Miller's office, Hope Hicks continued to claim that her version was nonetheless correct, regardless of what the video showed.

If you guessed, the instance where the team rallied around the staffer AND attacked the reporter — was the one where the staffer merely canceled an interview with a questionable/shady reporter, you'd be wrong. It is actually the one where the staffer physically hit someone a reporter on her arm.

The instance where the team rallied around the *reporter*, and continues to attack the *staffer*, is the one where the staffer (a female Hispanic advisor) simply canceled an interview, along with another colleague, and then left quietly.

So how am I supposed to feel here, when DJT won't let this drop because Hope won't stop mentioning her warped version of events to him? Twice in one week, it's all I heard from him.

DEF-00000841