VIDEO    LIVE    SHOWS    ELECTIONS    538    SHOP    LOG IN    Stream on hu

YOUR VOICE YOUR VOTE 2024    Election Dashboard    Interactive Map    Primaries: Archive    49 DAYS TO ELECTION DAY

# Trump Announces Press Secretary, Communications Director

Sean Spicer, Jason Miller, Hope Hicks and Dan Scavino named to team.

By ABC News
December 22, 2016, 3:44 PM



**Trump Announces Press Secretary, Communications Director**
President-elect Donald Trump has named top aides Sean Spicer, Jason Miller, Hope Hicks and D...    **Show More**

&#151; -- President-elect Donald Trump has named top aides Sean Spicer, Jason Miller, Hope Hicks and Dan Scavino to senior roles on his incoming White House communications team.

Top Trump surrogate and adviser Sean Spicer will serve as the next White House press secretary. Spicer, a Washington veteran, is no stranger to Republican politics. He has served six years as communications director for the Republican National Committee and was a chief strategist for the committee for almost two years.

Inside Donald Trump's Fraught Relationship With the Press →

Trump Leaves Press Behind to Dine With Family in New York →

Unlike some others involved in the transition, Spicer is seen by many in the press corps as among the more accessible members of Trump's team. Though combative at times, Spicer makes regular television appearances and hosts a daily briefing call for reporters about the presidential transition. Also participating in the briefing call is Spicer's colleague Jason Miller, who will serve as Trump's director of communications.

The president-elect also announced that the transition press secretary, Hope Hicks, will be director of strategic communications and Dan Scavino will serve as director of social media for the White House.

"Sean, Hope, Jason and Dan have been key members of my team during the campaign and transition. I am excited they will be leading the team that will communicate my agenda that will 'Make America Great Again,'" Trump said in a press release.

Spicer as press secretary is considered likely to be responsible for easing any tension between reporters and the White House.

## Related Topics

Donald Trump



### Sponsored Content by Taboola

**These Barefoot Shoes are Leaving Neuropathy Experts Baffled**
Barefoot Vitality — Learn More

**Seniors Can Now Fly Business Class For The Price Of Economy**
Online Shopping Tools

**Ozempic Hailed 'Miracle Of Weight Loss' - Get It Dirt Cheap**
FuturHealth

**Toddler goes viral with adorable 'Boom Chicka Boom' rendition**

**Teen screamed he was 'going to die' after being shot in face while looking for place to take homecoming pictures**

**Demi Moore hits red carpet with 3 daughters for 'The Substance' premiere**

**Stop Wasting Time Painting Your Garage Floor. Do This Instead**
Renuity Garage Coating — Learn More

**Top Dermatologist Begs Patients to Throw Away This Household Item**
Blissy — Learn More

**Maryland: Recent Changes Near Silver Spring Leaves Drivers Fuming**
Penny Pincher — Read More