

EXHIBIT

S 6/15/23