

DEF- 002934

EXHIBIT
U 6/15/23