

## Fwd: IMPORTANT -- pls read
1 message

**A.J. Delgado** <​​​​​​​​​​​​​​​​>　　　　　　　　　　　　　　　　　　　　Fri, Dec 23, 2016 at 4:46 AM
To:

please help

---------- Forwarded message ----------
From: **A.J. Delgado** <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
Date: Fri, Dec 23, 2016 at 7:44 AM
Subject: IMPORTANT -- pls read
To: Steve Bannon

I want to state, formally and in writing, that I am extremely concerned by what has recently transpired.

As you may or may not know, my direct supervisor, Jason Miller and I, engaged in a physical relationship for quite some time. (I trust I will not be judged for this since, if what Jason Miller once informed me is correct, Hope Hicks and Corey Lewandowski, married with four kids, engaged in and continue to engage in an affair. Hope has, despite this, been elevated to the highest levels of the WH.)

A pregnancy resulted (I am now wrapping up my first trimester). Miller has known about the pregnancy since a few days before Thanksgiving. His first reaction was to ask me to terminate the pregnancy. I refused (he did not mention it again).

Since the affair and pregnancy could embarrass the campaign/team/Miller (who constantly said he would be 'unemployable in the town' -- DC -- if/when this news emerged), I repeatedly asked Miller to be sure to inform you of all this, so that you could have the full information regarding to whom to give the Comms Director role (Miller was very upset when the ABC gentleman was being considered for the role). Miller informed me that Steve and Reince both knew about the pregnancy, including details of separate conversations with Steve and Reince which, as it turns out, never happened with either. Per one conversation that reportedly took place yesterday with Steve and Reince, Reince apparently told Miller that "This is 2016 and no one will care." I do not believe that conversation ever even took place. I do think the public will care about a married boss/supervisor on the Trump campaign lying to and impregnating a subordinate, who is then made White House Comms Director.

It seems the plan was to avoid any decision-maker learning of this, so as not to affect his chances of being Comms Director. In fact, Miller called to inform me that Steve had pressured him to take the job -- only as the press release announcing him was already in my Inbox.

Miller's wife, Kelly (whom he told me since the beginning he was separated from - hence my willingness to engage in the 'relationship'), has sent me harassing emails this week since learning of this last Saturday, including foul language (e.g., "f*cking sl*t"), and is, per Miller informing me, checking my Twitter account daily, even hourly, in an obsessive manner, despite my refusal to engage with her, refusal to reply to her, and my blocking her telephone number after repeated calls. At one point, I strongly considered filing a police report to protect myself. She has also (anonymously) apparently sent 5-6 Politico reporters an email attacking me and libeling me. Bizarrely, she is furious at me and not at Miller.

Due to my pregnancy, now, more than ever, I need my job and career to be able to provide for my child (Miller's wife has demanded that he not be involved in the child's life).

Mr. Trump, on two separate occasions in person, promised me I'd be part of the inner circle if we won the election and would head with him to the White House. Similarly, Miller, on countless occasions, emphasized I would absolutely be in the West Wing as part of our Comms Group -- our entire group (Cliff, Jessica, Bryan, etc) is going into the West Wing.

In the past few days, however, I have apparently, as punishment for an affair started by a supervisor, and as punishment for a pregnancy, **been REMOVED from the org chart and have been removed from any job possibility** (at least from any job adequate for someone with my resume and experience). Suddenly this week, Miller refused to show me the org chart when I requested it. While he claimed I was on it, he refused to tell me in what capacity or in what role (clearly I am not on it).

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P000001

**I am a woman being penalized for a male supervisor's actions, as I am pregnant no less, while said supervisor is elevated to one of the most senior WH roles.**

To say this is horrifically sexist and unjust is an understatement. I firmly do not believe these are Mr. Trump's values nor our team's values. I expect the team will take swift action at the highest levels to immediately rectify what is being done, and I also urge Miller's name to be rescinded from the Comms Director role, in light of the John-Edwards style actions. I trust he will have the good grace to remove his own name from the appointment.

Please share this information with Don McGahn. As Counsel, he should be aware, but I did not want to send this to his Jones Day address.



## Re: IMPORTANT -- pls read
1 message

**A.J. Delgado** <​>    Sat, Dec 24, 2016 at 8:39 AM
To: Sean Spicer <​>

Sean, as I did not have a chance to emphasize this on our brief call yesterday, my family and I (who are doing their best to help me keep my head above water) do naturally expect Jason's appointment to be quietly rescinded in the next few days.
The idea that he was not only kept around but PROMOTED to one of the highest White House rolls, despite his actions (lying to and impregnating a subordinate, while on the campaign much less), is one the team needs to remedy -- and swiftly -- if we are to find a quiet and fair resolution here that does not embarrass the campaign and team.
I am sure the team can come up with a dignified statement he can put out as to his reason/s for reconsidering accepting the role (work/life balance consideration, etc.). Perhaps the gentleman from ABC is still interested and can step in. I know his spouse was adamant against his taking the role so I don't even think there will be much resistance from him on this.
Cleary, I would like to be able to work in the Trump orbit without having to be in any contact with him, even indirectly, or know he is in the same organization.
I'm going to take the next few days to myself to clear my head and try to remain positive (thus no need to reply to this because I likely won't be on email or on my phone) but I trust the team will work on this and that I will see an announcement fairly soon.
While I think this is probably already in the works, I just want to make clear where I stand on this.

On Fri, Dec 23, 2016 at 7:46 AM, A.J. Delgado <​> wrote:
> please help
>
> ---------- Forwarded message ----------
> From: **A.J. Delgado** <​>
> Date: Fri, Dec 23, 2016 at 7:44 AM
> Subject: IMPORTANT -- pls read
> To: Steve Bannon <​>
>
>
> I want to state, formally and in writing, that I am extremely concerned by what has recently transpired.
>
> As you may or may not know, my direct supervisor, Jason Miller and I, engaged in a physical relationship for quite some time. (I trust I will not be judged for this since, if what Jason Miller once informed me is correct, Hope Hicks and Corey Lewandowski, married with four kids, engaged in and continue to engage in an affair. Hope has, despite this, been elevated to the highest levels of the WH.)
>
> A pregnancy resulted (I am now wrapping up my first trimester). Miller has known about the pregnancy since a few days before Thanksgiving. His first reaction was to ask me to terminate the pregnancy. I refused (he did not mention it again).
>
> Since the affair and pregnancy could embarrass the campaign/team/Miller (who constantly said he would be 'unemployable in the town' -- DC -- if/when this news emerged), I repeatedly asked Miller to be sure to inform you of all this, so that you could have the full information regarding to whom to give the Comms Director role (Miller was very upset when the ABC gentleman was being considered for the role). Miller informed me that Steve and Reince both knew about the pregnancy, including details of separate conversations with Steve and Reince which, as it turns out, never happened with either. Per one conversation that reportedly took place yesterday with Steve and Reince, Reince apparently told Miller that "This is 2016 and no one will care." I do not believe that conversation ever even took place. I do think the public will care about a married boss/supervisor on the Trump campaign lying to and impregnating a subordinate, who is then made White House Comms Director.
>
> It seems the plan was to avoid any decision-maker learning of this, so as not to affect his chances of being Comms Director. In fact, Miller called to inform me that Steve had pressured him to take the job -- only as the press release announcing him was already in my Inbox.

Miller's wife, Kelly (whom he told me since the beginning he was separated from - hence my willingness to engage in the 'relationship'), has sent me harassing emails this week since learning of this last Saturday, including foul language (e.g., "f*cking sl*t"), and is, per Miller informing me, checking my Twitter account daily, even hourly, in an obsessive manner, despite my refusal to engage with her, refusal to reply to her, and my blocking her telephone number after repeated calls. At one point, I strongly considered filing a police report to protect myself. She has also (anonymously) apparently sent 5-6 Politico reporters an email attacking me and libeling me. Bizarrely, she is furious at me and not at Miller.

Due to my pregnancy, now, more than ever, I need my job and career to be able to provide for my child (Miller's wife has demanded that he not be involved in the child's life).

Mr. Trump, on two separate occasions in person, promised me I'd be part of the inner circle if we won the election and would head with him to the White House. Similarly, Miller, on countless occasions, emphasized I would absolutely be in the West Wing as part of our Comms Group -- our entire group (Cliff, Jessica, Bryan, etc) is going into the West Wing.

In the past few days, however, I have apparently, as punishment for an affair started by a supervisor, and as punishment for a pregnancy, **been REMOVED from the org chart and have been removed from any job possibility** (at least from any job adequate for someone with my resume and experience). Suddenly this week, Miller refused to show me the org chart when I requested it. While he claimed I was on it, he refused to tell me in what capacity or in what role (clearly I am not on it).

**I am a woman being penalized for a male supervisor's actions, as I am pregnant no less, while said supervisor is elevated to one of the most senior WH roles.**

To say this is horrifically sexist and unjust is an understatement. I firmly do not believe these are Mr. Trump's values nor our team's values. I expect the team will take swift action at the highest levels to immediately rectify what is being done, and I also urge Miller's name to be rescinded from the Comms Director role, in light of the John-Edwards style actions. I trust he will have the good grace to remove his own name from the appointment.

Please share this information with Don McGahn. As Counsel, he should be aware, but I did not want to send this to his Jones Day address.



## Re: twitter
1 message

**A.J. Delgado** <​​​​​​​​​​​​​​​​>  Wed, Dec 28, 2016 at 8:03 AM
To: Sean Spicer <​​​​​​​​​​​​​​​​​​​​​>

Read the comments below each of the articles he is posting. Benign tweets on Jason's part? No. This is encouraging discussions of me/encouraging harassment of me and fueling discussion of the 'affair' and pregnancy.
The team has the ability to ask him not to do so and I expect it will do so. Apparently, no one has and he continues tweeting, including unhinged hatred for me as people are not aware Jason was (a) my boss and not a colleague (it was not a dynamic of equals and I was victimized) and (b) that I was told he was separated/divorcing (no, I did not knowingly enter into a relationship with a 'married man').

> On Wed, Dec 28, 2016 at 8:45 AM, A.J. Delgado <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:
> Sean,
>
> Why is Jason Miller tweeting again? You do realize that is only adding fuel to the fire of folks attacking me and tweeting about me, correct? (including such crass tweets as "who has the best p*ssy? I say AJ" which made me start crying all over again)
>
> Last I checked, he is an employee of the transition for the next few weeks - the transition team can ask him to not to tweet. WHY HASN'T THIS BEEN DONE? I WAS ASKED TO STAY OFF IT -- WHY NOT HIM? Yet again, a different standard for the male and the female here.
>
> Did he think tweeting about consumer confidence wouldn't result in dozens (hundreds?) of tweets mentioning me and the 'affair'/child?
>
> It's like piping up on Twitter to say "I'm back -- tweet to me about this some more."
>
> I have been quiet and have done my part to quiet things down, if it all possible, by keeping my Twitter account deactivated. Why isn't he doing the same? His resurfacing on Twitter only encourages the chatter. It's bad enough he didn't deactivate it but now tweeting?

CONFIDENTIAL P000005