Message

**From**: AJ Delgado [ajdelgado@donaldtrump.com]
**Sent**: 1/6/2017 3:04:40 PM
**To**: Rick Dearborn [rdearborn@donaldtrump.com]
**CC**: [redacted]
**Subject**: Re: harassment

I have heard nothing from the campaign in six days, despite Sean Spicer's assurances that I was not being penalized and that I would be "taken care of personally and professionally." Yet another contract broken. I reached out Sean Spicer yesterday and heard absolutely nothing back — no explanation, nor reason given.

It seems the campaign IS penalizing me for an 'affair' despite it being with my superior and the fact that I was lied to and impregnated by a superior.

I am reactivating my Twitter account tomorrow and will be calling for Hope Hicks's resignation (after all, am sure the Trump team does not have one standard for Hispanic women and another for rich Anglo women from Greenwich, CT, right?).

Please rest assured I am holding everyone involved in this unnecessary mess personally responsible should anything happen to my pregnancy/baby. The wrongdoing and the stress being caused is completely uncalled for, unjust, and unnecessary yet this team continues to perpetuate it.

**From:** AJ Delgado <ajdelgado@donaldtrump.com>
**Date:** Thursday, December 29, 2016 at 2:01 AM
**To:** Don McGahn <DMcGahn@jonesday.com>, Reince Priebus <[redacted]>, "sean@gop.com" <sean@gop.com>, Rick Dearborn <rdearborn@donaldtrump.com>
**Subject:** harassment

Hello,

This is what is being done to a pregnant woman, by the person/her supervisor who impregnated her, the night before her 11-week ultrasound. This is what I get to read the night before my first ultrasound. **As my dear law school classmate and old friend texted me tonight:**

**"I wanted to tell you that he called me yesterday asking about you: Did you graduate HLS? Any stuff I could tell him about? etc. Told him that you and I were friends, yes you graduated, and I wasn't getting involved and goodbye."**

This friend took a few texts to even mention this — no doubt because he understood this is frightening.

A person in your employment is going around to folks/friends I have known for years trying to find anything to discredit me when (a) he won't and (b) the plain fact is, regardless of whether I was selling meth on the street corner two months ago (hyperbole here for the sake of illustrating the point, obviously – I've never broken a law in my lifetime, nor even done a drug), what is the point? I am pregnant because of his actions and this is his child. Nothing will change that, no matter how much attacking me he does or what fictional hit-job article he tries to put out there (which, of a pregnant woman who is alone and scared, is sickening). This individual is only revealing his own character.

I do want an answer from the Trump team as to why this kind of harassment of a pregnant team member is allowed, by someone in your employment and during your employment (assuming, of course, the Trump team is not aware of this or part of this and similarly trying to discredit me).

And yes, I did attend and graduate HLS — and was a class leader of my section. Feel free to call Professor David Wilkins, one of my favorites with whom I still keep in touch. Seems Mr. Miller won't have much success other than harassing a woman **and affecting the health of his own innocent child.**

I do find Mr. Miller's insane assumption that I didn't attend or graduate HLS almost remarkable — something tells me that would not be questionned were I not Hispanic.

Mr. Miller has acted in a scary manner towards me previously. Once, when I was home for Thanksgiving and didn't answer his calls for a couple of days, during which he called and texted incessantly, he later revealed to me that during that time, he had an investigator friend of his find my home address in case, he said, "you didn't answer and I needed to show up there." (Yes, he was going to get on a 3 hour flight and show up unannounced.) It only came up because he said something about my mother's house (in which I currently live, mostly to help take care of her and of my very ill sister) and I said: "How do you know what the house looks like?"

I am genuinely fearful for my safety now and that of this baby's, as any reasonable woman in my position would be. Jason Miller is out of control and it is clear that, rather than let this situation die down, as I have done for nearly a week and intended to continue to do (focusing solely on the health of this baby), he is intent on hurting me, a woman who will be delivering his own child in six months. This is extremely concerning.

DEF-00001543