A.J. Delgado <ajdelgado6@gmail.com>

## And more....
1 message

**A.J. Delgado** <​███████████████>     Tue, Dec 20, 2016 at 3:54 PM
To: Steve Bannon <​███████████████>
Cc: Jason Miller <JMiller@jamestownassociates.com>

I just received a call from Jason that 5 to 6 reporters were emailed saying he and I are having an affair. Politico's Alex just called him.
Jason believes this is Corey / Hope's doing.
Email to reporters even said this is why staff rollout announcements (Jason's) are delayed.

Where/when does this abuse and bullying end?

CONFIDENTIAL    P000014