## Conversation with Sean Spicer

Contains 114 messages

---

Sent - December 6, 2016 at 9:10 AM - (iMessage) - Delivered

> Sean, AJ Delgado here. Heard about your father's passing. Know words dont help much but pls know Im here if you need anything (headed up to the Tower today) or just need to grab a cup of coffee. Know that God is always w us, particularly in the hardest of times, holding our hands. ☀️

**SS** Received - Sean Spicer - December 6, 2016 at 9:10 AM - (iMessage)

> Thank you.

---

12/14/16

Sent - December 14, 2016 at 7:13 PM - (iMessage) - Delivered

> Dont worry about what folks say or murmur to press. Get the Press Sec gig, grab a few RNC folks you like for the department, and dont sweat it.

**SS** Received - Sean Spicer - December 14, 2016 at 7:13 PM - (iMessage)

> Thank you

---

12/20/16

Sent - December 20, 2016 at 10:36 AM - (iMessage) - Delivered

> What is this about Kimberly Gullfoyle? A pundit who has said countless controversial things cant be press sec. that makes no sense, just as laura ingraham made no sense

Sent - December 20, 2016 at 10:38 AM - (iMessage) - Delivered

> Make sure you mention that. I suspect this is just her feeding reporters the notion but still worth reminding the decision-makers that a TV pundit as press

CONFIDENTIAL

sec is not only tacky but weird. (she also wasnt even a huge DJT supporter, btw)

Received - Sean Spicer - December 20, 2016 at 1:23 PM - (iMessage)

Good to know. Thanks for the Intel. I'm back to NYC, are you up there?

Sent - December 20, 2016 at 2:18 PM - (iMessage) - Delivered

No, Jason had said the office would be completely empty this week so I headed down to Miami on Saturday, but it seems like folks are there

Received - Sean Spicer - December 20, 2016 at 2:49 PM - (iMessage)

Actually I don't think anyone is there from what I gather

Sent - December 20, 2016 at 3:00 PM - (iMessage) - Delivered

Christmas week is always slow

---

12/23/16

Sent - December 23, 2016 at 7:42 AM - (iMessage) - Delivered

What is your private email address?

Received - Sean Spicer - December 23, 2016 at 7:45 AM - (iMessage)

██████████████

Received - Sean Spicer - December 23, 2016 at 12:44 PM - (iMessage)

Got your message. Let me know when you can talk

Sent - December 23, 2016 at 2:26 PM - (iMessage) - Delivered

CONFIDENTIAL

Thank you. Can barely stop crying. Not in any state to talk right now

Received - Sean Spicer - December 23, 2016 at 4:07 PM - (iMessage)

Very sorry Please call me.

12/24/16

Received - Sean Spicer - December 24, 2016 at 5:00 PM - (iMessage)

Please call me for an update

12/25/16

Sent - December 25, 2016 at 12:07 PM - (SMS)

You know Hope and Corey are talking to Politico and feeding lies, yes?

Sent - December 25, 2016 at 12:08 PM - (SMS)

Now politico doing a massive story. How is that ok for hope to be talking?

Received - Sean Spicer - December 25, 2016 at 12:08 PM - (SMS)

I have it contained

Sent - December 25, 2016 at 12:09 PM - (SMS)

No it isnt. Suggest you talk to Caputo who literally just informed me a huge story is coming out

Sent - December 25, 2016 at 12:09 PM - (SMS)

You all are driving me to have a miscarriage any day now. It is beyond horrible what is happening here

CONFIDENTIAL

Received - Sean Spicer - December 25, 2016 at 12:09 PM - (SMS)



I am in contact with him

Sent - December 25, 2016 at 12:16 PM - (SMS)



Received - Sean Spicer - December 25, 2016 at 12:18 PM - (SMS)



I spoke with him. If they update it will only reference the tweets you sent Because they were in the public domain.

Sent - December 25, 2016 at 2:49 PM - (SMS)

Recap: Politico received an anonymous email alleging Miller and Delgado were having an affair (that was Tues nt). THAT is what blew it open (not Delgado)

Sent - December 25, 2016 at 2:51 PM - (SMS)

Bt us: I sent one email Tues morning to Steve and Kellyanne which did not at all mention Miller - rather only that I was pregnant and asking for help. The email on Fri morning to you, Steve, and Reince was about my job concerns and contained only the bare minimum re Miller and I (and only bc it was obv germane to my concerns, and only bc Jason had told me on Friday that you were all already aware). I would NEVER have gone to the media w this. Ever. Not my style.

Sent - December 25, 2016 at 2:52 PM - (SMS)

No need for them to mention their Tues email (that's fine) but I didnt email you all announcing the affair nor "details" -- much less send you all "emails."

CONFIDENTIAL

Sent - December 25, 2016 at 2:54 PM - (SMS)

Suggested update: An earlier version of this story stated Delgado "sent emails to senior officials disclosing details of her alleged affair w/ Miller." She did not.

Sent - December 25, 2016 at 2:59 PM - (SMS)

But you know what? Not even worth the correction. I just want them to move onto something else. I cant take all this stress. I really cant. Theyre going too far.

Sent - December 25, 2016 at 3:40 PM - (SMS)

Turning my phone and email off indefinitely. Only way I can stay remotely afloat.

Received - Sean Spicer - December 25, 2016 at 3:40 PM - (SMS)

Understood. I need a way to stay in touch

Sent - December 25, 2016 at 3:41 PM - (SMS)

Sean theyre going to write what theyre going to write, regardless. So honestly no need for me to even chime in on corrections or get any update. I just hope to God what theyve done today is enough and they will let it go. Corey got what he wanted-- well done for him harming my baby and me for no reason.

Sent - December 25, 2016 at 4:11 PM - (SMS)

I give up. I calling an ambulance. I cant cope w this torture



essentially created a news story. You forced the hand of (other) reporters, setting off a chain reaction that led to us writing about this.

We gave and will continue to give you maximum time to respond as warranted. We have also tried our best to keep this confidential. Yet, again, this became a public news story due to your actions and his action, and the story now will continue.

I will continue to do my job fairly and respectfully, keep you apprised along the way and try to verify facts with you. Whether you appreciate that or not --and whether you cooperate or not -- is up to you.

But please understand I am doing my job fairly, openly and with the respect you deserve.

I will reach out later today or tomorrow as more information comes in and as we prepare to write the next chapter of this story. It is our preference to write the entire thing tomorrow to stop the drip, drip, drip of information.

Your help is appreciated.

Sent from my iPhone

---

**Received - Sean Spicer - December 25, 2016 at 7:29 PM - (SMS)**

> Please get medical attention. Ensuring proper medical care is paramount.

---

**12/29/16**

**Sent - December 29, 2016 at 1:33 AM - (iMessage) - Delivered**

> Please call me

**Received - Sean Spicer - December 29, 2016 at 6:20 AM - (iMessage)**

> Ok. Tell me when you are up

**Sent - December 29, 2016 at 7:31 AM - (iMessage) - Delivered**

> I am up but want to relax first. I will call you this morning. Leaving for appointment at 10 am. You can read my email re Jason's latest shocking act in the meantime.

**Sent - December 29, 2016 at 8:05 AM - (iMessage) - Delivered**

CONFIDENTIAL

P000276

Just tried calling

Received - Sean Spicer - December 29, 2016 at 8:44 AM - (iMessage)

SS

Ok. Reading emails. Was on a radio hit. Will call at 905

Sent - December 29, 2016 at 9:55 AM - (iMessage) - Delivered

Btw Sean, bt us, so you understand what youre dealing w here: Jason did everything he could to prevent you from getting Press Sec bc he wanted it (not Comms Dir) (obv Press Sec far more prestigious) (I still have the txts) inc insinuating to a reporter that you had a "drinking problem" (huh?); that you had disappeared for weeks when things got rough in the campaign; and even telling me he HAD to go on a trip (it was a Thur/I can figure out the exact date later) w DT on the plane on afternoon, despite his being sick, bc otherwise YOU would have facetime w DT and he couldnt allow that. And yes, it is he who ratted out the ABC guy so the ABC guy wouldnt get Comms Dir. this is NOT a good person and I am genuinely afraid of him now.

Sent - December 29, 2016 at 12:02 PM - (iMessage) - Delivered



Sent - December 29, 2016 at 12:02 PM - (iMessage) - Delivered

Obgyn Dr Garcia also gave me a formal letter certifying I am pregnant. Will scan and email to you when I get home.

CONFIDENTIAL

Sent - December 29, 2016 at 2:30 PM - (iMessage) - Delivered

Alex from Politico iust tried calling and yesterday sent a text that read "How's it going?" I did not answer his call nor did I reply to his text. Why???? Is Jason working w them on some false hit piece to finally kill me?

Sent - December 29, 2016 at 2:35 PM - (iMessage) - Delivered

If I even hear a whiff of any article planned attacking me, I will reactivate Twitter and simply post "Since adultery w married men is disqualifying, when is Hope Hicks resigning?" I hope this does not get uglier but I wont be bullied. And I will post everyone of Jason's texts, inc his text saying Kellyanne needed to cover up her "shriveled up fun bags" (breasts). That is the least harmful of them. They are not good. Or his text saying he was sure Bossie was getting kickbacks from vendors. Apparently Bossie was even more of a crook w hard working donors' money than Corey, acc to Jason.

Received - Sean Spicer - December 29, 2016 at 4:11 PM - (iMessage)



I hope the doctor went well. We will continue to bat down any stories as discussed and please let us know anything you hear otherwise. No one on this side will talk in anyway Let me know when you can talk

Sent - December 29, 2016 at 4:24 PM - (iMessage) - Delivered

If no one on your side is talking, why is Politico still reaching out to me even this afternoon? Clearly, someone is egging them on to write.

Sent - December 29, 2016 at 4:26 PM - (iMessage) - Delivered

Also I sent you the info from the doctor's visit. Pls lmk if you did NoT receive it and pls forward it to anyone who doubted my condition.

Received - Sean Spicer - December 29, 2016 at 4:47 PM - (iMessage)

It's Alex. There's a reason I don't talk to him. He's a pest

Received - Sean Spicer - December 29, 2016 at 7:52 PM - (iMessage)

CONFIDENTIAL



I have an update. Will call in the am

Sent - December 29, 2016 at 7:53 PM - (iMessage) - Delivered

An update on what exactly?

Received - Sean Spicer - December 29, 2016 at 7:53 PM - (iMessage)



On your concerns. All good. Just want you to know that we are proactively addressing the issues you brought up

Sent - December 29, 2016 at 8:00 PM - (iMessage) - Delivered

Oh Miller's harassment of a pregnant woman? It will continue bc he is out of control. No need for an update. When he is going around calling ppl asking if I graduated HLS, there is no fixing that level of malice and lunacy.

Sent - December 29, 2016 at 8:03 PM - (SMS) - Delivered





CONFIDENTIAL





---

12/30/16

---

Received - Sean Spicer - December 30, 2016 at 10:32 AM - (iMessage)

**SS** Are you open at 11?

Sent - December 30, 2016 at 10:35 AM - (iMessage) - Delivered

To discuss what topic? I prefer to keep stress down today and through wkd but let me know if important.

Received - Sean Spicer - December 30, 2016 at 10:44 AM - (iMessage)

**SS** No rush. I just want to update on how we are addressing the concerns you raised

Sent - December 30, 2016 at 11:34 AM - (iMessage) - Delivered

Ok. Pls email me the update. Also: What has been done about Hope and

CONFIDENTIAL

P000280

Corey, the two who started all this by going to Politico, despite my bringing the bullying to the attention of senior officials early on, who did nothing?

Received - Sean Spicer - December 30, 2016 at 3:06 PM - (iMessage)

I'm going to have Eric Dryban call you. He is an employment attorney that we brought on because of how serious we are talking this

Sent - December 30, 2016 at 3:12 PM - (iMessage) - Delivered

it is inappropriate for him to speak to me directly without my own counsel. He would need to speak to an attorney representing me. Are you all providing that or am I to locate and hire one?

Received - Sean Spicer - December 30, 2016 at 4:51 PM - (iMessage)

we asked counsel to help to speed things along and help with your concerns and wrap this up promptly

Received - Sean Spicer - December 30, 2016 at 4:58 PM - (iMessage)

Fwiw Eric Drieband (I spelled wrong) was the general counsel of the EEOC - so this is being taken very seriously

Sent - December 30, 2016 at 5:05 PM - (iMessage) - Delivered

Ok. Nonetheless, he is representing the interests of the "team", not mine. So I need counsel, as well.

---

1/4/17

Sent - January 4, 2017 at 10:27 PM - (SMS)

???

CONFIDENTIAL

---

1/6/17

---

Sent - January 6, 2017 at 10:08 AM - (SMS)

Sean. What is going on. Why the sudden 180/silence? Why are you all ("pro-lifers") putting a pregnant woman through this stress and anxiety?

Received - Sean Spicer - January 6, 2017 at 10:08 AM - (SMS)

I'll call after the press call

Sent - January 6, 2017 at 11:58 AM - (SMS)

Sorry I missed your call. Wasnt feeling well and laid down. When can I call you back?

Received - Sean Spicer - January 6, 2017 at 12:39 PM - (SMS)

I am dealing with the media on the Intel briefing Can I call around 3pm

Sent - January 6, 2017 at 12:40 PM - (SMS)

Yes

Received - Sean Spicer - January 6, 2017 at 3:25 PM - (SMS)

Just tried to call. Let me know when you are open

Sent - January 6, 2017 at 3:26 PM - (SMS)

The phone never rang? Calling you back now

Sent - January 6, 2017 at 3:27 PM - (SMS)

Got your voicemail

CONFIDENTIAL

---

1/20/17

---

Sent - January 20, 2017 at 11:40 AM - (SMS)

> Sean, great of you all to appont the other two surrogates, Sarah Huckabee, and Boris (who was banned by networks and hosts for abusive treatment of hosts and makeup artists) to the White House. While I still have nothing from the team that isnt discriminating against me or punishing me, sure. And you said appointments to White House req being in DC 7 days a week? Really? Helen is moving to DC full time? Doubtful. Amazing.

Received - Sean Spicer - January 20, 2017 at 1:08 PM - (SMS)



> AJ I would be glad to call later to discuss. You were very clear that staying on the campaign and creating a plan to chart a way forward was what you wanted. Staying in Miami what you said

Sent - January 20, 2017 at 1:17 PM - (SMS)

> False and demonstrably so. I asked about the WH roles in WRITING in an email to you two weeks ago, and had been waiting since. Follow-up questions, also in writing, were ignored.

Sent - January 20, 2017 at 1:19 PM - (SMS)

> Fact is, Trump has breached an oral contract. And the fact that you all effectively banned me from Inaguration, after I did more to elect Trump (for a year of my life) than anyone else there, has caused me severe anguish and emotional distress, not to mention public humiliation and career harm.

Sent - January 20, 2017 at 1:19 PM - (SMS)

> Enjoy the Inaugration.

---

1/22/17

---

Received - Sean Spicer - January 22, 2017 at 6:51 PM - (SMS)

> Are you up if I call later

CONFIDENTIAL



---
1/24/17
---

Sent - January 24, 2017 at 2:51 PM - (SMS)

Do you have an answer to the questions I asked, inc why I was effectively banned from Inauguration (too cruel to even fathom, still) and why I was banned from the Hispanic leaders gathering?

---
1/25/17
---

Sent - January 25, 2017 at 6:49 AM - (SMS)

Sean, what is a good time to speak with you today? I need my job proposals and salary settled by the end of the week. If you are not the decision maker, let me know who is. I also have a document I am preparing for said person to consider. (And no, I am not speaking to Drieband. Waste of time.)

Received - Sean Spicer - January 25, 2017 at 9:18 AM - (SMS)



Can we do 3-4 pm

Sent - January 25, 2017 at 10:40 AM - (iMessage) - Delivered

Possibly. Am still working on the document that you and the decision-makers should read over and it is taking longer than thought. Might be better to talk tomorrow. Thanks.

Received - Sean Spicer - January 25, 2017 at 11:15 AM - (iMessage)

Ok. Just let me know a good time. Traveling tomorrow. Fwiw all inauguration stuff went through the PIC. I had nothing to do with it. All comms ran thru Boris

Sent - January 25, 2017 at 11:17 AM - (iMessage) - Delivered

I never thought YOU did. What is the PIC?

CONFIDENTIAL

Received - Sean Spicer - January 25, 2017 at 11:18 AM - (iMessage)

**SS** You asked about it. presidential inaugural Committe

Sent - January 25, 2017 at 11:20 AM - (iMessage) - Delivered

So Trump's team. Same thing. Ok.

Sent - January 25, 2017 at 11:20 AM - (iMessage) - Delivered

Btw dont swallow gum (it IS bad for your stomach, no matter what the doctors say). (Saw the article)

---

1/26/17

Received - Sean Spicer - January 26, 2017 at 8:00 PM - (iMessage)

**SS** Thanks. Let me know when you can talk. Want to get things rolling

Received - Sean Spicer - January 26, 2017 at 10:03 PM - (iMessage)

**SS** Ps. Thanks. Will ask dr again :)

---

1/27/17

Sent - January 27, 2017 at 12:18 PM - (iMessage) - Delivered

Ok, I am working on the document first and should have it done today.

Sent - January 27, 2017 at 12:19 PM - (iMessage) - Delivered

Btw, pls tell me this is a joke. She has not reached out to me once, despite knowing about the pregnancy since December.

CONFIDENTIAL



---

1/29/17

---

Sent - January 29, 2017 at 8:58 PM - (iMessage) - Delivered

What is best for sending you the document? Encrypted and to your Gmail?

Received - Sean Spicer - January 29, 2017 at 9:32 PM - (iMessage)

**SS** ▮▮▮▮▮▮▮▮▮

---

1/30/17

---

Sent - January 30, 2017 at 9:35 AM - (iMessage) - Delivered

Ok I am figuring out the best way to send it encrypted. Will send today, thx

Sent - January 30, 2017 at 2:26 PM - (iMessage) - Delivered

I thought you said this wasnt anywhere close to starting up? And, srsly, 4 white guys as the leads? Who thought this was good optics???

CONFIDENTIAL



Sent - January 30, 2017 at 2:29 PM - (iMessage) - Delivered

I cannot stomach Bossie (think he's corrupt) but I do like the others a lot (Katrina and I are close, and i love Brad and Marty) so am including c4 in the Proposal section of the doc Im sending you.

Sent - January 30, 2017 at 6:28 PM - (iMessage) - Delivered

Doc finally completed and emailed to you. I password-protected/encrypted. Password is grease2!

---

1/31/17

---

Received - Sean Spicer - January 31, 2017 at 10:47 AM - (iMessage)

Ok Sorry. Swamped. I can put you in touch with those guys but I have nothing at all to do w it. Can I call later? I don't think I ever saw Grease 2

Sent - January 31, 2017 at 11:35 AM - (iMessage) - Delivered

Understood. So who is the decisionmaker here as to my role? I am the one

CONFIDENTIAL

that the team needs to make amends with and honor the oral contract and what Trump promised -- I dont need to go around asking Brad or anyone for a job. Maybe you can forward the document to Drieband and he can recommend what the best course of action is. I want this to remain civil and not escalate. Merelh putting me in touch" with some random folks at the c4 isnt what the team needs to do. That falls far short.

Sent - January 31, 2017 at 11:36 AM - (iMessage) - Delivered

You said the team was going to "take care of me personally and professionally." I relied on that and continued the pregnancy. That means you all come to me w/ a good option whether White House, c4, campaign, or a settlement-- not that I have go digging for one. Not the way this works :)

Sent - January 31, 2017 at 11:46 AM - (iMessage) - Delivered

And what is w the sudden contradiction? A couple of weeks ago, you said: "I cant offer you a job w the c4 yet bc it hasnt started up and I cant offer you a job in an entity that doesnt exist, but I can keep you on campaign payroll til it does or keep you in campaign." Now all of a sudden you have "nothing to do with" the c4?

Received - Sean Spicer - January 31, 2017 at 12:11 PM - (iMessage)

I'd be glad to discus. Nothing has changed. I have always said as you noted that we can keep the campaign deal going. I can't legally offer a job on a C4 I have no connection to.

---

2/1/17

---

Sent - February 1, 2017 at 8:00 AM - (iMessage) - Delivered

Well Sean Dollman who handles finances for the campaign hasnt emailed me anything about my staying on the campaign payroll past Jan 20th. Please let me know when you have had a chance to at least skim the document I sent you. I think you will understand much more my position and the injustice of the current situation. Hope we can talk today or tmrw.

Received - Sean Spicer - February 1, 2017 at 8:07 AM - (iMessage)

CONFIDENTIAL



I have read and asked to call you multiple times and not had a response. What TJ e works. Would later this afternoon work

Sent - February 1, 2017 at 8:08 AM - (iMessage) - Delivered

I didnt know you'd read since you said you were swamped and it is a v long document. Yes, this afternoon works. Thanks. And you really should watch Grease 2! I have been binge watching it - reduces my stress for some reason!

―――――― 2/2/17 ――――――

Sent - February 2, 2017 at 6:50 AM - (iMessage) - Delivered

Hi Sean, waited all afternoon yesterday for your call but didnt hear from you. Are you available today?

Received - Sean Spicer - February 2, 2017 at 8:12 AM - (iMessage)

I'm sorry. Got crazy. Can I call this afternoon

Sent - February 2, 2017 at 10:33 AM - (iMessage) - Delivered

Yes, after 2 pm works. Pls read over the whole doc first and talk to Drieband and/or decisionmaker/s so you have an idea of what the team is offering. It has been over a month already of limbo and I can't take anymore :(

Sent - February 2, 2017 at 5:04 PM - (iMessage) - Delivered

I wasnt banned from Inaug? Really? How do you explain this, omitting me, the campaign's Hispanic Outreach Director and sole advisor who was Hispanic??



---

2/5/17

---

Sent - February 5, 2017 at 8:50 AM - (iMessage) - Delivered

The SNL spoof of you was actually not mean spirited/pretty funny. You should own it and tweet a self deprecating comment, maybe something about her gum chewing skills being weak

Received - Sean Spicer - February 5, 2017 at 2:18 PM - (iMessage)

SS    Thanks. Agreed. Going to own it at the next briefing

---

3/1/17

---

Sent - March 1, 2017 at 10:07 AM - (iMessage) - Delivered

Wanted you to know: been over two months now since you said the team would take care of me. Still nothing.

Sent - March 1, 2017 at 10:30 AM - (iMessage) - Delivered

CONFIDENTIAL

So Im confused / were you lying and, if so, why/how?

Received - Sean Spicer - March 1, 2017 at 10:50 AM - (iMessage)

I will follow up. I assumed this had been addressed.

---

3/9/17

Received - Sean Spicer - March 9, 2017 at 6:31 AM - (iMessage)

Following up. Eric says you have docs

CONFIDENTIAL

## Conversation with Sean Spicer

Contains 114 messages

---

Sent - December 6, 2016 at 9:10 AM - (iMessage) - Delivered

> Sean, AJ Delgado here. Heard about your father's passing. Know words dont help much but pls know Im here if you need anything (headed up to the Tower today) or just need to grab a cup of coffee. Know that God is always w us, particularly in the hardest of times, holding our hands. ☀️

Received - Sean Spicer - December 6, 2016 at 9:10 AM - (iMessage)

> Thank you.

---

12/14/16

Sent - December 14, 2016 at 7:13 PM - (iMessage) - Delivered

> Dont worry about what folks say or murmur to press. Get the Press Sec gig, grab a few RNC folks you like for the department, and dont sweat it.

Received - Sean Spicer - December 14, 2016 at 7:13 PM - (iMessage)

> Thank you

---

12/20/16

Sent - December 20, 2016 at 10:36 AM - (iMessage) - Delivered

> What is this about Kimberly Gullfoyle? A pundit who has said countless controversial things cant be press sec. that makes no sense, just as laura ingraham made no sense

Sent - December 20, 2016 at 10:38 AM - (iMessage) - Delivered

> Make sure you mention that. I suspect this is just her feeding reporters the notion but still worth reminding the decision-makers that a TV pundit as press

CONFIDENTIAL

P000292

sec is not only tacky but weird. (she also wasnt even a huge DJT supporter, btw)

Received - Sean Spicer - December 20, 2016 at 1:23 PM - (iMessage)

**SS** Good to know. Thanks for the Intel. I'm back to NYC, are you up there?

Sent - December 20, 2016 at 2:18 PM - (iMessage) - Delivered

No, Jason had said the office would be completely empty this week so I headed down to Miami on Saturday, but it seems like folks are there

Received - Sean Spicer - December 20, 2016 at 2:49 PM - (iMessage)

**SS** Actually I don't think anyone is there from what I gather

Sent - December 20, 2016 at 3:00 PM - (iMessage) - Delivered

Christmas week is always slow

---

12/23/16

---

Sent - December 23, 2016 at 7:42 AM - (iMessage) - Delivered

What is your private email address?

Received - Sean Spicer - December 23, 2016 at 7:45 AM - (iMessage)

**SS** ███████████████

Received - Sean Spicer - December 23, 2016 at 12:44 PM - (iMessage)

**SS** Got your message. Let me know when you can talk

Sent - December 23, 2016 at 2:26 PM - (iMessage) - Delivered

**CONFIDENTIAL**

Thank you. Can barely stop crying. Not in any state to talk right now

Received - Sean Spicer - December 23, 2016 at 4:07 PM - (iMessage)

Very sorry Please call me.

12/24/16

Received - Sean Spicer - December 24, 2016 at 5:00 PM - (iMessage)

Please call me for an update

12/25/16

Sent - December 25, 2016 at 12:07 PM - (SMS)

You know Hope and Corey are talking to Politico and feeding lies, yes?

Sent - December 25, 2016 at 12:08 PM - (SMS)

Now politico doing a massive story. How is that ok for hope to be talking?

Received - Sean Spicer - December 25, 2016 at 12:08 PM - (SMS)

I have it contained

Sent - December 25, 2016 at 12:09 PM - (SMS)

No it isnt. Suggest you talk to Caputo who literally just informed me a huge story is coming out

Sent - December 25, 2016 at 12:09 PM - (SMS)

You all are driving me to have a miscarriage any day now. It is beyond horrible what is happening here

CONFIDENTIAL

P000294

Received - Sean Spicer - December 25, 2016 at 12:09 PM - (SMS)



I am in contact with him

Sent - December 25, 2016 at 12:16 PM - (SMS)



Received - Sean Spicer - December 25, 2016 at 12:18 PM - (SMS)



I spoke with him. If they update it will only reference the tweets you sent Because they were in the public domain.

Sent - December 25, 2016 at 2:49 PM - (SMS)

Recap: Politico received an anonymous email alleging Miller and Delgado were having an affair (that was Tues nt). THAT is what blew it open (not Delgado)

Sent - December 25, 2016 at 2:51 PM - (SMS)

Bt us: I sent one email Tues morning to Steve and Kellyanne which did not at all mention Miller - rather only that I was pregnant and asking for help. The email on Fri morning to you, Steve, and Reince was about my job concerns and contained only the bare minimum re Miller and I (and only bc it was obv germane to my concerns, and only bc Jason had told me on Friday that you were all already aware). I would NEVER have gone to the media w this. Ever. Not my style.

Sent - December 25, 2016 at 2:52 PM - (SMS)

No need for them to mention their Tues email (that's fine) but I didnt email you all announcing the affair nor "details" -- much less send you all "emails."

CONFIDENTIAL

Sent - December 25, 2016 at 2:54 PM - (SMS)

Suggested update: An earlier version of this story stated Delgado "sent emails to senior officials disclosing details of her alleged affair w/ Miller." She did not.

Sent - December 25, 2016 at 2:59 PM - (SMS)

But you know what? Not even worth the correction. I just want them to move onto something else. I cant take all this stress. I really cant. Theyre going too far.

Sent - December 25, 2016 at 3:40 PM - (SMS)

Turning my phone and email off indefinitely. Only way I can stay remotely afloat.

Received - Sean Spicer - December 25, 2016 at 3:40 PM - (SMS)

Understood. I need a way to stay in touch

Sent - December 25, 2016 at 3:41 PM - (SMS)

Sean theyre going to write what theyre going to write, regardless. So honestly no need for me to even chime in on corrections or get any update. I just hope to God what theyve done today is enough and they will let it go. Corey got what he wanted-- well done for him harming my baby and me for no reason.

Sent - December 25, 2016 at 4:11 PM - (SMS)

I give up. I calling an ambulance. I cant cope w this torture

CONFIDENTIAL



essentially created a news story. You forced the
hand of (other) reporters, setting off a chain
reaction that led to us writing about this.

We gave and will continue to give you maximum
time to respond as warranted. We have also tried
our best to keep this confidential. Yet, again, this
became a public news story due to your actions
and his action, and the story now will continue.

I will continue to do my job fairly and respectfully,
keep you apprised along the way and try to verify
facts with you. Whether you appreciate that or not
--and whether you cooperate or not -- is up to you.

But please understand I am doing my job fairly,
openly and with the respect you deserve.

I will reach out later today or tomorrow as more
information comes in and as we prepare to write
the next chapter of this story. It is our preference to
write the entire thing tomorrow to stop the drip,
drip, drip of information.

Your help is appreciated.

Sent from my iPhone

---

Received - Sean Spicer - December 25, 2016 at 7:29 PM - (SMS)

Please get medical attention. Ensuring proper medical care is paramount.

---

12/29/16

---

Sent - December 29, 2016 at 1:33 AM - (iMessage) - Delivered

Please call me

---

Received - Sean Spicer - December 29, 2016 at 6:20 AM - (iMessage)

Ok. Tell me when you are up

---

Sent - December 29, 2016 at 7:31 AM - (iMessage) - Delivered

I am up but want to relax first. I will call you this morning. Leaving for appointment at 10 am. You can read my email re Jason's latest shocking act in the meantime.

---

Sent - December 29, 2016 at 8:05 AM - (iMessage) - Delivered

CONFIDENTIAL

Just tried calling

Received - Sean Spicer - December 29, 2016 at 8:44 AM - (iMessage)

Ok. Reading emails. Was on a radio hit. Will call at 905

Sent - December 29, 2016 at 9:55 AM - (iMessage) - Delivered

Btw Sean, bt us, so you understand what youre dealing w here: Jason did everything he could to prevent you from getting Press Sec bc he wanted it (not Comms Dir) (obv Press Sec far more prestigious) (I still have the txts) inc insinuating to a reporter that you had a "drinking problem" (huh?); that you had disappeared for weeks when things got rough in the campaign; and even telling me he HAD to go on a trip (it was a Thur/I can figure out the exact date later) w DT on the plane on afternoon, despite his being sick, bc otherwise YOU would have facetime w DT and he couldnt allow that. And yes, it is he who ratted out the ABC guy so the ABC guy wouldnt get Comms Dir. this is NOT a good person and I am genuinely afraid of him now.

Sent - December 29, 2016 at 12:02 PM - (iMessage) - Delivered



Sent - December 29, 2016 at 12:02 PM - (iMessage) - Delivered

Obgyn Dr Garcia also gave me a formal letter certifying I am pregnant. Will scan and email to you when I get home.

CONFIDENTIAL

Sent - December 29, 2016 at 2:30 PM - (iMessage) - Delivered

Alex from Politico iust tried calling and yesterday sent a text that read "How's it going?" I did not answer his call nor did I reply to his text. Why???? Is Jason working w them on some false hit piece to finally kill me?

Sent - December 29, 2016 at 2:35 PM - (iMessage) - Delivered

If I even hear a whiff of any article planned attacking me, I will reactivate Twitter and simply post "Since adultery w married men is disqualifying, when is Hope Hicks resigning?" I hope this does not get uglier but I wont be bullied. And I will post everyone of Jason's texts, inc his text saying Kellyanne needed to cover up her "shriveled up fun bags" (breasts). That is the least harmful of them. They are not good. Or his text saying he was sure Bossie was getting kickbacks from vendors. Apparently Bossie was even more of a crook w hard working donors' money than Corey, acc to Jason.

Received - Sean Spicer - December 29, 2016 at 4:11 PM - (iMessage)



I hope the doctor went well. We will continue to bat down any stories as discussed and please let us know anything you hear otherwise. No one on this side will talk in anyway Let me know when you can talk

Sent - December 29, 2016 at 4:24 PM - (iMessage) - Delivered

If no one on your side is talking, why is Politico still reaching out to me even this afternoon? Clearly, someone is egging them on to write.

Sent - December 29, 2016 at 4:26 PM - (iMessage) - Delivered

Also I sent you the info from the doctor's visit. Pls lmk if you did NoT receive it and pls forward it to anyone who doubted my condition.

Received - Sean Spicer - December 29, 2016 at 4:47 PM - (iMessage)



It's Alex. There's a reason I don't talk to him. He's a pest

Received - Sean Spicer - December 29, 2016 at 7:52 PM - (iMessage)



I have an update. Will call in the am

Sent - December 29, 2016 at 7:53 PM - (iMessage) - Delivered

An update on what exactly?

Received - Sean Spicer - December 29, 2016 at 7:53 PM - (iMessage)



On your concerns. All good. Just want you to know that we are proactively addressing the issues you brought up

Sent - December 29, 2016 at 8:00 PM - (iMessage) - Delivered

Oh Miller's harassment of a pregnant woman? It will continue bc he is out of control. No need for an update. When he is going around calling ppl asking if I graduated HLS, there is no fixing that level of malice and lunacy.

Sent - December 29, 2016 at 8:03 PM - (SMS) - Delivered





**CONFIDENTIAL**





---

12/30/16

---

Received - Sean Spicer - December 30, 2016 at 10:32 AM - (iMessage)

**SS** Are you open at 11?

Sent - December 30, 2016 at 10:35 AM - (iMessage) - Delivered

To discuss what topic? I prefer to keep stress down today and through wkd but let me know if important.

Received - Sean Spicer - December 30, 2016 at 10:44 AM - (iMessage)

**SS** No rush. I just want to update on how we are addressing the concerns you raised

Sent - December 30, 2016 at 11:34 AM - (iMessage) - Delivered

Ok. Pls email me the update. Also: What has been done about Hope and

CONFIDENTIAL

Corey, the two who started all this by going to Politico, despite my bringing the bullying to the attention of senior officials early on, who did nothing?

Received - Sean Spicer - December 30, 2016 at 3:06 PM - (iMessage)

SS

I'm going to have Eric Dryban call you. He is an employment attorney that we brought on because of how serious we are talking this

Sent - December 30, 2016 at 3:12 PM - (iMessage) - Delivered

it is inappropriate for him to speak to me directly without my own counsel. He would need to speak to an attorney representing me. Are you all providing that or am I to locate and hire one?

Received - Sean Spicer - December 30, 2016 at 4:51 PM - (iMessage)

SS

we asked counsel to help to speed things along and help with your concerns and wrap this up promptly

Received - Sean Spicer - December 30, 2016 at 4:58 PM - (iMessage)

SS

Fwiw Eric Drieband (I spelled wrong) was the general counsel of the EEOC - so this is being taken very seriously

Sent - December 30, 2016 at 5:05 PM - (iMessage) - Delivered

Ok. Nonetheless, he is representing the interests of the "team", not mine. So I need counsel, as well.

---

1/4/17

Sent - January 4, 2017 at 10:27 PM - (SMS)

???

CONFIDENTIAL

---

1/6/17

Sent - January 6, 2017 at 10:08 AM - (SMS)

> Sean. What is going on. Why the sudden 180/silence? Why are you all ("pro-lifers") putting a pregnant woman through this stress and anxiety?

Received - Sean Spicer - January 6, 2017 at 10:08 AM - (SMS)

**SS** I'll call after the press call

Sent - January 6, 2017 at 11:58 AM - (SMS)

> Sorry I missed your call. Wasnt feeling well and laid down. When can I call you back?

Received - Sean Spicer - January 6, 2017 at 12:39 PM - (SMS)

**SS** I am dealing with the media on the Intel briefing Can I call around 3pm

Sent - January 6, 2017 at 12:40 PM - (SMS)

> Yes

Received - Sean Spicer - January 6, 2017 at 3:25 PM - (SMS)

**SS** Just tried to call. Let me know when you are open

Sent - January 6, 2017 at 3:26 PM - (SMS)

> The phone never rang? Calling you back now

Sent - January 6, 2017 at 3:27 PM - (SMS)

> Got your voicemail

CONFIDENTIAL

P000303

---

1/20/17

---

Sent - January 20, 2017 at 11:40 AM - (SMS)

Sean, great of you all to appont the other two surrogates, Sarah Huckabee, and Boris (who was banned by networks and hosts for abusive treatment of hosts and makeup artists) to the White House. While I still have nothing from the team that isnt discriminating against me or punishing me, sure. And you said appointments to White House req being in DC 7 days a week? Really? Helen is moving to DC full time? Doubtful. Amazing.

Received - Sean Spicer - January 20, 2017 at 1:08 PM - (SMS)

AJ I would be glad to call later to discuss. You were very clear that staying on the campaign and creating a plan to chart a way forward was what you wanted. Staying in Miami what you said

Sent - January 20, 2017 at 1:17 PM - (SMS)

False and demonstrably so. I asked about the WH roles in WRITING in an email to you two weeks ago, and had been waiting since. Follow-up questions, also in writing, were ignored.

Sent - January 20, 2017 at 1:19 PM - (SMS)

Fact is, Trump has breached an oral contract. And the fact that you all effectively banned me from Inaguration, after I did more to elect Trump (for a year of my life) than anyone else there, has caused me severe anguish and emotional distress, not to mention public humiliation and career harm.

Sent - January 20, 2017 at 1:19 PM - (SMS)

Enjoy the Inauguration.

---

1/22/17

---

Received - Sean Spicer - January 22, 2017 at 6:51 PM - (SMS)

Are you up if I call later

CONFIDENTIAL

P000304



---
1/24/17
---

Sent - January 24, 2017 at 2:51 PM - (SMS)

Do you have an answer to the questions I asked, inc why I was effectively banned from Inauguration (too cruel to even fathom, still) and why I was banned from the Hispanic leaders gathering?

---
1/25/17
---

Sent - January 25, 2017 at 6:49 AM - (SMS)

Sean, what is a good time to speak with you today? I need my job proposals and salary settled by the end of the week. If you are not the decision maker, let me know who is. I also have a document I am preparing for said person to consider. (And no, I am not speaking to Drieband. Waste of time.)



Received - Sean Spicer - January 25, 2017 at 9:18 AM - (SMS)

Can we do 3-4 pm

Sent - January 25, 2017 at 10:40 AM - (iMessage) - Delivered

Possibly. Am still working on the document that you and the decision-makers should read over and it is taking longer than thought. Might be better to talk tomorrow. Thanks.

Received - Sean Spicer - January 25, 2017 at 11:15 AM - (iMessage)

Ok. Just let me know a good time. Traveling tomorrow. Fwiw all inauguration stuff went through the PIC. I had nothing to do with it. All comms ran thru Boris

Sent - January 25, 2017 at 11:17 AM - (iMessage) - Delivered

I never thought YOU did. What is the PIC?

CONFIDENTIAL

Received - Sean Spicer - January 25, 2017 at 11:18 AM - (iMessage)

You asked about it. presidential inaugural Committe

Sent - January 25, 2017 at 11:20 AM - (iMessage) - Delivered

So Trump's team. Same thing. Ok.

Sent - January 25, 2017 at 11:20 AM - (iMessage) - Delivered

Btw dont swallow gum (it IS bad for your stomach, no matter what the doctors say). (Saw the article)

---

1/26/17

Received - Sean Spicer - January 26, 2017 at 8:00 PM - (iMessage)

Thanks. Let me know when you can talk. Want to get things rolling

Received - Sean Spicer - January 26, 2017 at 10:03 PM - (iMessage)

Ps. Thanks. Will ask dr again :)

---

1/27/17

Sent - January 27, 2017 at 12:18 PM - (iMessage) - Delivered

Ok, I am working on the document first and should have it done today.

Sent - January 27, 2017 at 12:19 PM - (iMessage) - Delivered

Btw, pls tell me this is a joke. She has not reached out to me once, despite knowing about the pregnancy since December.

CONFIDENTIAL



---
1/29/17
---

Sent - January 29, 2017 at 8:58 PM - (iMessage) - Delivered

What is best for sending you the document? Encrypted and to your Gmail?

Received - Sean Spicer - January 29, 2017 at 9:32 PM - (iMessage)



Seanspicer23@gmail.com

---
1/30/17
---

Sent - January 30, 2017 at 9:35 AM - (iMessage) - Delivered

Ok I am figuring out the best way to send it encrypted. Will send today, thx

Sent - January 30, 2017 at 2:26 PM - (iMessage) - Delivered

I thought you said this wasnt anywhere close to starting up? And, srsly, 4 white guys as the leads? Who thought this was good optics???

CONFIDENTIAL



Sent - January 30, 2017 at 2:29 PM - (iMessage) - Delivered

I cannot stomach Bossie (think he's corrupt) but I do like the others a lot (Katrina and I are close, and i love Brad and Marty) so am including c4 in the Proposal section of the doc Im sending you.

Sent - January 30, 2017 at 6:28 PM - (iMessage) - Delivered

Doc finally completed and emailed to you. I password-protected/encrypted. Password is grease2!

1/31/17

Received - Sean Spicer - January 31, 2017 at 10:47 AM - (iMessage)

Ok Sorry. Swamped. I can put you in touch with those guys but I have nothing at all to do w it. Can I call later? I don't think I ever saw Grease 2

Sent - January 31, 2017 at 11:35 AM - (iMessage) - Delivered

Understood. So who is the decisionmaker here as to my role? I am the one

CONFIDENTIAL

that the team needs to make amends with and honor the oral contract and what Trump promised -- I dont need to go around asking Brad or anyone for a job. Maybe you can forward the document to Drieband and he can recommend what the best course of action is. I want this to remain civil and not escalate. Merelh putting me in touch" with some random folks at the c4 isnt what the team needs to do. That falls far short.

Sent - January 31, 2017 at 11:36 AM - (iMessage) - Delivered

You said the team was going to "take care of me personally and professionally." I relied on that and continued the pregnancy. That means you all come to me w/ a good option whether White House, c4, campaign, or a settlement-- not that I have go digging for one. Not the way this works :)

Sent - January 31, 2017 at 11:46 AM - (iMessage) - Delivered

And what is w the sudden contradiction? A couple of weeks ago, you said: "I cant offer you a job w the c4 yet bc it hasnt started up and I cant offer you a job in an entity that doesnt exist, but I can keep you on campaign payroll til it does or keep you in campaign." Now all of a sudden you have "nothing to do with" the c4?

Received - Sean Spicer - January 31, 2017 at 12:11 PM - (iMessage)

I'd be glad to discus. Nothing has changed. I have always said as you noted that we can keep the campaign deal going. I can't legally offer a job on a C4 I have no connection to.

—————————— 2/1/17 ——————————

Sent - February 1, 2017 at 8:00 AM - (iMessage) - Delivered

Well Sean Dollman who handles finances for the campaign hasnt emailed me anything about my staying on the campaign payroll past Jan 20th. Please let me know when you have had a chance to at least skim the document I sent you. I think you will understand much more my position and the injustice of the current situation. Hope we can talk today or tmrw.

Received - Sean Spicer - February 1, 2017 at 8:07 AM - (iMessage)

CONFIDENTIAL



I have read and asked to call you multiple times and not had a response. What TJ e works. Would later this afternoon work

Sent - February 1, 2017 at 8:08 AM - (iMessage) - Delivered

I didnt know you'd read since you said you were swamped and it is a v long document. Yes, this afternoon works. Thanks. And you really should watch Grease 2! I have been binge watching it - reduces my stress for some reason!

2/2/17

Sent - February 2, 2017 at 6:50 AM - (iMessage) - Delivered

Hi Sean, waited all afternoon yesterday for your call but didnt hear from you. Are you available today?

Received - Sean Spicer - February 2, 2017 at 8:12 AM - (iMessage)

I'm sorry. Got crazy. Can I call this afternoon

Sent - February 2, 2017 at 10:33 AM - (iMessage) - Delivered

Yes, after 2 pm works. Pls read over the whole doc first and talk to Drieband and/or decisionmaker/s so you have an idea of what the team is offering. It has been over a month already of limbo and I can't take anymore :(

Sent - February 2, 2017 at 5:04 PM - (iMessage) - Delivered

I wasnt banned from Inaug? Really? How do you explain this, omitting me, the campaign's Hispanic Outreach Director and sole advisor who was Hispanic??

CONFIDENTIAL



---

2/5/17

---

Sent - February 5, 2017 at 8:50 AM - (iMessage) - Delivered

The SNL spoof of you was actually not mean spirited/pretty funny. You should own it and tweet a self deprecating comment, maybe something about her gum chewing skills being weak

Received - Sean Spicer - February 5, 2017 at 2:18 PM - (iMessage)

SS

Thanks. Agreed. Going to own it at the next briefing

---

3/1/17

---

Sent - March 1, 2017 at 10:07 AM - (iMessage) - Delivered

Wanted you to know: been over two months now since you said the team would take care of me. Still nothing.

Sent - March 1, 2017 at 10:30 AM - (iMessage) - Delivered

CONFIDENTIAL

So Im confused / were you lying and, if so, why/how?

Received - Sean Spicer - March 1, 2017 at 10:50 AM - (iMessage)

I will follow up. I assumed this had been addressed.

3/9/17

Received - Sean Spicer - March 9, 2017 at 6:31 AM - (iMessage)

Following up. Eric says you have docs

**CONFIDENTIAL**

P000312