| | |
|---|---|
| From: | Anna Palmer and Jake Sherman [politicoplaybook@politico.com] |
| Sent: | Monday, December 26, 2016 7:45 AM |
| To: | eric.m.ueland@ptt.gov |
| Subject: | POLITICO Playbook, presented by the Stop The HIT Coalition: TRUMP then and now – Behind JASON MILLER's exit from TRUMPWORLD – OBAMA on AXE FILES podcast – TRUMP's cabinet sherpas – STEPHEN MILLER to write inaugural address – B'DAY: Katie Fallon |

View online version
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee34aa411ac990cc663b64b798d01ee6f5935c5a1ecfafdd01 Add politicoplaybook@politico.com to your address book.

Today's PLAYBOOK presented by the Stop The HIT Coalition

12/26/2016 07:35 AM EDT

By JAKE SHERMAN (sherman@politico.com; @JakeSherman) and ANNA PALMER (anna@politico.com; @apalmerdc) with DANIEL LIPPMAN (daniel@politico.com; @dlippman)
        Driving the Day


Listen to Playbook in 90 Seconds
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee34113b32a5088385f5032f25a5c83cabb33e2a72229f63f4 ... Subscribe on iTunes
http://go.politicoemail.com/?qs=f1f1d78eae65a7eeddf44b8ab355b60c53aae496c490fa1692499cdfffc5df24 ... Visit the online home of Playbook
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee944f78de825c24bcd965c1ca9a4f1c36f7f34bd4867e1fdf

Good Monday morning. Welcome to the slowest week in Washington. Enjoy it while it lasts. January is going to be a whirlwind. Congress returns Jan. 3, and professional Washington is preparing to swear in Donald Trump as the next president.

AP has two good pieces this morning. LISA LERER has a handy list this morning of Trump doing exactly what he criticized Hillary Clinton for. Lerer - a POLITICO alum - breaks it down with "then" and "now" labels. Categories include Goldman Sachs, big donors, news conferences, family ties and Clinton investigation.
http://go.politicoemail.com/?qs=f1f1d78eae65a7eee6e67b04049b1a185eeb444e5f71d2b28edea6bee8f9b019 (The Columbus Dispatch ran the story on its front page today, and the byline says Lisa works for the Dispatch!
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee551680f35db4f0fd13fa3ce986ab40e00588f37b01f56d4b

STEPHEN OHLEMACHER takes stock of what it will take to pass a tax reform package.
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee36e56e206963324b6f3da1819f54a25b52846a4a74875b1d

OBAMA on AXE FILES podcast - "Obama's exit interview: Hope and change can still win elections," by CNN's Kevin Liptak: "Arguing that Americans still subscribe to his vision of progressive change, President Barack Obama asserted in an interview recently he could have

1

succeeded in this year's election if he was eligible to run. 'I am confident in this vision because I'm confident that if I had run again and articulated it, I think I could've mobilized a majority of the American people to rally behind it,' Obama [told David Axelrod]. ... Obama cited an unlikely model for future Democratic success: Senate Majority Leader Mitch McConnell, who he said had executed an effective -- if
 obstructionist -- strategy. 'Mitch McConnell's insight, just from a pure tactical perspective, was pretty smart and well executed, the degree of discipline that he was able to impose on his caucus was impressive.'"
http://go.politicoemail.com/?qs=f1f1d78eae65a7eed110f9548ee488616c3f4ecf67fe3cc49de50632083e7885 ... Full transcript
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee19c623e8d30c98cd2624a335711740b68b111a2f5535bc14

NEWS YOU CAN USE -- "Trump readies war room to defend Cabinet picks," by Andrew Restuccia and Nancy Cook: "The transition team has recruited dozens of Republican public relations veterans and policy experts to help sell the public and the Senate on Trump's selections, according to sources close to the transition. Their task will be to convince Americans that the billionaires, generals, donors and CEOs chosen by the president-elect have the expertise to manage the federal government - even if they have no Washington experience. ... To handle potential problems, Matt Well, a partner at The Herald Group ... is standing up the war room, tasked with defending the nominees, conducting research
 and coordinating with the top decision-makers in New York ... Every nominee has his or her own team of sherpas, or guides, to teach them about the inner workings of their agency, help prep them for confirmation hearings and guide them through the process of filing a mountain of paperwork ...

"The transition has also put together a D.C.-based communications team, which includes Danielle Hagen of the PR firm Nahigian Strategies. The confirmation process is being overseen by Christine Ciccone, a lawyer who helped President George W. Bush get his Cabinet confirmed, and Eric Ueland, a veteran Republican Capitol Hill aide and top staffer on the Senate Budget Committee under Sen. Jeff Sessions. Meanwhile, each nominee has been assigned a 'media sherpa,' who has been tasked with managing negative stories about nominees, helping to sort out the logistics of meetings with senators and their staffs, and providing background information to reporters."
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee8405286d7b55bdfb129c99583163f004b173ae0391e1efc2 ... The list of sherpas (with lots of Playbookers)
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee41d419cb87dd3ab82e8486fd32bc7988197a496275906e6f

QUESTION OF THE WEEK -- What is your New Year's resolution? Send us a note to jake@politico.com, anna@politico.com and daniel@politico.com and we'll publish some of the best ones. One of Jake's is to better respond to emails as soon as he gets them!

THE N.Y. DAILY NEWS and N.Y. POST are on the same page this morning. The Post's lead headline online: "2016 was not a good year for famous people." The Daily News went with: "2016 -- PLEASE JUST END! A look at all the beloved stars and famous figures we lost this year."

TRUMP TOWER DRAMA -- "Trump pick [Jason Miller] backs out of White House job after affair allegations," by Marc Caputo, Josh Dawsey and Alex Isenstadt with Tara Palmeri: "Trump's newly tapped White House communications director, Jason Miller, backed out of the job following claims that he had an affair with another transition official, according to three sources close to the Trump transition. Two days after his appointment as communications director was announced, Miller told POLITICO on Christmas Eve that he was stepping down because the White House job would be too demanding at a time when he needed to devote attention to his family. He and his wife are expecting their second child next
 month. ... But around the same time, campaign surrogate and transition aide A.J. Delgado began directing comments at Miller on Twitter. On Thursday, Delgado congratulated 'the baby-

daddy' on his promotion, and cryptically wrote: 'The 2016 version of John Edwards' ... [who] had an affair with Rielle Hunter, a campaign worker who became pregnant.

"By Saturday, Delgado used Twitter to call for Miller to resign and then deactivated her account once he had announced he wouldn't join Trump's White House. ... The matter has caused turmoil within the Trump operation over the past week. After POLITICO reporters received an anonymous email about the alleged affair, Delgado disclosed details of the relationship to senior officials in emails Thursday ... The nature of their relationship had been known to people involved in the Trump campaign and transition for 'a number of months,' one source said. In October, the New York Post's Page Six reported that Delgado and Miller, along with members of the media, had been spotted at a Las Vegas strip
 club the night before the campaign's final debate."
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee23226f2b4ea68968797be70357ebc327321661e673c4d435 ... Screenshots of Delgado's deleted tweets
http://go.politicoemail.com/?qs=f1f1d78eae65a7eec97de38f08b476c1aa9362301b051d8555c4093846ca8d62 ...
http://go.politicoemail.com/?qs=f1f1d78eae65a7eefa044cb31777e732cff1dcd4bf2610bd1ab33a4f580b0942

****** A message from the Stop The HIT Coalition: Starting as early as February 1, 2017 the HIT will raise health insurance premiums even higher. That's right. Unless Congress takes action now, the health insurance tax will soon return-further driving up premiums. There's no time to lose. Congress must Stop the HIT. Once and for all. ******

INAUGURATION WATCH -- "Trump taps aide Stephen Miller to write inaugural address," by Shane Goldmacher: "Donald Trump and his top advisers have begun mapping out the themes for his inaugural address next month, as the president-elect has tapped Stephen Miller, his incoming senior White House adviser for policy, to write the historic speech. Early discussions of the address have focused on laying out some of the structural problems facing the country, and then framing Trump's first-term agenda in more nationalistic than ideological terms. Among the half-dozen areas that Trump is considering issuing a collective call to arms to address are the nation's education system, infrastructure, border
 security, the state of the military and the economy, in particular, the outsourcing of jobs.

"The choice of Miller, the 31-year-old who wrote most of Trump's major prepared speeches in 2016, including his Republican national convention address that was criticized as overly dark, is of no surprise to Trump insiders. Miller played an unusually multi-faceted role on the campaign: a behind-the-scenes policy adviser, Trump's chief speechwriter and a speech-giver himself, becoming a skinny-tie-wearing fixture over the summer at Trump rallies as a warm-up act."
http://go.politicoemail.com/?qs=f1f1d78eae65a7eebe00b846432380953efae6f7555b0365002daa40404fe04b

-- Not long ago, Stephen Miller was an aide to Sen. Jeff Sessions (R-Ala.), engaged in the day-to-day battles on Capitol Hill. Now, he has the ear of the next president. To Hill folk: it can happen to you!

THE PHILADELPHIA INQUIRER, the largest newspaper in the Keystone State -- which Trump won -- has this headline splashed across the top: "Waiting for Trump Era: Some worry, some wonder what the unpredictable president-elect will do."
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee2631108b4ca7cb24c538d2d59891676447a5d041e899f0a9

PRESIDENT TRUMP -- "Trump to inherit more than 100 court vacancies, plans to reshape judiciary," by WaPo's Phil Rucker and Robert Barnes: "Donald Trump is set to inherit an uncommon number of vacancies in the federal courts in addition to the open Supreme Court seat, giving the president-elect a monumental opportunity to reshape the judiciary after

TFA0085471
TFA_DG_00007399

taking office. The estimated 103 judicial vacancies that President Obama is expected to hand over to Trump in the Jan. 20 transition of power is nearly double the 54 openings Obama found eight years ago following George W. Bush's presidency. ... State gun control laws, abortion restrictions, voter laws, anti-discrimination measures and immigrant
 issues are all matters that are increasingly heard by federal judges and will be influenced by the new composition of the courts. Trump has vowed to choose ideologues in the mold of the late Supreme Court justice Antonin Scalia, a conservative icon -- a prospect that has activists on the right giddy."
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee9645af416726512ce462c8c91571675996ef16a34cee323c

DEPT OF YA CAN'T MAKE IT UP -- "RNC clarifies: 'New King' not a reference to Trump," by POLITICO staff: "After creating a stir on social media with its Christmas message, [RNC] spokesman Sean Spicer said Sunday that its reference to 'a new King' was not a reference to President-elect Donald Trump. 'Christ is the King,' said Spicer, who will be Trump's press secretary. 'He was born today so we could be saved. Its (sic) sad & disappointing you are politicizing such a holy day.' Spicer's tweet followed a day of angry back and forth on Facebook, Twitter and other social media platforms over whether the RNC's holiday message was suggesting the president-elect was a figure comparable to Jesus
 Christ."
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee6113020ab5f2bef29919d1d8d775b9059f49efcfa72f75bd ... The RNC's Christmas message
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee92bc78f9cf4bfc1980660fd92f2c3db072d0937f653bdac5

PAGING MAYOR RAHM -- "7 killed in Christmas Day shootings," by Chicago Tribune's Katherine Rosenberg-Douglas, Nereida Moreno, Elvia Malagon and Megan Crepeau.
http://go.politicoemail.com/?qs=f1f1d78eae65a7eedc1abb7ffc58bd64b5b2cdcbdb2b2710e4057134fbcccbbb

--"At Least 27 Shot, 7 Fatally, in Chicago Over Christmas Weekend," by NYT's Katie Rogers:
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee6202be2baa3d1dea469188f5148cfd3a6773fcf8f5b87319

REMEMBERING GEORGE MICHAEL -- NYT's Jon Pareles: "George Michael, the creamy-voiced English songwriter who sold tens of millions of albums in the duo Wham! and on his own, died on Sunday at his home in Goring in Oxfordshire, England. He was 53. ... Mr. Michael, who was born Georgios Kyriacos Panayiotou, was one of pop's reigning stars in the 1980s and 1990s - first as a handsome, smiling, teenypop idol making lighthearted singles like 'Wake Me Up Before You Go-Go' with Wham!, then arriving as a grown-up pop sex symbol with his 1987 album 'Faith.' But Mr. Michael grew increasingly uncomfortable with the superficiality and relentless promotion of 1980s-style pop stardom. He turned away from
 video clips and live shows; he set out to make more mature statements in his songs, though he never completely abandoned singing about love and desire."
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee89039732c49c1c866a5bf8789bdd022e6774fa2e658c00ea

FLASHBACK - Rolling Stone cover story in January 28, 1988, "George Michael, Seriously: Wham! was a joke, but the singer has made a brilliant solo debut - and no one is laughing," by Steve Pond: "He is, it seems, too perfect, too prefab, too blatantly pop to take seriously. He made his name, and his fortune, writing insanely catchy songs; he was an English pretty boy with the commercial instincts to come up with radio-ready material, the good looks to attract squealing teenage girls, the marketing savvy to hit that target audience. He danced through his first videos in carefully tailored black leather; then in gleaming white suits, bottle-blond hair and glittering gold earrings that

TFA0085472
TFA_DG_00007400

perfectly set off that Saint-Tropez tan; and finally in immaculately groomed stubble." http://go.politicoemail.com/?qs=f1f1d78eae65a7eebc935d82907c43003029244b0293511fbf4c59e569c37b0d

-- "Watch George Michael Perform Live: 5 Memorable Videos," by Caryn Ganz in the NYT: http://go.politicoemail.com/?qs=f1f1d78eae65a7ee01b36e37a75c0902a54260d2c3f287240f4c7db7e5f1eed0

--@SimonNRicketts: "George Michael rehearsing for 'Somebody to Love'. Bowie in the background. Watch a man blow a rehearsal room away." 5-min. video http://go.politicoemail.com/?qs=f1f1d78eae65a7eeae9b9a6ddf606f383c1ee213d157f3f3475db68900d3f42a

Playbook Reads

PHOTO DU JOUR: President Barack Obama, joined by first lady Michelle Obama, speaks during an event to thank service members and their families at Marine Corps Base Hawaii in Kaneohe Bay, Hawaii, on Dec. 25. | Carolyn Kaster/AP Photo

FUN READ OF THE DAY -- "Could an exotic spice from Iran help Vt. farmers?," by the Boston Globe's Brian MacQuarrie in St. Albans, Vermont: "The greenhouse in the snow by Lake Champlain has holes in its plastic wrapping, and nothing about the soil-filled milk crates on the tarp-covered ground suggests it is part of a grand experiment. But after two years of research, scientists at the University of Vermont believe that an exotic crop -- once unthinkable here, and perhaps laughable, too -- might boost this bucolic state's agricultural economy. The crop is saffron, the world's most expensive spice, 90 percent of which comes from half a world away in the semi-arid fields of Iran. It's an ancient crop, used for thousands of years in food and dyes and linked in lore to mysterious -- almost magical -- medicinal powers. Now, it's found a tiny toehold in Vermont, which, it turns out, has a climate much like northeastern Iran's." http://go.politicoemail.com/?qs=f1f1d78eae65a7eebf582df2685bb84cbde0c5100a89869e2b185e7cf8f76913

BEYOND THE BELTWAY -- "In recent special session, legislators considered but rejected a special perk for McCrory," by the Charlotte Observer's Dan Kane and Craig Jarvis on 1A: "Two weeks ago, as Republican lawmakers raced through legislation that limited incoming Gov. Roy Cooper's power, they drafted a potential perk for outgoing Gov. Pat McCrory. Draft legislation viewed by The News & Observer shows that if it had been enacted, McCrory would have stayed on the State Health Plan after he left office, receiving free health care coverage for life. The health care provision would have made any outgoing Council of State member eligible for free health insurance after serving at least half a term in office. The provision did not end up in a publicly filed bill. But the provision was discussed in closed-door Republican caucus meetings last week before it was dropped from one of the bills that swept through the legislature and reduced Cooper's authority over appointments.

"'There was a great deal of empathy for McCrory: He gave it all he could,' said Rep. Leo Daughtry of Smithfield, a Republican. 'People ought to help him as much as we could.' Daughtry and other legislators said the proposal didn't advance far. House Speaker Tim Moore said there were too many other issues under consideration to spend much time working on the provision that would have helped McCrory, a one-term Republican."

TFA0085473
TFA_DG_00007401

http://go.politicoemail.com/?qs=f1f1d78eae65a7ee1b766808048e47579c628f67da60bd70e1cfd57b42402d58

WHAT RON DERMER IS READING -- NYT A4, "Israelis Wonder How Long Netanyahu Can Back Settlements and Two-State Solution," by Isabel Kershner in Jerusalem: "For years, Prime Minister Benjamin Netanyahu of Israel, a conservative, has played a double act, competing domestically with his right-wing rivals in backing the settlement project all over the occupied West Bank while professing support for a two-state solution with the Palestinians. ... [But] Mr. Netanyahu's game may soon be up. The Israeli right, feeling empowered by the advent of the Trump administration, which is expected to be more sympathetic to Israel's current policies, is pushing Mr. Netanyahu to abandon the idea of a Palestinian state alongside Israel, long considered the only viable solution to the conflict."
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee24eaafadc10011d4800ae702706c1137e7981be25fb1c263

****** A message from the Stop The HIT Coalition: Starting as early as February 1, 2017 small businesses, seniors and hardworking families will start feeling the HIT once again. That's right. Unless Congress takes action now, the health insurance tax will return-further driving up premiums for small businesses, seniors and hard-working families. There's no time to lose. Congress must Stop the HIT. Once and for all. ******

DEEP DIVES - PETER HESSLER in The New Yorker, "The Shadow General: President Sisi has unwittingly revealed more about the way Egypt now works than anyone could have imagined": "A string of secretly recorded videos and audiotapes, known as SisiLeaks, have featured the President talking openly about sensitive subjects that range from manipulating the media to extracting cash from the Gulf states. Human-rights violations have become much worse than they were under Mubarak, and the economy is dangerously weak. ... Everything that it took for a man like Sisi to rise in revolutionary Egypt-secrecy, silence, and commitment to the system-has also made it impossible for him to enact real change."
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee8c32ddf1ed04d69dc158bb2c474d722eda28a062e0bc2ed2

-- DEXTER FILKINS in The New Yorker, "Before the Flood: A failing dam threatens millions of Iraqis": "[I]n the spring, snowmelt flows into the Tigris, putting immense pressure on the retaining wall [of the Mosul Dam]. If the dam ruptured, it would likely cause a catastrophe of Biblical proportions, loosing a wave as high as a hundred feet that would roll down the Tigris, swallowing everything in its path for more than a hundred miles. Large parts of Mosul would be submerged in less than three hours. Along the riverbanks, towns and cities containing the heart of Iraq's population would be flooded; in four days, a wave as high as sixteen feet would crash into Baghdad, a city of six million people."
http://go.politicoemail.com/?qs=f1f1d78eae65a7eee614bdbd9b301f2705c987cbb415f577f0710c2d818e9401

TRUMP INC. -- "Mar-a-Lago remains a top destination for charities despite concerns about Trump," by Lori Rozsa in WaPo in Palm Beach, Florida: "The question of whether to use Trump's estate during the charity season has rattled Palm Beach society. But the consensus seems to be that, whatever they may think of Trump, Mar-a-Lago is a great place to party and raise money. It's booked solid from December through March, with big and small events every weekend for organizations ranging from the Palm Beach Police Foundation to the American Cancer Society."
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee22834b090a6fe0d19bd54ba2d25a48565f6038a3e997e9d6

CABINET WATCH -- "Trump's Trade Adviser [Peter Navarro] Is a Terrible Filmmaker: Let's hope he's better at running the global economy," by GQ film critic Scott Mesl in Politico Magazine: "Navarro's approach [in his film 'Death by China'] is overly simplistic, backward-

6

looking, and ultimately dangerous to the U.S. economy, since it so clearly risks retaliation from China. It's one thing to advocate a sharply defined, nuance-free position when you're just a college professor trying to get your argument across. But Navarro's going to be in the White House now, and he may find that dealing with the reality of China is a bit more complex. The United States and China trade some $700 billion in
 goods and services between them each year--much of it stuff Americans couldn't afford to buy otherwise."
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee53c79bb80641dc7b1c1c168acb7656522242dc9055ad8dff ... Trailer
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee1003d875c2c5d3de16703d524eb74c8fbb8a29e056b71bb7

CLICKER -- "The White House Wins the War on Christmas: Photos of America's first families celebrating the yuletide," by Taylor Gee - 13 pix
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee5f7a17f334e7390eeda0a6481f359092551e46e32e63d09e

MEDIAWATCH -- Vanity Fair: "THE MOST IMPORTANT MEDIA STORIES OF 2016, ACCORDING TO THE MEDIA: Tom Friedman, Shane Smith, Jill Lawrence, and Frank Rich all weigh in on the biggest media news of the year"
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee05cb46611e0c0251248348eb8903e4b00518521cff4e6ccd
        Playbookers


SPOTTED: Sen. Chuck Schumer in Paris yesterday walking near the Place de la Concorde on Rue Royale ... Defeated Sen. Kelly Ayotte (R-N.H.) at Christmas Eve mass at Saint Christopher's Church in Nashua, New Hampshire with her family.

BIRTHDAY OF THE DAY: Katie Fallon, Hilton's global head of corporate affairs and former Obama WH director of legislative affairs, celebrating with family by going out to dinner at their favorite restaurant in Portland, Maine "(and staying downtown at the Hampton by Hilton of course!)" - read her Playbook Plus Q&A:
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee035480662d637b1ea1905277d0983119f761fb2ef55ab11b

BIRTHDAYS: Candy Crowley, the pride of Kalamazoo, Michigan and St. Louis ... Jared Bernstein ... former U.S. Ambassador to Chile Mike Hammer, an NSC alum who is now deputy commandant at NDU's Eisenhower School (hat tip: Ben Chang) ... Noelle Clemente, VP at S-3 Public Affairs and a Tom Price alum (h/t Amos Snead) ... Eloy Martinez, senior director of gov't relations at the American Gaming Association ... Politico's Andrew Weber ... Noa Meyer ... former Sen. Evan Bayh (D-Ind.) is 61 ... David Sedaris is 6-0 ... Kristin Davison, alum of of the Rubio campaign and Karl Rove ... Mary Blanche Hankey, Sen. Jeff Sessions' legal counsel and the pride of Florence, Ala. ... Scott Shepard, senior comms
 advisor/speechwriter for DHS/TSA and a Joe Manchin alum ... former California Gov. Gray Davis is 74 ... Ed Greelegs ... Alison Powell Moore ... Jeff Quinton ... Matt Neufeld is 55 ... Jonathan Rath Hoffman, principal at Summit Strategies in Charleston and a Bush 43 WH alum ... Bush WH alum Jeremy Broggi, now at Wiley Rein ... National Association of Realtors' Cole Henry is 3-0 (h/ts Jon and Katie) ... Charlie Summers is 57 ... Politico Europe's Cl&eacute;mence Vatier ... Rob Pyron, LC for Sen. John Hoeven ...

... State's Georgiana Cavendish (h/t fianc&eacute; Jason Meininger) ... Deloitte senior specialist Joe Mosby, a National Journal alum (h/t Colby Bermel) ... Politico alum Jane Song ... Joe Maloney, partner at Locust Street Group, is 37 (h/t Ben Jenkins) ... Ellen Field, former comms at HHS and the Peace Corps during Bush 43 and ONDCP for Bush 41 ... Natasha Walsh ... Will Heyniger is 54 ... Uncle Dave Nieuwstraten ... Jennifer Duck, COS for Sen. Feinstein ... Sarada Peri ... Matthew Verghese ... Scott Lear of Orlando ... Dominic Gabello,

TFA0085475
TFA_DG_00007403

COS to Rep. Michelle Lujan Grisham (D-NM) ... Joe Deoudes, director of political and advocacy sales at SpotX ... Jill Cooper Udall ... Holly Shannon ... Jon Henke ... Bishop Garrison, alum of Hillary for America, OFA Virginia and a West Point grad ... Dillan Siegler, executive director of campaign management at UChicago ... Ian Duncan of the Baltimore Sun ... Ron Parker (h/t Teresa Vilmain) ... Ashley Dominguez of Rep. Ted Lieu's office ... Kate Hunter of Sen. Tim Scott's office ... Courtney Carrow, LD for Rep. Stefanik (h/ts Legistorm) ... Caroll Spinney (Big Bird on TV's "Sesame Street") is 83 ... record producer Phil Spector is 77 ... "America's Most Wanted" host John Walsh is 71 ... Funk musician George Porter Jr. (The Meters) is 69 ... Lars Ulrich (Metallica) is 53 ... Jared Leto is 45 (h/ts AP)

****** A message from the Stop The HIT Coalition: Starting as early as February 1, 2017 small businesses, seniors and hardworking families will start feeling the HIT once again. That's right. Unless Congress takes action now, the health insurance tax will return-further driving up premiums for small businesses, seniors and hard-working families. There's no time to lose. Congress must Stop the HIT. Once and for all. ******

SUBSCRIBE to the Playbook family: POLITICO Playbook
http://go.politicoemail.com/?qs=f1f1d78eae65a7eed536a99b95f09a97fa1953a9a18a280aaf0fa4e964c74054 ... New York Playbook
http://go.politicoemail.com/?qs=f1f1d78eae65a7eec0f99147301815e478d0366c969c31e1c68160c531638925 ... Florida Playbook
http://go.politicoemail.com/?qs=f1f1d78eae65a7eee4c6304c923d02754cd87c167eeafeebb05bc34bebf0823a ... New Jersey Playbook
http://go.politicoemail.com/?qs=f1f1d78eae65a7eeb56106f51a23c97435d4701545bb63a3f9bf3fbcda6c934e ... Massachusetts Playbook
http://go.politicoemail.com/?qs=f1f1d78eae65a7ee43ef0b03f4f6832952924b90bb794d2f131383abe915393d ... Illinois Playbook
http://go.politicoemail.com/?qs=f1f1d78eae65a7eefde9c563ff809ffddc0012707e3f1d14f9a633ce68a4580d ... California Playbook
http://go.politicoemail.com/?qs=f1f1d78eae65a7eed0bdbd78d5e82c8e59db5a5e15ae683a7195c0072e840788 ... Brussels Playbook

http://go.politicoemail.com/?qs=f1f1d78eae65a7eef4cea68c0aab4a55c44667534de81974ae4583aef6778ae8 ... All our political and policy tipsheets
http://go.politicoemail.com/?qs=f1f1d78eae65a7eed536a99b95f09a97fa1953a9a18a280aaf0fa4e964c74054

View online
http://go.politicoemail.com/?qs=f1f1d78eae65a7eed35bb29cb889519d89ec54961f41b034120cee4a1b46bace

 To change your alert settings, please go to
http://go.politicoemail.com/?qs=f1f1d78eae65a7eef37967451ea98811b546ab31731b3e1ff5ec5aa34cf3f514 or
http://click.politicoemail.com/profile_center.aspx?qs=19b6b7b1ecca0227c564efbc98e5d2cded89829c5c0157f915b44a8597c92c0d18da95773cd32376f47d03d1da8c81913f83f9e2ace8b557
This email was sent to eric.m.ueland@ptt.gov by: POLITICO, LLC 1000 Wilson Blvd. Arlington, VA, 22209, USA

To unsubscribe,http://www.politico.com/_unsubscribe?e=00000159-3b21-d27f-a5db-7b2720850000&u=00000158-9c74-d1c0-a75b-fc7c05bf0000&s=b2d2f1aca509d771a0cffc99c0b6a0879fd03e1e38b4027ed3f35bad8deae862e7463254b006383ae5d0a2bfc92bb4e05e40c83ef661b819630e7e814a7479d8

TFA0085476
TFA_DG_00007404