Fwd: Fw: Confidential

A.J. Delgado < ██████████████ >

Sat 11/12/2022 7:37 AM

To: Daniel Kirschbaum <dsk@dereksmithlaw.com>

██████████████████████████

---------- Forwarded message ---------
From: **Andrew G. Celli** <acelli@ecbalaw.com>
Date: Fri, May 19, 2017 at 7:03 PM
Subject: Fw: Confidential
To: Jonathan S. Abady <jabady@ecbalaw.com>, Elizab███████████████cbalaw.com>, Alanna Kaufman <akaufman@ecbalaw.com>, A. J. Delgado < ██████████████ >


████████████████████████

Andrew G. Celli, Jr.
Emery Celli Brinckerhoff + Abady LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10019
212.763.5000
  Original Message
From: Marc E. Kasowitz <MKasowitz@kasowitz.com>
Sent: Friday, May 19, 2017 6:45 PM
To: Andrew G. Celli
Cc: Betty Weinberg Ellerin
Subject: Re: Confidential


Andy, I will reach you today.  My clients have been occupied.  I am waiting for a call that will result in the resolution proposed by Judge Ellerin.

Sent from my iPhone


Marc E. Kasowitz
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 506-1710
Fax. (212) 835-5010
mkasowitz@kasowitz.com


This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated

CONFIDENTIAL                                                                                                          P000148

addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

On May 19, 2017, at 6:18 PM, Andrew G. Celli <acelli@ecbalaw.com<mailto:acelli@ecbalaw.com>> wrote:

Marc --

I have not heard from you today, notwithstanding your pledge to Judge Ellerin and your statement to me at 11:45 am that you were "close to wrapping this up," that you had "just one more call to make," and that you would revert to me today by close of business. The inference I draw is that your clients are unwilling to settle this matter. If that is the case, the courtesy of a call, as promised, would have been in order, but I suppose we will simply have to proceed without one.

-Andy

Andrew G. Celli, Jr.
Emery Celli Brinckerhoff + Abady LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10019
212.763.5000

CONFIDENTIAL

Fwd: FW: Confidential

A.J. Delgado <████████████>

Sat 11/12/2022 7:38 AM

To: Daniel Kirschbaum <dsk@dereksmithlaw.com>
████████████████████████████████████

---------- Forwarded message ---------
From: **Andrew G. Celli** <acelli@ecbalaw.com>
Date: Mon, May 22, 2017 at 12:11 PM
Subject: FW: Confi█
To: A.J. Delgado <████████████>, Jonathan S. Abady <jabady@ecbalaw.com>, Elizabeth Saylor <esaylor@e██████████ Kaufman <akaufman@ecbalaw.com>


████████████


Andrew G. Celli, Jr.

Emery Celli Brinckerhoff & Abady LLP

600 Fifth Avenue at Rockefeller Center

New York, NY 10020

tel: 212.763.5000

fax: 212.763.5001

email: acelli@ecbalaw.com

---

**From:** Andrew G. Celli
**Sent:** Monday, May 22, 2017 12:07 PM
**To:** 'Marc E. Kasowitz'
**Cc:** Betty Weinberg Ellerin
**Subject:** RE: Confidential


Message received.  tx, agc


Andrew G. Celli, Jr.

CONFIDENTIAL
P000150

Emery Celli Brinckerhoff & Abady LLP

600 Fifth Avenue at Rockefeller Center

New York, NY 10020

tel: 212.763.5000

fax: 212.763.5001

email:  acelli@ecbalaw.com

---

**From:** Marc E. Kasowitz [mailto:MKasowitz@kasowitz.com]
**Sent:** Monday, May 22, 2017 11:42 AM
**To:** Andrew G. Celli
**Cc:** Betty Weinberg Ellerin
**Subject:** RE: Confidential


Andy, the person I need to speak to has just returned from Saudi Arabia and I will speak to him this afternoon.  I apologize for the delay.  Best.  Marc.


Marc E. Kasowitz
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 506-1710
Fax. (212) 835-5010
mkasowitz@kasowitz.com


This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

---

**From:** Andrew G. Celli [mailto:acelli@ecbalaw.com]
**Sent:** Friday, May 19, 2017 6:18 PM
**To:** Marc E. Kasowitz <MKasowitz@kasowitz.com>
**Cc:** Betty Weinberg Ellerin <betty.ellerin@alston.com>
**Subject:** Confidential

CONFIDENTIAL                                                                                                                P000151

Marc --

I have not heard from you today, notwithstanding your pledge to Judge Ellerin and your statement to me at 11:45 am that you were "close to wrapping this up," that you had "just one more call to make," and that you would revert to me today by close of business. The inference I draw is that your clients are unwilling to settle this matter.  If that is the case, the courtesy of a call, as promised, would have been in order, but I suppose we will simply have to proceed without one.

-Andy

Andrew G. Celli, Jr.
Emery Celli Brinckerhoff + Abady LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10019
212.763.5000

CONFIDENTIAL

Fwd: FW: Confidential

A.J. Delgado < ███████████████ >
Sat 11/12/2022 7:44 AM
To: Daniel Kirschbaum <dsk@dereksmithlaw.com>

---------- Forwarded message ---------

-----Original Message-----
From: Andrew G. Celli
Sent: Wednesday, May 31, 2017 4:18 PM
To: 'Marc E. Kasowitz'
Subject: RE: Confidential

Marc --

I am glad we talked yesterday, and I fully credit that your representations about the resolution are bona fide.  I know you to be a man of your word, and I know that when you tell me, as you have several times, that this is getting this done at the judge's number, that's what you are going to do.  That said, the time has come to close this before things start to happen that cannot be undone.  I have a client to whom I have made certain ccommitments, and she is in a place in her life where she needs to move forward one way or the other.  We have been incredibly patient and we will wait another day as yet a further courtesy to you.  But the time has come for this to happen in the way you've promised.  Let's confirm our clients' agreement to the judge's proposal by email, so we can quickly focus on getting a written agreement done, signed and dusted.

best,
Andy

Andrew G. Celli, Jr.
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
tel: 212.763.5000
fax: 212.763.5001
email:  acelli@ecbalaw.com


-----Original Message-----
From: Marc E. Kasowitz [mailto:MKasowitz@kasowitz.com]
Sent: Wednesday, May 31, 2017 2:50 PM
To: Andrew G. Celli
Subject: Re: Confidential

Andy, I am not trying to drag this out, and our conversation yesterday was bona fide.  Please give me until 5 pm Thurs

CONFIDENTIAL

Sent from my iPhone

Marc E. Kasowitz
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 506-1710
Fax. (212) 835-5010
mkasowitz@kasowitz.com


This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

On May 30, 2017, at 10:12 AM, Andrew G. Celli <acelli@ecbalaw.com<mailto:acelli@ecbalaw.com>> wrote:

Marc—

Based on our discussion this morning, I am going to tell my client that we can expect to hear from you, on behalf of your clients, by 5pm today. Thanks.

best,
Andy

Andrew G. Celli, Jr.
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10020
tel: 212.763.5000
fax: 212.763.5001
email:  acelli@ecbalaw.com<mailto:acelli@ecbalaw.com>

**CONFIDENTIAL**

**P000154**

**Fwd: Fw:**

**A.J. Delgado** <█████████████>

Sat 11/12/2022 7:40 AM

To: Daniel Kirschbaum <dsk@dereksmithlaw.com>

██████████████████████

---------- Forwarded message ---------
From: **Andrew G. Celli** <acelli@ecbalaw.com>
Date: Wed, May 31, 2017 at 7:39 AM
Subject: Fw:
To: A. J. Delgado <█████████████>, Jonathan S. Abady <jabady@ecbalaw.com>, Elizabeth Saylor <esaylor@e_____>

████████████

Andrew G. Celli, Jr.
Emery Celli Brinckerhoff + Abady LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10019
212.763.5000
  Original Message
From: Marc E. Kasowitz <MKasowitz@kasowitz.com>
Sent: Wednesday, May 31, 2017 7:36 AM
To: Andrew G. Celli
Subject:


Andy, I am sorry for not calling yesterday. Had an emergency. I am back in DC today and will call by noon

Sent from my iPhone

Marc E. Kasowitz
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1710
Fax. (212) 835-5010
mkasowitz@kasowitz.com



This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client

CONFIDENTIAL                                                                                                                                P000155

privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

CONFIDENTIAL

P000156

**Fwd: P+C**

**A.J. Delgado** <█████████████>

Sat 11/12/2022 7:46 AM

To: Daniel Kirschbaum <dsk@dereksmithlaw.com>

█████████████████████

---------- Forwarded message ---------
  Original Message
From: Marc E. Kasowitz <MKasowitz@kasowitz.com>
Sent: Friday, June 2, 2017 5:40 PM
To: Andrew G. Celli
Subject:


We can do the deal this weekend.  Will call tomorrow

Sent from my iPhone

Marc E. Kasowitz
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1710
Fax. (212) 835-5010
mkasowitz@kasowitz.com



This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**CONFIDENTIAL**                                                                                           **P000157**

Fwd: Fw: p+c
A.J. Delgado <████████████████>
Sat 11/12/2022 7:46 AM
To: Daniel Kirschbaum <dsk@dereksmithlaw.com>

████████████████████████

---------- Forwarded message ---------
From: **Andrew G. Celli** <acelli@ecbalaw.com>
Date: Sun, Jun 4, 2017 at 6:44 PM
Subject: Fw: p+c
To: A. J. Delgado <████████████████>, Jonathan S. Abady <jabady@ecbalaw.com>, Elizabeth Saylor <esaylor@e███████████ aufman <asmall@ecbalaw.com>


████████████████████████

Andrew G. Celli, Jr.
Emery Celli Brinckerhoff + Abady LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10019
212.763.5000
  Original Message
From: Marc E. Kasowitz <MKasowitz@kasowitz.com>
Sent: Sunday, June 4, 2017 6:35 PM
To: Andrew G. Celli
Subject:


Andy, call me so that we can exchange emails reflecting our agreement in principle and then reduce to a formal writing.

Sent from my iPhone

Marc E. Kasowitz
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1710
Fax. (212) 835-5010
mkasowitz@kasowitz.com



This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client

CONFIDENTIAL

privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

CONFIDENTIAL
P000159

**Fwd: Fw: FRE 408/CPLR 4547**

A.J. Delgado < ▮▮▮▮▮▮▮▮▮▮ >
Sat 11/12/2022 7:47 AM
To: Daniel Kirschbaum <dsk@dereksmithlaw.com>

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---------- Forwarded message ---------
Original Message
From: Marc E. Kasowitz <MKasowitz@kasowitz.com>
Sent: Monday, June 5, 2017 11:52 AM
To: Andrew G. Celli
Cc: Albert Shemmy Mishaan; Jessica T. Rosenberg; Paul J. Burgo
Subject: Re: FRE 408/CPLR 4547

Confirmed as to amount, need to work out payment and other terms and reduce to a formal signed writing. Please work with Shemmy, Jessica and Paul.

Sent from my iPhone

Marc E. Kasowitz
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1710
Fax. (212) 835-5010
mkasowitz@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

On Jun 5, 2017, at 8:57 AM, Andrew G. Celli <acelli@ecbalaw.com<mailto:acelli@ecbalaw.com>> wrote:

Marc --

Please confirm by immediate return email that your clients agree to settle Ms. Delgado's claims for ▮▮▮▮▮▮▮, as you told me by phone last night. Once you have confirmed by email, we should, as we discussed, move to documentation of the settlement. Our firm will draft the documents; please let me know who, on your end, will be handling this.

Thanks,

Andy

Andrew G. Celli, Jr.
Emery Celli Brinckerhoff + Abady LLP
600 Fifth Avenue at Rockefeller Center
New York, NY 10019
212.763.5000

CONFIDENTIAL P000161

**Fwd: FW: a promise of a response from Burgo below...**

A.J. Delgado <█████████████>

Sat 11/12/2022 8:08 AM

To: Daniel Kirschbaum <dsk@dereksmithlaw.com>

---------- Forwarded message ----------
From: **Elizabeth Saylor** <esaylor@ecbalaw.com>
Date: Fri, Jul 7, 2017 at 3:09 PM
Subject: FW: a prom_____ Burgo below...
To: A. J. Delgado <█████████████>, Jonathan S. Abady <jabady@ecbalaw.com>, Andrew G. Celli <acelli@ecbal_____ man <asmall@ecbalaw.com>


**From:** Paul J. Burgo [mailto:PBurgo@kasowitz.com]
**Sent:** Friday, July 07, 2017 3:02 PM
**To:** Elizabeth Saylor
**Subject:**


Hi Elizabeth,


In a meeting, but we are going to get you the redline by the end of the day. It might be subject to final sign off, but I'll have authority to send at least by the end of the day.


Paul J. Burgo
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1865
Fax. (212) 835-5265
PBurgo@Kasowitz.com


This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

**CONFIDENTIAL** **P000162**

**Fwd: please send agreement now**

A.J. Delgado <███████████████>
Sat 11/12/2022 8:02 AM
To: Daniel Kirschbaum <dsk@dereksmithlaw.com>
███████████████████████████████████████

---------- Forwarded message ---------
From: **Elizabeth Saylor** <esaylor@ecbalaw.com>
Date: Fri, Jul 7, 2017 at 5:38 PM
Subject: Fwd: please
To: A. J. Delgado <a███████████████>



Begin forwarded message:

> **From:** "Paul J. Burgo" <PBurgo@kasowitz.com>
> **Date:** July 7, 2017 at 5:30:02 PM EDT
> **To:** Elizabeth Saylor <esaylor@ecbalaw.com>
> **Cc:** "Jessica T. Rosenberg" <JRosenberg@kasowitz.com>, Alanna Kaufman <asmall@ecbalaw.com>, "Andrew G. Celli" <acelli@ecbalaw.com>, "Jonathan S. Abady" <jabady@ecbalaw.com>, "Marc E. Kasowitz" <MKasowitz@kasowitz.com>, Albert Shemmy Mishaan <AMishaan@kasowitz.com>
> **Subject: RE: please send agreement now**
>
> Elizabeth,
>
> It will probably be easiest if you circulate any edits you have in redline in the first instance so it can be socialized among the necessary parties. We will send as soon as we can.
>
> Best,
>
> Paul
>
> ---
>
> **From:** Elizabeth Saylor [mailto:esaylor@ecbalaw.com]
> **Sent:** Friday, July 7, 2017 5:02 PM

CONFIDENTIAL                                                                P000163

**To:** Paul J. Burgo <PBurgo@kasowitz.com>
**Cc:** Jessica T. Rosenberg <JRosenberg@kasowitz.com>; Alanna Kaufman <asmall@ecbalaw.com>; Andrew G. Celli <acelli@ecbalaw.com>; Jonathan S. Abady <jabady@ecbalaw.com>
**Subject:** RE: please send agreement now

Please get it to me ASAP and copy my colleagues since I have to leave now to pick up my kids.  Can we set a time to discuss the edits tonight?  Let me know what works for you.  The earlier the better in case we need to go back and forth a number of times.

**From:** Paul J. Burgo [mailto:PBurgo@kasowitz.com]
**Sent:** Friday, July 07, 2017 4:56 PM
**To:** Elizabeth Saylor
**Cc:** Jessica T. Rosenberg
**Subject:** RE: please send agreement now

We are working on it, but likely won't be able to get you the redline by 5.  I have a filing today so am copying Jessica who's also assisting me with this.

**From:** Elizabeth Saylor [mailto:esaylor@ecbalaw.com]
**Sent:** Friday, July 7, 2017 4:42 PM
**To:** Paul J. Burgo <PBurgo@kasowitz.com>
**Subject:** RE: please send agreement now
**Importance:** High

**External Email**

Paul-

I have to leave at 5 pm today, so please send the redline now so that I can go over it with my client before leaving.  We need to finalize this today, and I much prefer to go over the initial draft while still in the office.  We can then discuss any concerns with my edits this evening when I am home.  As you know, my cell is 718-288-2805.  Thanks.

Elizabeth

CONFIDENTIAL
P000164

---

**From:** Paul J. Burgo [mailto:PBurgo@kasowitz.com]
**Sent:** Friday, July 07, 2017 3:02 PM
**To:** Elizabeth Saylor
**Subject:**


Hi Elizabeth,


In a meeting, but we are going to get you the redline by the end of the day. It might be subject to final sign off, but I'll have authority to send at least by the end of the day.


Paul J. Burgo
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel.  (212) 506-1865
Fax. (212) 835-5265
PBurgo@Kasowitz.com


This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

CONFIDENTIAL                                                                                                                              P000165