IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARLENE J. DELGADO,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., *et al.*,<br><br>    Defendants. | Case No. 19-cv-11764 (AT) (KHP) |

**NOTICE OF MOTION FOR RECONSIDERATION**

  Please take notice that Defendants Donald J. Trump for President, Inc. (the "Campaign"), Sean Spicer, and Reince Priebus (together "Defendants") shall, upon Defendants' Memorandum of Law in Support of Defendants' Motion for Reconsideration - filed herewith - move this Court, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 750, New York, New York 10007, on such date and time as the Court may direct, for an Order pursuant to Local Rule 6.3 granting Defendants' motion for reconsideration of the Court's September 30, 2024 Order granting Plaintiff's September 24, 2024 motion seeking to depose Michael Glassner, and for such other and further relief as the Court deems just and proper.

  PLEASE TAKE FURTHER NOTICE THAT pursuant to Local Rules 6.1 and 6.3, any opposing declarations or answering memoranda must be served on or before October 15, 2024, and reply declarations and memoranda must be served on or before October 22, 2024.

1

Dated: October 1, 2024
      New York, New York

                                       **SCHULMAN BHATTACHARYA, LLC**

By:   /s/ Jeffrey S. Gavenman
       Jeffrey S. Gavenman
       6116 Executive Boulevard, Suite 425
       North Bethesda, Maryland 20852
       and
       240 West 40th Street
       New York, NY 10018
       Tel.: (240) 356-8553
       Facsimile: (240) 356-8558
       Email: jgavenman@schulmanbh.com

*Counsel for Defendants Donald J. Trump for President, Inc., Sean Spicer, and Reince Priebus*