```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARLENE DELGADO,

                               Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                               Defendants.
-----------------------------------------------------------------X

**19-CV-11764 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

      The Court is in receipt of Plaintiff's letter concerning the scheduling of Michael Glassner's deposition, as well as Defendants' response.  (*See* ECF Nos. 459-60.)  Defendants do not provide a specific reason for Glassner's unavailability on the morning of October 21st or 22nd, nor have they provided Plaintiff with alternative dates when Glassner would be available in the morning.  By close of business today, Defendants shall provide to Plaintiff five dates in October that Glassner is available to be deposed in the morning, to accommodate Plaintiff's childcare restrictions.

      **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 459.**

      **SO ORDERED.**

Dated: New York, New York
       October 10, 2024

                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge