```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARLENE DELGADO,

                                        Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                        Defendants.
-----------------------------------------------------------------X

**19-CV-11764 (AT) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

Plaintiff's motion for sanctions at ECF No. 477 is denied without prejudice as premature. In accordance with the undersigned's Individual Rules, Plaintiff is directed to file a letter seeking a pre-motion conference before filing a motion for sanctions.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 477.**

    **SO ORDERED.**

Dated: New York, New York
       November 18, 2024

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge