UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE DELGADO,

                Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC., SEAN SPICER, individually, REINCE PRIEBUS, individually, STEPHEN BANNON, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/19/2024_

19 Civ. 11764 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' request for clarification at ECF No. 474. The undersigned will adjudicate Plaintiff's motion to strike at ECF No. 471. As such, Rule IV.A of the Court's Individual Practices in Civil *Pro Se* Cases governs, and Defendants have four weeks from the date of service to oppose Plaintiff's motion.

    The Court has also reviewed Plaintiff's letter at ECF No. 479 requesting that the Court reinstate her motion for sanctions at ECF No. 477 and refrain from referring further matters to Magistrate Judge Parker. Although the referenced R&R is now before the undersigned, Plaintiff's motion for sanctions concerns Eric Trump's letter at ECF No. 405. That letter was addressed to Judge Parker and pertained to Plaintiff's motion to amend her complaint at ECF No. 403, which the undersigned subsequently referred to Judge Parker. ECF No. 404. Because Judge Parker acted within the scope of her authority in addressing Plaintiff's motion for sanctions, *see* ECF No. 478, the Court DENIES Plaintiff's motion to reinstate it.

    Additionally, because the undersigned has referred all general pretrial activity to Judge Parker, ECF No. 404, not only discovery matters, as Plaintiff implies, *see* ECF No. 479, the Court DENIES Plaintiff's request to terminate Judge Parker's role in this action.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 479.

    SO ORDERED.

Dated: November 19, 2024
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge