December 12, 2024

Hon. Analisa Torres
United State District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007
RE: Delgado v. Trump Campaign, et. al (19-cv-11764)

**RE:** *request for Reply extension*

Your Honor,

I am the *pro-se* Plaintiff in the above-mentioned matter, hereinafter referred to as the Plaintiff or in first person.

A prior order by Your Honor stated your Honor will adjudicate Plaintiff's Motion to Strike (#471). Thus, I respectfully address this request to your Honor.

On November 12, 2024, Plaintiff filed a Motion to Strike Mr. Glassner's affidavit (#471).

Per Your Honor's Rules, Defendants had four weeks to file their Response.

On the evening of December 10, 2024, Defendants filed a (lengthy, 22-page) response (#489).

Per Your Honor's Individual Rules, Plaintiff's response is due within two weeks, on Decemeber 24, 2024, Christmas Eve.

Plaintiff is extremely busy working on the Response to Defendants' motion for summary judgment (which included a staggering *160-points/paragraphs* Rule 56.1 Statement) and her own two motions for partial summary judgment, all of which are due December 30th. Additionally, Plaintiff is a single mother whose son is out of school starting Friday, December 20th.

Plaintiff contacted Defendants' counsel yesterday morning, asking if he agrees to an extension but has not received a response.

Plaintiff writes to respectfully request an extension on her Reply, until January 15, 2025.

Respectfully and humbly submitted,

*s/Arlene Delgado*
Arlene Delgado
Plaintiff, pro-se