USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/20/2024__

December 19, 2024

Hon. Analisa Torres
United State District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007
RE: Delgado v. Trump Campaign, et. al (19-cv-11764)

**RE:** *MOTION FOR EXCESS PAGES*

Your Honor,

Season's Greetings to the Court. I am the *pro-se* Plaintiff in the above-mentioned matter, hereinafter referred to as the Plaintiff or in first person.

I write to regarding Plaintiff's Memorandum of Law in Opposition to Defendants' Summary Judgement Motion. I respectfully request an enlargement of <u>an excess 10 (ten) pages</u>.

The excess pages are required to appropriately respond to Defendants' arguments. As Your Honor may recall, Defendants filed leave for excess pages (and received leave). Defendants' Rule 56.1 Statement alone contains *160* paragraphs. To quote from Defendants' Motion for Excess Pages, ECF #429:

> *All three Defendants are moving for summary judgment on the 12 causes of action asserted in Plaintiff's Amended Complaint. These causes of action, which include claims under the New York State and City Human Rights Law, New York contract law and New York tort law involve a myriad of issues and the additional pages are necessary to allow Defendants to address the legal arguments attendant to each claim.*

The Response similarly requires excess pages.

Plaintiff has not been able to confer with Defendants' counsel regarding whether they agree.

Respectfully and humbly submitted,

<u>s/Arlene Delgado</u>
Arlene Delgado
Plaintiff, pro-se

GRANTED.

SO ORDERED.

Dated: December 20, 2024
New York, New York

ANALISA TORRES
United States District Judge