```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARLENE DELGADO,

                                  Plaintiff,

      -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                  Defendants.
-----------------------------------------------------------------X

19-CV-11764 (AT) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       The Court is in receipt of Plaintiff's request for an extension of the deadline to file her opposition and cross-motion to Defendants' motion for summary judgment, as well as Defendants' opposition to Plaintiff's request. (ECF Nos. 495, 496.)  As Plaintiff is aware, the Court has awarded several prior extensions.  (*See* ECF Nos. 396, 470.)  In solicitude to Plaintiff, the Court extends Plaintiff's deadline by two weeks.  Further extensions will not be granted.  Accordingly, the revised schedule is as follows: Plaintiff's opposition to the motion for summary judgment and cross-motion, if any, is due **January 13, 2025**; Defendants' reply and opposition to the cross-motion, if any, is due **February 13, 2025**; Plaintiff's reply in support of the cross-motion, if any, is due **March 7, 2025**.

       **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 495.**

       **SO ORDERED.**

Dated: New York, New York
           December 26, 2024

                                                        *Katharine H. Parker*
                                             KATHARINE H. PARKER
                                             United States Magistrate Judge