IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
ARLENE DELGADO,                                            )
                                                           )
            Plaintiff,                                     )
                                                           )
                                                           )
        v.                                                 )
                                                           )   Case No. 19-cv-11764 (AT) (KHP)
                                                           )
                                                           )   NOTICE OF CROSS-MOTION
DONALD J. TRUMP FOR PRESIDENT, INC., et al.,               )   FOR PARTIAL SUMMARY
                                                           )   JUDGMENT
                                                           )
            Defendants.                                    )
-----------------------------------------------------------x
```

**NOTICE OF PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff's Cross-Motion for Partial Summary Judgment and Plaintiff's Opposition to Defendant's Motion for Summary Judgment; Plaintiff's Rule 56.1 Statement; and Plaintiff's Declarations, and Plaintiff moves this Court, before the Honorable Analisa Torres, at the United States Courthouse, 500 Pearl Street, New York, NY, for an Order granting Plaintiff partial summary judgment and such other and further relief as requested and as the Court deems just and proper in the above-captioned case, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

DATED:  January 13, 2025

Respectfully submitted,

*s/Arlene Delgado*
Arlene Delgado
Plaintiff, pro-se

1