**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

ARLENE J. DELGADO,
Plaintiff,

-vs-                                                                                   No. 19-cv-11764 (AT) (KHP)

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA

A, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
and STEPHEN BANNON, individually,

Defendants.

**PLAINTIFF'S DECLARATION OF EXHIBITS FOR HER CROSS-MOTION FOR SUMMARY JUDGMENT**

ARLENE DELGADO, Plaintiff in this case, declares as follows: I am the Plaintiff in this matter. I am personally familiar with the facts and circumstances set forth herein.

For ease of the Court's ease of reference, Plaintiff did not create a separate set of exhibits for her cross-motion, as many of the exhibits overlap between Plaintiff's cross-motion and Defendants' motion, and such would therefore create exhibits that have multiple identifiers. Thus, in her cross-motion's Memorandum and Rule 56.1 Statement, Plaintiff references the exhibits as cited in her Declaration of exhibits (ECF #500) and in Defendants' Declaration of exhibits (#441).

I declare under penalty of perjury that the foregoing is true and correct.
DATED: January 13, 2025

*s/Arlene Delgado*
Arlene Delgado
Plaintiff, *pro-se*
