**SCHULMAN**BHATTACHARYA      6116 Executive Boulevard, Suite 425, North Beth...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/10/2025__

direct dial 240.356.8555   email jgavenman@schulmanbh.com

February 7, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007

*Re:   Delgado v. Donald J. Trump for President, Inc., et. al.* No. 19-cv-11764 (AT)(KHP)

Dear Judge Torres:

We write respectfully on behalf of Defendants Donald J. Trump for President, Inc. (the "Campaign"), Sean Spicer, and Reince Priebus (together "Defendants") in the above-captioned case concerning Defendants' reply memorandum of law in further support of their motion for summary judgment, to be filed on February 13, 2025.

Defendants respectfully request the Court's permission for a 1,750 word enlargement of the page limit for Defendants' reply memorandum of law in further support of their motion for summary judgment. As the Court is aware, it permitted Defendants an additional five pages for their opening brief and Plaintiff an additional ten pages for her opposition brief. *See* ECF Nos. 431 and 494. Defendants require the additional 1,750 words to properly address all of the arguments raised in Plaintiff's opposition brief. We have conferred with Plaintiff and she has taken no position as to this request.

We thank the Court for its time and attention in this matter.

Respectfully,

/s/ Jeffrey S. Gavenman
Jeffrey S. Gavenman

GRANTED.

SO ORDERED.

Dated: February 10, 2025
       New York, New York

ANALISA TORRES
United States District Judge