```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARLENE DELGADO,

                                              Plaintiff,

            -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,
STEPHEN BANNON, individually,

                                              Defendants.
-----------------------------------------------------------------X

19-CV-11764 (AT) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court is in receipt of Plaintiff's letter motion seeking leave to file a motion for sanctions against third-party Eric Trump, as well as Mr. Trump's response, also seeking leave to file a motion for sanctions against Plaintiff, and requesting a pre-motion conference. (ECF Nos. 483, 487.) The Court finds that a conference is unnecessary and sets the following briefing schedule:

       Plaintiff's motion for sanctions shall be filed by **March 12, 2025**. Eric Trump's opposition to Plaintiff's motion for sanctions and counter-motion for sanctions shall be filed by **April 11, 2025**. Plaintiff's opposition to Mr. Trump's counter-motion for sanctions shall be filed by **May 12, 2025**. Each filing shall not exceed 10 pages. If the parties decide they would prefer to not move forward with filing a motion for sanctions, they shall so notify the Court.

       **The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 483 and 487.**

**SO ORDERED.**

Dated: New York, New York
February 10, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge