IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARLENE J. DELGADO,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., *et al*.,<br><br>    Defendants. | Case No. 19-cv-11764 (AT) (KHP) |

**MOTION TO WITHDRAW AS COUNSEL FOR
<u>NON-PARTY BRADLEY PARSCALE</u>**

  Non-party witness Bradley Parscale, through the undersigned counsel, respectfully moves this Court to issue an order withdrawing the appearance of Stanley E. Woodward, Jr. as Mr. Parscale's counsel in the above-captioned matter. Pursuant to Local Rule 1.4(b), an affidavit of Stanley E. Woodward, Jr. is attached hereto as Exhibit A. Mr. Woodward's affidavit sets forth the reasons that this motion should be granted.

<u>**CONCLUSION**</u>

  For the reasons set forth in Mr. Woodward's affidavit, Mr. Parscale respectfully requests that the Court grant non-party witness Bradley Parscale's motion and allow Stanley E. Woodward, Jr., to withdraw as Mr. Parscale's counsel in this matter.

**[SIGNATURE ON NEXT PAGE]**

1

Dated: February 13, 2025
      New York, New York

                             **SCHULMAN BHATTACHARYA, LLC**

By:   /s/ Jeffrey S. Gavenman
        Jeffrey S. Gavenman
        6116 Executive Boulevard, Suite 425
        North Bethesda, Maryland 20852
        and
        240 West 40th Street
        New York, NY 10018
        Tel.: (240) 356-8550
        Facsimile: (240) 356-8558
        Email: jgavenman@schulmanbh.com
        *Counsel for Bradley Parscale*