## CERTIFICATE OF COMPLIANCE

      I hereby certify that this motion complies with the type-volume limitation of this Court's Individual Rules of Practice III(D) because it contains 3,493 words, excluding the parts exempted by this Court's Individual Rules of Practice and the Local Rules of the Southern District of New York.

Dated: March 19, 2025

                                                      Respectfully submitted,

                                                      /s/ Adam S. Katz

                                                      Adam S. Katz

                                                      Counsel for Non-Party Jason Miller