**SCHULMAN**BHATTACHARYA    6116 Executive Boulevard, Suite 425, North Bethesda, Maryland 20852  240.356.8551

**JEFFREY S. GAVENMAN**
direct dial 240.356.8553   email jgavenman@schulmanbh.com

September 25, 2025

**VIA EMAIL**

The Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *Delgado v. Donald J. Trump for President, Inc., et. al.* No. 19-cv-11764 (AT)(KHP)

Dear Judge Torres:

We write respectfully on behalf of Defendants Donald J. Trump for President, Inc. (the "Campaign"), Sean Spicer, and Reince Priebus (together "Defendants") in the above-captioned case. Pursuant to the Court's September 11, 2025 decision and order granting in part and denying in part Defendants' motion to seal (the "Order"), *see* ECF No. 546, Defendants are refiling the following exhibits that were submitted in connection with their summary judgment motion: Exhibit 10, *see* ECF No. 442-10, Exhibit 44, *see* ECF No. 442-44, Exhibit 45, *see* ECF No. 442-45, Exhibit 46, *see* ECF No. 442-46, and Exhibit 50, *see* ECF No. 442-50. As required by the Order, these exhibits have only been redacted to remove references to individual's "personal home addresses, email addresses, and cellphone numbers." *See* Order at pp. 35-36.

Respectfully,

/s/ Jeffrey S. Gavenman
Jeffrey S. Gavenman

*Counsel for Defendants*

SchulmanBH.com