IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
ARLENE DELGADO,                                    )
                                                   )
        Plaintiff,                                 )
                                                   )
v.                                                 )
                                                   )   Case No. 19-cv-11764 (AT) (KHP)
DONALD J. TRUMP FOR PRESIDENT, INC., et al.,       )
                                                   )
        Defendants.                                )
-----------------------------------------------------------------x
```

## NOTICE OF DISMISSAL AS TO DEFENDANT STEPHEN BANNON

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and in accordance with the Court's Order dated September 11, 2025 (Dkt. 546), the plaintiff, Arlene Delgado, hereby dismisses this proceeding as to defendant Stephen Bannon only, without prejudice. Mr. Bannon has not filed an answer nor a motion for summary judgment herein.

Respectfully submitted,

*s/ Arlene Delgado*
Arlene Delgado, Plaintiff, *pro-se*