**SCHULMANBHATTACHARYA**   6116 Executive Boulevard, Suite 425, North Bethesda, Maryland 20852  240.356.8551

JEFFREY S. GAVENMAN
**direct dial** 240.356.8553   **email** jgavenman@schulmanbh.com

September 26, 2025

**VIA EMAIL**

The Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007

*Re:   Delgado v. Donald J. Trump for President, Inc., et. al.* No. 19-cv-11764 (AT)(KHP)

Dear Judge Torres:

We write respectfully on behalf of Defendants Donald J. Trump for President, Inc. (the "Campaign"), Sean Spicer, and Reince Priebus (together "Defendants") in the above-captioned case. As the Court is aware, in its September 11, 2025 order granting in part and denying in part Defendants' motion for summary judgment, the Court set a trial date in this case for November 7, 2025. ECF No. 546 at p. 38. Subsequently, Plaintiff contacted us and requested our consent for a continuance of the trial date set by the Court due to other legal matters in which she was engaged, and because she was in the process of discussing obtaining legal representation for the trial in this matter. We consented to Plaintiff's request for a continuance[1] and the parties proceeded to discuss potential dates for the trial to propose to the Court.

While the parties were discussing possible alternative trial dates, Plaintiff filed a letter with the Court requesting a continuance. *See* ECF 548. In that letter, Plaintiff noted that the parties were currently conferring about dates in January 2026 (the parties were conferring about dates between January 16 and February 27, to be more precise), and indicated that the parties could inform the Court by today, September 26, as to the dates of their availability for the trial. *See id*. at p. 3. Since then, we have attempted to contact Plaintiff on multiple occasions to further discuss possible trial dates and have not received a response.[2] However, so as to assist the Court in scheduling matters, we write to inform the Court that Defendants are available for trial anytime from January 20, 2026 through February 27, 2026. We note that delaying the start of the trial to January 20, 2026 should provide ample time for Plaintiff to address the issues raised in her request for a continuance, including by providing sufficient time for any new lawyer retained by Plaintiff to get up to speed

---

[1]   The undersigned also has a pre-paid, pre-planned vacation scheduled that conflicts with the November 7, 2025 trial date.

[2]   In response to an e-mail we sent Plaintiff on September 22, 2025, we received an automatic "out of office" message, stating that Plaintiff would be away from e-mail through September 25, 2025. We sent another e-mail to Plaintiff this morning, inquiring about available trial dates, but have not yet received a response.

SchulmanBH.com

SCHULMANBHATTACHARYA

Page | 2

on the case, and for the parties to submit their pretrial submissions in accordance with the Court's Individual Rules of Practice.

To further assist the Court in scheduling this matter, we also note that, during the course of the parties' discussions concerning trial dates, the parties agreed that they would likely need approximately five days for the full trial.

Respectfully submitted,

/s/ Jeffrey S. Gavenman
Jeffrey S. Gavenman

*Counsel for Defendants*