**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

ARLENE J. DELGADO,
Plaintiff,

-vs-                                                                                      No. 19-cv-11764 (AT) (KHP)

DONALD J. TRUMP FOR PRESIDENT, INC.,
TRUMP FOR AMERICA, INC., SEAN SPICER,
individually, REINCE PRIEBUS, individually,

Defendants.

**FILING OF EXHIBITS**

  Pursuant to the Court's October 2, 2025 Order, Plaintiff files into the docket the Plaintiff's summary judgment motions' exhibits, which Plaintiff was heretofore unable to file due to technical difficulties.

DATED: October 6, 2025

*s/Arlene Delgado*
Arlene Delgado
Plaintiff, *pro-se*
