```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ARLENE DELGADO,

                        Plaintiff,

        -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
SEAN SPICER, individually, REINCE PRIEBUS,
individually,
                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/22/2025_

19 Civ. 11764 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Defendants' motion to partially dismiss Plaintiff Arlene Delgado's first amended complaint for lack of subject matter jurisdiction. *See* Mot., ECF No. 560; Am. Compl., ECF No. 94. Accordingly:

1. By **November 5, 2025**, Plaintiff shall file her opposition.
2. By **November 12, 2025**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: October 22, 2025
       New York, New York

ANALISA TORRES
United States District Judge