USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/21/2025__

# HYLAND LAW PLLC

ATTORNEYS AT LAW

11710 PLAZA AMERICA DRIVE, SUITE 16
RESTON, VIRGINIA 20190-4756
(703) 552-4733
FAX (703) 935-0349
hylandpllc.com

TIMOTHY B. HYLAND*
JAMIE M. HERTZ^
MICHAEL E. GELTNER, OF COUNSEL§
MICHAEL J. BRAMNICK, OF COUNSEL+
JOSEPH M. CREED, OF COUNSELˣ
EILEEN M. O'BRIEN, OF COUNSEL#

*ADMITTED IN VA, DC, MD, NY AND WV
^ADMITTED IN VA, DC, MD AND FL
#ADMITTED IN MD, DC AND NY
+ADMITTED IN VA, DC AND MD
§ADMITTED IN VA AND NY
ˣADMITTED IN MD AND DC

November 19, 2025

**By ECF**

The Honorable Analisa Torres
United States District Court for
 the Southern District of New York
500 Pearl Street
New York, NY  10007

    Re:    *Delgado v. Donald J. Trump for President, Inc., et al.*
             No. 19-cv-11764 (AT)(KHP)

Dear Judge Torres:

      I represent the plaintiff in the above-captioned matter. Please accept this as a pre-motion letter with respect to an anticipated motion to strike the defendants' reply in support of their motion for reconsideration (Dkt. No. 567).

      On October 2, 2025, the Court entered an order (Dkt. No. 555) setting forth a briefing schedule for any motions for reconsideration related to the Court's September 11, 2025 Order on the parties' respective motions for summary judgment (Dkt. 546). The Court ordered:

* * *

      2.    By October 16, 2025, Plaintiff shall file her motion for reconsideration and her opposition, if any, to Defendants' motion for reconsideration; and

      3.    By October 23, 2025, Defendants shall file their opposition to Plaintiff's motion for reconsideration, if any.

The Honorable Analisa Torres<br>
November 19, 2025<br>
Page 2

The Court neither invited, nor provided any dates for, the filing of replies.

In accordance with the Court's order, on October 16, 2025, Ms. Delgado filed her motion for reconsideration (Dkt. Nos. 558, 559). Likewise, on October 23, 2025, the defendants filed their Opposition to Ms. Delgado's motion for reconsideration (Dkt. Nos. 564, 565).

This Court typically specifies when it wishes to entertain replies in furtherance of motions. *See, e.g.*, Dkt. 562 (specifically setting forth deadlines for both an opposition and a reply). Hence, in this instance, it was and is Ms. Delgado's understanding that the Court was not permitting replies to be filed by either party with respect to the motions for reconsideration.

On October 30, 2025, however, the defendants filed a reply in support of their motion for reconsideration. Dkt. 567. Ms. Delgado respectfully submits that he defendants' reply was unauthorized and should be stricken. Ms. Delgado also believes the unauthorized reply was prejudicial because she, adhering to the October 2, 2025 Order, did not file a reply in support of her own motion for reconsideration.

Thank you for your consideration.

Respectfully submitted,

*/s/ Timothy B. Hyland*

Timothy B. Hyland

cc: All Counsel of Record (by ECF)

---

If Plaintiff wishes to file a reply brief regarding the pending cross-motions for reconsideration before the Court, she shall do so by **November 25, 2025.**

SO ORDERED.

Dated: November 20, 2025
      New York, New York

_____<br>
ANALISA TORRES<br>
United States District Judge