```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/24/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE DELGADO,

                Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
SEAN SPICER, individually, REINCE PRIEBUS,
individually,

                Defendant.

19 Civ. 11764 (AT) (KHP)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

      Plaintiff, Arlene Delgado, brings this action against Defendants, Donald J. Trump for President, Inc., Sean Spicer, and Reince Priebus, alleging that Defendants engaged in gender- and pregnancy-based discrimination against her and then retaliated against her when she spoke out in opposition. *See generally* Am. Compl. ECF No. 94. Before the Court is Delgado's motion for sanctions against non-party Eric Trump and his counsel, Michael Madaio, ECF No. 540, and non-parties Trump and Madaio's cross-motion for sanctions against Delgado, ECF No. 542.

      After careful consideration, the Honorable Katherine H. Parker issued a report (the "R&R") recommending that Delgado, Trump, and Madaio's cross motions for sanctions be denied. *See generally* R&R, ECF No. 547. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has now passed. *See id.* at 9; Fed. R. Civ. P. 72(b)(2). Because no objection was made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Parker's thorough and well-reasoned R&R.

      Accordingly, the Court ADOPTS the R&R in its entirety. Delgado's motion is DENIED. Trump and Madaio's motion is DENIED.

      The Clerk of Court is respectfully directed to terminate the motion at ECF Nos. 540 and 542.

      SO ORDERED.

Dated: November 24, 2025
       New York, New York

                                          ANALISA TORRES
                                          United States District Judge