```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
ARLENE DELGADO,

                Plaintiff,

    -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
SEAN SPICER, individually, REINCE PRIEBUS,
individually,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2025
```

19 Civ. 11764 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated September 11, 2025, the Court scheduled trial in this matter for November 7, 2025. ECF No. 546. At the parties' request, the Court subsequently adjourned the trial date to January 26, 2025. ECF No. 555. Accordingly:

1. <u>Settlement Conference</u>: By **December 19, 2025**, the parties shall indicate whether they intend to schedule a settlement conference before the Honorable Katharine H. Parker.

2. <u>Pretrial Submissions</u>: By **January 5, 2026**, in accordance with Rule V of the undersigned's Individual Practices in Civil Cases, the parties shall file:

   a. A proposed joint pretrial order.

   b. Motions addressing any evidentiary issues or other matters which shall be resolved in *limine*.

       i. Any opposition to any motion *in limine* shall be filed by **January 12, 2026**.

   c. A pretrial memorandum of law, if a party believes it would be useful to the Court.

       i. Any opposition to any legal argument in a pretrial memorandum shall be filed by **January 12, 2026**.

   d. Joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions.

      i. Joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions shall be submitted as attachments to the proposed joint pretrial order. At the time of filing, the parties shall also submit copies of these documents to the Court by email (Torres_NYSDChambers@nysd.uscourts.gov) as Microsoft Word documents. For any request to charge or proposed *voir dire* question on which the parties cannot agree, each party shall clearly set forth its proposed charge or question and briefly state why the Court should use its proposed charge or question, with citations to supporting authority

      ii. Any objections to another party's requests to charge or proposed *voir dire* questions shall be filed by **January 12, 2026**.

  e. One copy of each documentary exhibit sought to be admitted, pre-marked and assembled sequentially in a loose-leaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

  f. All deposition or hearing transcripts which will be offered as substantive evidence, as well as a one-page synopsis of those excerpts for each deposition. Each synopsis shall include page citations to the pertinent pages of the deposition transcripts. The parties shall submit the entire transcript of a witness' testimony in one-page-per-sheet format with an index.

3. <u>Final Pretrial Conference</u>: The parties shall appear for a final pretrial conference on **January 20, 2026**, at **1:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Except as otherwise provided in this Order, the parties shall strictly comply with Rule V of the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated: December 12, 2025
      New York, New York

                                                    ANALISA TORRES
                                           United States District Judge