# Hyland Law PLLC

Attorneys at Law

11710 Plaza America Drive, Suite 160
Reston, Virginia 20190-4756
(703) 552-4733
Fax (703) 935-0349
hylandpllc.com

Timothy B. Hyland*
Jamie M. Hertz^
Michael E. Geltner, Of Counsel§
Michael J. Bramnick, Of Counsel+
Joseph M. Creed, Of Counselˣ
Eileen M. O'Brien, Of Counsel#

* Admitted in VA, DC, MD, NY and WV
^ Admitted in VA, DC, MD and FL
# Admitted in MD, DC and NY
+ Admitted in VA, DC and MD
§ Admitted in VA and NY
ˣ Admitted in MD and DC

December 18, 2025

**By ECF**

The Honorable Analisa Torres
United States District Court for
 the Southern District of New York
500 Pearl Street
New York, NY  10007

> Re:   *Delgado v. Donald J. Trump for President, Inc., et al.*
>         No. 19-cv-11764 (AT)(KHP)

Dear Judge Torres:

In accordance with the Court's order dated December 12, 2025 (Dkt. No. 580), please be advised that the parties do not intend to schedule a settlement conference before the Honorable Katharine H. Parker.

Thank you.

Respectfully submitted,

*/s/ Timothy B. Hyland*

Timothy B. Hyland

cc:  All Counsel of Record (by ECF)