**SCHULMAN BHATTACHARYA**   6116 Executive Boulevard, Suite 425, North Bethesda, Maryland 20852 240.356.8551

**JEFFREY S. GAVENMAN**
direct dial 240.356.8553   email jgavenman@schulmanbh.com

December 23, 2025

**VIA EMAIL**

The Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007

**Re:** **_Delgado v. Donald J. Trump for President, Inc., et. al._ No. 19-cv-11764 (AT)(KHP)**

Dear Judge Torres:

We represent Defendants Donald J. Trump for President, Inc., Sean Spicer, and Reince Priebus (together "Defendants") and write jointly with counsel for Plaintiff Arlene Delgado ("Plaintiff") in the above-captioned case to inform the Court that the parties have reached an agreement in principle to resolve Plaintiff's claims in this matter. Accordingly, the parties respectfully request that the trial currently scheduled to begin on January 26, 2026 and the final pretrial conference currently scheduled for January 20, 2026, be adjourned *sine die*, and all of the remaining deadlines in this case be stayed for 45 days to allow the parties to finalize a settlement agreement and to file a stipulation of discontinuance.

This is the second request for an adjournment of the January 26, 2026, trial date. The first request was denied on December 12, 2025. This is the first request to adjourn the final pretrial conference and the remaining deadlines in this case.

Respectfully submitted,

/s/ Jeffrey S. Gavenman
Jeffrey S. Gavenman

SchulmanBH.com