UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ARLENE DELGADO,

                Plaintiff,

-against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
SEAN SPICER, individually, REINCE PRIEBUS,
individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/29/2025_

19 Civ. 11764 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated December 23, 2025, which advises the Court that the parties have reached a settlement in principal and requests that the pre-trial deadlines be stayed for 45 days, and that the final pretrial conference and trial date be adjourned *sine die*. See ECF No. 582.

    The request is GRANTED. The pretrial deadlines set forth in the Court's December 12, 2025 order, *see* ECF No. 580, are held in abeyance pending further order of the Court. The final pretrial conference scheduled for January 20, 2026, is ADJOURNED *sine die*. The trial set to begin on January 26, 2026, is ADJOURNED *sine die*.

    The parties shall appear for a video conference at **12:00 p.m.** on **January 12, 2026**, via Microsoft Teams to discuss the terms of the settlement. A meeting invitation will be circulated to counsel in due course. Members of the public may dial into the conference at the appointed time by dialing (646) 453-4442 and entering code 762 949 367#.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 582.

    SO ORDERED.

Dated: December 29, 2025
       New York, New York

                                              ANALISA TORRES
                                   United States District Judge