# HYLAND LAW PLLC

ATTORNEYS AT LAW
11710 PLAZA AMERICA DRIVE, SUITE 160
RESTON, VIRGINIA 20190-4756
(703) 552-4733
FAX (703) 935-0349
hylandpllc.com

TIMOTHY B. HYLAND*
JAMIE M. HERTZ^
MICHAEL E. GELTNER, OF COUNSEL§
MICHAEL J. BRAMNICK, OF COUNSEL+
JOSEPH M. CREED, OF COUNSELx
EILEEN M. O'BRIEN, OF COUNSEL#

March 29, 2026

* ADMITTED IN VA, DC, MD, NY AND WV
^ ADMITTED IN VA, DC, MD AND FL
# ADMITTED IN MD, DC AND NY
+ ADMITTED IN VA, DC AND MD
§ ADMITTED IN VA AND NY
x ADMITTED IN MD AND DC

**_By ECF_**

The Honorable Analisa Torres
United States District Court for
 the Southern District of New York
500 Pearl Street
New York, NY  10007

>      Re:     *Delgado v. Donald J. Trump for President, Inc., et al.*
>              No. 19-cv-11764 (AT)(KHP)

Dear Judge Torres:

        In accordance with the Court's order dated March 16, 2026 (Dkt. No. 588), please be advised that the parties intend to schedule a settlement conference before the Honorable Katharine H. Parker.

        Thank you.

                                        Respectfully submitted,

                                        */s/ Timothy B. Hyland*

                                        Timothy B. Hyland

cc:   All Counsel of Record (by ECF)