UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARLENE DELGADO,

                    Plaintiff,

        -against-

DONALD J. TRUMP FOR PRESIDENT, INC.,
SEAN SPICER, individually, REINCE PRIEBUS,
individually,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/1/2026
```

19 Civ. 11764 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated March 16, 2026, the Court set pretrial deadlines in this action and stated that the final pretrial conference and trial date would be set in due course. ECF No. 588. Accordingly, the final pretrial conference in this action is set for **June 15, 2026**, at **10:00 a.m.** Trial is set to begin on **June 22, 2026**, at **9:00 a.m.**

        SO ORDERED.

Dated: April 1, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge