UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARLENE DELGADO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC.,<br>SEAN SPICER, and REINCE PRIEBUS,<br><br>　　　　　Defendants. | Civil Action No.: 1:19-cv-11764-AT-KHP<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties who have appeared in this action, pursuant to Federal Rule of Civil Procedure 41(a), that the above-captioned action is dismissed with prejudice, including all claims, counterclaims, cross-claims, right of appeal and third-party claims, if any, as to all parties, without costs, attorneys' fees, or expenses to any party.

This stipulation resolves all claims in this action, and the Clerk of Court is respectfully requested to close the case.

Dated: May 3 , 2026

**HYLAND LAW PLLC**

By: Timothy B. Hyland, Esq.
11710 Plaza America Drive, Suite 160
Reston, VA 20190
thyland@hylandpllc.com
(703) 552-4733
*Counsel for Plaintiff*

**HUGHES, HUBBARD & REED LLP**

By: Jeffrey S. Gavenman Esq.
1775 I Street, N.W.
Washington, D.C. 20006
Jeffrey.gavenman@hugheshubbard.com
Tel: (202) 721-4600

*Counsel for Defendants*