USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___05/04/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ARLENE DELGADO,

                Plaintiff,

       -against-

DONALD J. TRUMP FOR PRESIDENT, INC., et al.

             Defendants.

-------------------------------------------------------------------X

**ORDER ADJOURNING
SETTLEMENT CONFERENCE**

**19 Civ. 11764 (AT) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    In light of the Stipulation of Voluntary Dismissal filed on May 3, 2026 (doc. no 619) the

Settlement Conference currently scheduled for **May 27, 2026** is hereby adjourned *sine die*.

    **SO ORDERED.**

Dated: May 4, 2026
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge